UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **RAGINGBULL.COM, LLC**, et al., <br><br> Defendants. | Case No. 1:20-cv-3538 |

**PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE, APPOINTMENT OF A TEMPORARY RECEIVER, OTHER RELIEF, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

Plaintiff, Federal Trade Commission ("Commission" or "FTC"), having filed a Complaint for Injunctive and Other Equitable Relief pursuant to Sections 13(b) and 19 of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. § 53(b) and 57b, and Section 4 of the Restore Online Shoppers' Confidence Act ("ROSCA"), 15 U.S.C. § 8404, hereby moves, pursuant to Fed. R. Civ. P. 65(a)(1), for a temporary restraining order, asset freeze, other equitable relief, and an order to show cause why a preliminary injunction should not issue against defendants RagingBull.com, LLC f/k/a Lighthouse Media, Sherwood Ventures, LLC, Jason Bond LLC, MFA Holdings Corp, Winston Research Inc., Winston Corp., Jeffrey M. Bishop, Jason Bond f/k/a Jason P. Kowalik, and Kyle W. Dennis ("Defendants"). Pursuant to Local Rule 105.6, the FTC requests a hearing by videoconference on this emergency motion.

As described in greater detail in the Commission's Memorandum in Support of Plaintiff's Motion for TRO and Order to Show Cause ("TRO Memo"), Defendants are violating Section 5 of the FTC Act by making false or unsubstantiated earnings claims to induce consumers to purchase their investment trading services. In addition, Defendants are violating the Restore

Online Shoppers' Confidence Act ("ROSCA") because they engage in negative option marketing and fail to provide a simple mechanism to stop recurring charges on consumers' credit cards. Defendants' scam has caused more than $137 million in consumer injury.

To immediately protect consumers and prevent the dissipation of assets, and pursuant to Sections 13(b) and 19 of the FTC Act, 15 U.S.C. § 53(b) and 57b, the Commission seeks a TRO, which would temporarily: (1) enjoin Defendants from making any misleading earnings claims that lack a reasonable basis and are unsubstantiated; (2) enjoin Defendants from misrepresenting that consumers without prior experience in stock or options trading, who spend only a short amount of time each day, or who start with a small balance can earn significant income using Defendants' services; (3) enjoin Defendants from failing to provide a simple mechanism for consumers to cancel Defendants' subscription services to avoid being charged and stop any recurring charges; (4) freeze the Corporate Defendants' assets; (5) preserve the Individual Defendants' assets; (6) appoint a temporary receiver; (7) allow the receiver and the FTC access to Defendants' business premises and records; (8) allow for limited expedited discovery; (9) provide related equitable relief; and (10) order Defendants to show cause why a preliminary injunction should not be issued. Such an order is necessary to stop the Defendants' unlawful conduct and prevent the dissipation of assets and destruction of records, thereby preserving the Court's ability to provide effective relief to consumers nationwide victimized by the Defendants' deceptive practices. As discussed in the TRO Memo, courts in this district have granted similar relief to the FTC in the past.

The Commission has provided advance notice of this Motion to the Defendants by emailing copies of the Civil Cover Sheet, the Complaint, the TRO Motion, the proposed TRO, and the supporting memorandum and evidence (*See* Rule 65 Certification and Declaration of FTC Counsel in Support of FTC's Emergency Motion for a Temporary Restraining Order filed contemporaneously with this Motion for a TRO).

                Respectfully submitted,

                Alden F. Abbott
                General Counsel

Dated: December 7, 2020

                Colleen Robbins (D. Md. Temp. Bar No. 92567)
                Sung W. Kim (D. Md. Temp Bar No. 814609)
                Gordon Sommers (D. Md. Temp. Bar No. 814431)
                Thomas Biesty (D. Md. Temp. Bar No. 814459)
                Federal Trade Commission
                600 Pennsylvania Ave., NW
                Mailstop CC-8528
                Washington, DC 20580
                (202) 326-2548; crobbins@ftc.gov
                (202) 326-2211; skim6@ftc.gov
                (202) 326-2504; gsommers@ftc.gov
                (202) 326-3043; tbiesty@ftc.gov
                (202) 326-3395 (Facsimile)

                *Attorneys for Plaintiff*
                *Federal Trade Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2020, I electronically filed the foregoing with the Clerk of the Court using CM/ECF and provided notice and copies of the foregoing Emergency TRO Motion, accompanying papers and exhibits, to each of the defendants specified below via email. I further certify that on December 7, 2020, a copy of the foregoing papers was provided to a process server for hand delivery, along with the Complaint, to each of the defendants below:

RagingBull.com, LLC
Jeffrey M. Bishop
Jason Bond f/k/a Jason P. Kowalik
Kyle W. Dennis
Sherwood Ventures, LLC
Jason Bond, LLC
Winston Research Inc.
Winston Corp.
MFA Holdings Corp.

_____
Colleen Robbins