# Notice of Filing of Plaintiff's Exhibits to Emergency Motion for Temporary Restraining Order (Docket No. 2)

## PX 1 to PX 10