## DECLARATION OF ALAN ADELSON
### Pursuant to 28 U.S.C. § 1746

I, Alan Adelson, have personal knowledge of the facts and matters set forth below. If called as a witness, I could and would testify as follows:

1.      My name is Alan Adelson. I am over the age of twenty-one and I live in Jacksonville, Florida.

2.      I am retired, but from about 1970 to 1995 I worked as a stock broker for various companies, including Lehman Brothers.

3.      I first heard of RagingBull.com LLC ("Raging Bull") in March 2017.

4.      In approximately March 2017, I was on the Internet and watched a video presentation about a service called JasonBondPicks. Jason Bond, the presenter, said he has made millions trading in the stock market and he has a service where he sends out stock alerts. I decided to subscribe to the newsletter called JasonBondPicks. I believe the subscription was free.

5.      I received a welcome email on March 2, 2017. The email said that I would receive a stock watchlist (stocks he is keeping his eye on), trade alerts ("showing you where I'm currently putting my money"), and video lessons that were supposed to reveal Bond's trading methods and techniques.  The email said that Jason Bond was offering these services for free because he wants subscribers "to see firsthand how and why my proven trading process could potentially maximize your trading profits…in record time!" The email also said "You're here because you want to become a winning stock trader. You want to make more money from your trades. You want to take your life to the next level. And you don't want to make costly mistakes. So that's why I'm here to teach you my proven strategy, while providing you with the tools you need to make it happen." The email is signed, "Trading Up, Jason Bond *Your millionaire stock trading mentor* (emphasis in original)." The email contained a postscript that said "In my next email, you'll see how a former gym teacher made $11,202 in only 4 days. I promise you're going to like this case study." The bottom of the email says that "RagingBull.com, LLC" is the publisher of JasonBondPicks. Attached as **Attachment A** is a true and correct copy of this email.

1

PX 2, 56

6.     At the same time I signed up for the JasonBondPicks newsletter, I believe I also signed up for another service called Biotech Breakouts. Kyle Dennis was the co-founder and Director of Biotech Breakouts, and I believe that it was a part of Raging Bull.  I do not recall whether or not I paid for this service.  On March 2, 2017, I received a welcome email from Kyle Dennis. The email states in part, "So get ready! In the coming days, I'm going to be sending you actionable insights, strategies and key information about the system I personally used to turn a small $15,000 investment into more than $1,700,000 in less than 5 years. And guess what? I'm going to show you how I went from a broke college student to a self-made millionaire by the age of 25…and how I did that without setting foot on Wall Street." The email also said "I make a 'killing' trading stocks from my home office…" and "when I'm done trading for the day, I go outside, throw down the top of my new Porsche Cabriolet, and take some time to enjoy the beautiful sights and sounds of Southern California." Kyle then says "Well, in my next email, I'm going to show you the facts and figures behind my meteoric rise to self-made millionaire status. You'll be amazed when you see how I did it so quickly!" Attached as **Attachment B** is a true and correct copy of this email.

7.     I received many daily emails after I subscribed to the two newsletters. I received real time trade alerts over email, frequent updates on Jason Bond's profits, and emails about upcoming webinars and new products and services offered by Raging Bull.

8.     On March 23, 2017, I received an email from JasonBondPicks with the subject line, "$43,000 profit for me, Petra's webinar TONIGHT & Thursday's watch list." The email stated, "SNAP, crackle, pop! $22,000 profit for me on SNAP Wednesday, 172% on the options and another 10% on the shares. ALL from my IPHONE. I've made $43,000 this week in the Millionaire Roadmap from the Great Wolf Lodge." The email also advertised a new service called PetraPicks.com. The email claimed it was "the ideal system for people who work full time jobs, mothers working from home, or anyone who just can't be tied to the computer all day to watch the market tick-by-tick." I watched the webinar, but I did not purchase that service. Sometime

**PX 2, 57**

later, I read that Petra had been fired for something illegal and it was brought up to Raging Bull. Attached as **Attachment C** is a true and correct copy of the email.

9.      On March 27, 2017, I received an email from Jason Bond about a webinar in the chat room to be held that evening. The email also stated, "as you know I'm avg. $2,300 a day right now trading part time. That's about 134% or $134,000 in 2017." The email also contains a screenshot from his cellphone showing profits and losses from particular trades. The screenshot shows that he is positive $21,610.90. Attached as **Attachment D** is a true and correct copy of the email.

10.     I do not remember if I used these two services. I also do not recall if I paid for the services. I reached out to Raging Bull in June 2020 to see what information they had on my subscriptions, and the customer service department could not find any paid subscriptions for me from 2017. Likewise, I could not find any charges on my credit card statements.

11.     Between January 2019 and June 2019, I purchased several services from Raging Bull. I recall watching video presentations moderated by the experts who ran the different services and they each talked about how they made millions trading, and their customers were successful and made a lot of money using the different services. One feature of all of their services is live real time alerts. Based on their presentations, I believed that the customers who signed up for Raging Bull's services had made a ton of money. I wanted to do the same.

12.     On January 30, 2019, I received an email from Jeff Bishop at Raging Bull about Weekly Money Multiplier. The subject line stated "She Quadrupled a Small Account." At the top of the email, it said "$6,900 to $29,000 in just 5 weeks." He then stated that since the presentation he has been flooded with questions on account size. He emphasized that this service is for small and large accounts alike. Then he highlighted one of his subscribers who he claimed took an account of $6,900 to $29,000 in just 5 weeks when she started working with him. The email had a screenshot of what appeared to be a trading account showing positive results in 4 days. Jeff also said, "Small account?...No Problem! Busy Schedule?...Say no more! Easy to

3

follow?...Absolutely!" At the bottom Jeff wrote, "This one-time deal is not lasting long. It's your Golden Ticket." Attached as **Attachment E** is a true and correct copy of the email.

13.     I received another email on January 30, 2019 with the subject line "$9k in extra income." There were a few testimonials in the email. One stated, "I work full time and do ALL my trading on my phone." Another stated, "so I can't watch the charts all day. And the stress was giving me headaches…Thanks for doing this! Being in DIS calls, I sold for $9k+." The email also says that Jeff Bishop will detail the trade, tell us when he is buying and why he is buying and then text and email real time trade alerts. Jeff specifically stated, "All that's required from you is a paragraph of reading and to press a few buttons. Seems easy, right?" Attached as **Attachment F** is a true and correct copy of the email.

14.     On January 31, 2019, I received another email from Jeff Bishop about Weekly Money Multiplier. The subject line said "Year's Salary in 1 Trade." The top of the email said "$91,000 and 284%." Then the email said, "I promise that you can see these results. Problem is, most don't give themselves the fighting chance." The email also contained a screenshot of a trading screen from a phone that shows he made $91,000 on a trade. At the bottom of the screenshot it says "I want you at this level, but I'll be honest…You probably **have zero chance if you don't join me**. Here's your first warning. Tomorrow at midnight, my deal is off the table (emphasis in the original)." Attached as **Attachment G** is a true and correct copy of the email.

15.     I decided to purchase Weekly Money Multiplier on January 31, 2019 for $1497. I believed that I would receive real time text and email alerts, access to Jeff's live portfolio (his trading portfolio where he was making his real money trades for everyone to watch), and access to video education materials. Jeff's marketing pitch was very convincing. I believed it when he told me he was very successful and a millionaire trader. Of course I wanted to follow him. I also liked that he was going to show his live portfolio so I could see what he was doing. I purchased because the profits he talked about were exceptional, and I loved the idea of getting the real time trade alerts so I could follow him and make the same profits.

16.     After my purchase of Weekly Money Multiplier, I received a welcome email from Jeff Bishop telling me my account was active and that my credit card would process through Raging Bull, the publisher of the service. The email also stated that my account was located at app.ragingbull.com/member. Attached as **Attachment H** is a true and correct copy of the email.

17.     When I signed up, I was supposed to receive a special deal of an extra three months, but it was not listed on my subscription page. In addition, I signed up because Jeff told us that he would post new trade positions (alerts) via text message, but I was not receiving any. I could also not find the dates on his opening positions on the live portfolio page. I emailed Raging Bull customer service and I received an email from someone named Michael who told me that the sales alerts will be sent to my phone when Jeff makes the trade and I will also receive an email. He also said that the live portfolio does not always show the entry dates for specific trades. Attached as **Attachment I** is a true and correct copy of the email.

18.     On February 11, 2019, I emailed customer service again asking, "Why does it take so long, neither email or text were received?" Allen at Raging Bull responded by saying, "Jeff doesn't alert Every trade. The portfolio has all his positions streaming live, but not every trade is alerted, mainly due to the fact that some may be quick day trades that are too fast." Attached as **Attachment J** is a true and correct copy of the email.

19.     I received email alerts from Jeff in February and March 2019 about the trades he was making and the profits he made from those trades.  Attached as **Attachment K** are true and correct copies of a few of these emails.

20.     In March 2019, I received emails from Raging Bull about a webinar called, "Turn your Trading Around and Supercharge it." On approximately March 7, I registered for the webinar.  In the registration email, it stated, "Supplemental income, working from home, being your own boss, setting your own ceiling…The sky's the limit." The email also stated, "I've identified ONE KEY COMPONENT that is the driving factor behind your success and I intend to showcase it this coming Tuesday." It further states, "Once you understand it, your profits can be instantly amplified. Don't believe me? Well in 7 years of trading, I'm now on pace to crush any

5

**PX 2, 60**

yearly performance I've had. In 2019, I've already grown my account about 150% and I don't plan on slowing down. So make sure you add this event to your calendar, because this one hour is the most important hour of your year and I'll make sure of it." Attached as **Attachment L** is a true and correct copy of the registration email.

21.     I watched a webinar for a service called Millionaire Roadmap, another Raging Bull subscription by Jason Bond. This service included trading options and stocks, including penny stocks. Jason Bond talked about his trading successes, and that he is a millionaire trader. He said that the service is for beginners, and subscribers do not need to have experience. Also, subscribers can see the trades as they are being made. We would receive real time alerts so that we could follow the trades and make the same trades at the same time. Again, this appealed to me because I could receive the alerts in real time and be able to make trades no matter where I was at the time. Jason Bond said that he made $200,000 in one week and I thought that this was incredible. That is a year's salary for some people.

22.     I decided to join the Millionaire Roadmap service because the profits he was claiming he made were extraordinary.  In addition, with the real time alerts, I felt like I could make the same profits he was making. I paid $1499 for the service and my statement said it was processed under the name "jasonbondpicks.com." I received a welcome email and a contract that I had to sign. Attached as **Attachment M** are true and correct copies of the email and contract.

23.     I tried to follow the real time alerts because that is what drew me to the services in the first place. Alerts were absolutely essential for me so that I could trade even while I was traveling, without needing to spend time carefully scrutinizing every stock or following its daily news. However, I lost money while following the alerts from both services while the experts claimed they were making money trading the same stocks.  In fact, they claimed they were making a fortune and sometimes sent 15-20 alerts in one day. It was impossible for me to make all the trades that they alerted on because of time and money. I typically would try approximately 3-5 trades of the alerts I received.

**PX 2, 61**

24.     On April 9, 2019, I received an email from support@ragingbull.com about a new program by another Raging Bull expert named Jeff Williams.  He was going to discuss a program called Profit Prism. The email stated in part, "He's going to show you exactly how you're able to grow your account quickly!...in just 10 minutes per day!" Attached as **Attachment N** is a true and correct copy of the email. This service was promoted for people who had small accounts.

25.     I received an email on April 11, 2019 from Jason Bond that stated in part, "Recently, after making $276,000 real-money profits just 2-months into 2019, I retired trading real-money for now so I could coach full time and really help clients start winning more." Then the email states that Jason started the Milestones Initiative and is announcing five clients who made profits.  Apparently, all these clients made between $80,000 and $177,000 in profits under the Millionaire roadmap program. Jason also introduced a new expert joining Raging Bull, Taylor Conway. He said that he turned $10,000 into $1.8 million and in 2019 he made $465,000 in trading profits in just two months. Jason then said, "Nobody has trained more millionaires than me and nobody has those same millionaires working with aspiring traders daily like I do. I'm proud the guys I trained want to work directly with me." Attached as **Attachment O** is a true and correct copy of the email.

26.     Kyle Dennis is another Raging Bull expert who also claimed that he made millions trading and his customers are successful using his services. I received marketing emails from Raging Bull about his services. I decided to join one of his services called Sniper Report on April 17, 2019. I wanted to join because I would receive real-time alerts and I hoped to make the same profits that Kyle Dennis claimed he made. I paid $97.

27.     I continued to get trade alerts, and I monitored the live portfolios of Jeff Bishop and Jason Bond and the chat rooms associated with their services. I noticed that once the trade was announced for everyone to see, within minutes the stock or option would increase in price, sometimes by 15% to 20%. I believe this was because many of the subscribers that got the same trade alert were buying at the same time. I could not get in at the price that Jason Bond or Jeff Bishop were sending out in the alert. I believe that the Raging Bull experts were making money

7

from members' subscriptions, but also manipulating prices and front-running by having their subscribers driving up the price of the stocks and options based on their own alerts. Once I realized this was happening, I could not understand how they could get away with this.

