## DECLARATION OF BRUNO ROY
## PURSUANT TO 28 U.S.C. § 1746

My name is Bruno Roy, and I am over 18 years old.  I have personal knowledge of the facts stated below.  If called as a witness, I could and would testify as follows:

1.      I currently work in the corporate finance group for a large financial institution based in New York City.  Prior to this, I worked for several years on the equities and fixed income trading floor of another large financial institution, where I gained familiarity with market research and analysis and financial services compliance.  I have a bachelor's degree in finance.

2.      Since 2016, I have been helping my mother, Marie Caroline Roy, and my grandparents manage their personal finances and bills.

3.      Around late March 2018, I noticed a strange charge on my mother's credit card bill from "Jasonbondpicks.com" for $2,999.  The charge was for a subscription that my mother purchased in December 2017 called "Millionaire Roadmap."  I also found earlier charges from Raging Bull on my mother's card, including a June 2017 charge for $298 and a September 2017 charge for $299.  My mother told me that the June 2017 charge was for a subscription to "Jason Bond Picks" and the September 2017 charge was for a subscription to "Biotech Breakouts," which was one of Raging Bull's subscriptions featuring Kyle Dennis.

4.      When I visited the Jason Bond Picks website around this time, I recall seeing claims about how Jason Bond was a "millionaire trader" who had a strategy that others could follow to make trades and beat the stock market.  A true and correct copy of the jasonbondpicks.com website that I recall seeing, captured and archived on web.archive.org on February 24, 2018, is attached as **Attachment A**.

5.      Bond claimed on this website from 2018 that he had "2 patterns thousands use to make MILLIONS of dollars."  Bond also claimed that he would find "high quality, low priced

**PX 4, 153**

stocks" that would make huge profits for his followers.  I realized Bond was talking about penny stocks and microcap stocks that experienced investors would not touch, as I explain more below.

6.      I also recall seeing Raging Bull's website where it claimed to have a team of stock trading "experts" just like Bond, such as Jeff Bishop, Kyle Dennis and Petra Hess.  I had never heard of these people before, so I began doing some research to try to get more information about these people and their backgrounds.

7.      When I first spoke to my mother about Raging Bull, which was right after I saw the $2,999 charge in early 2018, she told me she had already spoken to their customer representative to cancel and that she would not be charged again when her one-year subscription for Millionaire Roadmap expired.  I thought that would be the end of her dealings with this company.

8.      Around March 2019, I learned that Raging Bull charged my mother's credit card again (in December 2018) for another year of Millionaire Roadmap, on the same card she had on file with them.  I saw correspondence from my mother complaining to Raging Bull's customer service desk in January 2019 about the auto-renewal and asking them why they did not cancel her subscription when she called them a year earlier.  Raging Bull's email response from January 2019 said that to properly cancel, my mother needed to login to her members page, then come back to Raging Bull's email and click on a link provided in that email, which would then direct her to where she can cancel the auto renewal.  A true and correct copy of this email exchange is attached as **Attachment B.**

9.      There were more email exchanges between my mother and Raging Bull from early 2019, where they refused to reverse the unauthorized charge and claimed that my mother did not properly cancel her subscription before the December 2018 auto renewal period.

PX 4, 154

10.     When I logged into my mother's members page in 2019, I did not see any option or button to cancel online.  I did not find anything in the Raging Bull members page that showed any links or instructions on how to cancel.  There was also no mention of having to ask for an email from Raging Bull containing a separate link to cancel.

11.     I learned that when Raging Bull refused to reverse the unauthorized charge of $2,999, my mother filed a chargeback with her credit card company.  Raging Bull disputed her chargeback by sending her credit card company a copy of a "license agreement" that appears to have been signed electronically back in December 2017.  Raging Bull also included a document that appeared to track my mother's login history as "proof of delivery" of their service.  My mother lost the chargeback dispute.  A true and correct copy of the Raging Bull chargeback dispute file, along with my mother's handwritten notes, is attached as **Attachment C**.

12.     In June 2019, my mother and I called the credit card company together to try to appeal the chargeback reversal decision, but we were told we could not appeal.

13.     While I was gathering more information to fight the chargeback dispute, I also came across emails that Raging Bull sent my mother after she made the purchases in 2017 for Jason Bond Picks and Biotech Breakouts.  The confirmation emails from Jason Bond Picks and Biotech Breakouts told my mother to look out for important alerts and trading information from Raging Bull that would be sent to her by email and posted on the Raging Bull team's Facebook and Twitter pages.  The emails contained a disclaimer at the very end, in much smaller print, that said that the "owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed" and that they "undertake no responsibility" for the trading recommendation they put out.  True and correct copies of these emails are attached as **Attachments D** and **E**.

PX 4, 155

14.     The confirmation email from her December 2017 purchase of the Millionaire Roadmap subscription told my mother that paying $2,999 for this service "illustrates you are serious about changing your life."  The email also directs my mother to a "pre-filled form on RagingBull.com to guide you to sign the Mentor Contract which will only take you less than minute.  Before given access to my proprietary service and content, you must agree to the contract."  A true and correct copy of this email is attached here as **Attachment F**.

15.     In June 2019, I captured a video (which I had found back in May 2018) where Jason Bond appeared to be delivering a speech to a live audience at the Harvard Business School back in 2017.  The backdrop of the podium where Jason Bond was speaking had what looked to be a Harvard banner as if Jason Bond was invited to speak at the school.  I was able to download the full video from the internet.

16.     Raging Bull also had a daily watch list for Jason Bond's stock picks, which they circulated to their members like my mother to announce their stock picks.  Some of the daily watch list notices from 2017 were reminding members to watch Bond's speech, referring to it as "My Harvard Speech," and saying Bond had the "honor of speaking at the Harvard Business School on entrepreneurship" and that he will be "speaking at the Harvard Business School this weekend about how I broke out of the middle class with -$250,000 in debt and became a multi-millionaire."  True and correct copies of these daily watch lists are attached here as **Attachment G**.

17.     I found postings on Raging Bull's Facebook and Twitters accounts from 2017 that told subscribers to watch Bond's "Harvard Speech" and claimed that Bond was "invited to speak at Harvard."  True and correct copies of these social media posts from Raging Bull are attached here as **Attachment H**.

**PX 4, 156**

18.     I reached out to Harvard University in June 2019 to ask them if Jason Bond was ever invited to speak there.  Harvard wrote back and said Jason Bond has never been affiliated with Harvard University, has never been invited to speak at Harvard University, and that the shield logo used in his "speech" was not an authentic Harvard logo.  Harvard also said that the "event that Mr. Bond refers to appears to have been held at the Harvard Faculty Club, which merely involved the rental of space at that location for use by a company/individual unaffiliated with Harvard."  A true and correct copy of the email response from Harvard is attached here as **Attachment I**.

19.     In 2018 and 2019, Raging Bull presented Petra Hess as another one of their "millionaire traders" and who claimed to be a self-made millionaire by the age of 25 on their websites.  I found news articles online that reported that Hess was arrested on four counts of fraud in 2012.

20.     In October 2019, I helped my mother report these findings and file a complaint with the Better Business Bureau ("BBB").  Raging Bull's BBB rating at the time was an "F."  I also was noticing that Raging Bull was responding to other consumers complaining and agreeing to issue some refunds.  I also thought it was important to warn others about Raging Bull.  Soon after we posted the BBB complaint, a Raging Bull representative (Michael Bowers) sent a response.  After few more exchanges, in January 2020, Raging Bull finally offered a refund for the unauthorized charge so that they could close the dispute as resolved.   I believe they only agreed to the refund in order to try to improve their BBB rating.  A true and correct copy of the complaint log from the BBB, including Raging's Bull's responses, is attached as **Attachment J**.

21.     In late 2018, I came to find out that my mother was actively trading on the stocks and options picked or recommended by Raging Bull and its "millionaire" traders. While I

PX 4, 157

suspected she was making some trades, I did not realize until December 2018 just how much and how often she was trading on these picks.

22.     I have since gone back and reviewed my mother's brokerage statements and identified all the stocks and options that came from Raging Bull's daily alerts and emails. Between 2017 thru 2019, she incurred about $96,000 in losses directly attributable to these Raging Bull stock and option picks.  In 2017 alone, my mother had about $52,000 in trading losses from these stock picks, many of which I noticed were either penny stocks or small cap stocks of illiquid companies where their market capitalization (i.e., share price multiplied by number of outstanding shares) is often below $300 million.  In 2018, she began trading options in addition to the stock picks touted by Raging Bull and lost nearly $28,000 that year.  A true and correct copy of a chart I compiled, detailing my mother's trades and losses from Raging Bull's stock and option picks, is attached here as **Attachment K**.

23.     The options trades that came from Raging Bull's trade alerts were almost always risky speculative trades rather than risk-reducing hedging trades.  The risk with speculative options trades is that they can ultimately expire as worthless whereas a hedging trade would be done to offset downside risk in an existing investment.  When factoring in that you had to pay up to $9.50 in fees and commissions to Etrade or TD Ameritrade for trading options, retail investors like my mother would have a tough time breaking even on these trades.

24.     I have also looked more closely at some of the stock picks from Raging Bull that my mother traded on and the things that Raging Bull experts said about these stocks in their emails.  Raging Bull's emails do not talk about the underlying fundamentals of these companies. With rare exception, they say nothing about the stock issuers' financial statements (i.e., income statement, balance sheet, and statement of retained earnings), their CEOs and senior

PX 4, 158

management, their existing product lines or services, and their expected earnings per share.  To me, these are basic indicators of the financial health of a company, the liquidity of their stock and whether the company's stock is ultimately investment worthy.

25.     Instead, I often see technical sounding buzzwords in their trade alerts like "oversold chart pattern," "candle over candle," and "continuation chart pattern" when talking about their stock picks.  A true and correct copy of an email where Jason Bond uses these buzzwords is attached as **Attachment L**.

26.     Even with my finance background, it is difficult for me to understand and follow the logic behind these trades and what signal or message these technical buzzwords are supposed to send.  I can only imagine what inexperienced traders like my mother would have thought about these stocks, apart from the fact that they were being picked by "millionaire traders" like Jason Bond, Kyle Dennis, and others.

27.     Going over a few examples, Adomani, Inc. (stock ticker: ADOM) is a company that was mentioned in at least 23 Raging Bull emails that my mother received between August 2017 and July 2018.  In one of his podcasts posted on the Raging Bull site and released on September 22, 2017, Jason Bond told listeners that this stock was worth buying at the time at $7.88 and that it could go up to $8.80.  Bond also emailed his subscribers the day before his podcast telling them that ADOM is "oversold" (i.e., undervalued), that the stock is making an upward move, that he just bought ADOM at $7.58, and "don't be shocked if it hits $9 soon."  A true and correct copy of this email is attached as **Attachment M**.

28.     ADOM fell to $6.96 by September 27, 2017, about a week after the podcast and Bond's email, and continued falling the rest of the year (down to $4.40).  This stock currently

trades at $0.095.  Jason Bond claimed that he made a profit of $4,000 on this trade.  My mother

lost over $500 from the trade.

29.     Helios and Matheson Analytics Inc. (stock ticker: HMNY) is another company

that Raging Bull talked up.  Jason Bond was a frequent cheerleader of this company with at least

71 mentions of HMNY in his emails between November 2017 and June 2018.  My mother lost

over $3500 from trading this stock between 2017 and early 2018.  The fundamental problem

with this company, which eventually filed for bankruptcy earlier this year, was that its flagship

product "MoviePass" offered customers unlimited films made by other companies for cents on

the dollar (you would pay around $10 a month for unlimited tickets to see any movie in theaters

and the company would pay the theater full price for those tickets).  There were news articles

that came out in January 2018 reporting that this company's CEO was playing loose with facts

and making "grossly deceptive" claims in press releases about the company's financials and

prospects, but Jason Bond continued to promote this stock.

30.     With Longfin Corp. (stock ticker: LFIN), which Raging Bull talked about in at

least 14 emails in late 2017 and 2018, there were clear red flags about this company and its CEO

right out of the gate.  The company went public on December 13, 2017 at $5 per share and began

publicizing its acquisition of a cryptocurrency company two days later which caused its stock

price to jump as high as $142 per share on December 18, 2017.  Longfin's CEO gave an

interview on CNBC on December 18, 2017 where he made confusing statements for around 12

minutes about the health of his company.  In 2019, the SEC filed a fraud action against Longfin

and its CEO.  As of June 10, 2020, LFIN is trading at $0.30 per share.  According to the emails

my mother received, Jason Bond started promoting this stock right after the December 18, 2017

interview and continued to do so months after, claiming there was an "oversold chart pattern"

**PX 4, 160**

and "this one can fly," without mentioning the obvious risks and red flags, and basically threw his subscribers off a financial cliff.  A true and correct copy of this email is attached as **Attachment N**.

31.     I also noticed that many of the companies whose stock Raging Bull has hyped up have a history of doing reverse stock splits, where a company would decrease the number of outstanding shares by consolidating those units into smaller, more valuable shares, resulting in an artificial increase in the company's stock price after the split.  In my experience, this is also what financially struggling companies may do to keep their stock from getting delisted on exchanges like NASDAQ or NYSE.  Marathon Patent Group Inc. (stock ticker: MARA), SenesTech Inc. (stock ticker: SNES), Chinanet Online Holdings Inc. (stock ticker: CNET), Net Element Inc. (stock ticker: NETE), and Zosano Pharma Corp. (stock ticker: ZSAN) are just a few of the companies that Raging Bull has pitched to subscribers that have undergone one or more reverse stock splits in the past several years, but whose share prices are teetering at  $1 to $3 per share (as of June 10, 2020).  None of these companies are listed on any of the well-known indexes, such as the Dow Jones Industrial Average, NASDAQ-100, S&P 500 Index, or the Russell 2000 Index.  Raging Bull talked up these stocks in at least 99 trade alert emails during this time.  My mother lost over $12,000 collectively trading on these stocks.

32.     The kinds of stocks that Raging Bull claims to be experts in trading are penny stocks or small cap stocks with questionable financials.  They include stocks of companies headquartered overseas, like China, where it is more difficult for a retail investor to get a full and accurate picture of the companies' financials..  I have also noticed that many of the stocks have little to no trading volume until Raging Bull tells their subscribers to get in those trades.  If Raging Bull's experts like Jason Bond are actually buying these stocks, I suspect they are front-

PX 4, 161

running their subscribers by looking for financially weak companies with cheap shares and low trading volume and activity, buying up these stocks ahead of time and on the cheap, and then driving up the share price by talking them up to the thousands of Raging Bull's subscribers, while simultaneously exiting their positions while the demand created by their hype is driving up the price.

33.     Raging Bull and Jason Bond brand themselves as expert traders who claim to be able to pick winners before they become winners.  I have not seen anything in their training materials that shows they have any genuine strategy for making profitable trades for retail investors like my mother.  It is also worth noting that the S&P 500 gained about 22% in 2017 and 31% in 2019.  If Raging Bull and its experts were producing valuable education or trading information, they would not be causing their customers like my mother to lose ridiculous amounts of money like this.

34.     Before she joined Raging Bull in 2017, my mother received a personal injury settlement, which she used fund her brokerage accounts.  By the time Raging Bull and its experts were done with her, most of this money was gone.

35.     Ironically, I am now seeing Raging Bull ads popping up on my computer when I log into Facebook or Instagram.  I did not sign up to get these ads.  One of the ads comes from Jeff Bishop with the headline "Stock Guru Shares His Secrets" and claims that with "Bullseye trades all you do is wait for my e-mail Monday morning, input the trade, and watch the profits come in."  A true and correct screenshot of this Facebook ad, which I received in May 2020, is attached here as **Attachment O**.

PX 4, 162

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___June 17th___ 2020.

Bruno Roy
_____
Bruno Roy

PX 4, 163

# ATTACHMENT A

**PX 4, 164**

https://www.jasonbondpicks.com/   Go

370 captures
24 Sep 2011 - 31 Oct 2019

JAN **FEB** APR
◄ **24** ►
2017 **2018** 2019


About this capture

# Become a better trader in 90 days or less!

Here's the deal – I do the work, find, and reveal up to 10 simple trades each week that make me a killing. Learn my system. Trade my system. Keep all the profits.

Enter your email      **Get Started**



As featured in:

**Student Testimonial**   ×



(https://web.archive.org/web/20180224075545/https://www.facebook.com/JasonBondPicks/videos/1071798616235326)

(https://web.archive.org/web/20180224075545/http://www.forbes.com/forbes/welcome/?toURL=http://www.forbes.com/sites/nikolaikuznetsov/2017/01/15/debunking-black-swan-events-of-2016/&refURL=&referrer=#c38caf621668)

Learn how Jason Bond gained financial freedom with trading. Join his next FREE training webinar!

**LEARN MORE (HTTPS://WEB.ARCHIVE.C**

(https://web.archive.org/web/20180224075545/http://www.huffingtonpost.com/entry/57e15339e4b04fa361d9a59e?timestamp=1474385381412)

(https://web.archive.org/web/20180224075545/https://www.thestreet.com/story/13682067/1/how-president-trump-or-clinton-will-move-your-money.html)

https://www.jasonbondpicks.com/   Go

370 captures
24 Sep 2011 - 31 Oct 2019

JAN   FEB   APR
◀  24  ▶
2017  2018  2019

About this capture

BBwe47U#page=5)                              (https://web.archive.org/web/20180224075545/http://seekingalpha.com/article/2187133-skullcandy-delivers-big-

turnaround-parties-on)                    (https://web.archive.org/web/20180224075545/http://www.moneyshow.com/experts.asp?

speakerID=E2315BA553C745AEB3667512DD0A0C75)

(https://web.archive.org/web/20180224075545/http://www.gurufocus.com/news/472975/how-donald-trumps-tweets-could-make-day-trading-great-again)

(https://web.archive.org/web/20180224075545/https://www.newyorktradersexpo.com/speakers/details/1023673SPK)

(https://web.archive.org/web/20180224075545/https://www.investing.com/analysis/year-end-review:-small-cap-stocks-200172666?

preview_fp_admin_1234=this_is_1234)

# 2 patterns thousands use to make MILLIONS of dollars

01:05

## Discover high-quality low-priced stocks without being chained to your computer all day

$50,000 CHEDDAR

**Student Testimonial**  ✕

Learn how Jason Bond gained financial freedom with trading. Join his next FREE training webinar!

**LEARN MORE (HTTPS://WEB.ARCHIVE.**

Attachment A                    **PX 4, 166**



https://www.jasonbondpicks.com/   Go

370 captures
24 Sep 2011 - 31 Oct 2019

JAN FEB APR
◀ 24 ▶
2017 2018 2019

About this capture

The season of giving is upon us

## Student Testimonial   ✕

Do YOU have what it takes...

Learn how Jason Bond gained
financial freedom with trading.
Join his next FREE training
webinar!

LEARN MORE (HTTPS://WEB.ARCHIVE.

https://www.jasonbondpicks.com/   Go

370 captures
24 Sep 2011 - 31 Oct 2019

JAN **FEB** APR
◄ **24** ►
2017 **2018** 2019

About this capture

Porsche 911 giveaway & UFC champ joins

02:39

## Student Testimonial                                                    ✕

$15,000 investment into nearly $3 million

Learn how Jason Bond gained
financial freedom with trading.
Join his next FREE training
webinar!

**LEARN MORE (HTTPS://WEB.ARCHIVE.C**

https://www.jasonbondpicks.com/   Go

370 captures
24 Sep 2011 - 31 Oct 2019

JAN   FEB   APR
◀   24   ▶
2017  2018  2019

About this capture

05:38

From NYS school teacher to the floor of the NYSE

15:38

**Student Testimonial**   ×

Join over 200,000 subscribers and active traders in our community who are learning my proven "street-smart" system for making smarter trades and serious profits

Learn how Jason Bond gained financial freedom with trading. Join his next FREE training webinar!

**Jason Bond Picks**

**LEARN MORE (HTTPS://WEB.ARCHIVE.O**

PX 4, 169

https://www.jasonbondpicks.com/    Go

370 captures
24 Sep 2011 - 31 Oct 2019

JAN  FEB  APR
◀  24  ▶
2017  2018  2019

About this capture

**$998** quarterly

Designed for greedy, trigger-happy
traders and working professionals
with access to a computer or smart
phone looking for profitable day
and swing trading opportunities.

**I made 284% +$283,568 in 2017 and 330% +$330,085 in 2016 in this service.**

**LEARN MORE**    (/WEB/20180224075545/HTTPS://WWW.JASONBONDPICKS.COM/SERVICES)

## Millionaire Roadmap

**I've Helped THREE Students Become Millionaires So Far!**

# $9,999 yearly

Direct access to Jason and his
Mastermind team of Millionaire
Traders Jeff Bishop (Weekly
Money Multiplier) and Bart Van
(day trading) where you can
LITERALLY watch Jason's
E*TRADE and Jeff's TD
Ameritrade brokerage accounts
LIVE daily.

**Will You Be My Next Millionaire?**

**LEARN MORE**    (/WEB/20180224075545/HTTPS://WWW.JASONBONDPICKS.COM/MILLIONAIRE-ROADMAP)

✓ Easy to follow trade alerts? *YES*

✓ Tons of educational videos and content? *YES*

✓ Thousands of satisfied members who keep coming back for more?
*YES*

**Student Testimonial**                                                  ✕

Learn how Jason Bond gained
financial freedom with trading.
Join his next FREE training
webinar!

**LEARN MORE (HTTPS://WEB.ARCHIVE.**

https://www.jasonbondpicks.com/   Go

370 captures
24 Sep 2011 - 31 Oct 2019

◄ JAN FEB APR ►
24
2017 2018 2019
About this capture



# Ready to get on the fast-track to becoming a millionaire stock trader?

Accelerate your trading profits and elevate your investing success with my exclusive, highly-personalized mentoring and mastermind program

Get Started   ()



**Student Testimonial**   ×

Learn how Jason Bond gained financial freedom with trading. Join his next FREE training webinar!

**LEARN MORE (HTTPS://WEB.ARCHIVE.(**

PX 4, 171

https://www.jasonbondpicks.com/    Go

370 captures
24 Sep 2011 - 31 Oct 2019

JAN  FEB  APR
◀ 24 ▶
2017  2018  2019



# What Members Are Saying:



"I build and renovate golf courses for a living, but have always been intrigued by the stock market, especially penny stocks. Unfortunately, I'm in the field most days, and have no time to monitor the market. I'm currently working in Norway, 6 hours ahead of EST, so at night I could watch the afternoon market. In April I was learning about pump and dumps, and somehow came across Jason Bond's service, and he was commenting on a particular pump and dump I was monitoring at the time. So I wrote him an email, and he answered it, quickly, I was shocked. I read more about Jason Bond Picks and loved the idea of swing trading given my schedule. In April I bought HOV at $2.01 from Jason's watch list and promised Jason Bond if it performed I'd join his premium newsletter. Well last week I read an email from Jason that said they were considering raising membership fees, so I checked my HOV stock, yes I was still holding , and it was up 150%. I joined that day, and today I sold that $2.01 stock for $5.34 +166%. Thanks Jason."

