**DECLARATION OF DANIELLE FELTS**
**PURSUANT TO 28 U.S.C. § 1746**

My name is Danielle Felts, and I am over 18 years old.  I have personal knowledge of the facts stated below.  If called as a witness, I could and would testify as follows:

1.      I live in Randolph, New Jersey.  My husband and I own and manage a small business that provides dog care and training services.  The pandemic has hurt our business but we have been able to get some relief funding to keep our business afloat.  A few years ago, I was diagnosed with a disorder that causes chronic pain and fatigue and put me in a wheelchair, but I have not been able to obtain disability benefits.

2.      I started trading on my own about two years ago.  I do not have a formal degree in business or finance and learned what I know about the stock market by actively trading and watching and reading the news.  I started trading options right away because I heard you could make more money quickly with options.  My brokerage firm cleared me for Level 3 options trading, but I am not exactly sure what I had to do to get this clearance.

3.      In or around May 2020, I saw advertisements for a Raging Bull service called "LottoX" featuring Nathan Bear.  The ads talked about how Nathan Bear was able to time his options trades perfectly, that he was averaging a 100% winner about every few days, and that he would be alerting his followers to his "100% winning" trades.  They even offered a "performance guarantee" and said that LottoX would be sending me at least fifty 100% winning trades over the next year if I joined.  Attached as **Attachment A** is a true and correct copy of one advertisement for LottoX that I received on my phone.

4.      Raging Bull charged $2499 on my credit card for an unlimited or lifetime access to LottoX.  I joined because I thought I would increase my trading profits by getting trade ideas and following their trade alerts.

PX 6, 294

5.      After I signed up for LottoX, I continued receiving pop-up ads and promotional emails for other Raging Bull services featuring people like Jeff Bishop and Kyle Dennis. Between May and June 2020, I signed up for five other Raging Bull subscriptions in addition to LottoX and was charged about $2,500 in total for these services:  Profit Bridge ($22) and Bullseye Trades ($399) featuring Jeff Bishop, Profit Prism Platinum ($1,497) featuring Jeff Williams, and Fast Five Trades (about $300) and Sniper Report ($299) featuring Kyle Dennis.  I recall all of these services claimed they would make me a better trader and regularly alert me to profitable trades even during this pandemic.

6.      When I started following and trading on the LottoX alerts, I began losing substantial sums of money very quickly.  I lost over $50,000 on just two options trades that LottoX alerted.  I would get texts from Nathan Bear saying that he had just bought a particular call option on a stock that would be breaking out, but then discovered that these predictions or forecasts were often wrong.  It was like he was just guessing.  I think I would have lost money about 80% of the time if I had followed every LottoX trade that I received an alert about. Attached as **Attachment B** are true and correct copies of screen captures of sample trade alerts I received from LottoX.

7.      I also noticed that Nathan Bear did not tell people about the specific amount of his losses on trades and mostly bragged about his winning trades.   I have seen other Raging Bull traders report their losses at times.  For example, in September 2020, Kyle Dennis told his subscribers that he had just lost $47,000 on one trade.

8.      I have not made substantial profits following any of the trades alerted in the other Raging Bull services.  One of these services, Profit Prism, sent out trade recommendations on penny stocks that my brokerage firm (Robinhood) did not even have available on its platform to

PX 6, 295

buy.  It was also difficult to get any reliable news about these penny stocks recommended by Jeff Williams.  As for Kyle Dennis, I recall there was at least one instance where he told his subscribers to hold onto a stock (DVAX) even though Yahoo news was reporting weak financials for this company and showing its stock price going down.

9.      In or around June 2020, I decided to cancel my subscription to LottoX and get my money back.  I felt the company should at least issue me a refund for the subscription cost given that I ended up losing a lot of money following trades, contrary to the performance guarantee.

10.      Raging Bull did not give me any option to cancel online and reclaim my refund, so I tried to reach them by phone.  I dialed the customer service line multiple times but no one ever picked up the phone.  I also sent them emails asking about my refund, which went unanswered.  This was all very frustrating and stressful.

