## DECLARATION OF UGO DIRIBE
### Pursuant to 28 U.S.C. § 1746

I, Ugo Diribe, have personal knowledge of the facts and matters set forth below. If called as a witness, I could and would testify as follows:

1.      My name is Ugo Diribe. I am over the age of twenty-one and I live in Katy, Texas.

2.      In approximately March 2019, I was on YouTube watching videos about stock trading and I saw many advertisements for a company called RagingBull.com LLC ("Raging Bull"). I had never traded before and I decided to click on one of their advertisements and watched a video with a man named Jeff Bishop who is the head of Raging Bull.

3.      Jeff Bishop said he had a lot of trading experience and that he made millions trading. The video showed him and other Raging Bull traders flying on private jets, driving flashy cars and living the high life. These Raging Bull traders talked about how they have made millions of dollars trading from home using their methods. They explained that trading was their ticket to freedom and out of the traditional 9 to 5 workplace. They talked about how they had been in the grind of the 9 to 5 job and could not afford to pay for things until they found this escape route—this ticket to a better life.

4.      The traders in the videos also explained that because trading can be difficult for new people, they would do all the hard work, like research and technical analysis, and send their paid subscription holders real-time alerts for when to buy and sell the stock or option. They also promised that subscription holders would have access to online classroom materials and a chat room. Jeff said that his strategies can help people supplement their income. Jeff also said that he published a book and that impressed me. Jeff said that the book teaches his secrets on how to become a successful trader. It was free, so I downloaded a copy of it. I read the materials and then decided I wanted to sign up for the service so that I could receive the real-time alerts, have access to Jeff's online video lessons, and access the chat room.

1

**PX 7, 308**

5.      Jeff's book was about the basics of options trading.   The book contained definitions of options, discussed different types of options and options trading rules.  The book was helpful on a basic level and it laid a foundation, but I still needed training and practice to learn how to trade.  I also watched some of Jeff's online videos.  These videos showed high-level examples of trading, but did not teach a specific strategy or day-to-day steps that I could follow. I received some information from the videos, but I did not get better at trading or ultimately succeed in my trading with the book or the videos.

6.      On March 15, 2019, I signed up for Weekly Money Multiplier. I was impressed by Jeff's track record of winning trades, and I liked the fact that he said it was for people new to trading.  Jeff made it sound like it would be very easy for me to use the service.  He said he does all the hard work, sends us the "set-up," and tells us when to enter and exit.  All I had to do was watch for the buy and sell alerts and make the same trades. Raging Bull charged $1497 on my credit card for a year of service. Jeff said that we would be able to cover the subscription cost with the profits from the trades we would be making using his service.

7.      After I signed up for the service, I started to receive buy and sell alerts from Jeff Bishop. I was not able to make the money that Jeff was stating he was making.  I was losing money on these trades.  Jeff also did not teach me how effectively to manage my risk on these trades.  I could not purchase at the price Jeff alerted us to and traded on.  I believe that Jeff was buying into a position at a cheap price and then sending out the alert.  It seemed to me that once his subscribers purchased, Jeff made money on the backs of everyone else because subscribers like me who were following his trades drove up the demand and price of the stock or option.  I lost approximately $8,000 trying to follow Jeff's alerts. I often noticed that when I would try to follow his recommendations, the price would go up before I could buy and then would go down again before I could sell.

8.      After I signed up, I was bombarded with marketing emails every day from Raging Bull, the company that owns Weekly Money Multiplier.  One of the emails I received advertised a service called Option Rocket by a trading expert named Kyle Dennis. The email advertised a

2

**PX 7, 309**

webinar about the service.  On April 21, 2019, I registered for the webinar that was scheduled for April 25.  Kyle Dennis talked about how he became a millionaire trading in the stock market and that he was focused on biotech stocks. Kyle said that his service offered trade alerts.  Kyle promised he would do all the hard work and send out trade alerts to all of his subscribers so that we could make the same trades he was making.  He said that this was a great service for beginners and we did not need to have any experience because we could just follow what he does.  This was similar to Jeff Bishop's service, except Kyle Dennis said that his Option Rocket service comes with what he called "Mortal Lock" trade alerts and he guaranteed a 400% return on his first Mortal Lock options trade. He said that for that night only, the service would be discounted to $1997.  In the email advertising the webinar, he specifically said, "I guarantee you'll make more than $1997 with this one trade! Then, the rest of your profits are all a bonus." Attached as **Attachment A** is a true and correct copy of the email and a few screenshots from the webinar.

9.      On April 25, 2019, I decided to sign up for Kyle Dennis' Option Rocket service. Raging Bull charged $1997 on my credit card.  I signed up because Kyle made it sound like I would be missing out on huge wins and he was guaranteeing huge returns on his trades. Kyle made a powerful impression on me and exuded confidence in his trading abilities.  I really felt like I could make the kind of money he was making with his service.  I received the invoice and it listed out the various items that I would receive with the service.  For example, it says that I would receive selective trade alerts, detailed reports and key findings, access to the options video library, access to his live streaming portfolio, the "C.A.S.H out system – 100% wins…the weekly paycheck," and Option Rocket.  Attached as **Attachment B** is a true and correct copy of the receipt.

10.     On April 28, 2019, Kyle sent an email answering some questions he received after his webinar on the Option Rocket service.  The first two questions were about how much time subscribers needed to commit to the service and how much money subscribers needed to start the program.  In terms of time, Kyle answered by stating, "To be honest, very little.  I'm doing the

**PX 7, 310**

work for you.  I'm sending you my trades after doing the research.  From there, I'm bundling everything up for you so that you have all the information you need to make your decision. Depending on how fast you read and can take a position…**maybe 5 minutes per day?**  This is meant for the busy, working professional.  I designed it as such and cater it to you (emphasis in orginal)." In terms of money, Kyle answered by stating, "Same with the amount of time…VERY LITTLE!  You can do this with account sizes that are extremely small.  Then you can scale accordingly."  Then Kyle stated, "This really is the perfect service for those looking to get their feet off the ground.   With 100% winners regularly, you can exponentially grow your account…quickly.  **I do recommend a $500 account at minimum so you can be part of my Mortal Lock guarantee, though** (emphasis in original)." The last question was about the performance guarantee.  Kyle stated, "Now what I'm saying is this.  If you take $500 and decide to put it into this trade, I will guarantee that it goes up 400% and that you make $2000 (which is the cost of the service)."  Then he stated that if it does not, "I'm going to give you another year to my service, absolutely free!" Attached as **Attachment C** is a true and correct copy of the email.

11.     After I signed up for the Option Rocket service, I continued to receive emails from Kyle Dennis (from the email kyle@biotechbreakouts.com) advertising the Option Rocket service.

12.     For example, on April 26, 2019, Kyle wrote, "I told everyone last night…You either win, or you win!  And already, the C.A.$.H system is producing massive returns.  That's a 50% winner and a 100% winner already, and guess what?  **Now we allocate proceeds to THE LOCK so that we can set ourselves up for 300…700…even 1500% returns!**  You need to be part of this service.  There's no reason not to be! I'm guaranteeing YOUR performance, too! (emphasis in original)." Attached as **Attachment D** is a true and correct copy of the email.

13.     Between April 26 and May 2, 2019, I received many emails from kyle@biotechbreakouts.com advertising the Option Rocket service. Kyle switched from guaranteeing a 400% return to an 800% return.  I received an email that stated in part, "You'll be

PX 7, 311

amazed at how much better work is when you're making additional income in as little as a few minutes per day." Kyle also stated, "My service though…its GUARANTEED!  Mortal Lock Trade…800% (minimum $250 to make $2000) or you get a free year!  Start with this program, because this first year is practically risk free.  It's the foundation and the building block to your success."  There was also a customer testimonial in the email that stated, "I just started trading full time as of September 1st this year after I was forced to retire from a 40 year career as a [sic] Airline Pilot. **Last week I was able to realize a profit of $78,000** – Nathan C."  Kyle closed with "**How does an extra $1000 or $2000 a week sound** (emphasis in original)**?**"  Attached as **Attachment E** is a true and correct copy of this email.

14.     On May 2, 2019, Kyle sent another email that stated, "Over the past week, I've done all I could to show you the value of this service.  If you ask me, I did more than deliver.  Most traders won't hit a 100% win this entire year.  I demonstrated how effortless it is with my C.A.$.H system…you could've hit 7 with me in 4 trading days.  Then a few 50% winners were just for fun."  Then he advertised what he called "cash collectors" which he explained are extremely selective picks called Mortal Locks.  He went on to reiterate that he guarantees "that $250 into this one trade will make you $2000 or you get a free year of service." Finally he said that the Option Rocket service was going to go up from $1997 to $3997 after midnight and the Mortal Locks will not be included in the service after that time.  In fact, those will cost $1000 a piece.   Attached as **Attachment F** is a true and correct copy of the email. Attached as **Attachment G** are true and correct copies of 18 other emails I received promoting the Option Rocket service between April 26 and May 2.

15.     I also received other marketing emails from Kyle Dennis where he boasted about his winning trades and how his subscribers were also making money from Kyle's trade alerts.  In one email, Kyle stated, "Today was one that you'll never want to miss again.  And one that you wouldn't have if you were a member of my service!  Rather than type too much, let me show you the 4 100% winners I locked in during the last 30 minutes of trading today.  I'll post the link to join the Option Rocket here, because I can't imagine why you wouldn't want a piece of this."

**PX 7, 312**

Other emails contained testimonials from other subscribers.  For example, one email had a list of testimonials, including "+600% on GE wow," "I made around 800%+!!! Thanks Kyle!" "just a cool 36k," "cool 12000," and "$6000+ on GE!!! And I'm at the gym!!!"   Attached as **Attachment H** are true and correct copies of these two emails and additional emails Kyle sent about his winning trades.

16.     On May 3, 2019, Kyle sent out the first Mortal Lock trade.  He said he was buying "250 NIO June 21, 2019 $6 calls at .20."  I understood this to mean he was buying 250 options contracts at .20 per contract for the company NIO and the options expired on June 21, 2019.  The email also said that if we put $250 into the trade, we qualify for his guarantee that we will make at least $1997 on the trade.  If we do not make the cost of the service by the time the trade is over, Kyle said we will get another year of the service for free.  Attached as **Attachment I** is a true and correct copy of the email.

17.     During the time period of these option contracts, Kyle sent several update emails to his subscribers stating that he was holding on to the contracts.  On May 28, 2019, Kyle sent an update that although the news around the company and the industry of electric cars was mixed, he was still holding on to the contracts. During this time period, I saw half my account wiped out and I had a feeling the trade was a big mistake, but Kyle kept advising us to hold the position. He gave us hope through his emails, and he told us he was holding on to the contracts.  Attached as **Attachment J** are true and correct copies of the follow up emails from Kyle.

18.     On May 29, 2019, I emailed Kyle Dennis and asked if there was any new guidance on NIO and Mortal lock.  I said, "23 days to expiry and a lot of money at risk." Michael from Biotech Breakouts responded by saying, "Kyle sent out an update yesterday for NIO.  You can review that email and see if it's still a viable trade for you."  I had already lost money and was hoping that it would turn around.  Attached as **Attachment K** is a true and correct copy of this email exchange.

19.     On June 3, 2019, Kyle emailed and acknowledged that the NIO trade does not look like it will be profitable.  He stated, "To put it bluntly, this pick failed. My research was

**PX 7, 313**

right, but…we had some REALLY bad timing.  Now, we do have 3 weeks here to have some sort of surprise news come out to remedy some of this trade, but this would be unlikely.  I will be holding my position for the next 3 weeks, since there is no sense in selling it for a cent just to book the loss.  Like I said, there is always a chance something amazing happens."  Later in the email, he stated "I know you put a lot of faith into me on this pick and I thought I was going to be 100% right.  I have real money in this trade and I'm losing right along with you."  Then he stated, "I'm closing in on $7,000,000 in career trading profits and I want you to be reassured that we are going to battle back" and "I've booked thousands of winners over the past 5 years and I'm pushing forward with some fantastic ideas."  Attached as **Attachment L** is a true and correct copy of the email.

20.     On June 10, 2019 Kyle sent another update stating that he was sticking with the position for two more weeks.  He said, "I am hopeful still, but it is not likely that this trade is remedied."  At the end of the email he stated, "Now I'm off to do some more research to find you another 100% winner."  Attached as **Attachment M** is a true and correct copy of the email.

21.     On June 17, 2019, Kyle sent an email about NIO and the mortal lock trade.  The subject line said "Option Rocket: Final NIO Update and Instructions Coming!"  Kyle said, "As promised, we will have a NIO update every Monday until the end of the position.  So here's the nitty gritty…The play obviously did not go as I planned.  There were several reasons as to why it didn't work out, which I highlighted in my report a few weeks ago.  I will be working extra hard for you to make up for this call that didn't work out, and recouping those losses as quickly as I can.  There hasn't been anything notable to report on since last week and it's looking like the position will come to a final close this Friday."  Kyle then went on to say, "On Monday, I will give you instructions on how to take advantage of the guarantee.  You will need to simply call in and talk to one of our VIP team leaders.  They will take care of you!"  Attached as **Attachment N** is a true and correct copy of the email.

