## DECLARATION OF DUSTYANN TYUKODY
## PURSUANT TO 28 U.S.C. § 1746

My name is Dustyann Tyukody, and I am over 18 years old.  I have personal knowledge of the facts stated below.  If called as a witness, I could and would testify as follows:

1.      I live in Toledo, Ohio.  I have a Master's degree in business from Bowling Green State University.  I have been retired for the past 10 years and living on fixed income.  Before retirement, I worked as an account manager at LexisNexis and as a sales manager for a tech start-up.  I first began trading on my own in the late 1990's, stopped completely, and then resumed trading again in 2019 when I got involved with Raging Bull.  I was looking for a way to supplement my income during my retirement years.

2.      In January 2019, I saw a Facebook ad for Jason Bond Picks.  I was drawn to the ad because Bond claimed to have made millions trading on his own.  The ad offered to send me some free newsletters if I gave them my email, which I did.

3.      After I gave out my email address, I got an email inviting me to watch a pre-recorded webinar video featuring Jason Bond, which ran about fifteen to twenty minutes.  In the video, Jason Bond talked about his background as a schoolteacher and how he had changed his life and paid off his debts by becoming a trader.  He talked about how it brought him great joy to help others become successful traders just like him.  He was offering an online course through "Jason Bond Picks" where he would teach us his "simple" market-beating trading strategy.  The webinar also had testimonials from people with no prior experience who claimed to have found success after joining Jason Bond's trading program.  Bond also offered to send us alerts on the stocks that he was trading so that his students can follow his trades and start making money right away.  He made it seem very easy to make money through his program and follow and replicate

Page **1** of **20**

PX 8, 496

his results.  On January 28, 2019, I paid $297 to sign up for a quarterly subscription to Jason Bond Picks.

4.      On January 29, 2019, I paid an additional $2,997 for an annual subscription to a subscription that they called "Millionaire Roadmap."  Jason Bond and Raging Bull claimed that this package would give me a full year's worth of access to all of the trade alerts from Jason Bond and Jeff Bishop, their stock watchlists, access to Raging Bull's live trading chatrooms, and training videos that I could watch to learn how to trade.

5.      On or about January 30, 2019, I received an invitation from Raging Bull "Bootcamp" to login and start watching some of their videos lessons.  I thought these video lessons were being offered to me because I joined the Millionaire Roadmap.  The email I received for the bootcamp said: "RagingBull was built by traders who realized that inexperienced traders were lacking the guidance needed to become profitable quickly.  Even experienced traders need to dial in their strategies and tap into new verticals in order to see exponential growth.  That's where we come in!  Work through The Bootcamp at your own pace and see what sticks for you!  We'll be sending you more training as you progress."  The email encouraged me to "[s]tay strong and finish The Bootcamp."  I recall these videos contained very basic or rudimentary information about stock trading and nothing that seemed to be proprietary or unique.  Attached as **Attachment A** is a true and correct copy of this email.

6.      Soon after I joined this bootcamp, I started seeing solicitation emails to buy other subscriptions featuring other Raging Bull traders like Petra Hess, Kyle Dennis and Jeff Williams.  Kyle Dennis told Raging Bull subscribers that he had a science degree which gave him unique insights into biotech stocks that most people on Wall Street never heard of.  Jeff Williams held himself out as an "expert" on penny stocks.

PX 8, 497

7.      I watched the training videos from Jason Bond and Jeff Bishop that came with my $2,997 purchase.  I was expecting to learn about the simple techniques that Bond and Bishop claimed they were using to make millions.  Instead, what I saw in the training videos were a lot of technical charts and Bond and Bishop throwing around overly technical terms to talk about their trades.  I was having difficulty getting the "how to" and "what does this mean" questions answered.  There was no one around to guide me through the videos and answer my questions.  These were not interactive training sessions with Bond and Bishop that I was hoping to get with my purchase.  I did not come across any trading strategy that would help to decide what stocks to buy and when to sell these stocks.

8.      The trade alert emails from Bond and Biship that came with this purchase were equally confusing and difficult to follow.  It was as though they were speaking to me in code.  Bond, Bishop or some other Raging Bull trader would put up charts or trend-line to try to show when a stock would be going up or down, but they were often using different charts.  I felt they were not explaining why they were using or focusing on one trendline as opposed to another, or what the trendline indicated in terms of how the stock would move going forward.

9.      I called Raging Bull to complain about the training materials and the service.  The customer service representative suggested I sign up for their Petra Picks subscription.  He said the information and training provided in this subscription was more suited to people who were just learning how to trade stocks.

10.      On February 1, 2019, I paid $1,449 to add the Petra Picks Platinum subscription for one year.  The subscription gave me access to a chatroom where you can ask Petra or someone from Raging Bull questions.  It also had a library of videos like "Stock Trading 101," that covered very basic information about stock trading.  In retrospect, I could have gotten most

PX 8, 498

of this information for free on Investopedia or on TD Ameritrade's website.  I did not find any strategy in these videos that I could apply to predict stock prices or to fine-tune my timing on when to trade.  But I hoped that these videos and interacting in the chatrooms would provide me with a building block to better grasp the technical analysis that Bond and Bishop were teaching and using in their trades.

11.     In March 2019, I was offered one-year access to the "Raging Bull Elite" if I paid them an additional $3,999.  The company claimed that this was its most comprehensive package and would include Biotech Nucleus, Petra Picks Platinum, Millionaire Roadmap and Traders Council.  There was also a guarantee that any other services published by Petra Hess, Jason Bond or Jeff Bishop would be rolled into the Elite package.  Raging Bull pitched this as an add-on to my existing Millionaire Roadmap package and made it seem like I was getting a steep discount.  Raging Bull claimed that the Elite package normally retailed at around $25,000 and would continue to get more expensive because of its value.  I agreed to pay the $3,999.

12.     For the next three months, I tried out all of the services provided under the Elite package.  By June 2019, it became apparent to me that many of these services were not teaching me to how to develop my own trading strategies to become a better trader.  I was also given the impression, after reviewing Raging Bull's training materials, that I would learn how to target and trade stocks that I could hold onto for one to two weeks.  Instead, many of the services from Raging Bull were alerting me to buy small cap stocks, penny stocks or other extremely volatile stocks that would require me to sit in front of my computer all day checking the stock's price movement.

13.     Having come to the realization that I had wasted my money, on June 11, 2019, I inquired with Raging Bull about scaling back my membership and getting a reimbursement for

PX 8, 499

the subscriptions I was giving up.  I would have liked to have gotten back all of the money I had paid, but I also knew Raging Bull would not agree to a full refund.  So I thought I should at least try to get some value for the money I already paid by asking them to include only those services that I might want to use going forward.  I told them I wanted to give up "Nucleus," "Option Rocket," "Super Nova," "Sniper Report, "FDA Insider," and "Penny Pro," which were subscriptions most heavily focused on day trading and penny stocks.  A man named "Michael" from Raging Bull told me that because I had Raging Bull Elite as one subscription (and not six different subscriptions), this "makes scaling back at this time mostly impossible."  He said he would turn off the alerts for the subscriptions I did not want when the renewal date for my Elite status "comes around."  I told him I also wanted to surrender my Elite status, since "it doesn't make any sense to expect to be an Elite subscriber if I want to unsubscribe from several services."  Michael then responded and offered to let me keep access to Millionaire Roadmap, Petra Picks Platinum and another product called "Trader's Council" and "apply 1.75 years of service to each of those as credit for your Elite subscription."

14.     I asked Michael for an explanation for how they calculated 1.75 years of credit. Michael said that the difference between the cost of Raging Bull Elite ($9,999) – which was roughly the same amount that I paid to date – and the sales prices of the services I said I would keep were about $2,000, and so he "tacked on some extra time onto that."  I still did not follow his calculation, but we agreed that I would continue to access the services from Petra Hess, Jason Bond, and Jeff Bishop, along with their respective chatrooms, without further charge until December 11, 2021.  Attached as **Attachment B** is a true and correct copy of my June and July 2019 email correspondence with Michael from Raging Bull.

**PX 8, 500**

15.     About a week later, I started getting promotional emails from Jeff Bishop about new subscription he was launching called "Total Alpha." This subscription offered to teach new subscribers how to trade options and also send them alerts of Jeff's top options trades. On June 26, 2019, I watched a webinar where Bishop was promoting this subscription. I realized he was basically re-branding his existing subscription for options trading, Weekly Money Multiplier, and trying to pass it off as a new service. Even his marketing webinar was mostly a re-run of an earlier video he had recorded for the Weekly Money Multiplier. His new chatroom would be called the "Options War Room." His Weekly Money Multiplier trade alerts would be called "Alpha Trades of the Week" and "Premium Alerts." Raging Bull even took away some of the content from my Weekly Money Multiplier subscription and moved them to Total Alpha. They were basically pulling a bait and switch on their subscribers.

16.     On or around July 1, 2019, I filed a complaint with the Better Business Bureau ("BBB") to complain about this. I told the BBB that Jeff Bishop "has done a bait and switch." They were trying to get me to pay more money for services that I already paid for under our agreement. I said, this "is not only bad form, bad business and snarky, it is illegal!" I also said I wanted no further interaction or business relationship with Raging Bull and that I wanted a full, complete reimbursement of my $10,000 from the company. I threatened to pursue a legal remedy if necessary.

17.     Michael from Raging Bull responded to my BBB complaint and said that Jeff Bishop is not removing anything from Weekly Money Multiplier and that he would "still be actively trading in Weekly Money Multiplier and will still have a Live Account." Michael said Total Alpha is intended for people interested in a more advanced options trading and required a "minimum level 3 options clearance." The marketing materials for Total Alpha did not mention

**PX 8, 501**

anything about "advanced" options trading and I had no way to confirm what they were saying since I did not have access to Total Alpha.  He also said "we have done all we can up to this point" and a "full refund is not something we can pursue at this time."  He then offered to give me a refund of $1500 for Weekly Money Multiplier and add Total Alpha.

18.     I told them that instead of adding Total Alpha, I would like to add "Weekly Windfalls," which was a premium alert service for options traders provided by Jason Bond.  Bond claimed that the service was suitable for novice or experienced traders and that Bond would teach us everything we need to know to make consistent profits.  Bond also said he would use a "set it and forget it" strategy for these trades.  I remember the annual cost for Weekly Windfalls was similar to Weekly Money Multiplier and Total Alpha.  Michael said he could accommodate my request if I agreed to accept their resolution on BBB.

19.     In or around November 2019, Jeff Bishop launched another options trading service, which he called "Bullseye Trades."  It seemed like Raging Bull was constantly cycling multiple subscriptions around this time.  I do not recall signing for this service, but I did get a welcome email.  The email explained how this new subscription worked as follows:  "Every Monday morning before the market opens, I will send you my Bullseye trade idea for the week ahead.  I'll share the trade including the exact options contact and a complete trade plan to maximize profits."  Jeff claimed that "Bullseye Trades is just one of the powerful trading strategies that I've designed over the last 20-plus years to help me rake in $$MILLIONS in profits!  And now I want to share ALL of these profitable, fine-tuned trading techies with you in my Total Alpha trading service.  I deliver, on average, at least one 100% winner every single month!"  So, by this time, Jeff Bishop was running at least three different newsletters on options trading.  This made no sense except it seemed like the company was trying to bilk more money

PX 8, 502

from its existing customers like me.   Attached as **Attachment C** is a true and correct copy of this email.

20.      I tried out all of the subscriptions I had access to and made some trades in 2019 using Raging Bull's stock alerts.  By the end of 2019, I incurred about $15,000 in trading losses from these stock alerts.  Raging Bull traders also did not provide me with the necessary tools to mitigate my trading losses from their alerts.  For example, the alerts I got usually did not tell me when I should get out of a trade or set up stop losses on those trades.

21.      Because the prices of the stocks being pitched by the Raging Bull traders were so volatile and timing of the trades so important, I usually followed the Raging Bull trades that were alerted through text messages or in the chatrooms.

22.      When I had access to the Raging Bull Elite chatroom in the first half of 2019, I would usually find over 300 subscribers, and sometimes more, who were all trying to follow the "real time" trades that Raging Bull traders were alerting there.  I often heard complaints from others in the chatroom about delays in the Raging Bull trade alerts.  When the Raging Bull traders were confronted with these complaints, they would claim that the stock price must have jumped while they were typing, or make up some other excuse. As the complaints in these chatrooms were growing, Raging Bull brought in a woman named Hiltha Herzog to moderate the room.  She started kicking out people who were complaining about their service out of the room.

23.      I also observed that when Jason Bond or other Raging Bull "gurus" bragged about their trade wins in these chatrooms or in email blasts to subscribers, they would only report the dollar amount of the profits and not the percentage return.  I think they did this because most of their clients like me did not have huge amounts of capital to invest in these stocks and so we were unlikely to generate that much in profits from our trading those stocks.  If they were

**PX 8, 503**

making thousands on trades but their actual percentage returns were in single digits, that would be misleading and entirely inconsistent with what they were telling us in their marketing emails.

24.     By December 2019, Raging Bull discontinued my Petra Picks Platinum subscription.  I was told that she had retired.  Rather than issuing me a credit, Raging Bull just swapped this out with "Profit Prism Platinum," which was a service featuring the penny stock trader Jeff Williams.  "Dark Pools," featuring Taylor Conway, was another subscription that Raging Bull signed me up for in late 2019 or early 2020.

25.     It seemed to me that Raging Bull was bringing on more and more people as "trainers" so it could promote and sell more services under these traders' names.  Like Bond and Bishop, the emails would claim that these trainers were making a lot money trading stocks and options and had fine-tuned their trading techniques for us to learn and follow.  Raging Bull did not notify us of these services changes.  I usually learned about these changes from other customers in the chatrooms.

26.     By December 2019, I was seeing a lot of complaints from other premium service subscribers about Raging Bull's services and their stock tips.  Petra Hess and another trader, Davis Martin, had both left and so there was no continuity in these services.  As a bonus to keep his clients happy, Jason Bond offered premium members like me a six-month free access to Raging Bull Elite.  I understood this would expire in June 2020 without recurring charges.

27.     In March 2020, the COVID-19 pandemic forced most of the country to shut down and caused the markets to crash.  Given the volatility in the market, I felt it would have risky for anyone to start trading for the first time.  However, Raging Bull's emails made it seem like there was a modern day gold rush.  During this time, Raging Bull traders were constantly launching new services and trying to get more and more people to subscribe and follow their trades.  On

some days, I would get over a dozen or so marketing emails from Raging Bull's traders. It seemed to me Raging Bull was really trying to exploit this pandemic, with people being forced out of work and having to stay home.

28.     On March 25, 2020, for example, I received an email from the "Raging Bull Team," stating:  "**While the market was still in turmoil, Jason made over $75K**.  Keep in mind that Jason began his most recent trading *tear* last week, which was *before* the markets bounced back yesterday following congress' $2 trillion COVID-19 stimulus package deal…. Jason's performance last week proves that no matter what the conditions are in the market, there are still money-making opportunities out there.  When things go crazy, Jason always goes back to his number 1 strategy, which for him are his two simple patterns.  The two patterns that Jason uses, which are his bread and butter, work in *any market condition*….  The reality is that everything you'll learn from Jason is about locating stocks before they move."  In the same email, Raging Bull also promised that "Jason's advance notice alerts help you locate momentum stocks… and get in before he gets in.  As a Jason Bond Picks member, you don't need to stress about receiving alerts too late.  Jason is now sending all his email alerts before he makes the trade  The benefit of this is that you have the opportunity to look at the charts and learn about Jason's moves before he makes them."Attached as **Attachment D** is a true and correct copy of this email.

29.     On March 26, 2020, I got an email from Jeff Williams saying that during his recent visit to the Profit Prism Platinum chat room, he talked about his "two trusted chart patterns" which he claimed are "pretty reliable signals that a stock might be getting ready to climb higher."  Later in the email, he said, "Of course, a chart pattern by itself isn't going to be enough for me to want to take a trade.  There's a lot of other factors I want to look at before I

PX 8, 505

decide which trades are going to be hit and which ones are going to be a miss, with trading volume being key among those."  Attached as **Attachment E** is a true and correct copy of this email.

30.     Just a few days earlier, on March 24, 2020, I had logged into the Profit Prism chatroom and found Jeff Williams there.  At around 2:30pm EDT, Williams alerted everyone in the room that he had just purchased 80,000 shares of Galaxy Next Generation (GAXY) for 0.1999 a share.  I went to my brokerage account immediately and saw that the price was at 0.02250 at the same time Williams alerted the room.  GAXY was the kind of penny stock that Jeff Williams typically traded and alerted.  Despite Jason Bond's promise of his "advanced notice alerts," it seemed Raging Bull traders like Jeff Williams were pulling the same stunt as before, driving up volume by getting people to follow their penny stock trades while sending out delayed trade alerts.

