## DECLARATION OF GEORGE FOTION
### Pursuant to 28 U.S.C. § 1746

I, George Fotion, have personal knowledge of the facts and matters set forth below. If called as a witness, I could and would testify as follows:

1.      My name is George Fotion. I am over the age of twenty-one and I live in Rancho Palos Verdes, California.

2.      In July 2020, I was on either Facebook or Instagram and saw an advertisement for a service called Monday Movers. The service is run by a company called Raging Bull LLC ("Raging Bull"). The advertisement I saw talked about options trading, but it turns out that the service is for trading stocks, and Jason Bond is supposed to send subscribers trade recommendations. I did not realize that the service did not include options until after purchased. From the advertisement, I went to the Monday Movers website where I watched a video of a trader named Jason Bond pitching the service. On the website, I noticed there was a 30-day money back guarantee. Jason Bond also mentioned the guarantee in the video. I thought that if I signed up, it would be risk free because I could cancel within 30 days.

3.      On approximately July 24, 2020, I paid $799 for Monday Movers with my credit card. After I joined, immediately I was bombarded by dozens of emails trying to upsell other products by Raging Bull.

4.      With my subscription I believed that I was going to get real time trade alerts. However once I got the first trade, I realized that the stock picks Jason Bond was providing were made after he placed his trades because he stated in his alerts the names of the stocks and prices that he just bought or sold. I paid a lot of money to get good, actionable advice, not advice after the trader executed his own trades. An alert that comes a few hours after Jason Bond trades is not useful to me. In addition, I looked up some of the stocks that he was trading in my Ameritrade account and he was trading on thinly traded stocks. A major purchase by Jason could move the market so that my entry price would be higher than Jason's entry price. Jason Bond led me to believe in the video presentation that the text would come before or at the time the

1

**PX 9, 653**

trade was made.  I would not have purchased this service if I had known that Jason was trading before sending the alerts.

5.     Also, I did not realize until after I purchased that the service was focused only on trading stocks.  This did not fit my investment plan as I had no interest in trading stocks.  I never actually tried to execute any of the trades because I only wanted to trade options.

6.     I decided to cancel my subscription since I did not want to trade stocks, and I did not like that the alerts went out after Jason Bond traded.  Since I had just purchased the service, I was well within the 30 days.  I first tried to cancel on the website since that is where I signed up for the service.  However, I could not find a way to cancel online.  I then sent an email to cancel. I received an email back stating that their records showed that I did not take the two-hour training course that I apparently had to take in order to get the 30-day money back guarantee.  I then called Raging Bull because I never saw anywhere—on the website, the presentation or the checkout page—that I had to take a course in order to get the 30-day money back guarantee.  I called Raging Bull to speak with someone and spoke with several people, including a supervisor. They kept insisting that they disclose on the website that you have to take the course in order to get your money back, but I told them that I never saw any such disclaimer.  In the end, the Raging Bull employees told me I could not get my money back unless I took the required course.

7.     Not only was I required to take the course, but I had to pass it as well.  No one at Raging Bull told me I had to pass, but it was evident when I started working through it.  The course was divided up into multiple segments and each segment had a test.  You had to pass each segment by getting 100% in order to go on to the next segment. In fact, I missed one question and I had to take the test again because I could not get to the next segment until I got 100%. There were dozens of segments and the courses were about stock trading.  I spent about 5 or 6 hours trying to get through the course and finally gave up.  It was very difficult.

8.     I filed a complaint with the Better Business Bureau on July 28, 2020.  Raging Bull responded to my complaint on the BBB website and told me to email them at

2

**PX 9, 654**

bbb@ragingbull.com or call them and speak with a BBB specialist in Raging Bull's Client Services Team.

9.      After my frustration with the course requirements, I called and emailed Raging Bull again and complained.  I told them that I was going to complain on my social media as well.  Then I became very vocal on my social media pages, like Twitter, Facebook and Instagram.  I described what happened to me and I used the "@" sign with the company name so that the company would know that I posted negative reviews about their misleading practices.  Approximately a month after I purchased, I then received an email telling me that I would receive a refund, but the person asked me to update my BBB profile to say that the problem was resolved.  I never did that, but I did receive a refund within a few days as a credit on my credit card.

10.     I had called my credit card company to dispute the charge, but terminated that dispute after I received the refund.

11.     I do not understand why Raging Bull makes it so difficult to cancel.  I do not recall seeing any disclaimer requiring completion of a course with the original 30-day money back guarantee I saw on the website and I do not recall Jason Bond mentioning any required course when he mentioned the guarantee on the video.  I feel that their practice of making people take a class in order to qualify for a refund, and then making it impossible to complete the class is predatory.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:
September 15, 2020
Rancho Palos Verdes, California

George Fotion

3

**PX 9, 655**