## DECLARATION OF HUSSEIN ABTIDON
### Pursuant to 28 U.S.C. § 1746

I, Hussein Abtidon, have personal knowledge of the facts and matters set forth below. If called as a witness, I could and would testify as follows:

1.      My name is Hussein Abtidon. I am over the age of twenty-one and I live in Chicago, Illinois.

2.      I have been trading on my own for about a year and have learned what I know from online sources.  In approximately May 2020, I saw an ad online about making money by trading while I was watching videos on YouTube.  I clicked on the ad and it took me to a website. On the website there was information about a presentation for a service called "Trade with Kyle."  I watched the presentation.  Kyle Dennis was promoting his service and it looked like he worked for a company called RagingBull.com LLC ("Raging Bull").  Kyle talked about how he made millions using his easy trading strategy and how anyone could use this same strategy to make money.  He had testimonials from other subscribers who also said they were making money using his service.  He did not explain what his strategy was, but he said that he follows the news about companies to find his trades, and if we follow his trades, we can make money too.  He said that he would send out trade alerts through emails and text messages alerting us to the trades he was making.  It sounded like a good deal because I could make the trades that he was making and I did not have to do any of the market research or technical analysis that Kyle was using to find his winning trades.

3.      I paid approximately $799 with my credit card.  He said that we would receive real time alerts, weekly videos explaining his trades, and training videos we could watch. However, he emphasized that all we had to do was follow what he was doing, follow his alerts and we would make money.

4.      After I signed up, I began receiving Kyle's trade alerts through both text and email.  I could not get in at the price Kyle said he purchased at and that he sent the alert about to his subscribers. By the time I received the alerts, the price had gone up and I was not able to get

1

PX 10, 656

in the trade at the same price. Sometimes I got into the trade anyway, but I did not make money. I made a little money on a few trades, but on average I lost money.  For example, if I traded on five of his alerts per week, I would sometimes make money on two, but lost money on the other three wiping out any of my gains.  I decided to stop using the service because I did not have a lot of money to trade with and I lost approximately $600.

5.      I also realized after I signed up that Kyle was investing large sums of money to make the profits he was talking about.  For example, he would invest over $25,000 to make returns of over $3000 on his trades.  Kyle did not tell us that he was trading with such large amounts of money in his presentation when he was touting his large profits.  I do not have that kind of money to play with and could never make trades with that much money.

6.      After I signed up, I immediately started receiving tons of solicitation emails about other services offered by Raging Bull.  One service that I received several emails about was LottoX by someone named Nathan Bear.  On May 6, I received an email with the subject line, "ROOM NOW OPEN" that stated, "YOU HAVE 30 MINUTES."  It then stated "By the end of this training, you're going to have everything you need to be able to implement my LottoX indicator into YOUR training."  The email also contained a snapshot of Nathan's trading account that showed percentage gains ranging from 9.9% to 400%. There do not appear to be any losses in the snapshot.  Attached as **Attachment A** is a true and correct copy of this email.

7.      Also on May 6, I received an email from Nathan Bear with the subject line "Slashed Prices + Performance Guarantee TODAY ONLY."  The email contained what appeared to be testimonials from current members.  One said, "Already a lottox member. Made $3k today!"  Another one said, "he is very Good, todays [sic] all 3 trades crossed 80%."  At the bottom of the email, Nathan wrote, "I am offering you a PERFORMANCE GUARANTEE: At least 50 100% winners alerted to you over the next year!"  Attached as **Attachment B** is a true and correct copy of this email.

8.      I watched the presentation by Nathan Bear about LottoX.  He said that he would alert us to trades he was making, we would stay in the position overnight, and then we would

**PX 10, 657**

make 100% or more returns the next day.  Based on the presentation, I believed I could make 100% returns on Nathan's trades.  I had a small account and, under the trading rules for my account, I could only make 4 trades per week.  I really liked the fact that this was not day trading and that we would hold the trades overnight.  I also really liked the fact that he was going to alert us to the trades he was making so we could make the same trade.  Nathan said that he was a millionaire and that if we follow him and do what he does, we could make money too. This sounded great to me and it meant that I would not have to do any of the research on the trades.  I could just follow someone who made a lot of money trading.

9.      I decided that I did not want to use Trade with Kyle any longer because I could not make money using that service.  I called Raging Bull to see if I could get a refund.  The sales person told me no.  Then I asked if I could switch services and sign up for LottoX.  He said I could not do that either.   He told me that if I signed up for the second service, though, I could get a 30-day money back guarantee.  I decided to purchase that service as well and I paid approximately $1499 with my credit card.  With this service, I was supposed to receive real time trade alerts and training videos.

