## DECLARATION OF JOSEPH PALAMARA
### PURSUANT TO 28 U.S.C. § 1746

My name is Joseph Palamara, and I am over 18 years old.  I have personal knowledge of the facts stated below.  If called as a witness, I could and would testify as follows:

1.      I currently reside in New Jersey.  I worked as a senior manager and as an executive for financial services and asset management firms for about forty years before retiring in 2013.  I have traded and continue to trade stocks and options actively.

2.      I first came across Raging Bull on the internet in 2017.  I saw marketing materials about one of Raging Bull's "swing trading" services called Biotech Breakouts.  They were offering a 30-day trial or introductory offer for this service for $49.  The service featured a "millionaire" trader named Kyle Dennis.

3.      I was interested in Biotech Breakouts because it claimed to provide both training and stock alerts that I could follow to place trades.  I thought it was worth a try since it only cost $49 and I might learn something new about trading.  They told me the subscription included access to Dennis' trade alerts, a live chatroom, and training videos.

4.      When I joined, Raging Bull sent me an alert instructing me to "[a]pprove (Whitelist) and prioritize all emails from BiotechBreakouts.com and Kyle Dennis" in order to get updates and "receive the full benefit" of being a subscriber.  Raging Bull also said that its team would "post a lot of important trading information" on Facebook and Twitter.  Attached as **Attachment A** is a true and correct copy of the text file of this email dated September 6, 2017.

5.      I also received an email from Kyle Dennis welcoming me to "Lightning Alerts."  The email contained bios for the members of the Lightning Alert team, Kyle Dennis and Keith Kern.  The email stated that Dennis is a "Multi-Million dollar stock trader, investor, and

PX 11, 667

mentor," that he has taken his trading account "from 15k to over 3 million in trading profits," that he "brings expert insight on the Biotech sector as well as every other sector in the market," and that he "uses his unique strategies and research to uncover stocks with enormous growth potential." The email also said Keith Kern was the "founder of Trader's Toolbox" and that he has "learned strategies to help limit risks and maximize rewards." The email goes on to say that "Kyle and Keith will both curate their own stock watchlists," that each watchlist "will have their meticulously researched stocks to allow you to select which company that best fits your trading style," and that these watchlists "will identify the best Buy, Hold, and Sell positions to help traders execute winning trades." Attached as **Attachment B** is a true and correct copy of the text file of this email dated September 6, 2017.

6.        In some of the early trade alerts that I got, Kyle Dennis would flag several stock tickers he was looking at and spoke of them as "momentum stocks" or "Fibonacci retracement stocks." He would use highly technical jargon and say things like a "strong continuation triangle is forming" or that a "nice green candle closed." Attached as **Attachment C** are true and correct copies of text files of some of these emails from September and October 2017.

7.        Kyle Dennis claimed to be an expert on biotech stocks and conveyed the impression that he or his team would be doing all the market research on biotech stocks that Kyle would be trading and alerting his subscribers about. I also thought Kyle Dennis was looking at biotech stocks that he planned to hold on to for one to four weeks. In my correspondence with Raging Bull, the company's representatives also assured me that Kyle Dennis would hold his stocks for 1 to 4 weeks.

8.        During the trial period, I also had access to live chatrooms, where the moderators were sending additional stock alerts and recommending what stocks to trade in real time. The

PX 11, 668

moderator was always one of the two principals of Raging Bull:  Kyle Dennis and another individual who worked with Kyle.  I remember the chatrooms were also filled with other people that I did not know.  I was drawn to the chatrooms because the information you learned here was provided in real time.

9.      Around October 6, 2017, as my 30-day trial period was about to run out, I told Raging Bull I wanted to extend my service for another three months (to a quarterly subscription), which Raging Bull was offering at that time for $299.  I then realized that Raging Bull was offering an annual subscription to this same service for $499.  I told a Raging Bull representative that I wanted to sign up the annual subscription instead.

10.      After I signed up for the annual subscription, I received another welcome email from Kyle Dennis.  In the email, Kyle Dennis said he "will be relentlessly researching and providing [me] with the best short term biotech catalyst trades" and that he would "put forth the best risk to reward trades and do it better than anyone."  Kyle also stated that his subscribers would "receive 2 - 3 FDA insider alerts per week by email and text in real-time" and his "direct due diligence and reason for buying the stock."  Kyle also said that "[i]n a typical market, my goal is to hold these trades between 1 - 4 weeks" and he will "typically be looking for profits in the 20 – 30% range, but sometimes I will be looking to capture 50% or more depending on the situation."   Attached as **Attachment D** is a true and correct copy of the text file of this email.

11.      A few days later, I noticed that my credit card was charged $299 for the quarterly subscription and charged another $499 for the annual subscription.  At first, I thought Raging Bull double-billed by mistake so I reached out to tell them.  A Raging Bull representative (Daren) responded and told me that the $499 was an "upgrade fee" and that it was "combined with the $299 to reach the annual rate of $798."  Raging Bull later explained to me that the $299

PX 11, 669

payment would carry me for three months and the $499 payment would extend the subscription past January 6, 2018.  Attached as **Attachment E** is a true and correct copy of this correspondence.

12.     One of the first things I noticed after extending my subscription was I no longer had access to the chatrooms.  On October 19, 2017, I emailed Raging Bull to complain but its representative (Nathan) told me that "FDA Insider Alerts service does not come with a chat room."  Nathan said I would get access to "educational videos, webinars, watch lists, alerts, and can ask us questions for further help."  I thought I was signing up for Biotech Breakouts and would be getting at minimum all the services they had available under the introductory offer of $49.  It did not make any sense to me that I would be paying more money but getting less in return.  I asked Nathan for a refund of the $499 since my subscription term on that payment had not started yet.  Nathan said "per company policy we do not give refunds on valid purchases.  As a result no refund will be given for your yearly upgrade."  I told Nathan that I was deceived by Raging Bull's advertising and had several more exchanges with Nathan about my refund.  He kept repeating that Raging Bull does not give refunds and to "enjoy the remaining time on your subscription."  Attached as **Attachment F** is a true and correct copy of my correspondence with Nathan at Raging Bull.

13.     On October 24, 2017, I wrote to Nathan again to point out that what he had told me about my refund and cancellation was not even consistent with Raging Bull's disclaimers.  Nathan responded by saying that I was still getting "swing trades" from the service.  He further stated: "Swing trading is what Kyle does.  He tends to hold a stock between 1 and 4 weeks.  As for the notification at the bottom of the email, it is simply reminding you that you can cancel your auto renewal at any time."  See **Attachment F**.

PX 11, 670

14.     Around this time, I was receiving trade alert emails through the FDA Insider Alert service.  On the morning of October 12, 2017, which was a Thursday, Kyle Dennis sent an alert that he had just bought 15,000 shares of CTRV at $0.63 and 1,500 shares of INO at $6.34 "for 1-4 week holds."  On Tuesday morning the following week, however, Kyle Dennis reported that he had "sold 15,000 shares of **CTRV** at $.79 for about $2,000 or +25%."  Kyle clearly did not hold this stock for even one full week.  Attached as **Attachment G** are true and correct copies of text files for the trade alert emails for CTRV in October 2017.

15.     Kyle Dennis did the same thing with "**Akari Therapeutics (AKTX)**."  On October 27, 2017, which was a Friday, Kyle sent an alert saying he bought 2,000 shares of AKTX at $4.23 from his watch list.  On Tuesday morning of the following week, Kyle said he dumped his shares for $4.52 "for about +$600!" in profit.  He did not send us any warning that he would selling off his position so quickly.  Attached as **Attachment H** are true and correct copies of text files for the trade alert emails for AKTX in October 2017.

16.     There were many times when Kyle would buy a stock, alert people about his buy, and then sell that same stock the very same day without any notice.  On November 1, 2017, Kyle sent an email saying he had bought and sold LBIX in the same morning for a "huge $4,500 gain."  Attached as **Attachment I** is a true and correct copy of the text file for the trade alert email for LBIX from November 1, 2017.

17.     Kyle did the same thing with the stock from Oncosec Medical (ONCS).  On October 12, 2017, Kyle told his subscribers:  "**ONCS** looks to be a big mover likely as they have two abstracts at the meeting.  The news came out at 3:55 PM yesterday and I was able to make the Nucleus members in chat room aware of the news.  I bought 10,000 shares before the close at $1.04, and sold half in the after hours at $1.33.  I still own 5,000 shares.  Just full disclosure here

PX 11, 671

since I'll be adding it to the watch list here and looking for any weakness to add back more shares to the position."  I obviously did not get his "news" since I did not have access to any chatroom at this time.  Attached as **Attachment J** is a true and correct copy of the text file for the trade alert email for ONCS from October 12, 2017.

18.     There were also times when Kyle would deviate from the trading plan that he recommended to people following his trades.   On November 1, 2017, Kyle told us that he bought 5,000 shares of ONCS at $1.17 and that he was now holding 15,000 shares of this stock at $1.11.  Kyle laid out his "game plan" for trading this stock:

> **Oncosec Medical (ONCS)**
>
> Catalyst Dates:  Phase 2 cancer data due out November 8 – 12
>
> Buy Zone:  Up to $1.20
> Profit Zone: $1.50 or higher
> Stop Zone: $.95 or below

I understood this to mean that people like me who are following his trade alerts should plan to buy this stock at any price up to or below $1.20 and plan to hold onto the stock until it reaches at least $1.50.  Attached as **Attachment K** is a true and correct copy of the text file for the trade alert email for ONCS from November 1, 2017.

19.     On the morning of November 2, 2017, which was a Thursday, Kyle Dennis sent an email putting ONCS on his catalyst swing watch list with "1 - 4 week holds" and a "catalyst" date of November 11.  Kyle said:  "I also added 5,000 more **ONCS**. The company has data on November 11th and two funds just added big positions into the stock. That gives me some more confidence that the data might actually be good and have a nice run into the 11th."  Attached as **Attachment L** is a true and correct copy of the text file for the trade alert email for ONCS from November 2, 2017.

PX 11, 672

20.     According to his emails from November 3 thru November 6, Kyle abruptly

dumped his ONCS stock:

- **November 3, 2017 at 1:26pm (Friday)**:  "I sold half, or 7,500 shares of **ONCS**, at $1.32 for a 19% gain.  That is about a $1,500 win so far on a week and a half hold. I'm holding the rest of my 7,500 shares for a potential higher move next week."

- **November 6, 2017 at 9:32am (Monday)**:  "I sold **ONCS** at $1.30 for an overall gain of about $3,000. Excellent Trade!  Data abstracts for the SITC conference come out tomorrow. I tend to think the data update will be positive, but I'm going to take the safe route and book the rest of these profits."

Contrary to his "game plan," Kyle did not wait for the stock price to rise to $1.50.  He also sold

the stock at least 5 days before his so-called "catalyst" event of November 11.  **Attachment M**

are true and correct copies of text files for the trade alert emails for ONCS from November 3,

2017 thru November 7, 2017.

21.     By December 2017, I was losing money using these trade alerts from Kyle Dennis

and was not getting these alerts in enough time to make any profit.  I was never able to purchase

the stocks for the price that Kyle Dennis would state he was purchasing the stocks for (i.e., the

price of the stock was always higher when he went to make the same trade). Similarly, I was not

able to sell the securities at the price that Kyle Dennis stated he was selling his for (i.e., the price

of the stock would fall by the time he would go to sell his own stock).  I was losing money on

these trades.

22.     In December 2017, I complained to Kyle Dennis that I was losing money even

when my purchases of the stock "were made within an hour of your memo."  Kyle wrote back

and said: "You are likely chasing and then buying the stocks out of the buy zone.  That is not

advised.  I recommend buying them in the buy zone at your own accord and not mirroring."  I

thought Kyle's answer was dishonest, especially since his service claimed to provide these real-

**PX 11, 673**

time trade alerts that we could use to make huge trading profits like him.   If I was not supposed to be using these alerts to make trades, I had no idea what Kyle Dennis was even selling. Attached as **Attachment N** is a true and correct copy of my correspondence with Kyle on December 6, 2017.

