## DECLARATION OF JOSEPH WEBSTER
### Pursuant to 28 U.S.C. § 1746

I, Joseph Webster, have personal knowledge of the facts and matters set forth below. If called as a witness, I could and would testify as follows:

1.     My name is Joseph Webster. I am over the age of twenty-one and I live in Ocoee, Florida.

2.     In May 2020 I started researching online for courses on how to swing trade and trade stocks generally.  I found an ad for a company called Raging Bull and it led me to the Raging Bull website.  I signed up on the website with my email for free trading tips.  I then started getting many ads for Raging Bull services on Facebook and Instagram.

3.     From one of those ads, I watched a webinar by a Raging Bull trader named Jason Bond.  He said that he is a millionaire trader who trades part time and teaches others to trade.  He said that trading is easy to learn and that he has taught many people who had no trading experience and only $2000 accounts.  Jason said he would show us how to trade penny stocks and he would teach us to understand specific patterns so we would know when to get in and out of the trades.  There was what appeared to be a live chat box during the webinar.  People were writing that they traded part time while they have a full time job and that they made money using Jason's service.   Jason's service included real time trade alerts and training videos.

4.     In approximately May 2020, I decided to sign up for Jason's service called Jason Bond Unchained.  I paid $97 with my credit card for a trial period because I wanted to receive the real time trade alerts and learn more about trading.  I also liked the money back guarantee so that I could cancel if I did not like the service.  I cannot remember now how many days I had for the guarantee, but it was somewhere between 30 and 60 days.  I could cancel anytime and get my money back before the end of the guarantee time, but if I did not cancel, my subscription would automatically renew and I would be billed $297 per month.  There were no disclaimers or caveats with the money back guarantee.  I could cancel for any reason and any time before the end of the guarantee period.

PX 12, 784

5.      Once I signed up, I received tons of Raging Bull emails advertising other Raging Bull products and services.  I recently deleted approximately 300 marketing emails I received from Raging Bull.  I constantly received offers from other Raging Bull traders who claimed they had their own strategies they use to make money and that if I followed their strategy, I could make the same money they are making.

6.      Many of the marketing emails advertised free webinars and I watched another webinar by another Raging Bull trader named Kyle Dennis.  He also said that he was a millionaire trader and if I signed up for his service, Fast Five Trading, I would get access to course materials and the scanner he uses to watch for his next trades.  Kyle said that because he does all the work and finds trades using his own scanner, I would not have to spend time searching for trades.  He said I could just follow what he was doing.  This sounded good to me because I am busy with a job and three young children.  I joined Fast Five Trading, but I do not remember how much I paid.

7.      With the Fast Five Trading service, I received training videos and real time text alerts of Kyle Dennis' trades.  We were supposed to be able to follow his trades with his alerts for buying and selling.  I also received real time text alerts from Jason Bond.

8.      I received text and email alerts about what Kyle and Jason were about to buy, but I did not always receive corresponding sell alerts.  I expected to get sell alerts when I purchased the service.  I tried the services for about three weeks, but when I bought based on an alert, I did not know when to sell and I lost money.  For example, I bought $200 of a stock that Kyle alerted on, but because I did not know when to sell, I ended up losing $80 on that trade.

9.      I also reviewed some of the training videos that came with the services.  I was hoping to get more information as to the basics of trading, including methods and strategies. Jason said that the videos walk through his methods and strategies step-by-step, but I did not see that in any of the videos that I watched.  I watched a few of them, but in fact, I did not learn any methods or strategies that I could apply to my own trading from the videos.  In addition, I did not see anything in the videos about when to buy and sell.

**PX 12, 785**

10.     Even though Jason talked about how subscribers could have small accounts to start with, the huge profits he made were possible because he was trading with a lot of money. He would tell us that he bought 10,000 shares of some stock, but there is no way I could do that with the size of my account.

