## DECLARATION OF JYOTHISH KAIMAL
## PURSUANT TO 28 U.S.C. § 1746

My name is Jyothish Kaimal, and I am over 18 years old.  I have personal knowledge of the facts stated below.  If called as a witness, I could and would testify as follows:

1.      I live to Mason, Ohio with my wife and two young children.  I have a postgraduate degree in computer science and work full-time for a software company in Ohio.  I began trading on my own in 2019 as my friends told me about their experiences doing some trading of their own.

2.      I started trading inexpensive stocks at first and got whatever free information I could get about these stocks on websites like Benzinga.  As I was not making money on these stocks, I decided to change my stock trading strategy and just buy a few shares of better performing stocks like Apple and Facebook.  After about four or five months of trading stocks, I also started trading options.  I learned the basics of options trading by reading free content on websites or watching free videos posted on YouTube where people provided tutorials on options trading.  My brokerage account provider cleared me to do options trading after reviewing some of my stock trades.  I was cleared to do Level 3 or Level 4 options trading by my brokerage provider before I heard about "Raging Bull."

3.      In early June 2020, I saw a promotional video on YouTube where Jeff Bishop, the CEO of Raging Bull, was advertising his service.  I remember Bishop saying that he can quickly double or triple the money in my brokerage account if I joined his service called "Bullseye Trades."  The video showed Bishop coming out of a privately chartered flight and going into a fancy hotel to conduct his business meetings.  He claimed to be a "Mensa" certified genius trader who made millions from the stock market.  I came away thinking he was a very smart and

PX 13, 801

successful trader.  The video said to visit Raging Bull's website to register for Bishop's options trading service.

4.  I went to the Raging Bull website the following day and reviewed the Bullseye Trade subscription offer.  On the website, it said this service would provide access to Bishop's best options picks for each week to trade and would help people become successful traders. Given the chaos in the market, I was really interested in what people like Bishop were doing and trading, since he claimed to have a track record of making money during this time.  The advertisement also said I would get access to a chatroom where I could interact with the Raging Bull community and with traders like Bishop to see what they are doing and get their thoughts in a live trading environment.  Raging Bull was also making a limited time offer of $599 for a lifetime access to Bullseye Trades, but it said I needed to act fast before the offer expired.  I paid $599 for the lifetime access.

5.  After I gave them my credit card online to register, I received a welcome email from Bishop.  Bishop said, "I want you to rake in consistent profits starting with your very first trade. That is *EXACTLY* why I created Bullseye Trades."  The email also said, "Bullseye trades is all about **ONE** trade, **ONCE** a week, with 100% profit targets.  Every Monday morning, you'll wake up with my Bullseye trade in your inbox, and a **full trade plan** to go with it.  **No more overtrading, no more second guessing, no more forks in the road.**"  Bishop said this "service gives you the opportunity **to double your money** every single week, and I do all the work for you."  Attached as **Attachment A** is a true and correct copy of this June 7, 2020 email from Bullseye Trades.

6.  Around the same time, I started receiving advertising emails every day from Raging Bull trying to get me to sign up for their other services and subscriptions.  On June 11,

PX 13, 802

2020, Bishop sent me an email advertising another options trading service he was offering called "High Octane Options." Bishop claimed this service would send out alerts about his "high conviction" options picks only to its members. As he said, the "bad news is that the name of the stock, the options contract I'm buying, and my trade plan is reserved for members ONLY!" It was not clear to me how this service was different from Bullseye Trades, which also promised to deliver his best options picks to its subscribers. His email goes on to say, "I'm offering you entry into High Octane Options right now for 33% off my Annual Subscription and 40% off my 'Forever Plan'! But tonight at midnight, this deal disappears. If you wait until tomorrow, you'll be stuck paying full price for my service AND you'll miss out on my $20,000 trade." Attached as **Attachment B** is a true and correct copy of this June 11, 2020 email.

7.       Another subscription that Raging Bull sent many emails about was Kyle Dennis' options trading service called "Dollar Ace." I was initially attracted to this service because it claimed to be able to find very cheap options (costing $1 or less) that would generate massive profits. The advertisements talked about how Kyle Dennis had a proprietary scanner that could find these affordable trading opportunities that Wall Street insiders were trying to hide. On June 16, 2020, I got an email from Bishop and Jason Bond, another Raging Bull trading guru, that said "Kyle has developed a scanner over the last 10 months that tracks 'insider' buying in the options market. It spits out sub $1 options contracts that are priced in his favor due to unusual options activity. We're talking about massive bets being made and to the untrained eye, it's bizarre. But it's all because Wall Street simply knows something that we don't, and these huge positions aren't by mistake." They said Kyle would doing a live webinar that day to talk about his scanner. I got another that same day from Bishop, claiming Kyle has "made $8 MILLION and $1 MILLION this year alone" and that "members of his Dollar Ace service thank him day

PX 13, 803

after day." The email contained tweet messages from "members" thanking Kyle. Attached as **Attachment C** are true and correct copies of these June 16, 2020 emails about Kyle Dennis.

8.      About an hour before noon on June 16, 2020, I got an email Kyle Dennis that read "$160 into $2,025…You learn how in an hour." The email contained a link to join his live webinar. Dennis said, "You want to understand how my 'insider' scanner has been able to detect where big money is going before the move happens." Attached as **Attachment D** is a true and correct copy of this June 16, 2020 email.

9.      In the webinar, Kyle Dennis talked about his proprietary scanner that would supposedly scan for "insider" information that most people did not know about and send trade recommendations based on what the scanner found. Kyle talked about his trading profits and claimed we can be successful following his simple trading strategy and his trades. He claimed to have put together a video training library that Dollar Ace members can watch and learn his successful trading strategy. He also talked about how I could start with a small account and grow it exponentially. Because his service was focused on trading "dollar" options, I also thought this was a perfect fit for what I was looking for since I had a small brokerage account and did not want to take on big risks. After the webinar, I went to the registration and signed up for an annual subscription to Dollar Ace for $1,499.

10.      Shortly after I signed up, I got another email from Raging Bull talking about how Kyle's scanner "Just Hit 9 Trading Home Runs" and claiming that "Dollar Ace is arguably Kyle's hottest trading service, responsible for many of his biggest trading wins…. In general, Kyle targets 100% wins." I was very eager to try out these trade alerts. Attached as **Attachment E** is a true and correct copy of this June 17, 2020 email.

PX 13, 804

11.     On June 17, 2020, I received a Dollar Ace trade recommendation for a MOMO call option.  Dennis said he "bought 100 MOMO June 19 $20 Calls at .47 average," meaning he just bought a very short-term and cheap options contract.  Kyle claimed that these "were huge calls on the scanner, extraordinarily big."  After getting his email, I picked up five MOMO call options for $225.  I was carefully monitoring what was happening with MOMO after my trade and discovered that the option price was going down and not up.  I sold off the MOMO contracts on the same day for about $0.50 and was lucky enough to make a small profit ($25) on this trade. Kyle sent an email on June 18 saying he was "selling MOMO .20 for about a 50% loss." Attached as **Attachment F** are true and correct copies of the buy and sell trade alerts on the MOMO call option.

12.     On June 17, 2020, Kyle emailed around his Wednesday watchlist at around 7 am. One of the "most unusual" call options was "4344 TSN July 10 $70 Calls for .60."   After seeing the email, I purchased two TSN call option contracts (TSN 7/10/2020 Call $70.00) for a total of $270.  These options expired without value on July 10 and I lost my entire investment on this trade.  I am not sure if Dennis bought these options and, if he did, whether he made a profit. Attached as **Attachment G** is a true and correct copy of the trade alert on TSN call option.

13.     On June 22, 2020 at 8:30 am, Bishop sent his weekly Bullseye trade alert for a short-term Zoom call option contract ("ZM Jul 2 2020 250 Call around $8").  He said, "Note that I would look at the $270 strike price around $3 if I wanted to go with a higher risk, lower-priced option.  I plan to stop out of this trade with a close under $235, and a target of around $250 if ZM breaks out."  Right after seeing this email, I logged into my brokerage account to make the trade, but saw that the same Zoom call option at the $250 strike price expiring on July 2 was much more expensive than $8.  I decided to buy a more affordable Zoom call option at a $270

PX 13, 805

strike price which would cost me around $5 to $6.  After I bought the contracts, I saw Zoom's

stock price steadily declining and realized they were going to expire without value.  On July 1, I

sold the option contracts for as much as I could get and realized a 95% loss (over $2,700) from

this trade.  Since Bishop never sent us a sell alert for this trade, I do not know if he lost money or

made money on this trade.  Attached as **Attachment H** is a true and correct copy of the Zoom

call option trade alert.

14.     On June 23, I got a "premium alert" from Dollar Ace where Dennis said he

bought some call and put options, including a short-term WORK call option for under a dollar

("100 WORK July 2 $37 Calls at .54").  When I went to buy the WORK call option after getting

this alert, the price had moved up to $0.60.  I bought two WORK call option contracts for a total

of $120.  These contracts also expired without value on July 2 and I lost all of my money on this

trade.  I do not know if Dennis was able to unload his WORK option contracts before they

expired.  Attached as **Attachment I** is a true and correct copy of the WORK call option trade

alert from Dollar Ace.

15.     A few months later, Bullseye Trades sent around an email recommending a

similar two week WORK call option as its "Trade of the Week."  Bishop attached a price chart

with lines everywhere and said that his "crossover setup is lining up nicely here, and it's been a

very good predictor in violent bounces for WORK in the last 2 months.  The contract I'm going

with is "WORK Aug 14 2020 30 Call $1.00 - $1.20."  Attached as **Attachment J** is a true and

correct copy of the WORK call option trade alert from Bullseye Trade.

16.     Overall, I had net losses of about $3,000 on the trades I made following the

recommendations from Bullseye Trades and Dollar Ace.  I went into these trades thinking they

PX 13, 806

would be relatively low risk and high reward, as Bishop and Dennis made it seem in their emails, but they turned out to be mostly losing trades.

17.     Very soon after joining Dollar Ace, I was having second thoughts about the subscription fees I had paid.  I started to see complaints and negative reviews on the internet about Raging Bull.  I even came across a Facebook page called "Raging Bull scam" that someone started and that had a large following.  I was also seeing other members in the chatroom (which Raging Bull called the "Bullpen") complaining about having access problems, about delays in getting the trade alerts from Dollar Ace or not getting alerts at all, losing money on trades when they did get the alerts, or about not being able to reach customer service.  I wanted to try to cancel my subscriptions and get my money back.

