**DECLARATION OF MARIE CAROLINE ROY**
**PURSUANT TO 28 U.S.C. § 1746**

My name is Marie Caroline Roy, and I am over 18 years old.  I have personal knowledge of the facts stated below.  If called as a witness, I could and would testify as follows:

1.  I currently reside in New Jersey and provide care for my parents who are in their late 80's and early 90's.  In 2010, I was involved in a car accident caused by a drunk driver that left me physically disabled.  Before the accident, I worked as a substitute teacher, worked in retail, and ran a cleaning business on weekends.  Since the accident, I have found it difficult to work a full time job.

2.  I started trading stocks on my own in 2016 as a way to generate income while at home.  When I started, I was mostly trading stocks like Apple or Amazon and had no experience trading options.  I put about $150,000 of the settlement money I received from my personal injury lawsuit into my brokerage accounts.  I made about $15,000 in profits in my first year of trading, before I started following Jason Bond or others at Raging Bull.

3.  In 2016, I ran some searches on the internet to get more information about stock trading and came across a free webinar offered by Jason Bond.  Bond claimed to be an expert in trading stocks.  I was interested in these do-it-yourself type programs because I wanted to learn for myself how to become a better stock trader.  Jason Bond said his program would teach me the rules of trading.  I watched the free webinar, which I remember was showing me how average people were making a lot of money from stock trading through his program.  I gave them my email information to register for the free webinar, which is when I started receiving a lot of marketing emails from Jason Bond.

4.  After the webinar, I received an email from Jason Bond stating that there were "Over 1,000 atendees [sic] for the 45 minute lesson."  He offered me "1 month trial to my

**PX 14, 909**

service for $79.  You can study all of my video lesson during the 1 month."  Bond said:  "Now I can't guarantee profits, it's illegal to do so.  And it's unethical too.  I don't need the sale that much to be dishonest.  But I do GUARANTEE I'll teach you, to the best of my ability, how tonight's lesson is directly related to how I've made and will continue to make big profits trading momentum stocks with very little risk … maybe you'll be my next client to take $1,500 and turn it into well over $1 million in just 2 years."   Attached as **Attachment A** is a true and correct copy of this email.

5.      Soon after the free webinar, I started receiving more marketing emails from Jason Bond.  On July 22, 2016, I received an email advertising their Millionaire Roadmap service, which would include Jason Bond's "Day & Swing Trading" service, "Long-Term Trading" service, "Mastermind" webinars from Kyle Dennis, and "Top Stock Picks" newsletter from Jeff Bishop, which they said was a limited time offer.  The email said to click a link to "join my top level of service and supercharge your trading."  Attached as **Attachment B** is a true and correct copy of this email.

6.      On or about December 22, 2016, I received another email from Jason Bond Picks announcing a free webinar about Kyle Dennis' services.  In the email, Dennis said he would "teach you how to find catalyst events in every sector and how you can use them to profit with less risk" and "combine charts and catalysts to perfect your entry and exit points."  Dennis' email said his favorite sector to trade in was biotechnology.  The products that Kyle Dennis was promoting were "Catalyst Swing Trading," "Biotech Investor" and "Biotech Nucleus."  I responded to the email to let them know I was interested.  Attached as **Attachment C** is a true and correct copy of this email.

PX 14, 910

7.      On or about January 24, 2017, I received an email from Jason Bond Picks announcing a free webinar featuring Petra Hess.  The email said Petra Hess "has made nearly $1,000,000 using my strategy since joining Jason Bond Picks."  The email contained a link to learn more about Petra's program or lessons.  Attached as **Attachment D** is a true and correct copy of this email.

8.      On January 27, 2017, I received another email from Jason Bond Picks announcing a "final call" sale on subscriptions to Jason Bond Picks and Kyle Dennis' Biotech Breakouts.  In the email, Bond claimed:  "This is your last chance to lock in these great savings and start hitting winners with us each week.  Both Kyle (BioTechBreakouts.com) and I are up 30% already in 2017.  That's $27,000 for Kyle and $31,000 for me in 2017.  Our fee is a measly $299 quarterly.  We're both on pace to make $90,000 quarterly.  Pretty much the same as I averaged per month in 2016, turning $100,000 into $430,000.  And Kyle has turned $15,000 into well over $2,000,000 and he's only 26…."  Attached as **Attachment E** is a true and correct copy of this email.

9.      I continued receiving similar emails from Jason Bond and Raging Bull advertising their stock trading service.  On March 1, 2017, Jason Bond said he was live streaming his E*Trade account so that his clients can see what stocks he was trading and when.  Bond claimed that his "top student," Kyle Dennis, was also live streaming his Fidelity account to those that paid for the Nucleus service.  Bond said that he and Kyle were being "fully transparent" by allowing people to watch their trades.  Bond also sent a link to an article from The Huffington Post and claimed that they published a story about how Bond helped Dennis "improve his trading and now he's passing that along to others."  Attached as **Attachment F** is a true and correct copy of this email.

PX 14, 911

10.     After seeing these marketing emails, I decided to try out Jason Bond Picks and paid the quarterly subscription fee of $298 in June 2017.  I liked the idea that I could learn how to trade at my own pace and receive trade alerts or recommendations from successful traders like Jason Bond.  On June 30, 2017, I received an email from Jason Bond Picks telling me my account was now activated.  The email instructed me to go to the member portal and start watching videos under "Swing Trading > Penny Stock 101," then "Education > How To Trade Like A Pro," "all of the videos under Patterns," Swing Trade Scanning Made Simple under Scanning," "Level II Tutorial under Indicators," and "Pay Yourself under Strategy."  Attached as **Attachment G** is a true and correct copy of this email.

11.     In the email, Jason Bond also claimed that his service would provide "Swing Trading Alerts," which he said was his "flagship service and core strategy in which you'll receive up to 10 swing trade alerts per week by text and email in real-time."  Bond claimed that "all of the alerts come from my daily watch list" which goes out the night before or the morning of.  According to Bond, the "goal" of the trading alerts "is to provide working professionals with an active swing trading strategy designed to produce profits year in and year out simply trading up to 10 times per week with 1-4 day hold times."  Bond also said that he specializes in "liquid nano, micro and small cap stocks i.e. anything under a market cap of $2 billion, a price between $.01 and $10 with a Beta of 1 or higher," with a profit goal of "5-20% on a swing trade, rinse and repeat."  Bond also promised "Long-Term Trading Alerts," which are trades he would hold onto from "weeks to months" and where he is "looking for profits exceeding 20%."

12.     I took the time to watch all of the training videos that Raging Bull provided, including the ones that came with Jason Bond Picks, like Penny Stock 101 and How To Trade Like a Pro.

PX 14, 912

13.     In July 2017, I started getting more emails from Kyle Dennis and his newsletter Biotech Breakouts.  On July 4, 2017 and July 5, 2017, Kyle laid out some of the top reasons why people should trade biotech stocks.  His email said:

> **REASON # 10**
> **Outperformance** – The Biotech index (IBB) has easily outperformed the S&P index by about a 2 to 1 margin since 2011.
>
> **REASON #9**
> **Information Arbitrage** – Since many of these Biotech companies are so small, a lot of them are still flying under the radar…. This gives individual investors like you and me an edge when it comes to research.  Additionally, many of these companies are too small for bigger institutions and hedge funds to invest in.  This gives parttime and fulltime retail investors an added advantage.
>
> **REASON #8**
> **Small Cap** – Most Biotech companies are valued at under $1 billion, which means any positive catalysts or news about the company can be very important. Also, the share structures of these companies, and the relatively low number of outstanding shares, make it possible for traders to take advantage of extended moves and short squeezes.
>
> **REASON #7**
> **Partnerships** - Big pharmaceutical companies have been partnering with smaller Biotech companies helping them to further develop their pipeline of drugs. Sometimes, these small companies can develop a new drug without using much of their own money. This means a new drug could potentially go through clinical trials with little dilution to shareholders.
>
> **REASON #6**
> **Drug exclusivity** - When a new drug gets approved by the FDA, the company is protected for a period of time in which a generic cannot be produced or sold to the general public. That gives the drug exclusivity and if this happens to be a new treatment, the company can sell the drug without any competition. This makes developing a drug a very profitable venture, once it gets approved.
>
> **REASON #5**
> **Breakthrough technology** - There is a continuous stream of new technology being developed by Biotech companies. Some of these new developments are giving us hope that [sic] will be able to better treat cancer, and even edit human genes.

Attached as **Attachment H** are true and correct copies of these emails.

**PX 14, 913**

14.     Kyle Dennis also sent out emails promoting his premium service called "Nucleus."  He said Nucleus offered educational videos, live screen share showing his trades, daily watch lists of "tomorrow's big movers," and full access to his Biotech Break Services. Dennis also said Nucleus delivered consistent profits:  "Members of the Nucleus are proven to have more consistent and profitable trades.  This program is designed to help members make profits now as well as into their future.  It gives you the training and confidence to place your own trades on a daily basis."  Attached as **Attachment I** is a true and correct copy of this email.

15.     After seeing these emails, I became very interested in trading biotech stocks.  I was not ready to pay over $1,000 for Nucleus.  I decided to try out a cheaper subscription service that Dennis was selling at the time called FDA Insider Alert, which would send me alerts about the biotech stocks that Dennis would be watching and trading.

16.     On August 25, 2017, I signed up for a 1-month trial offer of FDA Insider and paid $1.  In the welcome email for FDA Insider Alerts, Kyle stated:  "This is my most popular and most active service, in which you'll receive 2 – 3 FDA insider alerts per week by email and text in real-time.  You will also receive my due diligence and reason for buying the stock.  In a typical market, my goal is to hold these trades between 1 – 4 weeks.  Sometimes I will also provide shorter term opportunities for holds between 1-3 days.  Most of these stocks will be small cap companies, with market caps under $2 billion.  I will typically be looking for profits in the 20-30% range, but sometimes I will be looking to capture 50% or more depending on the situation…."  Attached as **Attachment J** is a true and correct copy of this email.

17.     I watched the training videos and studied the materials that Bond and Dennis provided with their services.  I also tried my best to follow the trade alerts that were coming from

PX 14, 914

Jason Bond Picks and FDA Insider. The alerts did not explain why they were making the trades or how long we should hold onto the stocks.

18. Jason Bond often alerted me by email to a trade he just made, telling me he just bought a hot stock at some price and that it was still going up, but did not say much else about the stock or why he thought the stock price would keep rising. He would point to technical charts to tell me that the stock price was going to go up, but generally provided little explanation.

19. For example, on September 21, 2017, Bond sent an email saying he bought 3,000 more shares of ADOM at $7.58 and said "don't be shocked if it hits $9 soon." He also copied and pasted a technical chart of ADOM with arrows pointing up and said "See what I see?" He gave no information about when I should buy or sell the stock in order to make any profits. Jason's email does not explain why he thinks the stock will continue to climb. Attached as **Attachment K** is a true and correct copy of this September 21, 2017 email.

20. There were a few times when Jason Bond said he lost money on a specific trade, but then he did not explain why his strategy did not work or give us any useful tips to avoid making the same mistake in the future. Instead, Bond talked about how his other trades were doing and more than making up for his losses.

21. On September 19, 2017, Bond emailed and said that he was about to lose nearly $200,000 from trading IWM option puts and calls in 2017. Bond asked in the email "[w]hat can we learn from this?" which he answered with "predicting the direction of the market in a specified time is really hard, period" and that "I must have a kick ass small cap swing & long-term strategy if three quarters of the way through 2017 I'm still up +100% +$100,000 despite nearly $200,000 in losses from the IWM." Bond said in this email that he knew that trading IWM options was risky but that he decided to trade them anyways because of the "lure of a big

**PX 14, 915**

win." Bond then said Jeff Bishop "has a doctorate level education in options, does an amazing job of teaching and alerting them in the Millionaire Roadmap, mostly selling premiums and spread trading, which he believes is the only way to win trading options, so we have that base covered and covered well. I encourage you to look to him." Attached as **Attachment L** is a true and correct copy of this email from September 19, 2017.

22.     Since I already reviewed the training videos and I was not making much money from his trade alerts, I decided to cancel my subscription to Jason Bond Picks.

23.     In late September 2017, Raging Bull charged me a quarterly subscription fee of $299 for FDA Insider Alerts. I wrote to Raging Bull to ask why they charged me another $299. They said I was charged because I did not cancel FDA Insider Alerts before my trial period ended and it was too late to avoid the charge.

24.     I was also experiencing the same issues with the FDA Insider trade alerts. Like Jason Bond Picks, I was not getting clear directions on when to buy and when to sell a stock in order to make a profit. One time, I had to respond to one of Dennis' trade alert emails and ask him for more information regarding his buy alert for CRTV and INO. Attached as **Attachment M** is a true and correct copy of this email from October 14, 2017.

25.     When I did trade some of the biotech stocks that Kyle put on the FDA Insider watchlist, I usually lost money. For example, Newlink Genetics (NLNK) is a stock that appeared on the FDA Insider watchlist in August and September 2017. On August 28, 2017, Kyle said his "Buy Zone" for this stock was "$6.30 to $6.60" and his "Profit Zone" was "$8.00 or higher." His email also said "Catalyst Dates:  Phase 1/2 data for AML, Phase 2 data for Glioblastoma, and Phase 2 data for Pancreatic cancer due in the second half of 2017." I wrote to Kyle to ask whether he sells the stock after he hit his profit goal. On September 12, 2017, Kyle responded

PX 14, 916

and said, "Yeah, usually if the stock hits my goal I'll at minimum sell half of my position.  A lot of times I'll let [sic] the other half to see if I can get more."  I bought this stock in August 2017 and again in September 2017 after seeing Kyle's response, and lost over $775 from these trades. Attached as **Attachment N** are true and correct copies of my email correspondence with Kyle.

26.     Throughout 2017, I continued to receive emails from Bond and Dennis encouraging me to upgrade to Raging Bull's premium services.  On December 11, 2017, Bond sent an email advertising his private mentorship training package called "Jason Bond Success Mentoring Program."  He said this program "can only allow a limited amount of people to participate and spaces are already filling up fast with my friends from my inner circle."  I felt at the time that I would benefit from closer mentoring to truly learn their trading strategies, so I asked about the cost.  Bond said, "Normally it's $9999 and valued at over $16000.  However, since you are a current client I'd be glad to offer it to you for $4999 annually."  Attached as **Attachment O** is a true and correct copy of this email.

27.     On December 19, 2017, Bond sent an email with the title "$5,000 into $25,000 blueprint."  In the email, Bond said "[s]tarting January 2nd, streaming live exclusively in his Nucleus room, [Kyle] will be teaching you how to grow a $5,000 account and turn it into $25,000….  He's going to show you how to methodically grow your account using his proven strategies every single day….  This is your once in a lifetime opportunity to trade side by side with a proven Million Dollar Trader … a guy who can consistently take a tiny amount of money and pull massive, I mean massive amounts out of the market."  Attached as **Attachment P** is a true and correct copy of this email.

28.     Kyle also sent an email around the same time promoting his Nucleus program and offering a 70% holiday discount.  He said he was going to show me how to grow $5000 into

PX 14, 917

$25,000 and then $25,000 into $1,000,000.  Kyle said, "I am showing you how to take a $5,000 account and turn it into $25,000 so you can start you [sic] own Million Dollar Mission!"  He said:  "[t]here is a pot of gold sitting right under your nose and you don't even know it…. You must be absolutely crazy if you don't want to pull money out of this scorching hot market every single day.  That's what my members and I are doing every single day.  Think.  Trade.  Profit."  Dennis said that his Nucleus members were making three times more money than he was making.  Attached as **Attachment Q** are true and correct copies of these emails.

29.     When he was not promoting his Nucleus program, Kyle Dennis sent emails promoting Jason Bond's Millionaire Roadmap service.  Kyle said that this was the "secret to making $800k from your office cubicle" and that Jason was "the roadmap to my success and he can do the same for you."  Attached as **Attachment R** is a true and correct copy of this email.

30.     On December 26, 2017, Jason Bond emailed to announce a holiday special discount of "70% OFF the Millionaire Roadmap … Absolute LOWEST PRICE Ever Offered!"  As added bonus, he was also throwing in "Petra Picks Platinum" and "Jeff Bishop's Top Stock Picks" for "FREE."  Bond hailed Bishop as an expert in options trading and claimed that his options alerts "continue to CRUSH it."  Bond claimed that Petra Hess "pulls a LOT of money, +$278,000 so far this year, out of the market," that "she can teach you how to do the same" and that "this is a service you can literally mirror very easily."  He said normally Petra's fee was $3,999 and Jeff's fee was $1,999.  On December 26, 2017, Bond also sent an email which said that Jeff Bishop had a new service called "Weekly Money Multiplier" and that they were releasing this service in Jason's Millionaire Roadmap.  Attached as **Attachment S** are true and correct copies of these emails.

PX 14, 918

31.     After seeing all these ads and hearing how Millionaire Roadmap was their premium service that would include access to all of these other subscriptions, I decided to sign up.  I also thought I was getting a lifetime access to Petra Picks service even if I paid just a 1-year subscription fee for Millionaire Roadmap.  I thought I was getting a deal since Raging Bull was charging about $999 a year for access to Petra Picks.  I gave Raging Bull my credit card information.  On December 28, 2017, Jason Bond Picks charged $2,999 on my card.

32.     Right after my purchase, Jason Bond sent me an email and required me to sign a "Mentor Contract Form" online to get started.  I signed their form electronically as they instructed.  I did not receive a signed copy of the contract at this time to keep for my files.  Attached as **Attachment T** are true and correct copies of the email and the form.

33.     Very soon after I signed up, I realized Millionaire Roadmap was more of the same as Jason Bond Picks and did not offer any private mentoring or tutoring.   Most of the training videos on trading stocks came from Jason Bond Picks, which I had already seen.  There were some videos about options trading that came with the Weekly Money Multiplier subscription, but I did not find much else in terms of training or teaching.  I also began noticing that Jason Bond started spending less time in the chatrooms so he became hard to reach when we had questions.

34.     I spoke to a Raging Bull representative on the phone in January or February of 2018.  I told the customer representative that I did not want to have my Millionaire Roadmap subscription renewed the following year and asked him to take me off auto-renew.  Since I now had a lifetime access to Petra Picks, I did not see any reason to keep the Millionaire Roadmap subscription.  I wanted to keep my access to Petra Picks because Petra was available in the chat rooms to answer our questions, and she did not use as much technical jargon and complicated

PX 14, 919

trading charts as Jason Bond. The phone representative told me that my Millionaire Roadmap subscription would not be renewed and that I would not be charged again.

35. Even after I signed up for Millionaire Roadmap, I continued to get emails from Raging Bull to buy services that I already had access to under my Millionaire Roadmap subscription. On December 29, 2017, I got an email from Petra Hess talking about how one member of her "platinum service" went from making $1000 a week to making over $3,000 in just one day. I asked Raging Bull to stop sending me these solicitation emails. Attached as **Attachment U** is a true and correct copy of this email.

36. On March 6, 2018, Jeff Bishop sent an email with the subject line "Double Your Account … Login Details!" The email said "Jeff Bishop shares his secrets … How his options strategy can double or triple your accounts in less than 7 days. It's here, it's easy to learn, and it's all yours." The email had a link to a free webinar. I found out that this was a solicitation to join Weekly Money Multiplier, which I already had access to. Attached as **Attachment V** is a true and correct copy of this email.

37. On March 12, 2018, I received an email from Jeff Bishop advertising his Weekly Money Multiplier service with an "early-bird pricing" of for $1499. In the email, Jeff Bishop said "[i]f you have a small account, you can grow it exponentially…. You can do it with little effort, and you can do it from any place in the world, with just the device in your hand." I asked why I was getting these solicitation emails since I was already registered for Millionaire Roadmap, which included the Weekly Money Multiplier. Crystal (a Raging Bull representative) said the email was "sent to all registrants for the Weekly Money Multiplier launch event." Attached as **Attachment W** is a true and correct copy of this email.

**PX 14, 920**

38.     Since I had access to Millionaire Roadmap for a year, I decided I should try to take advantage of the stocks and options picks that Raging Bull traders would be sending my way.  The Raging Bull traders whose stock picks I followed were Jason Bond, Petra Hess and a woman named Heather Cable who worked with Petra.

39.     In March 2018, Jason Bond sent several emails alerting us to his trade on the Zosano Pharma (ZSAN) stock.  On March 12, he said it "was good to see momentum return to small caps while I was away with bottle rockets like ZSAN, NETE and INNF delivering big returns fast.  I'll be looking to jump on those momentum stocks this week."  On March 13, he wrote "fibonacci retracement. bought 3k ZSAN at 17.20, goal is 20+."  On the morning of March 14, he wrote, "I must have forgotten to send the ZSAN sell yesterday but I took that off the table into the close -$2400 in the $16.60's.  ZSAN is still in play but momentum trades are usually same day for me and rebuy."  Less than an hour later, he wrote, "ZSAN – Fibonacci retracement play with good range to low $20's before the weekend.  Key is holding $15's and I think a move to $20's happens."  Later that same day, he wrote "Bought ZASAN 16.94, Fibonacci from watch list" and "[p]erfect setup for a $20's move into the weekend.  I'm playing the momentum here and looking for $20's today.  2K at $16.94 1/2 size."  On March 15, he wrote "Momo alert bought 3k ZSAN 16.31 goal 20ish with potential for b/o."  On the morning of Friday, March 16, he said, "So I'm up $15,000 on ZSAN this morning.  I think this runs above the recent high and gets to round number resistance of $30 today so I'm letting it ride for now."  Later the same day, just a few hours before the market close, Jason wrote "bought 2k ZSAN at 17.90. i think this gets above 19.50 and runs this afternoon."  The following Monday, March 19, Jason wrote:  "I cashed up Friday after a nice win on ZSAN and will be looking to put those funds to use into this dip."  I did not see any sell alert on March 16.  I tried to follow Jason's trade on ZSAN.  I bought ZSAN

on March 13 and sold off my entire position by March 19, and had a net loss of about $2,233.  I do not know if Jason Bond actually made money on this stock, and if he did, how he did it. Attached as **Attachment X** are true and correct copies of the trade alert emails for ZSAN in March 2018.

40.      Net Element Inc. (NETE) was another stock tip from Jason Bond around this time that I lost money on.  Jason sent a bunch of emails about how this stock was heating up in March 2018 and April 2018.  I lost about $461 chasing after profits on this stock at that time.  Attached as **Attachment Y** are true and correct copies of a few of the trade alert emails from Jason Bond for NETE.

41.      I also began trading options for the first time in 2018.  I had not ever traded options before so I told Raging Bull that I needed to learn options before I could start trading options.  Based on Raging Bull's promotional emails and webinars, I thought I would learn all I needed to know about options trading by watching Jeff Bishop's training videos.  But the videos left me with more questions than answers.  I also did not know where to go when I had questions after watching his training videos.  Bishop did not respond to my emails and I did not see him often in the chat rooms.  Attached as **Attachment Z** is a true and correct copy of my July 2018 email to Jeff Bishop where I tried to ask him questions.

42.      When trading options, I tried to buy the same options that Raging Bull traders like Jeff Bishop, Nathan Bear, Petra Hess and Heather Cable were buying or focusing on.  Raging Bull's website and emails introduced Nathan Bear as being one of Jason Bond's former students who made over a million dollars trading.  Nathan began sending around his trade alerts and links to his training videos on the Weekly Money Multiplier emails.

PX 14, 922

43.      Raging Bull also featured a trader named Pradeep.  He had a presentation on the Raging Bull newsletter called "Trading On Earnings with Pradeep."  In May 2018, we were invited to the Millionaire Roadmap chat room, where Pradeep was going to alert people about his trades.   I went to the chatroom on the scheduled day and even took copies of the chats from this session.  I followed several of the options trades that Pradeep alerted us to in this chatroom session (like HUYA, NTAP, NVDA) and lost money on those trades.  Attached as **Attachment AA** are true and correct copies of the May 2018 email from Jason Bond Picks about Pradeep's presentation and an excerpt from the May 2018 chat log where Pradeep gave his trade alerts.

44.      On August 17, 2018, Jeff Bishop sent a trade alert on a BIDU call option and said "I think the stock could make a turn here based on the hourly trendline reversal."  I bought a BIDU call option a few days later and lost $126 on this trade, not including the transaction fee. On October 4, 2018, Bishop said "I am really close to buying WWE calls and TLRY calls right here.  I think there will be some good buying opportunities in the next couple of days as stocks find a base from the selloff.  This is a needed and expected pullback today."  The next day, he emailed to tell us he bought a WWE call option ("WWE OCT 19 2018 90.0 call @ $2.80").  He said, "I have missed several opportunities to get into WWE on the climb higher over the last few weeks.  I am taking advantage of the dip right now and starting a new position on it.  I think there is a good chance this stock goes over $100 in the coming weeks…. Right now it is just above the 200-hourly trendline, which I think will be an initial support level for it to bounce off of.  If WWE closes below $87 I will stock out of this trade.  I will also look to add to this position around $2 if it gets there."   I purchased a WWE call option on October 5, 2018 and lost $55 on this trade, before including the transaction fee.  Attached as **Attachment BB** are true and

PX 14, 923

correct copies of a few of the trade alert emails from Jeff Bishop for BIDU and WWE call options.

45.     Despite losing money on these trades, I still felt at the time that I would come ahead in the long-run if I kept at this and continued following their trades.  I truly believed these millionaire traders at Raging Bull knew what they were doing, since they kept talking about how they had a proven track record of getting consistent profits from the stock market.

46.     On December 10, 2018, I asked a Raging Bull customer service representative what would be the status of my access to Petra Picks since my Millionaire Roadmap subscription was set to expire soon.  They said, "I've checked your account and you have a lifetime access to Petra Platinum, so you have it indefinitely."  He made no mention of the Millionaire Roadmap subscription having to be renewed.  Attached as **Attachment CC** is a true and correct copy of my email correspondence.

47.     On or around December 30, 2018, Jason Bond Picks charged my card $2,999 for another year of Millionaire Roadmap, which I did not want to renew.  On January 3, 2019, I wrote to Raging Bull to complain about the charge, since I told them in early 2018 not to renew my subscription.  The customer service representative who responded (Allen) told me, "you needed to cancel the service before the renewal date."  His email left some confusing directions on how I was required to cancel the auto-renew, which I was told for the first time in this email. Attached as **Attachment DD** is a true and correct copy of this email.

48.     In January 2019, I had a lengthy email exchange with a Jason Bond Picks representative (Nathan), who seemed to be telling me something different from what I was told in December 2018 about my lifetime access to Petra Picks.  Since Raging Bull was refusing to

PX 14, 924

issue my refund for the wrongful charge, I filed a chargeback with my credit card company. Attached as **Attachment EE** is a true and correct copy of my email exchange with Raging Bull.

49.     I also noticed around this time that Jeff Bishop was not sending around trade alerts to subscribers.   On February 22, 2019, Jeff sent an email talking about some trades he made earlier and some general remarks about what he thought could happen in the market.  He said "I make these trades all the time so it is a good thing to study and learn from," but he also said "I do not alert these trades because they come with different risks than most people are comfortable with, so use these as a guide to learn from just like everything else."  I was not sure what to take away from his long email.  I wrote back to ask him to send us his trade alerts and said I thought he was "selling us short."  I got a short response from a Weekly Money Multiplier representative, who said "We value your input!  I will pass your message along."  Attached as **Attachment FF** is a true and correct copy of this email exchange.

50.     I watched the Weekly Money Multiplier training videos and had more questions than answers.  I still did not have a clear grasp of what Jeff Bishop's trading strategy was or is. While the marketing emails from Raging Bull were telling me that their strategies were simple and easy to use, I realized they were far from that.  There were so many trades that I made that I just did not fully understand what I was doing, and I just had to accept at face value what the Raging Bull traders were telling me about their trades.  I trusted them.

51.     By April 2019, I was also noticing that Nathan Bear was sending out more of the emails and trade alerts from the Weekly Money Multiplier service.  On April 9, 2019, Nathan Bear sent an email saying that he just bought an WIX call ("BOT +10 BUTTERFLY WIX 18 APR 19 125/130/135 CALL @.70") and said this is a "bullish trade in WIX and I did a video on exactly how to buy this butterfly, and how to sell it."  On April 11, Nathan sent an email saying

**PX 14, 925**

he just bought an AWI put ("BOT +5 AWI 17 MAY 19 85 PUT @3.05") and said "AWI has had a big move higher and the crossover looks to be setting up.  I love the risk/reward here."  I also bought AWI put options on April 11 and lost over $480.  Attached as **Attachment GG** are true and correct copies of Nathan's trade alert emails for WIX call and AWI put. exchange.

52.     I also continued to receive more solicitation emails in 2019.  I saw that Raging Bull was introducing new services and inviting existing clients like me to join.   On April 29, 2019, I received a solicitation email from Kyle Dennis.  He was launching a new subscription called "Mortal Lock" for $1,997 and guaranteeing that people would recoup this cost with one trade.  His emails said, "If you don't make it back with the Mortal Lock that airs this week, you get a $1997 credit for another year…FREE.  All you have to do is decide if you want to be in that trade and take a $500 minimum position."  Attached as **Attachment HH** is a true and correct copy of this email.

53.     Around this time, I also received an email from Petra Hess notifying me of a new service that Jeff Bishop was rolling out a new subscription called "Total Alpha."  Petra's email had a link to a video where Jeff would be talking about this new service on options trading.  Petra said, "I've known Jeff for a while and you'll be hard pressed to find something with this type of options trading experience.  20+ years and counting!  He revealed his favorite strategy in his webinar and shows you exactly how you can start to do this."  Attached as **Attachment II** is a true and correct copy of this email.

54.     In May 2019, my credit card company sent me a file showing me that Raging Bull disputed my chargeback.  Raging Bull sent them a printed copy of the mentor contract they had me electronically sign, along with a link to the Jason Bond Picks terms and conditions webpage.  The contract, which Raging Bull called a "License Agreement," looked like a form contract and

PX 14, 926

did not even mention the name of the subscription I had bought (Millionaire Roadmap) or have the correct pricing.  Raging Bull also showed my credit card company my website login history and said this was "Proof of Delivery."  I did not realize they were keeping track of when I was logging into the members site.  My credit card company sided with the merchant and I lost the chargeback dispute.  Attached as **Attachment JJ** is a true and correct copy of chargeback dispute file I received from my credit card company, along with my handwritten notes.

55.     I went to my son to get his help on disputing the chargeback.  I gave my son access to my email accounts where I was receiving emails from Raging Bull.  I think my son did some independent research on Raging Bull, Jason Bond, Petra Hess, and others.  We both tried to convince the credit card company that this was a wrongful charge, but they refused to challenge the merchant.

56.     We filed a complaint with the Better Business Bureau ("BBB") in October 2019 to report them on their wrongful charge.  In January 2020, Raging Bull contacted me to let me know that they had agreed to refund me for the "unwanted renewal."  The Raging Bull representative also said, "If you don't mind marking your request as resolved in BBB that helps me get to the next client who needs assistance."   Attached as **Attachment KK** is a true and correct copy of this email.

57.     Looking back, I regret joining Raging Bull.  I lost a great deal of money following their trades.  I did not realize until it was too late that these trades were doing me more harm than good.  My son looked back at my trading accounts and added up my gains and losses from Raging Bull's trades and put them into a chart.  I reviewed the chart and can confirm that I had at least $96,000 in net losses following Raging Bull's trade recommendations.

58.     I also noticed that Raging Bull kept coming up with new products and were not able to deliver on the services they had already sold me.  It was just getting difficult keeping track of their multiple subscriptions.  There was no consistency.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 2020.

Marie Caroline Roy

PX 14, 928

# ATTACHMENT A

PX 14, 929

 Gmail

**C Roy** ███████████████████

## 1 month trial tonight ONLY

1 message

**Jason** <jason@jasonbondpicks.com>                    Thu, Jul 7, 2016 at 9:57 PM
To: ███████████████████



Good evening,

Thank you for attending tonight's webinar.

Over 1,000 atendees for the 45 minute lesson.

What a blessing it is to have such an audience.

A  blessing I take very seriously.

I'm extremely grateful for your time.

So if you enjoyed the lesson I taught tonight, which is directly tied to how I've made
+290% +$290,000 just 6 months into 2016 ...

... I'm happy to give you a 1 month trial to my service for $79.

You can study all of my video lessons during the 1 month.

And this weekend I'll reteach tonight's lesson to all of you who take the trial.

And after a month, if you like what I'm doing, the fee is only $399 quarterly.

In not, we part ways, simply unsubscribe at anytime by emailing me
jason@jasonbondpicks.com - I do emails daily in the morning and at night.

Now I can't guarantee profits, it's illegal to do so. And it's unethical too. I don't need the
sale that much to be dishonest.

But I do GUARANTEE I'll teach you, to the best of my ability, how tonight's lesson is
directly related to how I've made and will continue to make big profits trading momentum
stocks with very little risk.

So click here if you'd like to join me for a month and see where it takes the 2 of us.

Who knows, maybe you'll be my next client to take $1,500 and turn it into well over $1
million in just 2 years.

Attachment A                                              **PX 14, 930**

Again, thank you so much for your time.

I'm heading out back to the fire pit for now but will be up bright and early Friday morning to answer any questions you might have.

Trade green!

Jason Bond

---

Neither Jason Bond nor Lighthouse Media, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for Lighthouse Media, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of Lighthouse Media, LLC.

If you have a current active subscription with Jason Bond Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at Jason Bond Picks.

Unsubscribe

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

Attachment A                                    PX 14, 931

# ATTACHMENT B

PX 14, 932

 **C Roy**

---

## Mastermind with millionaire traders Kyle Dennis & Jeff Bishop
1 message

---

**Jason** <jason@jasonbondpicks.com>                          Fri, Jul 22, 2016 at 1:25 PM
To:



Good afternoon,

As promised, here's a small snapshot of what takes place regularly in the Mastermind component of the Millionaire Roadmap service.

Learn more about the Millionaire Roadmap here.

CLICK HERE and apply promo code: **save33percent** if you'd like join my top level of service and supercharge your trading.

Remember, the Millionaire Roadmap includes:

My most popular service Day & Swing Trading.

As well as my Long-Term Trading service.

>>> **Millionaire Roadmap Mastermind webinars** <<<

Mastermind with Millionaire trader Kyle Dennis Part I

Mastermind with Millionaire trader Kyle Dennis Part II

Mastermind with Millionaire trader Jeff Bishop

>>> **Millionaire Roadmap Mastermind webinars** <<<

Plus, for a LIMTED TIME ...

... ALL Millionaire Roadmap clients get Jeff Bishop's (my mentor) Top Stock Picks newsletter 100% free. A savings of $1,200 yearly.

The 33% discount and free Top Stock Picks newsletter will not last long.

So act now while the deal is open.

Attachment B                              **PX 14, 933**

CLICK HERE and apply promo code: **save33percent** if you'd like join my top level of service and supercharge your trading.

Trade green!

Jason Bond

---

Neither Jason Bond nor Lighthouse Media, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for Lighthouse Media, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of Lighthouse Media, LLC.

If you have a current active subscription with Jason Bond Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at Jason Bond Picks.

