## DECLARATION OF MICHAEL ONIYA
### PURSUANT TO 28 U.S.C. § 1746

My name is Michael Oniya, and I am over 18 years old.  I have personal knowledge of the facts stated below.  If called as a witness, I could and would testify as follows:

1.      I live in Texas with my wife and two children.  I came to this country seventeen years ago following a job in the oil and gas sector.  I was a field engineer on offshore rigs and worked my way up to become a project manager.  I lost my job in 2016 when the oil markets hit a downturn.  I was able to make some money trading oil stocks I got from my employer and thought I could get into online trading to supplement my income and support my family.

2.      In April 2019, I searched the internet to get more information about stock trading.  Very soon after, I began receiving emails from Jason Bond at "Jason Bond Picks, winning small cap swing trades."  These emails came in bunches over several weeks.  I am not sure how they got my email since I did not sign up for anything at this time.

3.      In one of these emails, Jason Bond claimed that using "simple patterns—no matter what the market does—I can quickly identify, apply, and profit."  In another email, Bond claimed Raging Bull's traders would "help profit-seekers just like you find success in the market on a daily basis," and showed me a detailed chart of the daily trading profits I could have been making every day in January 2019 by following one of Raging Bull trader's "Trade of the Day."  A few days later, I got another email from Bond saying I could turn $1000 into "$5k…$10k…and more" and "amplify your results faster than you'd ever imagine" if I signed up for their live training session.  A few days later, I got another email from Bond, titled "[Can't Miss] Guaranteed Profits," that invited me to a live webinar presented by Raging Bull's expert trader, Kyle Dennis, and said "You're getting a free training from a verified millionaire and he's

PX 16, 1228

showcasing a strategy that producing [sic] up to 1551% gains on a single trade." Attached as **Attachment A** are true and correct copies of these emails.

4.      I found out that the stocks Jason Bond was pitching to retail investors like me were largely penny stocks and small cap stocks of companies I never heard of. According to one email I received, titled "Here's Why I Don't Trade Large Cap Stocks," Jason Bond talked about the advantages of trading "small-cap penny stocks," explaining that these stocks are ignored by institutional investors, that these stocks run on "predictable patterns and catalysts," that Jason Bond's profits "all came from trading penny stocks," and that retail traders like me could make more money trading these stocks because we were not competing against institutional investors. Attached as **Attachment B** is a true and correct copy of this email.

5.      I had no experience making these kinds of investments so I relied on what Raging Bull told me.

6.      On May 9, 2019, I signed up for a 1-month trial membership to Jason Bond Picks for $49. I wanted to get access to all the profitable trade alerts that Raging Bull and Jason Bond were advertising in their emails. I provided my credit card information on one of the webpages Raging Bull sent me. Once I signed up, I got an email from Jason Bond recommending that I watch some videos called "Penny Stock 101 lessons," follow his "Daily Watch List," and look out for SMS alerts on my members dashboard for live trades. Attached as **Attachment C** is a true and correct copy of this email.

7.      Instead of getting the trade alerts that I was promised, I kept getting more marketing emails from Raging Bull pitching their other subscriptions. One of the subscriptions Raging Bull or Jason Bond was recommending I buy was Millionaire Roadmap featuring Jeff Bishop. The email said Jeff Bishop is "respected as the 'Oracle of Options' and has over 20

PX 16, 1229

years of trading experience combined with a deep understanding of market economics and pricing," and that I was being invited to join a "small, exclusive group of traders … spending less hours trading all while yielding higher returns."   I told Raging Bull that I was just a novice and just needed the picks to place the trade, and asked to be removed from their marketing emails.  A Raging Bull representative responded and told me they have taken me off their sales emails and that I would only receive their picks and trade emails.  Attached as **Attachment D** is a true and correct copy of my email correspondence with Raging Bull.

8.      I followed some of the trades from Jason Bond Picks for a few months but was not able to make the kind of money Raging Bull traders were supposedly making.  I found myself spending a lot of time monitoring each trade since the prices of stocks picked by Jason Bond were highly volatile.

9.      On or around November 24, 2019, I received a call from a Raging Bull sales representative who said Raging Bull was offering 30-day free trial period for a lifetime subscription to Fast Five Trades (for $397).  The subscription would send me five profitable stocks and options to trade every week picked by Kyle Dennis.  The sales representative said if I was not satisfied with the service, I could let them know within 30 days and get my money back. I thought I should try out this subscription to see if Kyle Dennis' trades could deliver the trading results Raging Bull touted.  I agreed to pay this on my credit card.

10.      A few days later, I got another call from a Raging Bull sales representative offering a 30-day trial subscription to Jackpot Trades (for $97), which would alert me to Jason Bond's favorite stock pick each week.  I decided to try this out too and authorized them to charge my credit card on file.

PX 16, 1230

11.     I made a few trades during this time relying on the stock and options recommended in these subscriptions and ended up losing more money than I gained. I also began noticing delays in when I received the trade alerts, as the prices of the stock or options that Raging Bull's traders were able to get were always different (and almost always lower) than the price available to me at the time I tried to execute the same trades.

12.     In early December 2019, I got a call from a Raging Bull sales representative who wanted to know how I was enjoying my existing subscriptions. I told him they were not working for me. I told him that I was not able to make money on their trades and that I seemed to be receiving the alerts late, when the prices on the stocks or options had already moved. He suggested I switch to "Raptor 5," which he explained was a premium service that Raging Bull was launching the following week. He said this would be a more reliable and trusted service for finding profitable trades and assured me that there would be no delays in receiving the trade alerts. He said I should watch a webinar to learn more about Raptor 5 and said they would send me a link to the webinar after our call. He did not make any mention of Raging Bull's refund policy on this service.

13.     On December 5, 2019, I received the email for the Raptor 5 webinar event.  They named this event "Raptor5 – How to Become a Stock Market Predator and 10X Your Account." In the email, Kyle Dennis claimed that "Raptor5 is a groundbreaking system that I've used to not only outperform the market, but to produce unfathomable returns.  49900% (From $15,000 - $7.5Million) in about 6 years!  …. But you'll understand how I've done it, and how it's 100% possible for you too."  Attached as **Attachment E** is a true and correct copy of this email.

14.     I watched the webinar that evening.  In the webinar, Kyle Dennis talked about how Raptor 5 would get me up to the minute information on hot trades because Dennis would

PX 16, 1231

use "scanners" that would scan the SEC database to find out what company insiders were buying and pinpoint what stocks will go up.  Dennis claimed that if I were to track down this information myself, it would take me years.  With Raptor 5, I could just sit back and wait for the profitable trades to arrive on my desk.  Dennis also claimed that the trade alerts for Raptor 5 would be sent to subscribers even before he or other Raging Bull traders entered the trades, so that there would be no delays or lags in when we got the alerts.  Dennis also said some trade alerts would be sent before the markets opened while others might arrive on the day of the trades (but before Dennis and others executed those trades).

15.     Dennis kept talking about how people like me would be feeding or feasting on his information and making consistent gains on trades.  This all sounded very appealing to me.  I learned that Raptor 5 would cost $2,997, but like the other subscriptions, I believed I had a month to decide whether to keep the subscription.  Based on what Dennis said, I also thought I would easily cover the subscription cost with just a single trade.  Raging Bull had a way of making me think that I was getting a great price.

16.     After the webinar, I wrote to Raging Bull and told them I was interested but I did not have room on my credit card to place the charge.  I got a call from a Raging Bull sales representative the following day (December 6).  I later learned that his name was Adam.  Adam said I needed to switch to Raptor 5 right away in order take advantage of some premium trade alerts that Raptor 5 had ready to go out on Monday.  He said he can just process the charge over the phone on the same card I had on file for the previous subscriptions.  I asked him to refund me for my existing subscriptions so that I could use that money to reduce my credit card balance and make more room for the Raptor 5 purchase.  Adam said Raging Bull would process the refunds but given the urgency, I should not wait for the refunds to come in before purchasing Raptor 5.

PX 16, 1232

17.     Adam called me again on Saturday to check in to see if I was ready to switch to Raptor 5.  I told him I needed more time to make room on my card.  He suggested getting financing through a Paypal loan, but I declined and said I would have my credit card ready by Monday.

18.     Adam called me again Monday around 7 AM while I was walking my daughter to school.  He said Raptor 5 was about to send out new trade recommendations and that I needed to switch immediately.  I asked him to call me back later that morning, which he did.  Adam did not mention anything about Raging Bull's refund policy for Raptor 5 or any of its subscriptions on this or any of the earlier calls.

