UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**RAGINGBULL.COM, LLC**, et al.,<br><br>Defendants. | Case No. 1:20-cv-3538 |

### ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION FOR LEAVE TO FILE MEMORANDIUM IN EXCESS OF PAGE LIMITATION

Plaintiff Federal Trade Commission ("FTC") filed a motion under Rule 105(3) of the Local Rules of the District of Maryland requesting leave to file a 55 page Memorandum in support of its Emergency Motion for Temporary Restraining Order with Asset Freeze, Appointment of a Temporary Receiver, Other Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("TRO Motion").

Having reviewed the FTC's motion, and good cause being shown, **it is hereby ordered** that the FTC's motion is granted, and the FTC shall be allowed a total of 55 pages to file its TRO Motion.

Date: 12/7/2020

**George L. Russell, III**
**United States District Judge**

1