# Notice of Filing of Plaintiff's Exhibits to Emergency Motion for Temporary Restraining Order (Docket No. 2)

## PX17 to PX21, PX23 to PX26