## DECLARATION OF NOVA HOLNESS
### Pursuant to 28 U.S.C. § 1746

I, Nova Holness, have personal knowledge of the facts and matters set forth below. If called as a witness, I could and would testify as follows:

1. My name is Nova Holness. I am over the age of twenty-one and I live in East Meadow, New York.

2. On or about February 7, 2020, I decided I wanted to learn how to trade stocks because a friend of mine talked about successfully trading and I wanted to supplement my retirement income.

3. I went on the Internet and searched for training on stock trading. I found a free webinar called Jason Bond Picks and I decided to watch it. This is a service through a company called Raging Bull. Jason Bond was the trainer on the webinar. He talked about how much money he has made in the stock market and how his former students made a lot of money and are now trainers with him. Jason talked about the stock picks he made and how much money he made from the trades, and he emphasized that this was a great program for someone inexperienced and new to trading. He also said that he would send out alerts of trades he made to his subscribers so that they could follow what he was doing to make the same trades and make money. Jason told the viewers to read the reviews of Raging Bull on the TrustPilot website because we would see many positive reviews. I did go to the website and I did read positive reviews.

4. I decided to purchase the service for $799 because he said I could make money to supplement my retirement income even without any prior experience. Also, I am a retired teacher and Jason Bond said he had been a teacher and now makes more money trading stocks. This resonated with me. I paid by credit card. Right after I purchased Jason Bond Picks, while I was still checking out, I received an offer for another program called Weekly Windfalls. It said that it would give me an opportunity to make even more money. I decided to purchase it for $1497.

1

**PX 17, 1319**

5. I started to receive emails from Raging Bull right after I signed up. I would get approximately 25 emails per day. Approximately a few days later, I received an email from Raging Bull about another service called Dollar Ace. The email made it sound like this program would improve my chances for success. I decided to purchase this as well for $1499. I believe that as I was checking out, I received another offer for a program called FDA Insider Alerts for $497. The marketing also made it sound like the product would improve my success, so I purchased it with a credit card. During this time, I also spent $5 on a program called Jackpot Trades, but I am not sure if that was from an offer I received during checkout or a separate offer. I spent approximately $4297 total for all of the Raging Bull services I bought. I was hoping that I would be able to pay off my credit card quickly from the money I made using these products. Attached as **Attachment A** is a true and correct copy of the receipts of the transactions and my credit card statement.

6. After signing up for the programs, I participated in one of the webinar training sessions. I realized that this training was completely over my head. I listened for over 2 hours and could not understand anything. I also saw people chatting on the side box of the webinar saying the same thing.

7. One of the promises of the programs was that Jason would send out alerts about the trades he was making so his subscribers could make the same trades. He said he does all the work and we can just copy what he does. However, I saw on the webinar people chatting about how the alerts did not work because they came too late for the subscribers to make the same trades at the same time. After I watched the webinar, I realized that I did not understand what was going on and this was definitely not for a newbie like me. I logged in a few times to my Raging Bull home page to see if I could figure things out, but I could not.

8. I do not recall whether I knew Raging Bull's refund policy before I purchased, but I did read after I purchased that the company did not give out refunds. However, because it had only been a few days and I could not use the service because it was too difficult for

PX 17, 1320

me, I decided to call the Raging Bull customer service line and ask for a refund. Since it had been less than a week, I thought the company might make an exception. I told a company representative that I needed a refund because these programs were not for novices like me, but were for people who knew what they were doing. He told me that there were no refunds, but that I could pay him $6000 more and he would get me the coaching help I needed to be successful. I told him that I could not afford to pay $6000 more—especially after I just spent over $4000 for the programs. He would not give me a refund. I asked him if I could switch to another program that would be better suited for me, and he told me he would check and get back to me. The representative did not call me back.

9.    I then emailed Raging Bull to cancel my subscriptions and ask for a refund. First, I received an email from Adam at Raging Bull telling me that Raging Bull cancelled the Jason Bond Picks subscription auto renewal. He said nothing in the email about a refund. I emailed back that I would also like a refund because I was lead to believe that the program was for beginners, but it was not. I received an email back saying that he could not give me a refund. He said I could call a VIP line to ask about another program, but I did not do that. At this point, I just wanted my money back. Attached as **Attachment B** are true and correct copies of the emails.

