# DECLARATION OF RONALD MARTIN
## Pursuant to 28 U.S.C. § 1746

I, Ronald Martin, have personal knowledge of the facts and matters set forth below. If called as a witness, I could and would testify as follows:

1. My name is Ronald Martin. I am over the age of twenty-one and I live in St. Louis, Missouri.

2. On approximately October 13, 2019, I was on the Internet looking around for options trading assistance. I saw an advertisement for a program called Weekly Windfalls. The advertisement promoted a free webinar. Weekly Windfalls is a program by a company called Raging Bull. I signed up with my email address and I watched the free webinar. Jason Bond, the expert, made claims that the program has good results. He said that he made $400,000 in trading profits and had 19 wins in a row. He made it sound like this was typical for him and he said he was trading in his personal account. Under this program, the expert is supposed to send real-time trade alerts for when to buy and sell particular options, and the subscribers are supposed to follow what the expert is doing to make the same kind of money.

3. Jason Bond made it clear that you did not have to have any trading experience to follow the program and make money.

4. I decided to purchase the Weekly Windfalls program because the testimonials were compelling and I wanted to have similar results. I had a little experience with trading but am proficient on computers, so I believed I could manage the program. I paid $1499 for the program with my credit card. Attached as **Attachment A** is a true and correct copy of my receipt for Weekly Windfalls. After I purchased the program, Raging Bull offered a special rate for a lifetime membership. The offer was only good for a few weeks and cost an additional $895. I decided to pay that fee as well. This would last as long as the service was in existence and there would be no annual fee.

5. Based on the webinar, I expected to get specific trade alerts for when to buy specific options, and alerts on when to sell. I also received training videos. The videos were

helpful, but I was more interested in the real-time text message alerts on when to get in and out of a trade. I did get alerts in the beginning, and I had some positive results, but within a few weeks, I started losing money and I lost approximately $12,000 total. When the expert said things would go one way, they went the other way and I lost money. I kept hoping that I would make the money back, but I kept losing money. I had to stop using the program because I was afraid I would lose all my money. I felt like this was an aggressive way to buy and sell options because the options expired in a week or less. It seemed like all of the subscribers to the service were losing with Jason Bond's trades.

6. I read somewhere that there were no refunds, but I asked for a refund because Jason Bond promised that I would make money, and I lost $12,000 using his service. I was involved with another trading service at this time, but I kept the money I invested in each program separate. I talked to one of the staff members at Raging Bull and he said that Raging Bull does not provide refunds. He offered to switch me into a different program called Alpha Trades. I asked for the names of programs that were making money, but he could not tell me the track records of the other programs. I could not afford to try another service and lose money again.

7. On approximately December 21, 2019, I filed a complaint with the Better Business Bureau ("BBB"). On approximately February 3, 2020, Raging Bull responded to the BBB complaint. On approximately February 13, 2020, I spoke with Michael in Raging Bull's customer service department and he agreed finally to give me a refund of the $2390 I paid for the service. I think I only got a refund because I filed a complaint with the BBB.

8. Michael also offered me a 30-day free trial of Weekly Money Multiplier. This Raging Bull service also sent out real-time alerts to buy and sell options. I did not continue with it after the 30 days because by the time I got the real-time alert, the price had changed from the original alert and I could not get in at the same price.

**PX 18, 1348**

9. I purchased Weekly Windfalls because I believed, based on Jason Bond's statements in his webinar, that I would make money using the service. I did not make any money and, in fact, lost approximately $12,000.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: MAY 15 1ST, 2020
St. Louis, Missouri

_____
Ronald Martin



From: "RagingBull.com, LLC" <receipts+acct_1DTsNJCSThvwjdTa@stripe.com>
Date: October 13, 2019 at 3:59:23 PM CDT
To:
Subject: Your receipt from RagingBull.com, LLC #2582-8282
Reply-To: "RagingBull.com, LLC" <support@ragingbull.com>



## Receipt from RagingBull.com, LLC

Invoice #469917EC-0001
Receipt #2582-8282

| AMOUNT PAID | DATE PAID | PAYMENT METHOD |
|---|---|---|
| $1,499.00 | October 13, 2019 | Visa – |

SUMMARY

OCT 13, 2019 – OCT 13, 2020

Weekly Windfalls × 1                              $1,499.00

Amount paid                                       $1,499.00

Attachment A                                      **PX 18, 1350**

If you have any questions, contact RagingBull.com, LLC at support@ragingbull.com or call at +1 833-265-1270.

Download as PDF

Something wrong with the email? View it in your browser.
You're receiving this email because you made a purchase of RagingBull.com, LLC, which partners with Stripe to provide invoicing and payments processing.