## DECLARATION OF SYDNEY S. BUDINA
## PURSUANT TO 28 U.S.C. § 1746

My name is Sydney S. Budina, and I am over 18 years old.  I have personal knowledge of the facts stated below.  If called as a witness, I could and would testify as follows:

1.      I live in Miami, Florida and currently work as a licensed real estate broker.  I received my bachelor's degree in economics and international business from a university in Europe.  I was living in Barcelona before I met my wife and came to this country about 14 years ago after we got married in order to be closer to my wife's family.

2.      I started trading for the first time when I was in Barcelona.  Online trading was not available back then so I used go to the stock exchange floor to trade.  I would spend three to four hours on some days on the exchange floor.  I stopped trading for awhile after I got married.

3.      Around November 2016, I became interested in trading again and started doing some simulated trading online, or what people call "paper trading."  At this time, I also began receiving promotional emails for a stock trading service called "PennyPro," featuring Jeff Williams.  The emails said PennyPro was affiliated with "Lighthouse Media."  Lighthouse Media later changed its name to "RagingBull.com, LLC" or "Raging Bull."  I do not know how Raging Bull or Jeff Williams got my email.

4.      In the promotional emails, Raging Bull and Jeff Williams claimed they would help me become a successful trader and make consistent trading profits each week.  They said that I did not need a big account to start making huge profits like them and that they had a strategy for finding profitable trades before others.  Williams also said he would send his best trade picks or recommendations to PennyPro members and that we could make profits just by copying his trades.  Williams promised he would analyze the stocks and the technicals and do all the research to find these winning trades.  I was lead to believe that following these trade alerts

**PX 19, 1352**

from Williams would give me an advantage over other traders playing the market.  I paid $49 for the 30-day trial period of PennyPro on November 26, 2016.

5.      During the trial period, I began receiving a daily stream of marketing emails for Raging Bull's services featuring other "millionaire" traders like Jason Bond, Kyle Dennis, and Petra Hess.  Jeff Williams was also sending many emails advertising his other services or "upgrades."  On November 30, 2016, Williams sent an invite to one of his webinars and claimed that he would teach his members "how to use the scanners shown in [chatroom] to find potential trades and then how to trade them."  He claimed that he "could sell this lesson for hundreds if not thousands of dollars for this simple reason.  Most people want to know how to find stocks, then when to enter and exit them.  This seminar will be ideal for you and also will help you maximize our day trading chat room perks."  Attached as **Attachment A** is a true and correct copy of this email dated November 30, 2016.

6.      In another email from December 18, 2016, Jeff Williams said he was offering a mentorship service called "PennyPro Elite" that "literally teaches you exactly how and why I make my trades and of course will teach you how to spot and play your own."  He often said, as here, that the service or upgrade he was advertising was an "extremely limited time offer" and that space "will fill quickly."  He claimed he was "open[ing] the doors to about 10 new members" for this mentorship and that several people from the chatroom have already asked him to "hold them a spot."  He sent several more emails around this time touting his mentorship service and how his lessons "can literally help save you thousands of dollars when it comes to picking the ideal entry and exit" and be a "game changer for many."  Attached as **Attachment B** are true and correct copies of these emails from Raging Bull and Williams.

PX 19, 1353

7.     When my 30 day trial period ran out in late December 2016, Raging Bull charged my card a $299 for a quarterly subscription to PennyPro Premium.  On or about January 22, 2017, Jeff Williams offered an upgrade to the PennyPro Yearly membership for $699.  He claimed I would be saving $300 for extending my membership to a year.  He said the offered "will close in just 14 hours."  I was still hopeful at this time that I could make money following Williams' trades and his strategy, so I decided to upgrade to the one year membership based on these claimed savings.  Attached as **Attachment C** is a true and correct copy of this email dated January 22, 2017.

8.     Jeff Williams lead me to believe that the trades he would be sending out to his PennyPro members would be low risk and high reward.  In fact, PennyPro's motto is "The Smallest Investment – The Biggest Potential."  I did not know much about penny stocks and how risky they could be for traders like me who could not easily get information about the underlying financials of these companies.  Williams claimed to be a penny stock expert so I trusted him to tell me which of these stocks to trade and when to buy and when to sell.

9.     As I began following Jeff Williams' trades, I started losing money almost immediately and regularly.  My losses on these penny stock began to add up.  For example, on November 28, 2016, about an hour and a half before market close, Williams sent around a buy alert email for a penny stock issued by Amyris Inc. (stock ticker: AMRS) and said he got in at $0.94 and was looking for a "swing over night with target $1 plus."  I bought 500 shares of this stock on the same day, as soon as I got the alert, for about $0.96 per share.  Later that evening at around 9:45pm, I got another email from Williams saying that AMRS was "rolling after hours to $1.01 making our swing alert from this afternoon look really sweeeeet."  When I checked the stock the following day, the price had gone down below my initial investment.  I held onto the

PX 19, 1354

stock for a few weeks, hoping that the price would climb back up.  I ended up taking a $93 loss

on this trade (about 24% loss).  Attached as **Attachment D** are true and correct copies of the

William email alerts on AMRS.

10.      In late December 2016, I received a trade alert from Jeff Williams on a company

called Pharmacyte Biotech Inc. (stock ticker: PMCB).  On December 21, 2016, I bought 10,000

shares of this stock for about $0.15 per share.  The stock price dropped very soon after I entered

the trade.  To avoid a 100% loss, I had to hold onto my shares for about 3 months and sell them

at a $551 loss (about 36% loss).

11.      On April 28, 2017, Jeff Williams sent an email trade alert for a company called

Pain Therapeutics Inc. (stock ticker:  PTIE), stating that he "took a very small position of 1,400

shares of PTIE at $.8274 for the over the weekend play…. Target here $0.90 break and push

toward $1."  I bought 358 shares of this stock after receiving the alert and sold the shares for

about $540 loss in mid to late May 2017 (about 26% loss).  Attached as **Attachment E** is a true

and correct copy of the William email alert on PTIE.

12.      Like the examples above, there were many other stocks alerted by PennyPro

where I was forced to hold onto stocks for several months because the price had dropped so fast

before I could exit the trade.  The prices on these stocks either dropped right away or within few

days after I entered the trade, and then I would see no activity until a few months later.

13.      In May 2017, I decided to disable the auto-renew on my annual PennyPro

subscription.  I remember that there was a button on my member's page that I clicked next to the

subscription term for PennyPro.  After I clicked the button, I received an email from Jeff

Williams asking me why I decided to disable auto-renew.  He said: "I'm absolutely sure we can

work something out that will help you with whatever the issue may be."  I wrote back to let them

PX 19, 1355

know I was canceling the automatic renewal because I did not like being charged without advance notice.  A representative named Nathan at Raging Bull acknowledged receipt of my response.  Attached as **Attachment F** is a true and correct copy of my correspondence with Raging Bull from May 2017.

14.     On May 22, 2017, Jeff Williams sent an email containing some stock charts and stated that one of the "mains reasons why traders love PennyPro is because I do 99% of the work for them…. So you can decide if you prefer to spend hours and hours each night doing your own scans or let me do them for you.  PennyPro is a great starter place for any new or intermediate trader who is looking to get more involved with the stock market."  On June 12, 2017, Williams sent another email and said:  "Many of you struggle to find the best stocks to play each and every morning.  Just a reminder that at PennyPro I do all the heavy lifting for you.  The scans, the watch lists, the morning prep and then of course I alert my real time buys and sells each and every day."  I still had about half a year left on my PennyPro subscription so I was not sure if these messages were trying to target people like me.  Williams was always telling his members how great PennyPro was.  Attached as **Attachment G** are true and correct copies of these emails from May 2017 and June 2017.

15.     At some point in 2017, Williams changed the name of PennyPro to "Penny Stock Millionaire" and added Davis Martin to the newsletter.  In one promotional email, Jeff Williams claimed that he and Davis were "two of the most humble yet profitable traders and teachers in the business" and that members would "get to pick our brains as you look over our shoulders, seeing our screens and narrating our trades…. We work with new, struggling, and advanced traders day in and day out!  New and struggling traders come to us and experience what profitable trading feels like, and advanced traders come to us and experience what making

PX 19, 1356

even more money feels like!"  Williams also added in the email:  "**There's no pump and dump either!**" (emphasis added).  I thought it was very odd for him to bring this up.  Attached as **Attachment H** is a true and correct copy of this email.

16.     In the PennyPro chatroom, there were people complaining about losing money following Jeff Williams' penny stock trades.  Williams would tell these people that they should not be following his trades and they should learn how to trade on their own.  This is the opposite of what Raging Bull or Williams were saying in their promotional materials and videos.

17.     Between April 2017 thru October 2017, I signed up for trial subscriptions to FDA Insider ($49) provided by Kyle Dennis, Jason Bond Picks ($79), and Petra Picks ($49).  I was curious to see what other "millionaire" traders from Raging Bull were offering in terms of their alerts.  I remember making a few trades recommended by Jason Bond and Petra Hess and did not make much money from those trades.  I also made some biotech trades that were alerted through FDA Insider but did not make much money on these trades either.

18.     In the welcome email for FDA Insider Alerts in April 2017, Kyle Dennis said this was "my most popular and most active service, in which you'll receive 2 – 3 catalyst swing trade alerts per week by email and text in real-time.  You will also receive my direct due diligence and reason for buying the stock.  In a typical market, my goal is to hold these trades between 1 – 4 weeks.  Sometimes I will also provide shorter term opportunities for holds between 1 – 3 days….  I will typically be looking for profits in the 20 – 30% range, but sometimes I will be looking to capture 50% or more depending on the situation."  Attached as **Attachment I** is a true and correct copy of this email.

19.     Raging Bull and Kyle Dennis were frequently sending me emails touting Kyle Dennis' profits from trading biotech stocks.  Dennis would report in his emails that he had just

PX 19, 1357

made 200% profit on a trade and then include "testimonials" from anonymous followers of Dennis who said they made more money than Dennis on the trades he alerted. Raging Bull traders like Jeff Bishop or Jason Bond would also talk about how Dennis was consistently making profits on his trades and how he had just cleared $1,000,000 in profits on the year. In one email, Jason Bond sent a copy of Dennis' "progress" timeline showing how Dennis "turned $15,000 into $3,729,076+ trading biotech stocks… without setting foot on wall street." Attached as **Attachment J** is a true and correct copy of this email.

20.     After seeing the Raging Bull marketing videos, I thought Kyle Dennis had a compelling story. The marketing materials portrayed Dennis as someone who worked hard to become a millionaire trader. Dennis promised he would teach his members what he knew and what he learned over the years to become successful and avoid the mistakes he made. Dennis seemed honest and trustworthy to me in the promotional videos. I also did not know anything about the biotech industry and was interested in the huge profits that Dennis was reporting he was making on these stocks. Dennis claimed he developed an expertise in trading these stocks and that he would alert people to what profitable biotech stocks to trade.

21.     On or about December 20, 2017, I decided to join Kyle Dennis' subscription called Biotech Nucleus. Whereas my trial subscription of FDA Insider Alerts only gave me a peek or a limited amount of the trade alerts Dennis was sending around to his people, Raging Bull claimed that the premium subscription package would include all of Dennis' trade alerts, including his best ones and all the daily alerts, as well as full access to other biotech newsletters. I also thought it would give me access to the chatrooms where Dennis and other Raging Bull trading experts would be talking about trades and sending out more alerts. Although I did not make money with PennyPro, I thought trading these biotech stocks from Dennis would be

different.  I was also expecting to learn the formula to his success or how Dennis was able to get such amazing rates of return on his trades consistently.  I agreed to have them charge my credit card $2,999 for a 1-year subscription.

