**DECLARATION OF TRACY FORTH**
Pursuant to 28 U.S.C. § 1746

I, Tracy Forth, have personal knowledge of the facts and matters set forth below. If called as a witness, I could and would testify as follows:

1. My name is Tracy Forth. I am over the age of twenty-one and I live in St. Pete Beach, Florida.

2. In September 2016, I purchased a one-year subscription to a program called Jason Bond Picks, offered through a website called Ragingbull.com. This declaration is based on my best recollection of events that occurred in 2016 and 2017 related to this purchase.

3. The program was run by a stock-trading guru named Jason Bond, who supposedly had founded the company after becoming very successful in the stock market himself. I remember part of the appeal for me was that he said anyone could do it, and in the advertising materials for the program he talked about how he had learned to trade stocks while he was a school teacher and working full time. At the time I was working in corporate marketing and the job I had kept me very busy during the day, but I remember thinking that if Bond could learn to trade stocks while teaching full-time, I could do it too.

4. Based on the advertising, I believed the program would help me learn to trade stocks and make money in the stock market. I had very little prior experience or training in stock trading or finance. I had bought a few stocks in the past but had done very little investing overall prior to signing up. However, I remember being under the impression that was fine because of Jason Bond's own background. The ads made it sound like anyone could learn this stuff.

5. I think I planned to spend around 30 minutes a day looking at their materials and executing stock trades, and also believed – based on how the program was described – that this would be effective because they seemed to be saying you could do it while working full-time, the way Jason Bond had done. I would not have signed up if I did not believe the program could work for me with my limited experience and time.

6. A key part of the offer, and why I believed that I really could make money using the program despite my lack of experience and limited time, was that they promised to give subscribers trade alerts. According to the ads, Jason Bond would tell us when he was buying and selling stocks, so we as his subscribers could see what he was trading, copy his trades, and make similar profits to what Bond would be making on these trades. Being able to make consistent trading profits by following what Jason Bond was doing was one of the main reasons I was willing to pay for the service. I remember it seemed almost like guaranteed money because they said he was so successful at trading and I would just be following the same trades he was making.

7. After signing up, I also spent some time reviewing the training materials Raging Bull provided with the Jason Bond Picks program, but I found them to be very complex and difficult to understand. I believe these materials included a series of prerecorded webinars and a few written documents. The subscription also included the trade alerts that I mentioned above, and about once a week or so I remember the expert traders from Raging Bull doing a live chat room of some sort where they would show you what stocks they were watching and sometimes would purport to explain what they were seeing in their charts or analyses. I watched these once or twice but did not find it to be very helpful. I also did not have time to sit at my computer and watch them talk all day since I was working. Overall, I did not get much out of their supposed training materials and could not discern any kind of strategy that would let someone with my experience level figure out what stocks to actually buy and sell on my own.

8. I tried to copy some of Jason Bond's stock picks based on the alerts he sent out, to see if that would work for me. I lost almost all the money I invested this way. Many of the trades he told us about ended up making me lose money. The buy alerts would tell me what stock to buy but would not usually provide any indication about when I should plan to sell the stock; I understood that Bond was supposed to send us sell alerts when it was time to sell. The sell alerts were very inconsistent, though. Sometimes he would send a sell alert, and sometimes not. Many times, I think the alerts came late, too. I also remember that sometimes Bond would

tell us to buy a stock, and then I would only discover later that he had sold it when he told us how much money he had made on the trade.

9. I also remember being frustrated because the prices would move quickly on the stocks he was picking, so if the alert came late, or if I could not act right away because I was busy at work, I would often miss the opportunity to sell at a profit. By the time I got most of the sell alerts – if one came at all – it seemed like the price had always gone down from whatever Bond said he had sold at and I had missed the window to sell the stock profitably myself, or even to break even. If I tried to sell at that point, I would usually lose money.

10. I lost most of what I had in my trading account trying to buy and sell stocks based on Bond's alerts. I think my biggest loss was on a fund called UVXY. I remember this stock, because my Merrill Lynch account would not let me buy it at all because it said it was too high risk, so I opened an Etrade account specifically to invest in this security. I think I put at least $10,000 into this stock. By the time I saw a sell alert from Bond, the value had gone down a lot. I tried to wait for it to go back up in value because I did not want to sell at such a loss, but it never recovered, and I ended up losing almost all of the money I had invested in that trade. I closed the Etrade account after that.

11. Overall, I had such a bad experience that I stopped using the service after several months. I did not want to lose any more money trying to follow the alerts and could not learn much from the rest of the program.

12. About a year after I had signed up, on October 13, 2017, I realized I should contact Raging Bull to make sure they were not going to try to charge me again for another year. I did not think that my subscription was set to auto-renew, and I had not gotten any emails from the company about a recurring charge, but I wanted to be sure, so I called and emailed them.

13. I do not remember getting any helpful response to my email. When I called, it felt like they had a script and were just reading it to me or repeating the same things no matter what I said. They told me they had already billed me for the second year on September 22, 2017 – just a few weeks before – and they absolutely refused to refund me that money even though I had not

PX 20, 1460

used the service at all for months at this point. I could not believe they were making me pay for an entire year, another $799, for this program that was worse than useless to me.

14.  I next called Discover and asked them to cancel the payment since it was so recent. On December 15, 2017, Discover completed its investigation and initially found that Raging Bull's charge was improper and decided in my favor. But on December 26, 2017, Discover reversed its decision and the charges were reapplied because Raging Bull disputed the chargeback and claimed I had agreed to their terms of service, which they said did not allow any refunds.

15.  I was very upset, so at this point I filed a complaint with the Better Business Bureau. Eventually the company reached out to me and agreed to refund the money. I believe this happened after they were contacted by the Better Business Bureau.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/30, 2020
St. Pete Beach, Florida

PX 20, 1461