## DECLARATION OF MICHELLE TAVARES

### Pursuant to 28 U.S.C. § 1746

I, Michelle Tavares, hereby state that I have personal knowledge of the facts set forth below and, if called to testify, I could and would testify as follows:

1.      I am a United States citizen.  I work as an Investigator for the Federal Trade Commission ("FTC") in the Bureau of Consumer Protection's Division of Marketing Practices.  I investigate persons and entities that may be violating the FTC Act and other laws enforced by the FTC.  My office address is 600 Pennsylvania Avenue, NW, CC-8528, Washington, DC 20580.

2.      The following declaration outlines the results of my investigation of RagingBull.com LLC ("Raging Bull").

### UNDERCOVER PURCHASE

3.      During the course of my investigation, I used an undercover identity to purchase an online service from Raging Bull called Angel Investing Insider.  Below is a summary of my investigation.

4.      In March 2020, the FTC conducted an undercover purchase of a Raging Bull service called Jason Bond Picks. On April 12, 2020, the undercover email address associated with the purchase received a marketing email about a service called Angel Investing Insider. The email advertised, "Angel Investing Insider is a brand new service created by Jeff Bishop, Allan Marshall, and myself (Jason Bond)" and Jason Bond, Jasonbondpicks.com, signed the email. The footer of the email includes Raging Bull LLC and a link to unsubscribe to Raging Bull emails. The email was promoting Angel Investing Insider, another Raging Bull product, for $7.00. "During this weekend we're offering Angel Investing Insider at its LOWEST PRICE EVER…. You have until tonight before this price jumps 15-20x easily." Raging Bull markets the service as a way to invest in exclusive startups with minimal work. "As an Angel Investing Insider, you gain insights on the hottest startups, as well as receive our best startups picks to invest in." A true and correct copy of the email is attached as **Attachment A**.

5.      On April 20, 2020, I clicked the link "Become an Angel Investing Insider Right Now for just $7" from the email sent from jasonbondpicks.com in **Attachment A** and conducted an

**PX 23, 1587**

undercover purchase of Angel Investing Insider. Using my undercover identity, I purchased a month subscription of the "Best Price Ever- Angel Investing Insider Monthly" for $7.00 using an undercover credit card. The $7 was a monthly subscription set to expire on May 20, 2020.  After I paid, I received a receipt.  The receipt stated that the subscription was for Angel Investing Insider, but it was sent from RagingBull.com, LLC at 62 Calef Hwy, Ste 233 in Lee, New Hampshire.  A true and correct copy of the order page and receipt are attached as **Attachment B**.

6.      Before I was directed to the checkout confirmation page, the website directed me to another page to upgrade my subscription to full access to Angel Investing Insider for an additional $199.00. I declined to upgrade at this time.

7.      Once I subscribed, I began receiving daily weekday emails from Raging Bull about my subscription and marketing other Raging Bull products.

8.      On May 10, 2020, the undercover email account received an email to renew my monthly Angel Investing Insider subscription for a yearly fee of $149.00 before it expired on May 20, 2020. A true and correct copy of the email and order page are attached as **Attachment C**.

9.      On May 13, 2020, I upgraded my Angel Investing Insider subscription for $149.00 by using my undercover credit card. A true and correct copy of the receipt is attached as **Attachment C**.  After upgrading my service, I gained access to an exclusive chat room where "Angel Investing Insiders also gain access to an exclusive private community- dedicated to answer questions and keeping you up to date with the latest deal flow." This was not included in my original subscription.

**Angel Investing Insider Dashboard**

10.     On April 20, 2020, the undercover email address received a "Welcome to Angel Investing Insider" email. This email included a link to the account and log in credentials. A true and correct copy of the email is attached as **Attachment D**. Unlike other Raging Bull services that have websites obviously linked to Raging Bull, the link took me to an external website called startupcamp.com.  This website is associated with Raging Bull because under the ragingbull.com member dashboard, an online portal I gained access to when I purchased Jason

PX 23, 1588

Bond Picks, Angel Investing Insider is included with the other Raging Bull services that FTC staff purchased.

11.     Without having to log in to the Angel Investor member page on startupcamp.com, the user can view limited content on the startupcamp.com webpage under the Angel Insights, Angel Investing Insider, Podcast and The Boardroom tabs. A true and correct copy of the screen capture of this webpage is attached as **Attachment E**.

12.     Once I logged into the Angel Investing Dashboard (hhttps://startupcamp.com) the content includes several tabs; Investing Guide, Deal Flow, Insider Secrets, and New Wave Wealth trainings. A true and correct copy of the screen capture of this webpage is attached as **Attachment F**.

13.     Under the Investing Guide tab there are 10 chapters of an e-book titled "Investing like a Millionaire" that is described as offering "unparalleled access to insider secrets, expert advice, and knowledge you can only get from having an 'in' with top tier investors." A true and correct copy of the screen capture of this webpage is attached as **Attachment G**. The e-book was also emailed to the undercover email account when the subscription was activated.

14.     The Deal Flow tab includes the deals that the Angel Investing Insider instructors were considering, negotiating, or had invested in. The Deal Flow tab is described as "where you can find the next deal that makes you're a millionaire." A true and correct copy of the screen capture of this webpage is attached as **Attachment H**.

15.     There are nine video classes about angel investing offered under the New Wave Wealth tab. The nine classes include Introduction to Angel Investing, The Process, Start to Finish, Deal Flow, Founder Fit, Market Fit, Investor Fit, Deal Terms and Negotiations, Adding Value as an Investor and Returns and Exits. A true and correct copy of the screen capture of this webpage is attached as **Attachment I**.

**Angel Investing Insider Package**

16.     On June 9, 2020, I received a promotional package in the mail delivered by the United States Postal Service as part of upgrading my initial Angel Investing Insider subscription.  The package stated it was from New Wave Wealth, which is a tab under the startupcamp.com

PX 23, 1589

website. I took photographs of the package and its contents.  True and correct copies of these photographs are attached as **Attachment J**.

17.     The box included a note from Nate Stavseth, a trainer and author from New Wave Wealth, welcoming me to Angel Investing Insider and thanking me for purchasing the package. The box also included a blue New Wave Wealth baseball cap, a Founding New Wave Wealth member card, a New Wave Wealth note pad and a copy of "Ride the Wave" by Nate Stavseth.

**<u>Cancellation</u>**

18.     On June 16, 2020, I logged in to my dashboard on startupcamp.com to search for a method to cancel my subscription.  I could not find a cancellation link or any information about how to cancel my subscription on the website.  The website did have a Contact Us form, so I tried to cancel my Angel Investing Insider subscription by using the Contact Us form on startupcamp.com. A true and correct copy of this Image of the form is attached as **Attachment K**.

19.     On June 16, 2020, I received an email from Ryan Trotter explaining that I was not able to cancel my subscription via email, but rather I had to call one of their "dedicated Client Concierge agents" between 9am to 5pm EST at  (833) 265-1270. This is the same phone number listed on my original receipt for Raging Bull. A true and correct copy of this email is attached as **Attachment L**.

20.     On June 19, 2020, I called (833) 265-1270 to cancel and selected the option 6 for account maintenance. I was then placed on hold.  The recording offered the option to press 1 to leave a message for a call back instead of waiting for the next available agent. I waited on hold for 30 minutes, then pressed 1 and left a message for a call back explaining I wanted to cancel my subscription and then ended the call.

21.     One June 23, 2020, I called (833) 265-1270 to cancel and selected the option 5 to cancel an upcoming subscription renewal. I was then placed on hold but the recording did offer the option to press 1 to leave a message for a call back instead of waiting for the next available agent. I waited on hold for 30 minutes, then pressed 1 and left a message for a call back explaining I wanted to cancel my subscription and then ended the call.

PX 23, 1590

22.     One June 25, 2020, I called (833) 265-1270 to cancel and selected the option 5 to cancel an upcoming subscription renewal. I was then placed on hold but the recording did offer the option to press 1 to leave a message for a call back instead of waiting for the next available agent. I waited on hold for 30 minutes, then pressed 1 and left a message for a call back explaining I wanted to cancel my subscription and then ended the call.

23.     One June 25, 2020, I called (833) 265-1270 to cancel. This time I selected option 2 for sales and was able to speak with a customer representative within 2 minutes. I spoke with someone named John and told him I would like to cancel my subscription.  John told me over the phone that he could do that and then told me that he cancelled my subscription to Angel Investing Insider and it would not automatically renew.  I did not receive any written communication following the call confirming that my subscription was cancelled.  The membership dashboard indicates that the subscription will not automatically renew. Attached as **Attachment M** is a true and correct copy of the dashboard.

