## DECLARATION OF EMIL T. GEORGE
### Pursuant to 28 U.S.C. §1746

I, **Emil T. George**, declare and state as follows:

1.      I am employed by the Federal Trade Commission ("FTC") in Washington, D.C. as a Forensic Accountant.  My work address is 600 Pennsylvania Ave., N.W., Washington, D.C. 20580.  I have worked at the FTC since September 2012.  Prior to starting at the FTC, I was the Assistant Inspector General for Audits at the National Labor Relations Board for more than 12 years.

2.      At the FTC, I provide forensic accounting assistance to trial attorneys and investigators.  I am a Certified Public Accountant with the State of Maryland and hold a Bachelor of Science degree in Accounting from the University of Maryland.

3.      The following facts are known to me personally and, if called as a witness, I could and would testify to the matters set forth in the following paragraphs.

### Background

4.      In my capacity as a forensic accountant at the FTC, I was assigned to work on the RagingBull.com LLC matter.  In connection therewith, I reviewed records of 13 corporate bank accounts that I understand were produced in response to Civil Investigative Demands issued by the FTC ("Accounts of Interest").  The records included bank statements, checks and other debits, and deposits and other credits.  A listing the of the 13 Accounts of Interest, including account holder's name, financial institution, account number, time periods covered by the records produced, and account balances as of the last statement reviewed is included as **Attachment A**.  As shown at Attachment A, my work on the Accounts of Interest covered the period from April 2017 through July 2020.  I reviewed and prepared summaries of these Accounts of Interest as detailed below.  Based on my review of the bank records made available to me, including signature cards, I have also identified the signors on the Accounts of Interest, whose names are included in Attachment A.

**PX 24, 1653**

5.      JPMorgan Chase provided information as bank statements in a PDF format and Excel spreadsheets.  I compared the Excel spreadsheets to the bank statements to determine if the spreadsheets were reliable.  They were and I relied on them when performing my work for this declaration.

6.      The other banks provided statements in PDF form only.  For these, I used, where appropriate, the Comprehensive Financial Investigations Solution ("CFIS"), a financial investigation tool from Actionable Intelligence Technologies, Incorporated.  My understanding is that CFIS is utilized, *inter alia*, by the Internal Revenue Service, the Federal Bureau of Investigation, the Organized Crime Drug Enforcement Task Force, a number of U.S. Attorneys' offices, and the United States Secret Service.  Among other things, CFIS uses proprietary technology to convert paper and/or electronic account records from financial institutions into an investigative database that can be searched, analyzed, and used to issue a variety of reports that can be exported into Microsoft Excel spreadsheets.

7.      The first step in using CFIS is to load the bank statements.  After the statements are loaded, CFIS imports and processes the bank statements using Intelligent Document Analyzers that rely on proprietary algorithms and Optical Character Recognition technology to create a searchable database.  Intelligent Document Analyzers are document format readers associated with a particular financial institution and type of statement.  After a bank statement has been indexed and processed, the CFIS database record for that statement must be reconciled with the original version of the statement obtained in the proceeding (*i.e.*, the statement produced by a bank) to ensure accuracy.

8.      In the instant matter, I used CFIS to generate a table containing the transactions for the 13 Accounts of Interest.  I then exported the table into Microsoft Excel.  I also reconciled the bank statement data imported into Excel with the original version of the statement to ensure accuracy.

9.      I reviewed bank wires along with checks paid from and deposits made into all of the Accounts of Interest and manually added details, such as the payee or source of money, to the Excel spreadsheet.

**PX 24, 1654**

**RagingBull.com, LLC's Gross Receipts**

10.     Attorneys working on this matter asked me to calculate gross receipts of
RagingBull.com, LLC ("Raging Bull").  These attorneys instructed me that this amount should
include revenue less chargebacks and refunds.  Based upon my review of the company bank
records, by my calculation, the Raging Bull's accounts identified in Attachment A received
approximately $139,031,427 from payment processors from April 2017 to May 2020.  The bank
statements for these transactions described them as "BOFA Merch Svcs" or "Stripe."  In the
same bank records, I identified approximately $1,152,574 in chargebacks from April 2017 to
May 2020.  I did not identify payments in these bank records noting that they were refunds.  This
results in net revenues (gross receipts minus chargebacks) of approximately $137,878,853.

**Monthly Activity and Ending Balances in Accounts of Interest**

11.     Attorneys working on this matter asked me to identify the monthly activity and
ending balances for each of the Accounts of Interest listed in Attachment A.  Details of these
monthly balances are at **Attachment B**.

**Transactions Between Companies of Interest**

12.      Attorneys working on this matter asked me to identify transactions between the
companies shown at Attachment A.  The below table is a summary of these transactions.

| Payor | Payee | Number of Transactions | Amount | Time Period |
|---|---|---:|---|---|
| RagingBull.com LLC | Sherwood Ventures LLC | 99 | $20,800,071 | 4/10/2017 - 6/12/2020 |
| RagingBull.com LLC | Winston Research Incorporated | 20 | $4,260,893 | 10/10/2017 - 12/31/2018 |
| RagingBull.com LLC | MFA Holdings Corp | 35 | $3,946,774 | 4/10/17 - 7/6/20 |
| Sherwood Ventures LLC | RagingBull.com LLC | 14 | $428,722 | 4/7/2017 - 10/22/2019 |
| RagingBull.com LLC | Winston Corp | 5 | $164,104 | 4/10/2017 - 8/10/2017 |
| MFA Holdings Corp | RagingBull.com LLC | 3 | $135,985 | 9/17/2019 - 6/25/2020 |

13.     Included in the table above are 10 payments totaling $10,175,070 from Raging Bull's
account at JPMorgan Chase (ending in 3829) to an account belonging to Raging Bull at the

**PX 24, 1655**

Eastern Bank.  These payments were dated between April 2020 and May 2020.  Records from Raging Bull's account at the Eastern Bank are not included in my analysis, as I was not provided those records.

### Payments Between Companies and Individuals of Interest

14.     Attorneys working on this matter asked me to identify payments from the Accounts of Interest to Jeff Bishop, Jason Bond, Kyle Dennis, or Allan Marshall.  The below table is a summary of these transactions.

| Payor | Payee | Number of Transactions | Amount | Time Period (First and Last) |
|---|---|---|---|---|
| Sherwood Ventures LLC | Jeff Bishop | 23 | $11,131,860 | 5/5/2017 - 5/27/2020 |
| RagingBull.com LLC | Jason Bond | 40 | $10,191,870 | 4/10/2017 - 5/5/2020 |
| Winston Research Incorporated | Kyle Dennis | 12 | $4,088,218 | 1/22/2018 - 5/1/2018 |
| RagingBull.com LLC | Jeff Bishop | 11 | $2,782,139 | 11/3/2017 - 1/31/2020 |
| MFA Holdings Corp | Allan Marshall | 3 | $900,000 | 2/27/2020 - 7/27/2020 |
| Winston Corp. | Kyle Dennis | 1 | $370,173 | 1/30/2018 |

15.     There were also payments from the Individuals of Interest to the Accounts of Interest listed in Attachment A.

16.     By my calculation, Jeff Bishop made 11 payments totaling $1,279,840 to Sherwood Ventures LLC's account from February 2019 to April 2020.

17.     I identified one payment dated August 16, 2017, for $176,441 from Jason Bond's personal account to a Raging Bull account.

18.     I identified two payments totaling $525,000 from Kyle Dennis to Winston Research Incorporated.  The first of these payments, dated October 10, 22017, was for $25,000.00 and the second payment, dated October 15, 2017, was for $500,000.

19.     I also identified one payment from Allan Marshall to MFA Holdings Corp for $50,000.00 that was dated April 19, 2017.

