# Notice of Filing of Plaintiff's Exhibits to Emergency Motion for Temporary Restraining Order (Docket No. 2)

## PX27 (Parts 1-2)