28.     On April 11, 2019, I sent an email to customer service stating, "Noticing post the calls, with everyone chasing the bids or offers their paying up 15 to 20%. The sheep are left with the crumbs?" I received a response from someone named Nathan who said, "The alerts are so you know what Jason is doing in as close to real time as possible. We do not tell you what to buy and sell." However, when I watched the webinar, Jason said that he will send out the trade alerts so we can make the same trade he is making, and he is making profits over and over again. I purchased because of the alert service and because I wanted to make the extraordinary profits Jason was claiming he made. Attached as **Attachment P** is a true and correct copy of the email.

29.     As an example, on May 24, 2019, I received an email from Jason Bond about an alert.  The subject line said, "Sold OTLK +21% +3300 & first 3-minute tip." The 3-minute tip was a link to "Penny Stocks for Beginners." Jason also stated in the email in part, "Nice win on OTLK, right from the watch list this morning. Plenty of time to get in and plenty of room to make big money…I just jumped out at $2.76 +21% +$3300 on the way to $2.87…I taught you this trade before the open today. Then I bought/alerted it. Then I waited 5 hours and made $3300 or 21%, you can do it too." Then at the bottom he stated, "Financial freedom $1000 at a time." Attached as **Attachment Q** is a true and correct copy of the email.

30.     One time I remember Kyle Dennis purchased 20,000 shares at .97 cents. By the time I got the alert and put the buy order in, the stock was up .15-.20 cents from the original alert. This happened many times and I continually lost money. I was not sure whether the price went up because of normal market circumstances or because the alerts drove the subscribers to all purchase at the same time. Kyle Dennis and Jason Bond claimed they have thousands of subscribers, so the price could have gone up because they sent the alert to thousands of people at the same time and then enough of those people tried to purchase the stock that demand increased.

**PX 2, 63**

Jeff Bishop, Jason Bond and Kyle Dennis were also supposed to send out their sell alerts, but it was also just as difficult to sell at the same price by the time the alert came out.

31.     I often went into the chat rooms that I had access to with my services and I noticed that other subscribers were discussing how they had lost a lot of money trying to trade on the alerts Jeff Bishop and Jason Bond were giving. It also appeared to me like there were quite a few people new to trading and they were complaining about losing money through Raging Bull.

32.     On May 20, 2019, I sent an email to Raging Bull customer service because I had previously asked to cancel Millionaire Roadmap and Sniper Report and asked for a prorated refund, but I had not received confirmation about the cancellation. I received an email response telling me that both will expire in March and April 2020. I was not able to cancel them, but had to wait until they expired. I wanted to cancel these services because I was losing money and the alerts were not working as promised in the promotional videos and marketing emails. Attached as **Attachment R** is a true and correct copy of the email.

33.     I continued to get marketing emails every day from Raging Bull on top of the email alerts. I also continued to receive emails about new services. For example, in June 2019, both Jason Bond and Jeff Bishop sent emails about one of their experts, Nathan Bear. In one email, Jason was advertising Nathan's new "TPS Strategy" and he said, "With Nathan Bear hitting fourteen 100%+ wins in the last week (several 1,000%+, see below), the Millionaire Roadmap chat room has eclipsed 550 members trading with him during market hours. What's holding you back from working with him? This trading room is on the way to 1,000 members during market hours and for good reason, clients are making money." Attached as **Attachment S** is a true and correct copy of the email.

34.     Not only did I receive email marketing about new services, but I also saw ads for new services in the chat rooms. I bought different services because I wanted to see if their claims about making huge profits were true. On June 27, 2019, I joined Jeff Bishop's Total Alpha Trading and paid $997. I again was lured in by Jeff Bishop's claims of his extraordinary profits and I thought that if I use the alerts he is sending out, I could make the same profits. In total, I

PX 2, 64

spent approximately $4090 on Raging Bull services. Each service I joined promised real time alerts, winning trades and educational videos. Some also promised live streaming portfolios and chat rooms.

35.     By this point, based on trade alerts from these Raging Bull services, I had a net loss of approximately $75,000 to $100,000. I had a few small wins, but nothing like what the experts touted or promised. I tried to follow their real time alerts, but I could not make the money that the experts claimed they were making. I was not using any trade alert services other than Raging Bull. I also noticed that, even though Jason Bond, Jeff Bishop and Kyle Dennis all claimed that you did not have to have a lot of money or time to be successful at their services, they were trading from large accounts and taking large positions. For example, I noticed from Jeff Bishop's live screen that he purchased 100 option contracts at one time for about $40,000 and he had 10-12 other positions at the same time. I definitely could not follow all of his trades and had to allocate in much smaller amounts.

36.     I also do not remember anyone from Raging Bull informing their subscribers in their presentations about their services that to trade on margin, like they were often doing, you need $25,000 in your account so you do not violate the pattern day trading rule.

37.     On September 16, 2019, I filed a complaint with the Better Business Bureau in New Hampshire. I explained that Jason Bond and Jeff Bishop were making trades, alerting their subscribers to make those same trades, and claiming huge profits from the market moving based on their subscribers driving up the price. I also explained that I received hundreds of emails from Raging Bull and many of them were about upselling other Raging Bull subscriptions. I asked for a full refund for all my subscriptions, but never received one.

38.     In October 2019, I noticed that the Weekly Money Multiplier service was taken over by Nathan Bear. I started to receive emails from him instead of Jeff Bishop. Attached as **Attachment T** are true and correct copies of two emails I received from Nathan Bear on behalf of Weekly Money Multiplier.

**PX 2, 65**

39.     On December 7, 2019, subscribers of Jason Bond's various services (Nucleus, Black Optics, Millionaire Roadmap and Raging Bull's Most Wanted) received an email from Jason Bond. He said "These services came with a hefty price tag of $3,999 or $4,999 and were our top level programs, however, after folding Nucleus into Roadmap and creating Most Wanted, the wheels fell off the wagon. We pivoted, but it never sat well with me, so today I'm fixing it." Then there was a link to an apology video from Jason Bond. In that video, he acknowledged that many customers were upset with him because he, without warning, shut down several of his most expensive services after people paid thousands of dollars in subscription fees.  He then offered six months free of his Elite program to these subscribers. Raging Bull claimed that this program is the most expensive and includes all of Raging Bull's services. I accepted the offer, which Raging Bull also claimed had a value of $8,000-$10,000. Since Raging Bull kept refusing to issue me the prorated refund, I felt I had no choice but to try out this subscription instead of getting my money back. Attached as **Attachment U** is a true and correct copy of the email.

40.     Once I signed up for Elite, I was inundated with emails and alerts. Because the Elite service allowed me access to every Raging Bull program, I started receiving alerts from 6-7 different experts. I could not follow them all and I started using the services for ideas only and only made about 2-3 trades per month.

41.     In approximately May 2020, I received a call from Raging Bull asking me to sign up for a lifetime membership for the Elite service for an additional $5000. I said no.

42.     My subscriptions ran out on June 30, 2020 and I did not renew any of them. I only continued on with Raging Bull after September 2019 because they refused to issue me a refund and I was enrolled in the Elite program. In my experience with these services, the alerts did not work and I was unable to make money by following the alerts. I was not happy with any of the

**PX 2, 66**

services and lost approximately $75,000 trading using Raging Bull's services.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 8/6          , 2020
Jacksonville, Florida
                                              Alan Adelson

**PX 2, 67**

 Gmail

## You've just gained full, behind-the-scenes access…
1 message

**Jason Bond** <jason@jasonbondpicks.com>                                    Thu, Mar 2, 2017 at 2:09 PM
To:



Welcome to Jason Bond Picks Newsletter!

**JASON BOND** PICKS
winning small cap swing trades

At JasonBondPicks, we hate spam as much as you do. You are receiving this email because you subscribed to JasonBondPicks Email alerts service. Our records indicate that ▮▮▮▮▮ requested and confirmed to be added to JasonBondPicks at on March 2, 2017.

Click here If you would like to unsubscribe.

Home | Blog Posts | Subscribe Now

Share: ▮ Like  ▮ Tweet  ▮ +1

Follow: ▮ ▮

**My Recent Results**

Hi, my name is Jason Bond, founder of JasonBondPicks.com

And today I'd like to warmly welcome you to the JBP family.

Congratulations for taking the first, and most important step towards becoming a successful momentum stock trader.

In the coming days, you'll be getting a behind-the-scenes look at how (and

Join Now

Attachment A

**PX 2, 68**

why) my proven trading process works.

I'll be sending you "street smart" insights, tips and advice you can immediately use to kick start your exciting new career as a stock trader.

But before we go any further, make sure to whitelist my email address: jason@jasonbondpicks.com

Go ahead. It'll take a few seconds.

This way you'll be sure to receive all the valuable information I'm going to send you in the coming days.

Also, if you use Gmail, mark all my emails as "Important".

Done?

Very good! Now here's an idea of what you'll be getting in the coming days:

1. **Stock Watchlist** - These are the stocks I'm keeping my eye on. This lists helps you know which stocks you need to watch closely.

2. **Trade Alerts** showing you where I'm currently putting my money. Plus, I'll give you the reasons I'm making each trade. This kind of knowledge is priceless.

Attachment A

PX 2, 69

3. **Full Video Lessons** designed to answer all of your questions on my trading process, and what you can learn from each trade I make

That's right, you'll receive all these valuable insights and resources absolutely free!

So why am I giving you all this for no cost or obligation?

Here's why. Because I want you to learn all about day and swing trading with confidence.

I want you to see firsthand how and why my proven trading process could potentially maximize your trading profits…. in record time!

You're here because you want to become a winning stock trader.

You want to make more money from your trades.

You want to take your life to the next level.

And you don't want to make costly mistakes.

So that's why I'm here to teach you my proven strategy, while providing you with the tools you need to make it happen.

So once again. Thanks for subscribing and welcome to the family!

Attachment A

PX 2, 70

Trading Up,

Jason Bond
*Your millionaire stock
trading mentor*

PS: In my next email, you'll
see how a former gym
teacher made $11,202 in
only 4 days. I promise
you're going to like this
case study.

So remember to be on the
lookout for my next email.
Talk soon!

Oh, and make sure you
review our Quick Start
Guide

Neither Jason Bond nor RagingBull, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

If you no longer wish to receive our emails, click the link below:
Unsubscribe

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

**PX 2, 71**

 Gmail                                                                          ████████ ████████

## Congratulations! Welcome to Biotech Breakouts
1 message

**Kyle Dennis** <Kyle@biotechbreakouts.com>                                    Thu, Mar 2, 2017 at 2:11 PM
To: ████████

 

Hi, my name is Kyle Dennis, co-founder and director of Biotech Breakouts.

I'd like to personally congratulate you on taking the first, and most important step towards becoming a smarter, wealthier, more successful Biotech trader and investor.

So get ready!  In the coming days, I'm going to be sending you actionable insights, strategies and key information about the system I personally used to turn a small $15,000 investment into more than $1,700,000 in less than 5 years.

And guess what? I'm also going to show you how I went from a broke college student to self-made millionaire by the age of 25… and how I did it without setting foot on Wall Street.

That's right. I live and work in Los Angeles, not in the financial district of New York City.

I don't wear $2,000 pinstripe suits and Gucci loafers. Nope. Most days I make a "killing" trading stocks from my home office dressed in a t-shirt and blue jeans.

And when I'm done trading for the day, I go outside, throw down the top of my new Porsche Cabriolet, and take some time to enjoy the beautiful sights and sounds of Southern California.

Is it a great life? You're darn right it is!

But my life wasn't always like this.

Attachment B

PX 2, 72

The truth is just a few years ago, I had a 2-hour daily commute and worked in a tiny cubicle, barely scraping by on $35,000 a year.

I was facing the same day-to-day grind most working Americans have to face every week.

And by the time I got home from work, I was so tired, all I wanted to do was eat something, crash on the sofa, and watch Netflix until I fell asleep.

The next day it was just rinse and repeat.

Pretty depressing, right? Especially for a guy in his early twenties.

So how did I go from being trapped in the proverbial "Rat Race" to independently wealthy in such a short time?

Well, in my next email, I'm going to show you the facts and figures behind my meteoric rise to self-made millionaire status.

You'll be amazed when you see how I did it so quickly!

Please understand. I'm not bragging. What I'm going to do is pull back the curtain and show you how I did it, to help you break through any limiting beliefs you may have about what's possible when it comes to making BIG money with Biotech stocks.

After all, that's my job as your mentor and coach, right?

I'm here to help you become aware of your own potential, and teach you the key strategies you need to become financially free, so you too can live the kind of life you've always dreamed of.

So be on the lookout for my next email. I promise you're gonna love what I've got to show you.

Oh. I almost forgot.

Before you go, make sure you whitelist my email address:
kyle@biotechbreakouts.com

Go ahead and do it now. It'll take a second or two.

You need to do this to make sure you receive the important strategies, insights and information I'll be sending you about my system in the coming days.

Also, if you use Gmail, mark all my emails as "Important".

Done?  Very good!

Once again, thanks for subscribing to BioTech Breakouts. I'm really looking forward to working with you, and helping you unlock your fullest potential as a trader and investor.

Attachment B

PX 2, 73

5/11/2020                                        Gmail - Congratulations! Welcome to Biotech Breakouts



To your imminent success!