**Student Testimonial**  ×

Learn how Jason Bond gained financial freedom with trading. Join his next FREE training webinar!

LEARN MORE (HTTPS://WEB.ARCHIVE.C

**phillip w.**     dana b.     john b.

Attachment A

**PX 4, 172**

https://www.jasonbondpicks.com/   Go

370 captures
24 Sep 2011 - 31 Oct 2019

JAN **FEB** APR
◀ **24** ▶
2017 **2018** 2019

About this capture



# 358,673

### ACTIVE DAILY VISITORS & READERS



### Jason Bond

I was a NYS public school teacher by profession, but now I'm a stock trader and teacher by way of income. I became a self-made millionaire trading and teaching small cap stocks. I left the corporate grind and now trade and teach full-time!

## VERIFIED PERFORMANCE

| **78%** | **31%** | **188%** | **330%** | **284%** |
|---|---|---|---|---|
| $238,280 | $55,951 | $145,187 | $330,085 | $283,568 |
| IN 2013 | IN 2014 | IN 2015 | IN 2016 | IN 2017 |

## ALREADY UP OVER

## +44% +$66,401

## IN 2018

**Student Testimonial**                                                    ✕

Learn how Jason Bond gained financial freedom with trading. Join his next FREE training webinar!

**LEARN MORE (HTTPS://WEB.ARCHIVE.**

https://www.jasonbondpicks.com/    Go    JAN  FEB  APR
370 captures    ◀  **24**  ▶
24 Sep 2011 - 31 Oct 2019    2017  **2018**  2019

# trader in 90 days or less!

Start trading with me today - I do the work, find, and reveal up to 10 simple trades each week that make me a killing. Learn my system. Trade my system. Keep all the profits.

## Jason Bond Picks

### Most Popular Service

## $399 quarterly

Designed for greedy, trigger-happy traders and working professionals with access to a computer or smart phone looking for profitable day and swing trading opportunities.

**I made 284% +$283,568 in 2017 and 330% +$330,085 in 2016 in this service.**

**LEARN MORE**    (/WEB/20180224075545/HTTPS://WWW.JASONBONDPICKS.COM/SERVICES)

### Millionaire Roadmap

### Student Testimonial    ✕

### I've Helped THREE Students Become Millionaires So Far!

## $9,999 yearly

Direct access to Jason and his Mastermind team of Millionaire Traders Jeff Bishop (Weekly Money Multiplier) and Bart Van

Learn how Jason Bond gained financial freedom with trading. Join his next FREE training webinar!

**LEARN MORE (HTTPS://WEB.ARCHIVE.C**

(c ◀ ▶

LITERALLY watch Jason's

Attachment A    **PX 4, 174**

https://www.jasonbondpicks.com/   Go

370 captures
24 Sep 2011 - 31 Oct 2019

JAN **FEB** APR
◀ **24** ▶
2017 **2018** 2019

About this capture

LIVE daily.

## Will You Be My Next Millionaire?

**LEARN MORE**   (/WEB/20180224075545/HTTPS://WWW.JASONBONDPICKS.COM/MILLIONAIRE-ROADMAP)

©2018 Jason Bond Picks. All Rights Reserved. 62 Calef Hwy. #233 Lee, NH 03861 - 855-981-8370

Home (/web/20180224075545/https://www.jasonbondpicks.com/)   /
Terms & Conditions (/web/20180224075545/https://www.jasonbondpicks.com/terms-conditions/)   /
Disclaimer (/web/20180224075545/https://www.jasonbondpicks.com/disclaimer/)   /
Refund Policy (/web/20180224075545/https://www.jasonbondpicks.com/refund-policy/)   /
Affiliates (/web/20180224075545/https://www.jasonbondpicks.com/affiliate/)   /
Contact us (/web/20180224075545/https://www.jasonbondpicks.com/contact/)

f   t   in   ▶   🔊

## Student Testimonial                              ✕

Learn how Jason Bond gained financial freedom with trading. Join his next FREE training webinar!

**LEARN MORE (HTTPS://WEB.ARCHIVE.**

Attachment A                              **PX 4, 175**

# ATTACHMENT B

PX 4, 176

 **Gmail**

---

## [Jason Bond Picks] Re: Cancel this at once

**Allen (Jason Bond Picks)** <support@jasonbondpicks.zendesk.com>                    Thu, Jan 3, 2019 at 1:56 PM
Reply-To: Jason Bond Picks <support+id238967@jasonbondpicks.zendesk.com>
To: C Roy

---

##- Please type your reply above this line -##

Your request (238967) has been solved. To reopen this request, reply to this email. See the latest comments below:

  **Allen** (Jason Bond Picks)
Jan 3, 1:56 PM EST

Hi Marie,

Thanks for reaching out. I see you purchased the MRM 12/28/17 Each year it renews with access to Petra picks. If you wanted to cancel– you needed to cancel the service before the renewal date.

Here is how to cancel: To cancel your Jason Bond Picks (RagingBull.com) subscription, **Login to your profile at https://app.ragingbull.com/member/login and then come back to this email and CLICK HERE**. It will take you directly to the page of your Active Subscriptions.

From there, **click Cancel Auto Renewal** for any subscription you wish to close.

Your access will then expire at the end of the current term and you will not be charged again. Do not Reactivate if you do not wish to continue.

Wish you all the best.

Allen

---

  **C Roy**
Jan 3, 10:58 AM EST

Attachment B                          **PX 4, 177**

I told the rep when I signed up not to renew my subscription

If it is not cancelled w–I 24 hours my credit card co

Will take a dispute

I checked last week. You told me the petra pucks is lifetime & MRM will be cancelled.

Thx

Marie Roy

]

Thank You for Contacting Support.

Attachment B

**PX 4, 178**

# ATTACHMENT C

PX 4, 179



Marie C Roy



Sparta, NJ

Xceed Financial Credit Union

RE: Account Number

Dear Marie,

I'm writing you in reference to your dispute case you submitted on the transaction dated 12/30/2018 to Jasonbondpicks.com for $2,999.00.

Per merchant terms and conditions we are unable to dispute the transaction since merchant provided documentation showing that you signed documentation agreeing to the binding license agreement. Merchants refund policy states that they don't provide any refunds of any kind because member immediately benefit from the knowledge of the stats and analytics from Jason Bond. So we have no further chargeback rights.

So you may still pursue the matter directly with the merchant. We regret that we have no further way to assist and the transaction will be posted back to the account.

Sincerely,

Tyler Zanoni

Chargeback Analyst

P: 1.800.268.1884 EXT. 8527  |  F: 515-457-2074  |  tyler.zanoni@coop.org

Coop Financial Services  |  1500 NW 118th St  |  Des Moines, IA 50325  |  www.coop.org

*EXH D*

RagingBull.com LLC
Case #: 890734799001
Merchant Number: 372829134884

## FAX

**To:** Merchant Services        **FROM:** Anthony Bell, RagingBull.com LLC

### Comments:

This is in response to chargeback # 890734799001. Marie Roy Lin initially made an online purchase for an annual subscription to Jason Bond's Millionaire Roadmap Subscription for $2999 on 12/28/2017. As advertised, the subscription was set to auto-renew at the end of each annual term unless cancelled by the client PRIOR to the renewal date. Marie contacted our support team to cancel on 1/3/2019. This was after their subscription had already renewed for $2999 on 12/28/2018. **Marie Roy Lin is disputing the $2999 renewal that occurred on** 12/28/2018. Our refund policy clearly states that we do not issue refunds of any kind. Marie read, and accepted, the binding License agreement (ASSOCIATED WITH MILLIONAIRE ROADMAP). We have attached this binding document separately in this case. WE HAVE CLEARLY COMMUNICATED TO MARIE THAT WE WILL NOT ISSUE A REFUND.

Our terms & conditions also clearly state, we do NOT issue refunds of any kind. See the link to our terms and conditions below. You will see on the following pages that our service has been rendered. **The client has accessed their profile numerous times, as well as received our emails.**

In summary, Marie is making a false fraud claim to obtain an unjust refund. A refund is not necessary here as the client is in breach of the terms & conditions they accepted. Marie's subscription is now set to expire at the end of their current term and they will not be charged again.

*[handwritten annotations in right margin:]*
*EXD*
*&*
*2017 No plate*
*2018 No contract*

## Jason Bond Picks Refund Policy

Because members immediately benefit from the knowledge of the stats, analytics or from Jason Bond, we do not give refunds. You should recognize that investing and trading is a marathon, not a sprint so every last piece of information that can help you learn along the way and give you "an edge" over your competitors is worth investing in, especially when that information costs less per month than a night out of dinner and drinks aka invest in your education!

To remove yourself from auto renew and cancel your account, please use the "contact us" page here. **We ask that you request a termination no later than 2 full business days before your renewal.** Refunds crush my merchant status and if you're ever tried to get a merchant to run a business like I'm running, you fully understand how sensitive this relationship is. Your billing expiration date can be found by keeping track of your start date or emailing me requesting when your membership is up for renewal. **Again, if you forget to close your account before billing recurs, this is your fair warning there are no refunds.**

## Refund Policy:
## https://www.jasonbondpicks.com/refund-policy/

1



Car

RagingBull.com LLC
Case #: 890734799001
Merchant Number: 372829134884

## Please Note:

The policy listed above is clearly defined in the "Terms of Use" listed on the site as well as on a dedicated "Refund Policy" page. New members are required to view and agree to our "Terms of Use" prior to processing their payment with us.

## "Check Out" Form:
**https://mr141.infusionsoft.com/app/orderForms/wsyU4UU8JARNPP7Puq8m**

(pertains to all subscription types. This example is for a quarterly subscription) Link provided to "Terms of Use" listed on this page. There is also a required field for clients to sign their initials as acceptance of the terms and conditions (Final field below). **Marie Roy Lin signed "mr" in agreement with our terms and conditions.**

### Marie Roy

General    Address    Additional Info    Person Notes    Legacy Info    Lead Source Extra    Custom Fields

**More User Info**

| | |
|---|---|
| Age | 56 |
| Stock Trading Broker | TD Ameritrade |
| Trades per months | 50 |
| Account size | 82500 |

**Visits**

| | |
|---|---|
| Order Form Visited | JBP |
| AppointmentCore Contact ID | |

**Custom Fields**

| | |
|---|---|
| Terms and Conditions | mr |

## Terms and Conditions:
**https://www.jasonbondpicks.com/terms-conditions/**

## Online AVS and Transaction Receipt listed below:
**https://globalgatewaye4.firstdata.com/transactions/list**

2



RagingBull.com LLC
Case #: 890734799001
Merchant Number: 372829134884

## $2999 Purchase:

Transaction Tag 2502741383 (close)

| | | | | | |
|---|---|---|---|---|---|
| **Type** Purchase | **Amount** 2,999.00 USD | **Authorization Num** 028243 | **Merchant Terminal Number** 48531-72 | **CAVV** No CAVV | |
| **Status** Approved | **Payment Method** VISA | **Reference Num** Not Available | **Transaction Time** 2017/12/28 11:42:49 | **CAVV Response** Not Available | |
| **ETC Response** 00 - Transaction Normal | | **Customer Reference** Not Available | **ECI** 000 | **AVS Result** Not Available | |
| **Bank Response** 100 - Approved | **Card Holder** Marie Roy | **Reference Number 3** Not Available | **Merchant Order Number** 00616256 0000616256 | **CVV2 Result** Not Available | |
| **Gateway ID** J48531-72 | | **Transaction Reference** 006 0616256 T | **User** API-J48531-72 | **Fraud Code** 000 | |
| **Processing Centre** First Data | | | | | |

## ORDER DETAILS

**Order# 135871**

**Date:** Thursday, December 28, 2017 11:42 AM

**Response:** APPROVED          **IP Address:** 24.115.41.233

**Message:** Auto Charge For Invoice Ids:135867 Transaction Normal

## Merchant Info and Receipt:

```
========== TRANSACTION RECORD ==========
JASONBONDPICKS.COM
62 CALEF HIGHWAY #233
LEE, NH 03861
United States
WWW.JASONBONDPICKS.COM

TYPE: Purchase

ACCT: Visa            $ 2,999.00 USD

CARDHOLDER NAME : Marie Roy

DATE/TIME      : 28 Dec 17 11:42:49
REFERENCE #    : 006 0616256 T
AUTHOR. #      : 028243
TRANS. REF.    :

    Approved - Thank You 100
```

3



RagingBull.com LLC
Case #: 890734799001
Merchant Number: 372829134884

## Order Form:

| | |
|---|---|
| * First Name | Marie |
| Middle Name | |
| * Last Name | Roy |
| Company Name | apple bankruptcy |
| * Address - Line 1 | ▮▮▮▮ |
| Address - Line 2 | |
| * City | Sparta |
| State | NJ |
| * Zip Code | ▮▮▮ |
| * Country | United States |
| * Phone Number | ▮▮▮ |
| * Confirm Email Address | |
| * Choose Password | |
| * Enter your initials to agree to the Terms and Conditions | Terms and Conditions |

4

**PX 4, 185**



**RagingBull.com LLC**
Case #: 890734799001
Merchant Number: 372829134884

## $2999 Renewal:

Transaction Tag 3393314645 (close)

| | | | | |
|---|---|---|---|---|
| **Type** Purchase | **Amount** 2,999.00 USD | **Authorization Num** 028501 | **Merchant Terminal Number** 48531-72 | **CAVV** No CAVV |
| **Status** Approved | **Payment Method** VISA | **Reference Num** Not Available | **Transaction Time** 2018/12/26 03:33.25 | **CAVV Response** Not Available |
| **ETG Response** 00 - Transaction Normal | | **Customer Reference** Not Available | **ECI** 000 | **AVS Result** Not Available |
| **Bank Response** 100 - Approved | **Card Holder** Marie Roy | **Reference Number 3** Not Available | **Merchant Order Number** 00800459 0000800459 | **CVV2 Result** Not Available |
| **Gateway ID** J48531-72 | | **Transaction Reference** 006 0800459 T | **User** API-J48531-72 | **Fraud Code** 000 |
| **Processing Centre** First Data | | | | |

## Merchant Info and Receipt:

```
========= TRANSACTION RECORD ==========
JASONBONDPICKS.COM
62 CALEF HIGHWAY #233
LEE, NH 03861
United States
WWW.JASONBONDPICKS.COM

TYPE: Purchase

ACCT: Visa          $ 2,999.00 USD

CARDHOLDER NAME : Marie Roy

DATE/TIME       : 28 Dec 18 03:33:25
REFERENCE #     : 006 0800459 T
AUTHOR. #       : 028501
TRANS. REF.     :

   Approved - Thank You 100
```

5



RagingBull.com LLC
Case #: 890734799001
Merchant Number: 372829134884

*24h-B*

## Proof of Delivery (Profile Access):

ID: 15109 - Username: roycaroline137 Login as User - Name: Marie Roy Roy - Email: roycaroline137@gmail.com - Total Paid: $0.00

Access Log (displaying records 1-50 from 125)

| Date/Time | URL | IP | Referrer |
|---|---|---|---|
| 12/16/18, 06:53 AM | /memberlogin | 24.115.66.238 | ...odpicks.com/memberlogin/ |
| 12/06/18, 09:40 AM | /memberlogin | 24.115.66.238 | ...hdGFioXOHtkShV5HUPhsUGv |
| 11/07/18, 03:13 AM | /memberlogin | 24.115.42.121 | ...tZV1lZOttG9ydGFsLw%3D%3D |
| 10/23/18, 08:59 AM | /memberlogin | 24.115.42.121 | ...ondpicks.com/memberlogin |
| 10/19/18, 07:04 AM | /memberlogin | 24.115.42.121 | ...tZV1lZOttG9ydGFsLw%3D%3D |
| 10/07/18, 11:11 AM | /memberlogin | 24.115.42.121 | ...tZV1lZOttG9ydGFsLw%3D%3D |
| 10/06/18, 10:44 PM | ...5cnFfaW5xd_XRvb2xcl:w%3D%3D | 24.115.42.121 | ...onlfra-house-always-win/ |
| 10/05/18, 07:52 PM | /memberlogin | 24.115.42.121 | ...tZV1lZOttG9ydGFsLw%3D%3D |
| 09/26/18, 12:47 PM | ...kc2VwdZcWrteVpLTl1LTtwMTgv | 24.115.42.121 | ...asense/daily-watch-list/ |
| 09/25/18, 09:23 AM | ...saS13XXfqoC5sLWfdGw%3D%3D | 24.115.42.121 | ...odpicks.com/member/pariaf |
| 09/24/18, 10:52 PM | /memberlogin | 24.115.42.121 | ...ondpicks.com/memberlogin |
| 09/14/18, 02:23 PM | /memberlogin | 24.115.42.121 | ...tZV1lZOttG9ydGFsLw%3D%3D |
| 09/14/18, 08:16 AM | /memberlogin | 24.115.42.121 | ...tZV1lZOttG9ydGFsLw%3D%3D |
| 09/12/18, 06:25 AM | ...tZV1lZOttG9ydGFsLw%3D%3D | 208.54.87.248 | ...//www.jasonbologics.com/ |
| 09/12/18, 05:50 AM | /memberlogin | 208.54.87.248 | ...tZV1lZOttG9ydGFsLw%3D%3D |
| 09/12/18, 05:49 AM | /memberlogin | 208.54.87.248 | ...tZV1lZOttG9ydGFsLw%3D%3D |
| 08/10/18, 01:02 PM | /memberlogin | 24.229.41.32 | ...ondpicks.com/memberlogin |
| 08/09/18, 09:49 PM | /memberlogin | 172.56.36.75 | ...haS1lYXhtZCXtaW9bLw%3D%3D |
| 08/09/18, 04:28 AM | /memberlogin | 172.58.233.11 | ...haS1lYXhtZCXtaW9bLw%3D%3D |
| 08/03/18, 02:27 PM | /memberlogin | 24.115.41.333 | ...ondpicks.com/memberlogin |

*2018 —*

6/17/19 FTC free complaint
PREDATORY Advertising
Ref # 108331502
Frauds
SPAM VC
Spam @ ftcc.gov

not registered
in NY, TX
DC CA
ttc     ...
Register, 8.
...

Car...

RagingBull.com LLC
Case #: 890734799001
Merchant Number: 372829134884

R x101 18

| | | | |
|---|---|---|---|
| 6/29/18, 12:34 PM | /memberlogin | 24.115.41.233 | ...t2W1IZ0bcG0ydGFsL%3D%3D |
| 6/29/18, 10:34 AM | /memberlogin | 24.115.41.233 | ...la61hifKvdeX5iwnVyLw%3D%3D |
| 6/29/18, 10:33 AM | /memberlogin | 24.115.41.233 | ...edpicks.com/memberlogin/ |
| 6/28/18, 10:22 PM | /memberlogin | 24.115.41.233 | ...he51HX0tZXJsW5kLw%3D%3D |
| 6/28/18, 09:53 AM | /memberlogin | 24.115.41.233 | ...t2W1IZ0bcG0ydGFsL%3D%3D |
| 6/24/18, 06:56 PM | ...t2W1IZ0bcG0ydGFsLw%3D%3D | 24.115.41.233 | ...//www.jasonbondpicks.com |
| 6/24/18, 01:52 PM | /memberlogin | 24.115.41.233 | ...t2W1IZ0bcG0ydGFsL%3D%3D |
| 6/14/18, 03:08 AM | /memberlogin | 24.115.41.233 | ...t2W1IZ0bcG0ydGFsL%3D%3D |
| 6/05/18, 04:44 AM | /memberlogin | 24.115.41.233 | ...edpicks.com/memberlogin |
| 6/05/18, 01:53 AM | ...kLXRgYWRlpbmdsCoheWJvb2s= | 73.205.249.120 | ...com/category/coffee-club/ |
| 6/04/18, 11:15 PM | kLXRgYWRlpbmdsCoheWJvb2s= | * 73.205.249.120 | ...cks.com/trade-like-a-pro/ |
| 6/04/18, 10:25 PM | /memberlogin | 24.115.41.233 | ...t2W1IZ0bcG0ydGFsL%3D%3D |
| 6/04/18, 08:36 PM | /memberlogin | 24.115.41.233 | ...t2W1IZ0bcG0ydGFsL%3D%3D |
| 6/04/18, 07:15 PM | /memberlogin | 24.115.41.233 | ...t2W1IZ0bcG0ydGFsL%3D%3D |
| 6/04/18, 06:32 PM | /memberlogin | 73.205.249.120 | ...edpicks.com/memberlogin |
| 6/04/18, 06:14 AM | /memberlogin | 24.115.41.233 | ...edpicks.com/memberlogin |
| 6/03/18, 11:36 PM | /memberlogin | 24.115.41.233 | ...t2W1IZ0bcG0ydGFsL%3D%3D |
| 6/03/18, 11:54 AM | /memberlogin | 24.115.41.233 | ...he51HX0tZXJsW5kLw%3D%3D |
| 6/03/18, 08:36 AM | /memberlogin | 24.115.41.233 | ...t2W1IZ0bcG0ydGFsL%3D%3D |
| 6/02/18, 01:25 PM | /memberlogin | 24.115.41.233 | ...edpicks.com/memberlogin |
| 6/02/18, 11:47 AM | /memberlogin | 24.115.41.233 | ...edpicks.com/memberlogin |
| 6/02/18, 07:46 AM | /memberlogin | 24.115.41.233 | ...t2W1IZ0bcG0ydGFsL%3D%3D |
| 6/29/18, 08:52 PM | /memberlogin | 24.115.41.233 | ...t2W1IZ0bcG0ydGFsL%3D%3D |
| 6/20/18, 02:58 PM | /memberlogin | 73.126.90.221 | ...edpicks.com/memberlogin |
| 6/20/18, 12:54 PM | /memberlogin | 73.126.90.221 | ...t2W1IZ0bcG0ydGFsL%3D%3D |
| 6/20/18, 12:54 PM | /memberlogin | 73.126.90.221 | ...t2W1IZ0bcG0ydGFsL%3D%3D |

7

RagingBull.com LLC
Case #: 890734799001
Merchant Number: 372829134884

## Access to Another Site:

Log entries for: **Marie Roy** - Email:

| Log Name | Activity Log Id | Description | Causer IP Address | Date Occured |
|----------|-----------------|-------------|-------------------|--------------|
| Login | 2664638 | SuccessfulLogin by user | 24.115.66.238 | 2019-03-20 09:06:36 |
| Login | 2661483 | SuccessfulLogin by user | 24.115.66.238 | 2019-03-19 17:07:24 |
| Login | 2657200 | SuccessfulLogin by user | 24.115.66.238 | 2019-03-19 10:30:57 |
| Login | 2655590 | SuccessfulLogin by user | 24.115.66.238 | 2019-03-19 09:20:44 |
| Login | 2655578 | SuccessfulLogin by user | 24.115.66.238 | 2019-03-19 09:20:18 |
| Login | 2650393 | SuccessfulLogin by user | 24.115.66.238 | 2019-03-18 14:43:09 |
| Login | 2645704 | SuccessfulLogin by user | 24.115.66.238 | 2019-03-18 09:18:01 |
| Login | 2645442 | SuccessfulLogin by user | 24.115.66.238 | 2019-03-18 09:10:30 |
| Login | 2634399 | SuccessfulLogin by user | 24.115.66.238 | 2019-03-15 11:06:51 |
| Login | 2632313 | SuccessfulLogin by user | 24.115.66.238 | 2019-03-15 09:17:11 |