11.      In late June 2020, I submitted a complaint against Raging Bull with the Better Business Bureau ("BBB").  I informed the BBB that LottoX service was a "scam" and that Nathan Bear was just a guy taking wild guesses and being wrong most of the time.  Someone at Raging Bull must have seen my complaint because a Raging Bull representative named Derek finally reached out to me.  Derek offered to schedule a phone call "so we can come up with a solution."  I told Derek that I just wanted a refund for LottoX.  I have not heard back from Derek or anyone at Raging Bull after that and still have not received any refund.

12.      I continue to get advertisements from Raging Bull on my phone and in my emails soliciting me to sign up for other services.  For example, I recently got a pop-up ad on my phone from Jeff Bishop at "Total Alpha," which he advertises as the "first and last option trading system you'll ever need."  The ad goes on to say that Bishop "had a few six-figure paydays in 2020," that he has a "winning formula," and that he would show me how he "locked in over

**PX 6, 296**

$130,000 in profits before the lunch rush."  The amount of ads they send me on a weekly or daily basis is overwhelming.  Attached as **Attachment C** is a true and correct copy of this pop-up ad from Total Alpha.

13.     Overall, I have paid about $5,000 to Raging Bull in subscription fees and lost at least $50,000 following their trades.  My brokerage account was in the "positive" before I started following Raging Bull's trade alerts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  October 12 2020.

*Danielle Felts*
Danielle Felts

PX 6, 297

# ATTACHMENT A

PX 6, 298

1:11



WOW what a day!

Over 4,000 of you just got the inside scoop on the system that has made me MILLIONS.

But you know what the best part of all of it was? Getting an ENORMOUS amount of feedback from current members!

> May 6, 2:09 PM
> **danny sob:** I have been with Nate from the start ..... he aint lying ... no joke .... lottox is THAT GOOD

> May 6, 2:09 PM
> **leslie car:** 70% on W and 60% on SPCE with Nate today. The best part is that I can spot my own set ups now. Thanks Nate for the awesome training!

> May 6, 2:11 PM
> **steven van:** Already a lottox member. Made 3k today! This is real

> May 6, 2:11 PM
> **vijay raj:** he is very Good, todays all 3 trades crossed 80%

And boy oh boy, there's more where that came from!

At this point, I am averaging a 100%+ winner about every *TWO* days in LottoX!

I'm making it as easy as possible for you to become a LottoX member *right now*.

I've slashed the prices on my Unlimited Service, and I'm also offering you 3 months of LottoX absolutely FREE.

Our VIP Concierge team is on deck to answer any questions and secure you the best possible LottoX deal!

**DIAL:** 844-963-1904 **NOW!**

But you better review what I'm offering and make your decision quickly because these slashed prices end tonight.

I even went a step further just to show you how confident I am in this service.

**I'm offering you a PERFORMANCE GUARANTEE: At least 50 100% winners alerted to you over the next year!**

But my LottoX trades aren't going to wait for you and neither is this Today Only Deal.

PX 6, 299

# ATTACHMENT B

PX 6, 300



**10:56**

+1 (833) 757-7772 >

LTX: LTX: Added TTD 8/28 $490 calls @ 1.25 – avg now 1.70 – looking for a nice bounce here, overnight hold

LTX: LTX: BOT RH 9/4 $350 calls @ 2.70 – half size, this chart has 26% short float and I'm looking for a breakout

LTX: LTX: sold half RH 8/28 $325 calls @ 5.70 +150%, holding remaining overnight for the a gap and squeeze tomorrow

Friday 9:43 AM

LTX: LTX: very high risk, very small size: bot ULTA 8/28 $270 calls @ 1 –

LTX: closed 2nd half of RH 8/28 $325 calls @ 5.90 +150%

LTX: LTX: sold 8/28 $210 CVNA calls @ 4.17 +170%

LTX: Added to ULTA @ .37 – now full size, just trying to trade out of this at this point



Text Message

**PX 6, 301**

10:56



+1 (833) 757-7772 >

about half sized, will likely add again on Monday

LTX: LTX: Adding to WKHS at the daily 21ema – BOT WKHS 9/4 $18 calls @ .69 – over the weekend hold

LTX: LTX: closed CHWY 9/4 $60 calls @ 2.04 +70% as CHWY makes new lifetime highs, will buy back next week

LTX: LTX: BOT CRM 9/4 $290 calls @ 2.09 – daytrade, BOT CRM 8/28 $270 calls @ 1.31 – stop on these at $.99