**PX 7, 314**

22.     The trade turned out to be a disaster.  I lost approximately $12,000 trading with Kyle on this one mortal lock trade.  Other subscribers were also talking about the money they lost in the chat room.

23.     Aside from the mortal lock trade, Kyle also sent out alerts for other trades he was making.  I tried to follow his alerts, but I found that by the time I received the alerts, the prices were higher than the prices Kyle claimed he spent on the trades.  I still tried to make the trades even though I could not get in the trades at the prices he sent on the alerts, and I ended up losing approximately $4000 with Kyle's trades. I realized that I was not getting any value out of the service because the alerts were meaningless.  It seemed like all the alerts did was drive up the prices so Kyle could make money by using us as pawns. I felt that I was always playing catch up because I could not make the trades at the same prices. Like with Jeff Bishop's service, it seemed to me that because he was sending out the alerts after he purchased, and his subscribers purchased once they received the alerts, the subscribers were pushing up the stock prices and Kyle and Jeff were the ones making money off the trades.

24.     Since the alerts were an important piece of the service to me, I sent Kyle a message on Messenger and asked him if it was possible for him to share the information about the stocks he was monitoring before he made the trades so that we could monitor those trades, prepare ahead of time, and buy at the same time.  I told him "I'm not usually able to get in on the prices on your alerts.  Meaning I have sustained losses where you made 100% in many cases." Kyle sent a message back saying that he cannot do that because it is illegal for him to do that.  I did not understand that.  He could have just told us the stocks he was monitoring and the prices he was looking to trade at.  I believe he just wants to use everyone else to drive the prices up for himself.  I began to realize that for the kinds of stocks and options that Kyle and Jeff were recommending, the timing of these trades was critical because these securities were volatile and their prices could plummet within a few days or even a few hours.  So, if you bought while the price was at its peak or held onto the stock or options for too long, you could be left with

**PX 7, 315**

crippling losses.  Attached as **Attachment O** is a true and correct copy of the text message I sent to Kyle and his reply.

25.      I tried to cancel my Option Rocket subscription online, but I was not able to do so.  There was no provision for cancelling online.  There was no link or instructions online telling me how to cancel.  In addition, Raging Bull kept the credit card I paid with on file and I could not delete it from their website. I tried to call and cancel and the phone rang for a long time.  When someone did pick up, I was put on hold for a long time. I was not able to get through to anyone until I called the sales number as if I was a new customer signing up for a service.

26.      Finally, I reached a sales representative named Jeff.  I told him that I wanted a refund of the Option Rocket subscription, since I had paid $1997 for the service and lost the majority of my account from his Mortal Lock trade.  Jeff told me that Raging Bull does not issue refunds.  I then asked if Raging Bull could transfer my money to my Weekly Money Multiplier service and he said I could not apply the money I spent on Option Rocket towards Jeff's service. He told me that I would forfeit my subscription fee if I decided to quit Option Rocket even though it had only been approximately two months since I signed up.  I was very upset. To placate me, Jeff proposed a "lifetime" membership for Weekly Money Multiplier.  He said if I decided to upgrade my account to lifetime, I would only have to pay $250 at renewal time in March 2020 and not the full fee I paid originally.  I declined the offer.

27.      It was not until a few weeks later, on August 1, 2019, that I discovered that Raging Bull billed me $999 in July 2019 for a Weekly Money Multiplier Lifetime Upgrade and an accompanying trial period without my authorization or consent. They also reset my account subscription for Option Rocket making it appear like I had a brand new account for Option Rocket starting on July 19, 2019.  In addition, even though I was billed for a lifetime subscription, my Weekly Money Multiplier subscription no longer appeared on my member dashboard and I could not access the service any longer.  Attached as **Attachment P** is a true and

PX 7, 316

correct copy of the dashboard after they reset my account and the invoice for the unauthorized charge.

28.     I called Jeff back and he claimed ignorance and told me he would review my account, but he did not think they made a mistake.  He told me that he billed me because I requested a lifetime subscription.  I said that I did not.  I reminded him that I asked for a refund and he was the one who suggested the lifetime subscription and I declined.  I did not have a recording of the call and so I could not prove what I said.  I decided to call my credit card company to see if I could chargeback the fee.  The credit card company told me to go back to the company to try and resolve it, but they would start an investigation.  Because I had already tried to get my money back from Raging Bull and the credit card company to no avail, on August 6, 2019, I filed a complaint with the Better Business Bureau ("BBB") in New Hampshire.

29.     On August 10, 2019, I again sent an email to Raging Bull asking what happened to my Weekly Money Multiplier subscription and telling them that if they took it away from me, then they need to refund me for that subscription.  Michael, an employee with Raging Bull, responded to my email on August 10, stating that because I disputed the Weekly Money Multiplier charge with my credit card and received a refund, they deleted my subscription.  That is false.  My subscription was deleted prior to calling the credit card company and I did not receive a refund from the credit card company.  I had to explain several times that I disputed the $999 charge because I did not authorize that charge for a lifetime upgrade and that $999 charge had nothing to do with my original service.  On August 12, 2019, I emailed Michael again after I checked and my Weekly Money Multiplier subscription was not restored. On August 13, Michael emailed me and told me he restored my Weekly Money Multiplier service.  Attached as **Attachment Q** is a true and correct copy of my email correspondence with Raging Bull from August 2019.

30.     The BBB informed Raging Bull of my complaint.  Michael from Raging Bull responded to me through the BBB on August 15, 2019.   He stated in part, "I'd be more than happy to refund the $1997 for the Option Rocket service but I would need you to identify with

**PX 7, 317**

BBB that you're satisfied with the result that I shared above." Michael was referring to Raging Bull's customer service representative reversing their unauthorized charge of $999, after I had to first point this error out to them and complain.  On September 11, 2019, I responded by stating, "I have faced difficulty trying to resolve this issue on phone.  Its [sic] clear your folks deliberately avoid my calls.  I want my $1997 refund for Option Rocket.  The service is not useful to me.  I neither use the service nor want it."  On September 30, 2019, someone at Raging Bull responded by stating that they had refunded me $1997 for Option Rocket.  I finally did receive a refund for Option Rocket.  Attached as **Attachment R** is a true and correct copy of the BBB complaint and correspondence.

31.     I stayed with Weekly Money Multiplier for the entire year.  The subscription expired in March 2020.  I called my bank to cancel my credit card so that if Raging Bull tried to renew that service, they would not be able to. I specifically cancelled the card to stop Raging Bull from taking money from my account.

32.     I lost approximately $24,000 trying to follow Jeff Bishop and Kyle Dennis' alerts.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on: Sep, 03, 2020
Katy, Texas

_____
Ugo Diribe

**PX 7, 318**

Attachment A

| | |
|---|---|
| **From:** | Ugo Diribe |
| **To:** | Robbins, Colleen B.; Tavares, Michelle |
| **Subject:** | Fw: Ugo, It's a LOCK! You're Registered. |
| **Date:** | Saturday, May 16, 2020 3:10:04 PM |

Best regards, Ugo.

----- Forwarded Message -----
**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** ████████████████
**Sent:** Sunday, April 21, 2019, 11:41:27 PM CDT
**Subject:** Ugo, It's a LOCK! You're Registered.



BiotechBreakouts



Time Running Out

Congrats on taking that first step.
You just solidified a seat to my LIVE event on Thursday, April 25th at 8PM

<div style="text-align:center;">

# <mark>Mortal Lock</mark>

</div>

Confidence is an understatement when it comes to these trades.
I'm taking this to a new level and ***guaranteeing the performance.*** No one has done this before!
I'm ready to put my money where my mouth is.
We won't stop there. I'll show you this surefire, 1 simple indicator that you can use to find the highest caliber trades.
We'll walk through real-money case studies and I'll show you how easy it is.
By the following day, you could be applying this strategy and landing 352%...510%...630%...
**Even 1552%...!**
Set yourself a reminder. You can't miss this.

### Add event to calendar



Event Name: Mortal Lock
Event Date/Time: Thursday April 25th, 8PM ET
Login Link: https://app.ragingbull.com/webinar/rb-free

See you then!

---

**PX 7, 320**

Kyle Dennis

**Kyle Dennis**
The People's Trader

Special

**PX 7, 321**

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.
Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Attachment A

**PX 7, 322**



**PX 7, 323**

Kyle Dennis

# COLLECT YOUR CA$H



- TWTR for a 95% win of about $1200 using $1300 in capital
- TTWO for a 110% win of about $1100 using $1000 capital
- FSLR for a 80% win of about $730 using $1050 capital
- SE for a 90% win, $1510 made using $1765 capital
- MCD for a 100% win, $620 made using $620 capital
- CGC for a 110% win, $1600 made using $1475 capital
- WTW for a 100% win, $820 made using $820 capital
- PZZA for a 100% win, $650 made using $650 capital
- AMRN for a 100% win, $1400 made using $1400 capita



**PX 7, 324**



PX 7, 325



PX 7, 326

# RagingBull.com, LLC

## Receipt

62 Calef Hwy Ste 233
Lee NH 03861
United States
+1 833-265-1270
support@ragingbull.com

| | |
|---|---|
| Receipt number | 2284-6123 |
| Invoice number | 6E16233-0001 |
| Date paid | April 25, 2019 |
| Payment method | **VISA** – ▮▮ |

**Paid by**
Ugo Diribe. Created by
dashboard.
███████████

## $1,997.00 paid on April 25, 2019

| Description | Qty | Unit price | Amount |
|---|---|---|---|
| APR 25, 2019 | | | |
| Selective Trade Alerts | 1 | $0.00 | $0.00 |
| Detailed Report And Key Findings | 1 | $0.00 | $0.00 |
| Options Video Library | 1 | $0.00 | $0.00 |
| Live Streaming Portfolio | 1 | $0.00 | $0.00 |
| C.A.S.H out system - 100% wins... the "weekly paycheck" | 1 | $0.00 | $0.00 |
| APR 25, 2019 – APR 25, 2020 | | | |
| Option Rocket | 1 | $1,997.00 | $1,997.00 |
| | | Subtotal | $1,997.00 |
| | | Amount paid | $1,997.00 |

Questions? Contact RagingBull, LLC at support@ragingbull.com or call at
+1 833-265-1270.

2284-6123 – Page 1 of 1

Attachment B

**PX 7, 327**

| | |
|---|---|
| **From:** | Ugo Diribe |
| **To:** | Robbins, Colleen B.; Tavares, Michelle |
| **Subject:** | Fw: ??Feedback Needed ASAP |
| **Date:** | Saturday, May 16, 2020 3:16:19 PM |

Best regards, Ugo.


----- Forwarded Message -----
**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** ██████████████████████
**Sent:** Sunday, April 28, 2019, 08:00:27 AM CDT
**Subject:** Re:   Feedback Needed ASAP



Thanks for everyone that emailed me yesterday. Tons of great feedback.

Attachment C            **PX 7, 328**

Now from what I read, the service has been well received but there were some general questions so I'll use this email to address them.

**Biggest two...Time Commitment and Capital…**

## 1) How much time do I need to Commit to this?

To be honest, very little. I'm doing the work for you. I'm sending you my trades after doing the research. From there, I'm bundling everything up for you so that you have all the information you need to make your decision.

Depending on how fast you read and can take a position...**maybe 5 minutes per day?**

This is meant for the busy, working professional. I designed it as such and cater it to you.

## 2) How Much Capital (Money) Do I Need?

Same with the amount of time...VERY LITTLE! You can do this with account sizes that are extremely small. Then you can scale accordingly. Here, I showed this in my webinar, but take a look again.

These are small positions!



This really is the perfect service for those looking to get their feet off the ground. With 100% winners regularly, you can exponentially grow your account...quickly!

**I do recommend a $500 account at minimum so you can be part of my Mortal Lock guarantee, though.**

Which brings me to the 3rd question I got often!

### 3) Kyle, I Don't Understand Your Performance Guarantee…?

Alright, this one is important, so here it is.

All you need is $500.

[Once you join my service, you'll have access to my Mortal Lock trades.](#) **My 1st one is set to go live this coming week (ACT FAST).**

Now, what I'm saying is this. If you take $500 and decide to put it into this trade, I will guarantee that it goes up 400% and that you make $2000 (which is the cost of the service).

Now, if it does not...

I'm going to give you another year to my service, absolutely free!

So think of it like this...

This year for you is risk free. If you don't make the service cost back on that one trade, BOOM!

A year free just for you!

Talk about a guarantee!

**Problem is, you need to act quickly. Mortal Lock is live this coming week, guarantee will not be offered forever, and the price doubles soon.**

Avoid all of that by joining now.


**Kyle Dennis**
Biotech Trader

Special

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from kyle@biotechbreakouts.com
Unsubscribe from all RagingBull emails

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified

**PX 7, 332**

securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

| | |
|---|---|
| **From:** | Ugo Diribe |
| **To:** | Robbins, Colleen B.; Tavares, Michelle |
| **Subject:** | Fw: Boom Shakalaka! Wins on Wins! |
| **Date:** | Saturday, May 16, 2020 3:13:36 PM |

Best regards, Ugo.