31.     During the pandemic, Jeff Williams sent around emails telling me people that his "COVID plays have been delivering lately" and that many of his members "raked in a nice profit on a different COVID weekend play from my weekend watch list."  He told people he was "planning on yet another profitable pandemic play with this small-cap mover."  Attached as **Attachment F** is a true and correct copy of the text of this email (without the accompanying images if any).

32.     On March 26, 2020, I got an email from Jeff Bishop where he boasted about making profits through this "gloomy" economy.  He said:  "For many, the present feels gloomy, and the future is looming with uncertainty.  But one thing I do know?  The market will always be there, and I know that I can always reel in consistent profits no matter what it throws at me….  When the opportunity presents itself, I am in and out with a pocket full of cash.  And now I want

to present you with an unprecedented opportunity to line your pockets right beside me.  For an extremely limited time, you can join my flagship trading service – Total Alpha – for the absolute LOWEST price I'VE EVER offered.  I am confident that I can help ordinary people grow any sized account, and make consistent income from anywhere in the world, with just a few minutes of 'work' a day."  This also seems inconsistent with Raging Bull's statement to me that Total Alpha was intended for "advanced" options traders.  Bishop sent another email that day, claiming:  "**What average traders don't realize is that this market is creating more money making opportunities than we've seen in over a decade**.  In fact, in the same week that the market wiped out all of its 2019 gains, I was sitting on $84,420 in profits.  It all comes down to having a PROVEN system that tunes out the noise, and allows you to make money no matter what the market throws at you….  I'm offering you an enormous discount on a system that can make you life changing money, all while other traders are getting clobbered."  Attached as **Attachment G** are true and correct copies of these emails.

33.     On March 27, 2020, the Raging Bull Team sent an email stating, "You see, as traders, we're taking profits no matter which way the markets move.  While a record 3.2 million Americans are without a paycheck, every day in the markets is still a new potential payday for traders like us….  The best part of Ben's trading system is that he makes it so *SIMPLE* to collect these paydays."  The email was promoting the "Daily Profit Machine" and "IPO Payday" subscriptions featuring Ben Sturgill, another Raging Bull trader.  Attached as **Attachment H** is a true and correct copy of the text of this email (without the accompanying images if any).

34.     On March 27, 2020, Bishop sent another promotion email for Total Alpha, where he said that while "Investors are getting crushed," traders like him were "lining their pocketbooks."  Bishop also claim:  "If you had invested in AAPL [Apple stock] at the beginning

**PX 8, 507**

of this year, your account would be down a nauseating 31%.... Most people are tying all their

capital up in 'safe stocks,' and waiting lightyears for the investment to come to fruition… But

that won't be you. There are hundreds of opportunities *every single day* to execute on high

conviction patterns, and <u>rake in thousands or even tens of thousands in profits in an extremely</u>

<u>short period of time</u>. My job is to identify those tried and true patterns, and tell you exactly how

to capitalize on them." Attached as **Attachment I** is a true and correct copy of the text of this

email (without the accompanying images if any).

  35. On March 28, 2020, Jeff Bishop claimed to have "found a handful of secret stocks

that are wildly compatible with my Total Alpha System, and I trade them time and time again to

pull in gains like these…. In fact, I made $82,000 last week just trading ONE stock over and

over again. Ignoring 99% of the market, has put me in the top 1% of elite traders." Bishop

promised that by joining his Total Alpha service, "I'm extending you the opportunity to look

right over my shoulder, gain access to my million dollar system, and get your hands on every

trade I take in real time…." Attached as **Attachment J** is a true and correct copy of the text of

this email (without the accompanying images if any).

  36. Jeff Bishop was also busy promoting other services that he was either featured on

like Bullseye Trades and Total Alpha Bootcamp. On April 8, 2020, I got an email from Bishop

offering a lifetime access to Bullseye Trades for $399, and claiming he had "locked in over $10k

in profit from GILD" which he said was a Bullseye Trade alert from the prior week. He said "I

feel like it's my responsibility to give you the proper equipment to protect AND grow your

account during this unpredictable market climate…. I'm doing this to simply demonstrate 1 fact:

Bullseye is consistently exploding with new ideas and profitable trading opportunities, (despite

what the heck is going on out there..)." On April 10, 2020, Bishop emailed to announce his

PX 8, 508

"Total Alpha Bootcamp Training" package.  He claimed that people lose money in the markets because they do not have the proper "framework" and that "My Total Alpha Bootcamp Training Series is a framework that can be followed by *any level trader*."  (emphasis added).  Attached as **Attachment K** are true and correct copies of the text of these emails (without the accompanying images if any).

37.     Bishop was also promoting other Raging Bull subscriptions during the COVID-19 pandemic and making wild assertions about their services.  On April 2, 2020, Bishop sent an email talking up Nathan Bear and his "Lotto X" service, which Bishop described as a "million dollar system" that would provide "90 trades (5 per week) that all have the potential to 2x and even 3x your money."  Bear also sent emails claiming that while Lotto X was a "brand new service," his members "have made thousands and even tens of thousands on my LottoX alerts in the past few years."  Bear claimed that it "has proven to be such a lucrative system, returning profits in both bull and bear markets…  I had to share with you as soon as possible," but offer would only last 48 hours.  **Attachment L** are true and correct copies of the text of these emails (without the accompanying images if any).

38.     On April 6, 2020, Bishop sent an email claiming that Raging Bull trader, Dave Lukas, was "coined the Most Consistent Trader on Wall Street" and who "shoots with 100% accuracy."  Raging Bull was lauching a new David Lukas program called "Triple Threat" and was soliciting people to join.  As Bishop said, "Dave will ONLY take a trade if the stars align… If everything sets up *just* right, and he has 100% conviction that he's going to walk away with a hefty profit.  His system has afforded him a bulletproof 90% win rate over the last decade, and a 100% win rate over the last 8 months that he's been at RagingBull.  And he came to me the other day with a proposition that I just couldn't refuse…  But this is extremely time sensitive.  The

**PX 8, 509**

recent market selloff has put us smack dab in the middle of the greatest wealth building opportunity in history…  And you and I may not live to see another one like it…. He's got his sights set on THREE extremely high conviction trades, that's he's pinpointed as massive wealth building opportunities."  According to Bishop and Lukas, Lukas is using something called a "Fractal Energy Indicator" or "fractal patterns" to "pinpoint key market reversals" and "determine the strength of trends and how much 'life' is remaining in a stock's movement." Lukas claimed that "when you use the power of this indicator you will be able to successfully determine the strength or weakness of trends on any stock."  Attached as **Attachment M** are true and correct copies of the text of these emails (without the accompanying images if any).

39.      In his solicitation emails for Total Alpha or Bullseye Trades, Bishop was highlighted the profits and wins on his trades and other Raging Bull traders.  However, he would occasionally reveal some sobering news in his actual trade alert emails to Total Alpha subscribers, which I was also getting at the time.  On April 3, 2020, Bishop's update to Total Alpha subscribers said, "[s]mall caps continue to hemorrhage, leading us on the way down."  In another email sent a few days later, he said, "Let's start with the obvious.  After two week s of bouncing off the bottom, we had another handful of ridiculous short-covering rallies recently on a daily basis.  That leads to exhaustion at some point.  The recent squeeze caught me badly on the wrong side of it and I wound up giving back a lot of hard-earned profits in short period of time.  Every trader dreads seeing that happen."  By early April, he even stopped alerting people to his stock picks, despite what he promised in his marketing emails for Total Alpha.  He said: "I've removed the stocks I'm looking at for the time being because it's changing so much day to day that I can't keep a list that will be of benefit to you.  Instead, I recommend you find a few stocks that you like, bullish or bearish, maybe 3 on each side.  Follow them like a hawk.  Study

PX 8, 510

how they move throughout the day and the sets that occur.  To YOUR Success!"  He appeared to be acknowledging that his service was useless.  Attached as **Attachment N** are true and correct copies of the text of these emails (without the accompanying images if any).

40.     Jason Bond also sent emails about his profits and other Raging Bull traders during the pandemic.  In one email, Bond said about Dave Lukas and Triple Threat:  "Facts #1: Dave Lukas hasn't lost a single trade in 8 months….  If the past is any indication of the future…  Then David will have no problem delivering these three money doubling trades on a silver platter…. Are you really going to pass up the opportunity to double your money three times over?  You'd rather save the $199 and bet against a guy who hasn't been wrong in 8 months?  I love gambling just as much as the next guy, but that sure as hell isn't a bet I'm willing to take.  I'm all in on Dave."   Attached as **Attachment O** is a true and correct copy of the text of this email (without the accompanying images if any).

41.     According to Raging Bull, Kyle Dennis was also supposedly raking in profits during the COVID-19 pandemic.  On April 2, 2020, I received an email from Raging Bull that said, "Kyle was able to rack up nearly $500K in profits by trading stocks related to the COVID-19 pandemic and the new economy it's created."  The email goes on to say that there is a "hidden bull market" and that "Kyle expects more opportunities in April.  And possibly, **even bigger profits**."  Kyle was hosting an "online meetup" where he would be "sharing where he's making the most money, how you can find these trades, and how to replicate his success."  Raging Bull sent a follow up claiming:  "**There's a Catalyst Goldmine in the Middle of This Bear Market…  And It Could Mint a New Generation of Millionaires**….  To be quite frank, if you ask Kyle Dennis, the game is really just about to begin…  As we close in on a coronavirus vaccine, a handful of biotech stocks specifically targeting a solution are primed for enormous

PX 8, 511

growth…. Now is not the time to shrivel up and hide away as a trader. Be fierce and play this bear market like a bull." Attached as **Attachment P** are true and correct copies of the text of these emails (without the accompanying images if there were any).

42.     On April 7, 2020, I received an email from Bishop advertising a new service called "Portfolio Accelerator" service. The email was sent to Raging Bull Elite members. Bishop described it as a service focused on creating long-term wealth. As he said, "I'm always looking for ways to build out family's future generational wealth. You'll find that I approach my Portfolio Accelerator trades very differently than you may be used to with my other trades. That's because there's a big difference between trading vs. building a portfolio. As a trader, I don't mind a fairly high degree of risk. But for my family portfolio, I am seeking to be defensive. I want to take advantage of great investment opportunities when I see them, but I'm also trying to manage any downside." He seemed to be admitting here that the kind of trading he was doing through Bullseye Trades and Total Alpha was highly risky. Attached as **Attachment Q** is a true and correct copy of the text of this email (without the accompanying images if any).

43.     In June 2020, I tried to contact Raging Bull to check my subscription status. Given all the new product rollouts and service changes, I had no idea what know what my subscription status was. I also knew that the six month free access to Raging Bull Elite was about to expire on June 13, 2020 and did not know what would happen to my membership status going forward. I called the Raging Bull customer service desk several times but was not able to get anyone on the phone. I left messages and requests for a callback. No one got back to me.

44.     On June 15, 2020, I logged into my account to check my member's dashboard. I was confused because my membership page said I was still subscribed to Petra Picks Platinum for $1998 and Millionaire Roadmap Legacy for $2,997, although Raging Bull discontinued these

PX 8, 512

services back in December 2019. It also showed that I was subscribed to Profit Prism Platinum and Dark Pool Profits, which I did not want, until November or December 2021.  I also found out that I was subscribed to other newsletters, like Weekly Winfalls, Dollar Ace and Jackpot, which were coming up for auto-renewal within one to five months.  I was concerned because I was signed up for services that no longer existed and set up to be auto-billed for services that I did not want.  There was no option to disable the auto-renew online.   Attached as **Attachment R** is a true and correct copy of a screenshot capture of my subscription page that I saved on June 15, 2020.

45.     I tried calling Raging Bull again by phone but was put on hold for over thirty minutes.  I sent text messages on the Raging Bull messenger app and left voicemails to record my complaint.

46.     It appears someone from Raging Bull must have gotten my message, because there were changes to my status when I checked my membership page again the next day.  It still showed that I was signed up for Weekly Windfalls, Dollar Ace, Dark Pool Profits, and Jackpot with the same auto-renew dates.  For the other subscriptions that were no longer available, the message read:  "There was a problem retrieving your subscription details.  Please contact support.  Attached as **Attachment S** is a true and correct copy of a screenshot capture of my subscription page that I saved on June 16, 2020.

47.     I was not satisfied with these changes and was also still confused.  I was also upset that they did not return my call and tried to sneak these changes through without telling me or discussing with me my service terms.  I filed another complaint with the BBB to let them know there was "funny business going on" and that what I wanted was reimbursement for the

PX 8, 513

unused time on subscription fees I had paid and to be released from all contracts with Raging Bull.

48.     A few weeks later, I called Raging Bull's "sales" department to see if anyone there would answer.  Sure enough, I was connected immediately to a live agent named "Zach."  I complained about why Raging Bull signed me up subscriptions without my knowledge.  Zach said under their terms and conditions, they did not need to notify us of subscription or product changes.  I also complained why it was so difficult to get someone from customer service on the line, especially since I had to call them to get Raging Bull to stop auto-renewing the subscriptions.  Zach said this was due to COVID-19 and that I just needed to keep trying.  Zach asked if I wanted to renew Raging Bull Elite for another year at $10,000.  He said this was a deal since the subscription normally costs $20,000.  I said no.

49.     On July 30, 2020, I received an email from "Justin" at Raging Bull, who called himself a "BBB Specialist."   Raging Bull was finally reaching out to talk to me about my BBB complaint.  I spoke to Justin on the phone and made clear both my complaint and demand for a refund.  During the call, Justin agreed with me that Raging Bull would reimburse me but he needed to get final approval from his boss Michael.  Shortly after, Justin confirmed in writing that Raging Bull would agree to issue me a $1,000 refund, remove me from all services, and add me to the "Do Not Contact List."  In return, I agreed to mark my BBB complaint as resolved.  I asked them to send me the refund by Paypal.  Attached as **Attachment T** is a true and correct copy of my correspondence with Justin at Raging Bull.

50.     It is September 2020 and I still have not received the refund that Raging Bull promised.

PX 8, 514

51.     I regret ever joining Raging Bull.  Not only did I pay nearly $10,000 on useless

subscriptions, I lost about $15,000 following Raging Bull's trades.  Not only that, I have spent a

lot of time and experienced so much frustration trying to get any kind of customer service from

them.  This is especially stressful they make it necessary for us to reach their customer service in

order to manage and sort out our billing issues.  It does not appear they have resolved this and I

continue to have the same issues with my membership.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _/0/01_ 2020.

Dustyann Tyukody

**PX 8, 515**

# ATTACHMENT A

PX 8, 516

 **Gmail**

**Dusty Tyukody** ███████████████

---

**Requested: Your RagingBull Bootcamp!**

1 message

---

**RagingBull** <support@ragingbull.com>                     Wed, Jan 30, 2019 at 10:55 AM
To: ███████████

                                         ragingbull.com

Congratulations Dusty!

You've taken the first step along the path to **becoming a profitable trader.** Whether you are a beginner looking to take your first step into the market, or have some experience and are looking to fine-tune your performance, you've come to the right place. We assure you that our top traders have put in the time for these lessons to help guide you in your journey. We are focused on education and how you can reap the rewards that the stock market has to offer.



**Access Details:**

Login here:
https://app.ragingbull.com/member/login

**User**: Your Email ███████████████
**Password**: The one you chose when filling the details form.

**Please note**: If you currently are a RagingBull member, please use the same credentials as usual, we have not reset your password.

Once you login, you can find the video lessons here:

https://app.ragingbull.com/pages/rb-boot-camp



Attachment A                                              **PX 8, 517**

Take your time working through these lessons. Our goal is to give you a sense of direction in the market and **show you what is possible** if you are willing to put a little time in.

We all started in the same place with little knowledge and a lot of trial and error. We don't want that for you.

We want you to hit the ground running, which is why **our team of millionaire traders put together these tips for you**.

The market can be intimidating, and many can overcomplicate it. Let us help you avoid the common mistakes so many others make, and **accelerate your performance** faster than you could believe.

So get ready!

Your Bootcamp Starts Now!

**- RagingBull Team**

Neither Raging Bull nor RagingBull.com, LLC (publisher of Raging Bull) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Raging Bull manages on behalf of RagingBull.com, LLC.

Unsubscribe from this list

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

# ATTACHMENT B

PX 8, 519

# Re: [RagingBull.com] Scaling Back

| | |
|---|---|
| **From:** | Dusty Tyukody ████████████████ |
| **To:** | RagingBull.com Support <support@ragingbull.com> |
| **Cc:** | Dusty Tyukody ████████████████ |
| **Date:** | Fri, 12 Jul 2019 14:58:04 -0400 |

RE:  559600 AND 543883
TO: MICHAEL AT R. B.

Michael, referring to # 543883 as shown below, you stated that I had a $2,000 pdf credit left after restructuring my 10K contract.  We mutually agreed that the modification to my contract included adding time onto my subscriptions so that they would not have to be renewed until December 11, 2021.