10.      I tried to use the service, but I lost all the money I invested.  In the presentation, Nathan said that we would make 100% returns overnight, but I lost money overnight.  I stopped trying to use Nathan's service when my losses hit $1000. I tried calling and emailing Nathan Bear to ask him how he was able to make money on his trades, but I never received a response. He was alerting us to 10-15 trades per day, but I could not make all of the trades because I did not have enough money.  I felt that it would have been more helpful if he sent just a few trades that we could have focused on.

11.      I also watched the training videos for both services to see if that would help me. To me, the videos did not explain how to trade on your own. The videos explained that the traders were making trades based on charts and graphs, but there was no in depth explanation about the charts themselves to allow me to use that information on my own.  The videos also did not have an explanation of any strategies that I could follow.  I did not learn anything from the

**PX 10, 658**

videos.   It seemed to me that for both Kyle and Dennis' services, the mission was to have their subscribers follow what they were doing rather than teach us a strategy to learn on our own.

12.    I called customer service within 2 to 3 weeks after I started Nathan's service and within the 30-day money back guarantee time-period to ask for a refund.  I tried emailing and calling and could not get an answer from anyone.  The person I finally spoke with said I could not get a refund.  I explained that my results were not at all like what Nathan promised in his presentation.  The customer service representative then said that not all the trades would have returns overnight, but that is not what Nathan said in the presentation, and he should have made that clear.  Then the representative said that I had to talk to a supervisor about getting a refund.  It took me some time to finally reach a supervisor, and when I finally talked to a supervisor, he said that there are no refunds and at this point it was past the 30 days.  I explained that I asked for a refund before the 30 days expired, but he did not listen.  It seemed to me like customer service dragged out the process until the 30 days expired so that they did not have to give me a refund.

13.    Finally, on approximately June 25, 2020, I filed a complaint with the Better Business Bureau ("BBB") in New Hampshire because Raging Bull's address is in New Hampshire.  I asked for a refund only for LottoX because Raging Bull already denied my refund request for Trade with Kyle and the company should have to honor the 30-day money back guarantee the Raging Bull sales agent promised me on the phone for LottoX.

14.    Approximately three weeks after I filed the complaint with the BBB, Raging Bull contacted me and told me that I could get a refund, but only if I told the BBB first that I was satisfied with Raging Bull's response.  I did as they asked and once I did that, I received a refund of $1499 for LottoX on July 22, 2020.  I lost approximately $1600 trading using both services

4

**PX 10, 659**

and I never received a refund of the $799 I spent on Trade with Kyle.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____8/31_____, 2020
Chicago, Illinois                                    _____
                                                              Hussein Abtidon

**PX 10, 660**



---------- Forwarded message ---------
From: **Nathan Bear** <NathanBear@weeklymoneymultiplier.com>
Date: Wed, May 6, 2020 at 12:32 PM
Subject: ROOM NOW OPEN!
To:



## YOU HAVE 30 MINUTES

**s://app.ragingbull.com/join-room/rb-free**

session you've attended!

verything you need to be able to implement my LottoX indicator into *YOUR* trading.

g…



1

Attachment A                    **PX 10, 661**

the same.

2

PX 10, 662

[Bear@weeklymoneymultiplier.com](mailto:Bear@weeklymoneymultiplier.com)

Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for info ny engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by the construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with d any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express o d to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are h of RagingBull.com, LLC.

ll need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

4

Attachment A                    **PX 10, 663**



---------- Forwarded message ---------
From: **Nathan Bear** <[NathanBear@weeklymoneymultiplier.com](mailto:NathanBear@weeklymoneymultiplier.com)>
Date: Wed, May 6, 2020 at 4:05 PM
Subject: Slashed Prices + Performance Guarantee TODAY ONLY
To: ███████████████

m current members!

> May 6, 2:09 PM
> **danny sob:** I have been with Nate from the start ..... he aint lying ... no joke .... lottox is THAT GOOD

70% on W and 60% on SPCE with Nate today. The best part is that I can spot my own
v. Thanks Nate for the awesome training!

> May 6, 2:11 PM
> **steven van:** Already a lottox member. Made 3k today! Thi

> May 6, 2:11 PM
> **vijay raj:** he is very Good, todays all 3 trades crossed 80%

**PX 10, 664**

olutely FREE.

ttoX deal!

## DIAL: 844-963-1904 NOW!

ices end tonight.

**I'm offering you a PERFORMANCE GUARANTEE: At least 50 100% winners alerted to you over the next year!**

**PX 10, 665**

the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purpose all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is n curity. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any inv cluded on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made ers, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such repre

n want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultipler.com.

**PX 10, 666**