23.     I wrote to Kyle Dennis again in February 2018 about his untimely trade alerts and how he was able to get a better price than his subscribers.  I began to sense that Kyle was extracting profits on these thinly traded biotech stocks at the expense of subscribers like me.  A Raging Bull representative (Daren) responded to my complaint and said:  "Our service will never tell you to buy or sell a particular stock. That is left to licensed brokers.  Our trades alert our members to the actual trades they are making in as near real time as possible considering it takes a few minutes to send out emails to thousands of people.  The purpose of our service is to watch our professional traders execute real money trades during the week and learn from them in doing so.  If a member chooses to 'mirror' that trade that's up to them."  Attached as **Attachment O** is a true and correct copy of my correspondence with Raging Bull on February 20, 2018.

24.     The only thing I "learned" from seeing Kyle Dennis' trade alerts was that he was telling people one thing about a stock and doing something else, like dumping the stock before telling others about it.

25.     While I was subscribed to this service, I was constantly getting bombed with emails soliciting me to sign up for other and more expensive subscriptions from Raging Bull. Kyle Dennis repeatedly sent emails promoting his "Nucleus" program, where he would claim to help people grow their account from "$25,000 into $200,000," and then from "$200,000 to make $1,000,000+ yearly."  Kyle Dennis called this the "Million Dollar Mission."  Attached as **Attachment P** are true and correct copies of Raging Bull's marketing emails about Nucleus.

PX 11, 674

26.     I got very annoyed with getting these marketing emails, especially when I was not making any money with their $499 service. I felt they were just adding insult to injury. On January 18, 2018, I asked Raging Bull to remove me from their "propaganda" emails. On January 18, 2018, a Raging Bull representative (Donald) confirmed that I had been removed from "Kyle's free newsletter as requested." Attached as **Attachment Q** is a true and correct copy of my correspondence with Raging Bull.

27.     Even after they told me they would not send me more solicitation emails, I started getting bombarded with more of the same emails from both Kyle Dennis in around May 2018. In these emails, Kyle Dennis claimed he had developed a "bulletproof" trading strategy called "I.G.N.I.T.E.," and that he would send his "highest conviction option ideas" directly to my inbox. He sent another email later that day claiming that the service he was offering for $1,497 was the "deal of a lifetime." Kyle said if we joined, we could recoup the subscription cost simply by following his trade alerts. Kyle asked, "You don't think you'll make more than that in a year from my alerts?" Kyle sent me another email a few days later with the subject line, "What are Boring Profits?" In the email, Kyle said: "It's that 'Ho-Hum' attitude when you are so use to making a killing AND you're doing it effortlessly…. Profits become a habit. I'm not here for you to have a roller-coaster performance full of ups and downs, anxiety and stress. I want you to be making so much money that you are bored!" **Attachment R** are true and correct copies of Raging Bull's marketing emails from May 2018.

28.     In June 2018, Kyle Dennis sent a buy alert for the stock of a company called Checkpoint Therapeutics (CKPT). Kyle said that he bought 6,000 shares of CKPT at "$3.96 average" and that a "nice move to the mid $4's could be in store soon." After I got the alert, I looked into this company and found no positive news or any upcoming events relating to this

PX 11, 675

stock.  I asked Kyle Dennis why he expected the stock to go up.  I also found out that a law firm was investigating firms who were recommending CKPT to their investors, for possible investor fraud and pointed this out to Kyle Dennis.  A Raging Bull representative (Crystal) wrote back and gave me the same canned response about how Raging Bull is not a licensed broker and that people like me assume the risk of following their trade recommendations.  When I pressed Crystal for more information about their due diligence on this stock, she just told me "check the watchlist for August 15, 2018 for more information."  When I checked the August 15 watchlist, it simply said "Phase 1/2 late breaking data due out September 24th," and provided the typical buy, profit and stop zones for this stock, without any mention of the fraud investigation.

**Attachment S** are true and correct copies of Raging Bull's marketing emails from August 2018.

29.    Looking back, I remember many of Raging Bull's stock picks looked just as bad as CKPT.  There was another stock with the ticker "ANTH," where the company's stock price went up to $6.00 per share and then two days later was trading for pennies.  Raging Bull traders like Kyle Dennis were always reminding people about all of the money that they were making on their trades, but they rarely told you about their losses on these thinly traded stocks.

30.    I was using other stock picking services around this time and one of the major differences was that these other services were at least dealing in stocks that people have heard of.  Raging Bull and Kyle Dennis were always recommending small biotech companies with very little financial or other information available about them.  Raging Bull or Kyle Dennis would tout all these good things that were supposed to happen with these companies and then none of it would come about.  Raging Bull was the only stock picking service I used where I felt there was a pump-and-dump scheme being run behind the scenes.

PX 11, 676

31.     Another difference was that the other stock picking services would refund my money if I told them I was not pleased or if I decided not to continue with their services.  With Raging Bull, they refused to give me a refund even when my subscription term did not even start.  I am still perplexed that with all the millions that Kyle Dennis and other Raging Bull traders claim to be making on their trades, they would not refund my money.

32.     I was eventually able to get $499 back through a chargeback.  I had to have over a dozen conversations with my bank's representative to get them to reverse the charges because Raging Bull disputed my chargeback.  Through correspondence with my bank, I learned that Raging Bull told them that I was still using their service.  Raging Bull said I was still receiving emails from the company and failed to unsubscribe.  I was not using their service to make any trades or even look at their "training" videos, so I felt this was another lie from them.

33.     Even though I recovered the $499, they still took several hundred dollars from me through deception, not to mention the losses from the trades I made following Raging Bull's stock alerts.  I have also complained on Bond's Twitter feed about feeling deceived by the services provided from Raging Bull.

34.     This document was drafted by the Federal Trade Commission ("FTC") based on my conversations with the FTC and my personal files that I provided to a law enforcement agency in 2018.  I have carefully reviewed each of the statements drafted in paragraphs 1 through 33 of this declaration and state that each statement is true and correct to the best of my recollection and knowledge.

PX 11, 677

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10/9___ 2020.

Joseph Palamara

PX 11, 678

**ATTACHMENT A**

PX 11, 679



**From:** Kyle Dennis <Kyle@Biotechbreakouts.com>
**Sent:** Wednesday, September 6, 2017 1:01 PM
**To:**
**Subject:** Important Subscription Details Inside



Your subscription has been confirmed. Thanks for joining!
I really look forward to working with you and that the information you receive from BiotechBreakouts.com helps you find success and grow as a trader. My goal is to educate, challenge and inspire you to pursue the goals you set before yourself.
Here are 2 important tips on how to make sure you get all communications from me so that you'll get the most out my service:
**1. Approve (Whitelist) and prioritize all emails from BiotechBreakouts.com and Kyle Dennis.**
This is important! If my emails aren't getting through to you, you will miss these updates and you won't receive the full benefit of being a BiotechBreakouts.com subscriber.
So please take the following simple actions to make sure nothing slips through the cracks:
    · Follow the whitelisting instructions for your email provider at this page - How to Whitelist Email
    · If you are a Gmail user or you use any other web-based email that filters posts/emails away from your main inbox, be sure to "drag" any emails from BiotechBreakouts.com or "Kyle Dennis" into your Priority Inbox. (Again, you don't want to miss an important alert or announcement.) Our emails might get caught in the 'Promotions' or 'Social' tabs.

**2. Take a moment and follow myself and the RagingBull team on Facebook & Twitter.** I post a lot of important trading information there and you don't want to miss it
    · https://twitter.com/kylewdennis

    · https://www.facebook.com/RagingBullTrading/

PLEASE NOTE: All purchases are processed by RagingBull.com LLC (our parent company) so don't be alarmed if you see that on your billing statement,

**PX 11, 680**

it is perfectly fine.

Trade Green,
Kyle
P.S.- Always feel free to contact support@biotechbreakouts.com with any
questions or comments.



**Kyle Dennis**
Biotech Trader

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user 's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Unsubscribe

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

# ATTACHMENT B

PX 11, 682



**From:** Kyle Dennis <Kyle@Biotechbreakouts.com>
**Sent:** Wednesday, September 6, 2017 12:37 PM

**Subject:** Welcome to Lightning Alerts!



**Welcome to Lightning Alerts!**

Please allow 5 minutes for our system to process your order. You account will be active shortly.

Please watch this video done by our support team which gives all the information about the new accounts if you are coming from Keith Traders Tool Box's:

https://vimeo.com/220715659/9d1e8e6121

For you accounts. Your will be able to login here:

https://app.ragingbull.com/member/login
**user**:
**password**: password you have chosen at the checkout.

You will also have an account on the Biotech Breakout site to access the watchlist and other content:

https://www.biotechbreakouts.com/member/login
**user**:
**password**: password you have chosen at the checkout.


Also, please white list and add the following emails
**mailer@infusionsoft.com, mailer@infusionmail.com, noreply@infusionsoft.com, support@ragingbull.com, keith@biotechbreakouts.com and kyle@biotechbreakouts.com** to your contacts to ensure email delivery.

**PX 11, 683**

### Meet the team



### Kyle Dennis

Kyle Dennis is Multi-Million dollar stock trader, investor, and mentor. Over the last 4 years Kyle has effectively taken his trading account from 15k to over 3 million in trading profits. He brings expert insight on the Biotech Sector as well as every other sector in the market. He uses his unique strategies and research to uncover stocks with enormous growth potential. In his first year of running his services, Kyle has reached an 82% success rate in identifying winning stocks, and well over 200k in verified profits for his members.



### Keith Kern

Keith Kern founder of Trader's Toolbox, has taught and mentored traders to become more profitable and effective. With over 20 years of trading experience, Keith has learned strategies to help limit risks and maximize rewards. He brings his expertise to Biotech Breakouts after years of teaching and mentoring traders at Traders Toolbox. We are incredibly excited to have Keith join Biotech Breakouts, and help our members become even more profitable.

### Membership Information

### 3 Expertly crafted Watchlists

Kyle and Keith will both curate their own stock watchlists. Each watchlist will have their meticulously researched stocks to allow you to select which company that best fits your trading style.

In addition to their watchlist, we are introducing a brand new 'Nightly Watchlist', which will serve as a market recap for subscriber.

Watchlists will identify the best Buy, Hold, and Sell positions to help traders execute winning trades.

### State-of-the-Art Chat Room

We have developed a State-of-the-Art Chat Room specifically for Lightning Alerts. In Lightning Chat, you will be joined by a community of traders like yourself. You will be one of the first to know about the positions we are taking that could earn you huge returns.

### Education Webinars

You will receive access to past Webinars that cover strategies, tips and tricks, useful sites, and how to do research. This Library is filled with hours of educational content proven to help accelerate a trader's learning.

### Expert Insight

Both Kyle and Keith have spent years perfecting their own strategies and have produced some of the biggest returns on Wall Street. Each brings a unique approach to trading and have produced some of the most insightful research

Attachment B

**PX 11, 684**

on the market.

Lightning Alerts has brought together two experts to help create some of the most comprehensive and complete watchlists on the market.

See you in the chat!



**Kyle Dennis**
Biotech Trader

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user 's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Remove me from Premium Email List

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

# ATTACHMENT C

PX 11, 686



**From:** Kyle Dennis <Kyle@Biotechbreakouts.com>
**Sent:** Thursday, September 7, 2017 5:01 AM
███████████████
**Subject:** Kyle's September 7 Lightning Alert Watch List



Good morning,
The market has been wild lately! Big volatile up and down days, so let's see what today brings us.
MSDI got that Orphan Drug Designation PR that we were looking for in the After Hours yesterday. So congrats to you guys that played that idea!
Little personal note here, I might pass $1M in trading profits on the year today! The big number needed is $2,894.72. I'll be trading LIVE in the **Nucleus Room** and hope to break the barrier this morning! This kind of stuff IS POSSIBLE when you put in the work!