11.     After a few weeks, I stopped receiving the alerts and I realized that the Raging Bull services were not for me and I wanted to cancel using the money back guarantee.  I tried to cancel online since that is how I paid for the course originally and there was a cancel subscription link on my subscription page in my account portal.  I clicked on the cancel subscription link and it showed a list of options of why I wanted to cancel.  I clicked on one of the reasons and then I received a message that said I had to speak with a live person in order to cancel my service.  I tried calling the phone number for their VIP customer service and received a voice mail message that said all representatives were busy and I could send an email.  I sent an email and received a response back that said I should call customer service if I need assistance for refunds or cancellations.  I am not sure why someone at Bullseye Trading responded to me to tell me that because I do not believe I ever purchased that service from Raging Bull.  I was stuck in this email-voicemail loop for several weeks.  Attached as **Attachment A** are true and correct copies of some of my emails requesting a refund.

12.     Meanwhile, while I was trying to cancel my subscription and get my refund, Raging Bull charged my credit card $297 for the first quarterly payment on the Jason Bond Unchained subscription on June 4, 2020, without my consent.

13.     I tried to contact them for approximately 4 ½ weeks via phone, email and text.  I left approximately four messages on voicemail and submitted approximately five email inquiries. I was finally able to reach a live Raging Bull employee.  I explained that I had been trying to get in touch with the company to get my money back guarantee for the past several weeks, but I had not been able to get through to anyone who could help me through email or phone.  I asked for my refund and he told me that he would love to give me the refund, but then told me that I had to watch video courses and pass tests for each course.  I told him that no one explained that to me

3

**PX 12, 786**

and there was nothing on the webinar or website that explained that before I purchased.  I never saw any type of disclaimer on the website, webinar or checkout page that said I had to watch videos and pass tests in order to get my money back.  I told him that I do not have time to complete all the courses and Raging Bull promised me a money back guarantee.  He told me that if I did not have time to watch all the videos and take the tests, then I should not have signed up for the service to begin with.  However, no one ever told me that I would have to watch all the videos and pass tests.  Jason Bond sold this as an alert service where Jason would do all the homework and send us real time alerts.  The videos were part of the package, but Jason never explained that they were a required piece or that we had to watch them to get our money back.

14.     I started to work through the videos, but there appeared to be at least 40 videos totaling at least 20 hours.  I work full time and have three young children and there was no way I could complete all of these courses and pass all the tests before Raging Bull would bill me again for the next automatic renewal period.

15.     I contacted the Better Business Bureau ("BBB") on July 9, 2020 to file a complaint.  I also filed a credit card dispute with my credit card company on July 9.  On July 22, 2020 Raging Bull responded on the BBB website to my complaint and said that they have several options to discuss with me and I can email them at bbb@ragingbull.com or speak with a Raging Bull employee handling their BBB complaints.  I did not contact them again because the supervisor I spoke with who told me I should never have signed up in the first place was nasty and mean.

16.     On the credit card merchant dispute form, Raging Bull responded by saying "sorry for the delayed response.  Covid has caused delays.  We received your emails and messages, but can't give you a refund unless you take our courses first."  They admitted that they received my messages, but just did not respond to me.  Raging Bull would not give me a refund and I did not believe that I could finish the videos before the next auto renewal period.  I had to cancel the credit card I used to purchase the services to ensure that Raging Bull could not charge

4

me again.  Attached as **Attachment B** is a true and correct copy of the merchant dispute form.

       I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/25 , 2020
Ocoee, Florida

                                                          Joseph Webster

**PX 12, 788**



Begin forwarded message:

**From:** JOEY WEBSTER █████████
**Subject: REFUND - Re: Jeff Bishop's BRAND NEW Options Service**
**Date:** June 11, 2020 at 10:40:09 PM EDT
**To:** Jason Bond <jason@jasonbondpicks.com>

Greetings,

I would like a refund please. I tried to contact you guys a few days ago and havent received a response yet. Please refund my account upon receiving this message. Thank you

**Joe Webster**



On Jun 11, 2020, at 8:38 PM, Jason Bond <jason@jasonbondpicks.com> wrote:

1



   

Earlier, Jeff Bishop blew the top off of a room full of thousands with the debut of his High Octane Options Syste

Simply put, this is the most aggressive options service he's ever released.