18.     I did not find any link in the member's page where I could cancel my membership.  I called the customer service hotline that Raging Bull provided several times but no one picked up.  I left messages asking them to call me back.  Around this time, I received an email with the title "{Urgent} Account Review Pending."  I thought it was an email to address my complaint with their service, but it was general email offering to apply any unused credits towards other "premium packages" sold by Raging Bull.  It gave me a telephone number to the "VIP Concierge Team" and said a "team member will walk you through your options."  Attached as **Attachment K** is a true and correct copy of this email dated July 1, 2020.

19.     On July 7, 2020, I filled out a Raging Bull online complaint form and told them I was not happy with Dollar Ace, lost money following his recommendation, and that I did not want to continue with the service.  I told them:  "Please cancel and REFUND in full ASAP!"  A Raging Bull representative named Ali, from VIP Client Services, replied to my complaint and said:  "As far as cancellations and refunds we do not handle this via email for your personal

PX 13, 807

account security." His reply went on to say: "Because members immediately benefit from the knowledge of the stats, analytics or from Raging Bull, we do not give refunds. You bought this service for a reason, whether that was to learn the stock market from a beginners standpoint, have been trading on your own with some success and need some help on new strategies, focus on retirement or supplementing your income – Raging Bull is here to help guide you in the right direction towards those life alerting goals. If you'd like to reach out your nearest convenience, we are in the office Monday through Friday 9:00 AM to 5:00 PM EST and are more than happy to help you with this refund request. Just as a heads up, we do experience a heavy amount of call volume and our lines can be busy. If you are not able to reach us. *Please leave us a detailed voicemail containing your name, email on file and best time for us to contact you*." He did not even leave a number to call. Attached as **Attachment L** is a true and correct copy of this correspondence.

20.     I called the Raging Bull customer service hotline again but no one picked up. I left another message. A woman eventually called me back to inquire about my complaint. I told her I wanted to cancel my subscriptions. She offered to switch me to a different subscription if I was not happy with my existing ones. I told her I just wanted to cancel and get my subscription payments back. She told she could not give me any refunds and that she needed to talk to her manager, who would get back to me in 24 to 72 hours. I never heard back from her manager. When I called back a few days later, I got an auto response and was put on hold for a very long time.

21.     I was very frustrated that I could not get a hold of anyone from Raging Bull that can address my refund. I went to the Raging Bull chatroom to complain about their service and my refund situation. One of the Raging Bull moderators kicked me out of the room and blocked

PX 13, 808

me from posting any more message in the chatroom.  I was also not able to see any chats from the room.

22.     On July 9, 2020, I filled out another service form to complain about Raging Bull banning me from the chatroom.  About a week later, I sent another complaint to them about this service issue.  John from Bullseye Trading responded to my online complaint and said that he looked at my account and the chatroom was now "immediately accessible."  When I checked, it looked like they disabled the chat functions.  I was only able to see what the Raging Bull moderators were sharing on their screen.  I was not able to see any chats or send any chats.  I sent several more emails complaining about this but got no response.  Attached as **Attachment M** is a true and correct copy of my correspondence about this issue.

23.     I also never got a chance to interact with Bishop, Dennis or Bond in these chatrooms.  These traders did not alert their trades live in the rooms.  The only times I found Bishop or Dennis in these rooms was when they were advertising some new product or subscription.

24.     In addition to the chat room problems, there were constant problems with the "proprietary" Dollar Ace scanner.  There were days when the scanner would be down and not be available at all.  This seemed to happen a lot.  Dennis sometimes sent around an email like the following, telling members that the "service that supplies the data is offline, so there's nothing I can do.  Just waiting until they get it back up."  Attached as **Attachment N** is a true and correct copy of an August 13, 2020 email reporting the scanner problem.

25.     Because Dollar Ace members like me did not control the scanner, it was hard to see what information it was actually scanning.  When I tried to pull up the scanner by clicking a dashboard link in the Dollar Ace member's page, the image that popped up was so blurry that I

PX 13, 809

could not read what it said.  The image seemed to have excerpts of the scan or some scan results.

Sometimes the scanner would appear to be running some search, but I could barely see what they

were doing.  I complained to Raging Bull about the scanner being blurry.  I began to realize the

scanner was useless to me and did not bother with the scanner.   Attached as **Attachment O** is a

true and correct copy of screenshot of the scanner.

26.      Since they were not agreeing to issue me a refund, I tried to make the most use of

these services.  I even watched some of the "training" videos that came with Bullseye Trades or

Dollar Ace.  I found the videos to be very disorganized.  A lot of them were just pre-recorded

webinars of Kyle Dennis talking about his scanner or past trades, or Jeff Bishop advertising some

other subscription.  It became quickly apparent to me that there was no special insight or strategy

for options trading providing in these videos.  What I saw was just basic information about

options and trading that anyone can find for free online.  I did not come across or learn anything

new from these videos.  If there was any unique or proprietary information, they did a good job

hiding it.

27.      I also do not recall getting any detailed "trade plans" for the trades that Bishop or

Dennis were recommending people to buy.  I felt they were not providing me with all the

information necessary to make a good decision.  From what I could see, they definitely did not

teach or communicate any useful trading strategy.  A lot of the trade picks seemed random to me,

as though Bishop and Dennis were just guessing which way stocks and options prices would

move based on current market news.

28.      If they had any actual strategy at all, I believe it was to drum up interest in "out of

the money" options because they were cheap.  If the options were investment grade quality, they

would have been more expensive and I think more difficult for Bishop and Dennis to get people

PX 13, 810

like me interested.  I believe Raging Bull traders were trying to get in early on penny stocks and these cheap options, driving up the prices of these stocks and options by making them appear attractive to their members, and then sell off their positions for a profit before the stock or options prices took a dive.

29.     I often heard complaints about Raging Bull traders sending out their trade alerts late, and people not being able to capture the same prices when they got the alerts.  I experienced this myself on a few trades I followed.   If Raging Bull traders were not profiting off their members' losses, then I believe they were hiding their losses or not giving us the full picture on what happened with these trades.

30.     While I was experiencing these service issues and losing money on their trades, I continued to get emails from Dennis and Bishop talking about how great their services were and how other members were sending them positive reviews.  On July 14, 2020, Kyle sent us a message that he said he got from one of his "members" during his live training.  The message to Kyle said, "You've helped me turn $1,000 in March into $99,000 as of today.  The price for your program is a no brainer and pennies on the dollar.  I'm in lifetime.  Thanks man!"  Kyle then wrote in his email:  "My goodness.  I don't even know what else to say here other than that I'm extremely proud to be a part of Daniel's success.  That's my goal for all my members…. I will over-deliver for members every single day."  I did not recall seeing this "Daniel" person ever in the chatroom and was not able to find anything online about this member.  I could not tell if this was even a real person.  Attached as **Attachment P** is a true and correct copy of Dennis' email.

31.     There were many emails from Raging Bull traders forwarding positive reviews or posting positive tweets on Twitter.  I never saw any of these people in the chatrooms and for

PX 13, 811

some of these "members," their Twitter accounts were very bare or just created.  I began to suspect these might be fake accounts that someone at Raging Bull created.

32.    On July 15, 2020, Bishop sent an email describing Kyle Dennis' "bread and butter strategy."  As Bishop explained:  "We are seeing an unprecedented influx of new traders.  If you're one of them, don't take this personally, but after being in the market for awhile now, we're not just newbies on the block like the rest of this 'fresh meat'…  And fresh meat = uneducated money.  People are playing purely off of hype and emotion driving these stocks FAR HIGHER than their value.  In fact, it's made executing the Trade With Kyle strategy even easier.  Trade with Kyle takes advantage of hype.  He's looking for stocks running up ahead of news reports, data releases, earnings, etc…  Now we have tens of thousands of other traders piling in on that hype.  It's like pouring gasoline on a fire."  When I read this, I thought Bishop was talking about him and Dennis taking advantage of people like me who were following their trade recommendation.  Attached as **Attachment Q** is a true and correct copy of this email from Bishop.

33.    Throughout July 2020, I was continually getting advertising emails from Bishop and Dennis.  On July 16, 2020, Bishop sent an email with the subject line "400% growth for my new investment!  (Join)."  In the email, Bishop said:  "There is an untapped fortuned buried in the world of social media.  And I have a strategy for mining that gold."  He claimed to have made a $50,000 investment in a tech start-up and said "I want to make this opportunity available to you, too."  There was not much more information about this start-up but the email was inviting me to join something called "Boardroom Spotlight" to get more information about this opportunity.  Attached as **Attachment R** is a true and correct copy of this email from Bishop.

**PX 13, 812**

34.     While I was dealing with issues trying to cancel and claim my refund, I filed a chargeback with my credit card company for the Dollar Ace and Bullseye Trade charges.  On July 31, 2020, I received a response from my credit card company notifying me that Raging Bull disputed by chargeback.  The credit card company denied the chargeback for the Dollar Ace charge based on Raging Bull's response.  I am still waiting on a response on my chargeback for Bullseye Trades.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __09/14/2020_____ 2020.

_____
Jyothish Kaimal

PX 13, 813

# ATTACHMENT A

PX 13, 814

 jyothish kaimal █████████████

---

## [Request Granted] Confidential All-Access Link

1 message

---

**Bullseye Trades** <support@ragingbull.com>                                   7 June 2020 at 07:02
To: ████████████



Attachment A                          **PX 13, 815**

All I can say is *WOW*.

I am so excited to introduce you to my brand new service...Bullseye Trades!

I'm going to be honest with you:

**Trading is not easy.**

Hell ...It took me well over a decade to become a profitable trader!

Let me make myself clear. I **DON'T** want that for you…

I want you to rake in consistent profits starting with your very first trade.

That is *EXACTLY* why I created Bullseye Trades.

Being a new trader feels a little bit like someone threw you in a formula one car, put a brick on the gas pedal, and plopped you on a track with way too many forks in the road.

Let's just say it's easy to make a wrong turn or two.

My first instinct as a coach?

To slow you down and hand you a map.

**...Welcome to Bullseye Trades.**

Never heard of it?

Take a minute to tune into this exclusive video, where I explain what it is all about!



Attachment A                                                    **PX 13, 816**

Bullseye trades is all about **ONE** trade, **ONCE** a week, with **100%** profit targets.