Unsubscribe

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

Attachment B                                    **PX 14, 934**

# ATTACHMENT C

PX 14, 935

 **Gmail**                                                        **C Roy** ██████████████

---

## FREE webinar tonight. Login instructions inside.
5 messages

---

**Jason Bond** <jason@jasonbondpicks.com>                    Thu, Dec 22, 2016 at 4:46 PM
To: ████████████████

Good afternoon everyone!
Kyle Dennis here.

Thank you for signing up for
the Holiday Webinar tonight at
8 PM Eastern!

Below is the information you
need to enter:

Just CLICK HERE

Password: ███████████

I'm going to share with you a
couple of things I've learned
that are extremely important
for traders to understand:



1. I'll teach you how to find
   catalyst events in every
   sector and how you can
   use them to profit with
   less risk.
2. How to combine charts
   and catalysts to perfect
   your entry and exit
   points.
3. How I apply this
4. strategy to my favorite
   sector - biotechnology!

I'm excited and I'll see you
there!

Here is the link: http://jasonbondpicks.omnovia.com/nucleus

And here is your password: ██████████ 

Kyle Dennis

Attachment C                                    **PX 14, 936**

8/19/2020                    Gmail - FREE webinar tonight. Login instructions inside.

Lorem Neither Jason Bond nor Lighthouse Media, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for Lighthouse Media, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of Lighthouse Media, LLC.

If you no longer wish to receive our emails, click the link below:

Unsubscribe
835 E Lamar Blvd #263 Arlington, Texas 76011 United States


---

**C Roy** ██████████████
To: Jason Bond <jason@jasonbondpicks.com>

Thu, Dec 22, 2016 at 9:33 PM

I like the biotech sector but have lt=td experience trading. I know some of the hcv stocks but would like to do the catalyst trading. i have started to trade the earnings & am making some extra $.
I have $100k to trade with but shouldn't i put half in savings. I am interested in the best place to day trade and do the catalyst biotech trades,

what are the hours of the chat rooms, the place of the research, best book on charts

i watch cnbc and have been keeping up with the trends, the news, etc....

This is my 1st year and made 12-13k

i know there is potential in the smaller stocks but need a mentor, It would help me alot,

where is the content of each trading package you have.


i have never heard of this before tonite, It's sounds great.

I tried to en=mail Kyle at Kyle@biotechbreakout.com but it is not recognized.



Marie Roy
[Quoted text hidden]

---

**C Roy** ██████████████
To: Jason Bond <jason@jasonbondpicks.com>

Thu, Dec 22, 2016 at 9:41 PM

Attachment C

PX 14, 937

I dont know much about each program
is there a place that details each 1

# Catalyst Swing Trading

# Biotech Investor

# Biotech Nucleus

Do you have any details of each 1. I am very new to this as I just got the email

Does Jason Bond have any thing to offer?

Marie Roy
[Quoted text hidden]

---

**C Roy** <span style="background:black">████████</span>                                    Thu, Dec 22, 2016 at 9:43 PM
To: Jason Bond <jason@jasonbondpicks.com>

I see Jason Bond also has a holiday special
Is there any info on what is included in each package anywhere.

I would like to join one of the packages.

Truly


Marie Roy
[Quoted text hidden]

---

**Jason Bond (Jason Bond Picks)** <jason@jasonbondpicks.com>                    Fri, Dec 23, 2016 at 6:43 AM
Reply-To: Jason Bond Picks <jason@jasonbondpicks.com>
To: C Roy <span style="background:black">████████</span>

## Please type your reply above this line -##

Your request (55628) has been solved. To reopen this request, reply to this email. See the latest comments below:

---

 **Jason Bond** (Jason Bond Picks)
Dec 23, 06:43 COT

Hi Marie,

Yes, just click learn more on any of these packages.

https://www.jasonbondpicks.com/holiday-sale/

Let me know if you have questions.

Jb

Attachment C                              **PX 14, 938**



**C Roy**
Dec 22, 21:44 COT

I see Jason Bond also has a holiday special
Is there any info on what is included in each package anywhere.

I would like to join one of the packages.

Truly

Marie Roy



**C Roy**
Dec 22, 21:41 COT

I dont know much about each program
is there a place that details each 1

Catalyst Swing Trading

Biotech Investor

Biotech Nucleus

Do you have any details of each 1. I am very new to this as I just got the email

Does Jason Bond have any thing to offer?

Marie Roy



**C Roy**
Dec 22, 21:34 COT

I like the biotech sector but have lt=td experience trading. I know some of the hcv stocks but would like to do the catalyst trading. i have started to trade the earnings & am making some extra $.
I have $100k to trade with but shouldn't i put half in savings. I am interested in the best place to day trade and do the catalyst biotech trades,

what are the hours of the chat rooms, the place of the research, best book on charts

i watch cnbc and have been keeping up with the trends, the news, etc....

This is my 1st year and made 12–13k

Attachment C

**PX 14, 939**

i know there is potential in the smaller stocks but need a mentor, It would help me alot,

where is the content of each trading package you have.

i have never heard of this before tonite, It's sounds great.

I tried to en=mail Kyle at Kyle@biotechbreakout.com but it is not recognized.

Marie Roy

On Thu, Dec 22, 2016 at 4:46 PM, Jason Bond <jason@jasonbondpicks.com> wrote:

Good afternoon everyone!

Kyle Dennis here.

Thank you for signing up for the Holiday Webinar tonight at 8 PM Eastern!

Below is the information you need to enter:

Just CLICK HERE (https://mr141.infusionsoft.com/app/linkClick/121680/ aa249990b2f8e095/95106860/6000df34d0e0fd51)

Password: joinnucleus

I'm going to share with you a couple of things I've learned that are extremely important for traders to understand:

1.

I'll teach you how to find catalyst events in every sector and how you can use them to profit with less risk.

2.

How to combine charts and catalysts to perfect your entry and exit points.

3.

How I apply this

4.

strategy to my favorite sector – biotechnology!

I'm excited and I'll see you there!

Here is the link: http://jasonbondpicks.omnovia.com/nucleus

And here is your password: joinnucleus

Kyle Dennis

Lorem Neither Jason Bond nor Lighthouse Media, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for Lighthouse Media, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of Lighthouse Media, LLC.

If you no longer wish to receive our emails, click the link below:

Unsubscribe (https://mr141.infusionsoft.com/app/optOut/18/e0131d889271dc26/95106860/6000df34d0e0fd51)
835 E Lamar Blvd #263 Arlington, Texas 76011 United States

]

Thank You for Contacting Support.

[NYMVRY-P88V]

Attachment C                                          PX 14, 941

# ATTACHMENT D

PX 14, 942

8/26/2020                                        Gmail - Tuesday's game plan & FREE webinar Thursday

 **Gmail**                                                                    **C Roy** ███████████

---

## Tuesday's game plan & FREE webinar Thursday
1 message

---

**Jason** <jason@jasonbondpicks.com>                                    Tue, Jan 24, 2017 at 10:08 AM
To: ███████████



Good morning,

FREE family & friends webinar Thursday evening with **Petra Hess** who has made nearly $1,000,000 using my strategy since joining Jason Bond Picks. Simply click here for details. She's an amazing trader and teacher.

Here's what Millionaire Roadmap clients are saying about Petra Hess.

> *"Jason, all I can say is THANK YOU! I was privileged to attend Petra's Saturday morning webinar on candlesticks and found two nuggets that when back tested against my trade, would have given me an increased gain and protected more profit. They were two Ah-Ha moments that when she defined then clarified via charting, it hit me. The most verifiable was to utilize the hollow candle charting if available. All I can say is I spent the better part of the weekend reviewing trades to determine how much more profit or less loss could have been acquired. I would welcome a few Saturday morning webinars in the future. On a side note,. It was my birthday Saturday, I consider that a well deserved Birthday present. One that can continue many happy returns." ~ Virgil A.*

> *"Jason, quick message on Petra's Saturday lesson, it was outstanding one of the best since I have been here. Look forward to reviewing the lesson when recording is posted and having the PDF of the slides. Keep up the great work in making us better traders. Thanks." ~ Henry E.*

> *"Hi Jason. Thanks so much for allowing a Saturday mastermind and thank you for recording all of the Thursday Masterminds. My work schedule has changed and I can only watch everything (masterminds, watch lists, daily wraps, etc) at night or on weekends. There is so much valuable information that gets presented throughout the day and it is a blessing to be able to receive it even though I am not present. I wish you could do more Saturday Petra lessons so I will have to availability to ask the questions, etc, (possibly a future option) either way lots of Great stuff! Thanks." ~ Fred Simmons*

I realized a profit of +$0 Monday, closing no swing trades and +$24,088 in 2017. Unrealized profit +$893 on open positions. I'm +25% +$24,981 in 2017, finished 2016 +330% +$330,000 and 2015 +191% +$176,000.

Penny stocks 101

How to Trade Like a Pro

Chat room

I'm sitting on 4 open positions and no buying power so here's a breakdown of the portfolio instead of a watch list.

**LQMT** - New Apple patent filed today mentions liquidmetal. "**Liquid Metal** is one example of a metal material that can be injected molded." It'll be interesting to see how the media writes about this today. Look at the drawing provided. I'm looking for a 52-week breakout at $.25 and a move to $.30 here. Also holding a Long-Term position.

Attachment D                                            **PX 14, 943**

"Electronic devices are provided with a protective housing having one or more housing components. A housing component can be formed from a single sheet of material to appear as if the housing component had been formed from a hollowed out solid block of material. The sheet of material may be deep drawn, forged, and machined to form the housing component. One or more holes may be formed through a portion of the housing component to provide an I/O interface."

**URRE** - Favorite Trump trade idea with breakout potential above $2.70's. Closed strong on Monday, look for a move above $2.40's here, some resistance at $2.70's and if traders latch on, a move to the low $3's. The more Trump and Putin vow to boost nuclear capability the more stocks like URRE will run.

**GEVO** - Oversold post stock split. I like this around $3 for a move to $4 in the near-term. Might be longer than a 4-day hold for me but I'm 3 for 3 on GEVO in 2017 with wins of +16% +$1,220, +10% +$744 and +16% +$2,440 so far. Ideally 4 for 4 with another 10%+ in the coming days if it bounces from oversold.

**DELT** - Fibonacci Retracement play. The company had great news last week and shares ran from $.87 - $2.28. Then settled above $1.40's Fibonacci Retracement which is a resting pattern before continuation of the trend. Look for a break above $1.60's to trigger a move between $1.70's and $2.



Trade wise and green my friends.

Jason Bond

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Jason Bond Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at Jason Bond Picks.

If you no longer wish to receive our emails, click the link below:

Unsubscribe

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

Attachment D                    **PX 14, 944**

Attachment D                                    **PX 14, 945**

# ATTACHMENT E

PX 14, 946

 **Gmail**

**C Roy** ██████████████████

## FINAL CALL! These sales end TONIGHT
1 message

**Jason** <jason@jasonbondpicks.com>                                    Fri, Jan 27, 2017 at 4:25 PM
To: ████████████████



Hello and TGIF my friend!

Both Kyle (BioTechBreakouts.com) and I opened a 25% off sale, for 100 seats each, good through Tuesday next week or the end of January.

But as expected, both sales will sell out those 100 seats 5-days ahead of schedule meaning the deals come down tonight at midnight.

This is your last chance to lock in these great savings and start hitting winners with us each week. Both Kyle (BioTechBreakouts.com) and I are up 30% already in 2017. That's $27,000 for Kyle and $31,000 for me in 2017.

Our fee is a measly $299 quarterly.

We're both on pace to make $90,000 quarterly.

Pretty much the same as I averaged per month in 2016, turning $100,000 into $430,000.

And Kyle has turned $15,000 into well over $2,000,000 and he's only 26.

So take a moment and review our sales before they come down tonight at midnight.

25% off JasonBondPicks.com most popular service

25% off Kyle's BioTechBreakouts.com most popular service

TGIF my friends!

Jason Bond

Attachment E                                    **PX 14, 947**

8/19/2020                                    Gmail - FINAL CALL! These sales end TONIGHT

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Jason Bond Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at Jason Bond Picks.

If you no longer wish to receive our emails, click the link below:

  Unsubscribe

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

Attachment E

PX 14, 948

# ATTACHMENT F

PX 14, 949

8/19/2020                        Gmail - What full transparency looks like & Wednesday's watch list

 **C Roy** ▉▉▉▉▉▉▉▉▉▉▉▉

## What full transparency looks like & Wednesday's watch list

1 message

**Jason** <jason@jasonbondpicks.com>                              Wed, Mar 1, 2017 at 7:54 AM
To: ▉▉▉▉▉▉▉▉▉▉



Woohoo!

January +$26,294!

February +$24,804!

March goal $30,000+, let's do this!

<p align="center" style="color:red">**TEACHABLE MOMENT**</p>

I want to talk to you about the investment newsletter industry and FULL TRANSPARENCY.

I stream my E*TRADE Pro LIVE daily in the Millionaire Roadmap which is the only true measure of full transparency. If you are in services that don't stream live, shouldn't you at least question why?! Forget journaling trades etc ... I've set a new bar for full transparency. Nothing is more powerful than watching a real trader live, all day every day.

And now my top student Kyle Dennis, who turned $15,000 into nearly $2,500,000 in just a few years with the Millionaire Roadmap, is streaming his Fidelity LIVE daily too in his his Nucleus service. Kyle is the best trader under 30 and by allowing you to look over his shoulder all day every day, he's being fully transparent too.

I'm not bragging here but I'm proud of this accomplishment. I was able to help Kyle improve his trading and now he's passing that along to others. Isn't that what a true mentor does? THE HUFFINGTON POST wrote about it and guess who benefits, you, the aspiring millionaire trader.

Listen, I've been around the block, there's too many fake trade journaling services out there that don't even require verify trade uploads. I've even heard some of the people running these sites don't verify their own trades lol. Way too much misinformation for busy professionals to make sense of. If you want to watch 2 millionaire traders LIVE daily, the only true measure of full transparency, you've come to the right place. In my opinion everything else is misinformation marketing.

So, where can you watch Kyle trade LIVE daily?

The answer is RIGHT HERE and it is on sale until Thursday at midnight.

If you truly want to make change in your trading, I can't think of a better way to spend a little money. And congratulations to Kyle for being fully transparent all day every day. I wish more trading services had the guts to do that but I suspect they know deep down they're more about marketing and less about real trading.

Attachment F                                   **PX 14, 950**

If you're serious about trading, the Millionaire Roadmap is not open to new members right now ...

... but Kyle's Nucleus is open for enrollment and it's 33% off right now.

He's a great trading coach and I honestly think you should buy it today or tomorrow. I'm nearly positive you will not regret it.

Moving right along!

Penny stocks 101

The Basics of Swing Trading

How to Trade Like a Pro

Chat room

Portfolio

ROX - National supply agreement with Walmart sent shares screaming higher Tuesday before sellers brought it into around a buck from the $1.40's high. This is a company I really like on a retracement play and will watch for a base to play. Likely good long term potential here too now.

DRYS - Just picked up 5,000 shares in the chat room at $2.04. Still looking for the bounce but going small since it's so volatile. Tuesday confirmed the oversold candle over candle pattern I like, only question now is can it get over that $2.50's resistance it hit Monday night and Tuesday morning. We'll see. Looking back I regret not taking my $10,000+ Monday night or $6,000+ Tuesday morning, greed got the best of me there but I still favor this trade so I'm sticking with my thesis, just smaller size.

VRAY - Setting up around $5.20's which is what I was looking for after Monday's big spike to $6+. With U.S. stock futures heading higher after Trump's speech Tuesday night I think momentum stocks like this should be watched closely to see if that strong price action returns.

GEVO - I put this in the same category as DRYS, RGSE etc... stocks like this are what give penny stocks a bad name but they can deliver big wins if you time them properly. The company has now done back to back offerings and no good news in quite some time. If I know Gevo management that means something good is looming they'll use to pump the stock so they can keep their disgusting game of good news / offering / split going. Watching around $1 for 20%+. I'll go small if I do trade it because I worry about bankruptcy or more toxic offerings.

Trade wise and green!

Jason Bond

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Jason Bond Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at Jason Bond Picks.

Attachment F

PX 14, 951

8/19/2020                              Gmail - What full transparency looks like & Wednesday's watch list

If you no longer wish to receive our emails, click the link below:

Unsubscribe

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

Attachment F                    PX 14, 952

# ATTACHMENT G

PX 14, 953

8/19/2020                                          Gmail - Welcome to Jason Bond Picks family!

                                                                        **C Roy** ███████████████

---

## Welcome to Jason Bond Picks family!
1 message

---

**Jason Bond** <jason@jasonbondpicks.com>                                    Fri, Jun 30, 2017 at 9:24 AM
To: ████████████████

Having trouble viewing this email? Click here



Marie,

Welcome to Jason Bond Picks. Your account has now been activated. You're now a part of our growing family of active day and swing traders who are learning to maximize their potential by trading stocks both long and short.

## Site Access

You may now access your content by logging in to your account at...

- http://www.jasonbondpicks.com/member/login
- Use your email address to login
- Password: ███████

Feel free to email us if you have any questions or concerns. Also, please white list and add the following emails mailer@infusionsoft.com, mailer@infusionmail.com, noreply@infusionsoft.com and jason@jasonbondpicks.com to your contacts to ensure email delivery.

## Membership Information

### Here's what you can expect:

I'm a real-money swing and long-term trader. I take this responsibility very seriously and put a lot of effort into trading and teaching trading. I'm here to serve you and intend to do it better than anyone else on Wall Street.

### Education:

Start by going to the member portal and looking around. The first videos I'd like you to watch are under Swing Trading > Penny Stock 101. From there watch the videos under Education > How To Trade Like A Pro. Specifically all of the videos under Patterns, Swing Trade Scanning Made Simple under Scanning, Level II Tutorial under Indicators and Pay Yourself under Strategy. These are the most important to get a good start.

### Swing Trading Alerts:

This is my flagship service and core strategy in which you'll receive up to 10 swing trade alerts per week by text and email in real-time. I also spend a considerable amount of time teaching this strategy. Portfolio allocation can be as high as 50% here but usually I'm around 20-30% of the portfolio in each trade.

Attachment G                    **PX 14, 954**

Almost all of the alerts come from my daily watch list. In predictable markets my daily watch list goes out the night before, in volatile markets early the morning of. The goal is to provide working professionals with an active swing trading strategy designed to produce profits year in and year out simply trading up to 10 times per week with 1 – 4 day hold times.

I specialize in liquid nano, micro and small cap stocks i.e. anything under a market cap of $2 billion, a price between $.01 and $10 with a Beta of 1 or higher.

My profit goal is 5 – 20% on a swing trade, rinse and repeat. I'll definitely let a bull ride for more than 20% but in general I'm paying myself around 5 – 10% on the swings. Rarely do I hold through events in this service meaning I'm out for earnings, FDA rulings etc... Video lessons teaching the strategy are the foundation of this service so please study them.

### Long-Term Trading Alerts:

There's a weekly watch list to start every Monday with a review of the markets and my open positions, usually about 7 in the portfolio, as well as any new ideas I'm watching.

I built this service to accompany the Swing Trading service, because quite often I come across a good trade idea but it's going to take longer than 1-4 days to play out. Hold times here are weeks to months, portfolio allocation is usually 10% and I'm looking for profits exceeding 20%. I'll hold through events in this service so earnings, FDA rulings etc…

Occasionally I come across something I think could be huge. I call these stocks JACKPOT Penny Stocks and due a full research report on why I think Wall Street is missing this huge opportunity. You can find all the Long-Term Trading content in the member portal.

### In Summary:

Even if you only plan to mirror my trades, understanding what I'm looking at makes the process smoother. My system is simple but takes a little time to learn. The harder you study the more sense it will make which will add a lot of confidence in the trades you make.

Again, I thank you for joining my trading family! Wall Street can be beat! I'm proof of it, but I need you to set your foundation first. Take your time and settle in. I look forward to working with you!


Sincerely,

*Jason Bond*

The Teacher!
**Jason Bond**


Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

Attachment G

**PX 14, 955**

Gmail - Welcome to Jason Bond Picks family!

If you no longer wish to receive our emails, click the link below:
Unsubscribe from this email list

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

Attachment G                          **PX 14, 956**

# ATTACHMENT H

PX 14, 957

 **C Roy** ███████████████

---

## Top 10 Reasons Why I Trade and Invest in Biotech Stocks
1 message

---

**Kyle Dennis** <Kyle@biotechbreakouts.com>                          Tue, Jul 4, 2017 at 7:01 AM
To: ████████████████

 

Hey, hope you're doing well, and enjoying the information I've been sending you.

Although I've successfully traded many kinds of stocks over the years, I've decided to focus on only one sector that offers tremendous upside potential for both traders and investors.

By no means did I choose this sector randomly. In fact, I have methodically established well-documented, solid reasons for focusing my energies on Biotechnology companies, and because of this focus, my portfolio has seen exponential growth in a relatively short period of time.

So get ready!

In the coming days, I'm going to share with you my **10 Reasons for Trading Biotech Stocks.**

Here's how we'll do it.

For the next 3 days, I'm going to send you 3 reasons, and on the 4th day, I'll reveal to you my **#1 REASON** for trading Biotech stocks. Cool?

Great, let's get started!

Below are my first three reasons for trading Biotech stocks:

**REASON # 10**

**Outperformance** - The Biotech index (IBB) has easily outperformed the S&P index by about a 2 to 1 margin since 2011.

**REASON # 9**

Attachment H

**PX 14, 958**

**Information Arbitrage** - Since many of these Biotech companies are so small, a lot of them are still flying below the radar. In other words, you'll rarely see them being talked about on CNBC and other major media outlets. This gives individual investors like you and me an edge when it comes to research. Additionally, many of these companies are too small for bigger institutions and hedge funds to invest in. This gives parttime and fulltime retail investors an added advantage.

**REASON # 8**

**Small Cap** - Most Biotech companies are valued at under $1 billion, which means any positive catalysts or news about the company can be very important. Also, the share structures of these companies, and the relatively low number of outstanding shares, make it possible for traders to take advantage of extended moves and short squeezes.

So there you go!

Now you know the first 3 reasons I'm focusing 100% of my attention and investment capital on high-potential Biotech stocks.

Make sure you take them into careful consideration, and be on the lookout for my next email, in which I'll give you the next 3 reasons.

Make sure you check them out. Trust me, the reasons I love Biotech just get stronger and stronger :)

To your success!

*Kyle Dennis*

Kyle Dennis
Director & Co-Founder
BioTech Breakouts

---

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Attachment H

**PX 14, 959**

Unsubscribe

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

Attachment H

PX 14, 960

 Gmail

**C Roy** ███████████████

---

## 3 More Reasons Why I Trade and Invest in Biotech Stocks
1 message

---

**Kyle Dennis** <Kyle@biotechbreakouts.com>                               Wed, Jul 5, 2017 at 7:13 AM
To: ████████████████

 

Hopefully you've been keeping up with this email series covering my **Top 10 Reasons for Trading and Investing in Biotech Stocks**

Take a look at my next 3 reasons. Think about them pretty carefully. Hopefully you'll start to have the love for Biotechs that I do!

**REASON # 7**

**Partnerships** - Big pharmaceutical companies have been partnering with smaller Biotech companies helping them to further develop their pipeline of drugs. Sometimes, these small companies can develop a new drug without using much of their own money. This means a new drug could potentially go through clinical trials with little dilution to shareholders.

**REASON # 6**

**Drug exclusivity** - When a new drug gets approved by the FDA, the company is protected for a period of time in which a generic cannot be produced or sold to the general public. That gives the drug exclusivity and if this happens to be a new treatment, the company can sell the drug without any competition. This makes developing a drug a very profitable venture, once it gets approved.

**REASON # 5**

**Breakthrough technology** - There is a continuous stream of new technology being developed by Biotech companies. Some of these new developments are giving us hope that will be able to better treat cancer, and even edit human genes.

Okay. There you go. 3 more powerful reasons why you should seriously consider focusing your attention on the Biotech sector as an investor and trader.

Attachment H                                    **PX 14, 961**

In my next email, I will give you my 4th, 3rd and 2nd reasons, then I will reveal to you my **#1 REASON.**

So stay tuned to your inbox! There's a lot more good news on the way.

Trade green!

Kyle Dennis
Director & Co-Founder
BioTech Breakouts

Neither Biotech Breakouts nor Lighthouse Media, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for Lighthouse Media, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of Lighthouse Media, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Unsubscribe

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

Attachment H

**PX 14, 962**

# ATTACHMENT I

PX 14, 963

 **C Roy** ███████████████

---

## Top 5 Reasons to get the Nucleus
3 messages

---

**Kyle Dennis** <Kyle@biotechbreakouts.com>                              Thu, Jul 6, 2017 at 5:02 PM
To: ███████████████

 

Hi traders,

Today is the last day to get my most comprehensive service for over **$2,000 off**, so I decided to give you the top 5 reasons why the Nucleus is the best service I offer.

Other members ask me why the Nucleus is worth the money. It's quite simple, the Nucleus drives results.

Here are my top five reasons why **YOU** should pick the Nucleus.

5. **Educational Videos** - The Nucleus has hours of educational content from past webinars, simple tip videos, exclusive Nucleus only webinars, as well as all of the content from my other services. This content has been designed to help our subscribers be profitable and consistent.

Attachment I

**PX 14, 964**



4.  **Live Screen Share** - Nucleus members get a live look at my trading screen during market hours. This screen share feature is used so traders can understand my process.

Attachment I                                    **PX 14, 965**



3. **Video Watch Lists and Intraday Scans** - Nucleus members receive daily video watch lists and Intraday scans during market hours to identify tomorrow's big movers. Throughout the day we discuss live market conditions and what moves will provide us the best opportunities.



2. **Include all Biotech Breakout Services** - Nucleus includes all of Biotech Breakouts services. You will receive a yearly subscription of both my Catalyst Swing and Lightning Alerts Services. This is over a **$3,000** value that comes included in your Nucleus Subscription.

Attachment I

**PX 14, 966**





1. **The Profits** - Members of the Nucleus are proven to have more consistent and profitable trades. This program is designed to help members make profits now as well as into their future. It gives you the training and confidence to place your own trades on a daily basis.

*Matt Padget: +$1k on SPI trade, nice move there, thanks*
*(09:37 am) will l.: bam +10% on MOSY, sold to soon.. (first trade for a month)*
*(10:20 am) mario cov.: +$389 MOSY, got a little lucky on this one, chased it too much, learned my lesson on this one…*
*(09:28 am) peter heg.: sold 4/5 MBOT premarket for +$888*
*Cris McComas: out remaining 3/4 MBOT 2.36 +14.5% thanks guys*
*(09:33 am) peter heg.: sold RIGL premarket +$1333 - great way to start the week*
*(10:13 am) adam bri.: Out the rest of AVEO for a total of +$3,400*
*(10:27 am) mark mac.: +600 GLYC still jittery!*
*(11:38 am) lee auc.: Another green week for me in the books! +$1278 Hope everyone has a great holiday weekend!*
*09:53 am nathan bea.: out ADPT +3300, in this morning before the alert, love your service KD thank you!*
*09:58 am john all.: +3000 on adpt + INNL*
*10:07 am kevin ell.: Out CTRV +1,300, thanks Kyle!*
*10:21 am leroy eif.: +1019.82 to be exact thx KYLE!*
*10:52 am garry bai.: +1600 on PTX and CTRV.  Thanks Kyle!*
*12:13 pm bill wri.: out NVTA at 6.13 for +1515. will re-enter*
*11:23 am jerry bow.: thanks for the heads up last night  me 2700 ATNM*
*09:40 am kevin ell.: out ZSAN 2.49 +1,400*
*09:51 am stephen a.: ZSAN = 990 Thanks Kyle!*

**My trades in 2017:**

Attachment I

**PX 14, 967**

| Ticker | Date Closed | Profit/Loss | Notes |
|---|---|---|---|
| PACB | 1/3/2017 | $1,607.00 | Oversold Biotech Breakout |
| CNAT | 1/9/2017 | $2,245.00 | Fib Retracement play |
| NVCN | 1/9/2017 | $3,732.00 | Flag continuation play |
| IMMU | 1/10/2017 | -$1,549.00 | Catalyst play |
| MACK | 1/10/2017 | -$454.00 | Bottom bounce |
| ITEK | 1/10/2017 | $600.00 | Bottom bounce |
| OVAS | 1/11/2017 | -$1,251.00 | Biotech Breakout continuation |
| GNMX | 1/11/2017 | -$240.00 | Catalyst play |
| ROKA | 1/11/2017 | $1,593.00 | Momentum continuation |
| BIS | 1/13/2017 | $927.00 | Trump comments |
| BIOC | 1/13/2017 | $3,524.00 | Fib Retracement play |
| GNVC | 1/18/2017 | -$1,041.00 | Fib Retracement play |
| EGLT | 1/18/2017 | $71.00 | Bottom bounce |
| SKLN | 1/19/2017 | $2,391.00 | Conference call catalyst |
| ETRM | 1/19/2017 | $4,292.00 | Bounce play |
| PULM | 1/20/2017 | $2,657.00 | Technical |
| CTIC | 1/24/2017 | $1,492.00 | Fib Retracement play |
| PULM | 1/25/2017 | $5,947.00 | Fib Retracement play |
| SSH | 1/27/2017 | $1,774.00 | Fib Retracement play |
| RVP | 1/30/2017 | $871.00 | Insider buying |
| BNTC | 2/2/2017 | $2,524.00 | Fib play |
| APRI | 2/2/2017 | $2,829.00 | Fib play |
| APRI | 2/9/2017 | $1,054.00 | Fib Play |
| NVLS | 2/13/2017 | $3,091.00 | Catalyst swing off lows |
| ACUR | 2/13/2017 | $3,200.00 | Fib play |
| AUPH | 2/14/2017 | $2,086.00 | Chart continuation pattern |
| ZSAN | 2/14/2017 | $2,625.00 | Good data continuation |
| ONCS | 2/15/2017 | $2,405.00 | Catalyst swing |
| ADHD | 2/16/2017 | $111.00 | Bottom Bounce |
| MBRX | 2/16/2017 | $222.00 | Bottom Bounce |
| WGBS | 2/17/2017 | $101.00 | Continuation Pattern |
| AGLE | 2/17/2017 | $876.00 | Catalyst Swing |
| EVOK | 2/17/2017 | $1,780.00 | Fib play |
| BIOC | 2/23/2017 | $4,798.00 | Fib continuation play |
| TRVN | 2/27/2017 | $2,158.00 | Bottom Bounce |
| MBOT | 2/28/2017 | $3,269.00 | Fib play |
| AUPH | 3/3/2017 | $500.00 | Fib Play |
| ADHD | 3/8/2017 | $104.00 | Continuation Pattern |
| CRPB | 3/8/2017 | $155.00 | Catalyst |
| GNMX | 3/8/2017 | $2,275.00 | Catalyst |
| SKLN | 3/10/2017 | $2,400.00 | Bottom Bounce |
| BCRX | 3/13/2017 | $550.00 | Bounce play |

Attachment I

**PX 14, 968**

| BCRX | 3/14/2017 | $50.00 | Offering bounce |
| APTO | 3/14/2017 | $110.00 | Continuation Pattern |
| ADPT | 3/16/2017 | $3,000.00 | Bottom Bounce |
| INNL | 3/16/2017 | $4,000.00 | Fib Play |
| GNMX | 3/21/2017 | -$2,200.00 | Bottom Bounce |
| CERU | 3/21/2017 | $110.00 | Continuation Pattern |
| MBRX | 3/21/2017 | $110.00 | Continuation |
| HTGM | 3/29/2017 | -$216.00 | Bottom Bounce |
| MNKD | 4/3/2017 | -$1,416.00 | Bottom Bounce |
| BSTG | 4/5/2017 | $14.00 | Catalyst Swing |
| CBIO | 4/5/2017 | $632.00 | Momentum |
| INFI | 4/10/2017 | -$1,300.00 | Bottom Bounce |
| OREX | 4/10/2017 | $481.00 | Bottom Bounce |
| INFI | 4/17/2017 | $2,493.00 | Bottom Bounce |
| OCRX | 4/18/2017 | -$232.00 | Fib play |
| GNMX | 4/21/2017 | -$1,000.00 | Catlayst Swing |
| PZRX | 4/25/2017 | $3,101.00 | Fib Play |
| PSTI | 5/3/2017 | $743.00 | Catalyst Swing |
| PSDV | 5/8/2017 | $1,589.00 | Catalyst Swing |
| CRIS | 5/10/2017 | $1,375.00 | Catalyst Swing |
| ECYT | 5/11/2017 | $2,247.00 | Catalyst Swing |
| BLPH | 5/17/2017 | $52.00 | Catalyst Swing |
| MTNB | 5/30/2017 | $400.00 | Catalyst Swing |
| INO | 6/2/2017 | -$200.00 | Catalyst Swing |
| ARDX | 6/2/2017 | $300.00 | Catalyst Swing |
| SPI | 6/13/2017 | $3,100.00 | Lightning Alerts |
| MBOT | 6/14/2017 | $3,400.00 | Lightning Alerts |
| ITEK | 6/20/2017 | $1,000.00 | Catalyst Swing |
| AVEO | 6/20/2017 | $300.00 | Catalyst Swing |
| CRIS | 6/20/2017 | $1,000.00 | Catalyst Swing |
| TROV | 6/29/2017 | $3,100.00 | Lightning Alerts |
| ABIL | 6/29/2017 | $4,000.00 | Lightning Alerts |
| USAU | 6/29/2017 | $200.00 | Lightning Alerts |
| CYTX | 6/29/2017 | $1,600.00 | Lightning Alerts |
| ITUS | 7/5/2017 | $1,500.00 | Lightning Alerts |
| **Total** | | **$101,744.00** | **101.74%** |

Those are my top 5 reasons why the Nucleus is the best service that I offer.
**Click here to get started**. This sale will end tonight at midnight.

Cheers,

*Kyle Dennis*

Attachment I                    **PX 14, 969**

8/19/2020                                                Gmail - Top 5 Reasons to get the Nucleus

### Kyle Dennis
Biotech Trader

---

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Nucleus Premium Email List

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

---

**C Roy** ██████████████                                       Thu, Jul 6, 2017 at 5:18 PM
To: Kyle Dennis <Kyle@biotechbreakouts.com>

do u have payment plans, trials-a couple days-week

Thx

Marie R
[Quoted text hidden]
--

Marie Roy
Apple Bankruptcy, LLC
███████████

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Note: You must follow

---

**Donald (BioTechBreakouts Support)** <kyle@biotechbreakouts.com>         Fri, Jul 7, 2017 at 9:22 AM
Reply-To: BiotechBreakouts Support <kyle@biotechbreakouts.com>
To: C Roy ██████████████

    ##- Please type your reply above this line -##

Attachment I                    **PX 14, 970**

Your request (82764) has been solved. To reopen this request, reply to this email. See the latest comments below:

 **Donald** (BioTechBreakouts)
Jul 7, 9:22 AM EDT

Marie,

Thanks for reaching out.

We will send you an e-mail if we decide to offer a trial.

Enjoy,

Donald

 **C Roy**
Jul 6, 5:19 PM EDT

do u have payment plans, trials–a couple days–week

Thx

Marie R

On Thu, Jul 6, 2017 at 5:02 PM, Kyle Dennis <Kyle@biotechbreakouts.com> wrote:

Hi traders,

Today is the last day to get my most comprehensive service for over $2,000 off, (https://mr141.infusionsoft.com/app/orderForms/MEOLN4thKK2u3PKvpKmq) so I decided to give you the top 5 reasons why the Nucleus is the best service I offer.