19.     After the call, Raging Bull sent me an electronic receipt for $2,997.  The receipt left an email and number to call if I had any questions, but also said nothing about refunds or a refund policy.  Attached as **Attachment F** is a true and correct of this receipt.

20.     After my call with Adam, I received emails from Raging Bull welcoming me to Raptor 5, Dollar Ace, Option Rocket, FDA Insider Alerts, and the Sniper Report, which all appeared to be Kyle Dennis subscriptions.  In the welcome email for Raptor 5, Kyle Dennis states that "[y]ou just gained access to every trading service I have—and remember; that's access to the trading techniques and strategies I've used to build over $7 million in total trading profits" and "[e]very week I will deliver to you my highest conviction trades, filtered and selected from the thousands of potential trade ideas that cross my desk every single day of the week."  The email does not mention anything about Raging Bull's or Raptor 5's refund terms, but only says "you will need to contact us here if you want to cancel your subscription."  The email left no email address or number to call.  Attached as **Attachment G** is a true and correct copy of this email.

**PX 16, 1233**

21.     In the welcome email for Option Rocket, Kyle Dennis claims that he "will locate the stock market's best option opportunities with pinpoint accuracy" and provide "trades that have maximum profit potential and limited downside risk."  There is no mention here of any refund terms.  Attached as **Attachment H** is a true and correct copy of this email.

22.     In the email from Dollar Ace, Kyle Dennis says he will "use my scanners to expose information that most investors do not know where to find (and that Wall Street certainly wants to keep quiet!) and that allows us to generate potentially massive returns on a weekly basis," and that his "scanners" will "track down the biggest potential movers … and tracks 'insider' information on those companies.  This allows us to score BIG, and what's more this method works in a bull OR bear market."  There is no mention here of any refund terms. Attached as **Attachment I** is a true and correct copy of this email.

23.     I started experiencing delays again in getting the trade alerts from Raptor 5. Raging Bull was sending me the trade alerts after the move had already started or even completed.  I believe they were doing this so that when investors like me entered the trades, that would drive up the price of the stock and, before I would hit my breakeven point, Raging Bull's expert traders would pull out their money causing the price to then drop.  I was also never able to capture the trades at the same price or lower price than what Raging Bull traders were able to get, as the stock or options prices had always moved up (and not down) when I tried to enter the trade.  To add insult to injury, Raging Bull's traders like Jason Bond and Kyle Dennis would send around emails boasting about how they just turned a profit on these trades that people like me lost money on.

24.     The Raptor 5 trade alerts were also sometimes confusing to follow.  In one email, Kyle Dennis listed four options under "Most Unusual Calls" and one option under "Most

Unusual Puts."  The email was short on details on what exactly to look for, when to get in and when to get out.   When I pointed this out in response to one of Dennis' alerts, I received an auto-response asking me to rate the support I received.  Attached as **Attachment J** is a true and correct copy of this email communication.

25.      I also noticed that the highly profitable trade alerts that were supposed to come from the Raptor 5 premium service were no better than the trade alerts I previously got through Fast Five.  In one Raptor 5 trade alert email, sent on December 10 at 1:53 PM CST, Kyle Dennis reported that he added 3196 shares of SELB at $1.59.  The trade alert made no mention of when to sell the stock or how long to hold the stock, and just threw out some upcoming "catalyst" events in the "first quarter" and "middle of 2020."  I bought the stock on December 10 and sold it a week later at a small loss.  Attached as **Attachment K** is a true and correct copy of the Raptor 5 trade alert email.

26.      I also began doubting Kyle Dennis' scanner and his research, as they did not usually deliver accurate or up to date information.  I realized that if I did not check the information myself, I could risk losing a lot of money on his trades.  The stocks and options that Dennis often picked almost always went down in price or were highly volatile.  If you held onto them too long, your investment could get wiped out.  I even began noticing Raging Bull traders would downplay their losses and only talk about their wins, to make it seem like they had a high win rate on their trades.

27.      I called Raging Bull's customer service to complain about the Raptor 5 service, but no one picked up.  I sent emails to several email addresses I had on file for them, but they bounced back or sent an auto-response from kyle@biotechbreakouts.com directing me to fill out

an online form to submit my complaint.  I also tried to find a way to cancel my subscription in the member's area, but there was no link or button letting me cancel online.

28.     A few days later, I finally received a call back from a Raging Bull customer representative.  After I told him what I was experiencing about the delays, he told me I should still place the trade at whatever point I got the alerts.  I told him this would make me lose all my money and if they can not send me the trade alerts at the right time, I wanted to cancel and get my money back.  He then told me that there was no refund and that Raging Bull had a no refund policy.

29.     On December 16, 2019, I wrote to Raging Bull explaining that I wanted to cancel because their service was not a good fit for me.  I told them that I was not aware of their no cancellation or refund policy and that no one told me about their policy on the phone.  A few days later, Adam responded to tell me Raging Bull does not issue refunds over email and that I needed to call their "VIP team" during trading hours or to leave a voicemail.  He told me that I agreed to their "no refund policy upon purchase of the product," when I did no such thing.  He then offered to switch me to different program.  We had several more written emails where I told Adam that I never agreed to a refund policy and that I made my purchase over the phone and not on their website.  Adam kept insisting that I agreed to their refund policy and that I needed to call them on the phone to go over my options, even though no one was answering on their end.

30.     When I was finally able to get someone from Raging Bull on the phone, a woman told me their refund policy only allows a refund within 48 hours and that I was too late.  This was the first time I heard that.  When I wrote back to Adam, his response again was that I agreed to no refunds but that they could switch me to another service if I was not satisfied with Raptor 5.  I was very upset when I got this response and told him this looked like a scam.  Adam

PX 16, 1236

responded a few days later telling me "I am here to work for you" and "would love to help go over your options with you but we have to do that over the phone." But when I would call the Raging Bull customer service number, Adam never picked up.

31.     This went on for another week, where I would call, and no one on their end would pick up, or I would have to leave a voicemail and someone other than Adam would call me back. I finally connected with Adam over the phone on January 8, I told him I was not interested in switching or upgrading to a different service, and that I was lied to. He repeated the same thing he told me over emails—that I had agreed to Raging Bull's no refund policy. Attached as **Attachment L** is a true and correct copy of my email correspondence with Adam documenting these problems I was experiencing.

32.     In mid-December, while I was struggling to get my refund, I found out that Raging Bull discontinued Raptor 5 and switched me to a subscription called "Apex Alliance" (which cost about $2,500). They did this without my consent. I did not want to be switched to another service and just wanted my money back for Raptor 5. I recall that the Apex Alliance subscription was just a collection of Raging Bull's other services at the time like Weekly Money Multiplier, Total Alpha, Mortal Lock, Bullseye Trades, Dollar Ace, and others. I also found out that I was not cleared by my brokerage service (TD Ameritrade) to execute many of the trades recommended in the Apex Alliance services (selling a put or call option) because they were too risky and I didn't have the minimum funds in my brokerage account (up to $25,000) and enough trading experience to execute these types of trades. I also got no explanation from Raging Bull why they were refusing to refund any portion of my money even though they switched me to a service that costs $500 less.

PX 16, 1237

33.     Since Raging Bull was refusing to issue my refund, I filed a chargeback with my credit card company.  I learned that Raging Bull disputed my chargeback and I lost the dispute and was unable to reverse the charge.

34.     I have also not been able to offset the subscription fee through any profits I gained from trading on Raging Bull's trade picks.  I definitely lost more money than I made through Raging Bull's trades.   Looking at my account statements recently, it appears I incurred a net loss of at least $10,000 in 2019 from trading on the stocks and options picked by Raging Bull's millionaire traders like Kyle Dennis, Jason Bond and others.

35.     Looking back, I also cannot recall anything useful that I learned from Raging Bull's training materials.  Just by going on the internet or YouTube, I could have gotten for free the same information about options trading found in the few videos that Raging Bull provided to "premium" subscribers like me.

36.     I continue to get Raging Bull's sales emails even though they told me over a year ago they would take me off their list.  Lately, Raging Bull is talking about Jeff Williams, another trader who claims he can "generate huge gains from a small account in barely any time" (to be more specific, a "2,051% increase in … 58 TRADING DAYS") and who also has a "real-time scan" for "hunting down momentum stocks and uncovering breakouts."  Attached as **Attachment M** are true and correct copies of these recent emails.

37.     In July 2020, I was contacted by a Raging Bull representative (using the email "bbb@ragingbull.com"), who offered me a partial refund if I told the Better Business Bureau ("BBB") that a complaint I filed with them was resolved.  I told Raging Bull I would only do this if they issued me a full refund, which Raging Bull eventually agreed to do.  Raging Bull told me

PX 16, 1238

I needed to provide them with proof of resolution from the BBB first.  After I sent Raging Bull

the case resolution number, Raging Bull processed my refund of $2,997.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 2020.