10.   After this, I searched online to see if there were complaints about Raging Bull. I found some on a website called daytradereview.com. Attached as **Attachment C** are a few of the reviews that I found online. I also found some complaints on the Better Business Bureau ("BBB") website.

11.   On approximately February 19, 2020 I called the credit card company to see if I could do a chargeback. The credit card company started the chargeback process.

12.   On approximately February 27, 2020, I received an email from someone named Ladd at Raging Bull, possibly in the customer service department. He told me that he understands that I am disputing the charges. He reminded me that I purchased the

3

services on February 8 and 10, and that I had been accessing the member website for a "few weeks." However, as shown in the screenshot he inserted in the email, I logged in the day I ordered the program on February 8, 2020 and daily until February 14, 2020 when I asked for a refund. I had to look at the materials and listen to the webinar to realize that I could not understand the materials and I was in over my head. I also logged in on February 19. Attached as **Attachment D** is a true and correct copy of the email.

13.    Apparently, Raging Bull also sent this information to my credit card company, and argued that because I accessed the program, the credit card company should deny my chargeback request. The credit card company agreed and denied my chargeback.

14.    After the credit card company denied the chargeback, I filed a complaint with the BBB. I have not received my money back, and on April 14, 2020 the BBB told me that Raging Bull has not responded to my complaint. Attached as **Attachment E** is a true and correct copy of the email from the BBB.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _May 6_, 2020
East Meadow, New York

_Nova Holness_
Nova Holness

4

/3

**From:** RagingBull.com, LLC <receipts+acct_1DTsNJCSThvwjdTa@stripe.com>
**To:** ███████████████████████
**Subject:** Your receipt from RagingBull.com, LLC #2010-6221
**Date:** Sat, Feb 8, 2020 1:12 am



# Receipt from RagingBull.com, LI

Invoice #D8082290-0001
Receipt #2010-6221

**AMOUNT PAID**          **DATE PAID**            **PAYMENT ME**
$799.00                  February 8, 2020         ███████████

**SUMMARY**

**FEB 8, 2020**

Video Training Collection × 1

Day Trading Playbook × 1

Strategy Course × 1

**Attachment A**          **PX 17, 1323**

*15*

**From:** RagingBull.com, LLC <receipts+acct_1DTsNJCSThvwjdTa@stripe.com>

**To:** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

**Subject:** Your receipt from RagingBull.com, LLC #2672-4964

**Date:** Sat, Feb 8, 2020 1:32 am



# Receipt from RagingBull.com, Ll

Invoice #D8082290-0002

Receipt #2672-4964

**AMOUNT PAID**          **DATE PAID**              **PAYMENT ME**

$1,497.00               February 8, 2020           ▉▉▉▉▉▉▉

**SUMMARY**

FEB 8, 2020 – FEB 8, 2021

Weekly Windfalls × 1                               $

**Amount paid**                                    $

Case 1:20-cv-03538-GLR    Document 12-1    Filed 12/07/20    Page 7 of 28

**From:** RagingBull.com, LLC <receipts+acct_1DTsNJCSThvwjdTa@stripe.com>

**To:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**Subject:** Your receipt from RagingBull.com, LLC #2645-4483

**Date:** Mon, Feb 10, 2020 1:00 am



# Receipt from RagingBull.com, LL

Invoice #D8082290-0003

Receipt #2645-4483

| AMOUNT PAID | DATE PAID | PAYMENT M |
|---|---|---|
| $1,499.00 | February 10, 2020 | ▇▇▇▇▇▇ |

**SUMMARY**

FEB 10, 2020 – FEB 10, 2021

Dollar Ace × 1

**Amount paid**  $

**Attachment A**

**PX 17, 1325**

4/23/2020, 10:06 PM

4

**From:** RagingBull.com, LLC <receipts+acct_1DTsNJCSThvwjdTa@stripe.com>
**To:** ████████████████████████
**Subject:** Your receipt from RagingBull.com, LLC #2742-7184
**Date:** Mon, Feb 10, 2020 3:04 am