22.     I understood that the biotech stocks that Kyle Dennis would be targeting were small cap companies and not always long-term investments, but Dennis said he would tell us how or when to get in and out quickly from these trades.  I also thought Dennis would provide all the necessary analytics and research on the biotech stocks he would be targeting and that he would share his "expert" knowledge of the biotech industry.  Given all this, I thought $3000 was well worth the money.

23.     After I signed up, I began receiving daily trade alerts and watchlists from Kyle Dennis at FDA Insider Alerts and from another Raging Bull trader named Keith Kern at "Lightning Alerts."  Sometimes Dennis would talk about a particular company on his watchlist, but there was not much analysis in these emails.  Dennis would just say that he thought a particular biotech company had a clinical trial date coming up and that he was watching these stocks closely.  Kyle Dennis' watchlist had over 10 or so stocks at one time, so it was not possible for me to follow and trade every stock on his watchlist.  Even Dennis did not trade every stock on his list and I had no idea which stock he would actually trade in until after I got a separate email saying he just bought a stock.  Dennis would  sometimes alert stocks that did not appear on his watchlist.  Attached as **Attachments K & L** are true and correct copies of sample alerts from FDA Insider Alerts and Lightning Alerts.

24.     The Biotech Nucleus package also gave me access to the "Sniper Report" from Kyle Dennis.  Raging Bull and Kyle Dennis advertised the Sniper Report as an in-depth look and analysis of companies that Kyle Dennis was targeting and that are likely to generate substantial

PX 19, 1359

trading profits, although I did not find much "analysis" in these reports.  To cite one example, on March 23, 2018, the Sniper Report touted a "small biotech company focused on treating various cancers" called Oncosec Medical (stock ticker:  ONCS).  Dennis said the company was "valued at less than $100M in market cap, which means investors aren't giving much value to the long term potential of this speculative company."  Dennis also pointed out that "legendary investor" Steve Cohen owned over two million in shares of this company.  Dennis went on to say that a "big event will be in June, so I think it is prudent to establish a position now" and "I think the risk to reward here is greatly in our favor."  The report does not cite to any sources so I could not tell where this information was coming from or if it was accurate.  At the end of the email, Dennis said he had bought 600 shares of ONCS at $1.72.  I recall the Sniper Report often touted small companies like ONCS that had very little public information available about them. Attached as **Attachment M** is a true and correct copy of the March 23, 2018 Sniper Report.

25.      I did not chase the ONCS trade but did follow many other trade alerts from Kyle Dennis in 2017 and early 2018.  In early January 2018, for example, I bought shares of Ovascience Inc. (stock ticker: OVAS) and lost about $737 from this trade.  In late January 2018, I also bought shares of Heat Biologics (stock ticker: HTBX) and sold the shares for a loss about a month later for about $790.  There were many trades like these where I was not given clear direction on when to time my trades, and ended up regularly losing money on these biotech stocks.

26.      I began to realize that I was not able to capture the profits that Dennis claimed he was making on the biotech stocks and instead I was often losing money chasing his trades. Similar to the penny stocks from PennyPro, I was not able to buy these biotech stocks at the same price that Dennis had reported when he sent his trade alert because the stock price had

PX 19, 1360

already gone up. Like the penny stocks, I was also not able to sell these biotech stocks from Dennis at the same price that Dennis sold because the stock price had quickly dropped or was going down by the time I saw Dennis' sell alert. In many instances, the prices on Kyle Dennis's biotech stocks would rise and drop in the same hour.

27.    I knew timing on these trades were important, so I ended up being glued to my computer all day on those days I was trading and even had two monitors dedicated to my trading so that I could react to these alerts immediately. Despite all this, the biotech stocks that Kyle alerted were volatile and the price moved so quickly that I was too late getting in and getting out of these trades.

28.    One of the things that Kyle often pointed to when talking about the future performance of a biotech stock was whether company insiders (like the CEO) were buying up or selling shares of their own stock. In one instance, Kyle recommended to people in the chatroom that a particular biotech stock was undervalued and would make a good buy because Kyle's scanner found that the CEO of that company had bought his own stock. When I checked the SEC filing, I found out that this disclosure was over a month old.

29.    Kyle often looked to see whether people like Warren Buffet were trading in that stock or in similar companies. Kyle would say that if someone like Warren Buffett was trading in a particular stock or industry, there must be something positive that was about to happen with that stock or that industry.

30.    When I saw Kyle Dennis (or someone using his handle) in the chatrooms, he would usually be there for about the first thirty minutes of the day when the market opened and about the last thirty minutes before the market closed. There were also many days when Kyle did not even show up at all. I saw Kyle often talk positively about a few of his favorite biotech

PX 19, 1361

stocks in these chatrooms.  These were not well known pharmaceutical stocks (like Merck).  On several occasions, Kyle said that he knows one of the executives or owners of the biotech company that he was recommending.

31.     Kyle also made predictions in the chatroom saying that a certain biotech company's drug would be approved by the FDA very soon.  Kyle would say that he spoke to people at the company and even knew the CEO of the company.  The things he was saying made it seem like he had non-public information.

32.     The sell alerts, when we got them, also came after the Raging Bull traders had already gotten out of the trade.  There were often times when they did not even send sell alerts and I was only able to learn about their sale because they were boasting about their profit on that trade on a blog or in a marketing email sent out at a later time.  There were also times when I was told by Kyle Dennis, Jeff Williams or other traders at Raging Bull that they were planning to hold onto a stock that they alerted us about, only to learn that they sold off the stock after the market closed or before the market opened the next day.

33.     I soon realized I was experiencing the same problems with these biotech stock alerts that I had with the penny stocks from Jeff Williams and started regretting paying for this subscription.

34.     I also did not learn any unique or proprietary trading strategy from watching the videos that Jeff Williams or Kyle Dennis made available to subscribers.  To the extent there was a strategy, it was usually very basic and unhelpful tips like "buy low and sell high" or invest in undervalued companies.  There was nothing in the videos that helped me better time my trades or predict when certain stocks were about to go up or go down.

35.     PennyPro had about one or two new videos uploaded each month for its subscriber.  These videos talked mostly about stock trading basics that I already knew and other information that was widely available for free online.  In these videos, Jeff Williams or one his partners like Davis Martin would talk about their winning trades but there was no advice or clear strategy taught in these lessons.   I felt like I was basically watching someone else trade.  Some of the videos also talked about the online "tools" that Raging Bull traders would go to get updated stock information, like Benzinga.

36.     While I was a member of Biotech Breakouts, Kyle Dennis provided about twenty videos to his subscribers.  These videos were mostly recorded sessions of Kyle or someone at Raging Bull going into a particular trade when they were in the chatroom.  These videos did not help me find the next stock to trade, or the profitable stocks before they broke out.

37.     In early 2018, I decided to cancel the auto-renew for Biotech Nucleus so that I would not be charged again when my 1-year subscription lapsed.  In early 2018, I went to my Raging Bull member's online dashboard and clicked on an option to "cancel" the auto-renewal for the Biotech Nucleus subscription.  I thought my cancellation had gone through as it did with PennyPro.  I did not receive an email confirming the cancellation but I assumed that was just the company's practice.

38.     On December 19, 2018, Raging Bull charged my card $2,999 for another year of Biotech Nucleus.  I first got notice of this charge from my credit card company.  When I signed into my member's dashboard at this time, I discovered that the auto-renewal for this subscription had been re-activated by someone.  In other words, my Biotech Nucleus subscription had been auto-renewed for another year without my consent, despite my cancellation of the auto-renew eleven months earlier.

PX 19, 1363

39.     I wrote an angry email to Raging Bull's customer service because I felt what they were doing to me was dishonest.  When I first sent my complaint to the Raging Bull customer service, no one responded.  I caught Kyle Dennis in the chatroom and sent him a private message to complain about the improper auto-renewal charge.  Kyle said he was busy and that he could not do anything to help me.  He said I needed to talk to Raging Bull's management.  When I started complaining openly in the chatroom about this improper charge, Raging Bull kicked me out of the room and revoked my access.

40.     I sent another email to Raging Bull customer service that day and told them I would report them if they did not respond to my complaint.  About an hour later, a Raging Bull representative (Crystal) responded.  She said: "Because you did not cancel or schedule to cancel before the renewal date, your account has been charged.  Unfortunately at this time, per the terms and conditions you signed at the time of subscription, we do not provide refunds."  Crystal then gave me some confusing instructions on how to cancel.  She was telling me I had to log in to my profile, then come back to her email, and click on a link that would take me to a different subscription page.  When I signed up for Biotech Nucleus, Raging Bull never told me that this is what we needed to do in order successfully cancel the auto-renew.

41.     I responded and told them that if they did not reverse my charge, I would report them to the Better Business Bureau and government agencies.  Crystal then demanded a "copy or screenshot of any attempt to cancel prior to the subscription renewal date."  I told her I did not have any written record because Raging Bull never sent me a confirmation email like most other companies do.  I also asked why Raging Bull would not send an advance notice to its customers about the upcoming auto-renewal date like most other companies do.  At this point, another Raging Bull customer service representative (Daren) responded by repeating that I had agreed to

PX 19, 1364

the auto-charge when I joined in December 2017 and that their "refund policy and cancellation process are posted clearly on our website." Daren said he has cancelled any future renewals going forward but refused to issue a refund for the improper charge. I told Daren that Raging Bull had changed on several occasions its system and our access to our accounts sometime in 2018. I also said I would expose Raging Bull's improper billing practices. Daren said he would escalate the dispute to his manager.

42.     I reported my complaint against Raging Bull to the Better Business Bureau, CFPB and the New Hampshire Attorney General's office. At this point, Raging Bull's head of support (Jordan) contacted me and said Raging Bull was "committed to finding a mutually beneficial solution here but we require a more civil tone going forward." I told him that I felt Raging Bull was not operating ethically or legally and that what they were doing with the auto-renewal charges was "stealing" and "illegal."

43.     Jordan then replied and said: "While each of your accursations [sic] are vehemently false, your approach to this matter shows that you are not the kind of client that we are looking for. With that being said, if you reply back and retract your comments, sign a Non Dispute Agreement and honor it, then we will issue the $2999 refund…. Again, anything outside of you replying back and retracting your comments (stealing, unethical, illegal), signing a Non Dispute Agreement and honoring it (removing negative comments on third party sites including BBB) will require us to let this play out. Our hope is that you will be civil and honor these small requests so that we can refund your $2999 and close our relationship with you indefinitely." Attached as **Attachment N** is a true and correct copy of my email correspondence with Raging Bull customer service representatives.

44.     I was able to get my money back by filing a dispute about the charge with my credit card company.  My bank investigated the dispute and I was able to get my money back from the bank after a few weeks.

45.     I also discovered that I was not the only person that Raging Bull improperly charged.  I came across many other subscribers who were having similar problems cancelling their Raging Bull subscription.  As late as June 2020, I came across one consumer who was charged for his auto-renewal subscription to Jason Bond Picks without his permission, even though he sent the company multiple emails earlier demanding that they cancel the recurring charge.  Attached as **Attachment O** is a true and correct copy of an email (redacted) that I received from a Raging Bull customer on or about June 14, 2020.

46.     In December 2018, I posted a review about Raging Bull's improper billing practices on the Trust Pilot site to try to warn the public.  My review was initially published but then Raging Bull complained about my review.  Trust Pilot then emailed me to tell me that my review violated Trust Pilot's terms and conditions and took down my review.  Trust Pilot said I would need to revise my review and remove any references to the words "scam," "fraud" or "fake" if I wanted my review to be seen by others.  Attached as **Attachment P** are true and correct copies of Trust Pilot's response to my review.