**Unsubscribe from Emails**

24.     On June 16, 2020, I logged into my ragingbull.com member dashboard and navigated to the Alerts setting under the Member Home Page. I toggled the e-mail alert off for Angel Investing Insider to attempt to unsubscribe from Angel Investing emails. Attached as **Attachment N** is a true and correct copy of the confirmation I received from my unsubscribe request.  Despite efforts to stop receiving emails from Angel Investing Insider, the undercover email account still received the following emails.

25.     On June 27, 2020, I received "Masterclass Starting Soon" email from Angel Investing. Attached as **Attachment O** is a true and correct copy of the email.

26.     On June 28, 2020, I received, "Party likes it's 1792" email from Angel Investing. Attached as **Attachment P** is a true and correct copy of the email.

27.     On October 27, 2020, I received, "The "Telsa of Off-Road"? Find Out At 8 PM!" email from Angel Investing. Attached as **Attachment Q** is a true and correct copy of the email.

28.     On October 27, 2020, I received, "You're Invited: IPO Mania, Tonight at 8 PM" email from Angel Investing. Attached as **Attachment R** is a true and correct copy of the email.

PX 23, 1591

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 17, 2020
Washington, D.C.

_Michelle Tavares_
_____
Michelle Tavares

**PX 23, 1592**

**Subject:** [Last Hours] ANYONE can be an investor
**From:** "Jason Bond" <jason@jasonbondpicks.com>
**Date:** 4/12/2020, 8:33 PM
**To:** ███████████████████



   

Dear ███████

Before I tell you about the biggest price slash we've ever had for Angel Investing Insider, and why it is absolutely necessary for you to get involved in startup investing…

I want to address the current state of the market.

The Covid-19 pandemic has put the global economy to a screeching halt.

I can understand why the average investor is scared right now.

But I can tell you this, savvy investors are drooling at all the plays they can get in (*for pennies on the dollar*)...

**Did you know that Tesla didn't sell its first car until February 2009?**

I can assure you, not a lot of people were thinking about electric

Attachment A                                    **PX 23, 1593**

cars during the financial crisis.

People were more concerned about their job safety than switching from gas to electric cars.

However, Tesla charged forward, and IPO'd 16 months later.

Fast-forward to the present— its market cap sits at nearly $80B.

That's more than General Motors and Ford combined.

Now, you might be thinking… well it's Tesla, and an exception to the rule…

Well not so fast, because if you look at some of the leading companies of tomorrow, you'll notice that many of them started a decade ago—during a financial crisis.

I'm not kidding, names like AirBnB, Dropbox, Spotify, and ZocDoc, all started during the 2009 financial crisis.

And you know what?

**I see that same opportunity in today's startups.**

Investor fears have opened up pockets that simply didn't exist two months ago.

And I want to show you how to get your hands on these deals.

Now, I'm sure you've seen the numbers, and how a tiny investment in the right startup can set you up for life:

| Startup | Angel Returns | Turns $1000 into... |
|---------|---------------|---------------------|
| Pinterest | 583,300% | $5,800,00 |
| Uber | 1,599,800% | $16,000,00 |
| AirBnB | 2,066,600% | $20,700,00 |

**But how do you get there?**

Every day we are bombarded with emails and social media posts on the next hot startup—how easy it is to get started, and how little it costs to participate *(sometimes as little as $50)*.

**The problem is… 9-out-of-10 startups will fail.**

To make matters worse, to the untrained eye, every upcoming deal looks and feels like a *"home run."*

To find the best deals— massive amounts of due diligence is required.

And unless you're a seasoned startup investor, how can you honestly answer these questions without the right level of experience:

- Is the startup focused on growth?
- Does it have a legitimate strategy or is it prematurely trying to scale?
- ***What's its burn rate?*** *(the rate at which a company is losing money)*
- Is there a need that it's filling?
- Is the management team competent?
- Is the startup looking for money early without a proof of concept?
- Are the founders passionate?
- Does the *Pitch Deck* make sense?

Attachment A               **PX 23, 1595**

> - What type of regulatory or legal hurdles does the startup face?
> - Is the company's valuation realistic?
> - Is the company transparent with its financials?

**With hundreds of deals available, who has time to do the hard-nosed research required to pull out diamonds in the rough?**

To have a true *"set it and forget it"* experience… where you can *"make money while you sleep"* you'll need someone to do that due diligence for you.

That's where **Angel Investing Insider** comes into play.

**Angel Investing Insider** is a brand new service created by Jeff Bishop, Allan Marshall, and myself.

**Collectively, we've made tens of millions of dollars from startup investments.**

One of Allan's first big scores was XPO Logistics, a company he founded which now trades on the NYSE and employs 100,000 people.

As an **Angel Investing Insider**, you'll gain insights on the hottest startups, as well as receive our best startup picks to invest in.

Forget about playing the guessing game.

**Let our experienced team do all the heavy lifting for you.**

Allow 3 world-class investors to hand-pick the best deal flow—so you can start putting money to work for YOU.

**Angel Investing Insiders** also gain access to an exclusive

Attachment A                              **PX 23, 1596**

private community—dedicated to answering questions and keeping you up to date with the latest deal flow.

Imagine having a team of successful multi-millionaires serving you the best startups to invest in—*on a silver platter.*

Well, you don't have to imagine it.

It can be your reality when you become an **Angel Investing Insider**.

**During this weekend** we're offering **Angel Investing Insider** at its LOWEST PRICE EVER.

Given these unprecedented times, we wanted to make the barrier of entry even lower.

You have until tonight at midnight before this price jumps 15-20x, easily.

**Become an Angel Investing Insider Right Now for just $7.**

**This is the lowest price you'll ever get.**

**Join now**.

*Jason Bond*

**Jason Bond**
JasonBondPicks.com

**The 1 Pre-Market Trade That Generated a 90% Win Rate in March -** *EXPOSED!!*

Attachment A                     **PX 23, 1597**

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from jason@jasonbondpicks.com
Unsubscribe from all RagingBull emails

---

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Jason Bond Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at JasonBondPicks.com.





ACCESS OUR **ENTIRE DEAL FLOW** + **TRAININGS** INCLUDING OUR **3 RED-HOT STARTUPS** OF THE MONTH

**1 MONTH OF UNLIMITED ACCESS AT OUR**
**LOWEST PRICE**
**EVER: $7!**



# BY RESERVING YOUR SPOT, YOU WILL RECEIVE THE FOLLOWING:



**Hand-Picked Deals Served On A Silver Platter**

As a founding member of Angel Investing Insider, you will be rushed time sensitive information on the following **Startup Deals of the Month** (and many more!):



**Deal 1**
This tutoring app, designed to optimize learning and make it fun, has absolutely exploded over the past 10 days. In fact, they doubled their downloads in a single day. Our founding members have been along for the ride... And you can still get in!

**Deal 2**
Get in on the ground floor of a new gym we believe will be one of the iconic fitness brands of the next decade. And it already has the backing of Tony Robbins, Grant Cardone, and other celebrity investors!

**Deal 3**
This startup is solving one of the biggest problems for employers in a $140 BILLION industry... And they've seen 20% growth Month-over-Month because of it!

---

**1**  CHOOSE
**Your Plan**

## ANGEL INVESTING INSIDER

○ **BEST PRICE EVER - Angel Investing Insider Monthly**    ~~$108~~ **$7**

$101 Savings!
Access to Hand-Picked Startup Deals
Access to all 3 Startups of the Month!
New Wave Wealth - 45 Video Training Series
A-Z Angel Investing Guide
Insider Secrets Interviews

☆ Limited Time Only - BEST PRICE EVER! ☆

---

**Total:**                                    **$7**
                              **You are saving $101!**

---

**2**  ENTER YOUR
**Account Details**

First Name

Last Name

Email Address

Phone Number
Enter your phone number for SMS trade alerts. Standard rates apply.

Password

Password Confirmation

[ SIGN UP ]

Already have an account? Sign In! ()

---

**3**  ENTER YOUR
**Credit Card Details**

Attachment B                                    **PX 23, 1599**



**Complete Angel Investor Training**

You will become a true angel investor with our step-by-step investing course, New Wave Wealth, featuring videos, study guides, case studies, and books.





**Insider Secrets and Strategies**

Learn to think like an angel with the tricks, tips, and strategies of Jeff Bishop and his investing partners.