**PX 24, 1656**

**Private Jets**

20.     Attorneys working on this matter asked me to identify payments made to private jet companies.  These attorneys identified XOJetsales LLC, Epic Aero, Inc., FlexJet LLC, and Magellan Jets LLC as being such companies.  According to FlexJet's website (www.flexjet.com/programs), the company offers fractional jet ownership, leasing, jet card and other accommodations for private flight travel.  It is my understanding, based on an Internet search, that Epic Aero, Inc. is the parent company of FlexJet LLC.  By my calculation, 38 payments totaling $1,072,425 were made from the Accounts of Interest to these companies.  The table below summarizes these payments.

| Payor | Payee | Number of Transactions | Amount | Time Period |
|---|---|---|---|---|
| RagingBull.com LLC | FlexJet LLC | 28 | $730,563 | 10/4/2017 - 5/11/2020 |
| MFA Holdings Corp. | FlexJet LLC | 6 | $159,536 | 10/4/2017 - 6/14/2018 |
| Sherwood Ventures LLC | Epic Aero, Inc. | 1 | $100,551 | 1/10/2018 |
| MFA Holdings Corp. | XOJetsales LLC | 2 | $65,000 | 4/24/2019 - 5/4/2020 |
| MFA Holdings Corp. | Magellan Jets LLC | 1 | $16,775 | 9/5/2017 |
| | **Total** | **38** | **$1,072,425** | |

**Vehicle Companies**

21.     Attorneys working on this matter asked me to identify payments made to automobile dealerships and vehicle finance companies.  I identified Reeves Import, Ferrari of Central Florida, Hendrick Automotive Group, Jim Ellis Atlanta, and BWM Financial Services as being such companies.  By my calculation, 35 payments totaling $752,656 were made from the Accounts of Interest to these companies.  The table below summarizes these payments.

PX 24, 1657

| Payor | Payee | Number of Transactions | Amount | Time Period |
|---|---|---|---|---|
| MFA Holdings Corp. | Reeves Import Motorcars | 1 | $350,115 | 2/1/2019 |
| MFA Holdings Corp. | Ferrari of Central Florida | 2 | $220,000 | 1/23/2019 - 7/14/2020 |
| MFA Holdings Corp. | Hendrick Automotive Group | 1 | $97,707 | 1/11/2018 |
| RagingBull.com LLC | Jim Ellis Atlanta, Inc. | 1 | $58,000 | 3/15/2018 |
| Sherwood Ventures LLC | BMW Financial Svs. | 30 | $26,834 | 4/18/2017 - 6/11/2020 |
| | **Total** | **35** | **$752,656** | |

**Home Improvement and Building Contractor**

22.    Attorneys working on this matter asked me to identify payments made to Cawthron

Builders LLC.  According to publicly available information on the internet (New Hampshire

Department of State business formulation documents), Cawthron Builders LLC appears to be a

building contractor or home builder based in New Hampshire.  By my calculation, 26 payments

totaling $1,215,000 were paid from Sherwood Ventures LLC to Cawthron Builders LLC

between June 2018 and April 2020.  A schedule detailing these payments is at **Attachment C**.

**Brokerage Accounts**

23.    Attorneys working on this matter asked me to identify transactions between the

Accounts of Interest and brokerage accounts.  These attorneys asked me to identify any

payments to or receipts from BRK 6438, BRK 5903, BRK9939, E Trade INDN #4059, and E

Trade Bank #7291.  The table below summarizes these payments.

| Payor | Payee | Number of Transactions | Amount | Time Period |
|---|---|---|---|---|
| MFA Holdings Corp. | BRK 6438 | 2 | $3,540,204 | 8/15/2018 - 8/20/2018 |
| RagingBull.com LLC | E Trade INDN #4059 | 6 | $368,279 | 2/13/2018 - 1/3/2019 |
| RagingBull.com LLC | E Trade #2691 | 1 | $100,000 | 6/27/2019 |
| Sherwood Ventures LLC | BRK 5903 | 3 | $1,200,000 | 5/5/2017 - 7/16/2018 |
| Sherwood Ventures LLC | BRK 9939 | 1 | $200,758 | 4/11/2017 |
| | **Total** | **13** | **$5,409,241** | |

PX 24, 1658

24.     There were also some receipts made into the Accounts of Interest from the identified accounts.

25.     I identified one receipt, dated June 1, 2018, from BRK 6438 to the MFA Holdings Corp account at Bank of America ending 6428.

26.     I also identified four receipts from the E Trade INDN #4059 to the RagingBull.com LLC account at Bank of America ending in 9733.  Three of these transactions occurred in March 2018 and the other occurred in June 2018.

### Advertising and Marketing Companies

27.     Attorneys working on this matter provided me with a list of companies that they identified as providing advertising and marketing services.  This list includes the companies' internet addresses.  These attorneys asked me to identify payments made to the companies on the list.  By my calculation, $10,131,502 was paid from the Accounts of Interest to the companies on the list.  To the extent that there were advertising or marketing expenses paid by other means – e.g., credit card or PayPal – those payments are not included in my calculation here.  The Accounts of Interest also received $174,404 from several of these advertising and marketing companies.  The list of companies and summaries of payment and receipt transactions are shown in **Attachment D**.

### Payments to "Celebrities" and Affiliates

28.     Attorneys working on this matter asked me to determine the amount of payments from Raging Bull's accounts to celebrity figures.  I identified payments to Gofas Racing, Jose' Canseco, Mike Alstott, Terrell Owens, and Derrick Brooks ("Hit 55, Inc."), and attorneys working on this matter informed me that these were or are celebrity figures who have appeared in Raging Bull's marketing materials or live events.  By my calculation, a total amount of $208,000 was paid from Raging Bull to these parties at various times.  A schedule detailing these transactions is at **Attachment E**.

29.     Attorneys working on this matter also asked me to identify payments from Raging Bull's accounts to Russell Barbour, who they described as being an affiliate.  By my calculation,

PX 24, 1659

10 payments totaling $155,719 were made from Raging Bull to Russell Barbour.  These payments were dated from September 2019 through May 2020.

**Payments to Unknown**

30.     Attorneys working on this matter asked me to identify payments that I could not ascertain the payee based on the records available for my review.

31.     I identified 13 payments from the Accounts of Interest totaling $5,354,228 that I could not ascertain the payee, based on the descriptions on the bank statements and other information available for my review.  The below table summarizes these payments and details of these transactions are at **Attachment F**.

| Payor | Bank Statement Description | Amount Paid | Number of Transactions | Time Period |
|---|---|---|---|---|
| Sherwood Ventures LLC | Manual Db-Bkrg | $3,511,270 | 3 | 2/7/2019 - 8/2/2019 |
| MFA Holdings Corp. | Internal Transfer of Funds as Requested | $1,100,000 | 3 | 12/13/2018 - 4/15/2019 |
| MFA Holdings Corp. | Book Transfer A/C:#1633 New York Trn: 1364100253ES | $622,848 | 1 | 9/10/2019 |
| RagingBull.com LLC | "Customer Withdrawal Image" (Review of documents showed this was the purchase of a cashiers' checks) | $120,110 | 6 | 4/10/2017 - 5/31/2018 |
|  | **Total** | **$5,354,228** | **13** |  |

32.     In addition to the items in the table above, I identified 438 payments from Raging Bull's bank accounts at Bank of America and JPMorgan Chase to Capital One totaling $39,599,005.  These payments were dated from April 2017 through June 2020.  PayPal records I reviewed (produced in May 2020) show a Visa credit card (ending in 7508) that Capital One issued to Jeff Bishop (active from at least December 2017 to April 2020).  Statements or other documentation were not available at the time I prepared this declaration.  For each of these transactions, the bank statement included both Capital One and CCD in the description.  Within this total, there were 201 payments totaling $11,638,589 that included "BISHOPJEFF" or "Bishopjeff" in the description.  There were also 25 payments totaling $39,723 that included

**PX 24, 1660**

"Bishopmelissa" or "BISHOPMELISS" in the description.  Twenty-three of these 25 payments occurred on a somewhat regular basis between April 2017 and January 2019.  The other two payments were dated in June 2020.