Kyle Dennis

PS: If you know any other traders who want to start profiting from the fast-growing Biotech sector, make sure you go ahead and send them this link > https://www.biotechbreakouts.com

**PX 2, 74**

 Gmail

## $43,000 profit for me, Petra's webinar TONIGHT & Thursday's watch list
1 message

**Jason** <jason@jasonbondpicks.com>                                    Thu, Mar 23, 2017 at 9:54 AM
To:



JASON BOND PICKS                    **Swing Trading**

Good morning,

SNAP, crackle, pop! $22,000 profit for me on **SNAP** Wednesday, 172% on the options and another 10% on the shares. ALL from my iPHONE. I've made $43,000 this week in the Millionaire Roadmap from the Great Wolf Lodge. To celebrate this amazing trading here's 50% off the Millionaire Roadmap now through April 1.

Enough about me.

Petra has been working almost non-stop since the webinar on Tuesday when she announced her new trading service, PetraPicks.com

Hundreds of people have already joined up but there are still a lot of questions she hasn't had time to respond to yet.  Her plan is to hold another webinar tonight @ 8pm for anyone who wants to come and ask her questions directly (or just listen to other traders have their questions answered).

She has really developed what I think is the ideal system for people who work full time jobs, mothers working from home, or anyone who just can't be tied to the computer all day to watch the market tick-by-tick.

If you missed the opportunity on Tuesday night, then I really think you should come by tonight and hear from Petra herself. Trust me, you'll be glad you did.

You don't want to miss out on her special 50% discounted pricing going on right now.

This won't last long, so get it while you can and use the opportunity to talk to Petra directly.

**I will send you the link after the market closes today & the password to get in.**

Our portfolio still looking pretty good despite the market taking a beating on Tuesday and staying mostly flat yesterday. You'll notice the first couple of names on the list today are from yesterday and continue to be in play. If you're a beginner, I hope you're mentally following along with each day's list and seeing how these stocks react. You'll notice i've been putting some plays on here that are a little early in their patterns. This is to help you see these patterns before they develop, and help you to see the price action as it either confirms or rejects our thesis of each trade.

MN

Attachment C                                    **PX 2, 75**

5/11/2020                          Gmail - $43,000 profit for me, Petra's webinar TONIGHT & Thursday's watch list

Buy Range 5.45-5.55
Stop 5.35
Target 6+

Still in our buy zone after a nice bullish engulfing candle on the daily and the MACD curling even more towards a cross.

OZM

Buy Range 2.35-2.45
Stop 2.20
Target 2.85

We said yesterday we may be a little early on this one without a candle over candle. Now we've got it.

ARTX

Buy Range 3.10- 3.15
Stop 2.90
Target 3.60

Nice bullish engulfing candle on a flat market day. Similar set up to what we saw at the beginning of November and around the New Year.  The buy range on this is smaller than usual because we want to see it get up above today's close of 3.10 and stay there.

XOMA

Buy Range 6.05-6.15
Stop 5.85
Target 7.00+

"J why are you putting something on the watchlist that was up 13% yesterday?" Because XOMA is setting up to breakout above a double top with little between that breakout and the 7.00 level. We had this on watch in the run up to the double top, and even though we banged our head, we now have a higher low in place on the chart. Triple tops are very rare, and so the probabilities are on our side here, and that's all we ask. If you take this trade, and we push above the 6.10 level or so, remember previous resistance will act as support, and adjust your stop accordingly.

Trade wise and green!

Jason Bond

_____

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker-dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisers with respect to any tax relevant decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past result s are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Jason Bond Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at Jason Bond Picks.

Attachment C

PX 2, 76



Attachment C

**PX 2, 77**

 Gmail

---

## Webinar with me main chat room 8p et tonight
1 message

**Jason Bond** <jason@jasonbondpicks.com>                                      Mon, Mar 27, 2017 at 7:14 PM
To:

JASON BOND PICKS          **Millionaire Roadmap**

GOOD EVENING!

Webinar in the main chat room at 8pm et with me TONIGHT.

CLICK HERE to join (must be an existing Day & Swing or Millionaire Roadmap client to attend)

**TOPIC:** MRM Q&A for MRM clients (day & swing clients are welcome to sit in but this is for MRM clients questions)

As you know I'm avg. $2,300 a day right now trading part time. That's about 134% or $134,000 in 2017.

But what you might not know if you're new to the Millionaire Roadmap is that the service is about so much more than just my trading strategy.

For example, did you know Jeff Bishop's options strategy is detailed in my DVD The House Always Wins?

Plus a dozen 1-hour Masterminds already recorded and loaded on the website?

Plus spreads work for small accounts, or go naked if you want with a big account?

And that his options portfolio STREAMS LIVE to Roadmap clients daily?

Oh ya, he's teaching a $1,999 options course here in a few weeks, FREE for Millionaire Roadmap clients?

And this streaming portfolio we're discussing, well that's up +$21,610.90 since FRIDAY!

●○○○○ AT&T 🔜          1:37 PM          🚀 100% 🔋 ⚡

◄ Positions          **UVXY**
                     (●●●●●■

                                          18.01
18.02                Bid                   Size: 8
                 Attachment D

5/11/2020                          Gmail - Webinar with me main chat room 8p et tonight

18.02

-0.20 (-1.10%)                    Ask                    18.02
                                                         Size: 5

| Symbol ⚙ | Mark | P/L Open |
|---|---|---|
| UVXY +3000 | 18.02 | ($1,309.10) |
| 31 MAR 17 17 P 100... -200 | 0.40 | $10,500.00 |
| 31 MAR 17 18.5 C 1... -200 | 0.754 | $7,620.00 |
| 7 APR 17 16.5 P 100... -100 | 0.692 | ($420.00) |
| 7 APR 17 25 C 100 (... -100 | 0.368 | $5,220.00 |

Trade UVXY                        +$21,610.90
                                  STREAMING
Create UVXY Alert                 LIVE in the
                                  Millionaire
                                  Roadmap
Show UVXY Details

⟳         💼         📄         🔔         ○ ○ ○ 10
Quotes   Positions   Orders    Alerts      More

Webinar in the main chat room at 8pm et with me TONIGHT.
                                  Attachment D

PX 2, 79

5/11/2020                                              Gmail - Webinar with me main chat room 8p et tonight



CLICK HERE to join (must be an existing Day & Swing or Millionaire Roadmap client to attend)

Trade wise and grear!!

Jason Bond

PX 2, 80

5/11/2020                                    Gmail - She Quadrupled a Small Account

 Gmail

## She Quadrupled a Small Account
1 message

**Jeff Bishop** <Jeff@weeklymoneymultiplier.com>                    Wed, Jan 30, 2019 at 8:11 AM
To:



$6,900 to $29,000 in just 5 weeks

Since the presentation, my inbox has been flooded with questions...mainly about account size.

Let me break the news to you...

**This is for small and large accounts alike!**

I'll highlight a current member of mine, Dorothy.

She is a rockstar, but it did not start out like this!

She failed at small caps, and excelled with options...well excelled may be an understatement.

In fact, she took an account of **$6,900 to $29,000 in just 5 weeks** when she started working with me.

Check out these results in ONE week! *(4 days to be exact)*

Attachment E

**PX 2, 81**

| View | Tax Year | Date From | Date Closed | |
|---|---|---|---|---|
| Realized | Custom | 02/12/2018 | 02/12/2018 | |

| Total Gain Realized | Short-Term Gain Realized | Long-Term Gain Realized | |
|---|---|---|---|
| $12,614.77 | $12,614.77 | $0.00 | $1 |

| View | Tax Year | Date From | Date Closed | |
|---|---|---|---|---|
| Realized | Custom | 02/13/2018 | 02/13/2018 | |

| Total Gain Realized | Short-Term Gain Realized | Long-Term Gain Realized | |
|---|---|---|---|
| $6,318.21 | $6,318.21 | $0.00 | $1 |

| View | Tax Year | Date From | Date Closed | |
|---|---|---|---|---|
| Realized | Custom | 02/14/2018 | 02/14/2018 | Filter |

| Total Gain Realized | Short-Term Gain Realized | Long-Term Gain Realized | Total Commission |
|---|---|---|---|
| $4,616.26 | $4,616.26 | $0.00 | $511.74 |

| View | Tax Year | Date From | Date Closed | |
|---|---|---|---|---|
| Realized | Custom | 02/15/2018 | 02/15/2018 | |

| Total Gain Realized | Short-Term Gain Realized | Long-Term Gain Realized | Total Comm... |
|---|---|---|---|
| $5,193.72 | $5,193.72 | $0.00 | $863.58 |

You should see her account now!

**Weekly Money Multiplier** is here to help **make your life easier** and more **profitable.**

*Small account? ...No problem!*

*Busy schedule? ...Say no more!*

*Easy to follow? ...Absolutely!*

Each day you wait, you deny yourself the opportunity that others like Dorothy have already taken advantage of.

This one-time deal is not lasting long. It's your Golden Ticket.

*Jeff Bishop*

**Jeff Bishop**
Weekly Money Multiplier

Attachment E

PX 2, 82



Attachment E

PX 2, 83

5/11/2020                                Gmail - $9k in extra income

 **Gmail**

## $9k in extra income
1 message

**Jeff Bishop** <Jeff@weeklymoneymultiplier.com>                    Wed, Jan 30, 2019 at 8:05 PM
To:



**Weekly Money Multiplier**
with Jeff Bishop

*"I work full time and do ALL my trading on my phone."*

Imagine that…

You're sitting at your desk at work and an alert hits your phone.

Text message and email.

I detail the trade, tell you what I'm buying and why I'm buying it.

Same happens for when I sell.

All that's required from you is paragraph of reading and to press a few buttons.

Seems easy, right?

Ask Scott…

*"…so I can't watch the charts all day. And the stress was giving me headaches….Thanks for doing this! Being in DIS calls, I sold for $9k+"*

That's the power of the Weekly Money Multiplier.

This 62% Off Savings Ends Soon

*Jeff Bishop*

**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on the website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (when or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future

https://mail.google.com/mail/u/0?ik=0d3fa415ab&view=pt&search=all&permthid=thread-f%3A1624135927412472378%7Cmsg-f%3A16241359274124…   1/2

Attachment F                          **PX 2, 84**

profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

67 Batterymarch Street, Suite 702, Boston, MA, 02110, United States

Attachment F

**PX 2, 85**

 Gmail

## Year's Salary in 1 Trade
1 message

**Jeff Bishop** <Jeff@weeklymoneymultiplier.com>                     Thu, Jan 31, 2019 at 11:04 AM
To:

 **Weekly Money Multiplier** with Jeff Bishop

### *$91,000 and 284%*

I promise that you can see these results.

Problem is, most don't give themselves the fighting chance.

I first started trading and lost $8000 (my entire account).

I thought I was done. I thought that was it.

Long story short, I didn't give up on myself.

Now, I'm here to guide you. Simple as that.

Attachment G

**PX 2, 86**

5/11/2020                                                  Gmail - Year's Salary in 1 Trade



I want you at this level, but I'll be honest...

You probably **have zero chance if you don't join me.**

Here's your first warning.

Tomorrow at midnight, my deal is off the table.

**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. Those individuals do not engage in any trades with customers. The buying and selling of e-quities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisers with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

Attachment G          **PX 2, 87**

Attachment G

PX 2, 88

# Welcome to Weekly Money Multiplier!

| | |
|---|---|
| **From:** | Jeff Bishop <jeff@weeklymoneymultiplier.com> |
| **To:** | █████████████ |
| **Date:** | Thu, 31 Jan 2019 12:03:43 -0500 |



Greetings Adam,

Your account is now active!  I am excited to have you on the team and can't wait to get started with your training.

Here are some things you will need to know:

**Payment Processing**

All credit cards are processed through "RagingBull.com" which is the publisher of this course. You'll see that charge on your statement, so don't be alarmed!

**Site Access**

You're ready to get started right away I bet?  Great!  You may now access to our website by logging into your account at:

https://app.ragingbull.com/member

Use your email address to login.

**Password:** Your password chosen at the checkout. If you already had an account with us, use the same password as before.

All the Weekly Money Multiplier premium content will be available from the side menu in the RagingBull Dashboard.

Thank you and I look forward to working with you!



**Jeff Bishop,**
WeeklyMoneyMultiplier.com

Attachment H

Neither Weekly Money Multiplier nor RagingBull.com, LLC (publisher of Raging Bull) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Weekly Money Multiplier manages on behalf of RagingBull.com, LLC.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

.

## [WeeklyMoneyMultiplier] Re: I am a new subscriber

| | |
|---|---|
| **From:** | Michael (WeeklyMoneyMultiplier) <support@weeklymoneymultiplier.com> |
| **Date:** | Fri, 01 Feb 2019 13:00:39 -0500 |

##- Please type your reply above this line -##

Your request (382062) has been solved. To reopen this request, reply to this email. See the latest comments below:

**Michael** (WeeklyMoneyMultiplier)

Feb 1, 1:00 PM EST

Hi Adam,

I've added the 3 months to your subscription.

The sales alerts will be sent to your phone when Jeff makes a trade. An email will be sent along side with it with more depth.

The live portfolio doesn't always show the entry dates for specific trades.

Sincerely,

Michael

**Adam Hadelson**

Feb 1, 12:51 PM EST

I was supposed to get an additional three months with the offer, This does not reflect on the subscription page?
Additionally, do the new positions post on my phone as a text? I did sign up for this. Also, where are the dates on the opening positions on the live page?

]

Thank You for Contacting Support.