«   Page 1 of 108   »

Log entries for: **Marie Roy** - Email:

| Log Name | Activity Log Id | Description | Causer IP Address | Date Occured |
|----------|-----------------|-------------|-------------------|--------------|
| Login | 2627430 | SuccessfulLogin by user | 24.115.66.238 | 2019-03-14 16:20:47 |
| Login | 2624994 | SuccessfulLogin by user | 24.115.66.238 | 2019-03-14 12:30:04 |
| Login | 2624662 | SuccessfulLogin by user | 24.115.66.238 | 2019-03-14 11:57:16 |
| Login | 2623886 | SuccessfulLogin by user | 24.115.66.238 | 2019-03-14 10:40:41 |
| Login | 2622378 | SuccessfulLogin by user | 24.115.66.238 | 2019-03-14 09:23:03 |
| Login | 2622361 | SuccessfulLogin by user | 24.115.66.238 | 2019-03-14 09:22:43 |
| Login | 2618811 | SuccessfulLogin by user | 24.115.66.238 | 2019-03-13 18:03:09 |
| Login | 2616172 | SuccessfulLogin by user | 75.171.0.49 | 2019-03-13 13:34:14 |
| Login | 2615312 | SuccessfulLogin by user | 172.56.36.130 | 2019-03-13 12:29:24 |
| Login | 2611723 | SuccessfulLogin by user | 76.117.182.77 | 2019-03-13 09:01:29 |

«   Page 2 of 108   »

9



RagingBull.com LLC
Case #: 890734799001
Merchant Number: 372829134884

## Proof of Delivery (Profile Setup):

Marie Roy

General    Address    Additional Info    Person Notes    Legacy Info    Lead Source Extra    Custom Fields    NPS

**General Information**

| | | **Account Summary** | |
|---|---|---|---|
| First Name | Marie | Amt Paid | $3,597.00 |
| Last Name | Roy | Bal Due | $0.00 |
| Company | Apple bankruptcy | | |
| Company | Choose a company | **Score** | |
| | Go   Search...   Clear | Lead Score ♦♦♦♦♦ ⑦ | |
| Job Title | | | |
| Person Type | Please select a person type ▾ | **Phone / Fax** | |
| Lead Source | | Phone 1   Work        ▾ | |
| | | Manage Phone Status... | |

**Billing Address**

| | | Phone 2   Work   ▾ | |
|---|---|---|---|
| Street Address 1 | | Fax 1   Work   ▾ | |
| Street Address 2 | | **Email / Social** | |
| | | Email | |

🐂 **RagingBull**

| Navigation ☰ | **Your Profile** |
|---|---|
| 🏠 Dashboard | |
| 👤 Your Account      ⌄ | **Profile Information** |
| 💬 Chat Rooms      ⌄ | First Name    Marie |
| 🎯 Jason Bond Picks      ⌄ | |
| 🏔 Millionaire Roadmap      ⌄ | Last Name    Roy |
| 📅 Weekly Money Multiplier      ⌄ | Email Address |
| 📚 Courses      ⌄ | |

10

Attachment C          **PX 4, 190**



Car

RagingBull.com LLC
Case #: 890734799001
Merchant Number: 372829134884

## Cards on Profile:

Marie Roy

General   Address   Additional Info   Person Notes   Legacy Info   Lead Source Extra   Custom Fields   NPS   Tag   Linked Contacts

**Comments**

NPS Comments

Save   Save & Search   Clone                                              Select an action

Created - System Tuesday, July 5, 2016 12:32:14 AM   Last Updated - System Wednesday, March 20, 2019 9:0...

Tasks   Scored & Recent Activity   Referral Partner Tracking   Campaigns   Opportunities   Orders   Web Profile   File Box

**Credit Cards**                                                                          Add Cre

| Type | Name on Card | Number | Exp | Validation Status | Validation Message | Charges Run | Charges F |
|------|--------------|--------|-----|-------------------|--------------------|-------------|-----------|
| MasterCard | Marie Roy | xxxxxxxxxx | 02/2020 | This card is OK | Validated 8/25/2017 | 3 | 0 |
| Visa | Marie Roy | xxxxxxxxxx | 11/2020 | This card is OK | Validated 12/28/2017 | 2 | 0 |

11



RagingBull.com LLC
Case #: 890734799001
Merchant Number: 372829134884

## Alerts Configured:

Marie Roy ⌄

**Alerts Settings**

### E-Mail Subscriptions

Select which e-mail alert chanels you would like to receive notifcations from:

Trade Scout
TSP Trading Scout Premium Email List

**Petra Picks Platinum**
Petra's Platinum premium alerts and newsletter

Jason Bond Millionaire Roadmap
Millionaire Roadmap premium alerts and newsletter

Petra Picks Gold
Petra Picks Gold premium alerts and newsletter

Top Stock Picks
Top Stock Picks premium alerts and newsletter

Jason Bond Picks - Swing & Long-Term Trading
JBP premium alerts and newsletter

**Weekly Money Multiplier**
Jeff Options premium alerts and newsletter

**Millionaire Roadmap VIP Offers**
Get exclusive VIP offers from Jason Bond

Update E-Mail Settings

12

PX 4, 192




Car



RagingBull.com LLC
Case #: 890734799001
Merchant Number: 372829134884

## Contact with Support (Late Cancellation):

**C Roy** Jan 3, 10:58 AM
I told the rep when I signed up not to renew my subscription
If it is not cancelled w-I 24 hours my credit card co
Will take a dispute
I checked last week. You told me the petra pucks is lifetime & MRM will be cancelled.

Thx

Marie Roy

**Allen** Jan 3, 1:56 PM
Hi Marie,

Thanks for reaching out. I see you purchased the MRM 12/28/17 Each year it renews with
access to Petra picks. If you wanted to cancel- you needed to cancel the service before the
renewal date.

Here is how to cancel: To cancel your Jason Bond Picks (RagingBull.com)
subscription, **Login to your profile at https://app.ragingbull.com/member/login and then
come back to this email and CLICK HERE**. It will take you directly to the page of your
Active Subscriptions.

From there, **click Cancel Auto Renewal** for any subscription you wish to close.

Your access will then expire at the end of the current term and you will not be charged again.
Do not Reactivate if you do not wish to continue.

Wish you all the best.

Allen

13

Car 



RagingBull.com LLC
Case #: 890734799001
Merchant Number: 372829134884

## Contact with Support (Aforementioned Ticket, no mention of cancellation):

**C Roy** December 7, 2018, 6:06 PM

Petra Picks is listed as startn 2/15/1961. The mrm is listed as started 12/28/2017. I understand the MRM is only 1 year. Petra picks expiration date?

**Michael** December 10, 2018, 8:37 AM
Hi Marie,

I've checked your account and you have the lifetime access to Petra Platinum, so you have it indefinitely.

*NO MENT. ON OF MRM Renewal*
*12/28/18*

I hope this helps.

Sincerely,

Michael

14

**PX 4, 194**

Document ID: 1e050a724be34cb7910fd446b8547d3746a527c8

Generated on: December 28, 2017

Signed On: https://ragingbull.com/

## Jason Bond Picks - Mentor Contract - Marie Roy

 **RagingBull**

**JASON BOND PICKS**
winning small cap swing trades

# LICENSE AGREEMENT

RagingBull.com, LLC, a Delaware limited liability company ("RagingBull.com"), provides the website known as JasonBondPicks.com ("the Site"). This License Agreement (the "Agreement") is by and between RagingBull.com and you as a user of the Site ("User") and is effective as of the date of your signature on this Agreement (the "Effective Date"). RagingBull.com and the User may be referred to individually as a "Party" and collectively as the "Parties."

## RECITALS

WHEREAS, the Site is publishing the Newsletter (as defined below);

WHEREAS, the User wishes to be granted a license to access the Newsletter; and

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties, on the basis of the representations, warranties, and covenants contained in this Agreement, agree, subject to the terms and conditions contained herein, as follows:

   1. Definitions. For the purposes of this Agreement:

      1.1   "**Newsletter(s)**" shall mean any electronic and/or digital delivery system that makes available the Site's information to subscribers via any medium of the Site's choosing. Specifically, "Newsletters" shall initially mean [name of newsletter and newsletter related products].

      1.2   "**User(s)**" shall mean subscribers who sign up for and elect to receive such information as is provided in the Newsletter for the defined period of time and at the fee established in this Agreement.

   2. Grant of License. The Site hereby grants to the User for use and access a nonexclusive, nontransferable,

 verified
by approve

Car

Document ID: 1e050a724be34cb7910fd446b8547d3746a527c8

Generated on: December 28, 2017

nonsublicensable license to access, use, and display the Newsletter and all of its content as the same may be updated during the term of this Agreement (the "License"). User acknowledges that this Agreement does NOT convey rights to redistribute the source code, or any portion thereof, of the Newsletter to any third party without: (i) the prior written consent of the Site, which consent may be withheld in the Site's sole discretion; and (ii) such third party entering into an agreement similar to this Agreement, if any, as provided by the Site.

3. Restrictions. The License does not permit the User or any other third party to (i) modify, alter, change, reverse engineer, reverse assemble, decompile, or otherwise attempt to derive the source code (or underlying structure or algorithms) from the Site or decode or decrypt any data files created by or associated with the Newsletter; (ii) demonstrate, copy, sell or market the Newsletter to any third party; (iii) publish or otherwise disclose information relating to performance of the Newsletter or produced using the Newsletter to any third party; (iv) disclose, sell, assign, sub-license, or otherwise transfer the License, in whole or in part; or (v) use the Newsletter for any other purpose other than as set forth in and in accordance with the terms herein, unless User obtains the prior written approval of the Site.

4. Term.

    4.1    The term of the License is one calendar year from the Effective Date (the "Term").

    4.2    Neither this Agreement nor the License may be terminated even if the User no longer accesses or has access to the Site.

    4.3    The License will automatically renew.

5. License Fee. The fee for the License is no more than $10,000 and is payable in advance of access to the Site (the "License Fee"). **The License Fee is not refundable for any reason.** The User acknowledges that the User is being given access to our proprietary information and techniques and once the User has been granted access, we cannot issue refunds.

6. Title to Newsletter. User agrees that the Site retains all rights, title and interest in and to the Newsletter, including any updates, alterations, modifications, enhancements, changes and/or improvements thereof (collectively, "Proprietary Information"), at all times during the Term of this Agreement. User acknowledges that the License does not constitute a transfer or sale of the Site's ownership rights in and to the Newsletter (or any modifications thereto).

7. Warranties of the Site. The Site represents and warrants that the Site shall perform in conformance with this Agreement and the Site's performance under this Agreement does not and will not violate any



RagingBull
Page 2 of 6
🔒 Audit Trail Serial# 3a96eb417843b91e1ae67cd620aba637

Car

Document ID: 1e050a724be34cb7910fd446b8547d3746a527c8

Generated on: December 28, 2017

applicable law, rule, or regulation or any contracts with third parties. EXCEPT FOR THE EXPRESS WARRANTIES PROVIDED ABOVE OR OTHERWISE EXPRESSED IN THIS AGREEMENT, THE SITE DISCLAIMS ALL WARRANTIES, INCLUDING BUT NOT LIMITED TO, ACCURACY OF DOCUMENTS AND INFORMATION AND ALL EXPRESS OR IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. EXCLUDING A BREACH OF CONFIDENTIALITY OR A PARTY'S INDEMNIFICATION OBLIGATIONS, BOTH PARTIES DISCLAIM ALL CONSEQUENTIAL DAMAGES. The User acknowledges that access to the Newsletter could be unavailable at certain times due to technical difficulties or acts of nature. User will not be entitled to any refund of the License Fee nor any extension of the Term for any such temporary outages.

8. Indemnification. Each Party shall indemnify the other Party, its successors and assigns and its officers, trustees, members, employees, subcontractors, consultants, representatives and agents, from and against any and all losses, damages, causes of action, claims, penalties, interest, additional taxes, demands and expenses, including reasonable legal and attorneys fees and expenses, of any kind or nature arising out or on account of, or resulting from (i) directly or indirectly to any third party who may in any manner be injured or damaged by any grossly negligent act or omission in the provision of the Newsletter hereunder or (ii) any claim or allegation by a third party that a Party's intellectual property or the Site or Newsletter, or the other Party's use of such Party's intellectual property or the Site or Newsletter in accordance with the terms of this Agreement, infringes upon or misappropriates the intellectual property rights or other rights of such third party.

9. General

9.1    Governing Law; Exclusive Jurisdiction. This Agreement shall be governed by, and construed and enforced in accordance with the laws of the State of California, without regard to its provisions of conflict of laws. Each party hereby consents to the personal jurisdiction of the State of California, acknowledges that venue is proper in any state or Federal court in the County of Orange, State of California, agrees that any action arising out of or related to this Agreement must be brought exclusively in a state or Federal court in the County of Orange, State of California, and waives any objection it has or may have in the future with respect to any of the foregoing.

9.2    Notices. Any notice, request, instruction, or other document required by the terms of this Agreement, or deemed by any of the Parties hereto to be desirable, to be given to any other Party hereto shall be in writing and shall be given by personal delivery, overnight delivery, mailed by registered or certified mail, postage prepaid, with return receipt requested, or sent by electronic mail (with receipt confirmed) to the addresses of the Parties as follows:

   i. To: "Site" at 835 E. Lamar Blvd. #263 Arlington, TX 76011
      Email: support@jasonbondpicks.com
   ii. To: "User" at the contact information on the signature page hereof

The persons and addresses set forth above may be changed from time to time by a notice sent as aforesaid. If notice is given by personal delivery or overnight delivery in accordance with the provisions of this Section, such notice shall be conclusively deemed given at the time of such delivery



Attachment C        **PX 4, 197**

Document ID: 1e050a724be34cb7910fd446b8547d3746a527c8

Generated on: December 28, 2017

provided a receipt is obtained from the recipient. If notice is given by mail in accordance with the provisions of this Section, such notice shall be conclusively deemed given upon receipt and delivery or refusal. If notice is given by electronic mail transmission in accordance with the provisions of this Section, such notice shall be conclusively deemed given at the time of delivery if during business hours and if not during business hours, at the next business day after delivery, provided a confirmation is obtained by the sender.

9.3     Entire Agreement; Amendment.  This Agreement constitutes the entire understanding between the Parties with respect to the subject matter hereof and supersedes all prior written or oral proposals, understandings, agreements and representations, all of which are merged herein.  No amendment or modification of this Agreement shall be effective unless it is in writing and executed by the Parties.

9.4     Severability.  If any provision of this Agreement is determined to be unenforceable, such provisions shall be ineffective only to the extent unenforceable and the remainder of such provision and all other provisions of this Agreement shall remain in full force and effect.

9.5     Limitations of Liability.  **UNDER NO CIRCUMSTANCES SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY FOR INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL OR EXEMPLARY DAMAGES (EVEN IF THAT PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES), ARISING FROM PERFORMANCE UNDER OR FAILURE OF PERFORMANCE OF ANY PROVISION OF THIS AGREEMENT (INCLUDING SUCH DAMAGES INCURRED BY THIRD PARTIES), SUCH AS, BUT NOT LIMITED TO, LOSS OF REVENUE OR ANTICIPATED PROFITS OR LOST BUSINESS.**

9.6     Waiver.  No provision of or right under this Agreement shall be deemed to have been waived by any act or acquiescence on the part of either party, its agents or employees, except by an instrument in writing signed by an authorized officer of the party to be charged.  No waiver of a breach of, or default under, this Agreement shall be effective as to any other breach or default of this Agreement, whether of the same or similar nature, and whether occurring before or after the date of such waiver.

9.7     Interpretation.  The Parties hereto acknowledge and agree that (i) each party and its representatives has reviewed and negotiated the terms and provisions of this Agreement; (ii) the rule of construction to the effect that any ambiguities are resolved against the drafting party shall not be employed in the interpretation of this Agreement; and (iii) the terms and provisions of this Agreement shall be construed fairly as to each party hereto and not in favor of or against either party regardless of which party was purportedly responsible for the preparation of any aspect of this Agreement.

9.8     Counterparts; Facsimiles.  This Agreement may be executed in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.  Facsimiles shall be deemed to be originals.

9.9     Attorneys' Fees.  In the event any party hereto shall commence legal proceedings against the other to enforce the terms hereof, or to declare rights hereunder, as the result of a breach of any covenant or condition of this Agreement, the prevailing party in any such proceeding shall be entitled to recover from the losing party its costs of suit, including reasonable attorneys' fees, as may be fixed by the court.



Attachment C                    **PX 4, 198**

Car

Document ID: 1e050a724be34cb7910fd446b8547d3746a527c8

Generated on: December 28, 2017

9.10   Survival.  The provisions set forth in Section 6, Section 7, Section 8, and this Section 9 shall survive the termination of this Agreement.

9.11   Disclaimers Incorporated by Reference.  All disclaimers now appearing or which may in the future appear on the Site are incorporated herein by this reference.

RagingBull.com, LLC

Signature: *Jason Bond*

Title: Mentor



Signed By Marie Roy
Signed On: December 28, 2017

verified
by approve me

Attachment C       **PX 4, 199**

Car

*Eth C*

# Signature Certificate

Document name: Jason Bond Picks - Mentor Contract - Marie Roy

🔒 Unique Document ID: 1E050A724BE34CB7910FD446B8547D3746A527C8

LEGALLY SIGNED USING
**WP**esignature
Build. Track. Sign Contracts.

Marie Roy
Party ID: 8b22039e-b0b8-4a6b-a252-cc6679aeaa1d
IP Address: 24.115.41.233
Security Level: E-mail

**Digital Signature:**

Multi-Factor
**Digital Fingerprint Checksum**   dd6707fc7f8cfc22f2fd53c7f7ca45d6

| Timestamp | Audit |
|---|---|
| December 28, 2017 11:43 am EST | Jason Bond Picks - Mentor Contract - Marie Roy Uploaded by Raging Bull - 90n9nb@parsey.com IP 97.107.178.28 |
| December 28, 2017 11:43 am EST | Document signed by Marie Roy - ████████████ IP 24.115.41.233 |
| December 28, 2017 11:43 am EST | The document has been signed by all parties and is now closed. |

*(2017)*

This audit trail report provides a detailed record of the
online activity and events recorded for this contract.

Page 6 of 6

🔒 Audit Trail Serial# 3a96eb417843b91e1ae67cd620aba637

Attachment C   **PX 4, 200**

Car

## DISPUTE RESPONSE - R

Merchant #: 372829134884     Case #: 890734799001     Reason Code: 1370  Amount: 2999.00

___ Accept dispute: By selecting this action, you are accepting **FULL** financial liability for this dispute.
___ Credit Issued: Credit Date (MM/DD/CCYY): __/__/___     Credit Amount: _____

Check all conditions that apply to your response and include supporting documentation as required by the Issuer.Please ensure the case number is written in the upper right hand corner of each page.

_x_ Copy of a Signed and/or Electronically captured sales slip      *NO ORDER*
_x_ Copy of a Signed cancellation policy or order form
_x_ Copy of a Signed order form  (2017)
___ AVS of Y or M and SIGNED proof of delivery to AVS confirmed address
___ Signed rental agreement or Hotel/Motel folio
_x_ Copy of the Recurring billing agreement
___ T & E Documentation showing loyalty transactions related to this purchase
___ T & E – Documentation showing subsequent purchases made throughout the service period
___ Proof that the ticket was received for passenger transport
___ Proof the name on the flight manifest matches the Cardholder name on purchased itinerary
___ Proof of CVC2 in lieu of imprint
_x_ Proof of authorization
___ Proof of Verified by Visa, MasterCard Secure Code, AMEX Safe Key, or Discover Protect Buy
___ Other Documentation (Please Describe):

```
Merchant Comments
```



Car

**Acquirer Pre-Arbitration Response**

ROL Case Number:1754631419

**Transaction Information**

Transaction Amount: 2999.00

Tran Date (MM/DD/YY): 12/28/2018

Dispute Reason Code: 13

MO/TO / ECI Indicator: 7

Transaction Identifier: 588362308046407

Tran type: D

Acquirer Reference Number: 24431068362083307113326

Chargeback CPD (MM/DD/YY): 04/05/2019

Dispute Condition Code: 7

Merchant Category Code: 7399

Jurisdiction: Visa USA Domestic

**Pre-arb Response :**

___ Accept Partial

   Acceptance Amount:

_x_ Decline

Why are you not accepting full liability? Usage logs provided show the ch used the services after the canc.date.

$Sxh - A$

**PX 4, 202**

# ATTACHMENT D

**PX 4, 203**

 **C Roy** ████████████

---

## Important Subscription Details Inside
12 messages

---

**Jason Bond** <jason@jasonbondpicks.com>                    Fri, Jun 30, 2017 at 9:49 AM
To:████████████



# JASONBONDPICKS.com

Your subscription has been confirmed. Thanks for joining!

I really look forward to working with you and that the information you receive from JasonBondPicks.com helps you find success and grow as a trader. My goal is to educate, challenge and inspire you to pursue the goals you set before yourself.

Here are 2 important tips on how to make sure you get all communications from me so that you'll get the most out my service:

**1. Approve (Whitelist) and prioritize all emails from JasonBondPicks.com and Jason Bond.**

This is important! If my emails aren't getting through to you, you will miss these updates and you won't receive the full benefit of being a JasonBondPicks.com subscriber.
So please take the following simple actions to make sure nothing slips through the cracks:

- Follow the whitelisting instructions for your email provider at this page - How to Whitelist Email
- If you are a Gmail user or you use any other web-based email that filters posts/emails away from your main inbox, be sure to "drag" any emails from JasonBondPicks.com or "Jason Bond" into your Priority Inbox. (Again, you don't want to miss an important alert or announcement.) Our emails might get caught in the 'Promotions' or 'Social' tabs.

**2. Take a moment and follow me on Facebook & Twitter.** I post a lot of important trading information there and you don't want to miss it

- https://www.facebook.com/JasonBondPicks

Attachment D

**PX 4, 204**

- https://twitter.com/JasonBondPicks

PLEASE NOTE: All purchases are processed by RagingBull.com LLC (our parent company) so don't be alarmed if you see that on your billing statement, it is perfectly fine.

Trade Green,

Jason

P.S.- Always feel free to contact support@jasonbondpicks.com with any questions or comments.



Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves whether specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

Unsubscribe

835 E Lamar Blvd #263 Arlington, Texas 76011 United States



---

**C Roy** ████████████                                    Sat, Jul 1, 2017 at 7:12 PM
To: Jason Bond <jason@jasonbondpicks.com>

I hvn't rec'd my billing statement

[Quoted text hidden]

---

**Jordan (Jason Bond Picks)** <jason@jasonbondpicks.com>        Mon, Jul 3, 2017 at 12:31 PM
Reply-To: Jason Bond Picks <jason@jasonbondpicks.com>
To: C Roy ████████████

##- Please type your reply above this line -##

Your request (81935) has been solved. To reopen this request, reply to this email. See the latest comments below:

---

**Jordan** (Jason Bond Picks)

Attachment D                    **PX 4, 205**



Jul 3, 12:31 PM EDT

WE do not provide billing statements without a request.

Jordan

---

 **C Roy**

Jul 1, 7:12 PM EDT

I hvn't rec'd my billing statement

On Fri, Jun 30, 2017 at 9:49 AM, Jason Bond <jason@jasonbondpicks.com> wrote:

Your subscription has been confirmed. Thanks for joining!

I really look forward to working with you and that the information you receive from JasonBondPicks.com helps you find success and grow as a trader. My goal is to educate, challenge and inspire you to pursue the goals you set before yourself.

Here are 2 important tips on how to make sure you get all communications from me so that you'll get the most out my service:

1. Approve (Whitelist) and prioritize all emails from JasonBondPicks.com and Jason Bond.

This is important! If my emails aren't getting through to you, you will miss these updates and you won't receive the full benefit of being a JasonBondPicks.com subscriber.

So please take the following simple actions to make sure nothing slips through the cracks:

*

Follow the whitelisting instructions for your email provider at this page – How to Whitelist Email (http://www.whatcounts.com/how-to-whitelist-emails/)

*

If you are a Gmail user or you use any other web–based email that filters posts/emails away from your main inbox, be sure to "drag" any emails from JasonBondPicks.com or "Jason Bond" into your Priority Inbox. (Again, you don't want to miss an important alert or announcement.) Our emails might get caught in the 'Promotions' or 'Social' tabs.

2. Take a moment and follow me on Facebook & Twitter. I post a lot of important trading information there and you don't want to miss it

*

Attachment D                            **PX 4, 206**

https://www.facebook.com/JasonBondPicks (https://mr141.infusionsoft.com/app/linkClick/141458/0124c2d939ef7e74/150795864/ea3f48cf563c9082)

*

https://twitter.com/JasonBondPicks (https://mr141.infusionsoft.com/app/linkClick/141460/f9037dd6addd570e/150795864/ea3f48cf563c9082)

PLEASE NOTE: All purchases are processed by RagingBull.com LLC (our parent company) so don't be alarmed if you see that on your billing statement, it is perfectly fine.

Trade Green,

Jason

P.S.– Always feel free to contact support@jasonbondpicks.com with any questions or comments.


Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

Attachment D                                    **PX 4, 207**

Unsubscribe (https://mr141.infusionsoft.com/app/linkClick/141444/
ecbbeb6b0d82df98/150795864/ea3f48cf563c9082)

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

]

Thank You for Contacting Support.

---

**C Roy** ████████████                                      Tue, Jul 4, 2017 at 11:17 AM
To: Jason Bond Picks <jason@jasonbondpicks.com>

why .comit say charge is by ragingbull?

What time do i have to sign in tomorrow.

Facebook @ 7:30am Swing trade alerts as they come into my email?

Corrct?

Marie

[Quoted text hidden]

---

**C Roy** ████████████████                                Tue, Jul 4, 2017 at 11:18 AM
To: Jason Bond Picks <jason@jasonbondpicks.com>

$298 on mycredit card from raging bull

[Quoted text hidden]

---

**Jordan (Jason Bond Picks)** <jason@jasonbondpicks.com>        Fri, Jul 7, 2017 at 11:30 AM
Reply-To: Jason Bond Picks <jason@jasonbondpicks.com>
To: C Roy ████████████████

##- Please type your reply above this line -##

Your request (81935) has been solved. To reopen this request, reply to this email. See the latest comments below:

 **Jordan** (Jason Bond Picks)
Jul 7, 11:30 AM EDT

Ragingbull.com LLC is now our parent company and handles all charges for us. We
mentioned this in multiple emails.

Jordan

---

Attachment D                                      **PX 4, 208**

 **C Roy**
Jul 4, 11:18 AM EDT

$298 on mycredit card from raging bull

why .comit say charge is by ragingbull?

What time do i have to sign in tomorrow.

Facebook @ 7:30am Swing trade alerts as they come into my email?

Corrct?

Marie

---

 **C Roy**
Jul 4, 11:18 AM EDT

why .comit say charge is by ragingbull?

What time do i have to sign in tomorrow.

Facebook @ 7:30am Swing trade alerts as they come into my email?

Corrct?

Marie

---

 **Jordan** (Jason Bond Picks)
Jul 3, 12:31 PM EDT

WE do not provide billing statements without a request.

Jordan

[Quoted text hidden]

[Quoted text hidden]

---

**C Roy** ████████████████                                    Fri, Jul 7, 2017 at 1:18 PM
To: Jason Bond Picks <jason@jasonbondpicks.com>

I AM REQUEsting it from you for 3 months.

Marie
[Quoted text hidden]
--

Attachment D                    **PX 4, 209**

Marie Roy
Apple Bankruptcy, LLC
███████████

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Note: You must follow

---

**Jordan (Jason Bond Picks)** <jason@jasonbondpicks.com>                    Fri, Jul 7, 2017 at 2:42 PM
Reply-To: Jason Bond Picks <jason@jasonbondpicks.com>
To: C Roy ████████████

##- Please type your reply above this line -##

Your request (81935) has been solved. To reopen this request, reply to this email. See the latest comments below:

---


**Jordan** (Jason Bond Picks)
Jul 7, 2:42 PM EDT

Marie,

I apologize but I am having difficulty understanding your request.

JOrdan

---


**C Roy**
Jul 7, 1:19 PM EDT

I AM REQUEsting it from you for 3 months.

Marie

[Quoted text hidden]
[Quoted text hidden]

---

**C Roy** ███████████████████                                   Mon, Jul 10, 2017 at 7:44 AM
To: Jason Bond Picks <jason@jasonbondpicks.com>

Jordan: What do I get for the $298 I paid. Swing sent to my email?

Marie Roy
[Quoted text hidden]
[Quoted text hidden]

Attachment D                          **PX 4, 210**

4/21/2020                                    Gmail - Important Subscription Details Inside

**Jordan (Jason Bond Picks)** <jason@jasonbondpicks.com>                    Tue, Jul 11, 2017 at 10:17 AM
Reply-To: Jason Bond Picks <jason@jasonbondpicks.com>
To: C Roy █████████████████████

##- Please type your reply above this line -##

Your request (81935) has been solved. To reopen this request, reply to this email. See the latest comments below:

 **Jordan** (Jason Bond Picks)
Jul 11, 10:16 AM EDT

Marie,

Indeed. You get our swing trades and long term trades sent to you via email. We also provide you with a daily watch list as well as video lessons you can access via your profile. Login to your profile to access our portfolio and to ask any questions.

Jordan

 **C Roy**
Jul 10, 7:45 AM EDT

Jordan: What do I get for the $298 I paid. Swing sent to my email?

Marie Roy

 **Jordan** (Jason Bond Picks)
Jul 7, 2:42 PM EDT

Marie,

I apologize but I am having difficulty understanding your request.

JOrdan

[Quoted text hidden]

[Quoted text hidden]

**C Roy** █████████████████████                          Thu, Jul 13, 2017 at 8:11 AM
To: Jason Bond Picks <jason@jasonbondpicks.com>

JOrdan - can you please send me my login & password & what i should be studying

Attachment D

**PX 4, 211**

Thx

Marie

[Quoted text hidden]

[Quoted text hidden]

---

**Jordan (Jason Bond Picks)** <jason@jasonbondpicks.com>                    Mon, Jul 17, 2017 at 3:42 PM
Reply-To: Jason Bond Picks <jason@jasonbondpicks.com>
To: C Roy ███████████████████

##- Please type your reply above this line -##

Your request (81935) has been solved. To reopen this request, reply to this email. See the latest comments below:

 **Jordan** (Jason Bond Picks)
Jul 17, 3:42 PM EDT

Visit jasonbondpicks.com and login with the following.

user: ████████████████████
pw: roy123

Jordan

---

 **C Roy**
Jul 13, 8:11 AM EDT

JOrdan – can you please send me my login & password & what i should be studying

Thx

Marie

[Quoted text hidden]

[Quoted text hidden]

Attachment D                                           **PX 4, 212**

**ATTACHMENT E**

PX 4, 213

4/21/2020                                    Gmail - Important Subscription Details Inside

 **Gmail**

**C Roy** ▆▆▆▆▆▆▆▆▆▆

## Important Subscription Details Inside

1 message

**Kyle Dennis** <Kyle@biotechbreakouts.com>                    Sun, Sep 24, 2017 at 5:14 AM
To:▆▆▆▆▆▆▆▆▆▆





Your subscription has been confirmed. Thanks for joining!

I really look forward to working with you and that the information you receive from BiotechBreakouts.com helps you find success and grow as a trader. My goal is to educate, challenge and inspire you to pursue the goals you set before yourself.

Here are 2 important tips on how to make sure you get all communications from me so that you'll get the most out my service:

**1. Approve (Whitelist) and prioritize all emails from BiotechBreakouts.com and Kyle Dennis.**

This is important! If my emails aren't getting through to you, you will miss these updates and you won't receive the full benefit of being a BiotechBreakouts.com subscriber.
So please take the following simple actions to make sure nothing slips through the cracks:

- Follow the whitelisting instructions for your email provider at this page - How to Whitelist Email
- If you are a Gmail user or you use any other web-based email that filters posts/emails away from your main inbox, be sure to "drag" any emails from BiotechBreakouts.com or "Kyle Dennis" into your Priority Inbox. (Again, you don't want to miss an important alert or announcement.) Our emails might get caught in the 'Promotions' or 'Social' tabs.

**2. Take a moment and follow myself and the RagingBull team on Facebook & Twitter**. I post a lot of important trading information there and you don't want to miss it

- https://twitter.com/kylewdennis
- https://www.facebook.com/RagingBullTrading/

Attachment E                    **PX 4, 214**

PLEASE NOTE: All purchases are processed by RagingBull.com LLC (our parent company) so don't be alarmed if you see that on your billing statement, it is perfectly fine.

Trade Green,

Kyle

P.S.- Always feel free to contact support@biotechbreakouts.com with any questions or comments.

**Kyle Dennis**
Biotech Trader

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user 's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Unsubscribe

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

Attachment E

**PX 4, 215**

# ATTACHMENT F

**PX 4, 216**

4/21/2020                                          Gmail - Millionaire Roadmap: Important Information



C Roy ███████████████

---

## Millionaire Roadmap: Important Information

1 message

---

**Jason Bond** <jason@jasonbondpicks.com>                                    Thu, Dec 28, 2017 at 11:43 AM
To: ████████████████



**Congratulations!**

Your commitment to Jason Bond Picks Millionaire Roadmap illustrates you are serious about changing your life.

My top priority is your success and while I can't guarantee it, you have my word I intend to give you 110%.

You should have seen a pre-filled form on RagingBull.com to guide you to sign the Mentor Contract which will only take you less than minute. Before given access to my proprietary service and content, you must agree to the contract.

If you haven't seen the form, CLICK HERE to start.

I look forward to speaking with you at some point today, the mentor service email is mentor@jasonbondpicks.com

Your friend,

*Jason Bond*

---

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this

Attachment F                                    **PX 4, 217**

website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Jason Bond Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at Jason Bond Picks.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Attachment F                          **PX 4, 218**

# ATTACHMENT G

PX 4, 219

 **RagingBull** (../)

Navigation

# Jason Bond Daily Watch List

## Friday July 28, 2017

**Jason Bond** on **July 28, 2017** at **07:09 AM**

Good morning.

I'm super excited to announce I'll be speaking at the Harvard Business School this weekend about how I broke out of the middle class with -$250,000 in debt and became a multi-millionaire.

With July coming to a close Monday the markets are starting to show signs of weakness as earnings season winds down. U.S. stocks took a sharp hit Thursday (my Millionaire Roadmap (https://www.jasonbondpicks.com/millionaire-roadmap/) IWM puts delivered 100%+ or +$7,700) which offset the weakness seen in small caps.

A big congrats to Will and Bruno who are killing it in the Roadmap. Notice how they are taking this serious by STUDYING the lessons, knowing their boundaries and staying positive. We can all learn from these two testimonials.

Attachment G                    **PX 4, 220**

> "Totally kicking ass with your service profits now $58,000 in 6 weeks. I am new to trading and very aggressive, and learning a ton. I am still learning about puts, calls, etc... so sticking to the swing trading until I learn. Thanks and whatever I can do to help, let me know. Look forward to meeting in Miami." ~ **Will W.**
>
> "Hey JB! Thanks to your option training I have the best days of trading ever. I got to be honest; I was very discouraged from the a huge loss on the IWM puts a couple weeks ago, -$13,500. I took your approach to stay positive and keep pushing. Yesterday I made +$9,800 and today so far +$20,320 which brings me to $30,120 in 2-days." ~ **Bruno G.**

What's impressive about Bruno's testimonial is that he took a big loss, just like I did a few weeks ago and had a choice. He could have chose to be mad, give up and move on or fight. By choosing to fight he made back his -$13,500 loss and +$17,000 in profit. All in a matter of days. Attitude is everything.

Speaking of the Millionaire Roadmap (https://www.jasonbondpicks.com/millionaire-roadmap/). I have 2 huge announcements for everyone already in or interested in that service.

1. Starting August 1, 2017 Jeff Bishop (Mastermind (https://www.jasonbondpicks.com/millionaire-roadmap/)) and me will be heading a SHORT BIASED Swing Trading & Long-Term Trading newsletter ONLY for Roadmap clients and it's FREE. It'll include a course sold in the store for $999, a watch list, video lessons, real-money portfolio and real-time alerts. We'll co-manage this newsletter, profits will be kept, not donated and rolled until we hit a few million. We're funding an account with $100,000 at CenterPoint Securities (http://centerpointsecurities.com/) for this division of the Roadmap. Interactive Brokers (https://www.interactivebrokers.com/en/home.php) will work as well. Like options trading, this is a very lucrative strategy but has added risk which is

Attachment G

**PX 4, 221**

why we've parked it, for FREE, in the Roadmap.
Like the options division of the Roadmap, we will
NOT be offering this for sale A La Carte, only in
the Roadmap.

2. Jeff Bishop, Allan Marshall (Mastermind
   (https://www.jasonbondpicks.com/millionaire-
   roadmap/)) and me will be starting a business
   coaching school in which we intend to show
   others how to turn their passion into profits. All 3
   of use are multi-millionaires and believe we can
   help Roadmap clients not only in building wealth
   through trading stocks but also through building
   businesses. All 3 of us had no formal business
   training and now have a net worth above 8-
   figures. The course will be FREE for Millionaire
   Roadmap
   (https://www.jasonbondpicks.com/millionaire-
   roadmap/) clients and is on schedule to start in
   September of 2017. As many of you know from
   this Huffington Post article
   (http://www.huffingtonpost.com/entry/57e15339e4b04fa36
   timestamp=1474385381412) Jeff, Allan and me
   helped Kyle Dennis
   (https://www.facebook.com/JasonBondPicks/videos/100183
   a multi-millionaire stock trader and build a multi-
   million dollar newsletter owner
   (https://www.biotechbreakouts.com/) as well.
   More details to follow.

I'm +156% +$155,646.90 in 2017, +330% +$330,085.22
in 2016 and +155% +$145,187.80 in 2015.

PIXY, BNED and ANY are all still in play from Thursday's
watch list. The IWM sharp drop definitely messed up
some charts but all 3 of these only dropped -1% or less
which illustrates a bottom is probably close and a
trade higher is likely, especially if the markets find
buyers again, which they likely will.

AEZS and AVEO are Fibonacci Retracement plays I've
been watching. Friday's are great days to target these
for intraday moves and profit before the weekend so
that's what I'll do here. AEZS is in play above $2 for a
move to the middle $2's where the SMA 200 currently

Attachment G                                    **PX 4, 222**

rests and AVEO is in play above $2.40 from Thursday's lows and could run as high as the low $3's if this works.

DRYS finally found buyers Thursday going from about $.99 to $1.30 very quickly before fading and doing it again in the afternoon. This is the type of action I look for on a Friday and while I believe this is a pure junk stock, if I can snag $.30 / share out of 20,000 shares Friday I'll be very pleased. It's in play above $1.10 for  a move to the middle $1's. Do NOT trade this one if you lack discipline, it's like a leveraged ETF in that it mostly goes down and is ONLY good for short term trades.

That's a good basket to end the week, let's go make some $$$ my friends!

Jason Bond

## Comments (0)

Enter your comment..

Post

Attachment G

**PX 4, 223**

 **RagingBull** (../) ⌄

Navigation

## Jason Bond Daily Watch List

### Monday July 31, 2017

**Jason Bond** on **July 31, 2017** at **08:13 AM**

Good morning,

==I had the honor of speaking at the Harvard Business School on entrepreneurship Friday and will share the video soon.==

MYO had great news this morning and is up +25%. I think it could hit $12 – $13, maybe even $14 on this news and will look for profit there on the way up.

I'm +157% +$157,445.94 in 2017, +330% +$330,085.22 in 2016 and +155% +$145,187.80 in 2015.

Stock futures are higher Monday morning as buyers continue to buy up any dip in the market. I'm loaded up on small caps so we'll do a review first before looking at anything else.

LQMT – Starting to trend again on good volume, look for a technical breakout here at $.30 for direction in the stock. Overall I'm looking for $.70+ on this one and think shares could run huge if / when the new CEO lands a big contract for the company. Everything you need to know about this trade idea can be summed up in this article about the new CEO Li (http://www.chinadaily.com.cn/business/2017-04/10/content_28856556.htm). I hold shares in both the Swing Trading portfolio (https://www.jasonbondpicks.com/trading-resources/portfolio/) and Long-Term Trading (https://www.jasonbondpicks.com/smlt/jasons-portfolio/) portfolio.

Attachment G

**PX 4, 224**

6/25/2019                                    Jason Bond Daily Watch List



(https://www.jasonbondpicks.com/wp-
content/uploads/2017/07/lqmt-2.png)

ANY – Recent split likely to trigger a squeeze at some
point. All the big candles on the chart illustrate why I
like this one, especially after a split.



(https://www.jasonbondpicks.com/wp-
content/uploads/2017/07/any-1.png)

AEZS – Fibonacci Retracement play. Candle over
candle Friday confirmed, now look for the next leg up
to take profit on.

Attachment G                        **PX 4, 225**

6/25/2019                                   Jason Bond Daily Watch List



(https://www.jasonbondpicks.com/wp-
content/uploads/2017/07/aezs-2.png)

DRYS – Candle over candle Friday and heavily shorted,
I went tiny here looking for a squeeze to the middle
$1's and think it'll hit at some point this week for me.



(https://www.jasonbondpicks.com/wp-
content/uploads/2017/07/drys.png)

TEAR – Fibonacci Retracement play right at 2/3
retracement. I'm looking for a move to the middle $3's
for profit. Shares came close to making the move

Attachment G

**PX 4, 226**

Thursday but backed off from the $3.20's resistance, hopefully the next test unlocks that middle $3's move.



(https://www.jasonbondpicks.com/wp-content/uploads/2017/07/tear-1.png)

MYO – Oversold chart pattern and recent IPO makes it volatile which is what I I look for. Great news this morning has shares 25%+. Goal is between $12 – $14 for profit. Guaranteed winner now, just how big is the only question. I snagged $10,000 here on my last swing, it'd be awesome to hit my target and make it 2 for 2.

Attachment G

**PX 4, 227**



(https://www.jasonbondpicks.com/wp-
content/uploads/2017/07/myo-2.png)

NEOT – Oversold chart pattern now continuation chart
pattern with room to run above $.55. Will consider
adding to my position here as the company looks for
strategic partnerships and a possible sale.



(https://www.jasonbondpicks.com/wp-
content/uploads/2017/07/neot-2.png)

IWM calls (Millionaire Roadmap) – bought and alerted
100 IWM August 11 '17 $142 Call at $1.14 Friday
anticipating IWM would find buyers off trendline

Attachment G          **PX 4, 228**

6/25/2019                                          Jason Bond Daily Watch List

support currently +13% with a target or 30%+.



(https://www.jasonbondpicks.com/wp-
content/uploads/2017/07/iwm.png)

As you can see I'm fully loaded Monday morning so
outside of my open trades I'm not looking to do
anything else early Monday morning.

Trade wise and green!

Jason Bond

## Comments (0)

Enter your comment..

Post

Attachment G

**PX 4, 229**

 **RagingBull** (../)                                                                  ⌄

| Navigation | Jason Bond Daily Watch List |
|---|---|

## Tuesday August 22, 2017

**Jason Bond** on **August 22, 2017** at **07:39 AM**

Good morning,

I spent the weekend up in the White Mountains celebrating my wedding anniversary with Pamela and Noah. Little dude loves his trains!



(https://www.jasonbondpicks.com/wp-content/uploads/2017/08/conway.jpg)

Man time flies, hard to believe this was 16 years ago (https://www.facebook.com/JasonBondPicks/photos/a.30677019 type=3&theater).

Attachment G                    **PX 4, 230**

Tuesday's Coffee Club: how I made +$5,318.07 on FENG last week (https://www.facebook.com/JasonBondPicks/videos/1403139163

My Harvard speech (https://www.facebook.com/JasonBondPicks/videos/140009382C

**Swing & Long-Term Trading**

Swing portfolio (https://www.jasonbondpicks.com/trading-resources/portfolio/): MEET, LQMT, LXU and XXII

ONDK is a continuation pattern I'd like to buy. Good news recently sent shares to the low $5's before consolidating in the middle $4's. It's in play above $4.60 for a move to the middle $5's.

FENG retraced from Friday's breakout Monday and settled above $4 support. I'll be watching this area for a buy above $4 or a short below.

ARCI is a Fibonacci Retracement play I'll start watching above $1.24 and $1.12 retracement supports. Closed strong on Monday so I'm thinking it'll rest on Tuesday and start to find the pattern by midweek.

Long-Term Portfolio (https://www.jasonbondpicks.com/smlt/jasons-portfolio/): LQMT, FRED, FNMA, SC (short) and ROX

I'll be looking to add to my FRED position soon around $6 with a goal of $7 – $8. I think the base is finally in given it didn't head lower as the IWM pulled back sharply across August.

**Millionaire Roadmap**

Tuesday's video watch list (https://www.jasonbondpicks.com/category/millionaire-roadmap/daily-video-watch-list/)

Mastermind with Petra at 4p et in the chat room (https://app.ragingbull.com/rooms/jbp-mrm). Bookmark the calendar (https://www.jasonbondpicks.com/events/) for all events.

Attachment G                    **PX 4, 231**

6/25/2019                                           Jason Bond Daily Watch List

Introducing **new** Millionaire Roadmap **Loyalty Program**:

Jeff Bishop and me have decided to start a LOYALTY PROGRAM for you, our valued clients. Effective this week the Millionaire Roadmap will be priced as follows:

Year 1: $4,999

Year 2: $3,999

Year 3: **$2,999** grandfathered for life

Here's a few things you need to know as we roll this out.