LTX: daytrade: BOT FSLY 8/28 $95 calls @ 1.10 – just a daytrade, playing 30min chart, stop @ .80, target 100%

LTX: Adding to CRM: bot CRM 9/4 $290 calls @ 2.35 – doing this in the WMM account, but I really like this setup and I'm adding more

Monday 9:42 AM

LTX: LTX: BOT TSCO 9/4 $155 calls @ .45 – avg now $.80 – trying to catch a bounce and trade out of this

Text Message

  

       

10:56

< 



+1 (833) 757-7772 >

LTX: LTX: BOT LULU 9/4 $390 calls @ 2 – playing 78min chart, earnings next week, looking for a run higher this week, half size

LTX: LTX: Added to YETI per morning plan: BOT YETI 9/4 $52 calls @ .98 – still playing 130min chart

LTX: LTX: Added to RH per plan – BOT RH 9/4 $350 calls @ 2.30 – playing 195min squeeze

LTX: LTX: sold CRM 9/4 $290 calls @ .82 – I will be getting back in CRM with a higher delta option as this setup is still good

LTX: LTX: closed TSCO 9/4 $155 calls @ .50 – no bounce here and we have some selling coming into the market so I'm cleaning up

LTX: LTX: BOT TTD 9/4 $500 calls @ 4.50 – playing 195min chart, about 1/4 size here to start

LTX: LTX: BOT LULU 9/4 $390 calls @ 2.13 – adding to LULU here, market looks good, playing 78min chart

  Text Message 

       

Attachment B                    **PX 6, 303**



**10:56**

+1 (833) 757-7772 >

LTX: LTX: closed RH 9/4 $350 calls @ 4.95 +100%

LTX: LTX: sold YETI 9/4 $52 calls @ 1.56 and sold LULU 9/4 $390 calls @ 2.66

Tuesday 11:51 AM

LTX: LTX: BOT HEAR 9/18 $20 calls @ 1.36 – playing 78min chart, high short float, half size

LTX: LTX: BTO MAR 9/18 $2.50 calls, playing bitcoin headed back to highs

LTX: LTX: BOT OSTK 9/4 $100 calls @ 1.85 – very high risk, stop under 1.30 – target 100%+

Tuesday 2:03 PM

LTX: LTX: GAP PLAY ALERT: Half Size, Overnight Hold – BTO CRM 9/4 $295 calls @ 2.08

LTX: LTX: BOT FSLY 9/4 $100 calls @ 2.30 – playing 78min chart, looking for move over $100 tomorrow, overnight hold



Attachment B          **PX 6, 304**

10:56



+1 (833) 757-7772 ›

LTX: LTX: Possible 10x, VERY HIGH RISKJ: BOT DKNG 9/4 $45 calls @ .40 on the Jordan news

Yesterday 11:47 AM

LTX: WMM: BOT WKHS 9/11 $20 calls @ 1.15 – LTX: BOT WKHS 9/4 $18 calls @ .95

LTX: LTX: BOT CRM 9/11 $290 calls @ 2.73 – quarter sized position to start, playing for a bounce

LTX: daytrade: BOT ZM 9/4 $450 calls @ 4.40 – stop 3.90, looking for a quick bounce

LTX: daytrade: tight stop, bot SDC 9/4 $9 calls @ .65 – stop $.55, target 100% on an afternoon retest of the highs

LTX: LTX: BTO GRPN 9/11 $33 calls @ 1.70 – playing 130 min chart, looking for GRPN to get into the gap over $35 or so

LTX: LTX: HIGH RISK, WILL ADD ON A DIP: BOT GRPN 9/4 $35 calls @ .67 – looking for a volume breakout over $35 today or tomorrow

Text Message

  

       

# ATTACHMENT C

PX 6, 306



Here's how I made $130K in less than 24 hours

Inbox

TotalAlphaTrading   1:30 PM
to me

JEFF BISHOP PRESENTS:

TOTAL ALPHA
THE FIRST & LAST OPTION TRADING SYSTEM YOU'LL EVER NEED.

Hello trader,

I had a few six-figure paydays in 2020.*

But that doesnt' mean I take them for granted.

I review the winning formula so when the opportunity presents itself again, I'm ready to ounce.

Let me tell you how it all went down...

And how *I locked in over $130,000 in profits before the lunch rush.**

*Over $130K in Profits!*