----- Forwarded Message -----
**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** ██████████████████
**Sent:** Friday, April 26, 2019, 01:30:22 PM CDT
**Subject:** Boom Shakalaka! Wins on Wins!

I told everyone last night…

You either win, or you win!

And already, the C.A.$.H system is producing massive returns.

Attachment D                                    **PX 7, 334**

That’s a 50% winner and a 100% winner already, and guess what?

**Now we allocate proceeds to THE LOCK so that we can set ourselves up for 300...700...even 1500% returns!**

You need to be a part of this service.

**There’s no reason not to be! I’m guaranteeing YOUR performance, too!**

If you haven’t yet, go back and watch the recording from last night to see it in action.

Dive in at 17:00.

**Kyle Dennis**
Biotech Trader

Special



RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from kyle@biotechbreakouts.com
Unsubscribe from all RagingBull emails

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with

Attachment D

**PX 7, 336**

respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Attachment D

**PX 7, 337**

| | |
|---|---|
| **From:** | Ugo Diribe |
| **To:** | Robbins, Colleen B.; Tavares, Michelle |
| **Subject:** | Fw: [8 Hours] You're On the Clock |
| **Date:** | Saturday, May 16, 2020 3:23:59 PM |

Best regards, Ugo.


----- Forwarded Message -----
**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** ████████████████████
**Sent:** Thursday, May 2, 2019, 03:00:29 PM CDT
**Subject:** [8 Hours] You're On the Clock



Time Running Out

Rush hour traffic.

A miserable commute.

A salary that you know you're worth more than.

A structured 9-5 schedule.

I was fed up with it all, especially the amount of work I was doing to make just $40,000 per year.

So what did I do? I found a way to generate more income. **I remember my first year that I made more than $40,000 in trading profits.**

Then the next year, I made $838,000...Needless to say, I quit my job.

I'm telling you this because that first year I was able to make more than my salary was the greatest feeling of my life.

You'll be amazed at how much better work is when you're making additional income in as little as a few minutes per day.

And I wasn't as fortunate as you!

I didn't have the Option Rocket.

I wasted money on services that didn't deliver.

Attachment E

**PX 7, 339**

**My service though... it's GUARANTEED!**

Mortal Lock Trade...800% (minimum $250 to make $2000) or you get a free year!

Start with this program, because this first year is practically risk free.

It's the foundation and the building block to your success.

And who knows...maybe it will lead to your career as a full time trader?

*"I just started trading full time as of September 1st this year after I was forced to retire from a 40 year career as a Airline Pilot.* **Last week I was able to realize a profit of $78,000"** *- Nathan C.*

But for now...

**How does an extra $1000 or $2000 a week sound?**

Let's start there. You have until midnight to get this price before it doubles!


**Kyle Dennis**
Biotech Trader

PX 7, 340

Special

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from kyle@biotechbreakouts.com
Unsubscribe from all RagingBull emails

---

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified

Attachment E

PX 7, 341

securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Attachment E

**PX 7, 342**

| | |
|---|---|
| **From:** | Ugo Diribe |
| **To:** | Robbins, Colleen B.; Tavares, Michelle |
| **Subject:** | Fw: ??BIG NEWS! Everything Ends Today?? |
| **Date:** | Saturday, May 16, 2020 3:22:53 PM |

Best regards, Ugo.

----- Forwarded Message -----
**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** ███████████████████
**Sent:** Thursday, May 2, 2019, 06:30:36 AM CDT
**Subject:**   BIG NEWS! Everything Ends Today

**PX 7, 343**

Time Running Out



I've been trying to give you fair warning.

Over the past week, I've done all I could to show you the value of this service.

If you ask me, I did more than deliver.

Most traders won't hit a 100% win this entire year.

I demonstrated how effortless it is with my C.A.$.H system...You could've hit 7 with me in 4 trading days. Then a few 50% winners were just for fun.

Like I said, those are our "Cash Collectors" which basically gear us up for extremely selective picks that I call…

Mortal Locks.

My **FIRST MORTAL LOCK IS BEING PLACED TOMORROW!**

That's one reason you need to join by midnight.

The second is that the **GUARANTEE IS NOT OFFERED AFTER TODAY**. This is the last time to get in on this risk-free year.

Like I've said, I guarantee that $250 into this one trade will make you $2000 or you get a free year of service. It was originally $400 but I'm at an all new level of confidence so I wanted to give you a little extra!

Attachment F                **PX 7, 344**

And lastly, and PROBABLY THE MOST IMPORTANT...

**At midnight, this $1997 price is gone forever.**

**Option Rocket will be priced at $3997, but wait...it will get much worse for you!**

**Mortal Locks WILL NOT be included in the service after tonight.**

**Because of how advantageous they are for members, access to each Mortal Lock throughout the year will be $1000 a piece.**

Avoid all of that by signing up at this heavily discounted price of $1997.

You have until midnight.

**Kyle Dennis**
Biotech Trader

Special

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from kyle@biotechbreakouts.com
Unsubscribe from all RagingBull emails

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified

Attachment F

**PX 7, 346**

securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Attachment F

**PX 7, 347**

| | |
|---|---|
| **From:** | Ugo Diribe |
| **To:** | Robbins, Colleen B.; Tavares, Michelle |
| **Subject:** | Fw: [Replay Inside] Couldn't Attend, That's OK! |
| **Date:** | Saturday, May 16, 2020 3:13:07 PM |

watch the mortal lock presentation here

Best regards, Ugo.


----- Forwarded Message -----
**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** ██████████████████████████
**Sent:** Friday, April 26, 2019, 09:50:05 AM CDT
**Subject:** [Replay Inside] Couldn't Attend, That's OK!



The biggest event I've ever put on!

Over 4000 people piled in and I was told 15 minutes in that servers crashed.

We did it again! At one point, 1700 people tried to join within a 75 second time frame.

<div align="center">Attachment G</div>

**PX 7, 348**

Unfortunately, that meant that quite a few couldn't get in. Luckily, I recorded it in the event that something like this would happen.

Nearly two hours long with a full Q&A, and I know you don't want to sit through all of that.

I do need you for a little while though, because I want to walk you through these 3 KEY STEPS.

**Start at 17:09 and Watch Until 37:00...20 Minutes.**



Seriously, if you can't give me just 20 minutes, you don't truly want this.

I'm even guaranteeing YOUR performance.

See for yourself.



**Kyle Dennis**
Biotech Trader

Special

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from kyle@biotechbreakouts.com
Unsubscribe from all RagingBull emails

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine

**PX 7, 350**

for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Attachment G

**PX 7, 351**

| | |
|---|---|
| **From:** | Ugo Diribe |
| **To:** | Robbins, Colleen B.; Tavares, Michelle |
| **Subject:** | Fw: Ugo ... Check this Out! |
| **Date:** | Saturday, May 16, 2020 3:14:11 PM |

Best regards, Ugo.

----- Forwarded Message -----
**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** ███████████████████
**Sent:** Friday, April 26, 2019, 02:30:17 PM CDT
**Subject:** Ugo … Check this Out!



Members emailed in.

Attachment G

**PX 7, 352**

50% win on TNDM, 100% win on ZAYO....

**Dave's whole account is up 30%**



But they told me that wasn't enough for today.

I said "WHAT DO YOU WANT?"

Their reply…



So I did what I do best.

Rose to the challenge and delivered ANOTHER 100% Winner.



**NOW is the time to board the Option Rocket.**

Schedule your paycheck, collect the cash, and lock yourself into the #1 Options

Attachment G

**PX 7, 354**

Strategy available.

Lowest price offered with Performance Guarantee.


**Kyle Dennis**
Biotech Trader

Special

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from kyle@biotechbreakouts.com
Unsubscribe from all RagingBull emails

**PX 7, 355**

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Attachment G

**PX 7, 356**

| | |
|---|---|
| **From:** | Ugo Diribe |
| **To:** | Robbins, Colleen B.; Tavares, Michelle |
| **Subject:** | Fw: [NEW] This Deal Got Better! |
| **Date:** | Saturday, May 16, 2020 3:15:52 PM |

Best regards, Ugo.


----- Forwarded Message -----
**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** ████████████████████████
**Sent:** Saturday, April 27, 2019, 06:00:26 PM CDT
**Subject:** [NEW] This Deal Got Better!



I know it's Saturday evening, but something today got me thinking that I want to make this the easiest decision possible for you.

**PX 7, 357**

Now, listen up, because this is something you can't refuse.



During the webinar, I asked what "more money" meant for you. The winner got free access to my services and will be flown in as my VIP guest for the next conference.

On Apr 25, 8:09 PM, Steve Apt wrote:

*"The ability to continue to pay for the best Doctors to treat my wife's breast cancer. Thankfully she is doing well now after reconstruction and treatments. I burned through half my retirement paying for private Doctors and special surgeries. All well worth every penny. Now time to rebuild and retire and enjoy the rest of our lives."*

That right there hit home for me.

I knew I wanted to help, **so I then pledged another $10,000 to the National Breast Cancer Foundation.**

This is what "more money" means to me. It means that I can give back and help people.

## So here is the deal that I'm offering you right here, right now.

Would you like to be able to help people in need?...To give back to charities of your choosing?

Well NOW you can.

Attachment G                    **PX 7, 358**

Currently, I'm offering my Option Rocket service for $1997.

**For the next 50 people that buy at $1997, I'm going to give away $1997 of my trading profits this year.**

Read that again!

I'm going to match your purchase! **You buy it for $1997...and then I'm going to take $1997 from my trading profits this year and donate to charity.**

You want to know what's better?

**I'm going to let YOU CHOOSE THE CHARITY!**

It just has to be an accredited organization with a solid reputation. My team will do the final vetting to make sure it's reliable of course.

But that's the plan and that's why you need to take action.

As soon as you purchase, just email me with the charity you'd like me to donate to this year.

So, after knocking the price down to $1997...

After delivering you a performance guarantee of that $1997 on my Mortal Lock...

I then went a step further and I'm essentially putting your purchase to a worthwhile cause, more than just your own education and personal growth.

**This is me pledging $100,000 of my trading profits to the selected charities of the next 50 people who buy my service.**

Go ahead...find someone else that is going to do this. I dare you.

Join the Option Rocket now.

I'll continue working day in and day out in order to prove to you that this is the best decision of your life.

**Kyle Dennis**
Biotech Trader

Special

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from kyle@biotechbreakouts.com
Unsubscribe from all RagingBull emails

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified

Attachment G

**PX 7, 360**

securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Attachment G

**PX 7, 361**

| | |
|---|---|
| **From:** | Ugo Diribe |
| **To:** | Robbins, Colleen B.; Tavares, Michelle |
| **Subject:** | Fw:  My $100,000 Pledge |
| **Date:** | Saturday, May 16, 2020 3:16:40 PM |

Best regards, Ugo.


----- Forwarded Message -----
**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** ████████████████████
**Sent:** Sunday, April 28, 2019, 01:00:22 PM CDT
**Subject:**  My $100,000 Pledge



I emailed everyone last night, but it's the weekend so I'm sure you didn't see it.

Attachment G

**PX 7, 362**

This is something I can't let you miss, so here it is again.

**My $100,000 Pledge.**

As I wrote in my last email, the next 50 people who join my service at $199Z will get to pick the charity that I donate $2000 of my trading profits to.

Yes, that's $2000 * 50 people = $100,000 I'm giving.

So long as it's an accredited organization, it should be fine. My team will need to do a final vetting to make sure everything checks out.

Now, this is how I want to separate myself from other services.

For me, I want you to have success. I want you to make more money.

Because what more money does is it allows us to give back to others who need our help.

I no longer want you to think of this purchase as a "cost"...because it's not anymore.

As one of the next 50 people (like I said in my last email), you become a part of this charitable donation.

Join the Option Rocket and let's change some lives.



**Kyle Dennis**
Biotech Trader

Attachment G

**PX 7, 363**

Special

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from kyle@biotechbreakouts.com
Unsubscribe from all RagingBull emails

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified

Attachment G                                    **PX 7, 364**

securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

**PX 7, 365**

| | |
|---|---|
| **From:** | Ugo Diribe |
| **To:** | Robbins, Colleen B.; Tavares, Michelle |
| **Subject:** | Fw: Hint: Mortal Lock Coming Soon! |
| **Date:** | Saturday, May 16, 2020 3:17:28 PM |

Best regards, Ugo.


----- Forwarded Message -----
**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
**Sent:** Sunday, April 28, 2019, 06:49:01 PM CDT
**Subject:** Hint: Mortal Lock Coming Soon!



I need to keep this short and sweet tonight. Game of Thrones is starting soon and Winter is Coming!

**PX 7, 366**

But seriously, something BIG is happening...

You already know that by now. It's the Mortal Lock and details will be given out tomorrow.

Every member is soon going to know when it's happening, what the play is, and why I'm so confident this will return more than 400%...

**In fact, I wouldn't be surprised if it returned 1000%.**

Here's why the pressure is on you now.

As a trader, we pay for information and our greatest asset is the timeliness of delivery.

For good reason, you need to join before tomorrow morning.

What are you waiting for?