I continue to look for an approximate 10K value to my subscriptions but have not found any such value.  If anything, this arrangement feels more like buying a new car and having the sucker depreciate upon leaving the dealership.  Since my renegotiation Jeff Bishop has had the nerve to introduce something called Alpha.  Yet, when I look at the various pieces of Alpha, I see that except for creating a different set of alerts, a different live stream and a different so called bullseye on Sundays, for 2K in more money, there is nothing but smoke and mirrors.

Now JB shows us his latest twist using credit spreads - which he most likely got from Bishop - and asks for another 2 K or so from current subscribers who have, like me, already given 10 K with only a modicum of value to show for it.  I have already filed complaints with NH BBB and a scam website.  I see, in my research that there are bunches of folks who don't approve of Jeff and Jason's BS sales techniques.  So I have lots of company for sure.

Before I go to the AG's for NH and OH, let me make another offer to  try to bring our competing interests into alignment.  For the 10K of mine that RB has, take back the .75 years of service credit and give me Weekly Windfall for 1 year.  Let me reiterate that if RB didn't engage in such ruthless, shady and greedy sales tactics at such outrageous prices I would not keep having to contact you for these adjustments.  Of course, if Jeff and Jason stopped these criminal sales tactics with their existing so called VIP clients, they would not have so many angry, jilted former and current subscribers.

Again, my ask is to take back .75 year of subscription time on my current offerings and open up Weekly Windfall as part of my services.  Please advise soon.  If need be please refer this to Gavin Harrison or whomever has authority to make decisions.


Dusty Tyukody
████████████████


On Jun 21, 2019, at 2:49 PM, Michael (RagingBull.com Support) <support@ragingbull.com> wrote:

##- Please type your reply above this line -##

Your request (543883) has been solved. To reopen this request, reply to this email. See the latest comments below:

---

**Michael** (RagingBull.com)

Jun 21, 2:49 PM EDT

Hi Dusty,

We agree to these terms and have setup your subscriptions as such.

**PX 8, 520**

Raging Bull Elite is no more, and you now have Petra Platinum, Millionaire Roadmap and Trader's Council.

Thank you for working with me on this, and I hope you are satisfied with these services.

Sincerely,

Michael

---

**Dusty Tyukody**

Jun 20, 2:32 PM EDT

OK, I agree to the following:

Effective July 1, 2019

Surrender Elite status
Stop access to: Penny Pro, Daily Profit Machine, Supernova, Sniper Report, FDA Insider, Options Rocket, Nucleus, along with related chat rooms
Subscriptions to Petra, Jason and J. Bishop will continue till expiration of December 11, 2021.
No additional fees for Petra, Jason or J. Bishop services until December 11, 2021.

Is that OK with Raging Bull?

Dusty Tyukody

 <mailto: ████████████ >

---

**Michael** ([RagingBull.com](RagingBull.com))

Jun 18, 3:10 PM EDT

Hi Dusty,

Millionaire Roadmap and Petra Platinum, two of the services you would retain, are Jason and Petra's mentorship level subscriptions.

Because of this, they always have access to the latest subscription information related to their services. So if Petra makes a change to Petra Gold, it will automatically take place on Petra Platinum because Petra Gold is apart of Petra Platinum.

The same can be said for Millionaire Roadmap and Jason Bond Picks/Freedom Trader(which are the same thing now) and Weekly Money Multiplier. Any updates or changes that occur to Weekly Money Multiplier also happens to Millionaire Roadmap because it is included in that subscription.

The total of Raging Bull Elite is $9999. Using some of our sales prices for Millionaire Roadmap($2,997), Trader's Council($1,999), and Petra Platinum($2997), I got $7993 as a total for what you wanted to keep. This left about another 2000 dollars left over, so I tacked some extra time onto that.

Attachment B

**PX 8, 521**

Sincerely,

Michael

---

**Dusty Tyukody**

Jun 16, 3:46 PM EDT

Michael, thank you for your suggested solution.. A couple things before I respond. I have copied two other Raging Bull folks I have also been in touch with about other issues. While not directly connected with what you and I are working on, there is some overlap and I don't want Gavin or Elliot to be in the dark.

Second, I have collected all my subscription charges and agreements with dates. My brain likes to put numbers to each of the subscriptions I am in, when I entered and what I paid. Here is my summary:

January 28 – Jason Bond Picks – $297.00
January 29 – Jason Bond Picks – $2,997.00
Feb. 1 – Petra Picks – $1,499.00
Feb. 27 – Raging Bull Millionaire Roadmap – $997.00
March 13 – Raging Bull Elite – $3,999.00
TOTAL: $9,789.00

Since I began there have been some modifications and additions, some of which are relevant to my agreements with Raging Bull, some not. Based on the set ups today, my desire is to continue to access Millionaire Roadmap, Freedom Trader, Jason Bond Pics, "Courses", Weekly Money Multiplier, and Petra Picks along with their respective chat rooms.

Future: how will we address changes and additions that might come about with Jason, Jeff, Nathan and Petra? I want to know what I can expect.

Getting back to the numbers, my brain will be very happy if I can see the details behind the decision of giving me an additional 1.75 years of time on the services I have listed above. Also once we agree to some solution, what will be the exact end date of the subscriptions I want to keep?

I also have some important issues that I have sent to Jason and Jeff through Gavin Harrison and Elliot Tousley. You should not be making your decisions in the dark about these items. So I will copy you on any communication I will be making to them. Thanks for your time and energy on this. I want to be a successful trader and I want Jason et al to be my "go to" set of teachers/mentors. Our agreement is an important aspect of this success.

Dusty Tyukody

███████████ <mailto:█████████████>

---

Michael ([RagingBull.com](RagingBull.com))

Jun 14, 3:17 PM EDT

Hi Dusty,

Thank you for your patience in this matter.

We have been in discussion about your account and here is what we are offering to you.

We will maintain your access to Millionaire Roadmap, Petra Platinum and Trader's Council (The 3 mentoring services you wish to remain apart of), and apply 1.75 years of service to each of those as credit for your Elite subscription.

Sincerely,

Michael

---

**Dusty Tyukody**

Jun 12, 4:13 PM EDT

Thanks for your response, Michael. What I did not relay in my original note is that I also want to surrender my Elite status also effective July 1. Clearly it doesn't make any sense to expect to be an Elite subscriber if I want to unsubscribe from several services. Please also let me surrender my elite status.

Dusty Tyukody

███████████████████  <mailto:███████████████>

---

**Michael** ([RagingBull.com](RagingBull.com))

Jun 12, 3:48 PM EDT

Hi Dusty,

I've reviewed your account and the biggest issue is you have Raging Bull Elite as one subscription, and you don't have 6+ different subscriptions.

This makes scaling back at this time mostly impossible.

All we can really do is turn off the alerts from the subscriptions you don't enjoy, and when your renewal date for Raging Bull Elite comes around, we turn it off and we get you back on into the subscriptions you like.

Sincerely,

Michael

Attachment(s)

[ragingbull-elite-dustyann-tyukody.pdf](ragingbull-elite-dustyann-tyukody.pdf)

---

**Dusty Tyukody**

Jun 12, 1:05 PM EDT

As you can see from my email to Gavin yesterday, I want to scale back on the listed subscriptions since I have found that I do not use them nor do I need them. I would like to make this change effective July 1, 2019. All I need from you in addition to making this change is to tell me what my reimbursement will be> Thank you.

Dusty Tyukody

███████████ <mailto:█████████████>

> Begin forwarded message:
>
> From: Gavin Harrison <gharrison@ragingbull.com>
> Subject: Re: Scaling Back
> Date: June 12, 2019 at 8:17:33 AM EDT
> To: Dusty Tyukody ██████████████
>
> Hi Dusty,
>
> If you are looking for reimbursement for packages you have already purchased and used, please contact our support team. They need the request in writing. Their email address is support@ragingbull.com <mailto:support@ragingbull.com>.
>
> Thank you,
>
> Gavin Harrison
>
> On Tue, Jun 11, 2019 at 3:45 PM Dusty Tyukody <█████████████ <mailto:██████████████>> wrote:
> Hi Gavin, I am enquiring as to the reimbursement I will receive by scaling back my membership. I would like to terminate the following if it captures some money for me since I do not use these services regularly:
>
> 1. Nucleus
> 2. Option Rocket
> 3. Super Nova
> 4. Sniper Report
> 5. FDA Insider
> 6.Penny Pro
>
> Since joining RB I have found that I do best with trades longer than day trading and larger than penny stocks. I also do not have the stomach to take trades betting on make-or-break news.
>

Attachment B                                        **PX 8, 524**

> Please let me know what type of reimbursement I can expect by ending the above services July 1, 2019.
Thanks.

>

> Dusty Tyukody

>  <mailto: >

>

>

>

>

>

>

>

]

Thank You for Contacting Support.

**PX 8, 525**

# ATTACHMENT C

PX 8, 526

 **Gmail**

**Dusty Tyukody** ████████████

---

**Hitting the Bullseye!**
1 message

---

**Bullseye Trades** <support@ragingbull.com>                    Wed, Nov 6, 2019 at 11:19 AM
To: ████████████



Hi Dusty!

Thank you and welcome to Bullseye Trades. It's definitely one of my favorite trading services, and I feel sure that you're going to love it, too!

I've put together a short welcome video to give you an idea of what to expect:



## How Bullseye Trades Work

Every Monday morning before the market opens, I will send you my Bullseye trade idea for the week ahead. I'll share the trade including the exact options contract and a complete trade plan to maximize profits.

Before you get into the trade, I've one "pro trader" tip for you; *WAIT!* The trade idea is not a recommendation to leap into the trade when the markets open on Monday!

In the *Bullseye* alert I detail the options trade, and the price I want to get in at. I am happy to wait until my trade fills… even if it doesn't! I am fine with that and I will never chase trades, and neither should you.

**Allow trades to come to you.** And if the price of the trade goes a little bit lower, I might even enter more options contracts for that trade.

## How Much Profit Can I Make?
For these Bullseye trades I am looking for about 100% profit in a week or two. I am always looking for profits, but remember that pro traders first consider the *loss* they could make on any trade; the **risk** to reward. Always consider the risk of a trade first, and the reward later.

Bullseye trade alerts always give an idea of the stop loss I am looking at if the underlying price of the stock goes against me. This helps me to protect my trading capital, and I am always reminded of what the economist John Maynard Keynes said in this regard;

> *"The market can remain irrational*
> *longer than you can remain solvent."*

Great words!

## Don't EVER Chase Trades!
Allow the trade to come to you and don't get emotionally caught up in your trades. I am always happy to take smaller profits over pipe dreams of future profits or of hoping that a bad trade will suddenly turn great! There is always next week's Bullseye trade if this week's trade doesn't work out as you expected.

## Waiting it Out: Paper Trading
If trading stocks or options is new to you, it's fine to wait and see. You do not have to leap in at the deep end of Bullseye trades.

A lot of brokerages now offer *paper trading* which allows you to place real trades but with "paper" money. This way you can take a look at the trade, see if it feels right, get in on the trade and see what happens.

When you feel that you are being more consistent in your paper trading, and how you respond to the different trading scenarios that come up (because these situations definitely *will* arise!), then you will know if you feel ready to start trading real money trades. Trading *paper money* is always good practice, and can help to prepare you for real money trading.

I love these Bullseye trades and I think you are going to love them too. Thank you for joining me as we target these trades together!

Now, here's to YOUR success!

*Jeff Bishop*

Jeff

### Accessing Your Bullseye Dashboard
Access Bullseye Trades here using your email address
████████████████ and your account password.

---

### How to Get My Personal, 20-Year Winning Options Trading Strategies!

Bullseye Trades is just one of the powerful trading strategies that I've designed over the last 20-plus years to help me rake in **$$MILLIONS in profits!**

And now I want to share ALL of these profitable, fine-tuned trading techniques with you in my *Total Alpha trading service*. I deliver, on average, at least one 100% winner every single month! Total Alpha is now open for new members at my new member offer for a limited time only! Get into Total Alpha here!

---

None of our traders, educators, coaches, forum moderators, employees, agents, nor RagingBull.com, LLC (publisher of Bullseye Trades) are registered as investment advisers nor a broker/dealer with either the U. S.

Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives.

The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account.

These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision.

The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment,and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith,but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning the accuracy,

Attachment C

**PX 8, 529**

completeness,correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current.

Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. Any table or data is accurate, though not every trade is represented. Profits and losses reported are actual figures from portfolios each trader manages individually and not on behalf of RagingBull.com, LLC.

Although our employees may answer your general customer service questions, they are not licensed under securities laws to address your specific investment situation. No communication by our employees or agents to you should be deemed as personalized financial advice.

This information is protected by the copyright laws of the United States, and international treaties. This information may only be used pursuant to the subscription agreement, and any reproduction, copying, or redistribution (electronic or otherwise, including on the world wide web, by email, or via social media), either in whole or in part, is strictly prohibited without the express, prior written permission of RagingBull.com, LLC, 62 Calef Hwy. #233 Lee, NH 03861, USA.

If you have a current active subscription with Bullseye Trades you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at Bullseye Trades
62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Unsubscribe from all RagingBull Emails

**PX 8, 530**

# ATTACHMENT D

**PX 8, 531**

 **Dusty Tyukody** ████████████

---

**, We Kept The Fire Going For You...**
1 message

---

**Raging Bull All Access** <support@ragingbull.com>                    Wed, Mar 25, 2020 at 2:49 PM
Reply-To: Raging Bull All Access <support@ragingbull.com>
To: ████████████



Dear trader,

Things started off on FIRE at Jason Bond's LIVE event last night.

We mean, *literally* on FIRE...



**Want to see what happened right after?**
**[Click to watch the replay here.](#)**

Just after the hottest damn countdown in RagingBull history, nearly 6K attendees popped up in the room.

## Thousands showed up to join Jason LIVE for several reasons...

1. Because aside from being America's most dynamic momentum trading teacher, Jason just knocked out one of his best trading weeks with $75,000 in profits using just a $100,000 account.

2. Because everyone wanted to learn about **Jason's brand new "advanced notice alerts"** that we think could totally upend the financial newsletter industry.

3. Because Jason's newest 'unchained' trading service comes with access to a 60-hour training vault and **a special limited-time guarantee**…

## While the market was still in turmoil, Jason made over $75K

Keep in mind that Jason began his most recent trading *tear* last week, which was *before* the markets bounced back yesterday following congress' $2 trillion COVID-19 stimulus package deal.

Just yesterday, the market made the biggest move since 1933. The DOW gained 2,112 points (11.37%), the S&P gained 209 points (9.38%), and the NASDAQ gained 557 points (8.12%).

Jason's performance last week proves that no matter what the

**PX 8, 533**

conditions are in the market, there are still money-making opportunities out there.

When things go crazy, Jason always goes back to his number 1 strategy, which for him are his two simple patterns.

***The two patterns that Jason uses,*** which are his bread and butter, work in *any market condition.*

So while we can't possibly predict exactly where the markets will go next, we don't need to.

As Jason explained last night, he took $75K in trading profits last week without knowing that the market was going to totally bounce back.

It's all about location... the trader who can locate the best trades before everyone else will make the most money.

The reality is that everything you'll learn from Jason is about **locating stocks before they move.**

Just like the real estate market, location is everything!

## Jason's advanced notice alerts help you locate momentum stocks... and get in before he gets in

As a Jason Bond Picks member, you don't need to stress about receiving alerts too late.

Jason is now sending all his email alerts *before* he makes the trade.

The benefit of this is that you have **the opportunity to look at the charts and learn about Jason's moves before he makes them.**

Attachment D                          **PX 8, 534**

Here's what people are saying about the advanced notice alerts:



Mar 19, 1:56 PM
**jason bond** **(Moderator)**: What do you guys and gals think about my new 'advance notice' ???

Mar 19, 1:56 PM
**kirk pie**: me likey

Mar 19, 1:56 PM
**jon sny**: LOVE IT JB!!!! thxx u

Mar 19, 1:56 PM
**joan bow**: Love it @JB

Mar 19, 1:56 PM
**jordan cec**: great Jason! Much better than previous methods

Mar 19, 1:56 PM
**eric gre**: LOVE IT 😀

Mar 19, 1:56 PM
**jason bond** **(Moderator)**: perfect, i appreciate the feedback, we'll make this permanent

Mar 19, 1:57 PM
**howard wes**: it's perfect!!! Thanks Jason

Mar 19, 1:57 PM
**jon sny**: You're the man! cheddar spreader

Mar 19, 1:57 PM
**kirk pie**: awesome ! thanks JB

And just have a look at how Jason gave advanced notice on a couple of his recent trades and how his subscribers benefited…

**PIXY:**

Attachment D                                    **PX 8, 535**





**BMRA:**





## Go 'Unchained' with Jason Bond today… and get his special limited-time guarantee

By signing up today, you'll get his trading vault (60 hours of training).