Since the market has been volatile lately, day trading has been a bit more effective than these shorter term swings.
I'm still keeping my eyes peeled for opportunities as always, and these are the stocks I'm watching today!
**Below are the Lightning Stocks I'm Watching Today…**
**MBRX** is a momentum stock that I am watching. The company had good news yesterday and shares popped up. A strong continuation triangle is forming.
Buy Zone: $2.55 to $2.65
Profit Zone: $2.85 or higher
Stop Zone: $2.45 or below

**EXPR** is a fibonacci retracement stock that I am watching. I traded this one well before, and it's still in range here. I think it's still a buy between $6.30 and $6.50 for a move up to $6.90 or higher.
Buy Zone: $6.30 to $6.50
Profit Zone: $6.90 or higher
Stop Zone: $6.15 or below

**PX 11, 687**

**SPWH** is a fibonacci retracement stock that I am watching. Shares have been holding very strongly above $4 and is looking like it wants to make a pop. There is a large short interest here too!
Buy Zone: $4.00 to $4.20
Profit Zone: $4.50 or higher
Stop Zone: $3.80 or below

I'm also watching **AUPH** (momentum play), and **ASNA** (bottom reversal play).
Cheers,

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user 's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website and/or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Premium Email List

835 E Lamar Blvd #263 Arlington, Texas 76011 United States



**From:** Kyle Dennis <Kyle@Biotechbreakouts.com>
**Sent:** Wednesday, September 27, 2017 5:03 AM
██████████████
**Subject:** Kyle's September 27th Lightning Alert Watch List



Good morning,

I'm continuing to hold onto **INFI** as it keeps bouncing off support. Maybe today will be the day it takes off to the upside.

Also, **NBRV** just had a bunch of insider buying after the market close yesterday. That's good news! So it's likely to gap up today, and today might be that day for the Fibonacci Retracement rebound.

And….tick tock, tick tock!

My Nucleus sale is closing up early tomorrow at midnight. Literally hundreds have signed up to join what will be the most exclusive opportunity on wall street.

It's as simple as this guys. I've averaged $1,000,000 in gains for three straight years, and this year isn't even over. There is nobody else on Wall Street with that kind of track record willing to teach you live day in and day out.  Now it's time to take $25k and turn it into $1M again, and show you everything I know along the way.

**Click here to join this journey** and enter promo code: million to jump on board.

**Below are the Lighting Alerts names I'm watching today...**

**NBRV** is a fibonacci retracement stock that I am continuing to watch. Shares have sold off since the company reported positive trial results. The company did a secondary offering, which is set to close and a nice green candle closed on Friday.

Buy Zone: $8.20 to $8.50
Profit Zone: $9.20 or higher
Stop Zone: $8.05 or below

**MARA** is a momentum stock that I am watching. Shares are trending up

**PX 11, 689**

towards a 50 cent break for a move higher.
Buy Zone: $.45 to $.50
Profit Zone: $.70 or higher
Stop Zone: $.39 or below

Cheers,



---

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user 's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Premium Email List

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

**PX 11, 690**



**From:** Kyle Dennis <Kyle@Biotechbreakouts.com>
**Sent:** Tuesday, October 3, 2017 5:02 AM
**Subject:** Kyle's October 3rd Lightning Alert Watch List



Good morning,
Yesterday I sold both INFI and NBRV. Between the two I posted a really nice gain and in total, patience really paid of on **INFI**.
A ton of the names on the watchlist yesterday really broke out. **PIRS** and **SENS** broke out of their bullish flags. **CRMD** pushed up out of its bottom reversal setup. And **SRAX** and **ITUS** had two nice gaps up in the premarket. The market and specifically the small cap index (IWM) have been hot lately. Check out the **IWM** below:

A ton of bullish flags and continuation patterns have been working because of that. Things do look a bit overextended lately, and that is a bit concerning holding overnight, so let's just keep that in mind and ride this trend as long as we can.
**Below are the Lighting Alerts names I'm watching today...**
**OPTT** is a breakout stock that I am watching. Shares closed very strong yesterday and could breakout more if it gains momentum to break yesterday's high. If so, e could get a move to $1.90 - $2.00.
Buy Zone: $1.40 to $1.50
Profit Zone: $1.85 or higher
Stop Zone: $1.30 or below

**TEUM** is a momentum stock that I am watching. We nailed this one last week and shares are continuing to act very strong. Strength moving up to $1.60 could cause a breakout over $1.75 and a continuation even higher.
Buy Zone: $1.40 to $1.50
Profit Zone: $1.75 or higher
Stop Zone: $1.20 or below

PX 11, 691

**NK** is a continuation stock that I am watching. Shares have bounced off the $5.20 level multiple times and keep curling to the upside. The could cause a continuation up to $6.45 for a possible break.
Buy Zone: $5.50 to $5.70
Profit Zone: $6.30 or higher
Stop Zone: $5.10 or below

**IMNP** is a fibonacci retracement stock I am watching. Shares have put in another green candle. That's three days in a row after the big selloff. That's a sign of strength and maybe a sign that it really breaks out here soon.
Buy Zone: $1.50 to $1.60
Profit Zone: $1.85 or higher
Stop Zone: $1.35 or below

**AMMA** is a fibonacci retracement stock that I am watching. Shares have retraced off of their $3 highs. I'm looking for support somewhere around $2 for a potential entry for a rebound back up to the upper $2's.
Buy Zone: $1.80 to $2.00
Profit Zone: $2.50 or higher
Stop Zone: $1.70 or below

I'm also watching **ITEK** (continued breakout), **CERS** (bottom reversal), and **BGFV** (bottom reversal), and **PXLW** (continuation pattern).
Cheers,



Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user 's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Premium Email List

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

PX 11, 693

# ATTACHMENT D

PX 11, 694



**From:** Kyle Dennis <Kyle@Biotechbreakouts.com>
**Sent:** Friday, October 6, 2017 11:13 AM
█████████████████████
**Subject:** Welcome to FDA Insider Alerts



Your account has now been fully activated.
**Site Access**

You may now access your content by logging in to your account at...

  https://www.biotechbreakouts.com/member/login
Use your email address to login
Password: ████████
Feel free to email us if you have any questions or concerns. Also, please white list and add the following emails mailer@infusionsoft.com
, mailer@infusionmail.com , noreply@infusionsoft.com and kyle@biotechbreakouts.com to your contacts to ensure email delivery.
**Membership Information**
Congrats! You have just joined the best biotech trading newsletter in the stock market!
I will be relentlessly researching and providing you with the best short term biotech catalyst trades. I intend to put forth the best risk to reward trades and do it better than anyone.
**FDA Insider Alerts**
This is my most popular and most active service, in which you'll receive 2 - 3 FDA insider alerts per week by email and text in real-time.  You will also receive my direct due diligence and reason for buying the stock. In a typical market, my goal is to hold these trades between 1 - 4 weeks.  Sometimes I will also provide shorter term opportunities for holds between 1 - 3 days.  Most of these stocks will be small cap companies, with market caps under $2 billion.  I

**PX 11, 695**

will typically be looking for profits in the 20 - 30% range, but sometimes I will be looking to capture 50% or more depending on the situation.

Each Monday, you will also receive a new watchlist detailing the most important upcoming data releases, FDA approvals, and conferences in the biotech sector.  Each Friday you will also receive a summary and update with new commentary on every company in the portfolio.

Now let's get started!

Sincerely,

**Kyle Dennis**
Biotech Trader

---

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Remove me from Premium Email List

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

.

# ATTACHMENT E

PX 11, 697



---

**From:** Daren (BioTechBreakouts) <support@biotechbreakouts.zendesk.com>
**Sent:** Wednesday, October 11, 2017 10:44 AM

**Subject:** [BioTechBreakouts] Re: Cancel my subscription

## Please type your reply above this line -##

Your request (96863) has been solved. To reopen this request, reply to this email. See the latest comments below:

---

 **Daren** (BioTechBreakouts)

Oct 11, 10:44 AM EDT

Joe.

Thanks for reaching out.

The $499 was the upgrade fee, it combined with the $299 to reach the annual rate of $798. You will not be charged until 10/6/2018

Have a nice day.

Daren.

---

 **Joe Palamara**

Oct 10, 3:30 PM EDT

Hi Daren. Sorry to trouble you. Hope you can help. On 10/6 there are two charges on my credit card. One for 299 & another for 499.

I believe there should only be 1 charge of 499 for an annual fee.

Thanks, Joe

---------------------------------

Attachment E          **PX 11, 698**

 **Daren** (BioTechBreakouts)

Oct 6, 11:19 AM EDT

Joe.

Welcome to the Penny Pro family.

Let us know if you have any issues, and make sure to take a look at the educational videos.

Have a nice day.

Daren

 **Joe Palamara**

Oct 6, 11:15 AM EDT

Thanks Daren. Signed on for a year. Appreciate your help.

Regards, Joe

_____

 **Daren** (BioTechBreakouts)

Oct 6, 10:52 AM EDT

Joe.

Thanks for reaching out.

You can sign up for that here: https://mr141.infusionsoft.com/app/orderForms/4SiNCRcnv0MRl8lfv0wT

Have a nice day.

Daren.

Attachment E

**PX 11, 699**



**Joe Palamara**

Oct 5, 3:11 PM EDT

Thanks Daren. When I signed up for the trial for the month. I think the offer was 299 which was billable 10/6. Was that a quarterly fee for Insider Alerts? If so can I still get that offer?

--------------------------------



**Daren** (BioTechBreakouts)

Oct 5, 2:28 PM EDT

Joe.

The standard pricing for FDA Insider Alerts quarterly is $399.

Have a nice day.

Daren.



**Joe Palamara**

Oct 5, 2:22 PM EDT

Daren, what is the dollar amount?

--------------------------------

**Daren** (BioTechBreakouts)

Oct 5, 1:00 PM EDT

Joe.

Barring trials when you pay you get access for the next period, normally quarterly or annually, next billing

Attachment E                                                    **PX 11, 700**

date rolls around and as long as you haven't cancelled you'll retain access.
When you cancel you retain access until the next billing cycle.

Have a nice day.

Daren.

---

 **Joe Palamara**

Oct 5, 12:52 PM EDT

Hi Daren. Please explain to me the subscription fees again.

Thanks, Joe

--------------------------------

---

 **Daren** (BioTechBreakouts)

Sep 28, 3:07 PM EDT

Joe.

Thanks for reaching out.

I've cancelled the auto renewal on your account, your access ends 2017-10-06

Have a nice day.

Daren.

---

 **Joe Palamara**

Sep 28, 12:58 PM EDT

Please cancel my subscription. Want no additional charges to my credit card. Please confirm

**PX 11, 701**



]

Thank You for Contacting Support.

Attachment E

**PX 11, 702**

**ATTACHMENT F**

PX 11, 703



**From:** Nathan (BioTechBreakouts) <support@biotechbreakouts.zendesk.com>
**Sent:** Tuesday, October 24, 2017 12:25 PM
**To:** Joe Palamara
**Subject:** [BioTechBreakouts] Re: Re: [BioTechBreakouts] Re: Cancel my subscription

## Please type your reply above this line -##

Your request (100332) has been solved. To reopen this request, reply to this email. See the latest comments below:



**Nathan** (BioTechBreakouts)

Oct 24, 12:25 PM EDT

Joe,

A chat room does not come with the FDA Insider Alerts service. At no point did I say or imply that your service did not include swing trades. Swing trading is what Kyle does. He tends to hold a stock between 1 and 4 weeks. As for the notification at the bottom of the email, it is simply reminding you that you can cancel your auto renewal at any time.