Most traders are timid, sloppy, and sometimes too scared to even pull the trigger.

***Not anymore.***

*[High Octane Options is about trading LESS and making MORE](...)*...  ***It's about waiting for the PERFECT setup,***

*And now Jeff has developed what he's calling his [“Octane Scanner”.](...)*

It scans through over 3,500 stocks in the market, and alerts him every time his favorite trade setup pops up.



Here are just a few of the recent winners it's alerted…

**PX 12, 790**

**FRPT: 119% wi**
**MDB: 1124% w**
**CGNX: 127% w**
**ARVN: 80% mo**

And that's just in the last WEEK!

Not to mention these two High Octane trades that Jeff cashed in on this morning…



And I haven't even gotten to the best part…

Right now, Jeff has slashed the entry prices on his High Octane Options Program.

*__He's offering $1,000 off his "Forever Plan", and $500 off his Annual Subscription__… This is founding mem*

*__BUT…__*

*__And this is a big BUT__*

Tonight at midnight this deal is **__OVER__** and this service will cost thousands more.

Jeff simply can't keep this deal open for too long!

Your chance to become a High Octane Founding Member is right here.

*P.S. Join now and you'll be in time to get your hands on Jeff $20,000 High Octane Pick tomorrow morning.*

3

*Jason Bond*

**Jason Bond**
[JasonBondPicks.com](JasonBondPicks.com)

RagingB
62 Calef Hwy. #23

Click Here to stop receiving emails
Unsubscribe from a

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any s
investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage i
customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore,
of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment deci
fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be in
correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be
held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures fr

If you have a current active subscription with Jason Bond Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at J

4

Attachment A                    **PX 12, 792**

5

**PX 12, 793**

Begin forwarded message:

**From:** "Justus (Bulls Eye Trading)"
<support@bullseyetrading.zendesk.com>
**Subject: [Bullseye Trading] Re: Contact Form: JOE WEBSTER -
billing**
**Date:** June 11, 2020 at 11:29:54 PM EDT
**To:** JOEY WEBSTER
**Reply-To:** Bulls Eye Trading
<support+id781392@bullseyetrading.zendesk.com>



##- Please type your reply above this line -##
Your request (781392) has been solved.  To reopen this request, reply to this email.
See the latest comments below:

Justus (Bullseye Trading)
Jun 11, 2020, 11:29:52 PM EDT

Hi there!

Thanks for taking the time out of your day to reach out to us.

We do not handle cancellations and refunds via email so I would
love to point you in the right direction.

For your request, the only way to get this taken care of is by
calling and speaking directly to one of our dedicated Client
Support agents. Our number is 833-265-1270 and we are in
the office Monday through Friday from 9 am to 5 pm.

When you call, let us know what you need and we will be happy
to help you figure out a resolution. If the lines are busy, please
leave your number for us to call you back!

All the best,

Attachment A

**PX 12, 794**

**PX 12, 795**

Attachment A

]

Please refund my account. Thank you

I would like a refund please. I am not receiving the alerts. I have tried to contact the team twice now with no responses and the program does not cover the areas that I need the most improvement in.



JOEY WEBSTER

Jun 11, 2020, 10:42:26 PM EDT

https://www.facebook.com/RagingBullTrading
https://www.linkedin.com/company/ragingbull
https://ragingbull.com/our-experts
https://ragingbull.com

(833) 265-1270

VIP Client Services

Justus



Begin forwarded message:

**From:** JOEY WEBSTER <███████████>
**Subject: 3rd attempt for refund**
**Date:** June 12, 2020 at 3:09:02 PM EDT
**To:** Jason Bond <jason@jasonbondpicks.com>

Good afternoon,

Ive called 3x and left two messages in an attempt to receive an refund.
Can you please assist with this ?