Every Monday morning, you'll wake up with my Bullseye trade in your inbox, and a **full trade plan** to go with it.

**No more overtrading, no more second guessing, no more forks in the road.**

Don't take my word for it, see what my members have been saying...

 **Bruce Marling**  20 minutes ago
Jeff, Got in IWM at $1.30. Just sold at $2.80. First triple digit profit at 115% !!!!! Gain of $6,000. Thank you, thank you, thank you!!
REPLY

 **Michael Staats**  10 minutes ago
In at 2.72 out at 3.8. Another $500 in the bank. 6 weeks in a row now!
REPLY   DELETE

 **John Verrecchio**  54 minutes ago
Jeff,
Just booked 65 percent win. Awesome first bullseye trade. Thanks for the trade idea.

Not only do I give you a map, I take the wheel.

This service gives you the opportunity to **double your money** every single week, and I do all the work for you.

Hop in with me.

Talk soon,

*Jeff Bishop*

-Jeff Bishop

PS. Don't forget to take a quick peak at this video...I have a lot in store for you!

Attachment A                                                   **PX 13, 817**

The information contained in this email is for informational purposes only. Neither BullsEye Trades nor RagingBull.com, LLC ("Raging Bull.com", the publisher of BullsEye Trades), its owners, agents or affiliates are registered as an investment adviser or a broker/dealer with either the U. S. Securities & Exchange Commission ("SEC") or any state securities regulatory authority. The owners, employees, writers and other individuals associated with RagingBull.com may engage in securities trading that is discussed or viewed on this email and may have long or short positions in securities that may be discussed on this communication. These individuals do not engage in trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. All information presented in this [email/newsletter] is solely for informational purposes and is not intended as securities brokerage, investment, tax, accounting or legal advice; as an offer or solicitation of an offer to sell or buy; as an endorsement, recommendation or sponsorship of any company, security or fund; or, to be used as a personalized investment recommendation. Importantly, the information contained in this communication is not attuned to any specific portfolio or to any user's particular investment needs or objectives and is not intended to be used as the basis of any investment decision, nor should it be construed as advice designed to meet the investment needs of any particular investor.Investment results include gains and losses and vary from person to person. Making money trading stocks takes time, knowledge, and hard work. There are inherent risks involved with investing in the stock market, including the loss of your investment; and, with regard to short sales, there is no limit to the amount of money you can lose. All users of the information in this contained in this communication must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisers with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions and should seek the advice of a qualified securities professional before making any investment and investigate and fully understand any and all risks before investing. Past performance of the markets or of particular securities is NOT indicative of future results. Any investment is at your own risk. Past performance information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. We do not warrant the solvency, financial condition, or investment advisability of any of the securities mentioned in our communications or our websites. All opinions, analyses and information included in this email are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify readers of changes of opinions, analyses or information or to keep such opinions, analyses or information current nor do we accept any liability whatsoever for any direct or consequential loss arising from any use of this information. Profits and losses reported on securities are actual trade figures, reported before taxes or other expenses. RagingBull.com, LLC 62 Calef Hwy #233, Lee, NH 03861 1 (833) 265-1270 If you have a current active subscription with BullsEye Trades you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your subscription service at RagingBull.com, the publisher of BullsEye Trades.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Attachment A                              **PX 13, 818**

**ATTACHMENT B**

PX 13, 819

 Gmail

jyothish kaimal ███████████████

## Details on My $20k Bet
1 message

**Jeff Bishop** <support@ragingbull.com>                    11 June 2020 at 20:32
Reply-To: Jeff Bishop <support@ragingbull.com>
To: ████████████████████



Let's get into the good stuff…

Point blank, High Octane gives me the conviction to place BIG bets when the time is right.

As you should know, I've been stalking a High Octane trade for a few days now… And I'm getting ready to pull the trigger.

***Actually, I'm getting ready to put $20,000 on the line.***

Let's go over an example of my high conviction pattern one more time:



The Crossover of those two secret lines was our buy signal and **sent ROKU soaring 39% in just four days.**

Now take a peek at my $20k High Octane Setup - alerted by my scanner - that I'm looking to trade and alert tomorrow morning:

Attachment B                        **PX 13, 820**



Notice how they have the same setup?

That's my MILLION dollar, high conviction pattern!

My two secret lines have *JUST* crossed over… That's my buy signal. Now I know I'm ready to go in for the kill.

Now I have good news, and I have bad news.

The bad news is that the name of the stock, the options contract I'm buying, and my trade plan is reserved for members ONLY!

But here's the good news…

I'm offering you entry into High Octane Options right now for 33% off my Annual Subscription and 40% off my "Forever Plan"!

**But tonight at midnight, this deal disappears.**

If you wait until tomorrow, you'll be stuck paying full price for my service AND you'll miss out on my $20,000 trade.

Lock this deal down right now to become an official High Octane Founding Member.

The time is now!

*Jeff Bishop*

**Jeff Bishop**

Kyle Dennis Debuts **MOBILE CLOSER**...1 Trade on 1 Ticker at 1 Specific Time Per Day
**FREE SIGN UP HERE!**

Attachment B                                **PX 13, 821**

8/24/2020                                    Gmail - Details on My $20k Bet

RagingBull, LLC

62 Calef Hwy. #233, Lee, NH 03861

Unsubscribe from all RagingBull emails

---

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of High Octane Options) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with High Octane Options you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at RagingBull.com.

Attachment B                              PX 13, 822

# ATTACHMENT C

PX 13, 823

8/21/2020                                    Gmail - [Watch Kyle Live at Noon] Find Cheap Options That Could Run BIG!

 **Gmail**                                                      jyothish kaimal ███████████████

---

## [Watch Kyle Live at Noon] Find Cheap Options That Could Run BIG!
1 message

**Raging Bull Insider** <insider@ragingbullinsider.com>                    16 June 2020 at 06:35
Reply-To: Raging Bull Insider <insider@ragingbullinsider.com>
To: ██████████████████



**Dollar Ace is LIVE today at 12PM ET with Kyle Dennis.**

Kyle has developed a scanner over the last 10 months that tracks "insider" buying in the options market.

It spits out sub $1 options contracts that are priced in his favor due to unusual options activity.

We're talking about massive bets being made and to the untrained eye, it's bizarre.

But it's all because Wall Street simply knows something that we don't, and these huge positions aren't by mistake.

**They are actually trying to HIDE WHAT THEY KNOW in the options market**, and **now there is a way to play off of them and be on the "inside"...**

**Kyle is NOW giving a deep dive into that exact scanner and how you can learn to utilize it's power!**

The best parts?

*1) It goes both ways. Whether stocks are set to plummet or skyrocket, Kyle's scanner alerts him and allows him to profit.* ***He doesn't fear a down market!***

Attachment C                              **PX 13, 824**

*2) **Great for small and large accounts, alike!** These are cheap contracts and the returns can be astronomical. He doesn't need big positions to see big returns.*

*3) **Little maintenance.** Kyle built this scanner to do the leg work for him. He doesn't have to sit and monitor everything. He puts his scanner to work and gets notified when the unusual activity strikes!*



**This is your final opportunity!**

**Sign up before this link shuts down**

**Jason Bond** and **Jeff Bishop**

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from insider@ragingbullinsider.com
Unsubscribe from all RagingBull emails

Neither Raging Bull nor RagingBull.com, LLC (publisher of RagingBull) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any

Attachment C

**PX 13, 825**

specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Raging Bull manages on behalf of RagingBull.com, LLC.

Attachment C

PX 13, 826

8/21/2020                                    Gmail - Join Kyle in this Room at Noon!

 jyothish kaimal ████████████████

---

## Join Kyle in this Room at Noon!
1 message

---

**Jeff Bishop** <support@ragingbull.com>                            16 June 2020 at 09:03
To: ████████████████



I'm always impressed by Kyle.

Not just for his own success, but his ability to teach others.

**Sure, he's made $8 MILLION and $1 MILLION this year alone,** but it takes a different breed to be able to have that success AND be able to teach it.

And members of his Dollar Ace service thank him day after day.

He's demonstrating how this "insider" scanner has been working for him and others at 12PM ET TODAY, June 16th!

https://app.ragingbull.com/join-room/rb-free

Attachment C                           **PX 13, 827**

8/21/2020                                    Gmail - Join Kyle in this Room at Noon!



You can't afford to miss this one.

Just follow this link a little before 12PM ET.

https://app.ragingbull.com/join-room/rb-free

Attachment C                    **PX 13, 828**

8/21/2020                                    Gmail - Join Kyle in this Room at Noon!

*Jeff Bishop*

**Jeff Bishop**

Click here to stop receiving exclusive emails from Bullseye Trades
VIP newsletter

DISCLAIMER: To more fully understand any Ragingbull.com, LLC ("RagingBull") subscription, website, application or other service ("Services"), please review our full disclaimer located at https://ragingbull.com/disclaimer. FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE. Any RagingBull Service offered is for educational and informational purposes only and should NOT be construed as a securities-related offer or solicitation, or be relied upon as personalized investment advice. RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision. RESULTS PRESENTED NOT TYPICAL OR VERIFIED. RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of the persons voluntarily providing the testimonial. However, subscribers' trading results have NOT been tracked or verified and past performance is not necessarily indicative of future results, and the results presented in this communication are NOT TYPICAL. Actual results will vary widely given a variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. Investing in securities is speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment. RAGINGBULL IS NOT AN INVESTMENT ADVISOR OR REGISTERED BROKER. Neither RagingBull nor any of its owners or employees is registered as a securities broker-dealer, broker, investment advisor (IA), or IA representative with the U.S. Securities and Exchange Commission, any state securities regulatory authority, or any self-regulatory organization. WE MAY HOLD SECURITIES DISCUSSED. RagingBull has not been paid directly or indirectly by the issuer of any security mentioned in the Services. However, Ragingbull.com, LLC, its owners, and its employees may purchase, sell, or hold long or short positions in securities of the companies mentioned in this communication.

Click Here

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Attachment C                          **PX 13, 829**

8/21/2020                                   Gmail - LIVE with Kyle Dennis at Noon, TODAY!

 Gmail                                                    jyothish kaimal ███████████████

**LIVE with Kyle Dennis at Noon, TODAY!**

1 message

**Raging Bull All Access** <support@ragingbull.com>                    16 June 2020 at 06:16
Reply-To: Raging Bull All Access <support@ragingbull.com>
To:████████████████



It's foolish not to be here at 12PM ET.