Other members ask me why the Nucleus is worth the money. It's quite simple, the Nucleus drives results.

Here are my top five reasons why YOU should pick the Nucleus.

5. Educational Videos – The Nucleus has hours of educational content from past webinars, simple tip videos, exclusive Nucleus only webinars, as well as all of the content from my other services. This content has been designed to help our subscribers be profitable and consistent.

4. Live Screen Share – Nucleus members get a live look at my trading screen during market hours. This screen share feature is used so traders can understand my process.

Attachment I

**PX 14, 971**

3. Video Watch Lists and Intraday Scans – Nucleus members receive daily video watch lists and Intraday scans during market hours to identify tomorrow's big movers. Throughout the day we discuss live market conditions and what moves will provide us the best opportunities.

2. Include all Biotech Breakout Services – Nucleus includes all of Biotech Breakouts services. You will receive a yearly subscription of both my Catalyst Swing and Lightning Alerts Services. This is over a $3,000 value that comes included in your Nucleus Subscription.

1. The Profits – Members of the Nucleus are proven to have more consistent and profitable trades. This program is designed to help members make profits now as well as into their future. It gives you the training and confidence to place your own trades on a daily basis.

[Quoted text hidden]

Those are my top 5 reasons why the Nucleus is the best service that I offer. Click here to get started. (https://mr141.infusionsoft.com/app/orderForms/MEOLN4thKK2u3PKvpKmq) This sale will end tonight at midnight.

Cheers,


Kyle Dennis
Biotech Trader



Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any

Attachment I

PX 14, 972

kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here (https://mr141.infusionsoft.com/app/linkClick/147905/ceac80973e1ced3c/152632567/2dd61cdcf7c22300) if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Nucleus Premium Email List (https://mr141.infusionsoft.com/app/optOut/53/6c99127a181b20a1/152632567/2dd61cdcf7c22300)

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

--

Marie Roy
Apple Bankruptcy, LLC
███████████

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Note: You must follow

]

Thank You for Contacting Support.

[1G79EQ-RZ86]

Attachment I                                              **PX 14, 973**

# ATTACHMENT J

PX 14, 974

 **Gmail**

**C Roy** ████████████████

---

## Welcome to FDA Insider Alerts
4 messages

---

**Kyle Dennis** <Kyle@biotechbreakouts.com>                    Fri, Aug 25, 2017 at 5:27 PM
To: ████████████████



Your account has now been fully activated.

**Site Access**

You may now access your content by logging in to your account at...

   https://www.biotechbreakouts.com/member/login
   Use your email address to login
   Password: ██████████

Feel free to email us if you have any questions or concerns. Also, please white list and add the following emails mailer@infusionsoft.com , mailer@infusionmail.com , noreply@infusionsoft.com  and kyle@biotechbreakouts.com to your contacts to ensure email delivery.

**Membership Information**

Congrats! You have just joined the best biotech trading newsletter in the stock market!

I will be relentlessly researching and providing you with the best short term biotech catalyst trades. I intend to put forth the best risk to reward trades and do it better than anyone.

**FDA Insider Alerts**

This is my most popular and most active service, in which you'll receive 2 - 3 FDA insider alerts per week by email and text in real-time.  You will also receive my direct due diligence and reason for buying the stock. In a typical market, my goal is to hold these trades between 1 - 4 weeks.  Sometimes I will also provide shorter term opportunities for holds between 1 - 3 days.  Most of

Attachment J                       **PX 14, 975**

these stocks will be small cap companies, with market caps under $2 billion.  I will typically be looking for profits in the 20 - 30% range, but sometimes I will be looking to capture 50% or more depending on the situation.

Each Monday, you will also receive a new watchlist detailing the most important upcoming data releases, FDA approvals, and conferences in the biotech sector.  Each Friday you will also receive a summary and update with new commentary on every company in the portfolio.

Now let's get started!

Sincerely,


**Kyle Dennis**
Biotech Trader

---

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user 's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us  here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Remove me from Premium Email List

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

---

**C Roy** <span style="background:black">████████</span>                                    Wed, Sep 20, 2017 at 8:45 PM
To: Kyle Dennis <Kyle@biotechbreakouts.com>

My password & email isn't working

thx

marie roy
[Quoted text hidden]
--

Marie Roy
Apple Bankruptcy, LLC
<span style="background:black">██████</span>

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If

Attachment J                                    **PX 14, 976**

you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Note: You must follow

---

**C Roy** ▇▇▇▇▇▇▇▇▇▇▇▇                                          Wed, Sep 20, 2017 at 9:11 PM
To: Kyle Dennis <Kyle@biotechbreakouts.com>

how much is the insider alert? can you resend the biotech lessons, can't find them'

Marie

[Quoted text hidden]

---

**Donald (BioTechBreakouts Support)** <kyle@biotechbreakouts.com>          Thu, Sep 21, 2017 at 12:45 PM
Reply-To: BioTechBreakouts Support <kyle@biotechbreakouts.com>
To: C Roy ▇▇▇▇▇▇▇▇▇▇▇

##- Please type your reply above this line -##

Your request (94913) has been solved. To reopen this request, reply to this email. See the latest comments below:

---

 **Donald** (BioTechBreakouts)
Sep 21, 12:45 PM EDT

Marie,

Thanks for reaching out.

Your current rate for FDA Insider Alerts is $299 every 3 months.

Are you still having trouble logging in?

Have a great day.

Donald

---

 **C Roy**
Sep 20, 9:12 PM EDT

how much is the insider alert? can you resend the biotech lessons, can't find them'

Marie

---

**C Roy**

Gmail - Welcome to FDA Insider Alerts

 Sep 20, 8:46 PM EDT

My password & email isn't working

thx

marie roy

On Fri, Aug 25, 2017 at 5:27 PM, Kyle Dennis <Kyle@biotechbreakouts.com> wrote:

Your account has now been fully activated.

Site Access

You may now access your content by logging in to your account at...

https://www.biotechbreakouts.com/member/login (https://mr141.infusionsoft.com/app/linkClick/151443/0dd3474d7338a6db/167144011/9527b8be35c3ead1)

Use your email address to login

Password: █████████

Feel free to email us if you have any questions or concerns. Also, please white list and add the following emails mailer@infusionsoft.com , mailer@infusionmail.com , noreply@infusionsoft.com and kyle@biotechbreakouts.com to your contacts to ensure email delivery.

Membership Information

Congrats! You have just joined the best biotech trading newsletter in the stock market!

I will be relentlessly researching and providing you with the best short term biotech catalyst trades. I intend to put forth the best risk to reward trades and do it better than anyone.

FDA Insider Alerts

This is my most popular and most active service, in which you'll receive 2 – 3 FDA insider alerts per week by email and text in real-time. You will also receive my direct due diligence and reason for buying the stock. In a typical market, my goal is to hold these trades between 1 – 4 weeks. Sometimes I will also provide shorter term opportunities for holds between 1 – 3 days. Most of these stocks will be small cap companies, with market caps under $2 billion. I will typically be looking for profits in the 20 – 30% range, but sometimes I will be looking to capture 50% or more depending on the situation.

Each Monday, you will also receive a new watchlist detailing the most important upcoming data releases, FDA approvals, and conferences in the biotech sector. Each

**PX 14, 978**

Friday you will also receive a summary and update with new commentary on every company in the portfolio.

Now let's get started!

Sincerely,

Kyle Dennis
Biotech Trader

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user 's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here (https://mr141.infusionsoft.com/app/linkClick/151439/41ee8cf16e1fc43d/167144011/9527b8be35c3ead1) if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Attachment J

**PX 14, 979**

Remove me from Premium Email List (https://mr141.infusionsoft.com/app/linkClick/151441/ d1a865a0907de454/167144011/9527b8be35c3ead1)

835 E Lamar Blvd #263 Arlington, Texas 76011 United States (https://maps.google.com/?q= 835+E+Lamar+Blvd+%23263+Arlington,+Texas+76011+United+States&entry=gmail&source=g)

––

Marie Roy
Apple Bankruptcy, LLC
██████████████

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Note: You must follow

]

Thank You for Contacting Support.

[NZZRM6-KK7D]

Attachment J

PX 14, 980

**ATTACHMENT K**

PX 14, 981

 Gmail

**C Roy** ▆▆▆▆▆▆▆▆▆▆▆▆

---

## Added ADOM, see chart
1 message

---

**Jason Bond** <jason@jasonbondpicks.com>                    Thu, Sep 21, 2017 at 10:03 AM
To: ▆▆▆▆▆▆▆▆▆▆



EVERY TIME this stock is oversold it makes a big move and it does it fast. The move is just starting again so I'm adding per the watch list.

I bought 3,000 more ADOM at $7.58. My average is now 5,000 at $7.35. See what I see? If you were to reference RSI each of those circles were oversold followed by huge bounces. This can go fast, don't be shocked if it hits $9 soon.

CLICK char to expand.



Attachment K

**PX 14, 982**

5/25/2020                                   Gmail - Added ADOM, see chart



Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user 's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Jason Bond Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at Jason Bond Picks.

If you no longer wish to receive our emails, click the link below:

Unsubscribe

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

Attachment K                              **PX 14, 983**

# ATTACHMENT L

PX 14, 984



**C Roy** ███████████████

---

## Mini lesson & Tuesday's watch list
1 message

---

**Jason Bond** <jason@jasonbondpicks.com>                      Tue, Sep 19, 2017 at 8:03 AM
To: ███████████████





---

Good morning,

Start MINI LESSON

Toward the end of 2016 I was up well over +400% or +$400,000 and began to trade straight option calls / puts on the IWM. I finished the year +330% +$330,085.22 losing -$59,478.82 on the IWM not to mention some hefty commissions.



Three quarters of the way through 2017 I'm up +100% or +$100,000 which is amazing when you see what I'm about to show you next.

I've lost -$115,036.55 in 2017 trading straight IWM calls / puts and paid $27,238.55 in fees to trade it. And that's not the worst of it. I'm -$52,902.80 on an open IWM put which if I were to close today leaves me -$167,939.35 in 2017 trading IWM options.

Attachment L                    **PX 14, 985**



Add in the commissions and that's -$195,177.90 I've dropped on IWM options in 2017 and I'm still +100% +$100,000 as of this morning meaning I'd be up nearly +300 +$300,000 if I just didn't trade IWM options in 2017.

Doesn't take a genius to predict what I'm about to say next. I am done trading IWM options! Period.

What can we learn from this?

First, keeping a journal helps identify areas of weakness and any rationale trader would learn from it.

Second, predicting the direction of the market in a specified time is really hard, period. It's proven you only have a 40% chance of winning with straight puts or calls but have a 60% chance of winning as the seller of the option as I teach in this lesson.

Third, I must have a kick ass small cap swing & long-term strategy if three quarters of the way through 2017 I'm still up +100% +$100,000 despite nearly $200,000 in losses from the IWM. Which is what I'll focus on for the remainder of 2017 and into the future.

Jason Bond Picks has always been a real $$$ diary of a trader which doesn't just tout my strengths but also exposes my weaknesses.

Now you might be wondering if I know straight puts and calls on the IWM only have a 40% chance of winning, why would I trade them that way in the first place? The answer is the lure of a big win which in fact has only led to big losses as you've seen.

So let me say this on options trading, education and alerts. Jeff Bishop has doctorate level education in options, does an amazing job of teaching and alerting them in the Millionaire Roadmap, mostly selling premiums and spread trading, which he believes is the only way to win trading options, so we have that base covered and covered well. I encourage you to look to him.

End MINI LESSON

LQMT has been very good to me in 2017 since my report back in April.

I've realized a profit of +$28,115.54 thus far and am +$17,060.18 in the Swing E*TRADE account $44,450.83 in the Long-Term E*TRADE account.

Realized

Attachment L

**PX 14, 986**

8/19/2020                                          Gmail - Mini lesson & Tuesday's watch list



Unrealized



My target remains $.70+ which I think will come from the new CEO making the company profitable, something he has experience with in his other company. And this new iPhone X speculation Patently Apple put out this week could be the catalyst. With open house coming up in the middle of October I think we'll see runup into that as the next catalyst.

NLNK is a Fibonacci Retracement play I like which should start to turn up off support here. Ideally I'll lock a profit between $14 - $15 before the weekend on it. I teach Fibonacci in detail here.



The only other trade I'm looking to put on Tuesday is to short DRYS. Shares have leveled out below $2.70 resistance and it started to show some weakness on Monday. I think the

Attachment L

**PX 14, 987**

SEC subpoena looking into past offerings could clobber this stock and would like to cover my short below $2 if it works.

The diary of a real $$$ trader!

*Jason Bond*

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user 's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Jason Bond Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at Jason Bond Picks.

If you no longer wish to receive our emails, click the link below:

 Unsubscribe

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

Attachment L

PX 14, 988

# ATTACHMENT M

PX 14, 989

 **C Roy** ████████████████

---

## FDA Insider Alert: Bought CTRV and INO
4 messages

---

**Kyle Dennis** <Kyle@biotechbreakouts.com>                    Thu, Oct 12, 2017 at 9:40 AM
To: ████████████████



Good morning,

I bought 15,000 **CTRV** at .63 and 1,500 **INO** at 6.34 for 1-4 week holds.

Cheers,

*Kyle Dennis*

**Kyle Dennis**
Biotech Trader

---

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us  here  if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Attachment M                          **PX 14, 990**

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Premium Email List

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

---

**C Roy** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                    Sat, Oct 14, 2017 at 1:03 PM
To: Kyle Dennis <Kyle@biotechbreakouts.com>

Is there text alerts u can send me so I know when to buy & sell

Marie
[Quoted text hidden]
--

Marie Roy
Apple Bankruptcy, LLC
▮▮▮▮▮▮▮▮▮

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Note: You must follow

---

**C Roy** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                    Sat, Oct 14, 2017 at 1:33 PM
Draft To: Kyle Dennis <Kyle@biotechbreakouts.com>

I like REI on a technical break of 14.15.  Measures 16+ on that breakout with risk to the 13.25 area.  14.15 is the entry, 16 is the target, 13.25 is the stop
is this a swing or a day trade from the lightning alerts page? swings I assume?

Marie
[Quoted text hidden]

---

**Donald (BioTechBreakouts Support)** <kyle@biotechbreakouts.com>        Mon, Oct 16, 2017 at 9:06 AM
Reply-To: BioTechBreakouts Support <kyle@biotechbreakouts.com>
To: C Roy ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

##- Please type your reply above this line -##

Your request (99559) has been solved. To reopen this request, reply to this email. See the latest comments below:

**Donald** (BioTechBreakouts)
Oct 16, 9:06 AM EDT

Marie,

To configure SMS login at biotechbreakouts.com/member, use the menu on the left and click on "Your Account".

**PX 14, 991**

Then use the new button below and click on "Account Overview". On the new page click go to the "SMS Alerts Settings" section and click "Add/Edit phone number" then fill out the information.
The correct format is the phone number without any numbers or dashes.
If you have trouble send us your cell phone number as well as any error messages you have received and we can get it working for you.

Have a great day.

Donald

---



**C Roy**
Oct 14, 1:03 PM EDT

Is there text alerts u can send me so I know when to buy & sell

Marie

On Thu, Oct 12, 2017 at 9:40 AM, Kyle Dennis <Kyle@biotechbreakouts.com> wrote:

Good morning,

I bought 15,000 CTRV at .63 and 1,500 INO at 6.34 for 1–4 week holds.

Cheers,


Kyle Dennis
Biotech Trader

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified

Attachment M                                                              **PX 14, 992**

securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here (https://mr141.infusionsoft.com/app/linkClick/162863/7c74131a822c4016/185358139/0e108867cd397bdf) if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Premium Email List (https://mr141.infusionsoft.com/app/optOut/49/0376d7226ff65e6c/185358139/0e108867cd397bdf)

835 E Lamar Blvd #263 Arlington, Texas 76011 United States (https://maps.google.com/?q=835+E+Lamar+Blvd+%23263+Arlington,+Texas+76011+United+States&entry=gmail&source=g)

--

Marie Roy
Apple Bankruptcy, LLC
█████████████

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Note: You must follow

]

Thank You for Contacting Support.

Attachment M                  **PX 14, 993**

[J65Z3E-G6WV]

Attachment M                               PX 14, 994

# ATTACHMENT N

PX 14, 995

 **Gmail**

C Roy <███████████████████>

## August 28 FDA Insider Watch List

4 messages

**Kyle Dennis** <Kyle@biotechbreakouts.com>                    Mon, Aug 28, 2017 at 5:01 AM
To: ███████████████



Good morning,

I hope you enjoyed the weekend!

Even more new folks are on board here with us! Welcome!

I am so happy to have you here and this is going to be a wonderful time together.

**If you are new be sure to watch this video series here to start:**

**How to do Biotech Research Part 1**
**How to do Biotech Research Part 2**
**How to do Biotech Research Part 3**

And even if you aren't new, be sure to take some time to go through those lessons again. It's a great refresher!

**VSAR** is being taken off the watch list today, as it has data coming out in September. It is a company I do like, but I don't want to hold through any catalyst event.

**ALDX** is also being taken off the watch list for the same reason.

The portfolio is looking great, check it out below:

Attachment N                              **PX 14, 996**

8/19/2020                              Gmail - August 28 FDA Insider Watch List

| Symbol | Date Acquired | Quantity | Cost/Share | Last Trade* | Change | % Change | Total Cost | Market Value | $ Gain/Loss | % Gain/Loss |
|--------|---------------|----------|------------|-------------|--------|----------|------------|--------------|-------------|-------------|
| CATB | 08/25/17 | 5,000 | $1.25 | $1.37 | ▲ $0.12 | ▲ 9.60% | $6,250 | $6,850 | ▲ $600 | ▲ 9.60% |
| EIGR | 08/17/17 | 500 | $7.90 | $8.00 | ▲ $0.10 | ▲ 1.27% | $3,950 | $4,000 | ▲ $50 | ▲ 1.27% |
| PBMD | 08/14/17 | 7,500 | $1.60 | $1.61 | ▲ $0.01 | ▲ 0.63% | $12,000 | $12,075 | ▲ $75 | ▲ 0.63% |
| VKTX | 08/10/17 | 7,500 | $0.96 | $1.10 | ▲ $0.14 | ▲ 14.58% | $7,200 | $8,250 | ▲ $1,050 | ▲ 14.58% |

*Charts, commentary, and target ranges on Catalyst Swings all are updated on Monday mornings.*

**New Catalyst Swing names (1 - 4 week holds) I am watching…**

**Catabasis Pharmaceuticals (CATB)**

Catalyst Dates: Phase 1/2 open label extension data due out in the 3Q for DMD.

Buy Zone: $1.15 to $1.30
Profit Zone: $1.60 or higher
Stop Zone: $1.05 or below



**Newlink Genetics (NLNK)**

Catalyst Dates: Phase 1/2 data for AML, Phase 2 data for Glioblastoma, and Phase 2 data for Pancreatic cancer due in the second half of 2017.

Buy Zone: $6.30 to $6.60
Profit Zone: $8.00 or higher
Stop Zone: $5.85 or below

Attachment N

**PX 14, 997**



**Catalyst Swing names (1 - 4 week holds) I am watching…**

**Karyopharm Therapeutics (KPTI)**

Catalyst Dates: Phase 2 data due in September or October for liposarcoma.

Buy Zone: $8.20 to $8.40
Profit Zone: $9.50 to $10.50
Stop Zone: $8.00 or below



**AcelRx Pharmaceuticals (ACRX)**

Catalyst Dates: FDA approval date on October 12 for ARX-04 (a pain drug)

Buy Zone: $2.75 to $3.00
Profit Zone: $3.75 to $4.00
Stop Zone: $2.50 or below

Attachment N

**PX 14, 998**



**Prima Biomed (PBMB)**

Catalyst Dates: Phase 1 cancer data due out on October 31. Also safety data from Phase 2B breast cancer trial due out in the fourth quarter.

Buy Zone: $1.40 to $1.60
Profit Zone: $2.10 to $2.30 or higher
Stop Zone: $1.30 or below



**Flexion Therapeutics (FLXN)**

Catalyst Dates: FDA approval date for osteoarthritis of the knee due October 6

Buy Zone: $21.00 to $22.00
Profit Zone: $24.00 to $25.50 or higher
Stop Zone: $20.15 or below

Attachment N

**PX 14, 999**



**Eiger Biopharmaceuticals (EIGR)**

Catalyst Dates: Phase two Hepatitis delta virus data due out October 20-24.
Phase 2 Pulmonary arterial hypertension data due out at the JPM conference
January 8-11.

Buy Zone: $7.70 to $8.00
Profit Zone: $9.00 or higher
Stop Zone: $7.30 or below



**Eyegate Pharmaceuticals (EYEG)**

Catalyst Dates: Phase 1/2 data for Ocular Bandage Gel eye healing due by the
end of the year. Phase 2B cataract eye surgery trial data due around year end.

Buy Zone: $0.95 to $1.10
Profit Zone: $1.60 or higher
Stop Zone: $.80 or below

Attachment N                           **PX 14, 1000**



**Auris Medical (EARS)**

Catalyst Dates: Phase 3 data for acute hearing loss expected in September/October.

Buy Zone: $.70 to $.80
Profit Zone: $1.00 or higher
Stop Zone: Under $.55



**Antares Pharma (ATRS)**

Catalyst Dates: Two FDA approval dates. One on October 17 and the other on October 20.

Buy Zone: $2.80 to $3.00
Profit Zone: $3.20 or higher
Stop Zone: Under $2.60

Attachment N                     **PX 14, 1001**



### Neos Therapeutics (NEOS)

Catalyst Dates: FDA approval date for Amphetamine XR Oral Suspension on September 15.

Buy Zone: $6.25 to $6.75
Profit Zone: $7.50 or higher
Stop Zone: Under $6.00



### Viking Therapeutics (VKTX)

Catalyst Dates: Phase 2 data for Acute Hip Fracture due in the fourth quarter.

Buy Zone: Up to $1.05
Profit Zone: $1.30 or higher
Stop Zone: Under $0.90

Attachment N                              **PX 14, 1002**

8/19/2020                                    Gmail - August 28 FDA Insider Watch List



I'll be in touch again soon!

Cheers,

*Kyle Dennis*

**Kyle Dennis**
Biotech Trader

_____

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user 's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us  here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Premium Email List

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

_____

**C Roy** <███████████████>                                    Fri, Sep 8, 2017 at 8:18 PM
To: Kyle Dennis <Kyle@biotechbreakouts.com>

Attachment N                                    **PX 14, 1003**

is the blu chart above a long chart-do u sell most of your positions, eg nlnk after reaching your goal

Marie

[Quoted text hidden]

--

Marie Roy
Apple Bankruptcy, LLC
███████████

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Note: You must follow

---

**Kyle (BioTechBreakouts Support)** <kyle@biotechbreakouts.com>                    Tue, Sep 12, 2017 at 4:30 PM
Reply-To: BioTechBreakouts Support <kyle@biotechbreakouts.com>
To: C Roy <███████████>

##- Please type your reply above this line -##

Your request (93014) has been solved. To reopen this request, reply to this email. See the latest comments below:



**Kyle** (BioTechBreakouts)
Sep 12, 4:30 PM EDT

Hi,

Yeah, usually if the stock hits my goal I'll at minimum sell half of my position. A lot of times I'll let the other half to see if I can get more.

Cheers,

Kyle



**C Roy**
Sep 8, 8:19 PM EDT

is the blu chart above a long chart–do u sell most of your positions, eg nlnk after reaching your goal

Marie

On Mon, Aug 28, 2017 at 5:01 AM, Kyle Dennis <Kyle@biotechbreakouts.com> wrote:

Good morning,

Attachment N                                          **PX 14, 1004**

I hope you enjoyed the weekend!

Even more new folks are on board here with us! Welcome!

I am so happy to have you here and this is going to be a wonderful time together.

If you are new be sure to watch this video series here to start:

How to do Biotech Research Part 1 (https://www.biotechbreakouts.com/education/how-to-do-biotech-research-part-1/)

How to do Biotech Research Part 2 (https://www.biotechbreakouts.com/education/how-to-do-biotech-research-part-2/)

How to do Biotech Research Part 3 (https://www.biotechbreakouts.com/education/how-to-do-biotech-research-part-3/)

And even if you aren't new, be sure to take some time to go through those lessons again. It's a great refresher!

VSAR is being taken off the watch list today, as it has data coming out in September. It is a company I do like, but I don't want to hold through any catalyst event.

ALDX is also being taken off the watch list for the same reason.

The portfolio is looking great, check it out below:

Charts, commentary, and target ranges on Catalyst Swings all are updated on Monday mornings.

New Catalyst Swing names (1 – 4 week holds) I am watching…

Catabasis Pharmaceuticals (CATB)

Catalyst Dates: Phase 1/2 open label extension data due out in the 3Q for DMD.

Buy Zone: $1.15 to $1.30

Profit Zone: $1.60 or higher

Stop Zone: $1.05 or below

Newlink Genetics (NLNK)

Catalyst Dates: Phase 1/2 data for AML, Phase 2 data for Glioblastoma, and Phase 2 data for Pancreatic cancer due in the second half of 2017.

Buy Zone: $6.30 to $6.60

Profit Zone: $8.00 or higher

Attachment N                              **PX 14, 1005**

Stop Zone: $5.85 or below

Catalyst Swing names (1 – 4 week holds) I am watching…

Karyopharm Therapeutics (KPTI)

Catalyst Dates: Phase 2 data due in September or October for liposarcoma.

Buy Zone: $8.20 to $8.40

Profit Zone: $9.50 to $10.50

Stop Zone: $8.00 or below

AcelRx Pharmaceuticals (ACRX)

Catalyst Dates: FDA approval date on October 12 for ARX–04 (a pain drug)

Buy Zone: $2.75 to $3.00

Profit Zone: $3.75 to $4.00

Stop Zone: $2.50 or below

Prima Biomed (PBMB)

Catalyst Dates: Phase 1 cancer data due out on October 31. Also safety data from Phase 2B breast cancer trial due out in the fourth quarter.

Buy Zone: $1.40 to $1.60

Profit Zone: $2.10 to $2.30 or higher

Stop Zone: $1.30 or below

Flexion Therapeutics (FLXN)

Catalyst Dates: FDA approval date for osteoarthritis of the knee due October 6

Buy Zone: $21.00 to $22.00

Profit Zone: $24.00 to $25.50 or higher

Stop Zone: $20.15 or below

Eiger Biopharmaceuticals (EIGR)

Catalyst Dates: Phase two Hepatitis delta virus data due out October 20–24. Phase 2 Pulmonary arterial hypertension data due out at the JPM conference January 8–11.

Buy Zone: $7.70 to $8.00

Attachment N                                          **PX 14, 1006**

Profit Zone: $9.00 or higher

Stop Zone: $7.30 or below

Eyegate Pharmaceuticals (EYEG)

Catalyst Dates: Phase 1/2 data for Ocular Bandage Gel eye healing due by the end of the year. Phase 2B cataract eye surgery trial data due around year end.

Buy Zone: $0.95 to $1.10

Profit Zone: $1.60 or higher

Stop Zone: $.80 or below

Auris Medical (EARS)

Catalyst Dates: Phase 3 data for acute hearing loss expected in September/October.

Buy Zone: $.70 to $.80

Profit Zone: $1.00 or higher

Stop Zone: Under $.55

Antares Pharma (ATRS)

Catalyst Dates: Two FDA approval dates. One on October 17 and the other on October 20.

Buy Zone: $2.80 to $3.00

Profit Zone: $3.20 or higher

Stop Zone: Under $2.60

Neos Therapeutics (NEOS)

Catalyst Dates: FDA approval date for Amphetamine XR Oral Suspension on September 15.

Buy Zone: $6.25 to $6.75

Profit Zone: $7.50 or higher

Stop Zone: Under $6.00

Viking Therapeutics (VKTX)

Catalyst Dates: Phase 2 data for Acute Hip Fracture due in the fourth quarter.

Buy Zone: Up to $1.05

Attachment N                                    **PX 14, 1007**

Profit Zone: $1.30 or higher

Stop Zone: Under $0.90

I'll be in touch again soon!

Cheers,


Kyle Dennis
Biotech Trader



Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user 's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here (https://mr141.infusionsoft.com/app/linkClick/155103/1b1fc25920401303/167482315/e0ac405319506a6f) if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Attachment N                                          **PX 14, 1008**

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Premium Email List (https://mr141.infusionsoft.com/app/optOut/49/ 0376d7226ff65e6c/167482315/e0ac405319506a6f)

835 E Lamar Blvd #263 Arlington, Texas 76011 United States (https://maps.google.com/?q= 835+E+Lamar+Blvd+%23263+Arlington,+Texas+76011+United+States&entry=gmail&source=g)

--

Marie Roy
Apple Bankruptcy, LLC
██████████████

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Note: You must follow

]

Thank You for Contacting Support.

[J65O92-QZ9G]

---

**C Roy** <████████████████                          Sat, Oct 14, 2017 at 2:43 PM
Draft To: BioTechBreakouts Support <kyle@biotechbreakouts.com>

[Quoted text hidden]

Attachment N                    **PX 14, 1009**

                                                    C Roy < ████████████████ >

---

## August 28 FDA Insider Watch List
4 messages

---

**Kyle Dennis** <Kyle@biotechbreakouts.com>                  Mon, Aug 28, 2017 at 5:01 AM
To: ████████████



Good morning,

I hope you enjoyed the weekend!

Even more new folks are on board here with us! Welcome!

I am so happy to have you here and this is going to be a wonderful time together.

**If you are new be sure to watch this video series here to start:**

**How to do Biotech Research Part 1**
**How to do Biotech Research Part 2**
**How to do Biotech Research Part 3**

And even if you aren't new, be sure to take some time to go through those lessons again. It's a great refresher!

**VSAR** is being taken off the watch list today, as it has data coming out in September. It is a company I do like, but I don't want to hold through any catalyst event.

**ALDX** is also being taken off the watch list for the same reason.

The portfolio is looking great, check it out below:

8/19/2020                                      Gmail - August 28 FDA Insider Watch List

| Symbol | Date Acquired | Quantity | Cost/Share | Last Trade* | Change | % Change | Total Cost | Market Value | $ Gain/Loss | % Gain/Loss |
|--------|---------------|----------|------------|-------------|--------|----------|------------|--------------|-------------|-------------|
| CATB | 08/25/17 | 5,000 | $1.25 | $1.37 | ▲ $0.12 | ▲ 9.60% | $6,250 | $6,850 | ▲ $600 | ▲ 9.60% |
| EIGR | 08/17/17 | 500 | $7.90 | $8.00 | ▲ $0.10 | ▲ 1.27% | $3,950 | $4,000 | ▲ $50 | ▲ 1.27% |
| PBMD | 08/14/17 | 7,500 | $1.60 | $1.61 | ▲ $0.01 | ▲ 0.63% | $12,000 | $12,075 | ▲ $75 | ▲ 0.63% |
| VKTX | 08/10/17 | 7,500 | $0.96 | $1.10 | ▲ $0.14 | ▲ 14.58% | $7,200 | $8,250 | ▲ $1,050 | ▲ 14.58% |

*Charts, commentary, and target ranges on Catalyst Swings all are updated on Monday mornings.*

**New Catalyst Swing names (1 - 4 week holds) I am watching…**

**Catabasis Pharmaceuticals (CATB)**

Catalyst Dates: Phase 1/2 open label extension data due out in the 3Q for DMD.

Buy Zone: $1.15 to $1.30
Profit Zone: $1.60 or higher
Stop Zone: $1.05 or below



**Newlink Genetics (NLNK)**

Catalyst Dates: Phase 1/2 data for AML, Phase 2 data for Glioblastoma, and Phase 2 data for Pancreatic cancer due in the second half of 2017.

Buy Zone: $6.30 to $6.60
Profit Zone: $8.00 or higher
Stop Zone: $5.85 or below

Attachment N                                      **PX 14, 1011**



**Catalyst Swing names (1 - 4 week holds) I am watching…**

**Karyopharm Therapeutics (KPTI)**

Catalyst Dates: Phase 2 data due in September or October for liposarcoma.

Buy Zone: $8.20 to $8.40
Profit Zone: $9.50 to $10.50
Stop Zone: $8.00 or below



**AcelRx Pharmaceuticals (ACRX)**

Catalyst Dates: FDA approval date on October 12 for ARX-04 (a pain drug)

Buy Zone: $2.75 to $3.00
Profit Zone: $3.75 to $4.00
Stop Zone: $2.50 or below

Attachment N                    **PX 14, 1012**



### Prima Biomed (PBMB)

Catalyst Dates: Phase 1 cancer data due out on October 31. Also safety data from Phase 2B breast cancer trial due out in the fourth quarter.

Buy Zone: $1.40 to $1.60
Profit Zone: $2.10 to $2.30 or higher
Stop Zone: $1.30 or below



### Flexion Therapeutics (FLXN)

Catalyst Dates: FDA approval date for osteoarthritis of the knee due October 6

Buy Zone: $21.00 to $22.00
Profit Zone: $24.00 to $25.50 or higher
Stop Zone: $20.15 or below

Attachment N                                    **PX 14, 1013**

8/19/2020                                   Gmail - August 28 FDA Insider Watch List



**Eiger Biopharmaceuticals (EIGR)**

Catalyst Dates: Phase two Hepatitis delta virus data due out October 20-24.
Phase 2 Pulmonary arterial hypertension data due out at the JPM conference
January 8-11.

Buy Zone: $7.70 to $8.00
Profit Zone: $9.00 or higher
Stop Zone: $7.30 or below



**Eyegate Pharmaceuticals (EYEG)**

Catalyst Dates: Phase 1/2 data for Ocular Bandage Gel eye healing due by the
end of the year. Phase 2B cataract eye surgery trial data due around year end.

Buy Zone: $0.95 to $1.10
Profit Zone: $1.60 or higher
Stop Zone: $.80 or below

Attachment N                    **PX 14, 1014**



### Auris Medical (EARS)

Catalyst Dates: Phase 3 data for acute hearing loss expected in September/October.

Buy Zone: $.70 to $.80
Profit Zone: $1.00 or higher
Stop Zone: Under $.55



### Antares Pharma (ATRS)

Catalyst Dates: Two FDA approval dates. One on October 17 and the other on October 20.

Buy Zone: $2.80 to $3.00
Profit Zone: $3.20 or higher
Stop Zone: Under $2.60

Attachment N                        **PX 14, 1015**

8/19/2020                                        Gmail - August 28 FDA Insider Watch List



### Neos Therapeutics (NEOS)

Catalyst Dates: FDA approval date for Amphetamine XR Oral Suspension on September 15.

Buy Zone: $6.25 to $6.75
Profit Zone: $7.50 or higher
Stop Zone: Under $6.00



### Viking Therapeutics (VKTX)

Catalyst Dates: Phase 2 data for Acute Hip Fracture due in the fourth quarter.

Buy Zone: Up to $1.05
Profit Zone: $1.30 or higher
Stop Zone: Under $0.90

Attachment N                  **PX 14, 1016**

8/19/2020                                          Gmail - August 28 FDA Insider Watch List



I'll be in touch again soon!