_____
Michael Oniya

PX 16, 1239

# ATTACHMENT A

PX 16, 1240

# Thanks Again! How's progress?

From:  Jason Bond (jason@jasonbondpicks.com)

To:  ██████████████████

Date:  Sunday, April 7, 2019, 11:04 PM CDT



 

So...have you read my **Ultimate Penny Stock Playbook** yet?

Have you at least started it??

I sure hope so, but if not, download it again HERE.

When I first started trading I would hear things like "floating shares," "bid-ask spread," or "moving average crossovers."

It was all foreign to me. **On pages 14-15 I easily define the necessary vocabulary** for beginning traders. It will allow you to establish a baseline understanding for when I dive into technical analysis in Chapter 2.

Then, I want you to ask yourself: "Am I making the money I WANT TO?"

**If the answer is no, you're in the right place.**

6/7/2020     Yahoo Mail - Thanks Again! How's progress?

Case 1:20-cv-03538-GLR    Document 10-6    Filed 12/07/20    Page 15 of 91



I love teaching.

Although my ebook isn't going to show you how to hit home run trades every time, it WILL walk you through my proven strategies.

Using these simple patterns--no matter what the market does--I can quickly identify, apply, and profit.

And you could too.

It's as simple as that.

Till next time,
Jason Bond

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

Attachment A        **PX 16, 1242**

6/7/2020
Yahoo Mail - Thanks Again! How's progress?
Case 1:20-cv-03538-GLR   Document 10-6   Filed 12/07/20   Page 16 of 91

If you have a current active subscription with Jason Bond Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at Jason Bond Picks.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Attachment A                    **PX 16, 1243**

# ⏰ Early Bird Gets The Worm! ⏰

From:   Jason Bond (jason@jasonbondpicks.com)

To:     ████████████████

Date:   Tuesday, April 16, 2019, 08:36 AM CDT



Morning Mike,

Have you heard this saying before…?

> *"Early to bed, early to rise, can make you healthy, wealthy, and wise."*

Yesterday I spoke to you about Davis Martin, and man he is the manifestation of this saying!

Partially because he wakes up at 3 AM ET. I know... it sounds crazy... but he's got work to do if he's going to pave your path to profits each morning.

The guy beats the sun up to hit the gym and be home with plenty of time to scan for morning direction.

Why? To help profit-seekers just like you find success in the market on a daily basis.

Davis puts a lot of hard work into his exclusive system… *so that you don't have to!*

I mean, here's the Daily Profit Machine Trade of The Day profit potential you could have had this year in January:

| 2019 January | | | | |
|---|---|---|---|---|
| **MONDAY** | **TUESDAY** | **WEDNESDAY** | **THURSDAY** | **FRIDAY** |
| 31 New Years Day. Markets Closed. | 01 Success. +102% | 02 Success. +118% | 03 Success. +63% | 04 Success. 121% |
| 07 Success. +40% | 08 Success. +60% | 09 Success. +41% | 10 Success. +78% | 11 Success. +106% |
| 14 MLK Day. Markets Closed. | 15 Success. +20% | 16 Success. +74% | 17 Success. 53% | 18 Success. +81% |
| 21 Success. +119% | 22 Success. +61% | 23 Success. +42% | 24 Success. +17% | 25 Success. +102% |
| 28 Success. +102% | 29 Success. +78% | 30 Success. +52% | 31 Success. +134% | 01 |

Remember that email I showed you yesterday where Davis sent out his "Trade of the Day"?

This chart shows what could have happened to your account if you got that simple email each morning, and placed *that trade.*

102%  … +118% … +63% … the list goes on and on… + 121%

Interested? I know I am!

Checkout steps 2 and 3 in his FREE training guide… You could be well on your way to consistent daily gains.

To Your Success,

*Jason Bond*

**Jason Bond**
JasonBondPicks.com

Attachment A                    **PX 16, 1245**

2/3

RagingBull, LLC

62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from jason@jasonbondpicks.com

Unsubscribe from all RagingBull emails

---

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Jason Bond Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at JasonBondPicks.com.

# ✋[ASK] You Need Help!

From:   Jason Bond (jason@jasonbondpicks.com)

To:   ███████████████████

Date:   Tuesday, April 23, 2019, 06:27 PM CDT



Sometimes it's hard to admit, but it's true. You need help...in fact, we all do!

Now do me a favor…what's your trading account looking like these days?

$25k? $130k? $500k? Wait…is it $1 million??

I know from recent members emailing me about milestones that very few are at that level yet, and that's ok!

But at this point in time, you need to be taking steps to help you move to the next level.

Maybe you only have $1000 right now. What are you going to do to turn that into $5k… $10k…and more!

I'll tell you what you're going to do!

I'm going to sign you up for a LIVE training session that can amplify your results faster than you'd ever imagine.

All I need from you is the willingness to succeed.

Don't think any further. THIS IS YOUR NEXT STEP.

Let Kyle show you the system that has helped him make these profits…

# 2015 = $838k

# 2016 = $1.1million
# 2017 = $1.2million
# 2018 = $2.3million
# 2019 (to date) = $450k

All 100% verified (Trust me, I gave him a Porsche and had him audited!)

**Seats are almost gone. Register right now!**

*Jason Bond*

**Jason Bond**

JasonBondPicks.com

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from jason@jasonbondpicks.com
Unsubscribe from all RagingBull emails

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Jason Bond Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at JasonBondPicks.com.

Attachment A                              **PX 16, 1248**

## [Can't Miss] *Guaranteed Profits*

From:    Jason Bond (jason@jasonbondpicks.com)

To:    ███████████████████

Date:    Thursday, April 25, 2019, 07:18 AM CDT



You read that subject line correctly.

Just what does Kyle have brewing for his LIVE webinar tonight?

Well, it's something no one else is going to be doing anytime soon.

In fact, I even advised against it. I mean, when **Kyle told us that he was going to guarantee that you would make…**



Come on, you know we can't give away all these details before his event!

**You have to be there to get the guarantee.**

If you're not, well, it's just another opportunity that you let slip by.

And at what point are you going to start taking some accountability and make the decisions you need to become a great trader.

It's not like this decision is tough.

**You're getting a free training from a verified millionaire and he's showcasing a**

Attachment A      **PX 16, 1249**

**strategy that producing up to 1551% gains on a single trade.**

1 indicator can give you pure conviction.

Stop trading in the dark.

Flip that switch and join Kyle tonight at 8pm ET.

You'll regret missing it.

*Jason Bond*

**Jason Bond**

JasonBondPicks.com

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from jason@jasonbondpicks.com
Unsubscribe from all RagingBull emails

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Jason Bond Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at JasonBondPicks.com.

Attachment A     **PX 16, 1250**

# ATTACHMENT B

PX 16, 1251

## Here's Why I Don't Trade Large Cap Stocks

From:    Jason Bond (jason@jasonbondpicks.com)

To:     ▇▇▇▇▇▇▇▇▇▇▇▇

Date:    Wednesday, April 24, 2019, 02:51 PM CDT



### Believe it or not…

Kyle Dennis claims he's found the one… **the one trading indicator that gives you ultimate conviction.** Heck, he's made enough money as a stock trader not to dismiss his claims. That's why I'll be attending his **live webinar this Thursday at 8 PM ET.** He'll be revealing his #1 indicator called The Mortal Lock.



### You Can Find an Edge in Penny Stocks

Hello trader,

Stocks are trading pretty flat today, ahead of another busy earnings release date after the close. Stocks reporting their quarterly results include Facebook, Visa, Tesla, PayPal, and others.

However, I could care less about trading these stocks…

They are dead money in my eyes.

Wall Street firms hire teams of analysts to cover large-cap stocks like Facebook. These analysts get paid big bucks to visit the company, go to conferences, and speak with insiders about accounting, legal practices, and so much more...



*(Facebook reports earnings tonight, there are about 40 analysts that cover stock, good luck trying to beat them)*

How can the part-time trader who has a fraction of the resources that Wall Street firms have compete without losing their shirt?

Simple.

Wear a different shirt.

You see, I was able to rake in over $270K in profits in the first quarter without trading a single share of a large-cap company.



*(my profits all came from trading penny stocks, if you want to receive my alerts in real-time **click here**)*

So what are some of the advantages of trading small-cap penny stocks?