# Receipt from RagingBull.com, LI

Invoice #D8082290-0005
Receipt #2742-7184

**AMOUNT PAID**
$497.00

**DATE PAID**
February 10, 2020

**PAYMENT MI**
████████████

**SUMMARY**

FEB 10, 2020 – FEB 10, 2021

FDA Insider Alerts × 1

**Amount paid**

**Attachment A**

**PX 17, 1326**

4/23/2020, 10:07 PM

3

## Detail Continued

| | | | | Amount |
|---|---|---|---|---|
| | | | | |
| 02/07/20 | WEEKLY WINDFALLS +18332651270 | LEE | NH | $1,497.00 |
| 02/07/20 | JASONBONDPICKS.COM +18332651270 | LEE | NH | $799.00 |
| 02/09/20 | JACKPOT TRADES +18332651270 | LEE | NH | $5.00 |
| 02/09/20 | DOLLAR ACE +18332651270 | LEE | NH | $1,499.00 |
| 02/10/20 | FDA INSIDER ALERTS +18332651270 | LEE | NH | $497.00 |

## Fees

| | Amount |
|---|---|
| | $0.00 |

**Total Fees for this Period**

## Interest Charged

| | Amount |
|---|---|

## About Trailing Interest

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest." Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

(v) Variable Rate



-----Original Message-----
To: support@ragingbull.com
Sent: Wed, Feb 12, 2020 11:50 pm
Subject: Re: CANCELLATION of JASON BONDS PICK

**TO WHOM IT MAY CONCERN:**

**I bought this program 4 days ago and I was told that it was informed by Jason that beginners could function in this program.**
**After a few days of this program I strongly disagree.This program is not geared for someone who has never traded before.**
**I am completely overwhelmed. I have no idea what's going on. I listened to your webinar last Monday, for over two hours, and**
**understood nothing. Your alerts: clueless. Someone who has some experience in trading will be able to understand.**
**I would like to cancel this subscription, invoice #D8082290-0001, and have my money refunded to my credit card, effective immediately.**
**Thank you.**

**Nova**

-----Original Message-----
From: RagingBull.com, LLC <receipts+acct_1DTsNJCSThvwjdTa@stripe.com>
To: ███████████████████████
Sent: Sat, Feb 8, 2020 1:12 am
Subject: Your receipt from RagingBull.com, LLC #2010-6221



Receipt from RagingBull.com, LLC

Invoice #D8082290-0001
Receipt #2010-6221

AMOUNT PAID          DATE PAID          PAYMENT METHOD

**Attachment B**          **PX 17, 1328**

$1,499.00          February 10, 2020          ███████████

**SUMMARY**

FEB 10, 2020 – FEB 10, 2021

Dollar Ace × 1                                              $1,499.00

**Amount paid**                                            **$1,499.00**

If you have any questions, contact RagingBull.com, LLC at
support@ragingbull.com or call at +1 833-265-1270.

Download as PDF

Something wrong with the email? View it in your browser.
You're receiving this email because you made a purchase at RagingBull.com, LLC, which
partners with Stripe to provide invoicing and payment processing.

**Attachment B**

**PX 17, 1329**



-----Original Message-----
To: support+id683517@jasonbondpicks.zendesk.com
Sent: Thu, Feb 13, 2020 11:20 pm
Subject: Re: [Jason Bond Picks] Re: Cancellation of Jason Bond Picks

TO WHOM IT MAY CONCERN:

THIS REQUEST IS NOT RESOLVED!!
Not only do I want my subscription stopped I also want my money refunded to my credit card.
Now I was lead to believe that this program is for beginners. It is not!!! I was mislead!
Again, please cancel this subscription and refund my money to my credit card.
Thank you.