47.     Around this time, I decided to write about my experiences with Raging Bull.  I started a social media group and the website "RagingBullscam.com."  My sole objective for starting and maintaining these sites is to warn people about Raging Bull's unethical practices.  On January 23, 2019, I received a cease and desist demand letter from Raging Bull's lawyer.  They said using the "Raging Bull Scam" moniker on my website and social media was defamatory and threatened to sue me if I did not take down the sites.  After speaking with some

PX 19, 1366

people, I realized that Raging Bull's accusation was baseless since what I was saying was the truth.  Attached as **Attachment Q** is a true and correct copy of the Raging Bull demand letter

48.     On January 24, 2019, I responded to Raging Bull's lawyers and copied Kyle Dennis, Jason Bond, Jeff Williams, Petra Hess, and Raging Bull's customer support team.  I denied the allegations of their cease and desist demand letter and reiterated that Raging Bull is scamming and defrauding its customers.  I told them I received testimonials of many other consumers complaining about Raging Bull.  Raging Bull did not respond further to my email. Attached as **Attachment R** is a true and correct copy of my email response.

49.     I also discovered around this time that Raging Bull's lawyers filed a defamation lawsuit against one of its critics in Florida court.  I provided a declaration in this case against Raging Bull.

50.     Since I started the social media site and the website about Raging Bull, I have collected over 1,000 complaints or negative reviews from Raging Bull customers.  Many of these customers complained about Raging Bull charging their credit cards without their consent or making it very difficult for them to cancel the auto-renewal.  Some of these negative reviews were also posted on the BBB, the Ripoff Report and other websites and social media.  Some of them I saved before they were taken down.

51.     There were times when a Raging Bull representative or affiliate tried to post, comment or respond to people who commented on the RagingBull scam social media page or website, in order to discredit the negative complaints that were posted there.  One such individual, Russell Barbour, told others on my site that I was never a Raging Bull customer, which was not true.  He also claimed he was a satisfied Raging Bull customer for many years and had achieved success with the company.  Barbour also tried to convince visitors of my sites

PX 19, 1367

to try out other Raging Bull subscriptions.  Barbour had his own Facebook page or profile called "Stock Trading," which he used to "review" and promote Raging Bull's gurus and their products. Barbour did not disclose that he was being paid to promote Raging Bull.  I once asked Russell how much money he made as a trader using Raging Bull's services, but he would not tell me.

52.     In or around May 2020, I was contacted by a Raging Bull representative (Stephen Prior) who claimed that Raging Bull had recently improved its services and invited me to have an "honest and open dialog" about the posts on my website.  After speaking with him over the phone, I realized he was trying to get me to remove the negative reviews about Raging Bull from the internet and take down my website.  After the call, he wrote to me and offered to be a "backchannel if people write into you with specific issues that we can resolve" and said that he can be an "insider resource" to help these customers.  I told him I would not  take down truthful or honest reviews criticizing Raging Bull's business practices.

53.     Overall, Raging Bull has charged about $7000 in total in subscription fees (of which $2,999 I recovered through a chargeback).  I also have net losses of about $26,000 following Raging Bull's trades.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____October 6th_____ 2020.

_____

Sydney S. Budina

# ATTACHMENT A

PX 19, 1369

 **Gmail**

**Sydney S. Budina** ██████████████

---

## Join Me Tuesday Night This Lesson Will Be HUGE!
1 message

---

**Jeff Williams** <Jeff@pennypro.com>                                    Wed, Nov 30, 2016 at 2:51 PM
To: ████████████████

 

**The Smallest Investment ~ The Biggest Potential**

**Save this date PennyPro Premium Members**

New members: Tuesday **December 6th at 9pm** eastern standard time

**Content**: Learn how to use the scanners shown in chat to find potential trades and then how to trade them!

**Duration**: Approx. 1 hour

**Recorded**: Yes!

**Benefits**: I could sell this lesson for hundreds if not thousands of dollars for this simple reason. Most people want to know how to find stocks, then when to enter and exit them. This seminar will be ideal for you and also will help you maximize our day trading chat room perks.

Best part is, it's FREE for all current PennyPro Premium members.

**Not a member yet?** Click here to find a package that fits your needs.

I hope to see you then, don't forget!


**Jeff Williams**
PennyPro.com

---



Please note that all membership charges will appear as "Lighthouse Media" on your billing statement.

**Helpful Links:**

Video Lessons: Learn the PennyPRO Strategy through this ever-evolving series of lessons.

Email Jeff: Get the help you need.  Member questions are never a bother.

Chat Room: Join the Chat Room.

Chat Room Rules and Guidelines: Make sure you know how to use Chat properly.

Neither Penny Pro nor Lighthouse Media LLC (publisher of Penny Stock Pro) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for Lighthouse Media LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Penny Pro manages on behalf of Lighthouse Media LLC.

If you have a current active subscription with PennyPro you will need to contact us http://www.pennypro.com/contact/ if you want to cancel your subscription. Opting out of emails does not remove you from your service at PennyPro.

If you no longer wish to receive our emails, click the link below:

Unsubscr be

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

# ATTACHMENT B

PX 19, 1372

 Gmail

**Sydney S. Budina** ███████████

---

## My Biggest Sale Ever on PennyPro Elite Starts....
1 message

---

**Jeff Williams** <Jeff@pennypro.com>                                                Sun, Dec 18, 2016 at 12:44 PM
To: ███████████████

 

with Jeff Williams

The Smallest Investment ~ The Biggest Potential

Hello PennyPro members,

Please take just two or three minutes of your day to read this email to the end.

You're getting this special email because I want to extend you an opportunity that I offer to no others.

Just 2 times a year I discount my PennyPro Elite service and open the doors to about 10 new members.

As you know, PennyPro Elite is a 1 year mentoring program service that literally teaches you exactly how and why I make my trades and of course will teach you how to spot and play your own.

If you've ever wanted the 1 on 1 mentoring then your chance is coming very soon.

This will be a extremely limited time offer and amount of sign ups.

I'll be offering over **<span style="color:red">$3,500 dollars worth of FREE services</span>** and special content as well for those that sign up, not to mention I'll be slashing the sign up fee as a thank you for being a dedicated PennyPro member.

I've already been asked by several in the chat room to hold them a spot, so my guess is once this opens, it will fill quickly.

I know hearing from me is one thing, but here are just two emails I got from current PennyPro Elite members from this weekend alone.

**<span style="color:red">Please take the time to read</span>** and then decide if you want to make 2017 your most educational and best experience in the market so far.

Imagine a trading room which only allows less than 30 people to sign up, and has expert moderators who have recorded real time videos teaching you Level 2, buy and sell signals that they developed and use daily.  Plus numerous other videos that will enable you to become the best trader you can.  Now add to that the personal dedication of these professionals who are more than happy to show you how to use the software on EtradePro real time when you ask.  I wanted to learn options.  When I was having trouble placing my first trade one of the moderators called me and helped me through my first option trade.

Where else could you find that kind of personal help in an online trading room?  That is what PennyPro Elite is all about, that and more.  By the way they do not exclusively trade Penny Stocks they trade stocks from about $15.00 down.  PennyPro Elite is the place for anyone who fells they need a grass roots type of instruction in trading, and it also appeals to season traders as well. There is a lot to learn here.   Any trader can benefit from the plethora of experience the Moderators in PennyPro Elite have to offer.  I dreamed of a site like this and I found it.  Linda Alley

Hi Jeff, I just want to thank you for helping me be a better trader. I join PennyPro around the end of May 2016. I made well over $52,000 so far and that is up to 12/16/2016. What helped me most was PennyPro Elite chat room where you taught us that are new, how to read stockcharts, MACD, RSI,STOCKASTICS, support, resistance, volume and more. You even taught us how to find stocks on Finviz, and to us Stockcharts and how to set it up. Everyday you give us stock picks that we can use. I learned a lot from the chatroom, watching everyone making trades, and sometimes I follow their trades. I know PennyPro Elite will be good for anyone that wants to be a better trader, they can make money. You also have guest in the chatroom like Jeff Bishop that teaches Options. Jeff thanks again for helping people like me to be a better trader. Vic Bortolamedi

**Jeff Williams**
PennyPro.com

---

Please note that all membership charges will appear as "Lighthouse Media" on your billing statement.

**Helpful Links:**

Video Lessons: Learn the PennyPRO Strategy through this ever-evolving series of lessons.

Email Jeff: Get the help you need.  Member questions are never a bother.

Chat Room: Join the Chat Room.

Chat Room Rules and Guidelines: Make sure you know how to use Chat properly.

Neither Penny Pro nor Lighthouse Media LLC (publisher of Penny Stock Pro) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with

Attachment B                              **PX 19, 1374**

their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for Lighthouse Media LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Penny Pro manages on behalf of Lighthouse Media LLC.

If you have a current active subscription with PennyPro you will need to contact us http://www.pennypro.com/contact/ if you want to cancel your subscription. Opting out of emails does not remove you from your service at PennyPro.

If you no longer wish to receive our emails, click the link below:

Unsubscr be

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

Attachment B                                                    **PX 19, 1375**

 **Sydney S. Budina** ████████████

---

## Wednesday's Video Watch List

1 message

---

**Jeff Williams** <Jeff@pennypro.com>                    Tue, Dec 20, 2016 at 7:49 PM
To: ██████████████████

 

**The Smallest Investment ~ The Biggest Potential**

Evening Traders,

$1,700 in profits today and looking for more tomorrow morning from the end of day chat alerts.

PennyPro Elite mentor service is on sale for 50% off for a **very limited time** - The link to sign up is right here. If you wait on this it will be gone.

This price will never be offered again and you will be grandfathered into this rate. Next year price for the service will jump over $3,000 dollars from the current sale price for any new members.

We will start tomorrow in the Elite room with a single lesson that can literally help save you thousands of dollars when it comes to picking the ideal entry and exit.

It's something we have developed from the small team of Elite traders we currently have and it's MONEY.

Here is my PennyPro watch list for Wednesday.

Hope you enjoy your night and thanks for the support of the PennyPro services.


**Jeff Williams**
PennyPro.com

---



Attachment B                    **PX 19, 1376**

Please note that all membership charges will appear as "Lighthouse Media" on your billing statement.

**Helpful Links:**

Video Lessons: Learn the PennyPRO Strategy through this ever-evolving series of lessons.

Email Jeff: Get the help you need.  Member questions are never a bother.

Chat Room: Join the Chat Room.

Chat Room Rules and Guidelines: Make sure you know how to use Chat properly.

Neither Penny Pro nor Lighthouse Media LLC (publisher of Penny Stock Pro) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for Lighthouse Media LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Penny Pro manages on behalf of Lighthouse Media LLC.

If you have a current active subscription with PennyPro you will need to contact us http://www.pennypro.com/contact/ if you want to cancel your subscription. Opting out of emails does not remove you from your service at PennyPro.

If you no longer wish to receive our emails, click the link below:

Unsubscr be

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

Attachment B

**PX 19, 1377**

 **Gmail**

**Sydney S. Budina** ██████████████

---

## The Most Wonderful Sale Of The Year!
1 message

---

**Jeff Williams** <Jeff@pennypro.com>                                                    Wed, Dec 21, 2016 at 3:30 PM
To: ████████████████

 

The Smallest Investment ~ The Biggest Potential

Happy Holidays PennyPro!

My Elite mentoring service is selling nicely and I spent all morning with the new members sharing with them a few tricks and tips we have developed just in Elite that help with entry / exits. I really think this is a game changer for many.

For a limited amount of time my Elite mentoring service is 50% off and on top of that you get over $4,000 dollars worth of free services / material.

Here is the link to the page that describes what comes with Elite.

Clicking in the "Get Started Today" button at the bottom will get you to where you need to be to get the big savings.

Remember, once this is gone, the price will increase and even when we do our next sale in June the price will not be as low as it is today; take advantage now.