**JOIN NOW TO RECEIVE OUR LOWEST PRICE EVER!**





HAND-PICKED STARTUP DEALS     INVESTOR EDUCATION     INSIDER SECRETS VIDEO SERIES



**SAVE $101**

**Don't Miss Your Chance to Be a Millionaire Investor!**

---

| Please sign in or signup for a new account. |
| :---: |
| Show me ⌃ |

| ADD A NEW CARD |
| :---: |

## 4   Place Your Order

### ANGEL INVESTING

**Angel Investing Insider**                                    $7

**Total:  $7**

> Your access will automatically expire in **1 month** on the **4th of December 2020**.

### Terms & Conditions

RagingBull.com, LLC owns and maintains the website known as StartupCamp.com ("the Site") subject to your compliance with the terms and conditions set forth in this Agreement. By using the Site, you agree to be bound by these terms and conditions. If you do not agree to these terms and conditions, please do not use the Site.

You must be at least 18 years of age to use the Site. If you are not at least 18

☐ I agree to the terms and conditions

 Safe & Secure SSL Encrypted
   

| PLACE MY ORDER |
| :---: |

---

Copyright ☺ Raging Bull. (https://ragingbull.com/) All Rights Reserved.   |   Disclaimer (https://ragingbull.com/tos/disclaimer.html)

Terms & Conditions (https://ragingbull.com/tos/)   |   Refund Policy (https://ragingbull.com/tos/refund.html)

RagingBull.com (https://ragingbull.com) is a US-Based Business   |   Address: 62 Calef Hwy. #233 Lee, NH 03861

Questions? Call our VIP Concierge Team on standby: 833-785-0452 (tel:833-785-0452)

# RagingBull.com, LLC

## Receipt

62 Calef Hwy Ste 233
Lee NH 03861
United States
+1 833-265-1270
support@ragingbull.com

| | |
|---|---|
| Receipt number | 2160-5455 |
| Invoice number | 296B4128-0003 |
| Date paid | April 20, 2020 |
| Payment method | **VISA** – ▮ |

**Paid by**

▮▮▮▮ Created by
dashboard.
▮▮▮▮▮▮▮

## $7.00 paid on April 20, 2020

| Description | Qty | Unit price | Amount |
|---|---|---|---|
| APR 20 – MAY 20, 2020 | | | |
| Angel Investing Insider | 1 | $7.00 | $7.00 |
| | | Subtotal | $7.00 |
| | | Amount paid | $7.00 |

**Questions?** Contact RagingBull.com, LLC at support@ragingbull.com or call at +1 833-265-1270.

2160-5455 – Page 1 of 1

Attachment B

**PX 23, 1601**

**Subject:** [Time Expiring] Don't Let It Be 1 And Done]
**From:** "Angel Investing Insider" <support@ragingbull.com>
**Date:** 5/10/2020, 12:51 PM
**To:** ██████████████████████



Hey ████████████

Your 1-month trial of Angel Investing Insider is coming to a close any day now.

You can change that RIGHT NOW by upgrading your membership.

The key to success with investing in startups is **diversification**. The more deals you get in on, the better your odds of hitting a monster.

We're <u>adding 3-4 new deals</u> this month alone. Not to mention the deals we have coming across the next 12-months.

Do you really want to bail out now before you get to see those?

**What about the Shark Tank company?**

$149 for access to that kind of deal flow is an incredible deal.

But if you have a better plan for wealth creation, I can totally respect that!

**If you're out**—It was awesome having you. I hope you learned a bunch while you were here! We'll be here if you change your mind.

**If you're in**—**Click here to keep your membership active for the next 12-months of deal flow and unlock access to our private investor community.**

The decision is yours.

Attachment C                                          **PX 23, 1602**

I hope you continue the ride!



**Chris Graebe**
Director of the Boardroom &
CEO of StartupCamp

**StartupCamp.com**

---

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from support@ragingbull.com
Unsubscribe from all RagingBull emails

---

Neither Angel Investing Insider, StartupCamp LLC, nor RagingBull.com, LLC (publisher of Angel Investing Insider) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com or StartupCamp may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC, or StartupCamp LLC may have long

Attachment C                    **PX 23, 1603**

or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Angel Investing Insider manages on behalf of Angel Investing Insider, StartupCamp LLC, and RagingBull.com, LLC.

Attachment C          **PX 23, 1604**



**We have just been notified that one of our first investments just appeared on the Season Finale of Shark Tank!**

The startup, mcSquares, is opening a new funding round so more *Angel Investing Insiders* can invest.

**What's more,** we are getting exclusive access at the opening bell!

**We will be sharing time-sensitive information**

---

**1**  CHOOSE
    # Your Plan

ANGEL INVESTING INSIDER

---

◉  **BEST DEAL - Angel Investing Insider Platinum**     ~~$1,279~~ **$249**

**$1,030 Savings - "Forever" Access**
- *Unlimited Upgrade Bonus*
- Access to Curated Startup Deals
- A-Z Angel Investing Guide
- Insider Secrets Interviews
- Private Angel Community
  ⭐BONUS GIFT - Investor Kit (Valued at $79) - UNLIMITED MEMBERS ONLY⭐

---

◯  **GOOD DEAL - 1-Year Subscription**     ~~$479~~ **$149**

**$330 Savings For One Year!**
- Access to Hand-Picked Startup Deals
- A-Z Angel Investing Guide
- Insider Secrets Interviews
- Private Angel Community

**ACT NOW - This Deal Expires Soon!**

---

## Total:     $249
**You are saving $1,030!**

---

**2**  ENTER YOUR
    # Account Details

First Name

Last Name

Email Address

Phone Number
Enter your phone number for SMS trade alerts. Standard rates apply.

Password

---

Attachment C                    **PX 23, 1605**

**on the rebooted mcSquares Deal.**

**IMPORTANT! If you're monthly membership to Angel Investing Insider expires before May 25, you will not receive access to this deal. You must upgrade your membership to gain access to the mcSquares opportunity & information!**



**mcSquares Is Just One of MANY Exciting Deals You'll Receive in Angel Investing Insider**



Password Confirmation

SIGN UP

Already have an account? Sign In! ()

3  **ENTER YOUR**
   **Credit Card Details**

Please sign in or signup for a new account.
Show me ⌃

ADD A NEW CARD

4  **Place Your Order**

ANGEL INVESTING

**Angel Investing Insider Platinum**                          $249

**Total:  $249**

Your subscription will automatically renew at **$1 every year** unless you cancel your subscription PRIOR to your renewal date. Your first renewal will take place on the **5th of November 2021**.

**Terms & Conditions**

RagingBull.com, LLC owns and maintains the website known as StartupCamp.com ("the Site") subject to your compliance with the terms and conditions set forth in this Agreement. By using the Site, you agree to be bound by these terms and conditions. If you do not agree to these terms and conditions, please do not use the Site.

You must be at least 18 years of age to use the Site. If you are not at least 18

☐ I agree to the terms and conditions

PLACE MY ORDER

Attachment C                                          **PX 23, 1606**







As a member of Angel Investing Insider, you will be rushed time sensitive information on multiple live deals, like the ones above!

## But that's just the beginning of what you'll receive with Angel Investing Insider...



Our highly curated deal flow is packed with winning opportunities, but it's only the beginning.

You will become a true angel investor with the help of our step-by-step investing course,

Attachment C

**PX 23, 1607**

New Wave Wealth, with videos, study guides, and case studies.



For investors-on-the-go, you'll receive not one but TWO additional investing guides, *Ride The Wave* and *Investing Like A Millionaire.*



Our team of professional angels have done their due diligence on every deal in *Angel Investing Insider.* They'll guide you through each detail, so you can invest with total confidence.

Learn to think like an angel with the tricks, tips, and strategies of Jeff Bishop and his investing partners.



Attachment C

**PX 23, 1608**

Get your questions answered, learn about new deals, and celebrate your wins with your fellow angels in our private community.



Each of the next 100 founding members will receive a complimentary gift box with one-of-a-kind investor kit!

# JUST LISTEN TO WHAT OTHER FOUNDING MEMBERS HAD TO SAY:



"I ran a venture capital fund in the 80's and 90's. The deals that I've seen so far I really like. I've invested in almost all of them. I can tell that they're doing a great job, I have confidence in their abilities."

**Jeff Rimmel, member**

"The mentorship from The Boardroom Angels has given me the possibility to enter into deals that would have been hidden otherwise. These people are competent, they have so many years of experience, and they will teach you step-by-step."