### Law Firms

33.      Attorneys working on this matter asked me to identify payments made to law firms. These attorneys identified Gelber Schachter PA, Greenburg Traurig LLC, Woods Oviatt Gillman LP, McMurdo Law Group LLC, and Pierce Atwood LLP as law firms.  By my calculation, 88 payments totaling $1,116,342 were paid from the Accounts of Interest to these firms.  The table below summarizes these payments.

| Payor | Payee | Number of Transactions | Amount | Time Period |
|---|---|---|---|---|
| RagingBull.com LLC | Greenburg Traurig LLC | 24 | $542,542 | 7/3/2017 - 4/22/2020 |
| RagingBull.com LLC | Gelber Schachter and Greenberg PA | 11 | $161,632 | 1/14/2019 - 9/26/2019 |
| RagingBull.com LLC | Woods Oviatt Gilman LLP | 36 | $156,693 | 10/30/2017 - 3/13/2020 |
| MFA Holdings Corp. | McMurdo Law Group LLC | 2 | $85,750 | 1/11/2018 - 6/1/2018 |
| MFA Holdings Corp. | Greenburg Traurig LLC | 3 | $79,925 | 7/27/2017 - 4/22/2019 |
| MFA Holdings Corp. | Kane Kessler PC | 2 | $37,000 | 7/25/2017 - 4/18/2019 |
| RagingBull.com LLC | Pierce Atwood LLP | 9 | $34,948 | 1/30/2020 - 5/14/2020 |
| Sherwood Ventures LLC | Greenburg Traurig LLC | 1 | $17,852 | 11/27/2018 |
| | **Total** | 88 | **$1,116,342** | |

I declare under penalty of perjury that the forgoing is true and correct.


Executed on November 19 , 2020.


Emil T. George

9

**PX 24, 1661**

| | | | | | First Statement Reviewed | Last Statement Reviewed | Balance at Last Statement |
|---|---|---|---|---|---|---|---|
| **Item** | **Signatories** | **Name** | **Bank** | **Account** | **Ending Date** | **Ending Date** | **Reviewed** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Allan Marshall | MFA Holdings Corp | Bank of America | #6428 | 4/30/17 | 9/30/18 | 0.00 |
| 2 | Not Available for Review | MFA Holdings Corp | JPMorgan Chase | #4765 | 10/31/18 | 7/31/20 | 1,141,274.03 |
| 3 | Jeffrey Bishop Jason Bond Matthew Watabe(1) Jordan Reyna (2) | RagingBull.com LLC | Bank of America | #9733 | 4/30/17 | 2/28/19 | 0.00 |
| 4 | Jason Bond    Jordan Reyna   Jeffrey Bishop | RagingBull.com LLC | JPMorgan Chase | #3829 | 1/31/19 | 7/31/20 | 0.00 |
| 5 | Jason Bond    Jordan Reyna   Jeffrey Bishop | RagingBull.com LLC | JPMorgan Chase | #8015 | 9/30/19 | 6/30/20 | 0.00 |
| 6 | Jeffrey Bishop Matthew Watabe(3) Jordan Reyna (4) | Sherwood Ventures LLC | Bank of America | #6694 | 4/30/17 | 2/28/19 | 0.00 |
| 7 | Jeffrey Bishop | Sherwood Ventures LLC | TD Bank | #6651 | 12/31/18 | 3/31/20 | 50.15 |
| 8 | Jeffrey Bishop | Sherwood Ventures LLC | TD Bank | #7815 | 12/31/18 | 3/31/20 | 31,474.65 |
| 9 | Not Available for Review | Sherwood Ventures LLC | JPMorgan Chase | #1455 | 1/31/19 | 7/31/20 | 101.99 |
| 10 | Jeffrey Bishop | Sherwood Ventures LLC | JPMorgan Chase | #8952 | 7/31/19 | 7/31/20 | 0.00 |
| 11 | Kyle Dennis | Winston Corp | Bank of America | #1482 | 4/30/17 | 2/28/18 | 0.00 |
| 12 | Kyle Dennis | Winston Corp | JPMorgan Chase | #1198 | 7/31/17 | 8/31/17 | 0.00 |
| 13 | Kyle Dennis | Winston Research Incorporated | SunTrust Bank | #9516 | 10/31/17 | 12/31/19 | 0.00 |
| | | | | | | | |
| | Note 1 - Matthew Watabe 3/30/17 - 5/1/18 | | | | | | |
| | Note 2 - Jordan Reyna - Since 5/8/18 | | | | | | |
| | Note 3 - Matthew Watabe 1/6/15 - 12/28/17 | | | | | | |
| | Note 4 - Jordan Reyna Since 12/28/17 | | | | | | |

**PX 24, 1662**

Monthly Activity Summaries

| MFA Holdings Corp | | | | |
|---|---|---|---|---|
| Bank of America | #6428 | | | |
| | | | | |
| | Opening Balance | Credits | Debits | Ending Balance |
| 4/30/2017 | 91,977.89 | 248,515.28 | 177,168.17 | 163,325.00 |
| 5/31/2017 | 163,325.00 | 133,234.27 | 115,574.44 | 180,984.83 |
| 6/30/2017 | 180,984.83 | 56,347.24 | 152,485.45 | 84,846.62 |
| 7/31/2017 | 84,846.62 | 118,961.75 | 170,308.28 | 33,500.09 |
| 8/31/2017 | 33,500.09 | 528,172.50 | 216,689.91 | 344,982.68 |
| 9/30/2017 | 344,982.68 | 31,250.00 | 237,130.66 | 139,102.02 |
| 10/31/2017 | 139,102.02 | 77,561.35 | 104,894.53 | 111,768.84 |
| 11/30/2017 | 111,768.84 | 447,560.89 | 64,750.05 | 494,579.68 |
| 12/31/2017 | 494,579.68 | 1,116,519.48 | 544,794.24 | 1,066,304.92 |
| 1/31/2018 | 1,066,304.92 | 0.00 | 930,642.09 | 135,662.83 |
| 2/28/2018 | 135,662.83 | 34,068.75 | 139,129.97 | 30,601.61 |
| 3/31/2018 | 30,601.61 | 68,310.30 | 38,918.04 | 59,993.87 |
| 4/30/2018 | 59,993.87 | 95,576.34 | 61,689.34 | 93,880.87 |
| 5/31/2018 | 93,880.87 | 76,686.94 | 55,094.92 | 115,472.89 |
| 6/30/2018 | 115,472.89 | 3,396,365.37 | 99,752.26 | 3,412,086.00 |
| 7/31/2018 | 3,412,086.00 | 91,290.48 | 14,083.54 | 3,489,292.94 |
| 8/31/2018 | 3,489,292.94 | 68,639.69 | 3,557,932.63 | 0.00 |
| 9/30/2018 | 0.00 | 0.00 | 0.00 | 0.00 |
| Totals | | 6,589,060.63 | 6,681,038.52 | |