# [WeeklyMoneyMultiplier] Re: No alerts posted on the new appl position and the ung position.

| | |
|---|---|
| **From:** | Allen (WeeklyMoneyMultiplier) <jeff@weeklymoneymultiplier.com> |

██████████████████████████

| | |
|---|---|
| **Date:** | Wed, 13 Feb 2019 14:55:58 -0500 |

##- Please type your reply above this line -##

Your request (459953) has been solved. To reopen this request, reply to this email. See the latest comments below:

---

**Allen** (WeeklyMoneyMultiplier)

Feb 13, 2:55 PM EST

My pleasure.

Have a great week of trading.

Allen

---

**Adam Hadelson**

Feb 13, 1:14 PM EST

Thank you for your help!

---

**Allen** (WeeklyMoneyMultiplier)

Feb 13, 12:22 PM EST

Hi Alan,

Perfect. Made the updates.

Personally, I like the name Alan better too.  ;)

Sincerely,
Allen

Attachment J

**PX 2, 92**

**Adam Hadelson**

Feb 12, 3:20 PM EST

Yes, thanks. Last name is Adelson not Hadelson

**Allen** (WeeklyMoneyMultiplier)

Feb 12, 1:51 PM EST

Thank you– Sorry about that– we have Adam for your first name. Would you like me to change that to Alan?

**Adam Hadelson**

Feb 11, 3:51 PM EST

Thank you for the clarification.
My name is Alan H Adelson not what you indicate.

**Allen** (WeeklyMoneyMultiplier)

Feb 11, 3:49 PM EST

Hi Adam,

Jeff doesn't alert Every trade. The portfolio has all his positions streaming live, but not every trade is alerted, mainly due to the fact that some may be quick day trades that are too fast.

However, I have made sure you get all future, applicable trades!

Sincerely,

Allen

Attachment J

**PX 2, 93**

**Adam Hadelson**

Feb 11, 3:46 PM EST

Why does it take so long, neither email or text were received?

]

Thank You for Contacting Support.

**PX 2, 94**

5/11/2020                                           Gmail - Bought VFC calls

 Gmail

## Bought VFC calls
1 message

**Jeff Bishop** <jeff@weeklymoneymultiplier.com>                    Wed, Feb 6, 2019 at 9:52 AM
Reply-To: jeff@weeklymoneymultiplier.com
To:



**VFC** is one of my favorite retail stocks lately. I think it is very well-managed and is putting out great products.

There was a large jump after the earnings announcement a few weeks ago, and the stock has been consolidating since the in the mid-$80's.  We've just seen it start to drift out of that range now, and I am taking the opportunity to start a new position here on a little dip today.

As you can see from the chart, I need this to stay above $84 to remain in play for me. If we close below that level, that will be my signal to exit.  I think it could have room to run all the way to $90's if the market holds up.



The big risk here is that the market rally is so due for a pullback, and that could pull VFC with it as well. If that happens, I do own VXXB calls right now that would more than offset this loss. I really think there is enough support here though that this would not fall apart even if the market slips.

**TIVO**, **XPO**, and **AZO** remain my top shorts to consider here.  **SPOT** will be an interesting one after earnings tonight. I think that is going to fall as well.

Attachment K

PX 2, 95

*Jeff Bishop*

**Jeff Bishop**

RagingBull, LLC
62 Calef Hwy #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to
e-mail you again.

This e-mail was sent to the following lists: Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Attachment K

**PX 2, 96**

## Bought TEAM puts

| | |
|---|---|
| **From:** | Jeff Bishop <jeff@weeklymoneymultiplier.com> |
| **To:** | ████████████████ |
| **Date:** | Thu, 07 Feb 2019 13:15:57 -0500 |

I have been looking at **TEAM** for a reversal for a couple of weeks since their earnings report.  The stock dropped much lower after that and has now rebounded well above where it started from.

I think this is primed for a reversal and I am starting a new trade with **TEAM 100 15 FEB 19 Puts @ 1.80.**

You can see in the chart below what I am looking at with the hourly-crossover about to happen.  When that happens, I think it is a quick move lower.

I don't plan to be in this trade very long. I would love to see a quick 20-50% move and take some fast profits if the market continues to fall from here.

To YOUR Success!

**Jeff Bishop**

RagingBull, LLC

62 Calef Hwy #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

\* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Weekly Money Multiplier

Attachment K

**PX 2, 97**

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultipler.com.

.

Attachment K

**PX 2, 98**

5/11/2020                                          Gmail - Sold half TLT calls for 130% and a great lesson

 Gmail

## Sold half TLT calls for 130% and a great lesson
1 message

**Jeff Bishop** <jeff@weeklymoneymultiplier.com>                    Fri, Feb 8, 2019 at 10:14 AM
Reply-To: jeff@weeklymoneymultiplier.com
To:



I think **TLT** is in breakout mode now that it is firmly above the $122 recent high.  I am being cautious though and taking half of my position off the table here for over **130% in profit or about $14,000** on just this half of the trade...and I still have another $14,000 profit waiting if I decide to take it!

Really nice to see it play out like this. I was actually worried this wouldn't work out after seeing the choppy price action a few days after I started the trade. Let's walk through how this trade happened from the start.

Here is the chart I sent you in the initial email on Jan 28th, when I started the trade. You can see my clear stop loss area and profit target range.



Now look at the updated chart from today:

Attachment K

**PX 2, 99**

5/11/2020                                    Gmail - Sold half TLT calls for 130% and a great lesson



As you can see, within just a few days after I started the trade, TLT shot up nearly to my first profit target, and I was up a quick $13,000.

I was stubborn and wanted it to "hit" the $122 target, but instead, it came within $.10 of that and then quickly retreated.

**I went from a $13,000 profit to a $5000 loss in just 2 days.** I sure was upset about that, but since the price was still above the stop loss zone, I used that weakness to add more contracts and lower my average price.

Sure enough, that dip was another fakeout and TLT has been climbing since then. Today, it broke past the $122 level again, and I am NOT missing the opportunity to take profits this time.

**I'm putting $14,000 in my pocket today** (as you can see on the actual screenshot from my account, below) on this and letting the rest of this trade ride higher.



Hopefully, I'll see this north of $123 before it expires and I will lock in an even bigger profit on it!

I think this is a good lesson on how to stick to a gameplan once you set it up and not give up on a trade because it didn't do exactly what you wanted it to do.

In hindsight, the only thing I would have done differently here is to take the initial profit when I had it. That was just stubbornness on my side, and we can't let that happen as traders. We need to take what the market gives us.

To YOUR success!

Attachment K

**PX 2, 100**

*Jeff Bishop*

**Jeff Bishop**

RagingBull, LLC
62 Calef Hwy #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to
e-mail you again.

This e-mail was sent to the following lists: Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Attachment K

**PX 2, 101**

## Sold EWW puts, flat

| | |
|---|---|
| **From:** | Jeff Bishop <jeff@weeklymoneymultiplier.com> |
| **To:** | ██████████████████ |
| **Date:** | Tue, 12 Feb 2019 10:03:06 -0500 |

I am tired of the back and forth action with **EWW puts**, so I sold them today for less than a 5% profit. Basically, flat on the trade.

The whole market seems to be on a seesaw right now.  One day we're up, the next day going lower. Not making any real progress one way or another.

I am not going to take guesses at the next move, but I am going to stick with trends in place. A lot of stocks are on the verge of breaking past recent highs, so that is a pretty bullish signal.

My **VFC calls** are getting a nice bid today, they are in the "breakout" category. I am going to continue to hold those until it makes a good move one way or another. I still think we can see $90's on that soon.

I really like the chart setup on UNG right now. I just started a small trade on the **UNG Mar 15 2019 24 Call @ .67**.  I plan to add to this in the next day or so, I want to add @ .60, but might add higher if the reversal becomes clear.

I still hold some **TLT calls**, which were up 200% at one point.  I am no very glad I locked in a big win for 130% a few days ago.  These contracts expire on Friday this week, so I will be exiting the remainder soon.  I will not let it go red on me. I plan to buy calls again for March soon so keep an eye out for a good entry point.

I don't have much on my radar for today, so I will probably let this market move happen today and see how things hold up by the close.

To YOUR success!

**Jeff Bishop**

RagingBull, LLC

62 Calef Hwy #233, Lee, NH 03861

Attachment K

PX 2, 102

**[Manage Email Preferences](#)** | [Unsubscribe All*](#)

\* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultipler.com.

Attachment K

**PX 2, 103**

5/11/2020                                    Gmail - Bought TLT calls (again) & Sold VFC calls +$3000

 Gmail

## Bought TLT calls (again) & Sold VFC calls +$3000
1 message

**Jeff Bishop** <jeff@weeklymoneymultiplier.com>                                    Wed, Feb 13, 2019 at 10:30 AM
Reply-To: jeff@weeklymoneymultiplier.com
To: ████████████████



After hitting a home run on the last round of **TLT calls**, I am back in the game today. TLT is sitting right on the 200-day hourly support line, and it is also on the lower end of the recent channel range.

You can see what I am looking at in the chart below.



I am giving myself plenty of time on this with the **TLT MAR 15 2019 122.0 Call @ .82.** I am looking to add to this in the low $.70's and I would add one more time also if we see a break of .60.

I am using the $120 level on TLT as my stop. If we break below that, then I think the trend is done and I will reevaluate the trade.

I also just sold **half of my VFC calls @ $3.20 for a nice 20%+ profit, or over $3000.** I have given this trade several days to make a move and I am worried about holding this long in a market that I think could fall soon. I am looking to exit the rest around $3.50 or higher.

I am also looking to add **UNG calls here in the low $.40's.** UNG is very volatile, so I want to take advantage of the swings down when it happens. If we break the recent low of $22.70 on the stock I will close this up.

I am close to also buying **NBEV, WYNN and SQ calls. XPO** and **BA** are both my top shorts to look at for puts.

**PX 2, 104**

5/11/2020                                  Gmail - Bought TLT calls (again) & Sold VFC calls +$3000

There are several stocks I like right now, but they have earnings soon so I am waiting for those to happen before I make any moves.  Always be sure to check on earnings dates before you make a trade so you don't walk into something you didn't expect.

To YOUR success!

*Jeff Bishop* (signature)

**Jeff Bishop**

RagingBull, LLC
62 Calef Hwy #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future. you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists. Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com. LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Attachment K

**PX 2, 105**

# Added to EA calls

**From:**      Jeff Bishop <jeff@weeklymoneymultiplier.com>
**To:**        ███████████████████
**Date:**      Tue, 19 Feb 2019 11:48:54 -0500

I am going to try to update on my adds for those that want to follow the activity and can't watch the live stream all day.

I just added **EA MAR 15 2019 105.0 Call @ $3.55**, to bring my new average to $4.60.

I am fully invested here now and will keep a stop on a break of $3 from here if it closes at that level, or else a close below $100 for EA itself.

**TLT** and **UNG** both looking strong as well.  I added a bit more to the **UNG** calls today @ .46 too.

**Jeff Bishop**

RagingBull, LLC

62 Calef Hwy #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or

Attachment K

viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

.

Attachment K

**PX 2, 107**

# Trade updates

| | |
|---|---|
| **From:** | Jeff Bishop <jeff@weeklymoneymultiplier.com> |
| **To:** | ████████████ |
| **Date:** | Fri, 01 Mar 2019 09:42:51 -0500 |

First of all, I want to thank everyone who came to Orlando yesterday for the event. It was great to meet everyone and hear your stories.

I will be traveling back home today and don't plan to be too active but I will give you the updates on my trading from yesterday's fills and what I plan today if anything.

**UNG** continues to be in beast mode, it is up again today and the remaining half of my calls are up nearly 200% today. Trades like this sure erase a lot of losers, so I am glad to see this moving the way it is.

**TLT** continues to slide so I am taking a loss on that one today. I never got into a full position so it is a small loss for me. I plan to come back to this next week with a different contract when the setup bottoms out again.

**WYNN** calls I added to right around the level where it touched $126 as I told you earlier in the week I planned to. I tripled up at that level and now my cost basis is $2.90 on the overall trade. If WYNN closes below $126 from here I will close out at least half of this trade for a loss, possibly all of it.

I am testing a **QQQ** put position too. I am underwater on it right now and might close all of it and go with in-the-money puts instead. Probably the $165 puts that expire in 2 weeks. This is a starter position for me, so it will not be a big entry.

I am also looking at making a bearish spread trade on **AAPL** where I will sell calls to collect premium. That might get set up today.

To YOUR success!

**Jeff Bishop**

**[Manage Email Preferences](#)** | **[Unsubscribe All*](#)**

\* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultipler.com.

Attachment K

**PX 2, 109**

5/11/2020                                          Gmail - Bought TSLA calls

 Gmail

## Bought TSLA calls
1 message

**Jeff Bishop** <jeff@weeklymoneymultiplier.com>                    Fri, Mar 8, 2019 at 10:33 AM
Reply-To: jeff@weeklymoneymultiplier.com
To: ▓▓▓▓▓▓▓▓▓▓▓▓



I almost hate to be on the long side of this stock. I really am more comfortable going short **TSLA**, but I can't argue the technicals right now.

All the bad news in the world doesn't seem to phase **TSLA** for too long. It is like Elon likes to have shorts sucked into the stock and when the price bases (like we are now), he is likely to come up with some great news that spikes the stock again.

I just bought **TSLA MAR 15 2019 275.0 Call @ 10.50**, and will look to add a little more to this soon. I am using a close below $275 as my stop on this, which is a very tight stop and I think it could run $10+ from here.