1. If you are in year 1 now, whatever price you paid does not change. But when year 2 recurs it'll automatically be adjusted to $3,999 and year 3+ $2,999 grandfathered for life.
2. If you are in year 2 now, whatever price you paid does not change. But when year 3 recurs, it'll automatically be adjust to $2,999 grandfathered for life.
3. If you take a break from trading and return, the LOYALTY PROGRAM starts over.

Our goal is that the longer you are with the program, the more you contribute to the success of others, so we want to reward you for helping the team.

Introducing **new** Millionaire Roadmap **Online Business Coaching Program**:

Jeff and me have partnered with a well known online business coach to help any Roadmap client interested turn their passion into a profession making money online. It's a 1-year course to starting your business, quitting your job, and loving your life.

While Jeff and me are good traders and have made a lot of money in the markets we would never have had that freedom to do it without the stability of a solid business behind us. We both started from absolutely nothing and have built several multi-million dollar businesses online. This is how we have made our real fortune and that is the same for most people we know who have become very successful. I don't care what

Attachment G

**PX 4, 232**

age you are, if you are looking for true freedom in your life then you need to start building new income streams and we can help you do that.

If you don't build your dream, someone will hire you to build theirs. This service is currently being sold by the well known online business coach for thousands of dollars, we've partnered with him and intend to give it away FREE to ALL Millionaire Roadmap clients as of the end of September enrolled by the end of September. So not only can we help you change your wealth through trading, we're going to show you how to do it through an online business too. It'll be available to existing clients in the coming weeks, I'll keep you posted. Effective October 1, 2017 it will NOT be free.

The diary of a real $$$ trader!

Jason Bond

## Comments (0)

Enter your comment..

Post

Attachment G

PX 4, 233

 **RagingBull** (../) ⌄

Navigation

# Jason Bond Daily Watch List

## Tuesday September 26, 2017

**Jason Bond** on **September 26, 2017** at **07:25 AM**

Good morning,

So Monday the market opened and my oversold bouncer, which was going great, got hit with a short and distort article on Seeking Alpha. Markets are thin at the open and I instantly went from +$5,000 to red in the opening minute. By the time I found the reason (article) shares had whipsawed to high of day and I didn't hesitate to pay myself into that bounce taking $4,000 profit above $8. Having started in on this trade at $6.99 and it hitting the middle $8's twice last week it was definitely a success but I won't like, I would have loved to see that big stock to the middle $9's instead of a failed bounce. All part of the game, take what the market will give you. I'll give this a few days to settle and come back to it now that shorts are chasing it down into oversold.

GEVO was lame too. After scoring +50% or +$4,000 last week on a small 12,000 share position at $.62, selling in the $.90's, I rebought the middle $.70's retracement but sellers continued to control this one so I moved on. With GEVO I always get scared of offerings into any big spikes and since the price action didn't look good to me Monday, I took the small -$1,300 loss netting +$2,700 overall on the trade and will revisit when it sets up again.

FNMA started to move up and I suspect we'll hit $3's soon which is where I'm going to take profit on the swing. My long-term position goal is $10+ though, however, if we were to hit $4-$5 quickly on any tax reform hype I'll lock up too.

Attachment G

**PX 4, 234**

6/26/2019                                                Jason Bond Daily Watch List

LQMT is a continuation pattern pending a fresh 52 week breakout above $.44. I suspect we'll see a run to the $.50's soon with the open house coming up in October and should we find out that Corning used Liquidmetal to make the new iPhone X glass, I believe that announcement will be the jackpot moment.

ITUS was one of Wall Street's biggest movers Monday hitting $4.30. Remember what I said on Friday's watch list? I guess "$3" was an understatement! Wow what a monster, shorts got crushed on this one.

> ITUS has pressured short sellers all week and I can't imagine that'll stop given today is Friday. It's in play above $1.90 for a move to the middle $2's and could hit $3 as shorts capitulate.

TNTR is a recent IPO that went horrible in the first few months and is the perfect oversold pattern from the video lessons confirming candle over candle Monday. This means the stop loss would be below Friday's low with upside to $4 if this pops.

MVIS is a continuation chart pattern from the video lessons I like around $2.50 so I'll start watching for a base to develop there. There should be good support from price action with upside range to the low $3's before the rising supply line.

CAPR is a fibonacci retracement play from the video lessons I like above $2 for a test of $2.50's and breakout to $3. The stock has held the recent move well and is starting to pressure shorts with a move higher. Very similar setup to ITUS from last week which exploded Monday as I've noted above.

And here's why I think it's so important you join Kyle's Nucleus this week.

I'm often asked, "If you're so good at trading, why bother to sell a subscription service?"

The obvious implication here is I'm not any good at trading and need to make money from subscriptions.

Attachment G

PX 4, 235

6/26/2019                                    Jason Bond Daily Watch List

My answer is usually something like:

1. I have a masters degree in education, used it to teach 10 years in a NYS elementary school, coached multiple varsity sports and had -$250,000 net worth to show for it. My motivation to get out of debt led me to trading stocks. I got good at it and people asked for me to teach them. How good? Well just recently I've made …

2. +$145,188 in 2015, +$330,000 in 2016 and +$135,000 2017 YTD. Compare those massive part-time trading profits to my starting teaching salary of $33,850 and it becomes quite clear why other teachers would ask me to teach them trading too. In fact, just in the last 2 years I've made more money trading part-time than in 10 years of teaching combined.

3. Bottom line is I have a love for teaching, evidenced by my masters degree and 10 years in the field, a love for trading stocks and happen to be very good at both. I combined them to create a business with 8,000+ paying clients. Now any wise investor will tell you the more income streams you can have, the better. This is what landed me at the Harvard School of Business recently telling my story (https://www.facebook.com/JasonBondPicks/videos/140009

The Huffington Post actually wrote about Kyle and I in this article … Mentoring a protege to carry on your business legacy (http://www.huffingtonpost.com/entry/57e15339e4b04fa361d9a timestamp=1474385381412)

This is why I'm so aggressive in suggesting you join Kyle Dennis for the $25,000 to $1,000,000 journey. If you're anything like Kyle Dennis and me, you're thirsty to create another income stream for yourself and hoping trading will be an avenue to accomplish that.

You know my story, but did you know Kyle isn't asking you to do something he hasn't done when he suggests you join his Nucleus? He was one of the first to enroll in my Millionaire Roadmap the day it opened paying me $3,999. That was 2015 and the year he started

Attachment G                          PX 4, 236

averaging OVER $1,000,000 in trading profits / year. Remember, he started with about $15,000 and again, has averaged well over $1,000,000 for the last 3 years.

So on Monday, when the $25,000 journey to $1,000,000 begins, I want you looking over his shoulder because I believe with all my heart tons of subscribers will benefit immensely from this. Ultimately the choice is yours but it's my job to inform you I believe after 6 full years of teaching people to trade stocks, this is truly a once in a lifetime opportunity. I don't use that as a fancy marketing line, it's a fact.

Kyle Dennis is a proven commodity. This guy has made millions, and keeps doing it and is willing to teach you how to do the same. If you can find anyone else out there better, I would wholeheartedly tell you to join their service but you just won't. You don't want to miss it. SUBSCRIBE NOW (https://www.biotechbreakouts.com/programs/the-nucleus/) and save $2,000 with Promo Code: million



(https://www.facebook.com/JasonBondPicks/videos/14277383000

The diary of a real $$$ trader!

Jason Bond

**PX 4, 237**

Jason Bond Daily Watch List

## Comments (0)

Enter your comment..

Post

Attachment G

**PX 4, 238**

# ATTACHMENT H

PX 4, 239



facebook Sign Up

Email or Phone Password Log In
Forgot account?

**Jason Bond Picks** is 😆 feeling proud.
August 4, 2017 ·

Celebrate your successes, learn from your mistakes, and always know that you can better yourself each and every day. Did I think I'd get a chance to speak at Harvard this past weekend?...No. But through my passion for trading and educating others, I made it a reality and you can to. Maybe the stock market isn't for you, and that's fine. Each person has their own path, and the one thing that gets you there is the belief in yourself.

1K 47 Comments 26 Shares

Share

Most Relevant

**Swapnil Ashokkumar Patel** Congrats Jason Bond Picks 👍
1y

**Eric Sloga Boat** Awesome Jay. You are for real. ❤️ 1
1y

**Jason Bond Picks** Appreciate it man!
1y

**Jay von Luxembourg** There is always another day to trade ... unless you are out of money 💰, patience is the key 🔑 to success 💵💵💵 I believe stock market is for Everyone who follow rules 🥂 ❤️ 1
1y

**Jason Bond Picks** Man, that is very well said! Right on
1y

**Douglas Sarceno** You are an inspiration. 👍 1
1y

**Related Pages**

- **Ragingbull.com** — Website
- **Kyle W Dennis** — Public Figure
- **Weekly Money Multiplier** — Education Website
- **Warrior Trading** — Financial Service
- **Active Day Trader** — Business & Economy Website
- **Timothy Sykes** — Public Figure
- **ZipTrader** — Education
- **RobinHood Free Stock Trading** — Personal Blog
- **Trade Like Chuck** — Product/Service
- **Wikibuy** — Internet Company
- **SMB Capital** — Financial Service
- **Dean Graziosi** — Public Figure

**Pages Liked by This Page**

- **James Altucher**

**See more of Jason Bond Picks on Facebook**

Log In or Create New Account

Attachment H

PX 4, 240

6/30/2019                                      Celebrate your successes, learn from... - Jason Bond Picks | Facebook



Jason Bond Picks ✔ It's come a long way since initial entry. Long-term outlook is solid.

Joey Aten Don't get me wrong , I own some and want it to move !!! Just haven't seen anything out of it !
1y

John Greer This stock has steadily moved up since my entry. Slow and steady. Nobody builds a new facility for nothing or at least this CEO doesnt
1y

Jason Bond Picks ✔ I have a lot of faith in this company and their CEO. Normally I'm not in the market much for longer term trades but this ones a keeper for me right now
1y

Eric Rogers Yes!!!
1y

Nadine Shuley Speers Jason the success you have made and the wisdom you have shared has made many of us believers in ourselves. God Bless you.
1y

Jason Bond Picks ✔ Really appreciate it!
1y

Lincoln Williams That's great my good friend nice
1y

Greg Greenlee Congratulations
1y

Chris Mason Congratulations Jason, wise words indeed. God bless you man!
1y

Jason Bond Picks ✔ Appreciate it Chris!
1y

Bradley Reustle Jason is a great teacher and Mentor. He has help me see the vision of the stock market. Keep it up! Harvard, that is awesome bro!
1y

Jason Bond Picks ✔ Thanks for the kind words man!
1y

David Clifford That's awesome good for you and this is great advice.
1y

Jason Bond Picks ✔ Thanks man!
1y

John Greer Congratulations

Jason Bond Picks
June 27 at 2:38 PM 🌐

📷 Today's $19K profit from some nice swing trades puts me over $320K in 2019 - all going to charity. This is why we do it!

👍❤️ 74          10 Comments  4 Shares

➤ Share

Jason Bond Picks
June 6 at 4:30 PM 🌐

Go Boston Bruins

👍❤️😆 76        10 Comments  3 Shares

➤ Share

English (US) · Español ·
Português (Brasil) · Français (France) ·
Deutsch

Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More ▾
Facebook © 2019

**See more of Jason Bond Picks on Facebook**

| Log In | or | Create New Account |

Attachment H                                                   PX 4, 241

6/30/2019                    Celebrate your successes, learn from... - Jason Bond Picks | Facebook



**Stephen Beck** Congratulations Jason, that's awesome, I bet your a great teacher...
1y

Jason Bond Picks ✔ Appreciate it man!
1y

**Graeme Cruise** Congratulations Jason, that's a massive endorsement of your success.
Graeme 🇬🇧
1y

Jason Bond Picks ✔ It was amazing! Thanks Graeme!
1y

**Jerry Wiley** Hey like
1y

**Pablo Goodie** Well Said thank you for your encouraging words of wisdom, and the loin hearted teaching. Blessing upon blessings be yours.
1y

Jason Bond Picks ✔ Always man! Same to you 🙂
1y

**Pablo Goodie** Amen brother.
1y

**IamAgaba Siko** Congratulations Jason Bond Picks, you deserve it
1y

Jason Bond Picks ✔ Thank you bud!!
1y

**Jansen Shuler** Congrats! That's awesome
1y

Jason Bond Picks ✔ Thanks man!
1y

**Jonathan Rothenberg** You ever get any losses? You only post about your wins. Let's hear about your losses. If you say you have no losses then we really know about you. Do you hedge?
1y

Jason Bond Picks ✔ Why don't you actually check my recent posts and see? I'm probably the only one out there who does post my losses, and included my biggest loss of the year too. Try and find someone else that does that. Also, members see every trade that I make, win or lose. I'm 100% transparent and you can even email me and I'll send you all my past trades.
1y

**See more of Jason Bond Picks on Facebook**

| Log In | or | Create New Account |
|--------|----|--------------------|

Attachment H                                    **PX 4, 242**

**See more of Jason Bond Picks on Facebook**

| Log In | or | Create New Account |

Attachment H

**PX 4, 243**

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Tweet

**Jason Bond** @JasonBondPicks

Speaking at Harvard. Never thought it would happen, but through my passion for trading and educating, I made it a reality. Always believe.

8:20 PM · Aug 4, 2017 · Twitter Web Client

**9** Retweets **81** Likes

**Ram Koza** @RamKoza · Aug 4, 2017
Replying to @JasonBondPicks
Good job JB. Are we going to see your Harvard speech in MRM?
1 2

**Jason Bond** @JasonBondPicks · Aug 5, 2017
Yes of course!
1

**Les Sanga** @eleutron2 · Sep 30, 2017
Replying to @JasonBondPicks
and to think someone labelled you a pump-and-dumper in a review.

**Jeffrey Rapson** @jwrapson · Aug 5, 2017
Replying to @JasonBondPicks
Many a fool has walked the halls.

**Steven** @scoump · Aug 4, 2017
Replying to @JasonBondPicks
Any chance your going to make the video available?
1 2

**Jason Bond** @JasonBondPicks · Aug 5, 2017
Yes, as soon as I have it!

Search Twitter

**Relevant people**

**Jason Bond** @JasonBondPicks
Stock Trader ★ Teache
Business Coach ★ Lea
$276K trading stocks i
jasonbondtraining.com

**Trends for you**

Trending in New York
**Henry VIII**
1,086 Tweets

Trending in USA
**#BKFC6**
10.1K Tweets

Trending in USA
**#DragonBallSuper**
4,035 Tweets

Trending in USA
**Rosenthal**
Trending with: Trevor Rosentha

Trending in New York
**Boone**

Attachment H

PX 4, 244

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

**Eric McCullough** @OriginalEricMc · Aug 4, 2017
Replying to @JasonBondPicks
Proud of you JB
1 1

**Jason Bond** @JasonBondPicks · Aug 5, 2017
Thanks Eric!

**Adam Brightman** @BrightmanAdam · Aug 4, 2017
Replying to @JasonBondPicks
You did the work to get there. I hope you took it all in.
1 1

**Jason Bond** @JasonBondPicks · Aug 4, 2017
Thanks man! It was an amazing experience. Definitely didn't waste a second of it!

**Cheri Duncan-Hubert** @SassyTexan60 · Sep 15, 2017
Replying to @JasonBondPicks
About as a big a deal as Madoff....
1

**Josh Dietz** @Risethepeople · Feb 1
Replying to @JasonBondPicks
Scumbag

Search Twitter
Show more

Terms Privacy policy Cookies
More © 2019 Twitter, Inc.



Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Tweet

**Jason Bond** @JasonBondPicks

If u don't believe in urself who will? From -$250k in debt to a multi-millionaire speaking @ Harvard biz school 6 years later. Dream big!

Jason Bond

6:30 AM · Aug 18, 2017 · Twitter Web Client

**6** Retweets **39** Likes

This Tweet is unavailable

**Ian L George** @ianlgeorge · Aug 18, 2017
Replying to @JasonBondPicks
Congratulations Jason. I would welcome an opportunity to meet you soon.
1

**Newman** @RealNewmann · Oct 30, 2017
tradingschools.org/reviews/jason-...

investigate this fraud @Harvard @HarvardHBS @FortWorth_SEC

Jason Bond Picks: Millionaire Roadmap? Or Pathway to Financial Disast...
Curious about Jason Bond Picks and his so-called Millionaire Roadmap? Before you shell out $10k to learn the secrets of penny stock day ...
tradingschools.org

Search Twitter

**Relevant people**

**Jason Bond** @JasonBondPicks
Stock Trader ★ Teache
Business Coach ★ Lea
$276K trading stocks i
jasonbondtraining.com

**Trends for you**

Trending in New York
**Henry VIII**
1,086 Tweets

Trending in USA
**#BKFC6**
10.1K Tweets

Trending in USA
**#DragonBallSuper**
4,035 Tweets

Trending in USA
**Rosenthal**
Trending with: Trevor Rosenth

Trending in New York
**Boone**
3,418 Tweets

Show more

Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Search Twitter

Attachment H

PX 4, 247

# ATTACHMENT I

PX 4, 248



M Gmail                                                                 Bruno Roy ▉▉▉▉▉▉▉▉▉▉

## Jason Bond's use of Harvard Trademark and Logo

**Harvard Trademark Program** <trademark_program@harvard.edu>          Wed, Jul 10, 2019 at 8:49 AM
To: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Dear Bruno,


We have now had a chance to review this matter and can confirm that (i) Jason Bond has never been affiliated with Harvard University, (ii) he has never been invited to speak at Harvard University, and (iii) the shield logo used in connection with his "speech" is not a Harvard University trademark.   The event that Mr. Bond refers to appears to have been held at the Harvard Faculty Club, which merely involved the rental of space at that location for use by a company/individual unaffiliated with Harvard.


Regards,

Gary


**Gary Cahill | Trademark Program Administrator, Harvard Trademark Program**

Office of the Provost | Harvard University | Office: 617.496.8755

http://www.trademark.harvard.edu/


Notice:  This email, and any attachments it may contain, is intended for the individual or entity named above and may constitute a privileged and confidential communication.  If you are not the intended recipient, please do not read, forward, copy, use, or disclose this message.  In addition, please notify the sender by replying to this email, and then delete the message from your system.  Thank you.


**From:** Harvard Trademark Program
**Sent:** Monday, July 01, 2019 11:32 AM
**To:** ▉▉▉▉▉▉▉▉▉▉▉
**Subject:** FW: FW: Jason Bond's use of Harvard Trademark and Logo


Dear Bruno,


Thank you for your additional email which we will be sure to review.  If we have any questions, we will follow up with you.


Regards,
Gary


**Gary Cahill | Trademark Program Administrator, Harvard Trademark Program**

Office of the Provost | Harvard University | Office: 617.496.8755

Attachment I                              **PX 4, 249**

http://www.trademark.harvard.edu/

Notice:  This email, and any attachments it may contain, is intended for the individual or entity named above and may constitute a privileged and confidential communication.  If you are not the intended recipient, please do not read, forward, copy, use, or disclose this message.  In addition, please notify the sender by replying to this email, and then delete the message from your system.  Thank you.

**From:** Bruno Roy ███████████████████
**Sent:** Monday, July 01, 2019 7:02 AM
**To:** Harvard Trademark Program <trademark_program@harvard.edu>
**Subject:** Re: FW: Jason Bond's use of Harvard Trademark and Logo

Hi Gary,

I hope you and your office had a great weekend.

I'm following up because upon doing a further review of Jason Bond, I have found 2 additional outlets that he is using to falsely promote affiliation with Harvard.

The first is on https://ragingbull.com/ where members pay $2,999 annually hoping to get an edge on the stock market by paying Jason Bond for video lessons, daily watch lists, and real-time trade alerts through text and e-mail. On 6 of the daily watch lists from July 2017 through January 2018, I identified instances where Jason promoted his "invitation" to speak at Harvard Business School to his paying members. In the attached PDF's I've highlighted the references to Harvard to make your review easier. The daily watch list part of this annual subscription is promoted under step 2 of the Jason Bond Picks 3 Step Process at https://www.jasonbondpicks.com/. Please note that because this is a website for paid members only I cannot provide direct URLs.

The second is 2 posts and 1 video on his Facebook page https://www.facebook.com/JasonBondPicks/. They 2 posts are very similar to the Twitter posts that I already shared and the video was of his 5:56 minute speech to what he falsely claims was Harvard Business School. The video on Facebook was deleted but re-uploaded by someone who critiques online trading schools. I also have a copy saved offline.

1. https://www.facebook.com/JasonBondPicks/posts/1383335181748333?comment_
tracking=%7B%22tn%22%3A%22O%22%7D

2. https://www.facebook.com/JasonBondPicks/posts/1388497144565470?comment_
tracking=%7B%22tn%22%3A%22O%22%7D

3. https://www.facebook.com/JasonBondPicks/videos/1400093820072469/ (re-uploaded at https://tradingschools.pro/
reviews/jason-bond-picks-millionaire-roadmap-or-pathway-to-financial-disaster/)

Like I mentioned in the first e-mail I sent, my disabled mother lost $6K subscribing to Jason Bond's fraud. I am trying to help her dispute the most recent automatic subscription renewal on her credit card which she did not authorize. She has schizophrenia, has never earned more than $30K per year in her lifetime, and is caring for my 2 grandparents so an amount like this is a lot to her. If your office can confirm that Jason Bond's claim of affiliation with Harvard is a lie this would help my mother's credit card dispute tremendously.

If you have any questions do feel free to let me know. Thanks again so much.

Attachment I                              **PX 4, 250**

Sincerely,
Bruno Roy

████████ ████████████████

On Mon, Jun 24, 2019 at 9:24 AM Bruno Roy ██████████████████ wrote:

Not a problem Gary, do let me know if I can give you and your office any additional information here.

Have a great day.

Sincerely,

Bruno Roy

████████████

██████████████████

On Mon, Jun 24, 2019 at 9:22 AM Harvard Trademark Program <trademark_program@harvard.edu> wrote:

Dear Bruno,

Thank you for bringing this matter to our office's attention which we will review.

Regards,
Gary

**Gary Cahill | Trademark Program Administrator, Harvard Trademark Program**

Office of the Provost | Harvard University | Office: 617.496.8755

http://www.trademark.harvard.edu/

**From:** Bruno Roy ██████████████████
**Sent:** Monday, June 24, 2019 7:01 AM
**To:** Calixto, Rick <rick_calixto@harvard.edu>
**Subject:** Jason Bond's use of Harvard Trademark and Logo

Hello Rick,

I hope you had a great weekend.