**Kyle Dennis**



Attachment G

**PX 7, 367**

Biotech Trader

Special

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from kyle@biotechbreakouts.com
Unsubscribe from all RagingBull emails

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is

**PX 7, 368**

not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Attachment G

**PX 7, 369**

| | |
|---|---|
| **From:** | Ugo Diribe |
| **To:** | Robbins, Colleen B.; Tavares, Michelle |
| **Subject:** | Fw: When Will You Start Making Money? |
| **Date:** | Saturday, May 16, 2020 3:17:46 PM |

Best regards, Ugo.

----- Forwarded Message -----
**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** █████████████████
**Sent:** Monday, April 29, 2019, 07:00:29 AM CDT
**Subject:** When Will You Start Making Money?



The question on everyone's mind.

**PX 7, 370**

*"I have to pay $1997 for the service...when am I going to recoup that cost and start making money?"*

Couple of points here.

1) I'm guaranteeing you make that much with one trade! If you don't make that back with the Mortal Lock that airs this week, you get a $1997 credit for another year...FREE.

All you have to do is decide if you want to be in that trade and take a $500 minimum position.

2) If I wasn't giving out that guarantee, you'd still be sitting in a phenomenal place! Members have made that back in as little as a couple days! It doesn't take long when you're hitting these types of winners.

Here, take it from them!

*"Made 64%! Almost paid off my membership with **two trades!**" - Derek Z*

*"Great call on SRPT and AAXN. It's only been **two weeks and I've almost made my annual fee back :)**...thx, you're really making a difference in people's lives. That is something you can be very proud of!!!" - Parker A*

*"I am a new member of your service and **joined last week**...I picked VKTX and bought 5 $15 Calls Exp 10/19 on 09/14. VKTX stock was at $10.4x Today is 09/18, the stock skyrocketed to > $21 and my options prices jumped huge. I was able to quickly sell just after market open @ $5.20 making me **more than $2000 over the weekend.**" - Sam W*

Want to know the real beauty of this?

## You Keep All Your Profits!

Now, in one full year, I've guaranteed your success.

I'm giving you access to Mortal Lock trades absolutely free.

I'm letting you see a live portfolio of my trades.

I'm giving you full access to my C.A.$.H System to act as a foundation for your trading.

And all I'm asking is $1997.

Ask yourself...Do you think you aren't going to make more than that in an entire year?

**All it may take is 1, 100% win. Remember, I hit 6 of those on Friday!**

Don't miss another and join before my next trade goes live!



**Kyle Dennis**
Biotech Trader

Special

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from kyle@biotechbreakouts.com

Attachment G                                **PX 7, 372**

[Unsubscribe from all RagingBull emails](#)

---

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Attachment G

**PX 7, 373**

 New Findings UnLOCKed 

From:  Kyle Dennis (kyle@biotechbreakouts.com)

To:    ███████████████

Date:  Monday, April 29, 2019, 07:00 PM CDT



Another quick message.

I don't want to disturb your night. I'm getting ready to watch the NBA playoffs anyway.

But before I do, let's recap and see what's in store moving forward.

**In 2 trading days since the webinar, I've hit SIX 100% winners and THREE +50% winners.**

Many are closing in on 100% and I expect those to happen by Wednesday.

More trades will be put on tomorrow, and more importantly…

New Mortal Lock findings will be given to members.

Remember, that's the trade I have stone cold confidence in.



**Not a doubt in my mind this thing returns less than 400%.**

That's why I'm still guaranteeing your performance.

After all, I want you to make money!

I'll say it again. Expect a price hike and this guarantee to go away soon.

*Kyle Dennis*

**Kyle Dennis**
Biotech Trader

**Kyle Dennis' VIP Event...Airs ONCE! Register Before It Reaches Capacity!**

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from kyle@biotechbreakouts.com
Unsubscribe from all RagingBull emails

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular

Attachment G

**PX 7, 375**

investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Attachment G

**PX 7, 376**

## 👀[1/3 Leaked] Mortal Lock Details

From:  Kyle Dennis (kyle@biotechbreakouts.com)

To:  ███████████████

Date:  Monday, April 29, 2019, 10:36 AM CDT



Your midday message is here.

Mortal Lock Details are being revealed, just like I said they would!

There are a few things that need to set up.

### Right now, members have received the FIRST OF THREE KEY ELEMENTS.



I obviously can't give this away for free.

**\*This is the trade I am guaranteeing goes up 400%\***

Remember, if you decide you'd like to take this trade, I am saying that a $500 position will return $2000 in profits or you get an additional year absolutely free.

Each detail of this trade is crucial.

You'll get this first one when you join here and can expect the others over the next 2 days.

Time to make some money!

Join now.

*Kyle Dennis*

**Kyle Dennis**
Biotech Trader

**Kyle Dennis' VIP Event...Airs ONCE! Register Before It Reaches Capacity!**

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from kyle@biotechbreakouts.com
Unsubscribe from all RagingBull emails

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but

all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Attachment G

| | |
|---|---|
| **From:** | Ugo Diribe |
| **To:** | Robbins, Colleen B.; Tavares, Michelle |
| **Subject:** | Fw: Newbie Alert: What Do I Do? |
| **Date:** | Saturday, May 16, 2020 3:21:14 PM |

Best regards, Ugo.


----- Forwarded Message -----
**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** ████████████████
**Sent:** Tuesday, April 30, 2019, 07:00:53 PM CDT
**Subject:** Newbie Alert: What Do I Do?

As a new trader or as a potential new member of my service, believe me when I say it can be nerve racking.

I've been there. I joined other services that let me down before finding the few that were worthwhile.

**PX 7, 380**

It was actually a big reason why I started my own.

I can't control the junk that others are offering. All I can do is control what my service delivers and each day, I go above and beyond for you.

You need to know that.

If my members didn't make money, I wouldn't have a business.

If it was taking them months or years to be successful, again, I wouldn't have a business.

I'm here to accelerate your learning curve and crush your perceptions of what is possible.

Don't take it from me. **Take it from Carolina Perez...She joined on FRIDAY!**

> *"Hi!!! Thank you I earned 2,500 dollars with you this week"*

**PX 7, 381**

I don't want it to take you weeks or months to make back the cost of this service.

I want it to take you a couple days (maybe a week if you're not too aggressive).

**That's why I'm still guaranteeing you make it back with this one Mortal Lock Pick!**

I can't say much more. Big things are happening soon!

Lock in your deal before it expires.



**Kyle Dennis**
Biotech Trader

Attachment G

**PX 7, 382**

Special

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from kyle@biotechbreakouts.com
Unsubscribe from all RagingBull emails

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative

Attachment G                    PX 7, 383

of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Attachment G

**PX 7, 384**

## 👀 [2/3 Leaked] Mortal Lock Details

From:   Kyle Dennis (kyle@biotechbreakouts.com)

To:   ███████████████

Date:   Tuesday, April 30, 2019, 03:00 PM CDT



We're nearing the end.

The end of this $1997 price.

The end of this guarantee.

And the end to join Option Rocket and get my first Mortal Lock.

I'm just about to release **the 2nd of 3 key findings of this trade.**

In fact, tomorrow is going to get even better for members, but I can't give away any more details.

Let's just say that **400% is no longer the ceiling on this trade!** It's better than that and you're going to find out why.

Join here to unlock these secrets.

By the way, that $1997 price will go to $3997 soon.

*Kyle Dennis*

**Kyle Dennis**
Biotech Trader

Attachment G                                    **PX 7, 385**

**Kyle Dennis' VIP Event...Airs ONCE!** **Register Before It Reaches Capacity!**

RagingBull, LLC

62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from kyle@biotechbreakouts.com

Unsubscribe from all RagingBull emails

---

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

**PX 7, 386**

1000% returns. Let 'em Laugh!

From:   Kyle Dennis (kyle@biotechbreakouts.com)

To:     ████████████████

Date:   Tuesday, April 30, 2019, 06:53 AM CDT



Here's a little lesson to kickstart this Tuesday morning.

The market gives us unlimited opportunity every day. One of the most crucial factors to your trading is exactly that. **It's YOUR trading.**

Remember, I'm doing the work for you. I'm researching companies, actively scanning and looking into technicals, reading news releases...Anything I can do to give us a leg up on the market and put the odds in our favor.

However, when it comes to making the trade and taking profits, that's on you.

And I'll say this time and time again. **You NEVER go broke taking profits.**

I might be gunning for 50-100%...is there a problem with take profits before that? Absolutely not!

In fact, when you realize how easy it can be to capture some 20-40% returns, you may just wind up compounding those wins and watching your account grow consistently. Plenty of members already do this!



That's the goal here.

The goal of the Option Rocket isn't to make a couple big winners and then have nothing to show for it at the end of the year.

No. <mark>The goal is to 10X your money or more!</mark>

<mark>1000% returns. Others who are uneducated might scoff at you when you tell them that's your plan.</mark>

Let them mock you. Let them laugh.

I can't wait to see the look on their face when you tell them how much your account has grown.

Meanwhile, I'm sure that 2% return from their financial manager is going to change their lives!

Anyway, that's a topic for another day.

Until then, if you want to make serious money in the market, you've got to be the one holding the reigns.

Join the Option Rocket. **I can't offer this price much longer.**

If you have other questions, reply to this email. I'd like to know why you're still on the fence.

*Kyle Dennis*

**Kyle Dennis**
Biotech Trader

---

**Kyle Dennis' VIP Event...Airs ONCE!** **Register Before It Reaches Capacity!**

---

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from kyle@biotechbreakouts.com
Unsubscribe from all RagingBull emails

---

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Attachment G          **PX 7, 389**

[Reply Today] Need Your Advice Please! ✅

From:  Kyle Dennis (kyle@biotechbreakouts.com)

To:  ███████████████

Date:  Wednesday, May 1, 2019, 02:13 PM CDT



A lot has happened in the past week, so I'd like to do a quick review **before I break some news to you.**

Read along carefully, it's been utter chaos!

April 25th → Mortal Lock Launches LIVE, Lowest Price Offered with Guarantee.

April 26th → Six 100% Winners, 1 50% Winner, Members Cash In

April 29th → Two 50% Winners and a 60% Winner, Members Cash In

April 30th → 120% Winner, Members Cash In

Today, May 1st → Guarantee Sweetened. **What I initially said would be a 400% winner, I upgraded to 800%.**

At this point, I've done what I can do.

I woke up this morning with even more conviction. 800% CONVICTION!

**What I'm saying is that a $250 position in the Mortal Lock will yield 800% returns or $2000 (cost of the service). If it does not, BOOMSKI! 1 Year FREE.**

Now I need something from you.

Look at any other online trading service you're following right now.

Have they hit SEVEN 100%, verified winners in the past 3 trading days?

Have they provided you proof that members are reeling in profits and paying for the service in as little as a couple days?

And last but not least…

Are they guaranteeing YOUR performance?

**If you can answer yes to all of these questions, I want you to reply to me and tell me what that service is, and I'll join it immediately, no matter what the cost is.**

If anyone was going out of their way to provide for members like I am, they deserve my business.

I highly doubt anyone is doing that.

And until they do, the Option Rocket remains the most trusted online trading service.

One that you can have the confidence to join, because after all, this first year is risk free with my Mortal Lock guarantee!

If you don't make the cost of the service with this one trade, you get a free year! (Minimum $250 position).

Waiting isn't going to help you.

Join HERE.

$3997 will be the new price soon! I don't want you to pay double.

*Kyle Dennis*

**Kyle Dennis**
Biotech Trader

---

**Kyle Dennis' VIP Event...Airs ONCE! Register Before It Reaches Capacity!**

---

Attachment G                                    **PX 7, 391**

RagingBull, LLC

62 Calef Hwy. #233, Lee, NH 03861


Click Here to stop receiving emails from kyle@biotechbreakouts.com

Unsubscribe from all RagingBull emails

---

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

| | |
|---|---|
| **From:** | Ugo Diribe |
| **To:** | Robbins, Colleen B.; Tavares, Michelle |
| **Subject:** | Fw: Can I break THIS Record Tomorrow? |
| **Date:** | Saturday, May 16, 2020 3:22:34 PM |

Best regards, Ugo.


----- Forwarded Message -----
**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** ██████████████████████
**Sent:** Wednesday, May 1, 2019, 07:00:25 PM CDT
**Subject:** Can I break THIS Record Tomorrow?



Won't name names, but there was a comment I saw and someone said…

Attachment G                    **PX 7, 393**

*"Why don't you hit 7, 100% winners in a day?"*

And you know what I say to that, good sir?



I'm never going to back down, so tomorrow let's see how many "cash collectors" I can jump on to profit 100% before the weekend.

You'll have access to these if you join tonight.

I'm working to have some ready for market open.

**And I also have some HUGE news coming tomorrow for all Option Rocket members.**

I'm done giving out free tidbits though.

I can only say this.

It's going to be...

# LEGENDARY!



I need you to act quickly though.

I made the guarantee even better today if you didn't notice (800% return on the mortal lock or you get a free year).

That combined with this blowout price of $1997…it's just getting out of hand.

I've been upfront about this.

That price is going to double. Don't get caught on the wrong side.