We took the most important ones and put them into 2-3 hours of education.

If you complete that 2-3 hour course and follow along with

**PX 8, 537**

Jason's advanced notice alerts for a full month and still are not satisfied, you'll receive a full refund.

**[Watch the replay of Jason's LIVE event last night and join here.](#)**

 **TODAY'S TOP STORIES**

---

**[Leaked: My Exclusive Coronavirus IPO Watchlist](#)**
**By Ben Sturgill of IPO Payday**



---

**[10X Your Profit Potential With This Simple Step](#)**
**By Nathan Bear of Weekly Money Multiplier**



## How to Improve Your Trading Process to Increase Your Profits

**By Ben Sturgill of Daily Profit Machine**



## How The Smart Money Executes Trades

**By Taylor Conway of Dark Pools**

Attachment D          **PX 8, 539**



**To your success,**

**The RagingBull.com Team**

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from support@ragingbull.com
Unsubscribe from all RagingBull emails

Neither Raging Bull nor RagingBull.com, LLC (publisher of Raging Bull) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer

to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Raging Bull manages on behalf of RagingBull.com, LLC.

**PX 8, 541**

# ATTACHMENT E

PX 8, 542



**Dusty Tyukody** ▮▮▮▮▮▮▮▮▮▮

---

**My Two Favorite Chart Patterns**
1 message

**Weekend Wiretaps** <support@ragingbull.com>                    Thu, Mar 26, 2020 at 11:01 AM
Reply-To: support@ragingbull.com
To: ▮▮▮▮▮▮▮▮



Hey gang,

Wednesday in the **Profit Prism Platinum** chat room, I spent some extra time talking with members about exactly what it is that I look for when I'm scouting out my trade candidates at the end of the day.

That lesson included a breakdown of two trusted chart patterns that I use to scout potential Weekend Wiretaps picks -- so I had a feeling you'd be interested, too.

> **gale lod:** I know you've done this before but i sure love it when you do it again it helps me to gain more insight on what to look for thanks Jeff
>
> **cindy kle:** "you're giving us pearls right now
>
> **robert smi:** excellent explanations today! Learning alot!
>
> **amy m:** Such a great teacher!❤

*My **Profit Prism Platinum** members love the educational content!*

## Pick Your Pattern

The first step I take when I'm looking at a potential trade candidate is to scan for specific chart patterns that indicate the

**PX 8, 543**

stock is going to climb higher.

Of course, there's tons of chart patterns I could choose from, but I'm going to focus on just two in particular.

Historically, I've found these simple, powerful setups to be pretty reliable signals that a stock might be getting ready to climb higher -- especially when coupled with other key indicators, like increased trade volume and levels of support.

## Pattern #1: The Stairstep

The first pattern I keep a close eye out for is "higher highs and higher lows."

You may recall this simple, classic pattern from our recent Weekend Wiretaps trade on PASO.



*Look familiar? PASO was a great example of the higher highs and higher lows pattern.*

It basically just means the stock is stair-stepping higher.

Each time the stock trades up, it reaches a new high, and when

the stock does trade down, it stays above the previous low it made when it trended downward.

This usually indicates there's solid demand in place for the shares, and a higher low can also be a good entry point for traders to get in before the next move higher.

## Pattern #2: Consolidation

The second pattern I keep an eye out for is consolidation.

Consolidation just means a stock is trading within a specific price range for an extended period of time, like NLS shares below.



*Volume typically declines during consolidation, then rises again on the breakout.*

But this doesn't mean I'm attracted to any old sideways price pattern.

What I really keep an eye out for is consolidation AFTER a big price jump or drop. This usually means the stock has found a key level of support, which the stock can then use to springboard higher, given the right catalyst -- like a surge in trading volume.

Attachment E                                    **PX 8, 545**

Also, the longer the consolidation, the better. If I can find a stock that's been consolidating for a few weeks, that's ideal.

## You Can't Trade on Patterns Alone!

Of course, a chart pattern by itself isn't going to be enough for me to want to take a trade. There's lot of other factors I want to look at before I decide which trades are going to be a hit and which ones are going to be a miss, with trading volume being key among those.

There's plenty more information about what I look for in my trades in your Raging Bull dashboard – I recommend watching the **Small Account Success video** if you're looking for more information on chart patterns to watch.

I'll be back at you tomorrow with your next Weekend Wiretap update, so keep your eyes peeled.

Until then, stay healthy, stay safe, and have a good one!

*Jeff Williams*

**Jeff Williams**
Weekend Wiretaps

RagingBull, LLC
62 Calef Hwy. #233, lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Weekend Wiretaps

Neither Jeff Williams nor RagingBull.com, LLC (publisher of Weekend Wiretaps) is registered as an investment adviser nor a broker/dealer with either the U. S.

Attachment E

**PX 8, 546**

Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Williams manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekend Wiretaps you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at Weekend Wiretaps.

Attachment E

**PX 8, 547**

# ATTACHMENT F

PX 8, 548

## What I Want to See on IFRX

| | |
|---|---|
| **From:** | Weekend Wiretaps <support@ragingbull.com> |
| **To:** | ███████████████ |
| **Date:** | Tue, 07 Apr 2020 10:00:39 -0400 |

Hey gang,

As for trading… The theme continues. COVID plays are paying, and that includes small caps.

Although small-cap stocks are usually insulated from widespread panic selling in the broader market, one of the reasons I love them is because they still cash in on the latest market catalysts and trading trends.

I always target trades with strong technical setups and the momentum to go higher, but a nice headline-driven pop is always welcome, and these COVID plays have been delivering lately!

Just ask my Profit Prism Platinum members, many of whom raked in a nice profit on a different COVID weekend play from my weekend watch list:

*Tweet me @ThePennyPro and tell me about your latest COVID play!*

And when I start my new $50K program next week, I'm betting there will be more than a few trades inspired by recent events…

Also, don't forget to join me for our very first LIVE breakout session, tonight at 8:00 PM ET! This session is ONLY open to Weekend Wiretaps members, and I think you're really going to get a lot out of this class.

But in the meantime, I'm going to focus on my latest Weekend Wiretaps pick so you can see exactly why I'm planning on yet another profitable pandemic play with this small-cap mover.

**PX 8, 549**

Click here to continue reading.

**Jeff Williams**

Weekend Wiretaps

RagingBull, LLC

62 Calef Hwy. #233, lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Weekend Wiretaps

Neither Jeff Williams nor RagingBull.com, LLC (publisher of Weekend Wiretaps) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Williams manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekend Wiretaps you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at Weekend Wiretaps.

Attachment F

**PX 8, 550**

.

**PX 8, 551**

# ATTACHMENT G

PX 8, 552



**Dusty Tyukody** ███████████████

---

### Flash Sale! It's On!
1 message

---

**Total Alpha** <support@ragingbull.com>                    Thu, Mar 26, 2020 at 2:44 PM
Reply-To: Total Alpha <support@ragingbull.com>
To: ████████████████



I knew it was going to be bad… But not this bad.

This morning, the US jobs report showed that unemployment claims have skyrocketed to record breaking highs.

For many, the present feels gloomy, and the future is looming with uncertainty.

But one thing I do know? The market will *always* be there, and I know that I can *always* reel in consistent profits no matter what it throws at me.

Just a few days ago, I raked in $5,332 on Boeing.



The *SAME* stock that is down a whopping 75% from recent highs - and investors are no doubt getting crushed.

But me?

When the opportunity presents itself, I am in and out with a pocket full of cash.

And now I want to present you with an unprecedented opportunity to line your pockets right beside me.

For an extremely limited time, you can join my flagship trading service - Total Alpha - for the absolute ***LOWEST*** price I've ***EVER*** offered.

Attachment G                                    **PX 8, 553**

I am confident that I can help ordinary people grow any sized account, and make consistent income from anywhere in the world, with just a few minutes of "work" a day.

I hope you understand that I can't keep this deal open for long.

I simply can't continue to offer this much value for so cheap!

**All the details you're itching to know are right here.**

*Jeff Bishop*

**Jeff Bishop**

> ***Kyle's LIVE TWICE TOMORROW! 10AM FOR A RARE, BONUS TRADE** and 3:30PM AS USUAL FOR THE MOBILE CLOSER TRADE OF THE DAY!*

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from support@ragingbull.com
Unsubscribe from all RagingBull emails

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Total Alpha Trading) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Total Alpha Trading you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultipler.com.

 Gmail **Dusty Tyukody** ████████████

---

### I Hope You're Sitting Down For This
1 message

---

**Total Alpha** <support@ragingbull.com>                    Thu, Mar 26, 2020 at 8:41 AM
Reply-To: Total Alpha <support@ragingbull.com>
To: ████████████



I'll cut right to the chase… I'm doing something I've never done before.

In recent weeks, my inbox has been flooded with questions from traders who all want to know one thing…

*"Jeff… HOW do you continue to reel in massive profits in this market?"*

**What average traders don't realize is that this market is creating more money making opportunities than we've seen in over a decade.**

In fact, in the same week that the market wiped out all of it's 2019 gains, I was sitting on $84,420 in profits.



It all comes down to having a ***PROVEN*** system that tunes out the noise, and allows you to make money no matter what the market throws at you.

And for a very limited time…

***I'm willing to grant you full access to my Total Alpha system for ROCK BOTTOM PRICING.***

You heard me!

I'm offering you an **enormous discount on a system that can make you life changing money, all while other traders are getting clobbered.**

But you have to act soon, because I can't keep this deal open for long.

**Click right here for all the details.**

*Jeff Bishop*

**Jeff Bishop**

PX 8, 556

*Kyle's LIVE TWICE TOMORROW!* **10AM FOR A RARE, BONUS TRADE** *and 3:30PM AS USUAL FOR THE MOBILE CLOSER TRADE OF THE DAY!*

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from support@ragingbull.com
Unsubscribe from all RagingBull emails

---

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Total Alpha Trading) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Total Alpha Trading you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultipler.com.

**ATTACHMENT H**

PX 8, 558

## These Paydays Could Keep You Going Without a Job

| | |
|---|---|
| **From:** | Raging Bull All Access <support@ragingbull.com> |
| **To:** | ████████████████ |
| **Date:** | Fri, 27 Mar 2020 14:50:49 -0400 |

,

America has "shut down," businesses have closed their doors, and unemployment claims are now *through the roof.*

However, the Dow and S&P have staged the greatest 3-day advance since the Great Depression.

Enthusiasm surrounding the $2.2 trillion stimulus package is still giving the markets a boost.

And while the market has been able to swallow negative news better… who knows if this is just another head fake up before stocks come crashing down again.

But you know what?

Traders actually don't really wrestle with these thoughts.

As long as there is volatility in the market—they are excited.

You see, as traders, we're taking profits no matter which way the markets move.

While a record 3.2 million Americans are without a paycheck, every day in the markets is still a new potential payday for traders like us.

Just have a look at Ben Sturgill's *money calendar* as an example of how even trading a small account alongside him could get you started *without* a job.

The best part of Ben's trading system is that he makes it so *SIMPLE* to collect these paydays.

Ben even went LIVE this morning to walk his exclusive members through how easy it all really is.

[Watch here to gain exclusive access to these LIVE trading sessions].

While other traders are puzzling over complicated strategies like bear spreads, long straddles, and protective collars, Ben is making his trades based on the

**PX 8, 559**

simple up and down movement of the S&P 500.

No exhaustive market scans to narrow stock choices from 2,000 to just a few, no speculations about which sectors will perform best— just one simple decision every single day about which direction the same index will move.

Each next trading day this month, with the exception of one day where he took a loss and three days when he didn't alert, was another exciting *payday* for Ben.

And any given week of these paydays is enough to kick a lousy $1,200 monthly government check in the butt.

If you had started this month with a $1,000 account, you could have increased your account to $3,841 in the first week alone.

That beats the government's relief check in just a single week.

Don't stand idly by, waiting for the government to hand you your check.

Take action now.

Learn how you could start your April with these *consistent* paydays.

## Not Ready to Receive Ben Sturgill's Exclusive Profit Alerts?

**Ben's Daily Profit Machine and IPO Payday Mailings
Show You How He's Nailing his S&P Premarket Strategy
and Playing This Year's Hottest IPO "Unicorns"**
Receive all of Ben's free mailings by clicking here.

### This Holographic IPO Brings Star Wars to Life
By Ben Sturgill of IPO Payday

### [Leaked] How To Use My Scanner to Score Consistent 10%, 20%, and 50% Gains
By Jason Bond of Jason Bond Picks

## Check Out How I'm Loading Up Long Trades
## In This Market
### By Nathan Bear of Weekly Money Multiplier

## [Watch] How To Use Market Volatility
## To Make Wicked Profits
### By Jeff Bishop of Total Alpha

To your success,

The RagingBull.com Team

RagingBull, LLC

62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from support@ragingbull.com

Unsubscribe from all RagingBull emails

Neither Raging Bull nor RagingBull.com, LLC (publisher of Raging Bull) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for

PX 8, 561

themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Raging Bull manages on behalf of RagingBull.com, LLC.

Attachment H

**PX 8, 562**

# ATTACHMENT I

**PX 8, 563**

## If Not Now, Then When?

| | |
|---|---|
| **From:** | Total Alpha <support@ragingbull.com> |
| **To:** | ████████████████ |
| **Date:** | Fri, 27 Mar 2020 11:05:55 -0400 |

There's no way to sidestep around this…

Investors are getting crushed.

But traders? They're lining their pocketbooks.

It all comes down to understanding *WHERE* the opportunities are, and being nimble enough to find them, and disciplined enough to act.

...Hunt or be hunted.

If you had invested in AAPL at the beginning of this year, your account would be down a nauseating 31%.

But just by being able to identify one pattern yesterday afternoon, you could have walked away with $3,000 in trading profits from boring old Apple in less than 24 hours.

Most people are tying all their capital up in "safe stocks", and waiting lightyears for the investment to come to fruition… But that won't be you.

There are hundreds of opportunities **every single day** to execute on high conviction patterns, and rake in thousands or even tens of thousands in profits in an extremely short period of time.

My job is to identify those tried and true patterns, and tell you exactly how to capitalize on them.

So here's the deal…

***I've slashed the prices on my Total Alpha service by a whopping 35%.***

*BUT* I want traders who are hungrier than ever to start making money right beside me every single day… So I won't keep this deal open for much longer.

You can start profiting with me as soon as TODAY, but you have to be willing to take the first step.

It's all right here.

Are you in?

Jeff Bishop

RagingBull, LLC

62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from support@ragingbull.com

Unsubscribe from all RagingBull emails

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Total Alpha Trading) is registered as an investment adviser nor a broker/dealer with either the U. S.

Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is

solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any

user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or

viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with

customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT

indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a

recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or

not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her

own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully

understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and

written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to

any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify

such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for

RagingBull, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such

representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses

reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Total Alpha Trading you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel

your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultipler.com.

Attachment I



Attachment I

**PX 8, 566**

**ATTACHMENT J**

PX 8, 567

# My List of Secret Stocks

| | |
|---|---|
| **From:** | Jeff Bishop <support@ragingbull.com> |
| **To:** | ███████████ |
| **Date:** | Sat, 28 Mar 2020 13:00:09 -0400 |



Time is winding down.

And if you're not sure what I'm talking about, you're behind... So listen closely.

Plain and simple, traders like me use the markets as their own personal ATM's.

But I do things a little differently than most.

In fact… I ignore about 99% of all stocks in the market.

I've found a handful of secret stocks that are wildly compatible with my Total Alpha System, and I trade them time and time again to pull in gains like these:

Attachment J

**PX 8, 568**



In fact, I made $82,000 last week just trading ONE stock over and over again.

Ignoring 99% of the market, has put me in the top 1% of elite traders.

With that being said, now is the time to listen very closely…

I'm extending you the opportunity to look right over my shoulder, gain access to my million dollar system, and get your hands on every trade I take in real time… For rock bottom pricing.

Total Alpha retails at $2,499.

I offer occasional discounts at $1,497...

But FORGET THAT.

For the next 48 hours, I'm allowing you to gain full access to me and all of my trades for an entire year… For less than $1,000.

Just imagine what your account would look like after an entire year of executing on my money multiplying trades.

This is the lowest price I've ever offered, and you will likely never see this deal again.

The opportunity is here, it's your choice to take it or not.

Live trade alerts sent to your email and text. Yes, it's really that easy.

This sale ends soon. The time is now!

Jump in with me.



Jeff Bishop

None of our traders, educators, coaches, forum moderators, employees, agents, nor RagingBull.com, LLC (publisher of Total Alpha Trading) are registered as investment advisers nor a broker/dealer with either the U. S.

Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives.

PX 8, 570

The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account.

These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision.

The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning the accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current.

Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. Any table or data is accurate, though not every trade is represented. Profits and losses reported are actual figures from portfolios each trader manages individually and not on behalf of RagingBull.com, LLC.

Although our employees may answer your general customer service questions, they are not licensed under securities laws to address your specific investment situation. No communication by our employees or agents to you should be deemed as personalized financial advice.

This information is protected by the copyright laws of the United States, and international treaties. This information may only be used pursuant to the subscription agreement, and any reproduction, copying, or redistribution (electronic or otherwise, including on the world wide web, by email, or via social media), either in whole or in part, is strictly prohibited without the express, prior written permission of RagingBull.com, LLC, 62 Calef Hwy. #233 Lee, NH 03861, USA.

If you have a current active subscription with JBP All Access you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at JBP All Access.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Attachment J

**PX 8, 571**

# ATTACHMENT K

**PX 8, 572**

# URGENT: Account Action Required

| | |
|---|---|
| **From:** | Bullseye Trades <support@ragingbull.com> |
| **To:** | ████████████████ |
| **Date:** | Wed, 08 Apr 2020 09:00:27 -0400 |

Morning, Dusty !

I have a TIME-SENSITIVE announcement.

**I'm afraid your subscription has expired**

[So, because I really miss you I want to extend this offer available ONLY to you..](#)

I don't know if you'll remember this because you let your subscription expire, but my Bullseye members and I just made out like bandits on my Bullseye Trade last week: <mark>GILD</mark>

### MY ACCOUNT SCREENSHOT

I locked in over $10k in profit from GILD!

But, who cares about me.. It's my members, like YOU who deserve applause..

Did you see GILD GAINS?

If you missed it, never fear!

I am so confident in my strategy that I knew I needed to share this exclusive opportunity with EVERYONE who has followed me on my Bullseye Trades journey, at one point or another.

I feel like it's my responsibility to give you the proper equipment to protect AND grow your account during this unpredictable market climate..

And, that's why for 48 hours ONLY, I am giving you the opportunity to gain access to my Bullseye Trades, FOREVER - for ONE payment of $399.

I'm doing this to simply demonstrate *1 fact:* Bullseye is consistently exploding with new ideas and profitable trading opportunities, (despite what the heck is going on out there..) and I want YOU to be a part of it.

Don't you?

Click here to learn more about everything you'll GAIN from this members only upgrade.

**Let's come out on top of this thing, together!**

Jeff Bishop
BullseyeOptionTrading.com

RagingBull, LLC

62 Calef Hwy. #233, Lee, NH 03861

Unsubscribe from all RagingBull emails

Neither Bullseye Trades nor RagingBull.com, LLC (publisher of Bullseye Trades) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is

solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Bullseye Trades manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Bullseye Trades you will need to contact us http://www.ragingbull.com/contact/ if you want to cancel your subscription. Opting out of emails does not remove you from your service at Bullseye Trades.

Attachment K

**PX 8, 575**

**Reminder - Your Bootcamp Training Package Awaits!**

| | |
|---|---|
| **From:** | Jeff Bishop <support@ragingbull.com> |
| **To:** | ████████ |
| **Date:** | Fri, 10 Apr 2020 10:02:28 -0400 |



.

Hello!
Jeff Bishop here once again.

I wanted to make sure you got your hands on this gift while this free access link is still available.



It's true what they say you know…
Long term profitability really isn't possible in the stock market without a STRATEGY.
You don't just stumble your way into these kinds of gains.

**PX 8, 576**



It took years to cultivate a strategy that yielded these kinds of results in my portfolio.

It really wasn't until I learned the power of a high conviction options strategy that I began making my millions.

My guess is, you already knew about the potential with trading options. That's why you're here!

But... What most traders are missing is the "framework".

This is exactly why the overwhelming majority of traders lose money in the markets.

My Total Alpha Bootcamp Training Series is a framework that can be followed by any level trader.

I'm thrilled to be providing you with access to this training resource absolutely free today.

Just click the link above, enter your email address, and we'll send you an email with access to the Bootcamp training package right away.

I hope you'll take advantage of this invaluable resource while you still can!

Access Total Alpha Bootcamp Training Videos Now

Click Here To Confirm

Neither Raging Bull nor RagingBull.com, LLC (publisher of Raging Bull) is registered as an

investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Raging Bull manages on behalf of RagingBull.com, LLC.

If you no longer wish to receive our emails, click the link below:

Unsubscribe from this list

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

.

Attachment K

**PX 8, 578**

# ATTACHMENT L

PX 8, 579

## 48 Hour Flash Sale!

| | |
|---|---|
| **From:** | Nathan Bear <support@ragingbull.com> |
| **To:** | ████████████████ |
| **Date:** | Wed, 01 Apr 2020 11:31:22 -0400 |

Last month, I launched my brand new service: LottoX.

I launched it in response to demand from my members, who have made thousands and even tens of thousands on my LottoX alerts in the past few years.

I needed to give this strategy its own due diligence!

But it's true, it was out of a lot of people's price ranges.

I know this is worth $1,499 a year, but for many, it was too much.

Maybe you were someone that saw that price tag and thought…

> *"I wish I could trial this service for a few months to make sure it's what I want"*

> *"This is just a little too far out of my price range"*

> *"Nate, do you have a quarterly offer?"*

I don't USUALLY, but today - yes, yes I do.

I'm offering you the opportunity to join LottoX QUARTERLY.

It's the perfect trial!

The system that returns 35%, 45% and 108%... all in the SAME DAY!

At least take 5 minutes and see everything you'd receive with this trial.

It's the full package, and at a quarter of the price!

Attachment L                                    **PX 8, 580**

It's truly too good to be true...

But LottoX has proven to be such a lucrative system, returning profits in both bull and bear markets... I **had** to share with you as soon as possible.

**This deal is only lasting 48 hours.**

Anything more than that and I'd be losing money.

Heck, I already am!

*Join LottoX TRIAL Right Now!*

**Nathan Bear**
Weekly Money Multiplier

RagingBull, LLC

62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from support@ragingbull.com

Unsubscribe from all RagingBull emails

Neither Nathan Bear nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for

**PX 8, 581**

RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Nathan Bear manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultipler.com.

PX 8, 582

## Coincidence? I Think Not.

| | |
|---|---|
| **From:** | Bullseye Trades <support@ragingbull.com> |
| **To:** | ▬▬▬▬▬▬▬ |
| **Date:** | Thu, 02 Apr 2020 17:02:05 -0400 |



You've heard him say it once… And you'll hear him say it again.

And at this point you might even be tired of hearing it.

But guess what? This ONE thing made him $1.4 million in 2019 and has him on pace for another $1 million+ year.

Each and every day, Nathan Bear is dialed into the markets at the opening bell - watching his LottoX scanner like a hawk.

It allows him to detect the absolute best opportunities in the market, and then he uses his expertise and experience to execute for maximum gains.

Focusing on his LottoX scanner took him from $40,000 in trading debt, to a multimillionaire in what felt like overnight.

**PX 8, 583**

And Tyler has an eerily similar story...

"Nathan is by far the best investment I've made since I started trading about a year ago. I was down about $15,000 on my own and I just made the minimal investment of an unlimited lifetime assistance from Nathan. Since Tuesday when I joined, I've doubled my $2,000 investment in one week" - Tyler D.

He was down $15,000 on his own, and after one week with LottoX he's doubled his investment.

Coincidence? I think not.

So just imagine what your account would look like in 3 months after taking Nathan up on his limited time Quarterly Offer!

With this deal, he's giving you a total of 90 trades (5 per week) that all have the potential to 2x and even 3x your money.

90 days of access to this ONE million dollar system!

But this LottoX Quarterly Deal closes tomorrow at midnight… So it's time to take action.

Jump in NOW.

**Jeff Bishop**
BullseyeOptionTrading.com

None of our traders, educators, coaches, forum moderators, employees, agents, nor RagingBull.com, LLC (publisher of Bullseye Trades) are registered as investment advisers nor a broker/dealer with either the U. S.

Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives.

The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account.

These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision.

The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning the accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current.

Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. Any table or data is accurate, though not every trade is represented. Profits and losses reported are actual figures from portfolios each trader manages individually and not on behalf of RagingBull.com, LLC.

Although our employees may answer your general customer service questions, they are not licensed under securities laws to address your specific investment situation. No communication by our employees or agents to you should be deemed as personalized financial advice.

This information is protected by the copyright laws of the United States, and international treaties. This information may only be used pursuant to the subscription agreement, and any reproduction, copying, or redistribution (electronic or otherwise, including on the world wide web, by email, or via social media), either in whole or in part, is strictly prohibited without the express, prior written permission of RagingBull.com, LLC, 62 Calef Hwy. #233 Lee, NH 03861, USA.

If you have a current active subscription with Bullseye Trades will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at bullseyeoptiontrading.com.

If you no longer wish to receive our emails, click the link below:
Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Attachment L                                                   **PX 8, 585**

**PX 8, 586**

# ATTACHMENT M

PX 8, 587

## [Invitation Inside] We've Never Done This Before

| | |
|---|---|
| **From:** | Raging Bull All Access <support@ragingbull.com> |
| **To:** | ███████████████ |
| **Date:** | Mon, 06 Apr 2020 08:10:48 -0400 |

Happy Monday, Trader! Jeff Bishop here.

For the last 8 months, Dave Lukas has lurked in the shadows as RagingBull's secret weapon.

Most of our millionaire traders, myself included, are extremely active in the markets. Heck, sometimes I put on a dozen trades in any given day.

But the truth of the matter is: some work out, and some don't.

But that's what trading boils down to... *Right?*

Dave has a thing or two to say about that.

You see, Dave will *ONLY* take a trade if the stars align… If everything sets up *just* right, and he has 100% conviction that he's going to walk away with a hefty profit.

And because of that, he's been coined the Most Consistent Trader on Wall Street.

His system has afforded him a bulletproof 90% win rate over the last decade, and a 100% win rate over the last 8 months that he's been at RagingBull.

And he came to me the other day with a proposition that I just couldn't refuse…

But this is extremely time sensitive.

The recent market selloff has put us smack dab in the middle of the greatest wealth building opportunity in history… And you and I may not live to see another one like it.

*But hold on.*

Dave isn't simply suggesting that you go on a buying frenzy and hope for the best.

He's got his sights set on *THREE* extremely high conviction trades, that he's pinpointed as

**PX 8, 588**

massive wealth building opportunities.

And sure, traders like me offer up trades all the time with huge profit potential… But I'm not the guy who shoots with 100% accuracy.

That's why Dave is the only man for this job.

This Wednesday, April 8th, he's going to tell you exactly how you can get your hands on these wealth multiplying trades.

Dave has _NEVER_ done something like this before. _WE_ have never done something like this before.

Click here right now to secure your spot at the event, and learn how to capitalize on this small window of opportunity.

**The RagingBull.com Team**

RagingBull, LLC

62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from support@ragingbull.com

Unsubscribe from all RagingBull emails

Neither Raging Bull nor RagingBull.com, LLC (publisher of Raging Bull) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and

fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Raging Bull manages on behalf of RagingBull.com, LLC.

**, Make 3X Your Money in 3 Months**

| | |
|---|---|
| **From:** | Raging Bull All Access <support@ragingbull.com> |
| **To:** | ███████████████ |
| **Date:** | Tue, 07 Apr 2020 15:44:02 -0400 |

,

We bet you've heard this quote before...

*"Be fearful when others are greedy and greedy when others are fearful."*

~ Warren Buffet

Well, we just put together your biggest opportunity to get greedy in 2020.

Allow us to explain...

While the market was roaring to all-time highs, Buffet was sitting on his laurels for more than 3.5 years and accumulating a record $128.2 billion in cash.

Like anyone else, Buffet didn't have a crystal ball. But he saw something that most people simply could not.

As most people were busy trying to catch the tail end of the bull market's momentum, Buffet was quietly getting prepared.

And now, the moment he was preparing for is here.

We've just witnessed one of the biggest and fastest selloffs in the history of the stock market.

And that means that now is one of the biggest buying opportunities of the decade, as many stocks will return over 5X their current value over the next 10 years.

**The Oracle of Omaha is set to make a big purchase in 2020— are you?**

Here at RagingBull, we sure as heck are!

In fact, *we can do way better.*

Well, Dave Lukas can…

Tomorrow, April 8th at 2pm EST, he will reveal...

Dave wants to show you how you could 3x your money *in just 3 months.*

Dave is a serial entrepreneur, business owner, and a legendary investor in his own right.

And while we could brag all day about Dave, his track record does all the talking for him.

Over the last 8 months, Dave's system has yielded him an *unheard of* 100% win rate.

Similar to Buffet, Dave holds his positions somewhat longer term.

He uses principles of value investing to help him in setting up trades on the best companies for his strategy.

However, unlike Buffet, Dave generates cash flow consistently without waiting decades to bank his returns.

Dave holds each of his positions for an average of 2.9 months.

His next 3 trades go live on Monday, and you don't want to miss them!

Click here to register for his event happening tomorrow at 2pm EST.

Learn how you could triple your money in just 3 months.

### These Technical Analysis Tricks Anticipate Market Direction

## By Dave Lukas of Options Profit Planner

The few simple indicators that Dave shares today could mean the difference between being an extremely profitable trader and a perennial loser.

Continue reading...

### Buy The Dip, Or Sell The Rip?

## By Kyle Dennis of Biotech Breakouts

We still don't know the full economic impact of COVID-19, but Kyle reveals why it's not necessary to pick the direction of the S&P 500 to make money in the market.

Continue reading...

### What To Do If The Market Rallies

## By Jason Bond of Weekly Windfalls

While it's possible the market could go lower, Jason reveals one strategy that could generate high returns if the market rallies. Best of all, you could still make money with it if the market goes down.

Continue reading...

Part II: Protect Your Profits From
Volatility Swings

## By Jeff Williams of Penny Pro

If your timing is off, it won't matter if you picked the right stocks. The two strategies Jeff shares today have helped him return quadruple digits on one of his accounts this year.

Continue reading...

**To Your Success,**

**The RagingBull.com Team**

RagingBull, LLC

62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from support@ragingbull.com

Unsubscribe from all RagingBull emails

Neither Raging Bull nor RagingBull.com, LLC (publisher of Raging Bull) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or

warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Raging Bull manages on behalf of RagingBull.com, LLC.

**PX 8, 594**

## I need to see the proof

| | |
|---|---|
| **From:** | Total Alpha <support@ragingbull.com> |
| **To:** | ███████████████ |
| **Date:** | Wed, 08 Apr 2020 08:21:03 -0400 |

When I first heard about Dave Lukas 100% win rate, I rolled my eyes.

Dave if you're reading this, I'm sorry! I was a doubter!

I looked at the data though, and it is insane - but it's also true.

Dave's not caught up in gloating about his perfect record, though, he's been grinding for two weeks preparing to reveal what he's calling the biggest wealth building opportunity he's seen in YEARS.

As a longer term investor, Dave knows how to pick his moments.

He coils, and then he strikes.

Today at 2pm ET he'll be revealing 3 stock picks that could 3X your wealth in 3 months or less.

I know even the most skeptical will click this link and make sure they're on this list.

It's too intriguing not to!

There we goooooo… I knew you'd do it!

*Last Chance to Secure a Spot.*

*3X wealth building opportunity revealed at 2pm ET TODAY!*

**Jeff Bishop**

Attachment M

**PX 8, 595**

RagingBull, LLC

62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from support@ragingbull.com

Unsubscribe from all RagingBull emails

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Total Alpha Trading) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Total Alpha Trading you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Attachment M

**PX 8, 596**

## Dusty, Your Triple Threat Primer

| | |
|---|---|
| **From:** | Raging Bull Insider <insider@ragingbullinsider.com> |
| **To:** | ███████████████████ |
| **Date:** | Wed, 08 Apr 2020 12:02:37 -0400 |

Dear Dusty, —Jeff Bishop here.

Very few people have been able to accurately predict the market better than Dave Lukas.

His *Fractal Energy Indicator* has propelled him to the highest win-rate out of any trader here at RagingBull.

Last I heard, Dave hasn't had a losing position in months!

Yes, even during this unprecedented time of market volatility.

If you're not registered to watch him live at 2 PM ET—then do so now.

He'll be unveiling Triple Threat, *the only program we have designed to triple your account, with three trades, in three months or less.*

If you haven't registered yet, do so here.

Since we have some time until Dave goes live, I asked him to send me some info on *Fractal Energy* to pass along to you. And he agreed.

Here it is:

> What Is Fractal Energy
> Fractal Energy is the cornerstone indicator of my trading system.  I use it to pinpoint key market reversals.
> The power of fractals allows me to determine the strength of trends and how much "life" is remaining in a stock's movement.
> There are 2 main components of Fractal Energy:
> 1. Fractal Pattern
> 2. Energy
>
> And when you use the power of this indicator you will be able to successfully determine the strength or weakness of trends on any stock.
> By using Fractal Energy Indicator, I've been able to predict this move down and this bounce almost perfectly!
> And the way to predict larger market movements is to reference a longer time frame to understand what the major trends are doing.
> Let's take a look at SPY's with the Fractal Energy plotted...