Nathan



**Nathan** (BioTechBreakouts)

Oct 24, 12:21 PM EDT

Request #100942 "Fw: Sold INO for a small loss" was closed and merged into this request. Last comment in request #100942:

One last thing Nathan. At the bottom of this email, it is advertised that one can cancel a subscription. Does this suggest that when one cancels Raging Bull gets to keep a subscriber's money for a future service it will not provide?

From: Kyle Dennis Kyle@Biotechbreakouts.com
Sent: Monday, October 23, 2017 10:09 AM
To:

Attachment F                    **PX 11, 704**

Subject: Sold INO for a small loss

[BiotechBreakouts]

Good morning,

I sold 1,500 INO at $6.14 for a small loss. The company never PR'd their upcoming data and shares have been weak after last week's gap up.

Cheers,

[Kyle Dennis]
Kyle Dennis
Biotech Trader

[Special]https://app.ragingbull.com/ad/5/link
Raging Bull Dashboard https://app.ragingbull.com/ad/5/link
app.ragingbull.com
Raging Bull – App

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us herehttps://mr141.infusionsoft.com/app/linkClick/164609/f9d6869d6a4995c1/188899369/d8d3f13007c55469 if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Premium Email
List https://mr141.infusionsoft.com/app/optOut/49/0376d7226ff65e6c/188899369/d8d3f13007c55469

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

---

 **Joe Palamara**

Oct 24, 11:26 AM EDT

I paid 50 for a month of swing trades, Keith Kern's trades & access to chat room with the idea that after a month the fee would be 299 per quarter.

Upon signing up for the 299, a Dennis Kyle ad offered the year for 499. Initially I thought the 499 included the 299. So I thought I was getting all of the above for 499.

You emailed me that the 499 was in addition to the 299. Then you informed me it didn't include the chat room. I think you also implicitly told me the service did not include swing trades.

I feel defrauded & Raging Bull guilty of consumer fraud. I will pursue that with consumer fraud agencies, on twitter & Facebook so others aren't defrauded.

For the last time I am requesting a refund of the 499 for a service you have yet to deliver & a service I don't want.

It seems the service you currently are delivering is a series of infomercials designed to get people to sign up for additional services.

Sorry we cannot reach an amicable solution, but Raging Bull's actions demonstrate that it is not an honorable Company.

Joe

_____

---

 **Nathan** (BioTechBreakouts)

Oct 24, 10:52 AM EDT

Joe,

The purchase is valid and we do not give refunds on valid purchases. Please enjoy the remaining time on your subscription.

Nathan

Attachment F                                    **PX 11, 706**

 **Joe Palamara**

Oct 23, 4:10 PM EDT

You received 350 of my $$ then under false advertising took another 499. I should request all my money be returned. I'm asking for the 499 which represents 9 months of service you haven't delivered. Please refund my 499!

_____

 **Nathan** (BioTechBreakouts)

Oct 23, 3:54 PM EDT

Joe,

The purchase is valid and we do not give refunds on valid purchases. Please enjoy the remaining time on your subscription.

Nathan

 **Joe Palamara**

Oct 23, 3:35 PM EDT

Well your advertising was deceptive. I'm requesting a refund of the 499. I truly don't wish to pursue this further. However I will if I must.

_____

 **Nathan** (BioTechBreakouts)

Oct 23, 3:19 PM EDT

Attachment F                                    **PX 11, 707**

Joe,

I have canceled your auto renewal as requested. However, per company policy we do not give refunds on valid purchases. As a result no refund will be given for your yearly upgrade.

Nathan

 **Joe Palamara**

Oct 23, 2:55 PM EDT

Nathan I signed up for a month for 49.99. Got swing trades, other trades, access to chat room, etc. When I signed on for the quarter & then year, that's the service I thought I was purchasing.

I'd like a refund of the 499 & after a quarter of service which I paid 299, if I like this new announced service I'll sign up again.

Please refund my 499.

Thanks, Joe

_____

 **Nathan** (BioTechBreakouts)

Oct 19, 4:01 PM EDT

Joe,

An alert is letting you know that the head trader (Kyle) has bought or sold a stock.

Nathan

 **Joe Palamara**

Oct 19, 3:48 PM EDT

Is an alert a trade?

Attachment F                           **PX 11, 708**

_____



**Nathan** (BioTechBreakouts)

Oct 19, 3:15 PM EDT

Joe,

You get access to educational videos, webinars, watch lists, alerts, and can ask us questions for further help. We also have special webinars from time to time that you could be invited to join.

Nathan



**Joe Palamara**

Oct 19, 2:35 PM EDT

Wow. Disappointed. So what do I get?

_____



**Nathan** (BioTechBreakouts)

Oct 19, 2:29 PM EDT

Joe,

Your FDA Insider Alerts service does not come with a chat room.

Nathan



**Joe Palamara**

Oct 19, 2:26 PM EDT

**PX 11, 709**

This is a follow–up to your previous request #96863 "Cancel my subscription"

Hi Daren. Does this annual rate permit me to access the chat room? I signed in today & had no chat room access.

Thanks, Joe

--------------------------------

]

Thank You for Contacting Support.

**PX 11, 710**

**ATTACHMENT G**

PX 11, 711



**From:** Kyle Dennis <Kyle@Biotechbreakouts.com>
**Sent:** Thursday, October 12, 2017 9:41 AM

**Subject:** FDA Insider Alert: Bought CTRV and INO

Good morning,

I bought 15,000 **CTRV** at .63 and 1,500 **INO** at 6.34 for 1-4 week holds.

Cheers,

**Kyle Dennis**
Biotech Trader

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and

Attachment G

PX 11, 712

investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Premium Email List

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

PX 11, 713



**From:** Kyle Dennis <Kyle@Biotechbreakouts.com>
**Sent:** Tuesday, October 17, 2017 9:44 AM

**Subject:** Sold CTRV for +$2,400!



Good morning,

I sold 15,000 shares of **CTRV** at $.79 for about $2,400 or +25%.

There won't be a text alert as I am at the airport and cannot access the system.

Cheers,

**Kyle Dennis**
Biotech Trader

Raging Bull Dashboard
app.ragingbull.com
Raging Bull - App

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Premium Email List

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

PX 11, 715

# ATTACHMENT H

PX 11, 716



**From:** Kyle Dennis <Kyle@Biotechbreakouts.com>
**Sent:** Friday, October 27, 2017 10:27 AM

**Subject:** FDA Insider Alerts: Bought AKTX



Good morning,

I bought 2k of **AKTX** at $4.23 directly from the watch list.

**Details for the trade are below:**

**Akari Therapeutics (AKTX)**

Catalyst Dates: Phase 2 updated data at the ASH conference December 9-12 with abstracts on November 1.

Buy Zone: $4.20 to $4.70

Profit Zone: $5.75 or higher

Stop Zone: $3.90 or below

Cheers,

**PX 11, 717**

**Kyle Dennis**
Biotech Trader

---

## Raging Bull Dashboard

app.ragingbull.com

Raging Bull - App

---

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Premium Email List

835 E Lamar Blvd #263 Arlington, Texas 76011 United States



**From:** Kyle Dennis <Kyle@Biotechbreakouts.com>
**Sent:** Tuesday, October 31, 2017 9:47 AM
**To:**
**Subject:** FDA Insider Alert: Sold AKTX, for +$600

Good morning,

I sold **AKTX** at $4.52, for about +$600!

Great start to the morning!

Cheers,

**Kyle Dennis**
Biotech Trader

## Raging Bull Dashboard
app.ragingbull.com
Raging Bull - App

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Premium Email List

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

PX 11, 720

# ATTACHMENT I

PX 11, 721



**From:** Kyle Dennis <Kyle@Biotechbreakouts.com>
**Sent:** Wednesday, November 1, 2017 10:22 AM
**To:**
**Subject:** Lightning Alerts: Sold LBIX for a big win! +$4,500



Good morning,

I sold **LBIX** at $2, for a huge $4,500 gain.

5 minutes after I bought the stock, it shot up $.50. Great way to start the morning! I bought **LBIX** this morning with these details:

**LBIX** is a fibonacci retracement play that I am watching. Shares have pulled back off of $3.50 highs and put in a green candle yesterday. This could lead to a continuation pop back up to $2 region.

Buy Zone: $1.40 to $1.55
Profit Zone: $1.95 or higher
Stop Zone: $1.30 or below

Cheers,

Attachment I

**PX 11, 722**

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Premium Email List

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

.

Attachment I

**PX 11, 723**

**ATTACHMENT J**

PX 11, 724



**From:** Kyle Dennis <Kyle@Biotechbreakouts.com>
**Sent:** Thursday, October 12, 2017 5:02 AM
**To:**
**Subject:** October 12th FDA Insider Watch List



Good morning,

Right near the end of the market yesterday, the SITC website released the companies which will be **presenting late breaking data on November 8-12** .

Some of those companies include **ONCS**, **INFI**, and **INO** . Those three names I'll be adding to the watch list today.

**ONCS** looks to be a big mover likely as they have two abstracts at the meeting. The news came out at 3:55 PM yesterday and I was able to make the Nucleus members in chat room aware of the news. I bought 10,000 shares before the close at $1.04, and sold half in the after hours at $1.33. I still own 5,000 shares. Just full disclosure here since I'll be adding it to the watch list here and looking for any weakness to add back more shares to the position.

Also, here is my **Million Dollar Mission blog** from yesterday's action. The account is already up about 35% after a little more than a week. Things are rocking!

*Charts, commentary, and target ranges on Catalyst Swings all are updated on Monday mornings.*

**New Catalyst Swing names (1 - 4 week holds) I am watching…**

**Oncosec Medical (ONCS)**

Catalyst Dates: Phase 2 cancer data due out November 8 - 12

Attachment J

**PX 11, 725**

Buy Zone: Up to $1.20
Profit Zone: $1.60 or higher
Stop Zone: $.95 or below

**Infinity Pharmaceuticals (INFI)**

Catalyst Dates: Updated cancer data out November 8 - 12

Buy Zone: $1.50 to $1.70
Profit Zone: $2.25 or higher
Stop Zone: $1.30 or below

**Inovio Pharmaceuticals (INO)**

Catalyst Dates: Head and neck cancer data due out November 8 - 12

Buy Zone: $6.15 to $6.35
Profit Zone: $6.95 or higher
Stop Zone: $5.80 or below

**Catalyst Swing names (1 - 4 week holds) I am watching…**

**Ocera Therapeutics (OCRX)**

Catalyst Dates: Phase 2a Cirrhosis data due near the end of 2017

Buy Zone: $.90 to $1.10
Profit Zone: $1.40 or higher
Stop Zone: $.80 or below

**Cymabay Therapeutics (CBAY)**

Catalyst Dates: Late breaking presentation of Phase 2 Primary Biliary
Cholangities trial on October 22. Would be a shorter term trade.

Buy Zone: $8.25 to $8.75
Profit Zone: $9.50 or higher
Stop Zone: $7.75 or below

**Calithera Biosciences (CALA)**

Catalyst Dates: Phase 1/2 Renal Cell Carcinoma data due out November 11 at
the SITC meeting. Also Phase 2 triple negative breast cancer data due out in
the fourth quarter.

Buy Zone: $16.00 to $17.00

PX 11, 726

Profit Zone: $19.00 or higher
Stop Zone: $15.50 or below

### Catalyst Pharmaceuticals (CPRX)

Catalyst Dates: Phase 3 Lambert-Easton Myasthenic Syndrome Data due in the fourth quarter. Likely later in the fourth quarter because they haven't announced enrollment completion.

Buy Zone: $2.55 to $2.75
Profit Zone: $3.50 or higher
Stop Zone: $2.30 or below

### Actinium Pharmaceuticals (ATNM)

Catalyst Dates: Phase 2 AML interim results due in December.