**Joe Webster**



On Jun 12, 2020, at 11:01 AM, Jason Bond <jason@jasonbondpicks.com> wrote:



Good afternoon, guys and gals.

As you know, it's been a wild week on Wall Street, and yesterday was
particularly brutal for a lot of people.

Stocks suffered their worst day since March on Thursday, as a rapidly

Attachment A                                    **PX 12, 796**

growing rate of new coronavirus cases in many states fueled fears we opened the economy too soon.

I empathize with the people who lost money in the sell-off this week -- trust me, I do. Like a lot of people, I was on the wrong side of the late February pandemic plunge, so I was there not too long ago.

You're frustrated, most likely -- who wouldn't be?

But I feel I've grown a lot as a trader these past few months, in particular, and a lot of that growth comes in knowing when to trade more conservatively or even sit on my hands. (My personal mentor, Jeff Bishop, on the other hand, likes it **HIGH OCTANE**!)

So today I'd like to pass along some of that knowledge and discuss the **stock market chart that not only warned me of a broader pullback**, but **helped me make a lot of money** this week, as well as other **options trading takeaways** you can put to good use.

**Click here for how I made over $15K betting against small-caps.**



Jason Bond


Image

**PX 12, 797**

Special

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future,
you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Jason Bond Picks - Swing & Long-Term Trading

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Jason Bond Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at JasonBondPicks.com.

Attachment A

**PX 12, 798**

## CUSTOMER STATEMENT OF DISPUTED ITEMS

Your Account # _____

| Merchant Name | Posting Date | Amount | Reference Number |
|---|---|---|---|
| RAGINGBULL - JASON BOND | 6/5/2020 | $297.00 | 3028813:3527271] |

I have examined the charge(s) make to my account and dispute the above charge for the following reason:
**PICK ONLY ONE REASON.**

| Billing Error Reasons (please select only one reason): | Necessary Information / Documentation |
|---|---|
| **1 ⎡. MERCHANDISE NOT RECEIVED:** I did not receive merchandise as scheduled.  The merchandise was to be delivered by_____. (US Mail, FedEx, UPS, Pick up in person, etc.) I have contacted the merchant to request a credit for the merchandise but have not been successful. | *What was purchased?_____* *Expected date of delivery:_____/_____/_____* *Date merchant contacted:_____/_____/_____* *Merchant contact name:_____* *Merchant's reason for non-delivery:_____* *_____* |
| **2 ⎡. SERVICES NOT RENDERED:** I did not receive the service as scheduled.  I contacted the merchant to receive the service or a credit, but have not been successful. | *What was purchased?_____* *Expected date of delivery:_____/_____/_____* *Date merchant contacted:_____/_____/_____* *Merchant contact name:_____* *Merchant's reason for non-deliver of services:_____* *_____* |
| **3 ⎡. CANCELLED TRANSACTION:** I notified the merchant to cancel this charge, service, or reservation. *[Please provide any supporting documentation. If the charge was travel or entertainment (hotel, restaurant, car rental, etc.), provide the cancellation number.]* | *Was this a recurring transaction? YES____  NO____* *Were you advised of the merchant's cancellation/refund policy? YES____  NO____* *Date transaction was cancelled:_____/_____/_____* *Cancellation number:_____* *Reason for cancellation:_____* |
| **4 ⎡. MERCHANT CREDIT NOT RECEIVED / MERCHANDISE RETURNED:** I returned/shipped the merchandise to the merchant but did not receive credit.  I contacted the merchant on ____/____/____ to confirm receipt of the merchandise (if applicable) and processing of my credit. *Enclosed is a copy of my credit slip or signed return receipt.* | *What was purchase?_____* *Were you advised of the merchant's cancellation/refund policy? YES____  NO____* *Date transaction was returned:_____/_____/_____* *Return authorization number:_____* *Enclosed is my proof of return.* |
| **5 ⎡. DEFECTIVE OR DAMAGED MERCHANDISE:** Merchandise was shipped to me but arrived damaged or defective.  I have shipped the merchandise back to the merchant but have not received credit. *Enclosed is a copy of the signed return receipt.* | *What was ordered?_____* *What was defective?_____* *Merchant's response:_____* *Date merchandise was returned:_____/_____/_____* *Enclosed is my proof of return.* |
| **6 ⎡. DOUBLE OR MULTIPLE CHARGES:** The charge in question was a single transaction, but was posted more than once to my account. I contacted the merchant on ____/____/____. I have been unsuccessful in attempting to resolve this issue. | *Enclosed is a copy of my sales receipt or contract showing the correct amount of sale.* |