**Kyle sets attendance records whenever he goes live.**

It's pretty easy to understand why.

For one, his performance is unrivaled.

But more importantly, his members can't get enough of him.

**Especially when it comes to his Dollar Ace, "insider" activity service.**

**Today, he pulls back the curtains and is demonstrating the scanner her uses and why it's been so effective for him and others.***

Attachment C

**PX 13, 830**



**All because he knows how to track unusual activity on cheap options that suggest someone knows that something is going to happen BEFORE it happens.**

**[No reason not to see how this works!](#)**

**[Final opportunity to join before this link shuts down!](#)**

*Results presented are not typical and may vary from person to person. Please see our Testimonials Disclaimer here: https://ragingbull.com/disclaimer.*

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from support@ragingbull.com
Unsubscribe from all RagingBull emails

Neither Raging Bull nor RagingBull.com, LLC (publisher of Raging Bull) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer

to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Raging Bull manages on behalf of RagingBull.com, LLC.

Attachment C

PX 13, 832

# ATTACHMENT D

PX 13, 833

7/13/2020                                   Gmail - $160 into $2,025...You learn how in an hour.

 Gmail

jyothish kaimal ████████████████

---

## $160 into $2,025...You learn how in an hour.
1 message

---

**Kyle Dennis** <kyle@biotechbreakouts.com>                16 June 2020 at 11:04
Reply-To: Kyle Dennis <kyle@biotechbreakouts.com>
To: ████████████████



   

**You know I'm LIVE today at 12PM ET.**

Hopefully you set a reminder.

You know why you should show up!

### https://app.ragingbull.com/join-room/rb-free

*You want to understand how my "insider" scanner has been able to detect where big money is going before the move happens.*

**Ivan harnessed the power of it, turning $160 into $2,025 with one trade.**

 **Ivan** @Ivan77493295 · 6h
Replying to @kylewdennis
Hi Kyle it's Ivan. I'm a member of Dollar Ace. I just hit the Jackpot with Dollar Ace. I bought MU May 29th, 20 $47 Calls from today's watch list 15 contracts for $160 + fees. Sold for $2,025 profit for 1,128 %

   

The best part about today's LIVE training is that I'm going to show you how it works during market hours.

This is your taste of the inside.

Attachment D                      **PX 13, 834**

This simple little box on my screen has been my greatest advancement in trading since I jumped into the market.



Might not look like much, but I believe that beauty lies in simplicity and that's what I'm here to teach you!

**Today at 12PM ET (NOON) I'm going to show you exactly how it works.**

Clear your schedule.

https://app.ragingbull.com/join-room/rb-free

See you soon!

*Kyle Dennis*

**Kyle Dennis**

> **Jeff Bishop's First $20,000 Bet Released Monday, July 13th. 2 Will Follow!**
> **Want the tickers?** ACCESS ALL 3 for $199 --> HERE!

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Attachment D                          **PX 13, 835**

7/13/2020                                        Gmail - $160 into $2,025...You learn how in an hour.

Click Here to stop receiving emails from kyle@biotechbreakouts.com
Unsubscribe from all RagingBull emails

---

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of TheDollarAce) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Dollar Ace you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at TheDollarAce.com.

Attachment D

PX 13, 836

# ATTACHMENT E

PX 13, 837

8/24/2020                                    Gmail - This Scanner Just Hit 9 Trading Home Runs

 Gmail                                      **jyothish kaimal** ███████████████

---

## This Scanner Just Hit 9 Trading Home Runs
1 message

---

**Raging Bull All Access** <support@ragingbull.com>                    17 June 2020 at 17:55
Reply-To: Raging Bull All Access <support@ragingbull.com>
To: ████████████████



Jyothish,

Kyle Dennis has made over $9 million in career trading profits.*

He owes this success, in part, to what he calls **the Dollar Ace Homerun Club.**



Dollar Ace is arguably **Kyle's hottest trading service**, responsible for many of his biggest trading wins.

---

Attachment E                       **PX 13, 838**

In fact, just last week the methods in this trading service delivered the biggest win of Kyle's trading career— a 1,000% *grand slam* on LK.*

LK could have turned $1,000 into $10,000 in just a few days.

Of course, wins like these are rare.

In general, Kyle targets **100% wins**.

Just last week, Kyle hit several wins in that ballpark, including MSFT for 100%, ORCL for 90%, PTON for 60%, and AAL for 75%.*

On Monday, Kyle took 95% on GSK.*

Heck, **just yesterday before Kyle's LIVE event**, he scored 200% on AAPL, 50% on INTC, and 75% on TRIP.*

Does Kyle take losses?

Sure, all traders do. Yesterday, Kyle took a loss on MITT, but he tries to limit his losses to no more than 50% on an individual trade.

But one of the best parts of **Kyle's Dollar Ace service** is that it's very *ACTIVE*.

Kyle has put on roughly a trade per day since he started the service.

Again, not all of them are winners, but his winners have greatly outweighed his losers.

Every day you're not in **Kyle's Dollar Ace service** is another day

Attachment E                                    **PX 13, 839**

you could miss out on big wins like the ones he's had over the past few weeks...

Wins that many of Kyle's current subscribers are now bragging about…**



So how is Kyle helping his subscribers hit these trades out of the park?

### *His scanner...*



This scanner allows him to follow the big money, the large institutional traders.

Attachment E                              **PX 13, 840**

It does so by detecting _**unusual options activity.**_

These are options under $1— also known as sucker bets since they are unlikely to work out...

But when someone bets **$100K, $250K, $500K, or even over $1M on something that's unlikely**— suddenly it may not actually be so unlikely!

Why would someone bet so big on something that is unlikely to happen?

Perhaps because they know that _something_ is likely to happen.

Of course, Kyle has no way of knowing if these bets are actually placed by bigtime "insiders" that may know something ahead of the news…

Kyle just **lets his scanner do the work.**

When he sees multiple buyers come through on the scanner, it perks his ears up.

When more big buyers come in, it leads to more confidence and clarity in Kyle's decision.

Kyle uses his expertise to figure out which ideas from the scanner he likes best.

If you want to gain access to Kyle's scanner, he's now allowing subscribers to **LIVE stream it between 9:30 AM and 4 PM.**

Kyle spends over $20K per year to stream it to all his subscribers.

It would cost $3K per year to stream it yourself.

Attachment E                                                        PX 13, 841

Not only that, Kyle has a whole host of proprietary settings he's preloaded into it, which took him several years to figure out.

Want to see how you could gain access to Kyle's scanner?

For a limited time, Kyle is rebroadcasting the **replay of his LIVE event** that more than 3,500 people attended yesterday.

He'll walk you through how he uses his scanner and everything you'll get in addition to his scanner.

That includes his video alerts, his watchlist, his live portfolio, his educational suite, etc.

**Watch the LIVE event replay here.**

**Trade smarter, not harder.**

 **THE NEXT FRONTIER**

---

**The Boardroom Partners Just Dropped $150K,
Their *Largest* Sum of Cash Yet,
Into Their Latest Angel Investment Deal...**


**They Are Opening the Doors to Investment
This Friday**

**So That You Too Can Take
Large Potential Profits
On This Exciting AgTech Startup, GroGuru**

**Invest**

 # TODAY'S TOP STORIES

## This Is Exactly How I Set Up My High Octane Trades

### By Jeff Bishop of Total Alpha



---

## Role of the Lead Investor

### By Chris Graebe of Angel Insights

Attachment E

**PX 13, 843**



## Use My 30 Minute Range Indicator to Predict Breakouts

### By Ben Sturgill of Daily Profit Machine



## AMA: How Did You Spot The Move In NETE?

### By Jason Bond of Jason Bond Picks

Attachment E

**PX 13, 844**

8/24/2020                                    Gmail - This Scanner Just Hit 9 Trading Home Runs



## Ready to Have Kids? This IPO Could Change That

### By Ben Sturgill of IPO Payday



Attachment E                    **PX 13, 845**

## When It's Time to Break up with Your Favorite Stock

### By Nathan Bear of Weekly Money Multiplier



To your success,

**The RagingBull.com Team**

*\*Past performance is not necessarily indicative of future trading results, and the results presented in this communication is not necessarily indicative of future results, and the results presented in this communication are not typical. Investing in securities is speculative and carries a high degree of risk; you may lose some or all of the money that is invested.*

*\*\*RagingBull.com, LLC utilizes select testimonials depicting profitability that are believed to be true based on the representations of the persons providing the testimonial. However, trading results have not been verified and will vary widely given a variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. It is easy to lose money trading and we recommend educating yourself as much as possible before you even think about trying it. Past performance is not necessarily indicative of future results.*

Attachment E                                    **PX 13, 846**

RagingBull, LLC

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

<u>Stop receiving exclusive emails from Raging Bull All Access</u>

Neither Raging Bull nor RagingBull.com, LLC (publisher of Raging Bull) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Raging Bull manages on behalf of RagingBull.com, LLC.

Unsubscribe from all RagingBull Emails

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from support@ragingbull.com
Unsubscribe from all RagingBull emails

---

Neither Raging Bull nor RagingBull.com, LLC (publisher of Raging Bull) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any

Attachment E

PX 13, 847

kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Raging Bull manages on behalf of RagingBull.com, LLC.

Attachment E

**PX 13, 848**

**ATTACHMENT F**

PX 13, 849

 Gmail

jyothish kaimal ███████████████

---

## Dollar Ace: Bought MOMO Calls from Video
1 message

---

**Kyle Dennis** <kyle@biotechbreakouts.com>                        17 June 2020 at 11:03
Reply-To: kyle@biotechbreakouts.com
To:███████████████



Good morning,

**I bought 100 MOMO June 19 $20 Calls at .47 average.**

These were huge calls on the scanner, extraordinarily big.

I mentioned the story in the last video about HTHT.

And, here is the story about this one.

Cheers,



Kyle Dennis
TheDollarAce.com

  @kylewdennis

 @kylewdennis

**CLAIM YOUR COPY!**

Kyle Dennis exposes the 7 deadly sins
that can steal your trading profits.