Cheers,

*Kyle Dennis*

**Kyle Dennis**
Biotech Trader

---

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user 's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us  here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Premium Email List

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

---

**C Roy <​▮▮▮▮▮▮▮▮▮▮▮​>**                                                              Fri, Sep 8, 2017 at 8:18 PM
To: Kyle Dennis <Kyle@biotechbreakouts.com>

Attachment N                          **PX 14, 1017**

is the blu chart above a long chart-do u sell most of your positions, eg nlnk after reaching your goal

Marie

[Quoted text hidden]

--

Marie Roy
Apple Bankruptcy, LLC
██████████

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Note: You must follow

---

**Kyle (BioTechBreakouts Support)** <kyle@biotechbreakouts.com>                Tue, Sep 12, 2017 at 4:30 PM
Reply-To: BioTechBreakouts Support <kyle@biotechbreakouts.com>
To: C Roy < ██████████ >

##- Please type your reply above this line -##

Your request (93014) has been solved. To reopen this request, reply to this email. See the latest comments below:

---



**Kyle** (BioTechBreakouts)
Sep 12, 4:30 PM EDT

Hi,

Yeah, usually if the stock hits my goal I'll at minimum sell half of my position. A lot of times I'll let the other half to see if I can get more.

Cheers,

Kyle

---



**C Roy**
Sep 8, 8:19 PM EDT

is the blu chart above a long chart–do u sell most of your positions, eg nlnk after reaching your goal

Marie

On Mon, Aug 28, 2017 at 5:01 AM, Kyle Dennis <Kyle@biotechbreakouts.com> wrote:

Good morning,

I hope you enjoyed the weekend!

Even more new folks are on board here with us! Welcome!

I am so happy to have you here and this is going to be a wonderful time together.

If you are new be sure to watch this video series here to start:

How to do Biotech Research Part 1 (https://www.biotechbreakouts.com/education/how-to-do-biotech-research-part-1/)

How to do Biotech Research Part 2 (https://www.biotechbreakouts.com/education/how-to-do-biotech-research-part-2/)

How to do Biotech Research Part 3 (https://www.biotechbreakouts.com/education/how-to-do-biotech-research-part-3/)

And even if you aren't new, be sure to take some time to go through those lessons again. It's a great refresher!

VSAR is being taken off the watch list today, as it has data coming out in September. It is a company I do like, but I don't want to hold through any catalyst event.

ALDX is also being taken off the watch list for the same reason.

The portfolio is looking great, check it out below:

Charts, commentary, and target ranges on Catalyst Swings all are updated on Monday mornings.

New Catalyst Swing names (1 – 4 week holds) I am watching…

Catabasis Pharmaceuticals (CATB)

Catalyst Dates: Phase 1/2 open label extension data due out in the 3Q for DMD.

Buy Zone: $1.15 to $1.30

Profit Zone: $1.60 or higher

Stop Zone: $1.05 or below

Newlink Genetics (NLNK)

Catalyst Dates: Phase 1/2 data for AML, Phase 2 data for Glioblastoma, and Phase 2 data for Pancreatic cancer due in the second half of 2017.

Buy Zone: $6.30 to $6.60

Profit Zone: $8.00 or higher

Attachment N                        **PX 14, 1019**

Stop Zone: $5.85 or below

Catalyst Swing names (1 – 4 week holds) I am watching…

Karyopharm Therapeutics (KPTI)

Catalyst Dates: Phase 2 data due in September or October for liposarcoma.

Buy Zone: $8.20 to $8.40

Profit Zone: $9.50 to $10.50

Stop Zone: $8.00 or below

AcelRx Pharmaceuticals (ACRX)

Catalyst Dates: FDA approval date on October 12 for ARX–04 (a pain drug)

Buy Zone: $2.75 to $3.00

Profit Zone: $3.75 to $4.00

Stop Zone: $2.50 or below

Prima Biomed (PBMB)

Catalyst Dates: Phase 1 cancer data due out on October 31. Also safety data from Phase 2B breast cancer trial due out in the fourth quarter.

Buy Zone: $1.40 to $1.60

Profit Zone: $2.10 to $2.30 or higher

Stop Zone: $1.30 or below

Flexion Therapeutics (FLXN)

Catalyst Dates: FDA approval date for osteoarthritis of the knee due October 6

Buy Zone: $21.00 to $22.00

Profit Zone: $24.00 to $25.50 or higher

Stop Zone: $20.15 or below

Eiger Biopharmaceuticals (EIGR)

Catalyst Dates: Phase two Hepatitis delta virus data due out October 20–24. Phase 2 Pulmonary arterial hypertension data due out at the JPM conference January 8–11.

Buy Zone: $7.70 to $8.00

Attachment N                                          **PX 14, 1020**

Profit Zone: $9.00 or higher

Stop Zone: $7.30 or below

Eyegate Pharmaceuticals (EYEG)

Catalyst Dates: Phase 1/2 data for Ocular Bandage Gel eye healing due by the end of the year. Phase 2B cataract eye surgery trial data due around year end.

Buy Zone: $0.95 to $1.10

Profit Zone: $1.60 or higher

Stop Zone: $.80 or below

Auris Medical (EARS)

Catalyst Dates: Phase 3 data for acute hearing loss expected in September/October.

Buy Zone: $.70 to $.80

Profit Zone: $1.00 or higher

Stop Zone: Under $.55

Antares Pharma (ATRS)

Catalyst Dates: Two FDA approval dates. One on October 17 and the other on October 20.

Buy Zone: $2.80 to $3.00

Profit Zone: $3.20 or higher

Stop Zone: Under $2.60

Neos Therapeutics (NEOS)

Catalyst Dates: FDA approval date for Amphetamine XR Oral Suspension on September 15.

Buy Zone: $6.25 to $6.75

Profit Zone: $7.50 or higher

Stop Zone: Under $6.00

Viking Therapeutics (VKTX)

Catalyst Dates: Phase 2 data for Acute Hip Fracture due in the fourth quarter.

Buy Zone: Up to $1.05

Attachment N                         **PX 14, 1021**

Profit Zone: $1.30 or higher

Stop Zone: Under $0.90

I'll be in touch again soon!

Cheers,


Kyle Dennis
Biotech Trader



Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user 's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here (https://mr141.infusionsoft.com/app/linkClick/155103/1b1fc25920401303/167482315/e0ac405319506a6f) if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Attachment N                                    **PX 14, 1022**

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Premium Email List (https://mr141.infusionsoft.com/app/optOut/49/ 0376d7226ff65e6c/167482315/e0ac405319506a6f)

835 E Lamar Blvd #263 Arlington, Texas 76011 United States (https://maps.google.com/?q= 835+E+Lamar+Blvd+%23263+Arlington,+Texas+76011+United+States&entry=gmail&source=g)

——

Marie Roy
Apple Bankruptcy, LLC
█████████████

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Note: You must follow

]

Thank You for Contacting Support.

[J65O92-QZ9G]

---

**C Roy** <███████████████                                    Sat, Oct 14, 2017 at 2:43 PM
Draft To: BioTechBreakouts Support <kyle@biotechbreakouts.com>

[Quoted text hidden]

Attachment N                                              **PX 14, 1023**

# ATTACHMENT O

**PX 14, 1024**

 **Gmail**

**C Roy** <██████████████████

---

## Re: [Response required] Claim Your Mentorship Training Package
3 messages

---

**Jason Bond** <jason@jasonbondpicks.com>                          Sun, Dec 10, 2017 at 11:20 AM
To: ████████████████

Hi Marie,

Have you ever thought about what it would be like if I personally mentored you?

Well you don't have to wonder anymore...

I am launching a limited seating private mentoring program and I want YOU enrolled!

To see if you qualify CLICK HERE

You may or may not know this, but for the last 7 years I have been helping beginner, intermediate, and advanced traders improve their trading and grow their portfolio.

1000's of traders have won BIG using my training programs and I have compiled 100's of case studies detailing how my training program has been used to dramatically improve trading and increase profits.

But I recently realized that I missed something, BIG TIME.

I need YOUR help to fix it. I desperately need NEW case studies from individuals who have used my program to improve their trading and grow profits.

I need these cases studies, FAST!

So I created my first ever Jason Bond Success Mentoring Program, but here is the catch…

I can only allow a limited amount of people to participate and spaces are already filling up fast with my friends from my inner circle.

TO RESERVE YOUR SPOT CLICK HERE

I am going to highlight the most successful students in the program publicly on my social media pages with a trip to beautiful Baha Mar.

Everyone who is accepted will get FREE access to Jason Bond Picks, Top Stock Picks, Petra Picks Platinum, and access to weekly Mastermind sessions with my team and me!

If you are interested, you need to act fast, the deadline to enroll is FRIDAY!

To learn more about what is required and reserve your spot CLICK HERE NOW

Jason Bond

PS - Participation in this program is NOT for everyone, you will be required to train using the Millionaire Roadmap, join a private Mastermind meeting with me every week, and fly out to a Mastermind in 2018.

CLICK HERE to claim your seat!

If you no longer wish to receive our emails, click the link below:

Unsubscribe
835 E Lamar Blvd #263 Arlington, Texas 76011 United States



---

**C Roy** <██████████████████>                    Mon, Dec 11, 2017 at 5:55 AM
To: Jason Bond <jason@jasonbondpicks.com>

How much .
[Quoted text hidden]
--

Marie Roy
Apple Bankruptcy, LLC
████████████

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error,

Attachment O                    **PX 14, 1026**

please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Note: You must follow

---

**Jordan (Jason Bond Picks)** <jason@jasonbondpicks.com>                    Mon, Dec 11, 2017 at 9:16 AM
Reply-To: Jason Bond Picks <jason@jasonbondpicks.com>
To: C Roy <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>

##- Please type your reply above this line -##

Your request (110890) has been updated. To add additional comments, reply to this email.

---



**Jordan** (Jason Bond Picks)
Dec 11, 9:16 AM EST

Normally it's $9999 and valued at over $16000. However, since you are a current client I'd be glad to offer it to you for $4999 annually. This includes Petra Platinum, Top Stock Picks access and so much more. Let me know if interested.

Jordan

---



**C Roy**
Dec 11, 5:56 AM EST

How much .

On Sun, Dec 10, 2017 at 11:20 AM Jason Bond <jason@jasonbondpicks.com> wrote:

Hi Marie,

Have you ever thought about what it would be like if I personally mentored you?

Well you don't have to wonder anymore...

I am launching a limited seating private mentoring program and I want YOU enrolled!

To see if you qualify CLICK HERE (https://www.jasonbondpicks.com/mrm-process-app/application-form)

You may or may not know this, but for the last 7 years I have been helping beginner, intermediate, and advanced traders improve their trading and grow their portfolio.

1000's of traders have won BIG using my training programs and I have compiled 100's of case studies detailing how my training program has been used to dramatically improve trading and increase profits.

But I recently realized that I missed something, BIG TIME.

Attachment O                                **PX 14, 1027**

I need YOUR help to fix it. I desperately need NEW case studies from individuals who have used my program to improve their trading and grow profits.

I need these cases studies, FAST!

So I created my first ever Jason Bond Success Mentoring Program, but here is the catch…

TO RESERVE YOUR SPOT CLICK HERE (https://www.jasonbondpicks.com/mrm-process-app/application-form)

I am going to highlight the most successful students in the program publicly on my social media pages with a trip to beautiful Baha Mar.

Everyone who is accepted will get FREE access to Jason Bond Picks, Top Stock Picks, Petra Picks Platinum, and access to weekly Mastermind sessions with my team and me!

If you are interested, you need to act fast, the deadline to enroll is FRIDAY!

To learn more about what is required and reserve your spot CLICK HERE NOW (https://www.jasonbondpicks.com/mrm-process-app/application-form)

Jason Bond

PS – Participation in this program is NOT for everyone, you will be required to train using the Millionaire Roadmap, join a private Mastermind meeting with me every week, and fly out to a Mastermind in 2018.

CLICK HERE (https://www.jasonbondpicks.com/mrm-process-app/application-form) to claim your seat!

If you no longer wish to receive our emails, click the link below:

Unsubscribe (https://mr141.infusionsoft.com/app/optOut/18/e0131d889271dc26/209726607/4e97d7082988acf7)
835 E Lamar Blvd #263 Arlington, Texas 76011 United States (https://maps.google.com/?q=835+E+Lamar+Blvd+%23263+Arlington,+Texas+76011+United+States&entry=gmail&source=g)

--

Marie Roy
Apple Bankruptcy, LLC

████████

Attachment O                                    **PX 14, 1028**

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Note: You must follow

Thank You for Contacting Support.

[J658MK-KKYL]

Attachment O                                    **PX 14, 1029**

# ATTACHMENT P

PX 14, 1030



**$5,000 into $25,000 blueprint**
5 messages

**Jason Bond** <jason@jasonbondpicks.com>                    Tue, Dec 19, 2017 at 4:13 PM
To:





I trust Kyle with my business and YOU are my business.

New details have emerged regarding Kyle's $5,000 Challenge. So here's the skinny.

Kyle Dennis is my star student so I gave him a Porsche for turning $15,000 into $1,000,000 in record time. You can see the video from Vegas here.

Now if you want to learn what I taught him, join the Millionaire Roadmap like Kyle did.

I mean, it's hard to argue these results. He was averaging $40,000 a year prior to joining and instantly jumped to $1,000,000+ the last 3-years.

Attachment P                    **PX 14, 1031**



But what I'm about to say next is the truth. Kyle is the best person to show you how to grow a small $5,000 account into $25,000.

And that's exactly what he's going to do starting January 2.

Introducing the $5,000 into $1,000,000 Challenge!

**Now just two months ago he took a $25,000 account and turned into over $100,000**. That was easy and it's on its way to a $1,000,000 (all recorded).

But both he and I had some folks ask if it was possible to do this with a $5,000 account.

And the short answer to that is...**YES!**

So, that's exactly what he is going to do! **Starting January 2nd**, streaming live exclusively in his Nucleus room, **he will be teaching you how to grow a $5,000 account and turn it into $25,000**.

How does that sound?

He's going to show you how to methodically grow your account using his proven strategies every single day. For simplicity, he's **broken it up into phases just for you**. Each phase approaches the market differently, and you need to know how to adjust your trading strategy. Learn more about each important phase here.

This is your **once in a lifetime opportunity** to trade side by side with a proven Million Dollar Trader ... a guy who can consistently take a tiny amount of money and pull massive, I mean massive amounts out of the market.

This isn't going to be available forever though. You need to get in there ASAP. Totally focused. The absolute latest (*you should act now if you want to SAVE 70%*) would be January 2nd, because that's when this rocket takes off!

Attachment P                                    **PX 14, 1032**

Are you ready to have Wall Street's hottest trader teach you his most profitable strategies as he grows his small account by 400%?

Yes. Yes you are! Don't let this opportunity slip away.

Click here to be a part of Kyle's 5k challenge.

I said it once and I'll say it again ...

... I trust Kyle with my business and YOU are my business. I'd appreciate a testimonial for this recommendation a year from now.

The diary of a real $$$ trader!



Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Jason Bond Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at Jason Bond Picks.

If you no longer wish to receive our emails, click the link below:

 Unsubscribe

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

---

**C Roy <██████████████>**                                    Tue, Dec 19, 2017 at 5:47 PM
To: Jason Bond <jason@jasonbondpicks.com>

in 3 months i can have $25k
[Quoted text hidden]
--

Marie Roy
Apple Bankruptcy, LLC
██████████

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the

Attachment P                                    **PX 14, 1033**

intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Note: You must follow

**C Roy** <███████████>                                              Tue, Dec 19, 2017 at 5:49 PM
To: Jason Bond <jason@jasonbondpicks.com>

after the 3 onths i still get the chat room-can day trade...

[Quoted text hidden]

**C Roy** <███████████>                                              Tue, Dec 19, 2017 at 5:49 PM
To: Jason Bond <jason@jasonbondpicks.com>

get chat room immediately

[Quoted text hidden]

**Donald (Jason Bond Picks)** <jason@jasonbondpicks.com>          Wed, Dec 20, 2017 at 8:59 AM
Reply-To: Jason Bond Picks <jason@jasonbondpicks.com>
To: C Roy <███████████>

##- Please type your reply above this line -##

Your request (113710) has been updated. To add additional comments, reply to this email.

 **Donald** (Jason Bond Picks)
Dec 20, 8:59 AM EST

This request was closed and merged into request #113390 "Re: 13 hot penny stocks for Tuesday".

 **C Roy**
Dec 19, 5:50 PM EST

get chat room immediately

 **C Roy**
Dec 19, 5:49 PM EST

after the 3 onths i still get the chat room-can day trade...

 **C Roy**
Dec 19, 5:47 PM EST

in 3 months i can have $25k

Attachment P                                    **PX 14, 1034**

On Tue, Dec 19, 2017 at 4:13 PM, Jason Bond <jason@jasonbondpicks.com> wrote:

I trust Kyle with my business and YOU are my business.

New details (https://mr141.infusionsoft.com/app/linkClick/175773/fdf470fc6a75da12/216923371/fb069b5757c22e0c) have emerged regarding Kyle's $5,000 Challenge (https://mr141.infusionsoft.com/app/linkClick/175775/a81cd4d2c804e9f2/216923371/fb069b5757c22e0c) . So here's the skinny.

Kyle Dennis is my star student so I gave him a Porsche for turning $15,000 into $1,000,000 in record time. You can see the video from Vegas here (https://mr141.infusionsoft.com/app/linkClick/175777/930875dbfff14a1f/216923371/fb069b5757c22e0c) .

Now if you want to learn what I taught him, join the Millionaire Roadmap (https://mr141.infusionsoft.com/app/linkClick/175771/a28e9ed6d2812df5/216923371/fb069b5757c22e0c) like Kyle did.

I mean, it's hard to argue these results. He was averaging $40,000 a year prior to joining and instantly jumped to $1,000,000+ the last 3–years.

But what I'm about to say next is the truth. Kyle is the best person to show you how to grow a small $5,000 account into $25,000.

And that's exactly what he's going to do starting January 2.

Introducing the $5,000 into $1,000,000 Challenge (https://mr141.infusionsoft.com/app/linkClick/175789/e0aec236f312eed9/216923371/fb069b5757c22e0c) !

Now just two months ago he took a $25,000 account and turned into over $100,000. That was easy and it's on its way to a $1,000,000 (all recorded).

But both he and I had some folks ask if it was possible to do this with a $5,000 account.

And the short answer to that is...YES!

So, that's exactly what he is going to do! Starting January 2nd, streaming live exclusively in his Nucleus (https://mr141.infusionsoft.com/app/linkClick/175791/cd46c741ece0fae1/216923371/fb069b5757c22e0c) room, he will be teaching you how to grow a $5,000 account and turn it into $25,000.

How does that sound?

Attachment P                                    **PX 14, 1035**

He's going to show you how to methodically grow your account using his proven strategies every single day. For simplicity, he's broken it up into phases just for you (https://mr141.infusionsoft.com/app/linkClick/175793/7a00394949c291c9/216923371/ fb069b5757c22e0c) . Each phase approaches the market differently, and you need to know how to adjust your trading strategy. Learn more about each important phase here (https://mr141.infusionsoft.com/app/linkClick/175797/6b132ee22fa98088/216923371/ fb069b5757c22e0c) .

This is your once in a lifetime opportunity to trade side by side with a proven Million Dollar Trader ... a guy who can consistently take a tiny amount of money and pull massive, I mean massive amounts out of the market.

This isn't going to be available forever though. You need to get in there ASAP (https://mr141.infusionsoft.com/app/linkClick/175799/1973ff68588f2c3e/216923371/ fb069b5757c22e0c) . Totally focused. The absolute latest (you should act now if you want to SAVE 70% (https://mr141.infusionsoft.com/app/linkClick/175801/ 556b83e3b75d9453/216923371/fb069b5757c22e0c) ) would be January 2nd, because that's when this rocket takes off!

Are you ready to have Wall Street's hottest trader teach you his most profitable strategies as he grows his small account by 400%?

Yes. Yes you are! Don't let this opportunity slip away.

Click here to be a part of Kyle's 5k challenge (https://mr141.infusionsoft. com/app/linkClick/175803/4a7c5d01601a1f3a/216923371/fb069b5757c22e0c) .

I said it once and I'll say it again ...

... I trust Kyle with my business and YOU are my business. I'd appreciate a testimonial for this recommendation a year from now.

The diary of a real $$$ trader!

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make

Attachment P                                    **PX 14, 1036**

or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Jason Bond Picks you will need to contact us here (https://mr141.infusionsoft.com/app/linkClick/175767/3179c44f5fbd099c/216923371/fb069b5757c22e0c) if you want to cancel your subscription. Opting out of emails does not remove you from your service at Jason Bond Picks.

If you no longer wish to receive our emails, click the link below:

Unsubscribe (https://mr141.infusionsoft.com/app/optOut/20/c9605e4ea86e0134/216923371/fb069b5757c22e0c)

835 E Lamar Blvd #263 Arlington, Texas 76011 United States (https://maps.google.com/?q=835+E+Lamar+Blvd+%23263+Arlington,+Texas+76011+United+States&entry=gmail&source=g)

--

Marie Roy
Apple Bankruptcy, LLC
██████████████

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Note: You must follow

Attachment P                                        PX 14, 1037

Thank You for Contacting Support.

[W55VPQ-8Q3D]

Attachment P

**PX 14, 1038**

# ATTACHMENT Q

PX 14, 1039

8/20/2020                      Gmail - MDM Blog Day 56 - Members hit it BIG on a Bitcoin Play and I missed it!

 Gmail

**C Roy** <▇▇▇▇▇▇▇▇▇▇▇▇▇▇

---

## MDM Blog Day 56 - Members hit it BIG on a Bitcoin Play and I missed it!
4 messages

---

**Kyle Dennis** <Kyle@biotechbreakouts.com>                    Wed, Dec 20, 2017 at 4:05 PM
To: ▇▇▇▇▇▇▇▇▇▇▇



Hi Marie,

**The 5k challenge is starting very soon**, have you jumped on board and
taken advantage of the deal of a lifetime?

I've already shown you how to take a $25,000 account and turn it into over
$100,000. That account isn't done yet, and it won't be done until we hit
$1,000,000.

But now, I am showing you how to take a $5,000 account and turn it into
$25,000 so you can start you own Million Dollar Mission!

Take your first step to profitable 2018, **by clicking here an starting your own
5k challenge**. Use **promo code**: **xmas70** to save 70% on the best program on
Wall Street.

And now to today's Million Dollar Mission Blog post...

---

The Stock Market is filled with opportunities every single day, whether you are
able to capitalize on those opportunities is a completely different story.

Just take a look at **NETE**, a Bitcoin play that I identified this Monday during a
live scan with my Nucleus members. It hit every single bullet point for me, it
had a nice chart setup, good entry point, and a nice risk/reward, but I didn't
play it.

Attachment Q                           **PX 14, 1040**



And let me tell you I am still kicking myself for not getting in it!

**NETE** opened up in the premarket at over a 300% increase from the previous days close! It will surely close the day as one Wall Street's biggest movers if not the biggest!

But where I failed to make a profit, my members succeeded. They took my lessons, my strategies, my commentary and made their own decisions. The results have been amazing!

And let me tell you, I may have not made any profits on this **NETE**, but I am happy my members were able to get in.

*Dec 20, 6:27 AM*

Attachment Q                    **PX 14, 1041**

*Mary S: Yay NETE! Plus 5k pre market. Left a bunch on the table but who could know?*

*Dec 20, 6:31 AM*

*Jon Sno: NETE Bought 400 at $5.53, out at $18.80*

*Dec 20, 6:17 AM*

*CAL -: I bought a 1000 of NETE at 11.62 and sold it at 12.20.Should of held but those 1 spreads at some point it too much for me and I also chicken'd out*

*Dec 20, 6:51 AM*

*Laura Cox: nete - +$9000 : )*

*Dec 20, 7:18 AM*

*Gary Tir: Thx Kyle. NETE realized profit of $10,500 this morning. Biggest 1 day win for this newbie!!!*

This is what the Nucleus program is all about. Learning the strategies and applying them to the opportunities that are presenting themselves every single day.

Does it suck that I didn't get a piece of these profits? Of course it does. But I know there is going to be another opportunity tomorrow, and the next day, and day after that.

That's the beauty of the being a trader, there will never a shortage of opportunities. You just need to know where to look.

And that's exactly what I am here to do.


Cheers,

*Kyle Dennis*

**Kyle Dennis**
Biotech Trader

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to buy, or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before

8/20/2020                     Gmail - MDM Blog Day 56 - Members hit it BIG on a Bitcoin Play and I missed it!

investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

   Remove me from Nucleus Premium Email List

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

---

**C Roy <█████████████████>**                                      Wed, Dec 20, 2017 at 4:10 PM
To: Kyle Dennis <Kyle@biotechbreakouts.com>

I just play stocks. Do you teach options? Do the traders talk amounts themselves. Eg post what they're trading.
Marie
[Quoted text hidden]
--

Marie Roy
Apple Bankruptcy, LLC
█████████

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Note: You must follow

---

**Kyle (BioTechBreakouts Support) <kyle@biotechbreakouts.com>**       Wed, Dec 20, 2017 at 4:13 PM
Reply-To: BioTechBreakouts Support <kyle@biotechbreakouts.com>
To: C Roy <█████████████████>

##- Please type your reply above this line -##

Your request (114120) has been solved. To reopen this request, reply to this email. See the latest comments below:

 **Kyle** (BioTechBreakouts)
Dec 20, 4:13 PM EST

Hi Marie,

I play mostly stocks too. Some options, but very little.

And yes they independently post their gains for the day.

Cheers,

Attachment Q                           PX 14, 1043

KD

---

 **C Roy**
Dec 20, 4:11 PM EST

I just play stocks. Do you teach options? Do the traders talk amounts themselves. Eg post what they're trading.
Marie

On Wed, Dec 20, 2017 at 4:05 PM Kyle Dennis <Kyle@biotechbreakouts.com> wrote:

Hi Marie,

The 5k challenge is starting very soon (https://www.biotechbreakouts.com/programs/the-nucleus/) , have you jumped on board and taken advantage of the deal of a lifetime?

I've already shown you how to take a $25,000 account and turn it into over $100,000. That account isn't done yet, and it won't be done until we hit $1,000,000.

But now, I am showing you how to take a $5,000 account and turn it into $25,000 so you can start you own Million Dollar Mission!

Take your first step to profitable 2018, by clicking here an starting your own 5k challenge (https://www.biotechbreakouts.com/programs/the-nucleus/) . Use promo code: xmas70 to save 70% on the best program on Wall Street.

And now to today's Million Dollar Mission Blog post...

------------------------------

The Stock Market is filled with opportunities every single day, whether you are able to capitalize on those opportunities is a completely different story.

Just take a look at NETE, a Bitcoin play that I identified this Monday during a live scan with my Nucleus members. It hit every single bullet point for me, it had a nice chart setup, good entry point, and a nice risk/reward, but I didn't play it.

And let me tell you I am still kicking myself for not getting in it!

NETE opened up in the premarket at over a 300% increase from the previous days close! It will surely close the day as one Wall Street's biggest movers if not the biggest!

But where I failed to make a profit, my members succeeded. They took my lessons, my strategies, my commentary and made their own decisions. The results have been amazing!

Attachment Q                              **PX 14, 1044**

And let me tell you, I may have not made any profits on this NETE, but I am happy my members were able to get in.

Dec 20, 6:27 AM

Mary S: Yay NETE! Plus 5k pre market. Left a bunch on the table but who could know?

Dec 20, 6:31 AM

Jon Sno: NETE Bought 400 at $5.53, out at $18.80

Dec 20, 6:17 AM

CAL –: I bought a 1000 of NETE at 11.62 and sold it at 12.20.Should of held but those 1 spreads at some point it too much for me and I also chicken'd out

Dec 20, 6:51 AM

Laura Cox: nete – +$9000 : )

Dec 20, 7:18 AM

Gary Tir: Thx Kyle. NETE realized profit of $10,500 this morning. Biggest 1 day win for this newbie!!!

This is what the Nucleus program is all about. Learning the strategies and applying them to the opportunities that are presenting themselves every single day.

Does it suck that I didn't get a piece of these profits? Of course it does. But I know there is going to be another opportunity tomorrow, and the next day, and day after that.

That's the beauty of the being a trader, there will never a shortage of opportunities. You just need to know where to look.

And that's exactly what I am here to do.

Cheers,


Kyle Dennis
Biotech Trader


Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational

Attachment Q                    **PX 14, 1045**

purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here (https://mr141.infusionsoft.com/app/linkClick/176019/38dfd2a579a5b059/218534943/ 72b32a177dfbbf6d) if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Nucleus Premium Email List (https://mr141.infusionsoft.com/app/optOut/53/ 6c99127a181b20a1/218534943/72b32a177dfbbf6d)

835 E Lamar Blvd #263 Arlington, Texas 76011 United States (https://maps.google.com/?q= 835+E+Lamar+Blvd+%23263+Arlington,+Texas+76011+United+States&entry=gmail&source=g)

––

Marie Roy
Apple Bankruptcy, LLC
███████████

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended

Attachment Q                                              PX 14, 1046

recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Note: You must follow

]

Thank You for Contacting Support.

[K66ZZO-7LYY]

**C Roy** <█████████████████████>                              Wed, Dec 20, 2017 at 7:16 PM
Draft To: BioTechBreakouts Support <kyle@biotechbreakouts.com>

[Quoted text hidden]

Attachment Q                          **PX 14, 1047**

8/20/2020                                          Gmail - Marie, can you replicate my success with a small account?

 Gmail

**C Roy** <█████████████████████████████

---

## Marie, can you replicate my success with a small account?
3 messages

---

**Kyle Dennis** <Kyle@biotechbreakouts.com>                          Tue, Dec 19, 2017 at 11:55 AM
To: █████████████████



Hi Marie,

The biggest question that I am often asked, "Kyle is it possible to replicate your success if I have a small account?"

The answer to that question is: **ABSOLUTELY**

But what kind of mentor would I be if I just left it there?



Attachment Q                         **PX 14, 1048**

Anybody can say that growing a small account is possible, but has anybody ever shown you exactly how to do it?

**Well, that's exactly what I am going to do starting January 2nd exclusively in the Nucleus program**.

Yesterday I announced my newest venture, the 5k Challenge. This is where I am going to teach you how to grow your small account and turn it into $25,000.

Then you pair those lessons with my Million Dollar Mission lessons to catapult you to 6 figure returns.

Are you ready to get started?

Cheers,

*Kyle Dennis*

**Kyle Dennis**
Biotech Trader

---

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Nucleus Premium Email List

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

---

**C Roy** <███████████████>                          Tue, Dec 19, 2017 at 5:38 PM
To: Kyle Dennis <Kyle@biotechbreakouts.com>

when is the deadline
[Quoted text hidden]
--

Marie Roy
Apple Bankruptcy, LLC
<span style="background:black">▮▮▮▮▮▮</span>

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Note: You must follow

**Daren (BioTechBreakouts Support)** <kyle@biotechbreakouts.com>               Wed, Dec 20, 2017 at 8:58 AM
Reply-To: BioTechBreakouts Support <kyle@biotechbreakouts.com>
To: C Roy <<span style="background:black">▮▮▮▮▮▮</span>

##- Please type your reply above this line -##

Your request (113708) has been solved. To reopen this request, reply to this email. See the latest comments below:



**Daren** (BioTechBreakouts)
Dec 20, 8:58 AM EST

Marie.

The 70% off sale ends soon.

Daren.



**C Roy**
Dec 19, 5:39 PM EST

when is the deadline

On Tue, Dec 19, 2017 at 11:55 AM, Kyle Dennis <[Kyle@biotechbreakouts.com](mailto:Kyle@biotechbreakouts.com)> wrote:

Hi Marie,

The biggest question that I am often asked, "Kyle is it possible to replicate your success if I have a small account?"

The answer to that question is: ABSOLUTELY

But what kind of mentor would I be if I just left it there?

Anybody can say that growing a small account is possible, but has anybody ever shown you exactly how to do it?

Attachment Q                          **PX 14, 1050**

Well, that's exactly what I am going to do starting January 2nd exclusively in the Nucleus program (https://www.biotechbreakouts.com/programs/the-nucleus/) .

Yesterday I announced my newest venture, the 5k Challenge. This is where I am going to teach you how to grow your small account and turn it into $25,000.

Then you pair those lessons with my Million Dollar Mission lessons to catapult you to 6 figure returns.

Are you ready to get started?

Cheers,


Kyle Dennis
Biotech Trader


Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

Attachment Q                                    **PX 14, 1051**

If you have a current active subscription with Biotech Breakouts you will need to contact us here (https://mr141.infusionsoft.com/app/linkClick/175747/c7359efe7790406a/216643123/5cf549f7831614d3) if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Nucleus Premium Email List (https://mr141.infusionsoft.com/app/optOut/53/6c99127a181b20a1/216643123/5cf549f7831614d3)

835 E Lamar Blvd #263 Arlington, Texas 76011 United States (https://maps.google.com/?q=835+E+Lamar+Blvd+%23263+Arlington,+Texas+76011+United+States&entry=gmail&source=g)

––

Marie Roy
Apple Bankruptcy, LLC
███████████

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Note: You must follow

]

Thank You for Contacting Support.

[VXX083-20EL]

Attachment Q                                    **PX 14, 1052**

 **Gmail**                                                     C Roy <▮▮▮▮▮▮▮▮

---

## Nucleus members makes 3 times as much as me!
3 messages

---

**Kyle Dennis** <Kyle@biotechbreakouts.com>                    Thu, Dec 21, 2017 at 4:01 PM
To: ▮▮▮▮▮▮



Hi Marie,

There is a pot of gold sitting right under your nose and you don't even know it.

Andrew and Robert have already found it…

> Dec 21, 8:24 AM
> **Andrew Ric**: Kyle, can't thank you enough for the education you're providing us. +21750 on NXTD yesterday and today. That is a game changer for me.

> Dec 21, 8:25 AM
> **Kyle Dennis (Moderator)**: ANDREW! awesome man!

> Dec 21, 7:28 AM
> **Robert Man**: Today + $37400 so far

You must be absolutely crazy if you don't want to pull money out of this scorching hot market every single day.

That's what my members and I are doing every single day.

**Think. Trade. Profit.**

Yesterday I pulled out over **$10,000** in the market on only a few trades!

Attachment Q                          **PX 14, 1053**



My members have made as much as 3 times more than I do on a single day, but it doesn't bother me.

**That's what I aim for.**

No matter the account size, I developed something to **PROVE** your skepticism wrong.

My **$5K to $25K Challenge** is starting **January 2nd** to show you how to grow a small account.

And my **$25K to $1M Million Dollar Mission** is closing in on 400% returns.



You have $5K, $25K, $100K, or even more? With my teachings, you have the opportunity to double it, triple it...10X it!

I am **offering 70% off for the holidays** but that ends soon.

January 1st is a new beginning for your financial future. Andrew and Robert already made it their present.

**What will be yours?**

Cheers,

*Kyle Dennis*

**Kyle Dennis**
Biotech Trader

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to

Attachment Q                                    **PX 14, 1054**

be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Nucleus Premium Email List

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

---

**C Roy** <███████████████████>                                            Thu, Dec 21, 2017 at 4:36 PM
To: Kyle Dennis <Kyle@biotechbreakouts.com>

When is the cutoff date?