- Most Wall Street firms don't cover the stocks (research and issue recommendations)
- Most institutional investors ignore these particular stocks altogether
- They run on predictable patterns and catalysts
- The level of competition drops, instead of trading against pros you are competing against "retail" traders

For example, if you recall my case study in Seelos Therapeutics (SEEL) it was all about the pattern and the catalyst…

Attachment B          **PX 16, 1254**



*(If you want to learn how to trade the fish hook pattern, **check out this presentation I made for you**)*

And you know what?

Not one single Wall Street analyst is covering the stock!



*Winning in stocks is about picking your battles…* **give me 90 days, and I'll make you a better trader**)

That said, I want to share with you a recent story in a large-cap company, Boeing, which and why the news was so tricky to trade. Lastly, I want to show you how to find an edge with small-cap stocks. Click here to continue reading.


**YOUR Trading Coach,**

*Jason Bond*

**Jason Bond**
**JasonBondPicks.com**

**P.S.** - Registration for the Mortal Lock is still open. Kyle will be doing a live Q&A this Thursday at 8 PM ET, as well as, give out his next big idea trade to the all the free attendees. You won't want to miss it.

Register Today

**PICKS**

winning small cap swing trades

Stop receiving exclusive emails from jason@jasonbondpicks.com

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Jason Bond Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at JasonBondPicks.com.

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Unsubscribe from all RagingBull Emails

Attachment B                    **PX 16, 1257**

# ATTACHMENT C

PX 16, 1258

6/7/2020       Yahoo Mail - Here's the Best Investment I EVER Made!

Case 1:20-cv-03538-GLR   Document 10-6   Filed 12/07/20   Page 32 of 91

## Here's the Best Investment I EVER Made!

From:   Jason Bond (jason@jasonbondpicks.com)

To:   ▓▓▓▓▓▓▓▓▓▓

Date:   Thursday, May 9, 2019, 10:57 AM CDT



Michael,

> *"If money is your hope for independence you will never have it.*
> *The only real security that a man will have in this world is*
> *a reserve of knowledge, experience, and ability."* - Henry Ford

May 9, 2019 - remember the date. For me it was January 1, 2012. That's the day that I decided to quit teaching and start trading seriously! And I've never looked back.

I remember exactly what got me to that incredible tipping point in my life, because to this day it remains the best investment that I EVER made.

Me.

Or in your case, Michael; YOU!

The time I spent learning HOW to trade has paid me back a million-fold. And not just financially in the many, many trades that I've made over the years. In fact it's been MUCH more than just financially…

## How We'll Profit Twice Together!

There's an old saying that in anything you do you can make two profits; a profit of knowledge, and a financial profit. In my experience, if we take care of the first of these, then the second could pretty much take care of itself.

**Consider that: we're looking to make not one, but TWO profits together!**

6/7/2020       Yahoo Mail - Here's the Best Investment I EVER Made!

Case 1:20-cv-03538-GLR   Document 10-6   Filed 12/07/20   Page 33 of 91

Yes; I've certainly made millions of dollars in profits from my trading. But it's actually more correct to say that I've made millions in dollars in profits by <u>learning how to trade properly</u> and from building the right foundation to support my trading.

That's why before jumping in at the trading deep end in the markets (and it's a pretty DEEP end these days!!) I'd like to spend a moment together to give you access to the best resources that can help you to become a more confident, savvier trader.

OK, here we go…

## >> Start Here! <<

I like lean systems. Hey; just trim the fat and gimme the steak, already! And I've designed my personal trading system to be simple to use and easy to understand. But becoming an effective, two-profits trader still takes time to learn and to perfect. So, before you decide whether to dive into live trading with your hard-earned money – stepping out into the fast lane with live real-money trades – I want to guide you into my system a little… show you under the hood, so to speak.

I consider it a personal responsibility to provide you with a solid understanding about how I trade. Because if you know why I trade the way I do then it can help you to understand why I make the trades that I do and how I allow those trades to unfold over time. And if you understand what I am doing then things are going to make more sense and you will likely feel more confident about the trades you consider making.

Let's login to your dashboard now, which you may <u>access your account dashboard here</u> using your email address ███████████████ and the password you selected.

Here's where I recommend you start, and preferably in this exact order:

1. I encourage (and recommend) you to start with these <u>Penny Stock 101 lessons</u> first, and that you go through each lesson in sequence, one by one. This set of short video lessons and background information will get you started right. In these videos, I share the techniques and methods I use so that you can trade penny stocks more effectively. I also reveal how to avoid common mistakes that many traders make. **Please; <u>start here</u>**.

2. The second step I suggest is to start following my <u>Daily Watch List</u>. This is my personal commentary, thoughts and ideas on which stocks and trades I am watching or considering trading. I'll be covering these in more detail with you over the next week. You should expect to start receiving these emails pretty soon and you can of course follow them, but if the ideas seem new or overwhelming, don't worry. I'll be explaining more about these over the next days. (Of course if you're already an experienced trader they may seem more familiar to you!)

3. Finally, my live trading stream. This is available by SMS and is a "finger on the pulse" of me as I am trading, day in and day out. I'll introduce more about this shortly. But if you are already an experienced trader and feel ready for these live trading stream updates, you may register for SMS alerts inside your <u>dashboard</u>.

## But Wait?!

6/7/2020                    Yahoo Mail - Here's the Best Investment I EVER Made!

Case 1:20-cv-03538-GLR   Document 10-6   Filed 12/07/20   Page 34 of 91

I get it; you're probably itching to dive right into live trading but please; unless you know that you're a serious, real-money trader already… begin with these lessons first. **Let's build the profit of knowledge *first*!**

I know that you want to trade and you want to profit. But I know from personal experience that if you are new to trading it's very easy to feel overwhelmed with lots of information about highly dynamic and volatile trading markets.

I want to ease you into the fast lane, not drop you there. This is why I don't recommend leaping into my live trading stream or even (at this point) my Daily Watch List. There's ample time to get into these together very soon, I promise.

## Real Money, Real Profits!

I am a real-money trader and I put a lot of effort into trading because doing so means I get the outcome I want: profit. **CHEDDA!** And I also put the same commitment into teaching exactly how I trade.

My goal is to give you TWO PROFITS; financially, of course. But if I can teach you how I trade then I will have given you the knowledge and tools to be a better, more successful trader for life.

It's really up to you to decide how much time to spend learning how to trade. Commit the time and attention now and pretty soon I believe that you will also consider this to be your best investment ever, too!

I believe that every single trader should consider at a minimum their first three to six months as a trader a "deep dive learning experience" into trading. This commitment to learning will reward you in many ways as you progress along your own path as a trader.

Together… here's to two profits,

*Jason Bond*

Jason "The Profit Prophet" Bond


PS: I'll be in touch again tomorrow with some helpful pointers about how you can t<u>rade with zero risk… and even using someone else's money</u> (it's the exact method I personally recommend). But first, please start at Step 1, above, with my Penny Stocks 101 lessons.

NOTE: If you're already an experienced trader I recommend you also check out my additional video courses on The Basics of Swing Trading and How to Trade Like a Pro. Added together with the Penny Stocks 101 lessons, these three courses combined become SUCH a powerful force to prepare any to Trade Like a Pro in the markets!


Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of

Attachment C                                                    **PX 16, 1261**

6/7/2020                                    Yahoo Mail - Here's the Best Investment I EVER Made!

Case 1:20-cv-03538-GLR   Document 10-6   Filed 12/07/20   Page 35 of 91

this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Jason Bond Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at Jason Bond Picks.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Attachment C                                    **PX 16, 1262**

# ATTACHMENT D

PX 16, 1263

6/7/2020    Yahoo Mail - [Jason Bond Picks] Re: Re: How's it going so far?

Case 1:20-cv-03538-GLR   Document 10-6   Filed 12/07/20   Page 37 of 91

[Jason Bond Picks] Re: Re: How's it going so far?

From:  Michael (Jason Bond Picks) (jason@jasonbondpicks.com)

To:  ███████████████████

Date:  Monday, May 13, 2019, 10:02 AM CDT

##- Please type your reply above this line -##

Your request (526978) has been solved. To reopen this request, reply to this email. See the latest comments below:



**Michael** (Jason Bond Picks)
May 13, 11:02 AM EDT

Hi Mike,

I have taken you off of our sales emails and have ensured that you are going to receive all of our picks and trade emails.

Sincerely,

Michael



**mikky mikky**
May 13, 12:06 AM EDT

This is totally different from what I was told. I didn't subscribe to this pick for these emails. I am a novice. I just need the picks and I will place the trade. But all I get is emails asking for me to subscribe to something else.
This is absolutely not for me.

Regards,

Mike.