Nova


-----Original Message-----
From: Adam (RagingBull.com ) <support@jasonbondpicks.zendesk.com>
To: ███████████████████
Sent: Thu, Feb 13, 2020 3:27 pm
Subject: [Jason Bond Picks] Re: Cancellation of Jason Bond Picks

##- Please type your reply above this line -##
Your request (683517) has been solved. To reopen this request, reply to this email. See the
latest comments below:

  **Adam (Jason Bond Picks)**
Feb 13, 3:27 PM EST

Hey there,

Thanks for reaching out. I have cancelled your Jason Bond Picks
subscription auto renewal. You will continue to have access until the end of
the current term but won't be charged again. Do not reactivate if you do not
wish to continue.

We're always trying to get the best product out there we can. If you don't
mind what was the reason that you are not wanting to renew? We have

**Attachment B**                                    **PX 17, 1330**

products for all types of trading, if you didn't have success with your last subscription there's a good chance we do offer one that will really be an asset for you.

If you are serious about developing a profitable trading strategy we can help. In fact, if you give us a call (833) 265-1270, and tell us what you are looking for, we can explore what opportunity would be best going forward.

We look forward to hearing from you.

Adam

---

 

Feb 13, 1:29 PM EST

TO WHOM IT MAY CONCERN:

I bought this program 4 days ago and I was told that it was informed by Jason that beginners could function in this program.
After a few days of this program I strongly disagree.This program is not geared for someone who has never traded before.
I am completely overwhelmed. I have no idea what's going on. I listened to your webinar last Monday, for over two hours, and
understood nothing. Your alerts: clueless. Someone who has some experience in trading will be able to understand.
I would like to cancel this subscription, invoice #D8082290-0001, and have my money refunded to my credit card, effective immediately.
Thank you.

Nova

]

Thank You for Contacting Support.



-----Original Message-----
To: ████████████████
Sent: Fri, Feb 14, 2020 12:18 am
Subject: Re: CANCELLATION OF FDA INSIDER ALERTS , LLC #2742-7184

-----Original Message-----
From: ██████████████████████
To: support <support@ragingbull.com>
Sent: Thu, Feb 13, 2020 12:24 am
Subject: Re: CANCELLATION OF FDA INSIDER ALERTS , LLC #2742-7184

TO WHOM IT MAY CONCERN:

I bought this program, FDA INSIDER ALERTS, two days ago. I was informed that it was suitable for beginners. I strongly disagree.I was mislead.
I'm completely overwhelmed. When I receive your email alerts I'm completely clueless.
This program is for someone who has some experience with trading, This definitely does not apply to me, since I'm a newbie and have
never traded before.
I would like to cancel this subscription, invoice #D8082290-0005, and have the money refunded to my credit card, effective immediately.
Thank you.

Nova

-----Original Message-----
From: RagingBull.com, LLC <receipts+acct_1DTsNJCSThvwjdTa@stripe.com>
To: ████████████████████
Sent: Mon, Feb 10, 2020 3:04 am
Subject: Your receipt from RagingBull.com, LLC #2742-7184

**Attachment B**

**PX 17, 1332**



# Receipt from RagingBull.com, LLC

Invoice #D8082290-0005

Receipt #2742-7184

**AMOUNT PAID**
$497.00

**DATE PAID**
February 10, 2020

**SUMMARY**

| FEB 10, 2020 – FEB 10, 2021 | |
|---|---|
| FDA Insider Alerts × 1 | $497.00 |
| **Amount paid** | **$497.00** |

If you have any questions, contact RagingBull.com, LLC at support@ragingbull.com or call at +1 833-265-1270.

Download as PDF

Something wrong with the email? View it in your browser.
You're receiving this email because you made a purchase at RagingBull.com, LLC, which partners with Stripe to provide invoicing and payment processing.