Happy Holidays and I hope you treat yourself to something nice that will help change your 2017 trading dramatically.

Cheers!

**Jeff Williams**
PennyPro.com

---



Please note that all membership charges will appear as "Lighthouse Media" on your billing statement.


**Helpful Links:**

Video Lessons: Learn the PennyPRO Strategy through this ever-evolving series of lessons.

Email Jeff: Get the help you need.  Member questions are never a bother.

Chat Room: Join the Chat Room.

Chat Room Rules and Guidelines: Make sure you know how to use Chat properly.

Neither Penny Pro nor Lighthouse Media LLC (publisher of Penny Stock Pro) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for Lighthouse Media LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Penny Pro manages on behalf of Lighthouse Media LLC.

If you have a current active subscription with PennyPro you will need to contact us http://www.pennypro.com/contact/ if you want to cancel your subscription. Opting out of emails does not remove you from your service at PennyPro.

If you no longer wish to receive our emails, click the link below:

Unsubscr be

835 E Lamar Blvd #263 Arlington, Texas 76011 United States


Attachment B                    **PX 19, 1379**

# ATTACHMENT C

PX 19, 1380

 **Gmail**

**Sydney S. Budina** ████████████████

---

## Just 14 Hours Left To Pocket $300 Dollars

1 message

---

**Jeff Williams** <Jeff@pennypro.com>                                     Sun, Jan 22, 2017 at 9:23 AM
To: ████████████████

  PENNY**PRO**



with Jeff Williams

The Smallest Investment ~ The Biggest Potential

Morning PennyPro Premium,

There are just 14 hours left if you wish to upgrade to PennyPro Yearly membership.

Benefits of this are:

- Receive any extra benefits that are added to PennyPro Premium for FREE within the next year
- 1 payment of just $699 which is $300 savings over current yearly rate of $999
- Any amount of current membership is added to the end of your new yearly term - so you don't waste any paid time currently
- **Grandfathered rate of $699** yearly which will be a nice savings over the 2017 year end yearly rate.

Don't wait, this will close in just 14 hours.

Click here to upgrade.

Just log in, upgrade and then do nothing else, we will handle cancelling your old monthly membership, so please don't cancel on your own.

Any questions, email me but do it today!

Cheers

**Jeff Williams**
PennyPro.com

Attachment C                                    **PX 19, 1381**



Please note that all membership charges will appear as "RagingBull.com" on your billing statement.

## Helpful Links:

Video Lessons: Learn the PennyPRO Strategy through this ever-evolving series of lessons.

Email Jeff: Get the help you need.  Member questions are never a bother.

Chat Room: Join the Chat Room.

Chat Room Rules and Guidelines: Make sure you know how to use Chat properly.

Neither Penny Pro nor RagingBull.com, LLC (publisher of Penny Stock Pro) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsbility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Penny Pro manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with PennyPro you will need to contact us http://www.pennypro.com/contact/ if you want to cancel your subscription. Opting out of emails does not remove you from your service at PennyPro.

If you no longer wish to receive our emails, click the link below:

Unsubscr be

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

**PX 19, 1382**

# ATTACHMENT D

PX 19, 1383

 **Gmail**

**Sydney S. Budina** ████████████████

---

**Added AMRS**
1 message

---

**Jeff Williams** <Jeff@pennypro.com>                                             Mon, Nov 28, 2016 at 2:25 PM
To: ████████████████

                                                                                   

The Smallest Investment ~ The Biggest Potential

Afternoon traders,

AMRS is already doing great off of my watch list for today and I already
alerted it once in the chat room but I got back in here at $.94 area for a
possible swing over night with target $1 plus.

Now, since it's up 15% it's a bit of a higher risk trade as it might pull back for
a better entry.

Watch your level 2, 1 min chart and daily chart and go from there but I am in
at $.94 and will target $1+ for my sell

Cheers

**Jeff Williams**
PennyPro.com

---



Please note that all membership charges will appear as "Lighthouse Media" on your billing statement.

**Helpful Links:**

Video Lessons: Learn the PennyPRO Strategy through this ever-evolving series of lessons.

Email Jeff: Get the help you need.  Member questions are never a bother.

Chat Room: Join the Chat Room.

**Chat Room Rules and Guidelines**: Make sure you know how to use Chat properly.

Neither Penny Pro nor Lighthouse Media LLC (publisher of Penny Stock Pro) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for Lighthouse Media LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Penny Pro manages on behalf of Lighthouse Media LLC.

If you have a current active subscription with PennyPro you will need to contact us http://www.pennypro.com/contact/ if you want to cancel your subscription. Opting out of emails does not remove you from your service at PennyPro.

If you no longer wish to receive our emails, click the link below:

Unsubscr be

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

PX 19, 1385

 **Gmail**

**Sydney S. Budina** ████████████

---

## Tuesday PennyPro Watch List Inside
1 message

---

**Jeff Williams** <Jeff@pennypro.com>                          Mon, Nov 28, 2016 at 9:45 PM
To: ████████████

   

The Smallest Investment ~ The Biggest Potential

Evening PennyPro,

Killer day today with AMRS rolling after hours to $1.01 making our swing alert from this afternoon look really sweeeeet.

Big kudos goes out to Luke Murray for hitting a near $10,000 dollar winner for members of PennyPro chat today. Unreal play.

Here is my watch list for Tuesday.

I'll be in the chat room early ready to rock and roll.

See you there!

**Jeff Williams**
PennyPro.com

---



Please note that all membership charges will appear as "Lighthouse Media" on your billing statement.

**Helpful Links:**

Video Lessons: Learn the PennyPRO Strategy through this ever-evolving series of lessons.

Email Jeff: Get the help you need.  Member questions are never a bother.

Chat Room: Join the Chat Room.

Attachment D            **PX 19, 1386**

**Chat Room Rules and Guidelines**: Make sure you know how to use Chat properly.

Neither Penny Pro nor Lighthouse Media LLC (publisher of Penny Stock Pro) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for Lighthouse Media LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Penny Pro manages on behalf of Lighthouse Media LLC.

If you have a current active subscription with PennyPro you will need to contact us http://www.pennypro.com/contact/ if you want to cancel your subscription. Opting out of emails does not remove you from your service at PennyPro.

If you no longer wish to receive our emails, click the link below:

Unsubscr be

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

# ATTACHMENT E

PX 19, 1388

 Gmail

**Sydney S. Budina** <▇▇▇▇▇▇▇▇▇

---

## Added PTIE for $10k challenge
1 message

---

**Jeff Williams** <Jeff@pennypro.com>                                    Fri, Apr 28, 2017 at 3:38 PM
To: ▇▇▇▇▇▇▇▇▇▇

   

The Smallest Investment ~ The Biggest Potential

Hello, I took a very small position of 1,400 shares of PTIE at $.8274 for the over the weekend play. Smaller amount because that's what I had available of SETTLED funds. Not going to use unsettled just in case.

Target here $.90 break and push toward $1

*Jeff Williams*

**Jeff Williams**
PennyPro.com

---

Please note that all membership charges will appear as "RagingBull.com" on your billing statement.

**Helpful Links:**

Video Lessons: Learn the PennyPRO Strategy through this ever-evolving series of lessons.

Email Jeff: Get the help you need.  Member questions are never a bother.

Chat Room: Join the Chat Room.

Chat Room Rules and Guidelines: Make sure you know how to use Chat properly.

Neither Penny Pro nor RagingBull.com, LLC (publisher of Penny Stock Pro) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears respons bility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Penny Pro manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with PennyPro you will need to contact us http://www.pennypro.com/contact/ if you want to cancel your subscription. Opting out of emails does not remove you from your service at PennyPro.

If you no longer wish to receive our emails, click the link below:

Unsubscr be

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

Attachment E                    **PX 19, 1390**

**ATTACHMENT F**

PX 19, 1391

 **Gmail**

**Sydney S. Budina** ███████████████

---

## [PennyPro] Re: Re: Jeff here. Just a quick note!
1 message

**Nathan (PennyPro)** <jeff@pennypro.com>                              Mon, May 22, 2017 at 9:21 AM
Reply-To: PennyPro <jeff@pennypro.com>
To: "Sydney S. Budina" ████████████████████

##- Please type your reply above this line -##

Your request (72976) has been solved. To reopen this request, reply to this email. See the latest comments below:

---

 **Nathan** (PennyPro)
May 22, 9:21 AM EDT

Sydney,

We understand. Thank you for letting us know.

Nathan

---

 **Sydney S. Budina**
May 20, 10:44 AM EDT

Hi Jeff, don't worry, I didn't cancel the service. I just canceled the automatic renovation. I don't like to be charged without knowing it in advance and some companies don't alert about upcoming charge.

Best

Sydney

On Fri, May 19, 2017 at 1:56 PM, Jeff Williams <Jeff@pennypro.com> wrote:

Hi Sydney,

Just wanted to touch base with you about your service here with PennyPRO.

I was sad to see that you decided not to renew your upcoming subscription with me and just wanted to reach out to you personally and see what is wrong?

Can you write me back and let me know what's going on with your trading and the service here?

Attachment F                                        **PX 19, 1392**

I'm really striving to help each and every one of my members make the kind of gains that will keep them here with me year after year, and if I haven't done that I definitely want to fix it.

I sincerely hope I hear back from you. And please, don't worry about telling me the truth. If there's criticism that the service could benefit from PLEASE let me know. The fact is that most of the upgrades that have happened here have been because members spoke up and helped me see something I was missing.

Please, will you do the same?

I would greatly appreciate the conversation with you just to find out what's going on. Is your trading doing OK? Are you finding the value in our educational materials that you need? Do you consider the service too expensive??? Whatever it is I would really value knowing and I hope to hear back from you.

I'm absolutely sure we can work something out that will help you with whatever the issue may be.

Thanks again for being on the team and for helping me make PennyPRO better for it's members.

I hope to hear from you soon.

Sincerely,

Jeff Williams
PennyPro.com

Neither Penny Stock Pro nor RagingBull.com, LLC (publisher of Penny Stock Pro) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information

PX 19, 1393

included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Penny Pro manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with PennyPro you will need to contact us http://www.pennypro.com/contact/ if you want to cancel your subscription. Opting out of emails does not remove you from your service at PennyPro.

Unsubscribe (https://mr141.infusionsoft.com/app/linkClick/45523/e7893e52dc73975e/136307436/1d56332f12cc0f65)

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

]

Thank You for Contacting Support.

[J50LLE-XK64]

Attachment F                                    **PX 19, 1394**

# ATTACHMENT G

PX 19, 1395

 Gmail

**Sydney S. Budina <​██████████████​>**

---

### From My Watch List To Your Bank Roll

1 message

---

**Jeff Williams** <Jeff@pennypro.com>                          Mon, May 22, 2017 at 4:24 PM
To: ███████████████

 

with Jeff Williams

The Smallest Investment ~ The Biggest Potential

One of the main reasons why traders love PennyPro is because I do 99% of the work for them.

Each evening or morning I prepare a watch list of 3-5 high quality stocks. Traders use them to trade on their own from work or use it as a learning experience to see if their scans are matching up against some of mine.

Look at these PennyPro scans from last night:

BPMX I said: (nice 30% mover)

***BPMX - bullish candle on Friday and a break over $.50 which is the 200 MA line and we could be setting up for another run at $.60 area. Good volume and set up here.***

Attachment G                          **PX 19, 1396**



CMLS I said: (boom 67% up!)

**CMLS - Breaking away here, over $.525 on Monday and we could see this push up toward $.62 previous highs. Love the potential cup and handle feel it has right now.**



So you can decide if you prefer to spend hours and hours each night doing your own scans or let me do them for you.

PennyPro is a great starter place for any new or intermediate trader who is looking to get more involved with the stock market.

Check us out right here!