**Rowena Corpuz, member**





"I have witnessed firsthand the wealth that can be created through a successful exit, having done it twice myself. With this service, I like the idea that you have diverse people evaluating these opportunities and the ability to get into more startups, which diversifies risk."

**Brent Brinkley, member**

"I used to live in Silicon Valley and work in IT, so I've seen a lot of friends and colleagues have great success investing in companies, but I never had the opportunity to do it myself. When I saw this service, it was a no-brainer for me."

**Brian Stevenson, member**






SAVE $1,039 | ~~$1,279~~ unlimited Normally | **$249** unlimited NOW!

If you prefer to place your order by phone or have any questions, our VIP Concierge Team is here to serve at your convenience.

**Just call 833-265-1270**

Copyright © Raging Bull. (https://ragingbull.com/) All Rights Reserved.   |   Disclaimer (https://ragingbull.com/tos/disclaimer.html)   |

Terms & Conditions (https://ragingbull.com/tos/)   |   Refund Policy (https://ragingbull.com/tos/refund.html)

RagingBull.com (https://ragingbull.com) is a US-Based Business   |   Address: 62 Calef Hwy. #233 Lee, NH 03861

Questions? Call our VIP Concierge Team on standby: 833-785-0452 (tel:833-785-0452)

 Gmail

---

## Your receipt from RagingBull.com, LLC #2667-7911

1 message

---

**RagingBull.com, LLC** <receipts+acct_1DTsNJCSThwjdTa@stripe.com>              Wed, May 13, 2020 at 10:08 AM
Reply-To: "RagingBull.com, LLC" <support@ragingbull.com>
To:

# Receipt from RagingBull.com, LLC

Invoice #296B4128-0004

Receipt #2667-7911

| AMOUNT PAID | DATE PAID | PAYMENT METHOD |
|---|---|---|
| $149.00 | May 13, 2020 | VISA – ■ |

**SUMMARY**

**MAY 13, 2020**

Angel Investing Insider Annual Subscription × 1                    $149.00

**MAY 13, 2020 – MAY 14, 2021**

Trial period for Angel Investing Insider × 1                    $0.00

**Amount paid**                                                  **$149.00**

If you have any questions, contact RagingBull.com, LLC at
support@ragingbull.com or call at +1 833-265-1270.

Something wrong with the email? View it in your browser.

You're receiving this email because you made a purchase at RagingBull.com, LLC, which partners with Stripe to provide invoicing and payment processing.

Attachment C

**PX 23, 1612**

**Subject:** Welcome to Angel Investing Insider
**From:** Angel Investing Insider <support@ragingbull.com>
**Date:** 4/20/2020, 12:16 PM
**To:** ███████████████



Dear ██████████████

Let me be the first to welcome you to the Angel Investing Insider.

The fact that you've decided to join me and other like-minded action-takers shows me that you're ready to start making money as an angel investor.

You've come to the right place.

What we are offering here goes against everything the "big shot" investors (banks and VC funds) stand for.

You now have a highly-evaluated deal flow of the hottest startups on the planet, comprehensive training materials, as well as expert advice from our team of successful angel investors.

Just below, you'll find instructions on how you can log in and get started.

First, however, you may be looking for **information about GRIT Boxing**. Don't worry - I'll follow up in a second email with more information there. (I don't want to overwhelm you! But don't worry, I promise you won't miss out.)

Here's how you can get started:
Go to your *Angel Investing Insider* Account and use the following credentials to log in:

- **Username**: your email address
- **Password**: Founder44923

*THIS IS A TEMPORARY PASSWORD*. Once you have logged in, **you'll need to reset it (click here to reset the password once logged in)**. See below for

**PX 23, 1613**

more instructions.

1. Log into your Angel Investing Insider account using the information above (username: your email, password: Founder44923). **Remember, this is a temporary password which you'll need to reset as soon as you log in!**

   If you aren't immediately prompted to reset your password, head into Account Settings in the left-side menu and use the "Lost Your Password?" link to manually reset.

2. Be sure you explore our hand selected **Deal Flow**. This is where you'll find a breakdown of all the exciting startups we're looking at. We are constantly on the lookout for valuable deals like these, so we add to our Deal Flow all the time. Keep your eyes peeled for updates here and on the **Home Page**.

If we haven't met already, allow me to introduce myself. I'm Chris Graebe, CEO of StartupCamp and Director of an Angel Investing group called *The Boardroom.*

Not that long ago, I was a pastor trying to support a family of seven. I started out as an entrepreneur, building a multi-million dollar ecommerce company on Amazon. From there, I immersed myself into the world of angel investing.

Now, I have made it my mission to teach people just like you how to achieve the same financial success as the ultra-rich.

Let me tell you, big things are about to happen here.

I will be in touch **in the next 48 hours** with details on those upcoming deals, including GRIT Boxing. I'll also be highlighting specific parts of the onboarding materials so you will be prepared to get started.
In the meantime - again - congratulations. I look forward to getting started. If you have any questions - please call the Angel Insider Concierge line 9-5 EST at 888-633-6115 for assistance.

So pull up a seat and let's do this!

Attachment D         **PX 23, 1614**



**Chris Graebe**
Director of the Boardroom &
CEO of StartupCamp

**StartupCamp.com**

None of our traders, educators, coaches, forum moderators, employees, agents, nor RagingBull.com, LLC (publisher of Angel Investing Insights) are registered as investment advisers nor a broker/dealer with either the U. S.

Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives.

The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account.

These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision.

The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning the accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current.

Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. Any table or data is accurate, though not every trade is represented. Profits and losses reported are actual figures from portfolios each trader manages individually and not on behalf of RagingBull.com, LLC.

Although our employees may answer your general customer service questions, they are not licensed under securities laws to address your specific investment situation. No communication by our employees or agents to you should be deemed as personalized financial advice.

This information is protected by the copyright laws of the United States, and international treaties. This information may only be used pursuant to the subscription agreement, and any reproduction, copying, or redistribution (electronic or otherwise, including on the world wide web, by email, or via social media), either in whole or in part, is strictly prohibited without the express, prior written permission of RagingBull.com, LLC, 62 Calef Hwy. #233 Lee, NH 03861, USA.

If you have a current active subscription with Angel Investing Insights you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at Angel Investing Insiights.

Attachment D          **PX 23, 1615**

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States



**https://startupcamp.com/my-account/?r=4787&wcm_redirect_to=page&wcm_redirect_id=4787**
Google Chrome 81.0.4044.113
1:08:42 PM 4/20/2020
Windows 10 Pro 64-bit Build 18362
https://startupcamp.com/my-account/?r=4787&wcm_redirect_to=page&wcm_redirect_id=4787

Attachment E                    **PX 23, 1617**

 **StartupCamp**

Angel Insights    Angel Investing Insider    Podcast    The Boardroom        Free Training

**ANGEL INVESTING INSIDER**

- 🔒 **Home**
- 📖 Investing Guide
- 🏷 Deal Flow
- 🏷 Insider Secrets
- ❓ FAQs
- 📖 Study Guides
- 🏷 Case Studies
- 🔒 Community
- ⊘ New Wave Wealth
- ☰ Classes

**SETTINGS**

- ⚙ Account Settings
- 👤 Logout



# Welcome to Angel Investing Insider!

There's nothing as rewarding (or exciting) as investing in a revolutionary startup that explodes in value.

Angel Investing Insider is your one-stop-shop for everything you need to be a successful angel investor. With expert guidance and a deal flow curated by seasoned angels, we're here to help you find great deals, expand your investment expertise, and profits.

The updates below will keep you posted on all the new deals and developments in our Deal Flow. And be sure to join our private investing community right here.

## Aii Updates

---

💲 **DEAL FLOW UPDATE**

**This Just In: Exciting Announcement From The SEC!**

Nov 9, 2020

This week the SEC announced multiple exciting, game-changing updates. This changes everything!

📁 Investing News

---

💲 **DEAL FLOW UPDATE**

**REPLAY – Q&A with Chris Graebe**

Oct 29, 2020

Watch Now: Live Call Replay - Q&A with Chris Graebe

---

💲 **DEAL FLOW UPDATE**

**REPLAY: Product Unboxing with Chris Graebe**

Oct 13, 2020

Replay from Chris Graebe's live product unboxing event!

📁 Deal Update

---

Live Call with Chris Graebe Begins at 2pm ET!