**PX 24, 1663**

| MFA Holdings Corp | | | | |
|---|---|---|---|---|
| JPMorgan Chase | #4765 | | | |
| | | | | |
| | Opening Balance | Credits | Debits | Ending Balance |
| 10/31/2018 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/30/2018 | 0.00 | 337,108.93 | 5,766.70 | 331,342.23 |
| 12/31/2018 | 331,342.23 | 80,310.04 | 146,427.39 | 265,224.88 |
| 1/31/2019 | 265,224.88 | 558,798.15 | 364,679.68 | 459,343.35 |
| 2/28/2019 | 459,343.35 | 83,043.71 | 364,260.71 | 178,126.35 |
| 3/31/2019 | 178,126.35 | 0.00 | 23,128.82 | 154,997.53 |
| 4/30/2019 | 154,997.53 | 2,116,663.77 | 1,105,019.92 | 1,166,641.38 |
| 5/31/2019 | 1,166,641.38 | 208,143.60 | 438,107.80 | 936,677.18 |
| 6/30/2019 | 936,677.18 | 73,923.15 | 253,700.25 | 756,900.08 |
| 7/31/2019 | 756,900.08 | 536,089.77 | 66,914.60 | 1,226,075.25 |
| 8/31/2019 | 1,226,075.25 | 360,447.91 | 51,640.59 | 1,534,882.57 |
| 9/30/2019 | 1,534,882.57 | 372,936.37 | 687,974.31 | 1,219,844.63 |
| 10/31/2019 | 1,219,844.63 | 63,473.90 | 427,096.82 | 856,221.71 |
| 11/30/2019 | 856,221.71 | 50,597.38 | 31,635.24 | 875,183.85 |
| 12/31/2019 | 875,183.85 | 862,919.91 | 522,582.52 | 1,215,521.24 |
| 1/31/2020 | 1,215,521.24 | 0.00 | 198,615.27 | 1,016,905.97 |
| 2/29/2020 | 1,016,905.97 | 517,647.07 | 726,972.09 | 807,580.95 |
| 3/31/2020 | 807,580.95 | 129,254.97 | 73,891.10 | 862,944.82 |
| 4/30/2020 | 862,944.82 | 0.01 | 67,624.53 | 795,320.30 |
| 5/31/2020 | 795,320.30 | 207,384.67 | 139,104.14 | 863,600.83 |
| 6/30/2020 | 863,600.83 | 375,637.91 | 64,404.96 | 1,174,833.78 |
| 7/31/2020 | 1,174,833.78 | 389,493.36 | 423,053.11 | 1,141,274.03 |
| Totals | | 7,323,874.58 | 6,182,600.55 | |

**PX 24, 1664**

Monthly Activity Summaries

| Ragingbull.com LLC | | | |
|---|---|---|---|
| **Bank of America** | #9733 | | |
| | | | |
| | **Opening Balance** | **Credits** | **Debits** | **Ending Balance** |
| 4/30/2017 | 1,049,812.14 | 695,067.62 | 1,308,620.75 | 436,259.01 |
| 5/31/2017 | 436,259.01 | 1,207,399.09 | 1,041,054.14 | 602,603.96 |
| 6/30/2017 | 602,603.96 | 1,279,176.80 | 921,684.49 | 960,096.27 |
| 7/31/2017 | 960,096.27 | 710,664.69 | 1,331,020.38 | 339,740.58 |
| 8/31/2017 | 339,740.58 | 1,191,371.65 | 717,937.79 | 813,174.44 |
| 9/30/2017 | 813,174.44 | 2,675,104.86 | 1,235,885.56 | 2,252,393.74 |
| 10/31/2017 | 2,252,393.74 | 1,263,281.81 | 2,938,703.06 | 576,972.49 |
| 11/30/2017 | 576,972.49 | 1,435,039.09 | 1,060,566.82 | 951,444.76 |
| 12/31/2017 | 951,444.76 | 3,806,874.46 | 4,587,317.60 | 171,001.62 |
| 1/31/2018 | 171,001.62 | 3,130,550.23 | 966,731.39 | 2,334,820.46 |
| 2/28/2018 | 2,334,820.46 | 1,461,615.65 | 2,896,827.42 | 899,608.69 |
| 3/31/2018 | 899,608.69 | 2,929,889.81 | 2,018,132.66 | 1,811,365.84 |
| 4/30/2018 | 1,811,365.84 | 2,001,264.95 | 2,621,931.61 | 1,190,699.18 |
| 5/31/2018 | 1,190,699.18 | 2,513,142.05 | 1,905,595.45 | 1,798,245.78 |
| 6/30/2018 | 1,798,245.78 | 2,468,247.60 | 2,963,805.95 | 1,302,687.43 |
| 7/31/2018 | 1,302,687.43 | 1,930,207.34 | 2,430,062.68 | 802,832.09 |
| 8/31/2018 | 802,832.09 | 2,230,856.97 | 2,175,163.76 | 858,525.30 |
| 9/30/2018 | 858,525.30 | 1,961,486.32 | 2,195,804.97 | 624,206.65 |
| 10/31/2018 | 624,206.65 | 3,218,470.70 | 2,463,446.77 | 1,379,230.58 |
| 11/30/2018 | 1,379,230.58 | 3,498,096.61 | 3,046,585.61 | 1,830,741.58 |
| 12/31/2018 | 1,830,741.58 | 6,657,984.54 | 5,333,192.49 | 3,155,533.63 |
| 1/31/2019 | 3,155,533.63 | 3,463,135.01 | 6,617,204.87 | 1,463.77 |
| 2/28/2019 | 1,463.77 | 393,984.73 | 395,448.50 | 0.00 |
| **Totals** | | 52,122,912.58 | 53,172,724.72 | |

**PX 24, 1665**

Monthly Activity Summaries

| RagingBull.com LLC | | | | |
|---|---|---|---|---|
| **JPMorgan Chase** | #3829 | | | |
| | | | | |
| | **Opening Balance** | **Credits** | **Debits** | **Ending Balance** |
| 1/31/2019 | 0.00 | 940,148.87 | 328,786.88 | 611,361.99 |
| 2/28/2019 | 611,361.99 | 2,995,203.44 | 3,383,310.32 | 223,255.11 |
| 3/31/2019 | 223,255.11 | 3,757,319.14 | 2,658,004.85 | 1,322,569.40 |
| 4/30/2019 | 1,322,569.40 | 5,194,375.19 | 3,900,889.28 | 2,616,055.31 |
| 5/31/2019 | 2,616,055.31 | 4,752,099.35 | 6,319,109.40 | 1,049,045.26 |
| 6/30/2019 | 1,049,045.26 | 3,991,246.96 | 4,589,721.92 | 450,570.30 |
| 7/31/2019 | 450,570.30 | 7,411,654.61 | 4,059,858.56 | 3,802,366.35 |
| 8/31/2019 | 3,802,366.35 | 7,107,423.46 | 7,799,251.10 | 3,110,538.71 |
| 9/30/2019 | 3,110,538.71 | 5,993,560.32 | 8,653,311.88 | 450,787.15 |
| 10/31/2019 | 450,787.15 | 4,866,824.32 | 4,645,683.48 | 671,927.99 |
| 11/30/2019 | 671,927.99 | 6,141,957.06 | 4,655,362.59 | 2,158,522.46 |
| 12/31/2019 | 2,158,522.46 | 4,476,387.19 | 6,105,953.36 | 528,956.29 |
| 1/31/2020 | 528,956.29 | 5,602,112.01 | 5,138,385.64 | 992,682.66 |
| 2/29/2020 | 992,682.66 | 6,326,617.92 | 4,982,196.89 | 2,337,103.69 |
| 3/31/2020 | 2,337,103.69 | 6,012,194.78 | 5,948,963.84 | 2,400,334.63 |
| 4/30/2020 | 2,400,334.63 | 9,171,013.31 | 5,882,739.31 | 5,688,608.63 |
| 5/31/2020 | 5,688,608.63 | 12,334,446.58 | 17,957,129.91 | 65,925.30 |
| 6/30/2020 | 65,925.30 | 45,414.58 | 105,998.15 | 5,341.73 |
| 7/31/2020 | 5,341.73 | 0.00 | 5,341.73 | 0.00 |
| **Totals** | | 97,119,999.09 | 97,119,999.09 | |