You can see what I am looking at on this chart right here:



This is a very short trade for me too. These contracts expire on Friday next week, so I will be out of this trade in the next 1-2 days most likely.

I am also bidding more **TLT puts @ .92** today and more **GDX calls @ .70** if either of those get filled.

To YOUR success!

Attachment K

https://mail.google.com/mail/u/0?ik=0d3fa415ab&view=pt&search=all&permthid=thread-f%3A1627452055032767026%7Cmsg-f%3A16274520550327...    1/2

**PX 2, 110**

5/11/2020                                        Gmail - Bought TSLA calls

*Jeff Bishop* (signature)

**Jeff Bishop**

RagingBull, LLC
62 Calef Hwy #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to
e-mail you again.

This e-mail was sent to the following lists: Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Attachment K

**PX 2, 111**

5/11/2020                                    Gmail - Success! You've Registered

 Gmail

## Success! You've Registered
1 message

**Jason Bond** <jason@jasonbondpicks.com>                    Thu, Mar 7, 2019 at 11:13 AM
To:

  **RagingBull**
MILLIONAIRE ROADMAP

Mentorship to Help You **Improve Your Trading**

**00:00:00:00**
DAYS   HOURS   MINUTES   SECONDS

Success! You've Registered

I have something special planned for this event on Tuesday, March 12th at 8PM ET, and you'll want to be in attendance.

The thing is, there are a lot of beauties to trading stocks.

Supplemental income, working from home, being your own boss, setting your own ceiling...

The sky's the limit.

But oftentimes, traders fail to get to that level because of common mistakes that should have been avoided.

I've been there too. I know what it's like to lose.

But more importantly, I know what it takes to **turn your trading around and then supercharge it.**

Contrary to popular belief, it's not as challenging as people make it out to be.

I've identified **ONE KEY COMPONENT** that is the driving factor behind your success and I intend to showcase it this coming Tuesday.

I've been in the market for years, and I keep going back to this sole ingredient that is crucial to your performance.

Once you understand it, your profits can be instantly amplified.

Don't believe me? Well in 7 years of trading, I'm now on pace to crush any yearly performance I've had.

In 2019, I've already grown my account about 150% and I don't plan on slowing down.

So, make sure you add this event to your calendar, because this one hour is the most important hour of your year and I'll make sure of it.

**Add event to calendar**
Attachment L

**PX 2, 112**

   

**Webinar Topic:** Turn Your Trading Around and Supercharge It

**Webinar Date/Time:** February 12th, 8PM ET

VIP Access Link: https://app.ragingbull.com/webinar/rb-free

See you there!

*Jason Bond*

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisers with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, expressed or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Jason Bond Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at Jason Bond Picks.

Unsubscribe

Attachment L

**PX 2, 113**

# Welcome to Jason Bond Picks Millionaire Roadmap

**From:**             Jason Bond <jason@jasonbondpicks.com>
**To:**                █████████████████
**Date:**            Thu, 14 Mar 2019 11:24:52 -0400



Alan,
Reassurance? It's not here, and it wouldn't do you any good if it were.

Opportunity? It's everywhere.

You've been given a turn. Will you take it?

If you're thirsty enough to change your life, the market is ready for you, more than ever before.

Let's do this together.

## Site Access

You may now access your content by logging in to your account at...

-   [https://app.ragingbull.com/member/](https://app.ragingbull.com/member/)
-   Use your email address to login: ████████████████
-   Password: **MRupgprade1**

**Please note that if you were already a member, the password is the same as your current one.**

Feel free to email us if you have any questions or concerns. Also, please white list and add the following
emails [mailer@infusionsoft.com](mailto:mailer@infusionsoft.com), [mailer@infusionmail.com](mailto:mailer@infusionmail.com), [noreply@infusionsoft.com](mailto:noreply@infusionsoft.com)
and [jason@jasonbondpicks.com](mailto:jason@jasonbondpicks.com) to your contacts to ensure email delivery.

Sincerely,



Your Mentor.
**Jason Bond**

Attachment M

PX 2, 114

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Jason Bond Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at Jason Bond Picks.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Attachment M

**PX 2, 115**

## Millionaire Roadmap Contract - Alan Adelson has been signed

| | |
|---|---|
| **From:** | Raging Bull <90n9nb@parsey.com> |
| **To:** | ██████████████████████████████████████ |
| **Date:** | Thu, 14 Mar 2019 11:24:17 -0400 |
| **Attachments:** | millionaire-roadmap-contract-alan-adelson.pdf (131.2 kB) |

---

Document has been signed

### Document Name: Millionaire Roadmap Contract - Alan Adelson

Document ID: (a482437d7d5366833b7cde5156071b45f351ed4d)
From: Raging Bull (90n9nb@parsey.com)

Hi Alan Adelson,

All signees have signed this document.
Audit Trail Serial#: 46e7beb33b5774d68265293194483682

View Signed Document

Warning: Do not forward this email to others or else they will have access to your document (on your behalf).

Attachment M

**PX 2, 116**

Document ID: a482437d7d5366833b7cde5156071b45f351ed4d                     Generated on: March 14, 2019

Signed On: https://ragingbull.com/

# Millionaire Roadmap Contract - Alan Adelson



## Service Subscription Agreement

This Service Subscription Agreement (this "**Agreement**"), effective as of <u>March 14, 2019</u> (the "**Effective Date**"), is by and between RagingBull.com, LLC, a Delware limited liability company with offices located at 62 Calef Hwy. #233 Lee, NH 03861 ("**Publisher**") and the customer listed on the signature pages below ("**Customer**"). Publisher and Customer may be referred to herein collectively as the "**Parties**" or individually as a "**Party**."

WHEREAS, Publisher publishes an  educational program that is distributed via an electronic/ digital delivery system via website or application and  includes the activities and deliverables described on **Exhibit A** ( the "**Service**").

WHEREAS, Customer desires to access the Services, and Publisher desires to provide Customer access to the Services, subject to the terms and conditions of this Agreement.

NOW, THEREFORE, in consideration of the mutual covenants, terms, and conditions set forth herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:

1. <u>Access and Use</u>.
   - <u>Provision of Access</u>. Subject to and conditioned on Customer's payment of Fees and compliance with all other terms and conditions of this Agreement, Publisher hereby grants Customer a non-exclusive, non-transferable, non-sublicenseable right to access and use the Services during the Term in accordance with the terms and conditions of this Agreement. Such use is limited to Customer's personal use and Customer is the only authorized user of the Service. Publisher shall provide to Customer the necessary passwords and network links or connections to allow Customer to access the Services.
   - <u>Use Restrictions</u>. Customer shall not use the Services for any purposes beyond the scope of the access granted in this Agreement. Customer shall not at any time, directly or indirectly: (i) copy, modify, or create derivative works of the Services, in whole or in part; (ii) rent, lease, lend, sell, license, sublicense, assign, distribute, publish, transfer, or otherwise make available the Services; (iii) reverse engineer, disassemble, decompile, decode, adapt, or otherwise attempt to derive or gain access to any software component of the Services, in whole or in part; (iv) remove any proprietary notices from the Services; or (v) use the Services in any manner or for any purpose that infringes, misappropriates, or otherwise violates any intellectual property right or other right of any

Attachment M

person, or that violates any applicable law.

○ Reservation of Rights. Publisher reserves all rights not expressly granted to Customer in this Agreement. Except for the limited rights and licenses expressly granted under this Agreement, nothing in this Agreement grants, by implication, waiver, estoppel, or otherwise, to Customer or any third party any intellectual property rights or other right, title, or interest in or to the Publisher IP (as defined in Section 5(a)).

○ Suspension. Notwithstanding anything to the contrary in this Agreement, Publisher may temporarily suspend Customer's access to any portion or all of the Services if: (i) Publisher reasonably determines that (A) there is a threat or attack on any of the Publisher IP; (B) Customer's use of the Publisher IP disrupts or poses a security risk to the Publisher IP or to any other customer or vendor of Publisher; (C) Customer, or is using the Publisher IP for fraudulent or illegal activities; (D) subject to applicable law, Customer has ceased to continue its business in the ordinary course, made an assignment for the benefit of creditors or similar disposition of its assets, or become the subject of any bankruptcy, reorganization, liquidation, dissolution, or similar proceeding; or (E) Publisher's provision of the Services to Customer is prohibited by applicable law; (any such suspension described in subclause (i) or (ii), a "**Service Suspension**"). Publisher shall use commercially reasonable efforts to provide written notice of any Service Suspension to Customer and to provide updates regarding resumption of access to the Services following any Service Suspension. Publisher shall use commercially reasonable efforts to resume providing access to the Services as soon as reasonably possible after the event giving rise to the Service Suspension is cured. Publisher will have no liability for any damage, liabilities, losses (including any loss of data or profits), or any other consequences that Customer may incur as a result of a Service Suspension.

○ Aggregated Statistics.

▪ "**Aggregated Statistics**" means data and information related to Customer's use of the Services that is used by Publisher in an aggregate and anonymized manner, including to compile statistical and performance information related to the provision and operation of the Services

▪ Notwithstanding anything to the contrary in this Agreement, Publisher may monitor Customer's use of the Services and collect and compile Aggregated Statistics. As between Publisher and Customer, all right, title, and interest in Aggregated Statistics, and all intellectual property rights therein, belong to and are retained solely by Publisher. Customer acknowledges that Publisher may compile Aggregated Statistics based on Customer Data(as defined in Section 5(b)) input into the Services. Customer agrees that Publisher may (i) make Aggregated Statistics publicly available in compliance with applicable law, and (ii) use Aggregated Statistics to the extent and in the manner permitted under applicable law; provided that such Aggregated Statistics do not identify Customer or Customer's Confidential Information.

2. Customer Responsibilities. Customer is responsible and liable for all uses of the Services resulting from access provided by Customer, directly or indirectly, whether such access or use is permitted by or in violation of this Agreement.

3. Fees and Payment.

○ Fees. Customer shall pay Publisher the Subscription Fee as set forth in **Exhibit A** (the "**Fee**") for the Initial Term. Thereafter, Customer shall pay the Fee annually on each subsequent anniversary the Effective Date. Customer understands and agrees that the Customer will have access to the Services, if and only if, it pays the Fee when due.  Failure to pay the Fee will result in termination of the Agreement and termination of access to the Services in accordance with Section 9.  Customer hereby authorizes Publisher to store and continue billing Customer's credit card or other payment

Document ID: a482437d7d5366833b7cde5156071b45f351ed4d                    Generated on: March 14, 2019

method (even after it has expired) annually on the anniversary of the Effective Date for the Fee to avoid Service interruptions, unless and until Customer affirmatively notifies Publisher that it wishes to terminate this Agreement.

- Except as stated in Section 9, Customer acknowledges and agrees that the Fees are non-refundable, subject to applicable law.
- Customer shall make all payments hereunder in US dollars. If Customer fails to make any payment when due, without limiting Publisher's other rights and remedies: (i) Publisher may charge interest on the past due amount at the rate of 1.5% per month calculated daily and compounded monthly or, if lower, the highest rate permitted under applicable law; (ii) Customer shall reimburse Publisher for all reasonable costs incurred by Publisher in collecting any late payments or interest, including attorneys' fees, court costs, and collection agency fees; and (iii) if such failure continues for 10 days or more, Publisher may suspend Customer's access to any portion or all of the Services until such amounts are paid in full.
- Taxes. All Fees and other amounts payable by Customer under this Agreement are exclusive of taxes and similar assessments. Customer is responsible for all sales, use, and excise taxes, and any other similar taxes, duties, and charges of any kind imposed by any federal, state, or local governmental or regulatory authority on any amounts payable by Customer hereunder, other than any taxes imposed on Publisher's income.

4. Confidential Information. From time to time during the Term, either Party may disclose or make available to the other Party information about its business affairs, products, confidential intellectual property, trade secrets, third-party confidential information, and other sensitive or proprietary information, whether orally or in written, electronic, or other form or media/in written or electronic form or media, whether or not marked, designated or otherwise identified as "confidential" (collectively, "**Confidential Information**"). Publisher IP shall be deemed the Confidential Information of the Publisher.  Confidential Information does not include information that, at the time of disclosure is: (a) in the public domain; (b) known to the receiving Party at the time of disclosure; (c) rightfully obtained by the receiving Party on a non-confidential basis from a third party; or (d) independently developed by the receiving Party. The receiving Party shall not disclose the disclosing Party's Confidential Information to any person or entity, except, in the case of Publisher, to the Publisher's employees who have a need to know the Confidential Information to perform its obligations hereunder. Notwithstanding the foregoing, each Party may disclose Confidential Information to the limited extent required (i) in order to comply with the order of a court or other governmental body, or as otherwise necessary to comply with applicable law, provided that the Party making the disclosure pursuant to the order shall first have given written notice to the other Party and made a reasonable effort to obtain a protective order; or (ii) to establish a Party's rights under this Agreement, including to make required court filings. On the expiration or termination of the Agreement, the receiving Party shall promptly return to the disclosing Party all copies, whether in written, electronic, or other form or media, of the disclosing Party's Confidential Information, or destroy all such copies and certify in writing to the disclosing Party that such Confidential Information has been destroyed. Each Party's obligations of non-disclosure with regard to Confidential Information are effective as of the Effective Date and will survive the termination or expiration of this Agreement.