Attachment I                    **PX 4, 251**

By way of introduction, my name is Bruno Roy and I wanted to reach out about a fraudulent get-rich-quick-scheme run by Jason Bond (real name Jason Kowalik per the attached background check). Jason advertises that he was personally invited to speak at Harvard Business School at the "Business Expert Forum". He uses this claim and others to inflate his credibility and maintain a false persona that he is a stock market expert in order to get unsuspecting people to spend thousands of dollars subscribing to his service at RagingBull.com and JasonBondPicks.com. The full 5:56 minute video where he speaks at the "Entrepreneurship Students Club of Harvard Business School Business Expert Forum at Harvard Faculty Club" can be seen in the article here: https://tradingschools.pro/reviews/jason-bond-picks-millionaire-roadmap-or-pathway-to-financial-disaster/. Jason's Tweets about his "speech" at Harvard can be seen here: https://twitter.com/search?lang=en&q=harvard%20(from%3Ajasonbondpicks)&src=typed_query. I also attached the Tweets in a PDF for convenience.

In the Trading Schools article above the author mentions that he talked to your office and that the Harvard logo in Jason's speech was fake. Can you confirm that Jason Bond has never been affiliated with Harvard, has never been invited to speak at Harvard, and that the Harvard trademark used in his speech was a fake?

My disabled mother lost $6K subscribing to this fraud and a lot more on top of that in trading stocks that were recommended to subscribers. I am going to contact the appropriate authorities about Jason Bond and talking to you or someone who helps you in overseeing Harvard's trademarks would be helpful in putting together what I am going to send to them.

I'd be more than happy to do a phone call with you to discuss this if that would be better for you, just let me know.

Sincerely,

Bruno Roy





*The sender has requested a read receipt. If you do not wish to provide one, click here.*

**6 attachments**



**Jason Bond Daily Watch List, 9-26-2017.pdf**
251K

**Jason Bond Daily Watch List, 8-18-2017.pdf**
526K

**Jason Bond Daily Watch List, 8-22-2017.pdf**
482K

**Jason Bond Daily Watch List, 1-4-2018.pdf**
246K

**Jason Bond Daily Watch List, 7-28-2017.pdf**
65K

**Jason Bond Daily Watch List, 7-31-2017.pdf**
212K

Attachment I                                                   **PX 4, 252**

# ATTACHMENT J

PX 4, 253

https://concord.app.bbb.org/complaint/view/16068569/c/m3xy2v/?res=n



**Better Business Bureau**®

---

## BBB CASE#: 16068569

*** If you have information you would like to provide regarding this complaint, need to upload a document, or need to change your previous response, click **here**. ***

Note: If there are any attached documents, they can be found in the "Activity" section as clickable links, or at the bottom of this page under, "All attachments for this complaint".

| | |
|---|---|
| Complaint filed by: | Marie Roy   **(More)** |
| Complaint filed against: | Raging Bull LLC   **(More)** |

### Activity

| Date | Activity | Description |
|---|---|---|
| 01/14/2020 | Received Consumer Rebuttal | (The consumer indicated he/she DID NOT accept the response from the business.)<br>Hello Michael,<br><br>I would be pleased to accept your refund offer and will consider this resolved once that is done. What e-mail and/or phone number can I reach you at? You can reach me at ▓▓▓▓▓▓▓▓▓▓ as well.<br><br>I look forward to closing this matter with your assistance here. |
| 01/14/2020 | Forward Business response to Consumer | |
| 01/13/2020 | Receive Business Response | Marie,<br><br>I would love to settle your complaint at your nearest convenience. Let me know when we might be able to get on a call to discuss what we can do for you. Typically we don't offer refunds as our services are advertised as non refundable. But I do understand that you did not wish to renew the service, so in good faith I'm willing to make an exception. I'd be happy to honor a refund for the inconvenience of the Auto renewal. I'm not sure if this might interest you, but I'd also be willing to offer you a full year of our ELITE program which is our all inclusive subscription so you can try your entire catalogue of services and find what is best for you. Let me know when would be a good time for us to get on a call and I'll make sure to reach out. Look forward to resolving your issue with you. |

Attachment J

**PX 4, 254**

1/14/2020

Pleasure,

Michael

| 01/10/2020 | No Response from Business re: Consumer Rebuttal |
| 12/30/2019 | Forward Consumer Rebuttal to Business |
| 12/30/2019 | ReOpen the Complaint |

***Document Attached***
This complaint to Raging Bull LLC has still not been resolved and they must offer me a refund. I did turn off auto-renewal in early 2018 per my phone calls with their customer service. After they went ahead and charged my credit card without authorization I disputed this charge as fraudulent and filed a police report. As previously stated, they did not disagree with me when I said "I understand the MRM is only 1 year" in the month leading up to their unauthorized auto-renewal despite them having ample opportunity to notify me in advance. Their website also didn't give me the ability to remove my credit card information per the screenshots I provided. As further proof that Raging Bull LLC knew I had cancelled my auto-renewal to Millionaire Roadmap, I've attached an e-mail from December 4th, 2018 of them trying to get me to upgrade to Millionaire Roadmap. Why would I get an e-mail like this unless they knew I had already cancelled?

Earlier in 2019, Raging Bull LLC has also completely closed the Petra's Picks service that I had "lifetime access" to per their customer service. Raging Bull LLC must offer me a refund here because I was charged for the entire year upfront and they closed this service well before the year ended. The closure of the Petra's Picks service can be found here: https://www.petrapicks.com/. An archived version of what the website looked like earlier in the year can be found here: https://web.archive.org/web/20190130191926/https://www.petrapicks.com/

The "third party" Raging Bull LLC is referring to is the credit card dispute I filed. I appealed this dispute ruling to the credit card company's Regulator and their investigation found that numerous laws were broken in how the credit card company handled my dispute. This was not a consensual purchase as I had already cancelled it in early 2018.

Lastly, since Michael didn't address any of numerous quality concerns I noticed with Raging Bull LLC, I'll repeat them below:
Despite Jason Bond Picks and Raging Bull LLC having sent me over 1,500 e-mails, not once did they send me any heads up about an upcoming renewal charge to my credit card.
When I tried, it wasn't possible to remove my credit card information from the Raging Bull LLC website when I logged in. Despite this, they keep all the billing information that they have on you readily available to themselves. It seems like they do not want members to know what credit cards they can charge on at any given time. I have screenshots that prove this.
Jason Bond's real name appears to be Jason Kowalik per a background check that I ran. Is he using the last name "Bond" for marketing purposes?

| 12/24/2019 | **Received Consumer Rebuttal** |

Jason Bond falsely claimed that he was invited to speak at Harvard Business School and promoted this lie on social media such as Facebook and Twitter as well as to his paying subscribers on Jason Bond Picks. In at least 6 of the Jason Bond Daily Watch List posts that are part of the paid subscription to https://www.jasonbondpicks.com/, Jason Bond lied to his paying subscribers by claiming that Harvard Business School invited him to speak on campus. Jason Bond has never received an official invitation to speak at Harvard and falsely claims this to lure in potential subscribers as well as retaining the current subscribers. This lie and the deleted Facebook video of the "speech" that Jason Bond gave at what he claimed to be Harvard Business School can be viewed here:
https://www.tradingschools.org/reviews/jason-bond-millionaire-roadmap/. I contacted the Harvard Trademark Program Administrator and confirmed the following: (i) Jason Bond has never been affiliated with Harvard University, (ii) he has never been invited to speak at Harvard University, and (iii) the shield logo used in connection with his "speech" is not a Harvard University trademark. Jason Bond has

Attachment J

**PX 4, 255**

since deleted references to Harvard from his social media pages but I have all of the screenshots and videos to prove this.

Despite Jason Bond's service being investment advice, neither him nor the other "millionaire traders and experts" on Raging Bull LLC's website (URL: https://ragingbull.com/our-experts/) are registered with FINRA's BrokerCheck (URL: https://brokercheck.finra.org/) or the SEC's Investment Adviser Public Disclosure database (URL: https://www.adviserinfo.sec.gov/). Both of these outlets allow consumers to research investment advisors and their firms.

Petra Hess, who runs Petra's Picks which is another service bundled into the subscription to Jason Bond Picks, has a criminal history in Canada according to numerous media reports. She was arrested in 2012 and charged with four counts of Fraud Over $5,000 and one count of Possession of Proceeds of Crime per an article by the The Hamilton Spectator (URL: https://www.thespec.com/news-story/2263632-burlington-woman-charged-in-700-000-fraud-case/). A detailed news report about the arrest along with a mugshot can be seen courtesy of the CHCH TV station here: https://www.chch.com/burlington-woman-charged-in-700k-fraud/. CHCH TV Reporter Scot Urquhart described Petra's behavior as a "cold, criminal act".

Despite Raging Bull's website (URL: https://ragingbull.com/webinar-registration/petra/) claiming that Petra Hess is "a millionaire trader" and despite the Petra's Picks website (URL: https://www.petrapicks.com/) claiming that she was a self-made millionaire by the age of 25, I was able to obtain court documents filed with the Ontario Superior Court of Justice indicate that she only had several hundred thousand dollars to her name (all in Canadian Dollars). It should be noted that this court document filing took place after she was arrested on four counts of Fraud Over $5,000 and one count of Possession of Proceeds of Crime. News reports indicate that the company she allegedly stole from was short $700,000 so it is possible that the majority of the money she has in her account was stolen by her.

| | | |
|---|---|---|
| 10/28/2019 | Case closed - Assumed RESOLVED | |
| 10/28/2019 | Inform Bus no Response from Cons - Closed Answered | |
| 10/28/2019 | No Consumer Response- Assumed Resolved with Letter | |
| 10/15/2019 | Forward Business response to Consumer | |

Hello Marie,

Michael with RagingBull.com . I went ahead and reviewed your Account to see what I might be able to assist you with. After reviewing your Account I see that you didn't request to turn off your subscription until after the renewal had already been processed. We advertise all of our Products as Auto-renewing and you had a year to decide whether you wanted to do so or not. I was able to also find that you disputed this charge as fraudulent. That again is not the case and a Third party ruled in our favor, that this was in fact a consensual purchase and the renewal fee was in fact advertised when purchased. If there is anything else we might be able to assist with please let me know, but at the moment we would not be able to pursue a refund of your Account. Thanks.

10/14/2019   Receive Business Response

© 2020, International Association of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US, Canada and Mexico and BBB Institute for Marketplace Trust, Inc. All rights reserved.

Attachment J

**PX 4, 256**

# ATTACHMENT K

PX 4, 257

| Year | Broker | Gains/Losses | Minimum Losses Attributable to Raging Bull LLC | Stock & Options Trades attributable to Raging Bull LLC |
|------|--------|--------------|-----------------------------------------------|--------------------------------------------------------|
| 2017 | Apex Clearing | -$4,677.17 | -$1,589.34 | **Stocks**<br>-AcelRx Pharmaceuticals Inc $ACRX, bought on various dates then sold on 10/17/2017 for a total loss of $95.17. This stock/trade idea was mentioned in 8 Raging Bull e-mail communications between 9/13/2017 and 4/3/2018.<br>-Agile Therapeutics Inc $AGRX, bought on various dates then sold on 12/29/2017 for a total loss of $557.80. This stock/trade idea was mentioned in 16 Raging Bull e-mail communications between 11/21/2017 and 8/2/2019.<br>-Calithera Biosciences Inc $CALA, bought on various dates then sold on various dates for a total loss of $55.88. This stock/trade idea was mentioned in 7 Raging Bull e-mail communications between 4/3/2017 and 5/21/2019.<br>-Helios and Matheson Analytics Inc $HMNY, bought on various dates then sold on various dates for a total loss of $139.36. This stock/trade idea was mentioned in 71 Raging Bull e-mail communications between 11/6/2017 and 6/20/2018.<br>-Inovio Pharmaceuticals Inc $INO, bought on various dates then sold on various dates for a total loss of $56.25. This stock/trade idea was mentioned in 11 Raging Bull e-mail communications between 7/17/2017 and 3/8/2018.<br>-ShiftPixy Inc $PIXY, bought on various dates then sold on various dates for a total loss of $202.09. This stock/trade idea was mentioned in 13 Raging Bull e-mail communications between 8/8/2017 and 1/11/2019.<br>-Xunlei Ltd $XNET, bought on various dates then sold on various dates for a total loss of $482.79. This stock/trade idea was mentioned in 16 Raging Bull e-mail communications between 11/15/2017 and 2/20/2019. |
| 2017 | TD Ameritrade | -$105,703.02 | -$50,905.68 | **Stocks**<br>-$ADOM, bought on 9/22/2017 then sold on 9/26/2017 for a total loss of $562.58. This stock/trade idea was mentioned in 23 Raging Bull e-mail communications between 8/8/2017 and 7/1/2018.<br>-$FOLD, bought on 9/21/2017 then sold on 9/21/2017 for a total loss of $49.48. This stock/trade idea was mentioned in 9 Raging Bull e-mail communications between 12/27/2016 and 8/2/2019.<br>-$AUPH, bought on various dates then sold on various dates for a total loss of $114.69. This stock/trade idea was mentioned in 3 Raging Bull e-mail communications between 2/14/2017 and 3/7/2018.<br>-$CSX, bought on 4/20/2018 then sold on 4/21/2017 for a total loss of $146.79. This stock/trade idea was mentioned in 7 Raging Bull e-mail communications between 4/3/2017 and 5/21/2019.<br>-$CLVS, bought on various dates then sold on various dates for a total loss of $4,936.46. This stock/trade idea was mentioned in 19 Raging Bull e-mail communications between 4/3/2017 and 1/27/2019.<br>$CBAY, bought on various dates then sold on various dates for a total loss of $122.62. This stock/trade idea was mentioned in 11 Raging Bull e-mail communications between 8/23/2017 and 7/9/2018. |

**PX 4, 258**

| Year | Broker | Gains/Losses | Minimum Losses Attributable to Raging Bull LLC | Stock & Options Trades attributable to Raging Bull LLC |
|------|--------|--------------|-----------------------------------------------|--------------------------------------------------------|
| | | | | -$TZA, bought on 7/6/2017 then sold on 7/6/2017 for a total loss of $142.44. This stock/trade idea was mentioned in 3 Raging Bull e-mail F15communications between 3/31/2017 and 2/6/2018.<br>-$ECYT, bought on 12/4/2017 then sold on 12/4/2017 for a total loss of $278.17. This stock/trade idea was mentioned in 6 Raging Bull e-mail communications between 7/7/2017 and 7/5/2018.<br>-$FRED, bought on 9/8/2017 then sold on 9/13/2017 for a total loss of $39.26. This stock/trade idea was mentioned in 38 Raging Bull e-mail communications between 1/24/2017 and 4/15/2019.<br>-$GBT, bought on various dates then sold on various dates for a total loss of $2,472.54. This stock/trade idea was mentioned in 5 Raging Bull e-mail communications between 10/26/2016 and 6/13/2019.<br>-$GPRO, bought on various dates then sold on various dates for a total loss of $109.93. This stock/trade idea was mentioned in 6 Raging Bull e-mail communications between 9/8/2017 and 9/6/2018.<br>-$HMNY, bought on various dates then sold on various dates for a total loss of $3,501.89. This stock/trade idea was mentioned in 71 Raging Bull e-mail communications between 11/6/2017 and 6/20/2018.<br>-$HRTX, bought on 11/9/2017 then sold on 11/10/2017 for a total loss of $49.94. This stock/trade idea was mentioned in 16 Raging Bull e-mail communications between 9/25/2017 and 10/30/2017.<br>-$IOVA, bought on various dates then sold on various dates for a total loss of $1,153.14. This stock/trade idea was mentioned in 8 Raging Bull e-mail communications between 10/16/2017 and 11/6/2017.<br>-$KITE, bought on various dates then sold on various dates for a total loss of $6,009.83. This stock/trade idea was mentioned in 2 Raging Bull e-mail communications on 2/10/2017 and 3/4/2017.<br>-$LFIN, bought on various dates then sold on 12/18/2017 for a total loss of $17,282.27. This stock/trade idea was mentioned in 14 Raging Bull e-mail communications between 12/20/2017 and 4/6/2018.<br>-$MGTI, bought on various dates then sold on various dates for a total loss of $97.58. This stock/trade idea was mentioned in 3 Raging Bull e-mail communications between 8/31/2017 and 4/15/2019.<br>-$MARA, bought on various dates then sold on various dates for a total loss of $4,304.47. This stock/trade idea was mentioned in 24 Raging Bull e-mail communications between 9/1/2017 and 4/15/2019.<br>-$MYO, bought on various dates then sold on various dates for a total loss of $634.94. This stock/trade idea was mentioned in 20 Raging Bull e-mail communications between 7/11/2017 and 7/18/2018. |

2

**PX 4, 259**

| Year | Broker | Gains/Losses | Minimum Losses Attributable to Raging Bull LLC | Stock & Options Trades attributable to Raging Bull LLC |
|---|---|---|---|---|
| | | | | -$NAKD, bought on 2/3/2017 then sold on 2/3/2017 for a total loss of $324.19. This stock/trade idea was mentioned in 7 Raging Bull e-mail communications between 2/7/2017 and 6/20/2018. <br> -$NLNK, bought on various dates then sold on various dates for a total loss of $775.22. This stock/trade idea was mentioned in 24 Raging Bull e-mail communications between 9/8/2017 and 4/1/2019. <br> -$COOL, bought on various dates then sold on various dates for a total loss of $2,500.70. This stock/trade idea was mentioned in 4 Raging Bull e-mail communications between 9/1/2017 and 4/3/2018. <br> -$PULM, bought on various dates then sold on various dates for a total loss of $564.10. This stock/trade idea was mentioned in 21 Raging Bull e-mail communications between 1/26/2017 and 4/2/2019. <br> -$SNES, bought on various dates then sold on various dates for a total loss of $2,518.16. This stock/trade idea was mentioned in 10 Raging Bull e-mail communications between 1/1/2018 and 6/11/2018. <br> -$SRAX, bought on 11/28/2017 then sold on 11/28/2017 for a total loss of $189.95. This stock/trade idea was mentioned in 5 Raging Bull e-mail communications between 10/10/2017 and 2/15/2018. <br> -$VERI, bought on various dates then sold on various dates for a total loss of $542.81. This stock/trade idea was mentioned in 95 Raging Bull e-mail communications between 11/15/2017 and 4/3/2019. <br> -$VRAY, bought on 7/11/2017 then sold on 7/11/2017 for a total loss of $1,129.96. This stock/trade idea was mentioned in 4 Raging Bull e-mail communications between 2/28/2017 and 7/11/2019. <br> -$WKHS, bought on various dates then sold on 6/21/2017 for a total loss of $255.65. This stock/trade idea was mentioned in 4 Raging Bull e-mail communications between 7/13/2017 and 9/4/2018. <br> -$GLBS, bought on 4/10/2017 then sold on 4/10/2017 for a total loss of $95.92. This stock/trade idea was mentioned in 4 Raging Bull e-mail communications between 1/27/2017 and 3/28/2019. |
| 2018 | Apex Clearing | -$1,920.57 | -$8,928.91 | **Stocks** <br> -Cronos Group Inc $CRON, bought on various dates then sold on various dates for a total loss of $61.28. This stock/trade idea was mentioned in 41 Raging Bull e-mail communications between 3/19/2018 and 8/2/2019. <br> -Gevo Inc $GEVO, bought on various dates then sold on 6/21/2018 for a total loss of $53.20. This stock/trade idea was mentioned in 32 Raging Bull e-mail communications between 8/3/2016 and 6/20/2018. <br> -Helios and Matheson Analytics Inc $HMNY, bought on various dates then sold on 1/10/2018 for a total loss of $118.89. This stock/trade idea was mentioned in 71 Raging Bull e-mail communications between 11/6/2017 and 6/20/2018. <br> -Inpixon $INPX, bought on 2/12/2018 then sold on 2/13/2018 for a total loss of $73.52. This |

Attachment K

**PX 4, 260**

| Year | Broker | Gains/Losses | Minimum Losses Attributable to Raging Bull LLC | Stock & Options Trades attributable to Raging Bull LLC |
|------|--------|--------------|-----------------------------------------------|--------------------------------------------------------|
| | | | | stock/trade idea was mentioned in 23 Raging Bull e-mail communications between 1/9/2018 and 7/18/2018. <br> -Longfin Corp $LFIN, bought on various dates then sold on 4/3/2018 for a total loss of $92.26. This stock/trade idea was mentioned in 14 Raging Bull e-mail communications between 12/20/2017 and 4/6/2018. <br> -Warrior Met Coal Inc $HCC, bought on various dates then sold on 4/25/2018 for a total loss of $34.54. This stock/trade idea was mentioned in 2 Raging Bull e-mail communications on 3/18/2018 and 7/16/2018. <br> -Zion Oil & Gas, Inc. $ZN, bought on various dates then sold on various dates for a total loss of $51.07. This stock/trade idea was mentioned in 24 Raging Bull e-mail communications between 7/19/2017 and 3/28/2019. <br> -Smart Global Holdings Inc $SGH, bought on various dates then sold on various dates for a total loss of $59.37. This stock/trade idea was mentioned in 8 Raging Bull e-mail communications between 3/15/2018 and 1/27/2019. <br><br> **Options** <br> '-$PEP Put, bought on 7/9/2018 then sold or expired on 7/10/2018 for a total loss of $88.02. This stock/option/trade idea was mentioned in 6 Raging Bull e-mail communications between 8/14/2017 and 1/18/2019. <br> -$FSLR Put and Call, bought on various dates then sold or expired on various dates for a total loss of $118.02. This stock/option/trade idea was mentioned in 20 Raging Bull e-mail communications between 11/26/2017 and 4/10/2019. <br> -$FB Call, bought on various dates then sold or expired on various dates for a total loss of $790.04. This stock/option/trade idea was mentioned in 49 Raging Bull e-mail communications between 7/17/2017 and 6/3/2019. <br> -$GLMD Call, bought on various dates then sold or expired on various dates for a total loss of $225.04. This stock/option/trade idea was mentioned in 7 Raging Bull e-mail communications between 6/12/2018 and 6/15/2018. <br> -$MAR Call and Put, bought on 8/6/2018 then sold or expired on various dates for a total loss of $205.02. This stock/option/trade idea was mentioned in 53 Raging Bull e-mail communications between 10/14/2017 and 3/29/2019. <br> -$ROKU Put, bought on 8/8/2018 then sold or expired on 8/10/2018 for a total loss of $156. This stock/option/trade idea was mentioned in 82 Raging Bull e-mail communications between 10/14/2017 and 6/16/2019. <br> -$SNAP Call and Put, bought on 8/6/2018 then sold or expired on 8/10/2018 for a total loss of $150.02. This stock/option/trade idea was mentioned in 25 Raging Bull e-mail communications between 9/24/2017 and 6/13/2019. <br> -$WWE Call, bought on 10/5/2018 then sold or expired on 10/8/2018 for a total loss of $55.02. This stock/option/trade idea was mentioned in 57 Raging Bull e-mail communications between |