**Kyle Dennis**
Biotech Trader

Special

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from kyle@biotechbreakouts.com
Unsubscribe from all RagingBull emails

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified

PX 7, 396

securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

## ⭐ UPGRADED GUARANTEE ⭐

From:   Kyle Dennis (kyle@biotechbreakouts.com)

To:     ████████████████

Date:   Wednesday, May 1, 2019, 07:48 AM CDT



I told you I had big news coming, and here it is.

I no longer think my Mortal Lock is going to return 400%...

Sorry, but I've been patient with this trade and after some key findings were revealed yesterday, I just don't have that same certainty.

## Instead, I have 800% CERTAINTY!

That's right. This trade has been upgraded and so has your guarantee.

I'm at a new level of confidence in this, and you are going to reap the rewards.

**What this means is that if you decide to put just $250 into this trade, I guarantee it will return $2000 in profits, or 800%.**

If it does not, you get another year of my service absolutely free.

How does that sound?

Attachment G                                    **PX 7, 398**



Great! Glad we are in agreement!

No one else is going to do this for you.

You need to sign up now. My guarantee is expiring soon.

You must purchase before the Mortal Lock trade is placed.

*Kyle Dennis*

**Kyle Dennis**
Biotech Trader

**Kyle Dennis' VIP Event...Airs ONCE! Register Before It Reaches Capacity!**

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from kyle@biotechbreakouts.com
Unsubscribe from all RagingBull emails

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is

Attachment G                                    PX 7, 399

discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Attachment G

**PX 7, 400**

| | |
|---|---|
| **From:** | Ugo Diribe |
| **To:** | Robbins, Colleen B.; Tavares, Michelle |
| **Subject:** | Fw: All Done! Sale Ends Now |
| **Date:** | Saturday, May 16, 2020 3:25:01 PM |

Best regards, Ugo.

----- Forwarded Message -----
**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** ██████████████████████
**Sent:** Thursday, May 2, 2019, 09:00:19 PM CDT
**Subject:** All Done! Sale Ends Now

**PX 7, 401**

Time Running Out



It's not a secret anymore. This deal is ending.

The guarantee is disappearing.

The price for Option Rocket is going from $1997 to $3997.

Mortal Lock Picks will be their own separate service, $1000 for access to each trade.

**PX 7, 402**



I have to. This deal has gone on long enough.

**This is your last chance to get this price!**


**Kyle Dennis**
Biotech Trader

**PX 7, 403**

Special

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from kyle@biotechbreakouts.com
Unsubscribe from all RagingBull emails

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified

PX 7, 404

securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Attachment G

**PX 7, 405**

| | |
|---|---|
| **From:** | Ugo Diribe |
| **To:** | Robbins, Colleen B.; Tavares, Michelle |
| **Subject:** | Fw:   BIG NEWS! Everything Ends Today |
| **Date:** | Saturday, May 16, 2020 3:22:53 PM |

Best regards, Ugo.


----- Forwarded Message -----
**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** ███████████████████████
**Sent:** Thursday, May 2, 2019, 06:30:36 AM CDT
**Subject:**   BIG NEWS! Everything Ends Today

**PX 7, 406**

Time Running Out



I've been trying to give you fair warning.

Over the past week, I've done all I could to show you the value of this service.

If you ask me, I did more than deliver.

Most traders won't hit a 100% win this entire year.

I demonstrated how effortless it is with my C.A.$.H system...You could've hit 7 with me in 4 trading days. Then a few 50% winners were just for fun.

Like I said, those are our "Cash Collectors" which basically gear us up for extremely selective picks that I call…

Mortal Locks.

My **FIRST MORTAL LOCK IS BEING PLACED TOMORROW!**

That's one reason you need to join by midnight.

The second is that the **GUARANTEE IS NOT OFFERED AFTER TODAY**. This is the last time to get in on this risk-free year.

Like I've said, I guarantee that $250 into this one trade will make you $2000 or you get a free year of service. It was originally $400 but I'm at an all new level of confidence so I wanted to give you a little extra!

**PX 7, 407**

And lastly, and PROBABLY THE MOST IMPORTANT…

**At midnight, this $1997 price is gone forever.**

**Option Rocket will be priced at $3997, but wait…it will get much worse for you!**

**Mortal Locks WILL NOT be included in the service after tonight.**

**Because of how advantageous they are for members, access to each Mortal Lock throughout the year will be $1000 a piece.**

Avoid all of that by signing up at this heavily discounted price of $1997.

You have until midnight.

**Kyle Dennis**
Biotech Trader

Special

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from kyle@biotechbreakouts.com
Unsubscribe from all RagingBull emails

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified

**PX 7, 409**

securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Attachment G                    **PX 7, 410**

| | |
|---|---|
| **From:** | Ugo Diribe |
| **To:** | Robbins, Colleen B.; Tavares, Michelle |
| **Subject:** | Fw: ⏱[Hours Remain] Choose a Side! |
| **Date:** | Saturday, May 16, 2020 3:24:35 PM |

Best regards, Ugo.


----- Forwarded Message -----
**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** ██████████████████████
**Sent:** Thursday, May 2, 2019, 08:00:30 PM CDT
**Subject:** ⏱[Hours Remain] Choose a Side!



This is where we separate the "Reals" from the "Fakes"...

**PX 7, 411**

A week ago at this time, I got a pretty good idea who was serious about making money in the stock market.

Those people joined immediately and have been paying themselves this past week with the Option Rocket.

But I get it...you've been skeptical. You had to do your research. You had to see if I was "REAL".

And I've proven that **I'M AS REAL AS THEY COME!**

That's why I pledged all my trading profits from my services to charity this year and I even let 50 new Option Rocket members pick some of the charities.

That's why I guaranteed your performance.

And that's why I allowed a full week to get this discount. But now the decision is yours…

**PX 7, 412**

Are you REAL? If so, that means that you are serious about making more money.

Or are you FAKE? If so, that means you don't really want this.

I've got a strong assumption, so follow this link!

I'll be in touch tomorrow with the Mortal Lock!



**Kyle Dennis**
Biotech Trader

Special

RagingBull, LLC

Attachment G

**PX 7, 413**

62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from kyle@biotechbreakouts.com
Unsubscribe from all RagingBull emails

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Attachment G

**PX 7, 414**

| | |
|---|---|
| **From:** | Ugo Diribe |
| **To:** | Robbins, Colleen B.; Tavares, Michelle |
| **Subject:** | Fw: ?ONE MORE BONUS!? |
| **Date:** | Saturday, May 16, 2020 3:24:24 PM |

Best regards, Ugo.

----- Forwarded Message -----
**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** ███████████████████████
**Sent:** Thursday, May 2, 2019, 04:30:24 PM CDT
**Subject:**   ONE MORE BONUS!

**PX 7, 415**

Time Running Out



You thought I was done adding value to this deal?

**Well I'm not done yet!**

You know I've guaranteed this first year for you with the Mortal Lock.

My trade tomorrow, I am guaranteeing returns of 800% or you get a free year. If you decide to take part, all that is required is $250 to help you make $2000 (cost of the service).

If you don't make that…



Again, your next year is FREE!

Attachment G                                                    **PX 7, 416**

But wait, I want to make this just a little bit better for you.

If you don't make more than the cost of my service in the next year, I want you to email me, because something must be seriously wrong.

You have 252 trading days to make back $1997.

I mean, members who joined this week already made that cost back and now have 51 weeks of "free profits" ...

So, if for some insane reason you aren't making money, **I NEED you to email me and we will work out a special deal and get to the bottom of this!**

It may even involve special credits or FREE access to some of my other services to make sure you securing profits.

I'm not in the business to see you fail.

You know what I say to FAILURE?



And that's the mindset you'll have when you reap the benefits of the Option Rocket.

100% Price Hike at Midnight!

Lock in this deal before it expires.


**Kyle Dennis**
Biotech Trader

PX 7, 417

Special

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from kyle@biotechbreakouts.com
Unsubscribe from all RagingBull emails

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified

**PX 7, 418**

securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

| | |
|---|---|
| **From:** | Ugo Diribe |
| **To:** | Robbins, Colleen B.; Tavares, Michelle |
| **Subject:** | Fw: 4 More 100% Winners! Had Enough? |
| **Date:** | Saturday, May 16, 2020 3:15:02 PM |

not sure if all these claims are verifiable

Best regards, Ugo.

----- Forwarded Message -----
**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** ███████████████████████
**Sent:** Friday, April 26, 2019, 04:53:29 PM CDT
**Subject:** 4 More 100% Winners! Had Enough?



Today was one that you'll never want to miss again.

And one that you wouldn't have if you were a member of my service!

Rather than type too much, let me show you the 4 100% winners I locked in during the last 30

**PX 7, 420**

minutes of trading today.

**I'll post the link to join the Option Rocket here,** because I can't imagine why you wouldn't want a piece of this.

**100% on AAPL**



**100% on AMRN**

PX 7, 421

Attachment H



**100% on WW**

**PX 7, 422**



And last and JUST AS GOOD…

**100% on MCD**



If this doesn't interest you, then what will?

Join here!

Price at an all time low with performance guarantee!

**If you have questions, reply to this email. Let me know why you're still on the fence!**



**Kyle Dennis**
Biotech Trader

**PX 7, 424**

Attachment H

Special

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from kyle@biotechbreakouts.com
Unsubscribe from all RagingBull emails

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative

Attachment H

PX 7, 425

of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

**PX 7, 426**

| | |
|---|---|
| **From:** | Ugo Diribe |
| **To:** | Robbins, Colleen B.; Tavares, Michelle |
| **Subject:** | Fw: GE Whiz...ANOTHER 800% Winner. |
| **Date:** | Saturday, May 16, 2020 3:23:15 PM |

Best regards, Ugo.


----- Forwarded Message -----
**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** ██████████████████████
**Sent:** Thursday, May 2, 2019, 08:56:36 AM CDT
**Subject:** GE Whiz...ANOTHER 800% Winner.



I have a feeling some of you think I'm crazy for guaranteeing that this Mortal Lock trade I'm placing tomorrow goes up 800%...

I mean, I'm telling you that if you decide to take a $250 position that it will pay you $2000 or you get a free year of my service.

**And trust me, I don't plan on giving away any free services!!**

I've hit 800% winners before and they weren't even Mortal Locks!

They were just bonus trades I gave to my members…

Like my trade on GE end of February.

*josh luttrell set: out **1/2 of the calls for 550%***

*luz lip: Sold my GE calls plus **570%***

*bryan ald: + **600%** on GE wow*

*jeffrey geh: **+2900** GE calls*

*justin cal: **+$18k** GE calls. biggest win of my career*

*lisa sto: My GE runner up **817%***

*marc pol: Took in **3K** from 50 GE contract*

*erick wilson wil: I made around **800%+** !!!Thanks Kyle!*

*mark mor: GE up **380%** . in 200 Mar01 11calls at 0.09!*

*jason hac: just a cool **36k***

*mark mor: cool **12000***

*gary dub: GE **+ 762%***

*dennis uy : im up only **755%** on GE calls*

*dan sew: ge **710 %***

*lisa sto: dang, **781%** on runners*

*lloyd abd: Up **788%** GE calls!*

*erick wilson wil: **$6,000** + on GE !!! And I'm at the gym!!!*

Attachment H

**PX 7, 428**

*matthew kai: **8k** on GE*

*james fer: **+790%** on GE*

You can't wait on this offer any longer!

## Option Rocket + Mortal Lock Trades + Guarantee = $1997 UNTIL MIDNIGHT!

If I get an email tomorrow asking to get in on this deal....




**Kyle Dennis**
Biotech Trader

Attachment H

**PX 7, 429**

Special

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from kyle@biotechbreakouts.com
Unsubscribe from all RagingBull emails

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified

Attachment H

**PX 7, 430**

securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

**PX 7, 431**

| | |
|---|---|
| **From:** | Ugo Diribe |
| **To:** | Robbins, Colleen B.; Tavares, Michelle |
| **Subject:** | Fw: Trade Alert: Bought SQ Calls |
| **Date:** | Saturday, May 16, 2020 3:19:21 PM |

Best regards, Ugo.

----- Forwarded Message -----
**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** ███████████████████
**Sent:** Monday, April 29, 2019, 12:04:16 PM CDT
**Subject:** Trade Alert: Bought SQ Calls



Wanted to send everyone a little teaser of what you can expect for the next 365 days as a member of the Option Rocket.

Attachment H

**PX 7, 432**

Today, I alerted a trade on SQ. Here it is, for free!



And already, members have been crushing it!

**Remember, these are the "paychecks"...the "cash" we collect throughout the week.**

*"SQ is moving **+35%** so far…"* - Jeffrey G
*"so far for the day **+ 2500** . SQ calls."* - Ali K
*"out of SQ call for **54%**, I got in on Friday."* - Jason Y
*"Out all SQ **+57%**."* Thanks Kyle
*"**50%** on SQ calls"* - Robert L
*"**51%** SQ for me. was a nice call"* - Jacob W.

**Then we reallocate the proceeds to the Mortal Locks.**

I'm telling you right now, you do not want to miss any more of these! They've been HUGE daily money makers!