Attachment M

**PX 8, 597**

Source: Thinkorswim

Here is how this breaks down…

Breaking down what Fractals said about the markets at all time highs:

- The Fractal Energy indicator dropped to new lows, below the lower threshold value of 30
- Markets struggled to continue trend higher, showing weakness in the stock

And the same indicator can alert you to when a stock is exhausted and about to make a bottom too!

Let's take a look at how Fractal Energy can spot market bottoms.

Source: Thinkorswim

In this example, AAL is starting to put in a bottoming pattern at the lower bollinger bands and the Fractal Energy is starting to "charge up" as it climbs back from its low of 20's to its highs of 50's.

Key points from analyzing the stock chart:

1. The daily bars appear that they are ready to bounce back from the sell-off
2. Higher lows looking to form to confirm uptrend
3. If low is tested, it must hold to give a "double bottom" pattern
4. The Fractal Energy is getting "charged up" showing the stock is ready to trend again

I just wanted to share with you how Dave applies his indicator to accurately pick direction, as well, nail down his timing.

But I'm not here to play spoiler.

If you'd like to see how Dave takes his proprietary indicator and turns it into trading wins…

Well, you just need to be here at 2 PM ET.

It's not everyday a trader who hasn't had a losing position in months is willing to share their secret sauce… but that's what we have here.

You better believe I'll be in attendance.

I'll see you there!

Jeff Bishop

**PX 8, 598**

RagingBull, LLC

62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from insider@ragingbullinsider.com

Unsubscribe from all RagingBull emails

Neither Raging Bull nor RagingBull.com, LLC (publisher of RagingBull) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Raging Bull manages on behalf of RagingBull.com, LLC.

Attachment M

**PX 8, 599**

## , Meet the Man Crushing the World's Best Hedge Funds

| | |
|---|---|
| **From:** | Raging Bull All Access <support@ragingbull.com> |
| **To:** | ███████████████ |
| **Date:** | Wed, 08 Apr 2020 10:54:25 -0400 |

,

Wall Street won't let you believe it…

But the Triple Threat strategy we're about to share with you today — *hands down* — topples the performance of even the world's best performing hedge funds.

And even we'll admit, that's saying something.

In the dog-eat-dog world of Wall Street, where only the savviest of investors reach the top, a handful of hedge-funds have consistently thrown down some impressive returns.

The Bridgewater Associates Pure Alpha II fund— a division of the world's largest hedge fund, which makes use of enormous troves of data and lets algorithms make investment decisions — has pulled off 12% average historical returns with only 3 losing years.

Private equity-focused Tiger Global Management, the best performer among large hedge funds between 2016 and mid-2019, has handed its clients 22.4% annually.

And last but not least, the Renaissance Technologies Medallion Fund has averaged 66% annual returns (39% after fees) since 1988.

But even Renaissance Technologies — led by Jim Simons, the mathematical genius who helped develop string theory and broke codes for the National Security Agency — looks weak in comparison to Triple Threat.

But these hedge funds will do anything to keep you from hearing it.

They will tell you that their secret sauce — whether it's quant algorithmic models, "event-driven" activist endeavors, a private equity focus, or any number of other approaches — is *the best.*

The problem?

Wall Street, and the world's largest hedge funds, have sold you a lie.

They'll tell you that you cannot do better.

But today we're here to show you otherwise.

How?

Attachment M

**PX 8, 600**

This man...

That's Dave Lukas, flying private, thanks to the *unheard of* 100% win rate he's achieved over the last 8 months.

Dave is a serial entrepreneur, business owner, and a legendary investor, and he wants to reveal how YOU could 3x your money *in just 3 months.*

3X quarterly gains quickly put 12%, 22.4%, and 39% annual hedge fund gains to bed.

A 12%, 22.4%, and 39% increase on a $3,000 investment is $3,360, $3,672, and $4,170 respectively in one year. Not bad.

But have a look at what Dave's trades could potentially do for you…

- 3 multiplied by a $3,000 investment is $9,000 in 3 months.
- 3 multiplied by a $5,000 investment is $15,000 in 3 months.
- 3 multiplied by a $10,000 investment is $30,000 in 3 months.

These are impressive ROIs, and you can follow straight along with Dave as he puts his trades into play.

But you have to hurry…

Dave is about to place his next 3 trades, and he's going LIVE to tell you all about it at 2 pm ET today.

Click here to register for Dave's Triple Threat event happening today at 2pm EST.
Learn how you could triple your money in just 3 months.

[Leaked] PENN Teachable Moment
By Jason Bond of Jason Bond Picks

Thanks to a scanner Jason uses to consistently narrow down a field of stocks from 5,000-6,000 (overall market) to just 2 or 3 based on liquidity, % gain, and two specific patterns, he reveals how he scored the following $3,050 Winner In PENN.
Continue reading…

This Is How You Pick Up Enormous Wins
In Volatile Markets
By Nathan Bear of Weekly Money Multiplier

Nathan Bear reveals how he spent days meticulously planning his 200% win in remote document signing stock, DOCU, rather than blindly picking it randomly off a list of stocks.
Continue reading…

Attachment M                    **PX 8, 601**

These 3 IPOs Could Pop During Quarantine

**By Ben Sturgill of IPO Payday**

Much like Ben's $4,000+ win on a Chewy (CHWY) trade from last week, he's eying plays in a few other IPOs this week that are actually benefiting positively from the CONVID-19 quarantine we're currently experiencing.

Continue reading…

The 7 Ways Angels Find Great Company Founders to Invest In

## By Jeff Bishop of Angel Insights

## Jeff reveals why betting on the right people behind a startup is critical and what he looks for in a founder to put his hard-earned money behind.

Continue reading…

**To Your Success,**

**The RagingBull.com Team**

RagingBull, LLC

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Stop receiving exclusive emails from Raging Bull All Access

Neither Raging Bull nor RagingBull.com, LLC (publisher of Raging Bull) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Raging Bull manages on behalf of RagingBull.com, LLC.

Unsubscribe from all RagingBull Emails

RagingBull, LLC

62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from support@ragingbull.com

Unsubscribe from all RagingBull emails

Neither Raging Bull nor RagingBull.com, LLC (publisher of Raging Bull) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Raging Bull manages on behalf of RagingBull.com, LLC.

**PX 8, 603**

# ATTACHMENT N

PX 8, 604

## Fade The Rally - Total Alpha Midday Update

| | |
|---|---|
| **From:** | Total Alpha <support@ragingbull.com> |
| **To:** | ████████████████ |
| **Date:** | Fri, 03 Apr 2020 13:32:27 -0400 |

Good afternoon trader,

Today's jobs numbers showed unemployment ticking up, but likely don't paint a full picture.

Initially, markets took the information in stride. Then, as we've talked about throughout the past week, the different turning points grabbed hold and pushed equities lower. Small caps continue to hemorrhage, leading us on the way down. They'll be a good one to watch for a potential turn around in the markets.

I'm a bit surprised at the weakness in the markets given how poorly the **VIX** has done today. It may be that traders are getting lulled into a false sense of security by the market not going limit down every day.

Crude continues its rally off the bottom when Trump announced potential easing on the supply front. That really created the short-covering rally more than anything else. The energy stocks are going to start going under one by one.

I've got a lot of trades expiring today, only a few that I need to manage. Otherwise, I'll be watching the close more than anything else at the moment.

### Current Portfolio

Here are the terminology notes to help you read the snapshots.

***Symbol*** = *Ticker Symbol (Note: the line directly across the ticker symbol summarizes the whole position I have. Below it breaks out the position in detail.)*

***Last*** = *Current price of the underlying stock*

***Mark*** = *Current price of the option*

***Trade Price*** = *The price I entered the trade at or net amount if it is an option position with multiple legs.*

***D's Open*** = *This is the number of days I have been in the trade*

***DTE*** = *Days to expiration. This is how many days are left on the contract*

***Delta*** = *This is the amount the entire position will move if the underlying moves by $1 higher*

**PX 8, 605**

*Net Liq* = *The amount the position is worth right now*

*PoP* = *Probability of Profit. This is % chance the contracts will be ITM on expiration day*

*P/L Open* = *Profit or loss I have on the trade overall*

*P/L Day* = *This is how much I have made or lost today only on a position*

**New Positions**

**Iron Condor**

**AAPL May 1st $205/$210/$270/$275 iron condor for $1.95 -** With stocks continuing to trade in a range, I've added an iron condor on Apple today. These strikes give me a wide range to work with.

AAPL Hourly Chart

**QQQ May 1st $155/$160/$200/$205 iron condor for $1.82 -** As the markets have started to retrace, that's put the **QQQ** into a midpoint zone that I'm comfortable adding an iron condor to. I'm getting over 1/3rd the width of the strikes, which is a boon for the short duration.

QQQ Hourly Chart

**Naked options**

**Sold SPY April 9th $240 put for $4.00 -** I don't think the market is quite ready to break down. It may still happen, but I want to continue to collect premium as long as the **VIX** remains elevated.

SPY Hourly Chart

**Calls**

**Long ZM April 24th $120 calls for $14.20 - ZM** had some bad news come out related to potential hacking of their products. Space X asked employees to stop using it. I think it's still one of the best out there and no one is about to develop a new one in the interim.

I love this chart right at the 200-period moving average on the hourly chart.

ZM Hourly Chart

**Current Positions**

**Custom**

**Long REGN April 9th $480 calls for $18.00 & Short REGN April 9th $500 calls for $18.00 - REGN** is getting right up near **$500**. Now I just need time to expire to get rid of the remaining premium and get maximum profit (or **REGN** to just go up way past **$500**).

**Calls**

**Long INO April 17th $8 calls for $1.49 (Down 22.8%) - INO** looked like it was about to move and then nada. I'll probably drop this one shortly.

**Puts**

**Long SPY April 17th $260 puts for $15.84 (Flat) -** I've pared back this position a little bit, but still want to maintain my hedge in this market.

**Iron Condor**

**TSLA April 17 $330/$340/$540/$550 iron condor for $4.10 (Up 4.6%) -** Tesla couldn't hold its gains, which leads me to the conclusion that this stock is very weak.

**AMZN April 9th $1895/$1900/$2050/$2060 for $4.11 -** Amazon is down a decent amount on the day but not much worse than the overall market. It's still holding up relatively well and hasn't broken through the lowest strikes.

**COST April 3rd $275/$280/$297.5/$302.5 iron condor for $2.55 (Up ~100%) -** This is the trade I discussed yesterday. With **COST** at **$290**, this is looking sweeet to collect a nice **$20K!**

**Spreads**

**SPY April 9th $262/$267 call credit spread for $1.10 -** This trade looks pretty darn good at the moment. I'm starting to shift a little off my bullish stance, but I like to keep a balanced portfolio.

**BA April 9th $110/$115 put credit spread for $1.11 (Down 18.9%) - BA** is actually up on the day. There's been a lot of news around the stock, so maybe this is the lowest it will go

**PX 8, 607**

for now.

**AAPL April 9th $220/$225 put credit spread for $0.88 & AAPL April 3rd $260/$265 call credit spread for $2.00 -** The call credit spread should expire for maximum profit. The put credit spread is still in a great position to make a profit as well.

**SPY April 3rd $252/$254 call credit spread for $0.65 & SPY April 9th $230/$235 put credit spread for $1.12 -** The call credit spread was a bit of a flier but looks like I'll collect a quick ***$3,000*** there. The put credit spread has time to work. I don't know that we fall off a cliff quite yet until we get some sort of catalyst.

**AMZN April 9th $1990/$2000 call credit spread for $2.10 -** This call credit spread is outside the normal range of where I expect Amazon to trade and above the highs. It looks smart with the market down on the day. As Amazon trades within the range, I'll continue to work this play over and over.

**AMZN April 3rd $1900/$1910 put credit spread for $1.45 & AMZN April 3rd $1830/$1840 put credit spread for $2.65 -** The lower put spread will expire for maximum profit without a problem. The higher one may take some finesse.

**SHOP April 3rd $260/$270 put credit spread for $2.60 (Up 100%)  -** This trade shouldn't have any problem getting maximum profit, regardless of what the market does these next few days.

*I've removed the stocks I'm looking at for the time being because it's changing so much day to day that I can't keep a list that will be of benefit to you.*
*Instead, I recommend you find a few stocks that you like, bullish and bearish, maybe 3 on each side. Follow them like a hawk. Study how they move throughout the day and the setups that occur.*

To YOUR Success!

Jeff Bishop
TotalAlphaTrading.com

## Members' Core Principles

### Jeff Bishop Training Series
Let Jeff Bishop walk you through the most important principles he's developed for success in the markets.

### Stock Options Explained
Where do I even start??? Jeff Bishop breaks down the basics of stock options and explain just how to get started. (Exclusive access for Raging Bull members only)

**RagingBull, LLC**
62 Calef Hwy. #233 , Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Total Alpha

Questions or concerns about our products?□
Call or text us on your mobile: 833-265-1270

© Copyright 2019, RagingBull

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Total Alpha Trading) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

**PX 8, 609**

## Trading The Top - Total Alpha Morning Update

| | |
|---|---|
| **From:** | Total Alpha <support@ragingbull.com> |
| **To:** | ████████████ |
| **Date:** | Wed, 08 Apr 2020 09:08:27 -0400 |

**Pulling Yourself Out of A Hole**

Yesterday's market action provided a lot of information and opportunity. I want to cover it in today's newsletter as I think it provides some valuable insights into how to both manage trades and risk.

Let's start with the obvious. After two weeks of bouncing off the bottom, we had another handful of ridiculous short-covering rallies recently on a daily basis. That leads to exhaustion at some point.

The recent squeeze caught me badly on the wrong side of it and I wound up giving back a lot of hard-earned profits in a short period of time.  Every trader dreads seeing that happen.

For the moment, let's assume I didn't know when that would happen. How do I know when a potential top has formed and what's the play?

There's no clear cut answer that covers all scenarios and cases. However, there's some broad themes you want to see:

- General weakness in the market - These often come in failures to hold the line in the first 30-60  minutes of the day (opening auction anyone???)
- Divergence with volatility - With large equity moves you should expect similar moves in the **VIX**. When you don't see that, it tends mean one of the two is wrong (stocks usually)
- One major market isn't playing along - Between the S&P 500, Russell 2000, Nasdaq 100, or Dow Jones Industrial Average, when one or more shows a lot of weakness, that's usually a sign.

So let's turn to the **SPY** and see what we've got.

SPY 5-Minute Chart

You can see that by 10:30 am, the market pretty much crapped out. By 11:00 am it had

**PX 8, 610**

already made a low. We got a retracement midday, but otherwise, the market fell straight from midday into the close.

Right out of the gate we see there's a lot of weakness. When you get the second 30 minutes of the day closing below the first 30 minutes, that tends to indicate bearishness.

Now, let's turn to the **VIX**.


VIX 5-Minute Chart


Here's where the real tell is. The VIX opened essentially flat on the day while the market opened up hundreds of points. That means traders came in to buy option protection on a pretty bullish open. They do that when they feel the market's run its course.

You and I don't have the money to move the **VIX**. To get that to move you need deep pockets. I'm talking fund and big bank money. So, when they're buying protection against a huge pop in stocks, that's when you need to take notice.

*Note: All the major markets did open up roughly the same, so that wasn't a factor this go around. Nevertheless, it's still something to pay attention to.*

Let's say I've got enough together that I want to set up a trade. How would I go about doing that?

Well, there were two places to work your magic.


SPY 5-Minute Chart


If you found enough conviction early enough in the day, you could have taken bearish bets around 10:00 am with a stop against the high of the day.

The second spot would have been the retracement back at midday. Again, the stop would have been above the high of the day.

In both cases, I'm taking the trade with small amounts of upside risk but large amounts of downside reward.

One way to set this up would be to use the turning points in the day we've discussed recently. We know there's typically a mid-morning turn. You could take a small bearish position at 10:00 am. Then take half (or more) off at the turning point around 11:00 am (if you caught it at 10:30 am that works just fine).

You can use those profits to load up again on the midday retracement, again with a stop above the high of the day. If you measure it out right, even if you get stopped out, you'll still walk away with profits from the first move.

Let's say the trade never retraces. That's ok too. You've locked in a portion of the profits with a remaining amount that can ride the market lower.

You can actually see I did just that. The majority of my bearish trades came on around 10:00 am. I took off my older **SPY** puts around 10:30 am. Around 12:00 pm (12:08:43 pm to be exact) I added more **SPY** puts, which I collected a **$5,490 profit** on around 2:30 pm.