Buy Zone: $.55 to $.60
Profit Zone: $.85 or higher
Stop Zone: $.50 or below

### Galectin Therapeutics (GALT)

Catalyst Dates: Phase 2 NASH data expected in early December.

Buy Zone: $2.00 to $2.20
Profit Zone: $2.80 or higher
Stop Zone: $1.70 or below

### Cempra (CEMP)

Catalyst Dates: Phase 2/3 data for Taksta (antibiotic) due out near the end of the year.

Buy Zone: $3.00 to $3.30
Profit Zone: $4.00 or higher
Stop Zone: 2.75 or below

### Agenus (AGEN)

Catalyst Dates: October 24 FDA approval date for Shingles.

Buy Zone: $4.30 to $4.50
Profit Zone: $5.00 or higher
Stop Zone: $4.20 or below

PX 11, 727

**Heron Therapeutics (HRTX)**

Catalyst Dates: November 12 FDA approval date for chemotherapy induced nausea and vomiting.

Buy Zone: $15.20 to $15.75
Profit Zone: $16.75 or higher
Stop Zone: 14.50 or below

**Bellicum Pharmaceuticals (BLCM)**

Catalyst Dates: Phase 1/2 trial data to be presented at the ASH meeting on December 9-12. The abstracts for the data are posted on November 1 online.

Buy Zone: $10.00 to $11.00
Profit Zone: $14.00 or higher
Stop Zone: 8.50 or below

I'll be in touch again soon!

Cheers,



**Kyle Dennis**
Biotech Trader

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us _here_ if you want to cancel your subscription. Opting out of emails does not remove you from your service at

**PX 11, 728**

BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Premium Email List

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

.

# ATTACHMENT K

PX 11, 730



**From:** Kyle Dennis <Kyle@Biotechbreakouts.com>
**Sent:** Wednesday, November 1, 2017 9:47 AM
**To:**
**Subject:** FDA Insider Alert: Bought 5k of ONCS

Good morning,

I bought 5k shares of **ONCS** at $1.17. Now I have 15K shares at $1.11.

Here is the game plan.

**Oncosec Medical (ONCS)**

Catalyst Dates: Phase 2 cancer data due out November 8 - 12

Buy Zone: Up to $1.20
Profit Zone: $1.50 or higher
Stop Zone: $.95 or below

Cheers,

**Kyle Dennis**
Biotech Trader

# Raging Bull Dashboard

app.ragingbull.com

Raging Bull - App

---

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Premium Email List

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

# ATTACHMENT L

PX 11, 733



**From:** Kyle Dennis <Kyle@Biotechbreakouts.com>
**Sent:** Thursday, November 2, 2017 5:01 AM
**To:** 
**Subject:** Flash Alert and Your FDA Insider Watch List



Good morning,

Lots of action yesterday!

Like I promised, things should ramp up in November and December!

I ended up selling **CPRX** for a nice $1,250 gain a bit early because the company announced that they will be having an earnings call on November 9th. I don't think anything bad will happen at the earnings call, but it is a risk factor and usually catalyst runs happen after the earnings call. I'm glad to book the profits and buy shares back November 10th or so.

I also added 5,000 more **ONCS**. The company has data on November 11th and two funds just added big positions into the stock. That gives me some more confidence that the data might actually be good and have a nice run into the 11th.

I bought 1,000 shares of **BLCM** because they will be at the ASH Conference in early December presenting some updated clinical data. This is a company I actually do like as well, and the Baker Brothers (my favorite biotech fund) are the top holders here. They own about $58M of the stock.

I also bought 1,000 shares of **CARA**, which will be presenting **late breaking Phase 2 data** at a conference November 7th. This will be a shorter term trade and I'm looking for a nice run into the upper $13's over the next 2-3 trading sessions.

I'm doing some extensive research into which other important companies will be presenting at the ASH Conference in December.

Attachment L

**PX 11, 734**

Big alert here as well.

My Nucleus service and included Million Dollar Mission have gotten a tremendous response over the last month. Due to the demand and huge influx of subscribers, the price of the service is going to increase to $10K.

Your last chance before this increase to get in will be TODAY at midnight. After that time, the price is going up!

To take **$6,000 off click here** and use promo code: save6k.

Again, deal ends today at midnight. Onward and upward, my friends!

*Just a reminder, charts and targets are updated every Monday morning*!

**Catalyst Swing names (1 - 4 week holds) I am watching…**

**Immune Design (IMDZ)**

Catalyst Dates: Updated Phase 2 cancer data due out December 8 - 12

Buy Zone: $4.10 to $4.60
Profit Zone: $6.50 or higher
Stop Zone: $3.90 or below


**Kadmon (KDMN)**

Catalyst Dates: Updated Phase 2 GVHD data due out December 8 to 12.

Buy Zone: $3.35 to $3.55
Profit Zone: $4.25 or higher
Stop Zone: $3.20 or below


**Cara Therapeutics (CARA)**

Catalyst Dates: Phase 2 data due out November 7

Buy Zone: $12.10 to $12.70
Profit Zone: $13.50 or higher
Stop Zone: $11.60 or below


**Bellicum Pharmaceuticals (BLCM)**

Catalyst Dates: Phase 1/2 cancer data due out December 9th.

Buy Zone: $9.20 to $9.75
Profit Zone: $12.00 or higher
Stop Zone: $8.50 or below



**Catalyst Swing names (1 - 4 week holds) I am watching…**

**Cytokinetics (CYTK)**

Catalyst Dates: Phase 3 ALS data due out December 8th.

Buy Zone: $13.50 to $14.00
Profit Zone: $16.50 or higher
Stop Zone: $12.75 or below

.

**Lipocine (LPCN)**

Catalyst Dates: Advisory Committee Meeting on January 10, 2018 for men with low testosterone. FDA Approval is on February 8th.

Buy Zone: $3.40 to $3.70
Profit Zone: $4.40 or higher
Stop Zone: $3.25 or below

.

**Eyegate Pharmaceuticals (EYEG)**

Catalyst Dates: Phase 2b data due out for ocular inflammation and pain post cataract surgery due near the end of the year.

Buy Zone: $1.00 to $1.10
Profit Zone: $1.40 or higher
Stop Zone: $.90 or below

.

**Akari Therapeutics (AKTX)**

Catalyst Dates: Phase 2 updated data at the ASH conference December 9-12 with abstracts on November 1.

Buy Zone: $4.20 to $4.40
Profit Zone: $4.75 or higher

Attachment L

**PX 11, 736**

Stop Zone: $3.90 or below

**Rexhan Pharmaceuticals (RNN)**

Catalyst Dates: Phase 2a initial data for triple negative breast cancer, Phase 2 for pancreatic cancer, and Phase 2 for renal cell carcinoma due in the fourth quarter. Just did a stock offering on October 13th.

Buy Zone: $1.65 to $1.90
Profit Zone: $2.50 or higher
Stop Zone: $1.40 or below

**Iovance Biotherapeutics (IOVA)**

Catalyst Dates: Phase 2 melanoma data due out November 8 - 12

Buy Zone: $6.90 to $7.40
Profit Zone: $8.50 or higher
Stop Zone: $6.50 or below

**Oncosec Medical (ONCS)**

Catalyst Dates: Phase 2 cancer data due out November 11th

Buy Zone: Up to $1.20
Profit Zone: $1.50 or higher
Stop Zone: $.95 or below

**Ocera Therapeutics (OCRX)**

Catalyst Dates: Phase 2a Cirrhosis data due near the end of 2017.

Buy Zone: $.90 to $1.10
Profit Zone: $1.40 or higher
Stop Zone: $.80 or below

**Calithera Biosciences (CALA)**

Catalyst Dates: Phase 1/2 Renal Cell Carcinoma data due out November 11 at the SITC meeting. Also Phase 2 triple negative breast cancer data due out in the fourth quarter.

Buy Zone: $16.00 to $17.00
Profit Zone: $19.00 or higher
Stop Zone: $15.50 or below

Attachment L

**PX 11, 737**

**Catalyst Pharmaceuticals (CPRX)**

Catalyst Dates: Phase 3 Lambert-Easton Myasthenic Syndrome Data due in the fourth quarter. Likely later in the fourth quarter because they haven't announced enrollment completion. I'm waiting until after earnings on November 9th.

Buy Zone: $2.45 to $2.75
Profit Zone: $3.15 or higher
Stop Zone: $2.10 or below

**Galectin Therapeutics (GALT)**

Catalyst Dates: Phase 2 NASH data expected in early December.

Buy Zone: $2.20 to $2.40
Profit Zone: $2.80 or higher
Stop Zone: $1.70 or below

I'll be in touch again soon!

Cheers,



**Kyle Dennis**
Biotech Trader

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

**PX 11, 738**

Remove me from Premium Email List

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

.

PX 11, 739

# ATTACHMENT M

PX 11, 740



**From:** Kyle Dennis <Kyle@Biotechbreakouts.com>
**Sent:** Friday, November 3, 2017 1:26 PM
**To:**
**Subject:** Sold half ONCS for +19% or $1,500

Good afternoon,

I sold half, or 7,500 shares of **ONCS**, at $1.32 for a 19% gain.

That is about a $1,500 win so far on a week and a half hold.  I'm holding the rest of my 7,500 shares for a potential higher move next week.

Cheers,

**Kyle Dennis**
Biotech Trader

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or

Attachment M

**PX 11, 741**

sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Premium Email List

835 E Lamar Blvd #263 Arlington, Texas 76011 United States



**From:** Kyle Dennis <Kyle@Biotechbreakouts.com>
**Sent:** Monday, November 6, 2017 9:32 AM
**To:**
**Subject:** Sold ONCS for +$3,000 overall and sold ANTH for about breakeven

Good morning,

I sold **ONCS** at $1.30 for an overall gain of about $3,000. Excellent Trade!

Data abstracts for the SITC conference come out tomorrow. I tend to think the data update will be positive, but I'm going to take the safe route and book the rest of these profits.

I also sold **ANTH** at $1.70 for a breakeven trade. The company delayed their data from "Late December/Early January" to just "First Quarter". They also said that enrollment isn't complete yet, so that makes me think data is going to come out in the February or March timeframe. That's too far away at this time, so it'll come off the watch list for now and will reappear closer to the end of the year.

Cheers,

**Kyle Dennis**
Biotech Trader

Attachment M

**PX 11, 743**

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Premium Email List

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

**PX 11, 744**



**From:** Kyle Dennis <Kyle@Biotechbreakouts.com>
**Sent:** Tuesday, November 7, 2017 5:02 AM
**To:**
**Subject:** November 7th FDA Insider Watch List



Good morning,

I sold the rest of my **ONCS** yesterday and booked about $3,000 in profits overall! Excellent trade!  I sold because they are supposed to have data come out this morning via the SITC Conference abstracts.

I also sold my **ANTH** for about breakeven. I sold early because the company delayed their data from late December to First Quarter. That delay will likely cause the stock to not have a catalyst run until later. It'll be off the watch list here likely until December timeframe.

I continue to also hold **CYTK** and **BLCM** in the portfolio.

*Just a reminder, charts and targets are updated every Monday morning!*

**Catalyst Swing names (1 - 4 week holds) I am watching…**

**OvaScience (OVAS)**

Catalyst Dates: Phase 1/2 initial data due late December 2017 for OvaPrime with primary ovarian insufficiency or poor ovarian response.

Buy Zone: $1.35 to $1.50
Profit Zone: $1.90 or higher
Stop Zone: $1.25 or below

Attachment M          **PX 11, 745**



**Geron Corporation (GERN)**

Catalyst Dates: Phase 3 Part 1 blood cancer data update due out at ASH December 8 to 12th.