**PX 12, 799**

| Billing Error Reasons (please select only one reason): | Necessary Information / Documentation |
|---|---|
| **7** ⌐. **CREDIT APPEARS AS CHARGE:** A credit appeared as a charge on my statement. | *Enclosed is a copy of the Credit Slip.* |
| **8** ⌐. **PAID BY CHECK/CASH/OTHER CREDIT CARD:** A check, cash, or a different credit card paid the charge in question. I contacted the merchant on ___/___/____. I have been unsuccessful in attempting to resolve this issue. | *Enclosed is a copy of the cancelled check (front and back), cash receipt, other credit card statement or other proof.* |
| **9** ⌐. **AMOUNT OF CHARGE INCREASED AFTER SALE:** The amount entered on the sales slip was $_____, but I was billed $_____. | *Enclosed is proof of the correct sales amount. Enclosed is a copy of the contract, invoice, etc. that details the correct amount of the charge.* |
| **10** ⌐. **QUALITY OF GOODS OR SERVICES / NOT AS DESCRIBED:** The quality of the merchandise or service that I received was not as described by the merchant or as agreed to in the contract. I contacted the merchant and I have been unsuccessful in attempting to resolve this issue. | *Date merchant contacted:_____/_____/_____* *Merchant's response:_____ _____* *_____* *Enclosed is documentation detailing the service or merchandise agreement, including copies of the initial sales contract, invoices, etc. that include details of the contract and any correspondence with the merchant.* |
| **11** ⌐. **UNAUTHORIZED CHARGE:** Neither any authorized user nor I has participated in or authorized the above transaction. **(Please make an attempt to contact the merchant to identify this charge before submitting this form.)** | *Date merchant contacted:* 06 /05 /2020 *Merchant contact name:* RAGINGBULL - JASON BOND unchained *Merchant's response:* "sorry for the delayed response. Covid has caused delays" We received your emails and messages, but cant give you a refund unless you take our course first." |
| **12** ⌐. **DO NOT RECOGNIZE CHARGE:** I do not recognize this charge. Please send me any information to identify this charge, such as a copy of the sales slip or any other detailed merchant information. (Please keep in mind that sometimes the merchants bill under different names or locations. Please review your charge slips and check with other members of your household to see if you can identify this charge.) | *Date merchant contacted:_____/_____/_____* *Merchant contact name:_____* *Merchant's response:_____ _____* *_____* **(Please make an attempt to contact the merchant to identify this charge before submitting this form.)** |

Please provide any additional information regarding the charge:_____

I enrolled in his program 3 months ago for $97. I have attempted for 4 1/2 weeks to contact this company via phone, via email, and via text.

The company acknowledges that they have received my messages, they just didnt return my calls or respond to any of my emails.I also told them several times to cancel my $97

subscription in writing, just as their policy states and called and left messages as request. They ran my card for additional charges of $297 with out my consent

_____

*NOTE: In addition to the recommended information, please include any supporting documentation that will help us to assist you better. **Attach additional sheets of paper if you require more space.***

The above information is true and complete to the best of my knowledge:

_____     ___07/9/2020_____

**Customer Signature**                                                                                  **Date**

Please provide a daytime phone number to be contacted at ██████████████████ if additional information is required.