Attachment F                    **PX 13, 850**

## More from Kyle Dennis



### Dollar Ace Trade Alert Videos

Review Every Relevant Trade Detail
With These Dollar Ace Video Alerts



### Dollar Ace Training Videos

"INSIDER INFORMATION" REVEALS
$1 OPTION CONTRACTS THAT CAN
SET YOU UP FOR MONUMENTAL
GAINS



**RagingBull, LLC**

62 Calef Hwy. #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact
support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Dollar Ace

Questions or concerns about our products?
Call or text us on your mobile: 833-265-1270

Attachment F                                    **PX 13, 851**

© Copyright 2019, RagingBull

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of Dollar Ace) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

Attachment F

**PX 13, 852**

 Gmail

jyothish kaimal ███████████████

---

## Dollar Ace: Sold MOMO
1 message

---

**Kyle Dennis** <kyle@biotechbreakouts.com>                    18 June 2020 at 10:33
Reply-To: kyle@biotechbreakouts.com
To: ████████████████



Good morning,

**I'm selling MOMO at .20 for about a 50% loss.**

Triggering my stop here and moving on. Was a riskier trade given that it expires Friday (remember that).

Cheers,

*Kyle Dennis*

Kyle Dennis
TheDollarAce.com

@kylewdennis

@kylewdennis



### CLAIM YOUR COPY!
Kyle Dennis exposes the 7 deadly sins that can steal your trading profits.

## More from Kyle Dennis

Attachment F                    **PX 13, 853**

8/26/2020                                         Gmail - Dollar Ace: Sold MOMO





## Dollar Ace Trade Alert Videos

Review Every Relevant Trade Detail
With These Dollar Ace Video Alerts

## Dollar Ace Training Videos

"INSIDER INFORMATION" REVEALS
$1 OPTION CONTRACTS THAT CAN
SET YOU UP FOR MONUMENTAL
GAINS



### RagingBull, LLC

62 Calef Hwy. #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact
support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Dollar Ace

Questions or concerns about our products?
Call or text us on your mobile: 833-265-1270

© Copyright 2019, RagingBull

Attachment F                    **PX 13, 854**

8/26/2020                                          Gmail - Dollar Ace: Sold MOMO

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of Dollar Ace) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

Attachment F                                                PX 13, 855

# ATTACHMENT G

PX 13, 856

8/31/2020                                                 Gmail - Dollar Ace: Wednesday's Watch

 Gmail

jyothish kaimal ▮▮▮▮▮▮▮▮▮▮▮

**Dollar Ace: Wednesday's Watch**
4 messages

**Kyle Dennis** <kyle@biotechbreakouts.com>                                               17 June 2020 at 07:08
Reply-To: kyle@biotechbreakouts.com
To: ▮▮▮▮▮▮▮▮▮▮▮



Good morning,

**Some big news! By popular demand, video alerts for every trade are coming back! I've gotten a lot of feedback that people miss those, so they are making a triumphant return starting today!**

If you are new, be sure to watch the training videos and read the Dollar Option Trader ebook. Remember, time is on YOUR side, nothing is going anywhere without you.

Here is a link to the portfolio and scanner - which you can always find in your member dashboard. It generally streams from 9:00 AM to 4:00 PM Eastern.

The market is set to open up slightly higher this morning - just a touch over 100 points on the DOW.

| INDICES | | | |
|---|---|---|---|
| **DJIA** | **S&P 500** | **NASDAQ 100** | **RUSSELL 2000** |
| **26328.00** | **3133.75** | **10017.25** | **1461.90** |
| H 26494.00  +135.00 | H 3147.00  +15.50 | H 10038.75  +55.75 | H 1470.90  +10.60 |
| L 25936.00  (+0.52%) | L 3096.50  (+0.50%) | L  9915.25  (+0.56%) | L 1434.60  (+0.73%) |

The choppiness in the past 5 trading sessions is giving me a signal that the market may be getting a bit antsy to take profits, which could lead to a pullback.



We've also seen Covid-19 cases start to pickup in a few states, but that has been counteracted by the Federal Reserve injecting even more stimulus into the economy - hence the choppiness in the market.

I continue to hold the **PTON** calls and **PBR** puts. Ironically, **PTON** is likely to go UP if the market is down because it is viewed as a 'stay at home play' and a place where money flows when the market dips. Yesterday, these hit a 90% winner and then pulled back. Hopefully I didn't make a mistake there not taking my gains, but I'm ok to roll with it. PBR's expiration date is in October, so I plan to be in that one for a while. Unfortunately, **TRXC** looks to be dead on arrival unless news hits today, tomorrow, or Friday. It's possible, but I'm not hopeful.

Here's what I'll be watching today:

**Most Unusual Calls**

https://mail.google.com/mail/u/0?ik=0ac3960af1&view=pt&search=all&permthid=thread-f%3A1669744135774795857&simpl=msg-f%3A1669744135...   1/42

8/31/2020                                          Gmail - Dollar Ace: Wednesday's Watch

4344 **TSN** July 10 $70 Calls for .60

603 **JNPR** July 10 $25.50 Calls for .70

1439 **GPS** June 26 $12 Calls for .50

1827 **SPCE** June 26 $18 Calls for .25

**Most Unusual Puts**

1581 **HTHT** July 17 $30 Puts for .50

1344 **XRX** July 17 $15 Puts for .57

Cheers,

*Kyle Dennis*

Kyle Dennis
TheDollarAce.com

 @kylewdennis

 @kylewdennis



## CLAIM YOUR COPY!

Kyle Dennis exposes the 7 deadly sins
that can steal your trading profits.

### More from Kyle Dennis



**Dollar Ace Trade Alert Videos**

Review Every Relevant Trade Detail With These Dollar Ace
Video Alerts



Lesson 4: Options Under $1
Kyle Dennis on August 22, 2019 at 11:52 AM · edit post

**Dollar Ace Training Videos**

"INSIDER INFORMATION" REVEALS $1 OPTION CONTRACTS
THAT CAN SET YOU UP FOR MONUMENTAL GAINS

RAGING BULL ELITE    Contact Our VIP Sales Team For Your Quote    **844-962-0396**

Attachment G

**PX 13, 858**

8/31/2020                                    Gmail - Dollar Ace: Wednesday's Watch

**RagingBull, LLC**

62 Calef Hwy. #233, Lee, NH 03861

Manage Email Preferences  |  Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Dollar Ace

Questions or concerns about our products?
Call or text us on your mobile: 833-265-1270

© Copyright 2019, RagingBull

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of Dollar Ace) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

---

jyothish kaimal ▮▮▮▮▮▮▮▮▮▮                                        29 August 2020 at 13:27
To: "Kim, Sung" ▮▮▮▮▮▮▮▮

I bought TSN from the watch list below.

Thanks,
Jyothish

---------- Forwarded message ---------
From: **Kyle Dennis** <kyle@biotechbreakouts.com>
Date: Wed, Jun 17, 2020 at 7:08 AM
Subject: Dollar Ace: Wednesday's Watch
To: ▮▮▮▮▮▮▮▮▮▮

Attachment G                               **PX 13, 859**

# ATTACHMENT H

PX 13, 860

 Gmail

jyothish kaimal ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

---

## 🎯 ZM is the Bullseye Trade of the Week!
1 message

---

**Bullseye Trades** <support@ragingbull.com>                                22 June 2020 at 08:31
Reply-To: support@ragingbull.com
To: ▇▇▇▇▇▇▇▇▇▇▇▇▇



*Kyle Dennis Debuts **MOBILE CLOSER**...1 Trade on 1 Ticker at 1 Specific Time Per Day*
**[FREE SIGN UP HERE!](#)**

For this week's Bullseye Trade, I'm going with Zoom Video **(ZM).**

Check out what I'm seeing on the hourly chart:



ZM has been on a tear these last couple of weeks, and is now consolidating under its highs, resting and regaining strength for its next move.

I'm willing to bet that it's next move will be a breakout to new all time highs. See how it is consolidating along that upward sloping trend line, with prices coiling tighter and tighter together? This is bullish price action.

Additionally, I think that the renewed Covid fears are going to put support under all the "work from home" related stocks for a while, and ZM is one of them. Stocks like these can outperform even in a down market even though the valuations are pretty stretched already.

I'm going with **ZM Jul 2 2020 250 Call around $8.** Note that I would look at the $270 strike price around $3 if I wanted to go with a higher risk, lower-priced option.

I plan to stop out of this trade with a close under $235, and a target of around $250 if ZM breaks out.

We had a great Bullseye winner on NKLA last week and I want to know how you did!

*Let me know by **tagging #BullseyeTrades on Twitter!***

And if you've found success with Bullseye or are learning to become a better trader, click right here to tell me your story!

To YOUR success!

Jeff Bishop
BullseyeOptionTrading.com





## CLAIM YOUR KICKSTARTER!

Pro trader Ben Sturgill explains the pre-market analysis behind his SPY Trade of the Day.

## Members' Core Principles



## 12 Minute Trader Ebook

Learn how to put the odds in your favor to and rake in the consistent profits week over week, month over month,

Attachment H                        **PX 13, 862**

8/24/2020                                                 Gmail - ⊙ ZM is the Bullseye Trade of the Week!

## Secret Sunday Strategy

and year over year (in as little as 12 minutes day)

Seasoned options trader Jeff Bishop walks you through open positions, gives trading tips, and analysis the state of the market

### RagingBull, LLC

62 Calef Hwy #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Bullseye Trades

Questions or concerns about our products?
Call or text us on your mobile: 833-265-1270

© Copyright 2019, RagingBull

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Bullseye Option Trading) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull, LLC.

If you have a current active subscription with Options Profit Planner you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at OptionsProfitPlanner.com.

Attachment H                                         PX 13, 863

Gmail - ☉ ZM is the Bullseye Trade of the Week!

Attachment H

**PX 13, 864**

# ATTACHMENT I

**PX 13, 865**

 Gmail

jyothish kaimal ▆▆▆▆▆▆▆▆▆▆▆

---

## Dollar Ace: Bought WORK Calls, LEVI Puts, sold NVO and HTHT
1 message

**Kyle Dennis** <kyle@biotechbreakouts.com>                          23 June 2020 at 11:21
Reply-To: kyle@biotechbreakouts.com
To: ▆▆▆▆▆▆▆▆▆▆▆



Good morning,

Some action here off the watch list:

**I bought 100 WORK July 2 $37 Calls at .54.**

**I bought 50 LEVI July 17 $13 Put for .73.**

**I added 50 PBR October 16 $8 Puts at .78.**

Then...

**I sold NVO at .70 for a 60% win.**

**I sold HTHT at .34 for about 50% loss.**

Video coming momentarily.