Marie

[Quoted text hidden]

--

Marie Roy
Apple Bankruptcy, LLC
████████████

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Note: You must follow

---

**Daren (BioTechBreakouts Support)** <kyle@biotechbreakouts.com>            Fri, Dec 22, 2017 at 9:00 AM
Reply-To: BioTechBreakouts Support <kyle@biotechbreakouts.com>
To: C Roy <███████████████████>

##- Please type your reply above this line -##

Your request (114590) has been solved. To reopen this request, reply to this email. See the latest comments below:

---

 **Daren** (BioTechBreakouts)
Dec 22, 9:00 AM EST

Marie.

The holiday special is set to end over the holiday.

Attachment Q                                    **PX 14, 1055**

Daren.

---

 **C Roy**
Dec 21, 4:36 PM EST

When is the cutoff date?

Marie

On Thu, Dec 21, 2017 at 4:01 PM Kyle Dennis <Kyle@biotechbreakouts.com> wrote:

Hi Marie,

There is a pot of gold sitting right under your nose and you don't even know it.

Andrew and Robert have already found it…

You must be absolutely crazy if you don't want to pull money out of this scorching hot market every single day.

That's what my members and I are doing every single day.

Think. Trade. Profit.

Yesterday I pulled out over $10,000 in the market on only a few trades!

My members have made as much as 3 times more than I do on a single day, but it doesn't bother me.

That's what I aim for.

No matter the account size, I developed something to PROVE your skepticism wrong.

My $5K to $25K Challenge (https://www.biotechbreakouts.com/programs/the-nucleus/) is starting January 2nd to show you how to grow a small account.

And my $25K to $1M Million Dollar Mission (https://www.biotechbreakouts.com/programs/the-nucleus/) is closing in on 400% returns.

You have $5K, $25K, $100K, or even more? With my teachings, you have the opportunity to double it, triple it...10X it!

I am offering 70% off for the holidays (https://www.biotechbreakouts.com/programs/the-nucleus/) but that ends soon.

January 1st is a new beginning for your financial future. Andrew and Robert already made it their present.

What will be yours? (https://www.biotechbreakouts.com/programs/the-nucleus/)

Cheers,


Kyle Dennis
Biotech Trader


Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here (https://mr141.infusionsoft.com/app/linkClick/176161/31f25b4b315baf5c/219677547/6fa1f709adf0c1de) if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Attachment Q                              **PX 14, 1057**

Remove me from Nucleus Premium Email List (https://mr141.infusionsoft.com/app/optOut/53/
6c99127a181b20a1/219677547/6fa1f709adf0c1de)

62 Calef Hwy #233 Lee, New Hampshire 03861 United States (https://maps.google.com/?q=
62+Calef+Hwy+%23233+Lee,+New+Hampshire+03861+United+States&entry=gmail&source=g)

--

Marie Roy
Apple Bankruptcy, LLC
██████████████

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are
intended solely for the addressee(s) and may contain confidential and/or privileged
information and may be legally protected from disclosure. If you are not the intended
recipient of this message or their agent, or if this message has been addressed to you in
error, please immediately alert the sender by reply email and then delete this message
and any attachments. If you are not the intended recipient, you are hereby notified that
any use, dissemination, copying, or storage of this message or its attachments is strictly
prohibited. Note: You must follow

]

Thank You for Contacting Support.

[XMMZ04-9K8O]

Attachment Q                                          PX 14, 1058

# ATTACHMENT R

PX 14, 1059

 Gmail

C Roy <

## The secret to making $800k from your office cubicle
1 message

**Kyle Dennis** <Kyle@biotechbreakouts.com>                    Fri, Dec 22, 2017 at 10:02 AM
To:



Hi Marie,

Here is what I was left with after four years at UCLA… - $80,000!

And what did I have to show for it? A piece of paper and a bundle of dreams. Absolutely nothing.

I felt dejected, stressed, and worst of all...poor.

Maybe you are in the same situation. College debt? Mortgage? Living paycheck to paycheck?

I've done it and I sucks.

I decided I needed to take life by the horns.

Screw these schools. Screw the banks. Screw this debt!

I took $5,000 and invested it in myself. I bought **Jason's Millionaire Roadmap**. And as soon as I did, my life turned around.

**The first year in his program I made $847.417!** It would have taken me 24 years to make that at work.

Oh, and by the way, **I did all of this with a full time job.**

Right at my office desk...

I learned, I traded, and I profited.

Attachment R                    **PX 14, 1060**

Jason Bond was the reason I became a Millionaire. Without him, I'd still be making that Los Angeles commute to go sit in my cubicle.

Now, I have millions in my bank account and I drive a Porsche 911….that Jason gave me!

Who does that? Jason does!

Do you want millions? Do you want a Porsche? Do you want to look your friends and family in the eyes and say, "I told you so!"

That's what **Jason's Millionaire Roadmap** did for me.

He was the roadmap to my success and he can do the same for you.

Cheers,

*Kyle Dennis*

**Kyle Dennis**
Biotech Trader

---

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below:

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Attachment R                              **PX 14, 1061**

# ATTACHMENT S

PX 14, 1062

 Gmail

**C Roy** <████████████████

---

## She crushed me! Simply amazing & FREE for you
1 message

---

**Jason Bond** <jason@jasonbondpicks.com>                          Sun, Dec 17, 2017 at 9:06 AM
To: ████████████████





You thought I had a good year? Wait until you see what she did!

So I'm proud of my 2017 YTD return of +257% +$256,820. And I'm donating it to charity.

Attachment S                          **PX 14, 1063**



Every trade streaming LIVE on your phone, tablet or desktop.

And as impressive as those gains are ...

... this young lady beat my return making OVER $278,000 in 2017 YTD!

More importantly, her drawdown in Canada was amazingly ONLY 4.5% and the U.S. 6%, achieving her drawdown goal of single digits.

> What's a drawdown you ask and why is it important? Well, have you ever struggled with making a few winning trades only to give the winnings back? Not Petra and she can teach you how to do the same. Once she pulls money out of the market it stays in her pocket. And she pulls a LOT of money, +$278,000 so far this year, out of the market. Best part about Petra, this is a service you can literally mirror very easily. She's amazing!

And her service, well, you can pay $3,999 for it OR ...

... get it FREE with the Millionaire Roadmap.

Attachment S                        PX 14, 1064



HOLIDAY SPECIAL
**70% OFF** the Millionaire Roadmap
*Merry Christmas!*
Absolute LOWEST PRICE Ever Offered!
Promo Code: merrychristmas



And Jeff Bishop's options alerts continue to CRUSH it.

Did I mention his TD Ameritrade options portfolio STREAMS live daily, just like mine?

Attachment S                    **PX 14, 1065**



Learn more about Petra and Jeff's services here, like I said, her $3,999 fee is FREE with the Millionaire Roadmap, as is Jeff's $1,999 fee.

This is hands down my BEST DEAL OF THE YEAR!

Learn more about Petra Hess and Jeff Bishop here and join all of us today.

The diary of a real $$$ trader!



Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

Attachment S                                    **PX 14, 1066**

If you have a current active subscription with Jason Bond Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at Jason Bond Picks.

If you no longer wish to receive our emails, click the link below:

 Unsubscribe

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

Attachment S                    PX 14, 1067

 **C Roy** <​███████████████​>

## Kyle cashes in from Jeff's 2 minute phone call

1 message

---

**Jason Bond** <jason@jasonbondpicks.com>                    Tue, Dec 26, 2017 at 7:18 AM
To: ███████████████



 

---

<span style="color:red">---> Guest contributor Kyle Dennis from</span> Biotech Breakouts <span style="color:red"><---</span>

"Ring, ring, ring…."

I picked up my phone and it was Jeff Bishop.

The market had been rocketing higher all of November, melting up each and every day. But Jeff was confident that the market would make a swift short term drop.

His thesis…

The market was ignoring the tax bill risk, the possible replacement of the Fed Chair, and threats out of North Korea we heating up.

Simple enough.

The conversation was less than 2 minutes.

I bought options on the volatility market, in preparation for what he called was coming. I also told my subscribers of the trade as well.

Later that afternoon the market started to drop.

And my options skyrocketed.

By the next morning I was up almost 100% and I cashed in!

And my members….several locked in 200%. And those options...well those almost hit 300%.

Attachment S                           **PX 14, 1068**

That was in ONE TRADING DAY!

This was a service that Jeff only shared with his friends, saving his highly probable and repeatable picks for us.

Well now, he's releasing these in Jason's Millionaire Roadmap.

This new service is called Weekly Money Multiplier. Watch the video they just recorded.

That's right. That phone call he gave me...it's happening every single week for you!

Guys, Jason has already helped me make over $800K in my very first year in that program. And now, these options are the cherry on top.

The Millionaire Roadmap is discounted 70% for the Holiday Season.

It all starts January 2nd and you need to be prepared to take full advantage in the New Year.

Cheers,

Kyle Dennis

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Jason Bond Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at Jason Bond Picks.

If you no longer wish to receive our emails, click the link below:

 Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Attachment S                                    **PX 14, 1069**

# ATTACHMENT T

PX 14, 1070

 **Gmail**

**C Roy** <███████████████████

---

## Millionaire Roadmap: Important Information
1 message

---

**Jason Bond** <jason@jasonbondpicks.com>                    Thu, Dec 28, 2017 at 11:43 AM
To: ████████████████



### Congratulations!

Your commitment to Jason Bond Picks Millionaire Roadmap illustrates you are serious about changing your life.

My top priority is your success and while I can't guarantee it, you have my word I intend to give you 110%.

You should have seen a pre-filled form on RagingBull.com to guide you to sign the Mentor Contract which will only take you less than minute. Before given access to my proprietary service and content, you must agree to the contract.

If you haven't seen the form, CLICK HERE to start.

I look forward to speaking with you at some point today, the mentor service email is mentor@jasonbondpicks.com

Your friend,

*Jason Bond*

---

Neither Jason Bond nor RagingBull, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this

Attachment T                                    **PX 14, 1071**

website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Jason Bond Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at Jason Bond Picks.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Attachment T

PX 14, 1072



# Millionaire Roadmap Agreement

Please verify the information below and submit the form in order to sign Millionaire Roadmap Agreement with Jason Bond. **Please enter the same email that you use to signup for the service. You must complete this form to gain access to the Millionaire Roadmap membership.**

Need help? Watch this video (http://www.vimeo.com/217062614) to learn how to sign the contract.

**Name \***

C

**First**

Roy

**Last**

**Email \***

████████████████

**Submit**

Attachment T                         **PX 14, 1073**

Attachment T                    **PX 14, 1074**

# ATTACHMENT U

PX 14, 1075

 **Gmail**

**C Roy** <███████████████████

---

## This brings a tear to my eye
3 messages

---

**Petra Hess** <petra@petrapicks.com>                                    Fri, Dec 29, 2017 at 10:10 AM
To: ████████████



This is the type of story I get emotional about. I'll just jump right into it and explain why it makes me cry.

Everyone, **meet Mike**, a member of *my platinum service*. He's been with me for about 2 months and he's the reason why I love teaching others. Ok, here is what he emailed me:

*"2016 was the first year I tried to seriously be an active swing trader, with an occasional day trade, and managed to finish the year firmly in the red. Here is a screen capture from my tax return. You can see that I had **$8,874 in losses** last year.*



8/20/2020                                    Gmail - This brings a tear to my eye



*Over the last 7 weeks, since trading real dollars using what I have learned from you, my account net value has gone up an **average of over 2.9% per week**, +21.3% as of today. By far the highest return I've ever had in my entire life, and currently way more than the $1000 figure mentioned above."*

**Mike, you are amazing!** Stories like this are what get me fired up each day!.

It should give you the passion and reassurance that this could be you too!



Mike went from a goal of $1000 a week, to making **$3,052 in just one day!**

So ask yourself…

Are you struggling in the market?

Looking for someone to give you the training and guidance that you so desperately need?

Look no further!

My complete training service is *50% off for a limited time*.

*I have never offered a price this low*, so if you have been thinking about working with me now is the absolute best time to get started.

I want to make sure everyone ends 2017 strong and gets on the fast track to have their best year in 2018!

I know Mike will… and I really hope YOU WILL TOO!

*Petra Hess*

**Petra Hess**
Trader

_____

Neither Petra Picks nor RagingBull.com, LLC (publisher of Petra Picks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to

Attachment U                                        **PX 14, 1077**

8/20/2020                                        Gmail - This brings a tear to my eye

be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Petra Picks manages on behalf of RagingBull.com, LLC.

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

To be removed completely from all email lists in our system, use the link below:

Unsubscribe

---

**C Roy** <███████████████>                                    Sat, Dec 30, 2017 at 6:33 AM
To: Petra Hess <petra@petrapicks.com>

I just joined this service
Can u stop soliciting me w/o losing Petra's emails from the service

Marie
[Quoted text hidden]
--

Marie Roy
Apple Bankruptcy, LLC
███████████

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Note: You must follow

---

**Jordan (Support)** <petra@petrapicks.com>                    Tue, Jan 2, 2018 at 2:44 PM
Reply-To: Support <petra@petrapicks.com>
To: C Roy <███████████████>

##- Please type your reply above this line -##

Your request (118593) has been updated. To add additional comments, reply to this email.

 **Jordan** (Petra Picks)
Jan 2, 2:44 PM EST

This request was closed and merged into request #119417 "Re: Welcome to Petra Picks –
PLA...".

Attachment U                          **PX 14, 1078**

Gmail - This brings a tear to my eye



**C Roy**
December 30, 2017, 6:33 AM EST

I just joined this service
Can u stop soliciting me w/o losing Petra's emails from the service

Marie

On Fri, Dec 29, 2017 at 10:10 AM Petra Hess <petra@petrapicks.com> wrote:

This is the type of story I get emotional about. I'll just jump right into it and explain why it makes me cry.

Everyone, meet Mike, a member of my platinum service (https://www.petrapicks.com/platinum/) . He's been with me for about 2 months and he's the reason why I love teaching others. Ok, here is what he emailed me:

"2016 was the first year I tried to seriously be an active swing trader, with an occasional day trade, and managed to finish the year firmly in the red. Here is a screen capture from my tax return. You can see that I had $8,874 in losses last year.

Over the last 7 weeks, since trading real dollars using what I have learned from you, my account net value has gone up an average of over 2.9% per week, +21.3% as of today. By far the highest return I've ever had in my entire life, and currently way more than the $1000 figure mentioned above."

Mike, you are amazing! Stories like this are what get me fired up each day!.

It should give you the passion and reassurance that this could be you too! (https://www.petrapicks.com/platinum/)

Mike went from a goal of $1000 a week, to making $3,052 in just one day!

So ask yourself…

Are you struggling in the market?

Looking for someone to give you the training and guidance that you so desperately need?

Look no further!

My complete training service is 50% off for a limited time (https://www.petrapicks.com/platinum/) .

I have never offered a price this low, so if you have been thinking about working with me now is the absolute best time to get started.

I want to make sure everyone ends 2017 strong and gets on the fast track to have their best year in 2018!

Attachment U                              **PX 14, 1079**

I know Mike will… and I really hope YOU WILL TOO!

Petra Hess
Trader

Neither Petra Picks nor RagingBull.com, LLC (publisher of Petra Picks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Petra Picks manages on behalf of RagingBull.com, LLC.

62 Calef Hwy #233 Lee, New Hampshire 03861 United States (https://maps.google.com/?q=62+Calef+Hwy+%23233+Lee,+New+Hampshire+03861+United+States&entry=gmail&source=g)

To be removed completely from all email lists in our system, use the link below:

Unsubscribe (https://mr141.infusionsoft.com/app/optOut/8/fc8ece3693150e36/231596387/a35047238ae9a573)

Attachment U                                    **PX 14, 1080**

--

Marie Roy
Apple Bankruptcy, LLC

████████████

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Note: You must follow

---

Thank You for Contacting Support.

[300QP9-Z7ZL]

Attachment U                              **PX 14, 1081**

# ATTACHMENT V

PX 14, 1082

8/20/2020                                    Gmail - Double Your Account... Login Details!

 Gmail

                                                                    **C Roy** <▬▬▬▬▬▬▬

## Double Your Account... Login Details!
1 message

**Jeff Bishop** <Jeff@weeklymoneymultiplier.com>                    Tue, Mar 6, 2018 at 4:00 PM
To: ▬▬▬▬▬



It's happening tonight!

Jeff Bishop shares his secrets…

How this options strategy can **double or triple accounts in less than 7 days.**

It's here, it's easy to learn, and it's all yours.

8PM EST, follow this link: https://app.ragingbull.com/webinar/rb-free

Get there early!


*Jeff Bishop*

**Jeff Bishop**
Weekly Money Multiplier

---

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind,

Attachment V

**PX 14, 1083**

express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Attachment V

**PX 14, 1084**

# ATTACHMENT W

PX 14, 1085

 **Gmail**

**C Roy** <​██████████████████​>

## [WeeklyMoneyMultiplier] Re: Re: No he didn't!...+325% in January
1 message

---

**Crystal (WeeklyMoneyMultiplier)** <jeff@weeklymoneymultiplier.com>          Mon, Mar 12, 2018 at 9:28 AM
Reply-To: WeeklyMoneyMultiplier <jeff@weeklymoneymultiplier.com>
To: C Roy <​███████████████​>

##- Please type your reply above this line -##

Your request (139671) has been solved. To reopen this request, reply to this email. See the latest comments below:

---

 **Crystal** (WeeklyMoneyMultiplier)
Mar 12, 9:28 AM EDT

Marie,
The message that you are responding to was sent to all registrants for the Weekly Money Multiplier launch event.

Have a good day,
Crystal

---

 **C Roy**
Mar 12, 9:25 AM EDT

I'm in millionaire roadmap
Why r you sending this.
Marie R

On Mon, Mar 12, 2018 at 9:17 AM Jeff Bishop <Jeff@weeklymoneymultiplier.com> wrote:

$6000 account into $25,448.50 in a month...

Forget what you believe the "norm" to be.

If you have a small account, you can grow it exponentially (https://mr141.infusionsoft.com/app/orderForms/wTIIztmqcU8WkgwXbh21?utm_source=WMM&utm_medium=email&utm_campaign=wmm-email13-sale-jose&utm_content=jose)

You can do it with little effort, and you can do it from any place in the world, with just the device in your hand.

Jose did it..

Attachment W                         **PX 14, 1086**

YTD +325% and January is not over yet :). Started the year with 6K in my account.

Dorothy did it..

$6,900 to $29,000 in just 5 weeks.

Do you want to be next? (https://mr141.infusionsoft.com/app/orderForms/
wTIIztmqcU8WkgwXbh21?utm_source=WMM&utm_medium=email&utm_campaign=wmm-
email13-sale-jose&utm_content=jose)

$1499 early–bird pricing is ending soon. (https://mr141.infusionsoft.com/app/orderForms/
wTIIztmqcU8WkgwXbh21?utm_source=WMM&utm_medium=email&utm_campaign=wmm-
email13-sale-jose&utm_content=jose)

Stop waiting and start doing. (https://mr141.infusionsoft.com/app/orderForms/
wTIIztmqcU8WkgwXbh21?utm_source=WMM&utm_medium=email&utm_campaign=wmm-
email13-sale-jose&utm_content=jose)


Jeff Bishop
Weekly Money Multiplier


Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is
registered as an investment adviser nor a broker/dealer with either the U. S. Securities &
Exchange Commission or any state securities regulatory authority. Users of this website
are advised that all information presented on this website is solely for informational
purposes, is not intended to be used as a personalized investment recommendation, and
is not attuned to any specific portfolio or to any user's particular investment needs or
objectives. The owners, employees and writers of RagingBull.com may engage in
securities trading that is discussed or viewed on this website, but all such individuals are
buying and selling such securities for their own account. These individuals do not engage
in any trades with customers. The buying and selling of securities by these individuals is
not part of a regular business of buying and selling securities. Past performance is NOT
indicative of future results. Furthermore, such information is not to be construed as an
offer to sell or the solicitation of an offer to buy, nor is it to be construed as a
recommendation to buy, hold or sell (short or otherwise) any security. All users of this
website must determine for themselves what specific investments to make or not make
and are urged to consult with their own independent financial advisors with respect to
any investment decision. The reader bears responsibility for his/her own investment
research and decisions, should seek the advice of a qualified securities professional
before making any investment, and investigate and fully understand any and all risks
before investing. All opinions, analyses and information included on this website are
based on sources believed to be reliable and written in good faith, but should be
independently verified, and no representation or warranty of any kind, express or

Attachment W                                    **PX 14, 1087**

implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here (https://mr141.infusionsoft.com/app/linkClick/183519/ f7cf412c72492f2e/276235507/11f3ba217a13bd9e) if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe (https://mr141.infusionsoft.com/app/linkClick/183521/41869f518f238206/276235507/ 11f3ba217a13bd9e)

62 Calef Hwy #233 Lee, New Hampshire 03861 United States (https://maps.google.com/?q= 62+Calef+Hwy+%23233+Lee,+New+Hampshire+03861+United+States&entry=gmail&source=g)

--

Marie Roy
Apple Bankruptcy, LLC
█████████████

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Note: You must follow

]

Thank You for Contacting Support.

[V0ZLPQ-ZP08]

Attachment W                    PX 14, 1088

# ATTACHMENT X

PX 14, 1089

 **C Roy** <███████████████>

---

## Monday with Jason Bond Picks
1 message

---

**Jason Bond** <jason@jasonbondpicks.com>                    Mon, Mar 12, 2018 at 8:27 AM
Reply-To: jason@jasonbondpicks.com
To: ████████████████



 

Good morning,

After a week in Disney with Noah and Pamela, which was a much needed break from trading, I'm refreshed and excited to be back home. For anyone looking to make a career out of trading, here's some inspiration from Walt Disney. It was good to see momentum return to small caps while I was away with bottle rockets like ZSAN, NETE and INNF delivering big returns fast. I'll be looking to jump on those momentum stocks this week. Remember, trade tariffs impact large caps more than small caps which is why money flow has picked back up on stocks under $10.

Lots of important updates to start the week.

62% OFF Weekly Money Multiplier expires Tuesday @ midnight

Replay from Saturday night: Facebook LIVE on Weekly Money Multiplier

Attachment X                                  **PX 14, 1090**



Register today for the Atlanta Mastermind

**COMING UP:** 30 minute Facebook LIVE at 12 p.m. ET **Tuesday**, I'll be interviewing all 8 of the Atlanta Mastermind speakers.

Jason Bond Picks 2.0 starts today, I'll email you the lessons as they come out.

Finally, after 7-years with E*TRADE, I'm switching to TD Ameritrade sometime later this week or early next week. I got a better deal on commissions for both stocks and options, more importantly, E*TRADE's Quick Trade feature has been broken for months and they just don't care to fix it. As always, I'm excited to learn something new.

---

Volatility has died off again and if it makes another leg down I think small caps will stay hot for the rest of 2018.

I've been holding swings on AKER, LQMT, TNDM and HMNY for over a week and am looking for my typical 5-20% on each of them still. AKER was frisky Friday and should it break $.72 soon, I think a move to the $.80 range is possible.

No updates for my long-term positions ROX and LQMT which I've been in for half a year. As a reminder, my goal on long-term positions is generally 50-100% and I'll hold these for weeks to months looking for that return. ROX I think heads into the $2's and LQMT $.50+ sometime in 2018.

Onto new trade ideas.

ZAGG is my favorite oversold idea form the video lessons but it might need a little time to drift further into oversold before I take a position. Or like I do quite often I'll test it a few times since it has a very strong history of big bounces after landing in oversold. Candle over candle confirmed on a Friday isn't as strong as any other day, due to short cover distorting the bounce, which is why I think it might go lower first. I'll be all over this name in the coming weeks.

Attachment X                                    **PX 14, 1091**



NETE in the low $10's is my favorite quick hitter to start the week. I think this gets above the recent high of $11.70 and that's a key resistance for a move to $15. It's possible this needs time to settle at the MA(50) before making that move but as long as it holds $10ish I'm interested.

Attachment X                            **PX 14, 1092**



LTBR is a continuation pattern I'm watching that recently bounce out of oversold and has made a higher low around $1.50. It's active in the premarket in the top 4 with 201 trades already and has range to $2 if it pops.

Attachment X

**PX 14, 1093**

8/20/2020                                    Gmail - Monday with Jason Bond Picks



The teacher!

Jason Bond

Jason Bond

**Jason Bond**
JasonBondPicks.com

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Attachment X                    **PX 14, 1094**

8/20/2020                                   Gmail - Monday with Jason Bond Picks

[Manage Email Preferences](#) | [Unsubscribe All*](#)

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Jason Bond Picks - Swing & Long-Term Trading

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

Attachment X                                      PX 14, 1095

8/20/2020                                    Gmail - Fibonacci alert: bought ZSAN



C Roy <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## Fibonacci alert: bought ZSAN
1 message

**Jason Bond** <jason@jasonbondpicks.com>                    Tue, Mar 13, 2018 at 1:14 PM
Reply-To: jason@jasonbondpicks.com
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



fibonacci retracement. bought 3k ZSAN at 17.20, goal is 20+

i'm referencing the close on monday march 5 to the high on thursday march 8 and playing today's strength

Attachment X                         **PX 14, 1096**

8/20/2020                                    Gmail - Fibonacci alert: bought ZSAN



Jason Bond

**Jason Bond**
JasonBondPicks.com

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

Attachment X                    **PX 14, 1097**

8/20/2020                                    Gmail - Fibonacci alert: bought ZSAN

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Jason Bond Picks - Swing & Long-Term Trading

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

Attachment X                                    PX 14, 1098

 **C Roy** <████████████████

---

## Bought SPEX, sold MYSZ +1400 and ZSAN -2400
1 message

---

**Jason Bond** <jason@jasonbondpicks.com>                    Wed, Mar 14, 2018 at 8:33 AM
Reply-To: jason@jasonbondpicks.com
To: ████████████████



 

---

Just sold MYSZ +4% +$1,293 at $1.84, shares were closer to $2 last night but I wasn't watching. I'm bidding 5,000 SPEX at $1.83 off support on this light volume dip. I must have forgotten to send the ZSAN sell yesterday but I took that off the table into the close -$2,400 in the $16.60's. ZSAN is still in play but momentum trades are usually same day for me and rebuy.

*Jason Bond*

**Jason Bond**
JasonBondPicks.com

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to
contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Jason Bond Picks - Swing & Long-Term Trading

Attachment X                    **PX 14, 1099**

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses and information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

Attachment X                                    **PX 14, 1100**

 **Gmail**

C Roy <████████████████████>

## Bought ZSAN 16.94, fibonacci from watch list
1 message

**Jason Bond** <jason@jasonbondpicks.com>                    Wed, Mar 14, 2018 at 2:10 PM
Reply-To: jason@jasonbondpicks.com
To: ████████████████████



 |  | 

Perfect setup for a $20's move into the weekend. I'm playing the momentum here and looking for $20's today. 2K at $16.94 1/2 size.

*Jason Bond*

**Jason Bond**
JasonBondPicks.com

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Jason Bond Picks - Swing & Long-Term Trading

Attachment X                              **PX 14, 1101**

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

Attachment X                                **PX 14, 1102**

 **Gmail**

C Roy <

## Wednesday with Jason Bond Picks
1 message

**Jason Bond** <jason@jasonbondpicks.com>                    Wed, Mar 14, 2018 at 9:13 AM
Reply-To: jason@jasonbondpicks.com
To:



  

Good morning,

I'm -36% -$58,000 in 2018. Was +284% +$283,568 in 2017, +330% +$330,085 in 2016 and +188% +$145,187 in 2015.

Action is really starting to pick up in small caps as the market finds buyers into every dip. I think I'm going to start rattling off some big wins quickly in the coming weeks to months.

ZSAN - Fibonacci retracement play with good range to low $20's before the weekend. Key is holding $15's and I think a move to $20's happens.

MARA - Continuation chart pattern in play above $2 for a move to the middle $2's. Good news Monday shot it up, rest day Tuesday, see if the trend resumes today.

NXTD - Continuation chart pattern in play above $2.50. I suspect news is coming on this one soon based on the pattern and wouldn't be shocked to see $3+ on it. Same setup as NETE was before it ran big.

Jason Bond

*Jason Bond*

**Jason Bond**
JasonBondPicks.com

Attachment X                    **PX 14, 1103**

RagingBull, LLC

62 Calef Hwy. #233, Lee, NH 03861

**Manage Email Preferences** | **Unsubscribe All***

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Jason Bond Picks - Swing & Long-Term Trading

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

Attachment X                          **PX 14, 1104**

8/20/2020                          Gmail - Momentum alert: bought ZSAN, DXR MONSTER MASH

 Gmail

                                                    **C Roy** <████████████████████>

## Momentum alert: bought ZSAN, DXR MONSTER MASH
1 message

**Jason Bond** <jason@jasonbondpicks.com>                    Thu, Mar 15, 2018 at 10:26 AM
Reply-To: jason@jasonbondpicks.com
To: ████████████████████



  

Momo alert bought 3k ZSAN 16.31 goal 20ish with potential for b/o.

DXR awesome nearly $13 already from the upper $7's alert. Way above my $12 target and possible $20 move I think.

keeping LINU I believe news is coming so I'll wait for the win.

*Jason Bond*

**Jason Bond**
JasonBondPicks.com

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

Attachment X                           **PX 14, 1105**

8/20/2020                           Gmail - Momentum alert: bought ZSAN, DXR MONSTER MASH

This e-mail was sent to the following lists: Jason Bond Picks - Swing & Long-Term Trading

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

Attachment X                                    PX 14, 1106

 **Gmail**

**C Roy** <█████████████████████>

## Bought ZSAN, sold LINU
1 message

**Jason Bond** <jason@jasonbondpicks.com>                    Fri, Mar 16, 2018 at 1:55 PM
Reply-To: jason@jasonbondpicks.com
To: █████████████████████



    

bought 2k ZSAN at 17.90. i think this gets above 19.50 and runs this afternoon. sold LINU 1.96.

*Jason Bond*

**Jason Bond**
JasonBondPicks.com

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to
contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Jason Bond Picks - Swing & Long-Term Trading

Attachment X                          **PX 14, 1107**

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

Attachment X                                    PX 14, 1108

8/20/2020                                    Gmail - Up $15,000 on ZSAN, goal is $25 b/o

 **Gmail**

**C Roy** <███████████████████

---

## Up $15,000 on ZSAN, goal is $25 b/o
1 message

---

**Jason Bond** <jason@jasonbondpicks.com>                                    Fri, Mar 16, 2018 at 9:32 AM
Reply-To: jason@jasonbondpicks.com
To: ████████████████████



  

---

Hi,

So I'm up $15,000 on ZSAN this morning. I think this runs above the recent high and gets to round number resistance of $30 today so I'm letting it ride for now.

No new watch list today. Crushed it this week so I'm just going to enjoy this here.

Cheers,


*Jason Bond*

**Jason Bond**
JasonBondPicks.com


RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

Attachment X                              **PX 14, 1109**

Gmail - Up $15,000 on ZSAN, goal is $25 b/o

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Jason Bond Picks - Swing & Long-Term Trading

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

Attachment X                    **PX 14, 1110**

 **C Roy** <​_____​>

---

## Monday's watch list: 5 penny stocks under $10
1 message

---

**Jason Bond** <jason@jasonbondpicks.com>                    Mon, Mar 19, 2018 at 9:05 AM
To: _____



 

---

Good morning,

Family & friends 1-month trial

Atlanta Mastermind schedule

U.S. stock futures are falling Monday morning ahead of Wednesday's FOMC policy decision. I cashed up Friday after a nice $6,000 win on ZSAN and will be looking to put those funds to use into this dip.

Long-term portfolio updates:

LQMT - Apple is secretly making its own display screens for the first time - Bloomberg. This is likely to drive LQMT higher as speculation and stories start to develop from this report. Long-term goal for me is $.40+ on a breakout.

ROX - Shares broke $1.30 on Friday and key trendline resistance on the way to the SMA 200. Once above $1.40's I think we see a big move to the $2 resistance point. Big takeover target after Bacardi recently bought Patron tequila for $5.1B.

Here's what I'm watching for new swing trades Monday morning.

CRON - Toronto based pot stock. Continuation chart pattern in play above $7.70 for a move to the $10's. Looking further out there's breakout potential above the low $11's when this sector gets momentum again.

Attachment X                                    **PX 14, 1111**



APRN - Meal kit company. Oversold chart pattern that probably goes lower today with the market. However, I'm watching $2 support like a hawk for a bounce. The company is due for good news and definitely a takeover target since meal kits aren't going away.

Attachment X                                         **PX 14, 1112**



HMNY - MoviePass scaling and monetization of user base. Oversold chat pattern and it's heavy finding little real buying into dips. It'll take significant good news to trigger a squeeze on this one and it has that potential.

Attachment X

**PX 14, 1113**



KBSF - Menswear fashion news winner last week. Continuation chart pattern in play above $6 for a move to $8. Likely attracted sellers Thursday and Friday into the $12 spike and could see some bounce now that it's back to support.

Attachment X                    **PX 14, 1114**



MFIN - Financial. Breakout chart pattern in play above $4.80 with range to $6 if it clears the $5.40's. Strong trend since November and likely to try again here soon I think.

Attachment X                       **PX 14, 1115**

8/20/2020                          Gmail - Monday's watch list: 5 penny stocks under $10



The diary of a real $ trader,



Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

Attachment X                                    PX 14, 1116

If you have a current active subscription with Jason Bond Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at Jason Bond Picks.

If you no longer wish to receive our emails, click the link below:

 Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Attachment X                          **PX 14, 1117**

8/20/2020                                                    Gmail - Monday with Jason Bond Picks

 **Gmail**                                                    **C Roy** <████████████████████

## Monday with Jason Bond Picks
1 message

**Jason Bond** <jason@jasonbondpicks.com>                      Mon, Mar 19, 2018 at 8:22 AM
Reply-To: jason@jasonbondpicks.com
To: ████████████████████



Good morning,

Know someone interested in joining our group? Family & friends 1-month trial.

Atlanta Mastermind schedule

U.S. stock futures are falling Monday morning ahead of Wednesday's FOMC policy decision. I cashed up Friday after a nice win on ZSAN and will be looking to put those funds to use into this dip.

Long-term portfolio updates:

LQMT - Apple is secretly making its own display screens for the first time - Bloomberg. This is likely to drive LQMT higher as speculation and stories start to develop from this report. Long-term goal for me is $.40+ on a breakout.

ROX - Shares broke $1.30 on Friday and key trendline resistance on the way to the SMA 200. Once above $1.40's I think we see a big move to the $2 resistance point. Big takeover target after Bacardi recently bought Patron tequila for $5.1B.

Here's what I'm watching Monday morning.

CRON - Toronto based pot stock. Continuation chart pattern in play above $7.70 for a move to the $10's. Looking further out there's breakout potential above the low $11's when this sector gets momentum again.

Attachment X                                    **PX 14, 1118**

APRN - Meal kit company. Oversold chart pattern that probably goes lower today with the market. However, I'm watching $2 support like a hawk for a bounce. The company is due for good news and definitely a takeover target since meal kits aren't going away.