Psalm 27

6/7/2020                                    Yahoo Mail - [Jason Bond Picks] Re: Re: How's it going so far?

Case 1:20-cv-03538-GLR   Document 10-6   Filed 12/07/20   Page 38 of 91

On Sunday, May 12, 2019 09:46:26 AM CDT, Jason Bond <jason@jasonbondpicks.com> wrote:

|
|
| |
| |

|
|
|

Mike,

I wanted to check in with you to see how you're progressing with the ideas and resources that we've shared together so far?

Remember that if anything is unclear or should you have any questions, you can always get answers quickly by either dropping a note to our friendly support team within your member dashboard or by calling my success team at +1−855−981−8370. My entire team and I are available to help you succeed as a trader.

Trading: A Fast−Paced, Slow & Steady Marathon!

We've covered a lot together since you joined, and I realize there is a lot to absorb! You know, our work together has really only just begun, and I liken investing and trading to a marathon, not a sprint.

I want to give you every idea, resource and piece of information that I can arm you with now – and many more ideas and powerful trading strategies to come over the following trading years together! Everything I can do to help you learn along the way and give you an "edge" over the markets is going to pay off big very soon; and speaking of resources remember our Raging Bull

6/7/2020                    Yahoo Mail - [Jason Bond Picks] Re: Re: How's it going so far?

Case 1:20-cv-03538-GLR   Document 10-6   Filed 12/07/20   Page 39 of 91

Trading Primer which you will find here.

This is the idea I've mentioned of "2 profits" – a profit of knowledge and a financial profit, together.

I'll be in touch again here in a couple of days to start putting some of what you've learned so far into practice.

Until then, continue learning with all the resources we've shared so far and in my introductory emails.

Jason

PS: As we're beginning to see together, with the right approach trading need not be difficult! I am committed to making sure that you receive all the guidance and resources you need to give you the biggest impact on your trading. That's why I want to introduce you to Jeff Bishop and our Millionaire Roadmap.

Jeff Bishop is respected as the "Oracle of Options" and has over 20 years of trading experience combined with a deep understanding of market economics and pricing.

Attachment D                    **PX 16, 1266**

6/7/2020 Yahoo Mail - [Jason Bond Picks] Re; Re; How's it going so far?

Case 1:20-cv-03538-GLR   Document 10-6   Filed 12/07/20   Page 40 of 91

I invite you to join me, Jeff, and other highly successful traders as we share our combined decades of trading knowledge and experience in a small, exclusive group of traders. It's a close, fun group and we are all committed to spending less hours trading all while yielding higher returns! Check out our small group here.

|

| Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is

6/7/2020

Yahoo Mail - [Jason Bond Picks] Re: Re: How's it going so far?

Case 1:20-cv-03538-GLR   Document 10-6   Filed 12/07/20   Page 41 of 91

represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.   If you have a current active subscription with Jason Bond Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at Jason Bond Picks.   Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States |

|

|

]

Thank You for Contacting Support.

[XZVWRP-00XO]

Attachment D                    **PX 16, 1268**

# ATTACHMENT E

PX 16, 1269

6/15/2020        Yahoo Mail - [Confirmed: Raptor5] Your Access to The Main Event!

Case 1:20-cv-03538-GLR   Document 10-6   Filed 12/07/20   Page 43 of 91

[Confirmed: Raptor5] Your Access to The Main Event!

From:   Raptor 5 (support@ragingbull.com)

To:

Date:   Thursday, December 5, 2019, 09:42 AM CST



Pat yourself on the back, because you just secured yourself front-row access to the single-most influential trading seminar that you could ever attend.

I spent so much time on this and you're going to reap the rewards!

I haven't even shown you the tip of the iceberg yet…

**Raptor5** is a groundbreaking system that I've used to not only outperform the market, but to produce unfathomable returns.

**49900% (From $15,000 - $7.5Million)** in about 6 years!

I get it, it doesn't sound real...sometimes even I have to throw cold water on my face and then look at my account to see it is in fact, 100% REAL!

But you'll understand how I've done it, and how it's 100% possible for you too.

Think I'm lying? NEVER! Current members are even outpacing my initial performance!

6/15/2020     Yahoo Mail - [Confirmed: Raptor5] Your Access to The Main Event!

Case 1:20-cv-03538-GLR   Document 10-6   Filed 12/07/20   Page 44 of 91



It will all become clear when you attend the main event, **Raptor5.**

*We stalk trades. We don't chase our prey, we study them. We enter knowing that we are positioned as the predator. We are patient, yet swift. We pin them down, and then we feast.*

**Are you ready for Raptor5? You better be!**

Do me a favor and set yourself a reminder below!

### Add event to calendar

   

**Event Topic: Raptor5 - How to Become a Stock Market Predator and 10X Your Account**

**Event Date/Time: Thursday December 05, 2019 at 8:30 p.m EST (5:30pm PST)**

**Login Link: https://app.ragingbull.com/join-room/rb-free**

Can't wait to see you there!



Attachment E        **PX 16, 1271**

6/15/2020         Yahoo Mail - [Confirmed: Raptor5] Your Access to The Main Event!

Case 1:20-cv-03538-GLR   Document 10-6   Filed 12/07/20   Page 45 of 91

None of our traders, educators, coaches, forum moderators, employees, agents, nor RagingBull.com, LLC (publisher of Raptor 5) are registered as investment advisers nor a broker/dealer with either the U. S.

Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives.

The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account.

These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision.

The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning the accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current.

Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. Any table or data is accurate, though not every trade is represented. Profits and losses reported are actual figures from portfolios each trader manages individually and not on behalf of RagingBull.com, LLC.

Although our employees may answer your general customer service questions, they are not licensed under securities laws to address your specific investment situation. No communication by our employees or agents to you should be deemed as personalized financial advice.

This information is protected by the copyright laws of the United States, and international treaties. This information may only be used pursuant to the subscription agreement, and any reproduction, copying, or redistribution (electronic or otherwise, including on the world wide web, by email, or via social media), either in whole or in part, is strictly prohibited without the express, prior written permission of RagingBull.com, LLC, 62 Calef Hwy. #233 Lee, NH 03861, USA.

If you have a current active subscription with Raptor 5 you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at Raptor 5.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

# ATTACHMENT F

PX 16, 1273

Your receipt from RagingBull.com, LLC #2024-9246

From: RagingBull.com, LLC (receipts+acct_1dtsnjcsthvwjdta@stripe.com)

To: ███████████████

Date: Monday, December 9, 2019, 08:06 AM CST

# Receipt from RagingBull.com, LLC

Invoice #EEF85699-0003

Receipt #2024-9246

**AMOUNT PAID**
$2,997.00

**DATE PAID**
December 9, 2019

**PAYMENT METHOD**
VISA — ████

**SUMMARY**

**DEC 9, 2019 – DEC 9, 2020**

Raptor 5 × 1                                      $2,997.00

**Amount paid**                                  **$2,997.00**

If you have any questions, contact RagingBull.com, LLC at
support@ragingbull.com or call at +1 833-265-1270.

Attachment F                    **PX 16, 1274**

Download as PDF

Something wrong with the email? View it in your browser.
You're receiving this email because you made a purchase at RagingBull.com, LLC, which
partners with Stripe to provide invoicing and payment processing.

Attachment F       **PX 16, 1275**

# ATTACHMENT G

PX 16, 1276

## Raptor 5: Let's Get Started!

From:   Raptor 5 (support@ragingbull.com)

To:    ███████████████████

Date:   Monday, December 9, 2019, 08:08 AM CST



Michael; it's finally time for **you** to become the stock market predator, to stop fearing the markets, and to start to feast on mouthwatering profits.

You just made a smart decision to join me in my Raptor 5 service and I'm excited that you're here. You just gained access to every trading service I have—and remember; that's access to the trading techniques and strategies I've used to build over $7 million in total trading profits to date. Catalyst trades, swing trades, options trades… you name it!

Every week I will deliver to you my highest conviction trades, filtered and selected from the thousands of potential trade ideas that cross my desk every single day of the week.

You can expect these trades in your email inbox and by text message, so be sure to have those email and text alerts turned on in your dashboard.

You'll receive all sorts of different training videos and additional information as well with your subscription to my Raptor 5 trading service.

Welcome Michael! I'm excited that you are here… and you should be too! Thank you for joining me in Raptor 5—here's to your own success and to some great trades together!

Keep an eye out because you can expect your first trade from me very soon!

Sincerely,

*Kyle Dennis*

Kyle Dennis

**How to Access Your Raptor 5 Account**
Visit https://app.ragingbull.com/pages/get-started-raptor-5 using your email
address mikky4one@yahoo.com and your account password.