**Attachment B**

**PX 17, 1333**



-----Original Message-----
To: support@ragingbull.com
Sent: Thu, Feb 13, 2020 12:15 am
Subject: Re: CANCELLATION OF DOLLAR ACE LLC #2645-4483

TO WHOM IT MAY CONCERN:

I bought this program, Dollar Ace, two days ago. I was informed that it was suitable for beginners. I strongly disagree.I was mislead.
I'm completely overwhelmed. When I receive your email alerts I'm completely clueless.
This program is for someone who has some experience with trading, This definitely does not apply to me, since I'm a newbie and have
never traded before.
I would like to cancel this subscription, invoice #D8082290-0003, and have the money refunded to my credit card, effective immediately.
Thank you.

Nova


-----Original Message-----
From: RagingBull.com, LLC <receipts+acct_1DTsNJCSThvwjdTa@stripe.com>
To: ███████████████████
Sent: Mon, Feb 10, 2020 1:00 am
Subject: Your receipt from RagingBull.com, LLC #2645-4483



Receipt from RagingBull.com, LLC

Invoice #D8082290-0003
Receipt #2645-4483

AMOUNT PAID         DATE PAID         PAYMENT METHOD

Attachment B                          **PX 17, 1334**

$799.00                    February 8, 2020                    ███████████

**SUMMARY**

**FEB 8, 2020**

Video Training Collection × 1                                    $0.00

Day Trading Playbook × 1                                         $0.00

Strategy Course × 1                                              $0.00

**FEB 8, 2020 – FEB 8, 2021**

Jason Bond Picks × 1                                           $799.00

**Amount paid**                                               **$799.00**

If you have any questions, contact RagingBull.com, LLC at
support@ragingbull.com or call at +1 833-265-1270.

Download as PDF

Something wrong with the email? View it in your browser.
You're receiving this email because you made a purchase at RagingBull.com, LLC, which
partners with Stripe to provide invoicing and payment processing.

**From:** Adam (RagingBull.com ) <support@jasonbondpicks.zendesk.com>
**To:** ██████████████████████
**Subject:** [Jason Bond Picks] Re: REFUND & CANCELLATION OF THREE SUBSCRIPTIONS
**Date:** Fri, Feb 14, 2020 2:24 pm

---

##- Please type your reply above this line -##

Your request (684137) has been solved. To reopen this request, reply to this email. See the latest comments below:

---



**Adam** (Jason Bond Picks)

Feb 14, 2:24 PM EST

Hey there,

Thank you for reaching out. I hope you are well.

If you are trying to get a refund, we do not provide those over email.

The best thing to do is call our VIP team. There is no guarantee of a refund since you agreed to our no refund policy upon purchase of the product. See here our refund policy.

https://ragingbull.com/refund-policy/

10

We would be more than happy to see about switching you or even upgrading you to another program if necessary.

Please call during trading hours. If you cannot get ahold of them leave a voicemail and they will get back to you in 24-48 hours. IF you still have issues and do not hear back with 24-48 hours, go ahead and email back. I can see what I can do.

Feel free to call 1 833-265-1270 for more information.

Adam
VIP Client Services
(833) 265-1270
https://ragingbull.com
https://ragingbull.com/our-experts
https://www.linkedin.com/company/ragingbull
https://www.facebook.com/RagingBullTrading

*RagingBull's Exclusive Trader's Summit Sign Up!*





**DAY TRADE** REVIEW

BROKER REVIEWS    CHAT ROOM REVIEWS    SERV

REPLY

**John** on August 8, 2018 at 2:48 pm

This is typical over selling and under delivering. Was a member for 2 years, and the education is OK, nothing you can't find elsewhere. His picks and watchlist are for him to make money and no one else. If you buy his "Long Term" plays which should be HUGE winners, you will be loosing big time! Just look at ROX and LQMT. His Daily watchlist is a joke, he will get in and brag about the wins, never tell you when he gets out on losses... Their customer service is the worst in the world, WORST. They all have an attitude when you email with any questions. If you do them a favor and do something nice for them, Such as report fakes on facebook, you don't even get a thank you.
When you go to cancel, they don't even try to retain their customer... What? This is just a poorly ran PUMP and DUMP!