Cheers

*Jeff Williams*

**Jeff Williams**
PennyPro.com

Please note that all membership charges will appear as "RagingBull.com" on your billing statement.

**Helpful Links:**

Video Lessons: Learn the PennyPRO Strategy through this ever-evolving series of lessons.

Email Jeff: Get the help you need.  Member questions are never a bother.

Chat Room: Join the Chat Room.

Chat Room Rules and Guidelines: Make sure you know how to use Chat properly.

Neither Penny Pro nor RagingBull.com, LLC (publisher of Penny Stock Pro) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Penny Pro manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with PennyPro you will need to contact us http://www.pennypro.com/contact/ if you want to cancel your subscription. Opting out of emails does not remove you from your service at PennyPro.

If you no longer wish to receive our emails, click the link below:

Unsubscr be

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

 **Sydney S. Budina** < █████████████ >

## 5 Hot Penny Stocks For Monday June 12

1 message

**Jeff Williams** <Jeff@pennypro.com>                     Mon, Jun 12, 2017 at 7:57 AM
To: █████████████





The Smallest Investment ~ The Biggest Potential

Morning Traders.

Many of you struggle to find the best stocks to play each and every morning. Just a reminder that at PennyPro I do all the heavy lifting for you.

The scans, the watch lists, the morning prep and then of course I alert my real time buys and sells each and every day.

If you're needing assistance in the stock market then I can help you.

Take a look here when you have time and then email me back if you have any questions.

Here are my top 5 for Monday:

ASNA - A strong stock over the 20 MA line here on Friday, gap toward $2.75 that could get filled down the road makes this an intriguing play for me. This is right off the "Advanced Guide To Penny Stock Trading" on the gap and run. Will watch for a morning jump, pull back, then potential play on the curl back up if we see one.

**PX 19, 1400**



ATRS - Volume picking up as of late, $3.13 previous high is what I am watching if we push up over $3 today.

**PX 19, 1401**



CVEO - After a huge fall, we appear to be finding a short term base at $1.88 level which would be my stop loss if I got in. This is an ideal consolidation play right from this lesson here. Short term targets of $2.13 20 MA line then $2.24 200 MA line.



WTI - With oil up 1.5% I think this is worth your watch. $2.12 could be a short term target but if we push over that then the 50 and 200 MA lines both sit at $2.24 for possible secondary targets.



SYN - Perfect doji candle right from my "Intermediate Guide To Penny Stock Trading" with support right around $.58 to $.60 and a potential mover to $.70+ area on the bounce.



Let's start there for now, I'll be watching these plays for a big money pay out today.

Cheers

**Jeff Williams**
PennyPro.com

Neither Penny Pro nor RagingBull, LLC (publisher of Penny Stock Pro) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is

**PX 19, 1405**

NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Penny Pro manages on behalf of RagingBull.com, LLC.

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

To be removed completely from all email lists in our system, use the link below:

Unsubscribe

Attachment G                                   **PX 19, 1406**

# ATTACHMENT H

PX 19, 1407

 **Gmail**

**Sydney S. Budina** < ▓▓▓▓▓▓▓▓▓▓ >

**Urgent: ONLY 8 HOURS Remain**
1 message

**Jeff Williams** <Jeff@pennypro.com>                                    Fri, Dec 29, 2017 at 9:35 AM
To: ▓▓▓▓▓▓▓▓▓



Sydney,

This 80% discount, our BEST price ever expires in a couple hours.

Let us highlight how much VALUE we deliver for you every single day:

Q: Do you want to live trade with two of the most humble yet profitable traders and teachers in the business on a daily basis?

A: Why wouldn't you?! You literally get to pick our brains as you look over our shoulders, seeing our screens and narrating our trades. There's no pump and dump either!

*"+112% on those SPY calls thanks Davis!" ~ Tony M.*

Q: Do you want both Stock and Option trades delivered to you in the final hour of trading with huge upside potential to profit the very next morning?

A: Of course you do! Who wants to work eight hours a day and make less money than they could working a few minutes a day with us?!

*"Out MCIG +$1,100 thanks for the gap! You're the man Jeff!" ~ Milton J.*

*"Out of your 'final trade' SPY calls +91% Davis!" ~*
*Matthew R.*

Penny Stock Millionaire
This HUGE discount
expires in the blink of an eye

Q: Are you a new trader looking for a great start, struggling trader looking to become profitable, or an advanced trader just looking to make more money?

A: We work with new, struggling, and advanced traders day in and day out! New and struggling traders come to us and experience what profitable trading feels like, and advanced traders come to us and experience what making even more money feels like!

*"Wow, this is literally my first green week ever and I just*
*joined last week. I had lost so much money in the past.*
*I'm really glad I signed up. I'll be a member for life!" ~*
*Natalie S.*

Q: Do you work full time, but are seeking consistently profitable text and email alerts for easy to follow and reliable trades which you can make from your computer, tablet or phone?

A: No problem! Did you know that Davis, Jeff and two of their top performing students used to trade part time from their phones while working full time in order to generate some extra income? That's right! Some of the best traders and mentors on Wall Street got their starts from their phones at work. Pretty cool, right?

Options. Stocks. ETFs
These BIG Savings
end in a matter of hours

Bottom line, we love trading, teaching, and helping you make money as a team in an easy to follow lucrative family of traders of all natures.

We deliver a great service and we really hope you get grandfathered in our lowest price ever right NOW before this deal expires in a few short hours.

This is your chance to SAVE 80%! There will never be a lower price.

You even have the opportunity to pay for your subscription and more with one of Jeff's 'gap trades' or one of Davis' Options 'final trades!'

You'll see how profitable yet simple our system is.


We'll see you on the inside.

Neither Penny Pro nor RagingBull.com, LLC (publisher of PennyPro) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Penny Pro manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with PennyPro you will need to contact us http://www.pennypro.com/contact/ if you want to cancel your subscription. Opting out of emails does not remove you from your service at PennyPro.


If you no longer wish to receive our emails, click the link below:

Unsubscr be

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

# ATTACHMENT I

PX 19, 1411

 Gmail                                    **Sydney S. Budina** < ████████████ >

---

## Welcome to Biotech Breakouts - Catalyst Swing Trades

1 message

---

**Kyle Dennis** <Kyle@biotechbreakouts.com>                    Thu, Apr 20, 2017 at 8:36 AM
To: ████████████

 

Your account has now been fully activated.

### Site Access

You may now access your content by logging in to your account at...

https://www.biotechbreakouts.com/member/login
Use your email address to login
Password: ████████

Feel free to email us if you have any questions or concerns. Also, please white list and add the following emails mailer@infusionsoft.com, mailer @infusionmail.com, noreply@infusionsoft.com and kyle@biotechbreakouts.com to your contacts to ensure email delivery.

### Membership Information

Congrats! You have just joined the best biotech trading newsletter in the stock market!

I will be relentlessly researching and providing you with the best short term biotech catalyst trades.  I intend to put forth the best risk to reward trades and do it better than anyone.

### Catalyst Swing Trade Alerts

This is my most popular and most active service, in which you'll receive 2 - 3 catalyst swing trade alerts per week by email and text in real-time.  You will also receive my direct due diligence and reason for buying the stock. In a typical market, my goal is to hold these trades between 1 - 4 weeks.  Sometimes I will also provide shorter term opportunities for holds between 1 - 3 days.  Most of these stocks will be small cap companies, with market caps under $2 billion.  I will typically be looking for profits in the 20 - 30% range, but sometimes I will be looking to capture 50% or more depending on the situation.

Each Monday, you will also receive a new watchlist detailing the most important upcoming data releases, FDA approvals, and conferences in the biotech sector.  Each Friday you will also receive a summary and update with new commentary on every company in the portfolio.

Now let's get started!

Sincerely,

*Kyle Dennis*

**Kyle Dennis**
Biotech Trader

---

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no respons bility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Remove me from Premium Email List

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

Attachment I                    **PX 19, 1413**

# ATTACHMENT J

PX 19, 1414

 Gmail

**Sydney S. Budina** <███████████████>

## See Kyle's Progress Timeline
1 message

**Jason Bond** <jason@jasonbondpicks.com>                              Wed, Feb 28, 2018 at 8:21 AM
To: ███████████████



 

Good morning,

Kyle has a new nickname everyone…

I'm calling him the Federal Reserve!

And you know why…...because he prints money! Just look at his timeline.



Everyday he sits down at my desk, turns on his computer, and makes about $5,000 every single day. Including weekends!

This not a joke my friends. This is what is possible when you put your mind, body, and soul into something with unlimited upside potential.

Last week he picked the top two percentage movers on all of Wall Street!

And this was no mistake.

It happens time...after time...after time.

Just like clockwork.

Imagine if you had that type of predictive power.

Well, you do and he can unlock it for you.

He's done it 10 times over. He just recently turned a small $25k account into $260k in a matter of 5 months. This wasn't the first time either.

Oh, and it's all recorded.

Now the journey starts again on March 1st.

He'll be showing you how to do the same.

You can start learning the ropes TOMORROW.

Jump on board and you could reach the clouds.

Cheers,

*Jason Bond*

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Jason Bond Picks you will need to contact us <u>here</u> if you want to cancel your subscription. Opting out of emails does not remove you from your service at Jason Bond Picks.

If you no longer wish to receive our emails, click the link below:

Unsubscr be

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

# ATTACHMENT K

PX 19, 1418



Sydney S. Budina < ███████████████ >

## FDA Insider Alerts: Bought CRMD
1 message

**Kyle Dennis** <kyle@biotechbreakouts.com>                           Mon, Feb 12, 2018 at 12:19 PM
Reply-To: kyle@biotechbreakouts.com
To: ███████████████



Good afternoon,

I bought 10,000 share starter position in **CRMD** at $.465. Here is some more details:

**CorMedix (CRMD)**

Catalyst Dates: Phase 3 interim analysis due out "early 2018." Company should announce a date soon when 28th patient event has been reached - then we will know specific date.

Buy Zone: $.40 to $.50

Profit Zone: $.70 or higher

Stop Zone: $.35 or below

Attachment K                **PX 19, 1419**



Cheers,

*Kyle Dennis*

**Kyle Dennis**
Biotech Trader

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you
will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Biotech Breakouts FDA Insider Alerts

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an
investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state
securities regulatory authority. Users of this website are advised that all information presented on this website is
solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is
not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is
NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the

Attachment K

PX 19, 1420

solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

# ATTACHMENT L

PX 19, 1422

 Sydney S. Budina < ██████████ >

---

**Lightning Alerts Watch List 2/12**
1 message

---

**Keith Kern** <Keith@lightningalerts.com>                    Sun, Feb 11, 2018 at 10:24 AM
To: ██████████



**2/12/18**

Hope I find you all having a fabulous weekend!

The market was extremely encouraging Friday afternoon, and I am looking forward to the week ahead!  Why was it encouraging?  I really don't care whether we have a bull, bear, or sideways market, rather I simply am looking for Mr. Volatility to start to settle in and give us a market once again that we can aggressively trade.  I feel like we have finally found a support level in many of the major indexes that will start to give us base action and a tad steadier environment.

Is the volatility over?  Of course not, but I felt like Friday was encouraging start to the end of this craziness!  This still has to cycle through, so let's keep watching the **VIX** level.

Speaking of the craziness, we have done a marvelous job in the newsletter and especially the chat room of identifying this mess early on and trading accordingly.  The past seven days or so is the type of action that causes accounts to blow up.  Yes, you can make money, but the important thing is to simply stay intact and be ready to pounce once it all subsides.   Congrats to those that didn't get hurt!  You are way ahead of the game!