**DEAL FLOW UPDATE**

Live Call with Chris Graebe Begins at 2pm ET.
Oct 7, 2020

Chris Graebe is going live to test out a few products from a potential future Boardroom deal. Link to join below.

**DEAL FLOW UPDATE**

REPLAY: 3 Traits of a Potential Startup Unicorn & Live Call With FuelGems
Sep 28, 2020

Today, Chris Graebe shared the 3 traits of a potential startup unicorn and spoke with FuelGems founder, Kirill Gichunts, about why he believes FuelGems could achieve unicorn status. Watch the replay here!

🗋 Deal Update

**DEAL FLOW UPDATE**

VIDEO: Comprehensive Deep-Dive Into Deuce Drone
Sep 2, 2020

This video from Deuce Drone shows you everything you need to know about the DD team, how it works and the future of drone delivery.

🗋 Deal Update

**DEAL FLOW UPDATE**

Deuce Drone Founder Interview Replay
Aug 26, 2020

Check out this replay from the founder interview and Q&A with the Deuce Drone founders!

🗋 Deal Update

**DEAL FLOW UPDATE**

New Deal Alert – Brand New Deal Coming Next Week!
Aug 21, 2020

There's a new public deal headed to your deal flow next week. This startup is bringing an innovative twist to a booming industry and we think they have major potential to champion an entirely new industry of their own. Here's what you need to know to be ready for this exciting new deal!

🗋 Deal Update

Replay: LIVE with Kevin O'Leary and Anthony Franco (mcSquares)

Attachment F

**PX 23, 1619**

Jul 30, 2020

**DEAL FLOW UPDATE**

This morning, we had an incredible call with Kevin O'Leary and Anthony Franco of mcSquares. You don't want to miss this!

🗋 Deal Update

---

**Kevin O'Leary and mcSquares Interview TOMORROW at 9am ET!**

Jul 29, 2020

**DEAL FLOW UPDATE**

Less than 10 hours until we go LIVE with Kevin O'Leary of Shark Tank to discuss his recent investment deal with mcSquares(now in your deal flow!). Here's what you need to know!

🗋 Deal Update

---

**REPLAY: Interview with Kingmakers Ops' Co-Founder, Devin Soni**

Jul 27, 2020

**DEAL FLOW UPDATE**

Check out this replay from our live call with Devin Soni, co-founder of Kingmakers Ops.

🗋 Deal Update

---

**LIVE with Kingmakers Ops at 3:15pm ET TODAY**

Jul 27, 2020

**DEAL FLOW UPDATE**

We're going LIVE with Kingmakers Ops' co-founder, Deven Soni, to learn about all the exciting things going down at this innovative startup. Here's how you can join!

🗋 Deal Update

---

**LIVE Call With Kingmakers Coming Soon...**

Jul 24, 2020

**DEAL FLOW UPDATE**

We're going live with Kingmakers' co-founder, Deven Suni, next week!

🗋 Deal Update

---

**Have You Seen This FREE Angel Investing Guide!?**

Jul 9, 2020

DEAL FLOW UPDATE

**PX 23, 1620**

**DEAL FLOW UPDATE**

Have you taken a look at the FREE angel investing guide in your dashboard? Here's the link to get ahold of your copy.

📁 Deal Update

---

**Introducing New Deal – Fancy**

Jun 19, 2020

There's a new deal in your deal flow. Learn more about Fancy now!

📁 Deal Update

**DEAL FLOW UPDATE**

---

**Insider Secrets and Expert Angel Investing Advice At Your Fingertips**

May 27, 2020

Did you know that your Angel Investing Insider dashboard is PACKED full of angel investing information and insider secrets!? Here's where to find them.

📁 Deal Update

**DEAL FLOW UPDATE**

---

**This Startup Created an Entirely New Industry... And YOU Can Invest!**

May 26, 2020

There's a startup that is literally creating an entirely new industry and you'll be the first ones to know about them. Here's what you need to know!

📁 Deal Update

**DEAL FLOW UPDATE**

---

**Why We Passed...**

May 25, 2020

We've been vetting multiple startups this month to bring to Angel Investing Insider. Some deals just didn't make the cut. Here's why.

📁 Deal Update, New Deal

**DEAL FLOW UPDATE**

---

**New Deal TOMORROW at 9am ET!**

May 10, 2020

New deal coming tomorrow at 9am ET!

📁 Deal Update

**DEAL FLOW UPDATE**

---

Attachment F

**PX 23, 1621**

### DEAL FLOW UPDATE

**A Deal We Passed On and A Deal We Love**

May 5, 2020

We've been hard at work looking for a great deal for our All members to sink their teeth into. We thought we found a good one, but our due diligence uncovered some not-so-favorable details. But, we've found a great deal that you can be confident in!

📄 Deal Update

---

### DEAL FLOW UPDATE

**Live Pitch to The Boardroom THIS FRIDAY!**

Apr 21, 2020

You're invited! Join us THIS FRIDAY for a live pitch from a startup that very well may be the next private deal in The Boardroom. Details below!

📄 Deal Update

---

### DEAL FLOW UPDATE

**Live Event with Dazz Happening FRIDAY @ 3pm ET**

Apr 15, 2020

There's an exciting event happening THIS FRIDAY that you don't want to miss! Dazz is absolutely crushing it and their investment round is ending in less than 3 weeks. Join us on Facebook THIS Friday, April 17 at 3pm ET to hear from Dazz founder, David Shahan.

📄 Deal Update

---

### DEAL FLOW UPDATE

**DAZZ is CRUSHING IT!**

Apr 14, 2020

Amidst the craziness of the existing market, DAZZ is soaring! DAZZ is literally scrambling to fulfill orders now that they've SOLD OUT in stores! Read more about their success here.

📄 Deal Update

---

### DEAL FLOW UPDATE

**Answering ALL of Our Members' Questions TODAY at 3pm ET!**

Apr 9, 2020

The final day of Founders Access Week has arrived, and we saved the best for last. Today, we'll be answering ALL of the questions that our Angel Investing Insider members have sent in. We will be diving into all things angel investing, getting down to the nitty gritty of it all.

Attachment F

**PX 23, 1622**

Deal Update

**DEAL FLOW UPDATE**

### Founder Access Week: Day 3 – McSquares!

Apr 8, 2020

Founder Access Week just keeps getting better! Join us today at 3pm where we'll be chatting with McSquares founder, Anthony Franco!

Deal Update

**DEAL FLOW UPDATE**

### Today's Founder Access Week Recap – Next Door Photos

Apr 7, 2020

Founder Access Week has been incredible, and it's only Tuesday! Today we introduced Angel Investing Insiders to Next Door Photos, and their investments are already racking up. Take a look at what they're up to!

Deal Update

**DEAL FLOW UPDATE**

### Founder Access Week: Day 1 – CHRISTINE OUTRAM

Apr 6, 2020

We're kicking off Founder Access Week with our first founder, Christine Outram of Everdyae! Details below on how YOU can join in on the excitement!

Deal Update

**DEAL FLOW UPDATE**

### Founder Access Week Starts Tomorrow!

Apr 5, 2020

The first-ever Founder Access Week event begins tomorrow! Learn more about the exciting week of content coming your way.

Deal Update

**DEAL FLOW UPDATE**

### New Deal In Your Deal Flow: GRIT!

Apr 5, 2020

GRIT BXNG is now in your deal flow! Check out the company revolutionizing the boutique fitness industry now!

Deal Update

**PX 23, 1623**



**DEAL FLOW UPDATE**

**Q1 Update From McSquares**
Apr 2, 2020
Take a look at this update from Anthony Franco, founder of McSquares!

🗋 Deal Update

**DEAL FLOW UPDATE**

**Introducing... Fleeting!**
Mar 29, 2020
Your next hand-picked deal is LIVE on your deal flow! Check out what Fleeting has to offer!

🗋 Deal Update

**DEAL FLOW UPDATE**

**Everydae's Minimum Investment Has Dropped, But Sales Are Skyrocketing!**
Mar 24, 2020
We have some great news from Everydae's founder, Christine Outram. Take a look at what's been happening at Everydae!

🗋 Deal Update

**DEAL FLOW UPDATE**

**How Dazz's Sales Are Skyrocketing While Stock Traders Scramble**
Mar 16, 2020
This past week has been an absolute rollercoaster both economically and emotionally. Even though the market has been in shambles for the last couple of weeks, we have an exciting and encouraging update from a startup in your deal flow! Take a look at what's happening with Dazz.