**PX 24, 1666**

| **RagingBull.com LC** | | | | |
|---|---|---|---|---|
| **JPMorgan Chase** | | #8015 | | |
| | | | | |
| | **Opening Balance** | **Credits** | **Debits** | **Ending Balance** |
| 9/30/2019 | 0.00 | 1,687,040.40 | 924,067.52 | 762,972.88 |
| 10/31/2019 | 762,972.88 | 100,313.88 | 2,212.24 | 861,074.52 |
| 11/30/2019 | 861,074.52 | 154,960.17 | 16,007.05 | 1,000,027.64 |
| 12/31/2019 | 1,000,027.64 | 33.25 | 250,000.00 | 750,060.89 |
| 1/31/2020 | 750,060.89 | 9.19 | 640,000.00 | 110,070.08 |
| 2/29/2020 | 110,070.08 | 2.91 | 18,802.22 | 91,270.77 |
| 3/31/2020 | 91,270.77 | 2.06 | 0.00 | 91,272.83 |
| 4/30/2020 | 91,272.83 | 2,000,005.60 | 0.00 | 2,091,278.43 |
| 5/31/2020 | 2,091,278.43 | 2,000,023.32 | 4,091,301.75 | 0.00 |
| 6/30/2020 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Totals** | | 5,942,390.78 | 5,942,390.78 | |

**PX 24, 1667**

Monthly Activity Summaries

| Sherwood Ventures LLC | | | |
|---|---|---|---|
| Bank of America | #6694 | | |
| | | | |
| | Opening Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| 4/30/2017 | 195,734.98 | 487,271.46 | 261,022.56 | 421,983.88 |
| 5/31/2017 | 421,983.88 | 334,434.38 | 503,199.52 | 253,218.74 |
| 6/30/2017 | 253,218.74 | 304,344.68 | 489,927.67 | 67,635.75 |
| 7/31/2017 | 67,635.75 | 483,307.66 | 11,357.61 | 539,585.80 |
| 8/31/2017 | 539,585.80 | 36,014.59 | 476,295.97 | 99,304.42 |
| 9/30/2017 | 99,304.42 | 118,063.42 | 3,253.19 | 214,114.65 |
| 10/31/2017 | 214,114.65 | 982,395.96 | 1,114,842.57 | 81,668.04 |
| 11/30/2017 | 81,668.04 | 194,023.47 | 10,720.86 | 264,970.65 |
| 12/31/2017 | 264,970.65 | 1,838,225.51 | 318,223.26 | 1,784,972.90 |
| 1/31/2018 | 1,784,972.90 | 104,129.63 | 1,692,889.65 | 196,212.88 |
| 2/28/2018 | 196,212.88 | 843,307.76 | 25,190.93 | 1,014,329.71 |
| 3/31/2018 | 1,014,329.71 | 551,735.66 | 1,505,881.44 | 60,183.93 |
| 4/30/2018 | 60,183.93 | 112,828.12 | 112,157.63 | 60,854.42 |
| 5/31/2018 | 60,854.42 | 353,085.77 | 379,385.78 | 34,554.41 |
| 6/30/2018 | 34,554.41 | 761,286.07 | 683,266.70 | 112,573.78 |
| 7/31/2018 | 112,573.78 | 637,513.90 | 719,601.66 | 30,486.02 |
| 8/31/2018 | 30,486.02 | 299,898.53 | 206,547.76 | 123,836.79 |
| 9/30/2018 | 123,836.79 | 203,333.01 | 228,459.80 | 98,710.00 |
| 10/31/2018 | 98,710.00 | 174,404.77 | 117,047.93 | 156,066.84 |
| 11/30/2018 | 156,066.84 | 536,561.99 | 62,113.70 | 630,515.13 |
| 12/31/2018 | 630,515.13 | 37,707.96 | 668,223.09 | 0.00 |
| 1/31/2019 | 0.00 | 12,100.00 | 12,100.00 | 0.00 |
| 2/28/2019 | 0.00 | 0.00 | 0.00 | 0.00 |
| Totals | | 9,405,974.30 | 9,601,709.28 | |

**PX 24, 1668**

| Sherwood Ventures LLC | | | | |
|---|---|---|---|---|
| TD Bank | | #6651 | | |
| | | | | |
| | Opening Balance | Credits | Debits | Ending Balance |
| 12/31/2018 | 0.00 | 50.00 | 0.00 | 50.00 |
| 1/31/2019 | 50.00 | 0.01 | 0.00 | 50.01 |
| 2/28/2019 | 50.01 | 0.01 | 0.00 | 50.02 |
| 3/31/2019 | 50.02 | 0.01 | 0.00 | 50.03 |
| 4/30/2019 | 50.03 | 0.01 | 0.00 | 50.04 |
| 5/31/2019 | 50.04 | 0.01 | 0.00 | 50.05 |
| 6/30/2019 | 50.05 | 0.01 | 0.00 | 50.06 |
| 7/31/2019 | 50.06 | 0.01 | 0.00 | 50.07 |
| 8/31/2019 | 50.07 | 0.01 | 0.00 | 50.08 |
| 9/30/2019 | 50.08 | 0.01 | 0.00 | 50.09 |
| 10/31/2019 | 50.09 | 0.01 | 0.00 | 50.10 |
| 11/30/2019 | 50.10 | 0.01 | 0.00 | 50.11 |
| 12/31/2019 | 50.11 | 0.01 | 0.00 | 50.12 |
| 1/31/2020 | 50.12 | 0.01 | 0.00 | 50.13 |
| 2/29/2020 | 50.13 | 0.01 | 0.00 | 50.14 |
| 3/31/2020 | 50.14 | 0.01 | 0.00 | 50.15 |
| Totals | | 50.15 | 0.00 | |

**PX 24, 1669**

Monthly Activity Summaries

| Sherwood Ventures LLC | | | | |
|---|---|---|---|---|
| TD Bank | | #7815 | | |
| | | | | |
| | Opening Balance | Credits | Debits | Ending Balance |
| 12/31/2018 | 0.00 | 1,331,389.57 | 6,971.63 | 1,324,417.94 |
| 1/31/2019 | 1,324,417.94 | 2,053,062.99 | 1,376,684.83 | 2,000,796.10 |
| 2/28/2019 | 2,000,796.10 | 12,090.00 | 1,980,261.68 | 32,624.42 |
| 3/31/2019 | 32,624.42 | 0.00 | 30.00 | 32,594.42 |
| 4/30/2019 | 32,594.42 | 0.00 | 30.00 | 32,564.42 |
| 5/31/2019 | 32,564.42 | 0.00 | 630.00 | 31,934.42 |
| 6/30/2019 | 31,934.42 | 0.00 | 53.32 | 31,881.10 |
| 7/31/2019 | 31,881.10 | 0.00 | 30.00 | 31,851.10 |
| 8/31/2019 | 31,851.10 | 0.00 | 30.00 | 31,821.10 |
| 9/30/2019 | 31,821.10 | 0.00 | 30.00 | 31,791.10 |
| 10/31/2019 | 31,791.10 | 0.00 | 30.00 | 31,761.10 |
| 11/30/2019 | 31,761.10 | 0.00 | 196.45 | 31,564.65 |
| 12/31/2019 | 31,564.65 | 0.00 | 30.00 | 31,534.65 |
| 1/31/2020 | 31,534.65 | 0.00 | 30.00 | 31,504.65 |
| 2/29/2020 | 31,504.65 | 0.00 | 30.00 | 31,474.65 |
| 3/31/2020 | 31,474.65 | 0.00 | 30.00 | 31,444.65 |
| Totals | | 3,396,542.56 | 3,365,097.91 | |