5. Intellectual Property Ownership; Feedback.
   - Publisher IP.
     - "**Publisher IP**" means the Services and any and all intellectual property provided to Customer in connection with the foregoing (including without limitation, all materials, websites, tools, virtual learning content, research, training manuals, software tools, research data, technology and source code). For the avoidance of doubt, Publisher IP includes Aggregated Statistics and any information, data, or other content derived from Publisher's monitoring of Customer's access to or use of the Services, but does not include Customer

Attachment M

Document ID: a482437d7d5366833b7cde5156071b45f351ed4d                    Generated on: March 14, 2019

Data.
- Customer acknowledges that, as between Customer and Publisher, Publisher owns all right, title, and interest, including all intellectual property rights, in and to the Publisher IP.
  ○ Customer Data.
    - "**Customer Data**" means, other than Aggregated Statistics, information, data, and other content, in any form or medium, that is submitted, posted, or otherwise transmitted by or on behalf of Customer through the Services.
    - Publisher acknowledges that, as between Publisher and Customer, Customer owns all right, title, and interest, including all intellectual property rights, in and to the Customer Data. Customer hereby grants to Publisher a non-exclusive, royalty-free, worldwide license to reproduce, distribute, and otherwise use and display the Customer Data and perform all acts with respect to the Customer Data as may be necessary for Publisher to provide the Services to Customer, and a non-exclusive, perpetual, irrevocable, royalty-free, worldwide license to reproduce, distribute, modify, and otherwise use and display Customer Data incorporated within the Aggregated Statistics.
  ○ Feedback. If Customer sends or transmits any communications or materials to Publisher by mail, email, telephone, or otherwise, suggesting or recommending changes to the Services or Publisher IP, including without limitation, new features or functionality relating thereto, or any comments, questions, suggestions, or the like ("**Feedback**"), Publisher is free to use such Feedback irrespective of any other obligation or limitation between the Parties governing such Feedback. Customer hereby assigns to Publisher on Customer's behalf, and on behalf of its employees, contractors and/or agents, all right, title, and interest in, and Publisher is free to use, without any attribution or compensation to any party, any ideas, know-how, concepts, techniques, or other intellectual property rights contained in the Feedback, for any purpose whatsoever, although Publisher is not required to use any Feedback.
6. Limited Warranty and Warranty Disclaimer.
   ○ Publisher warrants that the Services will perform in accordance with the specifications on Exhibit A for a period of twelve months from the date of this Agreement.  In the event of a breach of the warranty in this Section 6(a), the Publisher may, at its option, modify or replace the Services or provide a pro rated refund of the Fees to the Customer.  **THIS SHALL BE CUSTOMER'S SOLE REMEDY, AND PUBLISHER'S SOLE OBLIGATION, RESULTING FROM A BREACH OF THE WARRANTY IN SECTION 6(a).**
   ○ EXCEPT FOR THE LIMITED WARRANTY SET FORTH IN SECTION 6(a),THE PUBLISHER IP IS PROVIDED "AS IS" AND PUBLISHER HEREBY DISCLAIMS ALL WARRANTIES, WHETHER EXPRESS, IMPLIED, STATUTORY, OR OTHERWISE. PUBLISHER SPECIFICALLY DISCLAIMS ALL IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NON-INFRINGEMENT, AND ALL WARRANTIES ARISING FROM COURSE OF DEALING, USAGE, OR TRADE PRACTICE. PUBLISHER MAKES NO WARRANTY OF ANY KIND THAT THE SERVICES, PUBLISHER IP, OR ANY PRODUCTS OR RESULTS OF THE USE THEREOF, WILL MEET CUSTOMER'S OR ANY OTHER PERSON'S REQUIREMENTS, OPERATE WITHOUT INTERRUPTION, ACHIEVE ANY INTENDED RESULT, BE COMPATIBLE OR WORK WITH ANY SOFTWARE, SYSTEM OR OTHER SERVICES, OR BE SECURE, ACCURATE, COMPLETE, FREE OF HARMFUL CODE, OR ERROR FREE.
7. Indemnification.
   ○ Publisher Indemnification.
     - Publisher shall indemnify, defend, and hold harmless Customer from and against any and all losses, damages, liabilities, costs (including reasonable attorneys' fees) ("**Losses**") incurred by Customer resulting from any third-party claim, suit, action, or proceeding ("**Third-Party Claim**") that the Services, or any use of the Services in accordance with this Agreement,

Attachment M

infringes or misappropriates such third party's US patents or copyrights, provided that Customer promptly notifies Publisher in writing of the claim, cooperates with Publisher, and allows Publisher sole authority to control the defense and settlement of such claim.
- If such a claim is made or appears possible, Customer agrees to permit Publisher, at Publisher's sole discretion, to (A) modify or replace the Services, or component or part thereof, to make it non-infringing, or (B) obtain the right for Customer to continue use. If Publisher determines that neither alternative is reasonably available, Publisher may terminate this Agreement, in its entirety or with respect to the affected component or part, effective immediately on written notice to Customer.
- This Section 7(a) will not apply to the extent that the alleged infringement arises from: (A) use of the Services in combination with data, software, hardware, equipment, or technology not provided by Publisher or authorized by Publisher in writing; or (B) modifications to the Services not made by Publisher.

- Customer Indemnification. Customer shall indemnify, hold harmless, and, at Publisher's option, defend Publisher from and against and any Third-Party Claims based on Customer's use of the Services other than as permitted by this Agreement, provided that Customer may not settle any Third-Party Claim against Publisher unless Publisher consents to such settlement, and further provided that Publisher will have the right, at its option, to defend itself against any such Third-Party Claim or to participate in the defense thereof by counsel of its own choice.
- Sole Remedy. THIS SECTION 7 SETS FORTH CUSTOMER'S SOLE REMEDIES AND PUBLISHER'S SOLE LIABILITY AND OBLIGATION FOR ANY ACTUAL, THREATENED, OR ALLEGED CLAIMS THAT THE SERVICES INFRINGE, MISAPPROPRIATE, OR OTHERWISE VIOLATE ANY INTELLECTUAL PROPERTY RIGHTS OF ANY THIRD PARTY.

8. Limitations of Liability. TO THE GREATEST EXTENT PERMISSIBLE BY APPLICABLE LAW, IN NO EVENT WILL PUBLISHER BE LIABLE UNDER OR IN CONNECTION WITH THIS AGREEMENT UNDER ANY LEGAL OR EQUITABLE THEORY, INCLUDING BREACH OF CONTRACT, TORT (INCLUDING NEGLIGENCE), STRICT LIABILITY, AND OTHERWISE, FOR ANY: (a) CONSEQUENTIAL, INCIDENTAL, INDIRECT, EXEMPLARY, SPECIAL, ENHANCED, OR PUNITIVE DAMAGES; (b) INCREASED COSTS, DIMINUTION IN VALUE OR LOST BUSINESS, PRODUCTION, REVENUES, OR PROFITS; (c) LOSS OF GOODWILL OR REPUTATION; (d) USE, INABILITY TO USE, LOSS, INTERRUPTION, DELAY OR RECOVERY OF ANY DATA, OR BREACH OF DATA OR SYSTEM SECURITY; OR (e) COST OF REPLACEMENT GOODS OR SERVICES, IN EACH CASE REGARDLESS OF WHETHER PUBLISHER WAS ADVISED OF THE POSSIBILITY OF SUCH LOSSES OR DAMAGES OR SUCH LOSSES OR DAMAGES WERE OTHERWISE FORESEEABLE. IN NO EVENT WILL PUBLISHER'S AGGREGATE LIABILITY ARISING OUT OF OR RELATED TO THIS AGREEMENT UNDER ANY LEGAL OR EQUITABLE THEORY, INCLUDING BREACH OF CONTRACT, TORT (INCLUDING NEGLIGENCE), STRICT LIABILITY, AND OTHERWISE EXCEED THE TOTAL AMOUNTS PAID TO PUBLISHER UNDER THIS AGREEMENT WITHIN THE TWELVE MONTHS PRIOR TO THE DATE OF THE CLAIM FROM WHICH THE LIABILITY AROSE, OR $10,000, WHICHEVER IS LESS.

9. Term and Termination.
- Term. The initial term of this Agreement begins on the Effective Date and, unless terminated earlier pursuant to this Agreement's express provisions, will continue in effect until one year from such date (the "**Initial Term**"). This Agreement will automatically renew for additional successive one year terms unless Customer cancels its subscription days prior to the expiration of the then-current term (each a "**Renewal Term**" and together with the Initial Term, the "**Term**").
- Termination. In addition to any other express termination right set forth in this Agreement:
  - Customer may terminate this Agreement at any time, but any Fee paid by the Customer shall be non-refundable.
  - Publisher may terminate this Agreement if it discontinues the Services; provided that if the

Attachment M

Document ID: a482437d7d5366833b7cde5156071b45f351ed4d                    Generated on: March 14, 2019

Services are terminated prior to the expiration of the applicable one-year Term, then subject to Section 1(d), Customer shall receive a prorated refund of the Subscription Fee based on the number of days remaining in the applicable one-year Term after the discontinuation of the Services. **THIS SHALL BE CUSTOMERS' SOLE REMEDY, AND PUBLISHER'S SOLE OBLIGATION, RESULTING FROM EARLY DISCONTINUATION OF THE SERVICE.**

- Publisher may terminate this Agreement, effective on written notice to Customer, if Customer: (A) fails to pay any amount when due hereunder, and such failure continues more than 10 days after Publisher's delivery of written notice thereof; or (B) breaches any of its obligations under Section 1(b) or Section 4;

- either Party may terminate this Agreement, effective on written notice to the other Party, if the other Party materially breaches this Agreement, and such breach: (A) is incapable of cure; or (B) being capable of cure, remains uncured 30 days after the non-breaching Party provides the breaching Party with written notice of such breach. In the event that Customer terminates this Agreement for an uncured material breach by Publisher prior to the expiration of the applicable one-year Term, then Customer shall receive a pro-rated refund of the Fee based on the number of days remaining in the applicable one-year Term after the date of termination; or

- either Party may terminate this Agreement, effective immediately upon written notice to the other Party, if the other Party: (A) becomes insolvent or is generally unable to pay, or fails to pay, its debts as they become due; (B) files or has filed against it, a petition for voluntary or involuntary bankruptcy or otherwise becomes subject, voluntarily or involuntarily, to any proceeding under any domestic or foreign bankruptcy or insolvency law; (C) makes or seeks to make a general assignment for the benefit of its creditors; or (D) applies for or has appointed a receiver, trustee, custodian, or similar agent appointed by order of any court of competent jurisdiction to take charge of or sell any material portion of its property or business.

○ Effect of Expiration or Termination. Upon expiration or earlier termination of this Agreement, Customer shall immediately discontinue use of the Publisher IP and, without limiting Customer's obligations under Section 4, Customer shall delete, destroy, or return all copies of the Publisher IP and certify in writing to the Publisher that the Publisher IP has been deleted or destroyed. Except as expressly set forth above or required by applicable law, no expiration or termination will affect Customer's obligation to pay all Fees that may have become due before such expiration or termination, or entitle Customer to any refund.

○ Survival. This Section 9(d) and Sections 1(b), 4, 5, 6, 7, 8, 9, 10, and 11 survive any termination or expiration of this Agreement. No other provisions of this Agreement survive the expiration or earlier termination of this Agreement.

10. **DISCLAIMER**. PUBLISHER IS NOT REGISTERED AS A SECURITIES BROKER-DEALER OR AN INVESTMENT ADVISER EITHER WITH THE U.S. SECURITIES AND EXCHANGE COMMISSION OR WITH ANY STATE SECURITIES REGULATORY AUTHORITY. THE SERVICES PROVIDE OPINIONS AND ANALYSIS OF STOCKS AND MARKETS, BUT ARE NOT INTENDED TO PROVIDE PERSONALIZED INVESTMENT ADVICE. THE SERVICES REPRESENT ONLY PUBLISHER'S EDITOR'S GENERAL OPINIONS AND SHOULD NOT BE RELIED UPON FOR PURPOSES OF TRANSACTING SECURITIES OR OTHER INVESTMENTS, NOR SHOULD THEY BE CONSTRUED AS AN OFFER OR SOLICITATION OF AN OFFER TO SELL OR BUY ANY SECURITY. PUBLISHER CANNOT AND DOES NOT ASSESS, VERIFY OR GUARANTEE THE SUITABILITY OR PROFITABILITY OF ANY PARTICULAR INVESTMENT. CUSTOMER BEARS RESPONSIBILITY FOR ITS OWN INVESTMENT RESEARCH AND DECISIONS AND SHOULD SEEK THE ADVICE OF A QUALIFIED SECURITIES PROFESSIONAL BEFORE MAKING ANY INVESTMENT.

11. Miscellaneous.

Attachment M

Document ID: a482437d7d5366833b7cde5156071b45f351ed4d                Generated on: March 14, 2019

○ <u>Entire Agreement</u>. This Agreement, together with the terms and conditions, privacy policy, order form, and disclaimer on the Publisher's website https://ragingbull.com together with any other documents incorporated herein by reference and all related Exhibits, constitutes the sole and entire agreement of the Parties with respect to the subject matter of this Agreement and supersedes all prior and contemporaneous understandings, agreements, and representations and warranties, both written and oral, with respect to such subject matter. In the event of any inconsistency between the statements made in the body of this Agreement, the related Exhibits, and any other documents incorporated herein by reference, the following order of precedence governs: (i) first, this Agreement, excluding its Exhibits; (ii) second, the Exhibits to this Agreement as of the Effective Date; and (iii) third, any other documents incorporated herein by reference.