**PX 4, 261**

| Year | Broker | Gains/Losses | Minimum Losses Attributable to Raging Bull LLC | Stock & Options Trades attributable to Raging Bull LLC |
|------|--------|--------------|------------------------------------------------|--------------------------------------------------------|
|      |        |              |                                                | 3/26/2018 and 6/5/2019.<br>-$BIDU Call, bought on 8/20/2018 then sold or expired on 8/22/2018 for a total loss of $126.02. This stock/option/trade idea was mentioned in 23 Raging Bull e-mail communications between 3/6/2018 and 6/20/2019.<br>-$FB Put, bought on various dates then sold or expired on 11/2/2018 for a total loss of $262. This stock/option/trade idea was mentioned in 49 Raging Bull e-mail communications between 7/17/2017 and 6/3/2019.<br>-$INTC Put, bought on 10/25/2018 then sold or expired on 11/2/2018 for a total loss of $49. This stock/option/trade idea was mentioned in 16 Raging Bull e-mail communications between 11/26/2017 and 6/7/2019.<br>-$AYI Put and Call, bought on various dates then sold or expired on various dates for a total loss of $1,185.04. This stock/option/trade idea was mentioned in 7 Raging Bull e-mail communications between 6/13/2018 and 6/28/2018.<br>-$NTNX Call, bought on 8/24/2018 then sold or expired on 8/27/2018 for a total loss of $245. This stock/option/trade idea was mentioned in 19 Raging Bull e-mail communications between 1/3/2018 and 4/22/2019.<br>-$QQQ Call, bought on 10/25/2018 then sold or expired on various dates for a total loss of $232. This stock/option/trade idea was mentioned in 60 Raging Bull e-mail communications between 2/28/2018 and 6/6/2019.<br>-$SQ Call, bought on various dates then sold or expired on various dates for a total loss of $273.06. This stock/option/trade idea was mentioned in 55 Raging Bull e-mail communications between 1/9/2018 and 5/1/2019.<br>-$CRM Call, bought on 9/11/2018 then sold or expired on 9/11/2018 for a total loss of $69.02. This stock/option/trade idea was mentioned in 28 Raging Bull e-mail communications between 3/26/2018 and 4/25/2019.<br>-$NVDA Call, bought on various dates then sold or expired on 7/9/2018 for a total loss of $50.04. This stock/option/trade idea was mentioned in 42 Raging Bull e-mail communications between 4/4/2017 and 3/29/2019.<br>-$KEM Put and Call, bought on various dates then sold or expired on various dates for a total loss of $279.98. This stock/option/trade idea was mentioned in 26 Raging Bull e-mail communications between 4/3/2017 and 2/20/2019.<br>-$HD Put and Call, bought on various dates then sold or expired on various dates for a total loss of $378.04. This stock/option/trade idea was mentioned in 12 Raging Bull e-mail communications between 4/18/2018 and 4/5/2019.<br>-$HUYA Put and Call, bought on 8/13/2018 then sold or expired on various dates for a total loss of $192.02. This stock/option/trade idea was mentioned in 7 Raging Bull e-mail communications between 7/12/2018 and 1/22/2019.<br>-$PVTL Call, bought on various dates then sold or expired on 8/7/2018 for a total loss of $115.04. This stock/option/trade idea was mentioned in 6 Raging Bull e-mail communications |

5

PX 4, 262

| Year | Broker | Gains/Losses | Minimum Losses Attributable to Raging Bull LLC | Stock & Options Trades attributable to Raging Bull LLC |
|------|--------|--------------|-----------------------------------------------|---------------------------------------------------------|
| | | | | between 6/28/2018 and 8/20/2018. |
| | | | | -$LLY Call, bought on 9/7/2018+G9:G16 then sold or expired on 9/11/2018 for a total loss of $73.02. This stock/option/trade idea was mentioned in 75 Raging Bull e-mail communications between 1/27/2018 and 5/16/2019. |
| | | | | -$OSTK Call, bought on various dates then sold or expired on 8/17/2018 for a total loss of $249. This stock/option/trade idea was mentioned in 12 Raging Bull e-mail communications between 1/21/2018 and 5/8/2019. |
| | | | | -$CRON Call, bought on 9/14/2018 then sold or expired on 9/14/2018 for a total loss of $150.02. This stock/option/trade idea was mentioned in 41 Raging Bull e-mail communications between 3/19/2018 and 8/2/2019. |
| | | | | -$AAPL Call, bought on various dates then sold or expired on various dates for a total loss of $258.04. This stock/option/trade idea was mentioned in 111 Raging Bull e-mail communications between 7/14/2017 and 6/15/2019. |
| | | | | -$WUBA Put, bought on 8/14/2018 then sold or expired on 8/17/2018 for a total loss of $134. This stock/option/trade idea was mentioned in 4 Raging Bull e-mail communications between 3/18/2018 and 6/3/2018. |
| | | | | -$RHT Call, bought on 8/29/2018 then sold or expired on 8/30 for a total loss of $65.02. This stock/option/trade idea was mentioned in 21 Raging Bull e-mail communications between 1/8/2018 and 10/29/2018. |
| | | | | -$SHOP Call, bought on various dates then sold or expired on various dates for a total loss of $438.02. This stock/option/trade idea was mentioned in 69 Raging Bull e-mail communications between 4/3/2017 and 6/5/2019. |
| | | | | -$WYNN Call, bought on 8/1/2018 then sold or expired on 8/3/2018 for a total loss of $297. This stock/option/trade idea was mentioned in 56 Raging Bull e-mail communications between 8/1/2018 and 6/12/2019. |
| | | | | -$MS Call, bought on 9/26/2018 then sold or expired on 9/27/2018 for a total loss of $45.02. This stock/option/trade idea was mentioned in 5 Raging Bull e-mail communications between 2/14/2017 and 2/20/2019 |
| | | | | -$TTD Put, bought on various dates then sold or expired on various dates for a total loss of $210.02. This stock/option/trade idea was mentioned in 45 Raging Bull e-mail communications between 7/12/2018 and 6/6/2019. |
| | | | | -$NFLX Put, bought on 9/5/2018 then sold or expired on 9/6/2018 for a total loss of $75.02. This stock/option/trade idea was mentioned in 67 Raging Bull e-mail communications between 7/17/2017 and 4/18/2019. |
| | | | | -$MTCH Call, bought on various dates then sold or expired on various dates for a total loss of $175.06. This stock/option/trade idea was mentioned in 25 Raging Bull e-mail communications between 3/4/2018 and 6/12/2019. |
| | | | | -$PYPL Call, bought on 8/21/2018 then sold or expired on 8/22/2018 for a total loss of $42.02. This stock/option/trade idea was mentioned in 28 Raging Bull e-mail communications between |

Attachment K

**PX 4, 263**

| Year | Broker | Gains/Losses | Minimum Losses Attributable to Raging Bull LLC | Stock & Options Trades attributable to Raging Bull LLC |
|------|--------|--------------|------------------------------------------------|--------------------------------------------------------|
| | | | | 2/15/2018 and 6/3/2019.<br>-$WHR Call, bought on 10/24/2018 then sold or expired on 10/24/2018 for a total loss of $60.02. This stock/option/trade idea was mentioned in 6 Raging Bull e-mail communications between 11/7/2018 and 4/10/2019.<br>-$VRNS Call and Put, bought on 10/29/2018 then sold or expired on various dates for a total loss of $205.02. This stock/option/trade idea was mentioned in 6 Raging Bull e-mail communications between 1/1/2018 and 6/20/2018.<br>-$WHR Put, bought on 10/24/2018 then sold or expired on 10/25/2018 for a total loss of $296.02. This stock/option/trade idea was mentioned in 6 Raging Bull e-mail communications between 11/7/2018 and 4/10/2019.<br>-$BABA Put, bought on various dates then sold or expired on various dates for a total loss of $183.02. This stock/option/trade idea was mentioned in 45 Raging Bull e-mail communications between 1/7/2018 and 6/12/2019.<br>-$IWM Call, bought on 10/16/2018 then sold or expired on 10/26/2018 for a total loss $186. This stock/option/trade idea was mentioned in 145 Raging Bull e-mail communications between 7/28/2016 and 7/2/2019. |
| 2018 | Robinhood | -$1,358.60 | -$2,743.42 | **Options**<br>-$FIVN Put, bought on 11/5/2018 then sold or expired on 11/16/2018 for a total loss of $115. This stock/option/trade idea was mentioned in 5 Raging Bull e-mail communications between 7/23/2018 and 1/18/2019.<br>-$RRGB Call and Put, bought on 11/6/2018 then sold or expired on 11/16/2018 for a total loss of $315. This stock/option/trade idea was mentioned in 2 Raging Bull e-mail communications on 8/20/2018 and 8/21/2018.<br>-$THC Call, bought on 11/2/2018 then sold or expired on 11/9/2018 for a total loss of $75. This stock/option/trade idea was mentioned in 2 Raging Bull e-mail communications on 3/26/2018 and 1/6/2019.<br>-$AAPL Call, bought on 12/17/2018 then sold or expired on 12/17/2018 for a total loss of $78.02. This stock/option/trade idea was mentioned in 111 Raging Bull e-mail communications between 7/14/2017 and 6/15/2019.<br>-$AMD Call, bought on 11/7/2018 then sold or expired on 11/9/2018 for a total loss of $58.02. This stock/option/trade idea was mentioned in 30 Raging Bull e-mail communications between 2/21/2017 and 5/15/2019.<br>-$ATVI Put, bought on 11/9/2018 then sold or expired on 11/9/2018 for a total loss of $88.02. This stock/option/trade idea was mentioned in 40 Raging Bull e-mail communications between 7/5/2017 and 4/2/2019.<br>-$BOX Call and Put, bought on 11/28/2018 then sold or expired on various dates for a total loss of $105.04. This stock/option/trade idea was mentioned in 36 Raging Bull e-mail communications between 7/16/2017 and 6/5/2019.<br>-$BZUN Call and Put, bought on various dates then sold or expired on various dates for a total |

7

**PX 4, 264**

| Year | Broker | Gains/Losses | Minimum Losses Attributable to Raging Bull LLC | Stock & Options Trades attributable to Raging Bull LLC |
|------|--------|--------------|------------------------------------------------|---------------------------------------------------------|
| | | | | loss of $248.06. This stock/option/trade idea was mentioned in 12 Raging Bull e-mail communications between 11/26/2017 and 2/24/2019.<br>-$FNJN Call, bought 11/30/2018 then sold or expired on 12/3/2018 for a total loss of $80.02. This stock/option/trade idea was mentioned in 7 Raging Bull e-mail communications between 7/13/2017 and 10/7/2018.<br>-$GM Call, bought on various dates then sold or expired on various dates for a total loss of $128.04. This stock/option/trade idea was mentioned in 4 Raging Bull e-mail communications between 2/11/2018 and 11/20/2018.<br>-$JNJ Put, bought on 12/14/2018 then sold or expired on 12/14/2018 for a total loss of $130.02. This stock/option/trade idea was mentioned in 21 Raging Bull e-mail communications between 11/22/2017 and 5/2/2019.<br>-$KLAC Put, bought on 10/29/2018 then sold or expired on 11/12/2018 for a total loss of $295.02. This stock/option/trade idea was mentioned in 2 Raging Bull e-mail communications on 1/3/2018 and 11/27/2018.<br>-$NKE Call and Put, bought on various dates then sold or expired on 12/21/2018 for a total loss of $61.02. This stock/option/trade idea was mentioned in 31 Raging Bull e-mail communications between 3/19/2018 and 6/4/2019.<br>-$NTNX Call and Put, bought on 11/27/2018 then sold or expired on various dates for a total loss of $95.02. This stock/option/trade idea was mentioned in 19 Raging Bull e-mail communications between 1/3/2018 and 4/22/2019.<br>-$ORCL Call and Put, bought on various dates then sold or expired on various dates for a total loss of $359.08. This stock/option/trade idea was mentioned 2 Raging Bull e-mail communications on 10/29/2018 and 3/11/2019.<br>-$SBUX Call, bought on 12/13/2018 then sold or expired on 12/21/2018 for a total loss of $78. This stock/option/trade idea was mentioned in 30 Raging Bull e-mail communications between 10/11/2018 and 5/15/2019.<br>-$SFIX Call and Put, bought on various dates then sold or expired on various dates for a total loss of $270.02. This stock/option/trade idea was mentioned in 19 Raging Bull e-mail communications between 1/7/2018 and 4/3/2019.<br>-$WB Call and Put, bought on 11/12/2018 then sold or expired on various dates for a total loss of $165.02. This stock/option/trade idea was mentioned in 15 Raging Bull e-mail communications between 2/25/2018 and 6/12/2019 |
| 2018 | TD Ameritrade | -$28,673.35 | -$16,237.53 | **Stocks**<br>'-$ADOM, bought on 6/20/2018 then sold on 6/20/2018 for a total loss of $417.79. This stock/trade idea was mentioned in 23 Raging Bull e-mail communications between 8/8/2017 and 7/1/2018.<br>-$AAOI, bought on 5/31/2018 then sold on 6/1/2018 for a total loss of $174.32. This stock/trade idea was mentioned in 16 Raging Bull e-mail communications between 4/18/2018 and 10/17/2018. |

Attachment K

**PX 4, 265**

| Year | Broker | Gains/Losses | Minimum Losses Attributable to Raging Bull LLC | Stock & Options Trades attributable to Raging Bull LLC |
|------|--------|--------------|------------------------------------------------|--------------------------------------------------------|
|      |        |              |                                                | -$CC, bought on 1/11/2018 then sold on 1/16/2018 for a total loss of $76.52. The stock/trade idea was mentioned in 7 Raging Bull e-mail communications between 1/10/2018 and 1/21/2018. -$CNET, bought on 1/4/2018 then sold on 1/11/2018 for a total loss of $3,269.40. The stock/trade idea was mentioned in 20 Raging Bull e-mail communications between 1/8/2018 and 2/25/2019. -$CALI, bought on 3/23/2018 then sold on 3/23/2018 for a total loss of $51.91. The stock/trade idea was mentioned in 9 Raging Bull e-mail communications between 3/7/2018 and 3/29/2018. -$NETE, bought on various dates then sold on various dates for a total loss of $461.22. This stock/trade idea was mentioned in 28 Raging Bull e-mail communications between 2/6/2018 and 3/30/2019. -$VERI, bought 1/22/2018 then sold on 1/23/2018 for a total loss of $113.61. This stock/trade idea was mentioned in 17 Raging Bull e-mail communications between 1/2/2018 and 1/23/2018. -$ZSAN, bought 3/13/2018 then sold on 3/19/2018 for a total loss of $2,233.64. This stock/trade idea was mentioned in 17 Raging Bull e-mail communications between 2/27/2018 and 3/19/2018. -$AXON (now symbol is $AXGT), bought on 6/7/2018 then sold on 6/15/2018 for a total loss of $506.40. This stock/trade idea was mentioned in 11 Raging Bull e-mail communications between 4/29/2018 and 6/15/2018. -$CLWT, bought on 3/28/2018 then sold on 3/29/2018 for a total loss of $350.67. This stock/trade idea was mentioned in 6 Raging Bull e-mail communications between 3/28/2018 and 4/3/2018. -$NAKD, bought on or before 6/22/2018 then sold on 6/22/2018 for a loss of $2,790.45. This stock/trade idea was mentioned in 4 Raging Bull e-mail communications between 6/12/2018 and 6/20/2018. -$OMER, bought on various dates then sold on various dates for a total loss of $684.51. This stock/trade idea was mentioned in 4 Raging Bull e-mail communications between 2/27/2018 and 7/4/2018. -$OSTK, bought on various dates then sold on various dates for a total loss of $335.64. This stock/trade idea was mentioned in 12 Raging Bull e-mail communications between 1/21/2018 and 5/8/2019. -$SGMO, bought on 2/23/2018 then sold on 2/26/2018 for a total loss of $154.94. This stock/trade idea was mentioned in 1 Raging Bull e-mail communication on 1/3/2018. -$SNES, bought on 10/23/2017 then sold on 1/8/2018 for a total loss of $484.36. This stock/trade idea was mentioned in 10 Raging Bull e-mail communications between 1/1/2018 and 6/11/2018. -$SMRT, bought on 5/23/2018 then sold on 5/25/2018 for a total loss of $48.89. This stock/trade idea was mentioned in 4 Raging Bull e-mail communications between 3/23/2018 and 7/18/2018. -$DDD, bought on 2/15/2018 then sold on 2/16/2018 for a total loss of $66.01. This stock/trade idea was mentioned in 18 Raging Bull e-mail communications between 10/5/2017 and 1/27/2019. |

9

**PX 4, 266**

| Year | Broker | Gains/Losses | Minimum Losses Attributable to Raging Bull LLC | Stock & Options Trades attributable to Raging Bull LLC |
|------|--------|--------------|-----------------------------------------------|--------------------------------------------------------|
|      |        |              |                                               | -$HCC, bought on 4/11/2018 then sold on 5/3/2018 for a total loss of $363.96. This stock/trade idea was mentioned in 2 Raging Bull e-mail communications on 3/18/2018 and 7/16/2018.<br>-$KBSF, bought on various dates then sold on 8/9/2018 for a total loss of $906.32. This stock/trade idea was mentioned in 3 Raging Bull e-mail communications between 3/19/2018 and 3/21/2018.<br><br>**Options**<br>'-$AA Call and Put, bought on 7/18/2018 then sold or expired on various dates for a total loss of $95.86. This stock/option/trade idea was mentioned in 7 Raging Bull e-mail communications between 6/12/2018 and 2/21/2019.<br>-$AAOI Call, bought on 7/12/2018 then sold or expired on 7/27/2018 for a total loss of $195.62. This stock/option/trade idea was mentioned in 17 Raging Bull e-mail communications between 4/3/2017 and 10/17/2018.<br>-$ABBV Call and Put, bought on 7/26/2018 then sold or expired on 7/27/2018 for a total loss of $77.91. This stock/option/trade idea was mentioned in 8 Raging Bull e-mail communications between 11/22/2017 and 1/7/2019.<br>-$AMD Call, bought on 8/27/2018 then sold or expired on 8/31/2018 for a total loss of $105.61. This stock/option/trade idea was mentioned in 27 Raging Bull e-mail communications between 2/21/2017 and 5/15/2019.<br>-$BSX Call, bought on 8/15/2018 then sold or expired on 8/17/2018 for a total loss of $97.22. This stock/option/trade idea was mentioned in 10 Raging Bull e-mail communications between 1/23/2018 and 2/21/2019.<br>-$CRM Call, bought on 7/18/2018 then sold or expired on 7/20/2018 for a total loss of $84.24. This stock/option/trade idea was mentioned in 28 Raging Bull e-mail communications between 3/26/2018 and 4/25/2019.<br>-$DECK Call and Put, bought on 7/26/2018 then sold or expired on various dates for a total loss of $275.53. This stock/option/trade idea was mentioned in 11 Raging Bull e-mail communications between 6/19/2018 and 2/18/2019.<br>-$ECYT Call, bought on 7/12/2018 then sold or expired on 7/19/2018 for a total loss of $340.58. This stock/option/trade idea was mentioned in 5 Raging Bull e-mail communications between 4/26/2018 and 7/5/2018.<br>-$GDX Call, bought on 7/25/2018 then sold or expired on 7/27/2018 for a total loss of $64.56. This stock/option/trade idea was mentioned in 79 Raging Bull e-mail communications between 7/12/2017 and 4/29/2019.<br>-$MSFT Call and Put, bought on various dates then sold or expired on 7/20/2018 for a total loss of $74.86. This stock/option/trade idea was mentioned in 32 Raging Bull e-mail communications between 2/11/2018 and 6/4/2019.<br>-$NTAP Call and Put, bought on various dates then sold or expired on 8/17/2018 for a total loss of $315.22. This stock/option/trade idea was mentioned in 1 Raging Bull e-mail communication |

10

**PX 4, 267**

| Year | Broker | Gains/Losses | Minimum Losses Attributable to Raging Bull LLC | Stock & Options Trades attributable to Raging Bull LLC |
|------|--------|--------------|-----------------------------------------------|--------------------------------------------------------|
| | | | | on 6/6/2018.<br>-$OLED Call, bought on various dates then sold or expired on various dates for a total loss of $175.45. This stock/option/trade idea was mentioned in 16 Raging Bull e-mail communications between 9/25/2017 and 11/2/2018.<br>-$SAP Call, bought on various dates then sold or expired on 7/20/2018 for a total loss of $187.52. This stock/option/trade idea was mentioned in 3 Raging Bull e-mail communications between 7/16/2018 and 12/2/2018.<br>-$SFIX Call, bought on various dates then sold or expired on various dates for a total loss of $255.43. This stock/option/trade idea was mentioned in 19 Raging Bull e-mail communications between 1/7/2018 and 4/3/2019.<br>-$VEEV Call, bought on 8/9/2018 then sold or expired on 8/10/2018 for a total loss of $56.56. This stock/option/trade idea was mentioned in 9 Raging Bull e-mail communications between 3/26/2018 and 6/29/2019.<br>-$YNDX Call and Put, bought on various dates then sold or expired on 7/26/2018 for a total loss of $344.80. This stock was mentioned in 14 Raging Bull e-mail communications between 3/15/2018 and 6/7/2019 |
| 2019 | Chase | $429.81 | -$318.03 | **Stocks**<br>-$ESV (listed as ENSCO ROWAN PLC CLASS A ORDINARY SHARE), bought on 4/23/2019 then sold on 4/30/2019 for a total loss of $318.03. This stock/trade idea was was mentioned in 1 Raging Bull e-mail communication on 3/5/2019 |
| 2019 | Etrade | -$5,168.70 | -$7,406.33 | **Stocks**<br>'-$MAXR, bought on 5/14/2019 then sold on 5/15/2019 for a total loss of $45.93. This stock/trade idea was mentioned in 12 Raging Bull e-mail communications between 1/3/2018 and 1/28/2019.<br><br>**Options**<br>'$AAPL Call, bought on various dates then sold or expired on various dates for a total loss of $571.88. This stock/option/trade idea was mentioned in 111 Raging Bull e-mail communications between 7/14/2017 and 6/15/2019<br>-$AWI Put, bought on 4/11/2019 then sold or expired on various dates for a total loss of $480.72. This stock/option/trade idea was mentioned in 1 Raging Bull e-mail communication on 4/11/2019.<br>-$DIS Call, bought on various dates then sold or expired on various dates for a total loss of $229.45.  This stock/option/trade idea was mentioned in 52 Raging Bull e-mail communications between 11/28/2017 and 6/7/2019.<br>-$FDX Call, bought on 4/30/2019 then sold or expired on 5/10/2019 for a total loss of $555.98. This stock/option/trade idea was mentioned in 26 Raging Bull e-mail communications between 1/26/2018 and 4/29/2019.<br>-$GRUB and $GRUB Call and Put, bought on various dates then sold or expired on various dates |