Get in today and lock in this guaranteed year with me.

Attachment H                    **PX 7, 433**

Price hike is coming as well.



**Kyle Dennis**
Biotech Trader

Special

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from kyle@biotechbreakouts.com
Unsubscribe from all RagingBull emails

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a

Attachment H

**PX 7, 434**

broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Attachment H

**PX 7, 435**

| | |
|---|---|
| **From:** | Ugo Diribe |
| **To:** | Robbins, Colleen B.; Tavares, Michelle |
| **Subject:** | Fw: ATTN: Important Details! |
| **Date:** | Saturday, May 16, 2020 3:15:33 PM |

watch video

Best regards, Ugo.

----- Forwarded Message -----
**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** ████████████████████
**Sent:** Friday, April 26, 2019, 07:01:15 PM CDT
**Subject:** ATTN: Important Details!



Hope everyone had a great day!

It was an amazing start for new Option Rocket members as I locked in 6, 100% winners and a 50% winner (just for fun).

**PX 7, 436**

But it's more than that.

As discussed in my webinar, this is the first time I've ever been crazy enough to offer a **guarantee.**

*One that is focused on YOUR performance, not my own.*

Everyone has been wanting the full details. so follow this link.

**Start at 47 minutes. You'll see why everyone is joining!**



**Kyle Dennis**

Biotech Trader

Special

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from kyle@biotechbreakouts.com
Unsubscribe from all RagingBull emails

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good

**PX 7, 438**

faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Attachment H

**PX 7, 439**

| From: | Ugo Diribe |
|---|---|
| To: | Robbins, Colleen B.; Tavares, Michelle |
| Subject: | Fw: +1714% gains...Yes for REAL! |
| Date: | Saturday, May 16, 2020 3:16:58 PM |

Best regards, Ugo.


----- Forwarded Message -----
**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** ███████████████████████
**Sent:** Sunday, April 28, 2019, 04:00:20 PM CDT
**Subject:** +1714% gains...Yes for REAL!



*...Over $6000 profits on a $350 investment...*

I'm able to find some of the most lucrative trades, because of my love for biotechs.

**PX 7, 440**

This is where I built my worth. I found consistency in this industry. It's been my go-to throughout my journey from $15,000 to over $6.5 million.

Now I use options to exploit it even further!

Take this example on VKTX.

This past September, I had alerted a trade on it.

Now look at that move between September 18th and 19th...



Stock shot up over 100%...which is already a massive win.

But, when played with options, the results were multiplied!

*"Last week I have made **$6K+ profits through 9/21 Call options on***

Attachment H

**PX 7, 441**

***VKTX with just $350 investment.*** *I choose calls over stocks here due to my portfolio size, but it paid me more than what stocks would have :)" - Amar N.*

Want to learn how to put those limited funds to work and manage your risk while doing so?

[It starts here. The Option Rocket.](#)

[$1997 price and guarantee expiring soon.](#)



**Kyle Dennis**
Biotech Trader

Special

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Attachment H

**PX 7, 442**

Click Here to stop receiving emails from kyle@biotechbreakouts.com
Unsubscribe from all RagingBull emails

---

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Attachment H                                  **PX 7, 443**

| | |
|---|---|
| **From:** | Ugo Diribe |
| **To:** | Robbins, Colleen B.; Tavares, Michelle |
| **Subject:** | Fw: [Watch FREE] Trade Anatomy Lesson |
| **Date:** | Saturday, May 16, 2020 3:22:21 PM |

Best regards, Ugo.


----- Forwarded Message -----
**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** ███████████████████
**Sent:** Wednesday, May 1, 2019, 04:30:22 PM CDT
**Subject:** [Watch FREE] Trade Anatomy Lesson



I've had a lot of emails about my historical day this past Friday.

**PX 7, 444**

Yes, the day I hit SIX 100% winners.

So, here is what you've been asking for!

A walk through of how I targeted, executed, and doubled up on each trade!



*Upgraded Guarantee Details at End of Video*


**Kyle Dennis**
Biotech Trader

**PX 7, 445**

Special

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from kyle@biotechbreakouts.com
Unsubscribe from all RagingBull emails

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified

PX 7, 446

securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Attachment H

**PX 7, 447**

| From: | Ugo Diribe |
|---|---|
| To: | Robbins, Colleen B.; Tavares, Michelle |
| Subject: | Fw: Mortal Lock: Buying Calls on this Small Electric Car Maker |
| Date: | Saturday, May 16, 2020 3:25:13 PM |

Best regards, Ugo.


----- Forwarded Message -----
**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** █████████████████████████
**Sent:** Friday, May 3, 2019, 12:12:34 PM CDT
**Subject:** Mortal Lock: Buying Calls on this Small Electric Car Maker



Good afternoon,

**PX 7, 448**

**The Mortal Lock Trade:** This stock is extremely liquid. Be sure to get the price YOU want. I think there is tremendous upside here, so I'm not too worried about the initial buy price, but the lower price you get obviously the better. **I bought 250 NIO June 21, 2019 $6 calls at .20.**

**The Guarantee Rules (for the new Mortal Lock buyers):** If you are a new Option Rocket buyer as of April 25th, 2019, and as long as you put in $250 into this trade, you qualify for my guarantee. Remember, my guarantee is that you will make at least $1997 (the cost of this service) on the trade, as long as you put in over $250 - if you do not make the cost of the service by the time the trade is over, all you have to do is call or email in to request another year on me! That means I'm seeing over 800% upside overall here! As an example however, if you put in $2,000 and it goes up 100% and you make $2,000 - I have fulfilled my guarantee. **As a bonus**, the guarantee also extends to the PRICE THAT YOU BUY AT, not my personal results! Make sense?!

**The Report:**

NIO Inc, is an electric auto manufacturer based here in the United States. However, they are mainly targeting the Chinese market. As a product, many of their cars are futuristic and simply beautiful. Take a look at one of their high end cars:



The company's shares rallied huge earlier this year from about $6 to $10 on being on the 60 minutes program in February. Afterwards, both NIO and a comparator KNDI dumped back down.

Now we are trading just off all time lows and sentiment is extremely poor. There was a recent fire, they laid off employees at one of their offices in San Francisco, and traders are screaming on the message boards.

*So, why buy?*

This is step one of my formula!

A former loved name is now beaten down near 52 week lows. All the bad news has seemingly come out and expectations are low. That means any good news that comes out will allow for an outsized pop to the upside.

Additionally, there is a larger than average short interest, which will add to the pop on

**PX 7, 450**

any news over the next two months.

The company "could" have an earnings call sometime in early June, per their estimated date.

Immensely speculative, but recently some rumors surrounding Apple joining up with NIO just came out as well. Peep the headline below:



I doubt this actually materializes into anything (I don't like to rely on rumors for my main thesis), but any news regarding that would be humongous for the company. I wanted you guys to be aware first, and I'll just leave it at that, since I don't see it very likely to happen.

In essence, this is very similar to our previous plays on the big **SNAP and AMRN** wins. A stock that was formerly loved, now beaten up on bad times, with a couple of nice catalysts and rumors afoot.

**Bonus trade**: For you more advanced at options, you could reduce your risk on this

**PX 7, 451**

trade to essentially nothing by selling some closer dated puts. **I sold 250 of the NIO May 17, 2019 $4.50 puts for .17.** That means if the stock stays above $4.50 by May 17th, I'll collect about $5,000 and reduce my risk to just .02 a contract, nearly nothing!

Let's go baby!

Cheers,

**Kyle Dennis**
Biotech Trader

Special

**PX 7, 452**

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future,
you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Option Rocket

---

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

**PX 7, 453**

| | |
|---|---|
| **From:** | Ugo Diribe |
| **To:** | Robbins, Colleen B.; Tavares, Michelle |
| **Subject:** | Fw: Option Rocket: Update on NIO! |
| **Date:** | Saturday, May 16, 2020 3:25:48 PM |

Best regards, Ugo.

----- Forwarded Message -----
**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** █████████████████
**Sent:** Wednesday, May 15, 2019, 09:38:36 AM CDT
**Subject:** Option Rocket: Update on NIO!



Good afternoon,

**PX 7, 454**

A couple of positive developments on **NIO** I wanted to bring to your attention today!

1. Yesterday, there was an article that Nissan was looking to partner/merge/acquire a Chinese Electric Vehicle company! NIO was not mentioned in the article, but the speculation of a large company wanting to get into the China market was viewed positively for NIO. You can read that article here.

2. Today, the company announced that they will have an earnings announcement May 28th at 8 am.

3. Also, today President Trump announced a 6 month delay in implementing auto tariffs, which is great for the automobile industry! We are seeing shares of NIO move higher on that as well.

So, a couple updates to the actual position!

**The NIO calls at trading right now at .21**. So it is slightly up from my buy point. With the positive news and upcoming earnings call, I expect shares to move higher in the next couple weeks and for those calls to appreciate. If they have a better than expected earnings call (with sentiment so low), we could get a great pop. This gives us a defined catalyst date.

For those of you that took the "bonus trade" of selling to open the NIO puts for around .17, **those are currently up 60% and are looking like they will be a 100% win**. That will almost completely fund the call position and give you a risk free way to play them! Really working well there so far. Just need shares to close over $4.50, which is looking very likely right now.

Cheers,



**Kyle Dennis**
Biotech Trader

**PX 7, 455**

Special

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future,
you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Option Rocket

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do

**PX 7, 456**

not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Attachment J

**PX 7, 457**

| | |
|---|---|
| **From:** | Ugo Diribe |
| **To:** | Robbins, Colleen B.; Tavares, Michelle |
| **Subject:** | Fw: Option Rocket: Collecting Cash on NIO for 75% win! |
| **Date:** | Saturday, May 16, 2020 3:26:10 PM |

Best regards, Ugo.


----- Forwarded Message -----
**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** ████████████████████
**Sent:** Thursday, May 16, 2019, 01:27:33 PM CDT
**Subject:** Option Rocket: Collecting Cash on NIO for 75% win!



Good afternoon,

**PX 7, 458**

**I bought to close my NIO puts at .03 for about 75% and collected around $3,500. If the stock stays above $4.50 tomorrow, this will be a 100% win for those still holding.**

Remember, this was the "bonus" trade at the bottom of the Mortal Lock, to help reduce risk even further.

This makes my cost basis on the **NIO play around just .06 cents a contract!** That's super low risk given the upside potential here.

If you did the same tweet me here on twitter and let me know.

I'm interested to see how many people played that idea and profited.

Cheers,



**Kyle Dennis**
Biotech Trader

**PX 7, 459**

Special

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Option Rocket

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do

Attachment J

**PX 7, 460**

not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Attachment J

**PX 7, 461**

| | |
|---|---|
| **From:** | Ugo Diribe |
| **To:** | Robbins, Colleen B.; Tavares, Michelle |
| **Subject:** | Fw: Option Rocket: NIO beats earnings, update! |
| **Date:** | Saturday, May 16, 2020 3:26:29 PM |

Best regards, Ugo.

----- Forwarded Message -----
**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** ████████████████████████
**Sent:** Tuesday, May 28, 2019, 10:17:59 AM CDT
**Subject:** Option Rocket: NIO beats earnings, update!



Good afternoon,

Attachment J

**PX 7, 462**

**NIO** reported earnings today and there are some definite positive takeaways!  I'll give you the rundown.

1. The company beat 1Q expectations. In the first quarter estimates were 1.54B Yuan and they beat with 1.63B Yuan in revenues. They also beat on EPS numbers and deliveries of their new SUV beat expectations as well. All good!
2. On the downside, 2Q expectations were a slight miss going forward. They cited a tough Chinese economy as one issue (which makes sense because of the trade war).
3. On a huge positive, they announced that they are set to receive up to 10B Yuan as an investment from E-Town capital to build out their factories and increase production. The final details should be finalized soon.

Now, what does this all mean for the position? Well, it's a mixed bag. The stock so far is reacting well, with shares up about 5% as I'm typing. However, due to the trade war and other electric car companies falling, NIO has slid down almost $1 in anticipation of the earnings. I think shares are heading higher, but we really need a bigger piece of news to accelerate things further.

There are about a little over 3.5 weeks until the expiration of these options, so I'm holding on tight for now.

I'll give a further update early next week when the market has fully digested the news.

Cheers,



**Kyle Dennis**
Biotech Trader

**PX 7, 463**

Special

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future,
you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Option Rocket

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do

Attachment J                                    **PX 7, 464**

not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Attachment J

**PX 7, 465**

**Robbins, Colleen B.**

---

| | |
|---|---|
| **From:** | Ugo Diribe ███████████████ |
| **Sent:** | Saturday, May 16, 2020 3:27 PM |
| **To:** | Robbins, Colleen B.; Tavares, Michelle |
| **Subject:** | Fw: [BioTechBreakouts] Re: Re: Option Rocket: Bought CARA calls |

Best regards, Ugo.