In fact, the AAPL call credit spread I sold just before 10:00 am I took off at 3:30 pm for a huge **$10,400 profit.**

All of what I've talked about here use the very same tools we've gone over the last week. Take some time to read through the intraday charts and get a feel for where you think things are going. Analyze the movement and write down your thoughts.

This type of journaling will quickly make you much better at reading the markets than you ever dreamed possible!

**Current Portfolio**

Here are the terminology notes to help you read the snapshots.

*Symbol* = *Ticker Symbol (Note: the line directly across the ticker symbol summarizes the whole position I have. Below it breaks out the position in detail.)*

*Last* = *Current price of the underlying stock*

*Mark* = *Current price of the option*

*Trade Price* = *The price I entered the trade at or net amount if it is an option position with multiple legs.*

*D's Open* = *This is the number of days I have been in the trade*

*DTE* = *Days to expiration. This is how many days are left on the contract*

*Delta* = *This is the amount the entire position will move if the underlying moves by $1 higher*

*Net Liq* = *The amount the position is worth right now*

*PoP =* *Probability of Profit. This is % chance the contracts will be ITM on expiration day*

*P/L Open* = *Profit or loss I have on the trade overall*

*P/L Day* = *This is how much I have made or lost today only on a position*

**New Positions**

**Spreads**

**AAPL April 17th $245/$250 put credit spread for $1.00 -** This rounds out the call credit

**PX 8, 612**

spread I have on Apple with the $265/$270 call strikes for the same expiration date and a $1.05 credit. That gives me roughly 40% of the total spread width as a credit to work with.

*Note: This is what I had described when I said that I wanted to collect 20% premium on either side.*

AAPL Hourly Chart

**Current Positions**

**Iron Condor**

**QQQ May 1st $155/$160/$200/$205 iron condor for $1.82 (Down 39.7%) -** The Qs finished yesterday below $200. That still seems to be their big resistance point. The trade has a lot of time left. Until it closes above the strikes I plan to let it keep working.

*Notice I've already got my order in to take this trade off at ~30% max profit.*

**TSLA April 17 $330/$340/$540/$550 iron condor for $4.10 (Down 6.2%) -** Tesla, you saucy minx. It finished the day at **$545**, which is still below the upper strike. I'm not out of this trade yet, but I did reduce the call credit spreads from 100 to 60 contracts.

**Spreads**

**AMZN April 9th $2050/$2060 call credit spread for $2.14 & AMZN April 9th $1990/$2000 call credit spread for $2.10 & AMZN April 17th $2020/$2030 call credit spread for $2.05 -** Amazon finished the day just above **$2000**. I'll consider taking off the lower credit spread today if we don't get a selloff. Otherwise, this one may be too late to save. The other two though are looking nice!

**BA April 9th $110/$115 put credit spread for $1.11 (~Up 100%) - *Looking to collect a nice $11,000 profit here!***

**AAPL April 9th $220/$225 put credit spread for $0.88 & AAPL April 17th $265/$270 call credit spread for $1.05 & AAPL May 1st $270/$275 call credit spread for $1.07 -** Apple finished yesterday below **$260**. That looks to be a critical point for the stock. Right now everything looks good. It's a matter of watching to see how the market reacts this week.

**SPY April 9th $273/$278 call credit spread for $1.80 & SPY April 17th $285/$290 call credit spread for $1.10 -** The SPY finished yesterday around **$265**. It couldn't hold the gains for the day, which shows me it has a lot of weakness. That makes me want to add some more far out-of-the-money call credit spreads potentially.

*I've removed the stocks I'm looking at for the time being because it's changing so much day to day that I can't keep a list that will be of benefit to you.*
*Instead, I recommend you find a few stocks that you like, bullish and bearish, maybe 3 on each side. Follow them like a hawk. Study how they move throughout the day and the setups that occur.*

To YOUR Success!

Jeff Bishop

TotalAlphaTrading.com

## Members' Core Principles

### Jeff Bishop Training Series

Let Jeff Bishop walk you through the most important principles he's developed for success in the markets.

### Stock Options Explained

Where do I even start??? Jeff Bishop breaks down the basics of stock options and explain just how to get started. (Exclusive access for Raging Bull members only)

**RagingBull, LLC**
62 Calef Hwy. #233 , Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Total Alpha

Questions or concerns about our products?☐
Call or text us on your mobile: 833-265-1270

© Copyright 2019, RagingBull

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Total Alpha Trading) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and RagingBull.com, LLC have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

**PX 8, 614**



**PX 8, 615**

# ATTACHMENT O

**PX 8, 616**

## Get Your Facts Straight

| | |
|---|---|
| **From:** | Jason Bond <jason@jasonbondpicks.com> |
| **To:** | ███████████████ |
| **Date:** | Fri, 10 Apr 2020 10:48:01 -0400 |

Facts #1: Dave Lukas hasn't lost a single trade in 8 months.

Fact #2: He's offering you the opportunity to get your hands on his three favorite trades, with 100% profit targets, for just $199.

I do not know **_ANY_** other trader that is willing to offer you the same thing.

Here's the way I see it.

If the past is any indication of the future… Then Dave will have no problem delivering these three money doubling trades on a silver platter.

A puny $500 in each of these three trades could pay for that $199 entry fee with $1,300 left over.

So ask yourself this...

Are you really going to pass up the opportunity to double your money three times over?

You'd rather save the $199 and bet against a guy who hasn't been wrong in 8 months?

I love gambling just as much as the next guy, but that sure as hell isn't a bet I'm willing to take.

I'm all in on Dave.

So click here right now to see what he has to offer, because, here's the thing.

His trades are being released on Monday morning. Once that happens… There's no going back.

The Triple Threat offer will be gone.. Over… *FINTO.*

**PX 8, 617**

The trades will pass you by and you'll just have to watch as they take off without you.

We're offering you an opportunity to get in before that happens, but you've got to act right now.

All the details are right here.

**Jason Bond**
JasonBondPicks.com

RagingBull, LLC

62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from jason@jasonbondpicks.com

Unsubscribe from all RagingBull emails

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Jason Bond Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does

PX 8, 618



not remove you from your service at JasonBondPicks.com.

Attachment O

PX 8, 619

# ATTACHMENT P

**PX 8, 620**

## , Read This Before Your Next Trade

| | |
|---|---|
| **From:** | Raging Bull All Access <support@ragingbull.com> |
| **To:** | ████████████████████ |
| **Date:** | Thu, 02 Apr 2020 17:25:33 -0400 |

Dear ,

The U.S. stock market is starting Q2 in the same fashing Q1 ended...

### SHARPLY LOWER.

However, that doesn't mean your account needs to suffer.

In fact in March, Kyle Dennis went on to make more than $477K in trading profits.

And he didn't do it by shorting the market either.

No joke.

Kyle was able to rack up nearly $500K in profits by trading stocks related to the COVID-19 pandemic and the *new economy* it's created.

So while most people are seeing these type of headlines:

They are totally missing out on what Kyle believes is *a hidden bull market.*

Now if you missed last month's profit grab in the market...

...we're sorry to hear.

But believe it or not, Kyle expects more trading opportunities in April.

And possibly, **even bigger profits.**

To get you ready, Kyle is putting together an online meetup.

**It's 100% free to register.**

Not only will he address the state of the market...

...but he'll also be sharing where he's making the most money, how you can find these trades, and how to replicate his success.

**It's all going down shortly.**

**Make sure you're there.**

**Don't miss this.**

RagingBull, LLC

62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from support@ragingbull.com

Unsubscribe from all RagingBull emails

Neither Raging Bull nor RagingBull.com, LLC (publisher of Raging Bull) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial

advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Raging Bull manages on behalf of RagingBull.com, LLC.

Attachment P

**PX 8, 623**

## Urgent: Hidden Biotech Jackpots in "A Recession Unlike Any Other"

| | |
|---|---|
| **From:** | Raging Bull All Access <support@ragingbull.com> |
| **To:** | ██████████████ |
| **Date:** | Fri, 03 Apr 2020 14:54:59 -0400 |

Dear trader,

Brace yourself...

What you're about to receive from us here today may be the most *blunt* trading advice you've received all year.

These are *unprecedented* times in the market, which is why we've put together a very critical briefing to provide you with an opportunity to glimpse a few of the most urgent potential biotech jackpots that we could round up.

In fact, the explosive strategies we've just leaked with our youngest but nevertheless *sensational* 7-figure trading expert, Kyle Dennis, have *already* trickled out to the far corners of the web.

We aired Kyle's State of the Market address just a few days ago, and it's garnered some of our very highest click-throughs in the history of RagingBull… *in just a few short days!*

The fact is, there's some really ugly market action out there right now and the possibility that things are about to get worse is *high*.

A group of Bank of America analysts just announced yesterday that the coming recession "appears to be deeper and more prolonged than we were led to believe just 14 days ago when we last updated our forecasts, not just in the US but globally as well."

Because, here's the thing... unemployment rates are currently *through the roof.* The number of new jobless claims soared to *over 10 million* in the last two weeks of March.

In the end, this group of BofA analysts anticipates that the number of job losses will reach as many as 20 million as businesses all throughout the country are forced to coil in the midst of the government's most sincere attempts to constrain the deadly CONVID-19 pathogen.

The worst part is that, while the market is still chugging away and trying to regain lost ground, a lot of the most alarming numbers aren't even baked into the data yet.

The U.S. nonfarm payrolls released today isn't even a full reflection of the damage to the U.S labor market. That data was put onto paper *before* the outbreak

**PX 8, 624**

reached its current peak.

But while these analysts don't anticipate a big pop in the overall market until Q4 of 2020, you don't have to struggle in a shrinking economy over the next two quarters…

**There's a Catalyst Goldmine in the Middle of This Bear Market… And It Could Mint a New Generation of Millionaires**

Because this market is going haywire, traders based everywhere from Lincoln, Nebraska, to the highest floors on Wall Street are *thirsty* for advice.

Why?

Because they're losing money. And not just a little— a lot!

In the past month and a half, *trillions* of dollars have been wiped clean from market circulation.

So it's just natural...

These traders are *absolutely desperate* to hear how Kyle Dennis managed to pull off a blockbuster month with nearly half a million bucks in realized gains— all in the midst of this crisis.

The truth is, much of the profits that Kyle has taken this past month are the results of catalysts that have *already popped off.*

And many subscribers who are receiving premium insights on Kyle's have been lucky enough to take a ride.

Take a look at how some of them did on coronavirus play, INO...

However, it's not too late to get a piece of this action. *Far from it.*

To be quite frank, if you ask Kyle Dennis, the game is really just about to begin…

As we close in on a coronavirus vaccine, a handful of biotech stocks specifically targeting a solution are primed for *enormous* growth.

The coronavirus stocks that Kyle is watching right now include the following:

AIM, APT, CODX, INO, OPK, MRNA, GILD, and NVAX.

Any day now, one or more of these stocks could explode.

Find out how Kyle plans to potentially put these into play.

Not only are these coronavirus stocks primed for a breakout, the biotech industry as a whole will undoubtedly benefit from sympathy plays.

The following catalysts Kyle is watching have yet to take off, though you have to act soon...

**FDA Catalyst swings (1-4 week holds):**
**GILD:**

Catalyst Dates: Phase 3 coronavirus data due in April

**PX 8, 625**

**CLVS:**

Catalyst Dates: FDA Approval Date May 15th and Phase 1/2 data due May 29th

**SCYX:**

Catalyst Dates: Phase 3 data due early second quarter

*** To receive Kyle Dennis' buy zone, profit zone, and stop zone for these 3 catalysts plays, click here ***

Now is not the time to shrivel up and hide away as a trader.

Be fierce and play this bear market like a bull.

Receive special access to all of Kyle Dennis' best biotech breakout plays, including a look at a handful of potentially *explosive* coronavirus moves that he's about to jump into.

Join Kyle for his State of the Markets address that's been going viral across the web.

P.S. You'll automatically receive a bunch of free stuff Kyle is giving away— just by attending…

- Kyle's trading setup guide, his Biotech Playbook, his *Middle-Class Millionaire* book, and his trading cheat sheet.

A Quick Guide For This Market Environment

"Just because stocks are getting destroyed, that doesn't mean your account has to suffer. Today, I want to provide you with my do's and don'ts for this market environment." Continue reading…

AMA: What Are You Trading Right Now?

### By Kyle Dennis of Biotech Breakouts

Markets Are Volatile BUT These Stocks Don't Care

## By Jeff Williams of Penny Pro

Follow These Steps To Stop A Losing Streak

### By Nathan Bear of Weekly Money Multiplier

RagingBull, LLC

62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from support@ragingbull.com

Unsubscribe from all RagingBull emails

Neither Raging Bull nor RagingBull.com, LLC (publisher of Raging Bull) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or

PX 8, 627

warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Raging Bull manages on behalf of RagingBull.com, LLC.

**PX 8, 628**

# ATTACHMENT Q

PX 8, 629

## You New Benefit of Elite Membership: Jeff Bishop's Portfolio Accelerator - Round 2!

| | |
|---|---|
| **From:** | Jeff Bishop <support@ragingbull.com> |
| **To:** | ████████████████ |
| **Date:** | Mon, 06 Apr 2020 15:37:01 -0400 |



.

Hello again Dusty,

Looks like some crucial information was missing from my earlier email. Very sorry about that.
Let's try this again...
As a member of RagingBull's top tier, I'm delighted to make you among the first to enjoy our newest service, my *Portfolio Accelerator.*

**Unlike Anything Else We Offer**
You know my trading services, but they're only a part of my overall approach to building my family's portfolio. I'm always looking for ways to build our family's future generational wealth.
You'll find that I approach my *Portfolio Accelerator* trades very differently than you may be used to with my other trades. That's because there's a big difference between *trading* vs. building a portfolio.
As a trader, I don't mind a fairly high degree of risk. But for my family portfolio, I am seeking to be defensive. I want to take advantage of great investment opportunities when I see them, but I'm also trying to manage any downside.
From that thinking and those actions now, I'm looking to build a solid, long-term foundation as a

**PX 8, 630**

base for my family's future, year after year. And this is your chance to get inside my mind, see what I'm thinking and why I do certain things.

Now let's get to it...

**What You Can Expect**

Here's what you'll get at a subscriber of my Portfolio Accelerator:

- A base of 5 stocks (the first is below - and 4 more will be emailed to you this week!)
- An email with at least 1 stock that I'm buying per month PLUS options plays to turbocharge gains
- Buy/sell alerts via email and SMS (please make sure you have your alert settings updated, if needed)
- Monthly portfolio updates
- A model stock portfolio
- Resources such as my *Black Book of Trading*
- My *RagingBull Investor* email newsletter (coming soon!)
- And monthly videos from me

We're launching this publicly around April 21, but we wanted to get you started right away. It's your due as a member of RagingBull Elite.

Be sure to let me know what you think of the service. As always, I'm honored to have you along for the ride.

Read on below for what I've selected as my first long-term play. Then keep an eye out tomorrow and each day this week for more!

**PX 8, 631**



 **[Revealed] Top Stock #1 to Buy in the Recovery**
Look at this ridiculous chart. Seriously. Look at it.
Then look at it again.
These are the returns of every company from the
S&P 500 during the first quarter.

S&P 500 stocks - 3 month % performance: 3/30/2020
Source: finviz.com

It's a total blood bath.
The type of downturn that comes along once in a
generation.
Almost everyone on Wall Street is licking their
wounds and racing to cash…
But I'm extremely bullish. I'm looking to shovel cash
with both fists into this selloff.
I'm ready to make a KILLING.
Anyone still on the sidelines will feel like an idiot in a
year.
The old adage goes "Be fearful when others are
greedy, and greedy when others are fearful."
That's not bullish enough for me.
There's blood in the water, and it's time to feast
before a "rip-your-face-off" rally kicks off.
Stocks haven't traded at these low levels since the
last Presidential election.
And here's the problem for anyone tiptoeing around
the water. They might never trade this cheaply -
ever again.
If you're not putting money to work in this market,
you're going to spend your life regretting it.

Source: finviz.com
A lot of people look at the chart above and see a

**PX 8, 632**

reason to steer clear of stocks.

Don't make me shake you by the shoulders.

Pay attention… a number of stocks will fuel the next boom over the coming decade.

Remember the runs of Amazon, Facebook, and Alphabet since 2008?

The companies I'm targeting will make their gains look like a child's piggy bank by the time this recovery is over. Today, we're going to start unveiling these home run picks.

Smart investors are going to make a fortune when the economy rebounds.

A big run… A MONSTER run... is likely to happen... And I want you to be a part of it.

Get Greedy, Stay Greedy

During the March selloff, certain sectors fell by eye-popping levels.

I love to see pull backs like this. How can you not? At some point, foolish sellers are just giving away companies for pennies on the dollar.

Source: finviz.com

The sectors that got punched in the face the hardest were ones directly exposed to the economic fallout of COVID-19.