Buy Zone: $2.00 to $2.10
Profit Zone: $2.50 or higher
Stop Zone: $1.90 or below

**Axsome Therapeutics (AXSM)**

Catalyst Dates: Phase 3 complex regional pain syndrome data due out late December or early January. Phase 3 Knee Osteoarthritis associated with bone marrow lesions due out late December or early January. Phase 3 treatment resistant depression data due out 1Q 2018.

Buy Zone: $4.40 to $4.80
Profit Zone: $6.00 or higher
Stop Zone: $4.25 or below

**Immune Design (IMDZ)**

Catalyst Dates: Updated Phase 2 cancer data due out December 8 - 12

Buy Zone: $4.10 to $4.60
Profit Zone: $6.50 or higher
Stop Zone: $3.90 or below

**Kadmon (KDMN)**

Catalyst Dates: Updated Phase 2 GVHD data due out December 8 to 12.

Buy Zone: $3.35 to $3.55
Profit Zone: $4.25 or higher
Stop Zone: $3.20 or below

**PX 11, 746**

**Bellicum Pharmaceuticals (BLCM)**

Catalyst Dates: Phase 1/2 cancer data due out December 9th.

Buy Zone: $9.20 to $9.75
Profit Zone: $12.00 or higher
Stop Zone: $8.50 or below

**Cytokinetics (CYTK)**

Catalyst Dates: Phase 3 ALS data due out December 8th.

Buy Zone: $12.35 to $12.90
Profit Zone: $15.50 or higher
Stop Zone: $12.00 or below

**Lipocine (LPCN)**

Catalyst Dates: Advisory Committee Meeting on January 10, 2018 for men with low testosterone. FDA Approval date is on February 8th.

Buy Zone: $3.40 to $3.70
Profit Zone: $4.40 or higher
Stop Zone: $3.25 or below

**Eyegate Pharmaceuticals (EYEG)**

Catalyst Dates: Phase 2b data due out for ocular inflammation and pain post cataract surgery due near the end of the year.

Buy Zone: $1.00 to $1.10
Profit Zone: $1.40 or higher
Stop Zone: $.90 or below

**Akari Therapeutics (AKTX)**

Catalyst Dates: Phase 2 updated data at the ASH conference December 9-12 with abstracts on November 1.

Buy Zone: $4.20 to $4.40
Profit Zone: $4.75 or higher
Stop Zone: $3.90 or below

**Rexhan Pharmaceuticals (RNN)**

**PX 11, 747**

Catalyst Dates: Phase 2a initial data for triple negative breast cancer, Phase 2 for pancreatic cancer, and Phase 2 for renal cell carcinoma due in the fourth quarter. Just did a stock offering on October 13th.

Buy Zone: $1.65 to $1.90
Profit Zone: $2.50 or higher
Stop Zone: $1.40 or below

**Catalyst Pharmaceuticals (CPRX)**

Catalyst Dates: Phase 3 Lambert-Easton Myasthenic Syndrome Data due in the fourth quarter. Likely later in the fourth quarter because they haven't announced enrollment completion. I'm waiting until after earnings on November 9th.

Buy Zone: $2.45 to $2.75
Profit Zone: $3.15 or higher
Stop Zone: $2.10 or below

**Galectin Therapeutics (GALT)**

Catalyst Dates: Phase 2 NASH data expected in early December.

Buy Zone: $2.20 to $2.40
Profit Zone: $2.80 or higher
Stop Zone: $1.70 or below

I'll be in touch again soon!

Cheers,



**Kyle Dennis**
Biotech Trader

---

Raging Bull Dashboard
app.ragingbull.com
Raging Bull - App

---

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state

PX 11, 748

securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Premium Email List

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

# ATTACHMENT N

PX 11, 750



**From:** Kyle (BioTechBreakouts Support) <kyle@biotechbreakouts.com>
**Sent:** Wednesday, December 6, 2017 4:31 PM
**To:** Joe Palamara
**Subject:** [BioTechBreakouts] Re: Re: December 6th FDA Insider Watch List

##- Please type your reply above this line -##

Your request (110095) has been solved. To reopen this request, reply to this email. See the latest comments below:



**Kyle** (BioTechBreakouts)

Dec 6, 4:31 PM EST

Hi Joe,

You are likely chasing and then buying the stocks out of the buy zone. That is not advised. I recommend buying then in the buy zone at your own accord and not mirroring.

Cheers,

Kyle



**Joe Palamara**

6, 1:18 PM EST

I hold all your positions BUT losing money on all except AEZS which is barely in the green. All purchases were made within an hour of your memo.

So I find your advertisement of success interesting & disturbing.

---------------------------------
From: Kyle Dennis <Kyle@Biotechbreakouts.com>
Sent: Wednesday, December 6, 2017 5:01 AM
To:
Subject: December 6th FDA Insider Watch List

Attachment N             **PX 11, 751**

[BiotechBreakouts]

Good morning,

Things are cruising along here in the portfolio. I continue to hold all the positions, and all are GREEN!

[https://lh6.googleusercontent.com/NMYKyWAaL99FMhMNuY9jhFBvrMJmfHYcSftDx2srGgAruqbspWD6XmDzkoI
ZDRHnV2QkgbDAq7I3EzKexmpSFptu4Uquao2A_Qz_iUDbfF8qHcDAzZQQdTNGN2e0drSM9-yzHQve]

Nothing new to report and I'll be back to check in tomorrow!

Just a reminder, charts and targets are updated every Monday morning!

Catalyst Swing names (1 – 4 week holds) I am watching…

CorMedix (CRMD)

Catalyst Dates: Phase 3 Hemodialysis patients with central venous catheters due out early 2018.

Buy Zone: $.50 to $.60

Profit Zone: $.95 or higher

Stop Zone: $.40 or below

[https://lh4.googleusercontent.com/r7hr6aYbVhq9_tlviJPu3sxJywRGdfwf8CQaKBNjt96CsSfyWTquFUoe0o9ueeW
qXU1AWtkDQlBfNOu1wYXd3qDfjGetteXLjIp2–DxPtJcc–CPlJFYfMHFMK7SVZCWyP90q5Nos]

Tracon Pharma (TCON)

Catalyst Dates: Top–line survival data for a Phase 2 renal cell carcinoma trial due out in early 2018.

Buy Zone: $2.80 to $3.00

Profit Zone: $3.75 or higher

Stop Zone: $2.50 or below

[https://lh4.googleusercontent.com/4h7iwPjWbIgRefIFQOWqgmCGbCaw_WEZPRa–
WiS2hBmB71Zrb2_IW4e7BEBEXkRDCsF060n0ktysJH5fbGCx0YVKmsiV1–
UaAdI0NpjmzXbdETO27MEJge5QWb4EexN3ZFMNsoMH]

Synergy Pharmaceuticals (SGYP)

Catalyst Dates: FDA approval date of January 24th, 2018

Buy Zone: $1.70 to $2.00

Profit Zone: $3.00 or higher

Stop Zone: $1.50 or below

[https://lh6.googleusercontent.com/THvekrYMnFLusrqwJc3f71_dOSeM7NqvCGcDpRawSbYELgzL0nsPjHx9nGGt
42oJwhZ–Yk5EBTpNt7m4S3Z8yJajF5NvRTAZEafSImFN981MAA_5kEDy32Vh5TTtDtMtQdiyKXlm]

**PX 11, 752**

Axovant Sciences (AXON)

Catalyst Dates: Three sets of Phase 2 data for Dementia due out in January 2018.

Buy Zone: $5.00 to $5.50

Profit Zone: $8.00 or higher

Stop Zone: $4.50 or below

[https://lh3.googleusercontent.com/HHBorM0-6QnhGWwBTZpdXzFnpq1gXxJrwcjmgj9UkBIB6N7aZz-cNfXon7SSQ-j0D9Vd7RmgU1X4yshdxKn7hoEuJxLd8PYih-6ILh-bqnNF4Rxw53kwsvfGYS6LeRznEqhpSDke]

T2 Biosystems (TTOO)

Catalyst Dates: FDA approval for a diagnostic test expected in late December 2017 or early 2018.

Buy Zone: $4.00 to $4.50

Profit Zone: $6.00 or higher

Stop Zone: $3.90 or below

[https://lh4.googleusercontent.com/45K_KQPAS4-p92r6BkcWF21sFCrPED31t4_Yg6TkobGRMSqiuwN5Y_i1easCm4em_x30QX6JC7j6rcZJHLNA4iYwmRXe2BrwQQUygWxVKNyKzSNgdoQLe-Mpel5-uXo-hdL1FXKJ]

BioLine Rx (BLRX)

Catalyst Dates: Phase 2a partial results due out January 18-20 at the ASCO Gastrointestinal Cancers event.

Buy Zone: $1.00 to $1.10

Profit Zone: $1.30 or higher

Stop Zone: $.90 or below

[https://lh3.googleusercontent.com/yO2mF90hmkBYJ1fkKgQYuuX0Ej7iyBd6rMAjhx5NePSMX6mkDQbgwdoanSCuWzCIjcf4duWd5qBinuskdciS5NsFINS0vFNj9pYClBOSY-RBIvplu--arQgwfLzOCeQf6fMo_KCU]

Agile Therapeutics (AGRX)

Catalyst Dates: FDA approval for a contraceptive patch due out December 26th.

Buy Zone: $4.60 to $5.00

Profit Zone: $6.00 or higher

Stop Zone: $4.50 or below

[https://lh3.googleusercontent.com/LyIEEj0J68wk7z4S0llM1BSJX0mynGTqzQjXtjncyj41OGye_d4XOOIEoV9ftFQNFYBD3JGR3nYOhLuKh1GMEO-ut6blOHxVk9gTBzFN0H9CyCH19znLTCo8_0ZFzIYIJo2Hb0vb]

Aeterna Zentaris (AEZS)

**PX 11, 753**

Catalyst Dates: FDA approval for adult growth deficiency due out December 30th.

Buy Zone: $1.75 to $2.00

Profit Zone: $2.50 or higher

Stop Zone: $1.60 or below

[https://lh4.googleusercontent.com/d0fSOZ1nmocceqW_Wx3zXnur02qdMddcWqu7ecq4gw11QsY3k1y0bNSxp4XGaQbmd0mr2YYwY20kOYKP7bT_70gvj0eTmt_lTzvuc6EtlcT8Zf9AvEJ7fkoJq–V–3Ydvt2Y6Zg4O]

OvaScience (OVAS)

Catalyst Dates: Phase 1/2 initial data due late December 2017 for OvaPrime with primary ovarian insufficiency or poor ovarian response.

Buy Zone: $1.35 to $1.50

Profit Zone: $1.90 or higher

Stop Zone: $1.25 or below

[https://lh5.googleusercontent.com/dChM5iENRoQOez1b3f5I4U0gv7WXHU3n90JGo6Xj9cpcXXWNoA3oSMBerxJD8Ou6Ue2SsF6Le–V4uE3dtIxh6IuefWFPRThve9wG8EeN4WkF0S2IdOMcus4K1PmGJ4_dVHMqgqdn]

Axsome Therapeutics (AXSM)

Catalyst Dates: Phase 3 complex regional pain syndrome data due out late December or early January. Phase 3 Knee Osteoarthritis associated with bone marrow lesions due out late December or early January. Phase 3 treatment resistant depression data due out 1Q 2018.

Buy Zone: $4.40 to $4.80

Profit Zone: $6.00 or higher

Stop Zone: $4.25 or below

[https://lh3.googleusercontent.com/QzW0IpfoLjMQk–jkQGUXsCLf_NZGPoqhripZGwVEeVDYRsMLNXcKDaN4wwq1ntf5p6KUUEOQoLj2VM3ScQ3k7iZA34OeD8HJY–ZcawIKm4XOuzyPdKPxJQScuJqINXDoO7Xanvuw]

Kadmon (KDMN)

Catalyst Dates: Updated Phase 2 GVHD data due out December 8 to 12. More Phase 2 data for Idiopathic pulmonary fibrosis due out in January as well.