Cheers,

*Kyle Dennis*

Kyle Dennis
TheDollarAce.com
 @kylewdennis
@kylewdennis

Attachment I                                     **PX 13, 866**



**CLAIM YOUR COPY!**

Kyle Dennis exposes the 7 deadly sins
that can steal your trading profits.

## More from Kyle Dennis



### Dollar Ace Trade Alert Videos

Review Every Relevant Trade Detail
With These Dollar Ace Video Alerts



### Dollar Ace Training Videos

"INSIDER INFORMATION" REVEALS
$1 OPTION CONTRACTS THAT CAN
SET YOU UP FOR MONUMENTAL
GAINS



**RagingBull, LLC**
62 Calef Hwy. #233, Lee, NH 03861

Attachment I

**PX 13, 867**

8/27/2020                         Gmail - Dollar Ace: Bought WORK Calls, LEVI Puts, sold NVO and HTHT

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Dollar Ace

Questions or concerns about our products?
Call or text us on your mobile: 833-265-1270

© Copyright 2019, RagingBull

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of Dollar Ace) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

Attachment I                                          **PX 13, 868**

**ATTACHMENT J**

PX 13, 869

8/24/2020                                Gmail - 🎯WORK is the Bullseye Trade of the Week!



jyothish kaimal ████████████████████

## 🎯WORK is the Bullseye Trade of the Week!
1 message

**Bullseye Trades** <support@ragingbull.com>                                   3 August 2020 at 08:31
Reply-To: support@ragingbull.com
To: ████████████████



*Kyle Dennis Debuts **MOBILE CLOSER**...1 Trade on 1 Ticker at 1 Specific Time Per Day*
**FREE SIGN UP HERE!**

Good morning!

Today I'm going to go with Slack **(WORK)** for a bounce play.

Here's what I'm seeing on the hourly chart:



My 13/30 crossover setup is lining up nicely here, and it's been a very good predictor in violent
bounces for WORK in the last 2 months.

**The contract I'm going with is WORK Aug 14 2020 30 Call @ $1.00 - $1.20.**

Attachment J                          **PX 13, 870**

I will save room to add to this on a dip, and I would stop out of this trade if WORK closes under $28. I have an upside target to $32 in the next few days if this move continues.

I also plan to buy some of the stock here. I can't make as big of a percentage gain as I can on the options, but the stock price won't decay like the options will if this move takes longer to happen.

Congrats to those of you who hit NFLX last week! **Please let me know how YOU did by tagging #BullseyeTrades on TWTR.**

Friendly Reminders:

- I don't actually get into every Bullseye Trade each week. Sometimes the stock runs too fast and I don't chase it. Sometimes I'm just too busy and I miss my window of opportunity. Whenever I do get into the trade, I try to update people on my entry and exit positions for their own learning purposes.  It is not intended for members to use this as a signal to follow me into a trade. I am showing you the trade set up I like the best each week and the range I would either stop out of the trade, or exit for a profit. This is a great learning tool and everyone should use their own judgement if this is even the right trade for them.
- There is no SMS alerts for Bullseye. In fact, there's no "alert". You receive my top idea for the week along with a trade plan every Monday morning at 8:30am. If I end up trading it, I will keep you updated with my moves in the position for those that are curious.
- If you have a hard time getting my email (which I send out 1 hour before the market opens on Monday each week), then you can always check the dashboard of your members portal.  We typically get that page up before the market opens so that everyone can see it in there.

To YOUR success!

*Jeff Bishop*

Jeff Bishop
BullseyeOptionTrading.com

## <u>Members' Core Principles</u>





### 12 Minute Trader Ebook

Learn how to put the odds in your favor to and rake in the consistent profits week over week, month over month, and year over year (in as little as 12 minutes day)

8/24/2020                                      Gmail - ⚙WORK is the Bullseye Trade of the Week!

# Secret Sunday Strategy

Seasoned options trader Jeff Bishop
walks you through open positions,
gives trading tips, and analysis the
state of the market

### RagingBull, LLC

62 Calef Hwy #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact
support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Bullseye Trades

Questions or concerns about our products?
Call or text us on your mobile: 833-265-1270

© Copyright 2020, RagingBull

DISCLAIMER: To more fully understand any Ragingbull.com, LLC ("RagingBull") subscription, website, application or other service ("Services"), please
review our full disclaimer located at https://ragingbull.com/ disclaimer.

FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE. Any RagingBull Service offered is for educational and
informational purposes only and should NOT be construed as a securities-related offer or solicitation, or be relied upon as personalized
investment advice. RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision.

RESULTS PRESENTED NOT TYPICAL OR VERIFIED. RagingBull Services may contain information regarding the historical trading performance of
RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of
the persons voluntarily providing the testimonial. However, subscribers' trading results have NOT been tracked or verified and past performance is
not necessarily indicative of future results, and the results presented in this communication are NOT TYPICAL. Actual results will vary widely given a
variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. Investing in securities is
speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment.

RAGINGBULL IS NOT AN INVESTMENT ADVISOR OR REGISTERED BROKER. Neither RagingBull nor any of its owners or employees is registered
as a securities broker-dealer, broker, investment advisor (IA), or IA representative with the U.S. Securities and Exchange Commission, any state
securities regulatory authority, or any self-regulatory organization.

WE MAY HOLD SECURITIES DISCUSSED. RagingBull has not been paid directly or indirectly by the issuer of any security mentioned in the Services.
However, Ragingbull.com, LLC, its owners, and its employees may purchase, sell, or hold long or short positions in securities of the companies
mentioned in this communication.

Attachment J                          **PX 13, 872**

Attachment J

**PX 13, 873**

# ATTACHMENT K

PX 13, 874

 **Gmail**

jyothish kaimal ███████████

## { Urgent } Account Review Pending
1 message

**Raging Bull Insider** <insider@ragingbullinsider.com>                    1 July 2020 at 12:39
Reply-To: Raging Bull Insider <insider@ragingbullinsider.com>
To: ███████████



Dear Insider—Jeff Bishop here.

Before I talk to you about how to receive a complimentary account review, I'd like to take a moment to tell you what's at stake.

Today marks the first day of Q3, and the start of the second half of 2020.

If it's anything like we've experienced thus far, expect a wild and bumpy ride.

Now, it doesn't mean it can't be profitable.

Kyle Dennis closed the first half up more than $2.3M in realized gains. Jason Bond,  finished last month on fire…he knocked down six-figures in trading profits from playing options and momentum stocks.

Attachment K                          **PX 13, 875**



Ben Sturgill had stretches without suffering a losing trade…



And Jeff Williams proved you don't need a lot of money to get started. He started his *Weekend Wiretaps* account with about $4K in June and nearly turned it into $20K.

Attachment K                              **PX 13, 876**



There is no doubt in my mind that RagingBull has the best trading instructors and educators on the planet.

We have so much confidence in what we teach, we utilize the same strategies and techniques with our own capital—**to show you how it works.**

However, I know that not every service or strategy is going to click with you.

That's why I want to take this time and extend an invitation for an account review.

As a *RagingBull Insider*, you're given an account representative. Their job is to ensure you're getting the most out of your subscriptions.

Whether that's navigating you through how to get your email and text alerts set up properly. As well as, give you best-practice advice on how others in our community are thriving from utilizing our tools.

**But that's not all…**

As a *RagingBull Insider*, you have existing credits with us—
which can be applied to our bundled services...one you won't see
advertised on any of our websites.

Services like:

- **Jason Bond All-Access:** It encompasses every service
  Jason offers at RagingBull. If a new Jason service is created,
  it's included in *JB All-Access*. Including: *Jason Bond
  Unchained, Monday Movers, Weekly Windfalls*

- **Kyle's Bundle:** It includes every service Kyle Dennis offers
  at RagingBull...present, and future. Including: *Mortal Lock,
  Trade With Kyle, Sniper Report, Dollar Ace, and Fast 5
  Trades.*

- **Apex Alliance:** If you are an options junkie, then the *Apex
  Alliance* might be exactly what you need. It includes every
  options service offered at RagingBull: *Weekly Windfalls,
  Dollar Ace, Bullseye Trades, Total Alpha, Weekly Money
  Multiplier, LottoX, Daily Deposits, Shadowtrader,
  Options Profit Planner, Mortal Lock and High Octane
  Options.*

- **Equity Masters Club:** Love trading stocks? This is the
  service for you then. It includes all of our top-performing
  stock trading education services. Including: *Trade With
  Kyle, Jason Bond Unchained, Monday Movers, Profit
  Prism, Sniper Report, and Jeff Bishop's Family Portfolio
  Accelerator.*

Attachment K

**PX 13, 878**

- **RagingBull Elite:** It covers ALL of the services RagingBull offers. It also comes with its own chat room where RagingBull pros pop in, on occasion, and conduct training sessions. The *Elite Chat* hosted by Hitha Herzog has brought guests like John McAfee, NKLA CEO Trevor Milton, Sorrento CEO Henry Ji, and Basketball HoF and VC David Robinson.

If you have one or more of the services mentioned above, you have unused credits.

You can apply those credits to any of our premium packages.

Today is the day to get all your ducks in a row.

Call our VIP Concierge Team at **833-498-5427**

One phone call could set you up for success in the second half.

It can also save you thousands of dollars too.

Call **833-498-5427**

And a team member will walk you through your options.

Don't let this opportunity slip.

Call **833-498-5427**

**Jeff Bishop**

Attachment K                                           **PX 13, 879**

*Kyle Dennis Debuts **MOBILE CLOSER**...1 Trade on 1 Ticker at 1 Specific Time Per Day*
**FREE SIGN UP HERE!**

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from insider@ragingbullinsider.com
Unsubscribe from all RagingBull emails

**DISCLAIMER**: To more fully understand any Ragingbull.com, LLC ("RagingBull") subscription, website,application or other service ("Services"), please review our full disclaimer located at https://ragingbull.com/disclaimer.

**FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE.** AnyRagingBull Service offered is for educational and informational purposes only and **should NOT beconstrued as a securities-related offer or solicitation, or be relied upon as personalizedinvestment advice.** RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision.

**RESULTS PRESENTED NOT TYPICAL OR VERIFIED.** RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of the persons voluntarily providing the testimonial. **However, subscribers' trading results have NOT been tracked or verified** and past performance is not necessarily indicative of future results, **and the results presented in this communication are NOT TYPICAL.** Actual results will vary widely given a variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. **Investing in securities is speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment.**

**RAGINGBULL IS NOT AN INVESTMENT ADVISOR OR REGISTERED BROKER.** Neither RagingBull nor any of its owners or employees is registered as a securities broker-dealer, broker, investment advisor(IA), or IA representative with the U.S. Securities and Exchange Commission, any state securitiesregulatory authority, or any self-regulatory organization.