HMNY - MoviePass scaling and monetization of user base. Oversold chat pattern and it's heavy finding little real buying into dips. It'll take significant good news to trigger a squeeze on this one and it has that potential.

KBSF - Menswear fashion news winner last week. Continuation chart pattern in play above $6 for a move to $8. Likely attracted sellers Thursday and Friday into the $12 spike and could see some bounce now that it's back to support.

MFIN - Financial. Breakout chart pattern in play above $4.80 with range to $6 if it clears the $5.40's. Strong trend since November and likely to try again here soon I think.

Sincerely,

Jason Bond

**Jason Bond**
JasonBondPicks.com

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Jason Bond Picks - Swing & Long-Term Trading

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all

Attachment X                                        **PX 14, 1119**

such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

Attachment X                                    PX 14, 1120

**ATTACHMENT Y**

**PX 14, 1121**

 **Gmail**

**C Roy** <

## Oversold NETE explodes & Friday's game plan
1 message

**Jason Bond** <jason@jasonbondpicks.com>                    Fri, Mar 9, 2018 at 7:45 AM
Reply-To: jason@jasonbondpicks.com
To:



Good morning from sunny Orlando!

62% off the Weekly Money Multiplier

~~200~~ 97 seats left for the Atlanta Mastermind

What a day for NETE Thursday +72%! And right from Tuesday and Wednesday's watch list and picke
as my favorite oversold bouncer.

> "NETE is my favorite because when they bounce it's often huge, however likely boring
> drifters until that day." ~ Tuesday

> "My favorite is NETE here but it might be boring until it runs." ~ Wednesday

Congratulations if you nailed it. If you didn't, don't worry, just learn why it happened i.e. once oversold
good news triggers a bottle rocket bounce. Confirmed candle over candle early on in the week was th
tell news was probably coming.

Attachment Y                    **PX 14, 1122**



Only move for me Thursday was adding to my AKER swing into the support dip. Now 3/4 position size expect this should start trending again soon.

TNDM was the strongest position in my portfolio Thursday and could really run Friday given this bull f it's formed.

HMNY continues to be my favorite for delivering a big win soon. I think I'd like to get profit between $5 $5.50 on this one, hopefully today.

The LQMT swing has been drifting lower on light volume. I suspect the uneventful 10K left speculator playing earnings without any fireworks. I wasn't playing for that and it was a nonevent anyway, the rea play is contract news that I expect will start funneling in this quarter. The swing will likely be held long than 1-4 days to get my goal of $.27ish.

ZSAN sure did crush stubborn shorts these week, wow what a move! Learn that Fibonacci pattern, it' nearly always my favorite for producing big wins in a day or two.

Attachment Y                         **PX 14, 1123**

8/20/2020                               Gmail - Oversold NETE explodes & Friday's game plan



So small caps are heating up again as money flows there due to trade tariffs. Great timing for me as I traveling home from vacation this morning. These high flyers are where I can really accumulate outsiz gains quickly.

INNT is one I'm watching Friday for a big short squeeze. NETE probably has a second day too, the ne Thursday was legit enough to carry this like ZSAN Wednesday into Thursday.

Attachment Y                          PX 14, 1124



POTN is my favorite pot stock right now and I'll be looking to take a position soon. I think these heat t
up and as momentum turns to the bulls here, something in the middle $.30's should work well for a ru

Attachment Y                               **PX 14, 1125**

8/20/2020                                    Gmail - Oversold NETE explodes & Friday's game plan



Finally WATT is still at the top of my list. Perfect continuation pattern that's building off the SMA 20 an
due for a big $5 - $10 point move to the $30 area. I'll start sizing into this one soon around $22.

Attachment Y                    **PX 14, 1126**

8/20/2020                            Gmail - Oversold NETE explodes & Friday's game plan



We're flying back this morning and if the runners are out there, I'll be trading them this afternoon as I settle in for next week.

The diary of a real $ trader,

*Jason Bond*

**Jason Bond**
JasonBondPicks.com

Attachment Y                         PX 14, 1127

RagingBull, LLC

62 Calef Hwy. #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Jason Bond Picks - Swing & Long-Term Trading

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

Attachment Y                          PX 14, 1128

8/20/2020                                    Gmail - Added AKER, NETE is running

 Gmail                                      **C Roy** <█████████████████████>

---

## Added AKER, NETE is running
1 message

---

**Jason Bond** <jason@jasonbondpicks.com>                 Mon, Mar 12, 2018 at 11:42 AM
Reply-To: jason@jasonbondpicks.com
To: █████████████████



        

---

added 15k AKER at .68, this feels ready for a .72 test

NETE is opening up, range to 15 now and gap play


*Jason Bond*

**Jason Bond**
JasonBondPicks.com



RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to
contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Jason Bond Picks - Swing & Long-Term Trading

Attachment Y                    **PX 14, 1129**

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

Attachment Y                                    PX 14, 1130

 **Gmail**                                                  **C Roy** <████████████████

---

## Swing trade: bought NETE
1 message

---

**Jason Bond** <jason@jasonbondpicks.com>                    Mon, Apr 23, 2018 at 2:53 PM
Reply-To: jason@jasonbondpicks.com
To: ████████████████



   

Hi,

I bought 3,000 NETE at $9.04 from the watch list. The stock has been doing well today in the top 10 on all of Wall Street for stocks under $10 and has good breakout potential above $10, with range to $15's. I think I might see $12 on this but as always, the goal is 5-20% rinse and repeat. With bitcoin popping and Najarian added to the board, I bet good news is coming soon.

Overall the IMW is coming in today, which is why I've been inactive. But this trade I like since bitcoin itself is headed up, giving me an added layer of protection against the overall market forces.

The diary of a real $ trader,

*Jason Bond*

**Jason Bond**
JasonBondPicks.com

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Attachment Y                          **PX 14, 1131**

8/20/2020                                          Gmail - Swing trade: bought NETE

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to
contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Jason Bond Picks - Swing & Long-Term Trading

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment
adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities
regulatory authority. Users of this website are advised that all information presented on this website is solely for
informational purposes, is not intended to be used as a personalized investment recommendation, and is not
attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees
and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all
such individuals are buying and selling such securities for their own account. These individuals do not engage in
any trades with customers. The buying and selling of securities by these individuals is not part of a regular
business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such
information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as
a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for
themselves what specific investments to make or not make and are urged to consult with their own independent
financial advisors with respect to any investment decision. The reader bears responsibility for his/her own
investment research and decisions, should seek the advice of a qualified securities professional before making any
investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and
information included on this website are based on sources believed to be reliable and written in good faith, but
should be independently verified, and no representation or warranty of any kind, express or implied, is made,
including but not limited to any representation or warranty concerning accuracy, completeness, correctness,
timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or
information or to keep such opinions, analyses or information current. Also be aware that owners, employees and
writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this
website or newsletter, but all such positions are held for such representative's own account. Past results are not
indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported
are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

Attachment Y                    PX 14, 1132

 **Gmail**

C Roy <█████████████████>

---

## Tuesday's watch list
1 message

---

**Jason Bond** <jason@jasonbondpicks.com>                    Tue, Apr 24, 2018 at 9:08 AM
Reply-To: jason@jasonbondpicks.com
To: █████████████████



      

Good morning,

HUGE announcement! As all of you know, I really wanted to run a day trading chat room as a part of Jason Bond Picks, but I just don't day trade much so I couldn't commit. Well, it ONLY took me a month to find someone who can. I promised I'd find you day traders a solution and I couldn't have gotten luckier with this find, you're going to LOVE this guy. This guy verifies his gains, so there's NO question if he makes money or not.

$0 gain / loss for me Monday as I didn't close any trades. I did however jump into NETE at $9.04 which should be a nice win today with bitcoin going from $8,810 to $9,380 overnight. I believe bitcoin goes to $12,000 here soon so keep those bitcoin small caps front and center.

NEW Liquidmetal report

Here's how the Mensa trader Jeff Bishop (Weekly Money Multiplier) spent his Monday and some of Friday's 202% $9,100 win. High tea at the Ritz Carlton with the ones you love. This is why we trade. Freedom.

Attachment Y                              **PX 14, 1133**



Weekly Money Multiplier is free in the Millionaire Roadmap, currently on sale through Thursday at the lowest price of 2018.

Watch him put the trade on LIVE Friday afternoon, detailing his rationale and risk/reward before it went up +202% +$9,100 in less than 2-hours.



So Google beat and Wall Street is celebrating with a big bump in U.S. stock futures. Provided we don't sell the gap today you can expect to hear from me a lot. Here's what I'm watching.

NBEV - Oversold chart pattern after a recent small offering at $1.75. The company has contracts with big name clients which when announced causes solid spikes. I like the recently low as my button around $1.70 for a swing to the $2's.

Attachment Y                              PX 14, 1134

P – Not hard to see why I like this trade. Watching for a break above the horizontal supply line and run to $6. The Mensa trader is playing Call options on this one in the Weekly Money Multiplier too. Once the supply line is broken is should act as support, with range to $7 should good news hit.

MYO - Coming back into support I feel comfortable buying at around the middle $3's. Solid volume Friday could have been just a squeeze but could also be news coming, especially due to the large volume increase. Goal is middle $3's to $4's for profit.

HTGM - Favorite chart pattern headed into Tuesday. Not one I think delivers today but likely this week, provided it holds the $3.30's. Excellent support at this level and a good history of spiking regularly. MACD crossover suggests a pop could be looming soon, goal is $4ish.

LEDS - Up on a down day Monday after a big retreat from nearly $9 tells me this could be ready to bounce to the gap. Stop loss below Monday's low of $3.17, goal is $4ish.

The diary of a real $ trader,

**Jason Bond**
JasonBondPicks.com

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Jason Bond Picks - Swing & Long-Term Trading

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such

Attachment Y                                    **PX 14, 1135**

information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

Attachment Y

PX 14, 1136

# ATTACHMENT Z

PX 14, 1137

 Gmail

C Roy <​█████████████████​>

## Bought USO puts
3 messages

**Jeff Bishop** <jeff@weeklymoneymultiplier.com>                    Mon, Jul 2, 2018 at 10:09 AM
Reply-To: jeff@weeklymoneymultiplier.com
To: ████████████████



I have been following the oil market closely the past few weeks, and I think we're very close to another short-term top right now. The chart itself is over-extended (which doesn't mean it can't get MORE extended) and it feels like it is running out of steam. I don't see a perfect "Money Pattern" showing up yet, though we might in the next couple of days.

I decided to get in front of this move because when oil reverses, it can drop quickly. Over the weekend, Trump was urging the Saudis to increase oil output (i.e. LOWER PRICES).  I am sure OPEC is more than willing to comply with this request and I expect that oil prices will come down marginally at least in the next week or so.

Today I **bought the USO JUL 27 2018 15.0 Put @ .44**.  I am looking for a 50-100% gain on this in the next week or so. I bought options with about a month of expiration to give me more time to hold them as well. I would look to add to this trade in the low .30's as well.

My stop would be 50% loss, or if USO trades over 15.20 for an extended period of time.

**COST** and **T** have been stellar performers and I really like them both right here.  **WTW** has been a pain for me as it just won't breakdown. I will probably hold those a little while longer and see if it finally breaks below $100 in a big way. I have doubled up my position there and am now fully invested in it.

*Jeff Bishop*

**Jeff Bishop**

Attachment Z                          **PX 14, 1138**

RagingBull, LLC
62 Calef Hwy #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to
contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment
adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities
regulatory authority. Users of this website are advised that all information presented on this website is solely for
informational purposes, is not intended to be used as a personalized investment recommendation, and is not
attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees
and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all
such individuals are buying and selling such securities for their own account. These individuals do not engage in
any trades with customers. The buying and selling of securities by these individuals is not part of a regular
business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such
information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as
a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for
themselves what specific investments to make or not make and are urged to consult with their own independent
financial advisors with respect to any investment decision. The reader bears responsibility for his/her own
investment research and decisions, should seek the advice of a qualified securities professional before making any
investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and
information included on this website are based on sources believed to be reliable and written in good faith, but
should be independently verified, and no representation or warranty of any kind, express or implied, is made,
including but not limited to any representation or warranty concerning accuracy, completeness, correctness,
timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or
information or to keep such opinions, analyses or information current. Also be aware that owners, employees and
writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this
website or newsletter, but all such positions are held for such representative's own account. Past results are not
indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported
are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

**C Roy** <████████████████>                                   Mon, Jul 9, 2018 at 9:05 AM
To: jeff@weeklymoneymultiplier.com

I watched most of the $ multiplier videos & I have ? S

Attachment Z                        **PX 14, 1139**

If this is this the correct address to ask ?s

I wish you had said something about the Coney Island event raging bull sponged. I might have gone.

Marie Roy
[Quoted text hidden]
--

Marie Roy
Apple Bankruptcy, LLC
███████████

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Note: You must follow

---

**Nathan (WeeklyMoneyMultiplier)** <jeff@weeklymoneymultiplier.com>          Mon, Jul 9, 2018 at 9:26 AM
Reply-To: WeeklyMoneyMultiplier <jeff@weeklymoneymultiplier.com>
To: C Roy <████████████████

##- Please type your reply above this line -##

Your request (174171) has been solved. To reopen this request, reply to this email. See the latest comments below:

 **Nathan** (WeeklyMoneyMultiplier)
Jul 9, 9:26 AM EDT

Marie,

What are your questions?

Sincerely,

Nathan

 **C Roy**
Jul 9, 9:05 AM EDT

I watched most of the $ multiplier videos & I have ? S

If this is this the correct address to ask ?s

I wish you had said something about the Coney Island event raging bull sponged. I might have gone.

Marie Roy

Attachment Z                                    **PX 14, 1140**

On Mon, Jul 2, 2018 at 10:09 AM Jeff Bishop <jeff@weeklymoneymultiplier.com> wrote:

I have been following the oil market closely the past few weeks, and I think we're very close to another short−term top right now. The chart itself is over−extended (which doesn't mean it can't get MORE extended) and it feels like it is running out of steam. I don't see a perfect "Money Pattern" showing up yet, though we might in the next couple of days.

I decided to get in front of this move because when oil reverses, it can drop quickly. Over the weekend, Trump was urging the Saudis to increase oil output (i.e. LOWER PRICES). I am sure OPEC is more than willing to comply with this request and I expect that oil prices will come down marginally at least in the next week or so.

Today I bought the USO JUL 27 2018 15.0 Put @ .44. I am looking for a 50−100% gain on this in the next week or so. I bought options with about a month of expiration to give me more time to hold them as well. I would look to add to this trade in the low .30's as well.

My stop would be 50% loss, or if USO trades over 15.20 for an extended period of time.

COST and T have been stellar performers and I really like them both right here. WTW has been a pain for me as it just won't breakdown. I will probably hold those a little while longer and see if it finally breaks below $100 in a big way. I have doubled up my position there and am now fully invested in it.

Jeff Bishop

RagingBull, LLC

62 Calef Hwy #233, Lee, NH 03861

Manage Email Preferences (https://u6067039.ct.sendgrid.net/wf/click?upn=B3b2QVtR07unCLj8-2FpqBWvNn9zpQmDNp6szSs8fGLmhqcWIJbc-2BNeZSkQ-2FZtPN4jQr36ADYJr90y6iTYRxXP2g-3D-3D_HmTee1yGuVdLo4wyhcvTvtzqk4VDgWn2cB9dxIJ0RKpOsXWkBqfbJnk1RXK6QNSumFbbC-2BGXOHZvy7mu8tGcpXFzpSqoqanOTCUT9QefnMhE3Gzdqj1Gmdbfsl1Vzy68kHSOHxIuwaMCytOVgO5soeA9hYHk5KJ-2BfSk1ol-2FEXF6UEsepj0zMGz2NgXnnXGOX1A-2FYQudH9JUr-2FUZxv82u5eZVmP-2FpAwnXCJvQsMkfQlCmhcsx0RHpCa1BFYA1Kw9PRdcqvaccl-2FccZgiJC0Wlgg7tXsrhezy-2FFpH267LeOm3-2FuOepf-2F7JcxAn3GUIIscpPYOs6tqXor7B...) | Unsubscribe All* (https://u6067039.ct.sendgrid.net/asm/unsubscribe/?user_id=6067039&data=iX7957BgpSOOmRk0m2y4T2t8XOyENjpDrkXgOCtFZ0vfwymZ7irMj7I_ZMKoFgrkdfLP13b7QXqBv3rGnTVvppnY4JAw4deBxGNdQGJI8IgU7Vl40GIIw0X3smpW4Qdkd2vPpbDEVlS3U1KZD4rtMw9TltiScUGBocs6Uhhh9NLGUCJ9-oFwhHMvnq9sAGcAGWjOCIMNNSGQMZ_HeeglOnR5Gjxdy4_FlftVg6pezLsLfUwT9uX1kb4fekl0SSueXb3uJAWmrSrx-PQlPUdMnL9SPRz3zSyzw-GtwLvoA1TuyVXNR28GyvVvJFi99or493OY-m33VgI4MdXKruHECMPJAvEDXog6m3nnPlJeHxOwt9rbRg-TZ5epgJUDZgj9zrXXCzXl-4HNiF4L96zj1nzVJzHuRwbQoXCO68...)

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

--

Marie Roy
Apple Bankruptcy, LLC

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended

Attachment Z                          **PX 14, 1142**

recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Note: You must follow

]

Thank You for Contacting Support.

[OLPYVM-2V5D]

Attachment Z

**PX 14, 1143**

# ATTACHMENT AA

PX 14, 1144

 **C Roy <** ████████████ **>**

---

## NEW Roadmap Mastermind: Trading On Earnings w/ Pradeep

**Jason Bond** <jason@jasonbondpicks.com>                         Thu, May 31, 2018 at 10:02 AM
Reply-To: jason@jasonbondpicks.com
To: ████████████



 

---

[Excellent Mastermind here](#)! Just turn the volume up load.

Pradeep has begun alerting his trades in the Millionaire Roadmap chat room, based on this strategy which he makes a lot of $ on.

New Mastermind: [Trading On Earnings with Pradeep](#)

We've fixed the mic issue for his next Mastermind. Once again the community in the Roadmap giving back to the group, what a great team we're building. Thank you Pradeep and everyone for making this amazing.

Again, study and take advantage of these alerts, for those who attended live the other day, he's already making clients money with his alerts / strategy.

Sincerely,

*Jason Bond*

**Jason Bond**
JasonBondPicks.com

RagingBull, LLC

Attachment AA                                    **PX 14, 1145**

Gmail - NEW Roadmap Mastermind: Trading On Earnings w/ Pradeep

62 Calef Hwy. #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Jason Bond Millionaire Roadmap

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

Attachment AA     PX 14, 1146

# pradeeps huya, cree, ntap nvda 2 ea

| | |
|---|---|
| **From:** | C Roy < ██████████████ |
| **To:** | Marie Roy < ██████████████ |
| **Date:** | Fri, 10 Aug 2018 12:26:57 -0400 |
| **Attachments:** | pradeep.docx (21.7 kB) |

--

Marie Roy
Apple Bankruptcy, LLC
██████████

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Note: You must follow

Attachment AA

**PX 14, 1147**

**pradeep . (Moderator)**: looking at DE YY WUBA HUYA NTAP NVDA CRE MYGN for next week

randall yesa ll long - small size please
Aug 10, 10:52 AM

**pradeep . (Moderator)**: all long
Aug 10, 10:52 AM

**bangaruswamy cha**: your trades are awesome but I am new to CC. what happens if the stock tanks unexpectedly? how you cover losses? one question. what is the difference if I buy 8/17 31 call 5 contracts instead
Aug 10, 10:52 AM

**robert kel**: pradeep: Is your HUYA 34 CC: Long HUYA stock and then selling a covered call 8/17?
Aug 10, 10:52 AM

**barbara sum**: NATE, are there any squeezes in any time frame on LULU? Still have the 120 8/17 calls from a couple of weeks ago.
Aug 10, 10:53 AM

**randall gil**: t-u Pradeep !
Aug 10, 10:54 AM

**randall gil**: yes I`ll heed your advice!
Aug 10, 10:55 AM

**kevin har**: Pradeep, why so far out of the money on the HUYA CC?
Aug 10, 10:55 AM

**benarji kor**: CC there is big risk downside....upside limited gain.... I had 3 bad experiences with CC
Aug 10, 10:56 AM

**antonio mer**: anyone know what Jeff Bishop was Prediction from yesturdays webinar worked and missed it????
Aug 10, 10:56 AM

**benarji kor**: Some experts says CC is conservative strategy... avoid in earning season...
Aug 10, 10:56 AM

**benarji kor**: not sure... how it works
Aug 10, 10:57 AM

**randall gil**: he collects the premium on the call &hopefully the stock goes up some also
Aug 10, 10:58 AM

**randall gil**: but not to strike price
Aug 10, 10:58 AM

**kevin har**: CC is a very conservative strategy,which I do quite frequently. I was curious about Pradeep's strike price selection ... I would have gone for the 32 for more premium (unless he really expects the stock to run).
Aug 10, 10:59 AM

**gary cop**: Down again today. Time to sit back and watch.
Aug 10, 10:59 AM

**benarji kor**: if that is the case we can bet naked calls!!! thats much better than cc
Aug 10, 10:59 AM

**randall gil**: I see Kevin I guess playing it safe

**PX 14, 1148**

Aug 10, 11:00 AM

**randall gil**: Pradeep has gd. track record!

Aug 10, 11:00 AM

**timothy fos**: Nate SQ 2 min sq near all time highs

Aug 10, 11:00 AM

**gary cop**: I have a small account and I'm down about $2500 in the past week

Aug 10, 11:01 AM

**scott wah**: nate. what do you think about TWLO on the daily chart as far as starting to grab some puts? It is way up into overbought and has gap below. Feel like it may be due for a pull back...what are you thoughts?

Aug 10, 11:01 AM

**lisa lar**: Pradeep - Thanks for OSTK yesterday.

Aug 10, 11:02 AM

**randall gil**: over & over

Aug 10, 11:02 AM

**randall gil**: on ADBE

Aug 10, 11:02 AM

**adam gei**: Silly question Nate but when you mark price level with the "price level" tool how do you get it to follow the tops/bottoms of the candles? Can't seem to figure it out..thanks.

Aug 10, 11:02 AM

**ben roc**: just shorted IQ a few min ago!

Aug 10, 11:03 AM

**ben roc**: under 28.5 its bad


was red this morning and dropping now they are all green. wohoo!

Aug 10, 10:38 AM

**shane sty**: Really hard watching the money leave! I am learning this from all of you guys and gals!!

Aug 10, 10:38 AM

**tim dur**: I need to learn to not touch mouse

Aug 10, 10:38 AM

**shane sty**: I have been turning the screen off like you said.

Aug 10, 10:39 AM

**pradeep . (Moderator)**: up additional 4K today after being up 14K yesterday

Aug 10, 10:39 AM

**pradeep . (Moderator)**: looking @ 20 - 21K this week net

Aug 10, 10:39 AM

**hatem elg**: Amazing Pradeep!!

Aug 10, 10:39 AM

**kelly mcm**: Had I had a bigger position I would have scaled out, but hard to do with 3 contracts.I still think being out today with next week expriation was the right thing. I saved 2.00 of extrinsic value. I would have needed a 4.00 move to over come that.

Aug 10, 10:39 AM

**mehul pat**: @ nate excellent teaching...this thing just happened to me in roku..as soon as i got into the trade my PL started going -ve...thought of selling in panic..but somehow managed to hold on..

Aug 10, 10:39 AM

**shane sty**: WOHOO PRADEEP!

Aug 10, 10:39 AM

**susan sco**: That's awesome Pradeep! Congrats!

Aug 10, 10:39 AM

**syd cha**: Nate when you can please put up your vwap number for a pic

Aug 10, 10:39 AM

**dustin row**: OSTK lower high

Aug 10, 10:40 AM

**dustin row**: probably see this come in more

Aug 10, 10:40 AM

**steven liz**: What is your expected target for ISRG?

Aug 10, 10:40 AM

**pradeep . (Moderator)**: ty shane

Aug 10, 10:40 AM

**kelly mcm**: yup

Aug 10, 10:40 AM

**mike col**: R we still on Sam watch?!?

Aug 10, 10:40 AM

**tawnya vea**: don't should on yourself.

Aug 10, 10:40 AM

**gerald tre**: Great job Pradeep!

Aug 10, 10:40 AM

**maria urb**: >Pradeep -wowww,do make that much every week consistently ?nice

Aug 10, 10:40 AM

**shane sty**: one day ill be there!

Aug 10, 10:41 AM

**chad sko**: Pradeep that's awesome!! Keep it up my man!

Aug 10, 10:42 AM

**dave sim**: Nate it was hard for me to be patient when I had 1 contract on TTD. Bought for $4.56 and sold for $18.60. That was good enough for me.

Aug 10, 10:42 AM

**dustin row**: RH looks good
BURL 161.31 Target

- 11:23 AM **Pradeep .:**
  in NTAP 87 cc for 8/17

- 11:22 AM  **Pradeep .:**
  in CREE 52.5 cc 8/17

- 10:53 AM  **Pradeep .:**
  best ones i think are DE WUBA  HUYA NVDA and CREE

- 10:51 AM  **Pradeep .:**
  looking at DE YY WUBA HUYA NTAP NVDA CREE MYGN for next week

- 10:38 AM  **Pradeep .:**
  in HUYA 34 CC   8/17

- 10:25 AM  **Nathan Bear**:
  BTO ISRG 8/17 $510 calls @ 10.30

- 9:36 AM  **Nathan Bear**:
  BTO TIF 8/31 $130 calls @ 7.05 - scaling in for a run into earnings

- 9:35 AM  **Nathan Bear**:
  BTO ISRG 9/21 $540 calls @ 8.86 - starter size, playing the daily squeeze

- 9:35 AM  **Nathan Bear**:
  BTO ISRG 9/21 $510 calls @ 24.30 - starter size for the daily squeeze

Earnings announcement* for NTAP: Aug 15, 2018. NetApp, Inc. is expected* to report earnings on 08/15/2018 after market close.

Huya
8/13/18

Nvda thursday

Cree Earnings announcement* for CREE: Aug 14, 2018. Cree, Inc. is expected* to report earnings on 08/14/2018 after market close.
De
Deere & Company is expected* to report earnings on **08/17/2018** before market open. The report will be for the fiscal Quarter ending Jul 2018.

**Aug 13, 2018**

**HUYA**

After Market Hours
Confirmed

- 11:40 AM  **Nathan Bear**:
  BTO FANG 11/16 $125 calls @ 14.10 - swing trade playing daily chart  fib retracement 138-146



this morning by buying **WWE SEP 21 2018 80.0 Put @ 4.20.**

I plan to add to this in the low $3's and will stop out if WWE trades above $83. If not, I think this could make a $10+ move lower which would be a huge win for me. I like the risk/reward setup here.

I also started a new trade and bought to open **NWL DEC 21 2018 22.0 Call @ 1.20**. This is a LONG-TERM trade for me, these contracts have about 4 months until expiration

# ATTACHMENT BB

PX 14, 1153

 **C Roy** ◄ ▬▬▬▬▬▬▬▬▬▬▬

## Bought GD & BIDU calls
1 message

**Jeff Bishop** <jeff@weeklymoneymultiplier.com>                    Fri, Aug 17, 2018 at 12:49 PM
Reply-To: jeff@weeklymoneymultiplier.com
To: ▬▬▬▬▬▬▬▬



First off, the Millionaire Roadmap chat room has been on fire!  I just made over $40,000 in profits this morning live trading AMZN and QQQ options.  It's a really fun time to be active in the market... so get in there!

I just started 2 new long positions today. Even though I think the market could drop in the next week, I feel these 2 trades could really outperform the market for us.

The first is BIDU SEP 7 2018 215.0 Call @ 8.80.  Everyone knows China's stock market has been in trouble and it has dragged down a lot of good companies with it. I don't think BIDU has a lot of interest rate or currency risk but the stock is down considerably in this shakeout. I think the stock could make a turn here based on the hourly trendline reversal.  If BIDU loses the $210 level, I would stop out of this trade. I plan to add to this in the low $6's as well.

The second trade I started today is GD SEP 21 2018 190.0 Call @ 6.00. I really like all the defense contractors out there. I barely missed a big move for LMT this week and I am hoping that GD follows soon. I will add to this around $4, and keep a stop in place if GD drops below 190.

Keep an eye on your risk, and let your winners go wild!

Have a great weekend.

Attachment BB                          **PX 14, 1154**

8/20/2020                                    Gmail - Bought GD & BIDU calls

**Jeff Bishop**

RagingBull, LLC

62 Calef Hwy #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

Attachment BB                          **PX 14, 1155**

 Gmail

C Roy <▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## Bought TTD calls & Locking in Big Profits!
1 message

**Jeff Bishop** <jeff@weeklymoneymultiplier.com>                    Thu, Oct 4, 2018 at 10:32 AM
Reply-To: jeff@weeklymoneymultiplier.com
To: ▮▮▮▮▮▮▮▮▮▮▮



It's payday for me today. My **VXX** positions are up and my shorts are working nicely.

I plan to lock in the **SHOP puts** around $9 sometime today, which would put me **up over 100% on that trade**.  I hope you got a piece of that great trade with me!

I am looking to add to the **CVGW** calls @ 4.20 if those fill later today. It was up over 50% at one point yesterday and got really close to my first exit. I am fine to load up more calls on this dip today but CVGW needs to hold above $96 for me to stay in it.

I am slightly down on **AVAV** but no plans to add to it at this moment. I want to give it a little more time.

I just bought **TTD OCT 19 2018 140.0 Call @ 4.20 today**. If you recall, I made well over 100% on this trade a couple of weeks ago. I have been patiently waiting for a time to rebuy it and I am starting now.

My plan is to add to this if TTD touches $132's, with a full stop if we close below the $130 level. If the stock rebounds, I think it could rally $10+ from here which would be an easy 100% win again if that happens.

I am really close to buying **WWE** calls and **TLRY** calls right here. I think there will be some good buying opportunities in the next couple of days as stocks find a base from the selloff.  This is a needed and expected pullback today.

Attachment BB                    **PX 14, 1156**

*Jeff Bishop*

**Jeff Bishop**

RagingBull, LLC

62 Calef Hwy #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

Attachment BB                    **PX 14, 1157**

8/20/2020                                                    Gmail - Bought WWE Calls

 **Gmail**

C Roy <███████████████████████████>

## Bought WWE Calls
1 message

**Jeff Bishop** <jeff@weeklymoneymultiplier.com>                    Fri, Oct 5, 2018 at 10:20 AM
Reply-To: jeff@weeklymoneymultiplier.com
To: ████████████████████



I have missed several opportunities to get into WWE on the climb higher over the last few
weeks. I am taking advantage of the dip right now and starting a new position on it. I think there
is a good chance this stock goes over $100 in the coming weeks.

I just bought **WWE OCT 19 2018 90.0 Call @ $2.80**

Right now it is just above the 200-hourly trendline, which I think will be an initial support level for
it to bounce off of. If WWE closes below $87 I will stop out of this trade.  I will also look to add to
this position around $2 if it gets there.

I am also bidding **NDAQ** calls, **QQQ** calls (daytrade only), **AMZN** calls (daytrade only).

I am looking to add to **TTD** calls @ 3.60, **AVAV** calls @ 1.60.  I will not issue alerts on these if
they get filled, I am letting you know my plan here.

There are a lot of opportunities setting up. Let's see how the market digests the move in interest
rates and if it stabilizes or not.

*Jeff Bishop*

**Jeff Bishop**

Attachment BB                    **PX 14, 1158**

8/20/2020                                                          Gmail - Bought WWE Calls

RagingBull, LLC

62 Calef Hwy #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to
contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment
adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities
regulatory authority. Users of this website are advised that all information presented on this website is solely for
informational purposes, is not intended to be used as a personalized investment recommendation, and is not
attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees
and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all
such individuals are buying and selling such securities for their own account. These individuals do not engage in
any trades with customers. The buying and selling of securities by these individuals is not part of a regular
business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such
information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as
a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for
themselves what specific investments to make or not make and are urged to consult with their own independent
financial advisors with respect to any investment decision. The reader bears responsibility for his/her own
investment research and decisions, should seek the advice of a qualified securities professional before making any
investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and
information included on this website are based on sources believed to be reliable and written in good faith, but
should be independently verified, and no representation or warranty of any kind, express or implied, is made,
including but not limited to any representation or warranty concerning accuracy, completeness, correctness,
timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or
information or to keep such opinions, analyses or information current. Also be aware that owners, employees and
writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this
website or newsletter, but all such positions are held for such representative's own account. Past results are not
indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported
are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

Attachment BB                       PX 14, 1159

# ATTACHMENT CC

PX 14, 1160

 Gmail                                          **C Roy** < ███████████████ >

---

## [Petra Picks] Re: subscription
1 message

---

**Michael (Petra Picks Support)** <support@petrapicks.zendesk.com>          Mon, Dec 10, 2018 at 8:37 AM
Reply-To: Petra Picks Support <support+id228061@petrapicks.zendesk.com>
To: C Roy < ███████████████ >

##- Please type your reply above this line -##

Your request (228061) has been solved. To reopen this request, reply to this email. See the latest comments below:

---

   **Michael** (Petra Picks)
Dec 10, 8:37 AM EST

Hi Marie,

I've checked your account and you have the lifetime access to Petra Platinum, so you have it indefinitely.

I hope this helps.

Sincerely,

Michael

---

   **C Roy**
Dec 7, 6:06 PM EST

Petra Picks is listed as startn 2/15/1961. The mrm is listed as started 12/28/2017. I understand the MRM is only 1 year. Petra picks expiration date?

]

---

Thank You for Contacting Support.

[3Q7XK4-DPV9]

Attachment CC                **PX 14, 1161**

# ATTACHMENT DD

PX 14, 1162

 **Gmail**

C Roy < ████████████████ >

---

## [Jason Bond Picks] Re: Cancel this at once

2 messages

---

**Allen (Jason Bond Picks)** <support@jasonbondpicks.zendesk.com>          Thu, Jan 3, 2019 at 1:56 PM
Reply-To: Jason Bond Picks <support+id238967@jasonbondpicks.zendesk.com>
To: C Roy < ███████████████ >

##- Please type your reply above this line -##

Your request (238967) has been solved. To reopen this request, reply to this email. See the latest comments below:

---

 **Allen** (Jason Bond Picks)
Jan 3, 1:56 PM EST

Hi Marie,

Thanks for reaching out. I see you purchased the MRM 12/28/17 Each year it renews with access to Petra picks. If you wanted to cancel– you needed to cancel the service before the renewal date.

Here is how to cancel: To cancel your Jason Bond Picks (RagingBull.com) subscription, **Login to your profile at https://app.ragingbull.com/member/login and then come back to this email and CLICK HERE**. It will take you directly to the page of your Active Subscriptions.

From there, **click Cancel Auto Renewal** for any subscription you wish to close.

Your access will then expire at the end of the current term and you will not be charged again. Do not Reactivate if you do not wish to continue.

Wish you all the best.

Allen

---

 **C Roy**
Jan 3, 10:58 AM EST

I told the rep when I signed up not to renew my subscription

If it is not cancelled w–I 24 hours my credit card co

Will take a dispute

I checked last week. You told me the petra pucks is lifetime & MRM will be cancelled.