---

None of our traders, educators, coaches, forum moderators, employees, agents, nor RagingBull.com, LLC (publisher of Raptor 5) are registered as investment advisers nor a broker/dealer with either the U. S.

Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives.

The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account.

These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision.

The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning the accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current.

Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. Any table or data is accurate, though not every trade is represented. Profits and losses reported are actual figures from portfolios each trader manages individually and not on behalf of RagingBull.com, LLC.

Although our employees may answer your general customer service questions, they are not licensed under securities laws to address your specific investment situation. No communication by our employees or agents to you should be deemed as personalized financial advice.

Attachment G       **PX 16, 1278**

This information is protected by the copyright laws of the United States, and international treaties. This information may only be used pursuant to the subscription agreement, and any reproduction, copying, or redistribution (electronic or otherwise, including on the world wide web, by email, or via social media), either in whole or in part, is strictly prohibited without the express, prior written permission of RagingBull.com, LLC, 62 Calef Hwy. #233 Lee, NH 03861, USA.

If you have a current active subscription with Raptor 5 you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at Raptor 5.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Attachment G

**PX 16, 1279**

# ATTACHMENT H

PX 16, 1280

3/20/2020      Yahoo Mail - Welcome to Option Rocket with Kyle Dennis!

Case 1:20-cv-03538-GLR   Document 10-6   Filed 12/07/20   Page 54 of 91

## Welcome to Option Rocket with Kyle Dennis!

**From:**   Kyle Dennis (kyle@biotechbreakouts.com)

**To:**   ▮▮▮▮▮▮▮▮▮▮▮▮

**Date:**   Monday, December 9, 2019, 08:09 AM CST



Your account has now been fully activated.

**Site Access**

You may now access your content by logging in to your account at...

- https://app.ragingbull.com/member/login
- **Use your email address to login**
- **Password:** The Password you chose at checkout or your current RagingBull password if you are already a member.

Feel free to email us if you have any questions or concerns. Also, please white list and add the following emails mailer@infusionsoft.com, mailer@infusionmail.com, noreply@infusionsoft.com and kyle@biotechbreakouts.com to your contacts to ensure email delivery.

**Membership Information**

Congrats! You have just joined the best biotech trading newsletter in the stock market!

3/20/2020
Yahoo Mail - Welcome to Option Rocket with Kyle Dennis!
Case 1:20-cv-03538-GLR   Document 10-6   Filed 12/07/20   Page 55 of 91

Using my I.G.N.I.T.E. strategy, Option Rocket will locate the stock market's best option opportunities with pinpoint accuracy. This system provides you with trades that have maximum profit potential and limited downside risk.

Now let's get started!

Sincerely,

*Kyle Dennis*

**Kyle Dennis**

---

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Remove me from Premium Email List

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

# ATTACHMENT I

PX 16, 1283

## Welcome to Dollar Ace

From: The Dollar Ace (support@ragingbull.com)

To: ██████████████████

Date: Monday, December 9, 2019, 08:09 AM CST



Michael,

> *"It's not what you know… it's who you know."*

As it turns out, it's actually **_both_**; you just need to know where to look. And now I am going to let you in on the strategy that's helped me leverage my own trading results, all through my unusual option activity scanners.



I've put together a short introductory video for you which will take just a couple of minutes; I encourage you to watch that now, and you will find it in your Dollar Ace trading dashboard here (login using the account password you selected). **Then come back here for what I have to tell you next…**

## What Is "Unusual Options Activity"?

One of the most puzzling things in the universe to physicists is gravity. Correct—gravity. The stuff that makes apples fall… the invisible glue that holds everything in place. You can see the effects of gravity but it can be difficult to actually quantify it; heck, even Einstein had trouble!

Similarly you can see the *effects* of Unusual Options Activity on any given day. Options, and their underlying stocks, can make very big moves, and you need only look at any day's stock market reports to observe the big winners and big losers. And these massive increases or decreases often seem to have nothing to do with what the markets are doing.

I define "Unusual Options Activity" as the huge bets that traders are making in the options market. We search and follow for them because they are seriously **_huge_** bets. We don't know who is making them, but we do know that the bets themselves are strange and large; they really stick out!

And often, these bets are made ahead of news that is upcoming and unknown by 99% of traders on Wall Street. And that's my job; to search for these bets, filter out the noise, and deliver them to you.

Done! KERCHING!

## Profiting From Unusual Options Activity

Unusual options activity tells the behind-the-scenes story of the important "hidden" deals and transactions within publicly traded companies. These transactions happen mainly out of sight but they can have a **massive impact** on the company's trading prices in the stock markets. Unusual options activity are like the hidden hand that moves the visible needle, and that allow us to make massive profits.

By watching these "insider trades" we are following the big money, and when I see that kind of unusual options trading activity, I am going to be alerting you to it.

Attachment I                                    **PX 16, 1285**

With *Dollar Ace* I use my scanners to expose information that most investors do not know where to find (and that Wall Street certainly wants to keep quiet!) and that allows us to generate potentially massive returns on a weekly basis.

In fact these scanners are so powerful that some years back I decided never to trade without them ever again; they are THAT powerful!

My scanners track down the biggest potential movers (whether they are headed, up or down doesn't matter; we can profit from both types of big moves!) and tracks "insider" information on those companies. **This allows us to score BIG, and what's more <span style="color:red">this method works in a bull OR bear market</span>.**

## Eagles or Dogs? Bring 'Em On!

You can typically expect me to target my scanners at $1-or-less options contracts which can then set us up for these types of massive gains. And it doesn't need to be a massive rise in a company's favor in the market. Eagles or dogs… bring 'em on, because when we can pinpoint the *type* of unusual options activity **– *see how the big money is betting* –** we know what type of trade to make.

Now remember; <u>I do all the heavy lifting</u>. I will find and interpret the information that my scanners send me. But there is another advantage to your membership which is the trader updates and special videos that I will be sending out to you.

These will add to your knowledge of trading and help you understand the insider information we mine from our scanner. It will teach you to implement strategies, manage risk, and most importantly - spot these trades *BEFORE* they explode.

## What to Expect Now

Very soon I will start alerting you to these trades via email and SMS, along with the price and profit targets, and ongoing portfolio and individual trade updates. The emails and alerts give you everything you need to know to make practical, profitable use of my trade scanners.

And the great thing is; just like gravity, you do not need to understand how unusual options activity works… it just works! It helped propel my own trading to over $7 million in trading profits. And as I mentioned; I would *NEVER* consider trading without my unusual options activity scanner primed and targeted.

Attachment I                              **PX 16, 1286**

Expect our first *Dollar Ace* trade together very soon.

Sincerely,

*Kyle Dennis*

Kyle

**Accessing Your *Dollar Ace* Account:**
**Login Here:** https://app.ragingbull.com/
**Username:** ███████████
**Password:** The one you selected

None of our traders, educators, coaches, forum moderators, employees, agents, nor RagingBull.com, LLC (publisher of The Dollar Ace) are registered as investment advisers nor a broker/dealer with either the U. S.

Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives.

The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account.

These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision.

The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment,and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith,but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning the accuracy, completeness,correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current.

Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. Any table or data is accurate, though not every trade is represented. Profits and losses reported are actual figures from portfolios each trader manages individually and not on behalf of RagingBull.com, LLC.

Although our employees may answer your general customer service questions, they are not licensed under securities laws to address your specific investment situation. No communication by our employees or agents to you should be deemed as personalized financial advice.

This information is protected by the copyright laws of the United States, and international treaties. This information may only be used pursuant to the subscription agreement, and any reproduction, copying, or redistribution (electronic or otherwise, including on the world wide web, by email, or via social media), either in whole or in part, is strictly prohibited without the express, prior written permission of RagingBull.com, LLC, 62 Calef Hwy. #233 Lee, NH 03861, USA.

If you have a current active subscription with The Dollar Ace you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at thedollaracecom.

If you have a current active subscription with The Dollar Ace you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at The Dollar Ace.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

# ATTACHMENT J

PX 16, 1289

3/20/2020    Yahoo Mail - Request #652980: How would you rate the support you received?

Case 1:20-cv-03538-GLR   Document 10-6   Filed 12/07/20   Page 63 of 91

Request #652980: How would you rate the support you received?