REPLY

**Vlad** on October 3, 2018 at 6:47 am

Don't sign up it's 100% pump and dump scam. been a member for two years. lost $$$$$

REPLY

**orlando** on October 7, 2018 at 10:00 pm

Yes everything mentioned above is true. I am still currently a member of Jeff Bishops Weekly

Attachment C

PX 17, 1338



**AY TRADE REVIEW**

BROKER REVIEWS      CHAT ROOM REVIEWS      SERVICE REV

REPLY

**orlando** on October 7, 2018 at 10:00 pm

Yes everything mentioned above is true. I am still currently a member of Jeff Bishops Weekly Money Multiplier since I can't cancel, I tried the same day to cancel when I purchased because the video and sales pitch was nothing like the real trading service and they said no refund even thought I made no trades. It is the worst trading service I have ever purchased. I still have 6 months left on my service and am afraid to make any trades when he sends an email alert because most have failed miserably. Many times he will email and SMS alert you and you make the trade 5 minutes later at same price he did. Hours or days later(Who knows when) he will close the trade out because now it does not show up on his live account, but an email or SMS notification will never come reminding you he closed it out. He also LOVES to highlight his wins and say something like " I made 7500 on that trade" as if anyone in their right mind will put that kind of money into one trade when most of the trades go against you. All in all I have made 25 option trades with Weekly Money Multiplier and have lost on most. Like I said I am afraid to trade his picks and do so with only a small amount to try and recoup what I have lost. And the 1499 price tag is definitely not worth it.

REPLY

**Kevin Steele** on November 29, 2018 at 9:48 pm

Be aware of auto renew with no communication. For an entity that sends email with

BROKER REVIEWS    CHAT ROOM REVIEWS

**terry** on November 29, 2019 at 9:39 pm

BEWARE people – I'm seeing a very clear SELL signal for Jason Bond services and do not plan to renew! I signed up for Jason Bond Picks swing trading service end of Oct 2019 and then (after a huge amount of sales pressure with Daymond John special offer price expiring today etc etc) the Weekly Windfalls options trading service in early Nov 2019. To the tune of $1800 paid out in the last month.

I was initially impressed with the volume of overview and training materials on the JB website, as well as the fact that Jason seemed to be relatively open with communicating his watchlists and plans via email and text, and showing his much-vaunted intra-day portfolio/open positions (although I figured out pretty quickly he was manipulating things with a skewed and limited view of his overall P&L).

What I have seen over the last month of my subscription to both services is that:
1) Wins vs losses – so far Jason seems to lose a lot more than he wins – I estimate he lost about $150,000 in Nov. in Weekly Windfalls alone, particularly toward the end of the month. As I became more suspicious of his claims of profits, I started taking screen shots of his intra-day portfolio so I could actually have a record of his P&L to compare against what he admits to.
2) Communications – When Jason is doing well, he sends out a bunch of emails trumpeting how well he is doing and how easy it is. When he is losing, you hear almost nothing about the truth of his losses and instead, the volume of marketing email goes up enormously. It has been so obvious over the last 2 weeks of November as JB was losing money, there were



2) Communications – When Jason is doing well, he sends out a bunch of emails trumpeting how well he is doing and how easy it is. When he is losing, you hear almost nothing about the truth of his losses and instead, the volume of marketing email goes up enormously. It has been so obvious over the last 2 weeks of November as JB was losing money, there were fewer and fewer real trading communications and an ever-increasing amount of pushy upsell and cross-sell emails.

3) Sales & Marketing – this is what has sealed it for me in terms of negative perception, and why I will not renew any of my services. The volume of high pressure sales & marketing email keeps going up as actual trade-related comms go down – they seem to be inversely related! The obvious conclusion is that if this guy's strategies are so great (or even moderately good), why does he spend so much time marketing when he could make profits trading?

As others have observed, I think Jason Bond (and possibly other Raging Bull leads who I don't have direct experience with) is making most of his money from selling subscriptions and not from trading. I only have a limited sample size of one month, but from what I have seen as an active member of both Jason Bond Picks and Weekly Windfalls for the last month Jason lost a LOT more money than he made. And as he was losing on the trading side, the sales and marketing pressure on amazing subscription deals just kept going up. It has left me with a definite taste in my mouth of "fake" and perhaps even outright "scam", and there is no way I will be giving either Jason Bond or Raging Bull any more of my hard-earned dollars.