Below are the index charts I speak above above.  You can see how we tested some major moving averages and trend line support areas.  Hopefully this action will allow the **VIX** to finally settle back down as well in the coming days/weeks.  Obviously, anything can and does happen in the market, so we always need to stay on our toes, but I am cautiously ready to get a little more aggressive again in my swing and day trading.

Attachment L                              **PX 19, 1423**







EEM iShares MSCI Emerging Markets ETF NYSE
©StockCharts.com
9-Feb-2018
Open 46.31 High 46.78 Low 45.03 Close 46.42 Volume 153.4M Chg +0.73 (+1.60%)
EEM (Daily) 46.42
MA(50) 47.80
MA(200) 44.26
EMA(5) 47.20
Volume 153,419,824
RSI(14) 38.29
May Jun Jul Aug Sep Oct Nov Dec 2018 Feb

IWM iShares Russell 2000 ETF NYSE
©StockCharts.com
9-Feb-2018
Open 146.76 High 147.94 Low 142.50 Close 146.77 Volume 53.3M Chg +1.33 (+0.91%)
IWM (Daily) 146.77
MA(50) 153.79
MA(200) 144.59
EMA(5) 148.54
Volume 53,315,264
RSI(14) 32.83
May Jun Jul Aug Sep Oct Nov Dec 2018 Feb

$VIX Volatility Index - New Methodology INDX
9-Feb-2018
© StockCharts.com
Open 32.18 High 41.06 Low 27.73 Close 29.06 Chg -4.40 (-13.15%)
$VIX (Daily) 29.06
MA(50) 12.96
MA(200) 11.25
Volume undef
RSI(14) 64.78
Mar Apr May Jun Jul Aug Sep Oct Nov Dec 2018 Feb

$COMPQ Nasdaq Composite INDX
9-Feb-2018
© StockCharts.com
Open 6863.34 High 6917.01 Low 6630.67 Close 6874.49 Volume 3.1B Chg +97.33 (+1.44%)
$COMPQ (Daily) 6874.49
MA(50) 7075.53
MA(200) 6557.28
EMA(5) 6972.30
Volume 3,131,292,160
RSI(14) 37.06
May Jun Jul Aug Sep Oct Nov Dec 2018 Feb

Shifting gears, I was on the phone with our lead moderator in the chat, Bernie, aka @sandman7591, on Saturday talking about the market and he graciously volunteered to do an open Q&A in the chat room TODAY from 1pm to 3 pm Eastern!  For any of you that may not know Bernie, he has 40 years of full time trading experience and has wild success doing so.  He has a passion for helping traders, especially newer ones, and has a lot of energy and passion for the markets.  I HIGHLY encourage you all to stop in if you have the opportunity!

Also, a lot of you have been asking on why no swing update and alerts in the newsletter/service lately.  Simply put, I backed off in this high VIX environment on purpose, but am looking to get back into the swings!  I am currently 100% cash and ready to pounce, which bring me to the watch list for Monday!

**Watch List for MONDAY!** (Thoughts and measurements below meant for potential swing trades)

**ABCD**  Looks like 8+ on a 7.25 break.



**ABUS**  Looks like 6.5+ on a 5.5 break



**AMPE**  4+ potential on a break of 3.15



**ARNA** Looks like 42.5+ on a 40.5 break.



**FTNT** 50+potentially on a break of 47



**Keith Kern**

---

Neither Lightning Alerts nor RagingBull.com, LLC (publisher of Lightning Alerts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsbility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Lightning Alerts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Lightning Alerts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at LightningAlerts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Premium Email List

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Attachment L          **PX 19, 1429**

# ATTACHMENT M

PX 19, 1430

 Gmail

**Sydney S. Budina** < ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ >

---

## Sniper Report: Buying this Cancer Company Alongside a Legend
1 message

---

**Kyle Dennis** <kyle@biotechbreakouts.com>                    Fri, Mar 23, 2018 at 9:35 AM
Reply-To: kyle@biotechbreakouts.com
To: ▮▮▮▮▮▮▮▮▮▮



Oncosec Medical (ONCS) is a small biotech company focused on treating various cancers. The company is valued at less than $100M in market cap, which means investors aren't giving much value to the long term potential of this speculative company.

The company's main platform is called Immunopulse. Immunopulse helps to deliver specific therapies into tumors. Using this platform, they can combine therapies together in order to better treat patients.

There is about a 60% to 80% non response rate in solid tumors such as melanoma, triple negative breast cancer, renal cell carcinoma, lung carcinoma, head and neck cancer, and bladder cancer. Using the Immunopulse platform, patients (and the company) hope to lower that non response rate.

Oncosec is partnered with pharma-giant Merck (MRK) with it's anti-PD-1 therapy called KEYTRUDA.  The company also has two upcoming catalysts. The first is a early stage Phase 1 trial that is treating Triple Negative Breast Cancer. Data there will be presented at a conference on April 15th. The second (and way more important) catalyst is results from a Phase 2b trial to treat Melanoma. That data will likely come out at the ASCO conference, which is in early June.

Another exciting point is that Point 72 Asset Management just recently added shares. That fund is ran by legendary investor Steve Cohen. He owns over 2M shares and is the top shareholder of Oncosec stock.

Attachment M                    **PX 19, 1431**

He has a strong track record of picking some of these small cap cancer companies. One of his big picks recently was Celator Pharmaceuticals (CPXX). He loaded up on millions of shares of this really small cap cancer company just 3 weeks before the company got bought out for over $3B. The share price rocketed from about $2 to $30.25 in less than a couple months.

Oncosec also recently completed a secondary offering and is well funded. They raised $20M in that offering, which is almost a fourth of the company's value - just with cash in the bank!

The big event will be in June, so I think it is prudent to establish a position now. That gives time for the trade to develop, and if great trial data hits, we could be in store for a large move. I think the risk to reward here is greatly in our favor.

**My action: I bought 6000 shares of ONCS at $1.72. I will be setting an initial goal of 100% and a stop of 35%. I think ONCS is a good buy up to $2.05.**

*Kyle Dennis*

**Kyle Dennis**
The People's Trader

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Sniper Report

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities

Attachment M

**PX 19, 1432**

regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears respons bility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no respons bility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

**ATTACHMENT N**

PX 19, 1434

                                                   **Sydney S. Budina** < ▇▇▇▇▇▇▇▇ >

---

### [BioTechBreakouts] Re: Cancelation of today's charge of $2,999
1 message

---

**Jordan (BioTechBreakouts)** <support@biotechbreakouts.zendesk.com>          Thu, Dec 20, 2018 at 9:14 AM
Reply-To: BioTechBreakouts <support+id232285@biotechbreakouts.zendesk.com>
To: "Sydney S. Budina" < ▇▇▇▇▇▇▇▇ >

##- Please type your reply above this line -##

Your request (232285) has been updated. To add additional comments, reply to this email.

---

    **Jordan** (BioTechBreakouts)
Dec 20, 9:14 AM EST

Sydney,

While each of your accursations are vehemently false, your approach to this matter shows that you are not the kind of client that we are looking for. With that being said, if you reply back and retract your comments, sign a Non Dispute Agreement and honor it, then we will issue the $2999 refund. Anything outside of those conditions we will have to let this play out and we'd like to avoid that. We know that we are operating properly and that nothing misleading or unethical has taken place. This is a simple case of someone failing to cancel a renewing service that they purchased.

Again, anything outside of you replying back and retracting your comments (stealing, unethical, illegal), signing a Non Dispute Agreement and honoring it (removing negative comments on third party sites including BBB) will require us to let this play out. Our hope is that you will be civil and honor these small requests so that we can refund your $2999 and close our relationship with you indefinitely.

Jordan

---

    **Sydney S. Budina**
Dec 19, 9:02 PM EST

Jordan,

thank you for your email. Before I go any further, I must make clear that you are not operating ethically, as–advertised or legally. You charged $2,999 from my credit cards without my consent after I deactivated automatic payment on my account months ago. It is called stealing and it is illegal. I don't know what did you do with the system when you

---

Attachment N                                **PX 19, 1435**

changed the subscribers access, but it was inactive. I am always inactivating automatic payments, specially when we are talking big amount of money.If you want run a serious business here and be honest, do what another honest companies are doing. If somebody deactivate automatic payment send an email regarding that. If you are going to charge automatic payment send en email few days before to let the subscriber know, how another serious companies are doing. If you want be serious company take serious a complaints and offer refund like any other serious company is doing...I can continue...conclusion you are not serious company and much less company that operates ethically...

How you can ask me at this point for any commitment at anything after what your company did? If you are head of support I am sure that you are receiving similar complaint every single day. I am not employing any threats. And no idea regarding demeanor in the way I interact with your team...really? I am just letting you know what I am doing and will do. And no need to find any mutual beneficial solution. You should make a refund or cancel the charge at the same moment that I asked for it, because you know that I am right. Unfortunately for you, you did it to somebody who will not stop till the refund done. I am not using your services for more 11 months after I discover that it is a scam and I didn't ask for a refund back then after a few days watching what Kyle Dennis is doing with the subscriber's money, pumping and dumping stocks (but this is another story) , but now we are talking about something totally different. I don't want to start using your service and never will. When I complaint to Kyle Dennis he shut me out of the chat, so about what services we are talking about here? No company can post Terms of use and say no refunds, it is not a product that you manufacture or ship and I didn't ask for the refund months after I was charged, but before it was even processed.

More than 35 people contacted me during today with similar story about the illegal practice of your company and I am working to expose all of it and let everybody in trading community to know about it. I filed various complaints already (with BBB and other institutions) to start investigate your company. Once again no treats here just letting you know what I am doing.

You have still time do it right and make a refund of the $2,999

Best

Sydney S. Budina

---

 **Jordan** (BioTechBreakouts)
Dec 19, 8:28 PM EST

Sydney,

I am the head of support and I have read through your previous messages. Before I go

**PX 19, 1436**

any further, I must make it clear that we are operating ethically, as-advertised and legally. We are glad to continue this conversation, but before I invest more time here I'll need a commitment from you that you will refrain from employing threats and improve your demeanor in the way you interact with my team and I. We are committed to finding a mutually beneficial solution here but we require a more civil tone going forward. I await your reply.

Jordan

---

 **Sydney S. Budina**
Dec 19, 5:29 PM EST

You are not sending any cancelation confirmation when the automatic payment is canceled, so what exactly you are asking here?

Still waiting for the cancelation or refund confirmation regarding an illegal and unauthorized today's charge of $2,999 by Biotech Breakouts

Sydney S. Budina



**PX 19, 1437**



 **Sydney S. Budina**
Dec 19, 3:02 PM EST

darren, I hope that it will be resolved as soon as possible. If it is not resolved tomorrow, I will not stop fighting till your company investigated and closed.

Best

Sydney S. Budina

---

**Daren** (BioTechBreakouts)
Dec 19, 2:55 PM EST

Sydney.

I have escalated this directly to my manager. Unfortunately he is out for the day, he'll be with you as soon as he can to reach a mutually satisfying resolution..

I apologize for the inconvenience.

Daren.

**PX 19, 1438**

 **Sydney S. Budina**
Dec 19, 1:20 PM EST

Hi Daren,

thank your for your response. I explained already that I am always cancelling automatic renewals and I did the same with yours. You changed in various occasion your system and our access to the account and is evident that you changed it. Even though every serious company is doing refund if went something wrong or the customer request it. Is evident that your company is not serious and you are scamming and defrauding people. It is not just that you are promising services that you don't provide but

I filled 3 complaints already during this morning and sending a letter to general attorney regarding how you are scamming and treating people. I was able to contact 4 more poeple that had the same problem with the automatic charge and I found 17 more. believe me I have nothing else to do and I will dedicate all my free time to pursue this. I am disputing the charge with the bank already and I am sure that the bank will not process the money or return it back and I am sure that the publicity and publishing all the complaints of all people that you scam will help to close you company for good. I hope that the investigation start soon and I will be able to help a lot of people from loosing money with your fraudulent company. I appreciate that you cancel my renewal for next year, that is just one proof more how it is working. I canceled that myself this morning and have a snapshot of it so I really don't have an idea how you can cancel it afterwards. That is exactly what happened last year. I canceled but you change it back on.