🗋 Deal Update

**DEAL FLOW UPDATE**

**SOARing Into The Weekend!**
Mar 12, 2020
Your next hand-picked deal has arrived! Learn more about Soar, what they've done to grow revenue by 240% in 2019, and why they've gained our attention.

🗋 Deal Update

Attachment F

**PX 23, 1624**



**DEAL FLOW UPDATE**

### A Message from everydae's Founder!
Mar 10, 2020

Christine Outram, founder of everydae, wanted to share something special with you... Check it out!

📁 Deal Update

---

**DEAL FLOW UPDATE**

### New Deal Coming SOON!
Mar 3, 2020

There's a new deal coming your way by the end of the week! In the meantime...

📁 Deal Update

---

**DEAL FLOW UPDATE**

### Major Milestones Happening in Your Deal Flow!
Mar 2, 2020

A few updates on the deals in your Deal Flow...

---

**DEAL FLOW UPDATE**

### Virtual Tour of Your Angel Investing Insider Membership
Feb 23, 2020

With so many exciting resources and deals in the Angel Investing Insider, we know it can be a little overwhelming to find your way around. We've simplified the process below.

📁 Deal Update

---

**DEAL FLOW UPDATE**

### 2 New Deals Added — Check Them Out!
Feb 23, 2020

There are 2 exciting deals waiting for you in your deal flow. The first is Dazz, a green tech company that's about to revolutionize the household cleaning industry. When we first learned about this deal, we loved it so much we invested ourselves! The second is everydae, a personalized tutoring app powered by artificial intelligence and machine learning. This startup has a lot going on and we are excited to see what they come up with next. Learn more below!

📁 Deal Update

**PX 23, 1625**



The Boardroom    Free eBook    Founder Application

© 2020 StartupCamp    |    Disclosures    |    Privacy Policy    |    Contact Us

Attachment F                      **PX 23, 1626**

 **StartupCamp**

Angel Insights    Angel Investing Insider    Podcast    The Boardroom        Free Training

**ANGEL INVESTING INSIDER**

- **Investing Guide**
- Deal Flow
- Insider Secrets
- FAQs
- New Wave Wealth
- Classes

**SETTINGS**

- Account Settings
- Logout



# Investing Guide

Whether you've made 20 deals or you're just now immersing yourself into the adrenaline rush that is angel investing, you need to take a look at our e-book, *Investing Like A Millionaire*. This book, which is exclusive to our Angel Investing Insiders, will be your guide to elevating your investment portfolio and growing your wealth.

This hasn't been done before. Elite investors and successful businessmen wouldn't dare share their secrets to success.

**But not us.**

We want you to have full access to the exciting world of angel investing. What we are giving you in this e-book is unparalleled access to insider secrets, expert advice, and knowledge you can only get from having an "in" with top-tier investors.

Angel Investing Insider is your "in". And *Investing Like A Millionaire* is your roadmap.

Without further ado, let's make you a millionaire!

**DOWNLOAD THE FULL TEXT HERE**



Table of Contents & Introduction



Chapter 1



Chapter 2



Chapter 3



Chapter 4



Chapter 5







Attachment G

**PX 23, 1627**



Chapter 6

Chapter 7

Chapter 8

Chapter 9

Chapter 10



**StartupCamp**

The Boardroom     Free eBook     SC Legacy Login

© 2020 StartupCamp    |    Disclosures    |    Privacy Policy    |    Contact Us

https://startupcamp.com/investing-guide/     2:06:31 PM 4/20/2020                    https://startupcamp.com/investing-guide/
Internet Explorer 11.0.18362.1                Windows 10 Pro 64-bit Build 18362

📍 **StartupCamp**

Angel Insights    Angel Investing Insider    Podcast    The Boardroom    👤    **Free Training**

**ANGEL INVESTING INSIDER**

📖 Investing Guide
💲 **Deal Flow**
Insider Secrets
❓ FAQs
New Wave Wealth
☰ Classes

**SETTINGS**

⚙ Account Settings
👤 Logout

$     TOTAL **BOARDROOM INVESTMENTS**     **$1,287,000***

*Total sum of investments from The Boardroom, Boardroom Founders, and our members

## Deal Flow

On this page, you'll find all the Deals the Boardroom is negotiating, considering, or has invested in. This is where you can find the next deal that makes you a millionaire. Click on the Deal Tile to see the company overview and review the Due Diligence for yourself.

**Public Deals** | Private Deals



**Next Door**

Next Door Photos is a rapidly growing real estate photography company that partners with impact-driven entrepreneurs to create businesses that serve realtors locally, while growing sustainable and scalable jobs globally.



VIEW

**mcSquares**

This startup makes an engaging and durable line of whiteboarding products that encourage creativity, collaboration, and learning in educational and office environments.



VIEW

**Fleeting**

This startup connects CDL drivers with on-demand trucking jobs.

📁 Transportation

VIEW

**Everydae**

This startup has created a tutoring app backed by their proprietary algorithm technology that offers the world's most affordable and accessible tutoring content.

📁 AI/Automation, Tech



VIEW

**Dazz**

This startup makes a "green" cleaning solution featuring a proprietary cleaning tablet to help reduce plastic waste from extra cleaning bottles.

📁 Consumer Products, Green Tech



VIEW

**Knightscope's Crime Fighting Robots**

📁 Ad tech, Consumer Products, eCommerce



CLOSED

CLOSED



Attachment H

**PX 23, 1629**



VIEW

**Soar**

Soar is a human potential platform that uses technology to help people be their best.

📁 AI/Automation, Consumer Products, Tech

VIEW

**Status Money – The Social Network For Your Finances**

📁 Consumer Products, eCommerce, Finance

VIEW

**Oregon Valley Farms**

This online retailer brings high-quality, grass-fed meat straight from small farms to American families

📁 eCommerce, Health, New Food

CLOSED

VIEW

**LEAH Labs**

LEAH Labs is working to cure dog cancer using CAR-T Cell Therapy and have already killed canine lymphoma in a test tube.

📁 Biotech, Medical

CLOSED

VIEW

**FreeRolls**

FreeRolls is bringing advertising to the world of poker with custom-built tables that they plan on giving to poker rooms and casinos free of charge - and cashing in on the ad revenue.

📁 Ad tech, Entertainment, Gaming

CLOSED

VIEW

**Air O Sport**

Air O Sport is a revolutionary competitive game that can be played by anyone at any level of coordination or skill, from senior citizens to the adaptive community.

📁 Health & Fitness, Sports & Recreation


📍 **StartupCamp**

The Boardroom    Free eBook    SC Legacy Login

© 2020 StartupCamp | Disclosures | Privacy Policy | Contact Us

https://startupcamp.com/our-deal-flow/          2:07:37 PM 4/20/2020                 https://startupcamp.com/our-deal-flow/
Internet Explorer 11.0.18362.1                  Windows 10 Pro 64-bit Build 18362

Attachment H                                    **PX 23, 1630**

 **StartupCamp**

Angel Insights    Angel Investing Insider    Podcast    The Boardroom        Free Training

ANGEL INVESTING INSIDER

- Investing Guide
- **Deal Flow**
- Insider Secrets
- FAQs
- New Wave Wealth
- Classes

SETTINGS

- Account Settings
- Logout



$ TOTAL BOARDROOM INVESTMENTS     **$1,287,000***

*Total sum of investments from The Boardroom, Boardroom Founders, and our members

## Deal Flow

On this page, you'll find all the Deals the Boardroom is negotiating, considering, or has invested in. This is where you can find the next deal that makes you a millionaire. Click on the Deal Tile to see the company overview and review the Due Diligence for yourself.

 Public Deals    **Private Deals**



**GRIT BXNG**

This startup is a group-fitness company that delivers high-energy, exciting fitness classes designed to target the entire body and burn maximum calories.



**Electric Ridesharing Startup**

This startup is the world's first electric car ride-hailing app & service, and has begun licensing out its platform to help other electric ride-hailing services.

🗂 Green Tech, Transportation

 **StartupCamp**

The Boardroom    Free eBook    SC Legacy Login

© 2020 StartupCamp   |   Disclosures   |   Privacy Policy   |   Contact Us

Attachment H                    **PX 23, 1631**

 **StartupCamp**

Angel Insights    Angel Investing Insider    Podcast    The Boardroom        Free Training



**ANGEL INVESTING INSIDER**

Investing Guide
Deal Flow
Insider Secrets
FAQs
**New Wave Wealth**
Classes

**SETTINGS**

Account Settings
Logout

# NEW WAVE
### W E A L T H

## Welcome!

Welcome to New Wave Wealth!  Over the next 9 classes, you're going to learn *everything* you need to become an elite angel investor AND build your own exclusive deal flow.