PX 24, 1670

Monthly Activity Summaries

| Sherwood Ventures LLC | | | |
|---|---|---|---|
| **Bank Name** | #1455 | | |
| | | | |
| | **Opening Balance** | **Credits** | **Debits** | **Ending Balance** |
| 1/31/2019 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2/28/2019 | 0.00 | 2,095,541.63 | 2,038,503.50 | 57,038.13 |
| 3/31/2019 | 57,038.13 | 119,105.54 | 156,155.52 | 19,988.15 |
| 4/30/2019 | 19,988.15 | 556,897.36 | 576,037.26 | 848.25 |
| 5/31/2019 | 848.25 | 1,506,110.05 | 1,420,228.98 | 86,729.32 |
| 6/30/2019 | 86,729.32 | 76,671.26 | 119,842.75 | 43,557.83 |
| 7/31/2019 | 43,557.83 | 75,500.85 | 82,687.88 | 36,370.80 |
| 8/31/2019 | 36,370.80 | 2,267,582.66 | 438,426.18 | 1,865,527.28 |
| 9/30/2019 | 1,865,527.28 | 972,763.28 | 1,332,968.88 | 1,505,321.68 |
| 10/31/2019 | 1,505,321.68 | 47,870.80 | 1,073,673.84 | 479,518.64 |
| 11/30/2019 | 479,518.64 | 995,716.82 | 1,383,772.29 | 91,463.17 |
| 12/31/2019 | 91,463.17 | 650,455.95 | 573,728.57 | 168,190.55 |
| 1/31/2020 | 168,190.55 | 659,831.15 | 809,291.24 | 18,730.46 |
| 2/29/2020 | 18,730.46 | 72,637.03 | 56,612.67 | 34,754.82 |
| 3/31/2020 | 34,754.82 | 444,048.03 | 54,381.21 | 424,421.64 |
| 4/30/2020 | 424,421.64 | 120,816.68 | 146,924.48 | 398,313.84 |
| 5/31/2020 | 398,313.84 | 1,091,215.03 | 1,488,551.70 | 977.17 |
| 6/30/2020 | 977.17 | 3,000.00 | 3,875.18 | 101.99 |
| 7/31/2020 | 101.99 | 0.00 | 0.00 | 101.99 |
| **Totals** | | 11,755,764.12 | 11,755,662.13 | |

**PX 24, 1671**

Monthly Activity Summaries

| **Sherwood Ventures LLC** | | | | |
|---|---|---|---|---|
| **JPMorgan Chase** | #8952 | | | |
| | | | | |
| | **Opening Balance** | **Credits** | **Debits** | **Ending Balance** |
| 7/31/2019 | 0.00 | 750,032.98 | 15.00 | 750,017.98 |
| 8/31/2019 | 750,017.98 | 24.53 | 0.00 | 750,042.51 |
| 9/30/2019 | 750,042.51 | 25.34 | 0.00 | 750,067.85 |
| 10/31/2019 | 750,067.85 | 25.34 | 0.00 | 750,093.19 |
| 11/30/2019 | 750,093.19 | 11.45 | 750,093.19 | 11.45 |
| 12/31/2019 | 11.45 | 0.00 | 11.45 | 0.00 |
| 1/31/2020 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2/29/2020 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3/31/2020 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4/30/2020 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5/31/2020 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6/30/2020 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7/31/2020 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Totals** | | 750,119.64 | 750,119.64 | |

**PX 24, 1672**

| Winston Corp | | | | |
|---|---|---|---|---|
| Bank of America | | #1482 | | |
| | | | | |
| | Opening Balance | Credits | Debits | Ending Balance |
| 4/30/2017 | 206,069.09 | 76,575.79 | 0.00 | 282,644.88 |
| 5/31/2017 | 282,644.88 | 8,628.63 | 0.00 | 291,273.51 |
| 6/30/2017 | 291,273.51 | 64,208.38 | 0.00 | 355,481.89 |
| 7/31/2017 | 355,481.89 | 12,802.84 | 0.00 | 368,284.73 |
| 8/31/2017 | 368,284.73 | 1,888.43 | 0.00 | 370,173.16 |
| 9/30/2017 | 370,173.16 | 0.00 | 0.00 | 370,173.16 |
| 10/31/2017 | 370,173.16 | 0.00 | 0.00 | 370,173.16 |
| 11/30/2017 | 370,173.16 | 0.00 | 0.00 | 370,173.16 |
| 12/31/2017 | 370,173.16 | 0.00 | 0.00 | 370,173.16 |
| 1/31/2018 | 370,173.16 | 0.00 | 370,173.16 | 0.00 |
| 2/28/2018 | 0.00 | 0.00 | 0.00 | 0.00 |
| Totals | | 164,104.07 | 370,173.16 | |

**PX 24, 1673**

Monthly Activity Summaries

| Winston Corp | | | | |
|---|---|---|---|---|
| **JPMorgan Chase** | #1198 | | | |
| | | | | |
| | **Opening Balance** | **Credits** | **Debits** | **Ending Balance** |
| 7/31/2017 | 8,040.51 | 0.00 | 0.00 | 8,040.51 |
| 8/31/2017 | 8,040.51 | 0.00 | 8,040.51 | 0.00 |
| **Totals** | | 0.00 | 8,040.51 | |

**PX 24, 1674**

Monthly Activity Summaries

| Winston Research Inc | | | |
|---|---|---|---|
| SunTrust | #9516 | | |
| | | | |
| | Opening Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| 10/31/2017 | 0.00 | 713,930.38 | 0.00 | 713,930.38 |
| 11/30/2017 | 713,930.38 | 177,222.83 | 0.00 | 891,153.21 |
| 12/31/2017 | 891,153.21 | 498,630.73 | 15.00 | 1,389,768.94 |
| 1/31/2018 | 1,389,768.94 | 0.00 | 1,285,975.43 | 103,793.51 |
| 2/28/2018 | 103,793.51 | 460,221.44 | 50,387.59 | 513,627.36 |
| 3/31/2018 | 513,627.36 | 187,232.83 | 0.00 | 700,860.19 |
| 4/30/2018 | 700,860.19 | 48,724.18 | 0.66 | 749,583.71 |
| 5/31/2018 | 749,583.71 | 60,993.70 | 705,000.00 | 105,577.41 |
| 6/30/2018 | 105,577.41 | 516,279.90 | 0.00 | 621,857.31 |
| 7/31/2018 | 621,857.31 | 29,631.16 | 600,000.00 | 51,488.47 |
| 8/31/2018 | 51,488.47 | 0.00 | 41,300.00 | 10,188.47 |
| 9/30/2018 | 10,188.47 | 224,182.58 | 200,526.00 | 33,845.05 |
| 10/31/2018 | 33,845.05 | 119,698.20 | 120,000.00 | 33,543.25 |
| 11/30/2018 | 33,543.25 | 7,126.91 | 0.00 | 40,670.16 |
| 12/31/2018 | 40,670.16 | 1,242,018.76 | 15,085.57 | 1,267,603.35 |
| 1/31/2019 | 1,267,603.35 | 0.00 | 1,164,356.46 | 103,246.89 |
| 2/28/2019 | 103,246.89 | 0.00 | 0.00 | 103,246.89 |
| 3/31/2019 | 103,246.89 | 0.00 | 0.00 | 103,246.89 |
| 4/30/2019 | 103,246.89 | 0.00 | 100.00 | 103,146.89 |
| 5/31/2019 | 103,146.89 | 0.00 | 75,000.00 | 28,146.89 |
| 6/30/2019 | 28,146.89 | 0.00 | 0.00 | 28,146.89 |
| 7/31/2019 | 28,146.89 | 0.00 | 0.00 | 28,146.89 |
| 8/31/2019 | 28,146.89 | 0.00 | 0.00 | 28,146.89 |
| 9/30/2019 | 28,146.89 | 0.00 | 0.00 | 28,146.89 |
| 10/31/2019 | 28,146.89 | 500,000.00 | 10,000.00 | 518,146.89 |
| 11/30/2019 | 518,146.89 | 0.00 | 500,000.00 | 18,146.89 |
| 12/31/2019 | 18,146.89 | 0.00 | 18,146.89 | 0.00 |
| Totals | | 4,785,893.60 | 4,785,893.60 | |