○ <u>Notices</u>. All notices, requests, consents, claims, demands, waivers, and other communications hereunder (each, a "**Notice**") must be in writing and addressed to the Parties at the addresses set forth in this Agreement (or to such other address that may be designated by the Party giving Notice from time to time in accordance with this Section). All Notices must be delivered by personal delivery, nationally recognized overnight courier (with all fees pre-paid), facsimile or email (with confirmation of transmission) or certified or registered mail (in each case, return receipt requested, postage pre-paid). Except as otherwise provided in this Agreement, a Notice is effective only: (i) upon receipt by the receiving Party; and (ii) if the Party giving the Notice has complied with the requirements of this Section.

○ Force Majeure. In no event shall Publisher be liable to Customer, or be deemed to have breached this Agreement, for any failure or delay in performing its obligations under this Agreement (except for any obligations to make payments), if and to the extent such failure or delay is caused by any circumstances beyond Publisher's reasonable control, including but not limited to acts of God, flood, fire, earthquake, explosion, war, terrorism, invasion, riot or other civil unrest, strikes, labor stoppages or slowdowns or other industrial disturbances, or passage of law or any action taken by a governmental or public authority, including imposing an embargo.

○ <u>Amendment and Modification; Waiver</u>. No amendment to or modification of this Agreement is effective unless it is in writing and signed by an authorized representative of each Party. No waiver by any Party of any of the provisions hereof will be effective unless explicitly set forth in writing and signed by the Party so waiving. Except as otherwise set forth in this Agreement, (i) no failure to exercise, or delay in exercising, any rights, remedy, power, or privilege arising from this Agreement will operate or be construed as a waiver thereof and (ii) no single or partial exercise of any right, remedy, power, or privilege hereunder will preclude any other or further exercise thereof or the exercise of any other right, remedy, power, or privilege.

○ <u>Severability</u>. If any provision of this Agreement is invalid, illegal, or unenforceable in any jurisdiction, such invalidity, illegality, or unenforceability will not affect any other term or provision of this Agreement or invalidate or render unenforceable such term or provision in any other jurisdiction. Upon such determination that any term or other provision is invalid, illegal, or unenforceable, the Parties shall negotiate in good faith to modify this Agreement so as to effect their original intent as closely as possible in a mutually acceptable manner in order that the transactions contemplated hereby be consummated as originally contemplated to the greatest extent possible.

○ <u>Governing Law; Submission to Jurisdiction</u>. This Agreement is governed by and construed in accordance with the internal laws of the State oF New York without giving effect to any choice or conflict of law provision or rule that would require or permit the application of the laws of any jurisdiction other than those of the State of New York. Any legal suit, action, or proceeding arising out of or related to this Agreement or the licenses granted hereunder will be instituted exclusively in the federal courts of the United States or the courts of the State of New York in each case located in the city of Rochester and County of Monroe, and each Party irrevocably submits to the exclusive

Document ID: a482437d7d5366833b7cde5156071b45f351ed4d                    Generated on: March 14, 2019

jurisdiction of such courts in any such suit, action, or proceeding.

○ Assignment. Customer may not assign any of its rights or delegate any of its obligations hereunder without the prior written consent of Publisher. Any purported assignment or delegation in violation of this Section will be null and void. No assignment or delegation will relieve the assigning or delegating Party of any of its obligations hereunder. This Agreement is binding upon and inures to the benefit of the Parties and their respective permitted successors and assigns.

○ Equitable Relief. Each Party acknowledges and agrees that a breach or threatened breach by such Party of any of its obligations under Section 4 or, in the case of Customer, Section 1(b), would cause the other Party irreparable harm for which monetary damages would not be an adequate remedy and agrees that, in the event of such breach or threatened breach, the other Party will be entitled to equitable relief, including a restraining order, an injunction, specific performance and any other relief that may be available from any court, without any requirement to post a bond or other security, or to prove actual damages or that monetary damages are not an adequate remedy. Such remedies are not exclusive and are in addition to all other remedies that may be available at law, in equity or otherwise.

○ Counterparts. This Agreement may be executed in counterparts, each of which is deemed an original, but all of which together are deemed to be one and the same agreement.

IN WITNESS WHEREOF, the Parties hereto have executed this Agreement as of the Effective

## Exhibit A

Capitalized terms used but not defined in this Exhibit A have the meaning given to those terms in the Agreement.

A. DESCRIPTION OF SERVICES: Access to Millionaire Roadmap features with chat room, watch lists, trade alerts and video lessons

B. SUBSCRIPTION FEE: Price located on order at the time of purchase

RagingBull.com, LLC

Jason Bond

Signature: _Jason Bond_

Title: Mentor

_Alan Adelson_

Signed By Alan Adelson
Signed On: March 14, 2019

Attachment M

# Signature Certificate

Document name: Millionaire Roadmap Contract - Alan Adelson

Unique Document ID: A482437D7D5366833B7CDE5156071B45F351ED4D



LEGALLY SIGNED USING
**WP**esignature
Build. Track. Sign Contracts.



Alan Adelson
Party ID: 4c94a710-b706-41a1-839b-5fceb22e2f42
IP Address: 45.27.234.136
Security Level: E-mail

Digital Signature:
*Alan Adelson*

Multi-Factor
**Digital Fingerprint Checksum**   **9045dda6a82e5965c0d5410ccab19b 21**



| Timestamp | Audit |
|---|---|
| March 14, 2019 11:23 am EDT | Millionaire Roadmap Contract - Alan Adelson Uploaded by Raging Bull - 90n9nb@parsey.com IP 97.107.178.28 |
| March 14, 2019 11:24 am EDT | Document signed by Alan Adelson - ████████ IP 45.27.234.136 |
| March 14, 2019 11:24 am EDT | The document has been signed by all parties and is now closed. |



This audit trail report provides a detailed record of the online activity and events recorded for this contract.

Attachment M

Page 9 of 9

**PX 2, 125**

## ☐ Last Day! LIVE Tonight.

| | |
|---|---|
| **From:** | RagingBull <support@ragingbull.com> |
| **To:** | ███████████████ |
| **Date:** | Tue, 09 Apr 2019 10:31:44 -0400 |



.

Tonight is the night. Jeff Williams goes live at 8PM ET to reveal the Profit Prism!
Right now, you might be struggling with your trading, unsure of how to find consistency and growth, especially with a small account.



Yea, that rings a bell, huh?
Well, don't worry! **There is no one better to learn from than Jeff Williams.** He's going to show you exactly how you're able to grow your account quickly!...in just 10 minutes per day!



Right? Get excited!
**Now do one thing for us.** Take this time and register before we pull this link down!
Then, set a reminder and be there tonight. Deal?

Attachment N

**PX 2, 126**



Great! See you there!

Neither Raging Bull nor RagingBull.com, LLC (publisher of Raging Bull) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Raging Bull manages on behalf of RagingBull.com, LLC.

If you no longer wish to receive our emails, click the link below:

Unsubscribe from this list

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

.

Attachment N

**PX 2, 127**

**Thursday with Jason Bond**

| | |
|---|---|
| **From:** | Jason Bond <jason@jasonbondpicks.com> |
| **Date:** | Thu, 11 Apr 2019 09:01:29 -0400 |

Announcing BIG changes today. Be sure to read all of this or you'll be totally confused with what's happening at Jason Bond Picks and Millionaire Roadmap.

==**First on the agenda**==:

Man I'm so proud to run this newsletter. Recently, after making $276,000 real-money profits just 2-months into 2019, I retired trading real-money for now so I could coach full time and really help clients start winning more.

As motivation, I started the <u>Milestones initiative</u> last week and I'm proud to announce I've verified 5 new recipients that who've been added to the banner.

# Zach Chittam with over $80,000 in profit. <u>Thanks for doing this</u>, it is inspiring for so many others who might be struggling.

# Tom Davids at $177,000 profit.

# Kru Rana (<u>talk about freedom</u>) with $176,375 in profit he appears to be spending happily.

# Josh Riccardi with $160,000 in profit.

Attachment O

**PX 2, 128**

And Adriano Siciliano who has turned $9,300 into $165,000. Just look at his 2019 now that he's gone full time. Sweet trading setup Adriano.

.

Why am I taking hours out of my schedule each day to do this? Because it's important everyone realizes their potential. I've proven I can do this. Now I'm on a mission to prove YOU can do this.

.

A bar of iron costs $5, made into horseshoes its worth is $12, made into needles its worth is $3500, made into balance springs for watches, its worth is $300,000. Your own value is determined also by what you are able to make of yourself.

Here's the guidelines if you'd like to participate. I will not miss any submissions and am working through these a few each day. I will begin shipping the rewards today and contact you individually when yours are in the mail.

Big congratulations to the 5 traders I added to the wall today, keep up the great trading, we look forward to hearing more from you.

Finally, it appears Twitter has become the social media channel of choice for submitting profits, so how about everyone just use that moving forward so I don't need to scour Facebook and Instagram too.

**Second on the agenda:**

New service @ Jason Bond Picks and Millionaire Roadmap.

$1997 yearly? Nope.

$999 yearly? Not a chance.

I'm bringing Jason Bond Picks and Millionaire Roadmap clients amazing value for free.

Check this out.

One of my star students, Taylor Conway, who started form a  hellish cubicle and turned $10K into $1.8M after joining Millionaire Roadmap, got inspired by my new Milestones initiative and vowed to help my clients, OUR clients, move up the ladder faster.

After starting with only $10,000 from that cubicle, his 2017, well ...

.

This guy is an amazing trader and makes his living doing it:

2018 he made over $1,000,000

2019 he's up $465,000 already

Attachment O

**PX 2, 129**

Now he's teaming up with Jason Bond Picks and the Millionaire Roadmap to help aspiring traders win more.

**Jason Bond Picks** clients will get his video lessons, dynamic watch list and text / email alerts. For free.

**Millionaire Roadmap** clients will get all of that PLUS his live streaming model portfolio and live coaching in the chat room. For free. Want to watch him buy and sell? Be in the chat room. Watch him break down the "why"? Bet in the chat room.

Everyone gets something added for free, but if you want it all, upgrade to the Roadmap get the all-access pass to Taylor and fast track your wins.

Did I mention the dude is up $465,000 in 2019 real money?

Nobody has trained more millionaires than me and nobody has those same millionaires working with aspiring traders daily like I do. I'm proud the guys I trained want to work directly with me.

Watch Taylor's introductory videos tonight.

Video: Jason Bond Picks with Taylor Conway 1

Video: Jason Bond Picks with Taylor Conway 2

Video: Jason Bond Picks with Taylor Conway 3

And remember, everyone gets something free, but upgrade to Roadmap to get it all.

==Third on the agenda==:

Stock trades.

Headed into Thursday the model portfolio in Thinkorswim paperMoney is holding GROW and NETE which are bitcoin plays I'm looking to take profit on before the weekend and catalyst swings NOK, UXIN and WATT I'll hold through the weekend.

The market remains strong so I'll continue to send you a lot of alerts on fish hooks, rockets and catalyst swings. Never hesitate to ask questions in the comments section below. The goal is always 5-20% profit in 1-4 days, however, catalyst swings are often a few weeks to a month hold time while rockets tend to pay same day of overnight on a gap. Stop losses are determined by disciplined entries i.e. if you chase something that's running, you're pretty much screwed so DO NOT CHASE! You'll thank me later when you're not holding 3-7 bags in your portfolio 'hoping' they get to even. You need to buy the price YOU like and I'll detail exactly where I think that is, it's up to you to pull the trigger at the right time.

Here's what I'm watching.

PHUN - Nasty fishhook but I like it today after some good news finally. Position as close to $5.30 is desirable, range is huge of course but I think middle $6's is the immediate goal. Under $5.10 and I'm concerned so that's the stop loss, under $5 and it flushes again most likely. This is a risky trade but that's where I live, risk is how I made $276,000 real money before dedicating 100% of my penny stock time to year for the remainder of 2019.

APYX - This an ideal fish hook setup. I got in at $3.99 (paperMoney) Wednesday but after it popped and dropped back to my entry, I opted to take it even and come back today. In play around $4, but monitor for sellers to leave the pop alone, that's the sign it'll make an AMRS type move (went $2 to $4 in a week after my low $2's alert) ... Range to $5 or even $6 but take profit around $5 and move on I think.

Attachment O

**PX 2, 130**

FRED - Solid 7% +$1500 (paperMoney) Wednesday after my alert which was right from my watch list plan the last few days. Still in play as this fish hook is just getting started. Buy zone as close to the $2 button as possible with a goal of $2.40's for profit before the $2.50's chop.

Wishing YOU the profits,

**Jason Bond**

JasonBondPicks.com

RagingBull, LLC

62 Calef Hwy. #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Jason Bond Picks - Swing & Long-Term Trading

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

Attachment O

**PX 2, 131**

If you have a current active subscription with Jason Bond Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at JasonBondPicks.com.

.

## [Jason Bond Picks] Re: Re: YRIV buy zone triggered.

| | |
|---|---|
| **From:** | Nathan (Support) <support@jasonbondpicks.com> |
| **Date:** | Thu, 11 Apr 2019 12:18:46 -0400 |

##- Please type your reply above this line -##

Your request (509957) has been solved. To reopen this request, reply to this email. See the latest comments below:

---

**Nathan** (Jason Bond Picks)

Apr 11, 12:18 PM EDT

Adam,

The alerts are so you know what Jason is doing in as close to real time as possible.