Attachment K

**PX 4, 268**

| Year | Broker | Gains/Losses | Minimum Losses Attributable to Raging Bull LLC | Stock & Options Trades attributable to Raging Bull LLC |
|------|--------|--------------|------------------------------------------------|--------------------------------------------------------|
| | | | | for a total loss of $350.82. This stock/option/trade idea was mentioned in 37 Raging Bull e-mail communications between 1/21/2018 and 4/29/2019.<br>-$HTZ Call, bought on 4/8/2019 and then sold or expired on 5/10/2019 for a total loss of $137.99. This stock/option/trade idea was mentioned in 4 Raging Bull e-mail communications between 10/16/2017 and 11/1/2018.<br>-$ISRG Put, bought on various dates then sold or expired on various dates for a total loss of $41.89. This stock/option/trade idea was mentioned in 8 Raging Bull e-mail communications between 2/6/2018 and 12/3/2018.<br>-$JNJ Call, bought on 5/1/2019 then sold or expired on 5/6/2019 for a total loss of $92.05. This stock/option/trade idea was mentioned in 21 Raging Bull e-mail communications between 11/22/2017 and 5/2/2019<br>-$MMM Put, bought on 4/26/2019 then sold or expired on 4/29/2019 for a total loss of $121.98. This stock/option/trade idea was mentioned in 6 Raging Bull e-mail communications between 7/9/2018 and 4/27/2019.<br>-$OLED Call, bought on various dates then sold or expired on 5/10/2019 for a total loss of $886.92. This stock/option/trade idea was mentioned in 16 Raging Bull e-mail communications between 9/25/2017 and 11/2/2018.<br>-$QCOM Call, bought on 4/17/2019 then sold or expired on 4/18/2019 for a total loss of $661.96. This stock/option/trade idea was mentioned in 9 Raging Bull e-mail communications between 1/2/2018 and 5/14/2019.<br>-$STNE Call, bought on various dates then sold or expired on 5/18/2019 for a total loss $487.94. This stock/option/trade idea was mentioned in 8 Raging Bull e-mail communications between 3/27/2019 and 4/30/2019.<br>-$TSLA Call, bought on 5/3/2019 then sold or expired on 5/10/2019 for a total loss of $580.47. This stock/option/trade idea was mentioned in 63 Raging Bull e-mail communications between 4/3/2017 and 6/17/2019.<br>-$VLO Call, bought on 4/11/2019 then sold or expired on 4/17/2019 for a total loss of $268.34. This stock/option/trade idea was mentioned in 15 Raging Bull e-mail communications between 3/20/2018 and 4/10/2019.<br>-$WIX Call, bought on various dates then sold or expired on various dates for a total loss of $288.48. This stock/option/trade idea was mentioned in 18 Raging Bull e-mail communications between 1/21/2018 and 6/10/2019.<br>-$NDAQ Put, bought on 4/5/2019 then sold or expired on 4/8/2019 for a total loss of $106.98. This stock/option/trade idea was mentioned in 20 Raging Bull e-mail communications between 7/29/2018 and 4/15/2019<br>-$MDGL Call, bought on various dates then sold or expired on 4/18/2019 for a total loss of $456.97. This stock/option/trade idea was mentioned in 2 Raging Bull e-mail communications on 5/23/2018 and 12/6/2018<br>-$NFLX Call, bought on various dates then sold or expired on 4/12/2019 for a total loss of |

Attachment K

**PX 4, 269**

| Year | Broker | Gains/Losses | Minimum Losses Attributable to Raging Bull LLC | Stock & Options Trades attributable to Raging Bull LLC |
|------|--------|--------------|-----------------------------------------------|--------------------------------------------------------|
| | | | | $1,039.58. This stock/option/trade idea was mentioned in 67 Raging Bull e-mail communications between 7/17/2017 and 4/18/2019. |
| 2019 | Robinhood | -$1,382.92 | -$2,079.37 | **Options**<br>-$AAPL Call and Put, bought on various dates then sold or expired on various dates for a total loss of $449.08. This stock/option/trade idea was mentioned in 111 Raging Bull e-mail communications between 7/14/2017 and 6/15/2019.<br>-$AMD Call, bought on various dates then sold or expired on various dates for a total loss of $269.02. This stock/option/trade idea was mentioned in 30 Raging Bull e-mail communications between 2/21/2017 and 5/15/2019.<br>-$SHEAR Call, bought on various dates then sold or expired on 2/15/2019 for a total loss of $55.04. This stock/option/trade idea was mentioned in 112 Raging Bull e-mail communications between 9/27/2016 and 6/26/2019.<br>-$MCD Call, bought on 2/19/2019 then sold or expired on 2/20/2019 for a total loss of $45.02. This stock/option/trade idea was mentioned in 17 Raging Bull e-mail communications between 4/11/2018 and 3/21/2019.<br>-$MED Call, bought on 1/17/2019 then sold or expired on 1/31/2019 for a total loss of $130.02. This stock/option/trade idea was mentioned in 9 Raging Bull e-mail communications between 3/28/2018 and 3/10/2019.<br>-$NVDA Call, bought on various dates then sold or expired on 1/9/2019 for a total loss of $120.03. This stock/option/trade idea was mentioned in 42 Raging Bull e-mail communications between 4/4/2017 and 3/29/2019.<br>-$PCG Call and Put, bought on various dates then sold or expired on various dates for a total loss of $256.08. This stock/option/trade idea was mentioned in 9 Raging Bull e-mail communications between 3/6/2018 and 2/20/2019.<br>-$SFIX Call, bought on various dates then sold or expired on various dates for a total loss of $219.04. This stock/option/trade idea was mentioned in 19 Raging Bull e-mail communications between 1/7/2018 and 4/3/2019.<br>-$SU Call, bought on 1/18/2019 then sold or expired on various dates for a total loss of $52.04. This stock/option/trade idea was mentioned in 25 Raging Bull e-mail communications between 11/26/2017 and 1/18/2019.<br>-$TLRY Call, bought on 2/21/2019 then sold or expired on 2/22/2019 for a total loss of $384. This stock/option/trade idea was mentioned in 13 Raging Bull e-mail communications between 8/24/2018 and 6/12/2019.<br>-$TNDM Put, bought on 2/14/2019 then sold or expired on 2/15/2019 for a total loss of $100. This stock/option/trade idea was mentioned in 14 Raging Bull e-mail communications between 1/17/2018 and 6/10/2019. |
| 2019 | TD Ameritrade | -$2,635.43 | -$5,820.00 | **Stocks**<br>-$NDRA, bought on 3/13/2019 then sold on 3/13/2019 for a total loss of $10.51. This stock/trade idea was mentioned in 1 Raging Bull e-mail communication on 3/13/2019. |

Attachment K

**PX 4, 270**

| Year | Broker | Gains/Losses | Minimum Losses Attributable to Raging Bull LLC | Stock & Options Trades attributable to Raging Bull LLC |
|------|--------|--------------|-----------------------------------------------|--------------------------------------------------------|
| | | | | **Options**<br>'-$BA Call, bought on 3/6/2019 then sold or expired on 3/6/2019 for a total loss of $769.86. This stock/option/trade idea was mentioned in 26 Raging Bull e-mail communications between 3/26/2018 and 6/13/2019<br>-$BNS Call, bought on 4/29/2019 then sold or expired on 5/3/2019 for a total loss of $31.24. This stock/option/trade idea was mentioned in 19 Raging Bull e-mail communications between 1/9/2018 and 2/18/2019.<br>-$CRON Call, bought on various dates then sold or expired on 3/8/2019 for a total loss of $267.24. This stock/option/trade idea was mentioned in 40 Raging Bull e-mail communications between 3/19/2018 and 4/30/2019.<br>-$DIS Call, bought on various dates then sold or expired on 3/8/2019 for a total loss of $565.18. This stock/option/trade idea was mentioned in 52 Raging Bull e-mail communications between 11/28/2017 and 6/7/2019.<br>-$FB Call, bought on various dates then sold or expired on various dates for a total loss of $1,002.57. This stock/option/trade idea was mentioned in 53 Raging Bull e-mail communications between 7/17/2017 and 6/3/2019.<br>-$GLW Call, bought on 2/12/2019 then sold or expired on 2/15/2019 for a total loss of $11.24. This stock/option/trade idea was mentioned in 11 Raging Bull e-mail communications between 1/2/2018 and 2/27/2019.<br>-$GOOG Put, bought on 4/30/2019 then sold or expired on 4/30/2019 for a total loss of $76.26. This stock/option/trade idea was mentioned in 6 Raging Bull e-mail communications between 8/14/2018 and 2/15/2019.<br>-$GRUB Call, bought on various dates then sold or expired on on 3/1/2019 for a total loss of $270.19. This stock/option/trade idea was mentioned in 37 Raging Bull e-mail communications between 1/21/2018 and 4/29/2019.<br>-$HELE Put, bought 1/9/2019 then sold or expired on 1/11/2019 for a total loss of $41.22. This stock/option/trade idea was mentioned in 1 Raging Bull e-mail communication on 11/5/2018<br>-$IRBT Call and Put, bought on various dates then sold or expired on for a total loss of $126.78. This stock/option/trade idea was mentioned in 10 Raging Bull e-mail communications between 5/30/2018 and 5/6/2019.<br>-$LULU Call, bought 5/6/2019 then sold or expired on 5/9/2019 for a total loss of $226.24. This stock/option/trade idea was mentioned in 18 Raging Bull e-mail communications between 3/4/2018 and 3/29/2019.<br>-$NFLX Call, bought on various dates then sold or expired on various dates for a total loss of $375.33. This stock/option/trade idea was mentioned in 67 Raging Bull e-mail communications between 7/17/2017 and 4/18/2019.<br>-$NVDA Call and Put, bought on various dates then sold or expired on various dates for a total loss of $206.73. This stock/option/trade idea was mentioned in 62 Raging Bull e-mail |

14

**PX 4, 271**

| Year | Broker | Gains/Losses | Minimum Losses Attributable to Raging Bull LLC | Stock & Options Trades attributable to Raging Bull LLC |
|---|---|---|---|---|
| | | | | communications between 3/13/2017 and 3/29/2019.<br>-$OKTA Call, bought on 3/18/2019 then sold or expired on 3/20/2019 for a total loss of $41.24. This stock/option/trade idea was mentioned in 22 Raging Bull e-mail communications between 3/26/2018 and 6/20/2019.<br>-$QCOM Call and Put, bought on 5/1/2019 then sold or expired on 5/3/2019 for a total loss of $467.48. This stock/option/trade idea was mentioned in 9 Raging Bull e-mail communications between 1/2/2018 and 5/14/2019.<br>-$SBUX Call and Put, bought on various dates then sold or expired on 4/26/2019 for a total loss of $412.47. This stock/option/trade idea was mentioned in 40 Raging Bull e-mail communications between 2/12/2018 and 5/15/2019.<br>-$TRIP Call and Put, bought on 5/8/2019 then sold or expired on 5/9/2019 for a total loss of $280.48. This stock/option/trade idea was mentioned in 30 Raging Bull e-mail communications between 11/15/2017 and 5/23/2019.<br>-$VEEV Call, bought on 1/16/2019 then sold or expired on 1/17/2019 for a total loss of $37.44. This stock/option/trade idea was mentioned in 9 Raging Bull e-mail communications between 3/26/2018 and 6/29/2019.<br>-$WLL Call, bought on various dates then sold or expired on 1/30/2019 for a total loss of $45.50. This stock/option/trade idea was mentioned in 15 Raging Bull e-mail communications between 1/8/2018 and 4/2/2019.<br>-$XLE Call, bought on various dates then sold or expired on 1/31/2019 for a total loss of $104.50. This stock/option/trade idea was mentioned in 34 Raging Bull e-mail communications between 1/23/2018 and 3/27/2019.<br>-$XPO Call and Put, bought on various dates then sold or expired on various dates for a total loss of $450.30. This stock/option/trade idea was mentioned in 29 Raging Bull e-mail communications between 8/31/2017 and 6/10/2019. |
| 2019 | Vanguard | -$683.68 | -$227.65 | **Stocks**<br>-$AUDC, bought on 4/23/2019 then sold on 7/2/2019 for a total loss of $78.61. This stock/trade idea was mentioned in 1 Raging Bull e-mail communication on 9/6/2018. |
| **TOTALS** | | **-$151,773.63** | **-$96,256.26** | |

Attachment K

**PX 4, 272**

# ATTACHMENT L

PX 4, 273

 **Gmail**

**C Roy** ▬▬▬▬▬▬▬▬▬▬▬▬

## Tuesday's watch list
1 message

**Jason Bond** <jason@jasonbondpicks.com>                    Tue, Sep 26, 2017 at 8:40 AM
To: ▬▬▬▬▬▬▬▬▬▬



  

Good morning,

So Monday the market opened and my oversold bouncer **ADOM**, which was going great, got hit with a short and distort article on Seeking Alpha. Markets are thin at the open and I instantly went from +$5,000 to red in the opening minute. By the time I found the reason (article) shares had whipsawed to high of day and I didn't hesitate to pay myself into that bounce taking $4,000 profit above $8. Having started in on this trade at $6.99 and it hitting the middle $8's twice last week it was definitely a success but I won't like, I would have loved to see that big stock to the middle $9's instead of a failed bounce. All part of the game, take what the market will give you. I'll give this a few days to settle and come back to it now that shorts are chasing it down into oversold.

**GEVO** was lame too. After scoring +50% or +$4,000 last week on a small 12,000 share position at $.62, selling in the $.90's, I rebought the middle $.70's retracement but sellers continued to control this one so I moved on. With GEVO I always get scared of offerings into any big spikes and since the price action didn't look good to me Monday, I took the small -$1,300 loss netting +$2,700 overall on the trade and will revisit when it sets up again.

**FNMA** started to move up and I suspect we'll hit $3's soon which is where I'm going to take profit on the swing. My long-term position goal is $10+ though, however, if we were to hit $4-$5 quickly on any tax reform hype I'll lock up too.

**LQMT** is a continuation pattern pending a fresh 52 week breakout above $.44. I suspect we'll see a run to the $.50's soon with the open house coming up in October and should we find out that Corning used Liquidmetal to make the new iPhone X glass, I believe that announcement will be the jackpot moment.

**ITUS** was one of Wall Street's biggest movers Monday hitting $4.30. Remember what I said on Friday's watch list? I guess "$3" was an understatement! Wow what a monster, shorts got crushed on this one.

    ITUS has pressured short sellers all week and I can't imagine that'll stop given today is Friday.
    It's in play above $1.90 for a move to the middle $2's and could hit $3 as shorts capitulate.

**TNTR** is a recent IPO that went horrible in the first few months and is the perfect oversold pattern from the video lessons confirming candle over candle Monday. This means the stop loss will be below Friday's low with upside to $4 if this pops.

Attachment L                              **PX 4, 274**

**MVIS** is a continuation chart pattern from the video lessons I like around $2.50 so I'll start watching for a base to develop there. There should be good support from price action with upside range to the low $3's before the rising supply line.

**CAPR** is a fibonacci retracement play from the video lessons I like above $2 for a test of $2.50's and breakout to $3. The stock has held the recent move well and is starting to pressure shorts with a move higher. Very similar setup to ITUS from last week which exploded Monday as I've noted above.

---

And here's why I think it's so important you join Kyle's Nucleus this week.

I'm often asked, "If you're so good at trading, why bother to sell a subscription service?"

The obvious implication here is I'm not any good at trading and need to make money from subscriptions.

My answer is usually something like:

1. I have a masters degree in education, used it to teach 10 years in a NYS elementary school, coached multiple varsity sports and had -$250,000 net worth to show for it. My motivation to get out of debt led me to trading stocks. I got good at it and people asked me to teach them. How good? Well just recently I've made ...
2. +$145,188 in 2015, +$330,000 in 2016 and +$135,000 2017 YTD. Compare those massive part-time trading profits to my starting teaching salary of $33,850 and it becomes quite clear why other teachers would ask me to teach them trading too. In fact, just in the last 2 years I've made more money trading part-time than in 10 years of teaching combined.
3. Bottom line is I have a love for teaching, evidenced by my masters degree and 10 years in the field, a love for trading stocks and happen to be very good at both. I combined them to create a business with 8,000+ paying clients. Now any wise investor will tell you the more income streams you can have, the better. This is what landed me at the Harvard School of Business recently telling my story.

The Huffington Post actually wrote about Kyle and I in this article ...

Mentoring a protege to carry on your business legacy

This is why I'm so aggressive in suggesting you join Kyle Dennis for the $25,000 to $1,000,000 journey. If you're anything like Kyle Dennis and me, you're thirsty to create another income stream for yourself and hoping trading will be an avenue to accomplish that.

You know my story, but did you know Kyle isn't asking you to do something he hasn't done when he suggests you join his Nucleus? He was one of the first to enroll in my Millionaire Roadmap the day it opened paying me $3,999. That was 2015 and the year he started averaging OVER $1,000,000 in trading profits / year. Remember, he started with about $15,000 and again, has averaged well over $1,000,000 for the last 3 years.

So on Monday, when the $25,000 journey to $1,000,000 begins, I want you looking over his shoulder because I believe with all my heart tons of subscribers will benefit immensely from this. Ultimately the choice is yours but it's my job to inform you I believe after 6 full years of teaching people to trade stocks, this is truly a once in a lifetime opportunity. I don't use that as a fancy marketing line, it's a fact.

Kyle Dennis is a proven commodity. This guy has made millions, and keeps doing it and is willing to teach you how to do the same. If you can find anyone else out there better, I would wholeheartedly tell you to join their service but you just won't. You don't want to miss it.

SUBSCRIBE NOW and save $2,000 with Promo Code: million

Attachment L

**PX 4, 275**



The diary of a real $$$ trader!



Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user 's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Jason Bond Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at Jason Bond Picks.

If you no longer wish to receive our emails, click the link below:

 Unsubscribe

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

Attachment L                    **PX 4, 276**

# ATTACHMENT M

PX 4, 277

 **Gmail**

C Roy ████████████████████

## Added ADOM, see chart
1 message

**Jason Bond** <jason@jasonbondpicks.com>                    Thu, Sep 21, 2017 at 10:03 AM
To: ████████████████



   

EVERY TIME this stock is oversold it makes a big move and it does it fast. The move is just starting again so I'm adding per the watch list.

I bought 3,000 more ADOM at $7.58. My average is now 5,000 at $7.35. See what I see? If you were to reference RSI each of those circles were oversold followed by huge bounces. This can go fast, don't be shocked if it hits $9 soon.

CLICK char to expand.



Attachment M

**PX 4, 278**



Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user 's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Jason Bond Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at Jason Bond Picks.

If you no longer wish to receive our emails, click the link below:

Unsubscribe

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

Attachment M                                    **PX 4, 279**

# ATTACHMENT N

PX 4, 280

6/3/2020                                                                    Gmail - Inspiration & Thursday's watch list

 **Gmail**                                                                              **C Roy** ▉▉▉▉▉▉▉▉▉

## Inspiration & Thursday's watch list
1 message

**Jason Bond** <jason@jasonbondpicks.com>                                              Thu, Apr 5, 2018 at 8:58 AM
To: ▉▉▉▉▉▉▉▉▉



 

Good morning,

3-days away from giving away another Porsche 911 at the Atlanta Mastermind. This time to a guy who turned $37K into $1.3M just 2 1/2 years after joining the Millionaire Roadmap. He's up OVER $400,000 in 2018 already! But it wasn't always easy for him, he lost money trading for 3-years before finding JBP.

And because I'm so jacked up about all this, Monday at 1:30 p.m. ET, while I'm handing over the keys to the car, I will do a deal on the Millionaire Roadmap for $1,999 bi-yearly! A price I have NEVER before offered. I'm doing this because I want EVERY single person in my general service to upgrade and see the power of this Mastermind program.

Yes, we'll include Jeff Bishop's Weekly Money Multiplier FREE in this deal as well, a $3,999 value.

Jeff said he's okay waving the fee after he hit one of his biggest days in the year locking up OVER $50,000 in profit. This is the real-money TD Ameritrade account he streams to clients. He's set to make another $50,000 today. Look at those % returns. Doesn't matter what size $ position you take, those are unreal in this market.



I've been trading alongside of Jeff Bishop and the Multiplier, since small caps have been quiet due to market volatility, mirroring many of his alerts and that's how I had my biggest day ever Wednesday putting me back into the green in 2018. Now I haven't cashed in yet because I decided to let me winners ride, so I'll update you as this plays out, but couldn't be more excited about fighting back from a -$70K deficit in 2018. With any luck today I'll have made +$100,000 in a week since moving to TD Ameritrade.

These are the reasons I really need you to be in the Millionaire Roadmap. It's not JUST about winning all the time. It's about showing you that I can mess up BIGTIME and make a comeback so you have the confidence to do the same. The market is treacherous place but together we can do this.

This is the account I stream in the Millionaire Roadmap. All buys and sells seen in real-time from your phone, tablet or computer.



Dave's note in the Roadmap chat this morning, while Nathan is teaching, really inspired me. I've always bragged when I'm rocking and been honest when I'm getting pounded and by doing so, I've earned the trust of thousands upon thousands of clients. And by being honest about my mistakes, it sure makes the comebacks feel SOOO much better.

> Apr 5, 7:08 AM
> dave sim: GM all JB after leaving the chat yesterday I sat and thought how awesome that was what you were able to do.  It actually gave me feel kind of at ease for the moment and gave me hope that all of us that have struggled of late,  can possibly turn things around.

I realize small caps have been boring guys and gals. That's just the nature of volatile markets. Trust me, it will pick back up and when it does, you'll hear from me so much it'll probably get annoying. But forcing things is certainly not something I will expose you to. But what I hope you learn from the message above is that you can find ways to make money in all markets. More importantly, learning how before the volatile markets hit puts you in a much better position to deal with the drastic shifts we're bound to see from time to time. Bottom line, if you're going to play this game, you'll need to learn to be resilient. It's not always easy but days like today illustrates it's worth it.

RKDA - I'm looking to add size to this one in the low $20's for a move to $30. Shares are rounding nicely and now that dip buyers are back in the market, this pattern is bound to draw attention headed into the

weekend. I'll probably look to sell anywhere above $25 but think $27+ is very reasonable. Currently holding 1k shares, would like to be at 2k.



LFIN - Oversold chart pattern. Packed with shorts. In play above $10.50. This one can fly so I'll look to go smaller and play for a big percent return. I like this as a swing into Friday and think it'll be a big winner for me. Probably 2-3K shares around $10 or $11 for a move to $15-$20.

Attachment N

**PX 4, 283**

6/3/2020                                    Gmail - Inspiration & Thursday's watch list



CRON - Continuation chart pattern reversing off the trendline. On a shorter time frame it's actually an oversold chart pattern just like RKDA and those are my favorite. It's in play above $5.50 for a move to the upper $7's.

Attachment N

**PX 4, 284**

6/3/2020                                                          Gmail - Inspiration & Thursday's watch list



The diary of a real $ trader!



Neither Jason Bond nor RagingBull, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

Attachment N                                   **PX 4, 285**

If you have a current active subscription with Jason Bond Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at Jason Bond Picks.

If you no longer wish to receive our emails, click the link below:

 Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Attachment N

**PX 4, 286**

# ATTACHMENT O

PX 4, 287

12:29 ✈



**Jeff Bishop**
Sponsored · 🌐

$3000 gain for one of my Bullseye students recently.

With Bullseye trades all you do is wait for my e-mail Monday morning, input the trade, and watch the profits come in.

The cost of the program pays for itself very quickly ....



APP.RAGINGBULL.COM
**Stock Guru Shares His Secrets**

[ Learn More ]

Write a comment...

Attachment O

**PX 4, 288**