----- Forwarded Message -----
**From:** Michael (BioTechBreakouts Support) <kyle@biotechbreakouts.com>
**To:** Ugo Diribe ██████████████
**Sent:** Wednesday, May 29, 2019, 11:37:05 AM CDT
**Subject:** [BioTechBreakouts] Re: Re: Option Rocket: Bought CARA calls

##- Please type your reply above this line -##

Your request (535957) has been solved. To reopen this request, reply to this email. See the latest comments below:

---

 **Michael** (BioTechBreakouts)

May 29, 12:37 PM EDT

Hi Ugo,

Kyle sent out an update yesterday for NIO.

You can review that email and see if it's still a viable trade for you.

Sincerely,

Michael

---

 **Ugo Diribe**

May 29, 12:35 PM EDT

Good morning,
Any new guidance on NIO and the Mortal lock?? 23 days to expiry and a lot of money at risk
Best regards, Ugo.

**PX 7, 466**

On Wednesday, May 29, 2019 08:47:57 AM CDT, Kyle Dennis <[kyle@biotechbreakouts.com](mailto:kyle@biotechbreakouts.com)>
wrote:


|

| |

|

|

| |


|


|

|

|

|

Good morning,

I bought 20 CARA June 21 2019 $22.50 calls at $1.07.

The company had great Phase 3 data this morning and I think this will be going much higher
over the next few weeks as institutions buy in.

Not many expected this data to be good, so I think the funds are going to add into this over
the next week.

There's a gap below, so if the market is super weak, I might add to it if the stock dips into that
gap.

Cheers,


Kyle Dennis
Biotech Trader
|

|


| |

|

|

**PX 7, 467**

|

|

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Option Rocket

|

|

|

| |

|

|

| Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to

**PX 7, 468**

be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com. |

|

|

|

]

Thank You for Contacting Support.

**PX 7, 469**

| | |
|---|---|
| **From:** | Ugo Diribe |
| **To:** | Robbins, Colleen B.; Tavares, Michelle |
| **Subject:** | Fw: Option Rocket: NIO Update, the Guarantee, and More! |
| **Date:** | Saturday, May 16, 2020 3:27:04 PM |

Best regards, Ugo.


----- Forwarded Message -----
**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** ████████████████████████
**Sent:** Monday, June 3, 2019, 11:51:51 AM CDT
**Subject:** Option Rocket: NIO Update, the Guarantee, and More!

Good afternoon,

PX 7, 470

I'm writing you here today to give you an update on the **NIO** trade. Below I explain what happened, what to do now, why I have your back, and how I'll be working 10 times harder for you as I put the finishing touches on some killer ideas.

I'll also discuss what you'll need to do to claim your personal guarantee from me!

**What Happened?**

Part of finding these picks that can go up 500% or more is picking stocks that have been oversold and beaten down.

That is exactly what I did for previous huge winners, **SNAP** and **AMRN**.

Remember the formula? You find a beaten down company with a big upcoming event and then pick the cheapest options you can find in the future.

However, anything that gets oversold can definitely become even more oversold - and that's exactly what happened here. The bad news got worse. The reason why this idea didn't work is very simple. Let me explain...

I purchased these NIO calls in May. It turns out that May was the worst month in the stock market all year. Every week for the month (five in a row) were all red.

The company did have an earnings call, which had lots of positive news. They beat expectations and also got $1.5B in funding to build a new factory. However, those positives didn't outweigh the overall market negatives.

NIO sank lower.

The China trade talks pushed down shares (this is a Chinese company). Now, the tariffs don't directly affect NIO, but investors have been selling Chinese companies with no regard. Check out the charts on **BIDU, BABA, and JD**. All are down 20% or more over the last month.

Additionally, **NIO**'s biggest comparator is obviously **TSLA**. The company did an offering mid May, which pushed sentiment for the electric vehicle space even lower. Shares of **TSLA** are down near 50% on the year and pushing 52 week lows. **KNDI** (another electric vehicle maker) is also pushing lower.

So to summarize, mediocre earnings, bad market conditions, and extremely poor sentiment in the electric vehicle space all negatively affected **NIO**'s performance.

But like I said - the reason why I bought it remains completely sound! It follows the formula that has led me to discover multiple 400-1000% winners. This same KIND OF

**PX 7, 471**

ANALYSIS has crushed it for us in the past - and there will definitely be more to come!

**What Now?**

To put it bluntly, this pick failed. My research was right, but… we had some REALLY bad timing. Now, we do have 3 weeks here to have some sort of surprise news come out to remedy some of this trade, but this would be unlikely.

I will be holding my position for the next 3 weeks, since there is no sense in selling it for a cent just to book the loss. Like I said, there is always a chance something amazing happens.

The option will expire on June 21st after the market closes if shares don't climb above $6. You won't need to take any action. This will be marked as a losing trade and your broker will take the options out of your account before that coming Monday.

So, I'm hoping some news comes out for us! Remember, there have been rumors about **AAPL** partnering with **NIO**. However, the chance of that happening is slim.

**I've Got Your Back!**

I know you put a lot of faith into me on this pick and I thought I was going to be 100% right. I have my real money in this trade and I'm losing right along with you.

Sometimes the stock market just kicks your butt.

The key is to get back in the saddle!

I'm closing in on $7,000,000 in career trading profits and I want you to be reassured that we are going to battle back.

I'm going to prove that you made the correct choice by joining with me over the next year.

This is just one pick and we'll have numerous killer ideas over the next year - so stick with me!

I've booked thousands of winners over the past 5 years and I'm pushing forward with some fantastic ideas.

Remember, you joined with me for ALL the picks - not just 1.

This NIO trade has not worked out. I put my reputation on this play and now I'm going to work 10 times harder to gain your respect back and put more money in your

**PX 7, 472**

pockets.

**The Guarantee**

If you were a new buyer, I'm 100% honoring my guarantee as I promised.

I am a man of my word and I will give you the full update on how to claim your free year with me after the option is closed on June 21st. There's always a small chance of news, but if there isn't, I'll be working for you for another year on me.

**I'll give you an update every Monday on NIO until the 21st because there is no way I'm sweeping this failure under the rug.**

I will highlight the news and potential until you get your free year.

I'll be there by your side and we have hundreds of great picks coming together.

Stay tuned!

Cheers,



**Kyle Dennis**
Biotech Trader

**PX 7, 473**

Special

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future,
you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Option Rocket

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do

Attachment L

**PX 7, 474**

not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Attachment L

**PX 7, 475**

| | |
|---|---|
| **From:** | Ugo Diribe |
| **To:** | Robbins, Colleen B.; Tavares, Michelle |
| **Subject:** | Fw: Option Rocket: Sticking with it! And Updates! |
| **Date:** | Saturday, May 16, 2020 3:27:20 PM |

Best regards, Ugo.

----- Forwarded Message -----
**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** ████████████████████████
**Sent:** Monday, June 10, 2019, 12:09:57 PM CDT
**Subject:** Option Rocket: Sticking with it! And Updates!



Good afternoon,

**PX 7, 476**

As I promised last Monday, I would be providing you with an update on the NIO trade every Monday until June 21st.

If you missed it, I want you to sign in and be sure to read it here. No sweeping this under the rug!

I'm here by your side.

There has been some positive developments coming out regarding NIO, but not enough to move the needle for the calls. It is apparent to me that China is looking to push forward with Electric Vehicle development and be supportive longer term in growing this industry. That's all positive, but not enough to boost shares enough over $6. That would require something huge.

So, I'm just sticking with the position for two more weeks. I am hopeful still, but it is not likely that this trade is remedied.

**Sticking with it...**

As I also promised, I would be working on killer ideas for you. Some of those ideas will be quick hitters and others more longer term holds.

I put two of those trades on so far since our note:

Just this morning we played **TLRY**, which we already locked in about 120% gains in just a few hours! I still have half my position there and think we could get even more. I'll update you when I decided to take all my profits off the table.

Last week I also bought **XXII** calls and detailed a strategy that I think can lock in 100% or more gains and allow us to play the big 'billion dollar opportunity" in December for FREE.

This is the same strategy I'm utilizing on **MRNS.**

So, it is extremely important to remember that you bought Option Rocket to be with me in hundreds of trades over the next couple years. I'll be working extra hard to prove my worth to you.

Sometimes trades do not work out, but most will. And that is how I've built my fortune in the stock market.

**The Guarantee...**

I will continue with another NIO update on June 17th. Remember, we do have until the 21st here for something wild to happen.

On June 24th, I will provide you with the details necessary to acquire your second year of Option Rocket for free on me - as promised.

Now I'm off to do some more research to find you another 100% winner.

Cheers,



**Kyle Dennis**
Biotech Trader

Special

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future,

Attachment M

**PX 7, 478**

you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Option Rocket

---

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

**PX 7, 479**

| | |
|---|---|
| **From:** | Ugo Diribe |
| **To:** | Robbins, Colleen B.; Tavares, Michelle |
| **Subject:** | Fw: Option Rocket: Final NIO Update and Instructions Coming! |
| **Date:** | Saturday, May 16, 2020 3:27:40 PM |

Best regards, Ugo.

----- Forwarded Message -----
**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** ███████████████████
**Sent:** Monday, June 17, 2019, 01:41:51 PM CDT
**Subject:** Option Rocket: Final NIO Update and Instructions Coming!



Good afternoon,

**PX 7, 480**

As promised, we will have a NIO update every Monday until the end of the position.

**So here's the nitty gritty...**

The play obviously did not go as I planned. There were several reasons as to why it didn't work, which I highlighted in my report a few weeks ago.

I will be working extra hard for you to make up for this call that didn't work out, and recouping those losses as quickly as I can.

There hasn't been anything notable to report on since last week and it's looking like the position will come to a final close this Friday.

**Your Instructions...**

The NIO calls expire June 21st 2019 at 4 PM eastern. If there isn't significant news to get shares over $6, these will expire. This scenario is very likely. You don't need to take any further action. Your broker will do that for you.

Come Monday you'll have a fresh portfolio ready to ride higher over the coming year.

I'm excited and you should be too. A clean slate!

**The Guarantee...**

On Monday, I will give you instructions on how to take advantage of the guarantee. You will need to simply call in and talk to one of our VIP team leaders.

They will take care of you!

I'll give you all those details on Monday! Until then, we'll have some more trades this week!

To a new future!

Cheers,



**Kyle Dennis**
Biotech Trader

**PX 7, 481**

Special

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future,
you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Option Rocket

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do

**PX 7, 482**

not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Attachment N

**PX 7, 483**

**From:** Ugo Diribe
**To:** Robbins, Colleen B.
**Subject:** Messenger Chat with Kyle Dennis
**Date:** Monday, August 31, 2020 1:36:26 PM

---

Hi Coleen,

Attached is a snippet of the chat with Kyle fyi.

I have not seen the document for review. Can you check if the email was sent?

Thanks

Best regards, Ugo.

Attachment O

PX 7, 485



Your Subscriptions
https://app.ragingbull.com/member/subscriptions
RagingBull
Ugo Diribe
Navigation
Your Subscriptions
Dashboard
Your Account
Chat Rooms
Courses
Option Rocket
Cancel
Option Rocket
Kyle's coveted options service. You get LIVE streaming access to his portfolio, trade alerts via email and text message with detailed reasoning, and his option video lessons. You'll have inside access to his C.A.$.H system!
2019-07-19
Start Date
2021-04-29
Next Bill Date
$1,997.00
Billing Amount
Credit Card
Default Card
Add Card
9:44 PM
8/9/2019

# RagingBull.com, LLC

## Receipt

62 Calef Hwy Ste 233
Lee NH 03861
United States
+1 833-265-1270
support@ragingbull.com

| | |
|---|---|
| Receipt number | 2314-0913 |
| Invoice number | 6E16233-0002 |
| Date paid | July 19, 2019 |
| Payment method | **VISA** – ▮▮ |

**Paid by**
Ugo Diribe. Created by
dashboard.

▮▮▮▮▮▮▮▮▮▮

## $999.00 paid on July 19, 2019

| Description | Qty | Unit price | Amount |
|---|---|---|---|
| JUL 19, 2019 | | | |
| Weekly Money Multiplier Lifetime Upgrade | 1 | $999.00 | $999.00 |
| JUL 19, 2019 – JUL 19, 2020 | | | |
| Trial period for Weekly Money Multiplier | 1 | $0.00 | $0.00 |
| | | Subtotal | $999.00 |
| | | Amount paid | $999.00 |

**Questions?** Contact RagingBull, LLC at support@ragingbull.com or call at
+1 833-265-1270.

Attachment P

**PX 7, 487**

[WeeklyMoneyMultiplier] Re: Restore My Subscription

From: Michael (WeeklyMoneyMultiplier) (support@weeklymoneymultiplier.com)

To: [redacted]

Date: Tuesday, August 13, 2019, 08:54 AM CDT

##- Please type your reply above this line -##

Your request (589593) has been solved. To reopen this request, reply to this email. See the latest comments below:

**Michael (WeeklyMoneyMultiplier)**
Aug 13, 9:54 AM EDT

Hi Ugo,

I have reviewed the rest of your account, and found the previous payment made in March. I have since restored your access to Weekly Money Multiplier.

Sincerely,

Michael

**Ugo Diribe**
Aug 12, 7:01 PM EDT

Hi Michael,
I have checked today. My Weekly Money Multiplier (WMM) subscription is not restored. It appears you do not intend to resolve this matter in good faith. I would like to reiterate that you restore my WMM subscription of 15 March 2019 , or refund the money ($1497) I paid for the subscription. Let me know what direction you decide to go.