They include banks, airlines, movie production and theaters, oil and gas (equipment, services, drilling, exploration, pipelines), resorts and casinos, and other consumer-focused businesses like retail.

Some of these industries are screwed. Airlines aren't coming back yet. Neither will hotels or movie theaters.

But others are poised for massive rebound. You have to know what will survive and what will thrive. Making those calls - that's my job.

In fact, I've already uncovered several sectors that have started to skyrocket.

**PX 8, 633**

Now, does that mean I think every stock is a buy? Heck no!

But I've hand-picked some of the hottest investment opportunities out there — ones that I believe are deeply undervalued. Ones that will make fat profits from this feast.

Now is the perfect time to build a long-term portfolio of companies with an economic moat and staying power. Right now is the time to go long and build a freaking fortune.

I want to show you some stocks I believe will be leaders for decades to come.

These are cornerstone positions in my family portfolio. I expect them to blow away everything else in the market. And now is the time for you to get on board.

This week, I'll be unveiling my five picks one at a time.

Today, let's start with my No. 1 pick for a market recovery…

**Apple Inc. (AAPL)**

Everyone knows Apple Inc. (AAPL).

But here's a brief refresher on why this company is a winner.

It is one of the world's largest companies.

It has a dominant market share in every category it operates.

The tech giant has incredible management.

It operates one of the most universally recognized brands on the planet.

And it's outperformed after every crisis dating back to the Dot-Com Bubble.

If it's not obvious, Apple is one of my favorite investment ideas right now.

If you don't already know, Apple was founded in 1976 by Steve Jobs, Steve Wozniak, and Ronald Wayne… and just a few decades later, it became

the world's first trillion-dollar company.

The reason?

*Innovation.*

Consumers flock to its state-of-the-art computers, mobile devices, as well as software and services.

Look around. You'll see countless consumers using an iPhone, iPad, Mac, or AirPods.

If you ask around, I'll bet those same consumers also use iMessage, iCloud, Mac, iTunes, Apple Pay, and the app store.

With such strong brand loyalty and name recognition, Apple has proven its staying power.

Fun fact: Apple is the largest technology company by revenue, as well as market capitalization at the time of this writing.

It's easy to understand why. Just take a look at how diverse Apple's revenue stream is:

This broad portfolio of products and services makes the company a perfect long-term buy in an economic storm.

Read more, right here.

## Apple Still Has Growth Potential

Sure, Apple does have some stiff competition out there.

However, Apple has proven its ability to take market share and outperform some of the most influential and innovative companies.

That signals to me Apple is a resilient company and will continue to grow its brand for years to come.

Source: Strategic Management Insight

When it comes to due diligence, I like to see how dominant a company is in its industry.

This allows me to assess its growth potential.

For example, Apple has a majority of U.S. market

**PX 8, 635**

share in mobile operating systems.

Source: StatCounter Global Stats

However, its presence in the smartphone market outside of the U.S. is not so prominent.
In February 2020, Apple had about 26% market share of the smartphone operating systems worldwide.

Source: StatCounter Global Stats

I don't see this as a weakness.
If Apple can take just a few more percentage points in the global smartphone market, that would equate to billions more in revenue and net earnings.
That would pump this stock much… much higher.

**How Apple Can Gain Market Share**

You see, although Apple dominates with its products in the U.S., its foreign revenues have been declining over the years.

The reason this is happening is because of the high price point on iPhones. The vast majority of mobile phone sales are under $316, while the average iPhone costs $758.

However, Apple is showing promise in reducing costs and maintaining margins.

It plans to roll out its latest iPhone in Spring 2020 — which should retail around $400.

Apple has also started to slash some prices on its luxury phones, such as the iPhone 8 and iPhone X.R.

The company generates a majority of its revenue from the sale of iPhones (61% of total revenue). While that operating segment may see a decline this year, the downturn is largely priced into the stock.

**Subscription Services on Fire.**

Apple's subscription services business should continue to provide strong revenue for the company.
*It grew by 16.5% in fiscal 2019.*

**PX 8, 636**

And even in this environment, App Store, Apple Pay, Apple Music, and AppleCare should thrive.

*This side of the business generated about 18% of the firm's total sales in fiscal 2019.*

**Apple Dominates the Wearables Market**

Another fast-growing segment for Apple has been wearables.

Its wearables revenue grew by 44% in fiscal 2019.

The AirPods and Apple Watch have pushed Apple to be the leader in the wearables market—commanding a 36.5% market share.

Of course, I'm not just looking at Apple's story and the headlines to analyze the stock.

I like to look at the long-term chart, then dig deeper into the company.

**The Technical View**

I like to look at a stock's price trend before I make any decision.

Here's a look at Apple's weekly chart.

As you can see, the stock is still in a long-term upward trend.

But recently, coronavirus caused the stock to pull back from its record high above $320.

There are key areas in which the stock looks extremely attractive — around the 50-day moving average and 200-day moving averages on the daily and weekly charts.

Although these levels do change over time, they tend to be key support levels.

In other words, investors will step in, buy the stock and "support" the stock at these prices.

After confirming that Apple has likely reached its bottom on the technical side, I like to dig into other

**PX 8, 637**

numbers. So, let's take a look at the financials to see how Apple is performing.

## Apple: Inside the Books

Apple has a phenomenal management team, and I believe it does its best to inform and reward investors.

For example, during the start of the coronavirus pandemic, Apple was among the first companies, back on February 17, to announce that it would be missing its quarterly guidance due to COVID-19 concerns.

Although the company is predicting a decline in its iPhone sales volume, I believe that it is just a short-term bump in the road.

You see, analysts at some of the largest investment banks are still projecting year over year growth in Apple's revenues and earnings per share.

*Please take the numbers below with a grain of salt. The COVID-19 pandemic is ongoing, and it's caused a lot of economic pain.*

When it comes to conducting due diligence on investment ideas, it's beneficial to compare the numbers to the industry standard. If you look below, Apple has some relatively attractive values.

For example, look at the price to earnings (P/E) — one of the most widely used financial ratios out there.

Apple trades at about 20 times its earnings, which is below the industry average.

Not only that but if you compare the relative price performance during one of the worst quarters, Apple was able to outperform the industry, as well as the S&P 500.

Moreover, Apple has proven its ability to grow year over year, according to the profitability metrics below.

**PX 8, 638**

Source: TradeStation

Finally, I want to look to see how the company has performed in its various categories.

As we can see, Apple did have a year-over-year decline in iPhone sales, which looks likely to rebound in 2021 and beyond.

It's been red hot in its wearables, iPad, and services businesses. I expect that it will continue to see incredible growth again once the economy rebounds, and consumers buy new gadgets and accessories.

Source: [2019 10-K filing](#)

I've examined the company's finances, its trends, and its market share, and Apple is poised for a big bounce after the COVID-19 fallout comes to a close. With the stock sitting at key support levels, it appears that the bottom is likely here for Apple. There are a few other reasons why you should buy Apple stock.

## Why Apple Now:

### · Flight to Safety Play

This is a favorite buy among institutional investors. Pension funds will be a major buyer of stocks over the coming months. Apple is held in over 121 ETFs. It is a member of the Dow, S&P 500, and Nasdaq 100. And it is the single largest holding of Berkshire Hathaway, run by the world's most famous value investor Warren Buffett.

### · Strong Balance Sheet

According to its Q1 2019 earnings report, Apple had more than $245B in cash on hand. It has plenty of cash on hand to overcome any temporary disruption

**PX 8, 639**

it's currently facing. The company could also deploy a lot of this money to buy a number of struggling startups that provide next-generation technologies and huge upside. In a buyers market, Apple can deploy capital at will, and could end up getting a massive bargain when the dust settles.

### · High Margins on Products and Services

Apple's price margins are unrivaled in the industry, and it continues to stack cash as customers pay high prices for quality and convenience. One of Apple's shining stars recently has been its subscription service business, which includes Apple Pay, AppleCare, and Apple Music.
The firm disclosed last summer that it had a *62.8% profit margin from its services business.*

· **Strong Demand for 5G Should Boost iPhone sales in 2021.**

Apple is one of the most innovative companies in the world. And stands to generate a fortune thanks to the widespread adoption of 5G across the world. Analysts at JPMorgan are expecting strong demand for 5G, as its current forecast for 2021 remains at 208 million units of iPhones sold. Look for Apple to be among the biggest winners in this category.

### · Value

The stock is trading 27% off its highs. It pays its investors a cash dividend of $4.83 per share.

### My Long-term Play: Buy Apple Inc. (NASDAQ: AAPL) at or below $250.00.
Tomorrow, I'll be unveiling my next pick in my family portfolio. This company is also prepared to help make a generational fortune thanks to 5G technology.

Neither Raging Bull nor RagingBull.com, LLC (publisher of Raging Bull) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Raging Bull manages on behalf of RagingBull.com, LLC.

If you no longer wish to receive our emails, click the link below:

Unsubscribe from this list

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

.

Attachment Q          **PX 8, 641**

# ATTACHMENT R

PX 8, 642

## Your Subscriptions



**PetraPicks Platinum**

Expires in a year

| 2019-06-21 | 2021-12-11 | 2021-12-11 | $1,998.00 | ↻ Enable Auto-Renew |
| Start Date | End Date | Next Bill Date | Billing Amount | |

**Millionaire Roadmap Legacy**

Auto Renews in a year

| 2019-06-21 | | | $2,997.00 | ⧉ Update Subscription |
| Start Date | | | Billing Amount | |

**Millionaire Roadmap Access**

| 2019-08-01 | N/A |
| Start Date | End Date |

**RagingBull Elite Free Access**

Expired 2 days ago

| 2019-12-13 | 2020-06-13 |
| Start Date | End Date |

**Profit Prism Platinum Legacy**

Auto Renews in a year

| 2019-06-21 | 2021-12-11 | $1,999.00 | ⧉ Update Subscription |
| Start Date | Next Bill Date | Billing Amount | |

Attachment R

**PX 8, 643**

## Your Subscriptions



**Weekly Windfalls**

+ Manage Billing

Auto Renews in a month

**2019-07-22**
Start Date

**2020-07-21**
Next Bill Date

☑ Update Subscription

**$297.00**
Billing Amount

---

**Dollar Ace Unlimited**

+ Manage Billing

Auto Renews in 3 months

**2019-09-04**
Start Date

**2020-09-03**
Next Bill Date

☑ Update Subscription

**$1.00**
Billing Amount

---

**Dark Pool Profits**

+ Manage Billing

Auto Renews in a year

**2019-11-14**
Start Date

**2021-11-13**
Next Bill Date

☑ Update Subscription

**$1,499.00**
Billing Amount

---

**Jackpot Trades**

+ Manage Billing

Auto Renews in 5 months

**2019-11-28**
Start Date

**2020-11-28**
Next Bill Date

✕ Cancel Subscription

**$97.00**
Billing Amount

Attachment R

**PX 8, 644**

## Your Subscriptions



**Weekly Windfalls**

+ Manage Billing

**2019-07-22**
Start Date

**2020-07-21**
Next Bill Date

**$297.00**
Billing Amount

☐ Update Subscription

**Dollar Ace Unlimited**

+ Manage Billing

**2019-09-04**
Start Date

**2020-09-03**
Next Bill Date

**$1.00**
Billing Amount

☐ Update Subscription

**Dark Pool Profits**

+ Manage Billing

**2019-11-14**
Start Date

**2021-11-13**
Next Bill Date

**$1,499.00**
Billing Amount

☐ Update Subscription

**Jackpot Trades**

+ Manage Billing

**2019-11-28**
Start Date

**2020-11-28**
Next Bill Date

**$97.00**
Billing Amount

× Cancel Subscription

Auto Renews in a month
Auto Renews in 3 months
Auto Renews in a year
Auto Renews in 5 months

Attachment R

**PX 8, 645**



## Your Subscriptions

| | Start Date | Next Bill Date | Billing Amount |
|---|---|---|---|

**PetraPicks Platinum**

There was a problem retrieving your subscription details. Please contact support.

2019-06-21
Start Date

2021-12-11
End Date

**Millionaire Roadmap Legacy**

There was a problem retrieving your subscription details. Please contact support.

2019-06-21
Start Date

2021-12-11
End Date

**Millionaire Roadmap Access**

There was a problem retrieving your subscription details. Please contact support.

2019-08-01
Start Date

2293-05-15
End Date

**Profit Prism Platinum Legacy**

There was a problem retrieving your subscription details. Please contact support.

2019-06-21
Start Date

2021-12-11
End Date

**PX 8, 646**

# ATTACHMENT S

PX 8, 647

## Your Subscriptions



**Weekly Windfalls**

Auto Renews in a month

+ Manage Billing

☐ Update Subscription

**2019-07-22**
Start Date

**2020-07-21**
Next Bill Date

**$297.00**
Billing Amount

**Dollar Ace Unlimited**

Auto Renews in 3 months

+ Manage Billing

☐ Update Subscription

**2019-09-04**
Start Date

**2020-09-03**
Next Bill Date

**$1.00**
Billing Amount

**Dark Pool Profits**

Auto Renews in a year

+ Manage Billing

☐ Update Subscription

**2019-11-14**
Start Date

**2021-11-13**
Next Bill Date

**$1,499.00**
Billing Amount

**Jackpot Trades**

Auto Renews in 5 months

+ Manage Billing

✕ Cancel Subscription

**2019-11-28**
Start Date

**2020-11-28**
Next Bill Date

**$97.00**
Billing Amount



Your Subscriptions

| | Start Date | Next Bill Date | Billing Amount |

**PetraPicks Platinum**

There was a problem retrieving your subscription details. Please contact support.

2019-06-21
Start Date

2021-12-11
End Date

**Millionaire Roadmap Legacy**

There was a problem retrieving your subscription details. Please contact support.

2019-06-21
Start Date

2021-12-11
End Date

**Millionaire Roadmap Access**

There was a problem retrieving your subscription details. Please contact support.

2019-08-01
Start Date

2293-05-15
End Date

**Profit Prism Platinum Legacy**

There was a problem retrieving your subscription details. Please contact support.

2019-06-21
Start Date

2021-12-11
End Date

**PX 8, 649**

# ATTACHMENT T

PX 8, 650

| | |
|---|---|
| **From:** | Dusty Tyukody ██████████████ |
| **Sent:** | Friday, July 31, 2020 10:56 AM |
| **To:** | BBB Raging Bull |
| **Cc:** | Dusty Tyukody |
| **Subject:** | Re: APPOINTMENT RE: BBB COMPLAINT |

Good Morning Justin, based on when this email came in, you move fast.  I don't miss much and so, given that RB had found a need to fund a BBB Specialist, seems to me I am not the exception to the rule.  Just an observation.  Should RB decide to change their business models, they could theoretically make your position unnecessary.

But, back to my situation:  I am pleased Michael, you and I have come to this agreement.  I don't know if that MC is still good so it would make best sense for you to send the $1K via PayPal using my email address.  Once that reimbursement hits my PayPal account, I will confirm it's arrival with you via email and you are free to detach me from RB and all it's products.  Good luck to you Justin.  You have a heck of a job to do so blessings and good luck to you.


Dusty Tyukody
████████████████████


On Jul 30, 2020, at 4:16 PM, BBB Raging Bull <bbb@ragingbull.com> wrote:

Dusty,

Per our conversation earlier today I have taken that proposed resolution to Michael. After some discussion I convinced him to accept the offer of issuing a $1,000 refund and remove you from all services, and add you to the "Do Not Contact List".

We currently have a Mastercard on file for you ending in 7681 we will first attempt to issue the $1,000 there, if that doesn't work you can send us your Paypal address and we will issue a $1,000 payment to you.

At the conclusion of this we have come to a reasonable solution that all parties have agreed to and should be marked on the BBB accordingly without prejudice that you spoke with a representative and came to a reasonable arrangement.

Regards,
Justin
BBB Specialist
RagingBull.com

On Thu, Jul 30, 2020 at 3:07 PM Dusty Tyukody ████████████████████████ wrote:

Attachment T                                    **PX 8, 651**

sorry Justin, I just saw your email.  wish I had seen it sooner but I don't always get on my email during the afternoon.  I am available now thru tonite and will watch my phone and email faithfully

Dusty Tyukody
█████████████████

On Jul 30, 2020, at 11:57 AM, BBB Raging Bull <bbb@ragingbull.com> wrote:

Dusty,

I will call you at 2 pm today, I look forward to speaking with you then!

Regards,
Justin
BBB Specialist
RagingBull.com

On Fri, Jul 24, 2020 at 11:19 AM Dusty Tyukody ████████████████████ wrote:

I have received your rebuttal in an email from the NH BBB.  I can be available for a phone call from a representative of RB next week Tues, Wed or Thurs. from 1:30 PM to 3:30 PM EST.  Please let me know what day and time works best for you.  You may contact me at ████████████

Complaint # 16067729

**PX 8, 652**