Buy Zone: $3.35 to $3.65

Profit Zone: $4.25 or higher

Stop Zone: $3.20 or below

[https://lh4.googleusercontent.com/ILXRb1LBcEm8HJhbFBtCjJzOBPwvCvV50eOj1NP6GLP60KMuiF9ABQGWbtd0UtvXjoeduJCc79xMj4DuNX6CDl3mSLGnzQ94DFemRYLuMLJ7TPT5cZiLCsJTu2iD9GOUP6MtGg_m]

Eyegate Pharmaceuticals (EYEG)

Catalyst Dates: Phase 2b data due out for ocular inflammation and pain post cataract surgery due first quarter 2018.

Buy Zone: $1.05 to $1.20

Profit Zone: $1.60 or higher

Stop Zone: $.95 or below

[https://lh3.googleusercontent.com/4MAWnbDPTtnleyNsPFR15LFlLBJTGWut1oatS_K7XtKdntK43gSbjJ5kj5UDjVX0dDLFd48sdO8NuhspIbvusZfiOjV_pl0s2UXieNORF7–U–SFyOAk9CxxejYzH_N_Fp2lVIpq2]

I'll be in touch again soon!

Cheers,

[Kyle Dennis]
Kyle Dennis
Biotech Trader

[Special]<https://app.ragingbull.com/ad/5/link>
Raging Bull Dashboard <https://app.ragingbull.com/ad/5/link>
app.ragingbull.com
Raging Bull – App

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us

PX 11, 755

here<https://mr141.infusionsoft.com/app/linkClick/172827/3c29263896e2bf46/208677145/b81d3e0b11f9f2c3> if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Premium Email List<https://mr141.infusionsoft.com/app/optOut/49/0376d7226ff65e6c/208677145/b81d3e0b11f9f2c3>

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

]

Thank You for Contacting Support.

**PX 11, 756**

# ATTACHMENT O

PX 11, 757



**From:** Daren (BioTechBreakouts Support) <kyle@biotechbreakouts.com>
**Sent:** Tuesday, February 20, 2018 2:14 PM
**To:** Joe Palamara
**Subject:** [BioTechBreakouts] Re: Re: FDA Insider Alerts: Sold CRMD

##- Please type your reply above this line -##

Your request (132665) has been solved. To reopen this request, reply to this email. See the latest comments below:



**Daren** (BioTechBreakouts)

Feb 20, 2:14 PM EST

Joe.

Our service will never tell you to buy or sell a particular stock. That is left to licensed brokers. Our trades alert our members to the actual trades they are making in as near real time as possible considering it takes a few minutes to send out emails to thousands of people. The purpose of our service is to watch our professional traders execute real money trades during the week and learn from them in doing so. If a member chooses to "mirror" that trade that's up to them.

Daren.

**Joe Palamara**

 b 20, 10:59 AM EST

Ok so you get in at a better price than all & get out at a better price than all! Good for you. Sucks for most of us!

_____
From: Kyle Dennis <kyle@biotechbreakouts.com>
Sent: Tuesday, February 20, 2018 10:20 AM
To:
Subject: FDA Insider Alerts: Sold CRMD

[alt_text]

Good morning,

I sold 20,000 shares of CRMD at $.50 for breakeven. Company pushed data out to second quarter. Will rebuy later.

Cheers,

[https://cdn.ragingbull.com/media/2017/11/df7edd0324776754132aa1357da6f8ba.png]
Kyle Dennis
Biotech Trader

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Manage Email Preferences<https://u6067039.ct.sendgrid.net/wf/click?upn=B3b2QVtR07unCLj8-2FpqBWvNn9zpQmDNp6szSs8fGLmhqcWIJbc-2BNeZSkQ-2FZtPN4jQr36ADYJr90y6iTYRxXP2g-3D-3D_oVg8acSoFeIKI5h3UUtKfxIgBqoQKrKez9iVPHq2AR421i1j4sJSGc8lXw3HeO0LLHZo131j62YPqcXMzIkpgjTdCgAV9QItcvaPiSZYIAsp59rcMBH-2BaSGt0JaXfZYPj9O-2FHRhLAph01vbro2mfrbATVFpO574YAeoC6uMjUsGHxcmBFw-2BW-2F9TCPzwEqGlfFsJ0Gv-2F-2F-2B5yi6qn-2FwTJUfMHHy9h-2Fc-2FplWJ76sg-2FxO3IGxWquFw31XkyfEAopF4vcfLS4mApdx1ab79My2nH3SLPLQjVOJ2jutW1E48vz8TqSW4N5MLsjQNi7Ac02YRXFH99XARqyLC...> | Unsubscribe All*<https://u6067039.ct.sendgrid.net/asm/unsubscribe/?user_id=6067039&data=6_qMNUFvKWfWyC26dZkRPV2RXaF-P5pbdI07FWXuVYv9aPabQ6Aw7simFPyO-7B55bw9_5qEYCB4CvIOFDrOWY373TB_h7URWpUfLheHEnlZ7uNWUMvPdlioKdtK5ofQpS0CKiZgt9i8K67aMOHQQK9hDO5GxCq3Uv1AXbBlMYaXGGMGqUEnwTLYq8AosYFkSF9YY1LH_PGq4DWQ9zmaB_E6pdaLebfhQEjNCrHcghnNmlgZZDZikH2tvaaEySGHTacVaVOiF88eOcy_NxODr5AUMx8bEYHVqPwGe-57GFINKoRH0pWz-UwP0IV_FaAK2VvVBQwQQ3Q0rOLeoCdiVPCb13zv5nHmZgUgDfupvVbILnfwwx1-vZakZHELPAdkspK3UECERr6v5hHzTqH4Sutjhs_7jFeYgG412m...>

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Biotech Breakouts FDA Insider Alerts

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or

appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

]

Thank You for Contacting Support.

Attachment O                                    **PX 11, 760**

# ATTACHMENT P

PX 11, 761



**From:** Kyle Dennis <Kyle@Biotechbreakouts.com>
**Sent:** Wednesday, November 1, 2017 9:28 PM
**To:**
**Subject:** This is going up 250% Thursday at Midnight



Evening comrades!

$5,679 baby! Per day! Every day! More on that below.

Heads up! Nucleus goes from $5,999 to $10,000 yearly Thursday at midnight.
But you can be grandfathered into my mentorship service for just $3,999 right
now! Review my homepage before the price goes up.

So on October 1 the $25,000 journey started.

I have turned $15,000 into OVER $3,000,000 in just a few years, wiped the
slate clean and started over with $25,000 to show my Nucleus clients how they
can do this too.

My Nucleus fee at the time was $5,999 yearly but I lowered it to $3,999 making
it accessible for everyone. I mean who doesn't have a $4 - $5k credit card.

Tons of clients signed up to watch me turn $25,000 into $1,000,000
STREAMING live daily and 1-month I'm already up 66% having turned that
$25,000 into $41,578.70 as of this evening.

### $25,000 into $1,000,000 JOURNEY details

• Phase I: This is where I'll grow the account from $25,000 into $200,000.
By far the hardest phase and the one you definitely want to learn about as
soon as possible.

**PX 11, 762**

• Phase II: This is where I'll show you how to use $200,000 to make $1,000,000+ yearly. And since I normally trade with about $200,000 in my account, you'll learn EVERY account hacking strategy I have, something I call 'trading buckets' to make $1,000,000+ each year trading stocks.

Now I challenge you to find ANYONE on Wall Street who has actually made $3,000,000 in the last few years and is willing to mentor you live during the trading day. Not to mention the incredible library of content that I have already built that you can access 24/7 .... and I keep adding to it!

Let's be honest here. Maybe you won't make $3 million like I have done, but what would it mean to you if you made even a fraction of that and learned to do it for the rest of your life? That kind of knowledge is priceless.

And don't forget the fact you get full access to trade live with 20 year day trading pro Keith Kern in Lightning Alerts FREE, valued at **$1,548 yearly**.

You will also get my FDA Insider service FREE, which are valued at **$1,596 yearly** just by itself.

Which brings me to the point of this email.

EVERYONE knows Nucleus is a steal at $5,999 yearly. Which is why 400+ are in my chatroom daily.

Now I MAKE $5,679 per day, every day trading. And just a few years ago I STARTED with ONLY $15,000!

So Thursday at midnight my Nucleus fee, rightfully so, rises from $5,999 yearly to $10,000 yearly. Essentially what I make in less than 2-days of trading. JUST 2-days of trading.

This email has one purpose.

I'm asking you to review the BiotechBreakouts homepage, learn more about the challenge, heck watch my Facebook interview again and SIGN UP at $3,999 yearly before the rate climbs to $10,000.

That's right, I'm not asking $5,999 yearly tonight. I'm keeping it at $3,999 yearly for 1 more day. Come Thursday at midnight you won't see $5,999 anymore, you'll see $10,000!

So why not grandfather yourself at $3,999 yearly now and start your journey with me?

I'm hungry to kick Wall Street's butt and show you how to do the same.

It's your call if you'd like to join me.

Sincerely,



**Kyle Dennis**

**PX 11, 763**

Biotech Trader

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Nucleus Premium Email List

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

**PX 11, 764**



**From:** Kyle Dennis <Kyle@Biotechbreakouts.com>
**Sent:** Thursday, November 2, 2017 4:07 PM
**To:** ▉▉▉▉▉▉▉▉▉▉▉
**Subject:** [Expiring soon] 5 reasons YOU need to see



Good afternoon,

The Nucleus program has proven time after time to be the best trading mentorship on the market. I am often asked why the Nucleus is the best service on the market, so I decided to tell you exactly why this is best time to get into the Nucleus!

**\*Hint: There's an enormous discount involved which ends at MIDNIGHT\***

You need to take action before midnight. Here's five reasons why:

_Reason #5 - You get to see my trading screen live._

Every single day I am streaming my trading to show you exactly what it looks like to be a Million Dollar trader. If you have a question about what or how I am doing something throughout the day, I answer you in real time. I am completely transparent, and I have nothing to hide. Which is exactly why I show you my screen.

_Reason #4 - Unparalleled Mentorship_

I have been through it all. When I started trading, I had $80,000 in student debt, and only had $15,000 in my savings account. I decided to take that money and learn how to trade. 5 years later those same $15,000 turned into well over $3,000,000. I wasn't lucky. I learned a strategy, perfected it, and now I teach all my Nucleus members that same strategy.

**PX 11, 765**

### *Reason #3 - Yearly Subscriptions to both FDA Insider Alerts and Lightning Alerts*

Nucleus comes with yearly subscriptions of both FDA Insider Alerts and Lightning Alerts. The best part is that if you have a questions about either watch list, you can ask me directly and get an answer right away. The live chat room is an open forum to ask any question you'd like. Would you benefit from having that kind of service? I know I would.

### *Reason #2 - The Educational Content*

Nucleus comes with hours of educational content designed to help you learn my Million Dollar strategy. This is the same strategy that I have used to consistently beat the market on my way to over 3 million dollars in profits. The lessons range from how to place a trade all the way to how to do a scan for Biotech Stocks.

I am not only giving you one year trading knowledge, I am give you a lifetime of trading knowledge. These strategies can be used for the rest of your trading career, and that to me is truly priceless.

### *Reason #1 - Million Dollar Mission + Last time special offer*

The Million Dollar Mission is truly a priceless educational experience. I am teaching you step by step how to take a small account, apply my strategies as we will eventually make $1,000,000 in trading profits.

I don't even put a value on this program, I added it to the Nucleus as this is the best way we can learn together!

## Added Bonus:

As of tonight at midnight the Nucleus Package will be priced at $10,000.

I am offering you an opportunity to be grandfathered into this very special $3,999 offer. You will have this opportunity until tonight at midnight. Then, the Nucleus jumps up to $10,000!