**WE MAY HOLD SECURITIES DISCUSSED.** RagingBull has not been paid directly or indirectly by the issuer of any security mentioned in the Services. However, Ragingbull.com, LLC, its owners, and itsemployees may purchase, sell, or hold long or short positions in securities of the companies mentioned inthis communication.

Attachment K

**PX 13, 880**

# ATTACHMENT L

PX 13, 881



jyothish kaimal ███████████████

---

## [Dollar Ace] Re: Contact Form: Jyothish Kaimal - billing
1 message

---

**Ali (Dollar Ace)** <support@dollarace.zendesk.com>                              8 July 2020 at 13:57
Reply-To: Dollar Ace <support+id805194@dollarace.zendesk.com>
To: Jyothish Kaimal ███████████████

##- Please type your reply above this line -##

Your request (805194) has been solved. To reopen this request, reply to this email. See the latest comments below:



Ali (Dollar Ace)

Jul 8, 2020, 1:57 PM EDT

Hey there Jyothish,

Thank you for reaching out and allowing me to help you today. We are sad to hear that you are not able to utilize Dollar Ace in the way it was intended and that you are not seeing the results you imagined. As far as cancellations and refunds we do not handle this via email for your personal account security, so I am going to point you in the right direction.

For our services, it outlines the terms and conditions before you purchase them. Because members immediately benefit from the knowledge of the stats, analytics or from RagingBull, we do not give refunds.

You bought this service for a reason, whether that was to learn the stock market from a beginners standpoint, have been trading on your own with some success and need some help on new strategies, focus on retirement or supplementing your income– RagingBull is here to help guide you in the right direction towards those life alerting goals.

If you'd like to reach out your nearest convenience, we are in the office Monday through Friday 9:00 AM to 5:00 PM EST and are more than happy to help you with this refund request.

Just as a heads up. We do experience a heavy amount of call volume and our lines can be busy. If you are not able to reach us. *Please leave us a detailed Voicemail containing your name, email on file and best time for us to contact you.* and we will get back to you within 24 hours.

All the best,

Ali
VIP Client Services
(833) 265-1270
https://ragingbull.com
https://ragingbull.com/our-experts
https://www.linkedin.com/company/ragingbull
https://www.facebook.com/RagingBullTrading

 **Jyothish Kaimal**
Jul 7, 2020, 11:46 AM EDT

Dollar Ace service really sucks and lost money following his recommendations. So I dont want to continue with this service. Please cancel and REFUND in full ASAP!

Thanks,
Jyothish

]

Thank You for Contacting Support.

[KZK96X-QD06]

Attachment L                          **PX 13, 883**

# ATTACHMENT M

PX 13, 884

 **Gmail**                                                      jyothish kaimal █████████████

---

## [Bullseye Trading] Re: Contact Form: Jyothish Chandrasekhara Kaimal - alerts_issue

5 messages

---

**John (Bulls Eye Trading)** <support@bullseyetrading.zendesk.com>            15 July 2020 at 14:25
Reply-To: Bulls Eye Trading <support+id807411@bullseyetrading.zendesk.com>
To: Jyothish Kaimal ████████████████

##- Please type your reply above this line -##

Your request (807411) has been updated. To add additional comments, reply to this email.

---

 **John** (Bullseye Trading)
Jul 15, 2020, 2:25 PM EDT

Request #806040 "Contact Form: Jyothish Chandra..." was closed and merged into this
request. Last comment in request #806040:

I am not seeing bullpen chats coming in. Please resolve the issue.

---

 **Jyothish Kaimal**
Jul 9, 2020, 2:34 PM EDT

Why Am I banned from bullpen chat?? please grant access back!

---

Thank You for Contacting Support.

[22X8P5-94LW]

---

**John (Bulls Eye Trading)** <support@bullseyetrading.zendesk.com>            15 July 2020 at 14:27
Reply-To: Bulls Eye Trading <support+id807411@bullseyetrading.zendesk.com>
To: Jyothish Kaimal ████████████████

##- Please type your reply above this line -##

Your request (807411) has been solved. To reopen this request, reply to this email. See the latest comments below:

---

 **John** (Bullseye Trading)
Jul 15, 2020, 2:27 PM EDT

Hello Jyotish,

Thank you for reaching out. Are you still having issues. I was able to access your account and the Bullpen Chatroom was immediately accessible. Please contact me if you're still having access problems.

Best of luck!


John
VIP Client Services
(833) 265-1270
https://ragingbull.com
https://ragingbull.com/our-experts
https://www.linkedin.com/company/ragingbull
https://www.facebook.com/RagingBullTrading

---



**John** (Bullseye Trading)
Jul 15, 2020, 2:25 PM EDT

Request #806040 "Contact Form: Jyothish Chandra..." was closed and merged into this request. Last comment in request #806040:

I am not seeing bullpen chats coming in. Please resolve the issue.

---



**Jyothish Kaimal**
Jul 9, 2020, 2:34 PM EDT

Why Am I banned from bullpen chat?? please grant access back!

]

---

Thank You for Contacting Support.

[22X8P5-94LW]

---

**jyothish kaimal** ▮▮▮▮▮▮▮▮▮▮▮▮▮                                    16 July 2020 at 14:37
To: Bulls Eye Trading <support+id807411@bullseyetrading.zendesk.com>

I'm still having issues!! Chat is not accessible. I am able to connect to the chat room, not able to send messages and Not seeing any messages!!
[Quoted text hidden]

Attachment M                              **PX 13, 886**

**jyothish kaimal** ███████████████                                    20 July 2020 at 13:57
To: Bulls Eye Trading <support+id807411@bullseyetrading.zendesk.com>

Do you have an update on this??
[Quoted text hidden]

---

**jyothish kaimal** ███████████████                                    23 July 2020 at 09:07
To: Bulls Eye Trading <support+id807411@bullseyetrading.zendesk.com>

Any update on this?
[Quoted text hidden]

Attachment M

**PX 13, 887**

**ATTACHMENT N**

PX 13, 888

 jyothish kaimal ███████████████

---

## Dollar Ace: Scanner is Down
1 message

---

**Kyle Dennis** <kyle@biotechbreakouts.com>                                13 August 2020 at 10:42
Reply-To: kyle@biotechbreakouts.com
To: ████████████████



Good morning gang,

Unfortunately today, the scanner is down.

**The service that supplies the data is offline, so there's nothing I can do. Just waiting until they get it back up.**

Pretty quiet day overall anyways, so grab some fresh air!

Cheers,

*Kyle Dennis*

Kyle Dennis
TheDollarAce.com

## **More from Kyle Dennis**



## Dollar Ace Trade Alert Videos

Attachment N                      **PX 13, 889**

Review Every Relevant Trade Detail With These Dollar Ace Video Alerts

## Dollar Ace Training Videos

"INSIDER INFORMATION" REVEALS $1 OPTION CONTRACTS THAT CAN SET YOU UP FOR MONUMENTAL GAINS



### RagingBull, LLC

62 Calef Hwy. #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Dollar Ace

Questions or concerns about our products?
Call or text us on your mobile: 833-265-1270

© Copyright 2020, RagingBull

DISCLAIMER: To more fully understand any Ragingbull.com, LLC ("RagingBull") subscription, website, application or other service ("Services"), please review our full disclaimer located at https://ragingbull.com/ disclaimer.

FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE. Any RagingBull Service offered is for educational and informational purposes only and should NOT be construed as a securities-related offer or solicitation, or be relied upon as personalized investment advice. RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision.

RESULTS PRESENTED NOT TYPICAL OR VERIFIED. RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of the persons voluntarily providing the testimonial. However, subscribers' trading results have NOT been tracked or verified and past performance is not necessarily indicative of future results, and the results presented in this communication are NOT TYPICAL. Actual results will vary widely given a variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. Investing in securities is speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment.

Attachment N

**PX 13, 890**

**RAGINGBULL IS NOT AN INVESTMENT ADVISOR OR REGISTERED BROKER.** Neither RagingBull nor any of its owners or employees is registered as a securities broker-dealer, broker, investment advisor (IA), or IA representative with the U.S. Securities and Exchange Commission, any state securities regulatory authority, or any self-regulatory organization.

**WE MAY HOLD SECURITIES DISCUSSED.** RagingBull has not been paid directly or indirectly by the issuer of any security mentioned in the Services. However, Ragingbull.com, LLC, its owners, and its employees may purchase, sell, or hold long or short positions in securities of the companies mentioned in this communication.

Attachment N

**PX 13, 891**

# ATTACHMENT O

PX 13, 892



**PX 13, 893**

# ATTACHMENT P

PX 13, 894

 jyothish kaimal ██████████

---

## $1000 into $99,000…
1 message

---

**Kyle Dennis** <kyle@biotechbreakouts.com>                          15 July 2020 at 18:10
Reply-To: Kyle Dennis <kyle@biotechbreakouts.com>
To: ██████████



This was INSANE.

I watched this message come in during yesterday's live training.

Jul 14, 1:18 PM

daniel han: Kyle, **You've helped me turn $1,000 in March into $99,000 as of today.** The price for
your program is a no brainer and pennies on the dollar. I'm in lifetime. Thanks man!*

My goodness.

I don't even know what else to say here other than that I'm extremely proud to be a part of Daniel's
success.

[That's my goal for all my members.](#)

Those are some outsized gains, and to be honest, that doesn't happen too often.

But what I can tell you is this.

[I will over-deliver for members every single day.](#)

I will put my money where my mouth is. **Yes, I put my real money into the trades I alert.**

If you can talk the talk...you better be able to walk the walk!

So believe me when I say that every day, [I'm doing everything I can to find my favorite trade ideas.](#)

After all, do you think I'm in the business of losing money?

**HECK NO!**

My goal has and always will be to [teach others the method I have had success with.](#)

Attachment P                                      **PX 13, 895**

I've been doing this for years and intend to do this for decades to come.

I have members that have been with me since DAY 1!

That's why you can join my service at $799 for the year or get lifetime access for $1497.

**That's just one payment of $1497 and then $1 per year to keep your subscription active.**

Choose quickly!

This deal expires soon.