Thx

Marie Roy

]

Thank You for Contacting Support.

**C Roy** <████████████████████>                                     Sun, Jun 16, 2019 at 4:38 PM
To: Bruno Roy ████████████████

[Quoted text hidden]

--

Marie Roy
Apple Bankruptcy, LLC
████████████

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Note: You must follow

Attachment DD                    **PX 14, 1164**

# ATTACHMENT EE

PX 14, 1165

8/20/2020                                                    Gmail - [Jason Bond Picks] Re: Alerts

 **Gmail**                                                    **C Roy** < ▮▮▮▮▮▮▮▮▮▮ >

---

## [Jason Bond Picks] Re: Alerts
10 messages

---

**Jordan (Jason Bond Picks)** <support@jasonbondpicks.zendesk.com>         Thu, Jan 3, 2019 at 3:11 PM
Reply-To: Jason Bond Picks <support+id239184@jasonbondpicks.zendesk.com>
To: C Roy < ▮▮▮▮▮▮▮▮▮▮ >

> ##- Please type your reply above this line -##
>
> Your request (239184) has been updated. To add additional comments, reply to this email.
>
> - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
>
>  **Jordan** (Jason Bond Picks)
> Jan 3, 3:11 PM EST
>
> This request was closed and merged into request #239186 "Alerts".
>
> - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
>
>  **C Roy**
> Jan 3, 3:09 PM EST
>
> No need to alert me either
> Not sure why I am getting alerts from weekly multiple
> Marie Roy
>
> - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
>
> Thank You for Contacting Support.
>
> [3Q7GMD-W0O0]

---

**Jordan (Jason Bond Picks)** <support@jasonbondpicks.zendesk.com>         Thu, Jan 3, 2019 at 3:11 PM
Reply-To: Jason Bond Picks <support+id239185@jasonbondpicks.zendesk.com>
To: C Roy < ▮▮▮▮▮▮▮▮▮▮ >

> ##- Please type your reply above this line -##
>
> Your request (239185) has been updated. To add additional comments, reply to this email.
>
> - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
>
>  **Jordan** (Jason Bond Picks)
> Jan 3, 3:11 PM EST
>
> This request was closed and merged into request #239186 "Alerts".

---



**C Roy**
Jan 3, 3:09 PM EST

No need to alert me either
Not sure why I am getting alerts from weekly multiple
Marie Roy

---

Thank You for Contacting Support.

[V0VK96-W92L]

---

**Jordan (Jason Bond Picks)** <support@jasonbondpicks.zendesk.com>          Thu, Jan 3, 2019 at 3:11 PM
Reply-To: Jason Bond Picks <support+id239186@jasonbondpicks.zendesk.com>
To: C Roy <███████████████████>

##- Please type your reply above this line -##

Your request (239186) has been updated. To add additional comments, reply to this email.



**Jordan** (Jason Bond Picks)
Jan 3, 3:11 PM EST

Requests #239185, #239184 were closed and merged into this request.



**C Roy**
Jan 3, 3:09 PM EST

No need to alert me either
Not sure why I am getting alerts from weekly multiple
Marie Roy

---

Thank You for Contacting Support.

[Q5K9PQ-Z9GQ]

---

**Nathan (Jason Bond Picks)** <support@jasonbondpicks.zendesk.com>          Thu, Jan 3, 2019 at 3:17 PM
Reply-To: Jason Bond Picks <support+id239186@jasonbondpicks.zendesk.com>
To: C Roy <███████████████████>

##- Please type your reply above this line -##

Your request (239186) has been solved. To reopen this request, reply to this email. See the latest comments below:

 **Nathan** (Jason Bond Picks)
Jan 3, 3:17 PM EST

Marie,

If you want to turn them off, then you simply need to change the settings in
app.ragingbull.com.

Sincerely,

Nathan

 **Jordan** (Jason Bond Picks)
Jan 3, 3:11 PM EST

Requests #239185, #239184 were closed and merged into this request.

 **C Roy**
Jan 3, 3:09 PM EST

No need to alert me either
Not sure why I am getting alerts from weekly multiple
Marie Roy

]

Thank You for Contacting Support.

[Q5K9PQ-Z9GQ]

**C Roy <▮▮▮▮▮▮▮▮▮▮▮▮▮▮>**                                    Thu, Jan 3, 2019 at 3:27 PM
To: Jason Bond Picks <support+id239186@jasonbondpicks.zendesk.com>

No alert option on my menu
If you would look at the account

Was told Petra Picks was free lifetime w/o renewal
Petra picks was grandfathered

Are you going to give me the credit or not
Yes or no 🕵️‍♂️

Marie Roy
[Quoted text hidden]

--

Marie Roy
Apple Bankruptcy, LLC
████████████

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Note: You must follow

---

**Nathan (Jason Bond Picks)** <support@jasonbondpicks.zendesk.com>                Tue, Jan 8, 2019 at 12:32 PM
Reply-To: Jason Bond Picks <support+id239186@jasonbondpicks.zendesk.com>
To: C Roy <████████████████████████>

##- Please type your reply above this line -##

Your request (239186) has been solved. To reopen this request, reply to this email. See the latest comments below:



**Nathan** (Jason Bond Picks)
Jan 8, 12:32 PM EST

Marie,

Yes you have Petra Picks Platinum for as long as you have the Millionaire Roadmap service.

Also Please take a look at the picture below.

Attachment EE                                    **PX 14, 1169**



Sincerely,

Nathan

---

**C Roy**

Attachment EE            **PX 14, 1170**

 Jan 3, 3:27 PM EST

No alert option on my menu

If you would look at the account

Was told Petra Picks was free lifetime w/o renewal
Petra picks was grandfathered

Are you going to give me the credit or not
Yes or no 🕵️‍♂️

Marie Roy

---

 **Nathan** (Jason Bond Picks)
Jan 3, 3:17 PM EST

Marie,

If you want to turn them off, then you simply need to change the settings in
app.ragingbull.com.

Sincerely,

Nathan

---

 **Jordan** (Jason Bond Picks)
Jan 3, 3:11 PM EST

Requests #239185, #239184 were closed and merged into this request.

---

 **C Roy**
Jan 3, 3:09 PM EST

No need to alert me either
Not sure why I am getting alerts from weekly multiple
Marie Roy

]

Thank You for Contacting Support.

Attachment EE                     **PX 14, 1171**

**C Roy** <███████████████████>                          Tue, Jan 8, 2019 at 1:00 PM
To: Jason Bond Picks <support+id239186@jasonbondpicks.zendesk.com>

customer service sd  Petra Picks is free for lifetime.
It doesn't exp until 2-15-19

clarify this.

What was the offer about 4$k - lifetime membership free.

I paid 3k last year & 3k this year. Doesn't add up.

Besides, your rep said it will not renew automatically.

If Petra picks doesn't exp until 2/15-I think it'd be fair to just keep that.

Her service is only 900$ per year for alerts.

What are the options.

Marie Roy
[Quoted text hidden]
--
[Quoted text hidden]

---

**Nathan (Jason Bond Picks)** <support@jasonbondpicks.zendesk.com>        Wed, Jan 9, 2019 at 4:16 PM
Reply-To: Jason Bond Picks <support+id239186@jasonbondpicks.zendesk.com>
To: C Roy <███████████████████>

##- Please type your reply above this line -##

Your request (239186) has been solved. To reopen this request, reply to this email. See the latest comments below:

---

   **Nathan** (Jason Bond Picks)
Jan 9, 4:16 PM EST

Marie,

Your subscription is free as long as you have the Millionaire Roadmap.

Sincerely,

Nathan

---

   **C Roy**
Jan 8, 1:01 PM EST

customer service sd Petra Picks is free for lifetime.
It doesn't exp until 2–15–19

Attachment EE                        **PX 14, 1172**

clarify this.

What was the offer about 4$k – lifetime membership free.

I paid 3k last year & 3k this year. Doesn't add up.

Besides, your rep said it will not renew automatically.

If Petra picks doesn't exp until 2/15–I think it'd be fair to just keep that.

Her service is only 900$ per year for alerts.

What are the options.

Marie Roy

[Quoted text hidden]

[Quoted text hidden]

[Q5K9PQ-Z9GQ]

---

**C Roy** <█████████████████>                                    Wed, Jan 9, 2019 at 5:13 PM
To: Jason Bond Picks <support+id239186@jasonbondpicks.zendesk.com>

Then why am I being charged $2999.00

Marie
1/9/2019
[Quoted text hidden]
--
[Quoted text hidden]

---

**Nathan (Jason Bond Picks)** <support@jasonbondpicks.zendesk.com>        Thu, Jan 10, 2019 at 12:02 PM
Reply-To: Jason Bond Picks <support+id239186@jasonbondpicks.zendesk.com>
To: C Roy <█████████████████>

## - Please type your reply above this line -##

Your request (239186) has been solved. To reopen this request, reply to this email. See the latest comments below:

**Nathan** (Jason Bond Picks)
Jan 10, 12:02 PM EST

Marie,

That is for the Millionaire Roadamp.

Sincerely,

Nathan

Attachment EE                                  **PX 14, 1173**



**C Roy**
Jan 9, 5:13 PM EST

Then why am I being charged $2999.00

Marie
1/9/2019



**Nathan** (Jason Bond Picks)
Jan 9, 4:16 PM EST

Marie,

Your subscription is free as long as you have the Millionaire Roadmap.

Sincerely,

Nathan

[Quoted text hidden]
[Quoted text hidden]

[Q5K9PQ-Z9GQ]

Attachment EE

**PX 14, 1174**

# ATTACHMENT FF

PX 14, 1175

6/12/2020                                    Gmail - Stocks are up again & Update on covered call trade

 Gmail                                            **C Roy** <████████████████████>

## Stocks are up again & Update on covered call trade
3 messages

**Jeff Bishop** <jeff@weeklymoneymultiplier.com>                    Fri, Feb 22, 2019 at 9:16 AM
Reply-To: jeff@weeklymoneymultiplier.com
To: ████████████████



When markets are indecisive like there are right now, the trend will always be the path of least resistance... and right now that is UP!

As long as **$VIX stays under 16** (it's 14 now), I see no reason why the markets won't keep climbing slowly higher.  I think it could be a painful ride for stubborn shorts until the trend clearly changes.

Personally, I will be going after the better stocks I like and waiting for the chart setups to confirm my long entry into calls. My favorites right now are: **WYNN, TWTR, TWLO, DIS, GRUB, SQ** among others.

Remember the "covered call" trade I made on TTD on Wednesday? I wanted to update you on that to reinforce the lesson there.

TTD traded higher on earnings last night, which I expected.  And the market was right, it traded about 14%+ higher which is amazing to see.  I personally didn't think it would go that high, but I am still going to make a profit on the trade as you can see below.

The top trade (this is all from my iPhone this morning) is the STOCK I bought on TTD.  That is **up $17,000.**

The bottom trade are the CALL OPTIONS I sold short against the stock. The options are not open yet, but remember I sold 10 contracts short at $160 strike price for $6, so my breakeven on that trade is **$166**.

With the stock at $172 this morning, my loss is $172 - $166 = $6.  I am short 10 contracts, so that is **an ugly $6000 loss!**

That's ok with me though.  That is why I bought the stock in the first place. The $17,000 profit will easily cover that $6000 loss and **I should walk away with about $11,000**.  Not bad for 5 minutes of work 2 days ago!

You can see the trade in the account in premarket here. *Note that the stock is open for trading, but the options don't open until 9:30am when the market opens so you can't see the loss right now.*

Attachment FF                    **PX 14, 1176**

6/12/2020                                                    Gmail - Stocks are up again & Update on covered call trade



On to other trades....

**I sold the $122 TLT calls yesterday for a small loss**. Remember -- I NEVER LET A OPTION GO FROM A PROFIT TO A LOSS.  If it gets close to breakeven, I am selling it!

I locked in half of this trade a few days ago for a 50% profit, also remember that. By doing that, it enabled me to lock in a win on this trade overall.

I started a new trade on the **TLT Mar 15 2019 121 Call @ .82** yesterday. This is the same expiration, but $1 lower on strike price. I am very small on this one and plan to add to it.

As I expected, the TSLA bad news keeps piling up and finally the stock started to break yesterday. My TSLA puts are up about 40% overall, even though I added to the position at a higher price than my initial entry. This is working nicely so far and I plan to hold them a while longer. **I will take half of that trade off the table today to lock in a win on it**  I don't trust stocks to go down in a straight line for too long in this market, so better to take the fast money.

Attachment FF                              **PX 14, 1177**

I am still holding the **UNG calls** too. Pretty boring trade here, but it is in the green and I continue to go with the trend here. I think pressure might be building and we could see a breakout coming in the next week.  Fingers crossed.

My **AAPL "strangle trade" will expire worthless again this week**, and I will collect 100% of the premium I sold it for. That is **about $10,000 more in my pocke**t going into the weekend.

I get a lot of questions on these short selling trades, so I want to point out how it works here in the screenshot below.

You can see I **SOLD SHORT** the calls and the puts, both out of the money.  That is called a **"short strangle"** trade. I am betting that AAPL will stay between the strike price of the put and the calls until expiration (which is today).

Since AAPL is about $171, it is easily in the middle of the $165 puts and the $175 calls I sold short.

As the seller, I get to keep both premiums (about $10,000 if you add them both up) and take that money to give to an overpriced amusement park in Orlando next week when I take my family there on vacation and meet up with over 40 members for a day of live teaching at the next **Millionaire Roadmap** event we have planned on Thursday!



Another good lesson here. I make these trades all the time so it is a good thing to study and learn from.

I plan on doing this again on **AAPL** for 2 weeks out, and also for **T**.  Keep an eye on the portfolio for those if you're interested. I do not alert these trades because they come with different risks than most people are comfortable with, so use these as a guide to learn from just like everything else.

I don't know how much trading I will be doing today, but I hope you have a great weekend!

To YOUR success!

**Jeff Bishop**

Attachment FF                                    **PX 14, 1178**

RagingBull, LLC
62 Calef Hwy #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultipler.com.

**C Roy <████████████████████>**                                      Fri, Feb 22, 2019 at 9:23 AM
To: Jeff Bishop <jeff@weeklymoneymultiplier.com>

id really appreciate it f yo wouldn't mind alerting your trades as most of us have a job. otherwise, it doesn't help the working man =/woman.
think your selling us short.

subscriber

[Quoted text hidden]

--

Marie Roy
Apple Bankruptcy, LLC
████████████

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the

Attachment FF                                    **PX 14, 1179**

intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Note: You must follow

**Nathan (WeeklyMoneyMultiplier)** <jeff@weeklymoneymultiplier.com>                 Fri, Feb 22, 2019 at 10:27 AM
Reply-To: WeeklyMoneyMultiplier <jeff@weeklymoneymultiplier.com>
To: C Roy <███████████████████>

##- Please type your reply above this line -##

Your request (488796) has been solved. To reopen this request, reply to this email. See the latest comments below:



**Nathan** (WeeklyMoneyMultiplier)
Feb 22, 10:27 AM EST

C Roy,

Thanks for your feedback about WeeklyMoneyMultiplier

We value your input!

I will pass your message along,

Nathan



**C Roy**
Feb 22, 9:24 AM EST

id really appreciate it f yo wouldn't mind alerting your trades as most of us have a job. otherwise, it doesn't help the working man =/woman.
think your selling us short.

subscriber

On Fri, Feb 22, 2019 at 9:16 AM Jeff Bishop <jeff@weeklymoneymultiplier.com> wrote:

When markets are indecisive like there are right now, the trend will always be the path of least resistance... and right now that is UP!

As long as $VIX stays under 16 (it's 14 now), I see no reason why the markets won't keep climbing slowly higher. I think it could be a painful ride for stubborn shorts until the trend clearly changes.

Attachment FF                                                **PX 14, 1180**

Personally, I will be going after the better stocks I like and waiting for the chart setups to confirm my long entry into calls. My favorites right now are: WYNN, TWTR, TWLO, DIS, GRUB, SQ among others.

Remember the "covered call" trade I made on TTD on Wednesday? I wanted to update you on that to reinforce the lesson there.

TTD traded higher on earnings last night, which I expected. And the market was right, it traded about 14%+ higher which is amazing to see. I personally didn't think it would go that high, but I am still going to make a profit on the trade as you can see below.

The top trade (this is all from my iPhone this morning) is the STOCK I bought on TTD. That is up $17,000.

The bottom trade are the CALL OPTIONS I sold short against the stock. The options are not open yet, but remember I sold 10 contracts short at $160 strike price for $6, so my breakeven on that trade is $166.

With the stock at $172 this morning, my loss is $172 – $166 = $6. I am short 10 contracts, so that is an ugly $6000 loss!

That's ok with me though. That is why I bought the stock in the first place. The $17,000 profit will easily cover that $6000 loss and I should walk away with about $11,000. Not bad for 5 minutes of work 2 days ago!

You can see the trade in the account in premarket here. Note that the stock is open for trading, but the options don't open until 9:30am when the market opens so you can't see the loss right now.

On to other trades....

I sold the $122 TLT calls yesterday for a small loss. Remember –– I NEVER LET A OPTION GO FROM A PROFIT TO A LOSS. If it gets close to breakeven, I am selling it!

I locked in half of this trade a few days ago for a 50% profit, also remember that. By doing that, it enabled me to lock in a win on this trade overall.

I started a new trade on the TLT Mar 15 2019 121 Call @ .82 yesterday. This is the same expiration, but $1 lower on strike price. I am very small on this one and plan to add to it.

As I expected, the TSLA bad news keeps piling up and finally the stock started to break yesterday. My TSLA puts are up about 40% overall, even though I added to the position at a higher price than my initial entry. This is working nicely so far and I plan to hold them a while longer. I will take half of that trade off the table today to lock in a win on it I don't trust stocks to go down in a straight line for too long in this market, so better to take the fast money.

Attachment FF                            **PX 14, 1181**

I am still holding the UNG calls too. Pretty boring trade here, but it is in the green and I continue to go with the trend here. I think pressure might be building and we could see a breakout coming in the next week. Fingers crossed.

My AAPL "strangle trade" will expire worthless again this week, and I will collect 100% of the premium I sold it for. That is about $10,000 more in my pocket going into the weekend.

I get a lot of questions on these short selling trades, so I want to point out how it works here in the screenshot below.

You can see I SOLD SHORT the calls and the puts, both out of the money. That is called a "short strangle" trade. I am betting that AAPL will stay between the strike price of the put and the calls until expiration (which is today).

Since AAPL is about $171, it is easily in the middle of the $165 puts and the $175 calls I sold short.

As the seller, I get to keep both premiums (about $10,000 if you add them both up) and take that money to give to an overpriced amusement park in Orlando next week when I take my family there on vacation and meet up with over 40 members for a day of live teaching at the next Millionaire Roadmap (https://u6067039.ct.sendgrid.net/wf/click?upn=B3b2QVtR07unCLj8-2FpqBWrJhPJz8AeCjOFk5QiVAwS4cfhL3lVqtqXGcZUpr37b3_HmTee1yGuVdLo4wyhcvTvtzqk4VDgWn2cB9dxlJ0RKpOsXWkBqfbJnk1RXK6QNSumFbbC-2BGXOHZvy7mu8tGcpXFzpSqoqanOTCUT9QefnMhmywaWONN0TkI-2F4Bi2cfoxtc7vz5R-2Bkv5lOIDXgZ1h4qVUJoPZqmXivPOQDq4wJ8grF6h61RFHQG2a2rgnCCAlQUlqNzEqEm4dM-2FiQWxXAmq05dtvJUHhX5f2hm7f-2F7D6SY9MW-2Fal9CaNZu5u9tONna-2BMofXZ4GCfRK126L0v9RmBOD9BMgw1KFV7WBiy2nhCmtBXly9KRioMslWXUd8Vl2nOfbBEePO5NPQqLyZ9ZlSoJLG-2BJIL1W9MjKulPwLr3x5IA...) event we have planned on Thursday!

Another good lesson here. I make these trades all the time so it is a good thing to study and learn from.

I plan on doing this again on AAPL for 2 weeks out, and also for T. Keep an eye on the portfolio for those if you're interested. I do not alert these trades because they come with different risks than most people are comfortable with, so use these as a guide to learn from just like everything else.

I don't know how much trading I will be doing today, but I hope you have a great weekend!

To YOUR success!

Jeff Bishop

RagingBull, LLC
62 Calef Hwy #233, Lee, NH 03861

Attachment FF                                                    PX 14, 1182

Manage Email Preferences (https://u6067039.ct.sendgrid.net/wf/click?upn=B3b2QVtR07unCLj8-
2FpqBWvNn9zpQmDNp6szSs8fGLmhqcWIJbc-2BNeZSkQ-2FZtPN4jQr36ADYJr90y6iTYRxXP2g
-3D-3D_HmTee1yGuVdLo4wyhcvTvtzqk4VDgWn2cB9dxIJ0RKpOsXWkBqfbJnk1RXK6
QNSumFbbC-2BGXOHZvy7mu8tGcpXFzpSqoqanOTCUT9QefnMhmywaWONN0TkI-
2F4Bi2cfoxtc7vz5R-2Bkv5lOIDXgZ1h4qVUJoPZqmXivPOQ
Dq4wJ8grF6h61RFHQG2a2rgnCCAlQUlqNzEqEm4dM-2FiQWxXAmq05dtvJUHhX5f2hm7f-
2F7D6SY9MUW-2FaI9CaNZu5u9tONna-2BMofXZ4GCfRK126L0v9RmBOD9BMgw
1KFV7WBiy2nhCmtBXly9KRioMsIWXUd8Vrw8Or-2FhveStCjnDU...) | Unsubscribe All*
(https://u6067039.ct.sendgrid.net/asm/unsubscribe/?user_id=6067039&data=
FztHaaXCB5C16YggbE0rsPEtWAMQGhmReT98f7k5ccoKli-rm9ag4JNDOUPyjyNb-l6gfO4cei3-
A1TmFxSgubBU3yv60DhBbwMiw5HztwAzJFROmJi4Cc2qNE9zloYwvpgtw-
rz3FIOFnleTpQTbTwwyDjltMMmJo5dTorRc58QOFGpVBnX0JhILCSMxBxaLf
ALTwYb1t2sfFlvpGcVC0OwgUvWeZQWDiFvkkMfCdCTAlTsbA_
phayjcvtaEkkyL0uVmv4QuYK5KbhgxS-sfR7ErFrDJ2nTW11jN5bR4sc7Bgzgf
wi1mJmKXojZPfNwtYp22ACl-Yf0sxVyNiKm4YROE1-KoJceLl1mK7vphGklY7xNJziWpbQSR
yFS3VvT2Hey70EA6Df96y_ZAqxoZL1R1cn6d6sppmdSSJ...)

* Unsubscribe All will block our premium alert service from sending you any e-mails in
the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is
registered as an investment adviser nor a broker/dealer with either the U. S. Securities &
Exchange Commission or any state securities regulatory authority. Users of this website
are advised that all information presented on this website is solely for informational
purposes, is not intended to be used as a personalized investment recommendation, and
is not attuned to any specific portfolio or to any user's particular investment needs or
objectives. The owners, employees and writers of RagingBull.com may engage in
securities trading that is discussed or viewed on this website, but all such individuals are
buying and selling such securities for their own account. These individuals do not engage
in any trades with customers. The buying and selling of securities by these individuals is
not part of a regular business of buying and selling securities. Past performance is NOT
indicative of future results. Furthermore, such information is not to be construed as an
offer to sell or the solicitation of an offer to buy, nor is it to be construed as a
recommendation to buy, hold or sell (short or otherwise) any security. All users of this
website must determine for themselves what specific investments to make or not make
and are urged to consult with their own independent financial advisors with respect to
any investment decision. The reader bears responsibility for his/her own investment
research and decisions, should seek the advice of a qualified securities professional
before making any investment, and investigate and fully understand any and all risks
before investing. All opinions, analyses and information included on this website are
based on sources believed to be reliable and written in good faith, but should be
independently verified, and no representation or warranty of any kind, express or
implied, is made, including but not limited to any representation or warranty concerning

accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultipler.com.

--

Marie Roy
Apple Bankruptcy, LLC
██████████████

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Note: You must follow

]

Thank You for Contacting Support.

Attachment FF                                    **PX 14, 1184**

# ATTACHMENT GG

**PX 14, 1185**

6/12/2020                                    Gmail - WIX Butterfly - New Trade Alert

 Gmail                                        **C Roy** <▓▓▓▓▓▓▓▓▓▓▓▓>

## WIX Butterfly - New Trade Alert
1 message

**Nathan Bear** <nathan@weeklymoneymultiplier.com>                Tue, Apr 9, 2019 at 10:25 AM
Reply-To: nathan@weeklymoneymultiplier.com
To: ▓▓▓▓▓▓▓▓▓▓▓▓



Good Morning Everyone,

This morning I added a new butterfly trade:

BOT +10 BUTTERFLY WIX  18 APR 19 125/130/135 CALL @.70

This is a bullish trade in WIX and I did a video on exactly how to buy this butterfly, and how to sell it.  I've received a lot of questions on the AMZN butterfly (for good reason as it's up 400%!), so hopefully this video will take some of the mystery out of how to sell a butterfly.  Here is the link to the video, give it a few minutes to become available:

WIX Butterfly Trade

More to come!

**Nathan Bear**

RagingBull, LLC
62 Calef Hwy #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Weekly Money Multiplier

Neither Nathan Bear nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information

Attachment GG                        **PX 14, 1186**

6/12/2020                                          Gmail - WIX Butterfly - New Trade Alert

presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Nathan Bear manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultipler.com.

Attachment GG                          **PX 14, 1187**

6/12/2020                                  Gmail - AWI Puts - New Trade Alert

 Gmail                                          **C Roy** <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>

## AWI Puts - New Trade Alert
1 message

**Nathan Bear** <nathan@weeklymoneymultiplier.com>            Thu, Apr 11, 2019 at 10:34 AM
Reply-To: nathan@weeklymoneymultiplier.com
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



Good Morning WMM!

**<u>BOT +5 AWI 17 MAY 19 85 PUT @3.05</u>**

I was looking around for a short today and came accross this chart.  It's not my TPS setup, it's actually Jeff's 13/30 crossover setup.  The crossover hasn't quite happened yet, but AWI has had a big move higher and the crossover looks to be setting up.  I love the risk/reward here.

Also note - if some of you have not been getting the text alerts, it was my mistake as I wasn't clicking the correct option when sending them.  I will correct that going forward.

My stop on the trade is an hourly close over $85.  My target on the trade is a move down towards $80.  Also, my portfolio currently is all longs, now I've added a short.  The chart setup is below.

Attachment GG                    **PX 14, 1188**

6/12/2020                                          Gmail - AWI Puts - New Trade Alert



More to come!

**Nathan Bear**

RagingBull, LLC
62 Calef Hwy #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to
contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Weekly Money Multiplier

Neither Nathan Bear nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with
either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information
presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not
attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may
engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own

Attachment GG

**PX 14, 1189**

account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Nathan Bear manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultipler.com.

Attachment GG                          **PX 14, 1190**

**ATTACHMENT HH**

8/20/2020                                          Gmail - When Will You Start Making Money?

 **C Roy** <█████████████████████

---

## When Will You Start Making Money?

1 message

---

**Kyle Dennis** <kyle@biotechbreakouts.com>                    Mon, Apr 29, 2019 at 8:07 AM
Reply-To: Kyle Dennis <kyle@biotechbreakouts.com>
To: ████████████████████



The question on everyone's mind.

*"I have to pay $1997 for the service...when am I going to recoup that cost and start making money?"*

Couple of points here.

1) I'm guaranteeing you make that much with one trade! If you don't make that back with the Mortal Lock that airs this week, you get a $1997 credit for another year...FREE.

All you have to do is decide if you want to be in that trade and take a $500 minimum position.

2) If I wasn't giving out that guarantee, you'd still be sitting in a phenomenal place! Members have made that back in as little as a couple days! It doesn't take long when you're hitting these types of winners.

Here, take it from them!

> *"Made 64%! Almost paid off my membership with **two trades!**" - Derek Z*

> *"Great call on SRPT and AAXN. It's only been **two weeks and I've almost made my annual fee back** :)...thx, you're really making a difference in people's lives. That is something you can be very proud of!!!" - Parker A*

> *"I am a new member of your service and **joined last week**...I picked VKTX and bought 5 $15 Calls Exp 10/19 on 09/14. VKTX stock was at $10.4x Today is 09/18, the stock skyrocketed to > $21 and my options prices jumped huge. I was able to quickly sell just after market open @ $5.20 making me **more than $2000 over the weekend.**" - Sam W*

Want to know the real beauty of this?

Attachment HH                    **PX 14, 1192**

8/20/2020                                    Gmail - When Will You Start Making Money?

## You Keep All Your Profits!

Now, in one full year, I've guaranteed your success.

I'm giving you access to Mortal Lock trades absolutely free.

I'm letting you see a live portfolio of my trades.

I'm giving you full access to my C.A.$.H System to act as a foundation for your trading.

And all I'm asking is $1997.

Ask yourself...Do you think you aren't going to make more than that in an entire year?

**All it may take is 1, 100% win. Remember, I hit 6 of those on Friday!**

Don't miss another and join before my next trade goes live!

*Kyle Dennis*

**Kyle Dennis**
Biotech Trader

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from kyle@biotechbreakouts.com
Unsubscribe from all RagingBull emails

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

Attachment HH                                                    PX 14, 1193

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Attachment HH                    **PX 14, 1194**

# ATTACHMENT II

**PX 14, 1195**

# [Notice] Link Expiring

| | |
|---|---|
| **From:** | Petra Hess <petra@petrapicks.com> |
| **To:** | ████████████████ |
| **Date:** | Fri, 28 Jun 2019 10:11:52 -0400 |

Happy Friday!

I just wanted to leave you a quick message regarding Jeff Bishop's Total Alpha recording.

He's pulling it down end of day, so please take any last moments and check out what he has to say.

I've known Jeff for awhile and you'll be hard pressed to find someone with this type of options trading experience.

20+ years and counting!

He revealed his favorite strategy in his webinar and shows you exactly how you can start to do this. Tune in at 32:05!

I even heard about a guarantee that he made. You'll want to check that out at 45:33!

**Petra Hess**
Trader

RagingBull, LLC

62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from petra@petrapicks.com

Unsubscribe from all RagingBull emails

Attachment II

PX 14, 1196

Neither Petra Hess nor RagingBull.com, LLC (publisher of Petra Picks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Petra Hess manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Petra Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at PetraPicks.com.

Attachment II

**PX 14, 1197**

**ATTACHMENT JJ**

PX 14, 1198



Marie C Roy

██████████

Sparta, NJ ███████

Xceed Financial Credit Union

RE: Account Number XXXX – XXXX – XXXX – ████

Dear Marie,

I'm writing you in reference to your dispute case you submitted on the transaction dated 12/30/2018 to Jasonbondpicks.com for $2,999.00.

Per merchant terms and conditions we are unable to dispute the transaction since merchant provided documentation showing that you signed documentation agreeing to the binding license agreement. Merchants refund policy states that they don't provide any refunds of any kind because member immediately benefit from the knowledge of the stats and analytics from Jason Bond. So we have no further chargeback rights.

So you may still pursue the matter directly with the merchant. We regret that we have no further way to assist and the transaction will be posted back to the account.

Sincerely,

Tyler Zanoni

Chargeback Analyst

P: 1.800.268.1884 EXT. 8527  |  F: 515-457-2074  |  tyler.zanoni@coop.org

Coop Financial Services  |  1500 NW 118th St  |  Des Moines, IA 50325  |  www.coop.org

Attachment JJ          **PX 14, 1200**

EXH D

RagingBull.com LLC
Case #: 890734799001
Merchant Number: 372829134884

## FAX

**To:** Merchant Services    **FROM:** Anthony Bell, RagingBull.com LLC

## Comments:

This is in response to chargeback # 890734799001. Marie Roy Lin initially made an online purchase for an annual subscription to Jason Bond's Millionaire Roadmap Subscription for $2999 on 12/28/2017. As advertised, the subscription was set to auto-renew at the end of each annual term unless cancelled by the client PRIOR to the renewal date. Marie contacted our support team to cancel on 1/3/2019. This was after their subscription had already renewed for $2999 on 12/28/2018. **Marie Roy Lin is disputing the $2999 renewal that occurred on** 12/28/2018. Our refund policy clearly states that we do not issue refunds of any kind. Marie read, and accepted, the binding License agreement **(ASSOCIATED WITH MILLIONAIRE ROADMAP). We have attached this binding document separately in this case. WE HAVE CLEARLY COMMUNICATED TO MARIE THAT WE WILL NOT ISSUE A REFUND.**

Our terms & conditions also clearly state, we do NOT issue refunds of any kind. See the link to our terms and conditions below. You will see on the following pages that our service has been rendered. The client has accessed their profile numerous times, as well as received our emails.

In summary, Marie is making a false fraud claim to obtain an unjust refund. A refund is not necessary here as the client is in breach of the terms & conditions they accepted. Marie's subscription is now set to expire at the end of their current term and they will not be charged again.

## Jason Bond Picks Refund Policy

Because members immediately benefit from the knowledge of the stats, analytics or from Jason Bond, we do not give refunds. You should recognize that investing and trading is a marathon, not a sprint so every last piece of information that can help you learn along the way and give you "an edge" over your competitors is worth investing in, especially when that information costs less per month than a night out of dinner and drinks aka invest in your education!

To remove yourself from auto renew and cancel your account, please use the "contact us" page here. **We ask that you request a termination no later than 2 full business days before your renewal.** Refunds crush my merchant status and if you're ever tried to get a merchant to run a business like I'm running, you fully understand how sensitive this relationship is. Your billing expiration date can be found by keeping track of your start date or emailing me requesting when your membership is up for renewal. **Again, if you forget to close your account before billing recurs, this is your fair warning there are no refunds.**

## Refund Policy:
## https://www.jasonbondpicks.com/refund-policy/

1



RagingBull.com LLC
Case #: 890734799001
Merchant Number: 372829134884

## Please Note:

The policy listed above is clearly defined in the "Terms of Use" listed on the site as well as on a dedicated "Refund Policy" page. New members are required to view and agree to our "Terms of Use" prior to processing their payment with us.