From:    BioTechBreakouts Support (kyle@biotechbreakouts.com)

To:      ████████████████████

Date:    Friday, December 13, 2019, 09:04 AM CST

##- Please type your reply above this line -##

Hello mikky mikky,

We'd love to hear what you think of our customer service. Please take a moment to answer one simple
question by clicking either link below:

**How would you rate the support you received?**

Good, I'm satisfied

Bad, I'm unsatisfied

Here's a reminder of what this request was about:

   **mikky mikky**
         Dec 12, 9:57 AM EST

Hello Kyle,
What are we supposed to do with the watchlist? Trade them or wait for instructions?

Regards,

Mike.

Psalm 27

3/20/2020                         Yahoo Mail - Request #652980: How would you rate the support you received?

Case 1:20-cv-03538-GLR   Document 10-6   Filed 12/07/20   Page 64 of 91

On Thursday, December 12, 2019, 08:12:45 AM CST, Kyle Dennis <kyle@biotechbreakouts.com>
wrote:

|
| |
|
|
| |

|

|
|
|
| |


| |

|


|
|
Good morning,

Here are some names that I'll be watching today.

Most Unusual Calls

1841 ATVI January 3 2020 $57.50 Calls for .99

900 MNST December 20 2019 $63 Calls for .40

1799 BILI January 17 2020 $20 Calls for .25

1617 BMY February 20 2020 $75 Calls for .15

Most Unusual Puts

Attachment J                    **PX 16, 1291**

3/20/2020                    Yahoo Mail - Request #652980: How would you rate the support you received?

Case 1:20-cv-03538-GLR   Document 10-6   Filed 12/07/20   Page 65 of 91

2268 MT January 3 2020 $17 Puts for .40

Cheers,


Kyle Dennis

BiotechBreakouts.com

|

|

|

|

|

|

Members' Core Principles

Dollar Ace Trade Alert Videos

Review Every Relevant Trade Detail With These Dollar Ace Video Alerts

Dollar Ace Training Videos

"INSIDER INFORMATION" REVEALS $1 OPTION CONTRACTS THAT CAN SET YOU UP FOR MONUMENTAL GAINS

| |


RagingBull, LLC

62 Calef Hwy. #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Dollar Ace


Attachment J                    **PX 16, 1292**

3/20/2020                    Yahoo Mail - Request #652980: How would you rate the support you received?

Case 1:20-cv-03538-GLR   Document 10-6   Filed 12/07/20   Page 66 of 91

Questions or concerns about our products?
Call or text us on your mobile: 833-265-1270

© Copyright 2019, RagingBull

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for

Attachment J                                   **PX 16, 1293**

3/20/2020                    Yahoo Mail - Request #652980: How would you rate the support you received?

Case 1:20-cv-03538-GLR   Document 10-6   Filed 12/07/20   Page 67 of 91

RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC. |

|

|

|   |

|

|

|

Thank You for Contacting Support.

[OL40WK-7Q84]

Attachment J                    **PX 16, 1294**

5/5

# ATTACHMENT K

PX 16, 1295

## Sniper Report: Added SELB

From:   Kyle Dennis (kyle@biotechbreakouts.com)

To:   ███████████████

Date:   Tuesday, December 10, 2019, 01:53 PM CST



### Raptor5 Replay! Kyle Gave Away a Brand New Service, FREE!

Good afternoon,

**I added 3196 more shares of SELB at $1.59 to bring myself to 10k shares at $1.52 average. Second and final time adding here.**

Remember, the company has a few catalysts coming up.

1. They will meet with the FDA regarding their Phase 3 trial design in January.

2. They'll have Phase 2 interim data in the first quarter. If I had to guess it's looking like late February or March, since the trial will be fully enrolled by the end of this year or in January. We should get a more defined timeline then.

3. They'll have the full data readout for that trial in the middle of 2020.

Cheers,

*Kyle Dennis*

Kyle Dennis
BiotechBreakouts.com


## Members' Core Principles

Attachment K       **PX 16, 1296**



## Kyle's Trading Academy

Enjoy Hours of Expertly Crafted
Research and Education in
Kyle's Trading Academy



## Your Daily Plan Part 1

Let Me Show You How To
Develop the Keys To a
Profitable Routine

### RagingBull, LLC

62 Calef Hwy. #233, Lee, NH 03861

<u>Manage Email Preferences</u> | <u>Unsubscribe All*</u>

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you
will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Sniper Report

Questions or concerns about our products?☐
Call or text us on your mobile: 833-265-1270

© Copyright 2019, RagingBull

Neither Kyle Dennis nor <u>RagingBull.com</u>, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling of securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any

and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

Attachment K                    **PX 16, 1298**

# ATTACHMENT L

PX 16, 1299

## Re: [BioTechBreakouts] Re: Cancel My Subscription for refund

From:    mikky mikky █████████████████

To:       support+id654575@biotechbreakouts.zendesk.com

Date:    Thursday, January 23, 2020, 11:19 AM CST

Hello Adam,

There must be something you can do about this. I am not using this services. The recommendations come late and so many of them are not suitable for my account. I have lost too much money and I don't want to lose this or any more. Please call me so you let me know how you can help recover this money.

*Thanks and Regards,*

*Mike.*

████████

# *Psalm 27*

On Wednesday, January 8, 2020, 08:05:42 AM CST, Adam (BioTechBreakouts) <support@biotechbreakouts.zendesk.com> wrote:

##- Please type your reply above this line -##

Your request (654575) has been solved. To reopen this request, reply to this email. See the latest comments below:

 **Adam (BioTechBreakouts)**
Jan 8, 9:05 AM EST

Hey there,

Thank you for speaking with me on the phone this morning. I hope I did not wake you :)

Just to reiterate, we are not going to refund you per the refund policy you agreed to upon purchase of our product.

we do not offer refunds per the terms and conditions you agreed to upon purchase.

See here our refund policy.

https://ragingbull.com/refund-policy/

However, if you would like a switch, we can do that for you.


Adam
VIP Client Services
(833) 265-1270
https://ragingbull.com
https://ragingbull.com/our-experts
https://www.linkedin.com/company/ragingbull
https://www.facebook.com/RagingBullTrading



---

 **mikky mikky**
Jan 6, 4:20 PM EST

Hello Adam,
I don't have any problem calling you but the issue is that no one ever picks. And I

would be left with the choice for someone to call me back later. When they call back,
it wouldn't be you.
Please feel free to call me between 10 and 2pm tomorrow. Or you can drop your
direct line.

Regards,

Mike.



Psalm 27

---

 **Adam** (BioTechBreakouts)
Jan 3, 8:58 AM EST

Hey there,

I tried giving you a call. Can you call me back at 833-265-1270. I do not want to
keep bantering back and forth. I really do want to help you. Listen, I am on your
team. Lets chat and figure this out together :).


Adam
VIP Client Services
(833) 265-1270
https://ragingbull.com
https://ragingbull.com/our-experts
https://www.linkedin.com/company/ragingbull
https://www.facebook.com/RagingBullTrading





**mikky mikky**

Jan 2, 9:21 AM EST

Hello Adam,

You're sending me this refund policy page after I had requested cancelation for refund.
I DID NOT AGREE TO ANY NO REFUND POLICY UPON PURCHASE!

The only help I want is get my refund.

I can be reached anytime during the day.

Thank you!

Mike.

> On Jan 2, 2020, at 07:41, Adam (BioTechBreakouts)
> <support@biotechbreakouts.zendesk.com> wrote:
>
>



**Adam** (BioTechBreakouts)

Jan 2, 8:41 AM EST

Hey there Michael.

I am sorry you did not get ahold of anyone. However, I would love to help you. What would be a good time to call. Better yet, go ahead and call in when you are ready and I will help you there.

But again to reiterate, we do not offer refunds per the terms and conditions you agreed to upon purchase.

See here our refund policy.



**https://ragingbull.com/refund-policy/**

Adam
VIP Client Services
(833) 265-1270
https://ragingbull.com
https://ragingbull.com/our-experts
https://www.linkedin.com/company/ragingbull
https://www.facebook.com/RagingBullTrading



---



**mikky mikky**
December 30, 2019, 9:21 AM EST

Hello Adam,

I called per your request last week. I couldn't speak with you but with a lady. All I want is a refund. I do not want another service. Don't force any service/s on me, please!

Thanks and regards,

Mike.

> On Dec 30, 2019, at 07:47, Adam (BioTechBreakouts)
<support@biotechbreakouts.zendesk.com> wrote:
>
>

---

 **Adam** (BioTechBreakouts)
December 30, 2019, 8:47 AM EST

Hey there,

Thank you for your email. I am in no way insinuating that you are "a baby" I am just trying to help you. I am here to work for you.

 Like I said in the email before, I would love to help go over your options with you but we have to do that over the phone.