REPLY



*This was the investigation the bank did & this is what they sent over to them.*

**From:** Ladd (RagingBull.com) <support@ragingbull.zendesk.com>
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** [RagingBull.com] Re: Nova, how is everything going so far?
**Date:** Thu, Feb 27, 2020 9:22 am

##– Please type your reply above this line -##

Your request (694114) has been updated. To add additional comments, reply to this email.



**Ladd** (RagingBull.com)
Feb 27, 9:22 AM EST

Hey Nova,

We noticed that on February 19, 2020, you disputed charges of $799 & $1,497 from February 8, and $1,499 & $497 from February 10.

We wanted to reach out and make sure everything was all right with your subscriptions and see if there's anything we can do to resolve any problems you might have had. You first purchased Jason Bond Picks on February 8, and soon after that, on the same day, you purchased Weekly Windfalls with Jason Bond. You immediately started logging in and accessing the member website. See below:



7

This was they info they sent to the bank

| Log Name | Activity Log Id | Description | Causer IP Address | Date Occured |
|---|---|---|---|---|
| Login | 6883803 | SuccessfulLogin by user | 151.196.12.190 | 2020-02-11 09:51:36 |
| Login | 6877407 | SuccessfulLogin by user | 24.44.143.116 | 2020-02-10 23:36:13 |
| Login | 6871397 | SuccessfulLogin by user | 24.44.143.116 | 2020-02-10 17:14:51 |
| Login | 6867285 | SuccessfulLogin by user | 24.44.143.116 | 2020-02-10 14:31:36 |
| Login | 6850984 | SuccessfulLogin by user | 24.44.143.116 | 2020-02-10 00:59:57 |
| Login | 6840869 | SuccessfulLogin by user | 24.44.143.116 | 2020-02-09 04:15:01 |
| Login | 6839868 | SuccessfulLogin by user | 24.44.143.116 | 2020-02-08 23:18:13 |
| Login | 6831027 | SuccessfulLogin by user | 24.44.143.116 | 2020-02-08 02:14:04 |
| Login | 6831014 | SuccessfulLogin by user | 24.44.143.116 | 2020-02-08 02:11:46 |
| Login | 6830997 | SuccessfulLogin by user | 24.44.143.116 | 2020-02-08 02:05:16 |

A few days later, on February 10, you purchased three more programs with us. First was Dollar Ace with Kyle Dennis, then you purchased Jackpot Trades with Jason Bond (not disputed), and finally, you purchased FDA Insider Alerts with Kyle Dennis. Similarly to the few days prior, you immediately logged in and started using the programs. See below:

| Log Name | Activity Log Id | Description | Causer IP Address | Date Occured |
|---|---|---|---|---|
| Login | 6883803 | SuccessfulLogin by user | 151.196.12.190 | 2020-02-11 09:51:36 |
| Login | 6877407 | SuccessfulLogin by user | 24.44.143.116 | 2020-02-10 23:36:13 |
| Login | 6871397 | SuccessfulLogin by user | 24.44.143.116 | 2020-02-10 17:14:51 |
| Login | 6867285 | SuccessfulLogin by user | 24.44.143.116 | 2020-02-10 14:31:36 |
| Login | 6850984 | SuccessfulLogin by user | 24.44.143.116 | 2020-02-10 00:59:57 |

You've also been accessing the material on the member website for a few weeks following your original purchases:

8



| Log Name | Activity Log Id | Description | Causer IP Address | Date Occurred |
|---|---|---|---|---|
| Login | 8997783 | SuccessfulLogin by user | 24.44.143.116 | 2020-02-19 00:52:43 |
| Login | 6949136 | SuccessfulLogin by user | 151.196.12.190 | 2020-02-14 16:04:33 |
| MemberSupportRequest | 6930979 | Member has submitted a support request | 24.44.143.116 | 2020-02-14 00:52:33 |
| Login | 6936286 | SuccessfulLogin by user | 24.44.143.116 | 2020-02-13 22:53:56 |
| MemberSupportRequest | 6928393 | Member has submitted a support request | 24.44.143.116 | 2020-02-13 13:37:59 |
| MemberSupportRequest | 6928315 | Member has submitted a support request | 24.44.143.116 | 2020-02-13 13:34:39 |
| MemberSupportRequest | 6928218 | Member has submitted a support request | 24.44.143.116 | 2020-02-13 13:29:12 |
| Login | 6928147 | SuccessfulLogin by user | 24.44.143.116 | 2020-02-13 13:26:27 |
| Login | 6913237 | SuccessfulLogin by user | 24.44.143.116 | 2020-02-12 16:25:57 |
| Login | 6899255 | SuccessfulLogin by user | 24.44.143.116 | 2020-02-12 03:33:16 |

Here's an example of the emails that have been
delivered to you as well:

*This came during the Bank investigation*

*also I had requested a change in program on my first phone call + he told (Adam) me that he didn't know if they did that + he would check + call me back, he never did! I had to call again*

We are always here to help with any portion of the
subscription that you may be having trouble with.
Although we have a No Refund policy with our
premium subscriptions here at RagingBull, we are
happy to help you to get the most out of the
programs that you have, or to find a new service
that you may like better, using the credit that you
have on file with us. It looks like you reached out to

*in the email they do state that exchanges are done Adam he wasn't sure that that was allowed*

*9*

our team a few days after your purchase and were concerned that you didn't have the experience required to take part in the services.

We believe their is a profitable trader in everyone, but it does take some work to learn how to use the unique strategies included with some of those programs. However, if you go through the educational material, we are confident that you will become a profitable trader. I would love to speak with you on the phone about this, when you get the chance. Please give me a call at (833)-265-1270, to discuss this circumstance and any possible resolution that we may be able to come to. I look forward to speaking with you.

Alternately, we know that disputes sometimes get filed by accident and if that's the case, you could easily withdraw it by calling the number on the back of your credit card.

Thanks so much, we really appreciate your business and look forward to hearing from you.

Sincerely,

From: ▮▮▮▮
To: ▮▮▮▮

▮▮▮▮

-----Original Message-----
From: Better Business Bureau <concord.af@bbb-email.org>
To: Ms Nova Holness ▮▮▮▮
Sent: Tue, Apr 14, 2020 8:22 am
Subject: BBB Complaint Case# 16070178 (Ref#10-92047360-16070178-12-500)



Better Business Bureau ®

**Contact the BBB Business Service Team**
603-224-1991 **phone**
info@bbbnh.org **email**

Complaint Case #16070178
Business Name: Raging Bull LLC

Dear Nova Holness,

BBB has made several attempts to contact Raging Bull LLC regarding your concerns. We regret to inform you that we have not received a response from the company and your case has been closed. If they have communicated with you directly, please contact our office as soon as possible.

You may be wondering, what happens now that the case is closed? BBB is not an enforcement agency, so we cannot compel a business to submit a response. We can however, develop and maintain public company information, in what we call our BBB Business Profiles. This information is frequently used by potential customers prior to committing to a business transaction. This complaint and the company's failure to respond will result in a negative impact on their BBB rating and imply lack of customer service from the business.

Thank you for utilizing BBB in hopes of resolving this case with our neutral dispute resolution process. Please remember to "Start with Trust" and research companies prior to signing a contract or making a purchase by visiting www.bbb.org/concord or calling 603 224-1991 ext 227.

Please do not hesitate to contact us with any additional questions or concerns.


Sincerely,


Abygayle Fisher, Trade Practice Specialist
48 Pleasant St, Concord, NH 03301
Phone: 603 224-1991 ext 227
Fax: 603-228-9035
aby@bbbnh.org


**Contact the BBB Business Service Team**
**phone** 603-224-1991
**email** info@bbbnh.org

**Attachment E**

**PX 17, 1346**