You have still time to resolve it. Till I don't receive from you the confirmation that the charge was reverse or that you send a refund I will continue with my effort till your company close.

Sydney S. Budina

---

**Daren** (BioTechBreakouts)
Dec 19, 1:06 PM EST

Sydney.

Our service is entirely authorized, as are our renewals. Our system automatically logs when a cancellation or reactivation of a subscription occurs.

Our service is advertised as automatically renewing. This is stated again in our order form, our terms and conditions, and the license agreement for our Mentor clients.  Our refund policy and cancellation process are posted clearly on our website.

While we wished to have found a mutual solution with you, we have cancelled future renewals with us, your access ends 12/19/2019.

Sincerely,

Daren. Support supervisor.



**Sydney S. Budina**
Dec 19, 12:36 PM EST

Sydney



**Sydney S. Budina**
Dec 19, 12:36 PM EST

Still waiting for the cancelation or refund confirmation regarding an unauthorized charge of $2,999

Sydney S. Budina



**Sydney S. Budina**
Dec 19, 11:05 AM EST

Hi Crystal,

That is exactly the problem. I canceled it and you don't send any email confirming the cancelation of automatic renewal. You changed in various occasions the website access for your subscribers, so I assume when you changed it it change to active once again. You don't email reminder a few days prior to charge as another serious companies do, so there is no way to know it. I don't see any problem to cancel the charge or do the refund. I am not interested in the service and the service don't start either. You can see that I entered the chatroom of Biotechbreakoput only during first month or two and I am sure that the automatic renewal was canceled. I tried to communicate with Kyle Dannis right now and he canceled the access to the chat. I am really not interested to even such person in my life and I started right now to complaint and file with the authorities regarding your practice to investigate
your company practice, may be they will find out that it is way how you are making your money and that I am not alone who you did the same. Will continue filing complaints till not resolved and I have the confirmation that the refunded the money. The payment will be stop by bank anyway and the cards will be canceled so you can not do the same next year, but a lot of people will know about it, so be ready.

Attachment N                                    **PX 19, 1440**

Best

Best

Sydney S. Budina

 **Crystal** (BioTechBreakouts)
Dec 19, 10:51 AM EST

Sydney,

I have reviewed your profile and do not see an attempt to cancel prior to your renewal date.

Please send a copy or screenshot of any attempt to cancel prior to the subscription renewal date, so that we can review this issue.

Sincerely,

Crystal

 **Sydney S. Budina**
Dec 19, 9:58 AM EST

Thank you for your response. I canceled 11 months ago and because you never send any cancelation confirmation for some reason it was on once again. I am not sure that it is because you swich the systems or the changes that you made, but I insist on the cancelation of the charge or full refund. If i don't receive the confirmation today I am filling official complaints.

After a few days of the service I canceled the automatic renewal because I realized that service was a SCAM and you are not providing what you promised. After looking at the service for a few days I felt bad for all the people that wrote the complaints in the live chat because they were thinking that they can make money following "your system" and it was nothing like you stated previously. Kyle Davis was online usually only one hour a day and many times after that he was off whole days. I stopped accessing your chat very soon, because I believe that your company is just scamming people out of there money. I didn't publish any public comment or file a complaint with a regulators yet, but I definitely will do so now after I realized that you charged me one more year after I canceled the automatic renewal months ago. You changed the system in various occasions between The Bio breakouts, The Raging Bull, Keith subscriptions, Penny Stocks, so I assuming that my automatic subscription that I canceled kicked on with the changed

Attachment N                              **PX 19, 1441**

it, but I want cancel the charge or refund of $2,999 that you charged today right now. If I don't receive an email from you today canceling the charge or refunding the money I am reporting your company and Kyle Dennis to the General attorney, BBB, FINRA, Consumer Financial Protection Bureau, etc., so other people do not give you any money for there no good services and no customer service. and start investigate your company asap. Beside that I will start publishing every single day rip off review on all social platform to let people now about this SCAM.

best

Sydney S. Budina

---

 **Crystal** (BioTechBreakouts)
Dec 19, 9:37 AM EST

Sydney S. Budina,


When you purchased our service on December 19, 2017, it was advertised as an auto-renewing subscription unless the recurring billing feature was cancelled, by you, prior to renewal.

Because you did not cancel or schedule to cancel before the renewal date, your account has been charged.

Unfortunately at this time, per the terms and conditions you signed at the time of subscription, we do not provide refunds.


To cancel your BiotechBreakouts.com subscription, **Login to your profile then come back to this email and CLICK HERE.** It will take you directly to the page of your Active Subscriptions.

From there, **click Cancel Auto Renewal** for any subscription you wish to close.

Your access will then expire at the end of the current term and you will not be charged again. Do not Reactivate if you do not wish to continue.

Wish you all the best.

Crystal

Attachment N              **PX 19, 1442**



**Sydney S. Budina**
Dec 19, 8:20 AM EST

Still waiting for your response. My phone number is ██████████ If I don't hear from you today going to report your company

Thank You for Contacting Support.

[22Z6GG-WDX7]

# ATTACHMENT O

PX 19, 1444

6/14/2020                                                    Gmail - Re: Do Not Renew My Subscriptions PLEASE - 6/14/20 & 6/26/20



## Re: Do Not Renew My Subscriptions PLEASE - 6/14/20 & 6/26/20
1 message

To: "RagingBull.com, LLC" <support@ragingbull.com>                              Sun, Jun 14, 2020 at 7:26 AM
Cc: ████████████████                           , jason@ragingbull.com, jeff@ragingbull.com,
jeff.bishop@ragingbull.com, jbishop@ragingbull.com

Hi - You renewed my subscription to Jason Bond Picks after I explicitly sent you 3 different emails instructing you NOT TO RENEW MY SUBSCRIPTION!!!!!

I WILL BE TELLING MY CREDIT CARD COMPANY TO STOP THE RENEWAL CHARGE, AND I EXPECT YOU TO RETURN MY EMAIL OR CALL ME IMMEDIATELY TO REVERSE THE CHARGE BACK TO THE CARD TODAY!!!!

I CAN'T BELIEVE YOU DID THIS - I HAD HOPED RAGING BULL WAS DIFFERENT FROM ALL THE OTHER SCAMMY INVESTMENT RESOURCES OUT THERE BUT IT APPEARS YOU ARE JUST AS UNETHICAL - <span style="color:red">YOU DON'T LET USER'S REMOVE THEIR CARD DETAILS SO THAT THEY CANNOT BE USED FOR RENEWAL, YOU DO NOT GIVE USERS A "DO NOT RENEW" OPTION ON THEIR SUBSCRIPTIONS, AND ASK THAT THEY CONTACT YOUR SUPPORT DESK TO ENSURE THIS DOESN'T HAPPEN, AND THEN WHEN USER DOES THIS, YOU DO NOT RESPOND TO THEIR REQUESTS TO NOT RENEW THEIR SUBSCRIPTION!!!!!</span>

THESE ARE THE TACTICS OF A FULL BLOWN SCAMMER BUSINESS - ONLY COMPANIES WHO SELL INFERIOR PRODUCTS "TRAP" BUYERS LIKE THIS.  I HAD HOPED RAGING BULL WAS DIFFERENT, HOWEVER IT SEEMS NOT.

I WILL BE REPORTING THIS ISSUE TO THE BBB AND WILL ALSO ADVISE ANYONE I KNOW, IN EVERY INVESTMENT GROUP I AM IN, TO NEVER USE YOUR PRODUCTS OR GIVE THEIR CREDIT CARD INFO TO YOUR COMPANY SINCE YOU WILL JUST USE IT AS YOUR OWN PRIVATE ATM.

SHAME ON YOU, AND IF JEFF BISHOP & JASON BOND ARE IN ON THIS, THEN I HAVE LOST ALL RESPECT FOR THEM AS MENTORS & INVESTMENT ADVISORS - THESE ARE THE KINDS OF TACTICS THAT WASHED UP, OLD USED CAR SALESMEN USE.

ALSO, I WILL BE CANCELLING MY SUB TO JEFF WILLIAMS PENNY PRO AND AM ALSO CONSIDERING CANCELLING MY SUB TO JEFF'S ANGEL INVESTING PROGRAM AS WELL IF THE CUSTOMER SERVICE WILL BE JUST AS CRAPPY ON THEIR SUBSCRIPTIONS AS IT WAS ON THIS ONE.

UNACCEPTABLE!



Attachment O                        **PX 19, 1445**



On Sat, Jun 13, 2020 at 12:31 AM ▓▓▓▓▓▓▓▓                        > wrote:
Hello - I am following up on this request to NOT RENEW MY CURRENT SUBSCRIPTIONS TO JASON BOND PICKS OR TO PENNY PRO ON 6/14 & 6/25 respectively.  PLEASE CONFIRM & ACKNOWLEDGE RECEIPT OF THIS REQUEST!!!

THANK YOU!

▓▓▓▓▓▓▓▓

On Thu, Jun 11, 2020 at 9:26 AM ▓▓▓▓▓▓▓▓                        > wrote:
Hello - I am a subscriber to both Jason Bond Picks & Penny Pro by Jeff Williams.  I have tried to select DO NOT RENEW from within my account, however, I don't seem to have an option to.

JBP is set to auto-renew on 6/14/20 - **PLEASE DO NOT RENEW THIS**, BUT LEAVE ACCESS ON UNTIL THEN.

Penny Pro is set to auto-renew on 6/26/20 - **PLEASE DO NOT RENEW THIS**,BUT LEAVE ACCESS ON UNTIL THEN.

Below is a screenshot of my subscriptions page.  Please call or email me if you have any questions, and please confirm receipt of this request to NOT RENEW on 6/14 or 6/26.  Thank you.



Attachment O              **PX 19, 1446**



Attachment O                    **PX 19, 1447**

# ATTACHMENT P

PX 19, 1448

Dear Sydney,

Thanks for using Trustpilot to review jasonbondpicks.com.

jasonbondpicks.com has reported your review for violating Trustpilot's User Guidelines. This means it's been temporarily moved offline.

We'd like to help you get your review reinstated, but we need you to make a few changes first:

Your review includes personal information about someone, such as their name, address, contact details or similar. We have to protect people's personal information, so we can't allow this on Trustpilot. Please edit your review to remove the information.

Your review contains accusations or statements that are potentially defamatory. We welcome all genuine reviews on Trustpilot – including negative reviews about an unsatisfactory experience. But we can't allow statements that risk causing harm to people, violate our rules and may also break the law. Please edit your review to remove:
*"SCAM"*

**What we need you to do is:**

1. Log into your profile using this link.

2. Edit your review as requested above.

3. Click on *Post your updated review*.

Once you've updated your review, we'll take a look and get back to you. If your review no longer contravenes our guidelines for the reasons listed above, we'll reinstate it and let you know. If we don't hear from you **within the next 7 days**, we'll unfortunately have to keep your review offline. It won't be deleted, but it will stay offline until we hear from you again.

If you have any questions then please ask us, or visit our Support Center.

Best regards,

PX 19, 1450

Attachment P

**Quality & Compliance** (Trustpilot)

Jun 13, 18:08 CEST

Hi Sydney,

Thank you for getting back to us and addressing your concerns. Unfortunately, your review is still not within our Guidelines as it contains accusatory/defamatory statements such as "**fraud**" and "**fake**". Therefore, we kindly ask you to please update the review so it no longer contains any form of accusatory/defamatory statements.