Pretty soon, the founders of the next Ubers and Facebooks will be pitching their companies to *you*. You'll be investing in the ground floor of startups that yield 1,000%, 10,000%, even 100,000% returns.

Are you ready? Let's dive in.

---

**Class 1: Introduction to Angel Investing**

What angel investing is, why YOU should be doing it, the JOBS Act, and the stages of startup funding.

≣ 5 Video Lessons                        ▷

**Class 2: The Process, Start to Finish**

Time for the good stuff: how to find, vet close, and exit a deal, and work with Sydicates and Platforms.

≣ 5 Video Lessons                        ▷

**Class 3: Deal Flow**

Dealflow: the most important part of being an angel investor.

≣ 5 Video Lessons                        ▷

**Class 4: Founder Fit**

Due Diligence, Founder Fit, and the two most important questions we need to ask when evaluating a startup.

≣ 4 Video Lessons                        ▷

**Class 5: Market Fit**

This is where we try to assess whether there's a real market for the startup's product and whether they have the capacity to take advantage of it.

≣ 4 Video Lessons                        ▷

**Class 6: Investor Fit**

What you bring to the table, and figuring out if the startup meets your unique tastes, criteria, and investing strategy.

≣ 5 Video Lessons                        ▷

**Class 7: Deal Terms and Negotiations**

Understanding the key terms of a deal and the negotiation process so you're informed about where your money is going and what you're getting in return.

≣ 6 Video Lessons                        ▷

**Class 8: Adding Value as an Investor**

Learn more about how to leverage your resources and knowledge to help out the startups in which you've invested.

≣ 4 Video Lessons                        ▷

**Class 9: Returns and Exits**

That sweet moment when your company is all grown up, and you can finally cash out.

≣ 5 Video Lessons                        ▷

**Bonus: Case Studies**

Attachment I                                    **PX 23, 1632**



2 Video Lessons

**StartupCamp**

The Boardroom    Free eBook    SC Legacy Login

© 2020 StartupCamp    |    Disclosures    |    Privacy Policy    |    Contact Us

https://startupcamp.com/course/new-wave-wealth/        3:08:25 PM 4/20/2020                                    https://startupcamp.com/course/new-wave-wealth/
Internet Explorer 11.0.18362.1                          Windows 10 Pro 64-bit Build 18362

Attachment I                    **PX 23, 1633**

**Tavares, Michelle**

| | |
|---|---|
| **From:** | Tavares, Michelle |
| **Sent:** | Tuesday, June 9, 2020 12:50 PM |
| **To:** | Robbins, Colleen B.; Kim, Sung; Sommers, Gordon; Tyndall, Reeve |
| **Subject:** | Angel Investor Package |



**PX 23, 1634**



Sent from my iPhone

**PX 23, 1635**

# Contact Us

**Full Name** *

| | |
|---|---|
| ██████ | ████ |
| First | Last |

**Email Address Associated with your Raging Bull Account** *

█████████████

**Publication** *

Angel Investing Insider

**Select a Topic** *

Subscription Status

**Comments** *

Hi, I would like to cancel my subscription effectively immediately. Please confirm that this has been completed. Thanks, ████████

## RagingBull Client Services Hours of Operation:

The best way to reach RagingBull.com Client Service team is by giving us a call between 9:00 AM and 6:00 PM EST. We do receive a lot of important calls from our clients who need assistance and our phones can be busy. If you are not able to reach us please refrain from hanging up and calling again. Please leave us a detailed Voicemail containing your Name, Email on File and phone number so we can return your call. Please also provide us some details of your request, so that our agents can find a solution before contacting you.

You can also submit a request at ragingbull.com/help and our team will respond as quickly as we can. Please do not submit a duplicate request, as it will push your initial request to the back of our queue resulting in a longer response time.

Finally. If you are looking for immediate assistance you can reach out to our agents Here

Submit

 **StartupCamp**

The Boardroom    Free eBook    SC Legacy Login

© 2020 StartupCamp    |    Disclosures    |    Privacy Policy    |    Contact Us



Attachment K

PX 23, 1636

**Subject:** [Angel Investing Insider] Re: Contact Form : ███████████
**From:** "Ryan Trotter (Angel Investing Insider)" <support@angelinvestinginsider.zendesk.com>
**Date:** 6/16/2020, 10:55 PM
**To:** ███████████ ◀ ███████████████████████

##- Please type your reply above this line -##

Your request (785495) has been solved. To reopen this request, reply to this email. See the latest comments below:

---



Ryan Trotter  (Angel Investing Insider)
Jun 16, 2020, 10:55 PM EDT

Good morning,
Thank you for reaching out and allowing me to help you today. For our services, it outlines the terms and conditions before you purchase them. To complete a purchase you have to read the Terms and Conditions first, accept them then click check out. We are sad to hear that you are not able to utilize the service in the way it was intended and that you are not seeing the success you imagined. As far as cancellations and refunds we do not handle this via email, so I am going to point you in the right direction.

For your request, the only way to get this taken care of is by calling and speaking directly to one of our dedicated Client Concierge agents. They are in the office Monday through Friday 9am to 5pm eastern standard time and can be reached at (833) 265–1270. This is the preferred method of handling all cancellations, renewals, and refunds for your account's security. This is also preferred so that you will receive verbal confirmation when your task has been handled by discussing it with one of our agents.

When you call just let them know what you need and they will be happy to help you figure out a resolution. If the lines are busy, please leave your number for us to call you back so we can get you the fastest help possible! Due to the COVID Outbreak, we have been experiencing a very high volume of calls and emails. We apologize for any inconvenience you may have experienced if you have tried to call in previously or wrote in an email and it was not responded too in a timely manner. We are doing every we can to get back to as many as possible in a timely manner. Thank you so much for your patience, and I hope you have a great rest of your day!

All the best,
Ryan
VIP Client Services
(833) 265–1270

Attachment L                    **PX 23, 1637**

[Angel Investing Insider] Re: Contact Form :████████████

 ████████████

]

Thank You for Contacting Support.

[KZKVY6-08VR]

Attachment L          **PX 23, 1638**





**PX 23, 1640**

# You've been removed

You will no longer receive marketing communication from this sender.

**https://mr141.infusionsoft.com/app/optOut/processOptOut**
Google Chrome 83.0.4103.116
12:13:41 PM 6/29/2020

Windows 10 Enterprise 64-bit Build 18363
https://mr141.infusionsoft.com/app/optOut/processOptOut

Attachment N

**PX 23, 1641**

**Subject:** Masterclass Starting Soon → Beyond the Pre-IPO Loophole
**From:** Angel Investing Insider <support@ragingbull.com>
**Date:** 6/27/2020, 5:30 PM
**To:** ███████████████████



Attachment O          **PX 23, 1642**

Listen up…

We've unlocked **the next-level of angel investing** and it's making venture capital firms jealous.

As a member of Angel Investing Insider, you already know significant wealth is created LONG before a company goes public (IPOs)...

And the JOBS Act created a 'Pre-IPO' loophole…

Opening the doors to early-stage startup investing for people like YOU.

**And you took advantage of it** —— congrats for taking that first step and becoming an Angel Investor.

What we're doing is something that's never been done in the startup investing world…

And I've partnered with Jeremy Blossom of Pre-IPO Buzz and created an exclusive training where I share how YOU can **unlock this next-level of angel investing.**

You see, even with the passing of the JOBS Act, accredited investors still hold some of the biggest cards.

But what we've done levels the playing field, yet again.

I'm sharing exactly what we've been able to build AND the crazy results we're seeing inside my exclusive Pre-IPO Masterclass.

Register now for the next training and I'll send you the link to join.

If you want your money to work harder for you than you worked to earn it…

Don't let this training slip through your fingers.