**PX 24, 1675**

| | Payments to Cawthron Builders LLC | | | | |
|---|---|---|---|---|---|
| **Item** | **Name\Bank\Account** | **Date** | **Reference #** | **Amount** | **Description** |
| 1 | Sherwood Ventures LLC (Bank of America #6694) | 6/27/2018 | 1511598062 | 25,000.00 | Transfer Out (Internal) |
| 2 | Sherwood Ventures LLC (Bank of America #6694) | 9/27/2018 | 230221 | 25,000.00 | Wire Out |
| 3 | Sherwood Ventures LLC (TD Bank #7815) | 1/14/2019 | | 25,000.00 | Wire Out |
| 4 | RagingBull.com LLC (JPMorgan Chase #3829) | 2/8/2019 | | 50,000.00 | Online ACH Payment |
| 5 | Sherwood Ventures LLC (JPMorgan Chase #1455) | 3/11/2019 | | 80,000.00 | Online ACH Payment |
| 6 | Sherwood Ventures LLC (JPMorgan Chase #1455) | 3/26/2019 | | 50,000.00 | Online ACH Payment |
| 7 | Sherwood Ventures LLC (JPMorgan Chase #1455) | 4/12/2019 | | 50,000.00 | Online ACH Payment |
| 8 | Sherwood Ventures LLC (JPMorgan Chase #1455) | 5/8/2019 | | 60,000.00 | Online ACH Payment |
| 9 | Sherwood Ventures LLC (JPMorgan Chase #1455) | 6/3/2019 | | 50,000.00 | Online ACH Payment |
| 10 | Sherwood Ventures LLC (JPMorgan Chase #1455) | 6/13/2019 | | 50,000.00 | Online ACH Payment |
| 11 | Sherwood Ventures LLC (JPMorgan Chase #1455) | 7/15/2019 | | 50,000.00 | Online ACH Payment |
| 12 | Sherwood Ventures LLC (JPMorgan Chase #1455) | 7/29/2019 | | 20,000.00 | Online ACH Payment |
| 13 | Sherwood Ventures LLC (JPMorgan Chase #1455) | 8/1/2019 | | 30,000.00 | Online ACH Payment |
| 14 | Sherwood Ventures LLC (JPMorgan Chase #1455) | 8/6/2019 | | 50,000.00 | Online ACH Payment |
| 15 | Sherwood Ventures LLC (JPMorgan Chase #1455) | 8/28/2019 | | 50,000.00 | Online ACH Payment |

**PX 24, 1676**

| | Payments to Cawthron Builders LLC | | | | |
|---|---|---|---|---|---|
| | | | | | |
| Item | Name\Bank\Account | Date | Reference # | Amount | Description |
| 16 | Sherwood Ventures LLC (JPMorgan Chase #1455) | 9/24/2019 | | 50,000.00 | Online ACH Payment |
| 17 | Sherwood Ventures LLC (JPMorgan Chase #1455) | 10/2/2019 | | 50,000.00 | Online ACH Payment |
| 18 | Sherwood Ventures LLC (JPMorgan Chase #1455) | 10/15/2019 | | 50,000.00 | Online ACH Payment |
| 19 | Sherwood Ventures LLC (JPMorgan Chase #1455) | 11/7/2019 | | 50,000.00 | Online ACH Payment |
| 20 | Sherwood Ventures LLC (JPMorgan Chase #1455) | 12/3/2019 | | 50,000.00 | Online ACH Payment |
| 21 | Sherwood Ventures LLC (JPMorgan Chase #1455) | 12/23/2019 | | 50,000.00 | Online ACH Payment |
| 22 | Sherwood Ventures LLC (JPMorgan Chase #1455) | 1/9/2020 | | 50,000.00 | Online ACH Payment |
| 23 | Sherwood Ventures LLC (JPMorgan Chase #1455) | 2/3/2020 | | 50,000.00 | Online ACH Payment |
| 24 | Sherwood Ventures LLC (JPMorgan Chase #1455) | 3/10/2020 | | 50,000.00 | Online ACH Payment |
| 25 | Sherwood Ventures LLC (JPMorgan Chase #1455) | 4/1/2020 | | 50,000.00 | Online ACH Payment |
| 26 | Sherwood Ventures LLC (JPMorgan Chase #1455) | 4/29/2020 | | 50,000.00 | Online ACH Payment |
| | **Total** | | | **1,215,000.00** | |

**PX 24, 1677**

**Raging Bull's Advertising and Marketing Vendors**

- A4D Inc - https://www.a4d.com/
- Action Media Holdings Corp
- Adzerk - https://adzerk.com/
- AKChirpy - https://www.fiverr.com/akchirpy
- Blossom Family Ventures LLC / Jeremy Blossom / Strikepoint Media Inc - https://strikepointmedia.com/
- Copy Press - https://www.copypress.com/
- Decision Tree Analytics - http://www.decision-tree.com/
- DedicatedEmails.com LLC - https://dedicatedemails.com/
- Definition 6 - https://www.definition6.com/
- Dianomi Inc - https://www.dianomi.com/
- Digitonic Ltd - https://digitonic.co.uk
- EmailAbilities LLC- https://www.emailabilities.com
- Financial Media Corp - http://finmc.com
- Interactive Offers LLC https://www.interactiveoffers.com/
- Investing Media Solutions - https://www.investingmediasolutions.com/
- Its Today Media LLC - http://www.itstoday.org/
- Jump 450 Media LLC - https://jump450.com/
- Karmaholic - https://karmaholicmedia.com/
- Leadmark LLC - https://leadmark.com/
- Monkedia LLC - https://monkedia.com/
- Oath Americas Inc - https://www.bloomberg.com/profile/company/ADCM:US#:~:text=Oath%20(Americas)%20Inc.,Oath%20Americas%20serves%20customers%20worldwide.
- Optipub LLC - https://www.optipub.com/
- Outbrain - https://www.outbrain.com/
- Rainmaker Ad Ventures Inc - https://rainmakeradventures.com/
- Reachfire LLC - https://reachfiredigital.com/
- Return Path Inc - https://returnpath.com/newsroom/validity-to-acquire-return-path-to-offer-the-industrys-most-comprehensive-platform-for-sales-and-digital-marketing-professionals/
- SMS Media Inc - https://smsmediainc.com
- The Darwin Agency Inc - https://www.agencyspotter.com/the-darwin-agency, https://twitter.com/thedarwinagency?lang=en
- The James R Whelan Agency - https://thejrwa.com/
- Trumpia - https://www.trumpia.com/
- Webpresario - https://twitter.com/webpresarioapp?lang=en