We do not tell you what to buy and sell.

Sincerely,

Nathan

---

**Adam Hadelson**

Apr 11, 10:53 AM EDT

Noticing post the calls, with everyone chasing the bids or offers their paying up 15 to 20%. The sheep are left with the crumbs?

On Thu, Apr 11, 2019, 10:45 AM Taylor Conway <taylor@jasonbondpicks.com> wrote:

YRIV buy zone triggered. Trading really nice. Look for upper 1's to trail profit. Has big potential going into weekend over $2

Stops below this bull flag on the daily. Manage your trade!

Taylor Conway
JasonBondPicks.com

RagingBull, LLC
62 Calef Hwy #233, Lee, NH 03861

Attachment P

Manage Email Preferences (https://u6067039.ct.sendgrid.net/wf/click?upn=B3b2QVtR07unCLj8-

**PX 2, 133**

2FpqBWvNn9zpQmDNp6szSs8fGLmhqcWIJbc-2BNeZSkQ-2FZtPN4jQr36ADYJr90y6iTYRxXP2g-3D-
3D_qC8TIucI4U8UrdwaLsAxb3p6dcFzeackupEqOdNF-2B-2Bk0w80ecnwpfXsVFyX8Qhjm2DEjPTOrvU2l-2FXbIv2L8-
2BeNmvbwyKjv0EHmLUGVMMt18e2Ez1DEHPUp09USM2-2BZZYdR6sJuwU06kAeb6ie1H5ayBAY-2FlZyLxYsuNQvxq8TTtGguD-
2F1dJ8en-2BCKxcX8J0txwbGG7olMk4kvQRr9THXrIlN0F5NxDlzgC8UDoV5ttaCIqf-2BD8cIY6uZ5eyXYI5P7B-
2Bui1lirtVqzFXx3w2i7HjFcy3u-2Bizl4s-2FxDi-2B1kFhiPxk-2BIFr6CniQkbjiFOsUxOs...) | Unsubscribe All*
(https://u6067039.ct.sendgrid.net/asm/unsubscribe/?user_id=6067039&data=r5reXwM_qaEd9qozuY9p71-
5SkBvPlFCxZVygfVmgjttbgss_KdUYyQg6TRG_kLCWv4a-
AeKlV8ZjUTPscG0FJEdJaw6A3UzfdOPHjYe6vswqAvZprPRotyMdS3t8tqw65_dd4028vfRcf2ry7s0q_raL5aCzMD72KBYUTOHUcgl
dQ_vemdzxYQhekdDzLhW6W_qXvDqRAo4QbbeG1ynpFFiJdWDx0jocyiSpzN9zK-aK_F1DYaDVUeAAlDTHNuAX--
pi0hSDMMDj5iw00B5tCHxegFNuXv8nunX9yy62yKzuCLKgm5nGk-MkpeSXy47BfczRH-xTXz7HupfleH-
urwOmLR_5JVGpqFqDd9YgH68xHhRjuscEMkfZxBi5mTE_mhJr9rhSQGiSh91cwhYStI-iBhk2nS0QfaGkL...)

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need t
contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Jason Bond Millionaire Roadmap Jason Bond Picks – Swing & Long-
Term Trading |

Neither Taylor Conway nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment
adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities
regulatory authority. Users of this website are advised that all information presented on this website is solely for
informational purposes, is not intended to be used as a personalized investment recommendation, and is not
attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employee
and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but al
such individuals are buying and selling such securities for their own account. These individuals do not engage in
any trades with customers. The buying and selling of securities by these individuals is not part of a regular
business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such
information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed
as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must
determine for themselves what specific investments to make or not make and are urged to consult with their own
independent financial advisors with respect to any investment decision. The reader bears responsibility for his/he
own investment research and decisions, should seek the advice of a qualified securities professional before
making any investment, and investigate and fully understand any and all risks before investing. All opinions,
analyses and information included on this website are based on sources believed to be reliable and written in
good faith, but should be independently verified, and no representation or warranty of any kind, express or
implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness,
correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions,
analyses or information or to keep such opinions, analyses or information current. Also be aware that owners,
employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be
discussed on this website or newsletter, but all such positions are held for such representative's own account. Pas
results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits an
losses reported are actual figures from the portfolios Taylor Conway manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Jason Bond Picks you will need to contact us here if you want to
cancel your subscription. Opting out of emails does not remove you from your service at JasonBondPicks.com.

]

Attachment P

**PX 2, 134**

**PX 2, 135**

## Sold OTLK +21% +$3300 & first 3-minute tip

**From:**             Jason Bond <jason@jasonbondpicks.com>

**Date:**             Fri, 24 May 2019 14:54:52 -0400

Hi,

3 Minute Tip: Penny Stocks for Beginners

Nice win on OTLK, right from the watch list this morning. Plenty of time to get in and plenty of room to make big money. Comment here below the watch list if you won. I just jumped out at $2.76 +21% +$3300 on the way to $2.87. Can you see the rest & retest pattern playing out live in front of your eyes? Can you profit from it? Sure you can! I taught you this trade before the open today. Then I bought / alerted it. Then I waited 5 hours and made $3300 or 21%, you can do it too.

Financial freedom $1000 at a time.

**Jason Bond**
JasonBondPicks.com

RagingBull, LLC

62 Calef Hwy. #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Jason Bond Picks - Swing & Long-Term Trading

Attachment Q

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S.

Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Jason Bond Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at JasonBondPicks.com.

Attachment Q

**PX 2, 137**

## [Jason Bond Picks] Re: No renewal

**From:**       Allen (Jason Bond Picks) <support@jasonbondpicks.zendesk.com>

**Date:**       Mon, 20 May 2019 14:47:48 -0400

##- Please type your reply above this line -##

Your request (531019) has been solved. To reopen this request, reply to this email. See the latest comments below:

---

**Allen** (Jason Bond Picks)

May 20, 2:47 PM EDT

Hi Adam,

Happy to help.

Confirmed– MRM service will expire on
2020-03-13

Confirmed Sniper Report service will expire on
2020-04-17.

Let me know if you have further questions.

Sincerely,

Allen

---

**Adam Hadelson**

May 20, 2:43 PM EDT

Confirm no renewal on the above. I have sent a few emails on this and have not got a response. The same for Kyle Dennis Sniper Report. Confirm This as well.

]

Thank You for Contacting Support.

**PX 2, 138**

## Nathan's TPS FAQ & Tuesday w/ Jay

| | |
|---|---|
| **From:** | Jason Bond <jason@jasonbondpicks.com> |
| | ███████████████████████ |
| **Date:** | Tue, 11 Jun 2019 09:08:57 -0400 |

Good morning,

[NEW] Nathan Bear TPS strategy FAQ --> for Millionaire Roadmap clients only (1,000% wins below)

[NEW] LQMT update

**My education**

- Penny Stocks 101
- The Basics Of Swing Trading
- Strategy Course
- How To Trade Like A Pro
- The House Always Wins
- 3 Minute Tips

With Nathan Bear hitting fourteen 100%+ wins in the last week (several 1,000%+, see below) the Millionaire Roadmap chat room has eclipsed 550 members trading with him during market hours.

What's holding you back from working with him? This trading room is on the way to 1,000 members during market hours and for good reason, clients are making money.

Simply read his FAQ, watch is 13 core lessons and watch him trade LIVE, streaming buys / sells.

Click here to upgrade your account and start trading with Nathan Bear today.

Back on the winning side of things Monday booking a nice win on WKHS, which finally made that $3 move I was looking for. Add in a base hit on WATT and I finished with $5,111.35 realized profit.

I finally have some buying power so here's my watch list. As I grow this account again (recently rebalanced to $100K after donating $276K in profits) I'll be much, much more active.

FRED continues to interest me above $.40. The bear flag does concern me some so position sizing would be small but if this bounces the upside is low $1's so I'll take another shot here soon.

TBLT is another oversold chart under $1 I'm watching. Plenty liquid Monday and up 1%, if this holds $.50 I think a bounce to $1 happens.

Attachment S

**PX 2, 139**

PIR is my favorite headed into Tuesday's session because of Monday's 8% move with volume and big upside range to $1. Stop loss should be under $.60 here at the most, horizon line broke Monday in the middle $.60's indicating this one is likely ready to make a move soon.

EYES is another I'm watching closely. Horizon line at $.70 was tested Monday on light volume and if that breaks I think a move to the $.90's on a swing is achievable. Stop loss is below $.66.

Alright, now for the strong stocks.

ATAI has rounding action in the upper $1's with the horizon line at $2.50. Using $2 as the stop loss, I'm looking for a $2.50 move, take half and see if a horizon line breakout ensues.

WKHS horizon line right around $3 is definitely chasing this moving since I was in the Fibonacci in the $1.50's a few weeks ago, but so long as I'm disciplined on a breakout above $3, using that as my stop, the range to $4 or $5 is juicy as these catalysts still loom and could really skyrocket the stock to double digits if the right scenario of news hits.

VUZI is a news winner from Monday I'm watching at $3, because that's the horizon line for a move to $4 or even $5. Historically it doesn't have the best history of holding a spike, which is why I didn't swing it Monday, but if it shows any signs of holding the $3 area today, that's in play for me.

The diary of a real $ trader,

**Jason Bond**
JasonBondPicks.com

RagingBull, LLC

62 Calef Hwy. #233, Lee, NH 03861

[Manage Email Preferences](#) | [Unsubscribe All*](#)

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Jason Bond Picks - Swing & Long-Term Trading

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or

Attachment S

viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Jason Bond Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at JasonBondPicks.com.

Attachment S

**PX 2, 141**

## PAGS Puts -- New Trade Alert

| | |
|---|---|
| **From:** | Nathan Bear <nathan@weeklymoneymultiplier.com> |
| | ████████████████████████ |
| **Date:** | Mon, 07 Oct 2019 12:11:44 -0400 |

Good Morning Gang,

<mark>BOT +10 PAGS 100 15 NOV 19 47.5 PUT @4.30  —  daily head and shoulders pattern, see below for details</mark>

I'm looking for a short to balance out some of the longs in my account and came across this name while teaching live this morning.  I like the head and shoulders topping pattern that's forming here as well as the risk vs. reward on this trade.  As always, I'm scaling into the idea.  Below is the chart setup as well as my thoughts.

And how about that TGT lotto this morning?!  Up 135% right now and counting, let's go!

More to come!

**Nathan Bear**
Weekly Money Multiplier

RagingBull, LLC

62 Calef Hwy #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Weekly Money Multiplier

Attachment T

PX 2, 142

Neither Nathan Bear nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Nathan Bear manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultipler.com.

.

Attachment T

**PX 2, 143**

## TGT Calls - Partial Sell for 85% Win

**From:**      Nathan Bear <nathan@weeklymoneymultiplier.com>

**Date:**      Wed, 09 Oct 2019 09:37:45 -0400

Morning Gang,

As planned, starting to peel back a little exposure:

SOLD -5 TGT 15 NOV 19 105 CALL @6.80  --  +85%, holding half for the target @ $112.64

More to come!

**Nathan Bear**
Weekly Money Multiplier

RagingBull, LLC

62 Calef Hwy #233, Lee, NH 03861

[Manage Email Preferences](#) | [Unsubscribe All*](#)

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Weekly Money Multiplier

Neither Nathan Bear nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling of securities. Past performance is NOT

Attachment T

**PX 2, 144**

indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Nathan Bear manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultipler.com.

.

Attachment T

**PX 2, 145**

## Apology from Jason Bond

**From:**                    Jason Bond <jason@jasonbondpicks.com>

████████████████████████

**Date:**                    Sat, 07 Dec 2019 15:31:16 -0500

Good afternoon,

You received this email because in 2019 you were in one / all of the following services: Nucleus, Black Optics, Millionaire Roadmap or RagingBull's Most Wanted.

These services came with a hefty price tag of $3,999 or $4,999 and were our top level programs, however, after folding Nucleus into Roadmap and creating Most Wanted, the wheels fell off the wagon. We pivoted, but it never sat well with me, so today I'm fixing it.

It'd be hard for me to write this all out, so instead I did an apology video for you and there's a big gift in the video so be certain to take the time to watch ALL of it.

Apology from Jason Bond

The next link will make absolutely no sense to you unless you watch the video. So simply DO NOT click this link **until after** you've watched the apology video.

You are not just another sale to me, you are my family. I'm sorry the sand shifted under our feet so much in 2019, I truly am, I did what I thought was best and I'd do it again if I had to. But again, it never sat well with me.

Today I show my true colors! Today I show who I really am at the bottom of all of this! I am a teacher who cares about people. And it's not just words, if you watch the video, not only have I made things better for each and every one of you but there's also a big, free gift inside the video to prove it's not just about selling memberships to me.

You'll need to watch it to understand, so watch the apology video now.

Sincerely,

RagingBull, LLC

62 Calef Hwy. #233, Lee, NH 03861
Attachment U

**PX 2, 146**

Click Here to stop receiving emails from jason@jasonbondpicks.com

Unsubscribe from all RagingBull emails

RagingBull.com, LLC is not registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios of RagingBull.com, LLC.

If you have a current active subscription with Ragingbull Elite you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at Ragingbull.

Attachment U

**PX 2, 147**