Best regards,
Ugo.

On Sunday, August 11, 2019 05:15:16 PM CDT, Ugo Diribe [redacted] wrote:

Hi Michael,

To provide additional clarification, here is the sequence of events:

1. 15 March 2019: – Signed up for Weekly Money Multiplier ($1497)2. 25 April 2019: – Signed up for Options Rocket ($1997)

3. 01 August 2019:– Discovered  unauthorized charge of $999 on my card from Raging Bull on 17 July 2019.

Contacted Raging Bull Customer Service to resolve the issue, but faced an unreasonable situation.

Therefore, understand that refunding the unauthorized charge of $999, has nothing to do with my subscriptions, which are in place before the charge of 17 July 2019. That's why I demand that if you choose to no longer provide the WMM service, then refund  the $1497 I paid for that subscription. You should not deny service and still keep the subscription payment. It doesn't work that way.

I hope this clarifies.

Best regards,

Ugo.

On Sunday, August 11, 2019 10:36:57 AM CDT, Ugo Diribe ██████████████████ wrote:

Hi Michael, I had since requested to speak with you, but customer service blocked that opportunity.

The $999 is an unauthorized charge and has nothing to do with my original subscription of Weekly Money Multiplier. Refunding the $999 is completely separate from my subscription.

Please recognize, I'm entitled to receive a service I paid for in March 2019. I have had this service since March. Why do you choose to tamper with a service I paid for and has been using since March? What is the connection between my original WMM subscription and a separate case of unauthorized charge? If you decide to provide the WMM Service, then refund the $1495 which you charged on 15 March 2019.

I hope I'm making sense. Thank you.

Ugo

Sent from my iPhone

---



**Ugo Diribe**

Aug 11, 6:15 PM EDT

Attachment Q                                      **PX 7, 489**

Hi Michael,

To provide additional clarification, here is the sequence of events:

1. 15 March 2019: – Signed up for Weekly Money Multiplier ($1497)2. 25 April 2019: – Signed up for Options Rocket ($1997)

3. 01 August 2019:– Discovered  unauthorized charge of $999 on my card from Raging Bull on 17 July 2019.

Contacted Raging Bull Customer Service to resolve the issue, but faced an unreasonable situation.

Therefore, understand that refunding the unauthorized charge of $999, has nothing to do with my subscriptions, which are in place before the charge of 17 July 2019. That's why I demand that if you choose to no longer provide the WMM service, then refund  the $1497 I paid for that subscription. You should not deny service and still keep the subscription payment. It doesn't work that way.

I hope this clarifies.

Best regards,

Ugo.

On Sunday, August 11, 2019 10:36:57 AM CDT, Ugo Diribe ██████████████████ wrote:

Hi Michael, I had since requested to speak with you, but customer service blocked that opportunity.

The $999 is an unauthorized charge and has nothing to do with my original subscription of Weekly Money Multiplier. Refunding the $999 is completely separate from my subscription.

Please recognize, I'm entitled to receive a service I paid for in March 2019. I have had this service since March. Why do you choose to tamper with a service I paid for and has been using since March? What is the connection between my original WMM subscription and a separate case of unauthorized charge? If you decide to provide the WMM Service, then refund the $1495 which you charged on 15 March 2019.

I hope I'm making sense. Thank you.

Ugo

Sent from my iPhone

**PX 7, 490**

Hi Michael,
I had since requested to speak with you, but customer service blocked that opportunity.

The $999 is an unauthorized charge and has nothing to do with my original subscription of Weekly Money Multiplier. Refunding the $999 is completely separate from my subscription.

Please recognize, I'm entitled to receive a service I paid for in March 2019. I have had this service since March. Why do you choose to tamper with a service I paid for and has been using since March? What is the connection between my original WMM subscription and a separate case of unauthorized charge?
If you decide to provide the WMM Service, then refund the $1495 which you charged on 15 March 2019.

I hope I'm making sense. Thank you.

Ugo

Sent from my iPhone



**Ugo Diribe**
Aug 11, 11:37 AM EDT



**Michael** (WeeklyMoneyMultiplier)
Aug 10, 1:51 PM EDT

Hi Ugo,

It looks like your subscription was refunded due to a dispute made with your credit card company and we have since taken you off of Weekly Money Multiplier.

Sincerely,

Michael

Attachment Q                    **PX 7, 491**



**Ugo Diribe**

Aug 10, 1:47 PM EDT

In March 2019, I paid $1497 for annual subscription of WMM. At this time, You have blocked or deleted my subscription for the past one week. You must either refund my money which you collected or provide the service I paid you for, without further delay.

]

Thank You for Contacting Support.

# Better Business Bureau®

**Thank you for using the Better Business Bureau's Online Complaint System.**
Your complaint has been assigned case # 16068041.
Correspondence regarding this complaint will be emailed to : █████████
Please print a copy of this for your records.

Filed on : August 6 2019

Filed by :
**Ugo Diribe**
████████████
**Katy TX** ████

Filed against :
**Raging Bull LLC**
**62 Calef Hwy #233**
**Lee NH 03861**

**Complaint Description:**
Raging Bull stole $999≈ from my credit card without authorization. I signed up for the Raging Bull Options Rocket program where Kyle Dennis gave a guarantee of 800% return on the NIO 21 June 2019 "Mortal Lock" Options trade. So I took him up on the offer and signed up. After the trade turned out a disaster, Kyle Dennis promised to issue instructions about how to remediate the situation, but I did not hear anymore from the group. So I called Raging Bull Customer Service and requested refund of my Options Rocket subscription, since I had paid $1997 for this service and lost the bulk of my account value in the process, primarily because Kyle Dennis continued to advise to hold the account, even when it made sense to pull the plug. Well, the customer service (Jeff) informed me that Raging Bull does not issue refund. Then I asked if the money could be transferred to my Weekly Money Multiplier (WMM) Service (another similar offering I was using since March 2019), because I wanted to quit Options Rocket completely. The customer service refused and said I'd forfeit my $2k if I decided to quit Options Rocket after a few days. To placate me, he proposed a "life Time" membership offer of Weekly Money Multiplier program - at no additional cost, being that I was already using WMM since March 2019. He said I would only need to pay $250 at renewal in March 2020 and not a full fee. To my surpsise, I noticed that the customer service went ahed and billed $999 to my credit card without my knowledge and reset my account subscription, removing all the history, to make appear like fresh account. I have had multiple phone calls with raging bull customer to demand refund, but they claim that that I had accepted "life Time" and therefore, will not refund the unauthorized robbery. I have never seen such brazen callousness and arrogance! At this time, I have had to cancel the credit card to prevent further assault on the card from these criminals. I have spent hours debating on the phone. I'm still imagining if this is really happening - these rogues have somehow taken approximately $4500 from may card, for complete nonsense, and nothing to show for it - only massive losses in the Options they claimed will win 800% profit.

**Your Desired Resolution:**
Full refund of my money: $1997 for the disastrous Options Rocket, $999 - for unauthorised charges.

This case will be reviewed by a complaint specialist at Better Business Bureau, and then forwarded to the business for their response. It is our policy to allow the business 10 working days to respond to your complaint. Once the case has been processed by BBB, it cannot be deleted/withdrawn at the request of you or the business. You will be notified when the business has responded to your complaint.

What would you like to do next?
**View the status of your complaint**
**Join our Consumer Club for consumer tips & tricks**
**Return to the BBB Homepage BBB Privacy Policy**

© 2019, International Association of Better Business Bureaus, Inc., separately incorporated
Better Business Bureau organizations in the US, Canada and Mexico and BBB Institute for
Marketplace Trust, Inc. All rights reserved.

Attachment R

**PX 7, 493**

**COMPLAINT ACTIVITY REPORT**  Case # 16068041  **BBB Serving New Hampshire**

**Consumer Info:**  Diribe, Ugo

Katy, TX
-

**Business Info:** Raging Bull LLC
62 Calef Hwy # 233
Lee, NH  03861-6701
833 265-1270

**Location Involved:**          (Same as above)

**Consumer's Original Complaint** :
Raging Bull stole $999= from my credit card without authorization.
I signed up for the Raging Bull Options Rocket program where Kyle Dennis gave a guarantee of
800% return on the NIO 21 June 2019 "Mortal Lock" Options trade. So I took him up on the offer
and signed up. After the trade turned out a disaster, Kyle Dennis promised to issue instructions
about how to remediate the situation, but I did not hear anymore from the group. So I called
Raging Bull Customer Service and requested refund of my Options Rocket subscription, since I had
paid $1997 for this service and lost the bulk of my account value in the process, primarily because
Kyle Dennis continued to advise to hold the account, even when it made sense to pull the plug.

Well, the customere service (Jeff) informed me that Raging Bull does not issue refund. Then I
asked if the money could be transferred to my Weekly Money Multiplier (WMM) Service (another
similar offering I was using since March 2019), because I wanted to quit Options Rocket
completely. The customer service refused and said I'd forfeit my $2k if I decided to quit Options
Rocket after a few days.

To placate me, he proposed a "life Time" membership offer of Weekly Money Multiplier program -
at no additional cost, being that I was already using WMM since March 2019. He said I would only
need to pay $250 at renewal in March 2020 and not a full fee.


To my surpsise, I noticed that the customer service went ahed and billed $999 to my credit card
without my knowledge and reset my account subscription, remiving all the history, to make appear
like fresh account.

I have had multiple phone calls with raging bull customer to demand refund, but they claim that
that I had accepted "life Time" and therefore, will not refund the unauthorized robbery. I have
never seen such brazen callousness and arrogance! At this time, I have had to cancel the credit
card to prevent further assault on the card from these criminals. I have spent hours debating on
the phone. I'm stilll imagining if this is really happening - these rogues have somehow taken
approximately $4500 from may card, for complete nonsense, and nothing to show for it - only
massive losses in the Options they claimed will win 800% profit.

**Consumer's Desired Resolution:**
Full refund of my money:$1997 for the disastrous Options Rocket, $999 - for unauthorised
charges.


| 08/06/2019 | **web BBB** | Complaint Received by BBB |
| --- | --- | --- |
| 08/07/2019 | **AF    BBB** | Complaint Reviewed by BBB |
| 08/07/2019 | **Otto EMAIL** | Send Acknowledgement to Consumer |
| 08/07/2019 | **Otto EMAIL** | Inform Business of Complaint |
| 08/15/2019 | **WEB BBB** | RECEIVE BUSINESS RESPONSE : Hello Ugo, |

Michael with Raging Bull. I'm sorry that you feel as if nobody would help. I
actually reviewed our call logs and listened to your conversation with our representative who
attempted to help you. You hung up on him. I'm sorry you didn't get your issue resolved in a

timely manner, but it is difficult to help when we can't speak with you. I see that my representative already refunded the $999 you requested. I'd be more than happy to refund the $1997 for the Option Rocket service but I would need you to identify with BBB that you're Satisfied with the result that I shared above. I look forward to hearing back from you. Thanks.

Pleasure,
Michael

| | | | |
|---|---|---|---|
| 08/16/2019 | AF | EMAIL | Forward Business response to Consumer |
| 08/27/2019 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 08/27/2019 | OttO | EMAIL | Inform Bus no Response from Cons - Closed Answered |
| 08/27/2019 | OttO | BBB | Case closed - Assumed RESOLVED |
| 09/11/2019 | AF | BBB | ReOpen the Complaint |
| 09/11/2019 | AF | BBB | RECEIVED CONSUMER REBUTTAL : Hi Michael, |

I have faced difficulty trying to resolve this issue on phone. Its clear your folks deliberately avoid my calls. I want my $1997 refund for Options Rocket. The service is not useful to me. I neither use the service nor want it.

Thank you

| | | | |
|---|---|---|---|
| 09/11/2019 | AF | EMAIL | Forward Consumer Rebuttal to Business |
| 09/23/2019 | OttO | BBB | No Response from Business re: Consumer Rebuttal |
| 09/23/2019 | AF | EMAIL | Resend Consumer Rebuttal to Business - Time Ext |
| 09/30/2019 | OttO | BBB | No Response from Business re: Consumer Rebuttal |
| 09/30/2019 | AF | BBB | RECEIVED BUSINESS' REBUTTAL RESPONSE : Ugo, |

Good to hear from you again. I wanted to let you know that we have already refunded the amounts of $999 and $1997. Is there something else I might be able to assist you with? We look forward to resolving any issues with RagingBull. Let me know if you have any questions or concerns. Thanks Ugo, I look forward to hearing from you.

| | | | |
|---|---|---|---|
| 09/30/2019 | AF | EMAIL | Send Business' Rebuttal Response |
| 10/14/2019 | OttO | BBB | No Response From consumer |
| 10/15/2019 | AF | BBB | No Consumer Response- Assumed Resolved with Letter |
| 10/15/2019 | Otto | EMAIL | Inform Bus no Response from Cons - Closed Answered |
| 10/15/2019 | Otto | BBB | Case closed - Assumed RESOLVED |

**PX 7, 495**