Click here to join and use Promo Code: **save6k** to take $6,000 off!

This is the last opportunity to get the Nucleus at this special discounted price before it jumps up to it's permanent price of $10,000.

So now, is truly the best time to get into the Nucleus Program!

Cheers,



**Kyle Dennis**
Biotech Trader

**PX 11, 766**

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Nucleus Premium Email List

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

**ATTACHMENT Q**

PX 11, 768



---

**From:** Donald (BioTechBreakouts Support) <kyle@biotechbreakouts.com>
**Sent:** Thursday, January 18, 2018 9:14 AM
**To:** Joe Palamara
**Subject:** [BioTechBreakouts] Re: Re: January 17 Trading Recap: +$4,500 and more!

## Please type your reply above this line ##

Your request (125068) has been solved. To reopen this request, reply to this email. See the latest comments below:

---

 **Donald** (BioTechBreakouts)

Jan 18, 9:14 AM EST

Joe,

I have removed you from Kyle's free newsletter as requested.

If you are new to the service be sure to go through this checklist so you are up to speed with everything.
**Step 1**: Watch this important Portfolio Allocation Video.
**Step 2**: Please watch the "How To Do Biotech Research" series Part 1, Part 2, and Part 3, so you know how to research these companies like an expert!
**Step 3**: Take a bit of time to watch the Charting Webinar also, to help you perfect your entries and exits.
**Step 4**: Always check your Education Section for videos on all types of topics.

Have a great day.

Donald

---

 **Joe Palamara**

Jan 17, 10:39 PM EST

These propaganda memos are insulting. I have a portfolio of your losers so only send memos related to the service you have forced me to in & stop all other propaganda.

---------------------------------

From: Kyle Dennis <Kyle@Biotechbreakouts.com>
Sent: Wednesday, January 17, 2018 7:05 PM
To: ██████████████
Subject: January 17 Trading Recap: +$4,500 and more!

[BiotechBreakouts]

Good evening,

I booked about $4,600 in profits today! Market was up big today and we took advantage.

Check out the Trading Recap<https://mr141.infusionsoft.com/app/linkClick/179213/998dad646140d904/243815191/fc3fec328ff8036a>.

Also, here is a Live Scan<https://mr141.infusionsoft.com/app/linkClick/179215/12577a17f1911898/243815191/fc3fec328ff8036a> from the Nucleus Room for today along with a Daily Video Watch<https://mr141.infusionsoft.com/app/linkClick/179217/2632a76ed2554a8a/243815191/fc3fec328ff8036a> for tomorrow morning to get prepared.

Big sale on The Nucleus Program<https://mr141.infusionsoft.com/app/linkClick/179219/8eaabf2748dd662b/243815191/fc3fec328ff8036a> ends in about 24 hours.

Cheers,

[Kyle Dennis]
Kyle Dennis
Biotech Trader

[Special]<https://app.ragingbull.com/ad/5/link>

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such

opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here<https://mr141.infusionsoft.com/app/linkClick/179211/d1b8d6a5f794ea1e/243815191/fc3fec328ff 8036a> if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Nucleus Premium Email List<https://mr141.infusionsoft.com/app/optOut/53/6c99127a181b20a1/243815191/fc3fec328ff8036a >

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

]

Thank You for Contacting Support.

**ATTACHMENT R**

PX 11, 772



**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**Sent:** Tuesday, May 29, 2018 10:07 AM
**To:**
**Subject:** This is meant for you (I know it)

Hi,

It's no secret that trading can be difficult.

Because of various time constraints doing the research just isn't for everyone. So I've developed a strategy that **IS** for everyone!

That strategy is called I.G.N.I.T.E. and it is featured exclusively in my Option Rocket service.

**I.G.N.I.T.E.** combines a bulletproof trading strategy with my highest conviction option ideas and send them directly to your inbox.

**The results are option trades with 10x, 20x, and even 50x growth potential.**
Imagine if you could benefit directly from my trade alerts… That is exactly what Option Rocket could do for you.
**I.G.N.I.T.E.** uses a unique method that allows traders to have the opportunity to mirror my trades.
So now you could really just kick your feet up and watch the profits start rolling in.
There will be no more guessing games for you. Just good clean profits.
Cheers,

**Kyle Dennis**
Biotech Trader

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Biotech Breakouts FDA Insider Alerts Biotech Breakouts Nucleus | Sniper Report |

Attachment R                    **PX 11, 773**

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.



**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**Sent:** Tuesday, May 29, 2018 4:00 PM
**To:**
**Subject:** What's the issue?

I had someone email me saying "$1497 is expensive"....
I would have to agree IF this service was mediocre.

But it's the opposite. Let's just recap.
I'm doing all the work for you. You'll be a leach...and I'm ok with that!

**I'm sending you the trade alerts and reports of why I'm interested. You're just looking at your phone like normal.**

I'm delivering you my calculated ideas that are ripe for huge upside potential.

**In 252 days of trading**, do you really think you're not going to get your investment back?

Seriously, $1497 for the entire year and you think I won't deliver that value to you?

You don't think you'll make more than that in a year from my alerts?

Maybe if I was a sham trader with no proof to back up my performance than this service wouldn't be worth the risk.

But I make over $1 million per year, all verified. So for me, $1497 is a complete joke of a price for the amount of work I'm about to put into it for you.

I wanted to charge $4999 for this, and there's a good chance I'm going there after this sale ends.

Now is the chance to lock in the deal of a lifetime.

**Kyle Dennis**
Biotech Trader

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Biotech Breakouts FDA Insider Alerts Biotech Breakouts Nucleus | Sniper Report |

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Attachment R     **PX 11, 776**



**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**Sent:** Wednesday, May 30, 2018 8:00 PM
**To:**
**Subject:** What are Boring Profits?

It took me about 4 years to get to that level, but I want to get you there overnight.

Imagine waking up in the morning and seeing an extra $1000, $1500, even $5000 sitting in your account.

Exciting right?

Well, for the first time, it sure is! And the second time, and third...and yes, it'll never not be fun waking up to more money.

But **Boring Profits are the epitome of success in the stock market.**

It's that "Ho-Hum" attitude when you are so use to making a killing AND you're doing it effortlessly.

That's the dream right there. The dream is to be so consistent with your trading that you are no longer feeling the need to brag about wins.

They come second nature. It's like brushing your teeth in the morning…

Profits become a habit.

I'm not here for you to have a roller-coaster performance full of ups and downs, anxiety and stress.

I want you to be making so much money that you are bored!

But rather than force you to put in the work for it, I'm going to do that for you.

We all want instant gratification with little effort right?

Well, Option Rocket could be the answer to your problems, but it won't be if you blow it!

62% off is expiring tomorrow night.

It's a shame if you don't make this happen.

**Kyle Dennis**
Biotech Trader

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Biotech Breakouts FDA Insider Alerts Sniper Report |

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Attachment R

**PX 11, 778**

# ATTACHMENT S

PX 11, 779



Here's Raging Bull latest response. The email she refers to is as follows:

Checkpoint Therapeutics (CKPT)
Catalyst Dates: Phase 1/2 late breaking data due out September 24th
Buy Zone: $3.55 to $3.95
Profit Zone: $4.50 or higher
Stop Zone: $3.30 or below



**From:** Crystal (BioTechBreakouts Support)
**Sent:** Thursday, August 16, 2018 12:46 PM
**To:** Joe Palamara
**Subject:** [BioTechBreakouts] Re: Re: FDA Insider: Bought CKPT

##- Please type your reply above this line -##

Your request (183283) has been solved. To reopen this request, reply to this email. See the latest comments below:

Attachment S                                     **PX 11, 780**

 **Crystal** (BioTechBreakouts)

Aug 16, 12:46 PM EDT

Joe,

Please check the watchlist for August 15, 2018 for more information.

Sincerely,

Crystal

 **Joe Palamara**

Aug 15, 12:10 PM EDT

Thank you, but my question is what is the catalyst or research done by Raging Bull that it believes this stock would go up?

_____

 **Crystal** (BioTechBreakouts)

Aug 15, 11:59 AM EDT

Joe Palamara,

While it may be easy to mirror us, our service will never tell you to buy or sell a particular stock.

That is left to licensed brokers.

Our traders alert our members to the actual trades they are making in as near real time as possible considering it takes a few minutes to send out emails to thousands of people.

The purpose of our service is to watch our professional traders execute real money trades during the week and learn from them in doing so.

If a member chooses to "mirror" that trade they do so at their own risk.

Crystal

Attachment S

**PX 11, 781**

**Joe Palamara**



15, 10:22 AM EDT

The Mark Tepper law firm which helps investors recover losses after brokers recommend unsuitable investments, announced today that it is investigating alleged claims against brokerage firms, for recommending Fortress companies Avenue Therapeutics, Checkpoint Therapeutics and Mustang Bio.

There is no positive news, no upcoming calendar events for this stock. Please explain why you expect a move up?

------------------------------------

From: Kyle Dennis <kyle@biotechbreakouts.com>
Sent: Wednesday, August 15, 2018 9:46 AM
To: ██████████████
Subject: FDA Insider: Bought CKPT

[alt_text]

Good morning,

I own 6,000 shares of CKPT at $3.86 average. A nice move to the mid $4's could be in store soon.

Cheers,

[https://cdn.ragingbull.com/media/2017/11/df7edd0324776754132aa1357da6f8ba.png]
Kyle Dennis
The People's Trader

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Manage Email Preferences<https://u6067039.ct.sendgrid.net/wf/click?upn=B3b2QVtR07unCLj8-2FpqBWvNn9zpQmDNp6szSs8fGLmhqcWIJbc-2BNeZSkQ-2FZtPN4jQr36ADYJr90y6iTYRxXP2g-3D-3D_oVg8acSoFelKI5h3UUtKfxIgBqoQKrKez9iVPHq2AR421i1j4sJSGc8lXw3HeO0LLHZo131j62YPqcXMzIkpgjTdCgAV9QItcvaPiSZYIAvAhuQU8LUd7LD5tOMeagr4-2FIrkhWsdijEica0B862n0iLotnOilpYWj1nnuXYcFadR74yWgWnLva8A25lt-2F5H21dv5kZakn0BVpSho97G88fQAo6tjhkd5jKiolrbzBCBaCYK6jqSCUfOl51St1a0pKG4llCGUq0DC5MQU1DAbtYK1Sb771Ny7IaE38iIS-2F-2Bic9k9bLFiQ-2BZeBjwLUeHV-2FBogVpPYXNgIZ90k9QQ0t...> | Unsubscribe All*<https://u6067039.ct.sendgrid.net/asm/unsubscribe/?user_id=6067039&data=Fa8vm0O6kIPNQXKxHNwyBF4D_eTIbW359yfLRQaShCgee1jliZ9jm21saFhki5BU5AzhitKClJZBG1RYgc2WlwltteQYRmiOO3pFIDT7bBS6mACQpaFSZfA4f4ZyEfvivoNJKf8SqW4c_IFDqJpPwbfUCSgMFEh_XdxAcFJRuGLCuVt0s6OyE4UNagiUEP-9KnpDkUvqaSRp2_59-qjU5YGR3VqgA5i0DapGBXvRoASpvUPlitd76t3a3dxNjILvnVkL5A38f96pI9uPbFG5YOUbvCvR67koB0Ar469npNERCpRyNsy9L5p9xviT5BIv0wk7slH0sy2gWynoLeasZkJXMyyKjXnDo97xLxutn1YApd8m_xD1zA_4aHQFXkL8yfdu6wp5B4x4RRoJIgnMfW9I2ETWuJRCVU-nC5...>

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

Attachment S                                    **PX 11, 782**

This e-mail was sent to the following lists: Biotech Breakouts FDA Insider Alerts

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

]

Thank You for Contacting Support.

Attachment S    **PX 11, 783**