*Kyle Dennis*

**Kyle Dennis**

*\*RagingBull does NOT track or verify subscribers' individual trading results and these individual experiences should NOT be understood as typical or representative. Please see out testimonials disclaimer here: https://ragingbull.com/disclaimer*

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from kyle@biotechbreakouts.com
Unsubscribe from all RagingBull emails

---

**DISCLAIMER**: To more fully understand any Ragingbull.com, LLC ("RagingBull") subscription, website,application or other service ("Services"), please review our full disclaimer located at https://ragingbull.com/disclaimer.

**FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE.** AnyRagingBull Service offered is for educational and informational purposes only and **should NOT beconstrued as a securities-related offer or solicitation, or be relied upon as personalizedinvestment advice.** RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision.

**RESULTS PRESENTED NOT TYPICAL OR VERIFIED.** RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of the persons voluntarily providing the testimonial. **However, subscribers' trading results have NOT been tracked or verified** and past performance is not necessarily indicative of future results, **and the results presented in this communication are NOT TYPICAL.** Actual results will vary widely given a variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. **Investing in securities is speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment.**

**RAGINGBULL IS NOT AN INVESTMENT ADVISOR OR REGISTERED BROKER.** Neither RagingBull nor any of its owners or employees is registered as a securities broker-dealer, broker, investment advisor(IA), or IA representative with the U.S. Securities and Exchange Commission, any state securitiesregulatory authority, or any self-regulatory organization.

**WE MAY HOLD SECURITIES DISCUSSED.** RagingBull has not been paid directly or indirectly by the issuer of any security mentioned in the

Attachment P                                                                **PX 13, 896**

Gmail - $1000 into $99,000…

Services. However, Ragingbull.com, LLC, its owners, and itsemployees may purchase, sell, or hold long or short positions in securities of the companies mentioned inthis communication.

If you have a current active subscription with Trade with Kyle you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at App.RagingBull.com.

Attachment P

**PX 13, 897**

# ATTACHMENT Q

PX 13, 898

8/24/2020                                     Gmail - Millionaire Trader's View of Current Markets

 Gmail                                                           jyothish kaimal ████████████

---

## Millionaire Trader's View of Current Markets
1 message

---

**Jeff Bishop** <support@ragingbull.com>                                   15 July 2020 at 13:31
To: ████████████



Hello Jyothish,

Let's talk about the State of the Market.

No one better to hear from… than someone who has cashed in over $2.4 MILLION dollars so far this year.

Yeah, in just 6 ½ months.

Kyle Dennis has been a trading protege for 7+ years, but 2020 has been his best year yet.

How?

2 main reasons.

1) The catalyst system Kyle detailed in yesterday's live session. *If you missed the event, click here now before this video expires tonight at midnight.*

This has become his bread and butter strategy.

It keeps him grounded. He doesn't chase moves, he plays into upcoming events and never gets greedy.

Just looking for 20-40% moves in about a week or two.

The second factor has to do with the state of the market.

Attachment Q                        **PX 13, 899**

2) We are seeing an unprecedented influx of new traders.

If you're one of them, don't take this personally, but after being in the market for awhile now, we're not just newbies on the block like the rest of this "fresh meat"...

And **fresh meat = uneducated money.**

People playing purely off of hype and emotion driving these stocks FAR HIGHER than their value.

In fact, it's made executing the Trade With Kyle strategy even easier.

Trade with Kyle takes advantage of hype. He's looking for stocks running up ahead of news reports, data releases, earnings, etc…

Now we have tens of thousands of other traders piling in on that hype.

It's like pouring gasoline on a fire.

And the combination of these two factors… has exploded Kyle's trading.

Not to mention thousands of paying clients learning his strategy...

Imagine being a professional baseball player and next week, your opponent is a JV Baseball team.

That's exactly what it's like for experienced traders right now!

If you don't feel this way…

It's not too late…

Kyle wants to teach you how he's doing this, and how you can too.

He detailed it all yesterday in his live session.

He's released a limited time replay… click here to watch it in full.

If you don't have time for that…

1. Check your priorities
2. Skip ahead to 31:18

Attachment Q                    **PX 13, 900**

Don't waste any time.

This is what you're missing.

Expires tonight!

*Jeff Bishop*

**Jeff Bishop**

Click here to stop receiving exclusive emails from Bullseye Trades VIP newsletter

DISCLAIMER: To more fully understand any Ragingbull.com, LLC ("RagingBull") subscription, website, application or other service ("Services"), please review our full disclaimer located at https://ragingbull.com/disclaimer. FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE. Any RagingBull Service offered is for educational and informational purposes only and should NOT be construed as a securities-related offer or solicitation, or be relied upon as personalized investment advice. RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision. RESULTS PRESENTED NOT TYPICAL OR VERIFIED. RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of the persons voluntarily providing the testimonial. However, subscribers' trading results have NOT been tracked or verified and past performance is not necessarily indicative of future results, and the results presented in this communication are NOT TYPICAL. Actual results will vary widely given a variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. Investing in securities is speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment. RAGINGBULL IS NOT AN INVESTMENT ADVISOR OR REGISTERED BROKER. Neither RagingBull nor any of its owners or employees is registered as a securities broker-dealer, broker, investment advisor (IA), or IA representative with the U.S. Securities and Exchange Commission, any state securities regulatory authority, or any self-regulatory organization. WE MAY HOLD SECURITIES DISCUSSED. RagingBull has not been paid directly or indirectly by the issuer of any security mentioned in the Services. However, Ragingbull.com, LLC, its owners, and its employees may purchase, sell, or hold long or short positions in securities of the companies mentioned in this communication.

Click Here

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Attachment Q

**PX 13, 901**

Attachment Q                **PX 13, 902**

# ATTACHMENT R

PX 13, 903

 Gmail                                                 jyothish kaimal ██████████████

## 400% growth for my new investment! (Join)
1 message

**Jeff Bishop** <support@ragingbull.com>                                    16 July 2020 at 09:32
To: ████████████



There is an untapped fortune buried in the world of social media.

And **I have a strategy for mining that gold.**



It's not wildly complex. **In fact, you can even join me.**

But here's the thing you *MUST* first understand—

(The crippling weakness that all these social media giants share)

Every social media platform… And just as many tech companies, for that matter… make their money the same way:

Ads

Attachment R                        **PX 13, 904**

8/24/2020                          Gmail - 400% growth for my new investment! (Join)

Ads.

Lots. And lots. Of ads.

Ads made Facebook into a $674 BILLION company.

Ads made Instagram, its subsidiary, a $100 BILLION company.

Ads made Twitter and Snapchat each worth about $8 BILLION.

And ads are one of the key factors that drove Alphabet's value to over $1 TRILLION.

But here's the crazy thing…

None of these platforms have been able to successfully monetize the most valuable part of their networks:

*I'm talkin' about the people!*

Sure, brands have been able to use social media to advertise very successfully.

But it's **the 3+ million social media influencers** out there who really hold sway.

And the platforms have never figured out how to turn these influencers into real money-making machines for the companies spending ad dollars.

That is, until now.

Behind the scenes, companies have been working for years to crack this nut.

**And I believe I just found the one that has done it.**

*I believe this so strongly, in fact, that I just invested $50,000 into them!*

Not only did I gobble up some of their equity, I also handed them a fat ad budget on behalf of RagingBull.

**I'm a part-owner of this rapidly growing company, and I want to make this opportunity available to you, too.**

Attachment R                    **PX 13, 905**

It takes more than just an exciting ad platform to get me to invest.

This company has a lot more going for it:

For one thing, **they've seen 400% revenue growth from Q1 to Q2 of 2020.**

That's what we in the biz call "a hockey stick".

For another, t**hey've seen 1000% user growth, which could be even more important.**

This revenue growth isn't being driven by one big account (like us, lol).

**Most importantly, they have a true winner at the helm.**

This Founder has 2x startup exits under his belt already.



Attachment R

**PX 13, 906**

Honestly, I'm highly skeptical of AdTech companies. *I was ready to give him the ax before we even went into the pitch…*

But he made ME a believer (a $50K believer!), and that means he's got what it takes.

Here's the the best part of all:

THIS IS A STARTUP.

That means you're not investing in a stock like FB, GOOG, or SNAP.

The profits have been pulled out of those companies already.

**A few thousand, even a few hundred invested** in this particular startup could multiply into a VERY hefty chunk of change in the case of a successful exit.

I always look for 10x returns when I invest in a startup, but in this case, I think there's the possibility for much, MUCH more.

I'm part of this startup's story--and it now has the full might of RagingBull at it's back as well.

**You can be part of our team with Boardroom Spotlight, which gives you all my investing information and reporting on this startup, including the Live Access Link.**

**That's all you need to invest (the actual investing process only takes about 3 minutes!)**

Boardroom Spotlight is your ticket to ride on this rocket.

I expect this round to fill very fast since it's a measly $1.07 Million…

**So I would strongly encourage you not to drag your feet.**

To our future IPO,

*Jeff Bishop*

Attachment R                    **PX 13, 907**

**Jeff Bishop**

Click here to stop receiving exclusive emails from Bullseye Trades
VIP newsletter

DISCLAIMER: To more fully understand any Ragingbull.com, LLC ("RagingBull") subscription, website, application or other service ("Services"), please review our full disclaimer located at https://ragingbull.com/disclaimer. FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE. Any RagingBull Service offered is for educational and informational purposes only and should NOT be construed as a securities-related offer or solicitation, or be relied upon as personalized investment advice. RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision. RESULTS PRESENTED NOT TYPICAL OR VERIFIED. RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of the persons voluntarily providing the testimonial. However, subscribers' trading results have NOT been tracked or verified and past performance is not necessarily indicative of future results, and the results presented in this communication are NOT TYPICAL. Actual results will vary widely given a variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. Investing in securities is speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment. RAGINGBULL IS NOT AN INVESTMENT ADVISOR OR REGISTERED BROKER. Neither RagingBull nor any of its owners or employees is registered as a securities broker-dealer, broker, investment advisor (IA), or IA representative with the U.S. Securities and Exchange Commission, any state securities regulatory authority, or any self-regulatory organization. WE MAY HOLD SECURITIES DISCUSSED. RagingBull has not been paid directly or indirectly by the issuer of any security mentioned in the Services. However, Ragingbull.com, LLC, its owners, and its employees may purchase, sell, or hold long or short positions in securities of the companies mentioned in this communication.

Click Here

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Attachment R                              **PX 13, 908**