## "Check Out" Form:
## https://mr141.infusionsoft.com/app/orderForms/wsyU4UU8JARNPP7Puq8m

(pertains to all subscription types. This example is for a quarterly subscription) Link provided to "Terms of Use" listed on this page. There is also a required field for clients to sign their initials as acceptance of the terms and conditions (Final field below). **Marie Roy Lin signed "mr" in agreement with our terms and conditions.**

### Marie Roy

General    Address    Additional Info    Person Notes    Legacy Info    Lead Source Extra    Custom Fields

**More User Info**

| | |
|---|---|
| Age | 56 |
| Stock Trading Broker | TD Ameritrade |
| Trades per months | 50 |
| Account size | 82500 |

**Visits**

| | |
|---|---|
| Order Form Visited | JBP |
| AppointmentCore Contact ID | |

**Custom Fields**

| | |
|---|---|
| Terms and Conditions | mr |

## Terms and Conditions:
## https://www.jasonbondpicks.com/terms-conditions/

## Online AVS and Transaction Receipt listed below:
## https://globalgatewaye4.firstdata.com/transactions/list

2

Car

RagingBull.com LLC
Case #: 890734799001
Merchant Number: 372829134884

## $2999 Purchase:

Transaction Tag 2502741383 (close)

| | | | | |
|---|---|---|---|---|
| **Type** Purchase | **Amount** 2,999.00 USD | **Authorization Num** 028243 | **Merchant Terminal Number** 48531-72 | **CAVV** No CAVV |
| **Status** Approved | **Payment Method** VISA | **Reference Num** Not Available | **Transaction Time** 2017/12/28 11:42:49 | **CAVV Response** Not Available |
| **ETG Response** 00 - Transaction Normal | **Credit Card Number** | **Customer Reference** Not Available | **ECI** 000 | **AVS Result** Not Available |
| **Bank Response** 100 - Approved | **Card Holder** Marie Roy | **Reference Number 3** Not Available | **Merchant Order Number** 00616256 0000616256 | **CVV2 Result** Not Available |
| **Gateway ID** J48531-72 | **Expiry Date** | **Transaction Reference** 006 0616256 T | **User** API-J48531-72 | **Fraud Code** 000 |
| **Processing Centre** First Data | | | | |

## ORDER DETAILS
**Order# 135871**

**Date:** Thursday, December 28, 2017 11:42 AM

**Response:** APPROVED          **IP Address:** 24.115.41.233
**Message:** Auto Charge For Invoice Ids:135867 Transaction Normal

## Merchant Info and Receipt:

```
========= TRANSACTION RECORD =========
JASONBONDPICKS.COM
62 CALEF HIGHWAY #233
LEE, NH 03861
United States
WWW.JASONBONDPICKS.COM

TYPE: Purchase

ACCT: Visa            $ 2,999.00 USD

CARDHOLDER NAME : Marie Roy
CARD NUMBER     : ###########
DATE/TIME       : 28 Dec 17 11:42:49
REFERENCE #     : 006 0616256 T
AUTHOR. #       : 028243
TRANS. REF.     :

   Approved - Thank You 100
```

3



RagingBull.com LLC
Case #: 890734799001
Merchant Number: 372829134884

## Order Form:

| | |
|---|---|
| * First Name | Marie |
| Middle Name | |
| * Last Name | Roy |
| Company Name | apple bankruptcy |
| * Address - Line 1 | ███████ |
| Address - Line 2 | |
| * City | Sparta |
| State | NJ |
| * Zip Code | ███ |
| * Country | United States |
| * Phone Number | ███████ |
| * Confirm Email Address | |
| * Choose Password | |
| * Enter your in kick to agree to the Terms and Conditions | Terms and Conditions |

4



Car

EX h 4

RagingBull.com LLC
Case #: 890734799001
Merchant Number: 372829134884

## $2999 Renewal:

Transaction Tag 3393314645 (close)

| | | | | |
|---|---|---|---|---|
| **Type** Purchase | **Amount** 2,999.00 USD | **Authorization Num** 028501 | **Merchant Terminal Number** 48531-72 | **CAVV** No CAVV |
| **Status** Approved | **Payment Method** VISA | **Reference Num** Not Available | **Transaction Time** 2018/12/28 03:33:25 | **CAVV Response** Not Available |
| **ETG Response** 00 - Transaction Normal | | **Customer Reference** Not Available | **ECI** 000 | **AVS Result** Not Available |
| **Bank Response** 100 - Approved | **Card Holder** Marie Roy | **Reference Number 3** Not Available | **Merchant Order Number** 00800459 0000800459 | **CVV2 Result** Not Available |
| **Gateway ID** J48531-72 | **Expiry Date** | **Transaction Reference** 006 0800459 T | **User** API-J48531-72 | **Fraud Code** 000 |
| **Processing Centre** First Data | | | | |

## Merchant Info and Receipt:

```
========== TRANSACTION RECORD ==========
JASONBONDPICKS.COM
62 CALEF HIGHWAY #233
LEE, NH 03861
United States
WWW.JASONBONDPICKS.COM

TYPE: Purchase

ACCT: Visa                $ 2,999.00 USD

CARDHOLDER NAME : Marie Roy
CARD NUMBER     : ###########
DATE/TIME       : 28 Dec 18 03:33:25
REFERENCE #     : 006 0800459 T
AUTHOR. #       : 028501
TRANS. REF.     :

     Approved - Thank You 100
```

5



*2th -B*

RagingBull.com LLC
Case #: 890734799001
Merchant Number: 372829134884

## Proof of Delivery (Profile Access):

ID: 15109 · Username: roycaroline137 Login as User · Name: Marie Roy Roy · Email: raycaroline137@gmail.com · Total Paid: $0.00

Access Log (displaying records 1-50 from 125)

| Date/Time | URL | # | Referrer |
|---|---|---|---|
| 12/16/18, 06:53 AM | /memberlogin | 24.115.66.23# | ...odgicks.com/memberlogin# |
| 12/06/18, 09:48 AM | /memberlogin | 24.115.66.23# | ...hdGYpdO4ELXh3aVGe3iPNcGgv |
| 11/87/18, 03:13 AM | /memberlogin | 24.115.42.121 | IZVf11ZGtcG9ydGFsLw%3D%3D |
| 11/23/18, 08:56 AM | /memberlogin | 24.115.42.121 | ...ondgicks.com/memberlogin |
| 18/11/18, 07:04 AM | /memberlogin | 24.115.42.121 | IZVf11ZGtcG9ydGFsLw%3D%3D |
| 18/07/18, 11:11 AM | /memberlogin | 24.115.42.121 | IZVf1LZGtcG9ydGFsLw%3D%3D |
| 10/06/18, 10:44 PM | 9cnFluWfSeLXR4t2vz1w%3D%3D | 24.115.42.121 | ...amthe-house-always-wins/ |
| 11/06/18, 07:52 PM | /memberlogin | 24.115.42.121 | IZVf1LZGtcG9ydGFsLw%3D%3D |
| 09/26/18, 12:47 PM | in2VwdCWHeWyLT/1LT1wMTgv | 24.115.42.121 | ...ssurax/daily-watch-list/ |
| 09/26/18, 09:23 AM | ...sxS13XXQ6pC5aLVHiGw%3D%3D | 24.115.42.121 | ...ogicks.com/member-portal/ |
| 09/24/18, 10:52 PM | /memberlogin | 24.115.42.121 | ...ondgicks.com/memberlogin |
| 09/14/18, 02:23 PM | /memberlogin | 24.115.42.121 | IZVf1LZGtcG9ydGFsLw%3D%3D |
| 09/14/18, 08:16 AM | /memberlogin | 24.115.42.121 | IZVf1LZGtcG9ydGFsLw%3D%3D |
| 09/12/18, 06:25 AM | IZVf1LZGtcG9ydGFsLw%3D%3D | 208.54.87.248 | ...thww.jasonbondpicks.com/ |
| 08/13/18, 05:58 AM | /memberlogin | 208.54.87.248 | IZVf1LZGtcG9ydGFsLw%3D%3D |
| 08/12/18, 05:36 AM | /memberlogin | 208.54.87.248 | IZVf1LZGtcG9ydGFsLw%3D%3D |
| 08/10/18, 01:02 PM | /memberlogin | 24.229.43.32 | ...ondgicks.com/memberlogin |
| 08/09/18, 09:49 PM | /memberlogin | 172.58.36.75 | ...hxS1tVXNiZGtlwW9sLw%3D%3D |
| 08/06/18, 04:28 AM | /memberlogin | 172.58.233.11 | ...hxS1tVXNiZGtlwW9ldLw%3D%3D |
| 08/01/18, 02:27 PM | /memberlogin | 24.115.41335 | ...ondgicks.com/memberlogin |

*2018 —*



6

**RagingBull.com LLC**
**Case #: 890734799001**
**Merchant Number: 372829134884**

R x @ 18.

| | | | | |
|---|---|---|---|---|
| 07/29/18, 12:34 PM | /memberlogin | 24.115.41.233 | ...tZW1IZX0tcG0ydGFsLw%3D%3D |
| 07/29/18, 11:34 AM | /memberlogin | 24.115.41.233 | ...la61hdKvdeX5swsVyLw%3D%3D |
| 07/29/18, 10:33 AM | /memberlogin | 24.115.41.233 | ...ndpicks.com/memberlogin/ |
| 07/29/18, 09:22 PM | /memberlogin | 24.115.41.233 | ...he51POXfdZXJsW5kLw%7D%3D |
| 07/29/18, 09:51 AM | /memberlogin | 24.115.41.233 | ...tZW1IZX0tcG0ydGFsLw%3D%3D |
| 07/24/18, 06:56 PM | ...tZW1IZX0tcG0ydGFsLw%3D%3D | 24.115.41.233 | ...//www.jasonpondpicks.com |
| 07/24/18, 01:52 PM | /memberlogin | 24.115.41.233 | ...tZW1IZX0tcG0ydGFsLw%3D%3D |
| 07/14/18, 03:05 AM | /memberlogin | 24.115.41.233 | ...tZW1IZX0tcG0ydGFsLw%3D%3D |
| 07/05/18, 04:44 AM | /memberlogin | 24.115.41.233 | ...ondpicks.com/memberlogin |
| 07/05/18, 01:53 AM | ...kLXRgYWRIpomduCohaW/s62ss | 73.205.249.126 | ...com/category/coffee-club/ |
| 07/04/18, 11:16 PM | kLXRgYWRIpomduCohaW/s62ss | 73.205.249.126 | ...cks.com/trade-like-a-pro/ |
| 07/04/18, 08:25 PM | /memberlogin | 24.115.41.233 | ...tZW1IZX0tcG0ydGFsLw%3D%3D |
| 07/04/18, 08:36 PM | /memberlogin | 24.115.41.233 | ...tZW1IZX0tcG0ydGFsLw%3D%3D |
| 07/04/18, 07:15 PM | /memberlogin | 24.115.41.233 | ...tZW1IZX0tcG0ydGFsLw%3D%3D |
| 07/04/18, 06:32 PM | /memberlogin | 73.205.249.126 | ...ondpicks.com/memberlogin |
| 07/04/18, 06:14 AM | /memberlogin | 24.115.41.233 | ...ondpicks.com/memberlogin |
| 07/03/18, 11:36 PM | /memberlogin | 24.115.41.233 | ...tZW1IZX0tcG0ydGFsLw%3D%3D |
| 07/03/18, 11:54 AM | /memberlogin | 24.115.41.233 | ...he51POXfdZXJsW5kLw%3D%3D |
| 07/03/18, 08:36 AM | /memberlogin | 24.115.41.233 | ...tZW1IZX0tcG0ydGFsLw%3D%3D |
| 07/02/18, 01:25 PM | /memberlogin | 24.115.41.233 | ...ondpicks.com/memberlogin |
| 07/02/18, 11:47 AM | /memberlogin | 24.115.41.233 | ...ondpicks.com/member/login |
| 07/02/18, 07:46 AM | /memberlogin | 24.115.41.233 | ...tZW1IZX0tcG0ydGFsLw%3D%3D |
| 06/29/18, 08:52 PM | /memberlogin | 24.115.41.233 | ...tZW1IZX0tcG0ydGFsLw%3D%3D |
| 06/28/18, 02:58 PM | /memberlogin | 73.126.90.221 | ...ondpicks.com/memberlogin |
| 06/28/18, 12:54 PM | /memberlogin | 73.126.90.221 | ...tZW1IZX0tcG0ydGFsLw%3D%3D |
| 06/28/18, 12:54 PM | /memberlogin | 73.126.90.221 | ...tZW1IZX0tcG0ydGFsLw%3D%3D |

7

Attachment JJ          **PX 14, 1207**

RagingBull.com LLC
Case #: 890734799001
Merchant Number: 372829134884

## Access to Another Site:

Log entries for: **Marie Roy** - Email:

| Log Name | Activity Log Id | Description | Causer IP Address | Date Occured |
|----------|-----------------|-------------|-------------------|--------------|
| Login | 2664638 | SuccessfulLogin by user | 24.115.66.238 | 2019-03-20 09:06:36 |
| Login | 2661483 | SuccessfulLogin by user | 24.115.66.238 | 2019-03-19 17:07:24 |
| Login | 2657200 | SuccessfulLogin by user | 24.115.66.238 | 2019-03-19 10:30:57 |
| Login | 2655590 | SuccessfulLogin by user | 24.115.66.238 | 2019-03-19 09:20:44 |
| Login | 2655578 | SuccessfulLogin by user | 24.115.66.238 | 2019-03-19 09:20:18 |
| Login | 2650393 | SuccessfulLogin by user | 24.115.66.238 | 2019-03-18 14:43:09 |
| Login | 2645704 | SuccessfulLogin by user | 24.115.66.238 | 2019-03-18 09:18:01 |
| Login | 2645442 | SuccessfulLogin by user | 24.115.66.238 | 2019-03-18 09:10:30 |
| Login | 2634399 | SuccessfulLogin by user | 24.115.66.238 | 2019-03-15 11:06:51 |
| Login | 2632313 | SuccessfulLogin by user | 24.115.66.238 | 2019-03-15 09:17:11 |

« Page 1 of 108 »

Log entries for: **Marie Roy** - Email:

| Log Name | Activity Log Id | Description | Causer IP Address | Date Occured |
|----------|-----------------|-------------|-------------------|--------------|
| Login | 2627430 | SuccessfulLogin by user | 24.115.66.238 | 2019-03-14 16:20:47 |
| Login | 2624994 | SuccessfulLogin by user | 24.115.66.238 | 2019-03-14 12:30:04 |
| Login | 2624662 | SuccessfulLogin by user | 24.115.66.238 | 2019-03-14 11:57:16 |
| Login | 2623886 | SuccessfulLogin by user | 24.115.66.238 | 2019-03-14 10:40:41 |
| Login | 2622378 | SuccessfulLogin by user | 24.115.66.238 | 2019-03-14 09:23:03 |
| Login | 2622361 | SuccessfulLogin by user | 24.115.66.238 | 2019-03-14 09:22:43 |
| Login | 2618811 | SuccessfulLogin by user | 24.115.66.238 | 2019-03-13 18:03:09 |
| Login | 2616172 | SuccessfulLogin by user | 75.171.0.49 | 2019-03-13 13:34:14 |
| Login | 2615312 | SuccessfulLogin by user | 172.56.36.130 | 2019-03-13 12:29:24 |
| Login | 2611723 | SuccessfulLogin by user | 76.117.182.77 | 2019-03-13 09:01:29 |

« Page 2 of 108 »

9



RagingBull.com LLC
Case #: 890734799001
Merchant Number: 372829134884

## Proof of Delivery (Profile Setup):

Marie Roy

General   Address   Additional Info   Person Notes   Legacy Info   Lead Source Extra   Custom Fields   NPS

**General Information**

First Name      Marie

Last Name       Roy

Company         Apple bankruptcy

Company         Choose a company
                Go   Search...   Clear

Job Title

Person Type     Please select a person type   ▼

Lead Source

**Billing Address**

Street Address 1

Street Address 2

**Account Summary**

Amt Paid    $3,597.00
Bal Due     $0.00

**Score**

Lead Score

**Phone / Fax**

Phone 1   Work   ▼
          Manage Phone Status...

Phone 2   Work   ▼

Fax 1     Work   ▼

**Email / Social**

Email

**RagingBull**

Navigation   ≡      Your Profile

🏠 Dashboard

👤 Your Account           ˅

💬 Chat Rooms             ˅        Profile Information

♀ Jason Bond Picks       ˅           First Name     Marie

👥 Millionaire Roadmap    ˅

📅 Weekly Money Multiplier ˅           Last Name      Roy

📚 Courses               ˅           Email Address

10



RagingBull.com LLC
Case #: 890734799001
Merchant Number: 372829134884

## Cards on Profile:

Marie Roy

General   Address   Additional Info   Person Notes   Legacy Info   Lead Source Extra   Custom Fields   NPS   Tag   Linked Contacts

**Comments**

NPS Comments

Save   Save & Search   Clone                                                     Select an action

Tasks   Scored & Recent Activity   Referral Partner Tracking   Campaigns   Opportunities   Orders   Web Profile   File Box

**Credit Cards**                                                                    Add Cre

| Type | Name on Card | Number | Exp | Validation Status | Validation Message | Charges Run | Charges F |
|------|--------------|--------|-----|-------------------|--------------------|-------------|-----------|
| MasterCard | Marie Roy | xxxxxxxxxxxx | 02/2020 | This card is OK | Validated 8/25/2017 | 3 | 0 |
| Visa | Marie Roy | xxxxxxxxxxxx | 11/2020 | This card is OK | Validated 12/28/2017 | 2 | 0 |



RagingBull.com LLC
Case #: 890734799001
Merchant Number: 372829134884

## Alerts Configured:

Marie Roy ⌄

Alerts Settings

### E-Mail Subscriptions

Select which e-mail alert channels you would like to receive notifications from:

○ Trade Scout
TSP Trading Scout Premium Email List

● **Petra Picks Platinum**
Petra's Platinum premium alerts and newsletter

○ Jason Bond Millionaire Roadmap
Millionaire Roadmap premium alerts and newsletter

○ Petra Picks Gold
Petra Picks Gold premium alerts and newsletter

○ Top Stock Picks
Top Stock Picks premium alerts and newsletter

○ Jason Bond Picks—Swing & Long-Term Trading
JBP premium alerts and newsletter

● **Weekly Money Multiplier**
Jeff Options premium alerts and newsletter

● **Millionaire Roadmap VIP Offers**
Get exclusive VIP offers from Jason Bond

**Update E-Mail Settings**

12



Car



RagingBull.com LLC
Case #: 890734799001
Merchant Number: 372829134884

## Contact with Support (Late Cancellation):

**C Roy** Jan 3, 10:58 AM
I told the rep when I signed up not to renew my subscription
If it is not cancelled w-I 24 hours my credit card co
Will take a dispute
I checked last week. You told me the petra pucks is lifetime & MRM will be cancelled.

Thx

Marie Roy

**Allen** Jan 3, 1:56 PM
Hi Marie,

Thanks for reaching out. I see you purchased the MRM 12/28/17 Each year it renews with
access to Petra picks. If you wanted to cancel- you needed to cancel the service before the
renewal date.

Here is how to cancel: To cancel your Jason Bond Picks (RagingBull.com)
subscription, **Login to your profile** at https://app.ragingbull.com/member/login **and then
come back to this email and** CLICK HERE. It will take you directly to the page of your
Active Subscriptions.

From there, **click Cancel Auto Renewal** for any subscription you wish to close.

Your access will then expire at the end of the current term and you will not be charged again.
Do not Reactivate if you do not wish to continue.

Wish you all the best.

Allen

13



Car...



**RagingBull.com LLC**
Case #: 890734799001
Merchant Number: 372829134884

## Contact with Support (Aforementioned Ticket, no mention of cancellation):

**C Roy** December 7, 2018, 6:06 PM

Petra Picks is listed as startn 2/15/1961. The mrm is listed as started 12/28/2017. I understand the MRM is only 1 year. Petra picks expiration date?

**Michael** December 10, 2018, 8:37 AM
Hi Marie,

I've checked your account and you have the lifetime access to Petra Platinum, so you have it indefinitely.

*NO MENT. ON OF MRM Renewal 12/28/18*

I hope this helps.

Sincerely,

Michael

14

Document ID: 1e050a724be34cb7910fd446b8547d3746a527c8

Generated on: December 28, 2017

Signed On: https://ragingbull.com/

## Jason Bond Picks - Mentor Contract - Marie Roy

 **RagingBull**

**JASON BOND PICKS**
winning small cap swing trades

# LICENSE AGREEMENT

RagingBull.com, LLC, a Delaware limited liability company ("RagingBull.com"), provides the website known as JasonBondPicks.com ("the Site"). This License Agreement (the "Agreement") is by and between RagingBull.com and you as a user of the Site ("User") and is effective as of the date of your signature on this Agreement (the "Effective Date"). RagingBull.com and the User may be referred to individually as a "Party" and collectively as the "Parties."

## RECITALS

WHEREAS, the Site is publishing the Newsletter (as defined below);

WHEREAS, the User wishes to be granted a license to access the Newsletter; and

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties, on the basis of the representations, warranties, and covenants contained in this Agreement, agree, subject to the terms and conditions contained herein, as follows:

1. Definitions. For the purposes of this Agreement:

    1.1    "**Newsletter(s)**" shall mean any electronic and/or digital delivery system that makes available the Site's information to subscribers via any medium of the Site's choosing. Specifically, "Newsletters" shall initially mean [name of newsletter and newsletter related products].

    1.2    "**User(s)**" shall mean subscribers who sign up for and elect to receive such information as is provided in the Newsletter for the defined period of time and at the fee established in this Agreement.

2. Grant of License. The Site hereby grants to the User for use and access a nonexclusive, nontransferable,

 verified
by approve

RagingBull
Page 1of 6
🔒 Audit Trail Serial# 3a96eb417843b91e1ae67cd620aba637

Car

Document ID: 1e050a724be34cb7910fd446b8547d3746a527c8

Generated on: December 28, 2017

nonsublicensable license to access, use, and display the Newsletter and all of its content as the same may be updated during the term of this Agreement (the "License"). User acknowledges that this Agreement does NOT convey rights to redistribute the source code, or any portion thereof, of the Newsletter to any third party without: (i) the prior written consent of the Site, which consent may be withheld in the Site's sole discretion; and (ii) such third party entering into an agreement similar to this Agreement, if any, as provided by the Site.

3. <u>Restrictions</u>. The License does not permit the User or any other third party to (i) modify, alter, change, reverse engineer, reverse assemble, decompile, or otherwise attempt to derive the source code (or underlying structure or algorithms) from the Site or decode or decrypt any data files created by or associated with the Newsletter; (ii) demonstrate, copy, sell or market the Newsletter to any third party; (iii) publish or otherwise disclose information relating to performance of the Newsletter or produced using the Newsletter to any third party; (iv) disclose, sell, assign, sub-license, or otherwise transfer the License, in whole or in part; or (v) use the Newsletter for any other purpose other than as set forth and in accordance with the terms herein, unless User obtains the prior written approval of the Site.

4. <u>Term</u>.

    4.1    The term of the License is one calendar year from the Effective Date (the "Term").

    4.2    Neither this Agreement nor the License may be terminated even if the User no longer accesses or has access to the Site.

    4.3    The License will automatically renew.

5. <u>License Fee</u>. The fee for the License is no more than $10,000 and is payable in advance of access to the Site (the "License Fee"). **The License Fee is not refundable for any reason.** The User acknowledges that the User is being given access to our proprietary information and techniques and once the User has been granted access, we cannot issue refunds.

6. <u>Title to Newsletter</u>. User agrees that the Site retains all rights, title and interest in and to the Newsletter, including any updates, alterations, modifications, enhancements, changes and/or improvements thereof (collectively, "Proprietary Information"), at all times during the Term of this Agreement. User acknowledges that the License does not constitute a transfer or sale of the Site's ownership rights in and to the Newsletter (or any modifications thereto).

7. <u>Warranties of the Site</u>. The Site represents and warrants that the Site shall perform in conformance with this Agreement and the Site's performance under this Agreement does not and will not violate any



RagingBull
Page 2of 6
🔒 Audit Trail Serial# 3a96eb417843b91e1ae67cd620aba637

**PX 14, 1215**

Car

Document ID: 1e050a724be34cb7910fd446b8547d3746a527c8

Generated on: December 28, 2017

applicable law, rule, or regulation or any contracts with third parties. EXCEPT FOR THE EXPRESS WARRANTIES PROVIDED ABOVE OR OTHERWISE EXPRESSED IN THIS AGREEMENT, THE SITE DISCLAIMS ALL WARRANTIES, INCLUDING BUT NOT LIMITED TO, ACCURACY OF DOCUMENTS AND INFORMATION AND ALL EXPRESS OR IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. EXCLUDING A BREACH OF CONFIDENTIALITY OR A PARTY'S INDEMNIFICATION OBLIGATIONS, BOTH PARTIES DISCLAIM ALL CONSEQUENTIAL DAMAGES. The User acknowledges that access to the Newsletter could be unavailable at certain times due to technical difficulties or acts of nature. User will not be entitled to any refund of the License Fee nor any extension of the Term for any such temporary outages.

8. Indemnification. Each Party shall indemnify the other Party, its successors and assigns and its officers, trustees, members, employees, subcontractors, consultants, representatives and agents, from and against any and all losses, damages, causes of action, claims, penalties, interest, additional taxes, demands and expenses, including reasonable legal and attorneys fees and expenses, of any kind or nature arising out or on account of, or resulting from (i) directly or indirectly to any third party who may in any manner be injured or damaged by any grossly negligent act or omission in the provision of the Newsletter hereunder or (ii) any claim or allegation by a third party that a Party's intellectual property or the Site or Newsletter, or the other Party's use of such Party's intellectual property or the Site or Newsletter in accordance with the terms of this Agreement, infringes upon or misappropriates the intellectual property rights or other rights of such third party.

9. General

9.1     Governing Law: Exclusive Jurisdiction. This Agreement shall be governed by, and construed and enforced in accordance with the laws of the State of California, without regard to its provisions of conflict of laws. Each party hereby consents to the personal jurisdiction of the State of California, acknowledges that venue is proper in any state or Federal court in the County of Orange, State of California, agrees that any action arising out of or related to this Agreement must be brought exclusively in a state or Federal court in the County of Orange, State of California, and waives any objection it has or may have in the future with respect to any of the foregoing.

9.2     Notices. Any notice, request, instruction, or other document required by the terms of this Agreement, or deemed by any of the Parties hereto to be desirable, to be given to any other Party hereto shall be in writing and shall be given by personal delivery, overnight delivery, mailed by registered or certified mail, postage prepaid, with return receipt requested, or sent by electronic mail (with receipt confirmed) to the addresses of the Parties as follows:

    i. To: "Site" at 835 E. Lamar Blvd. #263 Arlington, TX 76011
       Email: support@jasonbondpicks.com
    ii. To: "User" at the contact information on the signature page hereof

The persons and addresses set forth above may be changed from time to time by a notice sent as aforesaid. If notice is given by personal delivery or overnight delivery in accordance with the provisions of this Section, such notice shall be conclusively deemed given at the time of such delivery



RagingBull
Page 3 of 6
🔒 Audit Trail Serial# 3a96eb417843b91e1ae67cd620aba637

Document ID: 1e050a724be34cb7910fd446b8547d3746a527c8

Generated on: December 28, 2017

provided a receipt is obtained from the recipient. If notice is given by mail in accordance with the provisions of this Section, such notice shall be conclusively deemed given upon receipt and delivery or refusal. If notice is given by electronic mail transmission in accordance with the provisions of this Section, such notice shall be conclusively deemed given at the time of delivery if during business hours and if not during business hours, at the next business day after delivery, provided a confirmation is obtained by the sender.

9.3     Entire Agreement; Amendment. This Agreement constitutes the entire understanding between the Parties with respect to the subject matter hereof and supersedes all prior written or oral proposals, understandings, agreements and representations, all of which are merged herein. No amendment or modification of this Agreement shall be effective unless it is in writing and executed by the Parties.

9.4     Severability. If any provision of this Agreement is determined to be unenforceable, such provisions shall be ineffective only to the extent unenforceable and the remainder of such provision and all other provisions of this Agreement shall remain in full force and effect.

9.5     Limitations of Liability. **UNDER NO CIRCUMSTANCES SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY FOR INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL OR EXEMPLARY DAMAGES (EVEN IF THAT PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES), ARISING FROM PERFORMANCE UNDER OR FAILURE OF PERFORMANCE OF ANY PROVISION OF THIS AGREEMENT (INCLUDING SUCH DAMAGES INCURRED BY THIRD PARTIES), SUCH AS, BUT NOT LIMITED TO, LOSS OF REVENUE OR ANTICIPATED PROFITS OR LOST BUSINESS.**

9.6     Waiver. No provision of or right under this Agreement shall be deemed to have been waived by any act or acquiescence on the part of either party, its agents or employees, except by an instrument in writing signed by an authorized officer of the party to be charged. No waiver of a breach of, or default under, this Agreement shall be effective as to any other breach or default of this Agreement, whether of the same or similar nature, and whether occurring before or after the date of such waiver.

9.7     Interpretation. The Parties hereto acknowledge and agree that (i) each party and its representatives has reviewed and negotiated the terms and provisions of this Agreement; (ii) the rule of construction to the effect that any ambiguities are resolved against the drafting party shall not be employed in the interpretation of this Agreement; and (iii) the terms and provisions of this Agreement shall be construed fairly as to each party hereto and not in favor of or against either party regardless of which party was purportedly responsible for the preparation of any aspect of this Agreement.

9.8     Counterparts; Facsimiles. This Agreement may be executed in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. Facsimiles shall be deemed to be originals.

9.9     Attorneys' Fees. In the event any party hereto shall commence legal proceedings against the other to enforce the terms hereof, or to declare rights hereunder, as the result of a breach of any covenant or condition of this Agreement, the prevailing party in any such proceeding shall be entitled to recover from the losing party its costs of suit, including reasonable attorneys' fees, as may be fixed by the court.



Car

Document ID: 1e050a724be34cb7910fd446b8547d3746a527c8

Generated on: December 28, 2017

9.10   Survival. The provisions set forth in Section 6, Section 7, Section 8, and this Section 9 shall survive the termination of this Agreement.

9.11   Disclaimers Incorporated by Reference.  All disclaimers now appearing or which may in the future appear on the Site are incorporated herein by this reference.

RagingBull.com, LLC

Signature: *Jason Bond*

Title: Mentor

X *[signature]*

Signed By Marie Roy
Signed On: December 28, 2017



**PX 14, 1218**



Eth C

## Signature Certificate

Document name: Jason Bond Picks - Mentor Contract - Marie Roy

🔒Unique Document ID: 1E050A724BE34CB7910FD446B8547D3746A527C8

**LEGALLY SIGNED USING WPEsignature**
Build. Track. Sign Contracts.

Marie Roy
Party ID: 8b22039e-b0b8-4a6b-a252-cc6679aeaa1d
IP Address: 24.115.41.233
Security Level: E-mail

**Digital Signature:**

Multi-Factor
**Digital Fingerprint Checksum**   dd6707fc7f8cfc22f2fd53c7f7ca45d6

| Timestamp | Audit |
|---|---|
| December 28, 2017 11:43 am EST | Jason Bond Picks - Mentor Contract - Marie Roy Uploaded by Raging Bull - 90n9nb@parsey.com IP 97.107.178.28 |
| December 28, 2017 11:43 am EST | Document signed by Marie Roy - ▮▮▮▮▮▮▮▮ IP 24.115.41.233 |
| December 28, 2017 11:43 am EST | The document has been signed by all parties and is now closed. |

(2017)

This audit trail report provides a detailed record of the
online activity and events recorded for this contract.

Page 6 of 6

https://ragingbull.com/

🔒 Audit Trail Serial# 3a96eb417843b91e1ae67cd620aba637

Car[redacted]

## DISPUTE RESPONSE - R

Merchant #: 372829134884          Case #: 890734799001          Reason Code: 1370   Amount: 2999.00

___ Accept dispute: By selecting this action, you are accepting **FULL** financial liability for this dispute.
___ Credit Issued: Credit Date (MM/DD/CCYY): __/__/___   Credit Amount: _____

Check all conditions that apply to your response and include supporting documentation as required by the Issuer.Please ensure the case number is written in the upper right hand corner of each page.

_x_ Copy of a Signed and/or Electronically captured sales slip          *NO ORDER*
_x_ Copy of a Signed cancellation policy or order form
_x_ Copy of a Signed order form   *(2017)*
___ AVS of Y or M and SIGNED proof of delivery to AVS confirmed address
___ Signed rental agreement or Hotel/Motel folio
_x_ Copy of the Recurring billing agreement
___ T & E Documentation showing loyalty transactions related to this purchase
___ T & E – Documentation showing subsequent purchases made throughout the service period
___ Proof that the ticket was received for passenger transport
___ Proof the name on the flight manifest matches the Cardholder name on purchased itinerary
___ Proof of CVC2 in lieu of imprint
_x_ Proof of authorization
___ Proof of Verified by Visa, MasterCard Secure Code, AMEX Safe Key, or Discover Protect Buy
___ Other Documentation (Please Describe):

| Merchant Comments |
| --- |
| |

Car

## Acquirer Pre-Arbitration Response

**ROL Case Number:** 1754631419

**Transaction Information**

Cardholder Account Number

Transaction Amount: 2999.00

Tran Date (MM/DD/YY): 12/28/2018

Dispute Reason Code: 13

MO/TO / ECI Indicator: 7

Transaction Identifier: 588362308046407

Tran type: D

Acquirer Reference Number: 24431068362083307113328

Chargeback CPD (MM/DD/YY): 04/05/2019

Dispute Condition Code: 7

Merchant Category Code: 7399

Jurisdiction: Visa USA Domestic

**Pre-arb Response :**

___ Accept Partial

   Acceptance Amount:

_x_ Decline

$Exh - A$

Why are you not accepting full liability? Usage logs provided show the ch used the services after the canc.date.

# ATTACHMENT KK

PX 14, 1222

 **C Roy <** ███████████████

---

## REFUND from RagingBull.com

4 messages

---

**Michael Bowers** <michaelb@ragingbull.com>               Wed, Jan 22, 2020 at 1:03 PM
To: ███████████████



Caroline,

Michael with RagingBull.com. I'm reaching out to let you know the Paypal refund was processed for your Unwanted Renewal of the Millionaire Roadmap. If you have any questions at all, please don't hesitate to contact me. It was nice speaking with you and I hope to work with you sometime in the future.

Pleasure,

Michael Bowers
*Director Of Client Services*
**833-265-1270**
https://ragingbull.com/
https://www.linkedin.com/company/ragingbull/
https://www.facebook.com/RagingBullTrading/
https://ragingbull.com/orlando-event/

---

**C Roy <** ██████████████               Thu, Jan 23, 2020 at 10:02 AM
To: Michael Bowers <michaelb@ragingbull.com>

Awesome, thank you so much!

[Quoted text hidden]

--

Marie Roy
Apple Bankruptcy, LLC
████████████

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Note: You must follow

---

**Michael Bowers** <michaelb@ragingbull.com>               Thu, Jan 23, 2020 at 10:05 AM
To: C Roy < █████████████████



Attachment KK        **PX 14, 1223**

Caroline,

Thanks a ton, and I apologize for the unwanted renewal. If there is anything else you need just let me know. If you don't mind marking your request as resolved in BBB that helps me get to the next client who needs assistance. I appreciate working with you. Thanks again, Caroline.

Pleasure,

Michael Bowers
*Director Of Client Services*
**833-265-1270**
https://ragingbull.com/
https://www.linkedin.com/company/ragingbull/
https://www.facebook.com/RagingBullTrading/
https://ragingbull.com/orlando-event/

[Quoted text hidden]

---

**C Roy <​████████████████>**                                    Thu, Jan 23, 2020 at 10:09 AM
To: Michael Bowers <michaelb@ragingbull.com>

Thank you for your help!
My son is handling it, but is in court today.

You can try.

Marie
[Quoted text hidden]

Attachment KK                          **PX 14, 1224**