Adam
VIP Client Services
(833) 265–1270
https://ragingbull.com
https://ragingbull.com/our–experts
https://www.linkedin.com/company/ragingbull

https://www.facebook.com/RagingBullTrading





**mikky mikky**

December 26, 2019, 9:40 AM EST

Adam,

I'm not a baby! If I agreed to a term, I wouldn't come back for changes. I wasn't informed of any policy, let alone agreeing to such. I'm sure you should have it recorded somewhere.

I'm beginning to see this as a scam. And I'm being left with no other choice than to believe so.

Please don't force this on me. There's an exception to every rule. You made a mistake by not telling me before hand. Own up to it and do the needful. I know you're a corporation. You have money, don't take my little bit.

Thanks and Regards,

Mike.

> On Dec 26, 2019, at 08:07, Adam (BioTechBreakouts)
<support@biotechbreakouts.zendesk.com> wrote:
>
>

**Adam** (BioTechBreakouts)



December 26, 2019, 9:07 AM EST

Hey there,

Thanks for emailing in. I am sorry the phone call did not go the way you wanted.

You agree to our no refund policy upon purchase of the product. See here our refund policy.

[https://ragingbull.com/refund-policy/](https://ragingbull.com/refund-policy/)

We would be more than happy to see about switching you or even upgrading you to another program if necessary.

Adam
VIP Client Services
(833) 265-1270
https://ragingbull.com
https://ragingbull.com/our-experts
https://www.linkedin.com/company/ragingbull
https://www.facebook.com/RagingBullTrading



---

 **mikky mikky**

December 23, 2019, 2:03 PM EST

Hello Adam,

I called as requested. I spoke with a lady. All she was able to tell me was that the refund policy only allows refund within 48hrs. No one told me this at the point of purchase. It wasn't even stated on the receipt sent to me.

I called back after after 4 days to cancel the subscriptions. I deserve to know this during purchase or have it stated on the receipt.

Like I said earlier, please go ahead and cancel and block the account.

Regards,

Mike.

> On Dec 23, 2019, at 09:55, Adam (BioTechBreakouts)
<support@biotechbreakouts.zendesk.com> wrote:
>
>

 **Adam** (BioTechBreakouts)
December 23, 2019, 10:55 AM EST

Hey there,

Thanks for your email. As I stated earlier we would need you to call in if you would like to go over our options. You did agree to our no refund policy. However, I would love to help you over the phone and go over your options with you

Adam
VIP Client Services
(833) 265-1270
https://ragingbull.com
https://ragingbull.com/our-experts
https://www.linkedin.com/company/ragingbull

Attachment L            **PX 16, 1308**

https://www.facebook.com/RagingBullTrading



---

 **mikky mikky**
December 20, 2019, 3:30 PM EST

Hello Adam,
Thanks for your response. However, I didn't agree to any "No Refund Policy" during purchase. Purchase was done over the phone and no one mentioned any form of "no refund policy". Please proceed to cancel and refund to my card.

Thanks and Regards,

Mike.


Psalm 27

---

 **Adam** (BioTechBreakouts)
December 20, 2019, 3:02 PM EST

Hey there,

Thank you for reaching out. I hope you are well.
If you are trying to get a refund, we do not provide those over email.

The best thing to do is call our VIP team. There is no guarantee of a refund since you agreed to our no refund policy upon purchase of the product. See here our refund

policy.
https://ragingbull.com/refund-policy/

We would be more than happy to see about switching you or even upgrading you to
another program if necessary.
Please call during trading hours. If you cannot get ahold of them leave a voicemail
and they will get back to you in 24-48
hours.

IF you still have issues and do not hear back with 24-48 hours, go ahead and email
back. I can see what I can do.
Feel free to call 1 833-265-1270 for more information.


Adam
VIP Client Services
(833) 265-1270
https://ragingbull.com
https://ragingbull.com/our-experts
https://www.linkedin.com/company/ragingbull
https://www.facebook.com/RagingBullTrading



---

  **mikky mikky**
December 16, 2019, 12:48 PM EST

I signed up for the Raptor 5 on Monday the 9th of December. Two days later I
realized it wasn't for me. Alerts are late and the trades are not what I expected.

So I called to cancel this subscription. Someone answered and told me it wasn't possible. No one told me cancelation wasn't possible at the time of signing up. In fact, the previous subscriptions I had were just canceled to be able to sign up. So the same gentleman suggested a different service instead, which I didn't agree with.

However, the new service is way too advanced for me. Most of the trades I don't have clearance to partake. I don't even understand what they say.

So I am requesting a total cancelation and refund.

Thank you.
Mike.

]

Thank You for Contacting Support.

[7OY99L-WEYR]

Attachment L                    **PX 16, 1311**

# ATTACHMENT M

PX 16, 1312

## Jeff Williams Speaks Out

From:   Jason Bond (jason@jasonbondpicks.com)

To:   ██████████████

Date:   Tuesday, May 26, 2020, 05:30 AM CDT



Rumors are circulating.

He's officially breaking his silence.

<u>This Thursday May 28th at 3pm ET,</u> Jeff Williams will take the LIVE stage and answer any and all outstanding questions about the small account strategy he's using to generate huge gains from a small account in barely any time.

His strategy has produced...

$6,700 → $25,100 in 5 months
$5,000 → $16,000 in 2 months
$5,000 → $35,000 in 6 months
$3,000 → $30,000 in 5 months
$3,000 → $20,177 in 2 months

And most recently… $500 → $10,758

Attachment M       **PX 16, 1313**

## A 2,051% increase in… **58 TRADING DAYS.**

People are saying it's fake, saying he didn't really do it, but Jeff claims he has the cold hard proof, and he'll lay all his card on the table at Thursday's 3PM ET Live Event.

Not only that, but he says he's generated this astronomical growth in a sector of the market that most people dismiss entirely.

*"It's too risky."*

*"There's not enough upside."*

*"Don't waste your time."*

Jeff says otherwise, and his track record backs him up.

Thursdays 3pm Profit Scan event is sure to not disappoint.

**Limited Seating - REGISTER NOW!**

*Jason Bond*

Jason Bond

Unsubscribe from Jason Bond VIP Newsletter

None of our traders, educators, coaches, forum moderators, employees, agents, nor RagingBull.com, LLC (publisher of Jason Bond Picks) are registered as investment advisers nor a broker/dealer with either the U. S.

Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives.

The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account.

These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision.

The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning the accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current.

Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. Any table or data is accurate, though not every trade is represented. Profits and losses reported are actual figures from portfolios each trader manages individually and not on behalf of RagingBull.com, LLC.

Although our employees may answer your general customer service questions, they are not licensed under securities laws to address your specific investment situation. No communication by our employees or agents to you should be deemed as personalized financial advice.

This information is protected by the copyright laws of the United States, and international treaties. This information may only be used pursuant to the subscription agreement, and any reproduction, copying, or redistribution (electronic or otherwise, including on the world wide web, by email, or via social media), either in whole or in part, is strictly prohibited without the express, prior written permission of RagingBull.com, LLC, 62 Calef Hwy. #233 Lee, NH 03861, USA.

If you have a current active subscription with JBP All Access you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at JBP All Access.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Attachment M          **PX 16, 1315**

The Anatomy Of A Breakout Trade

From:    Jason Bond (jason@jasonbondpicks.com)

To:      ███████████████████████

Date:    Sunday, May 24, 2020, 12:32 PM CDT



Looking For The Next Big Stock Gainer?
Jeff Williams Wants To Show You
Where It Is—LIVE

Join Him on May 28th at 3 PM ET
As Walks You Through A Real-Time Scan
Utilizing His Proprietary Method

**Register Now**

Hey guys and gals,

If you know me, **I love hunting down momentum stocks and uncovering breakouts,**

Today, I want to show you what I believe to be the anatomy of a breakout trade with one of the most-talked-about stocks in the small-cap space recently — Aurora Cannabis (ACB).

The stock went from $5.30 to nearly $20 in just a few trading sessions…

Attachment M                        **PX 16, 1316**

1/3

And I want to show you how to spot potential breakouts because I actually saw it on my scanner, and **alerted subscribers about it in an advance notice email.**

Of course, I missed out on the trade… but that doesn't mean I just forget about it and move on. I actually want to show you how I spotted it and what I could do better next time.

**Click here to continue reading…**

*Jason Bond*

**Jason Bond**

Stop receiving exclusive emails from jason@jasonbondpicks.com

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may be long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Jason Bond Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at JasonBondPicks.com.

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Attachment M                    **PX 16, 1317**

Unsubscribe from all RagingBull Emails

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Attachment M          **PX 16, 1318**