Many thanks in advance and we do apologize for the inconvenience.

https://support.trustpilot.com/hc/en-us/articles/201839063-Edit-or-delete-your-review



**TRUSTPILOT CONTENT INTEGRITY TEAM**

# ATTACHMENT Q

**PX 19, 1451**

# Gelber Schachter&Greenberg

Adam M. Schachter
Direct: (305) 728-0952
E-mail: aschachter@gsgpa.com

1221 Brickell Avenue
Suite 2010
Miami, Florida 33131
Telephone: (305) 728-0950
Facsimile: (305) 728-0951

January 23, 2019

***Via Email & FedEx***
Mr. Sydney Budina



      **RE**:   ***Raging Bull Scam: Website, Facebook, and Twitter
Demand to Cease and Desist***

Dear Mr. Budina:

This law firm is counsel for RagingBull.com, Jason Bond, and Jeff Bishop. Through this letter, we demand that you cease and desist your defamatory conduct toward my clients. Please direct any future communications regarding this matter to my attention. If an attorney will be handling this matter on your behalf, please forward this letter to that attorney with instructions to contact me promptly.

We have reason to believe that you manage or operate a website, a Facebook page, and a Twitter account under the "Raging Bull Scam" moniker. Through these internet platforms, you have repeatedly and constantly defamed RagingBull.com, Jason Bond, Jeff Bishop, and other RagingBull.com employees. In fact, it is impossible to recount each and every defamatory statement that you have made against RagingBull.com and its employees. Nonetheless, among other things, you have stated that RagingBull.com employees became millionaires by stealing and called them "scam artists" or "charlatans." You have stated that RagingBull.com undertakes "illegal practices," "false advertising," and "theft." According to you, RagingBull.com and its employees will "end in prison for all the money that they [*sic*] stolen." When you mention RagingBull.com or its employees, you constantly use the terms "scammers," "scam," and "scamming." And you call RagingBull.com and Jeff Bishop fraudsters or accuse them of fraud at least a half-a-dozen times.

Florida law is very clear that accusing a person of fraud or criminal activity constitutes not just defamation but defamation per se. *See Campbell v. Jacksonville Kennel Club*, 66 So. 2d 495, 497 (Fla. 1953); *Curtis Publ'g Co. v. Fraser*, 209 F.2d 1, 4 (5th Cir. 1954) (applying Florida law). The same applies to words that tend to "injure" a "person in his office, occupation, business or employment," such as calling a business a scam. *McCrary v. Post Publ'g Co.*, 147 So. 259, 260 (Fla. 1933). As you know, you accused my clients of crimes—like fraud and theft—several times. Likewise, you mention "false advertising" and "scams" in nearly every tweet, post, meme, or link that you uploaded.

Mr. Sydney Budina
January 23, 2019
Page 2

Under Florida law, if you are found liable for defamation per se—and, given your outrageous statements, you most certainly will be—"liability itself creates a conclusive legal presumption of loss or damage and is alone sufficient for the jury to consider punitive damages." *Lawnwood Med. Ctr., Inc. v. Sadow*, 43 So. 3d 710, 729 (Fla. 4th DCA 2010). In plain English, by calling my clients scammers and fraudsters, you have as a matter of law harmed my clients, and they can seek damages as compensation.  In addition, we will also seek punitive damages, that is, damages to punish you for your behavior. As you must know, the evidence of your defamatory conduct is both plainly evident and substantial in magnitude, as your statements are on the internet for the world to see.

You have two options.

One option is that you do not remove your defamatory statements on Twitter, on Facebook, on Ragingbullscam.com, and every other medium which you control, in which case we will file suit against you, and you can attempt to prove the truth of your smears—that Jason Bond, Jeff Bishop, and RagingBull.com are committing actual, legal fraud. Needless to say, we are certain you cannot prove these statements, since they are patently false. We will undoubtedly prevail in the lawsuit, and will obtain an injunction, which will force you to take down your defamatory statements. We will also seek damages, including punitive damages, and we will use all necessary resources to collect those damages from you.

Your other option is to promptly and permanently remove any and all defamatory statements from your website, Twitter account, and Facebook page that mention my clients in any respect.  This would include, without limitation, the names of your website, Facebook page and Twitter account.  If you do that to our satisfaction, we will not sue you and litigation will be avoided. If we do not hear from you on or before February 1, 2019 and the defamatory statements have not been permanently removed from the internet, we will commence legal action against you.

In the meantime, we also request that you and your agents take immediate, affirmative action to preserve any and all documents, emails, text messages, and any other electronic information and data that are in any way relevant to the subject matter of this letter. This preservation obligation extends not only to you, individually, but also to all of your agents and any related entities, both former and existing, that may have relevant documents and information concerning this matter. This obligation also extends to Chopard International if you used its hardware or software in any way when uploading or posting your defamatory statements. All of that information must be preserved.

Please let me know if you would like to discuss any of these issues. And, again, if you are represented by counsel, please provide this letter to your counsel and ask that he/she contact me promptly.

Sincerely,

Adam. M. Schachter

**ATTACHMENT R**

PX 19, 1454

 Gmail

**Sydney S. Budina <​██████████████████>**

---

## Re: Raging Bull - Cease and Desist Letter
1 message

---

**Sydney S. Budina <​████████████████>**                          Thu, Jan 24, 2019 at 8:38 AM
To: Megan Espinoza <mespinoza@gsgpa.com>, Jason Bond <jason@jasonbondpicks.com>, support@ragingbull.com,
Matthew & Jordan <support@biotechbreakouts.com>, support@jasonbondpicks.com, Kyle@biotechbreakouts.com,
petra@petrapicks.com, PennyPro <jeff@pennypro.com>
Cc: Freddy Funes <FFunes@gsgpa.com>, Adam Schachter <ASchachter@gsgpa.com>

Mrs. Espinosa,


thank you for your email and reaching out. It is a long time that I didn't receive any answer from Raging Bull or their
customer service regarding my numerous complaints and refund requests.

Let me just straight who is defaming who... You should be more specific who is who because Raging Bull is not
a transparent neither honest company. A lot of victims that reached out to me have no idea who the owner or employee of
the company is. Who you are including as employees of Raging Bull? The non-existing and fake employees
Jordan Daren, Crystal, etc, that Raging Bull is sending in their emails to their subscribers with false photos from Stock
photography sites without ant direct phone number, address, etc. ?

Raging Bull and their defaming themselves with their activity. They don't need any help with it. In fact, I never defamed
anybody or used the word "charlatans", by the way, it suits them very well. The only thing that I did is stated and published
all the facts that I personally experienced including hundreds of the testimonials of the victims to expose this unscrupulous
and dishonest company and the practice of their personnel, "trainers", etc. I will continue to doing so until I received the
money that I lost because of Raging Bull. I have a lot of testimonials that I didn't publish yet and will try every day to reach
the maximum traders in the world to let them know who Raging Bull is and what they are doing. It is no place for
dishonest companies in the market place. Companies like Raging Bull are defrauding not just clients from the US. The
majority of people are from other countries. I am sure that even you have own experience with scammers from other
countries. It is time to make everybody aware and clean our own backyard of that kind of companies.

Thank you for the examples of legal cases that you mentioned in your letter. You should know the law better than me. If
you want to accuse anybody with defamatory statements they have either knew the alleged defamatory statements were
false or published them with reckless disregard despite awareness of their probable falsity and that is not the case.

I agree Florida law is very clear in a lot of things including protection of the consumer, who was scammed, defrauded,
misled, banned from the access or the company has limited your access to the public chatroom during the subscription,
not allowed to contact the company through the chat on the company's website during a valid subscription, didn't receive
a refund they requested, is lied by customer service personnel, lost money following instructions of the "trainers", were
charged subscription or subscription renewal without their consent, activated an automatic payment after the client
deactivated it on the company's website, etc.

Under Florida law, if Raging Bull, Raging Bull owners and employees are found liable for scam, fraud, breach of contract,
breach of the covenant of good faith, negligent misrepresentation, repeated misrepresentation, unjust enrichment,
scheme, causing loses to traders, forging  and showing fictitious documents, lying to subscribers and planning to deceive,
betraying subscribers per se - and, given the incredible quantity of victims, Raging Bull, Raging Bull owners and
employees most certainly will be.

 In plain English, Raging Bull scammed and defrauded hundreds of people, as a matter of law harmed the victims, and
they can seek damages as compensation.  In addition, I will also seek punitive damages to punish Raging Bull, Raging
Bull owners and employees for their actions and behaviour. As you must know, the evidence of criminal and dishonest
conduct is both plainly evident and substantial in magnitude, as the testimonials of the victims are on the internet for the
world to see.

This response is to your email received, hereby deny each and every allegation set forth in your cease and desist letter,
including but not limited to the following: defamatory conduct.

The following factors demonstrate our legal use: my own experience and testimonials of hundreds of victims

For these reasons it has been concluded that the claims made in your cease and desist letter are invalid.

I tried resolved the unauthorized charge on my credit cards with the Raging Bull and gave them the opportunity to resolve that refunding the money within 2 minutes after the unauthorized charge was processed. When I contacted them for the refund they just laughed. They didn't do so and let to play it out (how stated in the email that I received from fake customer representative Jordan).

At this moment your client has three options:

1. They immediately refund unauthorized charge of $2,999 that they charged without my consent on 20/12/2018 and they refund the $2,999 for first subscription charged in 2017. If they do so, I will not publish anymore any testimonials or comments regarding Raging Bull, Raging Bull owners and employees.

2. They immediately refund unauthorized charge of $2,999 that they charged without my consent on 20/12/2018 and they refund the $2,999 for first subscription charged in 2017 and pay $25,000 for my loses that occurred because of the Raging Bull subscriptions and services and I will not publish anymore any testimonials or comments regarding Raging Bull, Raging Bull owners and employees and I will remove all the testimonials regarding the dishonest and fraudulent dealings of your client.

3. I will file suit against your clients (asking all the victims who would join the class action lawsuit), and you can attempt to prove the truth are not committing actual, legal fraud. Needless to say, I am certain you cannot prove that your client didn't defraud, misled and scammed any of the victims including me. I will undoubtedly prevail in the lawsuit and Raging Bull will be closed and their owners will be criminally charged and pay all the damages that they caused. I will also seek damages, including punitive damages for all the victims, and I will use all necessary resources to collect those damages from Raging Bull.

If you do that to my satisfaction, I will not sue your client and litigation will be avoided. If I do not receive a check for Option 1 and Option 2 from your client on or before January 28th, 2019  I will commence legal action against your client.

Regarding your request to preserve any and all documents, emails, text messages, and any other electronic information and data that are in any way relevant to the subject matter of this letter are and will be public.

https://www.facebook.com/ragingbullusa/

 I have much more testimonials and people are continuously reaching out to me with the new testimonials and I will do the maximum possible to publish all of them.

Please let me know if you would like to discuss any of these issues. And no worries I will provide my legal counsel to contact when I decide to proceed with the legal action.

Thank you


Budina

On Wed, Jan 23, 2019 at 5:21 PM Megan Espinoza <mespinoza@gsgpa.com> wrote:

> Mr. Budina,
>
> Please see the attached correspondence, which has also been sent to you via FedEx.
>
> Thank you.
>
> Megan Espinoza
>
> Paralegal

Attachment R                    **PX 19, 1456**

Gelber Schachter & Greenberg, P.A.

1221 Brickell Avenue

Suite 2010

Miami, Florida 33131

Main. (305) 728-0950

Direct. (305) 728-0957

Fax. (305) 728-0951

Email. mespinoza@gsgpa.com


CONFIDENTIALITY NOTICE:  The information contained in this e-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received this communication in error, please contact the sender by reply e-mail and destroy all copies of the original message.  Thank you.

**PX 19, 1457**