Attachment O          **PX 23, 1643**



**Chris Graebe**
Director of the Boardroom &
CEO of StartupCamp

**StartupCamp.com**

[Unsubscribe](#)

DISCLAIMER: To more fully understand any Ragingbull.com, LLC ("RagingBull") subscription, website, application or other service ("Services"), please review our full disclaimer located at https://ragingbull.com/disclaimer. FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE. Any RagingBull Service offered is for educational and informational purposes only and should NOT be construed as a securities-related offer or solicitation, or be relied upon as personalized investment advice. RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision. RESULTS PRESENTED NOT TYPICAL OR VERIFIED. RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of the persons voluntarily providing the testimonial. However, subscribers' trading results have NOT been tracked or verified and past performance is not necessarily indicative of future results, and the results presented in this communication are NOT TYPICAL. Actual results will vary widely given a variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. Investing in securities is speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment. RAGINGBULL IS NOT AN INVESTMENT ADVISOR OR REGISTERED BROKER. Neither RagingBull nor any of its owners or employees is registered as a securities broker-dealer, broker, investment advisor (IA), or IA representative with the U.S. Securities and Exchange Commission, any state securities regulatory authority, or any self-regulatory organization. WE MAY HOLD SECURITIES DISCUSSED. RagingBull has not been paid directly or indirectly by the issuer of any security mentioned in the Services. However, Ragingbull.com, LLC, its owners, and its employees may purchase, sell, or hold long or short positions in securities of the companies mentioned in this communication.

Click Here

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Attachment O          **PX 23, 1644**

Party like it's 1792

**Subject:** Party like it's 1792
**From:** Angel Investing Insider <support@ragingbull.com>
**Date:** 6/28/2020, 10:01 AM
**To:** █████████████████



**PX 23, 1645**

This history lesson has a *really sweet ending...*

**So stick with me** ███████████ **because it could dramatically impact your investing strategy and win rate.**

There are some pretty important dates in American history.

We're celebrating one of them next weekend (July 4th. 1776).

But few know the importance of 1792… the year the foundation for the US Stock Exchange as we know it today was laid.

*The Buttonwood Agreement* was signed by 24 stockbrokers on Wall Street in New York.

Now imagine having the opportunity to be a part of *THAT special club!*

Talk about insane.

Now imagine what an investment back then would have grown to...

**Even a measly penny…**

We're talking unreal growth and returns right there!

**If that kind of thought process excites you,** you'll want to check out the Masterclass I'm hosting right now.

I'm making **my exclusive Pre-IPO Masterclass training** available to *Angel Investing Insider* members for a limited time because, well…

I want YOU to see how you can unlock this next-level of angel investing RIGHT NOW.

The opportunity for wealth creation is exponentially larger when you're able to get into something before the masses do.

And now is your chance to do exactly that.

If you're ready to boost your angel investing game

Attachment P

**PX 23, 1646**

**Chris Graebe**
Director of the Boardroom &
CEO of StartupCamp

**StartupCamp.com**

## Unsubscribe

DISCLAIMER: To more fully understand any Ragingbull.com, LLC ("RagingBull") subscription, website, application or other service ("Services"), please review our full disclaimer located at https://ragingbull.com/disclaimer. FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE. Any RagingBull Service offered is for educational and informational purposes only and should NOT be construed as a securities-related offer or solicitation, or be relied upon as personalized investment advice. RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision. RESULTS PRESENTED NOT TYPICAL OR VERIFIED. RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of the persons voluntarily providing the testimonial. However, subscribers' trading results have NOT been tracked or verified and past performance is not necessarily indicative of future results, and the results presented in this communication are NOT TYPICAL. Actual results will vary widely given a variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. Investing in securities is speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment. RAGINGBULL IS NOT AN INVESTMENT ADVISOR OR REGISTERED BROKER. Neither RagingBull nor any of its owners or employees is registered as a securities broker-dealer, broker, investment advisor (IA), or IA representative with the U.S. Securities and Exchange Commission, any state securities regulatory authority, or any self-regulatory organization. WE MAY HOLD SECURITIES DISCUSSED. RagingBull has not been paid directly or indirectly by the issuer of any security mentioned in the Services. However, Ragingbull.com, LLC, its owners, and its employees may purchase, sell, or hold long or short positions in securities of the companies mentioned in this communication.

Click Here

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Attachment P                    **PX 23, 1647**

**Subject:** The "Tesla of Off-Road"? Find Out At 8 PM!
**From:** Angel Investing Insider <support@ragingbull.com>
**Date:** 10/27/2020, 6:30 PM
**To:**



Hey guys,

I'm getting ready to **go live with RagingBull co-founders Jason and Jeff…**

To lift up the hood on our biggest investment yet.

We think this EV startup is onto something…

Something big.

We've even been calling it the "next Tesla" of its niche.

And this is your chance to find out more about it *pre-IPO*.

And did I mention you'll be entered to win one of their prototype EVs?

I know – I'm excited, too.

We're starting at 8 p.m. ET sharp.

## **Doors open at 7 PM. Click here to join me.**

See you soon,

**Chris Graebe**
Director of the Boardroom &
CEO of StartupCamp

**StartupCamp.com**

## Unsubscribe

DISCLAIMER: To more fully understand any Ragingbull.com, LLC ("RagingBull") subscription, website, application or other service ("Services"), please review our full disclaimer located at https://ragingbull.com/disclaimer. FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE. Any RagingBull Service offered is for educational and informational purposes only and should NOT be construed as a securities-related offer or solicitation, or be relied upon as personalized investment advice. RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision. RESULTS PRESENTED NOT TYPICAL OR VERIFIED. RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of the persons voluntarily providing the testimonial. However, subscribers' trading results have NOT been tracked or verified and past performance is not necessarily indicative of future results, and the results presented in this communication are NOT TYPICAL. Actual results will vary widely given a variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. Investing in securities is speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment. RAGINGBULL IS NOT AN INVESTMENT ADVISOR OR REGISTERED BROKER. Neither RagingBull nor any of its owners or employees is registered as a securities broker-dealer, broker, investment advisor (IA), or IA representative with the U.S. Securities and Exchange Commission, any state securities regulatory authority, or any self-regulatory organization. WE MAY HOLD SECURITIES DISCUSSED. RagingBull has not been paid directly or indirectly by the issuer of any security mentioned in the Services. However, Ragingbull.com, LLC, its owners, and its employees may purchase, sell, or hold long or short positions in securities of the companies mentioned in this communication.

Click Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Attachment Q                    **PX 23, 1649**

**Subject:** You're Invited: IPO Mania, Tonight at 8 PM
**From:** Angel Investing Insider <support@ragingbull.com>
**Date:** 10/27/2020, 9:31 AM
**To:**



Attachment R    **PX 23, 1650**

Hey guys,

This is big.

Like, really really big.

Like, "this could be the next Tesla in its EV niche" big.

And tonight, **I'll be joining RagingBull founders Jason Bond and Jeff Bishop** to pull back the curtain on what has become our ***biggest investment to date.***

I really think this startup could be getting ready to dominate its sphere in the electric vehicle world… And I don't want you to miss out on it.

Interested? Great.

**Here's a replay of my exclusive sit-down with Jeff Bishop yesterday...**

And Jeff, Jason, and I are ready to **give you the scoop** on this world-class EV startup, LIVE, tonight at 8:00 p.m. sharp.

Even better? We're giving away one of their prototype EVs to one lucky attendee.

## **Register now to secure your invite.**

You won't want to miss this.

See you tonight,

*Chris Graebe*

**Chris Graebe**
Director of the Boardroom &
CEO of StartupCamp

**StartupCamp.com**

Attachment R          **PX 23, 1651**

## Unsubscribe

DISCLAIMER: To more fully understand any Ragingbull.com, LLC ("RagingBull") subscription, website, application or other service ("Services"), please review our full disclaimer located at https://ragingbull.com/disclaimer. FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE. Any RagingBull Service offered is for educational and informational purposes only and should NOT be construed as a securities-related offer or solicitation, or be relied upon as personalized investment advice. RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision. RESULTS PRESENTED NOT TYPICAL OR VERIFIED. RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of the persons voluntarily providing the testimonial. However, subscribers' trading results have NOT been tracked or verified and past performance is not necessarily indicative of future results, and the results presented in this communication are NOT TYPICAL. Actual results will vary widely given a variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. Investing in securities is speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment. RAGINGBULL IS NOT AN INVESTMENT ADVISOR OR REGISTERED BROKER. Neither RagingBull nor any of its owners or employees is registered as a securities broker-dealer, broker, investment advisor (IA), or IA representative with the U.S. Securities and Exchange Commission, any state securities regulatory authority, or any self-regulatory organization. WE MAY HOLD SECURITIES DISCUSSED. RagingBull has not been paid directly or indirectly by the issuer of any security mentioned in the Services. However, Ragingbull.com, LLC, its owners, and its employees may purchase, sell, or hold long or short positions in securities of the companies mentioned in this communication.

Click Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Attachment R           **PX 23, 1652**