**PX 24, 1678**

| Paid to Advertising and Marketing Companies | | | | |
|---|---|---|---|---|
| **Payor** | **Payee** | **Amount Paid** | **Number of Transaction** | **Time Period** |
| RagingBull.com LLC | Jump 450 Media LLC | $3,424,056 | 29 | 6/6/18 - 5/5/20 |
| RagingBull.com LLC | Investing Media Solutions | $1,152,440 | 53 | 4/11/17 - 5/20/20 |
| RagingBull.com LLC | Strikepoint Media Inc | $1,041,018 | 73 | 4/7/2017 - 6/26/20 |
| RagingBull.com LLC | Outbrain | $678,719 | 18 | 9/12/2019 - 5/7/20 |
| RagingBull.com LLC | Interactive Offers LLC | $441,483 | 10 | 2/28/18 - 12/17/19 |
| RagingBull.com LLC | Optibut LLC | $389,661 | 18 | 12/7/18 - 5/5/20 |
| RagingBull.com LLC | The Darwin Agency | $335,485 | 14 | 11/1/18 - 4/27/20 |
| RagingBull.com LLC | SMS Media Inc | $250,462 | 6 | 9/28/18 - 2/8/19 |
| MFA Holdings Corp | Action Media Holdings Corp | $232,500 | 4 | 4/20/17 - 12/29/17 |
| MFA Holdings Corp | Interactive Offers LLC | $210,000 | 1 | 12/17/2019 |
| Sherwood Ventures LLC | Interactive Offers LLC | $210,000 | 1 | 12/17/2019 |
| RagingBull.com LLC | Dianomi Inc | $170,266 | 7 | 12/27/18 - 5/14/20 |
| RagingBull.com LLC | Decision Tree Analytics | $160,000 | 20 | 10/22/18 - 5/20/20 |
| RagingBull.com LLC | Financial Media Corp | $142,537 | 14 | 5/4/17 - 12/20/19 |
| RagingBull.com LLC | Trumpia | $137,990 | 3 | 6/14/19 - 3/17/20 |
| RagingBull.com LLC | Rainmaker Ad Ventures Inc | $103,595 | 3 | 10/22/18 - 6/6/19 |
| RagingBull.com LLC | Blossom Family Ventures | $100,000 | 5 | 3/2/18 - 7/5/18 |
| RagingBull.com LLC | Reachfire LLC | $98,521 | 3 | 10/6/17 - 12/15/17 |
| RagingBull.com LLC | Copy Press | $96,545 | 4 | 11/5/19 - 2/14/20 |
| RagingBull.com LLC | Digitonic Ltd | $78,502 | 3 | 4/4/19 - 9/25/19 |
| RagingBull.com LLC | Return Path Inc | $70,000 | 2 | 1/9/19 - 11/1/19 |
| RagingBull.com LLC | A4D Inc | $64,156 | 17 | 6/8/17 - 6/19/19 |
| RagingBull.com LLC | Jeremy Blossom | $60,000 | 2 | 1/8/18 - 2/12/18 |
| RagingBull.com LLC | AKChirpy | $55,307 | 23 | 6/7/18 - 1/15/19 |
| RagingBull.com LLC | Definition 6 | $53,500 | 2 | 8/16/19 - 9/18/19 |
| RagingBull.com LLC | Karmaholic | $51,487 | 6 | 12/20/19 - 5/7/20 |
| RagingBull.com LLC | EmailAbilities LLC | $51,450 | 2 | 11/20/18 - 4/26/19 |
| RagingBull.com LLC | The James R Whelan Agency | $50,600 | 5 | 11/20/18 -4/22/20 |
| RagingBull.com LLC | Webpresario Charles Denney | $42,120 | 6 | 1/30/19 - 3/18/20 |
| RagingBull.com LLC | Monkedia LLC | $40,500 | 2 | 9/18/17 -11/10/17 |
| RagingBull.com LLC | Oath Americas Inc | $33,696 | 3 | 9/6/19 - 12/18/19 |
| RagingBull.com LLC | DedicatedEmails.com LLC | $29,100 | 4 | 11/16/18 - 1/15/19 |
| RagingBull.com LLC | Leadmark LLC | $25,808 | 2 | 2/19/20 - 2/19/20 |
| RagingBull.com LLC | Adzerk | $25,000 | 5 | 12/3/19 - 5/5/20 |
| RagingBull.com LLC | Today Media LLC | $25,000 | 1 | 10/19/2018 |
| | **Total** | **$10,131,502** | **371** | |

| Received from Advertising and Marketing Companies | | | | |
|---|---|---|---|---|
| **Payor** | **Payee** | **Amount Paid** | **Number of Transactions** | **Time Period** |
| RagingBull.com LLC | Action Media Holdings Corp. | $72,360 | 2 | 6/5/19 - 7/17/19 |
| RagingBull.com LLC | Dianomi, Inc. | $43,284 | 1 | 5/19/2020 |
| RagingBull.com LLC | Reachfire LLC | $32,298 | 1 | 1/26/2018 |
| RagingBull.com LLC | Its Today Media LLC | $21,115 | 1 | 11/26/2018 |
| RagingBull.com LLC | Digitonic, Ltd | $3,317 | 1 | 3/4/2020 |
| RagingBull.com LLC | Monkedia LLC | $2,030 | 1 | 12/20/2017 |
| | **Total** | **$174,404** | **7** | |

**PX 24, 1680**

| | Payments to "Celebrities" | | | | |
|---|---|---|---|---|---|
| | | | | | |
| Item | Name\Bank\Account | Posted Date | Reference # | Amount | Payee |
| 1 | RagingBull.com LLC (Bank of America NA #9733) | 4/11/2017 | 191642545 | 3,000.00 | Jose Canseco |
| 2 | RagingBull.com LLC (Bank of America NA #9733) | 5/3/2017 | 182741958 | 3,000.00 | Jose Canseco |
| 3 | RagingBull.com LLC (Bank of America NA #9733) | 8/8/2017 | 522475880 | 12,000.00 | Jose Canseco |
| 4 | RagingBull.com LLC (Bank of America NA #9733) | 4/10/2018 | 228506094 | 25,000.00 | Terrell Owens |
| 5 | RagingBull.com LLC (JPMorgan Chase #3829) | 1/17/2020 | | 125,000.00 | Gofas Racing |
| 6 | RagingBull.com LLC (JPMorgan Chase #3829) | 2/4/2020 | | 20,000.00 | Mike Alstott |
| 7 | RagingBull.com LLC (JPMorgan Chase #3829) | 2/11/2020 | 5448 | 20,000.00 | Hit 55 Inc |
| | Total | | | 208,000.00 | |

**PX 24, 1681**

| | Payments to Unknown | | | |
|---|---|---|---|---|
| **Item** | **Name\Bank\Account** | **Date** | **Amount** | **Bank Statement Remarks (Redacted and Explained)** |
| 1 | RagingBull.com LLC (Bank of America NA #9733) | 4/10/2017 | $24,286 | Customer Withdrawal Image (Review of documents showed this was the purchase of a cashiers' check) |
| 2 | RagingBull.com LLC (Bank of America NA #9733) | 5/4/2017 | $24,390 | Customer Withdrawal Image (Review of documents showed this was the purchase of a cashiers' check) |
| 3 | RagingBull.com LLC (Bank of America NA #9733) | 5/12/2017 | $6,730 | Customer Withdrawal Image (Review of documents showed this was the purchase of a cashiers' check) |
| 4 | RagingBull.com LLC (Bank of America NA #9733) | 6/12/2017 | $30,941 | Customer Withdrawal Image (Review of documents showed this was the purchase of a cashiers' check) |
| 5 | RagingBull.com LLC (Bank of America NA #9733) | 12/28/2017 | $20,000 | Customer Withdrawal Image (Review of documents showed this was the purchase of a cashiers' check) |
| 6 | RagingBull.com LLC (Bank of America NA #9733) | 5/31/2018 | $13,762 | Customer Withdrawal Image (Review of documents showed this was the purchase of a cashiers' check) |
| 7 | MFA Holdings Corp (JPMorgan Chase #4765) | 12/13/2018 | $50,000 | Internal Transfer of Funds as Requested |
| 8 | MFA Holdings Corp (JPMorgan Chase #4765) | 12/20/2018 | $50,000 | Internal Transfer of Funds as Requested |
| 9 | Sherwood Ventures LLC (JPMorgan Chase #1455) | 2/7/2019 | $1,980,000 | Manual Db-Bkrg |
| 10 | MFA Holdings Corp (JPMorgan Chase #4765) | 4/15/2019 | $1,000,000 | Internal Transfer of Funds as Requested |
| 11 | Sherwood Ventures LLC (JPMorgan Chase #1455) | 5/16/2019 | $1,231,270 | Manual Db-Bkrg |

**PX 24, 1682**

| | Payments to Unknown | | | |
|---|---|---|---|---|
| | | | | |
| **Item** | **Name\Bank\Account** | **Date** | **Amount** | **Bank Statement Remarks (Redacted and Explained)** |
| 12 | Sherwood Ventures LLC (JPMorgan Chase #1455) | 8/2/2019 | $300,000 | Manual Db-Bkrg |
| 13 | MFA Holdings Corp (JPMorgan Chase #4765) | 9/10/2019 | $622,848 | Book Transfer A/C:#1633 New York Trn: 1364100253ES |
| | | **Total** | **$5,354,228** | |

**PX 24, 1683**