## DECLARATION OF REEVE TYNDALL

### Pursuant to 28 U.S.C. § 1746

I, Reeve Tyndall, hereby state that I have personal knowledge of the facts set forth below and, if called to testify, I could and would testify as follows:

1.      I am a United States citizen. I work as a Senior Investigator for the Federal Trade Commission ("FTC") in the Bureau of Consumer Protection's Division of Marketing Practices. The Division of Marketing Practices investigates persons and entities that may be violating the FTC Act and other laws enforced by the FTC.

2.      The following declaration outlines my investigation of RagingBull.com LLC (f/k/a Lighthouse Media LLC), Jeffrey M. Bishop, Jason Bond (f/k/a Jason P. Kowalik), Kyle W. Dennis, Sherwood Ventures LLC, Jason Bond LLC, MFA Holdings Corp., Winston Research Inc., and Winston Corp.

### CORPORATE DOCUMENTS

3.      According to the Delaware Secretary of State, Lighthouse Media LLC incorporated on January 3, 2014.  The corporation changed its name to RagingBull.com LLC on December 8, 2016.  The corporate record is attached hereto as **Attachment A**.

4.      According to the New Hampshire Secretary of State, RagingBull.com LLC registered itself as a foreign corporation February 14, 2020.  RagingBull.com LLC's principal office address is listed as 62 Calef Highway #233, Lee, NH 03861.  RagingBull.com LLC consists of three member corporations: 1) Jason Bond LLC located at ███████████, Durham, NH 03824; MFA Holdings Corp. located at ███████████ Tampa, FL 33647, and Sherwood Ventures LLC located at 62 Calef Highway #233, Lee, NH 03861. Jeffrey Bishop signed RagingBull.com LLC's foreign corporate record as the sole member of Sherwood Ventures LLC.  The foreign corporate record is attached hereto as **Attachment B**.

5.      According to the Texas Secretary of State, Sherwood Ventures LLC incorporated on July 7, 2010.  Jeffrey Bishop is the sole member.  Bluewave Advisors LLC was a previous member of the corporation.  The mailing address for Sherwood Ventures is 62 Calef Highway #233, Lee, NH 03861.  The corporate record is attached hereto as **Attachment C**.

**PX 27, 1806**

6.      According to public records, 62 Calef Highway, Lee, NH 03861is a commercial mail-receiving agency called Postal Center USA.  Number 233 is a mailbox located at that address.

7.      According to the Delaware Secretary of State, Jason Bond, LLC incorporated on January 10, 2018.  The corporate record is attached hereto as **Attachment D**.

8.      According to the New Hampshire Secretary of State, Jason Bond LLC registered itself as a foreign corporation on October 2, 2020. Jason Bond is the sole member. The principal office address is ███████████  Durham, NH 03824.  Mr. Bond had previously incorporated and then dissolved Jason Bond Inc.  The corporate record is attached hereto as **Attachment E**.

9.      According to public records, ███████████  Durham, NH 03824 is a residential property owned by Jason Bond.

10.     According to the Florida Secretary of State, MFA Holdings Corp incorporated on February 4, 2014.  Allan Marshall is the sole member. The principal office address is 6███  ███████████  Tampa, FL 33647. The corporate record is attached hereto as **Attachment F**.

11.     According to public records, ███████████  Tampa, FL 33647 is a residential property owned by Allan Marshall.

12.     According to the Delaware Secretary of State, Winston Research Inc. incorporated on September 7, 2017.  The corporate record is attached hereto as **Attachment G**.

13.     According to the Tennessee Secretary of State, Winston Research Inc. filed as a foreign corporation in the state on October 2, 2017.  The principal office address is ███████████  Kingsport, TN 37660.  The corporate record is attached hereto as **Attachment H**.

14.     According to public records, ███████████  Kingsport, TN 37660 is a residential address associated with Mr. Dennis.  Winston is Mr. Dennis's middle name.

15.     According to the California Secretary of State, Winston Corp. incorporated on September 6, 2016.  Kyle Dennis was the sole member and officer.  The primary business address was ███  ███████████  Los Angeles, CA 90036.  The corporation dissolved itself on September 19, 2017.  The corporate record is attached hereto as **Attachment I**.

16.     According to public records, ███████████, Los Angeles, CA 90036 is a residential address associated with Mr. Dennis.

**PX 27, 1807**

## BUSINESS LOCATIONS

17.    Raging Bull's website lists the following business addresses - 62 Calef Highway #233, Lee, NH 03861 and 835 E. Lamar Blvd. #222, Arlington, TX 76011.  According to public records, both of these addresses are commercial mail-receiving agencies (CMRA) that provide drop-box and mail forwarding services.

18.    Raging Bull is leasing a physical office space located at 11311 McCormick Rd., Suite 260, Hunt Valley, MD 21031.  According to lease documents provided by the property manager to the Maryland Department of Consumer Protection and shared with the FTC, Raging Bull has been leasing office space at this address since September 2019.  Jason Pell signed the lease on behalf of RagingBull.com LLC as its CTO.  The company currently occupies approximately 11,000 square feet.  The office appears to function as Raging Bull's headquarters:

       a)  I surveyed Raging Bull employee profiles on LinkedIn.com, an online resume network, and found that many of the employees were located in the Hunt Valley, MD area.

       b)  According to his linkedIn.com profile, John Martin Saunders is the Associate Compliance Counsel for Raging Bull.  Mr. Saunders also listed his primary business address as 11311 McCormick Rd., Hunt Valley, MD 21031 with the Maryland Courts System.

       c)  I located online job postings for Raging Bull located in Hunt Valley, MD. The job postings were for IT professionals and copy editors.

19.    During the course of my investigation, I could not locate any other business locations associated with Raging Bull.

20.    Jason Bond, Jeffrey Bishop, and Kyle Dennis work primarily at home according to Raging Bull's marketing materials.

## DEFENDANTS' SERVICES

21.    During the course of my investigation, I visited the website RagingBull.com.  The website contains general information about the company and a list of Raging Bull's subscription services.  Each service is associated with one or more trading instructors.  I identified at least 8

**PX 27, 1808**

trading instructors and 30 current or previously offered services.  Jason Bond and Jeff Bishop cofounded the company. Jason Bond, Jeff Bishop, and Kyle Dennis are all advertised as trading instructors.

22.     Below is a screenshot of the bottom of the RagingBull.com homepage in October 2020:



23.     The bottom of the homepage contains hyperlinks to sales pages for a number of current subscription services (in addition to the Sitemap and Contact links).  Based on my investigation, Raging Bull may be offering additional services as upsells.  I noted the product name, the expert name, and the sales page domain for each service.  I also captured screenshots of each sales page and attached them hereto.  The sales pages included consumer testimonials and instructor earnings claims. Sixteen of the 18 services include trade alerts or a watch list. Below is a list of each product listed at the bottom of the Raging Bull website at the end of October 2020:

| Service | Expert | Sales Page Domain | Screenshots |
|---------|--------|-------------------|-------------|
| Bullseye Trades | Jeff Bishop | bullseyeoptiontrading.com | Attachment J |
| Fast Five Trades | Kyle Dennis | fastfivetrading.com | Attachment K |
| Monday Movers | Jason Bond | mondaymovers.com | Attachment L |
| Sniper Report | Kyle Dennis | sniperalerttrading.com | Attachment M |
| Jason Bond Picks | Jason Bond | jasonbondtraining.com | Attachment N |

**PX 27, 1809**

| Total Alpha | Jeff Bishop | totalalphatrading.com | Attachment O |
| Options Profit Planner | Dave Lukas | optionsprofitplanner.com | Attachment P |
| Daily Deposits | Ben Sturgill | dailyprofitmachine.com | Attachment Q |
| Weekly Windfalls | Jason Bond | wallstbookie.com | Attachment R |
| IPO Payday | Ben Sturgill | ipopayday.com | Attachment S |
| High Octane Options | Jeff Bishop | highoctanetrading.com | Attachment T |
| Profit Prism | Jeff Williams | profitprismtrading.com | Attachment U |
| Profit Prism Platinum | Jeff Williams | profitprismtrading.com/ppp-replay | Attachment V |
| Weekly Money Multiplier | Nathan Bear | weeklymoneymultiplier.com | Attachment W |
| Dollar Ace | Kyle Dennis | thedollarace.com | Attachment X |
| LottoX | Nathan Bear | weeklymoneymultiplier.com/ltx-strategy-30min | Attachment Y |
| New Wave Wealth | Nate Stavseth | events.ragingbull.com/new-wave-wealth-lp-3 | Attachment Z |
| The Boardroom | Multiple | Startupcamp.com/the-boardroom | Attachment AA |

24.     Each sales page has a link to a promotional video featuring an expert trader.  Raging Bull often refers to these videos as 'free' webinars or classes.  The webinars included consumer testimonials and instructor earnings claims. The webinars appear to have been pre-recorded and many are still available online.  Some of these webinars are for services not currently listed on Raging Bull's website.  Some of the videos contain a disclaimer.  These disclaimers consist of a large block of text.  Part of disclaimer reads "results are very atypical and you should not expect to replicate them (see paragraph .  Below are selected webinars.  I noted the service, the host, and the date captured.  I had each webinar transcribed and attached hereto.

| Webinar | Host | Date Captured | Transcript |
| --- | --- | --- | --- |
| Bullseye Trades | Jeff Bishop | July 13, 2020 | Attachment BB |
| Daily Deposits | Jeff Bishop | June 10, 2020 | Attachment CC |
| Dollar Ace | Kyle Dennis | June 8, 2020 | Attachment DD |
| Fast Five Trades | Kyle Dennis | September 2, 2020 | Attachment EE |
| High Octane | Jeff Bishop | June 11, 2020 | Attachment FF |
| Jason Bond Picks | Jason Bond | March 12, 2020 | Attachment GG |
| Monday Movers | Jason Bond | August 24, 2020 | Attachment HH |
| Profit Accelerator | Jeff Bishop | May 21, 2020 | Attachment II |
| Profit Prism | Jeff Williams | June 3, 2020 | Attachment JJ |
| Total Alpha | Jeff Bishop | May 27, 2020 | Attachment KK |
| Trade with Kyle | Kyle Dennis | May 19, 2020 | Attachment LL |
| Unchained | Jason Bond | March 25, 2020 | Attachment MM |
| Weekly Money Multiplier | Nathan Bear | June 10, 2020 | Attachment NN |
| Weekly Windfalls | Jason Bond | June 15, 2020 | Attachment OO |

25.     After the webinar, each sales page directs consumers to an order page where they can purchase the subscription service.  The sales pages included consumer testimonials and instructor

**PX 27, 1810**

earnings claims Below are the order pages for subscription services listed on the RagingBull.com homepage in October 2020:

| Service | Order Page URL | Screenshots |
|---|---|---|
| Bullseye Trades | https://app.ragingbull.com/checkout/package/bullseye-trades | Att. PP |
| Fast5 Trades | https://app.ragingbull.com/checkout/package/fast-5-training | Att. QQ |
| Monday Movers | https://app.ragingbull.com/checkout/package/monday-movers | Att. RR |
| Sniper Report | https://app.ragingbull.com/checkout/package/sniper-report-2020 | Att. SS |
| Jason Bond Picks | https://app.ragingbull.com/checkout/package/jbp | Att. TT |
| Total Alpha | https://app.ragingbull.com/checkout/package/total-alpha-trading | Att. UU |
| Options Profit Planner | https://app.ragingbull.com/checkout/package/opp-training | Att. VV |
| Daily Deposits | https://app.ragingbull.com/checkout/package/daily-deposits | Att. WW |
| Weekly Windfalls | https://app.ragingbull.com/checkout/package/weekly-windfalls | Att. XX |
| IPO Payday | https://app.ragingbull.com/checkout/package/ipo-payday-training | Att. YY |
| High Octane Options | https://app.ragingbull.com/checkout/package/hoo-post-webinar | Att. ZZ |
| Profit Prism | https://app.ragingbull.com/checkout/package/pp-special | Att. AAA |
| Profit Prism Platinum | https://app.ragingbull.com/checkout/package/profit-prism-platinum | Att. BBB |
| Weekly Money Multiplier | https://app.ragingbull.com/checkout/package/nate-bear-wmm | Att. CCC |
| Dollar Ace | https://app.ragingbull.com/checkout/package/dollar-ace | Att. DDD |
| LottoX | https://mr141.infusionsoft.com/app/orderForms/lottox-after-webinar | Att. EEE |
| New Wave Wealth | https://app.ragingbull.com/checkout/package/aii-special-offer-i | Att. FFF |
| The Boardroom | https://app.ragingbull.com/checkout/package/aii-special-offer-vsl | Att. GGG |

26.     Each order page has a nearly identical layout.  The bottom of the page contains hyperlinks to the Terms and Conditions, Disclaimer, and Refund Policy.  There is no requirement to click on these hyperlinks to view the content on the website or to purchase the services. The Disclaimer and Terms and Conditions contain a notice regarding consumer testimonials. However, the consumer testimonials themselves do not provide a link to any of these disclaimer notices. The hyperlinks are identical for every order page:

> a)  The Terms and Conditions are attached hereto as **Attachment HHH**.
>
> b)  The Disclaimer is attached hereto as **Attachment III**.
>
> c)  The Refund Policy is attached hereto as **Attachment JJJ**.

27.     Each order page also has the terms and conditions in a scroll box above the "Place my order" button.  The box fits about 6 lines or 44 words at a time.  It took me a few minutes to scroll through the nearly 5,000 words in the terms and conditions.  The terms and conditions in this box appear to be identical to the linked terms and conditions except for the first sentence,

which references the specific sales page.  For example, the Fast5 Trading terms and conditions in the box begins with the phrase "RagingBull.com, LLC owns and maintains the website known as https://fastfivetrading.com" whereas the linked terms and conditions begins with the phrase "RagingBull.com, LLC owns and maintains the website known as RagingBull.com."   There is no requirement to scroll through the text box on the order page before purchase.

<div align="center">

**UNDERCOVER PURCHASES**

</div>

28.      During the course of my investigation, I purchased four subscription services from Raging Bull: Jason Bond Picks, Weekly Windfalls, Bullseye Trades, and Fast Five Trades.  I used undercover identities to purchase each service.

**Jason Bond Picks / Weekly Windfalls**

29.      On March 12, 2020, FTC Investigator Michelle Tavares visited JasonBondPicks.com and signed up for a free Jason Bond Picks webinar using an undercover identity.  Investigator Tavares recorded the webinar and I reviewed the recording.  Jason Bond hosted the webinar and pitched the service Jason Bond Picks.  A transcript of the webinar is attached hereto as **Attachment GG**.

30.      On March 16, 2020, I clicked on a hyperlink that Raging Bull provided at the end of the webinar.  The hyperlink directed me to an order page on RagingBull.com.  I purchased an annual subscription to Jason Bond Picks for $799 using an undercover credit card.  Shortly after I clicked "Place My Order" button, I received an upsell offer for another service called Weekly Windfalls for $1,497.  I clicked the "Yes, Upgrade my order now" button and completed the purchase.  Screenshots of my purchase are attached hereto as **Attachment KKK**.

31.      On March 16, 2020, I received two email receipts to the undercover email address I used to complete the purchase – one for Jason Bond Picks and the other for Weekly Windfalls.  Both receipts came from a Stripe.com email address and stated: "You're receiving this email because you made a purchase at RagingBull.com, LLC, which partners with Stripe to provide invoicing and payment processing."  Copies of the email receipts are attached hereto as **Attachment LLL**.

32.     On March 16, 2020, I received an email from Jason[@]jasonbondpicks.com with the subject line "Welcome to Jason Bond Picks." The email provided an overview of the Jason Bond Picks trading strategy. A copy of this email is attached hereto as **Attachment MMM**.

33.     On March 16, 2020, I received an email from Jason[@]jasonbondpicks.com with the subject line "Welcome! You've finally arrived…" The email contained login credentials for the members section of RagingBull.com. A copy of this email is attached hereto as **Attachment NNN**.

34.     On March 16, 2020, I logged into the members section of RagingBull.com. A screenshot of the homepage is below:



35.     The members' section contains videos and written material, including trade alerts for Jason Bond Picks and Weekly Windfalls, and an eBook titled "Swing for the Fences."  The members' section also has a chatroom with live trading videos.  The members section contains a section that lists all of the alert services available from Raging Bull. I completed an inventory of the contents available in the Jason Bond Picks / Weekly Windfalls members' section and attached it hereto as **Attachment OOO**.  I captured these videos and written materials and provided a copy to the FTC's expert.

36.     Shortly after I completed my purchase, I started receiving emails from Raging Bull at the undercover email address I used to complete the purchase.  As of November 9, 2020, I have received at least 4,738 emails or an average of about 20 emails each day.  Many of these emails appear to advertise additional Raging Bull services.  Approximately 304 emails specifically mentioned the Coronavirus. A selection of these emails is attached hereto as **Attachment PPP**. In July 2020, the marketing emails started to include the following disclaimer at the bottom of the email:

RESULTS PRESENTED NOT TYPICAL OR VERIFIED. RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of the persons voluntarily providing the testimonial. However, subscribers' trading results have NOT been tracked or verified and past performance is not necessarily indicative of future results, and the results presented in this communication are NOT TYPICAL. Actual results will vary widely given a variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. Investing in securities is speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment.

37.     On March 19, 2020, I received an email from insider[@]ragingbullinsider.com with the subject line "The Case Against Options."  The email advertised a free webinar called Jason Bond Picks Unchained on March 25, 2020.  A copy of the email is attached hereto as **Attachment PPP**.  A transcript of the webinar is **Attachment MM**.

**PX 27, 1814**

38.     On October 6, 2020, I logged into the membership site and attempted to cancel Jason Bond Picks and Weekly Windfalls.  I navigated to the "Your Subscriptions" section of the site. Below is a screenshot of the page:



39.     I clicked on the "Update Subscription" hyperlink in the upper right corner of the Jason Bond Picks membership.  The site directed me to the FAQs page.  I scrolled down to the FAQ titled "How do I turn off auto renewals."  A screenshot of this FAQ is below:



40.     The FAQ lists two options.  The first option did not allow me to turn off auto renewals but rather allowed me to turn on a notification that would send me an email 1-month before my auto-renewal date of March 16, 2021.  The second option was circuitous – it claimed I could go

to the subscription page and click "update subscription" to write into a client support representative.  I went back to the subscription page and clicked the "update subscription" but it just redirected me back to the FAQ page with no option to speak with a representative.  I repeated these steps for the Weekly Windfalls subscription and got the same result.  I could not locate any other way to cancel the Jason Bond or Weekly Windfalls subscription on the membership website other than by calling Raging Bull customer service.

**Bullseye Trading**

41.      On July 13, 2020, I visited AOL.com and searched for the phrase "day trading."  Bullseye Trading appeared at the top of the search results as a paid advertisement.  Below is a screenshot of this advertisement:



42.      I clicked on the advertisement and it directed me to BullseyeOptionTrading.com.  The website started playing a brief video featuring Jeff Bishop.  At the end of the video, the website prompted me to enter my first name, phone number, and email address to "Get My Bullseye Trades Now."  I entered the requested information using an undercover identity and clicked submit.  The site redirected me to another page with a longer video featuring Jeff Bishop.  A transcript of these two videos is attached hereto as **Attachment BB**.

43.      At the end of the second video, the website prompted me to press a button titled "Send Me The Next Bullseye Trade."  I clicked on the button and the site redirected me to an order

**PX 27, 1816**

page on RagingBull.com.  I purchased a 1-year subscription to Bullseye Trading for $399 using an undercover identity.  Screenshots of my purchase are attached hereto as **Attachment QQQ**.

44.     On July 13, 2020, I received a receipt from a Stripe.com email address for Bullseye Trading.  The email stated: "You're receiving this email because you made a purchase at RagingBull.com, LLC, which partners with Stripe to provide invoicing and payment processing."  A copy of this email receipt is attached hereto as **Attachment RRR**.

45.     On July 13, 2020, I received an email from support[@]ragingbull.com with the subject line "Hitting the Bullseye!"  The email contained login credentials for the members section of RagingBull.com. A copy of this email is attached hereto as **Attachment SSS**.

46.     On August 5, 2020, I logged into the members section of RagingBull.com.  A screenshot of the homepage is below:



47.     The members' section contains videos and written material, including trade alerts for Bullseye Trading and two eBooks by Jeff Bishop - "The Smart Trader" and "The Trader's Black Book." The members' section also has a chatroom with live trading videos.  I compiled an inventory of the Bullseye Trading members' section and attached hereto as **Attachment OOO**.  I

**PX 27, 1817**

captured the videos and written material on the members' site and provided a copy to the FTC's expert witness.  I was able to cancel the subscription but never received an email confirmation.

48.     Shortly after I completed my purchase, I started receiving emails from Raging Bull at the undercover email address I used to complete the purchase.  As of November 9, 2020, I have received at least 1,084 emails or an average of about 9 emails each day.  Many of these emails appear to advertise additional Raging Bull services.  Approximately 69 of these emails specifically mentioned the Coronavirus.

**Fast Five Trades**

49.     On September 2, 2020, I located a Fast Five Trades advertisement in Facebook's Ad Library located at facebook.com/ads/library.  Below is a screenshot of the advertisement:



50.     I clicked on the "Learn More" button and the advertisement directed me to a page on FastFiveTrading.com.  The webpage prompted me to enter my email address to receive Fast 5 Trades.  I entered an undercover email address and clicked the "Yes, I Want It!" button.  The webpage then directed me to a video featuring Kyle Dennis.  After the video finished, the page prompted me to click a link to purchase Fast Five Trades.  I clicked the link titled "Give Me The Trades Already!!!!" and the site directed me to an order page.  I purchased a 1-year subscription to Fast Five Trades for $97 using an undercover credit card.  After I completed my purchase, the site directed me to another page with a video featuring Kyle Dennis.  This page asked if I wanted to update my Fast Five Trades subscription to a lifetime membership for $149.  I clicked the "No Thanks" button and completed the purchase.  Screenshots of my purchase are attached hereto as **Attachment TTT**.  A transcript of the videos that played during my purchase are attached hereto as **Attachment EE**.

51.     On September 2, 2020, I received a receipt from a Stripe.com email address for Fast Five Trading.  The email stated: "You're receiving this email because you made a purchase at RagingBull.com, LLC, which partners with Stripe to provide invoicing and payment processing."  A copy of this email receipt is attached hereto as **Attachment UUU**.

52.     On September 2, 2020, I received an email from Kyle[@]biotechbreakouts.com with the subject line "Welcome to Fast 5!"  The email contained a link to the members section of RagingBull.com. A copy of this email is attached hereto as **Attachment VVV**.

53.     On September 2, 2020, I logged into the members section of RagingBull.com.  A
screenshot of the homepage is below:



54.     The members' section contains videos and written material, including Fast Five trade
alerts three eBooks by Kyle Dennis - "Biotech Breakouts," "Middle-Class Millionaire," and
"Seven Deadly Sins."  The members' section also has a chatroom with live trading videos.  I
compiled an inventory of the Fast Five members' section and attached hereto as **Attachment
OOO**.  I captured the videos and written material on the Fast Five members' site and provided a
copy of the material to the FTC's expert witness.

55.     Shortly after I completed my purchase, I started receiving emails from Raging Bull at the
undercover email address I used to complete the purchase.  As of November 11, 2020, I have
received at least 293 emails or an average of about 4 emails each day.  Many of these emails
appear to advertise additional Raging Bull services.  Approximately 25 of these emails
specifically mentioned the Coronavirus.

56.     The Fast Five order page contained the following 30-day money back guarantee:



**PX 27, 1820**

57.     On September 29, 2020, I called Raging Bull's customer service, 833-265-1270 to request a refund. I received an interactive voice response (IVR) system.  The system prompted me to press '4' to request a refund and then press '4' to request a refund for Fast Five, which I did.  The IVR system instructed me to visit the Raging Bull member's site to request a refund and promptly hung up.  I did not have the opportunity to leave a message.  I attempted to call back three more times and the IVR system hung up each time and did not provide me an option to leave a message. A transcript of this call is attached hereto as **Attachment WWW**.  I called back once a week and received the same message.  On November 30, 2020, I attempted one last call and received the same message.

58.     September 29, 2020, I visited the Fast Five subscription page on the members' site.  The site had a "Cancel Subscription option" but no option to request a refund.  I clicked to cancel and received a popup screen.  I clicked continued and my subscription status went from "Auto Renewal" to "Expires in a Year."  I did not receive an email confirmation that my subscription was cancelled.  I did not see any option to request a refund online.

59.     On October 1, 2020, I sent an email to support[@]ragingbull.com.  Raging Bull listed the email address on the Fast Five members' site.  I explained that I had attempted to request a refund via phone and online but was unsuccessful.  I did not receive a response, so I sent another email on October 5, 2020.  I then received a response from someone named Spencer at "RagingBull.com Support."  Spencer stated "we do not handle [refunds] via email for your personal account security."  Spencer requested I call the customer service number and speak with a representative.  He provided the same telephone number I tried to call previously - 833-265-1270.  I tried calling this number again but received the same IVR system response which hung up on me after I indicated I wanted to request a refund. A copy of this email exchange is attached hereto as **Attachment XXX**.

### ARCHIVED WEBSITES

60.     During the course of my investigation, I examined Raging Bull websites captured by the Internet Archive.  The Internet Archive is a 501(c)(3) non-profit organization that captures and

catalogues websites.  The Internet Archive provides free, public access to its library at Archive.org/web.

61.     **Attachment YYY** are selected Internet Archive captures of the PennyStockLive.com homepage from March 30, 2011 and August 8, 2011.  The website features Jason Bond and includes consumer testimonials and various earnings claims.

62.     In around August 2011, the website PennyStockLive.com started redirecting to JasonBondPicks.com.  **Attachment ZZZ** are selected Internet Archive captures of the JasonBondPicks.com homepage from September 2, 2011 through January 24, 2019.

63.     **Attachment AAAA** are selected Internet Archive captures of the BiotechBreakouts.com homepage from October 2, 2016 through January 6, 2020.

64.     **Attachment BBBB** are selected Internet Archive captures of the RagingBull.com homepage from October 9, 2013 through March 29, 2020.  I noted that some services like Biotech Breakouts, Option Rocket, and Biotech Nucleus, have been discontinued or re-named.

65.     I located an archived Wikipedia article on Raging Bull dated July 30, 2014.  According to the article, Raging Bull was a stock trading message board from 1997 to 2013.  On June 30, 2011, BlueWave Advisors, LLC purchased the website and on August 5, 2013, BlueWave Advisors shut down the message board.  According to corporate filings, Jeff Bishop owned BlueWave Advisors, LLC.  A copy of the Wikipedia entry is attached hereto as **Attachment CCCC**.

## CONSUMER COMPLAINTS

66.     The FTC maintains a consumer complaint database called Consumer Sentinel.  Consumer Sentinel is a repository of complaints that consumers file directly with the FTC, other Federal and State Agencies, and the Better Business Bureaus.

67.     As of November 12, 2020, the FTC has received at least 247 unique consumer complaints against Raging Bull.  In some cases, consumers filed multiple complaints or filed complaints with multiple agencies.  I de-duplicated these instances.  Many reported losing over a $1,000.

68.     At least 77 consumers reported having issues cancelling Raging Bull services.

69.     At least 193 consumers reported having issues obtaining a refund from Raging Bull.

**PX 27, 1822**

70.     At least 53 consumer reported having issues with Raging Bull trade alerts.

71.     At least 11 consumers reported observing some sort of market manipulation and referenced terms such as "pump and dump,"  "stock fraud," or "front running'" involving the securities from Raging Bull's trade alerts.

## CIVIL INVESTIGATIVE DEMANDS

72.     During the course of my investigation, the FTC issued Civil Investigative Demands (CID) to entities that had information related to Raging Bull's business operations.

**Bank of America**

73.     On April 9, 2020, the FTC issued a CID to Bank of America.  Bank of America produced documents related to bank accounts held by the Defendants.  Selected documents produced by Bank of America are attached hereto as **Attachment DDDD**.  According to Bank of America:

    a)  Lighthouse Media LLC opened a depository account X9733 in January 2014.  Jeff Bishop was the sole signatory on the account and signed as a member of the corporation.  In January 2017, Lighthouse Media LLC changed its corporate name to Ragingbull.com LLC.  Jeff Bishop, Jason Bond, and Matthew Watabe were signatories and signed as members of the corporation.  In May 2018, Ragingbull.com LLC removed Matthew Watabe as signatory on the account and added Jordan Reyna.

    b)  MFA Holding Corp opened a depository account X6428 in July 2015.  Allan Marshall was the sole signatory on the account and signed as the 'PD' of the corporation.

    c)  Sherwood Ventures LLC opened a depository account X6694 in January 2015.  Jeff Bishop and Matthew Watabe were signatories on the account and signed as members of the corporation.  Sherwood Ventures' corporate resolution listed Jeff Bishop as 'Owner' and Matthew Watabe as 'Finance Director.'  In December 2017, Sherwood Ventures LLC removed Matthew Watabe as a signatory and added Jordan Reyna.

**PX 27, 1823**

d)  Winston Corp. opened a depository account X1482 in November 2016.
Kyle Dennis was the sole signatory on the account and signed as the
'Secretary' of Winston Corp.

## JP Morgan Chase

74.    On July 31, 2020, the FTC issued a CID to JP Morgan Chase.  JP Morgan Chase
produced documents related to bank accounts held by the Defendants.  Selected documents
produced by JP Morgan Chase are attached hereto as **Attachment EEEE**.  According to JP
Morgan Chase:

a)  RagingBull.com LLC opened a depository account X0621 in January
2019. Jason Bond, Jeff Bishop, and Jordan Reyna were signatories on the
account.  RagingBull.com LLC's address is listed as ███████ Lee,
NH 03861, which is Jeff Bishop's personal residence.

b)  Winston Corp. opened a depository account X1198 in September 2016.
Kyle Dennis was the sole signatory and signed as 'President' of the
corporation.  Winston Corp.'s address is listed as ███████ Los
Angeles, CA 90036, which was Kyle Dennis' personal residence.

c)  Sherwood Ventures, LLC opened a depository account X6465 in June
2019.  Jeff Bishop was the sole signatory on the account.  Sherwood
Ventures LLC's address is listed as ███████ NH 03861,
which is Jeff Bishop's personal residence.

## SunTrust Bank

75.    On July 31, 2020, the FTC issued a CID to SunTrust Bank.  SunTrust Bank produced
documents related to a bank account held by Winston Research Incorporated.  According to
SunTrust Bank, Winston Research Incorporated opened a depository account X9516 in October
2017.  Kyle Dennis was the sole signatory and signed as the sole 'Owner' of the corporation.  A
copy of the signature card is attached hereto as **Attachment FFFF**.

**PX 27, 1824**

**TD Bank**

76.     On April 9, 2020, the FTC issued a CID to TD Bank.  TD Bank produced documents related to bank accounts held by the Defendants.  Selected documents produced by TD Bank are attached hereto as **Attachment GGGG**.  According to TD Bank:

        a)  Sherwood Ventures LLC opened a depository account X7815 in December 2018.  Jeff Bishop was the sole signatory and signed as the sole member of Sherwood Ventures LLC.  Jeff Bishop indicated that he had a 100% voting interest in Sherwood Ventures LLC.  The companies address is listed as ███████████ Lee, NH 03861, which is Jeff Bishop's personal residence.

        b)  Sherwood Ventures LLC opened a depository account X6651 in December 2018.  Jeff Bishop was the sole signatory and signed as the sole member of Sherwood Ventures LLC.  Jeff Bishop indicated that he had a 100% voting interest in Sherwood Ventures LLC.  The companies address is listed as ███████████ Lee, NH 03861, which is Jeff Bishop's personal residence.

**Banc of America Merchant Services**

77.     On July 31, 2020, the FTC issued a CID to Banc of America Merchant Services ("BAMS").  BAMS produced documents related to the Defendants' merchant accounts.  Selected documents from BAMS are attached hereto as **Attachment HHHH**.  According to BAMS:

        a)  In November 2010, Bluewave Advisors LLC d/b/a Topstockpicks.com opened merchant account X6888.  Jeff Bishop was the principal account holder.  In April 2012, BAMS terminated the account due to non-delivery risk ("NDX") and high chargebacks.

        b)  Beginning in February 2014, Lighthouse Media f/k/a RagingBull.com opened the following merchant accounts.  The primary business address is 62 Calef Highway # 233, Lee NH 03861:

| MID | Open Date | Company | D/B/A |
|-----|-----------|---------|-------|
| X2880 | Feb-14 | LIGHTHOUSE MEDIA LLC | WWW.JASONBONDPICKS.COM |
| X0882 | Sep-17 | RAGINGBULL.COM LLC | BIOTECHBREAKOUTS.COM |
| X3886 | Sep-17 | RAGINGBULL.COM LLC | PETRAPICKS.COM |
| X2888 | Oct-17 | RAGINGBULL.COM LLC | PENNYPRO.COM |
| X1880 | Oct-17 | RAGINGBULL.COM LLC | WEEKLYMONEYMULTIPLIER.COM |
| X4884 | Nov-17 | RAGINGBULL.COM LLC | JASONBONDPICKS.COM |

    c)  The BAMS file included a merchant account review dated April 2019. The review indicated that Raging Bull had an average chargeback ratio of 4.06%. The review indicated that Raging Bull had an ongoing issue with chargebacks and had hired a firm called to Verifi manage and reduce its chargebacks.

    d)  In July 2019, BAMS terminated its account with Lighthouse Media f/k/a RagingBull.com. The termination letter did not provide a specific reason but the file indicated the termination was due to excessive chargeback risk.

**Esquire Bank**

78.    On July 31, 2020, the FTC issued a CID to Esquire Bank. Esquire Bank produced documents related to the Defendants' merchant accounts. Selected documents from Esquire Bank are attached hereto as **Attachment IIII**. According to Esquire Bank:

    a)  In November 2019, RagingBull.com, LLC opened a merchant account with Esquire Bank through Nuvei, an independent sales organization of Esquire Bank.

    b)  RagingBull.com LLC provided the following address on its merchant application – 11311 McCormick Rd., Hunt Valley, MD 21031. Jeff Bishop and Jason Bond both signed the application.

    c)  According to Esquire Bank's underwriting notes, RagingBull.com LLC had the following ownership: Sherwood Ventures LLC – 65% (wholly owned by Jeff Bishop); Jason Bond – 25%; MFA Holdings Corp – 10%.

    d)  Esquire Bank's underwriting file contained a MATCH file hit for RagingBull.com LLC. MATCH is a database of terminated merchant records maintained by MasterCard. According to MATCH,

**PX 27, 1826**

RagingBull.com LLC was placed on the terminated merchant list in late 2019.

e) Esquire Bank's underwriting file contains copies of Raging Bull's sales websites, Raging Bull's terms and conditions, and a sample cancellation page. The underwriting file also contained an internal Raging Bull product matrix dated October 21, 2019.

**Fiserv**

79.     On July 31, 2020, the FTC issued a CID to Fiserv f/k/a First Data ("Fiserv"). Fiserv appears to be an independent sales organization of BAMS. Fiserv produced documents related to the Defendants' merchant account with BAMS. Some of these documents are duplicative of documents produced by BAMS. Selected documents from Fiserv are attached hereto as **Attachment JJJJ**.

**PayPal Holdings**

80.     On April 9, 2020, the FTC issued a CID to PayPal Holdings. PayPal Holdings produced documents related to financial accounts held by the Defendants. The Defendants have used these accounts to collect consumer payments. According to PayPal, Jason Bond Picks, BlueWave, Patriot Publishing, PennyPro, RagingBull Selected documents produced by PayPal Holdings are attached hereto as **Attachment KKKK**. According to PayPal Holdings:

a) RagingBull.com, LLC opened the account X1576. Jason Bond is the primary contact person on the account.

b) BlueWave Advisors, LLC opened the account X3992. Jeff Bishop was the primary contact person on the account. The account was closed.

c) Patriot Publishing, LLC opened the account X7935. Jeff Bishop was the primary contact person on the account. The account was closed.

d) Insight Media, LLC d/b/a Penny Pro opened the account X0809. Jeff Bishop was the primary contact person on the account. The account was closed.

**PX 27, 1827**

**Stripe**

81.    On July 31, 2020, the FTC issued a CID to Stripe.  Stripe is a payment processor who

processes payments through Wells Fargo Bank.  Stripe produced documents related to the

Defendants' merchant account.  Selected documents from Stripe are attached hereto as

**Attachment LLLL**.  According to Stripe:

> a)   RagingBull.com LLC opened merchant account X1999 in April 2019.
>
> b)   Stripe terminated Raging Bull's merchant account in September 2020.

**TSYS Merchant Services**

82.    81.    On July 31, 2020, the FTC issued a CID to TSYS Merchant Services.  TSYS is a

payment processor who processes payments through Wells Fargo Bank.  TSYS produced

documents related to the Defendants' merchant accounts.  Selected documents from TSYS are

attached hereto as **Attachment MMMM**.

**GoDaddy**

83.    On April 9, 2020, the FTC issued a CID to GoDaddy.  GoDaddy provides website

domains and web hosting services.  According to GoDaddy:

> a)   RagingBull.com LLC has registered the following domains.  Jeff Bishop is
>      the primary billing contact and paid for the registration for most of the
>      domains:

| Domain | Created | Expires | Order ID |
|---|---|---|---|
| FUTURESDAILY.COM | 10/9/2000 | 10/9/2022 | 383289529 |
| TOPME.COM | 11/19/2001 | 11/19/2020 | 200250976 |
| optionsacademy.com | 2/17/2002 | 2/17/2021 | 1611029595 |
| TOPSTOCKPICKS.COM | 4/5/2002 | 4/5/2021 | 258283860 |
| ULTIMATESTOCKS.COM | 6/30/2003 | 6/30/2020 | 55626291 |
| DAILYSTOCKTIP.COM | 7/8/2003 | 7/8/2020 | 55626291 |
| shadowtrader.com | 11/24/2003 | 11/24/2020 | 1589609837 |
| DAILYGAB.COM | 6/6/2004 | 6/6/2020 | 148026016 |
| pennystocks101.com | 4/26/2005 | 4/26/2021 | 935984788 |
| JASONBOND.COM | 8/8/2005 | 8/8/2021 | 851298970 |
| startupcamp.com | 1/26/2006 | 1/26/2021 | 1191150161 |
| ACTIONCAPITALGROUPE.COM | 12/24/2007 | 12/24/2021 | 91934518 |
| PORTFOLIOPIMP.COM | 5/22/2008 | 5/22/2020 | 171885578 |
| LITTLELEGO.COM | 10/4/2008 | 10/4/2020 | 132030331 |

**PX 27, 1828**

| | | | |
|---|---|---|---|
| WINTONCONSTRUCTION.COM | 12/27/2008 | 12/27/2020 | 145115381 |
| DAILYGAB.NET | 1/14/2009 | 1/14/2029 | 148026016 |
| DAILYGAB.INFO | 1/14/2009 | 1/14/2029 | 148026016 |
| DAILYGAB.MOBI | 1/14/2009 | 1/14/2029 | 148026016 |
| DAILYGAB.US | 1/14/2009 | 1/13/2029 | 148026016 |
| DAILYGAB.ORG | 1/14/2009 | 1/14/2029 | 148026016 |
| WOODWORTHBUILDERS.NET | 11/9/2009 | 11/9/2021 | 202719907 |
| HOTSTOCKVIDEOS.NET | 3/30/2010 | 3/30/2022 | 232177922 |
| HOTSTOCKVIDEOS.COM | 3/30/2010 | 3/30/2022 | 232177922 |
| SHERWOODVENTURES.COM | 6/28/2010 | 6/28/2020 | 251398544 |
| HANDHOLDERS.ORG | 11/24/2010 | 11/24/2022 | 286251334 |
| momentumhunter.com | 1/26/2011 | 1/26/2023 | 1637597556 |
| AUTHORIZEDCLICKS.COM | 5/18/2011 | 5/18/2021 | 329026777 |
| FXFOCUS.COM | 6/6/2011 | 6/6/2020 | 406495744 |
| MARKETSENDS.COM | 6/24/2011 | 6/24/2021 | 338100137 |
| FUTURESAUTHORITY.COM | 7/19/2011 | 7/19/2020 | 344597476 |
| JASONBONDPICKS.COM | 8/15/2011 | 8/15/2020 | 351546754 |
| BONDSWINGTRADES.COM | 5/2/2012 | 5/2/2022 | 423023211 |
| BONDDAYTRADES.COM | 5/2/2012 | 5/2/2022 | 423023211 |
| marijuanastockpicks.com | 1/10/2014 | 1/10/2021 | 1085071238 |
| traderstoolbox.net | 7/9/2014 | 7/9/2020 | 1134665688 |
| millionaireroadmap.com | 8/21/2014 | 8/21/2022 | 996407713 |
| buybiotechbreakouts.com | 7/12/2016 | 7/12/2021 | 1000122218 |
| biotechbreakouts.com | 7/12/2016 | 7/12/2021 | 1000128481 |
| thedailyprofitmachine.com | 8/16/2016 | 8/16/2021 | 1150999606 |
| dailyprofitmachine.com | 1/20/2017 | 1/20/2021 | 1151047083 |
| potstockpro.com | 1/30/2017 | 1/30/2022 | 1085064280 |
| petrapicks.com | 2/1/2017 | 2/1/2021 | 1085769806 |
| petraspicks.com | 2/1/2017 | 2/1/2021 | 1085769806 |
| pennystocklive.com | 3/8/2017 | 3/8/2021 | 1585076911 |
| freedomtrades.com | 10/7/2017 | 10/7/2021 | 1488904424 |
| lightningalerts.net | 12/18/2017 | 12/18/2022 | 1237856061 |
| lightningalerts.com | 12/18/2017 | 12/18/2022 | 1237856061 |
| lightningalerts.org | 12/18/2017 | 12/18/2022 | 1237856061 |
| lightningalerts.info | 12/18/2017 | 12/18/2022 | 1237856061 |
| weeklymoneymultiplier.com | 1/2/2018 | 1/2/2023 | 1244166330 |
| weeklymoneymultiplier.net | 1/2/2018 | 1/2/2023 | 1244166330 |
| weeklymoneymultiplier.org | 1/2/2018 | 1/2/2023 | 1244166330 |
| traderscouncil.net | 3/9/2018 | 3/9/2021 | 1276820245 |
| traderscouncil.com | 3/9/2018 | 3/9/2021 | 1276820245 |
| traderscouncil.org | 3/9/2018 | 3/9/2021 | 1276820245 |
| sniperreport.com | 3/20/2018 | 3/20/2021 | 1657950421 |
| fdainsideralerts.com | 3/20/2018 | 3/20/2021 | 1657950419 |
| jasonbondtraining.com | 4/24/2018 | 4/24/2022 | 1298759317 |
| traders.app | 5/6/2018 | 5/6/2021 | 1304552299 |

| | | | |
|---|---|---|---|
| jasonbond.app | 5/6/2018 | 5/6/2021 | 1304552299 |
| stocktrader.app | 5/6/2018 | 5/6/2021 | 1304552299 |
| pennystock.app | 5/6/2018 | 5/6/2021 | 1304552299 |
| rb.app | 5/6/2018 | 5/6/2021 | 1304552299 |
| stockcharts.app | 5/6/2018 | 5/6/2021 | 1304552299 |
| pennystocks.app | 5/6/2018 | 5/6/2021 | 1304552299 |
| ragingbull.app | 5/6/2018 | 5/6/2021 | 1304552299 |
| bullpicks.com | 9/3/2018 | 9/3/2020 | 1557153441 |
| ragingbullelite.com | 11/9/2018 | 11/9/2020 | 1600048683 |
| dollaraces.com | 8/12/2019 | 8/12/2020 | 1531483195 |
| thedollarace.com | 8/12/2019 | 8/12/2020 | 1531483195 |
| ragingbull.store | 12/3/2019 | 12/3/2021 | 1596416760 |
| momentum-hunter.com | 2/20/2020 | 2/20/2021 | 1637597556 |
| momentumhunting.com | 2/20/2020 | 2/20/2021 | 1637597556 |
| themomentumhunter.com | 2/20/2020 | 2/20/2021 | 1637597556 |

     b) Jeff Bishop reserved the domain Bluewaveadvisors.com on April 7, 2006. The hold expired on April 7, 2020.

     c) Lighthouse Media LLC registered the domain lighthousemedia.co (sic) on January 8, 2014. The domain expired on January 7, 2019. Jeff Bishop was the primary contact person and the primary contact email address was justin@bluewaveadvisors.com.

**Domains By Proxy**

84. On April 9, 2020, the FTC issued a CID to Domains By Proxy. Domains By Proxy is affiliated with GoDaddy and provides website privacy services. Privacy protection services mask the identity of the domain owner from consumers and law enforcement. According to Domains By Proxy, the Defendants have purchased privacy protection for the following domains:

| Order ID | Account Holder | Domains |
|---|---|---|
| 11190557 | Jeff Bishop | Multiple domains including bluewaveadvisors; beaconequityresearch; stockhideout; pennystockcraze; dirtystockpromoter; bullseyemicrocapalerts.com; boardcentral tv; pennyboards.com; sherwoodventures; supernovaalerts; lightningpicks; merrillequities; topstockpicks; jasonbond.com; thedailyprofitmachine; bonddaytrades; startupcamp.com; ragingbull.app; jasonbond.app |
| 1588024 | Jeff Bishop | twinstocks.com; twintraders.com |

**PX 27, 1830**

| 16527514 | Jason Kowalik | stocknetworkonline.com |
|---|---|---|
| 18028569 | Jeff Bishop | actioncaptialgroupe.com |
| 18099524 | Jeff Bishop | fantasystockleague.com |
| 19963957 | Jeff Bishop | otcbulldog.com |
| 27853649 | Jeff Bishop | Multiple domains including millionaireroadmap.com; pennystocks101.com; |
| 27867858 | Jeff Bishop | investorsoup.com |
| 30281442 | Jeff Bishop | thestockroach.com |
| 33098137 | Jeff Bishop | forexdiscounts net; forexoffers.org |
| 33555346 | Jeff Bishop | melhoresacoes.com |
| 34291004 | Jeff Bishop | boardcentral.mobi |
| 36618068 | Jeff Bishop | pennystockgangster |
| 66513011 | Jeff Bishop | bishop me |
| 7389813 | Jeff Bishop/BlueWave Advisors | Multiple domains including microstockprofit.biz; microstockprofit.com; outcastinvestors.com; stockpreacher.com |
| 9711636 | Jeff Bishop/BlueWave Advisors | microstockprofit.com |
| 74914908 | Jeff Bishop | stockcommander.com; stockmarket.guru |
| 75172253 | Jeff Bishop/LighthouseMedia LLC | lighthousemedia.co |
| 98015349 | Jeff Bishop | jasonbondpicks.com |
| 133471323 | Jeff Bishop | buybiotechbreakouts.com |
| 133473802 | Jeff Bishop | biotechbreakouts.com |
| 147316044 | Jeff Bishop | potstockpro.com; portfoliopimp.com; bondswingtrades.com |
| 147316854 | Jeff Bishop/RagingBull.com LLC | marijuanastockpicks.com |
| 147489070 | Jeff Bishop/RagingBull.com LLC | petrapicks.com; petraspicks.com |
| 156710673 | Jeff Bishop/RagingBull.com LLC | traderstoolbox net |
| 175044813 | Jeff Bishop/RagingBull.com LLC | lightningalerts.com |
| 176033758 | Jeff Bishop/RagingBull.com LLC | weeklymoneymultiplier.com |
| 221295251 | Jeff Bishop/RagingBull.com LLC | freedomtrades.com |
| 227561622 | Jeff Bishop/RagingBull.com LLC | dollaraces.com; thedollarace.com |
| 230461525 | Jeff Bishop/RagingBull.com LLC | bullpicks.com |
| 239277188 | Jeff Bishop/RagingBull.com LLC | pennystocklive.com |
| 243753696 | Jeff Bishop/RagingBull.com LLC | ragingbull.store |
| 247256198 | Jeff Bishop/RagingBull.com LLC | ragingbullelite.com |
| 249188651 | Jeff Bishop/RagingBull.com LLC | optionsacademy.com |
| 258826790 | Jeff Bishop/RagingBull.com LLC | momentum-hunter.com; momentumhunter.com; momentumhunting.com |
| 276200624 | Jeff Bishop/RagingBull.com LLC | supernovatrading.com |
| 181638379 | Jeff Bishop/RagingBull.com LLC | traderscouncil.com |
| 185448839 | Jeff Bishop/RagingBull.com LLC | jasonbondtraining.com |

**Web.com Group**

85.     On April 9, 2020, the FTC issued a CID to Web.com Group.  Web.com Group provides website domains and web hosting services.  According to Web.com Group, RagingBull.com LLC currently operates the website Ragingbull.com and Patriotpublishing.com.  Prior to January 2017, Sherwood Ventures owned both websites.  RagingBull.com LLC also purchased privacy protection services for both websites to mask its ownership.  RagingBull.com LLC used a credit card in the name of Jeff Bishop.

**TrustPilot**

86.     O July 31, 2020, the FTC issued a CID to TrustPilot.  TrustPilot hosts online customer reviews.  TrustPilot also provides customer review management services to businesses.  Businesses can embed a link to TrustPilot customer reviews directly on their own website.  According to TrustPilot:

    a)   RagingBull.com LLC signed a contract with TrustPilot on February 8, 2017 to manage customer reviews on its sales websites.

    b)   On February 23, 2017, someone submitted the following JasonBondPicks.com review to TrustPilot:  "I've been with Jason Bond since he started the Millionaire Roadmap and I can say it has been a life-changing experience for me. I've grown so much as a trader by learning from [sic] and his wonderful team of instructors. It might be "expensive" but I've tried "cheaper" programs before and I can say without a doubt that [sic] service provides more value than anything from [sic] or those other "gurus" you might see out there. This is the real deal!"  TrustPilot flagged the review as potentially fabricated because it "shared UUID with a B2B user associated with the business unit the review belongs to."

    c)   RagingBull.com LLC also flagged 118 customer reviews for removal.  Of these reviews, 115 were negative reviews (two out of five stars or below).

**PX 27, 1832**

**NEW HAMPSHIRE BUREAU OF SECURITIES REGULATION**

87.     During the course of my investigation, I reviewed documents collected by the New Hampshire Bureau of Securities Regulation related to their investigation of Raging Bull.

88.     I received a transcript of a deposition that New Hampshire took of Jason Bond on February 19, 2020.  A copy of this transcript is attached heteto as **Attachment NNNN**.

89.     New Hampshire provided the FTC summary statements related to Raging Bull's marketing efforts.  According to these statements, Raging Bull widely advertised its services on Yahoo and Bing search engines, including the following:

> a)  "This former school teacher used 3 simple stock trading strategies to go from broke to multi millionaire — now giving them away for FREE."
>
> b)   "Learn the three patterns I've used exclusively to generate consistent profits in a bull or bear market."

90.     Once consumers sign up for Raging Bull's services, many of those services offer real time buy and sell trade alerts from the instructors.  According to additional records provided by New Hampshire, Raging Bull sent such SMS alerts to thousands of consumers across the country.  Many of these alerts contained earnings claims, including the following:

> a)  "Dollar Ace: Sold my EBAY puts at .77 for a 75% gain overnight!" – October 8, 2019
>
> b)  "Booked planet fitness P L N T +23% on risk or $3700 profit. Nice trade. 3 for 3 +$16,700 this week." – October 11, 2019

91.     According to employer registration documents provided by New Hampshire, Lighthouse Media LLC acquired Patriot Holdings LLC on January 1, 2016.

92.     New Hampshire provided the FTC copies of Raging Bull's service agreements with its trading instructors.  According to the agreements:

> a)  In September 2016, Lighthouse Media LLC entered into a service agreement with Winston Corp. and Kyle Dennis to provide "daily content, including commentary, stock pick ideas, video lessons, and periodic webinars for customers (and prospective customers), and to promptly

**PX 27, 1833**

answer customer emails…for a new Company website known as 'Biotechbreakouts.com.'"  Lighthouse Media has the "right at its sole discretion to review, edit, alter, modify or remove" the website content. The compensation for Dennis according to this agreement is 33% of all net revenue generated from subscription payments made by customers of the Biotechbreakouts.com website.  Jeff Bishop executed the agreement as "Class A Member" of Lighthouse Media and Kyle Dennis signed as "President" of Winston Corp.

b)  In December 2018, Raging Bull sent Kyle Dennis an "offer letter" for at-will employment to fill the position of Raging Bull's "Biotech Breakouts Guru."  The position requires Dennis to report to Jeff Bishop.

c)  In April 2016, Lighthouse Media LLC entered into a "consulting" agreement with Jeff Williams.  Pursuant to the agreement, Williams would be compensated based on commissions derived as a percentage of sales generated by Williams.  Jeff Bishop executed the agreement as manager of Lighthouse Media.

d)  In January 2019, Raging Bull sent Jeff Williams an "offer letter" for at-will employment to fill the position of Raging Bull's "Trading Educator." The position requires Williams to report to Jeff Bishop.  In addition to a base salary, the offer includes the payment of commissions on sales of PennyPro/Traders Council Sales.

## MARKETING ENDORSEMENTS

93.    In August 2020, Raging Bull posted a video on RagingBull.com featuring Kyle Dennis and Jordan Belfort a/k/a "The Wolf of Wall Street."  Mr. Belfort appears to endorse Kyle Dennis and his trading system during the interview.  After the interview, the website directed me to an order page for Fast Five Trading.  A transcript of the video is attached hereto as **Attachment OOOO**.

94.     On December 2, 2016, Jason Bond posted a testimonial from Jose Conseco on his YouTube channel.  Mr. Conseco is a former professional baseball player.  A transcript of the testimonial is attached hereto as **Attachment PPPP**.  According to an analysis of RagingBull.com LLC's bank statements by FTC Forensic Accountant Emil George, RagingBull.com LLC paid Jose Conseco $18,000 in 2017.  This payment was not disclosed during Mr. Conseco's testimonial.

95.     On May 28, 2020, Raging Bull posted a podcast on RagingBull.com titled "Touchdown with Traders."  The podcast featured Mike Alstott, a former professional football player, and Jeff Williams, a Raging Bull instructor.  A transcript of the podcast is attached hereto as **Attachment QQQQ**.  According to an analysis of RagingBull.com LLC's bank statements by FTC Forensic Accountant Emil George, RagingBull.com LLC paid Mike Alstott $20,000 in February 2020. This payment was not disclosed during Mr. Alstott's interview.

96.     According to Mr. Bond's testimony to the New Hampshire Bureau of Securities Regulation, RagingBull.com paid for Jason Bond to speak at Harvard University.  The speech took place at a building on university property but Harvard University did not invite Mr. Bond or endorse the event.  Nevertheless, Mr. Bond spoke at a podium bearing the Harvard crest and in front of a screen that read "Harvard Business School."  A screenshot of the video is below.  I captured a recording of the speech and transcript of the speech is attached hereto as **Attachment RRRR**.



97.     According to Mr. Bond's testimony to the New Hampshire Bureau of Securities Regulation, RagingBull.com paid to be on a NASDAQ Billboard in Times Square.  Below is a copy of the billboard:



98.     According to Mr. Bond's testimony to the New Hampshire Bureau of Securities Regulation, Raging Bull asked a financial news service called Cheddar to interview them at the NYSE. Below is a screenshot of the interview:



**PX 27, 1836**

**PRIVATE JETS**

99.     During the course of my investigation, I examined Raging Bull's Instagram page.  The page features numerous photos of Jason Bond, Jeff Bishop, and Kyle Dennis on a private jet. Raging Bull has also used videos of these private jets in its webinars and other marketing materials.  Below are two photos  posted on Instagram on March 21, 2019 and November 28, 2018 respectively:





PX 27, 1837

100.     According to analysis completed by FTC Forensic accountant Emil George, RagingBull.com LLC has paid a company called FlexJet $730,563 from October 4, 2017 through May 11, 2020.

101.     According to Flexjet's website (flexjet.com/programs/), the company leases fractional timeshares for private jets.

## LUXURY CARS

102.     The Defendants' social media pages also include various photos of defendants in front of luxury cars.  For example, Raging Bull posted the following photo of Kyle Dennis on its Instagram page on April 18, 2019:



103.     According to analysis done by FTC Forensic Accountant Emil George, the Corporate Defendants have made payments totaling $752,656 to various car dealerships.

## RAGING BULL'S DEFAMATION LAWSUIT

104.     On January 30, 2019, RagingBull.com LLC filed a defamation lawsuit in the Miami-Dade County Circuit Court against David Jaffe d/b/a Best Stock Strategy.  Filings from this case are attached hereto as **Attachment SSSS**.

## JEFF BISHOP'S PREVIOUS CORPORATE ENTITIES

105.     According to the Texas Secretary of State, Bluewave Advisors LLC incorporated itself on March 13, 2016.   Jeff Bishop is the sole Director and a governing member of the corporation. The company's mailing address is 5380 Old Bullard Rd., #600-182, Tyler, TX 75703.

**PX 27, 1838**

According to public records, the address is a UPS Store. The corporate documents are attached hereto as **Attachment TTTT**.

106.     According to the Nevada Secretary of State, IM Street Media, Inc. incorporated itself on July 17, 2007. Jeff Bishop was an officer and director of the corporation. The corporate documents are attached heteto as **Attachment UUUU**.

107.     According to the Texas Secretary of State, Patriot Publishing LLC incorporated itself on July 3, 2012. Jeff Bishop is the member and director. The company's mailing address is 835 E Lamar Blvd., Suite 238, Arlington, TX 76011. According to public records, this address is a UPS Store. The corporate documents are attached hereto as **Attachment VVVV**.

108.     According to the Texas Secretary of State, Patriot Publishing II LLC incorporated itself on October 25, 2013. Jeff Bishop is a governing member. The company's mailing address is a personal residence in Tyler, TX.   The corporate documents are attached hereto as **Attachment WWWW**.

109.     According to the Nevada Secretary of State, Stock Hideout LLC incorporated itself on March 11, 2010. The corporation dissolved on December 31, 2012. The last annual list filed on February 21, 2012 listed Jeff Bishop as a manager of the corporation. The mailing address was 4828 S Broadway, # 182, Tyler, TX, 75703, which was a UPS Store. The corporate documents are attached hereto as **Attachment XXXX**.

110.     According to the Texas Secretary of State, Twin Media LLC incorporated itself on September 10, 2007. Jeff Bishop is a member of the corporation. The mailing address is 3411 Preston Rd., STE C-13 Frisco, TX 75034. According to public records, the address is a commercial mail-receiving agency called The Kwik Kopy Business Center. The corporate documents are attached hereto as **Attachment YYYY**.

111.     According to the Texas Secretary of State, Beacon Equity LLC incorporated itself on November 9, 2020. No officer information is available as of the date of this declaration. However, Jeff Bishop's LinkedIn.com profile lists himself as owner of Beacon Equity LLC. The mailing address of the corporation is a personal residence in Frisco, TX. The corporate documents are attached hereto as **Attachment ZZZZ**.

**PX 27, 1839**

112.     During the course of my investigation, I examined a stock trading blog by someone named Michael Goode.  On March 15, 2012, Mr. Goode posted a blog entry titled "The websites of stock promoter Sherwood Ventures LLC (f/k/a Blue Wave Advisors LLC)."  A copy of this blog entry is attached hereto as **Attachment AAAAA**.

113.     **Attachment BBBBB** is an Archive.org capture of the Bluewaveadvisors.com homepage from November 11, 2012.

114.     **Attachment CCCCC** is an Archive.org capture of the Sherwoodventures.com homepage from February 14, 2020.

### HAPPY MOUNTAIN HOLDINGS REAL ESTATE DEVELOPMENT

115.     According to the New Hampshire Secretary of State, Happy Mountain Holdings LLC itself as a foreign corporation on October 2, 2020.  Happy Mountain Holdings LLC originally incorporated itself in Delaware on November 26, 2008.  Trusts in the name of Jeff Bishop and his wife, Melissa Bishop are members of the corporation.  The mailing address of this entity is the Bishop's personal residence.  The corporate documents are attached hereto as **Attachment DDDDD**.

116.     According to the New Hampshire Secretary of State, Cawthron Builders LLC incorporated itself on May 10, 2018.  The purpose of the corporation is listed as New Housing For-Sale Builders.  The corporate documents are attached hereto as **Attachment EEEEE**.

117.     According to public records, Happy Mountain Holdings LLC has construction permits for multi-unit residential dwellings.  It appears that Happy Mountain Holdings has used Cawthron Builders for various construction services.

### OTHER MARKETING MATERIAL

118.     During the course of my investigation, FTC Staff captured the following material:

  a)   The webpage biotechbreakouts.com/programs/sniper-report captured on February 27, 2020.  A copy of this page is attached hereto as **Attachment FFFFF**.

  b)   The webpage totalalphatrading.com/total-alpha captured on February 27, 2020.  A copy of this page is attached hereto as **Attachment GGGGG**.

**PX 27, 1840**

c)   The following popup appeared on the ragingbull.com homepage on

November 18, 2020:



d)   A consumer testimonial used to market Jeff Bishop's services:



e)   Below is a screenshot from the Trade With Kyle webinar ( see paragraph

24, Attachment LL)



**PX 27, 1841**

## PAYMENTS TO AFFILIATES

119.    According to transaction records the FTC obtained from PayPal, Raging Bull has paid more than a dozen individuals and companies for affiliate marketing services.  A copy of the list of payments from Jason Bond Picks' Paypal account is shown and attached hereto as **Attachment HHHHH**.

120.    During the course of my investigation, I received files from a consumer containing his correspondence with an individual named Russell Barbour.   A copy of these files from the consumer is attached hereto as **Attachment IIIII**.  During my investigation, I learned that Barbour has a Quora page and operates a website called stockmillionaires.com that he uses to promote Raging Bull's services.   I captured a recent copy of Barbour's Quora profile page and his stockmillionaire.com/recommendations webpage, attached hereto as as **Attachment JJJJJ**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 4, 2020.                      *Reeve Tyndall*

                                                                            Reeve Tyndall

**PX 27, 1842**



# Delaware

## The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT "RAGINGBULL.COM, LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE NOT HAVING BEEN CANCELLED OR REVOKED SO FAR AS THE RECORDS OF THIS OFFICE SHOW AND IS DULY AUTHORIZED TO TRANSACT BUSINESS.

THE FOLLOWING DOCUMENTS HAVE BEEN FILED:

CERTIFICATE OF FORMATION, FILED THE THIRD DAY OF JANUARY, A.D. 2014, AT 12:09 O`CLOCK P.M.

CERTIFICATE OF MERGER, FILED THE SIXTH DAY OF APRIL, A.D. 2016, AT 2:50 O`CLOCK P.M.

CERTIFICATE OF AMENDMENT, CHANGING ITS NAME FROM "LIGHTHOUSE MEDIA, LLC" TO "RAGINGBULL.COM, LLC", FILED THE EIGHTH DAY OF DECEMBER, A.D. 2016, AT 1 O`CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED LIABILITY COMPANY, "RAGINGBULL.COM, LLC".

Jeffrey W. Bullock, Secretary of State

5459512  8310
SR# 20187515215
You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 203857463
Date: 11-07-18

**Attachment A**

**PX 27, 1843**



# Delaware

Page 2

## The First State

 

 

*AND I DO HEREBY FURTHER CERTIFY THAT THE SAID*

*"RAGINGBULL.COM, LLC" WAS FORMED ON THE THIRD DAY OF JANUARY,*

*A.D. 2014.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE*

*BEEN PAID TO DATE.*

Jeffrey W. Bullock, Secretary of State

5459512  8310

SR# 20187515215

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 203857463

Date: 11-07-18

**Attachment A**

**PX 27, 1844**

Filed
Date Filed : 02/14/2020 12:15:00 PM
Effective Date : 02/14/2020 12:15:00 PM
Filing # : 4805456   Pages : 2
Business ID : 836705
William M. Gardner
Secretary of State
State of New Hampshire

# State of New Hampshire

Filing fee: $100.00
Use black print or type.

RSA 304-C:175

### APPLICATION FOR REGISTRATION AS A
### FOREIGN LIMITED LIABILITY COMPANY

PURSUANT TO THE PROVISIONS of the New Hampshire Limited Liability Company laws, the undersigned hereby applies for registration to transact business in New Hampshire and for that purpose submits the following statement:

**FIRST:** The name of the limited liability company is RagingBull.com, LLC

**SECOND:** The name which it proposes to register and do business in New Hampshire is _____

### Principal Business Information:

Principal Office Address: 62 Calef Highway #233, Lee, NH 03861
            (no. & street)              (city/town)       (state)       (zip code)

Principal Mailing Address (if different): _____
                             (no. & street)        (city/town)       (state)       (zip code)

Business Phone: (833) 498-5428

Business Email: legal@ragingbull.com

_✓_ Please check if you would prefer to receive the courtesy Annual Report Reminder by email.

**THIRD:** It is formed under the laws of _____ Delaware _____.

**FOURTH:** The date of its formation is _____ January 3, 2014 _____.

**FIFTH:** Describe the nature of the business or purposes to be conducted or promoted in New Hampshire (and if known, list the NAICS Code and Sub Code): Publisher of newsletter and educational materials relating to the capital markets and securities trading techniques.

**SIXTH:** The name of its registered agent **in New Hampshire** is:

Corporation Service Company

The complete address of its registered office **IN NEW HAMPSHIRE** (agent's business address) is:

10 Ferry Street, Suite 313, Concord, NH 03301
(no. & street)                                (city/town)       (state)       (zip code)

**Attachment B**

**PX 27, 1845**

Form LLC-1

DocuSign Envelope ID: 93EDE45F-6388-4168-82F5-FCA35ED89393

| APPLICATION FOR REGISTRATION AS A | Form FLLC-1 |
| FOREIGN LIMITED LIABILITY COMPANY | (Cont.) |

| MANAGER / MEMBER INFORMATION | | |
| (List all Managers and/or Members you wish to be placed on record) | | |
| NAME | BUSINESS ADDRESS | TITLE |
|---|---|---|
| Jason Bond LLC | Durham, NH | Member |
| MFA Holdings Corp. | Tampa, FL | Member |
| Sherwood Ventures, LLC | 62 Calef Highway #233, Lee, NH 03861 | Member |
| | | |
| | | |

*Signature:

DocuSigned by:
*Jeff Bishop*
Jeff Bishop 4878705H3C4A4...

Print or type name:

Title: Jeff Bishop, Sole Member of Member Sherwood Ventures, LLC

Date signed: February 13, 2020

Complete address of person signing:  62 Calef Highway, Lee, NH 03861

Note:  The sale or offer for sale of membership interests of the limited liability company will comply with the requirements of the New Hampshire Uniform Securities Act (RSA 421-B).  The membership interests of the limited liability company:  1) have been registered or when offered will be registered under RSA 421-B; 2) are exempted or when offered will be exempted under RSA 421-B; 3) are or will be offered in a transaction exempted from registration under RSA 421-B; 4) are not securities under RSA 421-B; OR 5) are federal covered securities under RSA 421-B.  The statement above shall not by itself constitute a registration or a notice of exemption from registration of securities within the meaning of sections 448 and 461(i)(3) of the United States Internal Revenue Code and the regulation promulgated thereunder.

* Shall be executed on behalf of the foreign limited liability company by a person with authority to do so under the laws of the state or other jurisdiction of its formation, or, if the foreign limited liability company is in the hands of a receiver, executor, or other court appointed fiduciary, trustee, or other fiduciary, it must be signed by that fiduciary.

DISCLAIMER: All documents filed with the Corporation Division become public records and will be available for public inspection in either tangible or electronic form.

**Mailing Address - Corporation Division, NH Dept. of State, 107 N Main St, Rm 204, Concord, NH 03301-4989**
**Physical Location - State House Annex, 3rd Floor, Rm 317, 25 Capitol St, Concord, NH**

Attachment B                    PX 27, 1846

Form FLLC-1 (10/2018)





## Franchise Tax Account Status

As of : 12/01/2020 11:07:47

---

**This page is valid for most business transactions but is not sufficient for filings with the Secretary of State**

---

| | |
|---|---|
| **SHERWOOD VENTURES, LLC** | |
| Texas Taxpayer Number | 32042194657 |
| Mailing Address | 62 CALEF HWY STE 233 LEE, NH 03861-6701 |
| ❷ Right to Transact Business in Texas | ACTIVE |
| State of Formation | TX |
| Effective SOS Registration Date | 07/07/2010 |
| Texas SOS File Number | 0801291014 |
| Registered Agent Name | CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCO |
| Registered Office Street Address | 211 E. 7TH STREET SUITE 620 AUSTIN, TX 78701 |

**Case 1:20-cv-03538-GLR   Document 13-1   Filed 12/07/20   Page 43 of 409**

# Public Information Report

**Public Information Report**
**SHERWOOD VENTURES, LLC**
Report Year :2019

Information on this site is obtained from the most recent Public Information Report (PIR) processed by the Secretary of State (SOS). PIRs filed with annual franchise tax reports are forwarded to the SOS. After processing, the SOS sends the Comptroller an electronic copy of the information, which is displayed on this web site. The information will be updated as changes are received from the SOS.

You may order a copy of a Public Information Report from open.records@cpa.texas.gov or Comptroller of Public Accounts, Open Records Section, PO Box 13528, Austin, Texas 78711.

| Title | Name and Address |
|-------|------------------|
| MEMBER | **JEFF BISHOP** ██████████ LEE, NH ████ |
| DIRECTOR | **JEFF BISHOP** ██████████ LEE, NH ████ |

**Attachment C**

**PX 27, 1848**

3/20/2020
Delaware.gov

Division of Corporations - Filing
Case 1:20-cv-03538-GLR   Document 13-1   Filed 12/07/20   Page 44 of 409
Governor | General Assembly | Courts | Elected Officials | State Agencies

Department of State: Division of Corporations

Allowable Characters

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

Loading...

Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | **6649437** | Incorporation Date / Formation Date: | **1/10/2018** (mm/dd/yyyy) |
| Entity Name: | **JASON BOND LLC** | | |
| Entity Kind: | **Limited Liability Company** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **DELAWARE** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **THE CORPORATION TRUST COMPANY** | | |
| Address: | **CORPORATION TRUST CENTER 1209 ORANGE ST** | | |
| City: | **WILMINGTON** | County: | **New Castle** |
| State: | **DE** | Postal Code: | **19801** |
| Phone: | **302-658-7581** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status  ○ Status,Tax & History Information

[Submit]

[View Search Results]          [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

**Attachment D**

**PX 27, 1849**



# State of New Hampshire
# Department of State



Accepted Date: **10/02/2020**

Business Name: **JASON BOND LLC**

Principal Office Address: ███████ **Durham, NH,** ██████

RE: Acceptance of Business Formation

This letter is to confirm the acceptance of the following business formation:

Business ID: ████

Filing #: **5022813**

Effective Date: **10/02/2020**

Payment Transaction #: ████████████

To maintain your business registration in good standing you must maintain a Registered Agent at all times.

You must also file an annual report no later than April 1st of each year.To file your annual report please go to https://quickstart.sos.nh.gov/online/Account.

It is incumbent upon you to keep this office informed of address or email changes to ensure that all communications from our office reaches you.

Please visit our website for helpful information regarding all your business needs. If you require assistance or should you have any questions, you may contact the Corporation Division using the information provided below.

Please reference your Business ID in your communication.

Thank you,

New Hampshire Department of State
Corporation Division

**Attachment E**

**PX 27, 1850**



# State of New Hampshire
# Department of State

Date Submitted
William M. Gardner
Secretary of State

Filed
Date Filed : 10/02/2020 11:37:00 AM
Effective Date : 10/02/2020 11:37:00 AM
Filing # : 5022813   Pages : 2
Business ID : 852782
William M. Gardner
Secretary of State

Form FLLC-1
RSA 304-C:175

### APPLICATION FOR REGISTRATION AS A
### FOREIGN LIMITED LIABILITY COMPANY

PURSUANT TO THE PROVISIONS of the New Hampshire Limited Liability Company laws, the undersigned hereby applies for registration to transact business in New Hampshire and for that purpose submits the following statement:

FIRST: The name of the limited liability company is:

JASON BOND LLC

SECOND: The name which it proposes to register and do business in New Hampshire is:

JASON BOND LLC

Principal Business Information:

Principal Office Address:

| ████████ | Durham | NH | ████ . |
|---|---|---|---|
| (no. & street) | (city/town) | (state) | (zip code) |

Principal Mailing Address(if different):

| ████████ | Durham | NH | ████ . |
|---|---|---|---|
| (no. & street) | (city/town) | (state) | (zip code) |

Business Phone: NONE

Business Email: NONE

☐ ____ Please check if you would prefer to receive the Annual Report Reminder Notice by email.

THIRD: It is formed under the laws of   Delaware   .

FOURTH: The date of its formation is   01/10/2018   .

FIFTH: Describe the nature of the business or purposes to be conducted or promoted in New Hampshire (and if known, list the NAICS Code and Sub Code):

Other / Investments

SIXTH: The name of its registered agent in New Hampshire is:
CORPORATION SERVICE COMPANY (150560) .

The complete address of its registered office IN NEW HAMPSHIRE (agent's business address) is:

| 10 Ferry Street S313 | Concord | NH | 03301 . |
|---|---|---|---|
| (no. & street) | (city/town) | (state) | (zip code) |

**Mailing Address** - Corporation Division, NH Department of State, 107 North Main Street, Room 204, Concord, NH 03301-4989
**Physical Location** - State House Annex, 3rd Floor, Room 317, 25 Capitol Street, Concord, NH
**Phone:** (603)271-3246 | **Fax:** (603)271-3247 | **Email:** corporate@sos.nh.gov | **Website:** sos.nh.gov

Page 1 of 2                                                                Form FLLC-1

Attachment E

PX 27, 1851

APPLICATION FOR REGISTRATION AS A
FOREIGN LIMITED LIABILITY COMPANY

Form FLLC-1
(Cont.)

Manager/Member Information:

| Name | Title | Address |
|------|-------|---------|
| Jason Bond | Member | ███████ Durham, NH, ██████ |

The period of its duration is:  Perpetual _____ .

Title: Member
Signature: Jason Bond
Name of Signer: Jason Bond
Date signed: 10/02/2020
Effective Date: 10/02/2020 11:37:00 AM

Complete address of person signing: ████████████ Durham, NH, ████████

Note: The sale or offer for sale of membership interests of the limited liability company will comply with the requirements of the New Hampshire Uniform Securities Act (RSA 421-B). The membership interests of the limited liability company: 1) have been registered or when offered will be registered under RSA 421-B; 2) are exempted or when offered will be exempted under RSA 421-B; 3) are or will be offered in a transaction exempted from registration under RSA 421-B; 4) are not securities under RSA 421-B; OR 5) are federal covered securities under RSA 421-B. The statement above shall not by itself constitute a registration or a notice of exemption from registration of securities within the meaning of sections 448 and 461(i)(3) of the United States Internal Revenue Code and the regulation promulgated thereunder.

  *Shall be executed on behalf of the foreign limited liability company by a person with authority to do so under the laws of the state or other jurisdiction of its formation, or, if the foreign limited liability company is in the hands of a receiver, executor, or other court appointed fiduciary, trustee, or other fiduciary, it must be signed by that fiduciary.

DISCLAIMER: All documents filed with the Corporation Division become public records and will be available for public inspection in either tangible or electronic form.

**Mailing Address** - Corporation Division, NH Department of State, 107 North Main Street, Room 204, Concord, NH 03301-4989
**Physical Location** - State House Annex, 3rd Floor, Room 317, 25 Capitol Street, Concord, NH
**Phone:** (603)271-3246 | **Fax:** (603)271-3247 | **Email:** corporate@sos.nh.gov | **Website:** sos.nh.gov

Page 2 of 2                                            Form FLLC-1

**Attachment E**                          PX 27, 1852

# State of New Hampshire
# Department of State

CERTIFICATE OF EXISTENCE

OF

**JASON BOND LLC**

This is to certify that **JASON BOND LLC** is registered in this office as a **Delaware Limited Liability Company** to transact business in New Hampshire on 10/2/2020 11:37:00 AM.

Business ID: █████



IN TESTIMONY WHEREOF,

I hereto set my hand and cause to be affixed

the Seal of the State of New Hampshire,

this 2nd day of  October A.D. 2020

William M. Gardner

Secretary of State

**Attachment E**          **PX 27, 1853**

DOCUMENT# P14000010792

**Entity Name:** MFA HOLDINGS CORP.

**Current Principal  Place of Business:**

TAMPA, FL ▮▮▮▮

**Current Mailing Address:**

TAMPA, FL ▮▮▮▮

**FEI Number:** ▮▮▮▮▮▮▮                                **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

VCORP SERVICES, LLC
5011 SOUTH STATE STREET ROAD 7
SUITE 106
DAVIE, FL  33314  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   ALLAN MARSHALL                                                               04/23/2019

| Electronic Signature of Registered Agent | Date |

**Officer/Director Detail :**

| Title | PD |
| Name | MARSHALL, ALLAN |
| Address | ▮▮▮▮▮▮▮ |
| City-State-Zip: | TAMPA FL ▮▮▮ |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MARSHALL , ALLAN                          PRESIDENT                          04/23/2019

| Electronic Signature of Signing Officer/Director Detail | Date |

**Attachment F**          **PX 27, 1854**

02-04-14;01:38PM;    ;845-818-3588    # 2/ 3

FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS

14 FEB -4 PM 2: 03

## ARTICLES OF INCORPORATION
In compliance with Chapter 607 and/or Chapter 621, F.S. (Profit)

**ARTICLE I    NAME**
The name of the corporation shall be: **MFA HOLDINGS CORP.**

**ARTICLE II    PRINCIPAL OFFICE**

Principal street address        Mailing address, if different is:

██████████████████

Tampa, Florida ██████

**ARTICLE III    PURPOSE**
The purpose for which the corporation is organized is: **any lawful activity.**

**ARTICLE IV    SHARES**
The number of shares of stock is: **1,000,000**

**ARTICLE V    INITIAL OFFICERS AND/OR DIRECTORS**

Name and Title: Allan Marshall, Pres., Director        Name and Title:

Address ███████████████        Address

Tampa, FL ██████

Name and Title:        Name and Title:

Address        Address

Name and Title:        Name and Title:

Address        Address

**Attachment F**    **PX 27, 1855**

02-04-14;01:38PM;                                        ;845-818-3588          #  3/  3

(cont)

Name and Title:_____        Name and Title:_____
Address        _____        Address:        _____
               _____                        _____
               _____                        _____

**ARTICLE VI   REGISTERED AGENT**
The name and Florida street address (P.O. Box NOT acceptable) of the registered agent is:

Name:        **Vcorp Services, LLC**

Address:     5011 South State Street Road 7, Suite 108
             **Davie, FL 33314**

**ARTICLE VII   INCORPORATOR**
The name and address of the Incorporator is:

Name:        **Allan Marshall**

Address:     ▮▮▮▮▮▮▮▮▮▮▮
             **Tampa, FL** ▮▮▮▮▮

*Having been named as registered agent to accept service of process for the above stated corporation at the place designated in this certificate, I am familiar with and accept the appointment as registered agent and agree to act in this capacity*

_____        2/4/14
Required Signature/Registered Agent    Date

*I submit this document and affirm that the facts stated herein are true. I am aware that the false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.*

_____        February 3, 2014
Required Signature/Incorporator        Date

14 FEB -4  PM 2: 03    FILED SECRETARY OF STATE DIVISION OF CORPORATIONS

**Attachment F**        **PX 27, 1856**

**Department of State: Division of Corporations**

Allowable Characters

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

Loading...

| Entity Details |
|---|

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | **6535253** | Incorporation Date / Formation Date: | **9/7/2017** (mm/dd/yyyy) |
| Entity Name: | **WINSTON RESEARCH, INCORPORATED** | | |
| Entity Kind: | **Corporation** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **DELAWARE** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **ERESIDENTAGENT, INC.** | | |
| Address: | **1013 CENTRE ROAD SUITE 403S** | | |
| City: | **WILMINGTON** | County: | **New Castle** |
| State: | **DE** | Postal Code: | **19805** |
| Phone: | | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ⚪ Status  ⚪ Status,Tax & History Information

[ Submit ]

[ View Search Results ]          [ New Entity Search ]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov



**Tre Hargett**
Secretary of State

**Division of Business Services**
**Department of State**
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

# Filing Information

Name:  **Winston Research, Incorporated**

## General Information

| | | | |
|---|---|---|---|
| **SOS Control #** | **000925647** | Formation Locale: | DELAWARE |
| Filing Type: | For-profit Corporation - Foreign 10/02/2017 10:47 AM | Date Formed: | 09/07/2017 |
| | | Fiscal Year Close | 12 |
| Status: | Active | | |
| Duration Term: | Perpetual | | |

**Registered Agent Address**
ERESIDENTAGENT, INC.
STE B
992 DAVIDSON DR
NASHVILLE, TN  37205-1051

**Principal Address**

KINGSPORT, TN

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 12/10/2019 | 2019 Annual Report | B0787-8061 |
| 12/11/2018 | 2018 Annual Report | B0627-1283 |
| 12/10/2017 | 2017 Annual Report | B0462-8384 |
| Principal County Changed  From: No value  To: SULLIVAN COUNTY | | |
| 10/02/2017 | Initial Filing | B0438-3523 |

| **Active Assumed Names (if any)** | **Date** | **Expires** |
|---|---|---|

# ARTICLES OF INCORPORATION 3943706

### OF

### WINSTON CORP.

### I

**FILED**
Secretary of State
State of California

|Pc SEP 0 7 2016

The name of the corporation is Winston Corp.

### II

The purpose of this corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

### III

The name in the State of California of this corporation's initial agent for service of process is:

eResidentAgent, Inc.

### IV

The initial street address of this corporation is:

███████████

Los Angeles, CA ██████

The initial mailing address of this corporation is:

███████████

Los Angeles, CA ██████

### V

This corporation is authorized to issue only one (1) class of shares of stock; and the total number of shares which this corporation is authorized to issue is one million (1,000,000).

### VI

The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California law.

-1-

**Attachment I**

**PX 27, 1859**

## VII

The corporation is authorized to provide indemnification of agents (as defined in Section 317 of the Corporations Code) for breach of duty to the corporation and its stockholders through bylaw provisions or through agreements with the agents, or both, in excess of the indemnification otherwise permitted by Section 317 of the Corporations Code, subject to the limits on such excess indemnification set forth in Section 204 of the Corporations Code.

DATED: September 6, 2016

_____

Erika A. Easter

Attachment I

**PX 27, 1860**

# State of California
## Secretary of State

S

### Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

## FG02801

# FILED

In the office of the Secretary of State
of the State of California

**SEP-22 2016**

1. **CORPORATE NAME**
WINSTON CORP.

2. **CALIFORNIA CORPORATE NUMBER**
C3943706

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following** (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ | | | | |
| 8. SECRETARY | | | | |
| 9. CHIEF FINANCIAL OFFICER/ | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME | | | | |
| 11. NAME | | | | |
| 12. NAME | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:  0

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS
ERESIDENTAGENT, INC.

15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**  CITY          STATE     ZIP CODE

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
RESEARCH

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 09/22/2016 | ERIKA A EASTER | ATTORNEY | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2013)          Page 1 of 1          APPROVED BY SECRETARY OF STATE

Attachment I

PX 27, 661

**Secretary of State**

**Certificate of Dissolution**

(California Stock Corporation ONLY)

DISS STK

FILED
Secretary of State
State of California

SEP 1 9 2017

IPC    This Space For Office Use Only

**IMPORTANT — Read Instructions before completing this form.**

There is No Fee for filing a Certificate of Dissolution - Stock

Copy Fees – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

| 1. Corporate Name (Enter the exact name of the Corporation as it is recorded with the California Secretary of State.) | 2. 7-Digit Secretary of State File Number |
|---|---|
| Winston Corp. | C3943706 |

**3. Election**

☑ The dissolution was made by a vote of **ALL** of the shareholders of the California corporation.

> **Note:** If the above box is not checked, a **Certificate of Election to Wind Up and Dissolve** (Form ELEC STK) must be filed prior to or together with this Certificate of Dissolution. (California Corporations Code section 1901.)

**4. Debts and Liabilities**   (Check the applicable statement. Only one box may be checked. If second box is checked, must include the required information in an attachment.)

☑ The known debts and liabilities have been actually paid or paid as far as its assets permitted.

☐ The known debts and liabilities have been adequately provided for in full or as far as its assets permitted by their assumption. Included in the **attachment** to this certificate, incorporated herein by this reference, is a description of the provisions made and the name and address of the person, corporation or government agency that has assumed or guaranteed the payment, or the depository institution with which deposit has been made.

☐ The corporation never incurred any known debts or liabilities.

**5. Required Statements** (Do not alter the Required Statements – ALL must be true to file Form DISS STK.)

a.  The Corporation has been completely wound up and is dissolved.

b.  All final returns required under the California Revenue and Taxation Code have been or will be filed with the California Franchise Tax Board.

c.  The known assets have been distributed to the persons entitled thereto or the corporation acquired no known assets.

**6. Read, Verify, Date and Sign Below** (See Instructions for signature requirements.)

The undersigned is the sole director or a majority of the directors now in office. I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

| Date | Signature | Type or Print Name |
|---|---|---|
| 9/7/17 | | Kyle W Dennis |
| Date | Signature | Type or Print Name |
| Date | Signature | Type or Print Name |

2016 California Secretary of State
www.sos.ca.gov/business/be

**Attachment I**

**PX 27, 1862**



Attachment J                    PX 27, 1863



# CHECK OUT SOME OF JEFF'S
## REAL BULLSEYE TRADES
### THAT WERE SENT

*JEFF ALERTS HIS USUAL TRADE, MONDAY*
*MORNING BEFORE THE MARKET OPENS...*

Less than 24 hours after his trade alert,

Jeff's DIS trade earned him a quick

70% gain for almost $10,000.



RagingBull | Improve Your Tradir × Bullseye Trades - Get Millionaire ×

bullseyeoptiontrading.com/training4/?_conv_v=vi%3A1%2Asc%3A5%2Acs%3A1603218150%2Afs%3A1598301178%2Apv%3A11%2Aexp%3A%7B%7D%2Aps%3A1598901409&_conv_s=si%3A5%2Ash%3A1603218149729-0.0200197449063923 56%2Apv%3A1

Congrats to everyone who got in on WEN last week, let's get another Bullseye winner!

Bright and early Monday AM, Jeff alerted his members of his weekly Bullseye trade (TWTR). And within a couple of days...

BULLSEYE TRADE WITH JEFF BISHOP

Boooom!!

I am ringing the register here and locking in another win for my Bullseye trades.

I just locked up the **TWTR calls @ $3.00 for a 40% win, or $4200 right in my pocket**. I hope you got a nice piece of this one too, easy peasy layup.

It is even higher now, but I could care less. Profits in my pocket are better than on paper.

Keep your eye on the mark!

Jeff Bishop

## NOW CHECK OUT THE RESULTS OF JEFF'S BULLSEYE TRADES...

BULLSEYE TRADES / TRADING CALENDAR AUG 2019

Type here to search Bullseye Trades - G... 2:26 PM 10/20/2020

RagingBull | Improve Your Tradir × Bullseye Trades - Get Millionaire ×

bullseyeoptiontrading.com/training4/?_conv_v=vi%3A1%2Asc%3A5%2Acs%3A1603218150%2Afs%3A1598301178%2Apv%3A11%2Aexp%3A%7B%7D%2Aps%3A1598901409&_conv_s=si%3A5%2Ash%3A1603218149729-0.0200197449063923 56%2Apv%3A1

# NOW CHECK OUT THE RESULTS OF JEFF'S BULLSEYE TRADES...

BULLSEYE TRADES
TRADING CALENDAR
AUG 2019
IWM Aug 16 '19 $158 Call 1,900.00 4,894.70 68.41%
MONDAY
TUESDAY
WEDNESDAY
THURSDAY
FRIDAY
IWM Stock Price $157.19
30
IWM hits $159.23
1
2
TWLO Stock Price: $126
5
SHAK hits $87.00
SHAK Aug 02 '19 $73.50 Call 3,525.00 2,835.04 47.13%
TWLO hits $134.97
9
WYNN Stock Price: $106.4
12
WYNN Sep 13 '19 $115 Call 9,067.73 84.89%
15
16
PYPL Stock Price $108
19
WYNN hits $114.73
20
21
PYPL hits $110.30
22
23
Michael Staats
In at 2.72 out at 3.8. Another $500 in the bank. 6 weeks in a row now!
REPLY DELETE

Type here to search | Bullseye Trades - G... | 2:26 PM 10/20/2020

Attachment J PX 27, 1866









## MORE PRAISE FROM THE
## BULLSEYE COMMUNITY

**Bruce Marling** 20 minutes ago

Jeff, Got in IWM at $1.30, Just sold at $2.80. First triple digit profit at 115% !!!! Gain of $6,000. Thank you, thank you, thank you!!

REPLY

**Glenn Cooper** 13 seconds ago

picked up a total of 5 contracts yesterday with avg of 2.59. sold this morning at 4.75. That spike was a nice surprise to wake up to. Saw the equity price spike in pre-market and couldn't wait for the market to open :) roughly 90% in 24 hours. Been trading options for years and that's what I call a good ROI :)

REPLY   DELETE

**Michael Staats** 6 hours ago

Same story $500 in about 15 min. May buy back in if it consolidates but can't be mad with that profit!

REPLY   DELETE

**Vincenzo Curella** 30 minutes ago

Thank Jeff!! Got half position on at $2.80 and out at $4.55, 63% return is great!! Made over $900+

REPLY   DELETE

Attachment J        PX 27, 1869



**Jim Denison** 42 minutes ago
In @ $2.50, out @ $4.80!!! 92%, yeah baby!!!
REPLY   DELETE

**Duane Veium** 1 hour ago
Thank you Jeff - In at 4.50 and out at 6.35 - $720.00 in 15 minutes
REPLY   DELETE

**Nderim Selmani** 18 minutes ago
Jeff, So far all the Bullseye trades have been profitable for me and I couldn't thank you enough, so glad I signed up for Total Alpha.
REPLY   DELETE

**Allen Nichols Nichols** 4 minutes ago
Thanks JB 6500.00 IN 20 MINUTES, not greedy
REPLY

**Philip Davis** 40 minutes ago
This is turning out to be the best paid trading service I've ever joined! Thanks Jeff!



**Denis Favier Chacin** 12 hours ago

Woaaa Jeff great trade my first trade with BULLSEYE %62.07 yess all that from my cell phone Thank you!!

REPLY

**Martin Vinson** 1 day ago

Mr Bishop,
I'm brand spankin' new to your service and I'm very impressed with this past trade (TWTR). I made a Cool, $465.00 Bucks and I'm very pleased. I have a small account right now and I look forward to the upcoming trades. Your Heaven Sent keep up the Great work!!!
Martin :)

REPLY

**John Brathwaite** 1 day ago

Great call on TWTR Jeff...from day 2 to now - 101% (but I believe $45 is in sight)

REPLY

*START TRADING JEFF'S*
*HIGHEST CONVICTION IDEA!*





Attachment J          PX 27, 1873







RagingBull | Improve Your Tradir
Bullseye Trades - Get Millionaire
bullseyeoptiontrading.com/training4/?_conv_v=vi%3A1%2Asc%3A5%2Acs%3A1603218150%2Afs%3A1598301178%2Apv%3A11%2Aexp%3A%7B%7D%2Aps%3A1598901409&_conv_s=si%3A5%2Ash%3A1603218149729-0.020019744906392356%2Apv%3A1
POWERED BY RagingBull
DISCLAIMER: To more fully understand any Ragingbull.com, LLC ("RagingBull") subscription, website, application or other service ("Services"), please review our full disclaimer located at https://ragingbull.com/disclaimer.
FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE. Any RagingBull Service offered is for educational and informational purposes only and should NOT be construed as a securities-related offer or solicitation, or be relied upon as personalized investment advice. RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision.
RESULTS PRESENTED NOT TYPICAL OR VERIFIED. RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of the persons voluntarily providing the testimonial. However, subscribers' trading results have NOT been tracked or verified and past performance is not necessarily indicative of future results, and the results presented in this communication are NOT TYPICAL. Actual results will vary widely given a variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. Investing in securities is speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment.
RAGINGBULL IS NOT AN INVESTMENT ADVISOR OR REGISTERED BROKER. Neither RagingBull nor any of its owners or employees is registered as a securities broker-dealer, broker, investment advisor (IA), or IA representative with the U.S. Securities and Exchange Commission, any state securities regulatory authority, or any self-regulatory organization.
WE MAY HOLD SECURITIES DISCUSSED. RagingBull has not been paid directly or indirectly by the issuer of any security mentioned in the Services. However, Ragingbull.com, LLC, its owners, and its employees may purchase, sell, or hold long or short positions in securities of the companies mentioned in this communication.
Type here to search
Bullseye Trades - G...
2:27 PM
10/20/2020

SPECIAL
**BONUS!**

At the end of this training, you'll get access to TWO of Jason's training E-Books: **Swing For The Fences & The Penny Stock Power Playbook**

**— FREE!**

MEET THE TRADER
**JASON BOND**

My name is Jason and I'm a former gym teacher who figured out the stock market and became a multi-millionaire. I was over $250,000 in debt but by using a few simple strategies & repeatable patterns I mastered trading and have taught well over 30,000 people the techniques to becoming a successful trader themselves.

Wall Street wants you to believe that you need to have loads of money

Attachment L          PX 27, 1877



Wall Street wants you to believe that you need to have loads of money and time to be successful. That's just wrong. My secret "weekend trading strategy" only takes a few minutes each week but regularly scores me lucrative profits on stocks that gap up over the weekend. There is no better way to kickoff the week than by cashing in on profits every Monday.

HERE SOME OF JASON'S

# MEMBER TESTIMONIALS

Jason Bond Rocks!

Jason Bond Rocks! His services pay for themselves!

ground hog
2 days ago

steadily increasing wealth...

I have been steadily increasing wealth by following my new best friend Jason's trades...

Deirin McLimans
October 12

Always helpful

Always helpful. Thank you!

Brad
October 12

♥♥ love it...

♥♥ love it...

Megan Shahnazari Ismaili
October 10

Rated 4.6 out of 5 based on 929 reviews on ★ Trustpilot

JASON HAS BEEN FEATURED ON:











LIMITED TIME ONLY—TIME IS TICKING!

HE KNOWS THE

# #1 BREAKOUT TECHNOLOGY

OF THE NEXT DECADE

Here's What You Need To Know from Millionaire Trader Kyle Dennis

Enter your email

WATCH HIS LIMITED TIME ONLY VIDEO

MEMBERS ALREADY PROFITING WITH KYLE

Attachment M                    PX 27, 1883







**Attachment M**

PX 27, 1886





# In This FREE TRAINING You Will Learn:

— WHAT —

What 3 trading patterns Jason and some of his students have used to become profitable traders.

— HOW —

How Jason has used these 3 trading patterns to become a highly-successful trader

— WHY —

Why every trader should be aiming to profit off these 3 simple trading patterns

*Raging Bull does NOT track or verify subscribers' individual trading results and these individual experiences should NOT be understood as typical as or representative. Please see our Testimonials Disclaimer here: https://ragingbull.com/disclaimer.

By clicking SUBMIT, you agree that RagingBull, along with its agents and partners, may call, text, and email you at the number and email address you entered, which you certify is your own number and email address, including possibly using automated technology, for promotional and other purposes. Standard rates, including messaging and data, may apply. You are not required to consent in order to purchase. Furthermore, you agree to our Terms of Service and User Agreement and Privacy Statement.





Haven't been in my office in three weeks and just trading from my phone, loving this new stress-free trading, trying to put everything I've learned over the past 6 years into something that lets me do what I want, where I want. Love this freedom!

**- Kevin**

## Jason Bond Has Been Featured On

NYSE · Forbes · MONEYSHOW · guru focus · HUFFPOST · The Street · TradersEXPO · MSN · Seeking Alpha · Investing.com



## About Jason

Jason is a successful trader who left his job as an elementary school gym teacher to trade professionally. He's trained well over 30,000 paid members and is the co-founder of the trading education powerhouse & Inc5000 company RagingBull, and he's been featured on Forbes, The Street, Huffington Post, Investing.com, Seeking Alpha, as well as the floor of the NYSE.

## Ready To Take Your Trading To The NEXT LEVEL?

Jason Bond has helped train 30,000+ students using his three simple trading patterns identify



# Ready To Take Your Trading To The NEXT LEVEL?

Jason Bond has helped train 30,000+ students using his three simple trading patterns identify opportunities for huge wins. Sign up for Jason's free Training and start learning his 3 trading patterns today!

## Enter Your Info To Watch Jason's Exclusive FREE Training. 100% Free

Enter Your First Name

Enter Your Email

Enter Your Phone (Optional)

Raging Bull operates a short code campaign that sends opted in subscribers reminders and alerts for upcoming training events. Message frequency will vary. SMS Terms and Conditions/SMS Privacy Policy. Message and data rates may apply. By submitting your mobile phone number, you will be subscribed to Raging Bull SMS notifications

**Join Now**

Damar from Kingston, Jamaica
Just joined the webinar!
a few seconds ago · ✔ verified by Proof



**DISCLAIMER:** To more fully understand any Ragingbull.com, LLC ("RagingBull") subscription, website, application or other service ("Services"), please review our full disclaimer located at this Ragingbull.com/disclaimer.

**FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE.** Any RagingBull Service offered is for educational and informational purposes only and should **NOT** be construed as a securities-related offer or solicitation, or be relied upon as a personalized investment advice. RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision.

**RESULTS PRESENTED NOT TYPICAL OR VERIFIED.** RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees that are believed to be true based on the representations of the persons voluntarily providing the testimonial. However, subscribers' trading results have **NOT been tracked or verified** and past performance is not necessarily indicative of future results, **and the results presented in this communication are NOT TYPICAL.** Actual results will vary widely given a variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. Investing in securities is speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment.

**RAGINGBULL IS NOT AN INVESTMENT ADVISOR OR REGISTERED BROKER.** Neither RagingBull nor any of its owners or employees is registered as a securities broker-dealer, broker, investment advisor (IA), or IA representative with the U.S. Securities and Exchange Commission, any state securities regulatory authority, or any self-regulatory organization.

**WE MAY HOLD SECURITIES DISCUSSED.** RagingBull has not been paid directly or indirectly by the issuer of any security mentioned in the Services. However, Ragingbull.com, LLC, its owners, and its employees may purchase, sell, or hold long or short positions in securities of the companies mentioned in this communication.

@2020 JASON BOND TRADING. ALL RIGHTS RESERVED. 62 CALEF HWY. #233 LEE, NH 03861

Terms & Conditions • Privacy Policy • Contact

**Attachment N**   PX 27, 1893







BONUS: INCLUDED FOR TODAY'S ATTENDEES

FREE!

JEFF'S 10 VIDEO
TRAINING SERIES

JEFF BISHOP'S OPTIONS VIDEO
TRAINING LIBRARY

Watch Jeff unpack options trading from start to
finish in video content created exclusively for
your options education!

WHAT MEMBERS ARE DOING WITH THE TOTAL
ALPHA SYSTEM

Attachment O                    PX 27, 1896





"My recent wins include ROKU +78% in two days COST +78% KL +50% SPY +51% BID 26%, and the list goes on."

**Wellington Rodrigues**
Electrical Engineer

"You turned my life around! I'm making money and a new beginning. Up $10,000 in the last month and expect another $10,000 this month! Bless you, Jeff. You saved my life!"

**Samuel Carpenter**
Stock Trading Expat

"I've had many winning trades, and my losses have been cut











**NEW!**

**Free Trading MasterClass Starts in:**

00 00 13 54
Day Hrs Min Sec

**SEATS ARE LIMITED:**

**RESERVE YOUR SEAT**

— 1 —

THE GAME CHANGING SYSTEM THAT ALLOWS YOU TO MAKE MORE MONEY IN LESS TIME

— 2 —

UP, DOWN, SIDEWAYS MARKET, DOESN'T MATTER! YOU CAN PROFIT IN ALL 3 SCENARIOS WITH THIS EASY SYSTEM.

— 3 —

SCALABLE FOR ANY ACCOUNT SIZE

— 4 —

LIMIT YOUR RISK BY TRADING THIS 1 TICKER AT THE SAME TIME EACH AND EVERY DAY. LESS VARIABLES, MORE PROFITS







**Free Trading MasterClass Starts in:**

| 00 | 00 | 13 | 19 |
|----|----|----|----|
| Day | Hrs | Min | Sec |

**Steve Brown** @SteveBr89037156 · Jan 28
@makedailyprofit - held back and caught a dip at $1.26 and sold 30 minutes later at $1.55 for a 23% Win.   Thanks Ben!

**Alex Bevacqua** @draie2020 · Jan 28
@makedailyprofit took today's trade on the spy calls and made a quick 75% profit.  Thanks.  #dailyprofitmachine.

SEATS ARE LIMITED:
RESERVE YOUR SEAT

NEW!

"I truly believe that people make trading way harder than it needs to be. You don't have to have a PHD in



"I truly believe that people make trading way harder than it needs to be. You don't have to have a PHD in Finance to make massive profits daily. All you need is 1 ticker, 1 trade, 1 time of day. That's the beauty of this simple system, and I'm going to walk you through how you can execute it in less than 5 minutes each day"

— BEN STURGILL

NEW!

Free Trading MasterClass Starts in:

| 00 | 00 | 13 | 13 |
|-----|-----|-----|-----|
| Day | Hrs | Min | Sec |

SEATS ARE LIMITED!

RESERVE YOUR SEAT



Attachment Q     PX 27, 1908



PX 27, 1909





"This is the most comprehensive resource that I've compiled on this little known trading strategy that has been making me HUGE windfalls*. Your broker may not want you to learn this, but casinos and insurance companies have been making billions with this battle-tested strategy that I've incorporated into my trading"

– Jason Bond
*Wall St. Bookie*

**Attachment R**                    **PX 27, 1911**



# MAKE SURE YOU LEARN THESE ESSENTIALS

### PAGE 16

**HOW TO LIMIT RISK WHEN TRADING**

Many traders make this dangerous mistake but you don't need to be a statistic

### PAGE 27

**"THE CASINO STRATEGY"**

Learn the 3-part strategy that Jason uses to "collect suckers bets"

### PAGE 41

**THE ALTERNATIVE TO SHORTING STOCK**

Gain advantages similar to those found with shorting mitigating some of the risk.

## CLAIM YOUR FREE COPY OF "WALL ST BOOKIE" BEFORE IT EXPIRES

ENTER YOUR BEST EMAIL



# CLAIM YOUR FREE COPY OF "WALL ST BOOKIE" BEFORE IT EXPIRES

ENTER YOUR BEST EMAIL

SEND ME MY GUIDE

©2020

POWERED BY RagingBull

PRIVACY POLICY  |  TERMS & CONDITIONS  |  CONTACT

WALLSTREET BOOKIE. ALL RIGHTS RESERVED. 62 CALEF HWY. #233 LEE, NH 03861

**DISCLAIMER:** TO MORE FULLY UNDERSTAND ANY RAGINGBULL.COM, LLC ("RAGINGBULL") SUBSCRIPTION, WEBSITE, APPLICATION OR OTHER SERVICE ("SERVICES"), PLEASE REVIEW OUR FULL DISCLAIMER LOCATED AT HTTPS://RAGINGBULL.COM/DISCLAIMER.

**FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY;** NOT INVESTMENT ADVICE. ANY RAGINGBULL SERVICE OFFERED IS FOR EDUCATIONAL AND INFORMATIONAL PURPOSES ONLY AND SHOULD NOT BE CONSTRUED AS A SECURITIES-RELATED OFFER OR SOLICITATION, OR BE RELIED UPON AS PERSONALIZED INVESTMENT ADVICE. RAGINGBULL STRONGLY RECOMMENDS YOU CONSULT A LICENSED OR REGISTERED PROFESSIONAL BEFORE MAKING ANY INVESTMENT DECISION.

RESULTS PRESENTED NOT TYPICAL OR VERIFIED. RAGINGBULL SERVICES MAY

Attachment R                    PX 27, 1913



PRIVACY POLICY   TERMS & CONDITIONS   CONTACT

**DISCLAIMER:** TO MORE FULLY UNDERSTAND ANY RAGINGBULL.COM, LLC ("RAGINGBULL") SUBSCRIPTION, WEBSITE, APPLICATION OR OTHER SERVICE ("SERVICES"), PLEASE REVIEW OUR FULL DISCLAIMER LOCATED AT HTTPS://RAGINGBULL.COM/DISCLAIMER.

**FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY:** NOT INVESTMENT ADVICE. ANY RAGINGBULL SERVICE OFFERED IS FOR EDUCATIONAL AND INFORMATIONAL PURPOSES ONLY AND SHOULD NOT BE CONSTRUED AS A SECURITIES-RELATED OFFER OR SOLICITATION, OR BE RELIED UPON AS PERSONALIZED INVESTMENT ADVICE. RAGINGBULL STRONGLY RECOMMENDS YOU CONSULT A LICENSED OR REGISTERED PROFESSIONAL BEFORE MAKING ANY INVESTMENT DECISION.

**RESULTS PRESENTED NOT TYPICAL OR VERIFIED.** RAGINGBULL SERVICES MAY CONTAIN INFORMATION REGARDING THE HISTORICAL TRADING PERFORMANCE OF RAGINGBULL OWNERS OR EMPLOYEES, AND/OR TESTIMONIALS OF NON-EMPLOYEES DEPICTING PROFITABILITY THAT ARE BELIEVED TO BE TRUE BASED ON THE REPRESENTATIONS OF THE PERSONS VOLUNTARILY PROVIDING THE TESTIMONIAL. HOWEVER, SUBSCRIBERS' TRADING RESULTS HAVE NOT BEEN TRACKED OR VERIFIED AND PAST PERFORMANCE IS NOT NECESSARILY INDICATIVE OF FUTURE RESULTS, AND THE RESULTS PRESENTED IN THIS COMMUNICATION ARE NOT TYPICAL. ACTUAL RESULTS WILL VARY WIDELY GIVEN A VARIETY OF FACTORS SUCH AS EXPERIENCE, SKILL, RISK MITIGATION PRACTICES, MARKET DYNAMICS AND THE AMOUNT OF CAPITAL DEPLOYED. INVESTING IN SECURITIES IS SPECULATIVE AND CARRIES A HIGH DEGREE OF RISK. YOU MAY LOSE SOME, ALL, OR POSSIBLY MORE THAN YOUR ORIGINAL INVESTMENT.

**RAGINGBULL IS NOT AN INVESTMENT ADVISOR OR REGISTERED BROKER.** NEITHER RAGINGBULL NOR ANY OF ITS OWNERS OR EMPLOYEES IS REGISTERED AS A SECURITIES BROKER-DEALER, BROKER, INVESTMENT ADVISOR (IA), OR IA REPRESENTATIVE WITH THE U.S. SECURITIES AND EXCHANGE COMMISSION, ANY STATE SECURITIES REGULATORY AUTHORITY, OR ANY SELF-REGULATORY ORGANIZATION.

**WE MAY HOLD SECURITIES DISCUSSED.** RAGINGBULL HAS NOT BEEN PAID DIRECTLY OR INDIRECTLY BY THE ISSUER OF ANY SECURITY MENTIONED IN THE SERVICES. HOWEVER, RAGINGBULL.COM, LLC, ITS OWNERS, AND ITS EMPLOYEES MAY PURCHASE, SELL, OR HOLD LONG OR SHORT POSITIONS IN SECURITIES OF THE COMPANIES MENTIONED IN THIS COMMUNICATION.

IPO trading specialist Ben Sturgill presents...

# A system designed to pinpoint, position, and PROFIT from the 3 key moments in the life cycle of every IPO

"I have discovered that there are **3 major events** in the life of all IPOs, and these 3 moments are where **fortunes** are made. I'm here to show you exactly how to capitalize on these opportunities, and put **big PayDays** in your pocket."

– Ben Sturgill

0:26

©2020 THE WEEKLY WINDFALLS. ALL RIGHTS RESERVED. 62 CALEF HWY. #233, LEE, NH 03861

TERMS & CONDITIONS   DISCLAIMER   PRIVACY POLICY   REFUND POLICY   CONTACT   1-855-590-7694

PX 27, 1916



## ADD YOUR INFORMATION BELOW TO REGISTER!

First Name

Phone (optional)

Raging Bull operates a short code campaign that sends opted in subscribers reminders and alerts for upcoming training events. Message frequency will vary. SMS Terms and Conditions. SMS Privacy Policy. Message and data rates may apply. By submitting your mobile phone number, you will be subscribed to Raging Bull SMS notifications

Email

### RESERVE MY SPOT NOW!

* by clicking submit, you agree that raging bull, along with its agents and partners, may call, text, and email you at the number and email address you entered, which you certify is your own number and email address, including possibly using automated technology, for promotional and other purposes; standard rates, including messaging and data, may apply. you are not required to consent in order to purchase. all calls may be recorded/monitored and you may opt-out any time. furthermore, you agree to our terms of service and user agreement and privacy statement.

## SNEAK PEEK:
### JEFF'S OCTANE SCANNER

Most great traders spend their days scouring through the market, scanning through as many stocks as humanly possible just looking

**SNEAK PEEK:**

*JEFF'S OCTANE SCANNER*

Most great traders spend their days scouring through the market, scanning through as many stocks as humanly possible just looking for their favorite pattern and a tradeable setup.

This process means missed opportunities, and imperfectly timed trades.

*BUT—*

The days of manually sifting through as many stocks as you can just to find one or two tradeable candidates are OVER.

**ENTER: "OCTANE SCANNER"**

**HIGH OCTANE** *OPTIONS*

Crossover13-30

Attachment T

PX 27, 1918



ENTER: "OCTANE SCANNER"

Attachment T

PX 27, 1919

**JEFF'S PROPRIETARY OCTANE SCANNER CONTINUOUSLY SCANS THE MARKET, AND INSTANTLY SPITS OUT A LIST OF STOCKS THAT ARE FLASHING JEFF'S FAVORITE BREAKOUT PATTERN.**

Octane Scanner finds the best opportunities in the market and compiles them into a neat list with the click of a button.

*SO, WHAT MAKES JEFF'S BREAKOUT PATTERN WORTHY OF ITS OWN SCANNER?*

It's the one high conviction pattern that Jeff has been using for 20+ years to rake in returns like these...





# EVENT DETAILS:

## "THE 180"

The truth about how Jeff transitioned from a broke landscaper to a Multi-Millionaire trader.

## "THE INSIDE SCOOP"

A full reveal of Jeff's brand new, never before seen strategy... Developed around the one breakout pattern that made him a millionaire.

## "OCTANE SCANNER"

Jeff releases his first ever proprietary scanner that scans the market and locates the original breakout pattern he's been using for 20+ years.

ADD YOUR INFO TO REGISTER!

First Name

Phone (optional)

Raging Bull operates a short code campaign that sends opted in subscribers reminders and alerts for upcoming training events. Message frequency will vary. SMS Terms and Conditions/SMS Privacy Policy. Message and data rates may apply. By submitting your mobile phone number, you will be subscribed to Raging Bull SMS notifications

Email

RESERVE MY SPOT NOW!

cheddar   Forbes   CNBC   Investing.com   NYSE   msn   FOX NEWS channel   HUFFPOST

# HIGH OCTANE
## OPTIONS

**DISCLAIMER:** To more fully understand any Ragingbull.com, LLC ("RagingBull") subscription, website, application or other service ("Services"), please review our full disclaimer located at https://ragingbull.com/disclaimer.

**FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE.** Any RagingBull Service offered is for educational and informational purposes only and should NOT be construed as a securities-related offer or solicitation, or be relied upon as personalized investment advice. RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision.

**RESULTS PRESENTED NOT TYPICAL OR VERIFIED.** RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of the persons voluntarily providing the testimonial. However, subscribers' trading results have NOT been tracked or verified and past performance is not necessarily indicative of future results, and the results presented in this communication are NOT TYPICAL. Actual results will vary widely given a variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. Investing in securities is speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment.

**RAGINGBULL IS NOT AN INVESTMENT ADVISOR OR REGISTERED BROKER.** Neither RagingBull nor any of its owners or employees is registered as a securities broker-dealer, broker, investment advisor (IA), or IA representative with the U.S. Securities and Exchange Commission, any state securities regulatory authority, or any self-regulatory organization.

**WE MAY HOLD SECURITIES DISCUSSED.** RagingBull has not been paid directly or indirectly by the issuer of any security mentioned in the Services. However, RagingBull.com, LLC, its owners, and its employees may purchase, sell, or hold long or short positions in securities of the companies mentioned in this communication.

©2020 RAGINGBULL. ALL RIGHTS RESERVED. 62 CALEF HWY. #233 LEE, NH 03861 – 833-265-1270

TERMS & CONDITIONS•DISCLAIMER•PRIVACY POLICY•CONTACT






# What You'll Learn In
# This Hands On Training

**1** The 5-Step System Design to Exponentially Increase Your Small Account

**2** How to Avoid Costly Mistakes 95% of Traders Make

**3** The Reason Why Society is Setting You Up For Failure

**4** Real-Money Trade Examples that Detail The Process

**5** How Others, Just Like Yourself, Are Reaping the Benefits of the Stock Market

# The Profit Prism is
# Firing on All Cylinders!*

*"Raging Bull does NOT track or verify subscribers' individual trading results and these individual experiences should NOT be understood as typical as or representative. Please see our Testimonials Disclaimer here: https://ragingbull.com/disclaimer.*

**Fsainato1**
@fsainato1

[Follow]

@ThePennyPro Not a bad way to start a Friday morning in the pre-market!! Go Supernova!

**Fsainato1**
@fsainato1

Follow

@ThePennyPro Not a bad way to start a Friday morning in the pre-market!! Go Supernova!

4:34 AM - 14 Jun 2019



**marco biasiolo**
@MarcoBiasiolo

@ThePennyPro 9:58 AM  Marco Biasiolo: in XRF at .43 small pos
10:07 AM  Marco Biasiolo: sold 10k shares of XRF at .49 from .43 + $600 still holding 3k shares from .47

7:08 AM - 14 Jun 2019

1 Retweet  1 Like

**Robert Thompson**
@rfthompson3

@ThePennyPro Another big winner thanks to Jeff and the Supernova room! +$400 on a tiny account for a 30% winner in AMPE after the scanners and alerts picked it up. Thanks Guys!

7:31 AM - 14 Jun 2019

Attachment U                    PX 27, 1929

**sledward**
@sledward2

Follow

@ThePennyPro #Supernova, # PennyPro
When I wore combat boots and had bars on
my collar, Cpt. S Edwards would Yell "
OUTSTANDING!" Excellent instruction on a
wide range of topics. Today 48% YRIV and
$262.00 on penny stock. Go Novas and
thanks Jeff!

7:59 AM - 18 Jun 2019

1 Retweet  3 Likes

**A.D.**
@adfigg

Follow

Thanks for the "heads up" on FRSX Jeff
@ThePennyPro, this went well with that first
cup of coffee! 👍

| Trade Price | | Size: 7 |
| 0.00  P/L Day | | $1675.00 |

@adfigg

Thanks for the "heads up" on FRSX Jeff
@ThePennyPro , this went well with that first
cup of coffee! 🤙

Follow

| | | Size: 7 |
|---|---|---|
| Trade Price | 0.00 | P/L Day | $1,675.00 |
| Net Liq | $0.00 | P/L Open | $0.00 |

**Sell**     **Buy**

Close Position

Create FRSX Alert

Show FRSX Details

Add FRSX to current WL

5:54 AM - 19 Jun 2019

profitprismtrading.com/?_com_v=s%3A1%2Ac%3A5%2Ac%3A3A160321815!0%2A6%3A159830117!8%2Apc%3A11%2Aexp%3A%7B%7D%2Ag%3A159890140%9&_conv_s=s%3A3A5%2Ash%3A160321814!729-0.020019744906392356%2Apcr%3A1



**TC ParaUnity**
@TCParaUnity

Follow

@ThePennyPro 2:11 PM  Gregory Bush: In RMHB at .118 avg.
3:27 PM  Gregory Bush: Out RMHB at .144 from .118  + $1,300

12:30 PM · 25 Jun 2019

1 Retweet  1 Like

5:54 AM · 19 Jun 2019

# Join Jeff Williams & Discover The Methodical System

Save My Spot!

**DISCLAIMER:** To more fully understand any RagingBull.com, LLC ("RagingBull") subscription, website, application or other service ("Services"), please review our full disclaimer located at https://ragingbull.com/disclaimer.

**FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE.** Any RagingBull Service offered is for educational and informational purposes only and **should NOT be construed as a securities-related offer or solicitation, or be relied upon as personalized investment advice.** RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision.

# Join Jeff Williams & Discover The

# Methodical System

Save My Spot!

**DISCLAIMER:** To more fully understand any RagingBull.com, LLC ("RagingBull") subscription, website, application or other service ("Services"), please review our full disclaimer located at https://ragingbull.com/disclaimer.

**FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE.** Any RagingBull Service offered is for educational and informational purposes only and **should NOT be construed as a securities-related offer or solicitation, or be relied upon as personalized investment advice.** RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision.

**RESULTS PRESENTED NOT TYPICAL OR VERIFIED.** RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of the persons voluntarily providing the testimonial. **However, subscribers' trading results have NOT been tracked or verified** and past performance is not necessarily indicative of future results, **and the results presented in this communication are NOT TYPICAL.** Actual results will vary widely given a variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. **Investing in securities is speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment.**

**RAGINGBULL IS NOT AN INVESTMENT ADVISOR OR REGISTERED BROKER.** Neither RagingBull nor any of its owners or employees is registered as a securities broker-dealer, broker, investment advisor (IA), or IA representative with the U.S. Securities and Exchange Commission, any state securities regulatory authority, or any self-regulatory organization.

**WE MAY HOLD SECURITIES DISCUSSED.** RagingBull has not been paid directly or indirectly by the issuer of any security mentioned in the Services. However, RagingBull.com, LLC, its owners, and its employees may purchase, sell, or hold long or short positions in securities of the companies mentioned in this communication.

1 Retweet  1 Like

**PROFIT PRISM PLATINUM**

"Uncover The 5-Step Checklist To Profitability"

**SMALL ACCOUNT, BIG RETURNS!**

How I Disproved 3 Wall Street Lies And Made 1213% RETURN in 2019!

PRESENTED BY JEFF WILLIAMS

**GET STARTED NOW!**

Questions? Give My VIP Team A Call: 833-676-0004

X Weekly Money Multiplier

**COMPLETELY EXPOSED!**

# Nathan Bear's Million Dollar Options Strategy

**Starting on TUESDAY Oct 20 at 3:30PM EST / 12:30PM PST** From struggling, small business owner to a multi-millionaire. A deep dive into how this average guy and father of four changed his family's life by trading options.

| 00 | 00 | 23 | 10 |
|----|----|----|----|
| DAYS | HOURS | MINS | SEC |

FIRST NAME

PHONE (OPTIONAL)

ENTER YOUR EMAIL

**GET STARTED NOW**

OPT-IN for "FREE" Weekly Trade Ideas from Nathan Bear

Privacy | Disclaimer

RagingBull operates a short code campaign that sends opted in subscribers reminders and alerts for upcoming trading events. Message frequency will vary. SMS Terms and Conditions/SMS Privacy Policy. Message and data rates may apply. By submitting your mobile phone number, you will be subscribed to Raging Bull SMS notifications.

PLAY VIDEO





Jul 18, 10:09 AM
**sylvia ram:** Caught the ROKU loto for 60%/$1,220 this morning. Thanks Nate!

Jul 11, 10:05 AM
**robert nac:** still in your BYND Nate up 195%

Jul 16, 9:38 AM
**gary tir:** Out 1/2 of ROKU 7/19 $105 calls + 70%, thx Nate for the lessons!!

Jul 11, 4:11 PM
**dave rol:** Thanks Nathan for the ROKU trade $1,350 gain on 20 contracts so far

Jul 19, 3:23 PM
**philip gar:** Nate....I'm now up 9k on 30k account after today

Jul 16, 11:39 AM
**robert hel:** NATE up 121% on MTCH and taking half off Thank You SIR!!!

Jul 18, 3:06 PM
**mark kus:** MDT past the 127.2 target. Sold 50% earlier for about 200%, I'll exit the rest here
for a similar %

Jul 17, 11:18 AM
**andrea jen:** Nathan's SHOP trade up over 1500%! !!! Holy guacomole !

Jul 18, 10:47 AM
**jason mcg:** 200% on TTD lotts!

Jul 18, 10:22 AM
**albert ber:** been great trading since July 3rd. Had 5K in my account now just about to break
25K. Cool calculated picks staying disciplined and not chasing

# Free, All-Access Pass

# Win BIG with Nathan Bear!

FIRST NAME

PHONE (OPTIONAL)

ENTER YOUR EMAIL

## JOIN TODAY

OPT-IN for *FREE* Weekly Trade Ideas from Nathan Bear

Privacy   Disclaimer

Standard msg & data rates apply. By joining, you agree to our terms and conditions. Text STOP to unsubscribe at anytime. Expect to receive weekly content from us. We will not share or rent your information.

**Weekly Money Multiplier**

Privacy    Disclaimer



**Weekly Money Multiplier**

**DISCLAIMER:** To more fully understand any RagingBull.com, LLC ("RagingBull") subscription, website, application or other service ("Services"), please review our full disclaimer located at https://ragingbull.com/disclaimer.

**FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE.** Any RagingBull Service offered is for educational and informational purposes only and should NOT be construed as a securities-related offer or solicitation, or be relied upon as personalized investment advice. RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision.

**RESULTS PRESENTED NOT TYPICAL OR VERIFIED.** RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of the persons voluntarily providing the testimonial. However, subscribers' trading results have NOT been tracked or verified and past performance is not necessarily indicative of future results, and the results presented in this communication are NOT TYPICAL. Actual results will vary widely given a variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. Investing in securities is speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment.

**RAGINGBULL IS NOT AN INVESTMENT ADVISOR OR REGISTERED BROKER.** Neither RagingBull nor any of its owners or employees is registered as a securities broker-dealer, broker, investment advisor (IA), or IA representative with the U.S. Securities and Exchange Commission, any state securities regulatory authority, or any self-regulatory organization.

**WE MAY HOLD SECURITIES DISCUSSED.** RagingBull has not been paid directly or indirectly by the issuer of any security mentioned in the Services. However, RagingBull.com, LLC, its owners, and its employees may purchase, sell, or hold long or short positions in securities of the companies mentioned in this communication.

HOME TERMS & CONDITIONS PRIVACY POLICY DISCLAIMER CONTACT

**Attachment W**    **PX 27, 1940**

SMALL ACCOUNT? NO PROBLEM. DOLLAR ACE HUNTS DOWN
THE BIGGEST WINNERS THANKS TO A PROPRIETARY
SCANNER THAT TRACKS "INSIDER" INFORMATION,
ALLOWING YOU TO SCORE

## HUGE RETURNS IN A BULL & BEAR MARKET.

**PROPRIETARY SCANNER EXPOSES "INSIDER" ACTIVITY**

GET ON THE "INSIDE" OF WALL STREET'S SMART MONEY AND IDENTIFY SUB $1 OPTIONS PRICED INACCURATELY IN YOUR FAVOR!

**CMCSA**

| STOCK GAIN | OPTION GAIN |
| --- | --- |
| 2.27% | 145% |

IN **ONE** DAY

*KYLE HAS BEEN FEATURED ON:*



PX 27, 1943



1 — THE POWER OF INSIDER INFORMATION

2 — FINDING THE IDEAL OPTIONS CONTRACT

3 — BENEFITS OF A SMALL ACCOUNT

4 — TIME IS MONEY — ADDING VALUE

"DOLLAR ACE SIMPLY EXPOSES INFORMATION THAT WALL STREET WANTS TO KEEP QUIET AND ALLOWS US TO GENERATE MASSIVE RETURNS ON A WEEKLY BASIS. I WON'T TRADE WITHOUT THIS EVER AGAIN."

— KYLE DENNIS

Attachment X

PX 27, 1944



Attachment X

PX 27, 1945

THIS WEBINAR STARTS IN

Nathan Bear Presents....

# LOTTOX

00 00 00 00
DAYS  HRS  MINS  SEC

## How Nate Uses His LottoX Indicator to Find Stocks Poised For Massive Returns

HOW ONE SIMPLE INDICATOR ALLOWED NATHAN TO RAKE IN $1.4 MILLION IN TRADING PROFITS IN 2019

FIRST NAME

PHONE(OPTIONAL)

EMAIL

**Complete My Registration!**

ENTER YOUR PHONE NUMBER TO RECEIVE FREE TRADES ALERTS

By clicking SUBMIT, you agree that RagingBull, along with its agents and partners, may call, text, and email you on the number and email address you entered, which you certify is your own number and email address, including possibly using automated technology, for promotional and other purposes. Standard rates, including messaging and data, may apply. You are not required to consent in order to purchase. Furthermore, you agree to our Terms of Service and User Agreement and Privacy Statement.

RagingBull operates a short code campaign that sends opted in subscribers reminders and alerts for upcoming training events. Message frequency will vary SMS Terms and Conditions/SMS Privacy Policy. Message and data rates may apply. By submitting your mobile phone number, you will be subscribed to RagingBull SMS notifications.

**Attachment Y**   **PX 27, 1946**

## Today's
# Event Details:

**THE "180":**
How Nate's Lottox Indicator Took Him From -$40,000 In Trading Debt, To Over $3 Million In Career Profits

**BUILDING A SMALL ACCOUNT:** Finding Cheap Trades With Exponential Profit Potential

**THE ART OF BEING NIMBLE:**
How Nate Flip Lottox Trades For 100%+ Profit In 3 Days Or Less

**LOTTOX ALERTS NATHAN TO BIG MOVES BEFORE THEY HAPPEN,**
And Allows Him To Rake In 100%+ Winners On An Almost Daily Basis.



LOTTO**X** WINS
TICKER: NOW
PROFIT
150%
OVERNIGHT



LOTTO**X** WINS
TICKER: AMD
PROFIT
218%
OVERNIGHT











# And Nathan's Not Alone...

## His Members Are Reaping The Benefits Day In And Day Out!

"Made $5,000 overnight on an $10,000 account today thanks to Nathan"

**– JOSEPH A.**

"In the last 7 trading days I have made 83K (on a 100K account) ..... last 4 weeks 10K, 14K, -5K, 60K ..... 23k (MON TUE of this week) ..... It's all pretty much thanks to NATE and his lottoX calls ..... so thank u from the bottom of my heart #NATETHEGREAT"

**– DANNY S**

"I'm up $4k in 3 trading days due to LottoX – you're the Bomb Nate!"

**– KEVIN S.**

"In the last week I've tripled my account value with LottoX Nate! Thanks"

**– JASON M.**

"Had a 10k day last week with LottoX Nate! And I've got a pretty small account."

**– BILL B.**

"I'm up $1,000 today and it's my first day with this service"

**– KEVIN S.**

"Been a member from the start. Up $16k for the week"

**– JOSEPH H.**



# Send me my
## FREE EBOOK!

**JOIN TODAY**

LOTTO X

**DISCLAIMER:** To more fully understand any RagingBull.com, LLC ("RagingBull") subscription, website, application or other service ("Services"), please review our full disclaimer located at https://ragingbull.com/disclaimer.

**FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE.** Any RagingBull Service offered is for educational and informational purposes only and should **NOT** be construed as a securities-related offer or solicitation, or be relied upon as personalized investment advice. RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision.

**RESULTS PRESENTED NOT TYPICAL OR VERIFIED.** RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of the persons voluntarily providing the testimonial. However, subscribers' trading results have **NOT** been tracked or verified and past performance is not necessarily indicative of future results, **and the results presented in this communication are NOT TYPICAL.** Actual results will vary widely given a variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. **Investing in securities is speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment.**

Attachment Y          PX 27, 1949

LOTTO X

**DISCLAIMER:** To more fully understand any RagingBull.com, LLC ("RagingBull") subscription, website, application or other service ("Services"), please review our full disclaimer located at https://ragingbull.com/disclaimer.

**FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE.** Any RagingBull Service offered is for educational and informational purposes only and should NOT be construed as a securities-related offer or solicitation, or be relied upon as personalized investment advice. RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision.

**RESULTS PRESENTED NOT TYPICAL OR VERIFIED.** RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of the persons voluntarily providing the testimonial. However, subscribers' trading results have NOT been tracked or verified and past performance is not necessarily indicative of future results, and the results presented in this communication are NOT TYPICAL. Actual results will vary widely given a variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. Investing in securities is speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment.

**RAGINGBULL IS NOT AN INVESTMENT ADVISOR OR REGISTERED BROKER.** Neither RagingBull nor any of its owners or employees is registered as a securities broker-dealer, broker, investment advisor (IA), or IA representative with the U.S. Securities and Exchange Commission, any state securities regulatory authority, or any self-regulatory organization.

**WE MAY HOLD SECURITIES DISCUSSED.** RagingBull has not been paid directly or indirectly by the issuer of any security mentioned in the Services. However, Ragingbull.com, LLC, its owners, and its employees may purchase, sell, or hold long or short positions in securities of the companies mentioned in this communication.

Attachment Y

PX 27, 1950

NEW WAVE
W E A L T H

28-YEAR-OLD MILLIONAIRE Nate Stavseth Reveals...

A GROUNDBREAKING WAY TO CREATE
REAL WEALTH... THAT ANYONE CAN USE!

"For 100 years, huge banks and investment funds have controlled one 'hidden' market... I'm
going to show you how to make it yours." – Nate Stavseth

I WANT TO CREATE LIFE-CHANGING WEALTH!

# MEET NATHAN

## MY NAME IS NATE STAVSETH, AND THIS IS MY STORY:

I was a struggling entrepreneur in my early 20's, until I struck gold as co-founder of RagingBull, a company now worth over $100M. RagingBull made me a millionaire, but it also taught me that the real money was being made by investors, not entrepreneurs. Now, I am on a mission to help ordinary people get access to the same deals as the super rich.

I'm talking about angel investing, the ultimate path to wealth creation. I want to give you the benefit of my experience so that you, too, can enjoy the insane returns—without the strikeouts.

**JOIN NEW WAVE WEALTH NOW!**

FEATURED IN

# IS NEW WAVE RIGHT FOR YOU?

THIS PROGRAM IS NOT FOR EVERYONE

## NEW WAVE WEALTH IS **NOT** FOR YOU IF:

/ You only want to do the bare minimum expecting to see MASSIVE results

/ You think you can build a six-figure revenue stream in just a few months

/ You want a magic bullet that immediately solves your problems without doing any work

## NEW WAVE WEALTH **IS** FOR YOU IF:

/ You want to start investing your money as an angel investor by taking calculated risks on deals that could make you very, very wealthy

/ You are already an angel investor and are not getting the results you want

/ You want to add an investment strategy to your portfolio that will make your returns skyrocket

/ You don't want to waste time on unproven or sketchy strategies to multiply your money

# DISCOVER HOW ORDINARY PEOPLE ARE CASHING IN ON THE PROFITS OF SILICON VALLEY!

## WHAT DO I GET WHEN I SIGN UP?

### NEW WAVE COURSE

Learn the ins & outs of Angel Investing with 40+ Videos & 10 PDF tutorials.

### MENTOR BOX

This physical "NWW Surprise Box" contains Nate's best-selling angel investment book Ride The Wave, along with many other surprises delivered to your door!

### CASE STUDY VAULT

Analysis of past deals—the good, the bad & the ugly—so you know how to apply your knowledge, find the right companies, and get out with your profits.

## PRIVATE "INVESTOR ONLY" COMMUNITY

Join a private community of investors who are sharing the most lucrative deals in the startup world with each other.

## LIVE CALLS & MENTORSHIP

Nate Stavseth will personally be there to mentor you along your Angel investing journey through LIVE workshops and Q&A calls.

### BONUS!

## NATE'S PERSONAL DEAL FLOW

Access private deals exclusively handpicked by Nate Stavseth and invest in the next generation of life-changing startups!

# IMMEDIATELY GET ACCESS TO DEALS LIKE THIS!

—

**DEAL 1**

A low-cost device that allows you to retrofit your car with Level 3 self-driving capabilities.

**DEAL 2**

A hybrid budgeting app and social network that privately connects members with peers so they can share financial tips and insights, compare financial stats, and find ways to intelligently manage their money.

DEAL 3

Award-winning, crime-fighting robots that use self-driving technology and artificial intelligence to patrol and protect properties across the U.S.

## THE WORLD'S 1ST PROVEN SYSTEM

NEW WAVE WEALTH IS THE WORLD'S FIRST A-Z TRAINING COURSE FOR NEW ANGEL INVESTORS. COMPRESSING A LIFETIME OF KNOWLEDGE INTO NINE EASY-TO-FOLLOW CLASSES.



# THE SKY IS THE LIMIT WITH NEW WAVE WEALTH

With this course being the very first of its kind, and because it has never been easier to invest in early-stage companies like this, we are expecting demand to be extremely high.

Act now on our special introductory rate before the demand grows and we are forced to raise our price.

## DO NOT MISS YOUR CHANCE TO BE THE NEXT MILLIONAIRE INVESTOR

**JOIN NEW WAVE WEALTH NOW!**



Attachment Z

PX 27, 1960



WELCOME TO

# The Boardroom

For the first time ever, you can multiply your money with the tools and resources of the ultra-rich. Join the founders of RagingBull in private deals that deliver life-changing returns on even the smallest investments.

DOWNLOAD THE FREE GUIDE

PULL UP A SEAT AND

# Change Your Life Forever

Free Training

Login

The Boardroom

Podcast

Angel Investing Insider

Angel Insights

StartupCamp

PULL UP A SEAT AND

# Change Your Life Forever

### INVEST ALONGSIDE MILLIONAIRES

Anyone can tell you how to get rich. In The Boardroom, you can actually put your money right next to ours—in the 0.1% of startups that pass our rigorous vetting—and reap the same huge returns.

### AN "INVESTED" COMMUNITY

Our highly engaged community is the perfect venue to get all your questions answered by investing experts, learn about new deals, and celebrate your wins with your fellow angels.

### THE BOARDROOM BROADCASTS

Angel investing moves fast. Stay up-to-date on everything you need to know with our multi-channel alerts. Plus, you'll get to join the founders on Live Quarterly Calls for updates and Q&A.

**DOWNLOAD THE FREE GUIDE**

**MEET THE BOARDROOM**

# Jeff Bishop

"If you know me as a stock trader, you would be surprised to know that the majority of my wealth has been created through angel investing. In the past five years I've been able to completely transform my portfolio by investing in all different kinds of startups. Now, that opportunity is available to YOU."

FEATURED IN:

Forbes  Los Angeles Times  Inc.  Entrepreneur  THE WALL STREET JOURNAL  MSNBC

FEATURED IN:

Forbes   Los Angeles Times   Inc.   Entrepreneur   THE WALL STREET JOURNAL   MSNBC

BE ONE OF THE VERY FIRST TO WATCH

# The New Frontier of Wealth Creation

For the First Time Ever, the Founders of Raging Bull Share the Most Tightly-Guarded Investing Secret of the Billionaire-Class!

**DOWNLOAD THE FREE GUIDE!**

The Boardroom   Free eBook   Founder Application

The StartupCamp  |  Disclosures  |  Privacy Policy  |  Contact Us

© 2020 StartupCamp

⊙ StartupCamp

**Attachment AA**        **PX 27, 1964**



carta

**Turns every $1,000 into $4.3 million!**

HEARTFLOW

MULESOFT

CARTA

INVESTOR VISION

*For A Limited Time Only*

**6 Startup Sectors** that will define the decade

JEFF BISHOP, JASON BOND, ALLAN MARSHALL, KATE STAVETH

# The Best Angel Investments of 2020

Be the first to learn which verticals are ripe for massive breakouts in 2020—and the easiest way to get your cut of the action.

**GET YOUR INSIDER GUIDE TODAY**

FEATURED IN:

Forbes   Los Angeles Times   Inc.   Entrepreneur   THE WALL STREET JOURNAL   MSNBC

**MEET THE BOARDROOM**

# Jeff Bishop

"If know me as a stock trader, you would be surprised to know that the majority of my wealth has been created through angel investing. In the past five years I've been able to completely transform my portfolio by investing in all different kinds of startups. Now, that opportunity is available to YOU"

**Attachment AA**     **PX 27, 1967**

Don't Miss the Opportunity to Turn $10,000 into $10,000,000

Get our Insider Guide,
*Investor Vision 2020: 6 Startup Sectors that Will Define The Decade,* now.

YES, I WANT "INVESTOR VISION 2020" NOW!

Privacy | Disclosures

© 2020 StartupCamp

StartupCamp



1

```
 1          OFFICIAL TRANSCRIPT PROCEEDING
 2
 3
 4            FEDERAL TRADE COMMISSION
 5
 6
 7   MATTER NO.    2023073
 8   TITLE         RAGING BULL, LLC
 9   DATE          RECORDED:  JULY 13, 2020
10                 TRANSCRIBED:  OCTOBER 21, 2020
11   PAGES         1 THROUGH 22
12
13
14
15            BULLSEYE TRADING
16
17
18
19
20
21
22
23
24
25
```

2

```
 1            FEDERAL TRADE COMMISSION
 2              I N D E X
 3
 4   RECORDING:                          PAGE:
 5   Bullseye Trading                       4
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

3

```
 1            FEDERAL TRADE COMMISSION
 2   In the Matter of:           )
 3   RAGING BULL, LLC            )  Matter No. 2023073
 4   _____)
 5
 6                    July 13, 2020
 7
 8        The following transcript was produced from a
 9   digital file provided to For The Record, Inc., on
10   10/15/2020.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

4

```
 1            P R O C E E D I N G S
 2              - - - - -
 3        JEFF BISHOP:  Hey, everyone, this is Jeff
 4   Bishop.
 5        Man, I love trading stock options.  I'm so
 6   glad that you have come to visit bullseye trades.
 7        I just love this service so much.  It's fun,
 8   it's exciting, it happens week after week.
 9        I'm doing the homework on the weekend and
10   I'm finding the single best trading ideas that I have
11   for the week ahead.  Man, who doesn't love that?
12        That just gets me fired up and excited for
13   Monday mornings.  So when you wake up on Monday,
14   you've got my single best trading idea already waiting
15   for you.  Isn't that fantastic?
16        So I want you to spend just a few moments.
17   I'm going to do a short presentation to show you
18   exactly what this is and how it works.  It really can
19   transform your trading by just focusing on one trading
20   idea each and every week.
21        It's incredibly simple, absolutely anyone
22   can do it.  So give me just a few moments and you are
23   going to love this.
24        (Brief pause in presentation.)
25        JEFF BISHOP:  Hi, my name is Jeff Bishop and
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Attachment BB

PX 27, 1970

Bullseye Trading

Raging Bull, LLC                                                           7/13/2020

---

5

1  I'm a Mensa verified genius trader who has made
2  millions in the stock market.
3          I'm also the CEO of RagingBull.com, the
4  world's fastest growing stock market education
5  Website.
6          We have helped thousands of people to become
7  empowered, self-directed traders who know how to take
8  control in any market condition.
9          I'm here in Boston today at the brand new
10 Encore Casino meeting with some of my subscribers and
11 enjoying the fruits of my big trading profits from
12 last week.
13         It's really fantastic staying in the
14 penthouse suite, of course, but I didn't always get to
15 have fun like this.  It took me years to get to where
16 I am today.
17         Along the way I've learned some key
18 principles that can help anyone instantly speed up
19 their learning curve when it comes to profitable
20 trading.
21         One of the most important things I've
22 learned over the years and after working with
23 thousands of traders is that they need simplicity in
24 trading.
25         See, I've purchased and I've gone through a

---

6

1  lot of trading programs on the market and, man, let me
2  tell you, most of them are filled with complex
3  strategies that, frankly, most traders can't make any
4  sense of and can't put into practice.
5          That completely defeats the purpose.  If you
6  can't make money with it, then what's the point?  But
7  that changes today.
8          When it comes to simplicity, there is no
9  better system than what I've recently developed for
10 you today.
11         I'm breaking it down to the simplest,
12 easiest to understand and follow system that you have
13 ever seen.  For the first time ever I'm giving traders
14 just like you access to my highest conviction idea
15 every single week before the market opens on Monday.
16         It's called bullseye trades.  Look, I do all
17 the homework and research during the week and you get
18 to piggyback off my single best idea for the week
19 ahead.
20         I have literally thousands and thousands of
21 people paying me top dollar every year for my insights
22 and trading ideas.
23         But this is the first time I've ever made it
24 possible for you to get access to my top pick every
25 single week.

---

7

1          I'm talking about a real idea each and every
2  week that I'm planning to put my real money into.  And
3  the best thing is is that you can see it all before it
4  even happens.
5          I lay out everything for you.  I tell you
6  exactly what my plan is for the week, even before it
7  begins, so you can trade right alongside of me if you
8  want.
9          You know, Monday's always right around the
10 corner, so do not miss out on joining me with the next
11 incredible trade for the week ahead.
12         I'm aiming to make over 100 percent profit
13 each and every week with these ideas and I'm really
14 good at it.  I have made literally hundreds of trades
15 where I've made well over 100 percent on it.
16         Some of these I used to think were unreal
17 profits, I mean I'm talking 50,000, 60, even
18 100,000 dollars in a matter of days.
19         I mean in my former jobs I never even
20 thought something like this was possible.  How about
21 over 50,000 dollars trading Apple, or 70,000 dollars
22 in Wynn in just a few days.
23         In fact, I'm staying at their hotel today
24 thanks to those profits and thank you, Wynn.  Or about
25 over 80,000 dollars trading Amazon in a single day.

---

8

1          And one of my favorites of all time,
2  100,000 dollars trading Five Below in just a couple
3  days.  Can you believe that, over 100,000 dollars
4  profit.  That's enough to buy a lifetime supply of
5  stuff from Five Below.
6          I could go on and on, but you get the idea.
7          Again, yes, these are actual snapshots right
8  off my phone showing real money trades from my
9  personal trading account.
10         I grab them off my phone since I usually
11 trade off my phone during the day.  In fact, if you
12 want to, I'll show you some really easy ways that you
13 can do this, too, if you want.
14         These are not some glorified stock market
15 game or system that back tests what could have been or
16 what should have been.
17         These are actual profits and trades made
18 from my real money portfolio.  And I share trades like
19 this each and every week with my members before I make
20 the trades.  Who else does that?  I'm telling you, no
21 one does that.
22         Actual profits that I was able to pull out
23 of the market in just a matter of days and put right
24 into my pocket.
25         It's not only life changing, but it's an

---

2 (Pages 5 to 8)

Attachment BB          PX 27, 1971

Bullseye Trading

Raging Bull, LLC                                                                    7/13/2020

---

9

1  amazing feeling and I want you to experience the same
2  knowledge.
3          I'm spotting these ideas all the time, week
4  after week, and I do not want you to miss the next
5  one.
6          Like I said, many people pay me upwards of
7  5,000 dollars each and every year for my ideas and
8  they get access to my thoughts on the market and they
9  are getting a huge value out of it.
10         How do I know?  Well because they stick with
11 me year after year after year.  I'm one of the most
12 widely-followed stock market commentators and traders
13 out there.
14         You've probably seen me quoted on Wall
15 Street Journal or Forbes or U.S. News and the World
16 Report, even Seeking Alpha.  Or maybe live in some
17 on-screen news like Cheddar, Yahoo, Ameritrades daily
18 streaming channel.
19         I've even rang the bell at the Nasdaq and
20 stood next to some of the biggest hitters on Wall
21 Street right on the floor of the New York Stock
22 Exchange.
23         The point is, I have developed an uncanny
24 sense for trading over the years.  No one has a read
25 on the stock market or makes trades like I do on such

---

10

1  a consistent basis or shows people real money trading
2  profits like I do.  No one.  Look, I know a
3  5,000 dollar training program is not for everyone.
4  And, look, I get it, like I said, I'm doing something
5  I've never done before today.
6          I'm offering an insanely valuable version of
7  this for just 49 dollars.  Yup, you heard me right,
8  just 49 bucks and you can trade right alongside of me
9  this very week.
10         Just a small, one-time fee, no recurring
11 charges and no further obligation at all.  Just my
12 best idea this coming week delivered to you directly
13 before the market opens on Monday.
14         Also, absolutely free right now I'm going to
15 give you my trader's black book which details for you
16 exactly how I find stocks to trade, how I know exactly
17 which options contract to use, when to make an entry
18 into a trade and how to make the most profit possible
19 from this, all while keeping my risk limited.
20         If you don't know anything about trading
21 options and none of that makes sense to you, don't
22 worry about it.  I'm going to hold your hand and
23 pretend you know absolutely nothing about the stock
24 market.
25         We'll start on the ground floor and you'll

---

11

1  get all the most important info I've learned over
2  20 years of trading.  That's right, 20 years of
3  trading all boiled down to what I consider my most
4  prized trading manual.
5          These lessons you're going to learn in this
6  step-by-step guide are instantly going to make you a
7  better trader, no matter if you're brand new to the
8  market or if you've been trading for over a decade.
9          You will learn how to approach the market
10 with clinical accuracy and trade like never before.
11         This guide alone is worth hundreds of
12 dollars and I'm going to include it today absolutely
13 free because I want to stack the odds in your favor as
14 much as possible.
15         Bullseye trades can work for everyone.  I
16 can never guarantee what will happen for you, but if
17 you're thinking you can't do this, then think again.
18         I'm telling you, this has worked for
19 tons of people, not just myself.  Let me read to you
20 some actual client testimonials from folks who have
21 paid good money to join my service.
22         These guys are just as pumped as I am and
23 it's working for them, just like it's going to work
24 for you, too.
25         Maybe you will be like actual bullseye

---

12

1  member Bruce who said Jeff, I got in at $1.30, I sold
2  at $2.80, my first triple digit profit at 115 percent,
3  made 6,000 dollars.  Thank you, thank you, thank you.
4          Or Nadirmi who said Jeff, so far all of the
5  bullseye trades have been profitable for me.  I
6  couldn't thank you enough.  So glad I signed up.
7          Or how about Michael who said I could have
8  gotten a bit more profit, but I will take a 70 percent
9  win, that is five weeks in a row of 500 dollar profit
10 for my small account.
11         And I get so many from first-timers like
12 this.  Lester, who says first trade with you, made an
13 easy 25 percent.  Thanks, Jeff.
14         Or like Rick who said in at 257, out at 370.
15 First trade ever, woo-hoo.
16         It's really amazing to see so many people
17 having so much success with this system.  I love
18 hearing stories like this week after week and I really
19 want to hear from you soon.
20         I've been trading a long time now, but I
21 still get excited when the opening bell rings on
22 Monday morning.  I get fired up and I'm ready for the
23 week ahead, because I already know the exact trade I'm
24 going to get into.
25         Even though I've done this hundreds and

---

3 (Pages 9 to 12)

Attachment BB            PX 27, 1972

Bullseye Trading

Raging Bull, LLC                                        7/13/2020

13

1  hundreds of times, I'm still super pumped to get up
2  each and every week as I know I'm probably going to
3  make more money.  It's just a question of how much.
4       Now here's the reality, nobody wants to talk
5  about it, we've all been told work hard, study, you
6  learn a lot and you become satisfied with mediocre
7  profits that everyone else gets.
8       But admit it, you secretly want to be a lazy
9  trader.  It's okay.  Deep down we all want to be lazy
10  and we all want to make money.  You need to learn to
11  work smarter, not harder.
12       The only way to truly get ahead in life is
13  to find ways to exponentially multiply the value of
14  your time, just like you can do with trading.
15       What I mean is there is no limit to the
16  amount of money you can make trading.  There is a
17  limit, however, to what you can make work, whatever
18  job you have right now.
19       You are not going to build real wealth by
20  simply working more hours.  The system just doesn't
21  value your time enough and you can never beat the rat
22  race that way.
23       Let's break this down into real world terms,
24  if I had the choice of studying endless courses,
25  videos, training materials, or simply getting one

14

1  trade idea a week from one of Wall Street's top minds,
2  which do you think I'd want to do?
3       Of course the answer is stupidly simple, of
4  course you want to focus just on the best trade each
5  and every week.  Who doesn't?  You want to make the
6  most money possible with the least amount of effort
7  possible, right.
8       Well I have designed this system exactly for
9  that.  You cannot get any simpler than this.  With
10  bullseye trades, you get one single trade once a week
11  that I am aiming for 100 percent profit on.  I'll lay
12  out my best idea for you and if you decide you like it
13  too, great.  All you have to do is set up your trade
14  before the market opens and then go about your week.
15       It literally takes less than five minutes a
16  week to put into play and that's it.  There's no
17  endlessly checking stock quotes.  There's no watching
18  the stock market tick by tick during the day in front
19  of a computer screen.
20       You are probably just like me, way too busy
21  to sit around trying to manage trading while you're
22  also juggling a family, a career and all the other
23  demands that we all have to deal with every day.
24  Who's got time for that?
25       I could care less what the stock market does

15

1  each week.  I'm happy with the one trade that I'm
2  focused on and how quickly it can make me a profit.
3       Sometimes it can happen in a day, sometimes
4  it can take a week, maybe even a little bit longer.
5       Let's be honest, sometimes the ideas just
6  don't pan out, and that's okay.  The great thing is
7  that there's always a new idea each and every week.
8       Focusing on a single trade enables me to
9  have patience, to filter out all the noise from the
10  rest of the market.  I could really care less about
11  all those talking heads on TV who are telling me what
12  to worry about all the time and what to do.
13       Learn to turn off the noise and focus on
14  what's truly important.  It all can come down to just
15  one trade each and every week, promising you
16  simplicity and consistency, and best yet, I'm
17  convinced that this trading system is going to work
18  for you.
19       I'm convinced of it.  In fact, I'm so sure
20  of this system that I don't want you to have any risk
21  in this at all.  That's right, today you are going to
22  risk absolutely nothing.
23       Get this, if you don't at least double your
24  money back this very weak, I want you to call my
25  personal VIP team.  They are instantly going to give

16

1  you access to my bullseye trades until it does work
2  for you, all at no added cost.
3       There's no strings attached.  You get
4  everything for as long as it takes to double your
5  money back and more.  That's how confident I am in
6  this.  Double your money back guarantee.
7       Where else in the world are you going to
8  find an offer like this?  You have literally nothing
9  to lose here.
10       I'm even going to throw in one more offer to
11  help you achieve success quicker.  Usually this is
12  reserved only for my top paying clients.
13       The profit kick starter course is a
14  combination of my 10 favorite trading videos.  I've
15  put these altogether covering the most important
16  aspects of trading.
17       These have helped thousands and thousands of
18  people take their trading game to the next level and
19  they are going to do the same thing for you.
20       So let's get going.  By now I know you are
21  really excited to get started, so what are you waiting
22  for.  This is the absolute best offer I've ever made
23  and I want you to join me right now.  On Monday
24  morning this week I'm going to be back ready to attack
25  the market with my best trade idea and take down some

4 (Pages 13 to 16)

Attachment BB              PX 27, 1973

Bullseye Trading

Raging Bull, LLC                                                    7/13/2020

17

1 big profits.
2        Click the link right now to get started.
3 You are instantly going to get access, lifetime access
4 to the trader's black book, the profit kick starter
5 course and, most importantly, my next actual trading
6 idea that I'm planning to put my real money into this
7 week.
8        This all normally sells for nearly
9 1,000 dollars. But I want you to have it risk free
10 right now, so just 49 dollars. Goodness, this is a
11 ridiculous offer; and I'm even guaranteeing it for
12 you. That's how special it is.
13        I mean, look, these are huge trades
14 happening in the market each and every week, if you
15 know where to look. So many people are taking
16 advantage and now it's your turn.
17        This is something you simply cannot afford
18 to miss out on right now. Again, you've got nothing
19 to lose and everything to gain here.
20        So get started right now. Join me for the
21 next bullseye trade this week.
22        (Brief pause in presentation.)
23        JEFF BISHOP: Hey there, thanks for looking
24 into bullseye trades.
25        Look, I've worked with thousands of people

18

1 over the years and there's one thing I know, is that
2 they want simplicity in their trading. And it does
3 not get any simpler than this.
4        Bullseye trades is going to totally
5 transform the way you look at trading. I know you're
6 probably busy, you don't have a lot of time to put
7 into this.
8        I do all the heavy lifting, all the homework
9 for you and it comes down to one single trade. Can it
10 get any easier than that? I'm talking one trade a
11 week. It's going to take you a few minutes to look at
12 and a few minutes to put into action each and every
13 week.
14        I'm saying Monday morning before the market
15 opens, take a few minutes, take a look at this trade.
16 Every Monday before the market opens I'm delivering to
17 you what I think is the best trade for the week ahead.
18 This is my highest conviction idea that I'm going to
19 put my real money into each and every week.
20        You can follow along right with me. I tell
21 you exactly what trade it is, what the exact price is
22 and what I'm looking to get out of it. And I'm not
23 looking for a little bit of profit, I'm looking for
24 100 percent or more each and every week.
25        And this is what you need to make consistent

19

1 profits week after week. It doesn't take a lot of
2 time. Anyone can do this. I show you exactly how to
3 do it. Best yet, I show you the exact trade I'm
4 looking into.
5        Does it get any better than that? Take a
6 few minutes, just enter your information right now,
7 let me know how we can get started.
8        There's a new trade coming up this Monday
9 and I guarantee you you don't want to miss it.
10        (Brief pause in presentation.)
11        JEFF BISHOP: This is the high octane
12 system, okay. Like I said, I've used this for years,
13 I've been refining it to really turbo charge my own
14 profits and I'm going to show you how you can take
15 some simple indicators and really learn how to take
16 your performance to the next level as well.
17        A lot of times we're so uncertain about when
18 to enter or exit a stock, but a system as simple as
19 this can really give you confidence and know when to
20 get in and when to get out. I use it all the time.
21        I'm going to show you what I do, my
22 parameters for how I do it, how I set it up and how
23 you can do the same thing, too, if you want.
24        It's called high octane and here it is.
25        But first, we always have a disclaimer. So,

20

1 I'm not a financial advisor, I don't know anything
2 about your situation.
3        You are big boys and girls. You need to
4 make your own decisions out there with your money and
5 what you do and how you trade.
6        All I can show you is what I've done over
7 the years and how I've applied it. It's worked for
8 me, I hope it works for you, too, if you decide to
9 take it on.
10        So if you're ready, buckle up, butter cup,
11 let's go. It's time to get going here. Let's
12 (inaudible) this afternoon.
13        Today I'm going to teach you my high octane
14 system that can help give you confidence, clarity and
15 conviction when you're looking to make trades.
16        So often we just don't know when to pull the
17 trigger on a trade. You see something going up, up,
18 up, up, you don't know when it's about to reverse.
19 You don't know when to make the trade to the other
20 side, or you see it going lower and lower and lower,
21 you don't know when to make the move.
22        This simple system can show you exactly when
23 it is an ideal point to do that, right.
24        It's very clear. Gives you a lot of clarity
25 on when to make the trades. I'll show you how I set

5 (Pages 17 to 20)

Attachment BB                                    PX 27, 1974

Bullseye Trading

Raging Bull, LLC

7/13/2020

21

1 that up and how you can start looking at the same
2 things --
3                    (Whereupon Bullseye Trading
4                    was concluded)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

22

1          CERTIFICATE OF TRANSCRIPTIONIST
2
3          I, Monica Voorhees, do hereby certify that
4 the foregoing proceedings and/or conversations were
5 transcribed by me via CD, videotape, audiotape or
6 digital recording, and reduced to typewriting under my
7 supervision; that I had no role in the recording of
8 this material; and that it has been transcribed to the
9 best of my ability given the quality and clarity of
10 the recording media.
11          I further certify that I am neither counsel
12 for, related to, nor employed by any of the parties to
13 the action in which these proceedings were
14 transcribed; and further, that I am not a relative or
15 employee of any attorney or counsel employed by the
16 parties hereto, nor financially or otherwise
17 interested in the outcome of the action.
18
19 DATE:  October 21, 2020
20
21
22          _____
23          MONICA VOORHEES
24          Transcriptionist
25

6 (Pages 21 to 22)

Attachment BB
PX 27, 1975

**Page 1**

```
                    OFFICIAL TRANSCRIPT PROCEEDING

                    FEDERAL TRADE COMMISSION

        MATTER NO.      2023073

        TITLE           RAGING BULL, LLC

        DATE            RECORDED: DATE UNKNOWN
                        TRANSCRIBED:  JULY 20, 2020
        PAGES           1 THROUGH 55

           Daily Deposits_Recorded from Weekly Windfalls Ad
```

```
                    For The Record, Inc.
        (301) 870-8025 - www.ftrinc.net - (800) 921-5555
```

**Page 3**

```
1               FEDERAL TRADE COMMISSION
2
3   In the Matter of:           )
4   Raging Bull, LLC            )  Matter No. 2023073
5                               )
6   ----------------------------)
7                                     Date Unknown
8
9
10
11        The following transcript was produced from a
12  digital file provided to For The Record, Inc. on June
13  30, 2020.
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 2**

```
1               FEDERAL TRADE COMMISSION
2                     I N D E X
3
4   RECORDING:                               PAGE:
5   Daily Deposits_Recorded from Weekly Windfalls Ad  4
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 4**

```
1             P R O C E E D I N G S
2             -   -   -   -   -
3   Daily Deposits_Recorded from Weekly Windfalls Ad
4        JEFF BISHOP:  -- founder of RagingBull.com
5   and the head option trader.  Today, I want to talk to
6   another fellow option trader, Davis Martin.  He's
7   going to tell us about a brand new system he has
8   called Daily Deposits.  This is how you can have one
9   single trade delivered every day before the market
10  starts for maximum profits.  It's an incredible system
11  and he's going to tell us all about it.  So thank you
12  so much for coming today, Davis.
13        DAVIS MARTIN:  Hey, Jeff, thanks for having
14  me.  I'm excited to tell you about Daily Deposits.  I
15  can't wait.
16        JEFF BISHOP:  Yeah.  I mean, this is --
17  everyone's going to love hearing about this.
18        DAVIS MARTIN:   This is revolutionary.  I'm
19  confident people are going to love it.
20        JEFF BISHOP:  So a lot of people don't know
21  who you are.  They're not familiar with Daily Profit
22  Machine, which is your flagship service.
23        DAVIS MARTIN:  Yes, it is.
24        JEFF BISHOP:  Can you tell us more about who
25  you are, kind of where you came from, your college
```

PX 27, 1976

Daily Deposits_Recorded from Weekly Windfalls Ad

Raging Bull, LLC                                                    7/22/2020

---

5

1  background a little bit, and how you got into option
2  trading?
3          DAVIS MARTIN:  Absolutely.  I'd be happy to.
4  So I grew up in New England.  I wound up at Boston
5  College --
6          JEFF BISHOP:  Mm-hmm.
7          DAVIS MARTIN:  -- to get my BS in
8  mathematics.
9          JEFF BISHOP:  That's a great college.
10         DAVIS MARTIN:  Thanks.  And I had a blast
11  there.  I love math.  It's really my calling.  I'm a
12  very numbers-oriented individual to begin with.
13         JEFF BISHOP:  Yeah.
14         DAVIS MARTIN:  So when I got accepted into
15  the program, I couldn't have been happier.  And from
16  there, I worked my hardest to keep my grade point
17  average up.  I always paid attention in class, et
18  cetera.  I went on to get a Master's as well.
19         JEFF BISHOP:  Huh.  So you kind of focused
20  in that finance area, towards that?
21         DAVIS MARTIN:  That's -- that's what I like
22  to keep my eyes on, numbers.  Numbers catch my
23  attention easily and I am -- I have a calling for it.
24         JEFF BISHOP:  Yeah.  So you kind of
25  discovered options in college?

---

6

1          DAVIS MARTIN:  Essentially, yeah.
2          JEFF BISHOP:  Yeah.  Some of that -- I mean,
3  that was the first time I ever became introduced to
4  them.
5          DAVIS MARTIN:  Yeah.
6          JEFF BISHOP:  I had an intro to finance
7  class --
8          JEFF BISHOP:  -- and I really loved finance
9
10  after that.
11         DAVIS MARTIN:  Yeah.
12         JEFF BISHOP:  And so I kind of went down
13  that track and I found options later on in college.
14         DAVIS MARTIN:  Mm-hmm.
15         JEFF BISHOP:  And that was the first time I
16  had ever heard about it.
17         DAVIS MARTIN:  Yeah.
18         JEFF BISHOP:  So it really caught my
19  attention.
20         DAVIS MARTIN:  Discovering options really, I
21  think, as you would agree maybe, is probably step one.
22  You got to know about them first, right?
23         JEFF BISHOP:  Yeah.
24         DAVIS MARTIN:  And it's interesting that you
25  mentioned the finance class because that's actually

---

7

1  how I came across to discover options trading.  Now,
2  this was before I got married to my beautiful wife and
3  we had a son together.  He's growing up quickly.  He's
4  three years old.  But in one particular finance class,
5  we were speaking upon compound interest.
6          JEFF BISHOP:  Mm-hmm.
7          DAVIS MARTIN:  You may be familiar with that
8  subject --
9          JEFF BISHOP:  Sure.
10         DAVIS MARTIN:  -- but it's basically just --
11  I was in college during a financial crisis, right?
12         JEFF BISHOP:  Yeah.
13         DAVIS MARTIN:  But they still wanted to talk
14  about compound interest and being optimistic about it.
15  So I'm like, hey, let's have at it, and I'm paying
16  very close attention because taking some money and
17  turning into more and more and more money --
18         JEFF BISHOP:  Yeah.
19         DAVIS MARTIN:  -- just caught my attention.
20         JEFF BISHOP:  Yeah.  It's so powerful.
21  Albert Einstein called that the eighth wonder of the
22  world.
23         DAVIS MARTIN:  Yeah.
24         JEFF BISHOP:  Compound interest.
25         DAVIS MARTIN:  Right, right, definitely.

---

8

1  And the professor kept using the S&P 500 as an
2  example.
3          JEFF BISHOP:  Mm-hmm.
4          DAVIS MARTIN:  And that immediately caught
5  my attention.  He talked about SPY --
6          JEFF BISHOP:  Yeah.
7          DAVIS MARTIN:  -- the exchange traded fund,
8  which mirrors the S&P 500 as an example, and he
9  mentioned it outside of the Dow Jones and NASDAQ,
10  which I had already heard about, et cetera, et cetera.
11  So I'm thinking, why is he talking about the S&P 500
12  when he could be talking about the Dow, he could be
13  talking about the NASDAQ.  He could be talking about,
14  you know, the VGK.  He could be talking about China.
15  He could be talking about Italy, et cetera --
16         JEFF BISHOP:  Yes.
17         DAVIS MARTIN:  -- et cetera, et cetera.  So
18  I already had a brokerage account.  So I do my due
19  diligence after class and I look into it.  I see how
20  actively traded this thing is, how much volume there
21  is inside of SPY itself, the exchanged traded fund
22  which tracks the S&P 500.
23         JEFF BISHOP:  Mm-hmm.
24         DAVIS MARTIN:  I immediately kind of
25  reinforce the comparison between the S&P 500, a basket

---

2 (Pages 5 to 8)

Attachment CC                         PX 27, 1977

Daily Deposits_Recorded from Weekly Windfalls Ad

Raging Bull, LLC                                                                7/22/2020

---

9

1  of 500 huge companies, versus the Dow, 30 stocks, kind
2  of puts that two and two together in terms of volume,
3  activity and liquidity, and I see the options chain
4  and some of the numbers on it make it very clear to me
5  that people love those options.  I was looking at
6  those -- that options chain --
7       JEFF BISHOP:  Yeah.
8       DAVIS MARTIN:  -- I'm not the only one
9  looking at that options chain.  A lot of sentiment, a
10  lot of liquidity.
11       JEFF BISHOP:  Like you said, the S&P is the
12  500 most important companies in the whole country.
13       DAVIS MARTIN:  Yeah.
14       JEFF BISHOP:  So probably the biggest
15  economic country in the world --
16       DAVIS MARTIN:  Mm-hmm.
17       JEFF BISHOP:  -- and the 500 most important
18  stocks --
19       DAVIS MARTIN:  Mm-hmm.
20       JEFF BISHOP:  -- all traded in one EFT, or
21  we're going to call it stock along with the options.
22  So it makes a lot of sense to focus on that one thing
23  trade -- you can make one trade on all of those in
24  one.  So that really is the most powerful trade you
25  can make.
       DAVIS MARTIN:  I believe so.  And --

---

10

1       JEFF BISHOP:  And it's the most liquid.  So
2  you have the most buyers and sellers of any single
3  stock out there and the same thing with the options.
4  So it makes a lot of sense to focus on that one thing
5  as the most important.
6       DAVIS MARTIN:  Hey, if it ain't broke, don't
7  fit it, right?
8       JEFF BISHOP:  Exactly.
9       DAVIS MARTIN:  Yep.
10       JEFF BISHOP:  So what's your daily routine
11  like?  I know you get up early, you love to work out,
12  you're in great shape.  You got plenty of time to look
13  at the markets.  What's your day like?
14       DAVIS MARTIN:  Funny you asked that.  Today
15  alone, actually -- I'll use today as an example.  I
16  was up at 3:00 a.m., spent about an hour researching
17  markets, primarily overseas markets.  You know, we had
18  a little news.  And taking a look at overseas markets,
19  seeing what the reaction was.  I'm up at 3:00 a.m.
20  And --
21       JEFF BISHOP:  Why?
22       DAVIS MARTIN:  -- essentially -- I like to
23  get a jump start on the day.  Beat the sun up, don't
24  let the sun beat you up is what I say to myself.
25       JEFF BISHOP:  Some guys are like that.  I

---

11

1  was never a really early bird like that.
2       DAVIS MARTIN:  Yeah.
3       JEFF BISHOP:  Good for you.
4       DAVIS MARTIN:  That's me.  Since the day I
5  got my driver's license, I said, I'm going to the gym
6  every morning after school just because I can.
7       JEFF BISHOP:  Right, fantastic.
8       DAVIS MARTIN:  And I'm like, you know what,
9  come home, my parents are like, you already back?  I
10  was like uh-huh, here I am.
11       JEFF BISHOP:  I love it.  I hear you in the
12  morning and you've already had your workout for the
13  day.
14       DAVIS MARTIN:  Yep.
15       JEFF BISHOP:  You've already done your
16  research on the markets?
17       DAVIS MARTIN:  Yep.
18       JEFF BISHOP:  I'm just getting up, so...
19       DAVIS MARTIN:  Yeah.
20       JEFF BISHOP:  So let's get to it.  So
21  explain to me what the Daily Deposit is.  What is the
22  system all about and how did you devise it?
23       DAVIS MARTIN:  Mm-hmm.
24       JEFF BISHOP:  So tell us about this.
25       DAVIS MARTIN:  Well, there are over 10,000

---

12

1  stocks out there, right?  I like to isolate in terms
2  of what's the most important, where's the most
3  liquidity, where's the most sentiment and what's going
4  to be the easiest to execute upon, right, for those
5  compounding returns which can ideally lead to
6  consistent gains and consistent making money here.  So
7  (inaudible) --
8       JEFF BISHOP:  So we nail it down to one
9  stock, basically.
10       DAVIS MARTIN:  SPY.
11       JEFF BISHOP:  SPY, right?
12       DAVIS MARTIN:  The ETF --
13       JEFF BISHOP:  Okay.
14       DAVIS MARTIN:  -- which covers the S&P 500.
15       JEFF BISHOP:  So that makes a lot of sense.
16  You focus on the most important stock out there --
17       DAVIS MARTIN:  Mm-hmm.
18       JEFF BISHOP:  -- and drill down on that
19  every single day?
20       DAVIS MARTIN:  Exactly that.
21       JEFF BISHOP:  Okay.
22       DAVIS MARTIN:  Then I pair it with an option
23  of interest.
24       JEFF BISHOP:  Okay.
25       DAVIS MARTIN:  Now, these options only have

---

3 (Pages 9 to 12)

Attachment CC          PX 27, 1978

Daily Deposits_Recorded from Weekly Windfalls Ad

Raging Bull, LLC                                                               7/22/2020

---

13

1   two directions.  There are buying to open call
2   options.  That's anticipating a green move.  There are
3   buying to open put options.  That's anticipating a red
4   move.
5         JEFF BISHOP:  So you can make money on
6   either side.
7         DAVIS MARTIN:  Yeah.
8         JEFF BISHOP:  So if the stock goes up or
9   down --
10        DAVIS MARTIN:  Oh, yeah.
11        JEFF BISHOP:  -- you're able to profit from
12  it.
13        DAVIS MARTIN:  Oh, I can't stand when I see
14  people sitting on their hands and losing money in red
15  markets and stuff and I see members --
16        JEFF BISHOP:  Yeah.
17        DAVIS MARTIN:  -- coming across making some
18  of their best days ever in red markets.
19        JEFF BISHOP:  Yeah.  That's -- for me, I
20  mean, some of my best profits ever --
21        DAVIS MARTIN:  Yeah.
22        JEFF BISHOP:  -- are in markets where it
23  goes down --
24        DAVIS MARTIN:  Yeah.
25        JEFF BISHOP:  -- because the options, you

---

15

1         JEFF BISHOP:  Mm-hmm.
2         DAVIS MARTIN:  -- was during that --
3         JEFF BISHOP:  Yeah.
4         DAVIS MARTIN:  -- decline.
5         JEFF BISHOP:  Well, you must have been
6   betting against the market then, right?
7         DAVIS MARTIN:  I -- oh, yeah, you bet I was.
8         JEFF BISHOP:  Yeah.  That was -- that was a
9   great time.
10        DAVIS MARTIN:  Yeah, yeah.
11        JEFF BISHOP:  A lot of people lost a lot of
12  money, but there was also a lot of people making a lot
13  of money on the other side of that trade.
14        DAVIS MARTIN:  Yeah, definitely.
15        JEFF BISHOP:  That's great.  Okay.  So we're
16  focusing on one stock.  It's sent out before the
17  market starts.
18        DAVIS MARTIN:  Mm-hmm.
19        JEFF BISHOP:  Because you've had plenty of
20  time to research it.
21        DAVIS MARTIN:  I have a six-hour jump start
22  on when I release my --
23        JEFF BISHOP:  You're probably ready for
24  lunch or a nap by the time the market opens, right?
25        DAVIS MARTIN:  I guess you could say that.

---

14

1   can profit so quickly when something falls.
2         DAVIS MARTIN:  Mm-hmm.
3         JEFF BISHOP:  So I'm glad to hear that you
4   can profit on the up-side and down-side.
5         DAVIS MARTIN:  Yeah.
6         JEFF BISHOP:  I think too many people are
7   only focused on the up-side.
8         DAVIS MARTIN:  Yeah.
9         JEFF BISHOP:  They either sit out down
10  markets or they lose a lot of money in the process --
11        DAVIS MARTIN:  Yeah.
12        JEFF BISHOP:  -- when they should be
13  welcoming --
14        DAVIS MARTIN:  Mm-hmm.
15        JEFF BISHOP:  -- down markets.  Because you
16  can make a lot of money, right?
17        DAVIS MARTIN:  Mm-hmm, yeah.  Oh, yeah,
18  definitely.  I don't know about -- the first quarter
19  of 2018 scared a lot of people, right?
20        JEFF BISHOP:  Mm-hmm.
21        DAVIS MARTIN:  It didn't necessarily have
22  to.  We were -- yes, we were in a huge downturn.  It
23  caught a lot of people off guard.  But during that
24  streak, I actually -- the trade of the day of all time
25  with the largest profit percentage potential --

---

16

1   Yeah.  So I hit my keyboard usually starting around
2   8:00.  I've had plenty of time to analyze the markets.
3   I've already gotten my workout in, just to get into,
4   you know, doer mode.  And I've had plenty of time to
5   analyze the markets, Headline News, et cetera.  I get
6   to work.  I do my due diligence
7         Now, I narrow about -- what I consider to
8   be, let's say, 15 paragraphs into one nice, easy-to-
9   follow game plan.
10        JEFF BISHOP:  Mm-hmm.
11        DAVIS MARTIN:  That is on one stop, SPY.
12  One time, 30 minutes prior to market open.  In my
13  case, that's 9:00 Eastern time.  And one game plan.
14        JEFF BISHOP:  Yeah.
15        DAVIS MARTIN:  That's essentially it.  I
16  narrow it down to my best ideas, short and sweet,
17  simple -- everyone loves simple -- 30 minutes prior to
18  open.  One stop, one time, one game plan, and let's
19  go.
20        JEFF BISHOP:  I love that.  The more simple
21  it is, the more people can follow it and profit from
22  it.
23        DAVIS MARTIN:  Mm-hmm.
24        JEFF BISHOP:  I think we overcomplicate
25  things all the time.

---

4 (Pages 13 to 16)

Attachment CC                    PX 27, 1979

Daily Deposits_Recorded from Weekly Windfalls Ad

Raging Bull, LLC                                                                7/22/2020

17

1       DAVIS MARTIN:  Mm-hmm.
2       JEFF BISHOP:  There's too many indicators,
3   there's too much analysis.
4       DAVIS MARTIN:  Mm-hmm.
5       JEFF BISHOP:  We simply need one direction
6   and one trade to go off of --
7       DAVIS MARTIN:  Yeah.
8       JEFF BISHOP:  -- and stick to it.
9       DAVIS MARTIN:  Mm-hmm.
10      JEFF BISHOP:  We have defined risk and
11  defined profit.  We're probably going to be successful
12  more often than not.
13      DAVIS MARTIN:  Yeah.
14      JEFF BISHOP:  I love the simplicity of the
15  system.
16      DAVIS MARTIN:  Hey, thanks.  I try to keep
17  it simple for a reason.
18      JEFF BISHOP:  Right.  So let's get right
19  into it.  So just tell us about the Daily Deposit
20  System.  I've heard so many good things about it.  In
21  fact, I got to be honest.  I've started to use it
22  myself recently.  I'll talk about that in a little
23  bit.
24      DAVIS MARTIN:  I want to know more, good.
25      JEFF BISHOP:  It's actually pretty good.  So

18

1   I love the simplicity of the system and I want to
2   share with everyone how you devised it and what it
3   actually is.
4       DAVIS MARTIN:  That's a great question.  So
5   there are over 10,000 stocks out there, right?  And a
6   lot of people want to overcomplicated the market --
7       JEFF BISHOP:  Yeah.
8       DAVIS MARTIN:  -- regularly.  Also, a lot of
9   people are simply unaware or unable to put together a
10  system which can profit ideally in green markets and
11  in red markets, right?
12      JEFF BISHOP:  Right.
13      DAVIS MARTIN:  Two types of options.
14      JEFF BISHOP:  Yeah.
15      DAVIS MARTIN:  Call options, put options.
16  Buy to open call options, you want to make money in
17  green markets.  Buy to open put options, you want to
18  make money in red markets.
19      JEFF BISHOP:  Right.
20      DAVIS MARTIN:  Now, when I was in college, I
21  was going through a finance course --
22      JEFF BISHOP:  Mm-hmm.
23      DAVIS MARTIN:  -- and in that finance
24  course, we were talking about compounding interest,
25  right?  And that concept is something that I love.

19

1   Take some money, make it more money, make it more
2   money, make it more money.
3       JEFF BISHOP:  Absolutely.
4       DAVIS MARTIN:  And even that was during the
5   financial crisis, right, that we're still talking
6   about compounding interest.  And the professor was
7   using the S&P 500 as an example.  Mentioned SPY, the
8   ETF, the exchanged traded fund, or the stock, if you
9   will, which covers the S&P 500, used it as an example.
10  So I went straight to my brokerage account, looked at
11  the options on it and found out that I definitely
12  wasn't the only one interested in it.
13      JEFF BISHOP:  Right.
14      DAVIS MARTIN:  I took it from there and say,
15  wow, this thing is much more liquid, looks much easier
16  to trade with a much easier entry and exit than
17  something like the Dow Jones or the NASDAQ or --
18      JEFF BISHOP:  Mm-hmm.
19      DAVIS MARTIN:  -- really anything across the
20  world, right?  So that's initially what got me into
21  options and initially what made me hyper-focused --
22      JEFF BISHOP:  Mm-hmm.
23      DAVIS MARTIN:  -- on using SPY to create My
24  Daily Deposits.
25      JEFF BISHOP:  That's great.  I mean, I love

20

1   the simplicity of just one stock.  There's 10,000,
2   like you said, but there's one thing that's most
3   important.  It's the S&P 500.  If you're not sure, the
4   S&P 500 are the 500 largest, most important companies
5   in America, probably the world, and they're all traded
6   in one single trade with the SPY.  So we can trade
7   options, we can trade through a stock.  But in one
8   trade, you can basically trade the entire U.S. economy
9   in one shot.  So it's a huge trade.
10      DAVIS MARTIN:  Mm-hmm.
11      JEFF BISHOP:  It's very liquid.  That means
12  there's lots of people on both sides of the trade.  So
13  the options are very liquid.  You can easily get in
14  and out.
15      DAVIS MARTIN:  Mm-hmm.
16      JEFF BISHOP:  That's two things that I
17  really love about it and I love why you focus on that
18  in particular.
19      DAVIS MARTIN:  Mm-hmm.
20      JEFF BISHOP:  Yeah.  And another thing which
21  I love about my system and I know others love about my
22  system as well is there's one time, right?
23      JEFF BISHOP:  Right.
24      DAVIS MARTIN:  I alert My Daily Deposits 30
25  minutes prior to the market opening.

5 (Pages 17 to 20)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Attachment CC          PX 27, 1980

Daily Deposits_Recorded from Weekly Windfalls Ad

Raging Bull, LLC

7/22/2020

21

1      JEFF BISHOP:  Mm-hmm.
2      DAVIS MARTIN:  For me, that's 9:00 a.m.
3 Eastern time.  So 30 minutes prior to market open,
4 given the fact that I wake up at 3:00 a.m. to do
5 my homework, I've already got six hours of due
6 diligence --
7      JEFF BISHOP:  Yeah.
8      DAVIS MARTIN:  -- or work time into
9 analyzing news, headlines, what can I do this morning,
10 what moved markets overnight.
11      JEFF BISHOP:  Mm-hmm.
12      DAVIS MARTIN:  Day by day, not week by week,
13 not minute by minute, but each and every day, what is
14 there to look at, what are overseas markets looking
15 like, how can this trade be essentially perfect for
16 members.
17      JEFF BISHOP:  All right.  So what I want to
18 start with here, I want to actually show some people,
19 if we can bring that up, I want to show some actual
20 trade examples of what Davis sends out every day
21 before the market opens.  Now, as you take a look at
22 these email shots, you'll see his analysis.  It's a
23 detailed analysis on what he's seeing in the S&P each
24 day, why he's making the trade.  And, most
25 importantly, if we can focus on that, it's what the

22

1 trade actually is.  So he's filtering through
2 thousands -- literally thousands of option contracts
3 every day to determine the single-best trade that he
4 thinks the S&P is going to make.
5      So one thing I really love about your system
6 is it virtually eliminates the overnight risk of
7 holding options or stocks.
8      DAVIS MARTIN:  Mm-hmm.
9      JEFF BISHOP:  I can't tell you how many
10 times I've been in a stock, I thought it was the right
11 direction, and then, you know, Trump will tweet
12 something overnight or --
13      DAVIS MARTIN:  Yeah.
14      JEFF BISHOP:  -- something happens and I'm
15 caught on the wrong side of a trade.
16      DAVIS MARTIN:  Yeah.
17      JEFF BISHOP:  So I love the fact you're
18 looking to take small base hits and try to be out in
19 the same day.  So that's fantastic.
20      DAVIS MARTIN:  Mm-hmm.
21      JEFF BISHOP:  So what I want to do now, I
22 want to show people an actual trading calendar.  So
23 this calendar, if we can pull it up here, is going to
24 show people exactly what trade Davis recommended
25 before the market opened, every single day in the

23

1 month of May.  So we just wrapped it up.
2      As you can see, this calendar is fantastic.
3 In fact, I don't think there's a losing trade in May,
4 was there?
5      DAVIS MARTIN:  Not a single one.  Plenty of
6 chances to double your money or more, in fact.
7      JEFF BISHOP:  All right.  Explain that to
8 us.  What's this about?
9      DAVIS MARTIN:  Yep, yeah.
10      JEFF BISHOP:  How do you have a whole month
11 of no losers at all?
12      DAVIS MARTIN:  Well, well, the market goes
13 both ways, right?
14      JEFF BISHOP:  Yes.
15      DAVIS MARTIN:  It goes up, down, sideways,
16 in circles.  So the way I look at it is each day is a
17 new day, each piece of news is a new piece of news.
18      JEFF BISHOP:  Mm-hmm.
19      DAVIS MARTIN:  Each -- each item which is
20 tweeted or each -- each like manufacturing index, for
21 example, news release, it doesn't -- it doesn't matter
22 to me because every day is a new day, right?  So for
23 those who are wondering in advance about whether My
24 Daily Deposits are options expiring the same day, the
25 answer is, no, the options have some time to breathe,

24

1 usually about five to seven days.
2      JEFF BISHOP:  Ah.  So that's a big piece.
3 So while you do try to get out the same day, you don't
4 have to.  If the trade doesn't work, you might hold it
5 longer.
6      DAVIS MARTIN:  Mm-hmm.
7      JEFF BISHOP:  Because the profit potential
8 might still be there later.
9      DAVIS MARTIN:  Absolutely.
10      JEFF BISHOP:  Ah, okay, that's good to know.
11      DAVIS MARTIN:  Yeah.  Yeah.  So options have
12 an expiration, and through the lifetime of the
13 contract, as you can see, it's very possible to double
14 your money or more.
15      JEFF BISHOP:  Sure.
16      DAVIS MARTIN:  Just on one trade.  I love
17 it, I love it.  Thirty minutes prior to our market
18 open.
19      JEFF BISHOP:  So I got to say, I'm a little
20 bit skeptical about any new trading system I find.  So
21 this morning, of all things, I had to test it before I
22 came into this interview.
23      DAVIS MARTIN:  You have the Daily Profit
24 Machine?
25      JEFF BISHOP:  I'm on all -- I'm on your

6 (Pages 21 to 24)

Attachment CC

PX 27, 1981

Daily Deposits_Recorded from Weekly Windfalls Ad

Raging Bull, LLC                                                                                          7/22/2020

---

25

1    list, of course.  I see what you're doing every day.
2    I don't make the trades with you typically.  I'm a
3    pretty busy guy.  But this morning, I said I've got to
4    try this out.
5         So what I did, I got your email, which I
6    have a copy right here.  Actually, printed off this
7    email.  I don't know if we can see this, but this is
8    Davis' email.  See his little pretty face on here.
9         DAVIS MARTIN:  Oh, wow.
10        JEFF BISHOP:  This is an actual email he
11   mails out to his members before the market opens.  And
12   right here where I circled in red, you can see that's
13   the actual trade that he recommended this morning,
14   about 30 minutes before the market opened.  So I've
15   got plenty of time to get on with my life.  I entered
16   my trade in before the market opens.  Got more to work
17   on.  And sure enough, within 30 minutes, I was filled
18   on that trade, and then I put a price that I wanted to
19   exit the trade later.  So within 30 minutes of making
20   the trade, I was able to get out today for over $6,000
21   on one single trade of the day.
22        DAVIS MARTIN:  That's awesome.
23        JEFF BISHOP:  That is a Daily Deposit.  That
24   is a Daily Deposit --
25        DAVIS MARTIN:  That is a Daily Deposit.

---

26

1         JEFF BISHOP:  -- right here in action.  This
2    is actual money right here today.
3         Thank you very much.  I'm buying lunch, man.
4         DAVIS MARTIN:  My pleasure, man.  You know,
5    I love to see stuff like that because that's like six
6    times what a typical doctor makes in an entire day of
7    working.  I love it.
8         JEFF BISHOP:  I mean, it's fantastic.  So I
9    couldn't believe how easy it was to put it in play.
10        DAVIS MARTIN:  Right.
11        JEFF BISHOP:  And I made one trade and then
12   I made an exit trade later, within 30 minutes, it was
13   up so much.
14        DAVIS MARTIN:  Mm-hmm.
15        JEFF BISHOP:  And from what I'm hearing now,
16   the market's back down.
17        DAVIS MARTIN:  Wow.
18        JEFF BISHOP:  So I'm glad I took my quick
19   money off the table.
20        DAVIS MARTIN:  The market can do what it
21   wants.  Go on, take the money and run, right?
22        JEFF BISHOP:  Right.  You don't have to
23   worry about it.
24        DAVIS MARTIN:  Great job.
25        JEFF BISHOP:  You just take your quick

---

27

1    profits and get on with your day.
2         DAVIS MARTIN:  Yep, absolutely.
3         JEFF BISHOP:  There was -- I can't remember
4    his name, but there was a guy on TV, he used to have
5    these rotisserie ovens he would sell.  His tag line
6    was "set it and forget it."  Remember that?
7         DAVIS MARTIN:  Oh, yeah.  Oh, yeah.  Set it
8    and forget it, baby.
9         JEFF BISHOP:  So I think about your trades
10   like that.  Like you can just set your order up,
11   forget it.  Set it and forget it.
12        DAVIS MARTIN:  Mm-hmm.
13        JEFF BISHOP:  I think that's a great way to
14   look at the system.
15        DAVIS MARTIN:  Right.
16        JEFF BISHOP:  You just enter the trade, walk
17   away and see what happens.  More often than not, you
18   might be walking into something like this.
19        DAVIS MARTIN:  So let me straighten this
20   out.  So if I understand, so I haven't even taught you
21   the system yet, but I think you've already figured how
22   easy it is, right?
23        JEFF BISHOP:  Yeah.
24        DAVIS MARTIN:  You set your price -- you got
25   my -- first of all, you got my trade.  You had over 30

---

28

1    minutes to analyze your Daily Deposit.
2         JEFF BISHOP:  Yeah.
3         DAVIS MARTIN:  You set your trade.  You set
4    your set it and forget it.  You made $6,000.  And now
5    the market can do exactly what it wants.
6         JEFF BISHOP:  Yeah.  So what you said today
7    was you thought the market was going to go up.
8         DAVIS MARTIN:  Mm-hmm.
9         JEFF BISHOP:  And the market already started
10   a little higher.  So what I did was I entered my trade
11   a little bit lower trying to catch it on a dip.
12        DAVIS MARTIN:  Mm-hmm.
13        JEFF BISHOP:  And sure enough, I got a quick
14   dip in the morning, it filled my order.  It went a
15   little below that actually.
16        DAVIS MARTIN:  Mm-hmm.
17        JEFF BISHOP:  So I was a little nervous.  I
18   was starting to lose some money.  But then, sure
19   enough, it turned around, the thing went right back
20   up.  Within 30 minutes, I made $6,000.
21        DAVIS MARTIN:  Mm-hmm.
22        JEFF BISHOP:  So that was awesome.
23        DAVIS MARTIN:  Now, do you care what the
24   market does on SPY for the rest of the day?
25        JEFF BISHOP:  I don't care.  I'm not in.

---

7 (Pages 25 to 28)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Attachment CC          PX 27, 1982

Daily Deposits_Recorded from Weekly Windfalls Ad

Raging Bull, LLC                                                      7/22/2020

---

29

1        DAVIS MARTIN:  Exactly.
2        JEFF BISHOP:  At this point, I don't care.
3   I've taken my money, I'm having a great lunch, we're
4   going to enjoy the day.
5        DAVIS MARTIN:  There you go.
6        JEFF BISHOP:  So obviously, I'm happy with
7   the results so far.  It's only been one day, but I
8   love it.  Do you have some other member testimonials
9   you can share with us of how it's worked for other
10  people, also?
11       DAVIS MARTIN:  Oh, absolutely.  And working
12  within the same parameters you did, in fact.
13       JEFF BISHOP:  Mm-hmm.
14       DAVIS MARTIN:  You got step one, place the
15  trade.  You exited the trade.  Then who cares what the
16  markets do, right?
17       JEFF BISHOP:  Yeah.
18       DAVIS MARTIN:  From there, I work with a
19  member, his name's Gabriel.  I saw over $31,000, just
20  shy of $32,000, in fact, just in one trade.  He said
21  he couldn't believe it.  And oh, he went on a
22  tremendous tear.
23       JEFF BISHOP:  Wow.
24       DAVIS MARTIN:  He still is.  He's --
25       JEFF BISHOP:  How long did that take to make

---

30

1   $31,000?
2        DAVIS MARTIN:  Oh, goodness.  He showed it
3   to me on Twitter.
4        JEFF BISHOP:  Yeah.
5        DAVIS MARTIN:  It --
6        JEFF BISHOP:  So he was so excited, he
7   posted to his social media account?
8        DAVIS MARTIN:  Yeah.  He was -- he's been on
9   fire.  One of his Twitter testimonials even said, I
10  love the trade of the day.  And I was like, all right,
11  yeah, man.
12       JEFF BISHOP:  Yeah, yeah, that's great.
13       DAVIS MARTIN:  We got those Daily Deposits.
14  I also work with another trader, Lee, and this guy was
15  not new to options when he joined me.  He was just
16  looking for a different vehicle, right?  $34,600 in
17  one day.  And that was a four-hour trading session
18  actually.
19       JEFF BISHOP:  In one day?
20       DAVIS MARTIN:  Yep, in one day.
21       JEFF BISHOP:  Wow, wow.
22       DAVIS MARTIN:  That was a four-hour trading
23  session.
24       JEFF BISHOP:  Some days, options are going
25  to be your best friend.

---

31

1        DAVIS MARTIN:  Mm-hmm.  He lit it up.  He
2   lit it up, man.
3        JEFF BISHOP:  I've never made the kind of
4   money trading stocks like I'll make trading options.
5   So that's what really hooked me.
6        DAVIS MARTIN:  Mm-hmm.
7        JEFF BISHOP:  The gains you can make are so
8   fast and so explosive.
9        DAVIS MARTIN:  Mm-hmm.
10       JEFF BISHOP:  And when you're on the right
11  side of it, they really pile up.  Well, man, those are
12  fantastic testimonials.  $30,000 plus in just a short
13  period of time.  Who doesn't want that?
14       DAVIS MARTIN:  (Inaudible).
15       JEFF BISHOP:  So I love that you had one guy
16  who was pretty new to trading --
17       DAVIS MARTIN:  Mm-hmm.
18       JEFF BISHOP:  -- and one guy in the service
19  who is already pretty experienced.
20       DAVIS MARTIN:  Mm-hmm.
21       JEFF BISHOP:  He's using the system, too, to
22  make more money.
23       DAVIS MARTIN:  Mm-hmm.
24       JEFF BISHOP:  So getting to the next
25  question, do people really need a lot of experience or

---

32

1   even any option experience when they come into your
2   product?
3        DAVIS MARTIN:  Well, I never say no
4   experience needed, right?  But I can tell you I very
5   recently heard from a brand new member, Timothy,
6   right?  And Timothy's story is -- he wanted to
7   get into trading -- full-time trading to provide a
8   better family for his life, right?  And he started
9   with Daily Profit Machine and he made about 1 percent
10  per minute on like a 20-minute trade or something like
11  that and --
12       JEFF BISHOP:  A percent a minute.
13       DAVIS MARTIN:  Yeah, a percent a minute.
14  And I was very proud of him because I knew Timothy was
15  new and he's already hitting it.  He's already got --
16  he's -- I know that if someone can do that, then I
17  know that I have a strong feeling, at least, that they
18  will make it as a trader in the long term.  He got
19  into trading because he wanted to provide a better
20  life for his family.
21       JEFF BISHOP:  Mm-hmm.
22       DAVIS MARTIN:  But in Timothy's case, it
23  didn't start there.  It's not like he joined, made a
24  great trade for, you know, considering it was one of
25  his first trades and passed it off there.

---

8 (Pages 29 to 32)

Attachment CC                    PX 27, 1983

Daily Deposits_Recorded from Weekly Windfalls Ad

Raging Bull, LLC                                                          7/22/2020

---

33

1      JEFF BISHOP:  Yeah.
2      DAVIS MARTIN:  A very short amount of time
3  later, Timothy reached out to me thanking me for a
4  trade which made him over $1,200.  So he paid for the
5  service, you know, boom.
6      JEFF BISHOP:  Fantastic.
7      DAVIS MARTIN:  That was -- that was his --
8  that was his reaction and I was in -- I was in shock,
9  actually.  I replied back to him like you're on fire,
10 let's keep going.
11     JEFF BISHOP:  Isn't that great?  So I love
12 that.  I hear that story all the time from our
13 different services.  Our goal really is to help people
14 make back their annual payment as soon as possible.
15 We want them to make that money back as soon as they
16 can and then everything else is gravy --
17     DAVIS MARTIN:  Mm-hmm.
18     JEFF BISHOP:  -- for the rest of the year.
19 And that's what we're really trying to do.  So I love
20 guys like Timothy who make it back really quick and
21 the rest of the year, they're putting money in their
22 own pockets.
23     DAVIS MARTIN:  Oh, yeah, the guy made it
24 back in one trade.
25     JEFF BISHOP:  So what a valuable thing he's

---

34

1  learned to do now.
2      DAVIS MARTIN:  Absolutely, absolutely.
3      JEFF BISHOP:  So one question I get all the
4  time is how much money does it actually take to make a
5  trade with you.
6      DAVIS MARTIN:  Mm-hmm.
7      JEFF BISHOP:  So for my trading system, I've
8  got an answer, but for you, what would be the
9  minimum amount that it would take to work?
10     DAVIS MARTIN:  That's a great question.
11 I'll just use this morning's example for just -- since
12 we're here, it's a very tangible example, right?  It's
13 going to show you a price tag of about $2, right?
14 Well, that's -- that's a legitimate like $200 purchase
15 into one contract of that particular option, all
16 right?
17     JEFF BISHOP:  Because one contract is 100
18 shares of stocks.
19     DAVIS MARTIN:  I (inaudible).
20     JEFF BISHOP:  So if you see an option
21 contract for $2, it's a $200 trade.
22     DAVIS MARTIN:  Yeah.
23     JEFF BISHOP:  Got it.
24     DAVIS MARTIN:  You got it.  Yeah, there's a
25 -- there's a formula behind it.  We don't need to dig

---

35

1  too much into that right now.  But just to -- just to
2  give you an example of, you know, there are people
3  wondering the -- a lot of questions, who have all
4  different brokerage account balances.  Now, when
5  people talk to me personally, my -- my answer is the
6  same when people want to bring up their account
7  balances.  It's your account, your account balance is
8  your business, not mine, you know.
9      JEFF BISHOP:  Mm-hmm.
10     DAVIS MARTIN:  But just to give you a few
11 recent examples of how options can be applied to,
12 let's say, a $1,000 account or a $1 million account,
13 recently, I had a member, Nathan, I love this guy, he
14 turned just a little under $1,000 into over $9,000.
15 It was a 1,000 percent increase --
16     JEFF BISHOP:  Wow.
17     DAVIS MARTIN:  -- on his account.  Yeah.
18 And he did that in ten days.  I love this guy.  He
19 used that money.  He took his wife to a Caribbean
20 vacation for an extended period of time and that
21 resort is actually -- coincidentally, the same exact
22 one that I just went to a few months ago.  It's a very
23 nice place.
24     JEFF BISHOP:  Did he tell you about it or
25 vice versa?

---

36

1      DAVIS MARTIN:  No, he told me.  I asked
2  which resort and I was like, man, I just went there.
3  That's awesome.
4      JEFF BISHOP:  That's great.
5      DAVIS MARTIN:  Yeah.
6      JEFF BISHOP:  $1,000 and $9,000.
7      DAVIS MARTIN:  Yeah.
8      JEFF BISHOP:  That's incredible.  Those are
9  the kind of stories I love to hear.
10     DAVIS MARTIN:  Mm-hmm, yeah, yeah.  Oh, me,
11 too.  Hey, and with that being said, I just heard from
12 a member recently who did over $57,000 in 35 trades.
13     JEFF BISHOP:  Wow.
14     DAVIS MARTIN:  Only 35 trades, only 35 Daily
15 Deposits, over $57,000.
16     JEFF BISHOP:  Hmm.
17     DAVIS MARTIN:  So, again, applicable to all
18 account sizes.
19     JEFF BISHOP:  Yeah.
20     DAVIS MARTIN:  And getting into the larger
21 accounts, you can start compounding those profits,
22 right?  We want to take some money, make it more
23 money, more money, more money.
24     JEFF BISHOP:  Right.
25     DAVIS MARTIN:  That's what got me into

---

9 (Pages 33 to 36)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Attachment CC                    PX 27, 1984

Daily Deposits_Recorded from Weekly Windfalls Ad

Raging Bull, LLC                                                                    7/22/2020

---

37

1 options in the first place. I have a member who made
2 $180,000 in March. And she bought a Mercedes.
3          JEFF BISHOP: Wow.
4          DAVIS MARTIN: Yeah.
5          JEFF BISHOP: Do you have a picture of that
6 we could show people?
7          DAVIS MARTIN: I think I do. I think I do.
8          JEFF BISHOP: Great. So I've got to know,
9 how long does it take to set up a Daily Deposit?
10         DAVIS MARTIN: Mm-hmm.
11         JEFF BISHOP: So obviously, you're doing all
12 the homework for somebody. If they want to take your
13 research overnight and you basically deliver it to
14 them on a silver platter in the morning, how much time
15 does it actually take to put it into action?
16         DAVIS MARTIN: Well, that's a great
17 question. Step one is me having a very well-advanced
18 head start on the markets before the market even
19 opens. I take care of that for individuals so that
20 they don't have to do it.
21         JEFF BISHOP: Right.
22         DAVIS MARTIN: That's my job. That's my
23 homework.
24         JEFF BISHOP: As a trader, that's what takes
25 me the longest time is all the homework --

---

38

1          DAVIS MARTIN: Mm-hmm.
2          JEFF BISHOP: -- to get to the actual trade.
3          DAVIS MARTIN: Yeah.
4          JEFF BISHOP: So you're saying, I do the
5 homework --
6          DAVIS MARTIN: I want --
7          JEFF BISHOP: -- here's the trade.
8          DAVIS MARTIN: I want everyone to stop
9 thinking about that right now because I wake up at the
10 time I do for a reason. I'm as disciplined as I am
11 for a reason.
12         JEFF BISHOP: Yeah.
13         DAVIS MARTIN: And that's to make things
14 easy for people just like you who made my trade this
15 morning, all right?
16         JEFF BISHOP: Mm-hmm.
17         DAVIS MARTIN: And, now, so this is a great
18 question. I give people 30 minutes of advanced
19 notice. Before you can even place an options trade,
20 all right, all you need to do is click buy to open on
21 the exact trade, which I give you, and click sell to
22 close on the exact trade, which I give you. In your
23 case, you did it in advance, right?
24         JEFF BISHOP: Yeah.
25         DAVIS MARTIN: Ten minutes.

---

39

1          JEFF BISHOP: Today, it took me a total of
2 about five minutes honestly. I got the trade you
3 said, I looked at the market, I agreed with it.
4          DAVIS MARTIN: Mm-hmm.
5          JEFF BISHOP: So I took the contract you
6 said to buy --
7          DAVIS MARTIN: Yeah.
8          JEFF BISHOP: -- I put the order in a little
9 bit below where it was when the market opened and just
10 waited for it. And then it took me a few minutes more
11 to enter the other side of the trade.
12         DAVIS MARTIN: There you go.
13         JEFF BISHOP: So probably five minutes total
14 for me.
15         DAVIS MARTIN: There you go, yeah,
16 absolutely. That's -- and that's awesome. And that
17 sounds like in -- you know what, that actually sounds
18 like a large majority of individuals I work with.
19 They work full-time; they can't trade full-time. I
20 totally get it. If people have a job, keep the job,
21 keep your -- keep your consistency. I'd say it's -- I
22 know, members tell me, they trade from their iPhones,
23 they trade from their mobile devices, et cetera, et
24 cetera.
25         JEFF BISHOP: Yeah.

---

40

1          DAVIS MARTIN: That, you know, I recently
2 heard from an individual, Gregory. He said he works
3 full-time, so he has to do most of his trading as
4 swing trading.
5          JEFF BISHOP: Mm-hmm.
6          DAVIS MARTIN: Except for my trades of the
7 day, My Daily Deposits. He always finds time for
8 those. And the answer is fairly simple. Gregory made
9 276 percent in a matter of minutes.
10         JEFF BISHOP: Hmm.
11         DAVIS MARTIN: And he was absolutely amazed.
12 That was actually during a red day in the markets.
13         JEFF BISHOP: Sure. Those are the biggest
14 profit days I've found.
15         DAVIS MARTIN: Statistically, what, three
16 times faster?
17         JEFF BISHOP: Stocks go down a lot faster --
18         DAVIS MARTIN: Mm-hmm.
19         JEFF BISHOP: -- to the down-side, than they
20 go up. So if you're --
21         DAVIS MARTIN: Oh, yeah.
22         JEFF BISHOP: -- on the right side of that
23 trade, you make a lot of money really quick.
24         DAVIS MARTIN: Oh, yeah. Red markets aren't
25 problems; they're opportunities.

---

10 (Pages 37 to 40)

Attachment CC          PX 27, 1985

Daily Deposits_Recorded from Weekly Windfalls Ad

Raging Bull, LLC                                                           7/22/2020

---

41

1        JEFF BISHOP:  Mm-hmm.
2        DAVIS MARTIN:  That's what I like to say.
3        JEFF BISHOP:  Absolutely.  So you think
4    within ten minutes or less to set up an actual trade?
5        DAVIS MARTIN:  I think that's an ample
6    amount of time, to be honest, considering the due
7    diligence and the alert and I give you the exact
8    trade.  I think ten minutes is more than enough,
9    considering you have the trade 30 minutes prior to
10   market open, you have an extra 20 minutes.
11       JEFF BISHOP:  Yeah.  I feel like it also
12   takes a lot of time to figure out which contract.  So
13   just having you filter through all those thousands of
14   contracts and telling me the one thing that I should
15   be looking at, that saves so much time, so I love
16   that.
17       DAVIS MARTIN:  Yeah.  I do that for a very
18   valid reason.  For example, working with a new member,
19   Kevin, and he had a career day.  The guy knocked it
20   out of the park.  I believe it was about $14,000.  And
21   another brand new member, her name's Beth, she is --
22   she has a unique story.  She's a single mother of two.
23   She doesn't have much time --
24       JEFF BISHOP:  Mm-hmm.
25       DAVIS MARTIN:  -- to be micro-managing

---

42

1    trades --
2        JEFF BISHOP:  Yeah.
3        DAVIS MARTIN:  -- or clicking hot keys or
4    mouses all day day trading.  She doesn't have much
5    time.  She's a single mother of two and she works.
6    Well, just recently, she made over $2,600 in one
7    trade.
8        JEFF BISHOP:  Oh, man.
9        DAVIS MARTIN:  That goes a long way for a
10   family.  I have a family, I know it does.
11       JEFF BISHOP:  Sure.
12       DAVIS MARTIN:  And, you know, I'm very, very
13   happy for her, a single mother of two.
14       JEFF BISHOP:  Man, things like that are just
15   life-changing honestly.  When you can find a way to
16   make a couple thousand dollars extra per month --
17       DAVIS MARTIN:  Mm-hmm, yeah.
18       JEFF BISHOP:  -- that's life-changing
19   honestly.
20       DAVIS MARTIN:  Yeah.
21       JEFF BISHOP:  That takes everything to a new
22   level.  So that's really my goal for so many people is
23   not to become a full-time trader, but I want to see
24   people make $1,000, $2,000 extra --
25       DAVIS MARTIN:  Mm-hmm.

---

43

1        JEFF BISHOP:  -- on the side while they
2    continue to work their job.  So this is a perfect
3    system, I think, that people should be looking at for
4    that.
5        JEFF BISHOP:  Hey, thanks.  Hey, My Daily
6    Deposits, I believe, are short and sweet, one stock,
7    the exact same time every single day, and I lay out
8    the game plan so that people just like Beth, Kevin and
9    Gregory can receive the benefits of them.
10       JEFF BISHOP:  So, man, thank you so much for
11   sharing all of this and telling us how the Daily
12   Deposit works and how people can do this at home any
13   time they want.  Can you show us just one more time,
14   like what do people get with your Daily Deposit
15   System?
16       DAVIS MARTIN:  That's a great question,
17   Jeff.  So let me explain to you exactly what you're
18   getting with the Daily Deposits.  Yes, you're getting
19   an elite educational suite if you want to pick my
20   brain, all right?  You're also getting a quick short
21   and sweet video with each Daily Deposit which comes to
22   you.  And you're going to get exit alerts, when I see
23   suitable to take all available profits off the table
24   and put them in your pocket, most importantly, right?
25   And really what you're really getting is what you

---

44

1    don't have and that's the Daily Deposit.  You're
2    getting the exact trades of the day themselves every
3    single day, 30 minutes prior to market open because
4    I've hustled my tail off for six hours putting
5    everything together for you to give you the perfect
6    trade, if you will.
7        JEFF BISHOP:  Those are fantastic points.  I
8    love that you get the education, if you want it, you
9    get the video lessons, you get the actual alerts on
10   when to buy and sell.
11       DAVIS MARTIN:  Mm-hmm.
12       JEFF BISHOP:  I love the Daily Deposit
13   showing up in my email box, just like this morning.  I
14   got that Daily Deposit, I was able to take action and
15   make some quick money.
16       DAVIS MARTIN:  Mm-hmm.
17       JEFF BISHOP:  So that, to me, is the most
18   important thing I'm looking for.
19       DAVIS MARTIN:  Mm-hmm.
20       JEFF BISHOP:  Now, I'm looking at your
21   website right now.  This is my Daily Profit Machine
22   website.  If I scroll lower here, it says, for a full
23   year of service, it only costs, $1,599.
24       DAVIS MARTIN:  Mm-hmm.
25       JEFF BISHOP:  You get all that for less than

---

11 (Pages 41 to 44)

Attachment CC                    PX 27, 1986

Daily Deposits_Recorded from Weekly Windfalls Ad

Raging Bull, LLC                                              7/22/2020

---

**45**

1  1,600 bucks a year.
2      DAVIS MARTIN:  Mm-hmm.
3      JEFF BISHOP:  That's a fantastic price.
4      DAVIS MARTIN:  Yeah, I try to keep it
5  reasonable because I don't want people to pay too
6  much.  I want people to make too much, right, ideally?
7  And this morning, you made more than four times that
8  in five minutes.
9      JEFF BISHOP:  Oh, man, that's -- to me,
10  that's a best value.
11      DAVIS MARTIN:  Yeah.  Right?  I love people
12  getting paid daily, compounding their interest,
13  Einstein's eighth wonder.  And, you know, that's
14  really what I'm here to do at the end of the day is
15  help people collect Daily Deposits every single day.
16      JEFF BISHOP:  That's great, man.  Well,
17  you're doing a fantastic job with it.  I hear so many
18  people on social media and our own members that are
19  just so happy with the service so far.  So --
20      DAVIS MARTIN:  Oh, good.
21      JEFF BISHOP:  -- you've put a good thing
22  together.
23      DAVIS MARTIN:  I try my best to do my best.
24  That's really what I try to do.
25      Now, Jeff, what's the lowest price service

**46**

1  at Raging Bull annually?
2      JEFF BISHOP:  If we had to go for any
3  service, it would be $899 a year.
4      DAVIS MARTIN:  899?  All right.  Well, I
5  want everyone to access My Daily Deposits.  I don't --
6  1,599 might be a little too much for people.  So
7  today, for the first 100 people only, I'm slashing 50
8  percent off.
9      JEFF BISHOP:  Really?
10      DAVIS MARTIN:  This is going to be 799 for a
11  year for the first time ever --
12      JEFF BISHOP:  Yeah.
13      DAVIS MARTIN:  -- to the first 100 people.
14      JEFF BISHOP:  That's fantastic.  I don't see
15  how anyone can lose there.  That's taking all the risk
16  off the table.
17      DAVIS MARTIN:  Mm-hmm.
18      JEFF BISHOP:  If you can't make $800 a year
19  with this service, I don't know what to tell you.  But
20  the education alone is worth way more than that.
21      DAVIS MARTIN:  Mm-hmm.
22      JEFF BISHOP:  I mean, we both went to
23  college.
24      DAVIS MARTIN:  Mm-hmm.
25      JEFF BISHOP:  What did you pay for one

**47**

1  credit in your college course?  It was more than 800
2  bucks.
3      DAVIS MARTIN:  A lot more than that.
4      JEFF BISHOP:  I paid thousands of dollars
5  for one credit in philosophy.
6      DAVIS MARTIN:  Yeah, definitely.  Yeah,
7  definitely.
8      JEFF BISHOP:  This kind of stuff, you'll use
9  for the rest of your life.  So 800 bucks, that's a
10  fantastic deal.  There's no reason everybody shouldn't
11  take advantage of that today.
12      DAVIS MARTIN:  And I'm going to sweeten the
13  pot a little more today here, too.  All right?  I
14  cannot believe I'm doing this.
15      JEFF BISHOP:  What do you got now?
16      DAVIS MARTIN:  This is the first time I have
17  ever done this, in fact.
18      JEFF BISHOP:  All right.
19      DAVIS MARTIN:  For the first 100 individuals
20  who sign up today, I'm going to guarantee that they
21  double their money in the first month.  If not, I'll
22  give them a second year free.  I will pay for their
23  second year free if the first 100 individuals who sign
24  up today do not double their money.
25      JEFF BISHOP:  Okay, all right.

**48**

1      DAVIS MARTIN:  $100, $200.  There is no
2  minimum balance.
3      JEFF BISHOP:  Yeah.
4      DAVIS MARTIN:  Double your money in a month
5  or I pay for your second year free.
6      JEFF BISHOP:  I see.  That -- that's really
7  interesting.  I've never heard that before.  So I want
8  everybody to understand that.  You're going to say the
9  first 100 people who take you up on this incredible
10  offer, 799, if they don't double their money within
11  one month after joining, you're going to give them an
12  entire year absolutely free.
13      DAVIS MARTIN:  That's exactly what I'm
14  doing.
15      JEFF BISHOP:  Fantastic, man.
16      DAVIS MARTIN:  That's how confident I am in
17  this system.
18      JEFF BISHOP:  All right.  I love that.
19  There is virtually no way you can lose in that
20  situation.
21      DAVIS MARTIN:  No (inaudible).
22      JEFF BISHOP:  The service is already
23  discounted and then you're guaranteeing on top of
24  that.
25      DAVIS MARTIN:  Absolutely, yep.

12 (Pages 45 to 48)

Attachment CC        PX 27, 1987

Daily Deposits_Recorded from Weekly Windfalls Ad

Raging Bull, LLC                                                      7/22/2020

49

1       JEFF BISHOP:  All right.  That's fantastic,
2   man.  Thanks for doing that.  Because I really want
3   everyone to take advantage of this.  I think the
4   techniques you teach here are so important and they
5   can put it to work in anything they do.  But the fact
6   that you give them a trade every single day like you
7   do is just incredible.
8       DAVIS MARTIN:  Mm-hmm.  Absolutely.  I put
9   my heart and soul into providing what I want to give
10  to people --
11      JEFF BISHOP:  Yeah.
12      DAVIS MARTIN:  -- as a daily paycheck
13  collecting service.
14      JEFF BISHOP:  Mm-hmm.
15      DAVIS MARTIN:  And I try my absolute best to
16  make it picture perfect for everybody and now I'm --
17  now I've just totally lost it.
18      JEFF BISHOP:  That's great.
19      DAVIS MARTIN:  I'm slashing 50 percent off
20  and double your money in a month guarantee.
21      JEFF BISHOP:  The Daily Deposit is such a
22  good visual for me, like I -- it's just out there
23  waiting to be taken.  If you don't take advantage,
24  you're not going to take it.
25      DAVIS MARTIN:  And someone else will.

50

1       JEFF BISHOP:  Like this morning, I would
2   have never known there was $6,000 waiting for me.
3       DAVIS MARTIN:  Yeah.
4       JEFF BISHOP:  There was a check out there
5   with my name on it.  Well, I really can't believe
6   you're delivering all of that for 799 a year.
7       DAVIS MARTIN:  Mm-hmm.
8       JEFF BISHOP:  You get all the value that we
9   just talked about.  Most importantly, you're getting
10  that trade of the day delivered to you before the
11  market opens.  I just love that.  So what a fantastic
12  price.  And now you've decided to give a guarantee,
13  which we've never seen before.  You're guaranteeing
14  people are going to double their money in one month or
15  you're going to add another entire year absolutely
16  free.
17      DAVIS MARTIN:  Mm-hmm.
18      JEFF BISHOP:  So I don't see how anyone's
19  not going to take advantage of that tonight.  That's
20  incredible.
21      DAVIS MARTIN:  You know what, I'm not -- I'm
22  not done here.  I'm losing my mind.  I'm losing my
23  mind.
24      JEFF BISHOP:  Oh, what else is there?
25      DAVIS MARTIN:  I'm losing my mind.

51

1       JEFF BISHOP:  What do you got?
2       DAVIS MARTIN:  I've got so many requests,
3   I'm going to put $5,000 to work and I'm going to apply
4   these trades exactly as you see them, putting my name
5   on My Daily Deposits.  So if you've never traded
6   before, this is the perfect way to learn.  If you have
7   traded before, maybe you'll improve your trading.  I'm
8   starting with $5,000.  It doesn't matter to me if you
9   want to start with $1,00 or a million dollars, as this
10  is clearly scalable to all account sizes.  I'm
11  starting the challenge with $5,000 and there you have
12  it.
13      JEFF BISHOP:  Wow.  You know, there is no
14  better way to learn.  If you're watching someone do it
15  in real-time with real money --
16      DAVIS MARTIN:  Mm-hmm.
17      JEFF BISHOP:  -- that is the best way you
18  can learn to do something.  That's fantastic.  So it
19  wasn't enough just to have the 799, the lowest price
20  ever.  That was great right there.
21      DAVIS MARTIN:  Mm-hmm.
22      JEFF BISHOP:  And then you decide we're
23  going to do a guarantee on top of that.  So now,
24  you're saying if you don't double your money within
25  the first month of working with you, you're going to

52

1   give people a whole year absolutely free.  And that's
2   unheard of.  And, now, you're saying you're going to
3   give them a $5,000 challenge, right?
4       DAVIS MARTIN:  That's exactly what I'm
5   doing.
6       JEFF BISHOP:  Okay.  So now, you're going to
7   say this is exactly how to do it.  You're going to
8   watch every single trade you make virtually in real-
9   time as you do it.
10      DAVIS MARTIN:  Mm-hmm.
11      JEFF BISHOP:  So to me, that's the best way
12  you learn.
13      DAVIS MARTIN:  Mm-hmm.
14      JEFF BISHOP:  If you've never traded before
15  or you just want more experience seeing how a
16  professional does it --
17      DAVIS MARTIN:  Mm-hmm.
18      JEFF BISHOP:  -- seeing them trade their
19  actual account just takes all the mystery out of it.
20  So you've now shown people the exact trade to make
21  every single day, while they're doing it, the trade to
22  make, and then how to do it.
23      DAVIS MARTIN:  Mm-hmm.
24      JEFF BISHOP:  There's virtually no risk in
25  this at this price and with simplicity of the service,

13 (Pages 49 to 52)

Attachment CC          PX 27, 1988

Daily Deposits_Recorded from Weekly Windfalls Ad

Raging Bull, LLC                                                    7/22/2020

53

1   I don't see how anyone can lose.
2          DAVIS MARTIN:  Mm-hmm.
3          JEFF BISHOP:  So, folks, there you have it.
4   This is one of the simplest, most easy-to-follow
5   systems that I've ever found to consistently make
6   profits.  This is the absolute best price Davis has
7   ever offered it at, the first time he's ever offered a
8   guarantee, and now, you get to participate on day one
9   of the $5,000 challenge as he gets started.  There's
10  absolutely no reason not to get started right now.
11         There's a phone number you see on the
12  screen.  That will put you in touch with our VIP
13  concierge team.  They're standing by to take your call
14  right now.  They'll walk you through any questions you
15  have.  They'll take your order and get you started, so
16  you can start working with Davis tomorrow morning.  If
17  you want to take it up on yourself, just click the
18  link below.  That will take you to a page.  You can
19  fill it out and you'll be ready to start in about two
20  minutes.  It's really quick; it's really simple.  Get
21  started right now, okay?
22         There's no reason that you shouldn't be
23  started right now.  Tonight, you can be studying.
24  Tomorrow morning, you can be getting your first daily
25  deposit.  These things are floating around all the

54

1   time.  This morning, like I said, I did not know there
2   was a $6,000 check with my name on it, okay?  I had to
3   get the Daily Deposit.  I had to take the action and
4   then pull that check.  That check's now mine.  It's in
5   my account.  Tomorrow, it can be yours.  I want you to
6   get started.  I don't want you to miss another one.
7   These are happening all the time and you need to get
8   your hands on them, okay?  So do not miss the next Daily
9   Deposit.  It starts tomorrow morning, right?
10         DAVIS MARTIN:  Absolutely.
11         JEFF BISHOP:  All right.
12         DAVIS MARTIN:  Thirty minutes prior to
13  market open.  Everyone knows where to be.
14         JEFF BISHOP:  I'll be there, man.
15         DAVIS MARTIN:  The first 100.
16         JEFF BISHOP:  All right.  Well, thank you so
17  much, Davis.
18         DAVIS MARTIN:  Pleasure, Jeff.
19         JEFF BISHOP:  This was awesome.  I look
20  forward to seeing you in the service, too.
21         (The recording was concluded.)
22
23
24
25

55

1              CERTIFICATE OF TRANSCRIPTIONIST
2
3
4          I, Elizabeth M. Farrell, do hereby certify
5   that the foregoing proceedings and/or conversations
6   were transcribed by me via CD, videotape, audiotape or
7   digital recording, and reduced to typewriting under my
8   supervision; that I had no role in the recording of
9   this material; and that it has been transcribed to the
10  best of my ability given the quality and clarity of
11  the recording media.
12         I further certify that I am neither counsel
13  for, related to, nor employed by any of the parties to
14  the action in which these proceedings were
15  transcribed; and further, that I am not a relative or
16  employee of any attorney or counsel employed by the
17  parties hereto, nor financially or otherwise
18  interested in the outcome of the action.
19
20
21  DATE:  7/20/2020
22              ELIZABETH M. FARRELL, CERT
23
24
25

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555
Attachment CC               PX 27, 1989

```
                                                                              3
            OFFICIAL TRANSCRIPT PROCEEDING           1          FEDERAL TRADE COMMISSION
                                                     2
               FEDERAL TRADE COMMISSION              3   In the Matter of:            )
                                                     4   Raging Bull, LLC             )  Matter No. 2023073
                                                     5                                )
     MATTER NO.    2023073                           6   -----------------------------)
                                                     7                                Date Unknown
     TITLE         RAGING BULL, LLC                  8
                                                     9
     DATE          RECORDED:  DATE UNKNOWN           10
                   TRANSCRIBED:  JULY 20, 2020       11        The following transcript was produced from a
     PAGES         1 THROUGH 28                      12   digital file provided to For The Record, Inc. on June
                                                     13   30, 2020.
                                                     14
                    DollarAce_V4                     15
                                                     16
                                                     17
                                                     18
                                                     19
                                                     20
                                                     21
                                                     22
                                                     23
                                                     24
             For The Record, Inc.                    25
    (301) 870-8025 - www.ftrinc.net - (800) 921-5555
```

```
                                           2                                              4
   1         FEDERAL TRADE COMMISSION           1             P R O C E E D I N G S
   2              I N D E X                      2             -   -   -   -   -
   3                                             3                 DOLLARACE_V4
   4   RECORDING:                      PAGE:     4        KYLE DENNIS:  Welcome, everybody.  This is
   5   DollarAce_V4                       4      5   going to be so exciting.  Kyle Dennis here and I
   6                                             6   couldn't be more excited to launch Dollar Ace for you
   7                                             7   today.
   8                                             8        The number one concern I hear from traders
   9                                             9   is that it's unbelievably hard to accelerate your
   10                                            10  growth right when you're starting out.  Maybe you have
   11                                            11  $1,000, $2,000 or even, $10,000.  Well, when you
   12                                            12  begin, you want to see that instant gratification,
   13                                            13  right?  You want to see that money pouring into your
   14                                            14  account, but normally it just doesn't happen like
   15                                            15  that.  And that's what I want to change for you here
   16                                            16  today.
   17                                            17       People tell you it will take years to become
   18                                            18  profitable, but that is a complete lie.  The problem
   19                                            19  is most people don't know the correct strategy to use
   20                                            20  and I don't want you to spend more than five minutes
   21                                            21  per day figuring that out.  You want something that is
   22                                            22  easy to apply, allows you to exponentially increase
   23                                            23  your account and begin to take bigger positions and,
   24                                            24  in turn, make even more money.  And that's why I
   25                                            25  created Dollar Ace.
```

1 (Pages 1 to 4)

Attachment DD

PX 27, 1990

DollarAce_V4

Raging Bull, LLC                                                                    7/22/2020

---

5

1          The beauty of this is that it's just as
2   advantageous for a trader with a $1,000 account as it
3   is for a $100,000 account, and it can be good in a
4   bull or bear market.  So whether the market's going up
5   or down, we are poised for profits.  I wish I had this
6   when I first started because, in the beginning, I was
7   completely lost.  Listen, I grew up in L.A. in a
8   middle class family, mom, dad, brother, a couple dogs.
9   Upon graduating high school, I decided to go to UCLA
10  and major in biology.  Four years, $80,000 in debts
11  later, I got my degree in biology and that landed me a
12  spot as a real estate analyst making about $35,000 per
13  year.  Not what I at all expected.
14         It didn't take me very long to realize this
15  is just not what I wanted.  I did consider myself
16  lucky to be employed, but $35,000 in L.A. does not get
17  you very far.  I couldn't afford an apartment, so I
18  moved back in with my mom and dad and I remember just
19  sitting at my job one day thinking, I need to take
20  some more responsibility.  My parents had done so much
21  for me over the years, I wanted a way to provide for
22  myself financially and, more importantly, be able to
23  give back to them.  I searched high and dry for ways
24  to make extra money.  I couldn't really figure out
25  what I wanted and what to do until I overheard another

---

6

1   employee at my company talking about the stock market.
2          He answered some basic questions for me,
3   told me some certain newsletters he was following and
4   I just threw myself into the mix.  From that point
5   forward, I began to save any amount that I could while
6   I studied the market.  I skipped events, I didn't go
7   out on weekends.  I was still eating my favorite
8   college meal, Top Ramen.  35-cent meals is what I was
9   living off of.
10         When I finally got that $15,000 in savings,
11  I jumped right in.  I was ready.  Well, I actually
12  wasn't ready.  I simply tried too much.  I overtraded
13  and mismanaged my positions and I managed to lose
14  $7,000, about half my account.  Everything about it
15  was just humiliating, guys.  I almost quit.  But I
16  refused to do that.  I remembered why I wanted to do
17  this, to give myself freedom for myself and to help
18  out my family.
19         Tell me why you want this.  Bills?  Do you
20  want to go on a vacation?  Financial freedom?  What
21  would $1,000 or $5,000 do for you?  Go ahead, post
22  what an extra $1,000 would do for you.  Personally, I
23  wanted that freedom, so I buckled down, dialed in on a
24  strategy and began to see results.  After being down
25  $7,000, I managed to make $44,000 in my first year

---

7

1   trading.  The next year, I ended up quitting my job
2   and making $838,000.  Since then, it's just been up
3   and up.  I've surpassed seven million and I already
4   up over one million this year.
5          But I always remember the initial period
6   where I sucked.  I lost half my account because I was
7   trying to just chase things.  I didn't understand how
8   the market really worked.  I was basically doing all
9   the wrong things, throwing darts and hoping one would
10  stick.  Clearly, that does not work.  And that's what
11  a lot of new traders and even some experienced ones
12  continue to do.  They never see that exponential
13  growth that they can easily attain because they aren't
14  trading smart.
15         Maybe you're in that position, too.  Small
16  account and struggling to grow it.  Medium-sized
17  account but you're not having that consistency you
18  need to yield high returns.  Those are the issues that
19  I want to solve and I've already been able to help
20  people hit real quick, real quick.  Just look at some
21  of the testimonials from members.
22         Vidashara, we call him Vid, was able to turn
23  4,700 into $80,000 in just a few months.
24         VIDASHARA FERNANDO:  I started with Kyle
25  with I guess about -- I don't know -- $4,700.  I paid

---

8

1   for the service within the first couple of weeks and
2   also gained from 4,700 to $80,000 within about a month
3   or two.
4          KYLE DENNIS:  Adriano, $9,000 when he first
5   started; up to 162,000 in profits already.  And
6   Dimitri had a ton of medical debt and I helped him
7   erase that all.  He was crushing it every single day.
8          DIMITRI DEYCHAKIWSKY:  What I really wanted
9   was a mentor, someone who can share their experience
10  with me, teach me their strategy and kind of take me
11  under their wing and help me become the best trainer
12  that I can be.
13         KYLE DENNIS:  Then Paolo was a similar story
14  to mine, except he lost $40,000, nearly wiping out
15  everything he had.  He bounced back utilizing my
16  service and now is an extremely profitable trader
17  traveling the world, enjoying the freedom that it
18  provides.
19         PAOLO GARCIA:  I was in another service
20  before Kyle's and I was losing money.  I was bleeding,
21  bleeding, bleeding.  Once I jumped into Kyle's, I
22  reset everything and then just took his approach
23  methodically and my account just started growing.  I
24  went from a negative 40k to break even recently, like
25  maybe six months ago, and ever since then, it's just

---

2 (Pages 5 to 8)

Attachment DD                                          PX 27, 1991

DollarAce_V4

Raging Bull, LLC                                                    7/22/2020

9

1   been adding up.
2         KYLE DENNIS:  After years of teaching
3   others, I knew there was something that could be done
4   to bring to the table that would even further
5   accelerate everyone's profitability, something that
6   could be utilized by small accounts to grow 1,000 to
7   5,000 to 10,000 to 25,000 in a matter of months;
8   something medium-sized accounts of 25,000 or more
9   could apply to make an extra 1,000 or 4,000 per week;
10  an something that large accounts, 100 grand or more
11  could supplement into their trading as another low
12  maintenance cash generator.
13        See, the beauty of this system is that it's
14  easy to follow.  It requires a little bit of time to
15  implement, just minutes per day.  It finds those big
16  returns in a one to three-day period so you can grow
17  quickly and it works in no matter what market
18  condition is thrown at us.  That's the big thing here.
19  By using this strategy, you can capitalize even when
20  the market turns south.  Others flee the scene and
21  don't know what to do.  Well, we're going to end that.
22  This service allows you to profit in a down market
23  just like you would if it was going up.
24        Sounds pretty amazing, right?  But now I
25  will introduce you to the revolutionary breakthrough

10

1   that you've been so desperately searching for.  It's
2   called Dollar Ace, the option service that primes your
3   account for monstrous returns week after week after
4   week.  Again, I'm doing this because it's something I
5   wish I had when I was struggling to grow my account at
6   the beginning.  And, now, I'm bringing that to you in
7   the most streamlined way possible.
8         Before I get into it, though, I need to show
9   you how it works.  Let me make this easy for you.
10  Short and sweet, Dollar Ace hunts down sub-$1 option
11  contracts that are priced in our favor due to unusual
12  options activity from insiders.  It's all based off
13  this indicator hiding in plain sight and I know how to
14  find it.  That's it.  That's all you need to know.
15        I'm just kidding.  I'm going to show you
16  exactly what I'm looking at.  This is something I
17  discovered after five years of trading the market and
18  can't let you trade another day without it.  It's an
19  indicator that I developed based on a proprietary
20  scanner to track down these sub-$1 option contracts.
21        When it comes to anything in business, guys,
22  and especially in the stock market, the best thing we
23  can do is follow the smart money.  Wealth follows
24  wealth.  Wealth creates wealth.  There are a ton of
25  institutions to follow that know when good or bad news

11

1   is coming before it happens.  Here's what I mean by
2   that.  And I know this might ruffle a few feathers, so
3   sit down, hang tight.  Insider trading happens all the
4   time.  In fact, it happens every single day.  But
5   these institutions and insiders, they know how to hide
6   it well.  Well, sometimes they don't.  Some more
7   blatantly obvious than others.
8         Like Alfred Wiggins in the 1920s.  The
9   market crashed and it was found out that he, the head
10  of the Chase National Bank, shorted his own stock
11  40,000 shares and hid those trades in his family
12  corporations.  Well, at least he tried to.  At the
13  time, there were no rules about shorting your own
14  company.  But quick adjustments were made after he
15  scooped up about $4 million in profits.  About five
16  years later, the Wiggins Act was created to prevent
17  anyone from doing this.
18        Or how about the guys in the 1980s, Dennis
19  Levine, Martin Siegel, Ivan Boesky.  If I butchered
20  those names, don't hold it against me.  These guys ran
21  quite the scheme.  Levine and Segal were part of the
22  mergers and acquisitions department of major
23  investment banks.  Boesky paid for the information
24  that hadn't hit the public.  He'd learn about these
25  companies that were going to get bought out and taken

12

1   over, invest, wait 'til the buyout news hits, stock
2   goes soaring, then he'd sell for a healthy profit.
3   Doesn't that sound amazing?  Pretty crafty idea.  But
4   it did leave him with record fines and a prison
5   sentence.
6         And one most recent name you might know of
7   is Martha Stewart.  I think we all know this one,
8   right?  She was family and friends with Samuel Waksal,
9   CEO of a well-known pharmaceutical company.  The FDA
10  rejected its well-known cancer drug, sent the stock
11  plummeting to the floor, but Stewart already knew the
12  information.  She sold her shares at 50 before the
13  stock went to 10.
14        The point I'm trying to make here is that
15  this has been happening throughout market history and
16  it continues to happen today.  Do you really think
17  these big institutions and insiders get news and tips
18  the same time we do?  Of course they don't.  They get
19  them before us.  That's how they make so much money.
20  There's a lot of corruption, guys, in the stock
21  market, and with Dollar Ace, you're going to learn how
22  one secret indicator hidden in plain sight allows you
23  to profit alongside them day after day.  That's
24  Trading 101.  Trade smarter, not harder.
25        This is how we put the power back in our

3 (Pages 9 to 12)

Attachment DD                          PX 27, 1992

DollarAce_V4

Raging Bull, LLC                                                    7/22/2020

---

13

1    hands.  This is how we get that insider's edge we're
2    all looking for.  We're in the know without being in
3    the know.  Sounds pretty great, right?  By following
4    this indicator, I can set up these trades that are
5    going to return 100 percent or more in one to three
6    days, all by just monitoring my proprietary scanner.
7           Because like I've touched on already,
8    insiders and institutions regularly cheat the market.
9    They have insider information, analyst reports,
10   earnings information before the numbers are released
11   and outcomes even of catalyst events, just like the
12   Martha Stewart one, ahead of time, before it happens.
13   I know, although it's illegal, this happens every
14   single day.  But they have been able to disguise it.
15   And until now, you probably don't know how to spot it
16   or you'd just be collecting profits alongside me
17   already and you wouldn't even need my help.
18          What they do is they use the options chain
19   to hide their transactions.  They use smaller amounts
20   of money to generate huge returns.  I have the ability
21   to see exactly where the money is going and can trade
22   off of it to make boatloads of cash.  You're about to
23   have the same opportunity.  We will never know who is
24   placing these bets, but we can find the bets they're
25   making and profit off them every day.  Even better, it

---

14

1    reveals $1 option contracts to give you the best
2    opportunity at the highest percentage returns
3    possible.  Any account can make serious bank from this
4    strategy.
5           Here's what you can do by grabbing your
6    piece of this in less than five minutes a day.  Let me
7    walk you through some examples and you'll see how
8    unbelievable this is.  Seriously, the more I look at
9    it, the more my jaw just drops.  It's absolutely
10   ridiculous.  Let's remember, I don't really care about
11   what the company or ticker is.  I'm not looking for
12   some long-term boring investment.  I'm looking to
13   capture huge moves off this insider activity, long and
14   short side, because clearly they know something that
15   we don't until now.
16          Check out SYMC.  My scanner alerted some
17   unusual options activity on SYMC.  There are 1,805
18   September 30, $24 calls bought for 35 cents.  Two days
19   later, news, of course, hits, and it hits big.  AVGO
20   announced they're buying a piece of SYMC for about 11
21   billion and they're having a $12 dividend.  The
22   options, of course, skyrocketed as predicated by these
23   insiders ahead of time to $1.10.  That's a 214 percent
24   return in two days that was all revealed beforehand
25   because these institutions piled it on the options

---

15

1    market on information they clearly had before.
2           I didn't know what this news was going to be
3    and I didn't have to.  I'll leave that up to the big
4    institutions.  When they try to disguise their
5    positions in the options market, we're just waiting
6    there with my scanner.  It goes bonkers.  Spotlights
7    the contract with unusual activity and then all we
8    have to do is, boom, latch on for the ride.  But it
9    gets even better.
10          WEN is another prime example.  Alerted by my
11   scanner, 4,348 WEN $19 calls for 20 cents before
12   earnings.  I mean, that's a huge bet on news that
13   people didn't know the outcome of.  Or did they,
14   right?  Well, a few days later, the company announces
15   great earnings and calls go through the roof to a high
16   of $1.25.  That's a 525 percent gain because of the
17   power of the information and knowing where the big
18   money is going.  It clearly pays to know this stuff,
19   guys.
20          AMD, another one.  Multiple huge call
21   purchases made.  This one is just absolutely insane.
22   Money poured into the August 16th $30.50 calls, 38
23   cents.  What do you know?  Few days later, amazing
24   news hits and the earnings soar.  They're partnering
25   up with Google and Twitter.  Guess what the calls

---

16

1    traded for?  $5.10, a 1,242 percent gain.  You could
2    have captured that move really easy.  I mean, a tiny
3    $100 position, 1,300 bucks for you.  A $1,000 position
4    -- yeah, you get it by now -- that would have been
5    about 13,000.  All because you were alerted of this
6    unusual options activity and you were able to be, for
7    the first time, on the inside.
8           Let's run through a couple more examples
9    here.  ACB, a cannabis company, had a crazy call
10   sweep.  Somebody buying 1,008 September 6th, $6.50
11   calls for 29 cents all at once.  Perked up right on my
12   scanner when it hit.  I mean, someone had to know
13   something, right?  ACB, a few days later, crushed
14   their earnings, expected growth, forecast sales
15   numbers through the roof, sent the stock up and, of
16   course, the options, huge.  And those 1,008 calls
17   purchased for 29 cents, well, those jumped to 80
18   cents, a nice 175 percent return for that insider.
19          And one more for good measure, just to show
20   you there is clearly some corruption going on here,
21   but that we can use my scanner to signal exactly what
22   is happening and alert us.  I'll say this again, I
23   don't know the news that's going to hit.  I have
24   absolutely no idea.  I'm not an insider.  I don't even
25   know who's making these humongous bets.  But they're

---

4 (Pages 13 to 16)

Attachment DD        PX 27, 1993

DollarAce_V4

Raging Bull, LLC                                                          7/22/2020

17

1 being made and that alone tells me everything that I
2 need to know.
3          These big institutions don't just throw
4 money blindly at something. They know exactly what
5 they're doing and then they try to hide it. But
6 through this proprietary scanner, I'm able to locate
7 their bets, hitch on to that profit train that they're
8 on.
9          SQ, massive sweeps, 1,500 September 20, $60
10 puts for 32 cents. They were betting, of course, that
11 the company stock would fall, that it would plummet.
12 Boy, did it fall. Here's where it gets really, really
13 saucy, guys. The company missed earnings by a mile.
14 It was unexpected. Shares plummeted, 80 to 62. Those
15 32-cent puts traded for $3.45, a 978 percent win.
16 Again, $100 would have been 1,000; a $1,000 position
17 would have returned over $10,000.
18          See, no matter what. If stocks rise, fall,
19 we can capture these movements and get rich in the
20 process. It's crazy, right? But you know what's even
21 crazier, all of those examples happened in the last
22 week. Crazy.
23          Now, here's where I'm going to make things
24 really interesting for you and even easier than you
25 could ever expect. All I need you to do is comment

18

1 "give me the trades already" into the chat right now.
2 Type that in and I'll show you how you're going to get
3 these trades. Type in "give me the trades right now."
4 I'm so excited.
5          So first off, my scanner is pretty advanced.
6 There's numbers flying everywhere, guys. And I take
7 hours each morning to analyze everything. But that's
8 okay, I'm at my desk sitting there. That's my job. I
9 do additional research on these contracts that my
10 scanner spits out to make sure I've got complete
11 conviction. Research that you simply don't want to
12 waste your time with, trust me. And I don't want you
13 to do any work. What I want to do for you is locate
14 these contracts and deliver them directly to you. But
15 -- but I want to eliminate any error that you have
16 because you need to know exactly what I'm doing.
17          Even if you've never ever traded options
18 before, this is perfect. Because I'm going to
19 streamline this for you. What that means for you is
20 this. It's very, very simple, guys. After I've found
21 the trade, I'm going to send you a video. Normally
22 just about a minute long. You're going to see my
23 screen and watch me take the trade. So there's 100
24 percent transparency here and you can see exactly what
25 I'm doing and then take action if you wish. This is

19

1 the best thing that I can do for you and offer to you
2 so that you can simply click on an email, read a text,
3 watch a quick video, and then decide to take the trade
4 or not. No second guessing, no room for error, no
5 questions. All the information is going to be right
6 there in front of you.
7          And you can do this from anywhere in the
8 world. Do you watch videos on your phone, Youtube,
9 Facebook, Instagram? Well, picture this. Video being
10 sent directly to you and you can just turn on your
11 smartphone and turn that into a little ATM in your
12 pocket. I'm making this as easy as possible. And on
13 top of that, you can watch my account streaming live
14 and get access to my portfolio to check in on how any
15 of these positions are doing at any time of the day.
16          So even if you don't get into the trade
17 right away, it doesn't matter. These aren't penny
18 stocks. They don't have the movement based on that
19 buying power. You can take your time, watch the
20 video, evaluate, and then proceed as you wish. It's
21 also going to be lowest price ever because you're
22 becoming a founding member and I'm going to reward you
23 for that, of course.
24          So I'm going to switch over now to my
25 computer so I can give you more details.

20

1          What an amazing, amazing service, right?
2 This is going to be tremendous. It's already blown my
3 mind. It should be blowing yours to be able to track
4 institutional and insider activity in the options.
5 Look at these big bets they're making and then profit
6 on it ourselves, it is a breakthrough, guys.
7          But let me show you here what exactly you're
8 going to get with Dollar Ace. It's an absolute
9 incredible value. Number one, you're going to get
10 video alerts. That's right. So any time that I take
11 a trade, what I will do for you -- this is something
12 brand new I'm doing -- I'm going to record my screen.
13 I'm going to show you the buy, right, that I'm making
14 of the call option or the put option so that we can go
15 ahead and make no mistakes together. I'll show you
16 exactly how to buy it, exactly how to sell it, guys.
17 So you will make no mistakes.
18          I want to show you full transparency here on
19 all these things and I'll also explain to you the
20 trade and what I'm looking at, what I saw with the
21 unusual options, the chart, et cetera, so you know
22 exactly what's going on.
23          Number two, any time I see unusual activity,
24 and it happens every single day, I will provide to you
25 some of those names that come out, the most

5 (Pages 17 to 20)

Attachment DD            PX 27, 1994

DollarAce_V4

Raging Bull, LLC                                          7/22/2020

---

21

1    interesting ones.  I don't want to waste your time.  I
2    only want to give you the consolidated names so that
3    you can look at it and go, huh, this looks
4    interesting, this is what Kyle is watching, maybe I
5    want to purchase this as well, ahead of time, before I
6    buy so that you can take action if you so like.
7            Number three, alerts delivered right to your
8    phone and right to your email.  So imagine this,
9    you're walking along, right, on the street, you get a
10   text message from me right to your phone.  It will
11   tell you exactly what I'm buying, right?  Then
12   simultaneously you'll also get an email explaining the
13   trade further, and at the bottom, providing you with
14   that video alert further explaining the trade so that
15   you can get that verbal communication so we make no
16   mistakes together.
17           You'll also see my portfolio, things I'm
18   buying, right.  We'll have a portfolio right there for
19   you so you can track the results.  And whether you're
20   new, you're a beginner, maybe you're really
21   experienced, maybe you have a big account, maybe you
22   have a small account, it doesn't matter.  I've
23   provided an educational suite for you.  Educational
24   suite so that you can go ahead in less than 30
25   minutes, five videos, less than five minutes a video.

---

22

1    So, in fact, 25 minutes or less, be able to take you
2    and know exactly what we're doing.  So the
3    terminology, the strategy so that you can follow along
4    perfectly, whether you're a beginner or an advanced
5    trader.  It will take you less than half an hour.  Who
6    doesn't have that?
7            And last but not least, I have a motto here
8    of full, full transparency.  So not only will you get
9    the portfolio, but you will see all my positions, win,
10   lose or draw, of the options that I'm playing there.
11   You can see that and the up-and-down flow of
12   everything during the market.  So, again, there is
13   full transparency.  The second I buy something, the
14   second I sell something, all the performance, you'll
15   see it right there streaming my portfolio every single
16   day.
17           And all that, I will be doing for the
18   founding members price of 1,499.  Guys, I pay over
19   $4,000 a year just for the scanner to pull out the
20   data to filter this stuff to look for the unusual
21   options under one.  Over $4,000 a year.  I'm going to
22   take that, I'm going to do all the work for you,
23   deliver it via videos, deliver it via email, deliver
24   it via text, show you in the portfolio and live-
25   streaming portfolio, teach you how to do it in less

---

23

1    than half an hour and provide you the watchlist name
2    so you know things ahead of time as well.  All of
3    that, founding members price for 1,499.
4            Now, we'll get right to the point here.
5    This is going to be available for the next five
6    minutes.  So we're going to go ahead and fast forward
7    this here because I need you to take action now.  I'll
8    give you an extra 12 seconds there.  Why not?  Five
9    minutes, you'll go ahead and take action and become a
10   founding member of Dollar Ace.  We've already started
11   up here, brand new service.  We already have two
12   winners, 100 percent and 50 percent.  Just simply
13   following this scanner, guys, it is so amazing.
14           So all you need to do, this is a perfect
15   strategy for someone with a small account or a large
16   account.  All you need to do is just click the link
17   there and join.  It's as simple as that.  And as soon
18   as tomorrow morning, I'm going to be going ahead and
19   giving you, delivering you the cherry on top trades.
20   The cherry on top trades.  And this -- again, I use my
21   expertise to filter all this out for you.  But we are
22   following people who usually have insider information.
23           Now, what is interesting, like I mentioned
24   in the presentation, we are trying to be in the know
25   without being in the know.  We are going to be

---

24

1    following these guys.  We don't know who they are,
2    right?  We don't know exactly who they are, but we
3    know that they're betting big, big money.  In fact, on
4    my very first alert with this service, we found this
5    ahead of time, a buyout rumor came out, and then what
6    do you know, a couple hours later, this unusual call
7    activity is all over CNBC and everyone's mentioning
8    it.  And then, boom, we cash out and move on.
9            It is incredible.  It is so incredible.
10   This is the perfect service for anybody, whether you
11   have a little bit of time or a lot of time.  This is
12   minimizing everything for you.  Focusing, honing in on
13   a strategy that is perfect for any type of account.  I
14   wish I had this when I first started because I went
15   down the drain.  I went negative 8,000 when I first
16   started on my journey to millions.  Last year I made
17   2.4 million.  Pretty incredible, right?
18           Now, that was from a guy that wasn't very
19   good at trading when he first started.  I wish I had
20   this because this would have gotten me out of that
21   hole so much quicker.  And using my expertise, I'm
22   showing you all the things that make this so
23   important.  The video alerts, so no mistakes; the
24   watchlist, so you know things ahead of time; the
25   alert, so that you know exactly what I'm doing.  And

---

6 (Pages 21 to 24)

Attachment DD

PX 27, 1995

DollarAce_V4

Raging Bull, LLC                                                                        7/22/2020

---

25

1 then you can follow that in my portfolio, which is
2 live-streaming, and I'm going to get you up to speed
3 in less than 30 minutes with the educational sweep.
4       Does it get any better than that?  I mean,
5 all for 1,499, which I already pay 4,000 for just the
6 scanner.  This is the best, most incredible deal I
7 could possibly think of.  So we have about two minutes
8 and 35 seconds here, gang.  I need you to go ahead,
9 click that link, and join me in Dollar Ace, because
10 every single day, my scanner is dinging.  It is
11 dinging and ringing.  It is amazing.  You would see
12 how much pops up on my scanner.  Hundreds a day of
13 people making these incredible bets that is just mind-
14 blowing to watch.  It is such a spectacle every day to
15 see this happen.
16       Now, I'm taking those -- like I said, I'm
17 filtering the ones with the biggest activity, with the
18 most conviction, with the best charts and the best
19 possibility for them to pop to the up-side and
20 delivering them right to you with a video alert.  You
21 should be able to take action on these trades in less
22 than five minutes a day.
23       See, my goal here is I know.  I used to work
24 a full-time job, now I do this full-time.  I know that
25 your day is taken up by your friends, your family,

---

26

1 your work.  And if you're just at home and you're a
2 professional, this could be something that you can add
3 into your trading that you could further your profit
4 potential on.  That's the goal here.  Put more money
5 into your accounts and share something with you that I
6 discovered that is just incredible.
7       I've been doing this for many years.  I've
8 made millions upon millions trading the market with
9 different strategies.  This is the one I'm most
10 excited about.  I have the most fun doing it.  It's so
11 great watching this activity here.  And you have huge,
12 huge percentage wins.  It is -- I mean, if you don't
13 catch this with me, I don't know what else I can do
14 for you.  This is so exciting.  If you feel this
15 excitement, you need to click that button there, put
16 in your information and join, because these things are
17 happening, like I said, every single day.
18       Every single day we're having these ones
19 that come out with analyst's recommendations, buyouts,
20 good earnings, bad earnings, whether the market is
21 going up or down.  There's always news coming.  And
22 these people know.
23       Man, we have 30 seconds here.  So as we're
24 closing this up here, I just want to say from the
25 bottom of my heart, I appreciate you coming out here

---

27

1 and watching the presentation.  I appreciate you guys
2 for going ahead and listening to all the factors of
3 this service.  I really do.  I genuinely do.  I need
4 you in there so that we can be friends, family and
5 profitable teammates for such a long time.  And click
6 that link.  I've put in something extra, extra special
7 so that we can be together for life, gang.
8       So as I'm closing this up here, three, two,
9 one, man, that's it.  We're going to have so much
10 great profit potential together, so much fun, so many
11 unusual options under one.  I am so excited.  So go
12 ahead, click that link.  Get in there and I will see
13 you tomorrow morning, guys.  See you there.
14       (The recording was concluded.)
15
16
17
18
19
20
21
22
23
24
25

---

28

1                CERTIFICATE OF TRANSCRIPTIONIST
2
3
4       I, Elizabeth M. Farrell, do hereby certify
5 that the foregoing proceedings and/or conversations
6 were transcribed by me via CD, videotape, audiotape or
7 digital recording, and reduced to typewriting under my
8 supervision; that I had no role in the recording of
9 this material; and that it has been transcribed to the
10 best of my ability given the quality and clarity of
11 the recording media.
12       I further certify that I am neither counsel
13 for, related to, nor employed by any of the parties to
14 the action in which these proceedings were
15 transcribed; and further, that I am not a relative or
16 employee of any attorney or counsel employed by the
17 parties hereto, nor financially or otherwise
18 interested in the outcome of the action.
19
20
21 DATE: 7/20/2020
22            ELIZABETH M. FARRELL, CERT
23
24
25

---

7 (Pages 25 to 28)

Attachment DD

PX 27, 1996

**1**

```
 1          OFFICIAL TRANSCRIPT PROCEEDING
 2
 3
 4              FEDERAL TRADE COMMISSION
 5
 6
 7   MATTER NO.     2023073
 8   TITLE         RAGING BULL, LLC
 9   DATE          RECORDED:  SEPTEMBER 2, 2020
10                 TRANSCRIBED:  OCTOBER 21, 2020
11   PAGES         1 THROUGH 14
12
13
14
15              FAST FIVE PURCHASE
16
17
18
19
20
21
22
23
24
25
```

**2**

```
 1              FEDERAL TRADE COMMISSION
 2                 I N D E X
 3
 4   RECORDING:                          PAGE:
 5   Fast Five Purchase                     4
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**3**

```
 1              FEDERAL TRADE COMMISSION
 2   In the Matter of:          )
 3   RAGING BULL, LLC           )  Matter No. 2023073
 4                              )
 5   _____)
 6
 7                      September 2, 2020
 8
 9        The following transcript was produced from a
10   digital file provided to For The Record, Inc., on
11   10/15/2020.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**4**

```
 1              P R O C E E D I N G S
 2                 -  -  -  -  -
 3        KYLE DENNIS:  All right, you're here for one
 4   reason, to learn how to make money and do it
 5   consistently.
 6        So let's skip all the B.S.  I'm not here to
 7   bore you and I'm not here to have you sit through an
 8   hour-long Webinar and waste your time.
 9        In the next few minutes I'm going to show
10   you a way that you can get access to my favorite trade
11   of the week every week and begin to profit right
12   alongside of me.
13        But, but the first order of business is to
14   tell you just a little bit about myself and the
15   returns I've had, because, let's face it, you're not
16   going to listen to someone who's made a whopping
17   5 percent last year, right?
18        Well my name's Kyle Dennis and last year I
19   made about 9,100 dollars per day trading stocks.
20        It didn't start off like that, though.  I
21   was like anyone else, I started to save any bit I
22   could, which wasn't easy, being strapped with
23   80,000 dollars in student debt.
24        Now trading wasn't a walk in the park at the
25   beginning.  I actually lost 7,000 dollars and almost
```

1 (Pages 1 to 4)

Attachment EE

PX 27, 1997

Fast Five Purchase

Raging Bull, LLC                                                9/2/2020

---

5

1    took myself out of the game, but I didn't quit.
2         Overall I just had too many big losers,
3    wasn't minimizing my risk, but I had some wins and
4    there was potential there if I gave this a real
5    effort.
6         I just wanted to get out of working as a
7    real estate analyst, which had nothing at all to do
8    with my college Degree in biology.  That Degree
9    actually wasn't a complete waste of time, because now
10   I exploit the biotech market, among others, every
11   single day.
12        It's a hidden gem and profits are right
13   there for the taking.  Don't believe me?  My first
14   full year of trading part time I made more in trading
15   profits than I did from my 9 to 5 desk job.  44,488,
16   to be exact, just from trading.
17        I honestly thought it was beginner's luck,
18   until the next year where I became more active and
19   quit my job to trade full time.
20        And oh, was that worth it.  That year I made
21   838,000 dollars.  Again, I was thinking to myself, how
22   was nobody else doing this?  In 2016, 1.1 million.
23   2017, 1.2 million.  2018, 2.3 million dollars in
24   trading profits, and this year, 2019, up over
25   1 million dollars.

---

6

1         I'm 29 years old and I made over 7 million
2    dollars in trading profits.
3         I look at that 35 grand a year real estate
4    job and that would have taken my whole life to reach
5    that amount.  The best part, it wasn't that hard,
6    seriously.  I put in the work, of course, but it's so
7    methodical now it's almost laughable.
8         I stick to a set of simple trading patterns
9    that have allowed me to pull in profits daily.  Once I
10   begin to see how easy this was, I knew I could teach
11   others the same exact principles so that they could
12   make money as well.  And make money they did.  I've
13   got Excel sheets, thousands of rows long with
14   testimonials from members.
15        These are people who are looking for a
16   simplified way to supplement their income without
17   having to spend too much time.  Because, I get it, we
18   all have busy lives, right.  You don't always have the
19   time to research companies.  You don't always have the
20   time to keep track of your positions and you certainly
21   don't have the time to stare at a computer all day
22   long.
23        Maybe you don't even have the time in the
24   day to watch this quick presentation.  That's okay,
25   too.

---

7

1         But more importantly, most of my members are
2    brand new to trading and don't have a lot of funds to
3    allocate to the market.
4         My goal has always been to show people how
5    they can hit the ground running and begin to add an
6    extra 250, 500, even 2,000 dollars or more to their
7    account each and every week.
8         And here's how that's going to happen for
9    you.  You're going to be one of my members to my
10   service and I'm going to offer you something that I've
11   never thought I would do, so here we go.
12        At the beginning of each week I'm going to
13   send you my top trade.  What do I mean by that?  I'm
14   an active trader and each and every day I'm scanning
15   for the best set-ups and the ideal entries into
16   companies by analyzing news, catalyst events, insider
17   activities, earnings reports, volume and even stock
18   trends.
19        After doing this, there are normally a group
20   of trades that I'm confident in, but I'm going to give
21   you my absolute best one.  You'll get that sent to you
22   every Monday morning via Email.  It will have my
23   target buy range and sell range, as well as why I'm
24   looking at it.
25        You can set it and forget it.  I call these

---

8

1    my fast five trades.  In on Monday, out by Friday,
2    five days, fast profits.
3         Just like that.  You've done nothing other
4    than read the Email that I've sent you, after I've put
5    in countless hours finding this opportunity.
6         Now to better this offer, I'll just give you
7    my Ebook, video lessons and trainings so you can take
8    this to any level if you really want to be an
9    independent trader and quit that 9 to 5 job working
10   for somebody else.
11        See, the beauty of my service is that I'm
12   the one putting in the legwork, but you, but you, you
13   get off easy because I'm spoon feeding you this
14   information at the beginning of each week.
15        The bottom line here is I'm not here to sell
16   you some gimmick.  I want you to succeed.  I want you
17   to even beat my returns.  I'm invested in your
18   performance.  There is no one else that is going to
19   give you the keys to this lucrative strategy except
20   for myself.  And I'm going to do that at the cheapest
21   price that I could ever offer.
22        One full year, only 97 dollars.  That's it.
23   That is the deal of an absolute lifetime.
24        My favorite trades are worth thousands by
25   themselves based on the profits you can make.  What do

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Attachment EE                          PX 27, 1998

9

1 you think you can make in an entire year getting over
2 50 of my trades? That's only 2 dollars per trade. I
3 can't imagine you won't make more money than this tiny
4 investment.
5       In fact, I'll even give you a money back
6 guarantee, and you can get a refund if this service
7 just doesn't work for you.
8       You heard that right, I'm giving you a money
9 back guarantee. There's no risk to you buying this.
10       Let me prove that it will be the best
11 decision you've ever made. But, you need to act
12 quickly. I can only extend this deal to the next
13 100 people because it is so lucrative.
14       I've never offered this before, but I'm
15 beyond confident in this service and I want to
16 eliminate any risk for you.
17       So, again, here's the deal. You want to
18 make some extra money. You want to get away from
19 living paycheck to paycheck and being straddled by
20 bills and loans that you have. You want to have that
21 freedom to work at your own pace, be your own boss,
22 hell, even travel the world and trade at the same
23 time.
24       Well this is where you start. There is no
25 other place and no other person besides myself that is

10

1 going to put in this kind of work just to make sure
2 you reach the level of success you want to be at.
3 And, more importantly, to reach that level quickly.
4       So stop settling for ordinary here. You
5 don't deserve that. Nobody does. You deserve the
6 life you want. Put your best food forward and give
7 yourself permission to have that life.
8       It's 97 dollars for an entire year. My
9 services have changed the lives of thousands and it
10 can do the same for you. You just have to let it.
11       Help me help you. Join now. Only 100
12 people can get in on this one-time deal.
13       (Brief pause in presentation.)
14       KYLE DENNIS: Yes, I'm so excited here that
15 you've decided to join fast five with me and get in on
16 that annual subscription so that you can get my ideas
17 every Monday, 10 a.m. eastern. Check your in box,
18 that's where the next trade is coming. And I've had a
19 high level of success, a high percentage of success in
20 hitting these trades.
21       So I'm really excited you are on board here
22 and of course I'm very, very passionate about trading
23 and I want you to be as well.
24       So after you watch this video, make sure you
25 check out those education materials I have in there

11

1 because that's really important as well and I included
2 that for absolutely free because I'm really passionate
3 about this.
4       And because I know you're passionate about
5 this, I have a special offer for you. For 149 you can
6 go ahead and upgrade your fast five membership, never
7 renew again, never pay me anything more, you can go
8 ahead and keep getting these alerts every Monday,
9 10 a.m. eastern, over and over and over again, for
10 life.
11       Over and over, for one price, never pay me
12 anything again. It's pretty tremendous.
13       So, one-time offer, click the link below
14 there, one-time offer. Go ahead, you can upgrade
15 yourself for fast five, get the unlimited plan, which
16 means I'll be doing this, sending the alerts every
17 Monday as long as I physically can do it, okay.
18       So go ahead, click that link, get in there,
19 get all your materials ready because we're cooking on
20 Monday at 10 a.m. with propane. Cheers.
21       (Brief pause in presentation.)
22       KYLE DENNIS: Hey everybody, welcome, you
23 made a fantastic decision coming on board here with
24 the fast five trading system. My name's Kyle Dennis
25 and I will be delivering to you my highest conviction

12

1 trade of the week.
2       Why this is so important is that thousands
3 upon thousands of ideas cross my desk every single
4 week. I'm going to be monitoring those and then
5 giving you the best idea for the week on Monday.
6       Let's turn Mondays into an exciting day
7 versus one that we dread. I'm going to be sending
8 that to you every single Monday to your Email in box
9 and to your cellular phone via text message.
10       So be sure to have those Emails turned on
11 and those text messages turned on in your dashboard.
12       You're also going to have access like I
13 promised to my three Ebooks, the seven deadly trading
14 sins, the things that you should avoid as a trader,
15 which is arguably more important than the things that
16 you should do. The things that you should avoid are
17 very important.
18       My best selling Amazon book, which is a
19 little bit about myself called the Middle Class
20 Millionaire, and my biotech trading book called The
21 2.9 Million Dollar Biotech Playbook, which teaches you
22 how to play what I like to call catalyst events.
23       You'll get all sorts of different training
24 videos and additional academy information as well,
25 with a subscription here to the fast five system.

3 (Pages 9 to 12)

Fast Five Purchase

Raging Bull, LLC                                                        9/2/2020

13

```
1          You'll also get a sneak peak at different
2  services that I have because maybe one of the, my best
3  ideas for the week happens to come from my catalyst
4  trading service or an options trade.  You'll get, no
5  hold bars, the best pick of the week.
6          So I'm very glad that you're here.  You
7  should be excited.  Make sure you have those Emails,
8  text messages turned on.  Read those Ebooks and get
9  excited because Monday comes our next trade.
10         See you then.
11                 (Whereupon the Fast Five
12                 Purchase was concluded)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

14

```
1          CERTIFICATE OF TRANSCRIPTIONIST
2
3          I, Monica Voorhees, do hereby certify that
4  the foregoing proceedings and/or conversations were
5  transcribed by me via CD, videotape, audiotape or
6  digital recording, and reduced to typewriting under my
7  supervision; that I had no role in the recording of
8  this material; and that it has been transcribed to the
9  best of my ability given the quality and clarity of
10 the recording media.
11         I further certify that I am neither counsel
12 for, related to, nor employed by any of the parties to
13 the action in which these proceedings were
14 transcribed; and further, that I am not a relative or
15 employee of any attorney or counsel employed by the
16 parties hereto, nor financially or otherwise
17 interested in the outcome of the action.
18
19 DATE:  October 21, 2020
20
21
22
23         _____
23         MONICA VOORHEES
24         Transcriptionist
25
```

4 (Pages 13 to 14)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Attachment EE

PX 27, 2000

High Octane Options

Raging Bull, LLC                                                    10/21/2020

---

**1**

```
 1          OFFICIAL TRANSCRIPT PROCEEDING
 2
 3
 4            FEDERAL TRADE COMMISSION
 5
 6
 7  MATTER NO.    2023073
 8  TITLE         RAGING BULL, LLC
 9  DATE          RECORDED:  DATE UNKNOWN
10                TRANSCRIBED:  OCTOBER 21, 2020
11  PAGES         1 THROUGH 82
12
13
14
15            HIGH OCTANE OPTIONS
16
17
18
19
20
21
22
23
24
25
```

**2**

```
 1          FEDERAL TRADE COMMISSION
 2            I N D E X
 3
 4  RECORDING:                        PAGE:
 5  High Octane Options                  4
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**3**

```
 1          FEDERAL TRADE COMMISSION
 2  In the Matter of:          )
 3  RAGING BULL, LLC           )  Matter No. 2023073
 4                             )
 5  _____)
 6
 7            Date Unknown
 8
 9      The following transcript was produced from a
10  digital file provided to For The Record, Inc., on Date
11  10/15/2020.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**4**

```
 1          P R O C E E D I N G S
 2            - - - - -
 3      FEMALE SPEAKER:  I've gotten comfortable
 4  with allowing my trades to work, which is real -- it
 5  was a real change -- turning point for me instead of
 6  oh, my God, it's a little red, I have to sell, and
 7  then I just kept losing.
 8      JEFF BISHOP:  Yeah.
 9      FEMALE SPEAKER:  And then I started to take
10  your advice and have a very defined risk and let it
11  run and --
12      JEFF BISHOP:  That's good.
13      FEMALE SPEAKER:  Let it go.
14      JEFF BISHOP:  What do you think you learned
15  in the last nine months or so since you've been part
16  of the service?
17      Is there anything that you think has kind of
18  clicked where it's helped to become a better trader?
19      FEMALE SPEAKER:  Again, it comes back to
20  that very disciplined piece of define your strategy,
21  know your strategy, trade your strategy and don't,
22  don't get all over the place.
23      JEFF BISHOP:  Yeah.
24      FEMALE SPEAKER:  Once you, once you get good
25  at that, then, then take the next step.
```

1 (Pages 1 to 4)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Attachment FF

PX 27, 2001

5

```
1        JEFF BISHOP:  Yeah.
2        FEMALE SPEAKER:  Because I, like most
3   people, found myself trying to do it all and it
4   doesn't work.
5        JEFF BISHOP:  No.
6        FEMALE SPEAKER:  Let me just ask you what do
7   you think makes you guys different?  I mean there's
8   just so many services out there, right, what is it
9   that makes you, Raging Bull, really distinguished and
10  different from the rest?
11       JEFF BISHOP:  Raging Bull really is the best
12  place you can go to learn about trading stocks and
13  learn from real educators.  These are actual guys who
14  are in the markets trading every day, so you can see
15  their actual portfolios, you can see what they're
16  actually trading and there's just a transparency that
17  you don't find anywhere else.
18       FEMALE SPEAKER:  Because it's one thing to
19  understand it, right, from a trading perspective and
20  there's plenty of guys here on Wall Street that can do
21  that.
22       JEFF BISHOP:  Yeah.
23       FEMALE SPEAKER:  It's another thing to
24  communicate it.
25       JEFF BISHOP:  There's no other place you'll
```

6

```
1   find traders on this caliber who will share their
2   portfolios, who will share all the secrets of what
3   they do.  I don't think there's --
4        FEMALE SPEAKER:  (Inaudible).
5        JEFF BISHOP:  -- very many successful
6   traders, first of all, and the ones that do, they
7   don't want to teach anyone else.
8        We're proven, we've been around the market a
9   long time.  They're all successful traders, most of
10  them made over a million dollars or more trading.
11       You're going to get a lot of skills that
12  you're going to pick up from me over the years on how
13  I trade, the art and nuances and all these things that
14  are going to really make you better.
15       MALE SPEAKER:  So right now when you have
16  people that follow you come to you and say I just
17  lost, you know, I just saw a bunch of my retirement or
18  my wealth evaporate in the market, you know, at a
19  startling speed, and I, you know, is it at the low,
20  should I sell now or, you know, do I run the risk of
21  losing more.  You know, what should I be thinking
22  about.
23       What kind of advice are you giving people?
24       JEFF BISHOP:  Well my first thing is that no
25  one's got a crystal ball, so it's, it's foolish right
```

7

```
1   now to say this is the bottom or this is the top or
2   this is anywhere.
3        So I think just from a practical sense, it
4   makes sense to start having a horizon.
5        If you want to be a longer term investor, I
6   think it makes a lot of sense.  Me, personally, that's
7   why I'm looking at things on a longer term view.
8        I'm looking at stocks I want to own.  I'm
9   not saying okay, I'm pushing all my chips in right
10  here because the market's down 30 percent and surely
11  it couldn't go any lower.
12       Well if you look at history, markets can go
13  a lot lower than 30 percent, so --
14       MALE SPEAKER:  Yeah.
15       JEFF BISHOP:  -- I don't want to push all my
16  chips here at 30 percent and the market drops another
17  50 or 60 percent lower.
18       So I think it makes sense to start finding
19  and identifying the key companies that you want to be
20  involved with and start scaling in.
21       So maybe you set aside the amount of money
22  you have.  Maybe it's the money you have left and
23  start saying I want to put it to work, this amount of
24  money each week or each month I want to start buying
25  these stocks, no matter where they're at.
```

8

```
1        And in six months or a year, maybe establish
2   the positions you want to be in.  You're going to have
3   a nice blended average.  You're not going to get the
4   absolute high or low, but I think you'll have a good
5   position at that time.
6        So I think you need to identify the
7   companies you want to be with and look for opportunity
8   to start scaling into those.  And don't try to go all
9   in, don't try to time the top or bottom.  It's just
10  way too difficult.
11       MALE SPEAKER:  Yeah, I think that's been a
12  universal sentiment for, you know, many of the
13  experts, is like nobody's got a crystal ball --
14       JEFF BISHOP:  Yeah, I mean I rode through --
15       MALE SPEAKER:  -- and anybody who --
16       JEFF BISHOP:  -- the .com bubble.  I rode
17  through the financial crisis in '08 and all that, so I
18  know how these things work and they, they are so
19  violent to trade.
20       It looks easy in hindsight, you say oh, well
21  there was the bottom and then it magically rebounded.
22       When you're in the trenches in these things,
23  it's just not that easy.  It's gut-wrenching and
24  you're seeing the portfolios move 10 percent a day and
25  you don't know, have any sense of what's going on.
```

2 (Pages 5 to 8)

Attachment FF                              PX 27, 2002

High Octane Options

Raging Bull, LLC                                                        10/21/2020

9

1     And there's days that you think the economy
2  is actually going to collapse and we're not going to
3  recover from it.
4     So you go through all these, these mental
5  challenges along the way and it, it really inhibits
6  you as an investor.
7     I think you need to step back and have a
8  bigger picture and say okay, you know what, for me,
9  actually, I don't think Apple is going out of
10 business. I think Apple's going to be a key in the
11 foundation of the economy going forward, so I want to
12 own Apple around this price, maybe a little lower,
13 maybe a little higher, I don't know, but I think Apple
14 is going to be here in two or three years and it's
15 going to dominate.
16    So I want to take advantage of lower prices,
17 so that's one example.
18    So you want to start putting money to work
19 in the companies that you think have the best
20 opportunity to be, you know, the ones that are going
21 to be industry leaders and are really going to
22 dominate coming out of this.
23    So I think it makes sense to put your money
24 to work, otherwise, you know, start buying guns, go
25 store up food and go, go hide in a cave, because

10

1  there's only two options here. The economy's doomed
2  or we're going to get through it and there's going to
3  be some clear winners. And history's always proved
4  that we're going to get through it and I believe that
5  will be the case, too.
6     MALE SPEAKER: Yeah, no doubt here's --
7  there's how and when, those are the things we don't
8  know.
9     JEFF BISHOP: Yeah.
10    MALE SPEAKER: But there's definitely going
11 to be a, you know, the other side of this and I think,
12 I think, you know, everybody will be just fine. And
13 even though a lot of people are stocking up on goods
14 and food, I believe it's a fall back position, but
15 we're here to talk about maybe how we can navigate
16 these waters and --
17    JEFF BISHOP: And having a little bit of
18 guns and food's not bad, yeah.
19    MALE SPEAKER: Yeah, yeah. Well, admittedly
20 I have both, so.
21    So now the, you know, the other side is, all
22 right, so I'm looking and saying this is not about --
23 and this is what I really try to have people
24 understand, the market recovers when people start
25 entering back into it, start, you know, start trading

11

1  it, start adding liquidity to it, that's how the
2  economy gets back on track.
3     It's really a win/win thing. We're not
4  talking about buying, you know, thousands of bottles
5  us of hand sanitizer and trying to profiteer, we're
6  talking about how to be very level-headed and how you
7  can take the current circumstance and enter into it
8  and recover maybe some of the losses, or if you didn't
9  have losses, even maybe you had some gains through
10 this process.
11    So you talked about short-term trading and
12 options.
13    Can you maybe get into some details about
14 what you're doing yourself?
15    JEFF BISHOP: Yeah, so when it comes to
16 short-term trading, I've been able to ride out this
17 storm. You know, I'm not very profitable on the year,
18 honestly, but I am profitable, so I'm pretty happy
19 about that.
20    I've had some, you know, wild rides along
21 the ways, but I think the, the key for me is not
22 trying to pick a direction, because too many people
23 are trying to pick a direction, if Apple's going to go
24 up or Apple's going to go down.
25    Well what's happening is Apple goes up

12

1  10 percent one day and it goes down 10 percent the
2  next day and if you're not quick and trading in hours,
3  you're missing an entire move. And it's just shaking
4  everybody out, so you're getting chopped up in the
5  market if you're trying to pick a direction.
6     What I'm finding is that with options,
7  they're priced so expensive right now, because when
8  there's a lot of fear in the market like there is now,
9  option prices explode. They are prices that we have
10 not seen since the financial crisis, so options prices
11 are huge.
12    And if you become a seller of options and
13 you play different ranges of stocks, I feel like
14 there's a lot more level of security there because I
15 don't know if Apple's going to be up or down
16 10 percent tomorrow, but in two weeks I can bet that
17 it's going to stay within a 30 percent range, perhaps.
18 Maybe it's not, but, you know, if I pick a big range
19 like that, I have a big level of comfort saying okay,
20 that's going to work.
21    And if I'm wrong in a week or two, I can put
22 that trade on again and I'm certain that Apple's not
23 going to make a 30 percent move week after week after
24 week.
25    It might happen once in awhile, but I'm

3 (Pages 9 to 12)

Attachment FF           PX 27, 2003

13
1  picking ranges that are extreme and that all I have to
2  do is be right and the stock stays within a range and
3  then I can be profitable in that trade.
4      So that's what I've found to be the most
5  successful for me in this market, is selling those
6  premiums and betting on ranges for the stock rather
7  than direction.
8      (Brief pause in presentation.)
9      JEFF BISHOP:  All right, all right, hello,
10 everyone.
11     Welcome to high octane.  I cannot wait to
12 get this started today.  I want to thank you guys so
13 much for coming out on a wonderful afternoon.
14     Markets are bleeding red, but I'm going to
15 show you something that can help kick start your
16 profits to a next level.
17     It's really helped me and I'm really
18 confident that it can help you, too, so thank you so
19 much.
20     Let everyone just settle in here for a few
21 minutes and then we will just get kicked off, all
22 right.
23     I've got some great presentation long I'm
24 going to show you, I'm going to go over some very
25 specific ways that I identify trend reversals in the

14
1  market, all right.
2      Trend reversals are when the stock's going
3  one direction or another and it reverses, easy enough.
4      The thing is the market's always betting on
5  it going the same direction, so if you can identify
6  when the trend reversal is about to happen, your odds
7  of making money go up dramatically.
8      So I'm going to show you something I've used
9  over the years and really refined it to become a lot
10 more consistent and confident in all my trading.  It's
11 fantastic, it's really helped me today.
12     I'm going to show you exactly what it's done
13 for me right now, actually.  It's been great, so I'm
14 going to show that to you and hopefully you can apply
15 it to your own trading, too.
16     So give me just a few minutes here, I've got
17 to -- we still have a lot of people trying to get in,
18 all right.  This is a busy afternoon, the server's a
19 little slow at the moment, so let everybody chime in
20 here for just a few minutes and we'll get started,
21 okay.
22     (Brief pause in presentation.)
23     JEFF BISHOP:  They say there's a few hundred
24 more people trying to come in, so let's give them just
25 a couple more minutes.  I appreciate you guys hanging

15
1  on there.  Give them just a couple minutes and then we
2  will switch over, okay.
3      All right.  Man, good crowd today.  Thank
4  you for coming out.  It's a crazy day out there, isn't
5  it.
6      But, you know, days like this are going to
7  happen after we've had such a dramatic move higher for
8  the markets, so you've got to be ready for this.
9      I'll show you how I nailed today by using
10 this indicator.  It's, it can literally be a game
11 changer for you.
12     When I say high, high octane, I'm really
13 talking about how to turbo charge profits, and that's
14 exactly what this can do, so let's get into it.
15     All right, team says we're ready to go.
16 Let's get going.
17     All right, first we've got a short video I
18 want to play.
19     (Whereupon, the following is a Video that
20 was played.)
21     JEFF BISHOP:  When you think of trading and
22 you think about the markets and Wall Street, you're
23 probably thinking about those big dogs, the hedge
24 funds, the red tape, the billionaire investors like
25 Warren Buffett, George Soros, Bill Ackman or Steve

16
1  Cohen and you automatically dismiss successful trading
2  as something that just isn't attainable for you.
3      And not too long ago your assumption
4  wouldn't have been too far off, but there is a
5  paradigm shift happening right now under our noses.
6  Right now, something unprecedented is happening.
7      Traders and investors are literally piling
8  into the market in record numbers right now for the
9  little guy.  And by little guy, I mean that's you and
10 me both, we're talking about how big the market is.
11     The barriers of entry have never been lower.
12 Many trading platforms have introduced commission free
13 trading recently.  That means it takes nothing to
14 trade and there are little or no minimum deposits.
15 The restrictions have all been lifted and this is
16 driving excessive ability to the markets like never
17 before.
18     We're literally seeing millions of people
19 pile the markets now with the creation of platforms
20 like Robinhood.  Today you can now open an account,
21 practically instantly, and you can even start placing
22 trades the same day with as little as one dollar.
23     And let's not forgot, you can place a trade
24 from anywhere.  Okay, all you need is your smart phone
25 and with an App you can make a couple clicks and be

4 (Pages 13 to 16)

17

1    trading from anywhere in the world right now.  That's
2    crazy.
3           When I first got started trading about
4    20 years ago, you needed to place trades with a real
5    broker.  You had to pick up the phone and call someone
6    and he had to place the order for you.
7           In fact, I also remember looking through the
8    newspaper, that's how I got stock ideas back then.
9    Yeah, that's me.
10          There were several full pages of stock
11   quotes in the back of the finance section and all
12   stocks were coded in these weird fractions back then.
13   Just truly dark times I'm telling you.
14          Anyway, the brokers, they --
15          (Whereupon, the Video abruptly concluded.)
16          JEFF BISHOP:  All right, technology.  What
17   are you going to do.  Here we go.
18          Well it was a really good little movie if
19   you had watched that, but we'll get right into the
20   presentation instead.
21          Here we go.
22          All right, how's that?  Looks good to me
23   now.
24          All right.  Are we ready to go?  Are we are
25   ready to go?  Let's type something in.  Type let's go

18

1    if you're ready to go now, all right, let's get going
2    on this.  Forget this technical stuff, I've got
3    everything you need right here.  Just type that in,
4    let's go.  I'm ready.
5           All right.  This is the high octane system,
6    okay.  Like I said, I've used this for years, I've
7    been refining it to really turbo charge my own profits
8    and I'm going to show you how you can take some simple
9    indicators and really learn how to take your
10   performance to the next level as well.
11          A lot of times we're so uncertain about when
12   to enter or exit a stock, but a system as simple as
13   this can really give you confidence to know when to
14   get in and when to get out.
15          I use it all the time.  I'm going to show
16   you what I do, my parameters for how I do it, how I
17   set it up and how you can do the same thing, too, if
18   you want.
19          It's called high octane and here it is.  But
20   first, we always have a disclaimer.
21          So I'm not a financial advisor.  I don't
22   know anything about your situation.
23          You are big boys and girls, you need to make
24   your own decisions out there with your money and what
25   you do and how you trade.

19

1           All I can show you is what I've done over
2    the years and how I've applied it.  It's worked for
3    me.  I hope it works for you, too, if you decide to
4    take it on.  And everything I do I present to the best
5    of my ability and try to be fully transparent with
6    everything we do.
7           That's the way we do it at Raging Bull, so
8    that's all I've got, all right.
9           There, and like you probably know, if you
10   stay to the end of this, I've got a very special trade
11   I'm looking to make.  Even in a nasty market like
12   this, there's one trade out there I've identified that
13   I'm willing to bet 20,000 dollars on right now.  So I
14   want to get to that trade real soon.
15          I'm going to walk you through the process,
16   though, of how I identified the trade, why I would get
17   into it, why I've got the confidence to move into it
18   and how you can do it, too.
19          So I'm going to show that to you at the very
20   end here, so hang on.
21          So if you're ready, buckle up, buttercup,
22   let's go.  It's time to get going here.  Let's
23   (inaudible) this afternoon.
24          Today I'm going to teach you my high octane
25   system that can help give you confidence, clarity and

20

1    conviction when you're looking to make trades.
2           So often we just don't know when to pull the
3    trigger on a trade.  You see something going up, up,
4    up, up, up, you don't know when it's about to reverse,
5    you don't know when to make the trade to the other
6    side; or you see it going lower and lower and lower,
7    you don't know when to make the move.
8           This simple system can show you exactly when
9    it is an ideal point to do that, right.  It's very
10   clear.  It gives you a lot of clarity on when to make
11   the trades.
12          I'll show you how I set that up and how you
13   can start looking at the same things over and over.
14          And, more importantly, I've got a new way
15   that I've never showed anyone before how I identify
16   these all the time and how you can do the same thing.
17   It's awesome.
18          You know, so often we, we look for trades
19   all the time and you really know when it's got the
20   halo.  You see the perfect trade set-up.  Well this
21   system can help show you when that halo appears in
22   these trades.
23          Does it always work?  Of course not.
24   Nothing always works, but it's given me the confidence
25   to have more than a 50 percent confidence level on

5 (Pages 17 to 20)

Attachment FF          PX 27, 2005

21

1    when I make these trades.
2            And if I can do that, that's all I'm looking
3    for.  If I can have bigger wins than I do losses and I
4    can win about 50 percent of the time, that's how you
5    can really make a lot of money over time.  So that's
6    my system and what I look for.
7            You know, most millionaire traders, they
8    don't make their money by hitting a few big wins, it
9    really comes by consistent smaller wins over and over.
10   But there's a system, there's a repeatable process
11   that they can do over and over again.
12           And that's what I'm hoping this system can
13   help show you, too, how to become consistent and just
14   repeat the same thing over and over again, how to
15   limit your mistakes, limit those losses, but have some
16   really, really big winners along the way.
17           Okay, I've found a way to make some of the
18   biggest winners of my life using this system.
19           Here's something I've found over the years,
20   probably 99 percent of people fall into these
21   categories.  They either are over trading, so every
22   day they've got to have a brand new trade, they've got
23   to have this and that and it's really got to get
24   going.
25           You've got to slow down and figure that

22

1    there's not always ideal trades out there.  You know,
2    there's always trades, but there's not ideal trades.
3    There's a big difference.
4            I think if you've been trading for awhile,
5    you really know when you've got a good trade set up
6    and when you had a bad trade set up you just took it
7    because you were anxious about trading or you had fear
8    of missing out.  So you were chasing something higher
9    or you just thought you were catching a falling knife,
10   you thought you were catching the bottom on a trade.
11           Well I feel like we're over trading a lot of
12   times, so for one thing is lets slow down the trading,
13   wait for better set-ups.
14           So number two is have the discipline to wait
15   for those A plus set-ups out there.  These are the
16   ones that are the truly best, the creme de la creme,
17   the best trade set-ups that we can possibly find.
18   Those are the ones that we should be waiting for.
19           It's not, they don't come along every day,
20   but when they do, I feel like those are the ones that
21   we need to move the chips in.  Those are the ones that
22   I want to take a big bet on because I've got
23   conviction.
24           When I've got conviction and I've seen
25   something happen over and over, I'm really confident

23

1    in it and I can push my chips in.
2            Just like I did today on the market going
3    lower, I'm going to show you exactly how I did that
4    and why.  It worked out and because I had the
5    conviction, I had the scanner that told me what to do,
6    and I had the foresight to know the probability of
7    what was going to happen.
8            You need quality ideas, also.  So I find
9    that too many people are out there just reaching
10   around for ideas.  They don't really know what to
11   trade, they're just randomly selecting one of 10,000
12   different stocks out there and they really have no
13   good system for finding good stocks all the time.
14           They're just randomly pulling things,
15   looking for stock tips off of Twitter or their friends
16   or the cab driver or their brother-in-law.
17           Stuff like that's going to just cost you
18   money.  That's not a good system.
19           Having a good system that looks for set-ups
20   that are technically ready to make short-term moves,
21   that's what I think is the way to go in the long term
22   to make money, doing that over and over and over
23   again.
24           The guys I know who are millionaire traders
25   and better, they've, they've taken very short-term

24

1    bets, but doing it over and over and over.  That's
2    really how you do it and that's how I've done it and I
3    hope you can start doing the same thing, too, start
4    taking lots of short-term bets and have great set-ups.
5            So some of my high octane rules -- hey, by
6    the way, if you've got a pen and paper, take some
7    notes, all right.  Write some of these things down, I
8    think these are really important.
9            It's taken me 20 years to learn a lot of
10   these things, the hard way.
11           I'm trying to save you a lot of time today
12   by leapfrogging ahead, so I'm going to share with you
13   some very specific rules like this.
14           So write them down, pay attention.  I hope
15   that you can apply these things, too, and it will
16   speed up your trading learn curve.  If you're already
17   a good trader, it can make you better.
18           So the first thing is when I'm options
19   trading, I want to take half my profits at
20   100 percent, okay, if I'm trading half at 100 percent.
21   Why?  Why not all at 100 percent?  Well, because a lot
22   of times stocks will go two, three, four, 500 percent
23   higher.  I don't want to take myself out of the game
24   because a lot of times it's impossible to pick the top
25   or the bottom of a move.

6 (Pages 21 to 24)

Attachment FF                              PX 27, 2006

High Octane Options

Raging Bull, LLC                                                    10/21/2020

25

1    So I have a rule, I stick to about
2  100 percent, I want to take half my profits and play
3  with the house money at that point.
4        If I've taken half at 100 percent, that
5  means no matter what happens I cannot lose.  Even if
6  that thing loses 100 percent on the second half, I
7  can, all I can do is break even at that point.
8        So I'm taking half at 100 percent, letting
9  the rest ride until the trend changes.  And I'm going
10  to show you how I look for that.  When the trend
11  changes, I want to get out.
12        Or, if it comes back to break even, if I'm
13  up 100 percent and somehow that goes back to break
14  even, I'm out.  I'm not going to let that go red on
15  me.  So that's my first rule.
16        Stop losses.  Have a plan before you get
17  into a trade, obey stop losses.  Man, if I'd have done
18  this over the years, what could have saved me so much
19  money, so now I'm very disciplined about obeying stop
20  losses.
21        When I get into a trade, I've got a plan of
22  where I want to add if it goes lower, but if it gets
23  to a certain level, I'm going to get out.  I'm going
24  to get out.  If it breaks below trend lines, I'm going
25  to get out of the trade, not continue to add to a

26

1  losing position lower and lower and lower.
2        I might make one add, but I've already
3  planned that; but if it breaks the trend lines, I'm
4  just getting out.  I'm not going to stick around and
5  wait for something to return.
6        If it breaks below the trend line, that
7  means my trade didn't work and I'm going to get out,
8  wait for a new set-up and try again.
9        I would rather take a small loss than let it
10  turn into a big loss over a longer period of time.
11        So I'm going to take a small loss, wait on
12  the sidelines, wait for the set-up again and then get
13  back in.  That's, that's how I'm going to do it.
14  That's how I prevent a lot of big losses from
15  happening.
16        On the flip side, I let my winners really
17  run.  So you'll me hit -- a lot of times have winners
18  that are 100, hundreds of percent because I'm trading
19  options.  And with options I don't need a very big
20  move in the stock to have a huge move in the option
21  price.  That's a key.  That's why I trade options all
22  the time.
23        I'm looking for a short-term move in the
24  stock, and that can be a huge move in the options.
25  Usually a 5 percent move in the stock price in about a

27

1  week, I can make 100 percent on that with my option
2  trades.  I'll show you how to do that, too, in a
3  minute.
4        I also have a 20 percent rule.  This means
5  that I'm never going to allocate more than 20 percent
6  of my portfolio in one given trade.
7        Now that's not all the money I've got, but
8  in the trading portfolio I've got, I never want to
9  have more than 20 percent in one single trade.
10        The reason why, if I lose 20 -- if that
11  trade goes to absolute zero, at least I can't lose
12  more than 20 percent on the portfolio.  That's a huge
13  loss, I don't ever want to see that happen.
14        Typically I stay around 5 percent, honestly,
15  but 20 percent absolute max, just in case I'm really
16  confident in a trade.
17        Even the most confident trades can still go
18  wrong, all right.  Of course they can, we all know
19  that.  Your most confident trade can still go against
20  you and that's why I've got rules against stop losses
21  and position sizing.  Those are really, really
22  important.
23        So position sizing and stop losses are some
24  of the biggest keys you can have as a trader.
25        You see, when I've looked back on my trades

28

1  over the years, I, I look at the ones that worked and
2  the ones that didn't work.  And I've just, I've seen
3  patterns that happen.
4        And there's one pattern I've seen over the
5  years that's led to my biggest wins over time.
6        And as I've refined that and learned how to
7  play with that system, how to obey the rules with
8  that, with that trade set-up, it's led me to become
9  more confident and take bigger bets and those have led
10  to my biggest wins ever.
11        Okay, just like today on a big red day in
12  the market, I'm scoring huge because I saw the pattern
13  set-up, I knew when to take the bet and fortunately it
14  paid off and it paid off big today.
15        I wish we were looking at this yesterday so
16  you could have seen what I've seen, but I'm going to
17  show it to you here in just a minute.
18        But the system will show you exactly when is
19  an ideal time to start looking to bet short or long
20  side of things.
21        Okay, speaking of long or short, look at
22  these two patterns here.
23        This top one, this is a bullish pattern.
24  This means I'm looking for a trend reversal to come
25  off the bottom and go higher.

7 (Pages 25 to 28)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555
Attachment FF
PX 27, 2007

High Octane Options

Raging Bull, LLC                                                                10/21/2020

29

1    The bottom one is a bull -- a bearish
2    pattern, that means something just kind of ran and
3    peeked out. I expect that to go lower, okay.
4        Easy to see in hindsight, but when do you
5    know when it's about to turn? Okay. Those two lines
6    you see, those are my favorite indicators. These can
7    show you exactly when it is an ideal time to start
8    looking to bet against the trend. Look for the
9    reversal. That is your ignition switch that can lead
10   to the high octane trade right there.
11       When you see those lines cross after a
12   certain parameter has been met, that is a signal it's
13   time to make the trade.
14       So what do I look for? I'm looking for a
15   momentum stock, first of all. Momentum stock is
16   something that has just been chugging higher, higher,
17   higher. The market loves it; the market could hate
18   it, too. Momentum stocks could be momentum lower,
19   also, they just continue to go lower and lower and
20   lower.
21       Typically I want to see the trend hold up
22   for about two weeks. I want to see a trend hold for
23   two weeks without the lines crossing. That gives me
24   confidence that we're in a steady trend, one direction
25   or another, either up or down.

30

1        Another great thing about this is I don't
2    really care if the stock's going higher or lower. All
3    I'm looking for is a trend and then I'm waiting for
4    the high octane signal to tell me it's time for
5    reversal.
6        If I see that reversal, it doesn't matter if
7    it's going higher or lower, I can make money by
8    betting on the trend reversing. And that's what
9    catches the market off guard.
10       That's why the high octane signal can lead
11   to huge gains, because the market is used to the trend
12   going one direction or lower, and when that reversal
13   finally happens, the market gets off guard and it
14   starts chasing it one way or the other.
15       And if you're already positioned ahead of
16   that, that's how the big gains happen. So I'm looking
17   for a momentum stock, first of all. Momentum stock is
18   simply a trade that's going in the same direction for
19   about two weeks inside the trading parameters I'll
20   show you in a minute.
21       And then I get that crossover. You just saw
22   that over there. I'm going to show it to you in a few
23   minutes again. When I see that crossover, it's so
24   ridiculously easy to see, and when I see that, that's
25   a signal to me that this is a good time to be looking

31

1    to short or go long this stock. Okay. When I see
2    that pattern, it instantly flags when I should be
3    looking at it.
4        I ignore it while it's in the bullish
5    pattern because I don't really know when the top is, I
6    don't know how long it's going to go higher, I don't
7    know when I should keep chasing the stock higher or
8    lower. I'm not sure when the bottom on a stock is.
9        And with this system I don't have to. The
10   high octane indicator tells me when it's about to
11   change, most likely. So that's what I'm looking for.
12       So when I see this all happen, momentum
13   stock, crossover and these begin to all come together,
14   that's when I've got an ideal high octane trade. And
15   I have the discipline and the confidence to take it.
16   All right.
17       When you've got all that together and you've
18   seen it happen year after year, time after time,
19   you've got the confidence to be able to make those
20   kind of trades on your own.
21       That becomes the ignition switch, that's how
22   you know when to get into a trade. That's what I'm
23   looking for.
24       So there's some great examples. This first
25   one's on Roku, it's one of my favorite stocks to

32

1    trade. If you look at these indicator lines, you see
2    them steady downtrend. Okay, when I'm looking for a
3    stock to go long, I want to get bullish on it, I'm
4    looking for it to go higher, well first it goes lower,
5    so I want to see stocks that are momentum going lower.
6        The market keeps thinking the stock is going
7    lower, lower, lower, and these lines do not cross for
8    at least two weeks.
9        When it finally does cross, you can see that
10   cross, when that happens, that's the ignition switch,
11   that's when I'm looking to make the trade.
12       So I'm looking to go long at that point. Do
13   I pick the absolute bottom? No, I don't ever do that.
14   I don't ever get the absolute bottom on a trade. I
15   don't need to. All I'm looking for is the trend
16   reversal to ride it higher.
17       So I'm looking for about two weeks, lower or
18   higher, and then when the trend reversal happens, I'm
19   looking for about three days of that direction of
20   change.
21       It's not going to be like a long-term move.
22   All I'm looking for is about a three day move in the
23   next direction. If I can find that, that's how I can
24   make a huge score.
25       In this case, four days Roku made almost a

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555
Attachment FF           PX 27, 2008

Raging Bull, LLC                                                              10/21/2020

---

33

1   40 percent move after the crossover there. By simply
2   waiting for that crossover, that ignition switch, that
3   was the signal Roku was about to change direction. If
4   you can catch a 40 percent move on a stock, the
5   options, my goodness, you'd make a fortune on those.
6        I'm looking for a 5 percent move in a few
7   days for about a 100 percent return. This could have
8   yielded thousands of percent.
9        Okay, Five Below, another great company.
10  Great company, downtrend, make the crossover here.
11  Perfect, perfect set-up.
12       What happens if it doesn't work? What
13  happens if the crossover fails?
14       So what I'm looking for then is to place a
15  stop below this 50 dollar level or so, where it made
16  the low is below -- okay, it made the lows at this
17  point, if it breaks below that again, then the
18  crossover signal didn't work, it was a failed
19  indicator, but there's a small stop here.
20       I'm not going to wait for it to drop to
21  40 dollars, but if it drops to about 50 or so, that's
22  a good place to stop. And if it does work, well look
23  at that, the stock traded 20 or 30 dollars
24  higher, about a 30 percent move in just three days.
25       So if you can catch moves like that and an

---

34

1   indicator that can alert you to when it's time, that's
2   the key.
3        Okay, so often we don't know if this is the
4   bottom or this is the bottom or this is the bottom or
5   this is. Who knows. Who knows, and who cares. When
6   the indicator tells you, that's the key.
7        Now what if you had an indicator that could
8   tell you these trades all day long? Huh? We'll get
9   to that in a minute. That's something I've been using
10  for a long time, I'm going to share it with you in
11  just a minute.
12       But that indicator, that ignition switch
13  that you're looking for is what could be the key to
14  show you when the trend is about to reverse, all
15  right. That's what we're looking for.
16       Here's everybody's favorite crummy rocket
17  company, Space. This is Virgin Galactic. So here is
18  a great example I wanted to point out of a failed
19  crossover.
20       Now this is something that would sucker
21  people in sometimes. You have a few days of down and
22  then you have this crossover, but it's not a real
23  crossover. All it did was touch, just kind of kissed.
24  It didn't have a crossover where the lines actually
25  crossed.

---

35

1        That's a failed crossover. It didn't
2   actually happen. I want to see these lines close
3   above these, the, I want to see the candles close
4   above the hourly indicators. When I see that happen,
5   that's a true signal.
6        So this one has failed, that's not a good
7   one to get into. And then it led about 20 percent
8   lower.
9        But if you waited for the real crossover,
10  well then it made about a 20 percent move higher after
11  that. That was the ideal one.
12       So many times people get ahead of
13  themselves, they want to go after this one, but if you
14  wait for a real crossover to happen, you're not going
15  to nail the bottom. But like I said, you just don't
16  have to.
17       I've found that you just don't need to hit
18  the bottom. It's going to help you get close. That's
19  all we need in this game, we need to get close, we
20  need a high probability of something reverse trend and
21  that's it.
22       Here's Inovio, really good momentum stock
23  recently. I love this one, great bullish pattern.
24  Takes a little breather. How do you know when the
25  breather's over? Well, you look for the crossover.

---

36

1        I'm telling you, this happens all the time,
2   all the time.
3        My indicators show me about 20 signals like
4   this every single day almost. There's no shortage of
5   indicators. It's how many can I act on, how many do I
6   want to act on. But the indicators, themselves,
7   there's no shortage of.
8        Here's the true beauty of it, okay, with the
9   high octane, I can play both sides, both sides. And
10  this is what is really, really important, because if
11  you're not playing both sides, you're only waiting for
12  stocks to go higher, you're really putting yourself at
13  a disadvantage.
14       You're only waiting for stocks to make them
15  move up and if you can't ever capitalize when they go
16  down, you're really missing some of the biggest moves.
17       Today, for example, is a great example of
18  that because I made one of the biggest trades in my
19  life using this exact system because the market
20  crashed so quickly.
21       I say all the time, stocks take an escalator
22  higher, but they take an elevator lower. Have you
23  guys seen that? They slowly creep higher, but they
24  sure take an elevator bottom. Sometimes they just
25  jump off a cliff, there's not even an elevator, they

---

9 (Pages 33 to 36)

Attachment FF                                          PX 27, 2009

High Octane Options

Raging Bull, LLC                                                    10/21/2020

37

1    just jump right off a cliff.
2         So that, those quick, quick moves are how
3    you can really make big profits if you're positioned
4    to take advantage of them early.  And chasing a stock
5    lower at this point today, probably not something I
6    want to do.  But yesterday, that was obviously a good
7    bet, and I'll show you that in a second.
8         All right.  So here's the other side.
9    Again, looking for the lines.  The indicators going
10   higher and higher and higher, how do you know if the
11   stock's going to turn at 26 dollars, 27, 28, 29?  How
12   do you know when the top is the top?
13        You don't.  No one ever knows the top is the
14   top.  The market's got a mind of its own.  You never
15   know when the top is, but when you see the ignition
16   switch set up, when you see the high octane trade
17   setting up here, you should have a little more
18   confidence that now is a great time for a short-term
19   bet that it's going to go lower, for just a few days.
20   I'm not betting the stock's going to crash, I'm just
21   betting it's going lower for a few days.
22        Sure enough, Stich Fix takes massive, a
23   25 percent drop right off of that signal, okay.  That
24   signal was the ignition switch, that showed us a great
25   time.

38

1         Here's one on Nugget, this one follows gold
2    miners.  Great move up.  How do you know when it's
3    about to end?  Look for the crossover.  Beautiful.
4         How do you know when to get back in?  I look
5    for the crossover at the bottom, that's when I know to
6    get back in and look for a move higher.
7         But these crossovers are great, great
8    indicators.  They show up all the time.  They show up
9    all the time.  They're in there, broad daylight,
10   people are just ignoring them and you're leaving money
11   on the table.
12        If you're not looking at these indicators
13   and putting them to work, you're probably just leaving
14   money on the table because you're chasing stocks too
15   high or you're riding stocks too low when you should
16   be getting out.
17        This indicator alone can simplify your
18   trading like nothing else I've ever seen.
19        Now check this out.  This is an actual trade
20   from today.  Again, look at this crossover, see its
21   uptrend, uptrend, uptrend.  This is Goldman Sachs.  I
22   don't know when the top is, maybe this is the top,
23   maybe this is the top.  I don't know.
24        But yesterday I saw this crossover set-up
25   happening.  That's when I said all right, I'm moving

39

1    my bet there.  I'm moving the chips in.
2         Look at today.  Yesterday, it was around
3    220.  Today at 200.  That netted me over
4    30,000 dollars.  In fact, I profited over -- I
5    profited over 37,000 dollars in that trade, one day,
6    one day.  I made this trade yesterday, actual trade,
7    okay.
8         People say oh, you're paper trading, or
9    that's not a real trade.  That is an actual trade in
10   my actual portfolio.  That's real money.  I can pull
11   that money out of the bank right now if I want.
12   That's 37,000 dollars I didn't have yesterday.
13        That indicator gave me 37,000 dollars
14   yesterday.  The indicator showed up, I pushed the
15   chips in, it worked out perfectly.  That's exactly
16   what I'm looking for.
17        Am I going to ride that lower to 190 or so,
18   no.  I'm perfectly happy with 37,000 dollars over
19   night.  That indicator gave me free money, overnight.
20   I'm taking it off the table.
21        Well what if it didn't work.  Well, what
22   about stopping out at 220 or so, what about taking a
23   small 10 percent profit -- or loss.  Okay, what if it
24   didn't work out, take a 10, maybe a 20 percent loss if
25   it doesn't work.

40

1         But if it does work, that's a 300 percent
2    move overnight.  Come on, does that get you excited?
3    Let's go.  I'm excited.
4         It gets better, though, check this out.
5    Check this out.
6         All right.  Here we go.  S&P 500.  Largest
7    ETF out there, this is what the world relies on.  Look
8    at this massive, massive uptrend.  How do you know
9    when the top is?  Tell me.  Tell me you know it now,
10   come on.
11        My 10-year-old daughter could tell me now,
12   okay.  She's not a technical analyst, she doesn't know
13   anything about Wall Street, she doesn't know about
14   trading, but my 10-year-old daughter can point out
15   when to short this stock right here.  Boom.  Here it
16   is.  For once her dad did, too.
17        This is only a 5 percent drop, but because
18   it happened so quickly, so fast, like I said, takes an
19   elevator right back down, that led to 130,000 dollars
20   overnight.
21        Come on now, come on, come on, does that get you
22   excited?  Come on.
23        This is the kind of stuff that should get
24   you fired up, okay.  When you can make profits
25   anywhere near this, it should truly get you fired up.

10 (Pages 37 to 40)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555
Attachment FF        PX 27, 2010

High Octane Options

Raging Bull, LLC                                                    10/21/2020

41

1       This has changed my life, all right.  This
2   totally changed my life.  It's changed my trading,
3   it's changed how I look at the markets.  It's changed
4   how I know when to get in and out of trades, all
5   right.
6       This has single-handedly given me the
7   confidence to know when I want to push the chips in
8   and when I want to wait.
9       When I see these kind of set-ups, this is
10  when I know money's around the corner.  And I want you
11  to find it, too, I want you to change your life.
12      This happens a lot.  Here's some more
13  trades.  These add up to almost a quarter million
14  dollars.  Some of these are really big trades, but I
15  just want to show you this kind of stuff happens all
16  the time in the market and not enough people are
17  taking advantage of it.
18      I've been doing this for a long time.  I've
19  got literally thousands and thousands of unsolicited
20  testimonials from members who are stoked, members who
21  are using the same thing already and it's changed
22  their lives too, right.
23      Here's some great, great examples.
24  Obviously I can't share them all, but, man, some of
25  these gets me fired up, making double or triple their

43

1       This is my proprietary scanner.  Okay, this
2   scanner does all the heavy lifting.  It is hunting in
3   the market every single minute looking for this trade
4   to set up.
5       When this trade does set up, you're alerted
6   instantly, you see it happen, you can see it there in
7   real time when this exact set-up is happening.
8       And I'm telling you there's a lot of days
9   I'll see 20 or 30 of these set-ups happen.  This
10  happens all the time.
11      It's really a question of how many trades
12  can you take or do you want to take.  Hey, I don't
13  want to take all 20 or 30.  I want to refine it down
14  to what I think are the best of the best.
15      Okay, this scanner shows me the A settings
16  being the best.  But I then filter that down using my
17  own vision of things I've learned over the years to
18  set up what I think are the A plus set-ups, the best
19  of the best.  Those are the ones that I actually want
20  to take.
21      But my scanner delivers me all the time 20,
22  30, sometimes 50 of these trades every single day.
23  They're automated, they just get sent to me, I see
24  what's happening and decide if I want to go in or not.
25      Here's a quick scan of what it looks like.

42

1   money in just a few days.
2       This is the kind of thing that a lot of
3   people have never done before, until about a decade or
4   so, this is something I have never done.  I have been
5   refining and honing in this strategy over the last
6   decade to where I am today.
7       Now I'm hunting the big whales out there.
8   I'm going after the big money.  I'm looking for six
9   figure days.  I'm pretty confident I'm going to have a
10  seven figure day pretty soon, yeah.  I think I'll make
11  a million bucks in a day pretty soon, using the same
12  system.
13      Now here's, here's where you really should
14  get excited, all right, it's one thing for me to do
15  this, I want you to do this now.  If you want it, I
16  want you to type in I want this.  Type it in right
17  now, type in I want this.  Type it in.  Here we go.  I
18  see it, I see it.
19      Awesome, yes.  Are you ready?
20      This is something I have never brought out
21  before, this is the first time ever, you are the first
22  one right now to ever see this.  This is something
23  I've kept behind the scenes for years and years, but
24  now I'm bringing it out to the public, I'm going to
25  show you for the first time how I find these trades.

44

1   This simple, but powerful scanner is looking through
2   the markets, it's hunting every single minute looking
3   for what to look for.
4       It's programmed by me.  It, it's got my
5   parameters in here, knowing exactly what I'm looking
6   for, and then it spits them out all the time, real
7   time during the day.
8       It's time stamped.  It shows you red or
9   green, meaning if it's bullish or bearish, if it's
10  something I want to bet on or against.  It's showing
11  me exactly what I need to know.  Then I can go, I can
12  do some quick research.  I can decide if this is the
13  trade I want to take or not.
14      But this single scanner is what's changed my
15  trading.  Knowing the, knowing the indicators to get
16  into and then having a scanner deliver these to me in
17  real time during the day, it's changed my life like
18  nothing else because I've, I've got something doing
19  all the homework for me.
20      It's like having someone there doing your
21  homework for you in school, okay.  This is like have
22  the smart kid work for you.  This thing's doing all
23  the hard work during the day and I'm getting A set-ups
24  all the time.
25      If I want to scan even farther, I get the

11 (Pages 41 to 44)

Attachment FF

PX 27, 2011

45

1  A plus, but this thing is giving me A set-ups every
2  single minute of the day.
3          Just in the last week or so, check this out,
4  like I said, I'm getting lots of these, but there's
5  just a few that really panned out well.  Some of these
6  have delivered well over 100 percent in just a few
7  days.
8          If I had to update this now, I'm sure some
9  of these are up over 1,000 percent.
10         The scanner is kicking out ideas over and
11 over and over.  With this scanner you will never have
12 a shortage of ideas again.  There is no way.  This
13 scanner is providing ideas like nothing else.  Nothing
14 else.
15         No one else is getting these ideas and the,
16 these are being kicked out all the time.  There is no
17 limit.  If you want to take 20 trades a day, this
18 scanner can give it to you if you want.
19         It gets a little better, too.  So check this
20 out, today, like I said, those two trades alone, well,
21 well over 100,000 dollars.
22         The portfolio today is up over
23 200,000 dollars today, using this scanner.  Why did I
24 go in big yesterday?  The market's been rallying for
25 like two or three weeks straight.  How did I know

46

1  yesterday was the day?  Hmm, how do I know?
2          Well, look at the scanner.  This scanner was
3  pure red yesterday afternoon, so many set-ups were
4  saying we're going lower, we're going lower, we're
5  going lower.
6          When I see overwhelming evidence of things
7  going lower, I'm pushing in my chips big time.  That's
8  when I want to take the heavy bets, right.  Sometimes
9  I might get a little lighter and take smaller bets,
10 but when I see the whole market starting to roll over,
11 I want to get in on the stock that I think are most
12 liquid, that I think could have big moves lower that I
13 can get easily in and out of for a quick, big trade.
14         And that's exactly what happened.  Today,
15 over 200,000 dollars, thanks to this scanner alone.
16 That's what gave me the confidence to know this -- or
17 yesterday was the day to make the move.
18         Now today the crossover's already happened.
19 You're really chasing something a lot lower here.
20 Yesterday was the time to be looking at the scanner
21 and knowing when to take those bets to the downside.
22 That's exactly what I did and now I'm waiting for
23 things -- the scanner to tell me it's time to go to
24 the upside, okay.
25         Thing reverse quickly.  This market's not

47

1  over.  We're going to go higher again.  But the
2  scanner is going to give me confidence to know when
3  things are going to get -- they're going to turn
4  around.
5          When I see the scanner tell me it's time to
6  turn around, that's when I'll start making bets to the
7  other side.
8          Until then, I'm going to keep letting some
9  of these ride lower, okay.  I didn't cash in all of my
10 shorts today.  I have -- I had a lot -- to make
11 200,000 dollars you have to have a lot betting against
12 the market, okay.  So I had a lot.
13         I did not take it all off yet because things
14 have not turned around.  When the scanner tells me
15 things are going green again, I'll finish off my
16 shorts, the trend will reverse and then I'll look to
17 go the long side.
18         But until then, I'm going to ride the trend,
19 hopefully lower from here still.  I hope I make even
20 more than 200,000 dollars.
21         But that's the kind of power you can get
22 looking at a scanner like this, right.
23         If this doesn't get you fired up, you
24 probably don't need to be trading.  If this does not
25 get you excited, you're probably not cut out for

48

1  trading.
2          If you want something easy, if you want
3  something a 10-year-old can see and you want easy
4  trade set-ups that can happen repeatedly, this gives
5  you everything, all right.  This is it right here,
6  okay.
7          It gets even better with this.  Check this
8  out.
9          I've now got a way I can bring in my scanner
10 and my live portfolio in one, all right.  You can now
11 see the actual high octane scanner in real time during
12 the day, along with the actual trades that I'm
13 actually making.
14         So yesterday when I'm making big bets
15 against S&P, Goldman Sachs, Apple, all the big
16 companies out there, you see these trades pop up in my
17 own account.
18         That is a great learning tool for you, okay.
19 I show you this so you can learn a system.  I'm not
20 here to spoon feed you trades.
21         I want you to learn a system that you can do
22 on your own.  The scanner's kicking out ideas all day
23 long.  I want you to use that, look at the same
24 set-ups, come to your own conclusions on what you
25 would do to make the trade, but my trading will help

12 (Pages 45 to 48)

High Octane Options

Raging Bull, LLC                                                    10/21/2020

49

1  you because you'll see how a real professional trader
2  is applying those day after day after day.
3       I hope that seeing my portfolio gives you
4  the confidence to make the trades on your own, okay.
5  I want to see everyone become a better trader.
6       This system has worked so good for me and
7  I'm really confident that it will work for you, too,
8  because it's so easy.
9       It puts together everything a trader wants.
10 It's easy to follow.  It's got clear-cut parameters
11 and it's very consistent.  Lots of ideas, lots of
12 clear-cut parameters and it does it over and over
13 again.
14      It's everything you want as a trader, I'm
15 telling you.
16      Make it even easier, let's dial it in even
17 farther.  This is the spoon feeding part.  This is
18 where you actually see Emails from me every day in the
19 morning and the afternoon about the trades I'm looking
20 for, the ones I think are the A plus set-ups, okay.
21      I've already found the good set-ups, and now
22 I'm coming with the A plus set-ups.  These are the
23 ones I'm showing you that I'm getting ready to buy.
24      I give you a nice zone, too, of what I'm
25 looking to buy it in, okay.  No more waiting around to

50

1  see when I buy something and when I sell something.  I
2  want you to learn and become better traders, so I'm
3  showing you well in advance of the trades I'm looking
4  to make and a nice range of where I want to be in
5  there.
6       Because like I said, I don't need to find
7  the actual top or bottom of any stock.  I'm looking
8  for a range to get in and a range to get out, right.
9  I'm looking for a move in the next day or two.  It
10 doesn't have to be the absolute bottom or the top, I'm
11 looking for ranges.
12      So I'm sharing with you the range that I'm
13 looking for on exact option contracts on the stocks
14 that are making the crossovers.
15      I'm filtering this for you so you can see
16 exactly what I'm looking to do and exactly it will
17 make you a better trader, too, so you can identify
18 those trades on your own.
19      I hope in a year from now you would never
20 even need to see trades from me.  You would learn this
21 system and you would be able to do it on your own,
22 over and over again.
23      But for now I want to show you what I'm
24 doing so you can refine it, make your own system off
25 of this and become a consistent trader with what works

51

1  for you.  That's a key here.
2       So in the morning you're going to see my
3  watch list.  I'm going to share with you my thoughts
4  on the market, the stocks that I'm most interested in
5  for that day, any trades that I made towards the back
6  of yesterday I'm going to share with you what happened
7  there.
8       And then the morning watch list kind of gets
9  you ready for the day ahead.  That's what I'm looking
10 to do as the day goes on today.  Okay.
11      These trades don't really sneak up on me too
12 often.  I'm looking for the indicators.  I'm waiting,
13 I'm pouncing on them like a tiger, okay.
14      When I see the crossover happen, when I see
15 that ignition happen, I get excited, my ears perk up.
16 I look for the trade, I'm then scanning the market to
17 see how many more of these are happening.
18      If I see a wave of these happening, I get
19 super excited because I know that is the direction I
20 want to go.
21      So I'm looking for the good set-ups and I'm
22 taking them to the best set-ups and that's what I'm
23 sharing with you every day.  So every day you get the
24 watch list of the trades that I'm actually looking to
25 get into, so before I do it you know what I'm looking

52

1  at and the range that there is.
2       If you've never traded before, you're going
3  to brush up on some of your own trading skills.  I've
4  got a great educational suite.  I've recorded hours
5  and hours of live sessions, very similar to this,
6  where I go over a lot of my techniques, I show you
7  from the very, very basic stuff.
8       I mean if you've never traded options
9  before, I show you like how I actually traded, like in
10 the account itself, how I set up a trade, how do I
11 actually go in and enter a call or a put, what do I
12 need to do.  I show you the indicators, I show you,
13 you know, how I use these on my own.
14      I walk you through so many real life
15 examples all the time, because I think that's the best
16 way to learn.  That's the beverage way.
17      I mean if you want to be a mechanic, for
18 example, do you want to just go study a book about how
19 to build an engine?  No.  You want to get with someone
20 and watch them take down and rebuild an engine on
21 their own.
22      That's what I'm doing with trading, so you
23 see actual live trade examples from me, hours and
24 hours of it.  And that's how I think you become better
25 and more confident because you see me do it over and

13 (Pages 49 to 52)

PX 27, 2013

High Octane Options

Raging Bull, LLC                                                                                    10/21/2020

53

1    over again.
2         Now a lot of you are here just for the high
3    octane 20,000 dollar bet, right?  You want to see
4    something like that 200,000 dollar move from
5    yesterday.  Well I do, too.  I feel like I'm pretty
6    close to it.
7         This is a practically perfect set-up for me,
8    all right.  Because the market is so red today, I
9    don't want to take the bet yet, but if this happens
10   tomorrow, if this holds up, I'm going to move in big
11   on this bet, all right, I'm going to move in big.
12   20,000 dollars at least on this tomorrow.
13        So this is my ideal set-up.  Why?  I've got
14   a great hourly indicator crossover.  I've got it
15   setting up above all three hourly lines I look for.
16   This is a great indicator for me.  This is an A plus
17   set-up.
18        Now the market can destroy an A plus set-up.
19   I'm betting this one goes higher, but because the
20   market is going so much lower today, it may ruin this
21   trade, at least for a few days.
22        So I'm not looking to make this trade today,
23   but tomorrow I think this could be an ideal set-up as
24   the market bounces a little bit.
25        This thing is not down much at all today, if

54

1    anything, so as the market bottoms out today,
2    hopefully recovers a little bit tomorrow, this could
3    be a stock that rallies and this is one I want to get
4    in soon.
5         So get ready for it.  This is the stock.
6    I'll show you everything about this tomorrow.
7         So, high octane options.  If you're not
8    excited by now, I don't know what gets you excited.
9    Trading is definitely not for you.  But if you're
10   still here, I know you're excited, you want something
11   that's relatively easy to follow, very high conviction
12   rate and lots and lots of trades.
13        This is it.  This is everything you want in
14   a trade right here.
15        Okay.  The octane scanner, like I said,
16   never before, I've never brought this out before.
17   I've kept it secret, I've used it on my own, but for
18   the first time ever I'm making it available to you.
19   You can now see the same trades I'm seeing in real
20   time.
21        You can trade before I even trade any of
22   these.  You can see them as they're happening and make
23   your own trades if you want over and over and over.
24        Maybe you want to be super active.  Well
25   this scanner will feed you trade ideas all day long.

55

1    You do with them what you want, but you can see them
2    as they're coming all day long.
3         That scanner alone will probably change your
4    life as a trader.  As you get to learn it and love it,
5    it's going to change how you look at the markets.
6         The live streaming portfolio, so we have the
7    scanner and now you can see the trades I'm making off
8    that scanner.  That is going to help you have the
9    education you need to become a better trader, the
10   scanner for the ideas, the actual trades to know when
11   I'm taking them.  As you see that happen over and
12   over, it's going to give you the confidence to start
13   taking these trades on your own, too.
14        I don't want you to copy me, by the way.
15   This system is not for you to copy.  This system is
16   for you to learn, okay.  See the scanner, see the live
17   portfolio, make your own decisions, but learn how I'm
18   doing it over and over.
19        This is going to, I'm going to show you the
20   high octane trade zone alerts every day, every day
21   from the scanner I'm seeing stocks that are coming up.
22   They're either getting close to it or they've already
23   had the ignition switch lit.
24        The scanner's already identified it and I'm
25   getting really close to making the trade.  You're

56

1    going to see these every morning and in the afternoon,
2    for that example, too.  So we do a morning and then we
3    also do in the afternoon to see any new trades that
4    would come up during the day.
5         So morning, afternoon, exact alerts I'm
6    looking for, with that zone, that one is like a
7    security blanket.  It kind of shows you where I'm
8    looking for, what my ideal range is.
9         There's the morning watch list, also
10   afternoon, and of course education.  Okay.  I want
11   everyone to get better.
12        I'm always adding to education because I'm
13   getting better, I'm sharing it with you.  I'm getting
14   more ideas from members who need more education on
15   certain topics and I'm sharing that all the time.
16        Also, today, I've got something called the
17   unlimited plan.  The unlimited is as long as I'm
18   running the service, you can have access to it for one
19   single price, okay.  If you buy it today, you get
20   unlimited.
21        We are also going to give you the Raging
22   Bull bullpen chat room.  That chat room alone is going
23   to sell for 1,000 dollars a year, but I'm going to
24   give it to you today absolutely free if you go online
25   with us for unlimited.  Unlimited only, you're going

14 (Pages 53 to 56)

Attachment FF                                                    PX 27, 2014

High Octane Options

Raging Bull, LLC                                                            10/21/2020

---

57

1    to get that room.
2        So here's what we've got for you today.
3    Because you guys are here, it's in an afternoon,
4    there's a lot of better things you could be doing, but
5    I know you're serious, this 1,000 dollar price,
6    999 dollars is the price today only.  We're going to
7    jack this thing up to 1,500 bucks tomorrow, 1,499.
8        But today, we're knocking 500 bucks off for
9    you all day long because I want you in right now.
10       You are going to be part of the charter
11   member with us.  You're a founding member.  Come in
12   right now for 999 annual.
13       I've also got unlimited, like I said, 1,499,
14   unlimited.  That's unlimited.  Tomorrow that's the
15   annual price.  Today you can get unlimited for that
16   price.  That's going to give you access for as long as
17   I run the service.
18       I've been doing this about a decade.  I plan
19   to do it for at least another decade, so stick with
20   me, the one price gets you an enormous amount of
21   education, trade alerts, gets you access to the
22   scanner.
23       That's the key thing.  During the day now
24   you can log in, you can see the scanner in real time.
25   You get a link, you can see the scanner anytime you

---

58

1    want.  You can see all the trades I'm making in real
2    time as they're happening.
3        Does it get any better than that?  Come on,
4    it does not get any better than that.  That's awesome.
5    That's exactly what you want as a trader.
6        When I started trading, this is exactly
7    everything I wanted right here in one place.
8    Education, alerts, trades, it's got everything, man.
9    This is what I wanted.  I want to put it all for you
10   on a silver platter, okay.
11       It does not get any easier than this.  Take
12   advantage of it right now, all right.
13       I'm so excited about this and you can see
14   why I'm excited.  Today was one of the biggest trading
15   days of my life and I owe it all to this single
16   scanner.  The scanner gave me the confidence to make a
17   massive bet and it paid off huge.  It paid off huge.
18       Oh, I love it.  I can't wait for the next
19   time to set up.  I cannot wait for the next time the
20   market gets so over extended and I can be there to
21   capitalize on it, or maybe the market gets so over
22   sold and it's ready for a move up.  I'll be ready for
23   that, too.
24       How will I know?  Well the scanner is going
25   to tell me when.  When I see the ignition switch

---

59

1    happen from the downside, I know that's going to be
2    the time to go long.  That's when I'm going to push my
3    chips in again big time and bet on a move higher.
4        Until then there's going to be a lot of
5    really good set-ups.  I'm going to take -- nearly
6    every day I'm making trades.  Each week -- I probably
7    make about 10 trades a week, I would say, on this
8    system.  There's probably about 10 trades a week I
9    make, not all as big as I made yesterday, but there's
10   a lot of good set-ups I don't want to miss out on, so
11   I'm taking smaller bets probably 10 times a week on
12   this system alone.
13       So this is my favorite system.  I've put it
14   altogether for you, wrapped a bow on it.  It's up to
15   you.  If you want it, I'm giving you the best price
16   you're ever going to get.
17       999, the full year; you'll get access to the
18   scanner, the alerts, the education, the daily Emails,
19   everything you need right there.
20       But take it a step further, get the Raging
21   Bull chat room.  The bullpen is one of the most
22   exciting things Raging Bull has done in years.  We've
23   got live content and programming all during the day.
24   We've got incredible trainers in there all day long to
25   teach systems.  You've got exclusive access to CEOs

---

60

1    and people that we're doing interviews with all the
2    time.
3        The bullpen is awesome.  It's there all day
4    long.  It's our brand new chat room and live education
5    suite.  It's available to you at no added charge, but
6    only if you go with unlimited today.
7        Unlimited's only 500 dollars more.  Just
8    make the move, it makes so much sense.
9        Tomorrow these prices go way up, so take
10   advantage of it today.
11       I'm not going to put a count-down time or
12   anything on here, but I'm going to -- we're going to
13   end this at midnight tonight.
14       So if you want this, I want you to get in
15   today.  Don't miss out.  Start right now.  Get started
16   right now, get started.  Go to the Website, log in,
17   once, once you, once you make access, once you are pay --
18   once you're all set up with your payment, you get
19   instant access to all of this.
20       You can go on the Website, log in, start
21   getting information.  Get the education, start
22   learning.  And then tomorrow we'll get started.
23   Expect Emails tomorrow.
24       I think the scanner will be online for you
25   tomorrow, but if not, it will be there Monday morning

---

15 (Pages 57 to 60)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Attachment FF**                    **PX 27, 2015**

High Octane Options

Raging Bull, LLC                                                              10/21/2020

---

61

1   for you, so don't worry.
2           Tomorrow's going to be a great day, I'll
3   send Emails in the morning, I'm pretty sure the
4   scanner will be up, but if not, it will be Monday
5   morning, there's no problem.
6           But get started right now.  This is a choice
7   you are not going to regret.  Okay.  This is a small
8   price to pay when you consider the amount of
9   education, when you consider all of the resources and
10  all the time I've spent putting this together, this is
11  a very, very small price to pay.
12          I know it can sound like a lot of money to a
13  lot of people.  I get it, I was there.  1,000 dollars
14  still sounds like a lot of money for something, but
15  you know what, when you look at the value proposition,
16  the value proposition is what you have to look at.
17          If you don't think this is worth
18  1,000 dollars, then I don't know what to tell you.
19  You've spent 1,000 dollars on a lot worse things in
20  your lifetime, I guarantee it, probably another bad
21  trade's there tomorrow is 1,000 dollars cost you.
22          Some, you know that humanities course you
23  took in college probably cost you a few thousand
24  bucks.  How often do you use that?
25          This course for 1,000 dollars for the full

---

62

1   year is an unbelievable value.  It's crazy.  This
2   could have saved me a decade of my life of mistakes.
3   It could have saved me so much of things I shouldn't
4   be doing and doing things I need to be doing more of.
5           This system alone would have put me on the
6   course to becoming consistent and profitable and doing
7   it over and over and over, give me trade ideas.
8           This has got it all.  So this is what I wish
9   I would have had 10 years ago.  It would have put me
10  on a course well before where I am now, but I'm glad
11  to be here.
12          I look forward to sharing the experience
13  with you, too, so take advantage of it.  I hope you
14  get as excited as I am.  I just love the stuff so
15  much.  I love it, I love it, I love it.
16          This is my favorite thing to do.  High
17  octane is just a fantastic system, I love it so much.
18          So I look forward to working with you.  Take
19  it right now, just make the leap, 1,000 dollars for
20  the year.
21          It's 1,500 for unlimited.  My goodness, I
22  don't know why everybody wouldn't do unlimited, but
23  there it is.  1,500.
24          This ends at midnight tonight, all right.
25  Don't wait past then.  This will be shut off at

---

63

1   midnight.  Do not wait.
2           Just go ahead and get started right now.
3   Become a founding member with us, become a founding
4   member, a charter member in this brand new system.
5   Become from the ground up, start watching these trades
6   all the time happening.  It's going to be awesome,
7   it's going to be a great ride.  It's been a great ride
8   and I can't wait to see you on the next year what
9   happens.
10          We're going to score some big, big winners
11  this year, I know I am.  I can't wait to see you there
12  with me.
13          So join right now.  You're going to love
14  this system.
15          I'm going to answer some questions here.  If
16  you've got questions, I want you to type them in.  I'm
17  going to take a few questions, see what you've got and
18  we'll get to this.
19          Let's see here.  Questions, questions,
20  questions.
21          Man.  Indicators, yeah.  The indicators, I
22  could go through everything they are, but honestly
23  what does it really matter?  This system is already
24  programmed.  I've already spent all the time to
25  program these things where it's got all the indicators

---

64

1   already programmed for you.
2           So I don't know any other way to scan the
3   market for it, honestly.  You can see these happen
4   once in awhile on your own, but I don't know of any
5   other system out there that can scan for this stuff in
6   real time like this.
7           So all I would say is the parameters in here
8   are already in the scanner, so why over complicate it
9   and try to understand it all right now.
10          Just look at the scanner.  It's going to
11  kick out these ideas all the time.  Start watching
12  them and then see what happens.  That's what I really
13  want to see you do.  Watch the scanner and see what
14  happens.  Just see what happens.
15          Watch it for awhile.  Are these working?  If
16  the scanner shows you a bullish or a bearish move,
17  does that work for you over a few days?  Learn to use
18  the system.  Learn to identify these and then see what
19  happens.
20          Your brain is the best pattern recognition
21  software out there.  It's better than any algorithm on
22  Wall Street can make.  Your brain is programmed to
23  identify patterns like this all the time.
24          So this scanner is going to give you that
25  ignition switch, it's going to show you when these

---

16 (Pages 61 to 64)

Attachment FF          PX 27, 2016

High Octane Options

Raging Bull, LLC                                                                    10/21/2020

---

65

1  set-ups happen, but your brain is going to show you
2  how to start taking advantage of that. You're going
3  to see this one simple set-up and then you're going to
4  see what happens in the days following.
5        And then you're going to have an aha moment,
6  like ah, of course I see what's going to happen there,
7  of course.
8        So then you're going to say I just want to
9  buy this stock, I don't want to trade options, I just
10 want to buy the stock, or you're going to say I love
11 the options, I want to learn to make option trades. I
12 want to buy the options and you're going to learn the
13 best ones to make.
14       I'm going to show you the ones that I do,
15 but there are hundreds of choices when it comes to
16 options. There are hundreds and hundreds of choices.
17       Okay, just knowing which direction is great,
18 but in the options market there are hundreds of
19 choices. I show you the exact one I want to make and
20 I explain why to you, but you're going to learn that
21 you've got a different risk profile than I do, okay.
22 Maybe you're more risk-averse or less risk-averse than
23 I am. Bigger portfolio, smaller portfolio.
24       You are your own man or woman. So
25 everyone's got their own talents. You're going to

---

66

1  become like an artist when it comes to trading, so not
2  everyone's going to paint the same way, but I'm going
3  to show you the brush strokes I make and I want you to
4  become an artist on your own when it comes to the
5  market.
6        Learn to become a stock market artist, if
7  you will. Got that.
8        So that's the answer to the scanner.
9        When it comes to indicators, there's three
10 main indicators there, Ramuleo.
11       Wayne says how do you trade both sides?
12       When it comes to trading options, you can
13 trade both sides really easily. So there's calls and
14 there's puts. I explain these in pretty good detail
15 in my lessons, we've got a lot of education.
16       Plus, one thing I didn't talk about, in
17 my daily Emails I'm educating all the time, so I'm
18 sharing with you things I see in the markets that are
19 happening. I share with you things about trading I
20 think are important, so I'm going over and over
21 concepts, but when it -- on a basic level, there's
22 calls and there's puts. If you've never traded
23 options before, it's okay. I walk you through what
24 you need to do to trade options, okay.
25       I want you to understand the risks. I want

---

67

1  you to kind of know how they work. If you've never
2  traded options, I don't want you to jump in and trade
3  options right away. I want you to learn, so, okay.
4        Learn from my Website. Take advantage of
5  the education I've already put together. I've made
6  all the mistakes for you, okay. If you've never
7  traded, I made all the mistakes, just learn from what
8  I've done over the last 20 years and I'm going to
9  speed up your learning process.
10       But take my education, apply it, put it to
11 heart and then most importantly, paper trade. Take a
12 few weeks, take a few months, paper trade if you've
13 never traded before. That is simply opening an
14 account where you can trade simulated. That means you
15 can take the same type of trades you normally would
16 but you're not going to have your real money at risk.
17       So learn the systems, become consistent in
18 those, see the things that happen over and over.
19       If you become really good in the paper
20 trading account, well then maybe you've got the
21 confidence to move into real money.
22       So that's my best suggestion, if you've
23 never traded before, take some time, be slow about it,
24 go to paper trading, become comfortable with it.
25       You've got a whole lifetime ahead of you, so

---

68

1  there's no reason you've got to jump in right away if
2  you've never traded. Just become familiar. Learn the
3  systems, learn the techniques. You can pick this up
4  really quickly, okay. It doesn't take a rocket
5  scientist to understand this stuff.
6        Options weren't invented by rocket
7  scientists, sure, but at the end of the day it's
8  become really simple to understand the basics and when
9  you've got things like the high octane scanner, it
10 simplifies things dramatically.
11       It clears out so much noise in the market,
12 let's you focus on the one thing that becomes truly
13 important for identifying patterns, and this is it,
14 okay. That's what you need.
15       All right. Man, so many people unlimited,
16 joining right now. Thank you so much. And first of
17 all, if you're joining right now, let me thank you.
18 Okay, I thank you so much for being here.
19       If you're just here watching, I still thank
20 you for taking the time to be here, I really
21 appreciate it. I hope you learned something.
22       All the stuff I gave you is great free
23 education. Take it, apply it, start looking for it.
24       If you chose to take the step with me and
25 you have the faith to invest your money in my

---

17 (Pages 65 to 68)

**Attachment FF**                                    PX 27, 2017

69

1  education, I'm honored by that, I'm truly humbled by
2  your faith in me; and I'm not going to let you down.
3      I'm there to provide the education, I'm
4  going to show you the tools that I'm using all the
5  time in the market right now because I want you to
6  become a better trader.
7      So learn the tools that I'm using, learn the
8  system that I've got and apply it to your own trading,
9  okay.  Take what I'm doing and apply it.
10      Become better than what I'm doing.  I love
11  when my students become even better than I am.  I see
12  this happen a lot because I'm not a full-time trader,
13  I'm just not.  I'm busy running a business.  Raging
14  Bull is a really, really big company now, so I've got
15  a full day of running Raging Bull.
16      I don't have time to trade all day.  I need
17  a system like this to cut through the clutter, cut
18  through the noise and get right to what's important.
19      So I use my scanner, I look at the market
20  and I make my trades pretty quickly.  It takes maybe
21  half an hour a day for me.
22      But my students who become really dialed in,
23  they start studying everything, they start taking more
24  trades, they get really good at certain set-ups, they
25  become even way better traders than I am.

70

1      I think of Nathan Bear, for example, okay.
2  Nathan Bear was an early student of mine.  He was, he
3  wanted to trade options better.  He was really not
4  having any success.  He learned, he became a great
5  options trader.  He became a better options trader
6  than me because he's doing it all day long every day.
7  This guy's got a -- he took my system, applied it to
8  his own way and now he's made millions of dollars that
9  way.
10      Is that going to happen for everybody?  Of
11  course not.  But I've seen guys become super, super
12  successful using the technique I'm showing them.
13      So some guys become amazingly successful
14  because they, they take it and they apply it and they
15  turbo charge it.
16      I want to see you use this on whatever level
17  you want.  If you want to make a trade a week, maybe
18  that's all the time you've got, great, okay.  Learn to
19  make the best trade every week you can.
20      Maybe you want to make 10 trades a week;
21  great.  Learn how to structure your portfolio where
22  you can make 10 trades, have good risk profiles in
23  each one, learn how to take your profits along the
24  way, learn how to start making consistent income using
25  the trades that you can do.

71

1      So everyone's in a different spot, but I
2  want to give you the tools that I'm using day after
3  day and apply it so it can work for you wherever
4  you're at.  Okay.
5      I don't know where you're at, but I want to
6  give you the tools to get better from where you are
7  today.
8      No matter where you're at, my goal is that
9  you're going to increase week after week after week
10  and a year from now it will be incredible.
11      You're going to look back a year from now
12  and go man, I can't believe the day that I sat there
13  with Jeff in that Webinar in that afternoon the market
14  was falling off a cliff, Jeff gave me the confidence
15  that there was a lifeline out there.  I took it and a
16  year later I can't wait to see where you're at.
17      You've got to remember to send me a
18  testimonial and let me know how it goes a year from
19  now.  So I want to hear from you how it changed, all
20  right.
21      Let's answer more questions here.
22      This one says I've got a very small account,
23  would it be possible to do the small accounts to begin
24  with.
25      You know, there's a lot of ways you can

72

1  trade now with just a few hundred dollars to start
2  with, okay.  A lot of brokerages you can open an
3  account 500 dollars, 500 bucks.
4      If you've never traded, I want to go back, I
5  will reiterate, study, become educated.  I want you to
6  paper trade for awhile.  I want you to learn how to
7  trade.  I don't want you to go out there and risk all
8  your money, all right, even if it's only 500 dollars.
9  I don't want you to risk all your money at once.
10      I want you to become educated.  I want you
11  to treat every trade like it's your business, okay.
12  Take it seriously.  I don't want you to be gambling
13  out there.
14      So become educated, learn the system, but no
15  matter what account size you've got, we all start
16  somewhere, all right.
17      I started like a 2,000 dollar account early
18  on, that's where I started.  I had -- it was, I was a
19  landscaper years ago, so I had to cut a lot of lawns
20  to get 2,000 dollars worth to put in my account.  I
21  was cutting lawns like 20 bucks a piece, that was like
22  100 lawns.  I had to cut 100 lawns to make that
23  2,000 dollars, but that's where I started.
24      Everybody starts somewhere.  Nobody starts
25  out a millionaire, okay.  Very few of us have parents

18 (Pages 69 to 72)

High Octane Options

Raging Bull, LLC                                                    10/21/2020

---

73

1   who have just handed us a million bucks and you can
2   start your account there.
3        So, sure, we all start somewhere.  It starts
4   at that 500 bucks or 1,000 bucks, wherever you're at.
5   Get started wherever you're at, though, okay, get
6   started.  Take the, take the leap.
7        It all starts with one step, okay.  The
8   journey before you starts with just one step at a
9   time.
10       So I'm telling you, take that step right
11  now.  Just get out, take that first step.  This is
12  where it starts.  That first step, get the education
13  you need and begin your journey right now, that's
14  where you want to go, all right.  It's a life-long
15  journey.
16       It doesn't all have to happen right away.
17  Take time, get educated, learn systems, apply it.
18  Become successful on your own.  Paper trading first
19  and then go, then start making real money, right.
20       I want to see you be successful more than
21  anything else.  Become successful over time.  That's
22  what I want to see happen.
23       All right.  Thank you, guys, so many great
24  comments.  I appreciate all the existing members here.
25  Thank you, guys, I won't even -- I'm not going to read

---

74

1   all the good comments.  I'm glad so many of you are
2   happy with my services already.
3        Lisa says I've got a 10,000 dollar account
4   already at Dollar Ace.  Do you focus on higher dollar
5   options?
6        Yeah, typically I do.  So Dollar Ace is a
7   great system by Kyle Dennis, I actually follow that
8   system all the time.  I love Kyle, he's a great
9   trader.  Dollar Ace is one of my favorite products of
10  Raging Bull, but those are under a dollar options.
11       With my system you might find options that
12  are 50 cents, maybe is 5 dollars.  It depends on the
13  stock.
14       So if there's a stock trading at a few
15  hundred dollars, it's really hard to find an option on
16  that under a dollar, so a lot of those options will be
17  a few dollars.  Just the way it is.
18       So maybe you scale back your purchases if
19  you want a smaller -- to go smaller, but I'm not
20  looking so much at the option price, I'm looking for
21  the stock.  I want to see the move happen and then I
22  want to see, I want to see the options that I think
23  can make the most money on it, not necessarily the one
24  that's cheapest.
25       So a lot of times I just want the right

---

75

1   option, not the cheapest one.
2        And by the way, if you want to call in right
3   now, Hanna, Olivia, I know you've got phone numbers
4   there, if you want to call in, we have got an
5   incredible VIP team on standby right now.  These guys
6   are in our offices.  They, they've trekked in to the
7   office again, okay.  Our office has been closed for a
8   long time, but they're in there today.
9        If you want to call them, they are waiting
10  for you.  They'll answer your questions.  If I can't
11  get your question right here, they will answer your
12  question, help you along the way and they'll get you
13  set up.
14       So if you want to know what to expect, what
15  to do, our team is waiting by right now.  So pop that
16  number in, call them, just talk to them.  They will
17  show you exactly what to expect and how this can work.
18       So talk to them, our VIP team is great.
19  They're not VIP for nothing, all right.  These guys
20  are awesome.  These are the studs of our company,
21  right.  They're there right now.
22       All right.  All right.  How many trades a
23  day does the scanner give?
24       You know, the scanner just gives what the
25  market gives.  So I can see that the market typically

---

76

1   has about, if I had to guess, I would say there's
2   about 20 per day, okay.  Some days there's virtually
3   none.  Some days there's hardly any stocks that are
4   going one way or the other.  Some days there could be
5   100.
6        So that's a really good question.  There's
7   no limit on how many trades there could be.  All the
8   scanner is doing is identifying certain set-ups I've
9   programmed it to do and it's just a terminator.  It's
10  out there scanning the market, hunting every day like
11  a terminator for these trades and then it shows it to
12  you when it's ready, it brings it to you.
13       Have you ever had a cat?  Have you got a cat
14  outside that just spends all day, spends its time in
15  the yard and it hunts, it catches a bird once in
16  awhile and brings it to your doorstep.
17       Well that's what this thing does for you, it
18  like hunts for you all day long and it brings the kill
19  right to you.
20       So the scanner's out there, I would say on
21  average it probably is about 20 a day, but like I
22  said, some days it could be almost none, some days it
23  could be over 100, it just depends on where the
24  market's at.
25       I can tell you one thing, when I see over

---

19 (Pages 73 to 76)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Attachment FF

PX 27, 2019

High Octane Options

Raging Bull, LLC                                                          10/21/2020

77

1  100 of these set-ups in a day, my radar's really going
2  off, I'm really, really paying attention then. When I
3  see, because like yesterday, yesterday there was over
4  100 of these set-ups happening, so I knew, I had
5  confidence that that was a great day to go short the
6  market, start betting against it. Sure enough it was.
7       When I see a ton of these same set-ups
8  happening, I see okay, now the market's getting ready
9  to make a directional move. So a lot of times just
10 one stock's making a directional move.
11      When I see 100 of these set-ups happening,
12 that gives me confidence that the whole market is
13 about to turn over or turn higher, okay.
14      Like I said, I don't care which way the
15 market goes, I just want to pick a direction. I can
16 make money either way.
17      The option market gives you the ability to
18 make money on the way up or down. It doesn't matter.
19 There's calls and puts. There's a way to do it. You
20 just need a signal to make it happen, right.
21      This is my favorite signal and I'm sharing
22 it today with you for the very, very first time. This
23 is what I use all the time. It's now available to
24 you.
25      Take advantage of it, come on. This is what

78

1  you guys want.
2       All right. Alrighty, thank you guys so
3  much. Thank you for so many of you coming today, I
4  really, really, really appreciate it.
5       This is going to be such an awesome service.
6  I'm already doing this all the time anyways. If
7  you're a part of bullseye trade, for example, I gave
8  you my one favorite trade of the week as it is, well
9  this trade typically comes from my favorite high
10 octane set-up.
11      Okay, if you're already in Bullseye, this
12 high octane set-up is already being delivered to you
13 once a week right now. Imagine if you were getting it
14 every single day, sometimes three, four, five of these
15 a day.
16      That is power right there. That would be
17 life changing. That could be what really makes things
18 click for you and helps you understand how to identify
19 these on your own.
20      So bullseye is my one favorite trades every
21 single week. That's great, that's on Monday before
22 the market opens, but what about Tuesday, Wednesday,
23 Thursday, Friday. There's all these other days,
24 there's all these other trades.
25      This is what high octane is. It is bullseye

79

1  on steroids, as we call it. Every single day these
2  trades are happening and I'm alerting them to you as
3  they're coming along.
4       It's awesome. Awesome. All right, thank
5  you guys so much. Man, thank you, thank you, thank
6  you.
7       I'm going to wrap it up here. That is a lot
8  of talking. I'm not a big talker, so to talk for over
9  an hour, so it was great.
10      Thanks for bearing with us on the technical
11 glitches there, especially early on. Technology, man,
12 we're working from home, there's a lot of things that
13 happen.
14      So hope everything went off well. Again, if
15 you've got any questions, call in right now, call in
16 our support team, our VIP team is right there. They
17 are waiting for you right now.
18      If you can't get through, just leave a
19 message, they'll get back to you really quickly.
20      But go ahead, take the leap. Make the jump
21 right now. It starts somewhere and it starts today.
22 Take the move. It starts right now. All you've got
23 to do is take a leap.
24      You can get in this with me and hundreds,
25 probably thousands of other people are going to be

80

1  taking the same step. Why not join us, it's going to
2  be awesome.
3       I hope to have you on the team starting
4  tomorrow, okay. We're getting started tomorrow. You
5  never know what could happen on a Friday, especially
6  this Friday. It could be wild.
7       There's going to be some great trades come
8  up. I'm going to alert you to what I think are the
9  best ones that I'll be doing and sharing with you why
10 so you can learn from me as I'm doing them.
11      I've become a really good trader, I want you
12 to do the same thing. So learn to take the journey
13 with me. I hope to see you there.
14      That's about it. There weren't a whole lot
15 of questions here, so I assume everybody's got it. I
16 look forward to having this system, this is it.
17 You've got the links, you've got the phone number.
18 Make the move. That's all I've got for you today, all
19 right.
20      I'm going to get back to the market, I'm
21 going to see what else I can crush today, if there's
22 anything else out there.
23      So thank you for your time today. I really,
24 really appreciate it.
25      I hope all of you have a great day. Thank

20 (Pages 77 to 80)

Attachment FF

PX 27, 2020

High Octane Options

Raging Bull, LLC                                                           10/21/2020

81

1    you so much.
2                 (Whereupon High Octane
3                 Options was concluded)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

82

1              CERTIFICATE OF TRANSCRIPTIONIST
2
3         I, Monica Voorhees, do hereby certify that
4    the foregoing proceedings and/or conversations were
5    transcribed by me via CD, videotape, audiotape or
6    digital recording, and reduced to typewriting under my
7    supervision; that I had no role in the recording of
8    this material; and that it has been transcribed to the
9    best of my ability given the quality and clarity of
10   the recording media.
11        I further certify that I am neither counsel
12   for, related to, nor employed by any of the parties to
13   the action in which these proceedings were
14   transcribed; and further, that I am not a relative or
15   employee of any attorney or counsel employed by the
16   parties hereto, nor financially or otherwise
17   interested in the outcome of the action.
18
19   DATE:   October 21, 2020
20
21
22              _____
23              MONICA VOORHEES
24              Transcriptionist
25

21 (Pages 81 to 82)

Attachment FF

PX 27, 2021

**Page 1**

```
              OFFICIAL TRANSCRIPT PROCEEDING

                 FEDERAL TRADE COMMISSION

      MATTER NO.     2023073

      TITLE          RAGING BULL, LLC

      DATE           RECORDED: DATE UNKNOWN
                     TRANSCRIBED:  JULY 21, 2020
      PAGES          1 THROUGH 49

                  Jason Bond Picks Promo

                   For The Record, Inc.
         (301) 870-8025 - www.ftrinc.net - (800) 921-5555
```

**Page 2**

```
 1                 FEDERAL TRADE COMMISSION
 2                       I N D E X
 3
 4    RECORDING:                                    PAGE:
 5    Jason Bond Picks Promo                           4
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 3**

```
 1                  FEDERAL TRADE COMMISSION
 2
 3    In the Matter of:            )
 4    Raging Bull, LLC             )  Matter No. 2023073
 5                                 )
 6    -----------------------------)
 7                                      Date Unknown
 8
 9
10
11         The following transcript was produced from a
12    digital file provided to For The Record, Inc. on June
13    30, 2020.
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 4**

```
 1                  P R O C E E D I N G S
 2                  -   -   -   -   -
 3               Jason Bond Picks Promo
 4         JASON BOND:  Hey, guys and gals.  My name's
 5    Jason Bond, and I'm the founder of JasonBondPicks.com
 6    where I teach people how to trade stocks.  Now, thank
 7    you.  Thank you so much for being here at this very
 8    special event.  You are absolutely going to love what
 9    I have to show you and I want you to take notes.  I'll
10    be very clear on what you should write down.  So make
11    sure that you're taking notes.
12         Listen, guys and gals, I used to be a broke
13    schoolteacher and I transitioned to Wall Street and
14    made a killing trading stocks, so much so that my
15    family and friends wanted to know how and I started to
16    teach people.  And that teaching just took off like a
17    wildfire.  It's unbelievable.
18         Here are some of my top performers.  What is
19    awesome is that each of their stories is completely
20    different.  For example, Kyle Dennis came to me from a
21    cubicle in L.A. making $35,000 a year.  He was trading
22    with just a $15,000 portfolio and is absolutely
23    crushing it.  You know, he averages over a million
24    dollars a year now.  He's only in his twenties.
25         Nathan Bear had lost over $40,000 before he
```

1 (Pages 1 to 4)

Attachment GG

PX 27, 2022

5

1  found Jason Bond Picks, in one year.  He lost 40 grand
2  in one year.  And he joined Jason Bond Picks and he's
3  gone up every single year since and in just a few
4  years is over a million dollars in trading profits.
5          Petra Hess, she was a millionaire
6  entrepreneur in her early 20s.  Turned all of her
7  money over to managers.  And guess what they did, lost
8  half of it.  She fired them all.  Took her money back.
9  She joined Jason Bond Picks.  She's made over $2
10  million with my service since joining me.
11         Kevin, he travels the world.  He funds his
12  lifestyle trading from a phone or a tablet.  That's a
13  world traveler, man.  Who doesn't want to do that.
14         And Taylor, what a great story.  Comes over
15  to the United States from London to marry his wife and
16  has a child.  Jumps right away into corporate America
17  without any college degree, making $150,000 a year
18  plus.  But he's working six to seven days a week, 12
19  to 15-hour days and he's missing out on being with his
20  family, watching his son grow up.  So he teaches
21  himself how to trade stocks.  You know, this year,
22  he's on pace to cross a million dollars in trading
23  profits.  Yes, a million dollars in trading profits.
24  He's probably going to have a half a million dollar
25  year.  He's already made a couple hundred thousand

6

1  dollars this year trading part-time.  He only works
2  six, maybe seven hours a day, five days a week.
3          These stories are awesome, they're unique,
4  and my question is why not you.
5          Legal disclaimer, my story is extraordinary.
6  I was in my tenth year of teaching in a public school.
7  I have a Master's degree.  I had a safe and secure job
8  with a pension and benefits and summers off.  But my
9  wife and I were flat broke.  She's also a school
10  teacher, first grade, Master's in literacy.  We paid
11  for all of our college education ourselves.  And this
12  left us in a ton of debt.  So my story is
13  extraordinary.  It's a story about taking some risks
14  and that's essentially what this disclaimer says.
15  Life can be risky.  But if you get the right coach --
16  guys and gals, I'm convinced if you have the right
17  coach, you can find success, and I am that guy.
18         I will give you my best because if you're
19  successful, my story grows.  My job is to help you
20  win.  I already know how.  Let's do this together.
21         So I've helped three students in a very
22  short period of time make over a million dollars.  But
23  what's most important here isn't making a million
24  dollars, it's making an extra $1,000 in just one
25  month.  Because that would change most people's lives.

7

1  What would you do with an extra $1,000 this month?
2  What would you do if all of a sudden that became easy
3  and you could make 2,000 or 5,000 extra a month?  What
4  would happen if you started making 10,000 extra a
5  month?  The lightbulb would go off and you would
6  realize that there's a lot of potential.
7          You know, just in the last few weeks, I made
8  $170,000 trading stocks.  $170,000 in just the last
9  few weeks.  I'm on pace to have my best year ever.
10  Why no you?
11         Here's the deal.  Again, this is reciprocal.
12  I'm successful.  If I can teach you how to be
13  successful, my story gets better.  Your story gets
14  better.  Because I want you to learn, my top-selling
15  DVDs are yours when you join me at the end of this
16  webinar.  Seriously.  You get to the end of this
17  webinar, you will not pay about $5,000 combined for
18  those DVDs.  They are going to be included free.  Why?
19  Because, again, if you win, I win.  I need to teach
20  what I know to you and this is the best way for me to
21  do it.  So let's make it to the end.
22         The first thing I want you to write down,
23  fishhook, pennant, rocket.  Write it down.  And
24  seriously, turn off the phone, eliminate distractions.
25  We're going to dig in here for 45 minutes to an hour

8

1  and we are going to be better traders at the end of
2  this.  My strategy is so simple, if you can -- if you
3  can see a fishhook on a chart, if you can see a
4  pennant on a chart and a rocket on a chart, you will
5  know the three things that I've used to create
6  millions of dollars.
7          Fun facts about me, I thought I was going to
8  be a pro baseball player.  It didn't work out and I
9  didn't have another plan.  I had studied physical
10  education in college.  I played baseball.  And when I
11  realized I wasn't going to the pros, I also realized I
12  had a ton of student loans and I needed to do
13  something about those.  So I got a teaching job right
14  away.  I mean, I was hired to teach before I had even
15  graduated college.
16         I married my wife, also a teacher.  We both
17  have Master's degrees.  I was working on my second
18  Master's degree, and we were piling up debt to the
19  tune of minus $250,000.  We had no net worth.  We were
20  in debt to the tune of minus $250,000.  Mortgage, home
21  equity line of credit, credit cards, personal loans.
22  You name it, we had it.  Car loans, student debt, it
23  was out of control.  And on these teaching -- these
24  teaching salaries, there was no way we would ever pay
25  it off.

Attachment GG          PX 27, 2023

Jason Bond Picks Promo

Raging Bull, LLC

7/22/2020

9

1    Now, after ten years of teaching, I couldn't
2 accept that anymore. I coached sports and I loved it.
3 I taught kids and I loved it. I'm convinced that's my
4 calling in life, to teach. But what I didn't love is
5 that I wouldn't be able to provide more for my family.
6 And so I did something about it. That goes back to
7 taking risk. At ten years into my teaching career,
8 with a pension lined up, health benefits, summers off,
9 I decided no more for me, I'm going to do something
10 about this. I'm going out on Wall Street and I'm
11 going to eat what I kill. And you know what people
12 said? Jay's having a mid-life crisis.
13    Now I'm a multi-millionaire, but it all
14 started right here. That was the house that two
15 teachers with Master's degrees can afford to buy and
16 that was the house where I realized we had a negative
17 net worth. I had never known what net worth was until
18 I did my taxes one day, and along with TurboTax came a
19 Quicken CD, and I dropped it in and it popped me out my
20 net worth and it was this big red number, minus
21 $250,000. And I thought that can't be good. So I
22 started to research what's net worth.
23    And when I realized after ten years of
24 teaching -- by the way, at that time, I was studying
25 to be a principal, so I was doing my second graduate

10

1 degree, all funded by myself and my wife. I was doing
2 my second graduate degree and I was projecting what I
3 would make across the course of my teaching career or
4 administrative career and I knew I would never be
5 ahead. It was things like this that really pushed me
6 over the edge.
7    I had read in This Old House that you could
8 remodel your kitchen quite easily and I got all
9 excited about that. So I tore it out. I even
10 recruited my wife to help me. And despite her smiling
11 in these pictures, she was furious because I thought
12 it would take a few weeks, it ended up being a six-
13 month project and we were without a kitchen most of
14 that time. She was really upset.
15    Even worse, I thought I could reinstall the
16 kitchen myself. And once I started, I learned that I
17 was way over my head and had to hire people. Well, we
18 had no money to do that. We were forced to take loans
19 to finish this kitchen, which just sent our debt
20 further and further and further into the red. And it
21 was at this moment, literally shortly after this
22 kitchen was done, that we decided we need to sell the
23 house, get rid of our debt, Jay needs to go out in the
24 world and learn how to trade stocks. I tried a lot of
25 other things, a roofing business, I was coaching a lot

11

1 of sports, doing camps and clinics. I served tables.
2 I bartended. I announced high school football games.
3 Like I said, coached boys and girls varsity cross
4 country, girls varsity basketball, a slew of other
5 sports, and we still couldn't make ends meet. We
6 always had just a few thousand dollars in the bank
7 account until these three patterns changed my life
8 forever.
9    I am sitting in front of you here right now
10 telling you that back when I remodeled that kitchen, I
11 had no portfolios. I knew nothing about trading
12 stocks. I found a great coach who taught me these
13 three things and it changed my life forever. So let's
14 talk about the three things that I want you to take
15 away today because I'm going to show you how I make
16 money time and time again off those three patterns.
17    And people often say, goodness gracious,
18 Jason, it can't be this simple. I'm going to show you
19 how the pattern looks on a chart and the actual trades
20 that I made and the verified results right here in
21 this -- in this webinar.
22    So the oversold chart pattern, by far my
23 favorite chart pattern. The price falls sharply on
24 bad news. Humans have emotions. So they overreact,
25 right? Because humans are the traders that are

12

1 causing that decline in price because they -- they
2 overreact and then you get -- you get a stock that's
3 priced below its value. I buy what I like to call the
4 J-hook, all right? The oversold chart pattern. The
5 rounding for a bounce pattern. You call it what you
6 want, I like to visualize a fishhook, all right? But
7 it always occurs after an overreaction, especially on
8 good companies. There's always going to be there --
9 there's always going to be somebody there to
10 (inaudible) by a great company.
11    The continuation chart pattern, this one is
12 absolutely basic math, geometry, all right? It's a
13 triangle or it's a rectangle or a pennant, all right?
14 Continuation chart patterns are simply just that.
15 Stock is heading up, then it continues in a pattern,
16 and then it continues heading up. It's that easy, all
17 right? Or stock is heading down, then it continues in
18 a pattern, and then it heads down again. We can play
19 inside the pattern or once the pattern continues.
20 This is so simple, you're going to see it on the chart
21 and an aha moment is going to happen and you're going
22 to realize the value of my service.
23    And then the breakout, I mean, this is the
24 easiest one to see on the chart because it usually
25 occurs after news on heavy volume and the stock price

3 (Pages 9 to 12)

Attachment GG

PX 27, 2024

Jason Bond Picks Promo

Raging Bull, LLC                                                                    7/22/2020

---

13

1  goes bonkers above what I like to call the money line.
2      So I told you I had a great coach.  This
3  guy's name is Jeff Bishop.  He happens to be Mensa,
4  which is the smartest 2 percent of IQ in the world.  I
5  stumbled upon him and he taught me everything that I
6  know.  How did I find him?  Just messing around in a
7  chat room one day.  That's it.  Probably like how you
8  found me.  And I said to him, listen, I want to change
9  my life.  You've been trading stocks for 20 years.
10  You know everything there is to know about the
11  markets.  If you teach me and I find success, I
12  promise I'll teach it to the world.
13      So he gambled on me and taught me everything
14  that I know.  That picture on top of the mountain in
15  the top right with the water behind us, that was right
16  around when I had left my teaching job.  We went out
17  to New Hampshire where he resides with his three
18  children and wife and he really gave me in-depth
19  lessons.  And I took those lessons and I mastered Wall
20  Street, guys and gals.  But it wasn't without having a
21  good coach.
22      Here's some fun facts about Jason Bond on
23  Wall Street since I left my teaching career.  I've
24  made a ton of money.  Oh, well over a million dollars.
25  My top students have taken tiny accounts and turned

---

14

1  them into over a million dollars.  Kyle, most notably,
2  15,000 into nearly $4 million.  I gave away brand new
3  Porsches to my clients who crossed the million dollars
4  first.  That was Kyle and Nathan, all right?
5      Professionals, all right, experts in their
6  field hire me to teach them, like Jose Canseco from
7  Major League Baseball, and two-time UFC Heavyweight
8  Champion Frank Mir, who I had the privilege of going
9  to his home and coaching him.  And you know what he
10  said?  The number one reason that I'm picking Jason is
11  because I know he can fast-track the learning curve
12  for me.  Frank had great coaches in jiu-jitsu, in
13  boxing, in wrestling, and he knew that if he was going
14  to take his game to Wall Street, he needed somebody
15  with the expertise.  He chose me.
16      I was recently featured on the floor of the
17  New York Stock Exchange, guys and gals.  I went from
18  elementary school teacher to the floor of the New York
19  Stock Exchange and I wrote a best-selling book.
20  Unbelievable stuff.
21      Now, they call me the Cheddar Spreader
22  because, listen, I was an elementary school teacher.
23  I loved to move and I loved to joke around because
24  that is what I was designed to do.  I wasn't designed
25  to be on Wall Street, but I forced it to happen

---

15

1  because I wanted more for my family.  So I joke
2  around.  They call me the Cheddar Spreader.  But
3  there's no joking in my teaching.  I expect my clients
4  to study my lessons.  I expect them to read the daily
5  watch list, what I call your two-minute primer, and
6  then look for the real-time trade alerts by text and
7  email during the day.  That's what I want out of my
8  clients.  We take it seriously.
9      I am the Cheddar Spreader because these are
10  my results.  Just in the last few years, $758,000 in
11  trading profits.  Do you know across ten years of
12  teaching I had only made about $400,000?  Across ten
13  years.  Just in the last few, I've made 758.  Just
14  this year, in the last couple of weeks, I've made 170-
15  plus.  Break that down by year, 145 in 2015, 330 in
16  2016, 283 in 2017.  And like I said, I'm on pace to
17  hit my biggest year ever.  I think I'm going to make a
18  half million dollars this year.
19      Guys and gals, it starts -- it starts by
20  putting one foot in front of the other.  Make that
21  extra 1,000 a month.  Make that extra 2,000 a month.
22  When you hit 5- or you hit 10-, the lightbulb goes off
23  and you have that aha moment just like Kyle did.
24      So Kyle found me from a cubicle.  He looks
25  over his shoulder and Bob is a day trader at the

---

16

1  company Kyle's working at, making $35,000 a year.  And
2  Bob says, you should check out this Jason Bond Picks
3  guy.  I really like him.  So Kyle does.  And you know
4  the story from there.  He had over -- over $80,000 in
5  student loans, UCLA grad making 35k a year in L.A.
6  That's not going far.  And now he's crushing it on
7  Wall Street.  I even gave him a Porsche when he
8  crossed a million dollars and he has not looked back.
9      Again, there's me in Frank Mir's living
10  room, all right?  There's my mentor with Jose and
11  Frank when we had a conference in Vegas.  This is what
12  has happened by taking a risk.  It all started with
13  taking a chance on myself when I left that teaching
14  job.
15      I funded my son's college tuition already.
16  He's got about 16 years before he goes to college and
17  I've already funded it.  There's my wife.  That's
18  Noah.  And there's us having dinner at a restaurant
19  right near our house.  I want my son not to have to
20  make a decision like I had to make.  I had to leave --
21  I felt like I had to leave my teaching career behind
22  so that I could take a shot on Wall Street to provide
23  for my family.  I would still be a schoolteacher if I
24  wasn't in debt.  I was in debt because of those
25  student loans, the mortgage, the credit cards, and we

---

4 (Pages 13 to 16)

Attachment GG                                              PX 27, 2025

Jason Bond Picks Promo

Raging Bull, LLC                                                          7/22/2020

17

1  never had more than few thousand dollars in the bank
2  account.
3       Here I am on the floor of the New York Stock
4  Exchange with my mentor, the Mensa trader, Jeff
5  Bishop.  Absolutely awesome.  The floor of the New
6  York Stock Exchange.
7       Listen, three patterns did that.  I told you
8  to write down the fishhook, the pennant, and the
9  rocket.  Now we're going to examine them in detail.
10      Let's start with the oversold chart.
11 There's an overreaction, all right, an overreaction
12 usually as a result of bad news where the price falls
13 sharply, all right?  And then it settles.  Once it
14 settles, we find a bottom.  Usually I give that a few
15 days.  Then I look for any sign that buyers are
16 showing up.  Here's what you need to write down with
17 the oversold chart.  We want to find stocks that have
18 fallen 50 percent or more in under two weeks.  A drop
19 of 50 percent or more in under two weeks.
20      Remember, I'm always playing stocks under 10
21 bucks or options on large caps which are generally
22 under $5.  So I'm playing stocks around 1 to 5 bucks
23 or an option on a large cap between 1 and 5 bucks.  So
24 I'm hardly ever trading really big, really big price
25 stocks.  I like to trade the small ones or the options

18

1  on the big ones because those are like the small ones.
2       So first thing you need to write down, a 50
3  percent -- excuse me.  The first thing you need to
4  write down, a 50 percent plus drop in a short period
5  of time, usually one to two weeks.  Then we look for a
6  rounding bottom where the value slows significantly.
7  And as soon as we see the first sign of buying, I like
8  to call that candle over candle.  Where that fishhook
9  starts to turn up, that's where I get in there and
10 buy.
11      Now, my watch list goes out to clients every
12 day.  They can make sense of this because they've
13 studied a few video lessons on the oversold pattern,
14 on the continuation pattern and on the breakout
15 pattern.  Once they understand the patterns and the
16 catalysts, I provide a daily primer and they read it
17 just like this one that went out all the way back when
18 I had just left my teaching job.  This is how I knew I
19 was going to have something huge.  This went out to my
20 clients on the watch list years ago.
21      And I said, listen, some good news has
22 slowed the bleeding and it's coming out of oversold.
23 So this is on the daily watch list.  And the chart on
24 the left, that's what it looked like.  Candle over
25 candle.  See that black candle over the red candle.

19

1  That's the first sign that buyers are coming back into
2  the stock.
3       Second thing you need to write down, the
4  relative strength index needs to be below the 30 line.
5  Almost always.  So 50 percent plus in one to two
6  weeks, RSI below -- bellow the 30 line.  RSI stands
7  for relative strength index.  And it's just an
8  indicator that measures oversold and overbought.  All
9  right?  So for the oversold pattern, below the 30 line
10 is an oversold reading.  In some companies, any time
11 they dip there, they have a really fast whipsaw out of
12 there.  I know this and I usually, usually will take
13 action on them very quickly once they start to bounce
14 and I can get gains of 10, 20, and sometimes even 100
15 percent in one to four days.
16      And my clients, as you can see, can also get
17 gains on these trades.  Asim, who is still a client,
18 who is still a client -- this was all the way back in
19 2013 -- who's still a client five, six years later, 92
20 percent.  Thomas made 11,700.  $19,416 realized for
21 Scott, also still a client years later because this
22 pattern works time and time again and it works on
23 stocks under ten and it works on large caps.  But,
24 again, I'm not going to buy Apple stock.  I don't have
25 that much money.  I'll buy Apple options.  I'll buy

20

1  Apple options, which are usually priced around a few
2  bucks.  So I'll either play small caps under ten or
3  large cap options.  And this works great for me, guys
4  and gals, and it works great for my clients.
5       So number one, 50 percent plus in under a
6  week.  Number two, number two, the RSI needs to be
7  below -- below the 30 line.  Remember, the RSI is just
8  an oscillator, which is a fancy word for an upper and
9  a lower limit.  An upper and a lower limit.  So when
10 it gets below 30 on the lower side, that is -- that's
11 an oversold reading.  That means it's been oversold.
12 There's been an overreaction.  This is my bread-and-
13 butter trade and you're going to see how much money it
14 makes me.  It's unbelievable.
15      All right.  So we went from -- we went from
16 the small ranch into an apartment, because I had
17 literally no money, as I told you, a ton of debt and I
18 needed -- I needed to start transitioning to being a
19 full-time trader.  So I left a teaching job behind,
20 sold the house so we could get out from under debt,
21 and I start trading stocks.  2015, $145,000.  You know
22 what the great story behind that bottle of wine is?
23 That's -- that's a winery in Napa that a client of
24 mine owns and he was making so much money with me
25 trading stocks, he started to send me cases of their

5 (Pages 17 to 20)

Jason Bond Picks Promo

Raging Bull, LLC

7/22/2020

21

1  wine.  So here's this successful -- this successful
2  entrepreneur running a winery in California who's also
3  trading with me and then sending me bottles of wine,
4  beautiful bottles of wine, and I'm trading off a card
5  table at the time, living in an apartment, and I'm
6  starting to kick some serious butt trading stocks.
7        This was a great transition for me.  Again,
8  took the risk -- took the risk leaving the teaching
9  job, sold the house, moved into an apartment.  Friends
10 and family said I was having a mid-life crisis.  All
11 of a sudden, you can start to see this is
12 transitioning in my favor.  And I didn't stop there,
13 $330,000 the next year.  I had started with 100 grand
14 and I turned it into $430,000 in 12 months.  Do you
15 understand that's ten years' worth of teaching salary
16 in one year?  And you can see how all of a sudden my
17 lifestyle is shifting dramatically.
18        Never did I think that this would happen to
19 me when I was ripping up that kitchen and we had minus
20 $250,000 worth of debt.  All of a sudden, I'm erasing
21 the debt and I'm making more than that debt in one
22 single year, ten times my teaching salary, and we're
23 doing things like private jets.  That was the moment
24 where I knew something bigger and better was coming.
25 And, man, it sure was.

22

1        We built what we thought was our dream
2  house.  Absolute dream house.  My wife was so excited.
3  This was just down the road from that small ranch we
4  lived in.  And we never thought we could live here.
5  There were doctors and lawyers and engineers living on
6  this street and we were schoolteachers.  We taught the
7  kids that live on this street.  And the next thing you
8  know, we're building a house on a street we never
9  thought we could be on.  We only dreamed of this.
10        And we started talking about having a family
11 and my wife transitioned out of teaching to be a stay-
12 at-home mom.  She was in her tenth year at the time
13 and she transitioned out, too, because I was having
14 $330,000 a year trading profit.  Unbelievable.  Our
15 net worth is climbing.
16        So we did up the backyard like everything
17 else I do.  I don't leave any stone unturned.  You
18 know, my clients say that I have the perfect mixture
19 of ADHD and OCD, all right?  I was meant to be an
20 elementary physical education teacher and coach, not a
21 Wall Street guy.  But I also was not meant to be
22 broke, so I did something about it.  And this is what
23 it looks like when all of my energy goes into my
24 backyard.  Beautiful patio, hot tub, Green Egg,
25 umbrellas, gorgeous saltwater pool, lit up the sky at

23

1  night with lights.  It was awesome.  That pond fully
2  stocked with bass and blue gills and perch and
3  crappie.
4        Like I totally loved -- totally loved this
5  new life that we had created just with an idea, just
6  with a risk.  Why not you is my question?  Can you see
7  this fishhook on SnapChat's chart?  I told you I'll
8  play small caps or large cap options.  Look at that
9  bounce on SnapChat.  Look at the huge drop in a short
10 period of time.  Look at the huge drop, right?  Over
11 50 percent in a short period of time.  Pretty darn
12 close.  Usually with large caps, you're not going to
13 get a 50 percent drop in a short period of time, but
14 pretty darn close here on SnapChat after the IPO.
15        Do you see the fishhook?  Do you see the
16 trade that I made?  I bought -- I bought the option at
17 72 cents.  I sold the option at two bucks.  That was
18 $22,000 in just three days.  I mean, ridiculous.
19 Ridiculous using a fishhook, right?  Can you see that?
20 Do you think you could do that?  If I sent you the
21 real-time watch list, the daily primer in the morning,
22 could you see it after watching a few lessons like
23 this?  Could you act on it?  Could you profit from it?
24 The answer is yes.
25        Do you see the fishhook?  I took a

24

1  highlighter and put it in there for you so it really
2  stood out.  Do you see how the price had fallen
3  sharply below the true value of the stock?  Do you see
4  the market overreaction?  Because humans have emotions
5  and they overreact.  When things are going bad for the
6  company, they sell, sell, sell.  Do you see -- do you
7  see the pattern on the chart?
8        There's the gain.  22 grand from 3/20 to
9  3/22.  $22,000, three-quarters of a teaching salary in
10 a few days.  What would have taken me a full year to
11 make, I did in a few days.
12        What would you do with an extra thousand
13 dollars?  I asked you this at the beginning.  I hope
14 you have an answer because I want you to write it down
15 right now.  Just write it down.  With an extra $1,000,
16 I would do this, all right?
17        I've put up some suggestions.  Pay off your
18 college loans early like I did, all right?  Pay off
19 your credit card balances like I did, all right?  Live
20 without a mortgage like I do.  I live without a
21 mortgage now.  Take an extra vacation.  I'm taking one
22 here soon to Turks & Caicos and I never thought we
23 would afford Turks & Caicos in our entire life on our
24 old teaching salaries.  Maybe a car.  Write it down
25 right now.  With 1,000 extra a month, I would do this.

6 (Pages 21 to 24)

Attachment GG

PX 27, 2027

Jason Bond Picks Promo

Raging Bull, LLC                                                    7/22/2020

---

25

1       I want you to fill in what you would do with
2   2,000, 5,000 and 10,000 extra a month as well.
3   Because you can start to do drastically different
4   things as that number grows.  Write it down.  You need
5   to have goals because that's going to create the
6   energy you need -- you need to join me, to study some
7   lessons, to get the daily primer, to look at the real-
8   time alerts and to start transforming your life.  It's
9   going to take some energy.  Not a ton.
10      My services for part-time traders, here's my
11  promise to you.  I'm a great teacher and I'm a great
12  stock trader and my success is dependent on yours.  I
13  will find a way to make sure that you understand this
14  information.  I'm going to show you more oversold
15  charts.  I'm going to show you the continuation
16  patterns and the breakouts and I'm going to tell you
17  about my service.
18      And I'm convinced if you put some effort
19  into it, it's going to change your life just like it
20  did Matthew's.  just in a few short years with me,
21  over $300,000 in trading profits part-time.  Part-
22  time.
23      Petra, as I told you, lost half of her net
24  worth to money managers.  Took her money back and
25  since joining Jason Bond Picks has made over $2

---

26

1   million trading.  She trades part-time.  Part-time
2   while enjoying her life.  She was extremely successful
3   as an entrepreneur and made millions in her twenties.
4   But, again, trusted advisors to take care of that
5   money, and when they lost half of it, she said, I can
6   figure this out on my own.  And part of that meant
7   finding a coach on swing trading.  Guess who that guy
8   was?  Awesome story.
9       So my three trading patterns, let's go back
10  to number two, the continuation chart or what I like
11  to call the pennant.  It always reminds me that
12  continuation chart patterns are simple geometric
13  shapes.  Again, they could be triangles or rectangles
14  which we call a bull flag.  They could be a descending
15  triangle or ascending triangle.  They're simple
16  geometric shapes, that's it.
17      And what you need to understand on this is
18  that a stock typically has a trend.  It's either going
19  up or it's going down.  After it's made a big move up,
20  it will consolidate or what I like to call rest, and
21  it's in that resting pattern that we find the
22  geometric shape.  We can trade inside of the geometric
23  shape or when the pattern continues out of it.
24      In the case of an ascending triangle there
25  in the middle of the screen, so the stock is going up

---

27

1   for whatever reason, good earnings, and then at some
2   point in time, it needs to take a breather.  And so it
3   trades sideways.  But as it's trading sideways, the
4   lows are being bought up.  Why?  Well, it just had
5   good earnings.  So as it dips, somebody buys it, and
6   then it kind of bounces up to this what I call a
7   supply line or resistance.  That's the horizontal blue
8   line there.  And it hits its head against it and it
9   comes down.  This time, it doesn't go as low.  It
10  makes a higher low.  It starts to make the pattern of
11  an ascending triangle.
12      And when that pattern closes, the trend
13  resumes and the stock starts to fly up again out of
14  the pattern.  It's a continuation chart pattern.  It
15  can be in the shape of a rectangle like a flag.  We
16  call that bull flag.  And these patterns could be on a
17  downtrend, too.  So simple geometric resting patterns.
18  Remember resting patterns.
19      All right.  So here's a real-world ascending
20  triangle.  You can play it off the blue line and sell
21  it at the purple line or you can wait for the pattern
22  to close and you can play it when the pattern resumes,
23  inside out of the pattern or outside.  But
24  essentially, in this case, it's an uptrend that's
25  resting and then uptrending again.

---

28

1       You can play them in a descending triangle,
2   all right?  You can buy it off the blue line and you
3   can sell it into the purple line.  This might happen
4   on a stock that's downtrending.  So it's downtrending
5   for a long period of time, then it makes a descending
6   triangle sideways, and then it continues downtrending.
7   But you can play it inside the pattern or outside the
8   pattern.
9       Now, again, the daily watch list, clients
10  come to me, they study some video lessons, then I give
11  them the daily primer, and much like that $40,000 100
12  percent win I had in a few days back in 2013, I'm
13  doing the same thing every single day of the week,
14  guys and gals.  I absolutely love it.
15      So here's a bull flag continuation pattern
16  right from the watch list.  I tell clients what to do,
17  I tell them where the lessons are if they're not
18  familiar with it.  Real simple stuff to see on the
19  chart.  Can you see the bull flag?  Can you see the
20  flagpole and then the rectangle moving sideways?  So
21  you have good news and then you have a resting phase.
22  Play it inside of the trend lines or when the pattern
23  resumes, play it outside of the trend lines.  That's a
24  bull flag.  A flag pole created by earnings, sideways
25  consolidation.  This time a rectangle, not a pennant.

---

7 (Pages 25 to 28)

Attachment GG

PX 27, 2028

Jason Bond Picks Promo

Raging Bull, LLC                                                           7/22/2020

29

1   Remember, it can be a pennant, it can be a rectangle.
2        Do you see the highlighted pattern here?  Up
3   over is the bull flag.  And then when it comes out of
4   the bull flag, the trend resumes.
5        I often compare the continuation chart
6   pattern to a road trip.  Let's say you're driving from
7   New York to Florida.  You head on down and maybe you
8   stop in Tennessee.  This is the rest phase.  This is
9   the rectangle on the chart.  You can play inside of
10  that yellow rectangle, the support and the resistance
11  lines, all right, the trend lines, or you can play
12  when the pattern resumes, when you wake up in the
13  morning and you drive from Tennessee to Florida.  So
14  you start your road trip, you rest, you continue your
15  road trip.
16       Stocks do the same thing.  They can do this
17  going up the chart or down the chart.  That's a
18  continuation chart pattern.  So the pennant.
19       $24,000 for me on CECO.  Elementary gym
20  teacher, if I can figure this out, can you?  Company
21  has good news, it rests, and then it continues up.
22  Can you buy it at the support line, sell it at the
23  resistance?  Can you buy it when it's breaking out of
24  the bull flag?  You bet you can.
25       I do the same thing on indexes.  So this is

30

1   the small cap index, all right?  I can't afford to buy
2   $140 index, right?  This is like the S&P 500 but for
3   small caps.  Here's a descending triangle.  Can you
4   see the descending line, the blue downtrending line?
5   Can you see the common area of support, the horizontal
6   line?  You can.  And you can trade that either off the
7   blue toward the descending blue line or you can short
8   it -- we won't get too much into that right now -- but
9   you can make money from the descent as well so you can
10  short the top line and cover the short at the bottom
11  line using an option.  Simply buy a put.
12       And I did just that on this pattern here.
13  Wait until you see the three trades I made across the
14  course of that month and a ton of profit.  Descending
15  triangle formation.  Essentially what I did, see the
16  red line on the right-hand side?  I bought a put off
17  the red line expecting the price of the Russell 2000
18  to come down because health care for Trump didn't go
19  through.  So I bought a put with the intention of
20  making money on the descent.  You can make money when
21  markets or stocks are going up or down, guys and gals,
22  and I can show you how to simply do this.
23       So here is what I did.  I bought the put at
24  $1.02.  I didn't pay 138 for it.  I bought it right at
25  that arrow there and I bought it while I was on

31

1   vacation at a buck-oh-two, and I sold it at 3.08 for
2   202 percent or $21,000 the next day.  Yes, the next
3   day, there it is, 21 grand, 202 percent.  Buying a put
4   at a buck, selling it at three on an index using what?
5   The continuation chart pattern.  Playing inside --
6   inside of the trend lines.
7        Biggest win yet, Jason.  I made $7,800, or
8   168 percent overnight.  Thanks, Jason, Steven B.  This
9   is my client.  I had made $43,000 that day.  I hit the
10  oversold bounce on SnapChat that I showed you earlier
11  the same time I bought the put on the Russell 2000.
12  So I got a bullish bounce on SnapChat.  I shorted the
13  small cap index buying a put off the trend line and I
14  made 43 grand from my phone while I was in the pool
15  with my son and my wife was taking a picture, drinking
16  margaritas, by the way.  Yes.  Yes.
17       There it is, man.  I circled where I bought
18  the puts off the descending trend line.  See the red
19  line on the right-hand side.  That's the same as the
20  blue line on the left-hand side.  The circles up
21  there, that's where I bought the put expecting the
22  market to fall because health care reform didn't go
23  through.
24       Bing, bang, boom.  Look at the wins.
25  Another $22,000 from 3/22 to 4/5.  Another $24,000

32

1   from 4/12 to 4/14.  Just playing the same pattern over
2   and over off the trend line, inside the trend lines,
3   awesome, which allowed me to upgrade my house again.
4   Here's my new backyard on six acres in New Hampshire
5   just down the road from my trading mentor, Jeff
6   Bishop.
7        This is awesome, guys and gals.  I'm so
8   excited because now I get to live by my mentor who
9   also happens to be my son's godfather and I'm learning
10  so much more about my trading having had this
11  opportunity that all started the day I left my
12  teaching job and said that I'm going to take a risk
13  and I'm going to not only become a great trader, but
14  I'm going to teach people how to be great traders.
15  This is our new home.  This is where we currently
16  reside.  This is where we're going to raise our son
17  and our family.  I'm so excited about this.
18       My swing and long-term trading service,
19  easy-to-follow swing trade alerts, high octane long-
20  term trade alerts.  I look for some juicy long-term
21  stuff, guys and gals.  Jackpot penny stocks, probably
22  my favorite part of the service.  This is where I make
23  huge gains, huge gains across weeks to months, and my
24  daily watch list, plus my real-time trade alerts, man.
25  That is what my service has done for me right there,

8 (Pages 29 to 32)

Attachment GG

PX 27, 2029

33

1   $283,000 trading stocks part-time.  My whole service
2   is for part-time traders.  It attracts full-time
3   traders as well, but it's designed for part-time
4   traders.  I did that trading part-time.
5       And on December 11th, 2017, I took out all
6   of my trading profits, which at the time were
7   $232,000, and donated it all to charity.  Literally
8   what used to be my negative net worth, now I'm making
9   in trading profits in 11 months, 12 months, and I'm
10  donating it to charity.  Absolutely awesome.  And,
11  look, I made another $50,000 after I cut this check to
12  all of these charities.  That is awesome.  I wrote
13  that check, $232,000 and some change, to all of these
14  charities right here.  These are the places where that
15  money went to.  Great organizations who benefitted
16  from me taking a risk all the way back when I quit my
17  teaching job.
18      I'm not saying quit your job.  I'm saying
19  give my part-time strategy a shot.  Put some effort
20  into it like Kyle Dennis did.  He joined me and he was
21  driving this car, working in a cubicle, making $35,000
22  a year in L.A.  He joined me with $80,000 in student
23  loans.  This is what he had.  This is what I gave him.
24  This is what I gave him to show the world that if you
25  believe in me, I will give back to you, to show the

34

1   world that I know what I'm talking about.
2       Listen, I told you, I get excited.  I used
3   to be a teacher and a coach.  I wasn't meant to be on
4   Wall Street.  This is why I trade part-time.  I'm out
5   jogging.  I'm out doing things most of the time,
6   trading from my phone, using those strategies.  This
7   is what happens when you believe in me, you believe in
8   yourself and you work hard at it.  That's Kyle's
9   story, right?  From broke to rich, making seven
10  figures a year trading stocks.
11      Hard work paid off not just for Kyle, but
12  also for Nathan, who you see in the middle of the
13  screen here.  Yes, I'm standing in front of yet
14  another Porsche this time with my mentor, with Kyle
15  and with T.O., Hall of Fame Terrell Owens, giving away
16  another Porsche to Nathan who took $37,000 and turned
17  it over a million.  More importantly, the year before
18  he joined Jason Bond Picks, he had lost over $40,000
19  trading stocks.  I deliver results.  That's my job.
20      You write down these notes.  Oversold chart
21  pattern looks like a fishhook.  Continuation chart
22  pattern is a simple geometric shape.  Remember that
23  how you want.  I like to remember it by a pennant.
24  And the breakout chart pattern.  These three patterns
25  changed Jason's life.  I taught them to these guys,

35

1   changed their lives.  But, remember, I didn't learn
2   them until Jeff Bishop taught them to me.
3       T.O., the reason we had him there speaking
4   to our huge conference is because he said very
5   specifically, without coaches, he would have never
6   made it 16 years in the NFL and he would never have
7   made it into the Hall of Fame.  It was the coaches
8   that taught him how to catch a ball in extremely
9   stressful situations.  It is a coach like me that's
10  going to help you manage a very difficult environment.
11  Make no mistake, Wall Street is eat what you kill.
12  You got to be smart and you need somebody to fast-
13  track your success.  That's what I do.
14      You know, just after I gave that Porsche
15  away in Atlanta to Nathan for all his success, I was
16  making this trade here.  I left for Atlanta on that
17  Friday.  I bought WATT.  Those are the real-time
18  alerts that go to your cell phone.  Do you see the
19  fishhook?  Do you see the RSI below the 30 line?
20  Remember the RSI goes below the 30 line, the only
21  indicator that I care about.  And the fishhook, do you
22  see the sharp drop on the stock, an overreaction?  So
23  I bought that at -- 1,000 shares at 15.47.  Most of
24  the time I'm trading $3, $5 stocks, but once in a
25  while, if there's a good opportunity above 10, I'll

36

1   trade it because this is still a small cap, all right?
2   It's still a small cap despite the price being higher,
3   which means if it has good news, it can fly 40, 50
4   percent in a day or two, which is exactly what this
5   did.
6       But before -- before we move on to that
7   story, I want you to understand, in the morning, I
8   bought 1,000 shares at 15.47.  In the afternoon, I
9   bought another 1,000 shares, all right, 15.24.  And
10  on Monday, just after I gave Nathan the Porsche, WATT
11  had great news and I sold it from an elevator on my
12  way to happy hour, our social with all the clients who
13  came from around the world to see us, I sold it for
14  $11,000 with 40 percent profit and sent out that sell
15  alert to my clients, who also had a great opportunity
16  to take profit on it if they wanted to.  That, my
17  friends, is what I mean by easy-to-follow swing trade
18  alerts.
19      Here's Nathan's old house.  Four kids, wife,
20  two dogs, family of six living in a 1,100 square foot
21  home.  He was renting it.  He had lost 40,000-plus the
22  year before trading stocks.  He's building a small
23  business at the time and he stumbles on Jason Bond
24  Picks.  Here's Nathan's new home.  Here's Nathan's new
25  home.  This dude is coming up on $2 million in trading

9 (Pages 33 to 36)

Jason Bond Picks Promo

Raging Bull, LLC                                                                                          7/22/2020

---

37

1  profits now.  He just closed on this house.  He bought
2  it; he's not renting it; he bought it.  He closed and
3  he gave his family a better chance at life.  That's
4  the most important part here.
5         When I met Nathan and his wife, they said,
6  we changed our kids' future.  We put them in better
7  schools now and we are so grateful, Jason.  That's
8  what they said.  And here he is living the dream.  A
9  little bit of an upgrade from that Suburban, though
10  he's keeping the Suburban.  With a family of six and
11  four kids, you're going to need a bigger car.  But in
12  his free time, there's the Porsche that I gave him,
13  there's the new house that he bought with those
14  trading profits.  That's what I mean by changing
15  lives.  It starts with no losing $40,000.  That was
16  the year before he joined me.  That's what it starts
17  with, not losing.  And he said very clearly, when I
18  first joined Jason, I didn't start making money right
19  away, I just stopped losing money.
20         Here's my TD Ameritrade account.  So I
21  switched over to TD Ameritrade in 2018 and I love this
22  broker.  I really loved E-Trade for all the years that
23  I used it.  But TD Ameritrade, in my opinion, is
24  better, so I switched over.  I want you to look at the
25  highlighted numbers there on the right-hand side.  71

---

38

1  percent, 21,000 on Amazon; 88 percent, 36,000 on
2  Disney; 91 percent, 18,000 on Facebook; 171 percent,
3  19,000 on Tesla.  Here's the kicker.  It all happened
4  in one day.  And here's the other kicker.  Do you see
5  the fishhook?
6         This isn't something that I just made up,
7  guys and gals, to get you excited.  This is something
8  that is exciting.  This is something that I'm doing.
9  Those are my real money results and those are the
10  fishhooks on large cap.  But, remember, I'm trading
11  the option for a dollar or two.  I'm not buying the
12  stock; I'm trading the option.  And that's so easy to
13  learn, it's unbelievable.  So don't get overwhelmed.
14  Buying an option is no different than buying a stock
15  under $10.  You simply hit "buy."  All right?  It's
16  that easy.  And the option on large caps can be
17  extremely lucrative.
18         But, more importantly, look at Amazon, how
19  it approached the 30 RSI line.  Remember, great
20  companies, they hardly ever go under the 30 line.
21  Disney, how it approached the 30 RSI line.  Why did
22  Amazon fall?  Because Trump went over them and the
23  USPS.  So it fell.  Disney came down with the market.
24  Facebook fell on the data scandal, all right?  When
25  good companies fall -- and the RSI on Facebook was

---

39

1  below the 30 line -- look at, on the chart, if you go
2  all the way back to the beginning of the chart, it has
3  never fallen under the 30 line.  It's an overreaction,
4  a buying opportunity to the tune of 18 grand for
5  little 'ol me.
6         And Tesla, Tesla, Model 3s weren't going out
7  as fast as people wanted them to.  The stock fell to
8  oversold.  Again, hardly ever happens.  Buying
9  opportunity, overreaction, 172 percent on the option.
10  In just days, in just days, my top three trading
11  patterns make me a ton of coin.  And when you realize
12  that you can do it, too, the sky is the limit.  There
13  is no limit on Wall Street.  That is why I love it.
14         So let's go to the breakout chart or the
15  rocket ship.  The easiest one to see in the world
16  because the company will have good news, which comes
17  with huge value.  You can't predict these events.  But
18  once they happen, stock tends to run for days.  When
19  it goes across what I call the money line, a
20  horizontal line that is a major area of resistance on
21  heavy volume, it's usually going to run for a few
22  days, and you can see the results, 34,000 on WATT,
23  15,000 on VERI.  The breakout chart pattern is
24  absolutely the simplest pattern to see and play
25  because the catalyst is there, the heavy volume is

---

40

1  there, the price action goes above the money line, and
2  then it runs for a few days.
3         We don't try and capture the entirety of the
4  move, but we are going to play for 10, 20, and
5  sometimes 50 percent profits in a few short days.
6         Those are my three trading patterns.  They
7  changed my life forever.  The only question I have for
8  you is, could they change yours?  I think you know the
9  answer.  You heard my story.  I'm serious.  You've
10  learned my favorite money-making techniques.  It's the
11  -- it's that simple.  So when you join me, you will
12  have more in-depth video lessons on those three
13  patterns so you can make sense of them more clearly.
14  You'll know how to scan for them and find them.
15  You'll get my daily primer in the morning that kind of
16  shows you the ones I'm looking at.  And when I act on
17  them, when I trade them, you get the real-time alert
18  by text message and email.
19         That is -- that is what I've done.  This is
20  what they've done.  Now, it's your turn.  What's your
21  story going to be?  I hope it's awesome.  Listen, you
22  become the difference maker.  I've shown you what I do
23  and I'm committed to your success.  You set your mind
24  in the right direction.  You take massive action.
25  And, again, this is a part-time trading strategy.  A

---

10 (Pages 37 to 40)

Attachment GG                                    PX 27, 2031

Jason Bond Picks Promo

Raging Bull, LLC                                                      7/22/2020

---

41

1   few video lessons, daily primer, real-time alerts.
2        Are you ready to write that story?  I know you are.
3   When you get started today, these are the things that
4   you're going to get, in-depth analysis, that you can
5   read over, and after having watched the lessons, make
6   sense of very quickly.
7        Trade alerts, real-time access to all of my
8   content, my portfolio, the huge wins that I'm making,
9   I'm texting, I'm emailing out to my clients.  Simple,
10  powerful, profitable.  Oh, my goodness.  I love Wall
11  Street.  Don't overcomplicate things.  Those three
12  patterns are all I use and that makes me a lot of
13  money.  And when my clients dial in, it works for
14  them, too.
15        What are you going to get?  Number one,
16  easy-to-follow swing trade alerts.  I showed you the
17  WATT trade that I made from my phone while I was at a
18  conference that I ran giving away a Porsche to a
19  client who used the same patterns to make over a
20  million dollars.  Three to five of those a week.  If
21  the market is hot, it's going to be more than three to
22  five, all right?  Researched by me, snapshot comes out
23  to you in the morning, and then the alerts come out to
24  you during the day.  I mean, that's what it looks like
25  on your phone.  Those are the actual alerts I send

---

43

1   you, I do this over and over and over again.
2        Also my favorite, jackpot penny stocks.
3   Here's where I swing for the fences.  Here's where I'm
4   looking to turn a few thousand into $100,000.  Here's
5   where I'm looking to score the big win on a huge story
6   that could play out across the course of months or
7   even a year, all right?  Jackpot penny stocks.
8   Angie's List.  Look what I wrote on the watch list.
9   Could be bought out.  Guess what happened to Angie's
10  List while I was in the trade?  It was bought out.  I
11  turned a tiny amount of money into a big amount of
12  money.
13        Look at ROX, Castle Brands, the beverage
14  maker, 44,874 bucks.  My report, sleeper stock rocks,
15  500 percent potential.  It went up close to 200
16  percent after that report.  Liquid Metal, also a huge
17  triple-digit win, $20,000.  This stock went up a ton
18  after that report.  Unbelievable profits on my jackpot
19  penny stocks.
20        The daily watch list will prepare you for
21  the swing trades, but I also tell you about my long-
22  term trade alerts in the daily watch list.  So if
23  there's an update on a stock we're holding or a new
24  one that I'm looking at, I provide the detail in this
25  daily watch list.  And it goes to your phone and your

---

42

1   clients at the actual time on the actual date.
2        April 6th, 10:25 a.m., bought WATT.  I let
3   people know I was going to buy more.  I thought it
4   would be at the conference on Monday, but I added more
5   at the end of the day on Friday.  On Monday, guess
6   what I did?  Sold it for 40 percent.  Same pattern.
7        High octane long-term trade alerts.  These
8   are great for the busy professionals.  You want stuff
9   that plays out across the course of weeks and months,
10  I've got -- I've got it for you.  I researched stuff,
11  and in this case, it was Fannie Mae, six months ahead
12  of Trump winning the election, look what I wrote?  On
13  January 29th, 2016, posted at 11:00 a.m. I said, if
14  Trump is the candidate, Fannie Mae goes up.  If Trump
15  wins, Fannie Mae skyrockets.  I said that.  That was
16  posted to my clients, a research report.  Look at what
17  happened to Fannie Mae after Trump won the presidency.
18        And guess what?  The morning I woke up and
19  realized he had won, I went back to my report, I
20  bought immediately and it skyrocketed.  Right from my
21  report, guys and gals.  I was literally one of the
22  first people on Wall Street to buy it.  Look at that
23  breakout.  Pre-researched by me.  High octane long-
24  term trading service.  You're going to love this, man.
25  There's Fannie Mae, there's my profits.  I'm telling

---

44

1   tablet or your computer and you can check it on the
2   way to work or before work or at work.  It's your two-
3   minute daily primer.
4        The education suite.  Listen, I'm a teacher,
5   so you know there's going to be education.  I want you
6   to study the lessons, all right, and I'll tell you
7   which ones to study.  There's not a ton.  The oversold
8   chart pattern, the fishhook, the continuation chart
9   pattern, the pennant, the breakout chart pattern, the
10  rocket.  And then we just look for catalysts, right?
11  Earnings winners or news winners, all right?
12  Bitcoin's hot or pot stocks are hot, whatever it might
13  be, it will be in the daily watch list which is built
14  off of the education suite.
15        So think of the education suite as my
16  foundation, the daily watch list as my house, all
17  right?  And then the real-time trade alerts that go
18  out to you, that is my car or my jet, all right?
19  Those are the three things that I have, a foundation,
20  education, then my house, daily watch list, and then
21  me bouncing all around doing real things in real-time
22  in my car or jet, that is the real-time trade alerts.
23        You're going to get these lessons and I'll
24  tell you which ones to study, all right?  A lot of
25  them are just real money trades that went good or bad.

---

11 (Pages 41 to 44)

Attachment GG          PX 27, 2032

Jason Bond Picks Promo

Raging Bull, LLC

7/22/2020

45

1   I teach you about both. I don't always win. I teach
2   you about both, what to avoid, what to do. You learn
3   from my school of hard knocks. I told you I'm going
4   to give you my top-selling DVDs free because I want
5   you to be successful. This alone is about $5,000 in
6   value free when you join me. This alone will bring
7   you up to speed on everything that I've learned since
8   I've left my teaching job. Everything. And you will
9   feel really confident attacking the markets.
10       But I'm also going to give away -- I'm also
11   going to give away a monthly live strategy session
12   with me, with me, only for my clients. You'll get a
13   strategy course, too, which is kind of like a snapshot
14   of all of my lessons. The strategy course is my best
15   lessons bundled into one small course. So if you're
16   super-busy and you want to get inside my head, this is
17   going to be perfect for you. And should you decide to
18   become a full-time trader, I will give you my day
19   trading playbook absolutely free. This is in addition
20   to the DVDs.
21       And the value here on this special giveaway
22   is ridiculous. It is absolutely ridiculous. All of
23   this stuff is worth a ton of money, guys and gals, and
24   I'm giving it to you. Why? Because I want you to be
25   successful. My regular fee for my swing and long-term

46

1   trading service is $399 per quarter. Today only, the
2   special giveaway, all of the materials, plus the DVDs,
3   plus my service, for just 297 bucks a quarter. That
4   breaks down to under $99 a month, that breaks down to
5   a few bucks a day.
6       And if this works and you start realizing
7   1,000 a month, 2,000 a month, 5,000 a month, 10,000 a
8   month, what were the goals that you wrote down, what
9   could you change in your life? And then when the
10   lightbulb goes off that you could grow it from there
11   and all of a sudden you start doing crazy, crazy
12   returns, bigger lightbulbs go off. There's no limit
13   on how successful one can be on Wall Street provided
14   you can be successful first.
15       I'm here to help you get there. I've helped
16   so many other people do it. TrustPilot is the number
17   one review site for financial letters on the internet.
18   And here's the kicker. You can't leave a review there
19   unless you're a confirmed paying client of mine. I am
20   righted -- rated 9.6 out of 10, 9.6 out of 10 on
21   nearly 400 reviews, guys and gals. 9.6 out of 10.
22   I'm the highest-rated financial newsletter on
23   TrustPilot, which is the number one review site in the
24   world and these are verified paying clients, people
25   like on Twitter that post these results, leave these

47

1   reviews. They mean the world to me because I want
2   them to be successful. I want you to be successful.
3   This is real and this is exciting.
4       Now, we don't have a lot of time to do Q&A,
5   so I'm just going to answer two of the most popular
6   questions I get. How much money do I need to get
7   started? And the answer is that's personal. I have
8   clients start with a few thousand dollars. Kyle
9   started with $15,000 and you saw his results. He
10   makes over a million dollars a year now. Nathan
11   started with $37,000 after he had already lost $40,000
12   the year before in the market. It depends on your
13   goals.
14       Here is what you need. You need to
15   understand the lessons, you need to understand the
16   daily primer, you need to see the real-time alerts in
17   action, and you need to see if you can make that 1,000
18   or 2,000 a month. You build from wherever you are.
19   You start with whatever amount you want to, whether
20   it's a few thousand dollars or $15,000 like Kyle or
21   $37,000 like Nathan or a million dollars like Petra.
22   I have doctors and I have lawyers and stay-at-home
23   moms. I have everything in between in my service in
24   over 80 countries and thousands and thousands and
25   thousands of clients. It's up to you. Set some goals

48

1   and meet those benchmarks. And from there, it won't
2   matter what you start with as long as it grows and
3   gets bigger. That's the key.
4       All right. So you need to act now. Today
5   only, $297 quarterly, all of the DVDs, everything else
6   I mentioned. I'm throwing in my whole service. All
7   of my energy that you see here today will be in your
8   corner. I am in there every single day with my real
9   money portfolio using the lessons that I taught, the
10   daily primer that I send out, and the real-time
11   alerts, our real money trades that I am in, that I am
12   making money off of. This couldn't be more real. And
13   it is awesome.
14       You need to act now. Today only. 399
15   normally. 297. And by the way, the 399 does not
16   include the DVDs or the extra stuff, all right? So if
17   you don't act now and you come back and pay 399 later,
18   DVDs, nope, extra stuff, nope. You want this deal?
19   You believe in me? I believe in you. Get started
20   now. Guys and gals, I can't thank you enough for your
21   time. I need you to act now, though. I can't give
22   away that deal forever. Thank you again.
23       And remember the fishhook, the pennant and
24   the rocket set me free. It's your turn.
25       (The recording was concluded.)

12 (Pages 45 to 48)

Attachment GG

PX 27, 2033

Jason Bond Picks Promo

Raging Bull, LLC                                                         7/22/2020



49

1           CERTIFICATE OF TRANSCRIPTIONIST
2
3
4           I, Elizabeth M. Farrell, do hereby certify
5    that the foregoing proceedings and/or conversations
6    were transcribed by me via CD, videotape, audiotape or
7    digital recording, and reduced to typewriting under my
8    supervision; that I had no role in the recording of
9    this material; and that it has been transcribed to the
10   best of my ability given the quality and clarity of
11   the recording media.
12          I further certify that I am neither counsel
13   for, related to, nor employed by any of the parties to
14   the action in which these proceedings were
15   transcribed; and further, that I am not a relative or
16   employee of any attorney or counsel employed by the
17   parties hereto, nor financially or otherwise
18   interested in the outcome of the action.
19
20
21   DATE:  7/21/2020
22               ELIZABETH M. FARRELL, CERT
23
24
25

13 (Page 49)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555
Attachment GG
PX 27, 2034

Monday Movers Website Capture

Raging Bull, LLC                                                    8/24/2020

**1**

```
 1            OFFICIAL TRANSCRIPT PROCEEDING
 2
 3
 4              FEDERAL TRADE COMMISSION
 5
 6
 7   MATTER NO.     2023073
 8   TITLE         RAGING BULL, LLC
 9   DATE          RECORDED:  AUGUST 24, 2020
10                 TRANSCRIBED:  OCTOBER 21, 2020
11   PAGES         1 THROUGH 15
12
13
14
15          MONDAY MOVERS WEBSITE CAPTURE
16
17
18
19
20
21
22
23
24
25
```

**2**

```
 1            FEDERAL TRADE COMMISSION
 2               I N D E X
 3
 4   RECORDING:                          PAGE:
 5   Monday Movers Website Capture          4
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**3**

```
 1            FEDERAL TRADE COMMISSION
 2   In the Matter of:          )
 3   RAGING BULL, LLC           )  Matter No. 2023073
 4                              )
 5   _____)
 6
 7                              August 24, 2020
 8
 9        The following transcript was produced from a
10   digital file provided to For The Record, Inc., on
11   10/15/2020.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**4**

```
 1            P R O C E E D I N G S
 2               - - - - -
 3        JASON BOND:  33 percent move, 47 percent
 4   move, 69 percent move, 101 percent move.
 5        Those were all the stocks that jumped from a
 6   Friday into Monday, and this is my Monday movers
 7   strategy that I'm using to pull down profits over the
 8   weekend.
 9        Hey, guys and gals, my name's Jason Bond and
10   for the past 10 years I've been teaching people how to
11   trade stocks.  Too many, especially when you're first
12   starting out, the market seems intimidating; and
13   believe me, I felt the same way.
14        At the time I had a very small account,
15   didn't know what I was doing and with a career as an
16   elementary school teacher, I thought there was no way
17   I could compete with the Wall Street fat cats.
18        But what I quickly realized was that I
19   didn't need to compete with them.  I was able to carve
20   out my own niche and that's what I'm here to teach
21   today, just like I've taught tens of thousands of
22   others how to do.
23        Let me show you how I keep it simple.  Let
24   me show you how I'm making money over the weekend and
25   let me teach you how the stock market can be a tool to
```

1 (Pages 1 to 4)

Monday Movers Website Capture

Raging Bull, LLC

8/24/2020

5

1    supplement your income week after week.
2         Just put your information and get access to
3    my training session. It's starting soon, so enter
4    your information now.
5         (Brief pause in presentation.)
6         JASON BOND: Hey, guys and gals, my name's
7    Jason Bond and I teach people how to trade stocks.
8         Before I lose your attention, let me get
9    right into it. In the next few minutes I'm going to
10   teach you my Monday movers trading strategy and how I
11   profit from it.
12        As a small cap trader, I've carved out a
13   niche in the market by locating stocks on Friday
14   afternoon that I expect to gap up Monday morning.
15        Essentially the goal here is to make money
16   over the weekend, because whether you're brand new to
17   trading or you've been in the market for years, it's
18   important to find low maintenance strategies that have
19   the potential to supplement your income with little
20   time involved.
21        That's obviously why you're here.
22   Seriously, nobody gets into the stock market with the
23   hope that they aren't going to make money. If that
24   were the case, go take up knitting, right.
25        All right, so my job is to teach people how

6

1    to reap the benefits of the market without interfering
2    with their day-to-day routine.
3         See, I'm a part-time trader. I don't sit at
4    my desk glued to my computer screen all day.
5         In fact, I often trade right from my phone.
6    Anyone can reap the benefits of the stock market. And
7    it's my goal to show you how it's done while managing
8    risk.
9         My Monday movers is the gateway to trading
10   because, again, it's designed to be a low maintenance
11   strategy. It's designed for people who have a
12   full-time job and a busy schedule. It's designed for
13   people that want to take control of their finances and
14   carve out a way to add a little cash to their pocket
15   at the end of each week.
16        See, I'm targeting trades Friday afternoon
17   that I expect to gap up on Monday. I'm aiming to find
18   those Monday movers in advance.
19        The reason why this strategy works is
20   because of the nature of these small companies. I'm
21   trading these companies throughout the week already.
22   In fact, when it comes to small caps, which is
23   basically a stock under 10, it pays to trade the same
24   ones over and over and over again.
25        Once you've traded them for nearly a decade

7

1    like I have, you begin to see repeat patterns. You
2    know what to look for.
3         You don't have 10 years, though, right. My
4    guess is you want to see some instant gratification,
5    which is why I'm here to help. I'm here to speed up
6    the learning curve. That's what a good teacher does.
7         So along with my experience in understanding
8    their price action, these companies often do deals
9    over the weekend and give out positive news releases
10   on Monday morning.
11        Hey, I've been doing this for a long time.
12   It happens over and over again.
13        Look at this, 44 percent move on VERI,
14   V-E-R-I. Monday morning buy-out news. I caught that
15   one for a 25,000 dollar win.
16        Or WATT, I took that one down for
17   11,000 dollars on that FCC certification news Monday
18   morning.
19        And here's APRN, Blue Apron, we all know it.
20   Monday news release with big Wal-Mart partnerships
21   that I rode for 27,000 dollars.
22        You'll see this is one of the many stocks I
23   come back to.
24        And in other buy-out news release on WTRA,
25   15,000 on that one. That's why Friday afternoon is

8

1    such an advantageous time to enter the trade,
2    expecting a gap into probable news Monday.
3         Very rarely do I see them announce bad news
4    on Mondays. That seems to be the nature of these
5    companies.
6         And gaps into Monday, they happen often.
7    These companies feed off of weekend news that hit
8    Monday morning.
9         So while you're hanging out with your family
10   and friends Saturday and Sunday, you could have
11   already put yourself in a position to capture profits
12   from these events.
13        Take a look at this for yourself. PLAY,
14   33 percent Friday into Monday. GLUE, 17 percent
15   Friday into Monday. OSTK, 16 percent Friday into
16   Monday. TLRY, 18 percent. CARS, 38 percent move
17   Friday into Monday.
18        Then a weekend later, 26 percent move over
19   the weekend. See, I find that it pays to go back and
20   look at the same stocks.
21        MITO had a 15 percent gapper from Friday
22   into Monday, and a month prior 10 percent jump over
23   the weekend.
24        PIXY a big 47 percent move Friday into
25   Monday and then a couple weeks later again a

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Attachment HH

PX 27, 2036

Monday Movers Website Capture

Raging Bull, LLC                                                          8/24/2020

9

1  25 percent move.
2          And then check out ENZ and APRN.  Again, ENZ
3  had a 69 percent move over the weekend and a month
4  later a 20 percent move.
5          And Apron just crushed it, 101 percent move
6  from Friday into Monday, followed by a 47 percent move
7  the next weekend.
8          These trades happen time and time again,
9  often on the same stock.  All of them were stock that
10  I was trading or had on my watch list throughout the
11  week and it pays for me to trade these stocks again
12  and again and again so I know how they're performing
13  and what their news cycles are.
14          Now luckily I've been around the block with
15  so much experience trading them, I know exactly what
16  to look for.  Friday into Monday, I call these weekend
17  profits.  I'm not managing these trades over the
18  weekend, I'm letting my money work for me.  That's the
19  key.
20          And just to seal the deal here, guys and
21  gals, NVEV, a solid 15 percent move.  SALT,
22  24 percent.  GSX, 15 percent.  TLSA, 18 percent.
23          And how about TOPS, TOPS, a 675 percent move
24  from Friday into Monday.
25          Like I said, I use a simple strategy that

10

1  gives me the most value for the amount of time used.
2          Time is important, right.  We can't add time
3  to our lives, but we can add value to it.
4          So placing a trade on Friday afternoon and
5  getting out sometime on Monday takes me all of five to
6  10 minutes to execute and I can walk away with 500, a
7  thousand or even, as you saw, upwards of
8  27,000 dollars.
9          Well, that's a win.  As your account grows,
10  you can take on bigger positions and those profits can
11  be walked up just like your portfolio.
12          And when it comes to losses, this strategy
13  helps us minimize them.  After all, as a trader you're
14  going to lose at times, it's inevitable, but I love
15  strategies like Monday movers because it defines my
16  risk and I can cut loose trades that aren't working.
17          Just think about those trades I mentioned
18  earlier.  Again, in the worst market we've seen since
19  the financial crisis of 2009, just one 500 dollar
20  position in each of those trades could have made you
21  about 6,000 dollars.  Not bad, right?
22          Definitely not bad.  It's amazing.  Hey, the
23  important thing here is that you can start with any
24  amount of money you wish.
25          I want you to take advantage of this

11

1  strategy that I use, so this is what I'm going to do
2  for you right now.  Again, I'm here for your success.
3  So this exclusive bundle comes with five key
4  components.
5          The first and arguably the most important is
6  the weekend watch list that I send out around noon on
7  Fridays.  What this will have is one to three stocks
8  that I'm looking to buy Friday afternoon for a gap
9  play into Monday.
10          People pay me upwards of 1,500 dollars to
11  learn from me per year.  I'm going to give you my game
12  plan and what I plan to trade before I take any
13  action.
14          You'll see what stocks I'm looking at and
15  why, more importantly, but I'm also going to go a step
16  further and deliver a bonus report each month.
17          That is 49 dollars of value alone.  This is
18  my absolute favorite stock for the month.  You'll get
19  a detailed report into what I see in the company and
20  why it's one of my favorite ideas.
21          But like I said from the beginning, I didn't
22  know what the hell I was doing when I first started
23  and I wanted to learn and earn.
24          So I've bundled together 12 master class
25  lessons that I taught live, all those are available to

12

1  you, that's another 299 dollars in value.
2          Now I spend hours for weeks holding live
3  sessions with thousands of members who had similar
4  questions.  I know you'll have the same, so the
5  answers you have are found in those master class
6  lessons.
7          I'm also going to throw in my online video
8  courses.  These sessions are the foundation of my
9  strategy and have helped thousands of others hit the
10  ground running.  A 499 dollar value, yours free.
11          But get this, I'm going to guarantee that
12  you like the service.  That's why I'm backing it with
13  a 30-day money back guarantee.  If you don't like it,
14  you just call my team.  They can issue you a full
15  refund.  Or if you choose, you can apply it to another
16  trading program of your choosing.
17          After all, I'm here for your success.  I
18  told you at the beginning that I didn't have much
19  money to start trading, so I'm not going to ask you
20  for much right now.
21          In fact, I've never charged this low of a
22  price.  Most of my clients have paid me thousands of
23  dollars to learn from me.
24          My plan with this service is to be your
25  gateway into the stock market, to learn a simple

3 (Pages 9 to 12)

Monday Movers Website Capture

Raging Bull, LLC                                                                                8/24/2020

---

13

1  strategy, apply it to your trading and have a goal to
2  make an extra 100, 300, 500 or even a thousand dollars
3  per week, or more, all depends on your goals.
4         Then if you want to be more active with me,
5  you just give my team a call or shoot us an Email and
6  we can talk about the next steps.
7         But that doesn't need to be right now.  The
8  important thing is that you have a foundation to build
9  off of.  You get my weekend game plan with a goal to
10  help you make some money with a low maintenance
11  strategy that requires little time.
12         You get my exclusive monthly report, with
13  the number one hot stock on my radar.
14         You get my master class sessions.  You get
15  my online video education courses and you get my
16  30-day money back guarantee.
17         The risk you have here is missing out on
18  this opportunity of a lifetime to let me prove to you
19  that I can do this and so can you.
20         The only catch is that this offer can't be
21  for long.  This is a one-time offer, guys and gals.
22  You'll understand why when you get to the order form,
23  it's ridiculously cheap.
24         The price is just so low that I've got to be
25  honest with you, I have a business to run as well, so

---

14

1  it can't be low forever.
2         But with this business comes respect for
3  you, my client, which is why I'm lowering the price
4  and making it so easy for you to join.
5         So please, take the time and give me a shot.
6  Learn from me.  I'm going to do everything I can to
7  help you throughout your trading journey and you can
8  always Email us and speak to my VIP team if you need
9  to.
10         Like I said, if you don't like what I have
11  to offer and you're not finding this service to be
12  valuable, but I can't imagine why, but if you don't,
13  I'll refund your money in full.
14         Now it's up to you to let me prove how
15  valuable all of this is and I plan to get started next
16  Friday.  So gear up, complete your order and let's put
17  Monday movers into action.
18         I'll be in touch soon.
19                (Whereupon Monday Movers
20                Website Capture was
21                concluded)
22
23
24
25

---

15

1              CERTIFICATE OF TRANSCRIPTIONIST
2
3         I, Monica Voorhees, do hereby certify that
4  the foregoing proceedings and/or conversations were
5  transcribed by me via CD, videotape, audiotape or
6  digital recording, and reduced to typewriting under my
7  supervision; that I had no role in the recording of
8  this material; and that it has been transcribed to the
9  best of my ability given the quality and clarity of
10  the recording media.
11         I further certify that I am neither counsel
12  for, related to, nor employed by any of the parties to
13  the action in which these proceedings were
14  transcribed; and further, that I am not a relative or
15  employee of any attorney or counsel employed by the
16  parties hereto, nor financially or otherwise
17  interested in the outcome of the action.
18
19  DATE:   October 21, 2020
20
21
22                _____
23                MONICA VOORHEES
24                Transcriptionist
25

---

4 (Pages 13 to 15)

Attachment HH

PX 27, 2038

1

```
1              OFFICIAL TRANSCRIPT PROCEEDING
2                  FEDERAL TRADE COMMISSION
3
4
5
6    MATTER NO.      2023073
7    TITLE          RAGING BULL, LLC
8    DATE           RECORDED:  MAY 21, 2020
9                   TRANSCRIBED:  JULY 27, 2020
10   PAGES          1 THROUGH 96
11
12
13
14        JFA - Replay - Raging Bull Events -
15        Jeff Bishop Portfolio Accelerator
16              2020-05-21 11-37-55
17
18
19
20
21
22
23
24
25
```

2

```
1              FEDERAL TRADE COMMISSION
2                  I N D E X
3
4    RECORDING:                           PAGE:
5    JFA - Replay - Raging Bull Events -     4
6    Jeff Bishop Portfolio Accelerator
7    2020-05-21 11-37-55
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

3

```
1              FEDERAL TRADE COMMISSION
2    In the Matter of:          )
3    RAGING BULL                )
4                               )  Matter No.
5                               )  2023073
6                               )
7    _____)
8
9                   May 21, 2020
10
11        The following transcript was produced from a
12   digital file provided to For The Record, Inc., on
13   June 30, 2020.
14
15
16
17
18
19
20
21
22
23
24
25
```

4

```
1              P R O C E E D I N G S
2              -    -    -    -    -
3        MR. JEFF BISHOP:  My mic's on, video's on,
4    before we get too far in, I want to make sure you can
5    hear me.
6        All right.  Let's go.  Thanks for taking a
7    quick break from Netflix this evening, we're going to
8    have a great time tonight.
9        There is a, there's a lot of opportunity in
10   the market right now and I'm just so excited to be
11   able to share my thoughts on where we're at and how we
12   can really take advantage of what the market's giving
13   us tonight.
14        So thanks everybody for coming out.  We have
15   a huge crowd.  I guess no one's got anything better to
16   do, right.  Everybody's just sitting at home like I
17   am.
18        I'm at home in New Hampshire tonight.  I
19   just want to thank you guys again for coming out here
20   and taking a little time.  We're going to have a good
21   time.
22        We're going to talk about some really
23   serious things, some hopefully life changing things.
24   I want you to take some things away that I really hope
25   will be life changing for you and the way that you
```

1 (Pages 1 to 4)

JFA - Replay - Raging Bull Events - Jeff Bishop

Raging Bull, LLC                                                5/21/2020

5

1  approach the market and how you build your own
2  personal portfolio.
3       So before we get started, make sure you've
4  got a pen and some paper.  I want everybody to take
5  some notes tonight.  There will be some places where I
6  really want you to write something down because I want
7  you to go back and reference what we're talking about
8  later and you'll just see how these things set up in
9  the market as I talk about them.
10      I'm going to show you some things that
11  you're going to see and then you're not going to
12  believe how often it happens in the market time after
13  time, so I want you to go back and look at this later
14  on.
15      Also, got your phone.  I want you to turn
16  your phone off, just pause it for me, turn it off, put
17  mute, turn it off, whatever you got to do.  Just focus
18  here for about, I don't know, an hour or so, we'll see
19  how it goes.
20      But we're going to have a good time, you're
21  going to learn a lot.  And any questions, and I'll
22  just share what's going on this evening.
23      So, again, I just thank you guys so much, we
24  have a big crowd here tonight.
25      First, how many Bullseye people do we have

6

1  here?  If you're a member of my Bullseye service, type
2  in Bullseye right now.  Let's see how many of you guys
3  are in there.  I saw a lot of names that I recognize.
4  I want to see how many are here tonight.
5       Well that's great, look at that.  That is a
6  ton of people.  Wow.  Look at that.  Man, I love
7  Bullseye, it's a, it's a service I run with option
8  trading, so most people know me as head option trader
9  raging bull here.
10      Tonight I'm going to talk about something
11  that we've never done before, honestly.  We haven't
12  had a program dedicated really towards long-term
13  trading.  We haven't done a lot of education around
14  it.  Most of our trading is short-term based.
15      So what we're doing is looking for quick
16  opportunities in the market.  We've got a stable of
17  professional, really, really good traders.  I mean
18  guys in our network have made millions and millions of
19  dollars, most of it through short-term trading,
20  though.
21      But I think this is just the perfect time to
22  introduce something for longer term trading.  I'm
23  talking about months, maybe I'm talking about years.
24  It doesn't necessarily have a certain time frame, but
25  things that you don't have to babysit and you don't

7

1  want to, because in this market you do not want to try
2  to guess the top, you don't want to try to guess the
3  bottom, you just don't know where it is.
4       So I'm looking for opportunities that have a
5  longer time frame to play out and you cannot get a
6  better opportunity in what we have right now.  The
7  market is giving us a gift with the fear and panic and
8  the uncertainty we're seeing.  It's a really
9  interesting time.
10      I mean I've been waiting for this time
11  literally for about a decade, okay.  Since the last
12  financial crisis I've been waiting for this time where
13  I finally think stocks are attractive again to get
14  into for long-term.
15      I mean just two or three months ago with the
16  Dow Jones almost 30,000, that was not a place that I
17  wanted to commit money to, for the long-term, but now
18  that we're closer to 20,000, that's a nice discount.
19  That's, that's at least where I want to start finding
20  opportunities and start putting money to work.
21      So I'm going to share with you how I'm doing
22  that, how I'm actually using my own family portfolio,
23  my own family's money in the market.  I'm going to
24  show you what I'm doing and what my plan is going
25  forward for this, all right.

8

1       It's going to be a great night.  Hopefully
2  you get ready for it.  Let's go ahead and get started.
3       All right.  Like I said, this is the
4  portfolio accelerator.  I call it the accelerator
5  because anyone can build a portfolio.  You know, if
6  you just want to put your money in the market, just
7  give it to Vanguard, let them go invest it and you can
8  get the market return and that could be good or bad.
9       This year you're probably down 20 or
10  30 percent if you get the market return.  Some years
11  you could be up 10 or 20 percent.
12      But if you want the market return and you
13  don't want to do any work, there's plenty of places to
14  passively invest.  There's plenty of places you can
15  stick your money and let someone else lazily and
16  blindly do the work for you, but there's really a
17  bigger opportunity than that.
18      If you really want to outperform the market,
19  you've got to take control of it.  There's some things
20  you can do right now that will give you a great
21  opportunity, first of all because the market is giving
22  you an opportunity here.  And if you then apply some
23  strategies on top of that, I'm convinced that you can
24  seriously outperform the market.
25      And that's what I intend to do.  From this

2 (Pages 5 to 8)

Attachment II          PX 27, 2040

JFA - Replay - Raging Bull Events - Jeff Bishop

Raging Bull, LLC                                                                5/21/2020

9

1  point, I intend to make tons of money over the next
2  few years.
3      So like I say, I'm so excited for this
4  point, I've been waiting for it for years and I'm just
5  about to get started on my long-term journey of longer
6  term trading, so I'm glad you're here with me.
7      All right. First of all, lawyers always say
8  we have to have a disclaimer, so basically trading
9  involves risk. Things happen in the future. I don't
10 know what's going to happen in the, things happen in
11 the past, I'm not sure what will happen in the future.
12 You might lose money, you might make money. Be smart,
13 that's the bottom line. It's your money, be smart,
14 make good decisions.
15     I'm going to show you exactly what I'm
16 doing, but it's up to everyone to make their own call
17 here, so you do you.
18     Now we all know there is a big opportunity
19 right now, okay, we all see the panic in the market.
20 We know things are in turmoil, we know things are bad,
21 right. That's what the news will tell you all the
22 time.
23     Well it's actually a big opportunity because
24 if they didn't ever say anything bad, then the market
25 would never go down, right. If there was never bad

10

1  news and unemployments and companies on the brink of
2  bankruptcy, things would never go down. We would just
3  keep marching steadily higher, and that's a really
4  tough market to invest in for the long-term.
5      If we want a good opportunity to invest,
6  we've got to have a pull back. And a pull back,
7  you've got to have some fear in the market. You've
8  got to have people who are scared and want to sell at
9  a discount.
10     Well, now we're getting it. The question is
11 where do we go from here? Like how much lower. I'm
12 not worried about how much higher because in a few
13 years I'm convinced we're going much higher, but in
14 the short-term, yeah, probably going lower is my
15 guess. But the thing is I don't need a crystal
16 ball right now, I just need a game plan. So that's
17 what I'm getting into.
18     I feel like the market right now is, it's
19 kind of like a forest fire. It's, it's burning
20 through, it's causing some pain in the short-term, but
21 what does survive is going to be stronger. It's going
22 to be stronger. The companies that come out of this
23 are going to be stronger.
24     Not only that, new things are going to grow
25 up, new things that we didn't even anticipate. We're

11

1  going to see new industries rise, like home delivery
2  and all kinds of streaming services. You know, you
3  name it, you're seeing them right now. Telamedicine,
4  Zoom, you know, we're, we're talking right now here on
5  a videoconference, basically. More and more people
6  are getting used to things like that, so there's going
7  to be shifts in the way that we're, we are as a
8  society.
9      And there is going to be some incredible
10 brand new opportunities coming out of this that we
11 didn't even anticipate a few months ago. So over the
12 next year we're really going to see those flesh out,
13 but this is a great time to anticipate those and start
14 riding the wave higher.
15     So that's what I'm looking to do, is ride
16 the wave higher on stocks that are going to emerge out
17 of this for the first time and buy the best stocks at
18 a great discount right now, okay.
19     Is this 2009 all over again? Okay. That
20 was the financial crisis. That's when the economy was
21 really on the brink and if we look after that, it was
22 a huge opportunity.
23     But if you look at this chart real quick,
24 this kind of shows you, the orange bars are going to
25 show you the maximum decline that we saw in the market

12

1  from the peak and the blue line is kind of where we
2  are at now, roughly.
3      So you can see like the blue line is still
4  lower than where we got to in the peak for the
5  declines in 2009, so we're not quite there yet if we
6  go the same degree lower.
7      I'm not sure we will. Like I said, I think
8  we'll probably go lower from here still, but I don't
9  know if we go dramatically lower. There's a lot of
10 reasons why we could not, but the thing is I don't
11 think I need a crystal ball and I definitely don't
12 need to have my trading like that.
13     I don't have to know where the bottom is.
14 All I know is that I'm sure some stocks are going to
15 come out of it looking like this. These are stocks
16 that exploded from the bottom.
17     Back in 2009 these stocks made gains of
18 1,000, 2,000, 5,000 percent some of them. There was
19 lots of stocks that incredibly exploded from the lows
20 back in 2009, and that would have never happened if we
21 didn't have banks collapse and the economy really get
22 shaken up.
23     We need to have those things if we're going
24 to have opportunity and that's what we've got right
25 now. And I'm absolutely convinced we're going to see

3 (Pages 9 to 12)

Attachment II                                    PX 27, 2041

JFA - Replay - Raging Bull Events - Jeff Bishop

Raging Bull, LLC                                                    5/21/2020

13

1  lots of stocks come out of this that will be
2  1,000 percent or more in just a few years.
3       So now is the opportunity to look for them.
4  You don't want to buy these stocks when they're
5  already up, you want to buy them right now.
6       So quickly on my experience to this, I've
7  been investing for over 20 years. I first got started
8  right before the first .com bubble, so I was there for
9  it. I saw it all go up and I was there when it all
10 came down. It was a scary mess.
11      I actually ended up losing my first
12 portfolio. So like many of you here, you might be, I
13 don't know what stage in your life, but I was in my
14 20s at the time, so I was just getting started
15 investing. I had a couple thousand dollars, I had
16 some good runs, I made some great trades. And then
17 when the crash came, I pretty much got wiped out like
18 the first account.
19      So you might be in that position right now.
20 You might be in your 20s right now and maybe you just
21 started investing and you got a really, really bad
22 streak where the market went against you. It can be
23 rough, but you've got years ahead of you to build. So
24 that was a good thing to come out of.
25      Maybe you're closer to retirement right now.

14

1  Maybe you just had a rough spell. Well, you know
2  what, if you take control from here, you can set
3  yourself on the right track.
4       There's things you can do that can help you
5  outperform the market from this point and catch up on
6  your portfolio faster than you ever thought you could.
7       So we're going to learn some ways tonight
8  that you can do that right now.
9       So I got started in the first .com bubble.
10 I was investing around the financial crisis, I was,
11 that last 10 years after the .com bubble, that's when
12 I really learned to hone in my trading, I became a
13 really good trader at that point. I learned a lot of
14 good and bad things, I educated myself, I studied the
15 markets a lot and I really found a system that worked
16 for me.
17      I wasn't doing a lot of long-term investing
18 when the financial crisis came, so my portfolio didn't
19 take a huge hit, but, you know, I did lose. But the
20 stocks I did put money into for longer term made a
21 good return on, I mean there were stocks I made
22 100 percent or more on.
23      The thing is I sold too early. So we saw a
24 lot of those stocks in that previous slide where they
25 went up 1,000 percent or more. You know, within a

15

1  year or two I was up 100 percent and I thought great,
2  the market probably won't sustain 100 percent move for
3  very long.
4       Well I was pretty foolish. The market went
5  up way more than 100 percent. It went up like
6  500 percent from the bottom, so I left a big, big move
7  off the table. I already -- I took a profit early.
8       So I learned some lessons there that I'm not
9  going to try to outguess the market on how high things
10 will go, but I have developed some really good systems
11 with trading it.
12      And that's one of the key things I've
13 learned now is that I don't need to guess the top or
14 the bottom. I need to stick to the systems that I
15 know works and play the best stocks when they're in
16 season and out of season. So learning what those are
17 and how you can apply it is great.
18      What I did learn was that these are times
19 when you really want to push your chips in, okay.
20 This is when I really, I was in the early stages of my
21 company then, which then became raging bull, but all
22 of my competitors basically backed up. They didn't
23 want to do anything in the market. They all stopped,
24 they stalled, they were scared.
25      But I went all in. I was young, I was

16

1  aggressive and I really was able to, to take advantage
2  of a market that everyone else pulled out of.
3       So it was a great opportunity for a business
4  and I'm convinced because of that opportunity the
5  market gave me, because everyone else pulled out and I
6  pushed in, that's why I became successful and that's
7  why raging bull, honestly, is here today. It's
8  because of that crisis and the fact that I was willing
9  to take risk that others weren't.
10      So now I look at a crisis, I'm like you know
11 what, this is actually a great opportunity. I cannot
12 wait for this crisis. I think this is a great time to
13 be an investor, so I've got a good perspective on
14 where we're at and I have a really good idea on what's
15 going to happen.
16      I mean I've learned that these things happen
17 every 10 or 15 years. So, you know, to some degree
18 you're going to have some crisis every decade or two
19 decades, at most, something's going to happen.
20      But has America ever not come back from it?
21 No. It's always come back. America is resourceful,
22 we've got hard working, smart people and they are
23 building great companies.
24      So I'm convinced that years from now we are
25 going to be way ahead of where we are today. I have

4 (Pages 13 to 16)

Attachment II              PX 27, 2042

JFA - Replay - Raging Bull Events - Jeff Bishop

Raging Bull, LLC                                          5/21/2020

17

1    no doubt about it.
2         There are some similarities between the 2008
3    and '09 crisis and where we're at today.  We had, you
4    know, overleveraged banking crisis with lots of debt.
5    We had a whole different kind of scenario then.
6         This is really based around a shock to the
7    system, a short-term shock I'm convinced.  I mean this
8    virus I don't think is going to become a permanent
9    part of our life.  I think we're going to, you know,
10   find treatments for it.  I think we'll find ways to
11   get back to work.  We'll get companies going again
12   soon.  The economy will start to pick up.
13        It's going to take time for it to get up to
14   100 percent, but I feel like this is going to recover
15   a lot faster than we did from the previous crisis.  So
16   if that's true, there's an incredible opportunity
17   right now.
18        The other thing is the Fed has a better
19   roadmap here.  I remember when, you know, you know,
20   Bear Stearns and all the banks were on the brink of
21   failure back in '08 and it waited until the economy
22   almost shut down before the Fed walked in and wrote
23   like a 500 billion dollar check.  They just said you
24   know what, we're going to take care of things, we're
25   going to backstop it.  We need to do this to protect

18

1    the system.
2         Well the Government has already stepped in
3    and said you know what, here is 2 trillion dollars to
4    backstop the market.  Now that can't completely
5    backstop the market at this point, but it does, it
6    telegraphs the market that the Fed is willing to step
7    in and provide support.
8         So this time we've got a much better fiscal
9    policy that's willing to step in and help support the
10   market when it needs it and I think that's going to
11   help us rebound a lot quicker.  We'll see about it,
12   but I really think that's a big difference here.
13        One thing I am convinced of is that this is
14   the perfect time to create future wealth, I mean I'm
15   talking generational wealth is going to happen right
16   here.
17        This is one of the biggest transfers of
18   wealth we'll probably ever see, okay.  I'm prepared
19   for it now.  I wasn't years ago, but this time I'm
20   really ready for it.  So I'm here to capitalize on it.
21   I cannot wait to take advantage of it, and I want you
22   to be there with me.
23        So this is an awesome time to be an investor
24   because we're getting such a good discount on stocks
25   that we just didn't have months ago.  We had such

19

1    inflated numbers and now we're getting to a much more
2    reasonable number.
3         And if we truly believe the economy will
4    rebound and America will be great again, then buying
5    stocks like Apple around here are a no-brainer.  I
6    mean these companies are going to come back, they're
7    going to do great.  There's so many great companies
8    like that, just who's going to step in and do it.
9         Another thing I want to say is you've got to
10   take responsibility for yourself and your own
11   portfolio.  So honestly most people are just lazy,
12   right, they're just lazy.  They don't, they don't want
13   to learn about the market.  They don't want to learn
14   anything that can benefit them.  They think they have
15   little risk if they just hand their money to Vanguard
16   or whatever the mutual fund is and let them manage
17   their money.
18        But you know what, you're just at their
19   mercy.  They're taking a little fee from you every
20   year and just not doing anything.  They're giving you
21   the market return, which could be good or bad.  I mean
22   this year it's pretty bad, so it's setting people back
23   years and years, but some years it's been good.
24        I'm saying that if you take control of your
25   own money, if you, if you take your portfolio and you

20

1    put some good strategies in place, you could be
2    setting yourself up to outperform the market.  I'm not
3    kidding.
4         There are some ways that you can really do
5    that, so we're going to get into some of those
6    tonight.
7         But this is a great opportunity.  It,
8    honestly if you, if you just want to stay a passive
9    investor, if you just want to hand Vanguard your whole
10   portfolio and say run with it, you probably should
11   just go watch something else.  Go, go watch Tiger King
12   or something else tonight.  You probably won't get
13   anything out of this.
14        But if you're here and you want to take
15   control of your own financial future, if you think
16   that you can manage your money, and I'm telling you
17   you can, there are ways that you can do this.  I don't
18   care what stage in life you are, you can do things
19   that will set yourself up for huge gains in the
20   future.
21        So that's what we're all about tonight.
22   That's what I'm personally doing.  I'm ready to be
23   aggressive this time.  I'm not going to let
24   opportunity pass me by, I'm going to be aggressive
25   because I know aggressive just pays off in the market.

5 (Pages 17 to 20)

**Attachment II**                    **PX 27, 2043**

JFA - Replay - Raging Bull Events - Jeff Bishop

Raging Bull, LLC                                                    5/21/2020

21

1   Okay. This is not a time to be timid. There's a time
2   to take your chips back. That was months ago, okay.
3   When everyone else was being aggressive, that's when I
4   was pulling back.
5       So I'm sitting on a lot of cash right now
6   and I'm ready to put it to work. Now is the time to
7   go in there. I still want to control my risk, okay,
8   that's never going to be a question, I'm always going
9   to control my risk. I'm going to invest in the best
10  stocks and the best trends.
11      I'm going to look for the best opportunities
12  out there and honestly that is not hard right now.
13  You don't have to be a stock analyst to know Apple is
14  probably a really good opportunity right now.
15      Okay. I'm not telling you anything about
16  which stock you should buy or anything, but personally
17  I think stocks like Apple, let's use that because
18  everybody knows it, but stock like that are probably a
19  great opportunity and I can't wait to buy them right
20  now.
21      So I think it's really good. I want to talk
22  about putting my own family's money to work, this is
23  the time I want to do it, not months ago. This is
24  when I want to get started. So I'm so looking forward
25  to putting that money to work.

22

1       This is when I think we can make
2   generational wealth. Like I said, you're not going to
3   get these opportunities often and they are gone before
4   you know it, okay. Markets decline quick and they
5   rebound quick, so you don't know when that rebound's
6   going to come, but it comes faster than you realize.
7       And if you're not already in and getting
8   some access near the bottom, you're going to miss a
9   big piece of the move.
10      So I want to get my money in quick, I want
11  to start scaling in over the next few months. I want
12  to start putting it to work because I'm so convinced
13  this is what's going to set us up for generational
14  wealth. I mean not just my kids, but my kid's kids,
15  okay. I think I can make millions of dollars in the
16  next few years that will set up not just my kids and
17  help them become secure, but my kid's kids. That's
18  what I'm really looking at here.
19      Okay. My plan is based on three pillars.
20  It's a 50, 30, 20. It's pretty simple. 50, 30, 20.
21  That's 100 percent of my portfolio. I'm talking about
22  how I anticipate putting my portfolio to work in this
23  market right now. 50, 30, 20.
24      50 percent, now we're going up to the
25  no-brainer stocks, okay. I'm talking Apple, Johnson

23

1   and Johnson, Procter and Gamble, Goldman Sachs. Think
2   about the biggest companies you know and love, walk
3   around your house, think about the biggest things you
4   can see right now, those are things that I know are
5   going to be around after the crisis is over. Nike,
6   Nike's going to be here. No one's going to quit
7   wearing Nike shoes.
8       Think about how many things are out there
9   that are just beaten down right now for a short period
10  of time. Okay. There's ways that we can take
11  advantage of that and not just buy the stock, but get
12  in and out at the right time and really outperform a
13  gain that it's going to have in the future.
14      The second part is I want to look for
15  emerging plays. These are the green chutes coming up
16  like I was talking about, like the forest fire comes
17  and the green chutes come up. These are the emerging
18  companies who are just at the lower end of growth, but
19  they're about to explode, like 10 years from now they
20  are going to be huge. Those are the ones that I
21  really want to start focusing on.
22      Now there's three trends that I'm going to
23  talk about in a moment that are in that, in that
24  category and those are the stocks I want to focus on
25  there.

24

1       And the bottom, the 20 percent, probably my
2   favorite, but I'm a little biased. Options trading.
3   So if you're just trading stocks, you are leaving a
4   huge amount on the table if you're not trading options
5   also. So I'm not talking speculative options, I'm not
6   talking anything risky, I'm talking the lowest risk
7   options possible.
8       Anyone can do these. Super low risk. They
9   don't need babysitting. You can leave them on for
10  months at a time. Trades that can help boost your
11  portfolio and really, this is what you really need to
12  do to outperform the market because everyone else is
13  not doing it.
14      Honestly it's just stupid, people are
15  leaving money on the table by not putting these kind
16  of options trades in place. I'm going to show you
17  what those are tonight.
18      So investing requires a game plan, a game
19  plan, people. If you don't have a game plan, how are
20  you going to know what to do? You can't get in there
21  and blindly buy stocks. You've got to have a plan
22  going into it. So I've got a plan right now.
23      I've got my allocation ready. I know what
24  stocks I want to get into and I've got a plan of how I
25  want to get into it.

6 (Pages 21 to 24)

Attachment II                              PX 27, 2044

JFA - Replay - Raging Bull Events - Jeff Bishop

Raging Bull, LLC                                                          5/21/2020

25

1    I'm not going to move all my money on the
2    table tomorrow, okay.  I know how much money I've got
3    to play with and then I want to put it in the market
4    over the next four months, let's say.  I want to scale
5    in, that way I don't need to know the top or the
6    bottom, I'm going to slowly start allocating my money
7    to the best stocks and waiting for the best set-ups.
8         We're going to talk about that in just a
9    moment.  If you wait for the best stocks and the best
10   set-ups, your odds of winning exponentially increase.
11   It's not just buying the best stocks, because as we'll
12   see, buying the best stocks alone isn't enough.  And
13   you can lose a lot of money by just buying and holding
14   the best stocks, but you've got to be willing to trade
15   when the time is right and get out when the time is
16   wrong.  I'm going to show that to you in just a
17   moment.
18        We've also got to be willing to go to the
19   option market because the option market is where
20   things are placed in our favor already.
21        So if we're using options that are in our
22   favor, we're taking money the market wants to give us.
23   The market wants to trade options.  They're paying you
24   to do that.  By not trading options, you're leaving
25   money on the table, so let's stop that.  Let's, let's

26

1    learn a few simple options strategies that you can
2    start doing right away and start collecting money from
3    the market instead of paying it, okay.  There's some
4    ways we can do that.
5         Let's start with number one.  This is the
6    50 percent.  Again, these are the no-brainer stocks.
7    Apple, Nike, Procter and Gamble, Johnson and Johnson,
8    Microsoft.  You name it, these are the biggest,
9    largest companies, they are all on sale right now.
10        So you could probably get them at a
11   30 percent discount to what they were just two months
12   ago.  That's a no-brainer.  So those are the kind of
13   stocks I want to build a core of my portfolio around.
14        For one reason, I need these stocks because
15   I want to trade options on them, so we'll get to that
16   in a minute, but I need those stocks in my portfolio
17   because they're providing dividends, they're providing
18   growth opportunities.  These companies are growing
19   fast, they control their industries.  They're well
20   managed and the price appreciation is going to be
21   good, too.  They're not going to be huge.
22        I don't think Apple is going to go up
23   500 percent in the next few years, but it could, it
24   could go up 50 percent, maybe 100 percent in the next
25   five or 10 years, I don't know.  But I need those

27

1    stocks for income, I need them for option trading
2    ability.  So we'll get to that later.
3         But these are the core stocks that I want to
4    build my portfolio around right now, okay.  Those are
5    the core.
6         Narrowed that down to about 50 stocks
7    already, okay.  Over time I've whittled these down to
8    like my favorite 50 stocks.  There's 10,000 stocks in
9    the market, but I've got about 50 of them that I
10   really keep an eye on all the time and that's all I
11   need, okay.
12        If, if I want to just go buy all 50 of them
13   right now, I just write a check to Vanguard and let
14   them buy all 50 or buy the S&P, whatever it is, and
15   they'll buy and hold it for me.  That's easy.
16        But what is going to help me outperform the
17   market is by knowing when to buy these and then when
18   to sell them, that's the key.  Knowing when to sell is
19   probably bigger than when to buy because as you'll
20   see, you can save yourself so much money if you know
21   when to sell and get out ahead of things that are
22   coming up.  It's so easy if you look at it.
23        So of these 50, I'm waiting for the right
24   pattern to show up when I want to buy a few here and
25   there.  I'm not going to buy all 50 of them.  I'm

28

1    very, very selective.
2         My portfolio will hold about 15 stocks or
3    less, so I'm going to be very selective about what
4    goes in there and then when they go in there, because
5    I'm not going to buy them when the time is not right.
6         And when the time is right, I'm going to
7    show you that in just a minute, but I've whittled
8    these down just because I know the managements, I know
9    the industry, I've talked to other advisors and
10   brokers and people that, you know, have good knowledge
11   of these things so I get new ideas all the time.
12        This is my core 50 and I'm constantly
13   trading a little bit of these here and there.
14        Not often, not often.  When I see a stock I
15   really want to buy and the time's right, it's usually
16   for a few months at a time.  So I'm not day trading,
17   certainly.  Not even a week or two.  Usually these are
18   months, kind of moving in and out of trades over a
19   month or two because as you'll see, these zones set up
20   where it's a great time to be in and it's a great time
21   to be out and wait.  Sometimes you just want to wait.
22        Like I said, the timing is the key.  If you
23   just buy and hold, you're really setting yourself up
24   at a disadvantage.  You are leaving money on the table
25   by holding times when you clearly should be out.

7 (Pages 25 to 28)

Attachment II                           PX 27, 2045

JFA - Replay - Raging Bull Events - Jeff Bishop

Raging Bull, LLC                                                    5/21/2020

---

29

1    You'll say well how do I know when I should
2  be out?  I'm going to show you in just a moment.
3  There is an easy way to know when you should be in and
4  out and that's what I really want you to take away and
5  put to work.  As you go back and look at these, you'll
6  see it over and over again.
7    Tonight I'm just going to call it the grip
8  test, the grip test.  It's easy, you'll know when you
9  want to hold something and when you want to let it go,
10 all right.  It's easy to know.  Sometimes you just
11 want to be in.  Sometimes you want to be out, so we're
12 going to call it the grip test tonight.
13    Here's a chart, something we all know,
14 Google, of all things, we all know Google.  Definitely
15 a great stock to own.  Everyone loves it.
16    How do you know when to get in or out with
17 Google?  Well look at these little blinds here.  This
18 is, if you know me, you know I've got a system called
19 the money pattern, okay.  That is a great short-term
20 trading trend that I've learned and it has worked
21 wonders.  It gives me what I feel is unfair advantage
22 in the options trading world.
23    I've tweaked this, we're now applying it to
24 longer term holds and it works like a charm.  Watch
25 how often it holds up and after this go back and look

---

30

1  at any stock you want and see how it holds up.  And
2  you'll see there are certain times when you should be
3  in and should be out and there's certain times when
4  it's just unclear, I call that a yellow zone.
5    Right now we're looking at some red and some
6  green zones tonight.  When you see a chart pattern
7  like this where the red line crosses over the blue
8  going down, you're probably headed to a red zone and a
9  red zone, as you can probably guess, is the place you
10 don't want to own a stock.
11    So to me, when I see that pattern set up,
12 that's when I want to exit, okay.  It's very likely
13 it's going to go lower, or at least flatline.
14    When do I want to get back in?  Well I want
15 to wait for the next crossover to happen.  When that
16 crossover happens, that line coming up, the blue line
17 over the red, that is a signal we're probably about to
18 turn higher and sure enough for the next four months
19 or so we do turn higher.
20    That's great.  How do I know when to get
21 out?  Wait for the next crossover.  You see it.  Look
22 for the next one, and the next one.
23    See how that goes?  You can spot these if
24 you look for them, they're not hard.
25    This chart was about a year old, this is not

---

31

1  current, it's about a year ago, but you can see these
2  patterns showing up.
3    If you had just bought on the green and
4  sold, left the red on the table, this is what would
5  have happened, you would have made about 30 percent
6  over that year with Google.  If you didn't, if you
7  just bought and hold, if you left it in your Vanguard
8  account, you probably made about 1 percent, maybe lost
9  1 percent over that year-long period or so.
10    That is the power of looking for these.  I
11 mean honestly, stupidly simple trends that you can put
12 to work right now.
13    When these crossovers happens and they're
14 clear in the market, these are times that I want to be
15 in or out of a stock and that's how you outperform.
16    When I can make 30 percent on Google in a
17 year when the rest of the market makes 1 percent, that
18 is serious outperformance and it doesn't take a lot of
19 discipline here.
20    Just look at it.  You can clearly see it.
21 Look at this one.  This is the more current chart.
22 Okay, we can see the crossover.  This had a nice long
23 buying opportunity, this one was like months and
24 months.
25    Sometimes the buying opportunities end up

---

32

1  being a month or two months, sometimes they're six
2  months or more.  I don't know when the top is.
3    What I do know is I can spot that trend.
4  You can see that, right?  That's the crossover.  When
5  that crossover happens, that's my signal I'm getting
6  out, okay.  The hold grip test, I'm gripping it in the
7  green parts, I'm dropping it in the red parts.
8    The red part is pretty obvious.  This is the
9  most recent right here.  Okay, if we had just obeyed
10 this rule, we could have made almost 20 percent in the
11 last few months, but then, more importantly, could
12 have saved 20 percent on the way down.  That's a very
13 clear sell zone and if we had obeyed that rule, we
14 could have basically sat on the sidelines for all of
15 the last crisis we've seen.
16    People say they didn't see it coming, they
17 didn't know it was going to happen.  If you're just
18 obeying some very simple indicators in the market, you
19 could have avoided the entire crisis that everyone
20 else just lost tons of money on.
21    And when should you buy?  I don't know, but
22 to me I'll wait for the next crossover, and that is
23 right now.  You can see it's crossing over again,
24 okay.  Google is now crossing over once again, I now
25 want to be a buyer again.

---

8 (Pages 29 to 32)

Attachment II                         PX 27, 2046

JFA - Replay - Raging Bull Events - Jeff Bishop

Raging Bull, LLC                                                5/21/2020

---

33

1     It doesn't say I know where the ultimate low
2  is.  These patterns don't say you know when the
3  ultimate high and low is going to be, because no one
4  does.  It just shows you where the meat of the move is
5  going to happen.  And if you can capture a meat of the
6  move and leave some for the other guy and avoid the
7  big down part, that's the biggest thing here, if we
8  can avoid the big drawdowns, we're going to get way
9  ahead as investors.
10    Okay.  Here's AT&T.  Simple, boring.  Here's
11 the growth zone.  Months and months and months.  Nice
12 climb.  Red zone.  This one signaled before the year
13 even happened.
14    If you paid attention to this red zone, you
15 would have taken money off the table back in December.
16 You would have avoided a flat time and then more
17 importantly, you would have avoided a 24 percent
18 drawdown in AT&T in the last few months, okay.
19    You could have made 24 percent on the way up
20 and avoided giving all of that back and more in the
21 last few months.  And that is the key, okay.  It's not
22 giving back those gains.
23    Everyone says well how do I know when to get
24 out and how do I know when to take those off the
25 table?  Look for it.  That's one stupidly simple

---

34

1  indicator and you can transform your trading, okay.
2     I like this one on Royal Caribbean so much
3  because, so you could have made a gain.  That's not so
4  much it, but this clearly signaled when to get out.
5  Okay.  If you've been watching for the signal and you
6  got out with the signal, you avoided a 70 percent
7  drawdown.  My God, 70 percent.
8     Now look at this.  We hate Royal Caribbean,
9  maybe, because it's a cruiseliner, but let me go look
10 at this.  This is about to cross over again, so it's
11 actually on my radar again.  Everyone hates the stock,
12 maybe they're going bankrupt, but these are about to
13 cross over again and that is high on my list of things
14 to look for.
15    I'm looking for things that are going to
16 cross over again.  Okay.  Beyond Meat.  Undeniably
17 one of the biggest trends in there is in, you know,
18 fake meat, honestly.  I just want to say that there's
19 a food revolution and Beyond Meat is at the forefront
20 of that, but there's a great chart here.
21    You can see this pattern.  When it breaks
22 out, when the blue and the red lines break out here,
23 do you see them, you can see that move higher, that is
24 a clear green zone.  And it lasts, still around a
25 couple months, then it crosses again.  That tells you

---

35

1  to get out.  Could have saved you a big chunk of
2  money.  We're now about to cross in the green again,
3  so keep an eye out.
4     Anyway, you could have made 40 percent in
5  that last green zone while you gave up a big chunk of
6  that in the red.  So these are the things.
7     This one, Ford, my goodness.  Look at what
8  happened with Ford.  If you had, forget the gain, if
9  you had just known to take it off the table when the
10 crossover happened below the 200 (inaudible) moving
11 average, you could have saved yourself a 43 percent
12 decline.
13    Now I'm not even saying you bet against the
14 stock.  If you had bet against it on these things, you
15 could really amplify your gains, but I'm just saying
16 you take it off the table, just let go of it.
17    Okay.  You get greedy in the green times and
18 then in the red, the time when it's risky, just take
19 it off.  If you save that 43 percent and waited to buy
20 it back lower, just think how much farther ahead you
21 would be right now.  You would have avoided all that
22 mess.
23    And how do you know when to get back in?
24 Well I'm waiting for these to make a clear signal.
25 It's not there yet, but I'm waiting for it.  Maybe it

---

36

1  happens soon.
2     Southwest, I'm just going over and over
3  these because you can clearly see these, right.  You
4  can see these lines.  Anyone can do this.  I guarantee
5  you I could bring my 10-year-old daughter in here and
6  she could spot when to buy, when to sell.  It's not
7  that hard.
8     You've got to have the right stocks, you've
9  got to have the right indicators, and this single
10 thing could help you outperform the market
11 dramatically.  It's really not that hard.
12    If nothing else, it could save you a ton of
13 money by avoiding some huge declines like this.
14 42 percent in the last few months.  All you had to do
15 was pay attention to a key indicator and respect it,
16 just respect it.  When that happens, that's an
17 automatic signal, I'm pulling money out.
18    Starbucks, of all things.  Look at this.  We
19 can clearly see the spots.  Starbucks is now setting
20 up to go up again.  Could have made 7 percent in the
21 green zone.  That's okay.  But I could have saved
22 23 percent with the downside, and that is the key
23 right there.  I could have saved that money.  By
24 saving the money, you're getting so much farther
25 ahead.

---

9 (Pages 33 to 36)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Attachment II

PX 27, 2047

JFA - Replay - Raging Bull Events - Jeff Bishop

Raging Bull, LLC                                                        5/21/2020

37

1    So there's a clear indicator in the market
2  and that's what we really need to pay attention to.
3    So that's what I'm looking at with my money.
4  When I make a trade, I'm trading in the green zone,
5  I'm getting out in the red and I'm going to get way
6  farther ahead of Wall Street who is just blindly
7  shoveling money in and sticking with it.
8    If we stick to those, that's going to give
9  me a leg up right away. That's a no-brainer. I've
10  got the best docs, I've got a great indicator, that
11  gives me an edge right there I feel.
12    The next part is the emerging stocks. These
13  are the stocks that I feel have the highest growth
14  potential in the coming years. These could be new
15  industries, they could be existing ones, but the
16  babies of the industry that are about to become
17  giants, these are the ones that have great management,
18  they have really high growing sales. They're probably
19  not profitable yet, honestly. Their fundamentals
20  probably don't look good.
21    But by knowing the sector and knowing the
22  growth of the company, these are the things that can
23  really ignite. These are the ones that can be 1,000,
24  2,000, 5,000 percent in five or 10 years.
25    So these are the ones that really can be the

38

1  accelerator in the portfolio.
2    Okay. Just going back. Looking at these
3  companies. These all went up way over 1,000 percent
4  from the bottom of 2009, okay. Some of them have gone
5  up a lot farther since then even.
6    But these are all household names, but
7  10 years ago, you know, they were still maybe
8  household names, but they were just kind of nasons,
9  they were at the beginning stages. People didn't
10  really know the full potential.
11    But if you're looking at revenue growth and
12  you looked at what people are actually starting to
13  use, these were a no-brainer. How many of you were
14  using Amazon 10 years ago? Yeah. How many were using
15  Netflix?
16    I actually had the, I got started with
17  Netflix with the little DVD in the mail they would
18  send you because I was, I was using Blockbuster before
19  that. Do you guys remember Blockbuster? Of course
20  you do, some of you guys do.
21    But Netflix was the first one who had sent
22  me a DVD in the mail and I thought that was the best
23  thing in the world, so that's how I got started on it.
24  That was probably about 10 years ago.
25    And now look what happened, they put

39

1  Blockbuster out of business and they have gone --
2  tonight they just had huge earnings, so they are way
3  higher than 2,400 percent since then.
4    All I'm saying is there are things you're
5  using now that are kind of early, there are things
6  that have higher revenue growth that are going to
7  truly explode, regardless of what this virus does in
8  the world. These things are going to explode and
9  that's what I'm going to capitalize on.
10    So there's three trends I want to pay
11  attention to tonight. There is environmental
12  friendliness, there's, you know, cleanly living,
13  there's sustainability. There's a trend there.
14  There's a trend like Beyond Meat. There's alternative
15  meats, there's a, what I call a food revolution, I
16  call it the food revolution because that's what we're
17  really seeing. We're seeing people shy away from old
18  ways of eating and really embracing new ones.
19    So whether you like it or not, that's
20  happening. You may not be there, it doesn't really
21  matter, but if you're going to be an investor, you've
22  got to look at trends that are happening.
23    And the food revolution is one of the
24  biggest trends of our generation. So you are missing
25  a huge opportunity if you don't pay attention to it.

40

1  When you think about things like Campbells years,
2  100 years ago, or Kellogs, you know, 80 years. Think
3  about, I don't know, Birds Eye, how they've
4  revolutionized frozen food. They invented it.
5    There are so many transformational things
6  happening with food, once again, that we just haven't
7  seen in a whole generation, but now it's happening.
8    So if you're not paying attention, you're
9  missing out on something that's going to, it could be
10  one of the biggest opportunities of our lifetime when
11  it comes to feeding people in new ways, the food
12  revolution I feel is one of the biggest opportunities
13  we have.
14    And of course near and dear to my heart are
15  growth stocks in the tech space. You just cannot beat
16  them. I am sold that the Internet is the way to go.
17  It's not a fad, we all know that. And there are
18  sectors in the Internet that are absolutely exploding.
19  If you know where to look, you can find some great
20  ideas there and right now you can get those ideas at a
21  discount, okay.
22    This is like picking out a pro athlete in
23  the minor leagues somewhere who you know is going to
24  be great one day and you can pick them up at a big
25  discount right now. So there's some opportunities

10 (Pages 37 to 40)

Attachment II            PX 27, 2048

JFA - Replay - Raging Bull Events - Jeff Bishop

Raging Bull, LLC

5/21/2020

41

1  like that that you can really get your hands on.
2       Okay.  Let's talk about one right away.
3  Sustainability.  Environmentally conscious companies.
4       Look at this picture, this is one of L.A. a
5  few months ago and this is one of L.A. right now.
6  Look at the difference.  I grew up in L.A. as a kid.
7  I remember this.  I remember looking -- I remember
8  there were days that I'd be in the city and I couldn't
9  see the foothills around the city.  Some days I could,
10  but most days the smog was so thick I can't see the
11  foothills that surround the city.
12       Well, look at L.A. right now.  Don't you
13  think people are going to want to live in that city
14  and try to make that happen if they can?  Dang right
15  they are.  So we're talking about, you know,
16  technology, the cars that are going to lower pollution
17  or eliminate it.  Not Tesla, necessarily, but
18  possibly.
19       There's a lot of ways that people are going
20  to embrace this.  They just want a better way of
21  living.  They deserve it and they're going to fight
22  for it.
23       So these are trends that are happening right
24  before our eyes that we just cannot ignore.
25       It doesn't matter if you like a trend or

42

1  not.  So one thing is that you may not believe in a
2  trend, you may not like it, but if it's a trend, you
3  have got to get behind it as an investor.
4       Look at China here.  So China, notoriously
5  overpolluting, disgusting cities, the air is horrible.
6  Right now it looks great.  We can thank the virus for
7  that because everybody's inside, but, inside, but
8  they're going to embrace it, too.  They're going to
9  want to have good air.
10       Alternative meat, I just talked about why I
11  think that we're in the midst of a food revolution.
12  So alternative meat is just a great example of that.
13  That's just one example, but I feel like so many areas
14  of the way we eat are being revolutionized.
15       You know people, there's, there's a carbon
16  aspect to it.  We're trying to lower carbon emissions
17  across the board.  Meat has a high carbon footprint.
18  It's not, it's not great for the environment,
19  honestly, okay.  We should have less animals.
20       There's no way we can feed the population of
21  our earth coming up on 8 billion people with the
22  animal supply we have now, so the food it takes to
23  feed the animals to feed us is unsustainable, there's
24  got to be a revolution happening and we're seeing that
25  right before our eyes.

43

1       There's also the water conservation.  Let's
2  think about how much water it takes, almost
3  2,000 gallons to make just a pound of meat, okay.
4  That, that steak you had was a one pounder, well it
5  took almost 2,000 gallons to get it there.
6       Things like that are unsustainable.  When we
7  have people fighting for resources with animals,
8  people are going to win.  We've got to figure out
9  better ways to feed people.
10       Now I'm not saying steaks are going away,
11  okay.  Honestly I hope all of you guys go eat
12  processed fake meat.  Good, that's going to leave more
13  steak for me.  I love a good steak.  I'm not going to
14  quit eating it, I'm just saying the trend is in favor
15  of new ways of eating.
16       So if you're a millennial, if you're in
17  different parts of the world, there's a high
18  likelihood that you're just going to gravitate more
19  towards a new form of eating.  And as an older
20  investor like myself, if I ignore that and if I don't
21  pay attention to it, I'm just letting a huge
22  opportunity get by.  So I'm not going to do that, I'm
23  going to make sure I get in on those companies right
24  now.
25       And then we have high growth tech stocks.

44

1       Again, I tell you I love these because I know the
2  industry so well.  I live and breathe this industry,
3  so I'm talking about companies like Shopify service
4  now, Z Scaler, tons of companies you probably have
5  never heard of.  I talk to great investors all the
6  time.  I have great contacts with brokers and people
7  who really know the business and I've really got a
8  good insight to it.
9       I made a ton of money in this space, so I'm
10  looking for some of these companies to go on sale so I
11  can buy what I know is going to be a good growth
12  opportunity, but buy that at a discount.  That just
13  makes your, your gain so much bigger, when you can buy
14  those at a discount.
15       I think about looking at the market, even.
16  So think about the Dow Jones at 30,000 just a few
17  weeks ago, close to it.  What do you think the outlook
18  for that was in the next few years?  If you want to
19  have a big gain, you need to buy low because it takes
20  the same amount to go higher, so it's perspective.
21       Let's say the Dow Jones at 30,000, do you
22  really think it's going to go (inaudible) 10,000 in
23  the next five years?  Maybe, it might do that.  Maybe
24  it gets to 40,000, so it goes from 30 to 40.
25       Well what about if it goes from 30 to 40,

11 (Pages 41 to 44)

Attachment II

PX 27, 2049

JFA - Replay - Raging Bull Events - Jeff Bishop

Raging Bull, LLC                                                5/21/2020

45

1    that's about a 30 percent gain, right?  Well what
2    about now when it starts at 20,000 and it goes to
3    40,000?  Well when you have the same stocks but now
4    we're going to make 100 percent return on them, if
5    that happens at 20,000, going to 40,000 is a
6    100 percent return in the same amount of time; that's
7    why it's so important to buy the best stocks on
8    discount because the gains you make can be so huge.
9         So this is an amazing opportunity.  The
10   market does not discount these stocks very often.
11   You've got to find the right ones that are setting
12   themselves up for huge gains in the future and take
13   advantage of them now.
14        Okay.  The last pillar, pillar number three,
15   this is my favorite, I just, you know, I love this
16   one.  This is options trading.
17        Options trading is my livelihood.  I love
18   it.  This is the reason that my portfolio's green this
19   year, because of options, okay.  I'm, I'm up pretty
20   good in the year.  I'm not down.  The reason is not
21   because I'm a great stock picker, it's because I've
22   got options strategies I know work.  I put them to
23   use, I know how to manage them and that's how I battle
24   my way through the markets.
25        So this year my portfolio is up, the rest of

46

1    the market's down a lot.  It's not because I've known
2    when to buy good stocks or known when to bet against
3    them, I have no crystal ball, I don't need it.
4         What I do need are strategies that work that
5    I know pay me over time.  There might be times I lose
6    here and there, but I know over time I've got options
7    strategies that work and so I know that I'm going to
8    make money given enough time.
9         So even in a truly crappy market like this,
10   I'm still up on the year and that's not a fluke,
11   that's because I've got options strategies I know put
12   the odds in my own favor.
13        Tonight I want to talk about two of those.
14   These are two options strategies that are the lowest
15   risk possible, okay.  These are not really sexy things
16   that are going to have huge returns.  They are safe,
17   they gave you a balanced small -- not small, but they
18   give you a consistent return more than anything.
19   We're talking about consistent returns, and that's
20   what I'm looking for.  Income, basically, from
21   options.
22        The first one is what I want to talk about
23   like being a landlord in the stock market.  Okay,
24   being a stock market landlord.  There are ways that
25   you can use options and collect rent from just trading

47

1    them.  The market wants to pay you to trade these
2    options.
3         So I'm going to show you some simple, lower
4    risk strategies that barely anyone uses right now.
5    These are overlooked and you really should be applying
6    them all the time, but hardly anyone does.
7         Let's use Apple, for example, because
8    everyone's familiar with Apple, okay, you know it and
9    it's a great stock to trade options on because Apple's
10   a big, liquid company.  It means it trades a lot.
11   It's one of the biggest companies.  Options are the
12   same way, easy to get to (inaudible).
13        Okay.  So let's pretend Apple is a
14   core holding of mine, it means I'm owning it for the
15   long-term, I just want to own it.  I like having it in
16   the portfolio.
17        In the portfolio, why not have it work for
18   me?  Why not have it make money for me while it's in
19   there?  Not just be in there and hopefully gradually
20   increase, I want to have a stock that's going to make
21   me money as paying, hopefully paying me rent, okay.  I
22   want to get paid rent on these things.
23        The way I do that is by selling calls.  But
24   if I sell calls on a stock I own, it's so ridiculously
25   easy and simple, it just takes no babysitting, just

48

1    set the trade up and walk away.  It's really, really
2    simple.
3         So let's pretend Apple right now is
4    280 dollars, it's close to there.  About a month from
5    now I can sell a call at 300 dollars, that's about
6    20 dollars away from here, and I can collect 5 dollars
7    for that for every contract I sell.  Okay, that's
8    easy.
9         You own the Apple.  You sell a call.  And I
10   show you exactly how I do this.  So I own the stock, I
11   sell the call, I collect the 5 dollars.
12        Now let's see what happens with it.  If
13   Apple trades between 280 dollars -- by the way, write
14   these parts down, these are, these are something
15   you'll want to go over again and just watch the
16   mechanics of how it works.
17        So if Apple trades between 280 where it is
18   right now and 300 dollars where I sold the call, then
19   all I did was collect that 5 dollars and I'm 5 dollars
20   richer.  Apple's up a little bit, so my stock is up,
21   plus I collected an extra 5 bucks in one month, in
22   just one month, by the way.  That's awesome, that's
23   pretty good.
24        If it's above 300, well I sell Apple for
25   300 bucks for somebody else.  Somebody else buys my

12 (Pages 45 to 48)

Attachment II          PX 27, 2050

JFA - Replay - Raging Bull Events - Jeff Bishop

Raging Bull, LLC                                                    5/21/2020

---

49

1  Apple shares at 300, I still get their 5 dollars, so I
2  made 20 bucks, plus I collected 5 more, so I made
3  25 dollars in one month for holding Apple.
4       And if I want, I can buy Apple back and do
5  it again, but in one month I made about 25 dollars in
6  Apple. That sounds pretty good.
7       The downside, Apple goes lower, it goes
8  below 280. Well you know what, I was already going to
9  keep Apple anyways, so I would have already been down
10 on the stock, now I've got 5 dollars of cushion, so my
11 cost basis essentially goes down 5 dollars. That
12 sounds pretty good, too.
13      How many times did you lose money on a stock
14 in a month but you didn't have any buffer? With this
15 simple strategy, you could be collecting that extra 5
16 dollars a month to offset any losses or amplify
17 whatever gains, whatever. It doesn't matter if it
18 goes up or down, you're going to collect that 5 dollar
19 rent check each month.
20      And for one contract, that's going to be
21 500 dollars, okay. One contract at 5 dollars is
22 500 dollars. So if you're selling one contract,
23 that's 500. If you sell 10 contracts, that's
24 5,000 dollars. You can do the math here.
25      I'm saying there's an easy way to collect

---

50

1  predictable rent, as I call it, from the market.
2       Okay. Maybe that example confused you for a
3  bit so I want to talk about a house example for a
4  moment. Let's say that you've got a house and it's
5  valued at 280,000 dollars right now. In the next
6  month you would be willing to sell it for 300,000
7  dollars to somebody. If they want to buy it for 300,
8  great, you're willing to sell it.
9       Because of that, someone's going to pay you
10 5,000 dollars for that option. That sounds pretty
11 good, right. So you're going to sell it for 5,000 dollars,
12 and then if they want to buy it for 300, they can.
13 That sounds really good.
14      The worst case that your house value doesn't
15 go to 300, well you just collect that 5,000 dollars
16 and then you could sell it to them again next month.
17 You could do that over and over again.
18      This is what happens there, if you stay
19 between that 280, 300,000 dollar range, you keep your
20 house, you also keep the 5,000 dollars that guy paid
21 you. That's pretty good.
22      If it goes above 300,000, then you sell your
23 house to this guy for 300,000, which is awesome,
24 that's the price you wanted to get for it anyways, and
25 you still keep the 5,000 dollars. That sounds pretty

---

51

1  good.
2       And if it goes lower, who cares, you
3  still -- you're going to stay in the house anyways and
4  you still keep the 5,000 dollars. The thing is no
5  matter what, the 5,000 dollars stays in your pocket,
6  that's your rent. No one's taking that from you.
7       When you own stocks, good stocks like that,
8  these are the kind of things that you can do to
9  amplify your income. You can have predictable income,
10 absolutely predictable with zero risk, essentially,
11 that money's coming to you because you're collecting
12 it up front.
13      This guy's not paying you a month from now,
14 he's paying you right now for that income, so you know
15 you're getting it.
16      That is a, that is a great thing in this
17 market that people are just overlooking all the time.
18 You're leaving money on the table by holding stocks
19 and not renting them out to other people.
20      Okay, let's talk about the other side here.
21 If you, if you want to own Apple, you don't own it yet
22 but you want to own it, pick a price you want to buy
23 it at and sell that put to someone else. Now I
24 explain all this stuff in my services, but if you want
25 to sell the put, it's extremely easy, you pick the

---

52

1  price.
2       In this example I'm going to talk about
3  Apple again. Again, Apple's trading at 280, let's
4  pretend I want to buy Apple at 250 dollars, so a
5  30 dollar discount from today. You say well how can
6  you just say you want to buy Apple at 250?
7       All I've got to do is sell a put to somebody
8  at 250 dollars a month from now. Again, I'm going to
9  collect the 5 dollars, that's my rent, that's the
10 option contract that's going to pay me, so I collect
11 that rent right away. And then if Apple happens to
12 get to 250 dollars, I'm happy to buy it. That's the
13 price I wanted to buy it at anyways. If it doesn't
14 get there, I still keep my rent.
15      The key thing here is you always keep your
16 rent. Okay, you're the landlord here. Use your
17 portfolio like real estate. Use it to make more money
18 off of it. Okay. Don't just live in the house, rent
19 it out to people.
20      It's the same thing with stock, you can use
21 your stock to rent to other people and collect
22 constant income from it. Okay. 5 dollars in one
23 month doesn't sound like a lot, but do it every month
24 and see what happens to it.
25      Let's see what happens here as it plays out.

---

13 (Pages 49 to 52)

Attachment II                    PX 27, 2051

JFA - Replay - Raging Bull Events - Jeff Bishop

Raging Bull, LLC                                                    5/21/2020

---

53

1     So if Apple trades under 250 dollars in a month,
2     great, you got to buy Apple at the price you wanted
3     to, which was 250, plus you got 5 dollars extra, just
4     because it's a nice guy, you get to pay rent also. So
5     essentially you bought it at 245 dollars because you
6     got that 5 dollars rent.
7          If it trades above 250, say it trades at 251
8     in a month from now, well you don't buy it but you
9     still get that 5 dollar rent check. And you can do it
10    again next month. Maybe next month you look to buy it
11    at 220 dollars, whatever. You can kind of keep going
12    lower. You can move your, the amount you want to buy
13    it for each month. You can do each month, every two
14    months, every three months, however far out you want
15    to do it.
16         The farther out you do it the more rent
17    you'll collect, so I'll show you all the techniques
18    that I use and how I look for it. But I'm just saying
19    in one month you can collect 5 dollars of rent and
20    look to buy a stock at a discount that you already
21    wanted to own.
22         That's the thing. You pick the price, you
23    tell people where you want to buy it and stick to it
24    and get paid to do it, and not enough people are doing
25    that right now. You're leaving money on the table.

---

54

1     You're buying stocks that, buying too high and you're
2     not making an efficient use of your portfolio.
3          So if you use this strategy to buy stocks,
4     you're going to buy them at a discount and get paid to
5     do it at the same time. Worst case you don't buy it
6     and you still keep the 5 bucks.
7          So, back to this. Worst case, like I said,
8     Apple goes below 250, you get to buy it at
9     250 dollars, plus the 5 bucks you get to keep, so 245
10    is what you own it at. That's pretty awesome.
11    Apple's 280 today. You essentially get to own it at
12    245 a month from now. That's awesome. Tell me you
13    don't like that.
14         The best case scenario, Apple trades
15    anywhere above 250. You don't get to buy it, but you
16    keep the 5 dollars for free and then you do it again,
17    sell it again. Buy that contract again next month.
18         That is the power of doing this. Come on,
19    get excited about this. Type in right now Apple
20    discount. Type it in right now. I want to see it.
21    Tell me you want an Apple discount.
22         I don't care if you're 20, I don't care if
23    you're 60, 80 years old, anyone could be doing this
24    and you could be picking the price that you want to
25    buy a stock at. It doesn't matter what the stock is.

---

55

1          Pick the price, put it in your bid and sit
2     on it. If you get filled, great. If not, collect the
3     rent, just collect the rent.
4          Let's put this in a house example again,
5     this time pretend it's someone else's house, so you're
6     looking at someone else's house and it costs 280,000
7     dollars right now. You don't want to pay 280, you
8     want to pay 250,000 for it. So you're a little
9     stingy, you don't want to sit -- 30,000 dollars
10    cheaper.
11         Well say you commit to buying it at 250 in a
12    month and that guy pays you 5,000 dollars for that.
13    Tell me that's not awesome. Who's going to do it in
14    the real estate market? No one's going to do that.
15    You tell people I'll buy your house in a month for 250
16    if you want to sell it to me and that guy will write
17    you a 5,000 dollar check today. That's what happens
18    in the stock market if you know how to set it up.
19         So I'm telling you, that is a key strategy
20    for longer term investing that most people just are
21    not doing. It's so, so super, it's simple
22    conservative, anyone can do it. It takes the very
23    basic option strategies, but people just aren't
24    putting it into play.
25         So put your bid in, put your 250,000 dollar

---

56

1     bid in on the house, have them pay you the 5,000 for
2     it.
3          If you do happen to get it, you get to own
4     the house for 250 that was just 280,000 a month ago.
5     Doesn't that sound awesome. Don't you wish you could
6     do that in the real estate market? So if you, if you
7     do get it, you get the house you wanted at the price
8     you wanted.
9          The same thing with the stock. You get the
10    stock you wanted at the price you wanted, plus you get
11    that commission, you get that rent check basically
12    paid to you.
13         This is really one of the most amazing
14    things in the market and most people are not taking
15    advantage of it.
16         So worst case, you get to have the house you
17    wanted at the price you wanted plus you got paid for
18    it. That's the worst thing? That's pretty dang good
19    to me.
20         Best case, you just collect the rent check,
21    okay, just get that 5 bucks, put it in your pocket, do
22    it again the next month. Do it the month after that.
23    Keep doing it. A year from now you've collected
24    60 dollars in risk free money essentially. The market
25    has paid you 60 bucks if you don't ever get filled and

---

14 (Pages 53 to 56)

Attachment II                    PX 27, 2052

JFA - Replay - Raging Bull Events - Jeff Bishop

Raging Bull, LLC                                                                    5/21/2020

57

1    just keep doing this over and over and over.  It's
2    free money the market wants to give you.
3          So how many times have you said I like that
4    stock, but not this price.  If it was about 10 percent
5    lower, I'd be a buyer.
6          Well usually that 10 percent never comes,
7    right.  We've seen this market go up and up and up.
8    Right now it's going 10 percent lower, but usually
9    it's not going 10 percent lower and we never get
10   filled.
11         So what if you just collect that 5 bucks
12   every month and let the stock go up all the time.
13   It's a really -- I'm telling you, it's a really great
14   strategy for collecting income and building that
15   portfolio month after month after month.
16         Not huge gains, but month after month of
17   consistent income, and that's what it takes to
18   outperform in the market.
19         You get paid while you wait.  You pick the
20   price and you get paid on it to wait.  It's truly that
21   simple and anyone, anyone can do it.
22         Again, I love it because there's no
23   babysitting.  You basically set it, you forget it, you
24   walk away.  If you get -- if you get the stock, you
25   get the stock.  If not, you just keep your money and

58

1    move on.
2          It also gives you more money to work with in
3    your portfolio, so you can take that money and apply
4    it to other places.
5          There's so many reasons that these are
6    great, these are two great options strategies that
7    anyone can put into play right now, okay.  Anyone can
8    do this right now and amplify your portfolio gains.
9          So let's recap here.  The portfolio
10   accelerator is, I'm looking to do 50 percent of the
11   no-brainer.  The value plays.  Again, Johnson and
12   Johnson, Procter and Gamble, Apple, Nike, the big
13   companies we all know and love, they're on discount.
14         I know when to get in because I'm looking at
15   the right indicators and I know when to get out, more
16   importantly.  That's the key.  I get out before the
17   big drops happen.  That's what I really, really want
18   to avoid.
19         And my indicators have proven really good at
20   predicting that.  So I follow those, I know when to
21   get out before some big trends happen, to the upside
22   and the downside.
23         So the best stocks, the best times getting
24   in and out.  Apply that also to the emerging trend
25   stock.  I want to apply less, they're riskier, but

59

1    they have a bigger potential.  These are the stocks I
2    feel could go up 1,000 percent or more in the next few
3    years.  These are the ones that I want to follow and
4    stay on top of.  Those are the key stocks where there
5    are going to be huge growth opportunities, and to
6    boost gains even more, the option plays on top of it.
7          I want to be writing those calls, collecting
8    income for the puts, collecting income.  I want to be
9    the market landlord.  I want the market to pay me rent
10   every month.  I want to see money coming in to the
11   market and coming in to my portfolio and growing it
12   bigger and bigger in time.
13         Compounded gains are the best thing in the
14   market.  It's going to help your portfolio get bigger
15   and bigger and bigger with very, very little risk.
16   That's the best part about it.
17         So in this program, the portfolio
18   accelerator, you're going to see my actual stocks.
19   You can actually log in, see my portfolio of stocks
20   that I'm in at any given time.  And like I said, I'm
21   looking to hold 15 stocks or less.  I don't want to
22   have a lot.  I feel like I can manage 12 to 15 stocks
23   at a time.  I plan to hold these for multiple months,
24   some years.  Some I just think I'll be in the
25   portfolio almost all the time, I just love them.

60

1          So you can see what's in there at any given
2    time.  This is a great place to reference for ideas on
3    stocks that I like, why I like them and maybe you do,
4    too.  It's a great reference point for you.
5          Every time I make an addition, a brand new
6    pick in the portfolio, I also do a report with it, so
7    I put together a report on why I like the stock right
8    now, okay.  Like I said, there's 50 stocks in my list
9    at any given time, but here's why I like this one
10   particular stock right now and here's my game plan for
11   it.
12         So I put together a very thorough, a good
13   report on what I like about the stock and what I see
14   in it right now.  That comes out every time before I
15   make a trade.
16         The other thing here is that this is not
17   short-term trading.  I'm, I'm not just making trades,
18   you know, day after -- really quick.  The market's not
19   surprising me with anything.
20         I know I'm about to buy Apple, for example,
21   the week it's happening because I see the indicators
22   coming up, I see things coming together.  I already
23   know what stock I want to buy, okay.  I'm not being
24   surprised.
25         So I'm able to communicate really clearly

15 (Pages 57 to 60)

Attachment II                    PX 27, 2053

JFA - Replay - Raging Bull Events - Jeff Bishop

Raging Bull, LLC                                                    5/21/2020

61

1    what's about to happen, what I'm about to do way
2    before I do it because these things just don't happen
3    quickly. I get in, I let them play out over a long
4    period of time. There's plenty of time to see what
5    I'm doing and I'm able to communicate that way earlier
6    than normal because the trends just last a lot longer.
7       And when I do actually make a trade, you can
8    see it via SMS, so you can see it on your phone. Also
9    in Email, too. So you can see when I'm actually
10   making these trades and additions in the portfolio.
11   So whether I'm making additions or I'm scaling out of
12   stuff, I'll let you know via Email and text.
13      Also, on the weekend I'm going to show you
14   exactly what happened the week before, okay, what
15   trades happened, what additions were made, what things
16   I've peeled off. What kind of dividends came. What
17   kind of news was out.
18      And also the week ahead for the portfolio,
19   what stock I'm looking to buy. What news is
20   potentially out, if it's an FDA thing or if there's an
21   upcoming dividend, all kinds of things happening. So
22   I keep you up to date on the stock I'm managing and on
23   ones I'm looking to get into.
24      So every weekend you can expect to see what
25   I'm -- what I just did and what I'm about to do. It's

62

1    a great reference point every weekend, you can count
2    on it.
3       One of my favorite things are the option
4    accelerator trade alerts. Okay, these are the key
5    things here, these are what really boost the
6    portfolio. This is what kind of gets the juices
7    flowing.
8      Seeing when the options trades happen, okay.
9    If you're a little nervous about options, you've never
10   done them before, these are great ways that you can
11   learn how to put some of the most conservative options
12   strategies into play week after week, month after
13   month, year after year.
14      These are the things that really explode a
15   portfolio. They're small, but they really add a lot
16   over time. So I want everyone to learn how to do this
17   and I share with you all my option alerts as they're
18   happening and explain what I'm doing so you can do the
19   same thing if you want.
20      Just like we're doing now, doing a video
21   chat, it's the wave of the future, I'm telling you.
22   We've been doing it forever, but we're going to have a
23   monthly session where you can have a video chat with
24   me, I'm going to go over the portfolio, talk about
25   moves that happened and also moves that were, I'm

63

1    looking to make.
2       So I know stocks that are coming up, they're
3    close to being in a buy zone. I'm going to talk to
4    you about why it's happening, explain what I see in
5    the charts, explain why I'm looking to get in or out
6    of a certain stock.
7       So it's a great time just for communicating
8    with our members and see what's happening. You'll get
9    access to me that once a month video call.
10      Also, of course you get great educational
11   materials. Everyone gets the raging bull investor
12   E-letter, you get the 10X portfolio blueprint and my
13   best selling trader's black book. Man, everybody
14   loves this black book, so you get all of that, of
15   course, included.
16      And because you're here, everyone who comes
17   here, you always know that you're going to get the
18   best price. You're going to get the best price ever
19   when I introduce a new service because you came here
20   today, you're going to get the founding member price
21   with the option accelerator. You get everything we
22   just talked about, it's a great, great program, we're
23   going to be offering this at 1,799 starting soon, but
24   I'm telling you, no one pays that tonight because you
25   all are here, you're committed to making it happen,

64

1    we're going to start this off tonight at 997, okay.
2       This, this is for one full year, you're
3    going to get access to everything we just talked
4    about. You're going to get all the alerts, the
5    portfolio, you're going to get the one on -- the
6    access in the chat room, the video call we're going to
7    do, you get the educational materials, everything we
8    just talked about all included for one payment of 997.
9       So it's a really, really special deal
10   tonight. I'm making a really great offer because
11   you're here, I know that you're serious, okay.
12   There's thousands and thousands of people here, I know
13   you're serious, you're taking your time out, but I
14   really want you to get ahead this next year.
15      I want you to join me on this journey of
16   building your portfolio. I'm going to start
17   15 minutes right here, okay. If you're serious, I
18   want you to take advantage of this deal. It's less
19   than 1,000 dollars, okay. It's not a -- I mean for
20   some people it might be a lot, but you know what, the
21   Government just gave you 1,200 bucks, why don't you
22   just make an investment in yourself right now, make
23   the investment, it's 1,000 dollars, or less than that,
24   and you're going to get an entire year of working with
25   me, an entire year of seeing the strategies I'm

16 (Pages 61 to 64)

PX 27, 2054

JFA - Replay - Raging Bull Events - Jeff Bishop

Raging Bull, LLC                                                       5/21/2020

---

65

1    putting into place, the stocks that I love the most,
2    the ones that I'm looking to put my actual family
3    money into.  And you can see everything I do.  Of
4    course it's all transparent.
5         You can see where I'm putting my actual
6    family money and how I'm looking to grow that.  I'm
7    trying to 10X this the next few years.  I'm literally
8    trying to make millions of dollars in the market from
9    this point, and I think it's very possible using all
10   these strategies.  I'm very confident I'm going to
11   make millions of dollars in the next few years with
12   these strategies from these low levels, okay.
13        A few months ago I wasn't.  I wasn't
14   convinced that with the market where it was I could do
15   this, but now with the market where it is, with the
16   opportunity we're given right now, I'm really
17   confident.  I'm, I think that we've been given a gift
18   and it's foolish not to take this gift right now.
19        So I want you to work with me.  I want you
20   to join the service.  This is the Jeff Bishop family
21   portfolio, this is the first time we've offered it.
22   You get to be a founding member tonight because you're
23   right here.  This is the first time ever offered and
24   you're going to get in at the very ground floor with
25   me.  So you're going to see every trade I make and the

---

66

1    very first time I make it.
2         So when the portfolio starts this week,
3    you're going to see every single trade going into it.
4    I've already got the first five stocks I'm going to
5    buy right away, so I'm going to be scaling into those
6    in the next week or two and you'll see when I make my
7    buy points.
8         Most importantly, why, why do I make the buy
9    points?  That's the biggest thing, is learning how to
10   make these trades, why to do them.
11        So it's why do you pick the stocks you pick,
12   then why do you make the trades when you make them,
13   and possibly most importantly, the option trades,
14   okay.
15        This is where people are missing the boat.
16   This is where the biggest money can happen and you're
17   totally missing it if you're not doing these right
18   now.  I'm not talking about these speculative calls
19   and puts, I'm not buying these things, I'm not trying
20   to time the market.  I'm talking about using your
21   portfolio to generate income.
22        This is what I really want to teach
23   everyone, is using that portfolio as real estate
24   almost.  Using that real estate to generate income for
25   yourself.  This is what the wealthiest families do all

---

67

1    the time.
2         They are simple strategies.  They, they
3    sound complex if you've never done them before, but
4    really these are the basic strategies out there anyone
5    can do.  I'm talking like level one type option
6    trades.  Anyone can get clearance for this.
7         It's super easy to do.  All you've got to do
8    is just watch -- walk through a few times, see how it
9    goes.  But the option trading is really the key to
10   having outperformance in the market.
11        So anyone can buy the 50 stocks, like I
12   said.  Those 50 stocks, they're great, but everyone
13   knows about them.  The key here is when to buy them,
14   when to get out.  Possibly that's the most important
15   thing, when to get out.
16        As we saw, the market can have some really,
17   really huge drawdowns and I want you to avoid those,
18   okay.  You've got to avoid the drawdowns if we're
19   going to have big success over time.
20        We can't have times that are going to set us
21   back 50 percent.  We have to avoid those and know when
22   to get out.  And I'm confident, I've seen it year
23   after year, the indicators I've got in place have
24   protected me from some massive, massive losses.
25        So using strategies that protect you from

---

68

1    losses and also participate in the gains on the
2    upside, that is the true key to getting ahead.
3         If the stock gains 1 percent a year overall
4    like I showed you but you can make 30 or 40 percent by
5    trading it correctly, well that's how you're going to
6    crush the market, okay, that's how the portfolio
7    really grows.
8         When you talk about doing that with multiple
9    positions in your stock over the year, that's how the
10   portfolio explodes, okay.  You're not just sitting
11   idly in cash, you're looking for the next opportunity
12   time after time again.
13        This is what I'm living and breathing all
14   the time, so I love it.  I love teaching it.  I think
15   it's fantastic, I just love being in the market.  I
16   love putting these strategies to work.
17        And this right now is the time that I've
18   been waiting years for, okay.  I've been waiting for
19   years for this service but I haven't put it out
20   because I'm not confident in the market.
21        But today, I'm damn confident in the market.
22   I know things are going to be higher years from now,
23   okay, I am certain of it.
24        I can't guarantee anything, I don't know for
25   sure, but I know in my heart that this is where I want

---

17 (Pages 65 to 68)

JFA - Replay - Raging Bull Events - Jeff Bishop

Raging Bull, LLC                                                                                  5/21/2020

69

1  to put my money, okay. I've been setting my kid's
2  money off to the side, but now I'm ready to put it in
3  the market and I want you to join with me.
4       This is such a great time and I'm not
5  kidding when I say it's a generational opportunity.
6  We are not going to get a time like this in possibly
7  another generation. It could be 20, 30, it could be
8  50 years, who knows. But this is the time, it's
9  setting us up for huge gains in the future.
10      So take the gamble. Bet on yourself right
11  now. Bet on yourself. You can do this stuff. Maybe
12  you've gotten beaten up in the market the last few
13  months. It's okay, you've got to rebuild, you've got
14  to regroup.
15      These are the strategies that I think can
16  help you get ahead. This is, because I'm, I'm so
17  certain of it because I'm putting my own money into
18  it. Okay. I'm taking my kid's money and putting it
19  into these same strategies and I'm convinced these are
20  going to work for us and I'm going to build this money
21  over and over and over and I'm going to see gains
22  happening.
23      I'm not talking doubling my money overnight.
24  I'm not talking about doubling it in a week or two,
25  but I'm talking about longer term. I'm talking about

71

1  more money I would have had today.
2       I really didn't start making money until my
3  30s, honestly, but if I had started in the 20s when I
4  first got started trading, if I had those years back
5  and I could have had something like this to help me, I
6  could have gotten so much farther ahead.
7       So I really, I really consider that when I
8  put these things together, like I'm really there to be
9  by your side and help you. I want to see you make the
10  best decisions in this market. I want to see you make
11  the best stock choices you can, okay.
12      I can't make them for you, but you can see
13  exactly what I'm doing and hopefully you learn from
14  that, okay. You can see my wins and losses,
15  everything that happens. It's all transparent.
16  Nothing's ever sugar-coated. There's nothing ever
17  behind a wall that I'm just cherry-picking things.
18      Like every service, you see everything we're
19  doing. It's totally transparent and you can sit right
20  alongside of me as I hope to make millions of dollars
21  in the market over the next few years. All right.
22      I'm telling you, I get excited about this
23  because I've been waiting so long for it to happen.
24  This is the time that I have really just been on the
25  sidelines like ah, it's been painful. It's been

70

1  the bigger money, okay. Maybe many of you are sitting
2  on a bigger portfolio and you're not doing a lot of
3  active trading with that money. Maybe you're talking
4  about you've got millions of dollars out there.
5       I've got millions of dollars and this is the
6  kind of thing that I want to put my money into, okay.
7  This is where I can allocate bigger money if I want
8  to.
9       Maybe you're just getting started, maybe
10  you're 20, 30 years old. This is the kind of thing
11  that I wish I knew back in the .com crash when I was
12  first getting started.
13      If I had someone who had been through
14  multiple crashes and survived, who was an expert
15  trader, this is exactly what I would have wanted back
16  then, okay.
17      I wanted someone to hold my hand and show me
18  what they were doing in the midst of all the crisis,
19  okay. Scared. I made the wrong decisions, I blew up
20  my accounts.
21      If I had someone there with me to walk me
22  through it, I could have saved so much money. I
23  probably could have saved a decade. That first decade
24  of my trading really was a wash. If I had those
25  10 years back, my God, there's no telling how much

72

1  painful, honestly, to see the market go up and I
2  can't, I just put my money to work long-term.
3       All I could do is short-term trade, back and
4  forth. That's been good, but I've got a lot of money
5  I've been waiting to put in the market and now is
6  finally the time.
7       So I'm not saying now is the bottom at all.
8  I'm saying now is the time to start putting it to
9  work.
10      So I'm not going to pick the top, I'm not
11  going to pick the bottom; but I'm going to get a good
12  price and I'm going to ride the trend higher when it
13  turns, okay. If things turn, I'm going to make a
14  fortune, I'm going to be positioned there, okay.
15      If you're like me and you believe the
16  market's going to be higher in a year or two, five
17  years from now, my God, it makes absolute sense. It
18  is a total no-brainer to get involved, put money to
19  work right now because the gains are going to be
20  fantastic.
21      If the market is higher years from now, then
22  the prices you get now are going to be incredible
23  compared to then.
24      So just think about the last time I showed
25  you those slides from the 2009. We're talking

18 (Pages 69 to 72)

JFA - Replay - Raging Bull Events - Jeff Bishop

Raging Bull, LLC                                                          5/21/2020

---

73

1    thousands and thousands of percent possibilities in
2    these stocks.  These are the kind of opportunities
3    that just don't come around often.
4        And wouldn't you wish you could go back to
5    2009.  Don't you wish you can go back now with the
6    hindsight you've seen, how the market rallied
7    500 percent and you could have seen stocks that went
8    up thousand and thousands of percent.
9        And at the time many of you were there, you
10   just didn't pull the trigger.  You were scared.  You
11   didn't think that it was going to bounce back.  Who
12   knows what happened, okay.  Everyone was scared at the
13   time.
14       In hindsight it's a no-brainer.  You're like
15   of course the market's coming back, America's not
16   going out of business, okay.
17       If you're betting that America's going to go
18   out of business, do not buy this, okay.  Do not put
19   your money in the market.  If you believe America's
20   going out of business, then you should go to cash, go
21   by gold and guns and I wish you farewell.
22       I hope you're wrong.  The market has proven
23   you wrong for hundreds and hundreds of years.  The
24   market has always bounced back, okay.
25       I don't know the future, but I sure as heck

---

74

1    can look back to the fut -- the past and I know the
2    market has always made new highs as it comes out of
3    recessions.
4        So are we headed for a recession?
5    Absolutely.  I have no doubt in my mind we're headed
6    for a recession.  But you need recessions to have the
7    biggest gains, it just makes mathematical sense.
8        You've got to have stocks go down so you can
9    make the bigger gains going up.  It's the process,
10   okay.  This happens.  The markets are cyclical, these
11   things happen.
12       And if you want to take advantage of the
13   next boom, you've got to get involved right now.  Now
14   is the best time, okay.  You can't wait.  You can't
15   sit on the sidelines, you can't just twiddle your
16   thumbs and just hope that someone's going to magically
17   tell you when to put your money in.
18       It's not that easy.  You've got a scale with
19   a good strategy, you've got to have the best stocks
20   picked already, know how to get in there, okay.
21   That's what I've committed my life to.  This is what I
22   live and breathe, I'm doing it.
23       What do we got man?  How are we doing?  Oh,
24   Nate, all right, give me a few more minutes, all
25   right.  Sounds good.  There's a lot of people tonight.

---

75

1        So I know you're busy.  I hope the order
2    form is working, too, sounded like it might have had a
3    problem there.  So if it doesn't work at first, you
4    can just try it again, just refresh it, try it again.
5    Sometime on these nights too many people try to buy at
6    once and they can slow things down, so just try it
7    again.
8        Also if you want to call our customer
9    service team, they're on stand-by right now.  You can
10   get a hold of our VIP team, they'll be happy to walk
11   you through any questions you have.  They can take
12   your credit card over the phone if you don't feel
13   comfortable doing it online.
14       They'll walk you through anything you want
15   right now, give them a call.  You can put that number
16   up and you can give it a call right now.
17       If you can't get through to the VIP team,
18   just leave a message, they'll get back to you tonight
19   or tomorrow morning, okay.  If you call and leave a
20   message tonight, we will honor this price tomorrow,
21   okay.  After this we cannot guarantee the price.  It
22   is tonight only because I always give the best price
23   to people who show up because you're committed, you
24   have proven that you really want in.  Everyone else,
25   they can get the higher price, I don't care.

---

76

1        You guys are here tonight, so you get the
2    best price, but only for tonight, okay.  Only tonight,
3    because you're right here.  I want to give you the
4    best price, I want you to get the best possible
5    pricing and that's right now.  So take advantage of
6    it, all right.
7        So here we go.  Nate wants me to refresh
8    another 15 minutes or so.
9        So what I think I'll do, I'll do some
10   questions, too, all right.  Give me 15 more minutes.
11   Why don't you go ahead and ask some questions.  I've
12   got my other monitor here so I can see what's
13   happening.  If you want to ask questions in the chat
14   room, I'll go ahead and answer some of those.
15       I'll refresh, we'll do one more round of
16   15 minutes.  I think that's fair, but I'm telling you
17   guys, I am chomping at the bit to get started.
18       This portfolio is hot and ready to go, all
19   right.  This market is primed, it is so primed, okay.
20   These down days, people are panicking, they're
21   freaking out, I like oh, these are the days I live
22   for.  I've been waiting so long for these down days
23   because there are stocks that I just could not wait to
24   get into, all right.
25       Think about it, there's so many

---

19 (Pages 73 to 76)

Attachment II                    PX 27, 2057

JFA - Replay - Raging Bull Events - Jeff Bishop

Raging Bull, LLC                                               5/21/2020

77

1  opportunities out there that we just didn't have
2  months ago, all right.
3      Here's a free one, think about gambling for
4  a moment. Do you think gambling's going away? Yeah;
5  no way. Gambling is not going away.
6      So look at some of the best casino
7  operators. These guys got hosed, these guys have
8  gotten destroyed. They've got China going against
9  them. They've got, you know, everything shut down in
10 Vegas, things look dismal.
11     They say you want to buy when there's blood
12 in the streets, and I don't know what's a worse
13 industry than gambling and casinos. That to me is one
14 of the best opportunities right now, and I've got the
15 best stock I feel for this sector and I'm putting it
16 in my portfolio this very week.
17     So I'm telling you, gambling is a great
18 sector. If you've bet against gambling, you've lost.
19 You always want to bet on the side of gambling, all
20 right. It just makes sense. People love to gamble,
21 it's not going away.
22     I'll do one more here. Let's see if I can
23 refresh this. All right, one more time. It, one more
24 15 minutes. The page works now, so if it didn't work
25 before, try it again. 15 more minutes, then I'm going

78

1  to log this off.
2      Anyway, gambling, I've got a great stock
3  coming in the portfolio right now.
4      Acharu says what kind of account is required
5  for the options part of this program at the option
6  level? You know, like I said, options level one is
7  all that's needed because I'm talking about the very
8  easiest, the most simple, basic options strategies and
9  the most conservative.
10     The thing is when it comes to managing my
11 bigger money, the family portfolio money, I'm not
12 taking big risks. I'm just not, okay. I'm not going
13 to win all the time, but I'm not taking big risks, I'm
14 cutting my losses early and I'm using option
15 strategies that are very, very conservative.
16     I'm not making -- I'm not looking to make
17 homeruns. I'm looking to collect rent, I want to make
18 income on that portfolio. So I want that income to
19 pay me every month.
20     I want stocks to pay me dividends, but on
21 top of the dividends I want options that will pay me
22 income on top of that. Boom, boom. I want money
23 coming in all the time. That's what a landlord does.
24     So it doesn't matter where you start, okay.
25 Maybe it's a 5,000 dollar portfolio, I don't know what

79

1  the number is. That doesn't matter. When I started
2  trading it was like 2,000 dollars, that's all I had at
3  the time. Everyone starts somewhere, but it's how you
4  grow it and what you do with it from there that
5  matters.
6      So everyone starts somewhere, but you've got
7  to take it and you keep going. You keep finding ways
8  to grow it more and more and more. Anyone can do
9  this, okay. Anyone. It's not that difficult.
10     I'm going to show you the stocks that I'm in
11 and if you like it, you can take advantage of the same
12 ones.
13     But most importantly are the strategies I
14 put into practice, okay. The strategies are the key.
15 Knowing when to get in and when to get out, okay. It
16 looks easy, okay, the red and grown zones, those look
17 so easy, but trust me, it took me years to put that
18 together and it took me years to be confident
19 enough to act on them. But after seeing it over and
20 over again, I'm confident it works, I know that it
21 works consistently, so I, I know how to pull the
22 trigger on those stocks, okay.
23     I find the best stocks and I know the best
24 zones to get in and the best zones to stay out of.
25     All right, what else have we got. Andy says

80

1  what do you think of investing in pharmaceutical
2  companies with a potential cure for COVID?
3      Of course, who doesn't want to invest in a
4  company with a cure for COVID, that's a no-brainer.
5  The question is how do you know which one? There's
6  probably 20 stocks out there right now.
7      By the way, Spindrift, best drink out there,
8  love them.
9      There's so many of the virus stocks that are
10 claiming to have a cure or looking for it. It's hard
11 to know.
12     Personally I want to go with the biggest,
13 talking about like Abbott Labs or Gilead or stocks
14 like that that are big profit machines that I know are
15 going to be around and they are dominating.
16     There's also some little speculative ones.
17 So I'm not saying I won't go speculative, but those
18 I'm taking small bets, maybe 1 or 2 percent of my
19 portfolio goes on the small, speculative bets, okay.
20     I'm going to allocate my portfolio, the best
21 and biggest stocks, get the meat of it. The riskier
22 the stock, the smaller the allocation I'm going to
23 give it. Just the way it goes.
24     Those are the ones that could have the
25 biggest return, but they're risky, so I allocate less

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Attachment II          PX 27, 2058

Case 1:20-cv-03538-GLR   Document 13-1   Filed 12/07/20   Page 254 of 409
JFA - Replay - Raging Bull Events - Jeff Bishop
Raging Bull, LLC

5/21/2020

81

1 and less there.
2     Jeremy says what account size is required
3 for the accelerator for options?
4     You know what, you have to talk to your
5 broker, but typically if you have an account of
6 2,000 dollars or more, you can get cleared for options
7 trading. I would talk to them.
8     But like I said, level one options is all
9 you need because we're talking about the most
10 conservative options out there. It's not difficult.
11 These are the most conservative things out there, so
12 you can do a small account and you will learn so much
13 in the next year and set yourself up for a lifetime, I
14 mean a lifetime of how to do this.
15     Whether you work with me or not after a
16 year, try one year and set yourself up with the kills
17 to do this for an entire lifetime. Absolutely, just
18 do that.
19     Also, we've got one other special thing
20 tonight. If, if you want to join and be with us for
21 lifetime, if you want to do lifetime, we've got a
22 special thing tonight. We call it unlimited, and if
23 you want to go unlimited, you simply go to the page,
24 pay for the year and you can have one more upsell
25 after that and that will get you unlimited pricing.

82

1     What that means is that you can have the
2 service as long as you want, okay. For one fee, you
3 can use it year after year after year. It's one added
4 price. It's not much more, honestly, but you'll have
5 the opportunity to have unlimited access and if you're
6 serious about investing as a long-term investor, it
7 just makes absolute sense.
8     So take advantage of that. That's something
9 that we're only going to do tonight for you guys, so
10 this is your one opportunity to get there. For a
11 little bit more, you can have the opportunity to buy
12 for unlimited, as much as you want for as long as you
13 want. It's simply the best opportunity out there and
14 we're only doing that for you tonight, okay. That's a
15 great opportunity.
16     If you want to become a long-term investor
17 for a long time with me, I'm going to do this for a
18 long time, I'm old, but I'm not that old, I've got a
19 lot of years ahead me, still, so if you want to do
20 this with me, unlimited is the way to go.
21     When you see that on the order form, take
22 advantage of it, you're not going to get that
23 opportunity again. So take advantage of unlimited, it
24 is worth it. You will get to use this service as long
25 as you want, right.

83

1     Patrick says can you share your chart
2 set-up?
3     Yeah, that's one of the things I'll be going
4 over with people soon as we get in the program. I'll
5 be talking about how I make the trades, how I look and
6 identify the red zone and green zone. There's some
7 really simple ways to look at that, so I'll show you
8 exactly how to do that and how you can apply it to any
9 stock.
10     So I'll be focusing on just the stocks I'm
11 trading, but the red and green zones you can apply to
12 any stocks, so that's what I'll show you once you're
13 in the program.
14     Grant says what platform do you trade on?
15     With my options only I trade with
16 Tastytrade, which I've enjoyed recently, but the new
17 portfolio I'm going to have an Etrade. Etrade's been
18 a great broker for me over the years and now that they
19 have zero percent commission on stocks, I think it's
20 going to be a great platform to trade. So the new
21 account will be set up over at Etrade and I'll be
22 trading there because that's a, that's a great, I love
23 their, I love their mobile app, I love working with
24 them in general. It's got a great platform, so I'll
25 be at Etrade.

84

1     Daniel says what's the main difference
2 between total alpha and this portfolio service?
3 That's a great question. The main difference there is
4 that this is longer term trading and it's stock based,
5 okay, so I'm buying stocks, but then I'm also trading
6 options on top of some of those.
7     So the options give me the added boost to
8 the portfolio, but the core of the portfolio is all
9 stock based, so I'm buying stocks and it's for longer
10 term portfolios.
11     If you're in total alpha, you'll see it's
12 pretty short-term based.
13     I'm looking at making trades for a few days
14 or a few weeks at a time. I'm basically swing trading
15 the market, so I'm looking to take advantage of market
16 volatility, I'm looking to trade at different ranges
17 and it's all option based for the most part.
18     With this program, it's mainly stocks and
19 it's longer term. It doesn't need babysitting. I
20 feel like I can go days without looking at the
21 portfolio and it will be just fine, okay. I'm not in
22 these stocks for days, I'm in them for months, some of
23 them for years.
24     So for people who are looking at a longer
25 term, more conservative strategy, I feel this is the

21 (Pages 81 to 84)

JFA - Replay - Raging Bull Events - Jeff Bishop

Raging Bull, LLC                                                    5/21/2020

85

1  best way to go.  I feel so strongly about it because
2  I'm putting my own money into it, okay.
3       I'm very, very serious about it.  This is an
4  opportunity that I've been waiting for, I've been
5  waiting to push my chips on the table and that time is
6  now, so I want to be conservative and pick the best
7  stocks, but I also, I also want to push them in at the
8  right time.
9       So it's a fine balance there, but I'm, this
10 is really, this is, I can't tell you how excited I am
11 about this, because this is the best time that we can
12 be in the market.  I haven't seen this in, you know, a
13 dozen years almost, since the last financial crisis.
14      So I'm excited to get started right now.
15      Raphael says I'm a beginner and very eager
16 to learn; can I really use your program and learn the
17 basics?
18      Absolutely.  So I, first of all, the stocks,
19 I share with you the reports on the stocks so you can
20 see why I like the stocks I'm picking, okay.
21      Anyone can pick stocks, but I've got very
22 clear rationale why I'm buying the stocks I'm buying
23 and I share that with you in the report before I buy
24 the stock, okay.  You're going to see the reports
25 before I make the purchase because I said, these

86

1  things do not sneak up on me, okay.  I'm not waking up
2  one day and saying I think I'm going to buy X, Y, Z
3  stock today.  That doesn't happen here.
4       This is very deliberate.  Everything in this
5  portfolio is very deliberate, it's planned out.
6  Nothing is sneaking up on us, okay.  I know what I'm
7  going to do, I know when I'm going to do it and I know
8  roughly the price I'm going to do it at, okay.  I know
9  this days in advance.  It's not sneaking up on me.
10      So I can have the reports out there, you can
11 learn what I'm buying and why I'm buying it, you can
12 see when I buy it, so why I pulled the trigger on it
13 at that time and then the options strategy for it,
14 also.  That's the kicker, the options on top of it.
15      And that's what you can really can learn the
16 most about because you can apply that to anything you
17 do for the rest of your life.  If you learn these
18 simple basic option strategies that most people just
19 do not do, they're either too lazy to learn them or
20 they just don't know about them.
21      Heck, I didn't know about these things
22 10 years ago -- 20 years ago when I first got started.
23 Okay.  It took me 10 years to learn some of these key
24 tricks in the market and these little inefficiencies
25 or little niches that the market just doesn't make

87

1  well known.
2       Your broker doesn't talk to you about this
3  stuff because he doesn't want you to do this, you
4  know, he wants to manage your money.  He doesn't want
5  you to manage your own money and trade these kind of
6  strategies, okay.  It's not in his interest.
7       I'm telling you, I have no interest in
8  paying a broker to get me the market rate of return.
9  That is just absolute foolishness.  There are things
10 that I can do in the market that are way, way better
11 than my broker could ever do, all right.
12      There's, there's just no doubt.  I look at
13 my -- so to be honest, I have a broker, okay, you
14 would ask why would you have a broker?  Why would you
15 pay someone to manage money for you?
16      The reason is, okay, the guy doesn't do
17 thinking for me as far as the portfolio, I make way
18 more money trading my own money than he does.
19      I have a broker because I want his access,
20 okay.  I've got top level brokers that have got access
21 to different research reports I don't have, different
22 contacts.  I use them for leverage on contacts and
23 information more than anything.
24      So I let them manage some of my money, but
25 then I take information from them and I apply it to my

88

1  bigger portfolio.  That's the key.  That's one of the
2  biggest things I think I can also share with members
3  is that you get access to the top level minds that you
4  probably wouldn't get access to otherwise.
5       So I'm a pretty smart guy, I study the
6  markets.  Well you know what, I learn from the best
7  all the time.  Like you saw the, the interviews I just
8  did, you saw, you know, Jordan Belfort and Howard
9  Lindzon, Allen Marshall, those are just some of the
10 guys that I can get access to to talk about stock
11 trades or see what they're doing.
12      It's really incredible, so I like to take
13 the best ideas, assimilate it and make my own
14 decisions on it, but it's because I've got the best
15 information to work with in the first place, okay.
16      If you have the best information, you can
17 make the best decisions.  So I'm not going to CNBC to
18 get my information or Wall Street Journal.  Those guys
19 have no interest in helping you get farther ahead with
20 your portfolio, they're just there to get clicks.
21 They want to see eyeballs on stocks, that's all
22 they've got.
23      So I, I get my information from top level
24 people.  I assimilate what's the most important and
25 then I make decisions based off of that.

22 (Pages 85 to 88)

Attachment II                          PX 27, 2060

JFA - Replay - Raging Bull Events - Jeff Bishop

Raging Bull, LLC                                                              5/21/2020

89

1       So that's the answer to that one.
2       All right.  Waleed, good to see you tonight,
3   thanks for coming.  I'm glad you're already with us.
4       Kathleen says I know some people have a
5   broker and they broke all the time.  That's true.  I
6   know people that like lost half or almost all of their
7   money with a broker in the last financial crisis, and
8   probably in this one, too, I just don't know it yet.
9       We're about to see some landmark
10  bankruptcies, there are about to be some big blow-ups
11  soon.  There's some really big things coming and
12  there's a big way we can profit from that if we know
13  what we're doing.
14      So it's times like this when, when you get
15  pressured, when you lose 20, 30 percent in your
16  portfolio, these are the things that pressure us to
17  get better, okay.  No one makes changes when things
18  are good, just honestly, they don't.  So you don't
19  take time to better yourself when things are good,
20  okay.  You don't make better choices, you don't take
21  time to learn more.
22      By the way, we're under a minute, if you
23  want in, take this minute, get to that order form,
24  make sure you're on that page before this minute's up,
25  okay.  Take this minute, do it right now, get on that

90

1   page at least, make sure it's up.
2       They might take this page down right now, so
3   get on the order form, take that page.  Make sure you
4   don't miss out on this price.  This price will be gone
5   and you do not want to miss it.
6       I don't want to see anybody in here paying
7   1,800 bucks, all right.  If you do that, I don't know
8   what I'm going to tell you.  You have the opportunity
9   right now to do it, make sure you take the price right
10  now, do not let it go tonight, okay.
11      Bet on yourself.  Bet on the economy going
12  higher.  Bet on you taking advantage of a once in a
13  lifetime opportunity.  It starts right now.  Do not
14  miss the move.  Take advantage of it right now.
15      No one else can do it for you.  No one else
16  can, only you, okay.  You do it, no one's going to
17  manage your money like you do or take advantage.  That
18  starts with you, it's right now, okay.  Don't miss
19  out, all right.
20      I'm not going to do another 15 minutes, so
21  that was two.  You had two opportunities.  If you
22  missed it, you missed it.  I'm glad you're here, all
23  right, there's a ton of people still here.
24      Nate's doing an award, the big prize for the
25  evening.  What do you say?  Do you want to see that

91

1   happen?  I know there was a lot of people waiting
2   around for the big prize tonight.  I'm curious myself.
3       Hey, by the way, if you joined tonight,
4   thank you so much, okay.  You are not just a number to
5   me, I take it personally.  Everyone who joins, I take
6   personal interest, I'm so glad that you're involved in
7   it.  I want to see you just learn more.  I want to see
8   you develop as a trader.  I want to see you expand
9   your horizons and take control of your financial
10  destiny.
11      Okay, nights like tonight you look back on,
12  you're like man, that was a night that things finally
13  clicked, that's when it started for me.  Now I'm on a
14  roadmap, I'm on a path to being successful and that's
15  where it started.
16      I remember when it happened myself and I
17  hope it's for everyone here tonight, too.  I hope this
18  is your night, I hope this is the night that you
19  started to say this is when I started to crush it, all
20  right.
21      All right.  Well there we go.  We've got a
22  winner.  Way to go.  If you are the lucky winner of
23  the 10,000 dollar portfolio, make sure you hit up
24  Nate.  Don't miss out on it.  Get you that money, all
25  right.  You showed up tonight, you're the winner, take

92

1   advantage of it.
2       All you've got to do is contact Nate.  Click
3   his name, instant message him, he'll get your contact
4   information.  But congratulations.  I'm glad we've got
5   a great winner here tonight.
6       So everyone else, thank you for coming.  I
7   hope you learned something, okay.  I hope you took
8   notes.  I hope you go back and look at some of the
9   indicators.  I hope you look at some of the stocks
10  that could explode in the next year or so, right.
11  Look for stocks that have increasing revenues, growth.
12  Big growth in these times is huge.  If a company is
13  growing in a time like this, you can only imagine
14  what's going to happen when the economy is better.  So
15  look for stocks that are making moves right now.
16      It doesn't have to be profitable, but I'm
17  looking for stocks that are increasing revenues right
18  now.  If I find that, they're on my high growth list.
19  So take that away, look for those stocks, look for
20  opportunities.
21      Think about the best stocks out there
22  already, okay.  Go around your house, look for the
23  best stocks out there, the ones that you own, the ones
24  you love, the ones you know about, those are probably
25  the ones that you are most dialed into and you know

23 (Pages 89 to 92)

Attachment II                    PX 27, 2061

JFA - Replay - Raging Bull Events - Jeff Bishop

Raging Bull, LLC                                                      5/21/2020

93

1  the most, so those are the ones I really think you've
2  got the most opportunity to take advantage of.
3      So use this market.  Use this gift to start
4  putting some money to work, okay.  Start getting into
5  some of the stocks you like the most.  What better
6  opportunity are you going to get, okay.
7      Did you want to start investing two or three
8  months ago?  No, it was an awful time.  Okay, in
9  hindsight, truly awful, right.
10      But right now, I think this is just a great
11  time.  This is when I cannot wait to get my money in
12  the market.  So I hope you're with me.  The portfolio
13  accelerator is awesome.
14      I cannot wait to do this, it starts this
15  week.  I really hope all of you are with me, okay.
16  I'm going to be making some life changing moves.  I
17  want everyone with me on this program.  There is
18  absolutely no reason to miss out on it, all right.
19      Do not miss out on it.  This was your
20  invitation.  I'm giving you a personal invitation, so
21  don't miss out.  If you can still get on the page, get
22  there, do the deal tonight.  Do not pay that 1,800
23  bucks.  Shame on you if you wait long, shame on you.
24  If you pay that, do not pay that.
25      You pay what the price is tonight.  This is

94

1  the best deal you're going to get and I want you to
2  take advantage of it right now.
3      All right.  I appreciate your trust.  Yes,
4  thank you guys.  So many people there tonight.  Thank
5  you so much for coming, by the way.  I mean I'm always
6  honored by how many people show up, okay.  I can't
7  believe that this many people just come to something
8  I've got to say on a night like this, so thank you for
9  coming, first of all.  And if you chose to put your
10  faith and trust in me and make a purchase tonight, I
11  thank you even more, okay.
12      I know that's a big leap, I know it's a leap
13  of faith and I, I take it personally, okay.  I know
14  it's a lot of money, I know it's a big commitment, but
15  you know what, I'm committed to you.  I've put a
16  lifetime into studying and getting to the point that
17  I'm at now and I'm convinced this is worth it.  I
18  would not ask you for this money if it was not worth
19  it, okay.  You can trust me on that.
20      This is absolutely worth it because I have
21  walked the walk, I've already done the homework.  I
22  know what it's like to be here, okay.  I've already
23  been there, I've done this dance.  I'm excited, I'm
24  ready to get to work, I want you to come with me.
25      So again, thank you everybody tonight.  Went

95

1  a little bit longer than an hour, but I hope it was a
2  great night for everybody.
3      Anyway, thank you so much.  I'm going to go
4  ahead and wrap it up here, unless Nate or anyone else
5  has got questions or anything else they need to do,
6  I'm going to call it a night.
7      I'm going to take a breather, think I might
8  watch a little Netflix myself right now, but I've
9  already got my stocks picked out for the week so I'm
10  good.  I'm just waiting on pricing at this point.
11      All right.  Thank you guys.  Love you,
12  appreciate you, have a good night.
13          (Whereupon the Live Video
14          was concluded)
15
16
17
18
19
20
21
22
23
24
25

96

1          CERTIFICATE OF TRANSCRIPTIONIST
2
3      I, Monica Voorhees, do hereby certify that
4  the foregoing proceedings and/or conversations were
5  transcribed by me via CD, videotape, audiotape or
6  digital recording, and reduced to typewriting under my
7  supervision; that I had no role in the recording of
8  this material; and that it has been transcribed to the
9  best of my ability given the quality and clarity of
10  the recording media.
11      I further certify that I am neither counsel
12  for, related to, nor employed by any of the parties to
13  the action in which these proceedings were
14  transcribed; and further, that I am not a relative or
15  employee of any attorney or counsel employed by the
16  parties hereto, nor financially or otherwise
17  interested in the outcome of the action.
18
19  DATE:  July 27, 2020
20
21          s/Monica Voorhees
22          _____
23          MONICA VOORHEES
24          Transcriptionist
25

24 (Pages 93 to 96)

```
                                                                    3
              OFFICIAL TRANSCRIPT PROCEEDING      1        FEDERAL TRADE COMMISSION
                                                  2
                 FEDERAL TRADE COMMISSION         3   In the Matter of:          )
                                                  4   Raging Bull, LLC           )  Matter No. 2023073
                                                  5                              )
    MATTER NO.     2023073                        6   -----------------------------)
                                                  7                      Date Unknown
    TITLE          RAGING BULL, LLC               8
                                                  9
    DATE           RECORDED:  DATE UNKNOWN       10
                   TRANSCRIBED:  JULY 21, 2020   11       The following transcript was produced from a
    PAGES          1 THROUGH 48                  12   digital file provided to For The Record, Inc. on June
                                                 13   30, 2020.
                                                 14
                   Profit Prism                  15
                                                 16
                                                 17
                                                 18
                                                 19
                                                 20
                                                 21
                                                 22
                                                 23
              For The Record, Inc.               24
    (301) 870-8025 - www.ftrinc.net - (800) 921-5555  25
```

```
                                2                                                  4
  1          FEDERAL TRADE COMMISSION      1        P R O C E E D I N G S
  2                I N D E X               2        -  -  -  -  -
  3                                        3            Profit Prism
  4   RECORDING:                  PAGE:    4        JEFF WILLIAMS:  Hey, guys and gals, Jeff
  5   Profit Prism                   4     5   Williams here and I want to promise you something
  6                                        6   right now.  You turn off your cell phone, you give me
  7                                        7   your 100 percent undivided attention and I am going to
  8                                        8   literally hand over the keys to my small account
  9                                        9   blueprint.  Listen, people call me Wall Street's
 10                                       10   single best small account builder and educator and
 11                                       11   there's a reason why and I'm about to show you
 12                                       12   tonight.  This is not being done anywhere else.  This
 13                                       13   is something that nobody else is doing and you're
 14                                       14   about to experience firsthand why they call me Wall
 15                                       15   Street's best small account builder and educators.
 16                                       16        Again, my name is Jeff Williams.  And I'm
 17                                       17   going to talk about the shortcut to building a small
 18                                       18   account.  We are going to discover literally the fast
 19                                       19   track to exponential gains using a tiny bit of money.
 20                                       20   I'm talking a couple hundred dollars in only about
 21                                       21   five to ten minutes per day.  If that is something
 22                                       22   that excites you, then you are going to be thrilled
 23                                       23   with what you're about to see.
 24                                       24        First off, again, my name is Jeff Williams.
 25                                       25   I've been trading stocks for over 20 years.  My former
```

1 (Pages 1 to 4)

Attachment JJ

PX 27, 2063

Profit Prisim

Raging Bull, LLC                                                                 7/22/2020

---

5

1   education area, my former job is being an elementary
2   schoolteacher.  I loved teaching kids.  I have a
3   passion and an excitement and a drive to teach people
4   to become better at what they want to do.  And for
5   you, that's finding profits in the stock market.
6       I loved teaching, but the problem with
7   teaching was it only went so far.  My wife is a sign
8   language interpreter by trade, but now she is a stay-
9   at-home mom and her and I love working from home,
10  having the flexibility to be with our children,
11  watching them grow up.  That might be something that
12  you want as well and I can help you achieve that.
13      I'm going to show you a step-by-step process
14  and how not only I've built a small portfolio over and
15  over and over and over again, but I've helped
16  thousands of people just like you have the same amount
17  of success.  Like I said, this is not happening
18  anywhere else on the internet.  It's only happening
19  right here and I want you to get involved in it.
20      You've been deceived and you've been lied
21  to.  I hate to tell you that, but Wall Street wants
22  you to think that you have to have a massive amount of
23  money to make money in the stock market, right?  It's
24  fake news.  They say that the stock market is a rich
25  person's game and if you don't have a big portfolio,

---

6

1   then better luck somewhere else, gang.  But guess
2   what?  That is not the truth and I'm about to show you
3   and prove to you that my system is the single-best
4   small account building system on Wall Street and once
5   you master building a small portfolio, the windows of
6   opportunity will just start to open everywhere in the
7   stock market.
8       Imagine if you had the power for a moment to
9   take $1,000 and turn that into $10,000 or maybe
10  $25,000 and, more importantly, you had the blueprint,
11  the keys to success and the confidence to do it over
12  and over and over again.  That's what I'm about to
13  share with you, gang.
14      I want to show you a couple testimonials
15  really quickly from actual members to back up what I
16  just started talking about.  Todd went on vacation for
17  two weeks.  His account was at $5,200 when he arrived,
18  and when he left, his account was at $8,300 while on
19  vacation.  This blueprint that I'm about to hand to
20  you allows you to do whatever you want.  I call it the
21  ticket to freedom.  If you want to trade from your
22  office, your home, the gym, the beach, vacation,
23  wherever you want, full-time job, part-time job, it
24  doesn't matter.  This easy-to-replicate and very
25  simple-to-follow strategy is second to none.  It

---

7

1   requires just a tiny bit of money and a few minutes of
2   your time and you can have exponential returns.
3       Look at Shawn.  Up $11,000 -- and there's a
4   screenshot -- in just two months.  Thank you, Jeff,
5   for your help and support.  I am literally helping
6   traders just like you, holding their hands, walking
7   them through this step-by-step so that they can have
8   the success that you're about to witness.
9       Now that I've got your attention, and I'm
10  sure I do, please silence your cell phone, stay to the
11  end because I'm about to give you something that I
12  have never given people before.  You are in for a real
13  treat.
14      Obviously, we have to have a little bit of a
15  disclaimer.  What you're about to see is not always
16  going to happen.  Past performance is not indicative
17  of what's going to happen in the future.  Read the
18  disclaimer.  I'm not a financial advisor.  I am here
19  to just show you a system that Wall Street does not
20  want you to know about.  It's a system that helps you
21  build a small portfolio rapidly.  You make the trades.
22  You understand what you're doing.  You don't have to
23  pay other people to make the trades and then pay them
24  commission.  This is something that is life-changing.
25  It is game-changing and you are going to love it.

---

8

1       Let's address some common things.  Does this
2   resemble something that you've done in the past?  Made
3   a trade, made some money.  Placed a trade, lost some
4   money.  Made another trade, made some money, got
5   really excited that you finally figured it out, only
6   to find out that you lost, lost, lost, gave it all
7   back, rebalanced, rinse and repeat.  If that's you,
8   we're about to change that cycle of what I call an
9   amateur trader.
10      So the questions are this, where did you go
11  wrong in the process?  Here's a few things that I've
12  found from new and experienced traders that maybe
13  you're doing as well.  Maybe you have the wrong
14  brokerage account.  Maybe you're acting like a big
15  dog, which means that you're trying to follow a
16  service that told you that it is also ideal for small
17  accounts, but then you found out that they're trading
18  a half a million dollar portfolio.
19      Listen, gang, that's not good for small
20  portfolios.  I am here to tell you that you are not
21  going to find this anywhere else on Wall Street.  I am
22  right by your side, holding your hand and trading with
23  the small portfolio with you.  I'm going to walk you
24  through step-by-step how I do it, the stocks that I
25  find, why I spotted them, and how I trade them so that

---

2 (Pages 5 to 8)

Attachment JJ          PX 27, 2064

Profit Prisim

Raging Bull, LLC                                                                7/22/2020

9

1   you can literally get the keys to building that small
2   portfolio rapidly.
3          Maybe you had the wrong strategy. Maybe you
4   had other distractions in your life. And maybe you
5   got killed by the pattern day trade rule. I am here
6   to tell you that my small account blueprint hacks the
7   pattern day trade rule. That's right. I know how to
8   get around the pattern day trade rule and trade every
9   single day while only having a couple hundred or a
10  couple thousand dollars in your portfolio.
11         Listen, I'm going to solve your problems and
12  I'm going to fine-tune them to actually make your
13  trading a lot better. That's my goal. Listen, this
14  was not me very long ago. Just like you maybe right
15  now. I was in a ranch home, my first years of
16  teaching, I was making about $33,000 a year. I was
17  basically living paycheck-to-paycheck. I was
18  struggling to make ends meet. I had credit card
19  bills. I had car bills. I had student loans. You
20  know, the desire to have a better home, a better life
21  for my family, and it just wasn't happening with my
22  teaching career.
23         So I turned to the stock market and I used
24  that as my solution. And before you know it, once I
25  developed a small account blueprint and utilized this

11

1   the stock market and, most importantly, if it wasn't
2   for that very first step. I'm not going to lie to
3   you, gang. It was scary. But once I made that first
4   step from teaching to trading, man, the possibilities,
5   the windows started to open and it was just amazing
6   how quickly the wealth started to come.
7          Some of the trading struggles that people
8   have, they buy into a lot of hype. The reality is
9   there's so much social media hype out there right now,
10  it's easy to get distracted. I'll help you avoid
11  those distractions. Maybe you were following the
12  wrong people. Maybe you got confused because you
13  tried to do too many things and you were focusing on
14  multiple strategies rather than one simple strategy
15  with a mentor who cares about you and your success.
16  That's one thing that I always hear from my students.
17  They say, Jeff, I'm so impressed, you hardly even care
18  about yourself. You are more worried about our
19  success and our understanding.
20         Answer me this, do you know anybody else on
21  the internet right now that is spending time with
22  their students on a daily basis, reaching out to them,
23  making sure they know why they're buying a trade,
24  where their target is, what the stop loss is, what the
25  trade plan is, how to read a chart? Those are all

10

1   and applied it into my trading, all of a sudden, these
2   ideas started to become possibilities and realities.
3   And, gang, I'm here to tell you right now, I can help
4   you achieve the possibilities and realities and dreams
5   that you want. This is going to be life-changing for
6   you. I'm here to tell you nobody else does this on
7   the internet. You are in for a big treat right now.
8   This is something that I'm really passionate about
9   helping you with and I want to see you become
10  successful in the market with just a tiny bit of money
11  and a little bit of time. That's what my system does
12  for you.
13         So here's what happened. I bought a new
14  home. I went from a ranch home to a $327,000 home and
15  I paid that off in three years thanks to the stock
16  market. And for five years, I lived absolutely debt-
17  free. It was an amazing feeling. I was able to do
18  things I never thought was possible all thanks to the
19  stock market, and those are things that you may be
20  able to do as well.
21         And what happened recently, I decided to
22  upgrade my home. I went and I built a brand new
23  $700,000 dream home for myself and my family and it
24  really was the most amazing feeling I've ever had.
25  This would never have been possible if it wasn't for

12

1   things that I love doing. That background that I have
2   of being an elementary schoolteacher, that passion to
3   help people and that ability to take complex skills,
4   which is what the market is all about, and teach them
5   two strategies that even the most beginner of traders
6   can understand and apply, that's what I love doing
7   every single day.
8          So, listen, how did I turn this around?
9   Well, first off, I found the right broker. That seems
10  so simple to people, but I found E-Trade. I was at
11  another brokerage account for a while and they were
12  nickel-and-diming me on commissions. Now, the good
13  thing for you is that a lot of brokers out there right
14  now, they have zero commissions. That is really,
15  really helpful for people like you and I, especially
16  when you have a tiny portfolio. Keeping that money in
17  your portfolio really helps you progress along the
18  way.
19         So I found E-Trade. I think E-Trade is a
20  great brokerage firm out there. I also like Charles
21  Schwab and TD Ameritrade. But we'll get more into
22  that as we roll along in the program.
23         I learned and I back-tested a strategy.
24  When I first started massaging my 20 years of
25  experience in the stock market into the small account

3 (Pages 9 to 12)

Attachment JJ          PX 27, 2065

Profit Prisim

Raging Bull, LLC                                                                 7/22/2020

---

13

1   blueprint, I had to do a lot of back-testing.  I had
2   to make sure that this was bulletproof, that this
3   would have more consistency than not, and I'm here to
4   tell you that it was amazing and you're about to see
5   the proof in just a few minutes of how dynamic this
6   strategy is and how life-changing it can be for not
7   only me, but for you as well, and you'll -- again,
8   you'll see that this is not offered anywhere else on
9   the internet.  This is a one-of-a-kind.  It really is
10  a diamond in the rough and you're going to absolutely
11  love how easy the strategy is, how little time it
12  takes, and how little money it takes to get rolling.
13      So I started my small account blueprint very
14  small.  Like you, maybe you only have a couple hundred
15  dollars, that's what I started off basically in the
16  beginning, a couple hundred, a couple thousand
17  dollars.  And I focused on trying to find consistent
18  winners over and over and over again.  Base hits,
19  right?  Base hits, not home runs, that's what wins you
20  the game.
21      And then I was not greedy.  I took what the
22  market gave me.  I knew what I was looking for.  I
23  understood the charts, the technical analysis and the
24  level 2s and I will teach you all of that, and before
25  you know it, bam, bam, bam, the portfolio started to

---

14

1   increase, I was able to make a lot of money, I was
2   able to put money on the stock market, rinse and
3   repeat it and my confidence just went through the
4   roof.
5       I refined my strategy obviously as it went
6   on a little bit and I was able to make a couple tweaks
7   which actually allowed me to avoid the pattern day
8   trade rule.  I talked about that a few minutes ago.
9   That is something that really cripples a lot of
10  services out there.  They don't know to get around the
11  pattern day trade rule.  I have developed a hack that
12  allows me to trade actually multiple trades per day
13  every single day and avoid that pattern day trade rule
14  even though I've only got a couple hundred or a couple
15  thousand dollars in my portfolio.
16      And then, of course, number five, is called
17  my winning trades.  I was able to now get bigger
18  positions as my portfolio started to increase.  I was
19  able to make bigger profits.  I was able to take half
20  of my position off, let the rest ride, all a little
21  bit more complex strategies, and it really just helped
22  me gain so much confidence in the market, and that's
23  what I want to pass on to you, gang.
24      I want to show you a recent small account
25  challenge that I did.  This was not that long ago, as

---

15

1   a matter of fact.  In June, June 14th to be exact, I
2   started off with $3,000.  Now, that might be a little
3   bit more than some of you have or maybe that's a lot
4   less than many of you have.  You can use this strategy
5   with a couple hundred dollars, a couple thousand,
6   20,000, 100,000, 500,000.  It really doesn't matter,
7   but I just love working with people that have a small
8   portfolio because that's what I do and that's what I
9   do better than anybody else on the internet.
10      So anyways, on June 14th, I started with
11  $3,000 and I literally put this blueprint to the test
12  again to help my clients build some financial wealth
13  and freedom.  And October 28th, with just a couple
14  months later, I've already built this portfolio to
15  over $30,000.  That's 3,000 to over $30,000 in just a
16  couple months.  I want you to think about that for a
17  minute, gang.  Think about the magnitude of those
18  percentages.
19      Because maybe you don't start with 3,000,
20  maybe you start with 10 or maybe you start with 500,
21  but think about that percentage for a minute.  900
22  percent, 1,000 percent, that is life-changing, that is
23  game-changing.  Think about what you could do with
24  that kind of money.  Paying off a credit card, car
25  payments, student loans, taking a dream vacation,

---

16

1   treating your family to something you've always wanted
2   to do.  That's what I want to help you accomplish,
3   gang.
4       Let me go back a little bit further because
5   I want to make sure that you really understand that
6   this is not a fly-by-night, one-hit wonder.  Back in
7   November of 2017, I actually started this for the very
8   first time.  I had a little bit bigger of a portfolio.
9   I started with $6,700.  And in just six months, I
10  built that to over $25,000.  These are the profits
11  that you see right here in your screen.  Over $20,000
12  profit or a 275 percent return on my very first run.
13  And I'm sharing this with traders just like yourself,
14  real-time alerts, emails.  I'm making sure they
15  understand exactly why we're making trades, how we're
16  making these trades.  And they are seeing success like
17  they never thought was possible.
18      So what happened?  They said, Jeff, this is
19  absolutely incredible.  And, of course, the people
20  outside of my program said, that was beginner's luck.
21  Show me that you're going to do it again and I'll be a
22  believer.  And I said absolutely because I had back-
23  tested, I was confident, I had refined my blueprint
24  and I knew it was going to work over and over and over
25  and over again.  And, of course, I put it to the test

---

4 (Pages 13 to 16)

Attachment JJ          PX 27, 2066

Profit Prisim

Raging Bull, LLC                                              7/22/2020

17

1    and within a two-month time frame, I took a $5,000
2    portfolio, which was actually smaller than when I
3    started, and I took that to over $16,000.  You can see
4    right there, $10,800 in change, 220 percent return in
5    about two months.  I was able to withdraw these
6    paychecks that the stock market was giving me and I
7    used these to help fund the new house, the pool that
8    we put in the backyard, the patio, things that I
9    wanted to do to not only treat myself, but treat my
10   family to something really nice, all thanks to the
11   stock market.
12        So listen, I did this a third time because,
13   again, people wanted to see that I really was the best
14   small account builder on Wall Street, and I was
15   saying, yes, I will prove that to you just like I will
16   prove that to you again and again and again as we do
17   these small account challenges over and over and over
18   again because the confidence is just so high and so
19   strong that I can literally take money out any time I
20   want, reset and do this over again, and I can help you
21   achieve that same type of success.  That is my goal.
22        So at the end of 2018, I reset again to
23   $5,000, and in just a couple of months, I was able to
24   rip out another $30,000.  That's 600 percent gains I
25   saw in my third run at this.  This is real money,

18

1    gang.  This is not fake money, paper trading.  This is
2    real money.  I put real money in my trades.  That's
3    why I'm saying this is not offered anywhere else.
4    Somebody who does real money, small portfolio, teaches
5    you, shows you and shares all the things with you.
6    This is why this is very unique to Wall Street and
7    it's why Wall Street fat cats hate me because they'd
8    rather you pay them to do it and then they get a
9    commission off of it.
10        So here's something that I also did.  This
11   was like right now, I just did a holiday blitz.  We
12   had the holiday seasons here not that long ago and I
13   told people, listen, what if we could use the stock
14   market to pay for the things that we want on the Black
15   Friday deals, the Cyber Monday deals, the Christmas
16   shopping, whatever holiday that you love to spend time
17   with your family enjoying, what if we could use the
18   market to pay for those types of things?
19        I took this small holiday blitz challenge at
20   $3,000 and in just two weeks -- think about that for a
21   moment, gang -- in just two weeks, I'm already up to
22   over $10,444 in the portfolio.  That is just an
23   amazing gain and my members are seeing the exact same
24   type of gratification and profits from the market and
25   this is something that I'm going to teach you exactly

19

1    how we do.
2        Look at these members' success right here.
3    Look at how these members are succeeding.  Jim, I'm up
4    about three and a half thousand dollars in just a few
5    days since joining you.  Dennis says, I put $5,000 in
6    a TD Ameritrade two weeks ago and now I'm at $7,200.
7    Here's a screenshot from another member right here.
8    This person has $5,211 profit in one month and their
9    confidence is growing.  That's what you get.  The keys
10   to success from me.  The blueprint to exactly how we
11   do it, the profits and, most importantly, the
12   confidence to continue to do it.
13        I streamline everything for you.  I make
14   this very simple.  I told you before, you can do this
15   at the gym, you can do this at your full-time job,
16   your part-time job, the beach, at home, wherever you
17   are.  I make sure when I make a trade, you know about
18   it.  I send you the exact text alert of what I'm
19   looking for, what I'm trading, when I buy it and, of
20   course, when I sell it, and, of course, you get other
21   additional information sources that I'll talk about in
22   a few minutes.
23        But here you can see, ADOM, $296 profit on a
24   small position.  $296 on a couple hundred or a couple
25   thousand dollar position, that is what we are after

20

1    for, gang.  Big returns on small portfolios rapidly.
2        ANDI, 12 percent, $400 profit.  APRU, my
3    account is now up to $12,223, 144 percent in eight
4    weeks.  That was a message we had for SESN and APRU on
5    some success that we had recently.  AXXA, $1,413 gains
6    on a small position.  We are finding the stocks that
7    have big moves.  And I'm not talking about pump-and-
8    dump, gang.  So get that out of your mind right now.
9    I'm talking about stocks that have extremely high
10   liquidity, massive volume that we can slip in and out
11   of and Wall Street barely even knows they're there,
12   but we're making really big gains fast.
13        Now, I want to talk about what happens when
14   you start compounding your gains.  A lot of us will
15   start off with a portfolio that's relatively small,
16   maybe $1,000, maybe 500 bucks.  Some of you might
17   start with more, some of you might start with less.
18   But think about this for a moment.  You make 10
19   percent on a $1,000 trade and you make $100 profit.
20   You start to snowball that, right?  The ball gets
21   rolling.  Our portfolio starts building.  We start to
22   take maybe one, two positions now.  We're investing
23   $2- or $3- or $4- or $5,000 in the market instead of a
24   couple hundred.
25        Once we get to that point of $500, we make

5 (Pages 17 to 20)

Attachment JJ                    PX 27, 2067

Profit Prisim

Raging Bull, LLC                                                            7/22/2020

21

1   10 percent, we're making $500 profit per trade.  We
2   get that account really rocking and then it's rolling
3   and we're at a $50,000 portfolio, for example, and we
4   make 10 percent, that's a $5,000 profit.  So you can
5   see that as the snowball starts to roll down the hill
6   and it starts to build, money starts to pile in that
7   account, those profits of the same percentage are
8   starting to grow exponentially and it really builds
9   that portfolio fast.  And that's what I've been able
10  to do time and time again and help traders just like
11  you accomplish the same thing.
12       So you may ask me this very simple question,
13  Jeff, why don't you trade a bigger portfolio?  The
14  honest answer is, I love doing the small account
15  challenge.  I was an athlete when I was younger and I
16  really love the challenge of trying to do something
17  that nobody else on Wall Street is doing.  A lot of
18  people can go with a $500,000 portfolio and make a
19  couple hundred bucks or a couple thousand dollars here
20  or there.  But show me the people that are taking a
21  couple hundred or a couple thousand and making those
22  275 percent gains, 225 percent gains, 600 percent
23  gains, 3,000 to 10,000 in two weeks.
24       Think about that, gang.  Think about how
25  that changes your life.  Think about the gratification

22

1   you get from that.  That's why I keep doing it,
2   because I love seeing members just like you have more
3   success than they ever thought was possible.  I am
4   sick and tired of the other services out there that
5   say, listen, this strategy works great for small
6   portfolios, come on in.  And when you join them,
7   you're looking at a portfolio of a half a million
8   dollars and you're wondering how can I make my $500
9   portfolio work when I'm up against a Wall Street fat
10  cat with 500 grand in their account and they're not
11  teaching me anything.  That won't work for you.
12       That's why I'm here.  I'm here to solve the
13  problem and that's why I love helping thousands of
14  traders just like yourself with a little bit of money
15  and I love being right by your side, holding
16  your hand and teaching you that it's about percentage
17  returns more than anything else.  Simply put, this is
18  more advantageous for you and for me and I love doing
19  the small account challenge.
20       So I'm showing you that you can grow your
21  small account, and here's the best part, in as little
22  as ten minutes per day.  You heard that right, gang.
23  I want to introduce you to what I call my 10-minute
24  work day strategy.  Here are three things that are
25  really important to this strategy.  And I'm going to

23

1   go through them fairly quickly because it's super
2   easy.  Remember, I was an elementary schoolteacher.  I
3   can teach you all the complex strategies in a very
4   easy-to-understand format, very quickly.
5       The number one thing we look for is volume.
6   I want to avoid the concept that people say that
7   trading small portfolios is about pump-and-dump, that
8   you need to find that low float trade that rockets up
9   800 percent and then comes crashing down.  No, that is
10  not what we do, not at all.  We find highly liquid
11  stocks that we can move in and out of with our small
12  portfolio and have Wall Street barely even know that
13  we are there.  Thank you very much for the payday,
14  let's go on to the next one.
15       We look for stocks that are moving over
16  resistance levels.  If you don't know what that is,
17  don't worry, I'll teach you all about that.  That's my
18  job, that's my passion.  I love educating people on
19  how to dissect a technical analysis stock chart, how
20  to read a level 2, how to get better buys and sells,
21  how to make the right trade at the right time, and
22  before you know it, bam, bam, bam, you'll be doing it
23  that fast.
24       What I look for is I look for 10 percent
25  potential or more in every single one of my trades.

24

1   You give your money to that Wall Street fat cat,
2   they're going to invest it in a stock like Apple,
3   Amazon.  They're going to hope that it makes 6 or 7
4   percent and tries to kind of outpace the S&P for the
5   year.  That sucks.  I don't want 6 or 7 percent for a
6   year.  That ain't going to do diddly-squat for my
7   $3,000 portfolio.  It probably ain't going to do
8   anything for you either.  I want to find 10 percent or
9   more every single trade that I make.
10       So listen, here's what I do and I want
11  you -- to show you how simple this actually is.  I run
12  a scan that's really easy to find Wall Street's
13  biggest movers tomorrow, but we find them today.  And
14  this is why I say this is a 10-minute strategy.  I'm
15  not going to really go into 100 percent detail of the
16  actual strategy right now, but I just want you to see
17  for a moment how fast I can run this scan.  This is an
18  absolutely free website call Finviz.com.
19       In the upper left of the website, you'll see
20  what's called a screener.  I go to that and I enter
21  four things into that screener.  I do price action,
22  current volume, average volume, and then today's
23  performance.  I do it that fast and I get the results
24  and then I move on to the next thing, which is
25  analyzing the data that we get.  Actually looking at

6 (Pages 21 to 24)

Attachment JJ          PX 27, 2068

Profit Prisim

Raging Bull, LLC                                                                                        7/22/2020

---

25

1   the charts that the scanner spits out.  This scanner,
2   in four simple steps and as quickly as I just showed
3   you right there, that's really how fast it goes once
4   you learn how to do it.  It narrows the market down
5   from thousands and thousands and thousands of
6   possibilities down to just a couple handpicked,
7   diamond-in-the-rough trades that I think could be
8   tomorrow's biggest movers that we get into today.
9          Now, obviously, the 90 results that we look
10  at, I'm not going to make a trade in all 90 results.
11  What I do is I refine the results and I look for two
12  simple patterns.  I will tell you about this right
13  now.  The two patterns that I have had the most amount
14  of success with is what I call a consolidation
15  breakout.  If you don't know what consolidation is,
16  don't worry.  I want you to think about a pot of water
17  on the stove.  When it is just simmering, that is what
18  consolidation is.  It's just resting.  It's not
19  boiling over yet, it's not exploding, it's not doing
20  anything crazy.  It's just simmering.  That's when I
21  start stalking the trade.
22         And more importantly, as the trade starts to
23  come out of that consolidation or sideways move and
24  starts to move higher, when that heat gets turned up
25  on that pot of water and it starts to go from a small

---

26

1   little bubble to a bigger boil, that's when I'm ready
2   to strike.  And those are the types of trades that I
3   look for.  A stock falls down.  It might get beat up
4   as sellers crush the price.  I'm not worried about it
5   then.  I'm not trying to catch a falling knife.  I'm
6   not trying to go against the grain of the trade.  I'm
7   not trying to fight a downward path.  I don't do that.
8   It didn't work for me in the past.  I found that
9   members have very little success with that.  But had a
10  lot of success trading this simple strategy.
11         We wait for the fall to end, we wait for the
12  simmer to happen, we wait for the boil to pick up, we
13  enter the trade there, and bam, that's when it
14  launches into a new pattern of higher highs.
15         Also, the second pattern that I look for --
16  again, imagine for a moment you're walking up the
17  stairs at your house or you're walking up the stairs
18  in the building.  This is called a stair-step higher
19  approach.  It's a higher high and higher low pattern.
20  It's very simple to spot on a chart.  It's when the
21  chart goes from maybe 5 cents to 10, 10 down to 7, 7
22  to 12, 12 to 10, 10 to 15.  The lows on that chart are
23  getting higher as it progresses and the highs are also
24  getting higher.  That is a trend that I love to be in.
25  It's called following the money trail or fighting --

---

27

1   or not fighting the trend.  Following the path of
2   least resistance.
3          Buyers are buying the stock up.  The flow is
4   going higher and we are riding that trade with the
5   flow of the money.  We are taking it higher.  We buy
6   the breakouts, we buy the pullbacks, we make our money
7   into strength.  All things that I will teach you.  If
8   you don't understand that right now, don't worry.  If
9   you have no trading experience at all, don't worry,
10  I'm here to help you.
11         So listen, here's a stair-step approach that
12  we saw in January.  This was actually SHLDQ.  You may
13  know Sears.  This stock broke out of that sideways
14  little simmer and is starting to rocket higher.  This
15  stock went from 50 cents to almost $2 and at the time
16  that we were looking at it and making a trade on it,
17  this stock ran 157 percent in just a couple days.
18  Think about what that will do for you, gang.  Nobody
19  else on Wall Street is doing anything nearly close to
20  this when trading stocks.  As a matter of facts, even
21  the options traders out there are not outpacing the
22  returns that I am showing you in my small account
23  portfolios.
24         Here's another stair-step approach breakout
25  for SHMP.  This stock went from basically a 20-cent

---

28

1   stock to almost $1 and you can see right there on the
2   screen, this is actual proof, I made this trade for
3   $699 profit in just a couple days.  This was a really
4   big return on a small position.
5          Here's another one, CFMS, 100 percent run on
6   a stair-step approach, higher high and higher lows.
7   Remember, we're not trying to catch a falling knife.
8   That means a stock that's just diving down that people
9   try to jump into just praying the bottom comes in and
10  rebounds.  That usually doesn't work.  This series of
11  higher highs and higher lows builds a lot more success
12  and confidence in your portfolio and profits and
13  here's a prime example, $374 I made on a very small
14  position on this CFMS.
15         So are you confused?  That's okay, don't
16  worry about it.  I've designed what I call a five-step
17  system to convert your small account into a fortune.
18  And ladies and gentlemen, I want to basically
19  introduce to you right now something that Wall Street
20  hates me for, but I love doing, it is called my Profit
21  Prism Program.  The Profit Prism Program is a five-
22  step approach to helping you build your small
23  portfolio rapidly into a fortune.
24         And the five steps are very simple, and I'm
25  going to break them down for you.  Step number one is

---

7 (Pages 25 to 28)

Attachment JJ        PX 27, 2069

Profit Prisim

Raging Bull, LLC                                                                                           7/22/2020

---

29

1   developing a repeatable strategy. Something I did,
2   I've built over 20 years of experience. I took all
3   that knowledge, the highs and the lows -- and trust
4   me, I don't shy away from the lows. I use those as
5   teachable moments. I'm massaging all that trading
6   into the basic foundation of the Profit Prism. I let
7   this strategy become something that nobody else has
8   ever done, a battle-tested, proven strategy that works
9   for not only small portfolios, but medium and large
10  portfolios as well.
11          This is the foundation to success. I will
12  help teach you all the skills that you need to getting
13  the right brokerage account, learning how to read the
14  charts, analyzing the level two, finding out that this
15  right now is the best time to buy, this is the best
16  time to sell. We'll talk about strategies for stop
17  losses, money management. This is all right here in
18  the base of the program.
19          Here's somebody right here that says, I want
20  to express how much I am enjoying your service. Your
21  educational lessons and videos are top-notch, self-
22  explanatory and easy to comprehend. The learning
23  curve has been exponentially less time and now I can
24  decipher all this information on my own is what JoAnne
25  is essentially saying here. She's able to cut all the

---

30

1   noise out of the market and really refine her skill
2   and find the best trades at the right time thanks to
3   the video lessons and material that I share with my
4   traders.
5           I found a way to consistently and safely
6   make money, not necessarily following your trades, but
7   following the lessons that I've learned from the
8   videos and finding my own trades. Now I am scaling up
9   on my trades, said Alex.
10          I really want to emphasize something there for a
11  minute. Alex is now doing this on his own. I have
12  taught him enough where he doesn't need to worry about
13  mirroring people anymore. When you don't have to
14  worry about mirroring people and you can find trades
15  on your own, it is so much easier and that's the
16  gratification I get by educating people just like
17  yourself. I love that. That really pumps me up and
18  it gives me the desire to continuously do this over
19  and over again.
20          Lawrence says, $3,160 profit in a week. I
21  wanted to thank you for the service that you provide.
22  This has been a great time for me in trading. I don't
23  get too much time to trade because of my full-time
24  job, but I'm able to follow the lessons in the
25  evening.

---

31

1           So again, the key point there, Lawrence
2   trades and works a full-time job and that's what you
3   can do with my Profit Prism, small account blueprint.
4           So obviously what I do after I lay the
5   foundation down for everybody, teach you what to look
6   for, we back-test things, right? And we're able to
7   back-test and experiment by what I call the video
8   watch list. Every evening, I give my clients a video
9   watch list. And in that video watch list is something
10  really, really important. I break down a couple of
11  trades that I'm stalking for tomorrow and I break them
12  down now. And I show you exactly what I'm looking for
13  and why I'm looking at that particular trade.
14          Once you start to learn the whys of making a
15  trade, it really helps you start to build confidence
16  and success and it starts you reaching for those
17  freedoms and possibilities that you really are looking
18  for. So I give you the watch list. I teach you how
19  to track the trades, trade the trades, experiment and,
20  of course, we do this all on paper in the beginning to
21  make sure that you're seeing a lot of success, that
22  you're understanding what you're doing, and then we
23  start to go into trading small, which we'll talk about
24  in a minute.
25          Here's Janet that says, Jeff, my account was

---

32

1   in the red, I was losing hope, but I decided to give
2   it one more chance and I'm so glad that I did. Now
3   that I have found you, my account balance is in the
4   green in a very short period of time.
5           Clifton says, I just want to say thank you.
6   I told you my plan last year. I have been sticking to
7   it, paper trading and studying and I know that you
8   guys catch some slack in the room every now and again,
9   but hats off to you. At the end, he has three
10  accounts, they're up $7,000 or more, $3,000 or more,
11  and over four and a half thousand dollars for a total
12  of $15,000 that he has in profit.
13          So like I said, we build the foundation. We
14  experiment, we back-test it a little bit. I give you
15  the video watch list. And when you're ready, we start
16  trading small. We get a little bit of skin in the
17  game. You and I both do this together. I'm trading
18  that small portfolio right alongside you. Once you
19  utilize the skills and you start to see success, we
20  will start to build confidence and we will start to
21  build the portfolio and it will start to compound.
22          Now, we do a little -- excuse me -- we do a
23  little bit more now. We talk about here's a person --
24  from Nick -- that says, I wanted to talk about how
25  today I was sitting in my car while it was being fixed

---

8 (Pages 29 to 32)

Attachment JJ          PX 27, 2070

Profit Prisim

Raging Bull, LLC                                                                    7/22/2020

---

33

1    and I saw your alert.  I made the trade, $6.30, and I
2    got out at $6.70, the fastest 15 minutes, $600 profits
3    I have ever made.
4            Nick was sitting in his car while it was
5    being fixed.  He made a trade from my alerts.  $600,
6    probably paid for his car repair.  Isn't that awesome
7    that you can now use the market to do things like
8    this?
9            Art says he took a trade on EARS.  He bought
10   in at 92 and he sold just a couple days later at 139
11   using my system, $937 profit.  But, more importantly,
12   42 percent and that's what I love to see people do.
13   Talk about those percentages.  Not about the actual
14   dollar amount.  Because, again, making a $5,000 win on
15   a half a million dollar portfolio isn't really
16   impressive.  But making a 42 percent win on a $500
17   trade, that's awesome.
18           So we start to optimize this as we go along,
19   right?  We use the alerts, the watch list.  We start
20   making a trade and now we get to the next level.  We
21   start to see that the setups are developing on a
22   regular basis.  We're running our scan, we're finding
23   the trades.  We're looking for that consolidation,
24   breakout, we're looking for higher highs and higher
25   lows.  And before you know it, we're able to spot

---

34

1    these setups really quickly and we are really able to
2    optimize and begin to develop some winning streaks.
3            For months, I watched the videos and studied
4    the materials.  Now this is a great week.  Green every
5    day.  Just over $4,000 in realized gains this week,
6    from Jerry.  The training here is real and it's the
7    best that's offered.  That's awesome.  I love hearing
8    that.
9            I took a puny $1,200 account and in nine
10   trading days, already up to $1,730 after commissions.
11   That's a 41 percent gain.
12           Dustin, on the very bottom there, talks
13   about how he started with $10,000 and is now up to
14   over 13, almost 13 and a half thousand, a 34 percent
15   gain in a month.  That's what I love hearing from
16   members.  That's what drives me to keep doing this.
17           So now we get to the very top of the
18   pyramid, gang.  We start winning big and we start
19   winning consistently.  You finally made it.  You
20   developed a base.  You back-tested, you refined, you
21   started off small, you optimized.  And here we are,
22   that portfolio is really now building rapidly,
23   rapidly, rapidly, and now we are able to get to the
24   point that we can create winning streaks and our
25   confidence is sky high right now because we know

---

35

1    exactly what we're doing and why and we get to this
2    point.
3            When you get to this point, you are able to
4    withdraw money from the stock market.  You are able to
5    pay yourself.  You are able to do the things that you
6    want, the car payment, the house payment, paying off
7    some student loans, helping your significant other
8    with theirs, taking the family, the kids, your
9    significant other, your friends on a vacation,
10   something you always wanted to do, but couldn't.  But
11   now thanks to the stock market and this blueprint to
12   success, you were able to pull the money out and you
13   know how to start all over again.  You are confident
14   to say that, yes, I can start off with 500 bucks again
15   and I can repeat this all over again.
16           When I first started, I didn't have any
17   confidence.  I destroyed one account after another
18   after another because I didn't have a proven strategy.
19   With this, I am able to repeat this over and over and
20   over and over again as are my clients because they
21   have the confidence and the knowhow to continuously do
22   this.  You take that small account to over $25,000,
23   hey, maybe you want to go for a million.  That's
24   great.  This will keep working for you over and over
25   again regardless of your portfolio size.  But knowing

---

36

1    that you can reset if you want and do it all over
2    again and avoid the pattern day trade rule like I
3    said, it really is awesome.
4            Look at this.  Julie from 5,000 to 18,000.
5    Lisa, $33,000 profit in a single week.  That's because
6    she has a little bit bigger portfolio now.  She didn't
7    want to withdraw.  She wants to keep rolling.  $33,000
8    in a week, life-changing, game-changing.  That's the
9    possibilities we have.  Nobody else is doing this,
10   nobody else is teaching you this, nobody else is
11   holding your hand through it and doing the small
12   portfolio right alongside you like I am.  That's the
13   beauty of the Profit Prism.
14           Kyle Fox, best day ever.  What a day.  Most
15   cash into tonight.  $20,000 right there.  That's a
16   screenshot of Kyle's gains, Kyle Fox.  $20,000 in a
17   single trading day.
18           The key takeaways from the Profit Prism.
19   Number one, this is a one stop shop.  I told you in
20   the beginning, once you develop a strategy that allows
21   you to build a small portfolio into a large amount of
22   money and then rinse and repeat that and give you that
23   confidence, the door is open to so many other things.
24   Now instead of just trading stocks, maybe you're swing
25   trading larger cap stocks.  Maybe you're doing options

---

9 (Pages 33 to 36)

Attachment JJ            PX 27, 2071

Profit Prisim

Raging Bull, LLC                                                    7/22/2020

---

37

1  now.  You are doing things that you never thought were
2  possible because you have the ability and the knowhow
3  to spot the best setups, to make the best trades at
4  the right time, to know when to stop out, maximize
5  profit, minimize losses.  I teach you money
6  management.  The list goes on and on and the
7  possibilities are endless to the flow of money the
8  stock market can give you.
9      You can utilize this strategy in just ten
10 minutes per day.  You saw me a few moments ago go
11 through that Finviz scan.  Bam, bam, bam, bam, bam.
12 Go through, refine, find the best results, make the
13 trade.  It really does, gang, only take about ten
14 minutes per day.  I have clients right now that have
15 done it enough where they can do it in about three to
16 five minutes and go right back to their daily grind,
17 whatever that may be, and they love it.
18     You can work at your own pace.  You can do
19 the video lessons, the knowledge that I'm going to
20 give you, you can watch that at your own pace, at your
21 own time, and you can progress as rapidly or as slowly
22 as you want.  When you're ready to go, bam, I'm right
23 there to help you out.
24     The phases of this pyramid, obviously, we
25 talked about it, develop, back-test, start small,

---

39

1  importantly, I am going to give you the tools, I'm
2  going to give you my elite training videos, over 100
3  of them.  You can pick and choose where you are on
4  that spectrum.  If you know nothing about the stock
5  market, you might utilize all 100 video lessons that
6  talk you through step-by-step how to get a brokerage
7  account, how to get a stock chart -- charting service,
8  how to get a scanning service, how to make a trade,
9  and all the important things that you need, that is
10 where the elite training video really separates my
11 service from anybody else.
12     I walk you through all the steps necessary,
13 whether you're a beginner, intermediate or advanced.
14 That's a $799 value easily.
15     So for an extremely limited time offer, I'm
16 going to give you a special price.  You see my elite
17 video lessons, 800 bucks; the evening video watch
18 list, $1,000; real-time text and email alerts, $1,600.
19 But wait, remember I told you I was going to give you
20 something absolutely free?  You're going to be able to
21 learn from my 20 years of experience how I mastered
22 the stock market and I'm going to give you a near
23 $1,700 value absolutely free for being a Profit Prism
24 member.
25     I'm going to give you my streaming DVD

---

38

1  optimize, and then win big and win consistently.
2      So here it is, gang, this is an opportunity
3  that you have that is not offered anywhere else.  This
4  is the Profit Prism bundle.  Let's break it down for
5  you.  I'm going to give you real-time trading alerts.
6  Every time I make a trade, you're going to know about
7  it.  I'm going to give you an email and a life text
8  message alert about what I'm buying, how much I'm
9  buying and what I think I'm looking for on the trade
10 and, of course, where I bought it.  I will give that
11 to you so no matter where you are, if you have a cell
12 phone or an access to computer, email, text message,
13 boom, you're going to get that.
14     This is a nearly $1,600 a year value.  It is
15 absolutely incredible.  You are going to have access
16 to that and I want to help you start building your
17 small portfolio rapidly through my alerts.  I also
18 want to help you with my evening video watch list.  I
19 will be giving this to you on an everyday basis, the
20 evening video watch list.  I'll talk about the stocks
21 that I'm stalking for tomorrow.  What I'm looking for,
22 today.  What I'm looking for, why I like it and where
23 I might be looking to place a trade.  This is a $999
24 value easily.
25     But, most importantly, right now, most

---

40

1  bundle.  The stock market -- the Penny Stock Market
2  Millionaire DVD, a near $600 value.  This is the
3  fundamental skills right here of how to read charts,
4  the charts that made me rich, the key components of
5  breaking down a chart and knowing when the ideal time
6  is to buy and sell.  Innovative Trading Tools, a $300
7  value, the skills you need to go full-time if you
8  want.  And, lastly, my Small Account Blueprint
9  Success, how I've turned 5,000 into over $25,000 in
10 just a couple months.  You add that all up, it's a
11 $700 value.  And, gang, I am going to give this as my
12 Profit Prism bundle free by becoming a member.
13     And here's the deal.  Profit Prism, limited
14 time offer.  Let's add this up, let's go through it:
15 799 for the training videos, $1,000 for the video
16 watch list, real-time alerts, the bonus DVDs, this
17 retails for over $5,000.  But for an extremely limited
18 amount of time, I want you to save the money, put it
19 back into your portfolio and I'm going to do something
20 I've never done before.  I am going to slash the
21 prices to an astronomically low level so that you can
22 put that money in your portfolio and we can start off
23 small today.  All you need to do, gang, is click on
24 the link below, become a Profit Prism member, and I'm
25 going to give you my three streaming DVD bundle and we

---

10 (Pages 37 to 40)

Attachment JJ          PX 27, 2072

41

1  are going to start dominating Wall Street like you've
2  never seen before.
3       I can't wait to get started.  I love working
4  with traders just like you.  What do you say, gang?
5  Click on the link below.  Don't let this opportunity
6  pass you by.  Nobody else on Wall Street is doing this
7  and I can't wait to help you start achieving your
8  financial dreams.  Let's do this together right now.
9       Oh, yeah, here we go.  Now we get to my
10 favorite part of this as you take a look at the
11 extreme value of what the Profit Prism bundle is all
12 about, let's get to a few questions that really might
13 be things that you're wondering about right now as
14 you're getting ready to sign up.  So let's go ahead
15 and take a look at the bundle one more time, about the
16 elite training video lessons, the evening watch list,
17 the real-time trade alerts, email and text message, of
18 course, the bonus DVDs.  And then here are some
19 questions that maybe you have that other new members
20 just like yourself have asked me recently.
21      Question number one, do I need to have a big
22 account to start with the Profit Prism Program?  The
23 answer is absolutely no.  You really need to only have
24 a couple hundred dollars if you want to start with the
25 Profit Prism Program.  I have people in this service

42

1  right now that have used somewhere between $3- and
2  $500 to get started.  Remember what I said earlier.  I
3  actually prefer that you start off small so that as we
4  learn together, both using small portfolios, we're not
5  risking a whole lot in the market as we learn.
6       I mean, listen, everyone's got a couple
7  hundred dollars laying around.  That's a fact.  We use
8  that little portfolio.  We gain the knowledge
9  necessary.  We get the fundamental skills and then we
10 start with that snowball effect and we start
11 compounding those wins.  And before you know it, that
12 $3- or $500 portfolio is a 1,000, 1,000, 1,500, 1,500
13 to 3,000, and so on and so forth and it really is an
14 amazing thing.
15      So like I said, this is unique to Wall
16 Street.  You're not going to get this anywhere else,
17 gang.  I can promise you that.  The results speak for
18 themselves.  275 percent returns, 220, 600 percent.
19 The most recent small account challenge, 3,000 to over
20 10,000.
21      Another great question from members, do I
22 need to have a lot of knowledge in the markets to get
23 going with the Profit Prism Program?  As you take a
24 look at the order form right now and you're getting
25 ready to go with me and we're ready to get started,

43

1  let me answer that question.  Let me tell you exactly
2  what you're going to get right after you sign up.
3  You're going to get an email that includes a special
4  table of contents link.
5       In that table of contents, gang, I have
6  actually done a step-by-step-by-step program.  It's
7  step one, step two, and step three.  And depending on
8  where you are with your knowledge in the market is
9  depending on where you start.  If you have zero
10 knowledge at all, you're starting in the step one
11 area.  And we're going to talk about selecting the
12 right broker, getting a charting service, learning how
13 to make your first trade, learning how to use chart
14 patterns, level twos, things like that, all in the
15 very beginning.
16      So literally, you can have zero experience
17 and a tiny portfolio and the Profit Prism Program can
18 really help you accelerate your learning and your
19 portfolio growth.  It's a great question.
20      I also get this asked a lot.  How much time
21 do I need to devote during the day with your service?
22 The real answer is about five to ten minutes per day.
23 If you can give me five to ten minutes per day, that
24 still allows you to work a full-time job, work a part-
25 time job, enjoy family, enjoy the freedoms that you

44

1  want.  You don't have to be chained at your desk to
2  have this service work.  Remember, I do all the heavy
3  lifting for you.  I run all the scans.
4       Now, of course, I'm going to teach you how
5  to do that yourself, but I will run all of the scans
6  at the right time to try to find tomorrow's biggest
7  mover today, and then, of course, once I find that
8  trade or two, I will alert you in real-time SMS text
9  and email and you'll be able to act on that trade if
10 you want.  And, of course, by learning the scans,
11 you'll be able to find them on your own.  So a couple
12 minutes per day.  Keep working that full-time or part-
13 time job or whatever it is that you do that you love
14 during the trading day.  Don't sit in front of your
15 computer all day long.  That is boring.  I don't do
16 that myself.  You will be able to have a lot of
17 success and be -- really become a lot more educated
18 with this Profit Prism Program.
19      Another great question, how about the
20 pattern day trade rule?  Do I have to worry about the
21 pattern day trade rule with the Profit Prism Service?
22 Now, here is the real great thing, like I said before,
23 I've been able to get around the pattern day trade
24 rule, and I'll teach you exactly how I do it, what
25 type of account you need and how to avoid that pattern

11 (Pages 41 to 44)

Profit Prisim

Raging Bull, LLC                                              7/22/2020

---

45

1   day trade rule so that we can literally make a trade
2   or two every single day.
3      That's right, gang.  Like I said, this
4   service is like nothing else you've seen.  Nobody --
5   and I mean nobody -- is offering anything remotely
6   close to this that has this type of returns, this type
7   of testimonial proof from their members and, of
8   course, from myself, the proof is right there in the
9   slides earlier.  You've seen the percentage gain.
10   You've seen how I've been able to rinse, repeat, take
11   money out of the market, use that money to pay off
12   whatever it is that I want, bills, freedom things,
13   vacations, whatever it is.  This program is -- really
14   is unique.  There's nothing else out there.  And,
15   again, we avoid that pattern day trade rule.
16      And, lastly, as you're getting ready to sign
17   up right now, check it out.  Once again, the link
18   below, this is the lowest price, my best price I've
19   ever offered for Profit Prism because I want you to
20   keep that money in your portfolio so we can get
21   started right now having a better experience in the
22   stock market.
23      The last question I have, and it's a great
24   question, is are you going to be resetting soon so
25   that I can get in at the very beginning?  And, of

46

1   course, the answer to that is yes.  I am known on Wall
2   Street as one of the best, if not the best, small
3   account builders and educators of anybody else out
4   there.  I love doing small accounts.  I will
5   continuously do them over and over and over and over
6   again.  Not once, not twice, not five, not ten, maybe
7   15, 20 times from now, we will continuously reset.  So
8   I'm always right there on the verge of getting ready
9   to reset, pull money out of the market, pay myself, do
10   something fun, and then reset very soon so that you
11   can get in at the ground level and we can start
12   working on this together.
13      So like I said, gang, this is a very limited
14   time offer.  You've seen what I've got.  You've seen
15   the proof.  You know about the training that I have;
16   you know about the video watch list; you know about
17   the real-time buy and sell alerts; you know about the
18   three streaming DVDs that I'm giving you absolutely
19   free, a $1,600 or $1,700 value.  We're not retailing
20   this at $5,000.  This is the absolute lowest price
21   you're going to see.  Simply click on the link below,
22   gang.  I will help you get started and we are really
23   going to have a great time in this journey together of
24   building our small portfolios.
25      And once you learn how to master this, I'm

47

1   telling you, gang, the doors will be wide open for
2   numerous opportunities for you to make additional
3   income thanks to the stock market.  I am thrilled, I
4   am excited, and I cannot wait to get started with you
5   right now.  So click that link, sign up and let's get
6   to building our small portfolios today.  I'll see you
7   there.
8      (The recording was concluded.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

48

1           CERTIFICATE OF TRANSCRIPTIONIST
2
3
4      I, Elizabeth M. Farrell, do hereby certify
5   that the foregoing proceedings and/or conversations
6   were transcribed by me via CD, videotape, audiotape or
7   digital recording, and reduced to typewriting under my
8   supervision; that I had no role in the recording of
9   this material; and that it has been transcribed to the
10   best of my ability given the quality and clarity of
11   the recording media.
12      I further certify that I am neither counsel
13   for, related to, nor employed by any of the parties to
14   the action in which these proceedings were
15   transcribed; and further, that I am not a relative or
16   employee of any attorney or counsel employed by the
17   parties hereto, nor financially or otherwise
18   interested in the outcome of the action.
19
20
21   DATE:  7/21/2020
22         ELIZABETH M. FARRELL, CERT
23
24
25

12 (Pages 45 to 48)

Attachment JJ     PX 27, 2074

OFFICIAL TRANSCRIPT PROCEEDING

FEDERAL TRADE COMMISSION

MATTER NO.        2023073

TITLE             RAGING BULL, LLC

DATE              RECORDED:  MAY 27, 2020
                  TRANSCRIBED:  JULY 22, 2020
PAGES             1 THROUGH 52

Joinnow.Live Webinars - Jeff Bishop Free Total
Alpha_2020-05-27-13-30-04

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

---

**2**

```
1               FEDERAL TRADE COMMISSION
2                      I N D E X
3
4  RECORDING:                                      PAGE:
5  Joinnow.Live Webinars - Jeff Bishop Free Total
6  Alpha_2020-05-27-13-30-04                          4
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

**3**

```
1               FEDERAL TRADE COMMISSION
2
3   In the Matter of:            )
4   Raging Bull, LLC             )  Matter No. 2023073
5                                )
6   -----------------------------)
7                          May 27, 2020
8
9
10
11       The following transcript was produced from a
12  digital file provided to For The Record, Inc. on June
13  30, 2020.
14
15
16
17
18
19
20
21
22
23
24
25
```

---

**4**

```
1          P R O C E E D I N G S
2            -    -    -    -    -
3      Joinnow.Live Webinars - Jeff Bishop Free Total
4           Alpha_2020-05-27-13-30-04
5          JEFF BISHOP:  Because with simplicity comes
6   a lot of money.  You want to approach the market in a
7   methodical and precise way.  I'm Jeff Bishop.  I'm the
8   founder and CEO of Raging Bull.  I spent the last
9   decade teaching thousands and thousands of paying
10  members how to become more successful traders.
11         This is the one service you need for your
12  entire trading career.  This is it.  I've got nothing
13  to hide.  I've got the goods and I'm willing to share
14  them with you right now.
15         One word to describe the stock market,
16  chaos.
17         VOICES:  Facebook.  You're fired.
18         JEFF BISHOP:  There are 3,671 companies
19  listed on U.S. exchanges.  The NYSE alone has $200
20  billion traded every day.  That alone is enough to
21  blurry the mind of any prospective trader.  And add in
22  technology and it gets even more complicated.  The
23  world is becoming insanely connected and there is more
24  information out there than ever before.  Roughly 300
25  billion emails are sent and received every single day.
```

1 (Pages 1 to 4)

Attachment KK

PX 27, 2075

Joinnow.Live Webinars - Jeff Bishop

Raging Bull, LLC                                                              5/27/2020

---

5

1   23 billion text messages are sent each day worldwide.
2   About one million texts were just sent in the time
3   that it took me to say that.
4        There are 6,000 tweets sent each and every
5   second.  Two million news articles are posted every
6   single day.  For traders, technology can be a
7   blessing, but it's commonly the demise of very many
8   people.  Ask yourself, has this explosion of
9   technology and information at our fingertips helped
10  you become a better, more profitable trader?  Probably
11  not.
12       Has trading really become easier because of
13  this?  Well, that's going to be a big no for me.
14  Numbers are flying around; headlines are flooding your
15  inbox; and the media is drowning out any possibility
16  for you to even think on your own.  With all this
17  noise, it's clear why so many traders continue to
18  struggle, especially when you're first starting out.
19  You want to take in as much information as possible.
20  But with that information comes a severe case of
21  overstimulation.  There's just too much going on out
22  there.  It's easy to fall in that trap.  Hey, I know I
23  did.
24       I was the victim of this.  I thought that I
25  needed to process every single thing, every little bit

---

6

1   of information, otherwise, I wouldn't be successful.
2   I even went as far as to tackle a PhD level options
3   trading education.  Yeah.  Thinking that more college
4   and more knowledge would equal more profits.  Well,
5   you know what?  That is far from the truth.  And until
6   I realized that I didn't need to understand every inch
7   of the market, I really struggled.  I mean, struggled
8   might even be an understatement.
9        My wife would even say that I crashed and
10  burned.  And who could blame her?  It wasn't until I
11  silenced -- I mean, I silenced all this noise and I
12  focused on three distinct phases of a stock's life
13  that I began to see monumental and consistent profits.
14  The crossover, the launch pad, and the ripple.
15  Basically, a crossover signals when a stock is going
16  to change direction and we can get in with impeccable
17  timing with this.  The launch pad, this identifies
18  when a stock is about to break out again off the
19  launch pad.  And then the ripple.  This acts as your
20  guide to making money when a stock is relatively flat.
21  Hey, don't worry, I'm going to get into all that in
22  just a little bit.
23       Anyways, there are three distinct phases
24  that I've used to generate huge returns like these
25  over and over again.  And now you can, too.  Because

---

7

1   no matter what happens in the stock market, a stock is
2   going to go through these three phases over and over
3   again.  As traders, the most important thing to focus
4   on is simplicity because with simplicity comes a lot
5   of money.  I mean, a lot of money once you master it.
6   You want to keep things simple and you want to make
7   more money, right?  I mean, that's why we're all here,
8   right?  Comments, yes.  Type in yes right now if you
9   agree.
10       You do not want to be overwhelmed.  You want
11  to approach the market in a methodical and precise
12  way.  You want to block out all the unwanted and
13  unneeded noise and be able to focus, able to narrow
14  your focus on the important thing.  Keep those yeses
15  coming in.  Come on, keep typing them.  I know that's
16  what you want.  It's what everyone wants.
17       Hey there, I'm Jeff Bishop.  I'm the founder
18  and CEO of Raging Bull.  I spent the last decade
19  teaching thousands and thousands of paying members
20  how to become more successful traders.  Raging Bull
21  was founded on the belief that people interested in
22  trading, no matter their experience level or account
23  size, needed a completely transparent resource to come
24  and learn from some of the most prestigious traders
25  in the world.  It was something that I really wished I

---

8

1   had available when I started trading over 20 years
2   ago.  I couldn't find this anywhere.  So I decided to
3   start a company and do it instead.
4        Back then, I had to look through the
5   newspaper for quotes and trades from the previous day.
6   I didn't have this barrage of information flying at me
7   from every direction.  It was the newspaper of all
8   things.  I was forced to keep it simple and that has
9   continued to be the foundation of my trading success.
10       I had a few pages out of the newspaper to
11  look through once a day, five days a week, that was
12  it, all right?  That was all I had.  I know.  It
13  sounds painful in this day and age to think about
14  reading stock quotes from a newspaper.  Hey, they were
15  even quoting fractions back then.  Can you believe
16  that?  Imagine seeing a stock quote saying three-
17  sixteenth on the end of it.  This was literally the
18  dark ages in stock trading.  It's gotten a lot better
19  now.  It was really tough and I struggled like anyone
20  else.  I almost quit trading just as early as I
21  started.
22       It took me a lot of hard work, but I managed
23  to save up 2,000 bucks, and before you know it, I lost
24  it all.  I was cutting other people's lawns for $20
25  apiece back then.  So that was a ton of money to me.

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Attachment KK**                              **PX 27, 2076**

Joinnow.Live Webinars - Jeff Bishop

Raging Bull, LLC                                                          5/27/2020

9

1  I mean, I had to go cut another 100 lawns to make up
2  for what I just lost.  I couldn't believe it.
3       I mean, my first home that my wife and I
4  purchased in 1998 was only $20,000.  Trust me, $20,000
5  back then did not get you much of a house either.  It
6  was a dump, all right?  It was a little dump.  But
7  coming from a family that lived in rented apartments
8  their whole life, man, I was proud to have my name on
9  that deed and own it.  We took a lot of pride in that.
10      Anyway, I honestly thought I was a lot
11 smarter than anyone else.  I had educated myself with
12 a lot of book smarts and trading education over the
13 years.  Even went to college to get myself ahead.  I
14 thought that I was too good for any hedge fund and,
15 most importantly, I didn't want to work for anyone
16 else.  The stock market, yeah, that was my answer.  At
17 least I thought it was at first.  I was a trained
18 economist.  I went to school for a lot of years to get
19 that and I learned all the little intricacies about
20 the markets and the global economy all together.
21      I was confident that this knowledge would
22 provide me the access to everything I needed to become
23 a success.  Well, you know what I learned?  I learned
24 that it gave me about a zero percent edge on the
25 markets.  Yeah.  Sorry to break it to you.  While I'm

10

1  a Mensa certified genius, I'm not a genie, I'm not a
2  fortune teller, I don't have a crystal ball that tells
3  me when things are going to go up or down tomorrow.  I
4  can't pull amazing trades out of a magic hat whenever
5  I want.  If anyone says they can, it's just a flat-out
6  lie.  It's a gimmick.  It's a "boo-ghazi."  It doesn't
7  exist.
8       What I have learned over the years is that
9  the stock market will humble, even crush anyone who
10 thinks they can predict stock movements all the time.
11 You can get lucky once in a while, but you can't
12 predict them.  But here is the trick I have learned.
13 You do not have to, all right?  You don't need a
14 crystal ball.  Yes, the best trading methods are those
15 that don't require you to get lucky on a stock
16 direction once in a while.
17      So what I developed is a methodical system
18 that takes the crystal ball out of the process and
19 narrows it down to focus on three constantly repeating
20 phases of a stock's life.  Yeah, just like the sun
21 rises in the morning, peaks at noon and sets at night,
22 stocks also have three predictable phases as well.
23 You know, I've met several people in my life who they
24 know this, but very few of them actually know how to
25 profit from it.  But I made it my mission to profit

11

1  from this.
2       And now you can, too.  Wins just like these.
3  I mean, check these out.  These are awesome.  See,
4  when you're in the market for 20 years, you learn a
5  little something.  You learn how events shape the
6  market and how stocks react.  In the last 20 years, I
7  actively and successfully traded through some of the
8  most prolific moments in stock market history, some
9  good and some really bad.  I mean, the dot-com bubble,
10 the war on terror, the Iraq War, Hurricanes Katrina
11 and Rita, the housing crisis, the global recession,
12 Japan's tsunami, the nuclear disaster, Hurricane
13 Harvey, that cost $180 billion, the Brexit.  And guess
14 what, none of those events could have predicted --
15 think about the biggest names in investing right now.
16 I'm talking Warren Buffett, Peter Lynch, Steve Cohen.
17 Not a single person knew that those were coming,
18 right?  It doesn't matter how smart you are.
19      And this reiterates my point, that you
20 cannot predict what's going to happen in the market
21 tomorrow.  You just can't.  Even a week from now or a
22 month from now, it doesn't matter.  And I'm telling
23 you you do not need to.  You can't predict them and
24 you don't need to.  This is a common theme that did
25 happen during all these events, okay?  There are

12

1  three, three repeating patterns, three phases of a
2  stock's life that happen time after time again.  And I
3  was able to make money in them because I narrowed my
4  focus on them.
5       See, regardless of any financial crisis,
6  regardless of any news headlines, regardless of any
7  natural disaster, regardless of anything that happens
8  that could affect the market, these three phases
9  always take place.  And not only do they take place,
10 but they reveal themselves.  They show themselves in
11 broad daylight and are easily identifiable if you know
12 where to look.  All right?
13      And I'm not just here to tell you how to
14 find them.  I'm here to show you how you can make a
15 killing, a little killing by keeping it simple and
16 dialing in on only three phases and never veering off
17 course.
18      First though, there are two big myths that
19 traders get wrapped up in all the time.  The first is
20 that you cannot compete with Wall Street, that this is
21 too big of a game for you to plan, that you don't have
22 any chance because of all these so-called experts out
23 there.  Well, listen to me right now.  If you don't
24 take anything else from this training, remember this,
25 you do not have to outsmart Wall Street, okay?

3 (Pages 9 to 12)

Attachment KK                    PX 27, 2077

Joinnow.Live Webinars - Jeff Bishop

Raging Bull, LLC                                                    5/27/2020

---

13

1        People are always trying to outsmart Wall
2    Street.  I hear it all the time from my members and
3    you just can't do it.  But you don't need to.  They're
4    always saying, let's beat these guys.  Well, who are
5    you trying to beat?  This is a solo game of chess.
6    There's no scoreboard except your own balance sheet.
7    So when I hear I'm going to beat Wall Street, I just
8    cringe.  I think of all my millionaire trading
9    partners here at Raging Bill and we -- we all cringe
10   when we hear stuff like that.
11       We're not trying to beat or outsmart Wall
12   Street.  What we're trying to do is win at our own
13   game.  We're staying in our lane and winning these
14   three phases.  They teach you how to play within your
15   own chess game and how to put points up on your
16   scoreboard.  These phases are about personally
17   attacking opportunities that have time and time again
18   shone prosperity to me and my community of traders.
19       This brings me to my second and arguably the
20   most critical myth that I want to debunk right now.
21   It does not take years to become a successful trader,
22   all right?  Throw that away.  It does not take a long
23   time.  When you narrow your focus on these three
24   phases, you will begin to tune out all the media and
25   all the noise out there and you will begin to forget

---

14

1    about every little aspect of technical analysis out
2    there, looking at charts.  It just doesn't matter.
3        You'll be able to look at a stock and know
4    what phase it's in, how you're going to profit from it
5    and when the opportunity is perfect for you.
6    Basically, what I've created is a picture book of
7    trading, all right?  It's a picture book.  It gives
8    you the exact visual that you need when a stock is in
9    one of the three phases and what to do when that
10   happens.  And, remember, this was developed after 20
11   years of trading.  It took me a long time to put this
12   together.
13       Everything that I've learned boils down to
14   the three easiest phases to locate.  I'm going to show
15   you how to look for them and what to do in just a
16   minute.  It's a proven method and it's what I've been
17   teaching people for years.  Many of my members are
18   brand new to trading.  They have limited funds and are
19   just looking for a way to make some extra cash.  I
20   mean, who doesn't want to make a little extra cash?
21   That's why we're all here.  Isn't that what you want
22   to do?  Of course it is.
23       So type in some money signs right now if you
24   want to see this, too.  All right?  Type them in.  I
25   want to show you how to streamline the process and how

---

15

1    you could become a successful trader right now.  Tell
2    me how much money you want to make this year.  Type in
3    those symbols.  Keep them coming.  Come on.  I love
4    it.  Look at all this.  Those are awesome.
5        So check out all these testimonials.  Now,
6    these are from actual paying members who have been in
7    my services and learned to hone in on these three
8    phases.  All right?  Three phases and this is what you
9    could be looking at.
10       BEN:  I got the alert from Jeff Bishop
11   yesterday afternoon.  This morning, the market popped.
12   I put in my limit order and, boom, I was out with
13   $3,000 in my pocket.
14       JOHNNY LEE:  It is crazy how good of a feel
15   Jeff B has on the market.  I also bought XLE and ROKU
16   with him and I'm up $14k on those two combined.
17       ROBERT WEBER:  Jeff, thank you for the great
18   video lesson and trade alerts.  In a roundabout way,
19   thanks Netflix alert.  I bought Disney calls for 1.93
20   and sold them today for 12, a 520 percent profit in
21   four days.  I would not have felt comfortable making
22   this trade without your great lessons.  Thank you.
23       CHRISTOPHER TRAN:  Jeff, I had my best day
24   so far, 171 percent on LYFT put for a profit of $17k.
25   Your teaching has helped.  Thank you.

---

16

1        HEATH ROBINSON:  I got in at 320 and I just
2    sold out at 790.  I snagged this 147 percent gain in a
3    matter of two days.  Jeff, you are the real deal, my
4    friend.  Thank you.
5        ALAN JAMES:  That was a nice pick on
6    Workday, Jeff.  Got in on Monday for 2.60 and got out
7    on Wednesday at 8.  My first double bagger.  8,000
8    win.  Thanks.
9        TESTIMONIAL:  Jeff, your IWM recommendation
10   was awesome.  I got in at just under 157 and I added
11   more at about $155 just like you suggested.  And this
12   morning, that more than paid the Total Alpha service
13   in just one day.  Thank you so much for sharing these
14   ideas with us.  I'm looking forward to trading with
15   your team for a long time.
16       BRENT:  On vacation with my family.  I used
17   Jeff's crossover strategy and in that day of trading,
18   I doubled my account from the beach.
19       MICHAEL C:  Jeff Bishop, you're the man.  I
20   have made more money in two days I've traded options
21   with you than I have in the whole last three months.
22       BRIAN B.:  I'm up $10,000 on the trade so
23   far and sold some already, $36,000 on the day.
24   Thanks.
25       JEFF BISHOP:  This is what I'm talking

---

4 (Pages 13 to 16)

Joinnow.Live Webinars - Jeff Bishop

Raging Bull, LLC                                                                5/27/2020

---

17

1　about.  They applied what I told them and are raking
2　in money.  Now, it's your turn.  I'm going to show you
3　how you can locate each phase and exactly what to do
4　to profit from it.  Okay.  There's three key phases,
5　like I just said, the crossover, the launch pad and
6　the ripple, just three phases.  This is all you need
7　and it's made me an insane amount of money in a very
8　short period of time.
9　　　　Now, right away, I want to show you the
10　crossover.  This pattern is the focus when a stock is
11　going to change direction and it's identified by just
12　one thing, the money pattern.  Man, I love this
13　pattern.  This is the pattern I use daily to locate
14　stocks that are about to change their direction.  And
15　I'm ready for it.  I know when it's going to happen.
16　It's a simple set of analyses that I've created based
17　on a stock chart and when it can help me profit from
18　when a stock goes up or down.  In fact, I've made some
19　of my biggest -- my absolute biggest gains have come
20　when stocks crash using this pattern.  But like I
21　said, this is the picture book of trading.  And the
22　best way I can show you what to look for is by what?
23　Well, by showing you, of course.
24　　　　So first up, let's take a look at Netflix.
25　Now, what you see here is a confusing chart.  I mean,

---

18

1　you've got relative strength index.  You've got some
2　moving average lines, some highs, some lows, some
3　volume indicators.  Honestly, it's really a bunch of
4　garbage.  They think it's useful to you, but it's not.
5　People are just trying to sell you more data.
6　　　　Now, what I want to do is show you what is
7　important to focus on.  So now, take a look at this
8　chart.  And what I'm going to do is highlight what's
9　really important here.  Now, what you can see here is
10　that I took everything away but the red and the blue
11　lines.  What I'm looking for is some separation in
12　them as you start to see them form right here.  You
13　see the distance between the red and blue lines, then
14　they both trade with a gap in between them for almost
15　two weeks.  This is the time I'm looking for so that
16　it develops a trend.
17　　　　Now, I'm not looking to enter any trade
18　until I see one thing happen.  This is when the two
19　lines cross signaling a reversible.  This tells me
20　when the stock is going to change direction.  And when
21　you know that, you can make some fast money when these
22　cross.  I mean, just look what happens.  Look at that
23　drop.  Isn't that amazing?  Look at that drop.  That
24　indicator predicted that right then and there.  I knew
25　about this stock trended higher and the two lines were

---

19

1　separated, they would cross and that would tell me the
2　stock was going to pull back.  This setup is absolute
3　money.  It's my favorite.  It's my most recognizable
4　setup.  If you get one thing, remember this setup.  I
5　use it daily, and time and time again it just works.
6　Like I said, there are these phases that present
7　themselves daily and all stocks do this.  Every one of
8　them.
9　　　　To prove my point, I'm going to show you
10　some more.  Check out this one on Amazon.  Here's the
11　cluttered chart with a bunch of stuff you don't need
12　to know, you can't make sense of.  Now, here's all you
13　do need to focus on.  Just look at this chart and
14　focus.  See these lines and how they separate right
15　there?  And they stay that way through a consistent
16　downtrend.  Then if we follow these two lines, we get
17　to the crossover and, boom, a solid, nearly 100-point
18　move from the bottom.  I mean, don't you want to know
19　when that's coming?
20　　　　I mean, this was all I needed to see.  That
21　crossover is the conviction that the stock is going to
22　change direction, all right?  You can do this.  Go
23　ahead.  Look back at that moment right now.  See where
24　it crosses?  I'm telling you, this is how easy it is.
25　As soon as they cross, it changes direction.  Weeks in

---

20

1　a downtrend and then suddenly [clapping hands] when
2　the red and blue lines cross, it flips back around.
3　It is such a powerful phase and even more powerful
4　when you use it with options, because with options, a
5　huge move like this can happen and make enormous
6　returns.
7　　　　I mean, one share of Amazon would have been
8　about $1,750.  We can't play that game.  I don't have
9　the capital and I've got a really big account.  What I
10　do want to do is use options.  Those can go up 100
11　percent or more with an investment as small as $1,000
12　in a very short period of time.  Options can yield the
13　highest returns and it allows you to do more with
14　less.  And that's what I love.
15　　　　Let's go through some more examples here.  I
16　want you to really, really get this.  So we can get a
17　little quicker with these since you know what we're
18　looking for now.  Just check this one out.  This is on
19　ROKU, one of my favorite stocks to trade.  I've
20　already taken away all the junk you don't need, so
21　look at this.  Focus on these two lines right here and
22　how they separate right here and stay that way for a
23　couple weeks.  Can you spot the money pattern?  Do you
24　know when the reversal is about to happen?  Of course
25　you do.  Look at this.  You know what to look for

---

5 (Pages 17 to 20)

Attachment KK          PX 27, 2079

Joinnow.Live Webinars - Jeff Bishop

Raging Bull, LLC                                                    5/27/2020

---

21

1  right now.
2         There you go.  Right there.  You see that?
3  That is the cross you're looking for.  That crossover
4  triggers the reverse in the direction and tells me
5  that I can snag some puts and capitalize on a quick
6  move lower.
7         Moving right along, Boeing is next.  Look at
8  this chart.  When we look at the full chart and zoom
9  in when they begin to separate, again, see those
10 lines?  As this trend happens, it comes on my radar
11 and I remain patient.  I don't get too anxious.  I
12 stay patient.  I generally want them to be separated
13 for about two weeks or more.  I simply wait for the
14 money pattern to show up and then I jump on it.  Come
15 on, you can spot it now, too.  See it?  It's right
16 there.  You can see it.  Yeah, it's right there.  That
17 is the crossover we're looking for.
18        Now, this move was big.  I mean, this was a
19 big move.  In just a week, the stock dropped all the
20 way from around $430 to nearly $350.  That is a
21 massive move.  All alerted by this one simple pattern.
22 Nearly 20 percent drop in the stock price.  And that
23 could have been over 600 percent on the options, all
24 right?  600 percent.
25        Okay, two more really quick ones because I

---

22

1  want to drive this home.  I want you to get it.  I
2  want you to be able to spot what's happening next.
3  Okay?
4         This is a chart on the NASDAQ stock.  Yeah,
5  the NASDAQ actually trades in stock.  Most people
6  don't know that, but here it is.  Look at this chart.
7  First, we look for when the two lines begin to
8  diverge.  We want that separation, right?  Look for
9  that separation.  Wait for two weeks to happen.  And
10 then look for the money pattern.  When that reversal
11 happens, you know what you're looking for.  You know
12 when these two lines cross, the crossover phase is
13 happening.  That's when you want to take a move.
14        In just a few days, the stock changes
15 directions, and with options, we can make boatloads of
16 money on these quick moves.  Maybe it's just like a 4
17 percent move in the stock price, which really wouldn't
18 get me excited as a stock trader.  But in this case,
19 the options could have made you 75 percent or more in
20 just a few days.  And you would have made this on a
21 stock dropping.  Who doesn't love that, when you can
22 make money on a stock that drops?
23        That's the power of the money pattern.  It's
24 all about a simple change in direction.  Up or down,
25 we can profit from both sides.  But we have to use

---

23

1  options on it.
2         All right.  Here's a great one I want to end
3  with.  Everyone knows and loves Apple, right?  Well,
4  check this out.  It works on any stock.  This is in a
5  consistent downtrend.  You just don't know when to get
6  in.  But if you look for the separation and you wait
7  for that crossover, you get a great chance to know
8  when that reversal is going to happen.  And I love to
9  see stuff like this line up.
10        This downtrend and then we wait patiently
11 for that crossover.  And when it does happen, look at
12 this.  When it does happen, the stock shoots up all
13 thanks to the money pattern.  This is so easy a child
14 can do it.  A massive change in the direction and what
15 could have been a huge profit for you if you were
16 using this.  The money pattern is my bread and butter.
17 All stocks go through this phase of direction and
18 change and, now, you know how you can find it.
19        It could be trending lower and then spike
20 up.  Wait for the money pattern and you know when it's
21 going to pop next.  It could be trending higher and
22 then the pullback.  Wait for the money pattern and you
23 know when it's going to crash.  You have a high level
24 of certainty then, okay?  We will take advantage of
25 both of these together.  I use this all the time and

---

24

1  I'm going to show you how to do it.
2         But there are two other phases we need to
3  discuss because you should be making money in all
4  market conditions, no matter if the money pattern has
5  presented itself or not.  There's always an
6  opportunity to profit.
7         So the second one, this is the launch pad.
8  This is a favorite of many, many traders out here.
9  Now, picture this for just a minute.  You are watching
10 a stock rally.  I mean, you weren't the first to get
11 in or the second or the third.  Heck, you were so late
12 to the party, you weren't even anywhere close to this
13 thing.  You just sat by and watched it take off
14 without you.
15        How many of you have looked at a stock
16 that's been climbing for a bit and said, am I to late
17 for the party?  Yeah, you probably are.  Or should I
18 get in now or do I just wait for it to come back down?
19 These are all the questions we have when we see a
20 stock taking off without us.  But believe me, I've
21 been there and I'll speak for everyone here, I know we
22 all have.  It's so hard to chase a stock that's
23 shooting up.
24        Again, no one is alone here.  Even if you're
25 brand new to trading, this is a situation that you'll

---

6 (Pages 21 to 24)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Attachment KK          PX 27, 2080

Joinnow.Live Webinars - Jeff Bishop

Raging Bull, LLC                                                                  5/27/2020

25

1   be facing which is exactly why I'm preparing you for
2   it. We all go through this. And the launch pad is my
3   tried and true formula for knowing if the stock is
4   going to rally for another breakout. This is going to
5   save you days, I mean, weeks, months, years of
6   headaches and kicking yourself for not being a part of
7   some epic ride.
8          Simply put, the launch pad is the phase in a
9   stock's life that you're going to look for if a stock
10  is going to break out again. Okay, we don't know, but
11  the launch pad will tell you. We may not catch the
12  first breakout and that's okay, you don't have to.
13  That's basically like playing the lottery. Sometimes
14  you're going to get lucky on these. Once in a blue
15  moon, you might catch it, but that's not how you want
16  to be predictably making money in the market. That's
17  gambling.
18         It's nearly impossible to time an initial
19  breakout like that. We can't rely on luck in our
20  trading. Normally, it's some catalyst events or
21  unless you're the CEO of a company or have some inside
22  information, you probably can't predict what the
23  results are going to be and how to get in front of
24  them.
25         Just like earnings, I mean, none of us

26

1   average Joes know what earnings reports are going to
2   show. We could buy ahead of it and hope it goes our
3   way, but that's like flipping a coin or even less.
4   Hoping is not a strategy. That is not how the most
5   successful traders make money. Instead, they wait for
6   high conviction opportunities and then they act on
7   them. No more second guessing, just stick to this
8   formula and see what I can do.
9          Again, no better way to show you what to
10  look for than let's run through some actual examples.
11  So check this one out. This is Budweiser. By now,
12  everyone could use an ice cold refreshing beer right
13  now, right?
14         So check out this chart with a bunch of
15  random stuff. I don't even want to get into it. You
16  don't need to focus on this. Let me take away
17  everything that isn't needed and instead just focus on
18  these three lines. You see this? Isn't that better?
19  Here is what I want you to look at right now.
20         Notice the beginning of this chart. The
21  stock runs up. Okay? You can see that. The stock
22  runs higher. And then it starts to come back down
23  some. I don't know if it's going to go lower or
24  higher at this point. What I do know is that I'm
25  keeping an eye on that green line. That green line is

27

1   what I'm looking at. When the stock falls below that
2   green line, then it gets on my radar. That's the
3   beginning of when the launch pad is setting up. Look
4   at this. This is the beginning of that phase.
5          All right. Right there, do you see that?
6   That is the important mark we're looking for. Now,
7   the next thing I'm waiting for is a stock to come back
8   and trade above the red and blue and green lines. All
9   right? I want them above those lines. This is the
10  end of the launch pad. Once that launch pad is
11  formed, we'll wait for the stock to trade above those
12  lines and that is our ignition switch.
13         This is what signals another breakout is
14  coming. This tells me that the stock is done sitting
15  still and had decided its next direction. And it's
16  up. When all the trading is above these lines, that
17  is the conviction I need to take advantage of the
18  launch pad. So zoom in on this, right? Zoom in and
19  see what happens right here. Do you see that? Boom.
20  There it is. There it is. That is what signals the
21  move. It's above these lines after it went through a
22  previous breakout. It settles and then it breaks out
23  again.
24         And then look what happens. The stock pops
25  higher and even higher. This phase is crucial to your

28

1   success. The launch pad is what sends out a warning
2   sign that a breakout is coming and almost every trader
3   misses this. I don't care about missing an initial
4   breakout. I'm going to wait for it and I know that
5   I'm not going to miss it again. It doesn't matter.
6   Catch it the second time.
7          So here's another example. Look at this.
8   This is Five Below. This is one of my favorite stocks
9   to trade and I have made a killing trading this stock
10  multiple times using these phases. In this case, all
11  I care about is a launch pad and when it was about to
12  break out, okay? I've already made the chart less
13  overwhelming here.
14         Just focus on this for a moment. Just look
15  at this example. The stock breaks out at the
16  beginning of the year and, again, I'm not worried
17  about this. I'm just going to be patient. I know I
18  missed the move. It begins to pull back and dips
19  under the green line. You know, this is the beginning
20  of the launch pad like I just said. So you know what?
21  We wait until the stock trades above the green, red
22  and blue lines like it does right here.
23         Now, you may ask how do you get access to
24  the red, green and blue lines. Well, I'm going to
25  share that with you when we start trading together.

7 (Pages 25 to 28)

Attachment KK                                    PX 27, 2081

Joinnow.Live Webinars - Jeff Bishop

Raging Bull, LLC                                                    5/27/2020

---

29

1   Don't worry. It's really easy and you'll want to know
2   them because, heck, you're going to be begging me to
3   know them. These are so powerful and you should be
4   using these every day.
5        But let's go back to the chart. Right at
6   the end of March when the stock trades above the
7   green, the blue and the red, what happens? It pops
8   like crazy. You see that? Another launch pad
9   success. This happens time and time again. A spike
10  right above the 130 level and a perfect chance to jump
11  in and use options for an even bigger move. Massive
12  returns on a quick move all because you tracked just
13  three lines and knew when to get in. Just another
14  phase we can consistently come back to time and time
15  again. I love this.
16       Here are two more that I'll run through
17  right now. This is a Procter & Gamble chart. Ticker
18  symbol is PG. Notice here. See around this 29 area?
19  This is when the stock drops below the green line
20  after a previous breakout earlier that month. This is
21  the beginning of a launch pad. Okay, you can see this
22  now. Now, it's clear on our radar.
23       Can you see when you want to buy? You know
24  what to look for now. You see the launch pad
25  building. You know when to get in. There it is. The

---

30

1   stock then moves above the red, blue and green lines.
2   It moves above. And what happens? This is the
3   ignition switch of the launch pad. It signals the
4   next breakout and when we want to buy. And it has an
5   awesome rally. Boring old Procter & Gamble rallying.
6        Here's one more. I'm going to show this one
7   to you to really drive it home. This is Wells Fargo.
8   This stock, it runs up just like every one does
9   eventually, and then we wait for it to come back down
10  and cross that green line. This is the start of the
11  launch pad and it puts it on our radar.
12       It does it right here. Do you see that?
13  Now, all we do is wait. Just be patient. You don't
14  know what it's going to turn, so just be patient and
15  look for when the stock is above the red, the blue and
16  the green lines. That's all you've got to do. That's
17  the ignition switch and that's when the launch pad's
18  ready for takeoff again. Do you see it? Yeah, right
19  there. You see that?
20       This is the time to enter as it signals the
21  launch pad ignition switch. It tells us that a
22  breakout's coming. Yeah, you saw that. You can see
23  it and there it goes. Another move up and profits are
24  just there for the taking.
25       I personally love launch pads and their

---

31

1   ability to call out some upcoming breakouts so easily.
2   When you get ahead of these moves, you can make some
3   serious money. This is the phase that you will see
4   repeat over and over again.
5        Man, it becomes so much more clear when you
6   block out all the bad information and focus on what's
7   important. In fact, I think the less you know, the
8   better it can be. It's true. There are fewer bad
9   habits and biases to break if you are new to the
10  market and you are a clean slate, ready to learn only
11  the most important things. Once you filter out
12  everything that isn't important and you dial in on
13  what is truly important, all those key components, it
14  becomes totally clear.
15       With those two phases I just showed you, you
16  now know when you can profit from a stock trend and
17  it's going to change direction. This is what the
18  crossover. That helps you profit when a stock is
19  about to bounce off a low or it's about to bounce off
20  a high and reverse lower. Right there, you have a way
21  to make money no matter what. If a stock drops or it
22  rises, you can make money either way. If you're not
23  taking the opportunity to profit on both sides, you're
24  hindering your own success.
25       You need to be trading both sides all the

---

32

1   time. You're missing out on a world of profits that
2   the biggest players on Wall Street are taking
3   advantage of and there's no reason you can't do it,
4   too. Just expand your mind a little bit. Learn
5   something new and you'll set yourself up for a
6   lifetime of bigger profits.
7        Then I walked you through how to identify
8   stock that's going to have another breakout. And this
9   was done with the launch pad, right? We saw that
10  launch pad build up and then take off. No more
11  feeling like you've missed an opportunity. Missed
12  opportunities are now an opportunity for you. The
13  launch pad shows when it's a high probability, the
14  stock will climb yet again. Don't see the launch pad,
15  hit the brakes, cowboy, it ain't your time. Wait for
16  that launch pad to set up. You missed the run-up.
17  Don't get caught in the cross-hairs.
18       Remember, there are tons and tons of
19  opportunities out there. There are opportunities that
20  you can take advantage of, so don't worry about
21  reminiscing about trades you missed or could have got
22  into. I couldn't care less about trades that I've
23  missed. The ones I missed that didn't meet my pattern
24  and I didn't chase and I didn't go after rainbows, I'm
25  okay with that. The stock market moves in a million

---

8 (Pages 29 to 32)

Attachment KK

PX 27, 2082

Joinnow.Live Webinars - Jeff Bishop

Raging Bull, LLC                                                                5/27/2020

---

33

1   directions.  Every day, it's happening, but I only
2   worry about three phases that I can take into over and
3   over again.  I find those three phases with patience.
4        This is one of the biggest things I see
5   traders lacking in today's lightning fast markets.
6   You ever sold or bought too quickly or set your stops
7   a little too tight?  These three phases teach you
8   patience, all right?  They teach you to focus, to give
9   you conviction to become an educated trader, to have a
10  mindful decision-making process with clarity.
11       That brings me to my third and the final
12  phase you need to know and it's called the ripple.
13  Now, think about a body of water.  For me and how this
14  water ripples, like the ripple effect, it's not a
15  giant wave or anything.  It's just a steady up-and-
16  down movement.  It's calm, it's contained.  It's in a
17  specific range.  There isn't a ton of big movements;
18  it's relatively stable.
19       Now, picture a stock that's trading
20  relatively flat.  Same thing.  There's no sign of any
21  type reversal yet.  It's nowhere near that phase.
22  It's just kind of dead money sitting there.  There's
23  no signs of any breakout.  That phase isn't ready yet.
24  Most people think this is dead money.  The stock has
25  collected itself in a given range and it's just kind

---

34

1   of coasting along.  It stalled at that price and is
2   waiting on the next direction.  And most people miss
3   an opportunity right here.
4        Normally, this would sound like a position
5   that you couldn't make money on.  It's just kind of
6   sitting there treading water.  I can picture your face
7   right now probably.  You're thinking, Jeff, you're
8   telling me that I can make money if a stock isn't
9   moving, it's just kind of sitting there still, it's
10  not really going up or down or any direction?  You
11  know what?  That is exactly what I'm telling you.
12  Listen to this.  That's exactly what I'm telling you.
13       Like I said, the stock market in general
14  moves ultra fast, lightning pace.  But we'll see when
15  a stock slows down and there's very little movements,
16  there is an opportunity to make money.  And when that
17  happens, this is when you can make some consistent
18  profits over and over.
19       I want to show you how this works because
20  you need to take advantage of this.  This is a great
21  strategy right here.  And just like those other stock
22  phases, the best way to show you is to look at some
23  actual examples.
24       So let's take a look at the four launch pad
25  examples we just looked at because, like I said,

---

35

1   stocks go through these three phases and we can
2   identify them all really easy.
3        So let's go ahead and take a look at
4   Budweiser again.  We've already taken away the parts
5   you don't need to focus on.  So we're focusing on the
6   three colored lines once again.  Now, remember,
7   remember that green line.  That's when I said a stock
8   was ready for a launch pad to come up.  That's when
9   it's on our radar.  Well, in this instance, it also
10  does more.  It does one other thing for us I want to
11  show you.  It gives us a price that is unlikely for
12  the stock to go above that price for quite a while.
13  It sets a level of resistance, if you will.
14       Now, during this time, we have a very strong
15  millionaire trader's conviction that the stock is not
16  going to trade higher than this line.  So this is what
17  I do.  I place bets expecting that the stock doesn't
18  go above that price, all right?  Bud was around $85
19  when the stock broke below that green line, right?
20  All right.  So I placed bets with options that say
21  this stock is going to stay below $85.  It could go
22  all the way to 84.99, but if it doesn't go above, I
23  win.  That's the beauty of this downtime in a stock's
24  life.  We just sit there and we collect money while it
25  waits.

---

36

1        Most people sit in their sidelines.  They
2   sit on their hands and they don't do a thing.  They
3   just don't know what to do.  Well, here's what you do.
4   They are missing out on one of the biggest
5   opportunities.  And I want you to start cashing in,
6   too.  These are consistent money-making opportunities
7   where the odds are in your favor.  A stock can go
8   down, it can stay flat or it can move all the way up
9   to 84.99 in this case.  But as long as it's below 85,
10  we win.  That's how you turn the tables and put the
11  power in your hands.
12       While others don't know what to do, you
13  could be padding that wallet of yours, and this is how
14  it's done.  I want to walk you through the other three
15  really quick.  So I want you to sink in and I want you
16  to see it again.
17       Here's Five Below again.  We just looked at
18  the stock chart.  The stock drops below the green line
19  around the 125 level.  That's when I want to be able
20  to take bets that it does not go above that price.
21  That's the resistance.  And, look, it doesn't for
22  nearly a month.  So other traders would sit in the
23  sidelines for a month, but we are here to collect
24  money for that entire month.  This is a way to profit
25  when stocks are just hovering up and down.  They made

---

9 (Pages 33 to 36)

Attachment KK                    PX 27, 2083

Joinnow.Live Webinars - Jeff Bishop

Raging Bull, LLC                                                      5/27/2020

---

37

1  a move, then it dropped below the green line, and that
2  sets up the price.  I don't believe it will go above
3  for a little while.  As long as it doesn't, I'm able
4  to make money and so are you.
5        Now, here's Procter & Gamble once again.  We
6  see the green line.  The stock falls under it and,
7  again, this sets up the price that I don't believe it
8  will go under.  It's a strong resistance level.  And
9  at this point, I expect it to take a while to get back
10 there.
11       What can I do?  Well, I can make money
12 during that time.  And sure enough, as it simply
13 hovers below that price, I bet that it wouldn't go
14 above and I win.  Don't you love that?  Most people,
15 like I said, won't make any money during this time.
16 They won't because they just don't know what to do.
17 But it's a great money-making opportunity.  And if
18 they are buying the stock or shorting it, it's just
19 not that big of a move.  In fact, they're probably
20 losing money in this time.
21       This way of trading, this phase, is just so
22 consistent.  And I like to call it fun money.  This is
23 fun money.  The ripple is going to happen often and,
24 now, you know how to take advantage of it.  Just
25 another added paycheck while the stock is figuring out

---

38

1  the next direction it wants to take.  You can just
2  keep making money.  t's almost like an annuity.  We're
3  getting paid while we wait and we just show patience.
4        And to wrap it up, let's look one more time
5  at Wells Fargo.  Here's the chart one more time.  Here
6  it is when it crossed under the green line around 45,
7  50.  Now, what do I do?  I set this up as the price I
8  don't think it will go above for a while.  And for
9  about a week, it just hovers below it.  You see that?
10 The bet was in my favor.  And you could have collected
11 some nice, consistent profit on this one, just like
12 you could have on the other three.  You just sit there
13 and collect while you're waiting.  It's really basic.
14       The stock market does not have to be so
15 challenging, all right?  It just doesn't.  And now you
16 know how you can make money in any -- any given time
17 in the market.  Twenty years of trading and I just
18 broke it all into three phases right here.  The
19 crossover, that signals when a stock will change
20 direction.  The launch pad, that identifies when a
21 stock is going to break out.  And the ripple, this is
22 when a stock is determining its next direction, but it
23 can trade flat for a bit.
24       Can you think back to the beginning of this?
25 What was the one word I used to describe the market?

---

39

1  You remember?  Comment what my first word was.  Let me
2  see if you remember it.  All right, I see it, yeah,
3  come on, keep them coming.  Keep typing them.  You
4  know exactly what I said.  Chaos.  That's what I said.
5  I said the stock market is chaos.  But now we know it
6  doesn't have to be.
7        We all have this noise coming at us all day
8  long from all directions and it's no wonder why people
9  struggle.  If you've been at a bar having a
10 conversation with someone, are you going to pay
11 attention to them if 32 other people are trying to
12 talk to you, too?  No, of course not.  You can't.  How
13 can you possibly pay attention?  And that's why
14 trading can be so challenging.  All you got to do is
15 filter out the bad noise and narrow in on the few
16 simple things you really need to.  Just three phases,
17 that's all it takes.  Three phases.
18       But even then things can seem, you know, a
19 bit overwhelming, right?  That's why I want to make it
20 even easier for you.  This is Total Alpha.  This is
21 the most elite service we have at Raging Bull.  And I
22 rarely -- I mean, rarely open this up to new members.
23 This system encompasses everything that I've learned
24 over 20 years of trading.
25       Now, right now, you'll see a link.  Click

---

40

1  that link and join right now.  And I can't say it
2  enough.  This is a truly rare opportunity and I
3  encourage you to take advantage of it right now.  Now,
4  I've slashed the price, over 50 percent off what I
5  regularly charge.  It is a no-brainer.
6        Now, like I told you, Total Alpha is the one
7  service that you need.  For starters, I'm going to
8  give you every educational resource I have.  I've put
9  together a lot and they're all yours.  You'll get all
10 of my video lessons, every instruction manual I have
11 absolutely free included with this.  Right there,
12 that's decades of information boiled down into
13 simplistic and easy-to-follow lesson plans so you have
14 something to reference at any time you want.  Study
15 this information and you can see your account grow
16 tremendously.
17       Okay, that's just the start.  That gives you
18 the resources to lean back and learn more.  But it
19 gets a heck of a lot better.  Trust me.  When I
20 started -- when I started, I wished there was a
21 millionaire trader who would take me under his wing
22 and let me see what he was trading.  I wanted to hit
23 the ground running, but I didn't know how to do it.  I
24 didn't want to go blindly.  I wanted to see someone
25 else's trades.  I wanted to follow someone that had

---

10 (Pages 37 to 40)

Attachment KK          PX 27, 2084

Joinnow.Live Webinars - Jeff Bishop

Raging Bull, LLC                                                          5/27/2020

---

41

1  proven success, but I couldn't find them, someone that
2  had made a lot of money to ensure that I could make a
3  lot of money. That's what I was looking for because
4  that's why you want to trade. You want to trade
5  because you want to make money, right?
6         Well, you've seen my trades and you've seen
7  what I've been able to accomplish with these three
8  simple phases that I track every single day. And I
9  want to give you those trades. I don't want you to
10  have to do this alone. I want you to be able to do
11  this with me.
12        So here's what I'm going to give you. I'm
13  going to give you access to all of my trades, so if
14  you want, you can get in on the action with me, the
15  exact same trades. Just watch my trades and learn how
16  I'm making these profits. I mean, goodness, you can
17  see every single trade that I make in this account.
18  I'm all about transparency. So here's what I'm going
19  to do. I'm going to give you access to my personal
20  portfolio and let you get live-streaming access to my
21  actual trading account. I mean, this is my family's
22  own real money and you better bet I take this account
23  seriously.
24        At any given time of the day, you can check
25  in on my portfolio and see what trades I'm in. Then

---

42

1  you can stream my actual real money account and see
2  what trades I'm teeing up. It doesn't matter where
3  you are either. You can view all this on your phone,
4  your tablet, your computer, any way you access the
5  internet. Even I do a lot of trading right from my
6  phone here, okay? I'm not glued to my computer all
7  day and you don't need to be either.
8         The bottom line is that no one else is going
9  to do this for you. The main reason is they just
10  aren't that good at it. They talk a big game, but
11  they can't ever back it up. They'll never show you
12  their account like I will. They'll pump out their
13  best trades and sweep the losers under the rug. Well,
14  you can't sweep anything under the rug when you give
15  someone behind-the-scenes access to their actual
16  account. Everything's out there to see and that's
17  what I'm doing. I'm going the extra mile because this
18  is the one service you need for your entire trading
19  career.
20        Now, I make tons of money in the market and
21  it's my mission to help others do the same. Total
22  Alpha. Remember that name. Total Alpha. Alpha means
23  one. You don't need any other service once you have
24  this. It is the one stop shop for trading. When
25  you're with Total Alpha, you don't need anything else.

---

43

1  But I'm going to sweeten the deal a little better
2  even.
3         We all want a game plan before the market
4  opens, right? If you're like me, your day is pretty
5  hectic. You never know what's going to come up. You
6  may not have time to check in on my portfolio and see
7  my accounts all day or pay close attention to when I
8  send out trade updates. That's okay, that's okay. We
9  all live busy lives. But I want to show you how in
10  just ten minutes per day you can make some additional
11  income. Most of my members even have full-time jobs.
12  Maybe you do, too. Great, this is perfect for you.
13  You cannot get any better than this.
14        If you give Total Alpha just one hour a
15  week, that's all you need so you can supplement your
16  income. I'm telling you just ten minutes a day can
17  transform your account considerably. You can do this
18  at any level you want. It doesn't matter where you're
19  starting.
20        So in the morning, I send you my battle plan
21  for the day and the action I'm looking to take in the
22  market with my own real money. This is my watch list.
23  This is my daily primer that shows exactly what I'm
24  going after for the day. It's my top idea that I'm
25  interested in sent to you directly before the market

---

44

1  opens. That's a key. So you can set up your trade
2  before the market opens, carry on your day and you're
3  good to go. I send this daily, Monday, Tuesday,
4  Wednesday, Thursday, Friday, every day of the week so
5  you can start your day knowing what I'm most
6  interested in and take the trade if you want to.
7         Again, during the day, you'll see the trades
8  I make with an inside look into my personal portfolio.
9  You'll also get behind-the-scenes access to my live
10  trading account at any time you want during market
11  hours. Combine all this together and you are the
12  Total Alpha.
13        Remember, I showed you the crossover. That
14  tells us when a stock is going to change direction and
15  when we can profit it from it, whether it goes up or
16  down. It doesn't matter if a stock price falls
17  because we make money on both sides, right?
18        Then I showed you the launch pad. Remember
19  that launch pad? This signals when a stock is likely
20  to break out. We have complete conviction and don't
21  get fooled by the fake-out breakout. We know when to
22  get in.
23        And then I showed you the ripple. This
24  shows us when a stock is trading relatively flat,
25  waiting on the next direction. During this time when

---

11 (Pages 41 to 44)

Attachment KK              PX 27, 2085

Joinnow.Live Webinars - Jeff Bishop

Raging Bull, LLC                                                                                      5/27/2020

45

1   others sit on their hands, we can be there and collect
2   consistent profits.
3           Three phases, the crossover, the launch pad,
4   the ripple.  This is how you grab the market by the
5   horns.  This is the lowest price, the lowest price
6   I've ever offered.  It will not -- it will not get any
7   better than this and it's only for today.  Again, this
8   whole time I talked about taking advantage of
9   opportunities.  Well, this is the opportunity of a
10  lifetime.  You get to join me and thousands of others
11  who are using these three phases to capture monumental
12  returns and it's literally transforming lives.  That's
13  what trading can do for you.  It can change everything
14  and give you the life that you want to live.  It's the
15  life you deserve.
16          I know people have been asking some
17  questions and while I can't get to all of them right
18  here, there are a group of questions that I saw up
19  here multiple times.  I want to be sure to get to
20  those right now.
21          The first one, I just touched on, but I want
22  to go over it one more time.  Someone asked, I work
23  full-time, will this work for me?  Well, the answer is
24  absolutely, yes.  This is designed for people with
25  busy schedules.  This is designed so you don't have to

47

1   future right now.  You're spending money on something
2   that can make you more money.  That's the beauty of
3   the Total Alpha System that I've developed over the
4   last 20 years and you can access right now.
5           Okay, here's some more questions.  Another
6   good one here, I've never traded before, can I do
7   this?  Of course you can.  Of course you can.  Total
8   Alpha encompasses everything.  I don't care if you're
9   brand new to trading or if you've got ten years'
10  trading experience.  This system breaks it down into
11  three key phases and narrows your focus.  We just saw
12  this.  The crossover, the launch pad and the ripple,
13  these are the three things that you need to focus on.
14          Actually, now that I think of it, it's even
15  better if you're brand new because there's no bad
16  habits to break.  You're starting from scratch with
17  the one service that simplifies the market and it is
18  proven to make people boatloads of cash.  We just saw
19  many of those people.  So, yes, if you're new to
20  options, perfect.  Use Total Alpha.  Use me.  Let's
21  see what we can do together.
22          Okay, moving right along, I saw this one pop
23  up, too.  How much money do I need to start?
24  Honestly, I get this question all the time.  And the
25  answer is that it really depends on your financial

46

1   be at a computer all day.  I've already taken that
2   into consideration.  Everything is accessible from a
3   smartphone.  All you need is an internet connection, a
4   phone, a computer, a tablet and you can access
5   anywhere.  And the amount of time it takes a trade is
6   truly minimal.
7           I'm sending you my watch list before the
8   market opens each day so you can position yourself
9   with my favorite trade of the day coming up.  Then
10  from that same smartphone of yours, you can check out
11  my portfolio and see other live trades I'm making as
12  the day goes on.  You can see everything that I'm in
13  and even what I'm planning on.  Remember, this is my
14  own real money portfolio.  And who doesn't want that?
15  I mean, who doesn't want an extra 500, 1,000, $2,500
16  each and every week coming in?  That is a substantial
17  amount of money when you're doing that consistently
18  over and over during the course of a year with me.  I
19  mean, $500 a week, $500 would make you over $25,000 a
20  year extra.
21          That is far more than the price of this
22  service many, many times over.  Really, this isn't
23  just the opportunity of a lifetime.  It's the
24  investment of a lifetime.  It's the investment of a
25  lifetime because you're investing in your financial

48

1   situation.  I can't tell you what to start with.
2   Maybe you only have $1,000.  That's fine.  I only had
3   $2,000 when I first started.  And then I continue to
4   grow it.  As I became more consistent, I started
5   taking money from other streams of income and
6   allocating them to my account.  So I could get even
7   bigger and bigger positions, and bigger positions
8   allow you to make bigger profits.
9           But it's okay to start small.  Everyone
10  does.  It doesn't matter where you start from.  You
11  know what?  I actually prefer that you start small.
12  This way, you can learn the ropes and develop a rhythm
13  that works for you.  That's the most important thing.
14  You can start with any account size you wish.  You
15  know what, even if you don't actively trade, if you
16  just take the education I've given you and spend time
17  learning it, mastering the things I'm teaching you,
18  you are setting yourself up for a lifetime of success.
19  The important thing is you get your hands on the
20  material and you start putting it to work right now.
21          You know, there are two other questions that
22  I really want to address right now.  The first one is,
23  what are these three lines that we talked about?  I
24  had a feeling this one would come up.  And as I
25  mentioned, you'll be able to see these three lines I

12 (Pages 45 to 48)

Attachment KK          PX 27, 2086

Joinnow.Live Webinars - Jeff Bishop

Raging Bull, LLC                                              5/27/2020

49

1  use once you join. It's a truly critical part of the
2  Total Alpha service and I don't want to give
3  everything away right now. I've already shared so
4  much. My members have paid for that access and I want
5  you to have the same, but you need to join me. You
6  need to act right now.
7       I'm going to prove myself every day and send
8  you my favorite trades. Let me do that for you. Join
9  the service and let's get to work right now.
10      Okay, the final question I see all the time
11 is, you've shown us the three phases, which one should
12 I focus on first? You know, this is actually my
13 favorite question. I forgot who asked this, but
14 you're clearly focusing on the simplicity and I love
15 that. If you can only focus on one thing in this
16 whole presentation, I really want you to take this one
17 phase with you. I broke it into three phases, but
18 just start with this one simple one. If I had to pick
19 my favorite, it's the crossover. It's absolutely the
20 crossover, without a doubt. And it's my favorite
21 because it's so recognizable. It has been one of the
22 key parts of my consistent success.
23      I know my current members will say the same.
24 The crossover is only focusing on two of the lines,
25 the red and the blue. Now, in an uptrend or a

50

1  downtrend, we're looking for about two weeks or more
2  when there's a gap between them. There's a separation
3  for a period of time suggesting that it is, in fact, a
4  real trend. Then what we do is wait for those two
5  lines to cross again, okay? We saw several examples.
6  When they cross, we can tell that the stock is going
7  to reverse direction. It's very likely to happen
8  then.
9       Say the stock was trending up for two weeks
10 and then the lines were separated, and when they
11 cross, we can tell if the stock is likely to turn over
12 and start heading south again. There's a trend
13 reversal. And we make money on the way down. It's
14 awesome.
15      On the flip side, say a stock's going down
16 for two weeks and the lines are separated and there's
17 space between them. Well, it's easy to see when they
18 cross. And when that happens, we can tell the likely
19 next direction is going to be up. And, of course,
20 we're going to make money on the way up. This is why
21 I love the crossover. This phase is called the money
22 pattern and I absolutely love it. I use it every day.
23 We can make money whether a stock goes up or down
24 giving us unlimited profit opportunity. Focus. Focus
25 on this to start with and you'll love it and I

51

1  guarantee you can master it.
2       Okay, guys, that's all the questions that
3  I'm going to take right now. But once you join my
4  service, know that I'm here for you, okay? You can
5  always access me. I also do live trading sessions for
6  members. So you can come and ask me any questions you
7  have. You join Total Alpha and you insert yourself
8  into a winning team. This is a group of traders that
9  want to keep the market simple and make a lot of
10 money, right? [Clapping hands]. That's why we're
11 here, to make a lot of money.
12      This is the best time to get in. It is a
13 rare opportunity and I can't tell you the next time
14 this will even be open at any price to members. It
15 may even be next year, and I don't want you to miss
16 out on this. So join me right now.
17      There you have it. This is Total Alpha.
18 I'll see you on the inside soon.
19      (The recording was concluded.)
20
21
22
23
24
25

52

1            CERTIFICATE OF TRANSCRIPTIONIST
2
3
4       I, Elizabeth M. Farrell, do hereby certify
5  that the foregoing proceedings and/or conversations
6  were transcribed by me via CD, videotape, audiotape or
7  digital recording, and reduced to typewriting under my
8  supervision; that I had no role in the recording of
9  this material; and that it has been transcribed to the
10 best of my ability given the quality and clarity of
11 the recording media.
12      I further certify that I am neither counsel
13 for, related to, nor employed by any of the parties to
14 the action in which these proceedings were
15 transcribed; and further, that I am not a relative or
16 employee of any attorney or counsel employed by the
17 parties hereto, nor financially or otherwise
18 interested in the outcome of the action.
19
20
21 DATE: 7/22/2020
22            ELIZABETH M. FARRELL, CERT
23
24
25

13 (Pages 49 to 52)

Attachment KK                PX 27, 2087

**1**

```
1           OFFICIAL TRANSCRIPT PROCEEDING
2
3
4              FEDERAL TRADE COMMISSION
5
6
7   MATTER NO.      2023073
8   TITLE          RAGING BULL, LLC
9   DATE           RECORDED:  MAY 19, 2020
10                 TRANSCRIBED:  JULY 20, 2020
11  PAGES          1 THROUGH 59
12
13
14
15    Joinnow.Live Webinars - Trade with Kyle_State
16         of the Markets 2020-05-19 10-30-04
17
18
19
20
21
22
23
24
25
```

**2**

```
1              FEDERAL TRADE COMMISSION
2                  I N D E X
3
4   RECORDING:                              PAGE:
5   Joinnow.Live Webinars - Trade with Kyle_State    4
6   of the Markets 2020-05-19 10-30-04
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**3**

```
1              FEDERAL TRADE COMMISSION
2   In the Matter of:              )
3   RAGING BULL, LLC               )
4                                  ) Matter No.
5                                  ) 2023073
6   _____)
7
8                          May 19, 2020
9
10        The following transcript was produced from a
11  digital file provided to For The Record, Inc., on
12  June 30, 2020.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**4**

```
1              P R O C E E D I N G S
2              -  -  -  -  -
3        MR. KYLE DENNIS:  2020 state of the market.
4   We're going to have a really nice talk and
5   walk through here.  Let me get my video feed up.
6   There I am.  Hey, everybody.  Hope you're doing well.
7        Now we're going to walk through -- this has
8   been an absolutely crazy market.  I'm glad here
9   there's like 2,000 of you guys in the room, I'm glad
10  that you're here because this market has been
11  absolutely wild.  I don't think any of us have really
12  seen anything like this at least since 2008.
13        Heck, yesterday the market went down, it was
14  the second biggest percentage drop of all time.
15  That's crazy.  That's crazy, guys, right.
16        So in the midst of all this we're running
17  out to the grocery store, stocking up on beans,
18  worried about catching, catching this Coronavirus,
19  this COVID-19.  Worried about not spreading it.
20        I know, heck, I know a lot of you guys here
21  are from different areas of the U.S. or different
22  countries, so it's not an easy situation to be in.
23  It's kind of an unprecedented situation.
24        And it's really important that we understand
25  what this means, at least my opinion of it of what
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Attachment LL

PX 27, 2088

Joinnow.Live Webinars

Raging Bull, LLC                                                                                   5/19/2020

---

5

1   this means in terms of the market going forward and
2   also how to take advantage right now and how to keep
3   taking advantage.
4        That's what I've been doing.  I've been
5   having an incredible year.  I know the market's down
6   30 percent.  I'm up crazy.  I'm going to show you all
7   the stuff that I've been working on and the trades
8   that I've been doing with folks.
9        Man, it's been incredible and it's kind of
10  strange on one hand, you know, a lot of people are
11  quarantined and in their house, not able to do much of
12  anything, and on the other hand, trading has been
13  excellent.  There's so much opportunity and
14  volatility.
15       And I'm going to detail here exactly what's
16  going on.  My goal for today is this particular
17  outline.
18       First I'd like to go over what exactly is
19  happening in this market in my opinion and my
20  prediction of where we're going to go and how to take
21  advantage of it.
22       And then, two, I'm going to show you some of
23  the trades and how I've been tackling this with the
24  same exact strategies that I've always been doing.
25       And then lastly I'm going to show you how

---

6

1   you can take advantage and see exactly what I'm doing
2   on a daily basis, which I know that you're going to be
3   really excited about.
4        So thank y'all for coming out here.  Quite a
5   large number of you people.
6        Now, really, really quickly, right,
7   especially right now this is really super, super duper
8   important.  Disclaimer here, right.
9        Trading is risky.  I think we've all
10  understood and found that out in the last month here,
11  right.  Heck, going outside is risky nowadays, right.
12  So make sure you're smart.  You're the one pushing the
13  buttons.  You're the one taking responsibility for
14  your wins and your losses.
15       I always like to hear about both because I
16  have wins and losses as well and I take responsibility
17  for my decisions, as you should take that, those
18  responsibilities as well.
19       So let's just get right into it, gang, step
20  one of our outline here.  Is this picture, now this is
21  from a Website that I use called Finviz, this is
22  called a heat map, okay.  Now I want you to learn a
23  little something here.
24       This is the heat map for the last month, the
25  performance of all the different sectors.  So you can

---

7

1   see there are technology, financial, services,
2   consumer goods, basic materials, healthcare, right.
3        And if you look at this, you see everything
4   is pretty much red, everything.  And these are mostly
5   the large companies, so Apples, Amazons, Coca-Cola,
6   Pepsi, right, you know, Verizon, Visa, J.P. Morgan,
7   the banks, right.
8        And the only really green thing you see on
9   there is in the biotech space, G-I-L-D, Gilead, which
10  is working on a vaccine here -- or excuse me, a
11  therapy for the COVID-19, so that's probably the only
12  reason why that one is green there in this huge red
13  environment.
14       Crazy good companies are down 20, 30 percent
15  off their highs and some are even off more.  I mean
16  Apple's down 25 percent.  Exxon is down 43 percent,
17  right.  These moves are huge.  You know, even
18  Berkshire Hathaway, Warren Buffett, down 22 percent.
19       Now he, he's not even, you know, he can't
20  escape this action here either.
21       So the point being here is that the market
22  can be going red, but if you're a trader and you're
23  here and you're looking for opportunities, the
24  opportunities have been immense.  It's been fantastic.
25       So here's the, just a depiction here of the

---

8

1   SPY.  These are like the top 500 companies in the U.S.
2   You can see there in the middle of February is where
3   this thing kind of came into the U.S. and we're having
4   all these closures of stores and all these things
5   happening right now.
6        And the market fell from 340 all the way
7   down to 240 as of yesterday.  Today we're getting a
8   nice little, a nice little relief bounce here which is
9   nice to see.  I always like to see some green out
10  there.
11       But it's been, it's been pretty treacherous.
12  The velocity of the decline here is something that's
13  unprecedented to see it fall this quickly.  To fall
14  25 percent over the course of a year, over a year and
15  a half we've seen that, but for it to happen this
16  quickly was a combination of a couple factors.
17       And that mostly had to do with this, this is
18  a graph here of where the Coronavirus is and it's
19  expanding each and every day.  They're saying that
20  it's not going to peak most likely if you're following
21  this story at all sometime in mid- to late April and
22  it might not be gone from what they're saying until
23  July or August, so it's not like this issue and
24  problem is going away, although we're tackling it from
25  both a financial aspect and from a healthcare aspect

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Attachment LL                    PX 27, 2089

Joinnow.Live Webinars

Raging Bull, LLC                                            5/19/2020

---

9

1  as well.
2       But as this started to get into the U.S. and
3  move, that's when we started to see a lot of the
4  businesses shutting down and closing their doors and
5  economic, the economic motor basically came to a halt.
6       And as this gets worse, it, nothing really
7  much can get worse in the terms of the businesses
8  because their doors were closed, a lot of the
9  businesses already not going to be, it's going to be
10 more of the same which can cause some problems, but
11 when we find some more clarity and get the curve going
12 in the right direction, we'll probably see the market
13 pop back up.
14       But let's talk a little bit about what
15 exactly happened here, because it's really important
16 to understand for trading and for investing future.
17       When this Coronavirus came into the U.S.,
18 right now apparently it's making its way out of China,
19 but as we know it's in Europe and Italy and all these
20 other countries and in the U.S. and expanding, the
21 world economy pretty much came to a halt.
22       If you notice, like I'm following the news
23 feeds, Apple has closed up all their retail stores.
24 Ford is stopping production, right.  People are, in
25 certain cities, my brother lives in San Francisco,

---

10

1  they're on a quarantine until like April, I think
2  April 7th.  They are not supposed to leave their house
3  other than to go to the grocery store or go get
4  medicine.  The same thing is happening in Los Angeles.
5  The same thing probably is going to start happening in
6  New York.
7       So when all these things close down, what
8  happens?  Well, we can't go out and spend money,
9  right.  We're not traveling, we're not using oil.
10 We're not going out and buying things except maybe the
11 essentials and that drove everything to a halt.
12       So what happens here when we're closing down
13 all these countries and cities and we're not
14 traveling, we're, if you've guys noticed all these
15 sporting events and entertainment is gone.
16       Disney's delaying their movies to come out
17 next year because nobody's going to theaters, right.
18 When that's turned off and the money flow just stops,
19 that creates massive problems.
20       So here's like some of the headlines.  I
21 know you guys have probably been following it like I
22 have, but you know the Kentucky Derby is postponed
23 until, until September.  NBA, major league baseball,
24 other sports are either postponed and perhaps
25 canceled.  And you guys know the toilet paper

---

11

1  situation as well, people are stocking up on toilet
2  paper.
3       But look at here what has happened, you
4  know, if we go back to the original graph, the
5  market's down 30 percent, right.  You can see that,
6  here's a graph of my personal gains, this is from my
7  trading strategies just in March.  I've made
8  335,000 dollars just in March so far, okay.
9       That's why I bring this up because even
10 though the market's going down, if you're analyzing
11 the situation and understanding what's going on,
12 there's so much opportunity to be made in the
13 short-term.
14       It's really important to understand that.
15 That purple line there is the growth of my account
16 since January the 1st of -- or January the 2nd of this
17 year, the 1st it was closed, obviously, so it's up
18 over 100 -- 130 percent so far and the green line
19 there on the chart is actually down.  We're down like
20 25, 30 percent on the market, right.
21       So as you can -- you know, it's kind of
22 funny to see, it's, on one hand it's like looking like
23 a megaphone, like mine's going up at a faster rate as
24 more of the market goes down and I'm not a short
25 seller.

---

12

1       I don't really short sell very many stocks.
2  I will, I'll do anything to make some money in the
3  market via any type of strategies, puts or shorting,
4  but I'm not really a puts seller -- or excuse me, a
5  put buyer or someone betting against stocks.  That's
6  just not really what I do.
7       I'm more of an optimist, so a lot of my
8  trading is just going out and looking for opportunity
9  on the long side, things that are oversold.  Things
10 that have good news flow.  Things that are going to
11 likely pop up and go up when the market's going down.
12       And because of the volatility, there's so
13 much opportunity out there.
14       So let me explain exactly what's happening
15 in a step-by-step process here so it's easy to
16 understand.
17       Number one, okay, the Coronavirus came in
18 here, right.  It went to China and made its way to
19 Europe and then it made its way into the U.S.  We
20 started panicking -- I shouldn't say the word
21 panicking, but it became more of an importance when it
22 got over here because this is where all the media is.
23       And it infiltrated the United States and
24 then it, it went into a craze because we are a
25 media-driven country and everybody's hearing about it,

---

3 (Pages 9 to 12)

Attachment LL          PX 27, 2090

Joinnow.Live Webinars

Raging Bull, LLC                                                        5/19/2020

---

13

1  social media, everything.  It's big, right.  And our
2  markets are here.
3       So that's when it started to pick up and the
4  panic in the stock market started to pick up when it
5  got over here and we started to shut down all these
6  stores, entertainment and all this stuff that we
7  enjoy.
8       And that turned off the motor of the economy
9  and that's where we get this new phrase social
10 distancing and that's what's becoming the new norm in
11 our lives.
12      Now when all this stuff is going on, when we
13 are shutting down, the basically the world economy and
14 we're turning off all these, these cash flow things,
15 we're not selling anything anymore, we're not
16 entertaining ourselves other than maybe Netflix or
17 something at home, right.  That creates a lot of
18 uncertainty in the market.
19      Basically what that means is -- the market
20 hates uncertainty, so what does that mean?  It just
21 basically means what the word means, you don't know
22 what's going to happen, right.  You don't know what's
23 going to happen.  You don't know if the virus is going
24 to be gone by July or August, if it's going to peak in
25 April.

---

14

1       You don't know how to predict the earnings
2  in the future of these companies.  Heck, you know,
3  what is Ford, Ford's earnings going to be next quarter
4  if they're not making any cars?  What's Apple's
5  earnings going to be next quarter if they have their
6  stores closed, right.
7       What is, going all the way down the line,
8  you know.  Some companies can set to benefit from
9  that, we've seen some of the companies run up in this
10 bad market.  But the majority of these companies,
11 let's say the hotels, the casinos, the airliners, the
12 cruise ships, right, nobody's traveling and doing any
13 of these things, so these stocks are plummeting.
14      And what's created an even worse situation
15 is that a lot of these companies are over levered.
16      See, the Federal Reserve created really low
17 interest rates and created a situation where it made
18 sense to borrow money at 1, 2 percent interest rate,
19 sometimes even less for these big companies.  And what
20 they would do is borrow these, borrow these, take out
21 these loans, take out this debt, use that debt to buy
22 back their stock to create better earnings per share
23 numbers and boost the stock so that the executives at
24 the company got better bonuses.
25      Now I won't get into all of it, it's kind

---

15

1  of, it's messed up here as just an average person, but
2  that's what the world we live in does.  And it, there
3  was a couple articles even out there this week saying,
4  you know, like the airliners need to get bailed out
5  it's looking like because they're going to take this
6  huge hit and they might go bankrupt and then we'll
7  have no air travel as a society and thousands of
8  people lose their jobs, of course.
9       But they were saying 90 to 95 percent of
10 their free cash flow that they generated they took and
11 then they bought back their own stock.  You know, like
12 what are you guys doing?  There's no safety there.
13 It's a terrible idea.
14      All this is creating a ton of uncertainty
15 and we're not able to predict what the earnings
16 numbers are going to be in the future.
17      I think that we can all agree that at some
18 point this, this virus is going to dissipate and go
19 away, hopefully sooner rather than later, and we'll
20 get back things going in the right direction.  That
21 seems pretty logical, right.
22      But in the meantime, how do we value stocks?
23 We can't, because there's a lot of fear.  We don't
24 know what earnings are going to be generated and as
25 the earnings, if you're thinking about this and you're

---

16

1  going okay, if the stock market's down 25, 30 percent,
2  time to buy, right, if the earnings have dipped down
3  and the stock has dipped down and you're valuing the
4  stock market at, at an earnings ratio, price to
5  earnings ratio or price to earnings growth ratios,
6  which is how people do it, how analysts do it, there's
7  no way to say what that ratio or value should be.
8       The big question is when is this virus going
9  to go away and when can we start up our economic
10 activity again.  And that's going to happen at some
11 point in the future.
12      And I think that it's going to be an
13 immensely huge buying opportunity with all the
14 stimulus that the Federal Reserve is putting in there
15 to get the economy back going in the right direction.
16 But the key is to get rid of the buyers.
17      So that uncertainty in the near term is
18 really what's going on and like I said, what the
19 Federal Reserve is doing, and they've lowered interest
20 rates to zero, basically making free money.  They're
21 going to look to bail out a lot of these industries
22 that, industries and/or companies, and whether you
23 agree with it or not, that's what their plan is.
24      They're talking about, today I watched the
25 press conference, Trump was saying he was going to put

---

4 (Pages 13 to 16)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Attachment LL

PX 27, 2091

Joinnow.Live Webinars

Raging Bull, LLC                                            5/19/2020

17

1   forth something to put 1,000 dollars into every
2   American's pocket, talking about delaying IRS tax
3   payments, talking about delaying mortgage payments,
4   giving the banks extra liquidity, all these things
5   which are really actually pretty concerning given
6   that, hey, you know, just a month ago we were sitting
7   at all time highs and have been on a decade run of
8   incredible economic performance and then all of a
9   sudden all it takes is for the economy to be shut down
10  for, for two weeks and we have all these companies
11  that could go bankrupt.
12          It's really poor planning and we won't get
13  to that because this isn't a, this isn't a talk about
14  CEOs and everything like that.
15          But for us as, as investors and traders, we
16  need to know what's going on, okay.  We need to know
17  what's going on and that will allow a better plan of
18  attack in terms of putting capital in our own pockets
19  from our own trades.
20          So for me, I understand what's going on
21  here.  I'm hoping this makes sense for you.  It's not
22  too complicated to understand.
23          Basically if I had to sum it up in these
24  three steps, the Coronavirus comes on, we're shutting
25  down the economy and they're trying to counteract the

18

1   negative effects of shutting down the economy with
2   free money and stimulus.  That's basically what's
3   going on.
4           We're using the stimulus as a crutch to get
5   through this time to hopefully when the virus
6   dissipates, when the virus dissipates and goes away,
7   then some companies will likely probably go bankrupt
8   and not be here anymore, some will get bailed out and
9   some will be roaring buys that will be at such cheap
10  levels that it's going to be amazing to take a look at
11  those.  I'm really excited as an investor when that
12  time comes.
13          But, nevertheless, what I learned and how
14  I've gone through this, and that's always been a big
15  question since I'm a younger trader, you know, I'm 29.
16  I haven't -- people always say well you didn't trade
17  through 2008, 2009, how do you know what's going to go
18  on?  Well this one's even worse than that period in
19  terms of the velocity that we're going down.
20          And what I learned is I just had to keep
21  doing the same thing I always was doing.  It's not
22  that difficult.  I just had to keep doing the same
23  exact strategies I was doing, I just had to tweak
24  them, tweak my time frame a little bit because the
25  loss, the losses came quicker or the gains came

19

1   quicker.
2           So all I had to do was tweak my time frame
3   and tweak my risk tolerance just a tad and keep doing
4   the same thing.  And that has led to incredible
5   results.
6           So I want to show you exactly what's going
7   on with a lot of these things, but first I want to
8   review, because I keep harping on this, I really, if
9   you've been to any of my training things before, you
10  know catalyst is just, this is what I've always been
11  talking about, because it makes the most sense, it's
12  forever there and it works in every single type of
13  market condition, at least in my experience.  Catalyst
14  is simply a fundamental reason why prices are going
15  up.
16          So why do you want to own the stock?  Why do
17  you want to buy it?  Okay.  And the answer is usually
18  something upcoming in the future, earnings, news
19  releases, product announcements, data releases.
20          This is exactly what I use to time my
21  entries into these things and that strategy is the
22  same thing that's happening right now, okay.
23          The only difference, like I've been saying,
24  the only difference that has changed is the time
25  frame.  They're happening much more quickly.  News

20

1   comes out and you're seeing these huge gains that come
2   out that very day or in one to two days, versus
3   usually maybe it was one to two weeks.  This is
4   becoming a lot quicker.
5           Now I don't expect it to always stay that
6   way.  I expect it to revert to the mean and go back to
7   how it used to be, right, because this volatility is
8   not going to last forever, but all I had to do was
9   just learn this strategy and then tweak what I was
10  doing just a tad to keep the gains rolling in.
11          And the same thing can work on the downside,
12  too, with negative news.  For example, Disney's
13  closing their parks.  Disney's going out and delaying
14  their movies, that's a negative impact on earnings,
15  right.
16          With one of my investing services I went
17  short WYNN, W-Y-N-N, because they're a casino and
18  nobody's going to go to the casino.
19          Easy to understand topics here.  And this
20  all happens from, it all goes back to the same thing,
21  economics 101, okay.  We probably have all taken a lot
22  of these types of classes before, economics 101,
23  supply and demand.
24          What does that mean?  It's like a little
25  scale there, supply and demand.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Attachment LL                    PX 27, 2092

Joinnow.Live Webinars

Raging Bull, LLC                                                                                    5/19/2020

---

21

1       All that works is if there's more supply
2   than demand, prices go down.  If there's more demand
3   than supply, prices go up.
4       So I want to control the demand, right.  I
5   want to see what the demand is.  If people want to own
6   shares of the company, that's demand, it's likely to
7   go up.
8       Now how can I control that demand?  Well I
9   look for the catalyst.  What's the reason why somebody
10  would be wanting to buy this stock right now, right?
11  Why would somebody want to own that, that's the
12  question I'm always asking myself.  Is this a good
13  price and why does someone want to own it here.  What
14  is upcoming in the future that's got people excited
15  about this.
16      That's all that it is and that's all a
17  catalyst is.  It goes right back to economics 101.
18      The reverse can be said if you wanted to
19  short stocks, I mean if you're betting against stocks
20  you want to look at what's the reason why people don't
21  want to own this right now, right.
22      Very simple question to ask and if you can
23  write down an answer to that, yes, people want to own
24  this stock, there's -- there's going to be demand for
25  this stock for this specific reason, it starts to make

---

22

1   a lot more sense.
2       So let me go over some real trades, these
3   are real trades I did that made me a ton of money and
4   made a lot of others a ton of money as well on, on
5   these basic ideas.
6       They're really basic ideas here and this is
7   a market that's been going and crashing to the
8   downside, I want to highlight that.  These shouldn't
9   be that easy, right, I mean with the market going down
10  a lot, but there's always a niche somewhere that's
11  going up and that's what I always like to exploit.
12      So Inovio Pharmaceuticals there, you can see
13  I drew a line right on the chart and the shares went
14  from 4 to over 18.  4 to over 18, what a crazy move in
15  just a matter of about like a week, a week and a half.
16  And that's what I'm talking about in terms of the
17  shorter time frames that these are happening here,
18  just about a week, okay.
19      Now you ask yourself that same basic
20  question, why is this going up?  Why were these shares
21  in demand?
22      Well a couple headlines I posted here for
23  you.  On March the 2nd Trump said he's going to ask
24  drug makers to speed up the Coronavirus vaccine and
25  he's going to meet with executives.

---

23

1       And then right below that you see Dr. Joseph
2   Kim, Inovio's president and CEO, went to the White
3   House to meet with President Trump because in the past
4   they've had vaccines for SARs and for MERs and he was
5   going to be at this meeting, okay.
6       Makes sense, right.  This guy, the CEO of
7   Inovio Pharmaceuticals, is going to go to the White
8   House and talk to Trump?  I mean if that's not a
9   scream in buy, that's, that's not making that, making
10  that supply and demand in our favor, I don't know what
11  is.
12      And if you go back to the chart here, look
13  at where it exploded.  Look at the arrow, when it
14  started to go up.
15      When that press release came out that he was
16  going to go ahead and be at that meeting, all of a
17  sudden it started to rise very, very quickly.  Demand,
18  even though the stock market was crashing, demand for
19  this particular stock was going through the roof
20  because they were going to be working on a vaccine.
21      And you know what's even funnier about this
22  is that people are so slow to figure this out it's
23  hilarious.
24      So I went in here and I said okay, and
25  you'll, you'll notice my targets, you know, they went

---

24

1   from 4 to 18.  My targets are never crazy, I never try
2   to go and hit a home run, I'm just trying to hit a
3   single or a double and make some good money on this
4   stuff.
5       You'll notice there on this I bought 30k INO
6   at 417.  I was saying hey, Trump is meeting with the
7   scientific team at the White House, INO is there, it's
8   the only small cap company, it's only a small company.
9   The other ones there are big time players, Johnson and
10  Johnson, GlaxoSmithKline, Gilead.  Remember that's the
11  one that I said was green on that heat map at the
12  beginning.
13      They went right into this meeting and he's
14  the only, he's the only guy there that was in a small
15  company that was in this meeting.  Pretty incredible.
16      And I found this and knew about this before
17  the press release came out because they said on my
18  Bloomberg terminal the companies that were going to be
19  there at the, at the meeting.
20      So I knew the companies that were going to
21  be at the meeting and then the next day the video
22  comes out and Joseph Kim is there in the White House.
23  He says the company's name and off to the races we go,
24  okay.
25      And this is what happens, I mean this is

---

6 (Pages 21 to 24)

Attachment LL                    PX 27, 2093

Joinnow.Live Webinars

Raging Bull, LLC                                                      5/19/2020

---

25

1   what happened for a lot of people.  A lot of people
2   made more money on me in this and I wanted to bring
3   this to y'all's attention because it's not that hard
4   to understand here.
5          INO's at this meeting with the President.
6   That's a lot of press and hope for a vaccine here,
7   whether they get the vaccine or not, who knows, right.
8   It's going to -- hasn't even started a clinical trial
9   yet, it starts next month.
10          But the stock in the meantime went from 4 to
11  18.  That's immense opportunities.  So like Allen made
12  184 percent overnight.  Christine went with the calls,
13  she went ahead and got the calls for a big win.
14  Roxanna made 1,140 -- 1,145.  Jeff made 400 percent on
15  INO.  Diana, she got in at 435 and out at 14.  Stephen
16  did the calls on this one, 217 percent.  Allen, I
17  could go on and on and I have another page.
18          I have a document over here, it has like
19  38 pages, a Google doc, 38 pages of people writing in
20  to me on these different plays.
21          A.J. here made 800 bucks.  Everybody has a
22  different sized account.  That's a really nice win.
23  Walid has an 11 percent gain and 40 percent gain on
24  the calls.  Dawn, 72 percent winner on INO, which is
25  incredible.

---

26

1          Nigel, 240 bucks.  A beginner for Michael,
2   22 percent.  I could go on and on.
3          This guy, this is a good one here, Pete
4   Cromwell, I'm covering it up I just noticed, but he
5   says great news, even with the Dow Jones going down
6   600 again, my account jumped to 16,000 for the first
7   time since we started in February 2019.  Even my
8   initial 14k loss that I lost last year I regained all
9   of it and managed to pay myself 13k withdrawn from my
10  account.
11          It's not that hard to understand.  Kathy --
12  there you go, Kathleen, you're saying you made 3,000,
13  nice.
14          Anybody in here make on that?  You know,
15  it's pretty easy to understand here.
16          Let's go to the next one here.  Spherix,
17  this was an, an amazing one.  Look at this chart here.
18  You'll notice shares went from 80 cents to over $5.50.
19  And let's go back to the same thing, supply and
20  demand, what has caused the demand to all of a sudden
21  spike on this to cause crazy volume and crazy upward
22  movement in the stock?
23          Very simple, just some news came out.
24  That's it.  It created a nice catalyst right here for
25  us.  Spherex, which is the company's name, executes

---

27

1   options to license patented treatment for Coronavirus,
2   that's it.  That's it.  That's it, it's that simple,
3   right.
4          All you need to do is have the ability to
5   look up this stuff and look up and know what's going
6   on with the market.  That's it.  And that's what I do
7   for a living, that's why I love doing this stuff.
8   It's not too difficult.
9          That press release came out on March the 6th
10  in the middle of the day.  Look at what happened.  Now
11  that makes a lot of sense, right.  Goes from 80 cents
12  all the way up to a high of like $5.50, right.
13          And this is a real time buy.  As I told
14  everybody, SPX just announced they licensed the
15  treatment for the Coronavirus.  I went out and bought
16  shares at 87 cents and I wasn't being crazy, I was
17  like I'm going to look for just a dollar.  I ended up
18  getting on this one, I believe I ended up getting
19  $1.30, making like 50 percent, and I made like
20  30 grand on that day, which was really excellent.
21          But the important thing is, that's why I
22  didn't put my results in there, because the important
23  thing is what's going on with people that are getting
24  these suggestions, alerts and information.
25          Ricardo made 158 percent.  Ryan,

---

28

1   230 percent.  Thomas, 208 percent.
2          Listen, guys, and this is on shares, this
3   isn't on stocks, this is on shares.  Stock of the
4   company.  That's unheard of, 220 percent on SPX for
5   Tracy.
6          Jeff there, 1,000 percent on SPX.  Holy
7   moly.  Jonathan made 60 percent on Starbucks, 100 on
8   INO, 80 on SPX, AGRX he made a few trades there,
9   excellent.  And I just have a ton of these.  I have,
10  like I said, another document.
11          60 percent here Antonio for SPX.  Tre,
12  64 percent.  Emm made 5 percent, nice.  Todd,
13  64 percent.  Rosemary made 20 percent.  Not greedy,
14  good job, Rosemary.  Sal made 1,900 bucks.  D.J. made
15  1,200 bucks.
16          Do you see what I'm getting at here?  Nice,
17  Thomas, you bought it and resold it three times on SPX
18  making money.  Excellent, gang, excellent.
19          I mean it's not too hard to understand.
20  Same thing here, similar theme, similar theme.  Opko
21  Health, OPK.  Shares went from 150 to over 280.  What
22  happened here?  What happened here?  You can probably
23  get what I'm getting at here now, right.
24          Opko Health's Bio-reference Laboratories to
25  introduce Coronavirus disease tests.  They're using

---

7 (Pages 25 to 28)

Attachment LL          PX 27, 2094

29

1  this in New York now on the little drive-through
2  things where you can drive in and get yourself a test.
3  OPK, which owns the Bio-reference Laboratories, is the
4  one involved with this.
5       How do you know that?  Well I, I don't
6  expect any of you guys to be able to figure it out and
7  sit at your computer all day long, but this is
8  valuable information.  This is what I'm doing, sitting
9  on my computer all day long, listen for news and
10 seeing what's exactly going on.
11      And I'm, funny enough as I'm talking about
12 this I'm looking at my Bloomberg terminal up there and
13 it says Opko Health quickly spikes to session highs on
14 New York testing pact.
15      Ha, ha, I mean how incredible is that.  How
16 incredible is that.
17      The stock right now has more news coming out
18 about partnering up with, with New York and shares are
19 spiking to highs.  It's spiking up 30, 40 cents right
20 now.  Holy moly, see.
21      It's this type of stuff that you, that makes
22 a huge difference and understanding the information
23 causes some really big -- bring that up on your page
24 right now, you'll see exactly what I'm talking about.
25      But this was a real alert on that same

30

1  information, on the headline.  I bought 50,000 OPK at
2  158.  The company owns Bio-reference Laboratories
3  that's meeting at the White House.  Company says
4  they're constructing a test for the Coronavirus and
5  obviously this was a past alert, so now they're in
6  New York doing it actually and having news about it
7  right now.  That's key, right, that they're in
8  New York doing this.  I mean this is a large company.
9       Now look what exactly happened here?  Shares
10 spiked up, makes a lot of sense.  Look at the results
11 people get from this information and knowledge and
12 catalyst.  Demand is in favor, right.  OPK,
13 1,000 percent for John on the calls.  A trader went
14 365 percent on the calls there as well.
15      OPK, in at 181, out at 288.  Dunk made
16 30 percent there on OPK and he also made 30 percent on
17 SR&E which is, was a different play.
18      So, nice, Peter made 4,000 not even in the
19 service, just an Email he sent about Coronavirus
20 stocks.  Excellent, man.  This is what it's all about.
21      And Heather here, congrats to Heather if
22 you're there, it looks like you have a lot of green
23 there on the portfolio as well.
24      So the thing is with this strategy, this
25 catalyst strategy and this news-based strategy is it's

31

1  been working for me for, since I've been trading,
2  since I went profitable, which I wasn't always
3  profitable back in the day.
4       I actually lost 8,000 dollars when I first
5  started and all that I've had to do over the years is
6  adjust my time frame to different levels of
7  volatility.
8       So I'm going to show you a couple more
9  examples here in different sectors.  LK, which is
10 Luckin Coffee, it's a coffee company.  I'm going to
11 show you a really neat situation in which I utilized
12 options with the same exact strategy here to make big
13 time gains on this one as well and so did others that
14 checked it out as well.
15      But my point here being is since I've been
16 doing this catalyst and news-based strategy, getting
17 an edge on the market, all I've had to do is adjust my
18 time frames.  When things get more volatile, I am a
19 little bit more quicker.  When it's more risky, I'm
20 more quick, because if you think about it, risk equals
21 reward, right.  If there's a lot more risk, there
22 better be a lot more reward or what the heck are you
23 doing.  So it's coming a lot more quickly.
24      And then when things start to slow down a
25 little bit, I extend my time frame and go for bigger

32

1  moves in the long-term and that's basically the same
2  type of strategies, just one is quicker and one's a
3  little bit less quick as the conditions change in the
4  market.
5       And I always like to tweak things a little
6  bit to make the most money because that's what it's
7  all about at the end of the day.
8       So here's another one here, Luckin Coffee,
9  LK.  This is a coffee company, kind of like Starbucks,
10 but it's based in China.  And the options here, this
11 is the, the stock up on the screen, the stock went
12 from like, you see that white arrow that I put right
13 there on the chart, that's where I had some options on
14 it and it went pretty much straight up.
15      And you have to ask yourself the same
16 question, why is this going up, right.  Why is this
17 going up?  And it becomes very simple.  Let's take a
18 look.  This came out on February the 12th.  I go back
19 over here, this was March the 16th, so there was time
20 to know that this was going to happen, right.
21      So Luckin Coffee, here's the press release
22 here.  Luckin Coffee was being added to an index.  Now
23 I won't bore you with all the details, but basically
24 an index is just like the S&P 500 or the Dow
25 Industrial, it's these things that track all the

8 (Pages 29 to 32)

Raging Bull, LLC                                                          5/19/2020

---

33

1   companies that are in it.
2         So basically what was going to happen here
3   is LK, Luckin Coffee, was going to get added into the
4   MSCI world index.  So in order to get added to the
5   index, what needs to happen is the index needs to go
6   out and buy shares of the company to be able to track
7   it, right.
8         So it creates demand for the, for the
9   shares.  So then if you go back to this chart here, it
10  was going -- oh, a key thing here, it says all changes
11  will be implemented as the close of February 28th,
12  okay.
13        So as you look here on February the 28th, we
14  know that there has to be a buyer out there adding to
15  their position into the close to be added to the
16  index.  There's your demand right there.  It doesn't
17  even matter what's really going on, you know that
18  there's going to be a buyer.  It's almost hilarious.
19        So what I thought is hey, okay, what I'm
20  going to do is I'm going to go out and try to buy some
21  calls on this, betting the thing's going to go up and
22  it should work most likely because there's someone
23  else out there buying it and much bigger than I am,
24  right.
25        So I went out and I bought some of the calls

---

34

1   there and it was a little bit of a riskier trade
2   because the calls expired that day, but I went out and
3   I bought 100 of the calls at 75 cents.
4         Look what happened.  LK going to the chart
5   went to the upside huge.  Those options rocketed over
6   400 percent.  Look at what people did on this.
7         LK, very easy to understand, right.
8   Somebody else is out there, if you read my alert, I
9   said here's the reason for the two points of the
10  trade.  Number one, market has a large chance of a
11  bounce today given this is the fourth -- third or
12  fourth day down near 1,000 points.  Lots of fear and
13  overreactions.
14        Number two, LK is being added into the MSCI
15  index today, meaning there are forced buyers to be
16  added into the index.  Given the gap to fill in the
17  upside, the forced buyer and a chance of a market
18  bounce, that gives these a great risk to reward
19  profile, okay.  I put about 7,500 bucks into it.  I
20  made like 100 percent.
21        Benna made 400 percent.  P.K. made 2.7k.
22  Eric made 103 percent, right.  Gustavo made
23  43 percent.  Healthy Mind and Body made 42 percent.
24  Dee made 50 percent.  James got very similar results
25  to me, so I'm assuming about 100 percent.  Suryo, in

---

35

1   at 55 cents, out at 95 cents.  Quinn, right, 1,600
2   bucks.  Thomas, 110 percent.  50 percent for the
3   (inaudible).  Chris, right, 38 percent.  Giles,
4   85 percent.  Walid, 50 percent.  Allen, in 63 cents,
5   out at a buck.  A.J. made 40 percent.
6         Some people did better than others,
7   depending on how they specifically traded it, but the
8   idea, the catalyst, the news that was coming up is
9   very easy to understand if it's put right in front of
10  you and you're, it's just like a dish, it's just like
11  dinner, waiting to be eaten.
12        You might not know how to make a steak,
13  right, but if someone puts in front, puts it right in
14  front of you and it's steaming hot and delicious, you
15  probably can eat it.  It's not too difficult, right.
16        So the same type of idea here that's
17  happened with Starbucks, another coffee company.  This
18  one here the options rocketed about 200 percent.  Now
19  what happened here, the white arrow that I put on the
20  chart there, we went from just 78 to like 81, 82 on
21  the stock that day, but the options went up
22  200 percent on that move.
23        Now what happened?  That day, February the
24  27th, Starbucks came out and they said they're
25  reopening most of their stores in China.  They had

---

36

1   closed 85 percent of their stores or, or all their
2   stores I believe in China and they were reopening,
3   they opened up 85 percent of them.  That came out at
4   about lunchtime, right.  Very easy to understand.
5         Okay, Starbucks stores are closed, they
6   can't create any revenue off that, right, they can't
7   sell anything if the store's closed.
8         Now the stores are opened, so the shares are
9   probably going to rise to the upside.  And then when I
10  went in there, they said okay, this makes a lot of
11  sense for this stock to go up and for the options to
12  go up.
13        So I send people the idea about what I was
14  doing.  I bought 300 Starbucks 81 dollar calls for
15  47 cents, okay.  And so the reason I'm trying this is
16  the news just hit that Starbucks has reopened about
17  85 percent of their stores.  That's a great sign for
18  Starbucks since the shares fell from 90 in a week.  If
19  it works, I expect a large bounce and 100 to
20  200 percent gainer.
21        Look what happened, guys.  It's not too
22  difficult to understand.  49 percent for Kevin on
23  Starbucks.  J.T. made on Starbucks.  Nate, 100 percent
24  on Starbucks.  Matt, 107 percent on Starbucks.  E.G.,
25  41 percent on Starbucks.  Scott, 77 percent on

---

9 (Pages 33 to 36)

Attachment LL                    PX 27, 2096

Joinnow.Live Webinars

Raging Bull, LLC                                                                    5/19/2020

---

37

1  Starbucks. 36 percent for Jay. Stephen, 64 percent.
2  980 bucks for John. Walid, congrats if you're here,
3  man, he's saying that he paid for a lifetime of the
4  service here, made 1,500 bucks on a few trades. Very
5  nice.
6        Mike, 41 percent. Stephen, 54 percent.
7  David, if you're here, 46 percent. Rich, 60 percent.
8  Martin, 90 percent. Ray, 94 percent.
9        See. So these things are really going
10  crazy, right, to the upside for various reasons. And
11  that's what I'm saying here is even if the market's
12  going down, there can be opportunity to be made on all
13  sorts of different things.
14        The time frame's a little bit shorter, but I
15  love that because that means more volatility, more
16  reward and it really -- it's like giving steroids to
17  the trader, right, because it's just like now I don't
18  even have to wait as long. Things are going up
19  really, really quickly and all that I need to do is
20  time it right.
21        How do I time it right? With the catalyst.
22  It's just like giving me steroids and that's why I've
23  been having, I'll probably end this month as my best
24  month ever up over 300,000 just this month on
25  different, little different strategies like this, just

---

38

1  all doing the same type of things.
2        So if you all are in the service already,
3  you know exactly what I'm talking about. It's been an
4  incredible month and it's been an incredible year in
5  the face of the worst market conditions that we've
6  probably seen in the last decade.
7        So this is what I'm calling trade with Kyle.
8  And that's just me. What does this mean? We're going
9  to be trading catalysts with me, Kyle, we're going to
10  be trading catalysts.
11        This is what I've been doing for years, this
12  is what got me out from the negative 8,000 hole and
13  it's what I continue to do. It's my bread and butter.
14        And I will be doing mostly stock trading,
15  but some options like I showed you as well in select
16  situations. And I'm trading with catalyst, every
17  single time trading with catalysts, looking for good
18  ideas to make some capital, to make some money in any
19  market condition and right now it's been, you know,
20  pretty excellent, pretty excellent.
21        So here's what you get. Hey, David, how you
22  doing, man. Hey, Bobby, you made 40 percent on
23  Starbucks, nice, man, excellent. You just killed it
24  on OPK Kenneth, excellent.
25        All right. So this here is what we've been

---

39

1  doing here since I launched trade with Kyle about a
2  month ago and what I've been doing and trading to, I'm
3  closing in on 8 million dollars in profits right now,
4  this is my main bread and butter strategy here.
5        What I do is I'll, I have a package here
6  called the trade with Kyle package and it's really
7  easy to understand, just like the trading is. I have
8  a watch list. I have trade alerts via text and Email.
9  I have education and I have my portfolio, right.
10        So each week, I just sent my video yesterday
11  to members, each week I detail the strategy that I'm
12  using for the week, which is catalyst strategy, and I
13  talk about the stocks that I'm watching, which one's
14  I'm eye-balling, which ones I'm looking for and what's
15  really important is which stocks I'm looking for in
16  certain buy zones, profit zones and stock zones.
17        I'm always looking for catalysts. So when
18  someone said in here, for example, that they killed it
19  on OPK, that was because I put that on a list there of
20  these Coronavirus stocks to be watching.
21        Someone made 4,500 bucks off the Coronavirus
22  list. I detailed all of the Coronavirus stocks so
23  that we all could be watching them and try to make
24  some money off of them, you know. And the same thing
25  goes with most recently some of these delivery

---

40

1  companies are doing well.
2        So that's what I'm talking about in these
3  hot stocks and options for the week. I adapt each
4  week to exactly what I think is going to make us the
5  most money and what I am personally looking at and I
6  make a video around it and a written watch list.
7        Now I will say when the market becomes less
8  volatile the catalyst trades are a little bit slower
9  and easier to execute, right. Risk to reward. When
10  things are going crazy right now, the gains come very,
11  very quickly if they're timed right and that's where
12  the catalyst comes in and that's where this video
13  comes in to, to help me tell you what I think is going
14  to be happening and what catalyst I'm looking at and
15  which news is important and which news is not
16  important, okay.
17        And then what I'm doing for my trading is
18  immensely important, too, as an example of what
19  exactly, you know, I'm doing with my personal money.
20  You know, you see there I, I'm having a great year,
21  I'm up 100,000, 200,000, 300,000, right. What am I
22  doing with my money as an example going right off the
23  watch list on, on 90 percent of these plays, right.
24        Stocks and options with the buy zone, profit
25  zone and sell zone, went ahead and send them to you

---

10 (Pages 37 to 40)

Attachment LL        PX 27, 2097

Joinnow.Live Webinars

Raging Bull, LLC                                                              5/19/2020

41

1  via text and send them to you via Email, so both, you
2  have two avenues to get them.  The text alert, it's a
3  common question, text alerts always come first, then
4  followed by the Email which gives more details about
5  the trade and little intricacies that I want you to
6  know about.
7        And the goal here is obviously to make a
8  profit and make money and have a detailed plan of when
9  I want to be getting in, when I want to be getting
10 out, what my goals are on both the upside and the
11 downside so that I can protect myself, both my gains
12 and protect myself on the losses if things don't go
13 the right way as well.
14       And then you'll see my live portfolio as
15 well, so you can see any position that I'm in, you
16 just click the portfolio and I'll have the shares that
17 I'm in, full transparency, so you know exactly what
18 I'm doing.
19       And I always write updates.  I'm in contact
20 with everybody throughout the day, usually on a daily
21 basis in the mornings as well.  Most of the time right
22 now it's been every single day since the market is,
23 had a lot of news and things I want to be looking at.
24 And the activity, common question, too, with the
25 activity is how many trades.

42

1              Right now -- it used to be maybe two to
2  three trades a week and now it's been immensely more
3  than that, you know.  It's been five or ten trades a
4  week.  I'd have to go in and check, but it's been
5  really active because of how much potential there is
6  in the market right now and that's what got me so
7  excited to do this state of the market address,
8  because if you're missing out on these moves, you're
9  really missing out.
10       These are once in a lifetime type moves,
11 really.  You don't see these types of moves happen
12 that often, companies falling from 40 down to 4,
13 Coronavirus stocks going from 4 to 18.  You know,
14 these types of things that are moving all over the
15 place with different things, different news and events
16 that are coming out, it's just really a once in a
17 lifetime type thing.
18       You might have to wait 10, 11, 12 years to
19 see something like that again, and we're in the midst
20 of it right now, and many of us are quarantined at
21 home, so we need something to learn.  And that's where
22 this comes over here to the Trading Academy, which I
23 have over 50 hours of video lessons so that you can
24 learn exactly how I do scans, what I'm looking for in
25 my favorite charts, step-by-step videos, my daily

43

1  plan, all sorts of goodies in there.
2        You don't have to go through and watch these
3  videos, that's not my goal for making it.  It's really
4  to provide the information so that you can have a
5  better understanding of trading and strategies.  I
6  know some people don't want to go out there and learn,
7  that's okay, but I really love it when people take my
8  passion and also want to learn as well.
9        So this all comes together in the package
10 which comes with the trade alerts via Email and text,
11 the educational suite, my trading academy, the live
12 portfolio and also the video watch list and the
13 written watch list delivered to your in box weekly on
14 stock that I'm looking at, on top of all the what I
15 deem excellent market commentary that you'll be
16 getting as well that I think is immensely important in
17 this market environment.
18       And usually I put this whole package
19 together for 1,499 for a year.  For anybody that's
20 following any of the services that I run, it's always
21 1,499, if not more.
22       Today we're going to cut it in there so you
23 can get in at 799, and we're going to do that here for
24 15 minutes.
25       So we'll throw up this clock here, we'll

44

1  have this up for about 15 minutes.  Nice, you made
2  80 percent on WORK today, very nice, Keith.  I can't
3  say this enough, I've been, you know, I'm 29 years
4  old, I've made about 8 million dollars now, closing in
5  on it, I'd have to check as of today, but I'm closing
6  in on 8 million dollars worth of profits.
7        You'll likely not see a market environment
8  like this in many years and I'm proving over the
9  course of three months that trading in any type of
10 conditions can be done, can be done.  Profits can be
11 made.
12       A lot of you guys that were in the fast
13 five, for example, probably killed it on JNUG, right.
14 What is JNUG?  It's a gold ETF.
15       I mean it, as long as the stock and option I
16 think are going to go up and we can call the direction
17 in the correct manner, there's money to be made.  The
18 only way that money's not being made is if there's no
19 stock market, right, which means the world has ended.
20       So there is profit potential using your
21 brain, using your mind with good ideas, finding
22 catalysts and pieces of news outlined on a watch list
23 and talked about daily in Emails and also talked about
24 in videos as well, video format.
25       Alerted via trades, via Email and text.  And

11 (Pages 41 to 44)

Attachment LL                          PX 27, 2098

45

1  I can't stress it enough, we probably won't see this
2  type of environment again for awhile, so it's really
3  important to take advantage while the taking advantage
4  is hot, when these gains and volatility are happening
5  very quickly.
6          When the idea's based on simple to
7  understand news, while others are panicking, I'm
8  sitting here looking at all this opportunity.  So much
9  opportunity out there on a daily basis with all these
10  pieces of news coming out, all these edges that are
11  coming out and all these stocks and options that are
12  immensely mispriced because of the virus situation
13  that's going on right now causing all this fear and
14  volatility.
15          But it's really easy to understand what's
16  going on if I'm sitting here and I understand if it's,
17  if it's confusing to you seeing all these different
18  opinions and stuff like that on the Internet, on the
19  media, but when I'm sitting here and I've been doing
20  this for closing in on a decade now and I have all my
21  news feeds set up and I'm going through the news in
22  the morning and I'm trading and I'm doing all this
23  stuff, the situation here is not that dire if you just
24  take a breath and focus on making money, okay.
25          And that's what my goal has been all this

46

1  year and it's always my goal, but even more so now
2  because the opportunities are so immense, there's so
3  many opportunities, so many things to look at.
4          The activity is so high right now.  The
5  volume in the market is so high and people are all
6  focused on what's going on.  And that leads to me
7  having a huge advantage right now in terms of when I'm
8  comparing myself to other traders and stuff like that
9  out there, I feel like this is my market right now.
10          This is where I have a huge edge because I'm
11  always looking at technicals with the chart and
12  combining them with fundamental news and fundamental
13  research that I'm doing on a daily basis and right now
14  since there's so many missed pricings out there, so
15  much fear and misunderstanding, the reward, when timed
16  right, is also high, okay.
17          So there's two prices up on there.  We have
18  799 for the year, okay.  That is half of the price of
19  what I usually charge.  And 1,499 for lifetime, that's
20  right, for lifetime.  You can come on board for life
21  in the next 15 minutes here, 1,499 for life.  What I
22  usually charge for a year is what I am charging here
23  for life.
24          And if, if you can't get in there for
25  lifetime, even though I really hope that you do

47

1  because that means that we're going to be together,
2  we're going to be a team together for the time that
3  I'm running this service.  And I'm 29, I'm going to be
4  doing this a long time, okay, I'm 29 years old, I'm
5  not going anywhere, I'm going to be trading and trying
6  to make money for a really long time, so I encourage
7  you to go ahead and get that 1,499, it's an immense
8  deal right now.
9          But if you can't get in there, that's okay,
10  get the 799, come on in, test the waters, the water's
11  warm.  I'm up 300 -- what did I say, 330,000 so far
12  this month in two, less than two weeks, I mean we're
13  two weeks and two days in here into the month, okay.
14          You don't get opportunities like this that
15  often, right.  I'm going to be, be on your team, be on
16  your team, right next to you, showing you what I'm
17  looking at, detailing it in videos and written form
18  and showing you exactly what I'm looking at.
19          And I think that it's immensely important
20  during this market condition to be a team, to work
21  together, to look for ideas and I say, because I'm
22  delivering those to you to make it a lot easier, okay.
23  A lot easier.
24          Nice, you made 65 percent there on JNUG,
25  excellent, Jacquelyn, excellent.

48

1          Alrighty here.  I also as we're going
2  through here I will answer some questions, so let me
3  bring up the, the, here, so I can take a look at this
4  as well with you guys.
5          Yes, there is, Dennis, good question.  Good
6  first name.  That's my last name, you have a good, a
7  good name there, Dennis.
8          Yes, there's a lifetime option, it's the
9  first one up on the screen, it's 1,499 for life, okay.
10  Half the price if you want to come in for a year.
11          Like I said, I encourage you to go ahead and
12  get the lifetime price because we'll be a team
13  together for life, okay, as long as I'm running this
14  service, which I, I like I said, I'm not going anywhere,
15  I'm 29, I'm going to be running this a long time and
16  this is my bread and butter here.
17          Excellent trade there, Jacquelyn, on JNUG,
18  good work.
19          How many alerts do you give out a day?
20  Great question.  My rule of thumb is that I have two
21  to three a week, okay, but that is on average.  It
22  changes.
23          Look, if there's not many opportunities, I
24  may have less than that.  Right now if I was to
25  average the alerts throughout the first two and, what

12 (Pages 45 to 48)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555
Attachment LL       PX 27, 2099

Joinnow.Live Webinars

Raging Bull, LLC                                                                                    5/19/2020

49

1    are we in here, two and a half months, there's
2    probably been 10 a week, if not more, okay.  It's been
3    really active.
4        Now there will probably be a time when it's
5    not as active, okay, because I don't like to do trades
6    if I don't think that they're going to make money.  I
7    don't just force activity.  If there's no opportunity,
8    then I don't do a trade.  If there's an opportunity,
9    then I do trades.
10       So I don't limit myself and just go all
11   right, there's going to be three a week and that's all
12   I'm doing.  There's not a schedule like that.  If
13   there's opportunity, then I'm all over it.  If there's
14   not, then I pull back.
15       I always give an average of two to three
16   because I like to under promise and over deliver.  If
17   I had to guess there will be way more than two to
18   three a week, I'm a pretty active-based trader and
19   right now it's more than that, but we might have some
20   weeks where it's a little less, too.  But just keep
21   that in mind, under promise, over deliver.  I'll say
22   two to three, but it will likely be more than that.
23   Okay.  Good question.
24       At 799, this is also the best bang for your
25   buck that you can possibly get with me.  I run five

50

1    different services and this is the best bang for your
2    buck that you can possibly get at this price.  This is
3    an active service, lots of great ideas, it's my bread
4    and butter.  It's my number one profit bucket.  It's
5    what I've been doing here since 200 -- what was it,
6    2012 when I first started now, so closing in on a
7    decade of doing this.
8        So I'm not a, I'm not a guppy here, I'm not
9    a guppy anymore, a newbie.  I've been doing this as my
10   full-time job since 2015 and been trading since 2012
11   and trading and profiting in a lot of different market
12   conditions.
13       And it all comes down to the same thing for
14   me, just tweaking the same strategies that I've been
15   working for many, many years.
16       So really great question.  If you have more
17   questions, go ahead and put them in.  We have about
18   7 minutes here and 30 seconds to get on in there for
19   the package.
20       So excellent work here, gang, and I want to
21   make it immensely clear what a catalyst here is and
22   how this changed my trading career.
23       I was down 8,000 dollars when I first
24   started trading like a complete amateur, looking at
25   just one single thing, candlesticks, trading the VXX,

51

1    trading all sorts of different things that I knew
2    nothing about.  Looking at indicators that didn't
3    work, trying to find my way.  I lost 8,000 dollars
4    doing that.  Okay.  I lost 8,000 bucks from, from
5    simply not knowing what I was doing back in the day.
6        And that hurt and I was about to give up,
7    okay.  I was about to give up and it hurt really,
8    really bad to be down that much, but I'm glad I didn't
9    give up because once I figured out the simple supply
10   and demand formula and trying to figure out why some
11   stocks were going up and others were not and how I
12   could time these things better, once I figured out
13   catalyst was the answer for me, then all of a sudden
14   things really got rocking and rolling, right.
15       Because it makes a lot of sense,
16   fundamentals.  Fundamentals.  It all goes back to
17   fundamentals.  You could have the worst company in the
18   world, you know.
19       Just for example, the INO, the first one
20   that I showed you guys, INO, it's not a great company,
21   they've never had a successful treatment for anything.
22   They've been working on SARs, MERs, a lot of
23   things, but it didn't matter.
24       I will say it's probably not a great
25   fundamental company and they've never had much success

52

1    if you look at the long-term chart, but to me it
2    doesn't matter, the stock went from 4 to 18.  If I
3    could time that sucker right, man, that's a lot of
4    profit potential to be playing with there, 4 to 18.
5    And that's what a lot of people that were in the
6    service that saw the idea did and thought as well.
7        Okay.  So that's the point here, is that
8    it's all about timing at the end of the day.  I used
9    to work as a real estate analyst back in the day and
10   what is real estate all about, location, location,
11   location, right.
12       Well this, the stock market is all about
13   timing, timing, timing.  You could have the best, you
14   know, Apple's one of the best companies in the world,
15   right.  If you bought it three weeks ago, you had
16   awful timing and you're down on your trade or
17   investment or however you want to look at it, you're
18   down on it.  You have bad timing, even though Apple's
19   probably the most profitable, best company in the
20   world, or Amazon we can say, one of these big time
21   companies.
22       You timed wrong and you got it wrong and now
23   you're down money.  I would much rather be right by
24   timing it right on a company that's possibly not that
25   great because they have a nice catalyst upcoming and

13 (Pages 49 to 52)

Attachment LL        PX 27, 2100

---

53

1   it's mispriced and it's probably going to go up very,
2   very quickly, which has been happening here in this
3   market.
4         Nice, you made, so 96 percent today on WORK.
5   So WORK, that's a trade that I did here today.  It all
6   came down to the same formula in a way, right,
7   W-O-R-K.  Did options on that one today.  Good work
8   there, no pun intended, Brynn, making 96 percent.
9         WORK is Slack, okay.  Slack is, is what a
10  lot of businesses use, it's like a chatroom feature to
11  communicate to each other.  What's going to happen is
12  if everybody's quarantined at home and/or working from
13  home, how are they going to communicate with their
14  co-workers.
15        A lot of people will probably use Slack.  So
16  I, with that idea and the market looking good here
17  today, I went after the W-O-R-K, which is Slack, the
18  calls.  Those went up, I made 100 percent on it.  It
19  looks like, Brynn, you made 96 percent, so excellent.
20  But it's a very simple idea to understand.  Not too
21  difficult, right.
22        You look at a company called T-D-O-C,
23  Teladoc.  Trump came out today saying that there was
24  going to be a huge Government effort to have doctors
25  and patients communicate through, through the -- they,

---

54

1   he didn't mention Teladoc, but through the Internet,
2   basically, right, to do appointments and stuff because
3   hospitals might get overwhelmed.
4         What happened to the Teladoc stock, started
5   to go up really quick and it could continue to go up.
6   You see stuff like Campbell's Soup, General Mills,
7   which makes cereal and all these other stuffs, go up.
8   McDonald's starting to bounce back up here today
9   because they said their drive-throughs are going to be
10  open.
11        Really easy to understand stuff, but you
12  have to be following what's going on, which I, which I
13  understand 99 percent of the people aren't me and
14  sitting here watching this stuff.  I am, that's my
15  job.  That's my job.
16        Does that make sense?  And it's not too hard
17  to understand if you know the news and know the
18  information that's coming out there to take advantage.
19        Very nice, John, 62 percent on WORK today,
20  excellent buddy.
21        Grill's working off -- so Grill, yeah, it's
22  another one off, right off my watch list, excellent.
23  Was, it moved up, I think it hit 30 or 40 percent
24  today.  They do delivery like Blue Apron and some of
25  these other delivery companies, they deliver food to

---

55

1   you, they deliver food to you.
2         Why is Blue Apron going up?  Well people are
3   quarantined at home and they need groceries and they
4   might order from Blue Apron, they, the Blue Apron
5   stock went from like 3 to 7 in the matter of a couple
6   days.  I'm not watching it this very second, but it
7   was up today again, okay.
8         So easy to understand.  It's not too
9   difficult, but you need to put it together, you need
10  to put the puzzle together that, okay, people are at
11  home, Blue Apron, they'll probably order stuff from
12  Blue Apron because they deliver stuff.  The stock is
13  at lows.  Holy smokes, okay, it went from 3 to 6, or 3
14  to 7, it might have even been more than that, I'd have
15  to double check, but it's very easy to understand,
16  right.
17        Really, really easy to understand.  Same
18  thing with Grill, they just make a healthy version
19  that they deliver and they prepare the food for you,
20  but it's the same thing.
21        You're in, nice, Marcio, you're in,
22  excellent, excellent.  You joined trade with Kyle
23  today.  Well thank you, you're trading with me.  Good
24  stuff, man, good stuff.  Glad to have you.  This is
25  excellent.

---

56

1         Now this has to make sense for you guys,
2   right?  This has to make sense.  If it doesn't make
3   sense, I've done something wrong.  This should be very
4   easy to understand about what's going on, okay, very
5   easy to understand.
6         And it's that simple in the way that if you
7   have the information in front of you, information is
8   king and you understand what's going on with the news
9   and catalysts, not only when I learned that did it
10  decrease my anxiety because I knew what was going on,
11  it also made me more profitable because others are
12  behind the curve.
13        Like I said, with INO or OPK, right, I was
14  all over OPK, Opko Health, early.  The stock went from
15  like $1.50 to almost 3 in a matter of a couple days.
16  I was all over that because OPK, people didn't know
17  that OPK owns Bio-reference Labs which is doing the
18  New York testing.  They didn't know that OPK owned it,
19  okay, so they didn't know -- I was in there at like
20  $1.40 and it went up to $2.80 or 3 bucks in just days
21  after that once everybody, the press release and
22  everybody else figured it out.  Early to the game.
23        And then when it popped up like that, take
24  my profits, move on.  You know, I don't need to play
25  any games about thinking it's going from $1.50 to

---

14 (Pages 53 to 56)

Attachment LL                    PX 27, 2101

57

1   50 dollars a share or anything like that making an
2   investment.  Take my big win and move on, you know.
3         And if you're in there early, the big wins
4   come a lot easier and with less anxiety and a lot less
5   trouble.  Since you're in early, the percentage gains
6   are better and it's way easier, but you have to
7   understand the news and what's going on.
8         You have to understand, okay, and that's why
9   I say information in catalyst is king and that's
10  what's so important about the watch lists and my
11  communication with you and telling you what's going
12  on, especially right now because some days it will be
13  best when there's no trades, some days it will be best
14  when there's a lot of trades, there's a lot of
15  information arbitrage and things to do and that's what
16  it's all about, okay.
17        You're -- nice, and I want to say that, too,
18  if you've never traded before -- oh, man, time flies.
19        If you want, if you've never traded before,
20  this is a great place to start.  This is my bread and
21  butter.  This is where I started.  I have the Trading
22  Academy included in there which has 50 hours of videos
23  so you'll be able to learn a lot and I always like to
24  say that common phrase, learn before you earn, right.
25  Learn before you earn.

58

1         It's great to do some paper trading, get --
2   test the waters, don't risk real money, learn from the
3   Trading Academy in the meantime so you're prepared to
4   do and make some money in the long-term because you
5   should look at this like a business, I always say
6   that.  You're in the business of making money.  You're
7   not in the business of gambling, you're not in the
8   business of throwing your money around and hoping it
9   hits and hoping something sticks.  You're not in the
10  business of doing anything but making green.
11        And if you do it the right way, there's
12  always no guarantees in life, right.  There's no
13  guarantees in life, but if you do it the right way and
14  you keep calm and you learn and you understand what's
15  going on with the trades and you're prepared, then it
16  becomes a lot easier.  Then it becomes a lot easier
17  and you have a huge chance of success.
18        (The recording was concluded.)
19
20
21
22
23
24
25

59

1                 CERTIFICATE OF TRANSCRIPTIONIST
2
3         I, Monica Voorhees, do hereby certify that
4   the foregoing proceedings and/or conversations were
5   transcribed by me via CD, videotape, audiotape or
6   digital recording, and reduced to typewriting under my
7   supervision; that I had no role in the recording of
8   this material; and that it has been transcribed to the
9   best of my ability given the quality and clarity of
10  the recording media.
11        I further certify that I am neither counsel
12  for, related to, nor employed by any of the parties to
13  the action in which these proceedings were
14  transcribed; and further, that I am not a relative or
15  employee of any attorney or counsel employed by the
16  parties hereto, nor financially or otherwise
17  interested in the outcome of the action.
18
19  DATE:   July 20, 2020
20
21
22        _____
23        MONICA VOORHEES
24        Transcriptionist
25

15 (Pages 57 to 59)

Attachment LL          PX 27, 2102

3

OFFICIAL TRANSCRIPT PROCEEDING

FEDERAL TRADE COMMISSION

MATTER NO.      2023073

TITLE           RAGING BULL, LLC

DATE            RECORDED:   DATE UNKNOWN
                TRANSCRIBED:   JULY 20, 2020
PAGES           1 THROUGH 89

JASON BOND UNCHAINED (LIVE WEBINAR REPLAY)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

---

2

FEDERAL TRADE COMMISSION
I N D E X

| RECORDING: | PAGE: |
|---|---|
| Jason Bond UNCHAINED (LIVE Webinar Replay) | 4 |

---

```
 1          FEDERAL TRADE COMMISSION
 2
 3   In the Matter of:            )
 4   Raging Bull, LLC             )  Matter No. 2023073
 5                                )
 6   -----------------------------)
 7                           Date Unknown
 8
 9
10
11        The following transcript was produced from a
12   digital file provided to For The Record, Inc. on June
13   30, 2020.
14
15
16
17
18
19
20
21
22
23
24
25
```

---

4

```
 1            P R O C E E D I N G S
 2            -   -   -   -   -
 3      JASON BOND UNCHAINED (LIVE WEBINAR REPLAY)
 4          JASON BOND:  -- 4,000 people.  Unbelievable.
 5   Welcome, everyone.  Man, type "yes" right now if you
 6   are ready.  Tonight's announcements, three distinct
 7   things, while I'm teaching, how to locate momentum
 8   stocks and how to profit from them tonight, while I am
 9   teaching.
10          Yes, I am going to announce three things
11   that change the game for you, the student, that
12   changes the game for you, my customer, that changes
13   the game for my clients.  I am upending the newsletter
14   industry tonight with my announcements.  I don't think
15   anybody is going to be able to do this, which means I
16   am going to be taking everyone's customers.  I'm
17   putting notice right now.  I've made decisions and
18   moves that will benefit my clients significantly, and
19   I'm going to tell you all about them tonight.
20          Additionally, I'm giving away some cheddar.
21   Who here likes cheddar?  Type "cheddar" if you want
22   some cash, because I'm giving a lot of it away
23   tonight, all right?  So pay attention, because if we
24   call your name, you need to let us know that you're
25   here so you get your cheddar.  All right?  We're
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Attachment MM

PX 27, 2103

5

1  giving away some cheddar.  You like cheddar?  Let me
2  hear it, baby, let me hear it.
3       All right, so Jason Bond Unchained.  There
4  will be three big things within this presentation that
5  makes up the unchained version of my newsletter, and
6  it directly benefits you.  110 percent you're
7  absolutely going to love it.  Yes, yes, William says
8  cheddar.  Jeannette says cheddar.  Trevis says
9  cheddar.  Get in there, Brent, cheddar, yes.  Peter,
10  Robert, yes, cheddar.  Kyle, Fernando, Michael.
11  Welcome, everyone.
12       I am so humbled.  Wow, 4,400 people.  We're
13  going to break 5,000 people.  You guys and gals are
14  unbelievable.  All right, I've got the chat room over
15  here.  I've got my presentation here.  I want to walk
16  you through how I just knocked out about $75,000
17  realized trading profits using what I'm going to teach
18  you in the last week -- in the last week, in this
19  market.
20       I got tremendously focused.  I went back to
21  the basics.  And what I'm going to teach you tonight,
22  I actually used in the last week to make about
23  $75,000.  More importantly, Unchained will make three
24  distinct announcements.  So get out a pad and paper or
25  get out a Post-It note on your monitor.  I want you to

6

1  take some notes tonight because those three
2  announcements are going to change the newsletter
3  industry and you are going to benefit, and I don't
4  think other people are going to be able to keep up.
5  That's how confident I am in what I'm going to teach
6  you tonight.
7       All right, listen.  Everything you're going
8  to learn tonight is about locating stocks before they
9  move, specifically momentum, all right?  I will show
10  you how two patterns -- two patterns -- work in any
11  market condition.  They have to be present in every
12  market condition.
13       Wow, look at all these cheddars.  Jean,
14  Arlene, Alexia, Joe, Ben, Frank.  Awesome.  All right,
15  buckle up.  I'm giving away a lot of cheddar tonight.
16  All right, 10 Gs from your man, Jason Bond.  10 Gs
17  coming at you live.
18       All right, so let's dig in here.  Let's talk
19  about locating stocks before they move.  How to find
20  momentum before it happens, all right?  And then let's
21  talk about those major announcements.
22       All right, a few -- a few things to talk
23  about here.  First and foremost, I'm not an investment
24  advisor.  I was a schoolteacher for a decade.  I was
25  buried in debt.  I had a roofing business.  I was

7

1  coaching sports.  And I was looking for ways to make
2  more money.  I actually enrolled in my second master's
3  degree to be a school principal, and in that moment,
4  after 10 years of teaching, coaching, roofing business
5  during the summer, I decided that I was going to learn
6  how to trade so that I could teach it to the world,
7  and I did exactly that.
8       But I am not an investment advisor.  I'm a
9  former elementary schoolteacher with a master's degree
10  who was taking a second master's to be a principal,
11  who decided instead of being a school principal, I
12  want to do something where there's unlimited upside
13  based on how hard I want to work, because nobody is
14  going to outwork me.  And that tonight is going to
15  shine through, and you're going to see how it benefits
16  you, my customer, my client, my students.
17       But know this, I'm not a broker.  I'm not an
18  investment advisor.  I don't tailor any coaching to
19  individuals.  I teach my trading, done with real
20  money.  And sometimes my trading isn't good; and most
21  of the time, it's excellent.  But I teach everything.
22  When it's not good, I teach about that.  When it's
23  amazing, I teach about that.  I try and stay humble,
24  and I do my best each and every day, whatever that
25  looks like.

8

1       But I am not an investment advisor, and my
2  past performance -- good or bad -- is not indicative
3  of future results.  We all know this, but it's
4  important to point out, especially in these market
5  conditions, because things just got wild.  So, listen,
6  we all need to take trading very seriously.  And if
7  you're brand new, paper trading at TD Ameritrade with
8  their paper money is a great way to start because all
9  you lose is your time when you're learning.
10       And I think an investment in education is a
11  worthwhile cause.  So think about that as we move
12  forward, but I will say this.  I always give my best,
13  and you're going to see that shine through tonight.
14  All right, so that's the legal disclaimer.
15       2020 is crazy, I mean, absolutely crazy,
16  right?  Look at that chart.  I think we may have
17  finally seen a bottom, but the S&P, the NASDAQ, the
18  DOW, the Russell, they all shaved about one-third in,
19  like, a month.  It's been nuts.  You know this,
20  though.  And here's what often happens when that
21  happens, which is irregular for the macro market to do
22  that, but when that happens, everyone gets frantic,
23  sometimes me included.
24       We panic.  We ditch our rules.  We try to
25  hit home runs, or we get too big in positions -- way

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Attachment MM**

**PX 27, 2104**

Jason Bond UNCHAINED (LIVE Webinar Replay)

Raging Bull, LLC                                                    7/22/2020

9

1    too big in positions.  We lose sleep at night.  We
2    often get taken over, railroaded, by the media, and we
3    forget about future planning and how to use our edge
4    in the market, which is your strategy, to win.
5    Anybody -- anybody here -- does any of that ring a
6    bell?  Just raise your hand by saying yup, Y U P, yup.
7         All right, because it happens to me, too,
8    all right?  I cofounded Raging Bull.  I've got tens of
9    thousands of paying customers.  It happens to me, too.
10   That's the nature of the market.  Just type in "yup"
11   if this has happened to you recently, or yes if you
12   don't like yup.  This is something that we can work
13   through.  Everyone can work through this, all right?
14        When things get crazy, I generally go back
15   to my number one strategy, all right?  And that's two
16   patterns that helps me identify big, huge movers in
17   any market condition.  So when things get crazy, and
18   sometimes they get crazy and you don't expect it, it's
19   good to have something to fall back on that is your
20   bread and butter, and for me it's momentum, and
21   specifically the two patterns that I'm going to teach
22   tonight.
23        So what should you do as a trader?  Well,
24   you should settle into a strategy or strategies that
25   you know to be good, all right, that you can rely on

10

1    in crazy times.  Don't try to be a hero yet.  I will
2    teach you, I will show you when it's time to be the
3    hero.  You have to pay yourself in markets like this.
4    When you're right, you have to take your money and you
5    need to then be patient for the next setup, applying
6    your edge and making money by paying yourself.  If you
7    don't in these market conditions, somebody else will.
8         All right, and you got to be thinking five
9    steps ahead, and sometimes that means being cash.  It
10   can be a really, really strong friend in these market
11   conditions.  All right, I lived it myself, so I'm
12   speaking from experience.
13        All right, opportunity is out there.  A lot
14   of people see a crash like this, they shrivel up and
15   they stop trading.  I am telling you quite possibly
16   one of the worst things to do.  Even if you were to
17   only paper trade in this crazy market, you would learn
18   a ton.  The worst thing you can do is literally just
19   ignore it because there are a myriad of lessons, both
20   personal and in the market, that can be gained in
21   situations like this.
22        What you do need to know, though, if you are
23   going to be in the game, is where to look.  And
24   tonight, I will teach you exactly where I looked in
25   the last week, all right, so my specific scanner,

11

1    where I looked in the last week to capture -- to
2    capture -- literally win after win after win, which
3    added up to -- don't know exactly -- but about $75,000
4    in realized profits in the last week with about --
5    again, don't know exactly -- $100,000 account.
6         So I took about 100 grand and made about 75-
7    in the last seven days by doing what I'm going to
8    teach you tonight, by finding the stocks, by knowing
9    where to look, all right?  This was all on stocks.  So
10   excited about this.
11        All right, so when the market collapses
12   like it has, first and foremost -- and this is hard
13   to do, especially for me, man, I get, like, super
14   jacked up -- it's hard to remain patient, but that's
15   exactly what you need to do.  Remain patient and
16   honestly lock in your wins.  And so many people just
17   fail to do that small, little thing.  How many times
18   have you been up on a -- on a trade in the last week,
19   not locked in the win, and then the next day the win
20   was gone?  All right, so important that this one
21   little key here is noted.
22        Here are just a few.  These are just a few.
23   And are there any JBP clients in the house?  Jason
24   Bond Picks clients in the house?  Just raise your hand
25   by typing JBP if you're a Jason Bond Picks client.

12

1    These are just a handful of the trades that I made in
2    the last week that added up to the $75,000 that I was
3    telling you about in the market, a myriad of 10
4    percent, 20 percent, and a few 50 percent winners in
5    the last week.  I got focused.  I told people I was
6    getting focused, and I got on fire.
7         And I am telling you, there are a lot of
8    people who are already in the Jason Bond Picks
9    service.  They saw this happen live, despite the crazy
10   market conditions that we were in.  I knew where to
11   look.  I knew where to locate, all right?  I knew
12   where to locate the right stocks.  And I'm going to
13   show you how you can do that, too, all right?  So that
14   was just the last week, and that was just a handful.
15        All right, so it's just as important -- all
16   right, it's just as important right now for everyone
17   to take a deep breath and understand running from this
18   isn't a good way to learn.  Trying to catch the
19   rebound, in my experience, is quite possibly the best
20   thing to be focused on right now, and it's hard
21   because it's scary out there.  And it's easy to want
22   to just duck and run, but I've done this before, and I
23   told clients a week ago, it was about 10 days ago, I
24   said I am putting on my big-boy pants, and I am ready
25   to fight.  You better be paying attention because I'm

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555
Attachment MM

PX 27, 2105

Jason Bond UNCHAINED (LIVE Webinar Replay)

Raging Bull, LLC                                                          7/22/2020

---

13

1    coming to win.  And then the next two trades, I lost.
2         I was so upset with myself.  I was, like, I
3    can't even believe this.  I was so ready to go, and
4    then, doot-doot-doo, oh, straight down, loser.  Okay,
5    all right.  Next one.
6         Doot-doot-doo, ohhh, and then I literally
7    went on a tear, one after another after another after
8    another after another.  Sure, there were a few small
9    losers mixed in there, too, but the net result was
10   about 75 grand.  Awesome, wow.  Brian, Myron, James,
11   Caleigh, Stefan, William, Costley, Paul, Jason,
12   Scott, Peter, Al, Sean, all existing Jason Bond
13   Picks clients, students, customers here tonight.
14   Thank you.
15        Catching the rebound, catching the rebound,
16   the market made the biggest move today it's made
17   since 1933.  The market always comes back, and if
18   it doesn't, we all have bigger problems, all right?
19   We -- if the market does not come back, we all have
20   much bigger problems.  So, guys and gals, listen,
21   catching the rebound is what I am directly focused on
22   and teaching to tonight.
23        I have experience with this.  In Quarter 4,
24   2018, I was doing really well during that market drop.
25   This is just a small section.  The market tanked in

---

14

1    Quarter 4 2018.  Anybody remember that?  It was wild.
2    For like four straight months, from September to
3    December, straight down with the market.  I was doing
4    good, and then I had some bad trades in December.  And
5    I was really bummed, but I stayed in the market, and I
6    did exactly what I'm teaching here tonight.  I got
7    focused, and I got ready to go because pullbacks don't
8    last forever, even if we head into a recession.  They
9    don't last forever.
10        So in December 2018, I said the same thing
11   I'm saying right now.  Pay attention.  I'm getting
12   focused, and I'm ready to kick some serious butt.  In
13   the next two months, I took $200,000 and I turned it
14   into a half a million dollars.  That is the first two
15   months of 2019.  I started 2019 with a $200,000
16   account.  In the face of that pullback, because there
17   was no bounce in December.  That was January and
18   February.  I rattled off $300,000 in profits and
19   committed them to charity, which were donated to
20   charity, 200-and -- 220,000 of which went to St. Jude.
21        Really proud of that performance right
22   there.  That right there represented $220,000 going to
23   St. Jude.  The fact that I was there and ready to go
24   and saying the same thing that I'm saying tonight, you
25   need to know where to locate stocks; you need to be

---

15

1    looking for the rebound; you need to be paying
2    yourself when you have profits; you need to be
3    learning from this experience so the next time it
4    happens you're stronger, you're better, you're faster,
5    you're more knowledgeable.  All of those things I've
6    done before.  That is two months' worth of trading.
7         Whoo.  I quit Diet Cokes, by the way, but
8    I'm really jacked up tonight.  All right, so how did I
9    do that?  I stayed patient when the market dropped.  I
10   knew that it would bounce at some point in time, but I
11   didn't know when.  I didn't know when.  But I stayed
12   in the game looking for momentum.  I became extremely
13   selective, just like I have in the last week.
14        When I noticed strength coming back, I got
15   aggressive.  This is where -- this is where a lot of
16   people struggle.  Once I start hitting, then I start
17   swinging ferociously.  Once I get my groove and I find
18   what's working, then I push in my chips.  I've always
19   traded this way, and I'm telling you, the reason I
20   rattled off such a good week in the last week, despite
21   the market going up 5 percent, down 5 percent, limit's
22   up, limit's down, the reason I was able to rip out of
23   the market over $75,000 in the last week is because
24   when I noticed opportunities I pounced.
25        It's hard to do, all right?  It's hard to

---

16

1    do, but I started by just getting my focus back.  I
2    started by being patient.  I started by getting
3    selective, and then once -- and by the way, when the
4    market was crashing, I took a ton of my money out of
5    my trading account and I -- I -- I went down to a much
6    smaller trading account to protect myself.  So -- so
7    when I say remain patient, I just did this.  I took a
8    bunch of money out.  I got selective.  I took smaller
9    $10,000 positions.  And I was making 20, 30, 50
10   percent on them.
11        Once I started doing that, I upped those
12   sizes to $30,000 and $40,000, and I was hitting 10,
13   20, 50 percent.  So that's what I mean by you get
14   patient, you get selective, then once you're clicking,
15   you start pushing until it stops working, all right?
16        And the biggest thing of all, I stuck to the
17   two patterns which are definitely my best edge in the
18   market.  I'm a momentum trader.  I'll trade anything
19   with momentum, all right?  I -- I generally buy.  I'm
20   a buyer, so I'm not a short seller.  I feel very
21   comfortable buying in all markets, all right?  So two
22   key patterns I will teach you that allow me to do
23   that.  So I'll show you how to locate them, what the
24   two patterns are, what I just did, all in the
25   following slides.

---

4 (Pages 13 to 16)

Attachment MM                                    PX 27, 2106

Jason Bond UNCHAINED (LIVE Webinar Replay)

Raging Bull, LLC                                                    7/22/2020

17

1      But before we go there, obviously nobody
2  could have predicted how badly this coronavirus would
3  disrupt the economy, and everybody's left wondering
4  when will it rebound.  And the truth of the matter is
5  nobody knows, and you do not need to know, and this is
6  the hardest thing for people to accept because the
7  media makes you think that to be a trader, you need to
8  know when it's going to rebound.  I -- I didn't need
9  to know when it was going to rebound last week.  I
10  traded when the market was down 2,000 points, and I
11  traded when it was up 2,000 points.  And I made money
12  in both scenarios, and all by buying, not shorting,
13  and I'm a smart stock trader, no options in there,
14  all right, at Jason Bond Picks, which is what we're
15  talking about tonight.
16      So what do I do when that happens, when --
17  when a coronavirus hits and, like, I don't expect it
18  and things get crazy and I pull a bunch of money out
19  of my trading account and I get really focused on two
20  patterns, I tell myself it doesn't matter when the
21  market will rebound because opportunities are present
22  right now, and that's what matters.  And that's a
23  scary thing to focus on because we want to think the
24  only way we can trade is if the market's just going up
25  every single day like it did in 2019, and that's not

18

1  the case.  I showed you with the 2018/2019 bounce and
2  in this past week I hope to have been a great role
3  model in that regard as well.  These two patterns are
4  going to show you endless opportunities.
5      All right, so I get this question all the
6  time.  I mean, I have tens of thousands of paying
7  clients.  I get this question all the time: Jason,
8  there are thousands of stocks to trade.  How do you
9  narrow it down to just three to five stocks a day?
10  And from that, how do you narrow it down to the one to
11  three that you take from the three to five?
12      So there's literally thousands at any give
13  them.  There's 5-, 6,000 stocks that could be traded.
14  How do you narrow it down to three to five?  How did
15  you just rattle off 70-plus-K in a week in this
16  market, all right?  This isn't -- this isn't the first
17  time that I've done it.  How did I do that?  I'm going
18  to show you exactly, all right?
19      Again, this is a snapshot of those wins, and
20  it's really important to pay attention because these
21  are all from in the last week, all right?  And this is
22  just a small basket.  And I did have some losers, too,
23  and despite those losers, still made over 70K.  Today
24  alone, over $25,000 in realized profit.  Today alone.
25  So those right there are just some representations --

19

1  small positions, 10,000, 20,000, 30,000, going for 10
2  percent, 20 percent, 50 percent returns as quickly as
3  I can get them.
4      All right, so location, location, location.
5  It's true in real estate, and it's in true in stocks.
6  The person who can find the best trades first makes
7  the most amount of money.  That's the bottom line.
8  The trader who can locate the best trades before
9  everyone else makes the most amount of money.  And
10  that's what I teach and that's why you're here
11  tonight.
12      By the way, wow, almost 6,000 people.
13  Unbelievable.  Thank you for showing up, everyone.
14  Sometimes I just need to take a deep breath and
15  express my gratitude.  Thanks for spending your time
16  with me here tonight.
17      Location, location, location.  Man, it's
18  true in real estate, it's true in stocks.  You got to
19  be able to find them, and in the world of 5-, 6,000
20  stocks to pick from, it can get daunting.  I will show
21  you one scanner that I use and two patterns that
22  delivered those wins in the last week.
23      All right, so, you ever -- you ever felt
24  this way, or any of these sound familiar?  Just type
25  "yes, that's me" or "yes, I've felt that way."  I will

20

1  always tell you as a teacher of trading, I am not
2  perfect.  Every one of these bullet points I've been
3  vulnerable to as well, but, I mean, you -- have you
4  ever said to yourself, Why didn't I see that move
5  coming?  Right?  Today, Sientra was up about 100
6  percent.  I was going to buy it yesterday at a $1; it
7  went to $2 today.  I literally was going to buy it, or
8  two days I bought CNTY and Jackpot Trades, and I sold
9  it for a loss, and it went up 100 percent today.
10  Right?  Have you ever said, Why didn't I see that move
11  coming?  I literally researched the stock, bought the
12  stock, had the right game plan, took a small loss, and
13  it -- two days later, it ran 100 percent.
14      How come I didn't have that one on my radar?
15  Ever felt that way?  I know I have.  You -- you see
16  all these other people making money, and then you say
17  to yourself, where are these people getting their
18  info, right?  All of a sudden, you start feeling the
19  FOMO it happens to me, too.
20      What are people looking at, right?  I mean,
21  we've all said every one of these.  And then last but
22  not least, especially when things go bad or if you
23  don't actually have a strategy yet, what am I doing
24  wrong?  It is the most -- trading can be the most
25  cruel hobby or -- or profession or whatever it is to

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Attachment MM**

**PX 27, 2107**

Jason Bond UNCHAINED (LIVE Webinar Replay)

Raging Bull, LLC                                              7/22/2020

---

21

1  you in the world.  "What am I doing wrong" if you
2  allow it, can push you right out of this game.
3  Tonight, I will show you what I'm doing right, and I
4  hope that it helps you do more right.  That's the
5  focus for tonight.
6       All right, so bottom line is, man, and I
7  think I've made this clear, we have all been there.
8  And if there is anyone in this room that is undefeated
9  in the last two months, good for you, but the truth
10 is, not a single trader in this room is undefeated.  A
11 ton of traders in this room aren't profitable.  A ton
12 more just struggled a lot in the last quarter.  I've
13 been in that mix with you, so you're not alone.  We've
14 all been there, man.  We have all been there.
15      And anybody who teaches and tells you that
16 they're perfect, they're just sweeping their stuff
17 under the rug.  I have always taught the good and the
18 bad of trading so that I can help people learn from my
19 mistakes and from my successes.  So I am telling you,
20 it is hard for everyone, but there are things that you
21 can do to give yourself an edge.  And that is what I
22 do when things get nuts, and that is how I won in the
23 last week.
24      All right, so what I'm going to do tonight.
25 I'm going to put your mind at ease, or at least I

---

22

1  hope, okay?  I'm not a therapist.  I have a good
2  therapist.  Everybody should have a therapist in this
3  market.  I'm going to put your mind at ease showing
4  you something that actually works.  I'm going to show
5  you every single thing that I did to make those gains
6  in the last week and how it can work in any market
7  moving forward.  So hopefully if this ever happens
8  again in your lifetime, you at least have one thing to
9  fall back on.
10      And to be honest, I think a bounce is
11 coming, and today was the biggest bounce since 1933.
12 So I may be wrong, but I might be right.  So it pays
13 to be watching right now, all right?  I'm going to
14 show you how to take control.  It's easy to quit.  You
15 have to be a person who takes control, even if that's
16 with paper trading.
17      We were at a conference recently, and I was
18 presenting in front of about 650 Raging Bull clients,
19 down in Orlando, and a really good friend and client
20 of mine, you know, came up and he's, like, hey, man,
21 everybody has to go back to the tee at one point in
22 time.  So he always makes sports analogies, and a
23 baseball, when they lose their swing, they go back to
24 the practice tee, which is basically hitting a ball of
25 a tee.  It's the most rudimentary form of practicing

---

23

1  your baseball swing.
2       And that client said that to me, and it made
3  me think, wow, he's so right.  And the bottom line is
4  this:  I will show you how to take control by
5  sometimes -- sometimes going backwards is better than
6  pushing forwards.  When you're getting too big in
7  positions, when you're over-trading, when you're
8  taking huge losses and breaking stop-loss rules.
9  That's when you're out of control, and that's when the
10 market is dangerous.  So I will show you how to take
11 control.
12      For me recently, taking control meant I'm
13 getting my money out of TD Ameritrade, into my bank
14 account, and I'm going to trade with a smaller amount
15 of money and really focus on these two patterns and
16 what I know will work in any market.  And that's how I
17 rattled off these wins.  All right, so I'm going to
18 teach you how to take control.
19      I'm going to teach you how trading part-time
20 can supplement income.  Now, trading is hard, so not
21 everybody's going to make money, but we're all here to
22 try and get better and make money.  So I think we all
23 have a common vision:  try and identify something
24 that's working, and then try and repeat it.  And
25 that's what I'm going to teach you tonight.

---

24

1       All right, so I will focus on two patterns,
2  and I know that that sounds silly, but I just made 70,
3  75 grand in a week using about roughly 100 grand.  So
4  if I did that during this crazy market, these two
5  patterns are pretty important, and I did do that.
6  Focus on your trading, there were some monster
7  movers.  I mean, Blue Apron was one of them, and it
8  went from 3 to 30.  PIXY went from 5 to 17.  Some of
9  the biotech stocks went from, like, 5 to 25.  And I'm
10 going to show you, these were monster moves, okay, and
11 there will be more tomorrow, which is the exciting
12 part.
13      All right, so this is all about you, your
14 success, all right?  I made a good week, but I've had
15 a roller coaster year, all right?  I am getting myself
16 moving in the right direction, and this week was a
17 really good reflection of that.  Tonight is about you.
18 I did it.  I'm doing it.  I want to try and help you.
19 This is your success, your trading, your growth.
20      The way I help you is by teaching you what I
21 do, all right?  That is how I can help you, to teach
22 you how I'm doing it.  When I'm losing, I teach that.
23 When I'm winning, I teach that.  Three things, my
24 friends, three things are about to happen, so stay
25 tuned.

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Attachment MM

PX 27, 2108

Jason Bond UNCHAINED (LIVE Webinar Replay)

Raging Bull, LLC                                                    7/22/2020

25

1    You're going to be able to see what I trade
2    before I trade it, all right?  I told you I was going
3    to upend the newsletter industry tonight.  I will talk
4    about this a lot this evening, more later, but you are
5    going to be able to see what I trade before I trade
6    it.  If you know what I'm talking about and you're a
7    Jason Bond Picks client, then type "thumbs up" right
8    now if you're excited.  If you're an existing Jason --
9    and I know a lot of existing clients love to show up
10   to these trainings.  If you're an existing client,
11   type "thumbs up" if you know what I'm talking about.
12       Number two, you're going to get behind the
13   scenes, all right?  You're going to go behind the
14   scenes and see the exact scanning criteria I not only
15   use every day but used in the last week to make those
16   gains.  And I'm for the first time ever -- ever, ever
17   -- and I told you I'm going to change the whole
18   industry tonight, I am going to guarantee it all, all
19   right?  I am going to guarantee it all.  So type
20   "thumbs up" if you know what I'm talking about, bullet
21   point one.
22       All right, heck, I'll just spill a little of
23   the beans, all right?  Instead of buying and then
24   alerting you of my trades, the wins that I made over
25   the last week, I alerted my trades and then bought.  I

26

1    gave my buys to my clients all last week, all this
2    week, before I bought.  And then I bought and I made
3    75,000 or so, roughly, profit in the last week
4    trading.
5        I am not kidding around, guys and gals.  I
6    told you I was going to change the industry, and I've
7    already been doing it.  I announced this about 10 days
8    ago.  I've done it on every trade for, like, the last
9    10 days, and all of that profit I made I gave my buys
10   to my clients before I bought.  There are not a lot of
11   momentum traders in the market that are going to be
12   able to do that.  They all buy and then they alert,
13   and I am telling you my clients went nuts.  I mean
14   nuts.  And I'm so proud to be able to do this, and I
15   crushed it, and I saw so much positive feedback from
16   people that I absolutely wanted to announce it
17   tonight.
18       And I'm doing one other major thing.  I'm
19   going to do a guarantee at the end of this that is
20   unbelievable.  You're not going to believe it.  But
21   I'm also giving away cheddar, all right?  So jot down
22   your questions.  I will do those at the end.  I will
23   always take your questions at the end, but I'm giving
24   away some cheddar, all right?  In fact, right now,
25   let's give away the first $1,000 prize.

27

1        I'm going to turn to my main man, Nate.  My
2    main man, Nate.  Nate, let's pick a name from somebody
3    who's here tonight.  The first $1,000 prize is going
4    to [humming game show music].  Let's see it: Mr.
5    Staveset.  Who's getting the first grand?  We will do
6    nine more $1,000 giveaways at the end of this
7    presentation.
8        Nate, who we got?  Thumbs up, Wayne.  Thank
9    you for saying so.  Dennis, Audrey, Simon, Dan, Ty,
10   Patrick, Isaac, John, Max, Mary, Jim.  One of the
11   biggest -- one of the biggest moments of my 10-year
12   career at teaching trading and just absolutely was the
13   best thing all week long.  Jean Hill, congratulations.
14   If you are here tonight, we are shipping you $1,000
15   worth of cash cheddar.  Well, it's really not cheddar,
16   but we're going to send you $1,000, my friend, and we
17   will send 9,000 more by the end of this presentation.
18   All right, so stick around, we're going to give away
19   more cash.
20       All right, why am I doing this?  First and
21   foremost, as an elementary schoolteacher and my wife
22   was a first-grade teacher as well, we both have
23   master's degrees -- mine's in general education; hers
24   is in literacy -- and we both taught for 10 years in
25   Upstate New York.  She was first grade; I was

28

1    elementary adapted physical education.  For eight
2    years, two years of general physical education and I
3    was studying to be a principal.
4        We paid for our own college, for the most
5    part, and between all of our debts, credit cards,
6    student loans, et cetera, we had a quarter-million
7    dollars in debt.  It was unbearable, all right?  So we
8    wanted to get out of that debt, and I saw trading --
9    learning how to trade and running a business teaching
10   trading as an unlimited opportunity.  Being a
11   principal, your salary is capped.  Being a teacher,
12   your salary is capped.  That's why I had a roofing
13   business.
14       So we were broke, and I wanted more, and I
15   was looking around and sniffing around, and ultimately
16   I decided I was going to learn how to trade so that I
17   could teach it and build a business about it, and here
18   we are about 10, 11 years later, and that's exactly
19   what I'm still doing.
20       All right, so I needed something to
21   supplement my income.  I had a roofing business, but
22   it was only over the summers, and I couldn't have
23   employees because I couldn't afford the insurance to
24   cover the employees, so I did the roofs myself.  So I
25   was constrained on how much I could make.  Eventually

7 (Pages 25 to 28)

Attachment MM                          PX 27, 2109

Jason Bond UNCHAINED (LIVE Webinar Replay)

Raging Bull, LLC                                                7/22/2020

29

1    -- eventually, all right -- I stumbled into trading,
2    all right.  I found a mentor.  It took me a while to
3    get good.  It wasn't like I was a natural right out of
4    the gate, but I did do well.  I had a good mentor, all
5    right?  And my goal was just to supplement income;
6    then my goal was I'm going to build a business around
7    this, all right, and I'm going to kick serious butt,
8    all right?
9           I found success, taught it to tens of
10   thousands of people.  Some have gone on to be wildly
11   more successful than me, and I'm telling you, I was an
12   elementary physical education teacher, and I had no
13   background in the markets.  So if I can learn all of
14   this and I have a master's degree, I can teach it, all
15   right?
16          So don't beat yourself up and think that you
17   can't do this, too.  I'm not saying that you can be as
18   wildly successful as me or other people, and I've had
19   horrible runs at the market, by the way, we all do, so
20   it ain't like I'm perfect, but the bottom line is
21   this.  I'm really good at teaching it.  My strategies
22   work.  I just proved it over the course of the last
23   week.  And in general, I dominate.  I hope to teach
24   you how to do that, too, but don't ever believe like I
25   have some sort of magic power because that is not

30

1    true, and I definitely have bad runs in the market,
2    too, so if you just had one, don't feel like you're
3    alone.
4           All right, so, listen, I'm not here to show
5    you how to get lucky on a trade here and there.  I'm
6    not here to show you a get-rich-quick strategy.  This
7    is -- this is trading.  It's hard.  It's work, but the
8    things that I know work.  And they don't always work,
9    but they work more than they don't.  And if you are
10   interested in that, then, if you're interested in work
11   and learning from somebody willing to teach, somebody
12   who's doing it, then you're in the right place.
13          All right, so I want to teach people how to
14   trade part-time.  I'm not a full-time trader.  I run
15   Raging Bull full-time.  I want to teach people
16   basically how I learned to supplement income.  My goal
17   was just a few hundred dollars extra a week.  I mean,
18   as a teacher, I made a few hundred dollars a day, all
19   right?  My paycheck every two weeks was like $1,400.
20          So if I could make an extra few hundred
21   dollars a week, boy, oh, boy, that was a game changer
22   for me.  I mean, an extra $1,000 a month meant that
23   was one less roof I had to do, because that's about
24   how much I made doing a roofing job.  All right, so
25   supplementing income is the main goal of my

31

1    strategies.  It's not to go out and make millions,
2    though at times I try and do that, it's not -- I -- I
3    -- the markets are crazy, man.  They can suck you into
4    challenging ways of thinking.
5           But I've always found that just going for
6    reasonable goals has led to, at times, wild success.
7    One of my best years was 100 grand into $430,000, for
8    example.  That's 330 grand in profit in a year.  My
9    starting teaching salary was $33,000.  That's 10 times
10   my starting teaching salary.  Put that into
11   perspective.
12          So all of that revolves around these two
13   patterns, and it also revolves around consistency,
14   something that I also struggle with at times.  Staying
15   consistent can be hard, and it is quite possibly one
16   of the most important things of trading.  So write
17   that down.
18          All right, so here is what I'm going to
19   teach you about locating stocks, but before I go any
20   further, I want you to know a lot of people who have
21   come through my system have had wild success.  Some of
22   the most successful people, Kyle Dennis, now also
23   works with Raging Bull as a teacher of trading.  He is
24   up about $7 million.  Before he had any success, he
25   was one of my star students very early on.

32

1           But truth be told, Kyle turned that 15 grand
2    into 7,500 as a Jason Bond Picks subscriber very early
3    on.  Actually unsubscribed and then came back and then
4    got his head on straight and got on the biggest tear
5    I've ever seen anybody go on.  So Kyle is up over $7
6    million trading profits, real money.  Started with
7    1,500; lost -- lost half of that, and then went on a
8    tear.  So this is a great story of a guy who had a
9    job, wanted to supplement his income, had no
10   aspirations of being a millionaire trader, eventually
11   left his career and now not only trades and makes a
12   ton of money but teaches trading as well and makes a
13   ton of money that way, too.
14          Taylor Conway, car salesman, no college
15   education, 10,000 into 3 million.
16          Nathan Bear, father of four, 37,000 into 3
17   million.  The year he joined Jason Bond Picks, he had
18   lost $40,000 in the market and decided to get a little
19   bit more education.
20          Some really great guys.  These are -- these
21   are your wild success stories.  These are not the goal
22   of Jason Bond Picks, though we would love to see more
23   people fall into this category, and I'm pretty sure
24   there are many others, okay?  But it is not the goal.
25   This isn't about getting rich quick.  And by the way,

8 (Pages 29 to 32)

Jason Bond UNCHAINED (LIVE Webinar Replay)

Raging Bull, LLC                                                            7/22/2020

33

1    none of these guys got rich overnight.  It took them
2    years, but the simple fact that the market gives
3    unlimited opportunity is why it's so exciting.
4        If you can figure it out, then the
5    opportunity, while challenging at times, is always
6    more and more and more and more, which is awesome,
7    versus being capped on a salary.  But this is not the
8    goal.  This is just some of the wild success stories.
9        A lot of -- I mean, I have -- I have
10   thousands, and I mean thousands, of client
11   testimonials.  And not everybody makes money trading,
12   so don't feel like anybody who just joins Jason Bond
13   Picks is automatically successful.  I'm just pointing
14   out here that a lot of my clients have gone on and
15   done very well, most of which trade part-time.  I have
16   very few clients, students, customers who are full-
17   time traders.
18       All right, so look at these guys.  Kevin,
19   640,000; Tom, 177,000.  Back to the previous slide,
20   Kru, 170,000.  Adriano, actually is a full-time
21   trader.  He left his career.  I don't know how much
22   he's up now, but it was 165 at the time.  So these two
23   guys here, Andrew Lapp is a concert pianist, $36,000.
24   Justin, 100 percent in under four months, $29,000.
25       All right, so these are people who pay me

34

1    money to teach them trading, and then they
2    participated in our Milestones program, which was a
3    part of the Roadmap at the time.  Bottom line is this:
4    these are some very successful clients.  But to me,
5    success is also a paper trader who is just learning
6    and trying to pick up on something new.  That is also
7    success.  It's not people who just make millions.
8    It's not people who just make hundreds of thousands of
9    dollars.  And success can also be a client who
10   actually loses money if they learn something and have
11   a better chance moving forward to make money, all
12   right?  But it is the market.  There is never any
13   guarantee of success.
14       Why did these guys all win?  Well, I've
15   interviewed almost all of them as a part of that
16   Milestones program, and in almost every single
17   situation, their focus was very, very narrow.  All
18   right, so listen, if you're here to get lucky, I don't
19   want anybody to leave -- there's 5,500 people on here
20   -- but you should.  If you just feel like gambling, go
21   to your convenience store, get a scratch-off, it's a
22   better use of your time, all right?
23       My goal is to change people's lives and help
24   them find continued success right now with that pad of
25   paper I told you to get out or your Post-It note

35

1    define your own goal, all right?  Define your own
2    goal.  Is it 500 per week?  Is it 1,000 per week?  Is
3    it more?  Is it paper trading and learning something
4    new?  All right, set that goal, strive to reach that
5    goal, and then once you've reached that goal, realign
6    that goal.  All right?  Write that down right now.
7    It's super important, it'll tie in later.
8        All right, I'm going to teach you two
9    patterns to locate Wall Street's biggest movers, and
10   they are -- write this down -- breakdowns and
11   breakouts.  I don't care what anybody says.  Eighty
12   percent of the time stocks are doing nothing.  Well,
13   not in this market, actually, because it's been Wild,
14   Wild West.  But 80 percent of the time, stocks are
15   actually doing nothing.  Twenty percent of the time,
16   they're doing something, and that something is either
17   breaking out or breaking down.  Write that down right
18   now.
19       It's Pareto's law, 80 percent of the time,
20   stocks are doing nothing; 20 percent of the time,
21   they're doing something.  And that 20 percent of the
22   time the patterns to pay attention to are the
23   breakdowns and the breakouts.  That is all I did in
24   the last week that helped me make my money.
25       All right, so if stocks are either breaking

36

1    down or breaking out, all right, then we need a way to
2    find them, and that's exactly what my scanner does.
3    It puts them right up atop my radar, which allows me
4    to then put them on my watchlist, which allows me then
5    to send advance notice of what I'm going to buy, and
6    then I send my buy and sell alerts in real time.  My
7    advance notice alert is letting people know I'm about
8    to buy.  I'm giving you the heads-up.  Sometime here
9    very soon -- next 10 minutes, next 30 minutes, next 45
10   minutes -- I'm buying and at this price, because of
11   these reasons.  That is brand new as of last week.
12       All right, but first you need to be able to
13   locate them.  Remember, location is everything.  He or
14   she who finds the best location -- in this case with
15   stocks -- has the best chance of making money.  So
16   I'll teach you about the scanner in a moment.
17       All right, here's Blue Apron.  The other
18   night, I'm sitting around with my wife after Noah
19   went to bed, and she says, Jason, I just turned on
20   our Hello Fresh subscription again.  If you don't
21   know what that is, Hello Fresh is a meal kit company,
22   and -- and I don't even like Hello Fresh.  So I said,
23   Pam, you got to be kidding me.  Well, she says, Jason,
24   the supermarket, the shelves are empty.  There was no
25   meat in there today.  Though we've been vegan mostly,

9 (Pages 33 to 36)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Attachment MM**

PX 27, 2111

Jason Bond UNCHAINED (LIVE Webinar Replay)

Raging Bull, LLC                                                                    7/22/2020

---

37

1  we have been eating a little bit of meat lately.
2          Anyways, she says there's nothing in the
3  supermarket, and I'm scared about this virus, I want
4  to make sure that we have food coming.  So the next
5  morning, I'm thinking, you know, I'm not thinking
6  about that, but I'm looking at my scanner, and Blue
7  Apron's up.  It's, like, in the 250s.  And this is
8  around 7:00 a.m. while I'm drinking my coffee.  Well,
9  why is Blue Apron up?  And then I remember the
10 conversation.
11         My wife just turned on our Hello Fresh
12 again, which is the same as Blue Apron, meal kit
13 companies.  And I said, son of a gun, this stock is up
14 because Blue Apron is going to be able to deliver food
15 while the supermarkets' shelves are all cleared.  So I
16 get advance notice out to my clients, like, right
17 away.  All right?  I'm buttoning up a nice win on Glu
18 Mobile for 5,800, and I'm letting people know the
19 watch on Apron is $3 and two eighties.  Then it got
20 adjusted to $3.  So I'm sending them notice that I'm
21 going to buy before I buy, and what areas, okay?
22         So there's some of the messaging for Blue
23 Apron, and then I send the buy alert by text and
24 email:  I bought Blue Apron, 7,000 shares at $3.26.
25 This little bugger went to $30.  Nobody knew that was

---

38

1  coming, by the way.  That is not what I play for.  I
2  play for 10 to 20 percent, and when I hit 50 percent,
3  it's a gift.  And I hit a bunch of those last week,
4  but the bottom line is this:  I go for 10 to 20
5  percent, not $3 to $30, but it went to $30.  I sniffed
6  that out because I remembered my conversation with my
7  wife, and my scanner showed me that it was up in the
8  pre-market.  At 7:00 a.m. while I'm drinking my
9  coffee, I instantly connected the dots and I got this
10 information out to my clients.
11         There's my win, not long after I sent my
12 advance notice, I sent my actual alert, Blue Apron,
13 cut ripping, and I made about four grand from a
14 conversation with my life -- wife -- wife -- and life
15 -- about Hello Fresh and, more importantly, actually
16 acting on the information that I gleaned from the
17 scanner and there was the trade.
18         Most importantly, did clients benefit from
19 my teaching?  Waleed, $235 on Apron, cheddar, thank
20 you.  Peter says, I just made my first 96 percent gain
21 on Blue Apron.  In at 3.80, out at 6.75.  Thanks,
22 Jason.
23         And Suzanne says Blue Apron, 4.04, 5.30, 29
24 percent profit, and then another 29 percent profit.
25 I traded that one twice.  I bought it again

---

39

1  that same day and sold it that night into a big gap.
2  It ended up going to $30.  I wish I trimmed and
3  trailed it a little bit better.
4          All right, Dillon says in at 3.40, out at
5  3.80.  Edgardo says 3.06 to 3.81.  So I was, like, one
6  of the first people to identify that Blue Apron trade,
7  but my scanner that I'm going to show you how to use
8  in a moment is what picked up on it.  Absolutely
9  imperative to pay attention to that.  So lots -- lots
10 and lots of winners.
11         All right, PIXY, sympathy to that, a
12 breakdown.  We can all see the breakdown here.
13 Horrible stock.  PIXY advance notice, really important
14 to pick up on this.  So I start sending clients
15 advance notice that I'm about to buy.  So I have a
16 watchlist, but then I send them, hey, heads up, I'm
17 about to buy.  I want you to be able to look at this
18 and learn from it.  I'm about to buy.
19         So I send them that information.  There's
20 the email.  Advance notice alerts come by email.  Buy
21 and sell alerts come by text and email, all right?  So
22 before I buy, I'm notifying clients I'm about to buy.
23 Now I adjust my advance notice, and why?  Because that
24 little bugger went from 8 to 16 -- 8 to 16 -- and I
25 missed a move.  Same day, it retraces to 9, and I

---

40

1  actually got in at 9.
2          Here's the buy alert that went out.  I
3  bought PIXY, probably gap trade.  I held it through
4  the close.  The next morning, it was at 14, and I sold
5  it for a really nice win.  I bought -- literally
6  bought 2,000 shares in the 9s; sold it in the 14s.
7  Awesome, awesome trade.  So, again, email alert; text
8  alert; proof of the performance.  There's the PIXY
9  price action.  Initial advance notice was there.  That
10 thing went to $17.  So this breakdown turned into a
11 breakout real fast on Sympathy to Blue Apron, which
12 was running at the time.  All right, really good trade
13 right there.
14         Again, do clients like what I'm doing?  I
15 love, I love, I love advance notice.  It gives me some
16 time to look at the stock and apply what I have
17 learned in your lessons then make a decision whether
18 or not we want to trade it or not.
19         Jason, advance notice is awesome.  Game
20 changer.  Thank you.
21         Jason, I'm loving the advance notice 1,600
22 on PIXY.  Great service.  4,500 on PIXY.  I'm a lifer.
23 Jason, 26 percent on PIXY, moving right along.
24         PENN, gaming stock, crushed, breakdown.
25 Clear as day to see what's happening on the stock.

---

10 (Pages 37 to 40)

Attachment MM

PX 27, 2112

Jason Bond UNCHAINED (LIVE Webinar Replay)

Raging Bull, LLC                                                    7/22/2020

41

1  Breakdown, scanner picks it up, breaking down, not
2  hard to see.
3       PENN advance notice goes out at 9:38 a.m.  I
4  give my game plan.  PENN, I bought PENN, 9:52 a.m.  So
5  about 20 minutes later.  So I told people I'm going to
6  buy; then I bought.  It's hard to know exactly how to
7  trade this one, but I like it around 4; I bought it at
8  4.09.
9       Here's my stop loss.  It's tight.  Okay,
10 PENN, literally, literally, by 10:06 a.m., 25 percent,
11 5,400 profit.  I'm also taking profit on OSTK, another
12 trade that I put out at the same time.  Boom, about 10
13 grand right there.  There's the PENN trade.  This
14 little bottle rocket went to, I think, about $20.
15 Maybe it was 15.  It absolutely did not stop.  I
16 bought the breakdown.  It squeezed, and it ran to,
17 like 15 bucks.  You'd have to check the chart.  I
18 don't have it in front of me, but it absolutely ran
19 significantly higher.  I stuck to my rules, 25
20 percent.
21      All right, so, again, thanks for the advance
22 notices.  Loving the advance notice.  Love the advance
23 notice.  The advanced alerts are teaching me a ton.
24 Please keep doing them.  I told you I'm changing the
25 industry tonight.  My competition, they're not going

42

1  to be able to keep up because I am giving my buy
2  alerts before I buy.  Trading momentum, that is hard
3  because these are -- these stocks move around a ton.
4  And I am doing it because it helps students and you
5  can very clearly see that they are saying it helps
6  them.  It is going to change the industry.
7       All right, so breakout, BMRA.  This is the
8  end price action, 334 percent.  Well, guess what, my
9  scanner picked up on it when it was at 5.  Sent out
10 the alert to clients, BMRA advance notice.  I am going
11 to buy this stock and at this price.  I give them the
12 chart; I give them the rationale.  Stop loss, goals,
13 there goes the text message.  Bought BMRA at 6.44.
14 Yes, I sent email and text alerts.
15      Get me some cheddar, baby, 10 grand, 50
16 percent.  This son of a gun might have run -- I don't
17 know what it was.  I think it was, like, 25 or 30 this
18 ran to.  I don't know how high BMRA went.  But, again,
19 advance notice, scanner advance notice, trade alerts,
20 profits.  All right?  Profits.  Do all of them work
21 out?  Absolutely not.  More of them work out than
22 don't.  And if you want to learn how to trade, having
23 advance notice of what I'm about to buy is a game
24 changer.  There's the BMRA annotation chart that I
25 sent to clients after the trade.  Bottle rocket, baby.

43

1  Bottle rocket.  Advance notice, buy alert, hidden
2  squeeze volume, bull flag continuation pattern.  Bite
3  off the demand line, which is nothing more than
4  support.  Look to trim and trail at the supply line,
5  which is the top of the flag.  Resistance.  Breakouts.
6  Consolidate and go.  This thing was a monster,
7  absolute monster.  Scanner picked it up.  It was
8  already taught for my lessons.  Put the advance notice
9  out, bought it, alerted it, made money on it.
10      Jason, thank you for BMRA, a quick $5,000.
11 Probably left a lot of meat on the bone, but I got to
12 pay myself.  And Ron is right, you do have to pay
13 yourself.
14      Waleed, 380 bucks.  Advance notice is a
15 Godsend, Damon says.  Thanks for the advance
16 notifications, Justin says.
17      TLRA, is that a breakout?  Nope.  That's a
18 breakdown.  Eighty percent of the time stocks are
19 doing nothing; 20 percent of the time they're doing
20 something, which is either breaking down or breaking
21 out.  Breakdown, TLRA, advance notice, I'm going to
22 buy this stock.  All right, here's the intraday.  I'm
23 looking above 2.70 for entry, all right?  If I need to
24 chase this some, I will, but I'm starting to watch
25 around 2.80.

44

1       I bought TLRA.  Had a bid in at 2.83,
2  couldn't get it, moved up a few times and eventually
3  grabbed it at 3.09.  All right?  Goal is 30 percent --
4  30 cents a share, on its way to 3.50, which I think
5  it's going to go to.  Boom, sold TLRI, 15 percent,
6  $3,366.  There's the proof.  Advance notice, buy,
7  sell, stock goes to five bucks.  Unbelievable price
8  action, advance notice.  I'm going to buy; before I
9  buy, I send the notice.  This is where, this is why,
10 these are my goals, I'm going to do it, and I did it.
11      This is Jason Bond Unchained.  This is the
12 moment that you've been waiting for.  My all-access
13 package is one education; two, the scanner; three, the
14 daily watchlist; four, advance notice, which is brand
15 new, that I am going to buy before I buy; and number
16 five, text and email alerts when I do buy.  This is
17 Jason Bond Unchained.  This is brand new.  I've never
18 sent my buy alerts before I've bought.  I've basically
19 reversed the order.  Students, clients, customers,
20 they get the buy alert before me, then I buy.
21      I did that all last week.  You saw the proof
22 of it, and I made over $70,000 in profits focusing on
23 two things:  my scanner, breakdowns and breakouts.
24 Let's break these down just a little bit.
25      I have 10 years' worth of education and a

11 (Pages 41 to 44)

Attachment MM

PX 27, 2113

45

1   master's degree in teaching.  I hope that comes clear
2   in my presentations.  You'll get the Trader's Vault
3   when you sign up, all right?  You'll get the Trading
4   Vault.  And you'll learn the strategy.  It's -- it's a
5   lot of lessons, but I've got a special thing to
6   announce in a little bit.  Pay attention.  I'm giving
7   away $9,000, and I'm doing something that I've never
8   done before here in one moment.
9        You see this scanner?  This is today's
10  scanner this morning.  Those two stocks were on the
11  watchlist yesterday.  They were sent by advance
12  notice.  They were bought and alerted, and I made huge
13  wins on those yesterday and overnight.  I sold CHEF
14  today; I sold PLAY yesterday.  PLAY went up another 50
15  percent today.  CHEF went up 41 percent.  I sent
16  advance notice yesterday, Monday, that I was going to
17  make these trades.  Right from that scanner, I will
18  teach you all about that scanner the moment you join
19  my service tonight.
20       Those were stocks I was in yesterday.  One I
21  sold yesterday, one I sold today, about $15,000 in
22  trading profits.  Top 10 on all of Wall Street,
23  identified yesterday before today.  That is -- that is
24  some of the most liquid stocks on all of Wall Street,
25  picked up on yesterday by my scanner.

46

1        All right, so daily watchlist.  You got the
2   education, you got the scanner, now it goes into a
3   watchlist.  Here are the ones we're paying attention
4   to.  Then, advance notice buy alerts.  Before I buy,
5   you know where I'm going to buy.  And then I buy.
6   This is brand new.  I'm changing the whole game, and
7   it worked awesome last week, and it's going to
8   continue to work awesome.  And it's going to be
9   awesome for students, customers, clients, then trade
10  alerts in real time, all right, text and email.
11  Straightforward there, first time ever.
12       Absolutely first time ever, money-back
13  guarantee.  5,232 people on here right now.  Here's
14  the deal.  You've got the trading vault, which is all
15  of my lessons.  We took the most important ones and we
16  put it into two to three hours' worth of education.
17  We created a little learning curriculum where you go
18  through and you take quizzes and you take this two- to
19  three-hour course.
20       I will give your money back if you do that
21  course, you watch me for a month, and at the end of
22  that month, advance notice and that course doesn't
23  excite you, then full refund.  We've never done this
24  before.  Money-back guarantee.  So not only did I
25  change my entire service by alerting first and then

47

1   buying, I will give you your money back if you do
2   nothing more than that course and tell me you don't
3   like the service.
4        You have 30 days to make that decision.
5   It's less than an hour a week of studying, and it
6   walks you through.  It's not blindly doing a course.
7   There are little quizzes at the end of each video.  I
8   give you my best two to three hours, maybe four hours,
9   depending on how fast you learn, of -- of information.
10  You take that little course across the next month; you
11  -- you look at my buy alerts.  I literally give them
12  to you before I do it, and you disagree that this is
13  not the best service on Wall Street, I will give you
14  your money back if you are unsatisfied for any reason.
15       All you -- and you can -- when you finish
16  the course, you will get a certificate so you will
17  have proof that you finished it.  You finished the
18  two- to three-hour course.  You say I'm not
19  interested, you get your money back.  You will learn a
20  ton, and you will see me trade.  And if you don't like
21  it after 30 days, and I don't know how you wouldn't,
22  because it is awesome.
23       All right, so this all-inclusive package,
24  30-day, money-back guarantee, all right, so my
25  education, my scanner, my daily watchlist, advance

48

1   notice alerts, and the actual alerts, all of this,
2   normally, $1,499.  The market's just put a dumping on
3   all of us.  I get it.  I'm doing 50 percent off.  The
4   guarantee, the 30-day guarantee, you got to get it
5   now.  You absolutely got to get it now, and that's
6   going to be for the next 15 minutes.
7        So think about this, guys and gals.  I just
8   crushed it over the last week, telling clients what I
9   was going to buy before I bought.  Nobody in the
10  industry does that.  No momentum trader alerts the
11  momentum trades before they actually buy.  Anybody
12  here who's a Jason Bond Picks clients, who loves
13  advance notice, please type in "advance notice rocks"
14  right now.  I want people to know how much of an
15  effort I am making for my students, for my clients,
16  for my customers.
17       There is nobody else doing this, and I just
18  did it for a full week.  You type it in right now:
19  "Advance notice rocks."  I want people to understand
20  that I am giving you my buys before I buy.  I'm giving
21  you my best education in two to three hours' worth of
22  work.  And if you don't like all of that, I'm giving
23  you your money back, and I'm discounting my annual
24  rate for $799.  It's unbelievable.  I just rattled off
25  in a week doing this about 70 grand with roughly 100

12 (Pages 45 to 48)

Jason Bond UNCHAINED (LIVE Webinar Replay)

Raging Bull, LLC                                          7/22/2020

49

1  grand. All right? Those aren't exact numbers. It's
2  probably more like 75- with under 100-, but it's about
3  that.
4        I am telling you, guys and gals, I am 110
5  percent committed to you. That is why I've made these
6  changes. I want to prove to the world that I can give
7  my buy alerts before I buy -- and I just did it, by
8  the way -- and I can give you your money back if you
9  are unsatisfied. I'm going to prove to the world, and
10 my competitors, they are going to shrivel up because
11 nobody's going to be able to compete with this.
12       I'm stealing everybody's business. I want
13 you in there, but if you want the guarantee, you have
14 the money-back guarantee, you have 13 minutes to
15 purchase, then you have one month to take that two-
16 three-hour class, and you have a whole month to watch
17 me do this. And if at the end of that, you don't like
18 it, you get it back.
19       But think about this for a second. My total
20 education is about 60 hours, all right? The vault, I
21 whittled that down to two to three hours of the most
22 important stuff and then made quizzes and a guideline
23 for you to walk through and do this little course.
24 And I've tied that to a money-back guarantee because
25 it shows me that you at least looked at my best stuff

50

1  and you watched me for a month and you decided it
2  wasn't for you.
3        I don't want your money if you do -- if you
4  show me that commitment, I don't want your money. Do
5  you understand? You -- you've -- you've -- you've
6  given me a fair shake at that point in time, and I've
7  given you my best. So if you see me give you my
8  alerts before I buy and I make a ton of money and then
9  you take my most important coursework and you say,
10 ehh, it's all great, Jay, but it's not for me, then
11 that 799 goes back in your pocket.
12       You can't lose in that scenario, especially
13 if you paper trade, because there's no guarantee to
14 win the markets, but I just kicked some butt. Is that
15 a guarantee that I'll kick butt next week? No, but
16 I'm going to try my darndest, all right? I don't want
17 you to come in and see my service and all of a sudden
18 I start stinking. So I'm going to do my best to stay
19 focused on those two patterns, that scanner.
20       When you join, I will teach you how to
21 locate the stocks, all right? But if you want -- if
22 you want the guarantee, if you want the advance notice
23 alerts, now is the time to act, 11 minutes.
24       Questions. Thank you so much. Monty says
25 advance notice rocks. So kind of you. And Omar says

51

1  advance notice rocks. Pete, advance notice. And
2  Jaden says I'm better than sliced bread. It depends
3  on who you ask.
4        My goal here is to be the best teacher, and
5  I figure if I give you my buy before I buy, you have
6  time to look it over versus hey, guys and gals, I just
7  bought. Then it's like, oh, my goodness, right? And
8  it becomes a panic. Instead, hey, guys and gals, I'm
9  about to buy and at this price. It was on the
10 watchlist; here's your advance notice that I'm going
11 to buy. And then you can learn from that by looking
12 at the trade and learning from that. What you do with
13 that information is up to you.
14       Awesome. Cedrick's in. If you're in, type
15 "I'm in." If you're in, type "I'm in." Wow, over
16 4,000 people right here, right now. I want every one
17 of you -- I want every one of you joining right now.
18 Give me one month to prove myself. If -- if I do not
19 prove myself and you do that course, I will give you
20 your money back. Give me a month to send you the
21 alerts before I buy. Give me a month for you to do
22 two to three hours' worth of coursework. Give me a
23 month to send you my watchlist. Give me a month to
24 prove that I can do what I say I'm doing. Give me a
25 month to show you in real time, because if this market

52

1  bounces in the next month, you're going to be really
2  glad that you gave me this month. If it's next month,
3  then you're going to be really glad next month.
4        If you do this and you do that two to three
5  hours and you see my buy alerts before I buy and I
6  continue to trade how I have in the last week, I think
7  we're going to have an amazing year together. I think
8  we're going to have an absolutely amazing year
9  together.
10       So here's how it's structured. I have my
11 vault. That's my education. From there, I have my
12 scanner, and I'll teach you about that. It looks for
13 two things: breakdowns and breakouts. From there, I
14 make a daily watchlist, whether it's Blue Apron or
15 PIXY or any trade like that. From there, I send you
16 my buys before I buy. It's called advance notice.
17 It'll say BMRA advance notice. It'll tell you where
18 I'm going to buy, why, where my stop loss is, what my
19 goals are.
20       Then I buy, all right? Then I buy. From
21 there, I look to make money, and when I do, I sell
22 where I said I was going to sell if it hits my
23 targets. If something changes, I send an update.
24 That's what we're doing.
25       Yes, Theresa's in, Peter's in, James is in,

13 (Pages 49 to 52)

Jason Bond UNCHAINED (LIVE Webinar Replay)

Raging Bull, LLC                                                    7/22/2020

53

1  Terry's in.  Yeah, hey, sit tight.  Sit tight.  We're
2  giving away $9,000 more money.  Sit tight, okay?  But
3  I want everyone, all 4,000 of you to flood that order
4  form right now because I will give you my best 30 days
5  to prove to you that my coursework and that my
6  strategy works and that I can teach it amazingly and
7  that it's probably going to benefit you somehow.
8      And if you do that month and you say, well,
9  I love you, Jay, but -- and I did what you told me to
10  do, I want my 799 back, we will not argue with you.
11  You just need to do the two to three hours.  You get
12  your certificate, we can see that you finished it, we
13  can see how well you did, we will talk to you about
14  that, and if you absolutely want your money back, we
15  are not going to stop you from getting it.  This is a
16  money-back guarantee that is based on a two- to three-
17  hour course.  Let me prove to you that I'm worth your
18  time, but you got to go to the order form, and you got
19  to pay the 799 now, which, by the way, is 50 percent
20  off.
21      And there's some sort of amazing unlimited
22  deal there, which basically means for the life of this
23  service, you get this service without any more
24  payments.  I think it's like a dollar a year.  Wait
25  until you see that price, a dollar a year, recurring,

54

1  if you do unlimited.  Unlimited is another word for
2  lifetime.  We just can't say lifetime, right, because,
3  like, 10 years from now if I -- if I decide that I
4  don't want to trade anymore, then I don't have a
5  service.
6      I've been running this service for a decade,
7  and there's people who have paid me tens of thousands
8  of dollars to be in it.  I've got clients that have
9  been with me for 5 years, 7 years, and even 10 years,
10  who pay me over $1,000 a year, $2,000 a year every
11  year.  So when you look at that unlimited price and
12  you think whether or not you're moving forward with
13  me, you might want to take that right now.
14      All right, Pete is in.  Marim is in.  Hung
15  is in.  Brent is in.  Kevin is in.  Brenda, thank you.
16  Brenda, thank you so much.  Jonathan, thank you so
17  much.  Wilbert says the education here is terrific.
18  Listen, I -- I strive to teach trading.  That is my
19  job.  I -- I am here to teach trading.  What you do
20  with the information is up to you.  My goal is to make
21  money from my education.  What you do with the
22  information is up to you, but I'm giving you the
23  money-back guarantee because I want to prove to you
24  not only is my education solid, not only is it
25  concise, but I use it and it works.

55

1      And if you see all of that, I think it's
2  going to give you hope, and we all need that,
3  especially in times like this, all right, because the
4  market can beat us up.  It beats me up at times,
5  really bad at certain times.  And I have to fall back
6  on what I know best, which is what I taught tonight.
7  All right?
8      Jeremy, thank you for giving me the shot
9  because, man, I'm humbled to have your business.  Now
10  let me -- now let me keep it.  My job is to earn it.
11  My job is to keep it over the next month, all right?
12  And I'm going to work my tail off.  Every one of you
13  that joins right now, I'm going to work my tail off to
14  keep your business after 30 days.  All you've got to
15  do is finish the course and watch me do what I do and
16  decide if it's for you.
17      That is -- that is the fairest handshake in
18  the world right here.  There are no secret bells and
19  whistles.  You finish the course; you watch me for a
20  month; you have 30 days to decide.  Okay?  I hope to
21  keep each and every one of you, but at the end of the
22  day, if you do that much and you decide that it's not
23  for you, I don't want to keep your money anymore.  I
24  don't want to keep your money.
25      We've never had a refund policy before,

56

1  never, because I felt like my education is too
2  valuable to give it away for free.  I've never had
3  this before.  I've never given buy alerts before I've
4  bought before.  So not only am I giving you my alerts
5  before I buy, not only am I giving you a money-back
6  guarantee, I'm donating all of my profits to charity.
7  Any profits that I make moving forward as a trader in
8  Raging Bull are going to charity.
9      Now, I've already donated over $500,000 of
10  trading profits to charity.  Last year to St. Jude
11  alone, $220,000.  Other amazing charities that clients
12  picked out.  I let clients pick out a lot of them.
13  All right, the Gary Sinise Foundation for the
14  military, some local charities around here with the
15  military.  A lot of great charities got my trading
16  profits last year, and I have committed, moving
17  forward, any trading profits that I make in any
18  service that I run in Raging Bull are going to
19  charity.
20      My sole focus then is on you.  Do you
21  understand what I'm saying here?  Money-back
22  guarantee.  You're getting me buy before I buy and my
23  profits are going to charity.  My only focus then is
24  in how well you do.  Do you understand that -- that
25  combination?  Do you understand the combination?  All

14 (Pages 53 to 56)

Jason Bond UNCHAINED (LIVE Webinar Replay)

Raging Bull, LLC                                                                7/22/2020

57

1   of my trading profits are going to charity through the
2   Raging Bull Foundation, which you guys and gals get to
3   pick.  I'll pick some, too.  You get to pick the
4   charities.  So if you have one near and dear to your
5   heart, you fill out a form, and if we like the
6   submission, we pick the charity, we donate to your
7   charity.  We did that to a ton last year.  I've done
8   over a half million dollars of trading profits to
9   charities.  All of them -- this will never change --
10  my Raging Bull trading profits are going to charity.
11         What this should tell you is my only focus
12  is your success.  I don't keep the trading profits.  I
13  give you a money-back guarantee, you get my buys
14  before I buy, this is all brand new to Jason Bond
15  Picks, which is why we're calling it unchained.  Take
16  the chains off, make me solely focus on students,
17  customers, clients.  And that is what I am doing.
18         And the way that I prove it is by doing
19  everything that I said.  Do you understand how awesome
20  that is?  I mean, listen, it's the markets, so we can
21  never say you can't lose, all right, but as far as
22  teaching goes, I'm putting it all on the line here.
23  I'm giving you all of my education in advance.  I'm
24  giving you a little course.  I'm giving you my buys
25  before I buy, and I'm giving you 30 days to decide if

58

1   it's for you.  And if you don't like it, so long as
2   you do the course, you get the money back.
3          I want to know that you gave me at least two
4   to three hours of your time.  That's why the course is
5   important to me.  I put my best education in there
6   from those 60 hours' worth of lessons.  I whittled
7   that down to the best stuff.  And if you do that much
8   and you say it's not for me, then at least you tried,
9   and I feel like we can shake hands at that point in
10  time.
11         Thank you for saying so, Chickana, I really
12  appreciate you saying so.
13         I feel like this is the proudest moment of
14  my teaching/trading career ever, like I'm not kidding
15  you.  I've never had more positive testimonials from
16  clients since I started giving my buy alerts before I
17  bought.  And as a momentum trader, these stocks are
18  moving all over the place.  So it is -- it is hard.
19  All right, if I want to buy now, but I'm committed to
20  letting clients know that I want to buy now and
21  sending that information before I buy, I have to be --
22  I have to be more focused, more precise.  And what I'm
23  finding is that me being more focused has led to more
24  and more wins.
25         Do you understand?  By me having to get

59

1   better and more concise, I'm actually finding better
2   trades.  It's not a coincidence.  I had to get sharper
3   to make sure that I could survive momentum trading,
4   giving my buys away first, and still make money from
5   my trading, not being able to buy at the moment that I
6   necessarily wanted to buy, or I have to be more
7   predictive about where I think I'm going to buy and
8   send that out, like 10, 20, 30 minutes in advance and
9   then buy, so everybody has a good amount of time to
10  look at it, too.
11         It's a huge win/win.  It totally shows you
12  I'm committed to solely teaching you how to trade.
13  You get now 10, 20, 30 minutes to look a trade over
14  versus, hey, guys and gals, I just bought.  All right?
15  And then it's a scramble.  Now it's calm, cool,
16  collected.  You understand the education, you look the
17  trade over, and you decide if you can learn from it or
18  not.  That is how it plays out.
19         One minute to go.  You want to get the
20  money-back guarantee.  $799, one full year.  If you
21  decide to go unlimited, great, you have me for the
22  rest of the time that I do this, and I hope to do it
23  for 10, 20, 30 more years.  I really hope to do that.
24  I've been doing it for 10 straight, almost 11 now.  So
25  -- and clients have paid me $10,000 for this service

60

1   across those years.
2          So when you think about that unlimited, it
3   is a really, really good deal.  All right, dah-dah-
4   dah-dah-dah-dah-dah-dah-dah-dah.
5          We're got -- we got to give away a $1,000
6   prize.  This is 26 seconds left.  We're going to give
7   away nine grand.  Thirty-day guarantee right now, guys
8   and gals.  There are 3,700 of you in here right now.
9   I want every one of you to give me a shot, all right?
10  You get to that order form, you can get that
11  guarantee.  That should be right on the order form.
12  It's clear as day.  The bottom line is this:  you got
13  to finish that two to three hours, which is less than
14  an hour a week across the course of a month.
15         All right, so that's the end of the timer.
16  $9,000 to give away.  Going to answer some questions.
17  Yes, all right, got some people going unlimited.  I
18  love it.
19         All right, so, Nate, you want to start
20  feeding me some names here of people who are going to
21  get $1,000.  So if you get $1,000, you can use it to
22  buy the course tonight and still have 200 bucks to go
23  -- well, you can't go anywhere to drink right now, can
24  you, because everywhere is closed?
25         All right, my man, Nate, is going to feed me

15 (Pages 57 to 60)

Attachment MM        PX 27, 2117

Jason Bond UNCHAINED (LIVE Webinar Replay)

Raging Bull, LLC                                                                              7/22/2020

61

1  some names.  I'm going to start the timer, and then
2  we're buttoning it up.  I want to go upstairs.  I want
3  to watch Netflix.  It was a crazy day.  I made over
4  $25,000 realized profit today.  I want to go upstairs,
5  watch Netflix.  Nate's going to give me some names.
6       Fifteen minutes, the 30-back -- the 30-day,
7  money-back guarantee will stay live for this remaining
8  15 minutes.  And then I'm shutting this down, all
9  right?  We're going to give away the money.  I want to
10  answer some questions.  So feed me names -- all right,
11  Sam Tuvi.  Sam, you need to -- you need to let us know
12  you're here.  All right, you don't get the 1,000
13  unless you say "I'm here," and then we'll message you.
14  So you got to write in the chat.
15       Congratulations, Sam.  $1,000 going to Sam.
16  Use that cash for whatever you want.  Spray on some
17  disinfectant, all right?  You got to watch out for the
18  -- that's not even -- that's not even a laughing
19  matter, but we'll ship you the cash, okay, and then
20  just spray it.
21       Sam.  Barbara Fong.  Barbara, you are
22  getting $1,000.  Barbara, are you here?  Sam, are you
23  here?  You have -- if you guys don't comment in the 30
24  -- 13 minutes, you don't get the money.  We'll give it
25  to somebody else.

62

1       Bryce Legetti.  Bryce Legetti, are you here?
2  Bryce, you won $1,000 cash.  Bryce, are you here?  So
3  I've got Sam Tuvi.  I've got Barbara Fong, F O N G.
4  I've got Bryce Legetti.  I've got Christian Wahl.
5       Listen, guys and gals, what questions do you
6  have?  I told you to write them down.  Start feeding
7  them to me.  Thirteen minutes.  I'll answer your
8  questions.  I'll give away nine grand, and I hope
9  every one of you -- there are 3,657 of you -- I want
10  you to flood the order form right now.  Take me up on
11  this guarantee.  Let me prove to you that I'm worth
12  $799 of your money for the next 12 months, or go
13  unlimited, which is the biggest deal in the world on
14  that order form, and you have me for as long as I'm
15  doing this.  And I hope to do it for a very long
16  period of time.
17       More importantly, I will show you the
18  scanner, I will teach you how to find the breakdowns
19  and breakouts, and I will give you my buys before I
20  buy.
21       We've got Christian Wahl.  Are you here?
22  Ron Baxter.  Carlos Bishop.  All right, those are your
23  winners of $9,000.  Now we're going to take in some
24  questions.  All right, so common questions before I
25  see the ones from our team.  How much money do you

63

1  trade with?  It doesn't matter.  What you want to
2  learn is a strategy that helps you win.
3       We call it "an edge."  If you have an edge
4  in the market, over time, the edge is supposed to
5  produce a positive equity curve, and that is all that
6  matters.  What I want to teach you in my service is my
7  edge.  My -- the thing that I lean on when things go
8  haywire or if I get stupid and I overtrade or get big
9  in positions and I lose money, when I get refocused,
10  what I taught you here tonight, that is what I do.
11  All right, that is what I do.
12       That is what has led to a monster week for
13  me, and I hope to have many more monster weeks.  And
14  it's not the first time I've done this.  I turned 100
15  grand into $430,000 one year.  Another year, 100 grand
16  into $383,000 -- yeah, $383,000.  Took $283,000 in
17  profit.  I took 200 grand and turned it into 500 grand
18  in two months.  I know how to find momentum.  I know
19  how to teach it.  I know how to trade it.  And I'm
20  giving the buys before I buy.  And I'm guaranteeing
21  it.  What else could you ask for?
22       Whoo!  All right, I need a break.  Hit me,
23  man, hit me.  What other questions?  This is Jason
24  Bond Unchained.  Man, that artery looks like it's
25  going to pop, doesn't it?  It's not beating that bad,

64

1  but that's a big artery.
2       I hope it doesn't pop.  I get so jacked up
3  for this stuff.  I absolutely love trading, and
4  sometimes it -- trading, like, can be the most
5  miserable thing in the world, but I keep coming back
6  to it, and lately I've been dialed in, man, and I'm
7  crushing it.  I'm telling you, the last 10 days have
8  been really good, and I'm going to try and keep that
9  focus for the rest of the year.  And I really want to
10  keep your business for the rest of the year, so I'm
11  going to try really hard to deliver day in and day
12  out.
13       All right, it looks like our telephones are
14  open if you need to call.  I want you to get this
15  guarantee.  Tonight is the time to get it.  You have
16  10 minutes.  Don't pop it, Jay, we need you.  Right?
17  It's so big, though.  It's like, what does that mean?
18  I have lots of blood flowing to my brain?  I -- I feel
19  good.  I've been mostly vegan.  I've slipped a little
20  on the whole vegan thing, but I've been vegan for,
21  like, six months, which means I eat plants.  But we'll
22  talk about that later.
23       Right now, order form, 799 bucks.  Let me
24  prove to you tomorrow, the next day, all month, the
25  next year, hopefully for the rest of my trading career

16 (Pages 61 to 64)

Attachment MM       PX 27, 2118

Jason Bond UNCHAINED (LIVE Webinar Replay)

Raging Bull, LLC                                                    7/22/2020

---

65

1   that I am worth your time.  It is my job to prove it
2   to you.  That's why there's a money-back guarantee.
3   If I don't prove it to you, you take your money back.
4   You will learn a lot in 30 days regardless.  But if I
5   don't prove to you that I'm worth your time, you get
6   your money back.  You fill out that two- to three-
7   hour course, you get your money back.
8       Alan says relax.  Ray says he's in.  Who is
9   in?  If you're in, say, Give me the advance notice
10  alerts.  I want me some advance notice alerts.  Give
11  me your buys before you buy.  Nobody in the momentum
12  industry does this.  All right, I know 30, 40, 50
13  other newsletters like mine.  Nobody does this.  I'm
14  just going to start stealing everybody's customers
15  because I'm doing it, and I'm doing well with it, and
16  my clients love it.  Other people aren't going to be
17  able to do it.
18      I am so focused and dialed in, I'm going to
19  be able -- well, I hope.  I can't -- you know, past
20  performance, not future.  Results.  But I'm pretty
21  damn good at what I do.  I'm going to try my best to
22  keep rocking it, all right?
23      Great presentation.  Thanks, Nigel, for
24  saying so.  Nathan Burgess says he bought in.  Guys
25  and gals, so excited to be here tonight.  So humbled.

---

66

1   Still 3,000 people here right now, getting your booty
2   over to the order form.  Give me the 799; I'll give it
3   back to you if you do what I said you had to do.  Give
4   me a month.  What -- what do you have to lose than to
5   watch me do this for 30 days and decide?  What do you
6   have to lose?
7       I -- I mean, just paper trade.  Get TD
8   Ameritrade's paper money or just get a piece of paper
9   and a pencil and paper trade, and see if what I'm
10  saying is working continues to work.  All right,
11  that's going to be most important.  I'm very confident
12  that it will continue to work.  Breakdowns happen all
13  the time; breakouts happen all the time.  There's
14  always a good amount of these trades every single day,
15  and I will be feeding you the ideas based on my
16  lessons, based on the scanner, based on the watchlist,
17  based on the advance notice, based on the realtime
18  alerts.  I mean, can't get better than that, can it?
19      I mean, you tell me something I could do
20  better than that, and I will consider it, but I can't
21  think of anything better than that.  I mean, the only
22  thing that would be better is you're standing here
23  with me, and I can't do that, right?  There's too many
24  of you and only one of -- one of me.  So I teach to
25  the group this way, and I hope that you love it.

---

67

1       We got 7:51 left.  Nigel says great
2   presentation.  Are you in?  Are you with me?  Are you
3   getting your guarantee tonight?  All right, are you
4   going to get your guarantee, because I can't promise
5   you that this is going to be forever.  Are you going
6   to get the guarantee or are you not?  That's what it
7   comes down to.
8       Seven minutes to decide.  I'm going upstairs
9   to watch Netflix.  I've been up since, like 5:00 a.m.,
10  and I've been working all day long, shoveling snow,
11  believe it or not, and trading and doing this.  So you
12  got seven more minutes of my time to decide, and I
13  sure hope that you're going to take advantage of the
14  money-back guarantee, because what do you have to
15  lose?  What do you have to lose?  A few hours of
16  education on a guy who just ripped about 75 grand out
17  of the market in a week, getting focused?
18      And when I trade poorly, I teach about that,
19  too.  You will find lessons about my worst trading as
20  well, because I'm not a hero at times.  Sometimes I
21  get caught up doing stupid stuff, too.
22      Yes, Erlin went lifetime.  Anthony went
23  lifetime.  William says, relax, we need you.  I --
24  trust me, I've worn blood pressure monitors doing this
25  before.  I feel great, all right?  I -- I've been

---

68

1   eating really healthy, sleeping really well.  Trust --
2   that artery is just big because I got a lot of energy
3   running in my brain.  But I feel great.  I -- I ain't
4   going to kick it, all right?  So if you go unlimited,
5   I hope to be here for many, many, many, many, many,
6   many, many, many years.
7       All right, man, we're going to close this up
8   in six minutes.  There are 2,647 of you.  I want
9   everyone to click the link, go to the order form, buy
10  now, judge me over the next 30 days.  That is all you
11  have to do.  Take -- take -- get off the fence; judge
12  me over the next 30 days.  If you decide I'm not your
13  guy, you get your money back.  But if you know another
14  momentum trader that will give you their buy alerts
15  before they buy, show me them.  I don't know anyone
16  that's trading momentum like I trade momentum that
17  will give you their buy alerts before they buy.
18      This is an industry changer.  I'm upending
19  everything.  And if people don't follow, I will steal
20  their customers.  This is a -- this is going to be --
21  this is -- I have one of the biggest newsletters in
22  the market.  This is going to send shockwaves through
23  the industry, and people are going to be forced to
24  adapt or die.  And I aim to be the best and take
25  everybody's business.

---

17 (Pages 65 to 68)

Attachment MM        PX 27, 2119

69

1    My interest is my students. That is why you
2 get the money back. That is why you get the buy
3 alerts first. That is why I'm giving my money to
4 charity, to prove that the only thing I care about is
5 your success in each one of those pillars: The
6 guarantee, the buy alerts before I buy, and the money
7 to charity. In each one of those pillars, you win
8 because the only way I win is if you get great
9 education out of this and benefit from it.
10    I mean, you tell me how I win in this
11 scenario otherwise. My profits are going to charity.
12 I give you my -- your money back if I suck and I'm
13 wrong. I give you my buys before I buy. And I did
14 that all last week, and I thrived. And my clients
15 loved it. To me, that is a win. To me, that puts my
16 students, my clients, my customers, whatever you want
17 to call yourself, that puts you as my sole interest.
18 My interest is teaching. My interest is in your
19 success.
20    And while we would never guarantee anything
21 because we can't, what I can guarantee is that I will
22 give you your money back if you think that it's not
23 for you. But you do have to do the two- to three-hour
24 course. Now, you want to get that guarantee, you have
25 four minutes, four minutes, all right? I'm going to

70

1 get your business either way, so get off the fence
2 right now and get yourself the guarantee, because if
3 you don't buy right now, I'm going to get you
4 tomorrow, or I'm going to get you in the next day.
5 I'm going to convince you to give me a chance.
6    You might as well get the money-back
7 guarantee right now so you have 30 days to get your
8 money back if you change your mind, because otherwise,
9 I can't promise you that I'm giving your money back,
10 all right? This is the first time we've ever done
11 this. The very first time, money-back guarantee.
12 Whoo, I'm excited.
13    Lifetime, William. Unlimited, Wendell.
14 Keith says I'm in. Unlimited for Jeremy. Jason, the
15 scanner is something that -- the very first lesson you
16 will get tomorrow is the scanner, Renee. I will get
17 up early, and I will break down the scanner for you,
18 the very first lesson you will get tomorrow morning.
19 All my lessons are already there, but I'm giving you
20 the scanner lesson in the morning, very first thing,
21 so you know where I am locating these stocks. It's
22 the absolute most important thing. Where are the
23 breakdowns? Where are the breakouts?
24    And then from there, we target geometric
25 shapes, which are continuation patterns. And from

71

1 there, I send a watchlist. And from there, I send
2 advance notice before I buy. And then I buy and I
3 send alerts when I buy. You tell me -- you tell me
4 how I -- how you can go wrong there, and -- and I will
5 try and fix it. All right?
6    I'm retiring and this is my retirement.
7 Paper trade first, Rose. It is the market. Everybody
8 learning should think about paper trade. I'm not
9 going to tell you what to do. I'm not your advisor,
10 but I am telling you, it is the markets, and it's
11 crazy times. I'm doing very well right now. I've
12 done very poorly in the past at times, all right,
13 because sometimes I have wild aspirations of having 10
14 different trading strategies and -- and don't do
15 anything well.
16    I am very focused right now on kicking butt,
17 but I will tell you this. Learn. That is why the
18 two- to three-hour course is there. That is why 60
19 hours' worth of more education in the vault is there.
20 Spend time paper trading. So, yes, I'm excited for
21 you, but I want you to think about this rationally.
22 This isn't get-rich-quick. This is an investment in
23 yourself, and I will do my best to show you how I'm
24 doing it and teach you how it works. And if I do my
25 job, then you're going to love it. And I am going to

72

1 try my darndest to do my job.
2    All right, lifetime, baby, 10K in four days.
3 Love you, bro, Danny. Hell, yeah. Danny says I'm a
4 lifetime. I just made 10K in four days. That, my
5 man, is what I'm talking about. You have my word that
6 I will show up and work my tail off each and every
7 day. I need your word that you will do the two- to
8 three-hour course and finish it because the course
9 will help you understand the scanner. It'll help you
10 understand the education. It'll help you understand
11 the watchlist. It'll help you understand the advance
12 notice alerts. Makes my job easier if you do the
13 three hours' worth of education.
14    That's why I'm guaranteeing your
15 subscription, because if you do the education, then
16 you're going to understand the scanner, you're going
17 to understand the watchlist, you're going to
18 understand the alerts, and we're going to have a
19 better relationship. So that's why I'm willing to
20 give you your money back, because if you prove to me
21 you got your certificate, then I'm pretty sure you're
22 not going to leave, because I'm giving you my buys
23 before I buy.
24    So what else can I do for you? I can't
25 trade your account. I'm not your investment advisor,

18 (Pages 69 to 72)

PX 27, 2120

Jason Bond UNCHAINED (LIVE Webinar Replay)

Raging Bull, LLC                                                        7/22/2020

---

73

1   and I ain't a broker.  The best thing I can do is
2   teach you how I'm doing it, and then I've made all of
3   the areas where I could have trading profits, charity,
4   money-back guarantee, favors you.  I have to prove it
5   to you now.  I don't get to just keep your money when
6   you buy.
7        And then last but not least, you get my buys
8   before I buy.  So, like, everything favors you in this
9   scenario.  And that -- and that way, it favors me
10  because now I have to deliver, and if I deliver,
11  you're going to be really happy.  You'll go online and
12  you'll say great things about me, and I'll get more
13  and more and more business.
14       So I'm going to get your business because
15  nobody else is doing this.  So you might as well give
16  it to me now because you have 30 seconds to get the
17  30-day guarantee.  Thirty seconds.
18       Test work, Tony.  Thank you as well, info to
19  work now.  Dave Peterson, I'm unlimited, looking
20  forward to it.  Yes, we all need to reach our goals,
21  and listen, there are going to be good and bad times.
22  I'm not here to tell you that I'm just going to be
23  awesome for the rest of my life.  I've done some
24  stupid things in the past.  I'm sure I'll do stupid
25  things again in the future, but I teach about

---

74

1   everything, and I usually self-correct pretty darn
2   quick.
3        Nate, can we button it up?  I want to watch
4   Netflix, talk the scanner.  Two people are interested
5   in that, Nate says.  Talk the scanner.  Do you want to
6   hear about the scanner?  No, not day trading, but if I
7   make 20 percent in a day, I'm going to take the trade.
8   And -- and you should learn to do that, too.  That's
9   the part about paying yourself.
10       Nate, talk to me about what you want me to
11  do here.  It looks like Nate said some people are
12  interested in the scanner.  The scanner will be taught
13  to people who join right now first thing in the
14  morning.  It'll teach you where to locate the stocks,
15  and then I will teach you the patterns from there that
16  -- within the breakdowns and breakouts I trade.  It's
17  very specific, very accurate.  The advance notice
18  alerts say specifically this is where I'm looking to
19  buy, this is where I'm looking to stop out, and then I
20  go and do it.  All right?
21       I don't always get the exact price that I
22  want because I send the buys before I buy, but I still
23  buy because I believe in the pattern.  So even if I
24  have to buy higher than I want to initially, as long
25  as the pattern is intact, I'll pay a little bit of a

---

75

1   premium.  That's fine with me.  It's more important
2   for me to see my clients thriving from the education I
3   provide.
4        All right, listen, Timothy says I turned
5   $1,200 into 7,800 in two weeks and two days paper
6   trading in the first six months.  That's fantastic,
7   brother.
8        Michelle -- Michael says thanks.  I listen
9   in the a.m. for the scanner education.  I've been
10  Raging Elite for seven months.  Right now I'm using
11  the vault, awesome.  Yep, I'll have that scanner out
12  first thing in the morning, probably like 4:00 or
13  5:00, maybe a little bit later.
14       I'm for life, Wayne says.  Joyce says
15  I'm in.  Listen, guys and gals, 2,222 of you, flood
16  that -- I want you to shut my server down.  Get your
17  butt in my service.  Let me prove to you that I'm your
18  guy.  Just give me a chance right now.  The reason
19  this is important is because I'm going to give you
20  your money back right now.  Let me prove that I'm your
21  guy.
22       If I can't prove that to you, then we walk
23  away and you're -- you can at least go on Twitter and
24  say Jason's a standup guy.  He gave me 30 days, and he
25  gave me my money back.  That is what I want to see,

---

76

1   though I'd much prefer for you to give me 30 days and
2   say, son of a gun, I didn't need the money-back
3   guarantee, this guy's the real deal, he's showing up,
4   he's giving it his all, he really cares about me, and
5   he's teaching every single day.  He's teaching his
6   butt off.  That is what I'd rather you say.  And,
7   Jason, I'm glad to go lifetime with you now because
8   your 30-day guarantee got me in, and you proved to me
9   that you were what you said you were.  You give me
10  some time to do that.  I think that I can convince you
11  that you're going to want to stay for good.
12       Travis, thanks for saying so, man.  Twelve
13  grand in seven days, that's awesome.  Yeah, we've been
14  on fire.  I haven't had many losers, guys and gals.  I
15  -- I run into them from time to time, but we've been
16  on fire.  I mean, big -- stocks that have gone from 5
17  to 20, I mean, 5 to -- 5 to -- 5 -- 3 to 30.  I don't
18  hit those moves, but it illustrates that I'm picking
19  the right stocks right now.
20       When -- when they go from 3 to 30, when they
21  go from 5 to 20, when they go from 7 to 17, when they
22  go from 5 to 18, it illustrates I'm picking the right
23  stocks.  All I trade in this service is stocks,
24  momentum stocks, anything with momentum, all right?
25  It could be a buck, anything.  It could be 5 bucks, it

---

19 (Pages 73 to 76)

Attachment MM

PX 27, 2121

Jason Bond UNCHAINED (LIVE Webinar Replay)

Raging Bull, LLC                                                      7/22/2020

77

1  could be 10 bucks, it could be 20.  I trade momentum.
2  I look for 10, 20, and 50 percent returns.  Very
3  regularly, 10 to 20 percent is my main goal.  It's
4  hard to consistently hit much higher than that when
5  you're trading momentum stocks.  I know how to find
6  it, and I know how to teach it, and I will show you it
7  in the morning.
8      I'm in for life.  Now let's see if I can
9  make my money back in the next 30 days.  Hell, yeah,
10  Dana.  Thank you.  I appreciate it.  You -- it is my
11  responsibility now to do what I said I can do, which
12  is find awesome trades, which is teach about them,
13  which is send them before I buy, which is buy them
14  after I send the advance notice, and which is,
15  generally speaking, make money from them.  That is
16  what I have to do.  I have to make money from my
17  trades to prove that I'm a good trader.  And that is
18  what I am going to do every single day that you are in
19  this subscription.  Thank you so much for your time.
20      Jason says 21K in a month.  Thanks, Jason.
21  Love the new strategy, and you are an inspiration.  I
22  appreciate you saying so.  I've always tried to
23  improve, and I'm telling you, nothing has made me more
24  proud than this money-back guarantee, sending my buys
25  before I buy, and giving all my money from the trading

78

1  to charity.  Nothing -- this moment, I stand here
2  humbled and proud to be the guy who's teaching at one
3  of the most -- one of the most popular education
4  newsletters on trading on the internet at Raging Bull.
5      I am so proud to be standing here in front
6  of you right now, and I am telling you, give me 30
7  days, give me that 799, I will prove to you that you
8  should leave it with me at the end of the month.  That
9  is my job, to prove to you that that money should stay
10  with me and so should you.  And I -- I will -- I will
11  -- I'm going to bust my butt.  I'm going to bust my
12  ass.
13      Thanks, Stewan.  Listen, there's 1,900 of
14  you, 1,979 people.  I want you to shut my server down
15  right now.  Do not stop joining.  Every one of you,
16  while I stand here -- literally, while I stand here, I
17  will give you five more minutes -- five minutes.  I'm
18  going to take this down to five minutes.  While I
19  stand here, you can get that guarantee.
20      Let me see.  Dah-dah-dah-dah-dah-dah-dah
21  (reading to self).  All right, all right, so Nate
22  says, listen, if you call and you can't get through,
23  it's because so many people are calling.  Just try
24  again in five minutes, okay?  When I shut this down,
25  things will start to calm down and your phone call

79

1  will get through.
2      Okay, if you're experiencing any difficulty
3  with the order form, just try it again and again and
4  again.  Or don't try it again and again and again
5  because that's going to cause more problems.  Try it
6  now, try again in two minutes, try it again in five
7  minutes.  So if the order form isn't opening for you
8  right away, it's just because people are doing what I
9  said and flooding it.  No problem, our servers are
10  huge.  Two things.  If the phone lines are busy, just
11  try again in two to five minutes.  If the order
12  doesn't open right away, just try again one, two, five
13  minutes, okay?  But don't click, click, click, click,
14  click because that actually does shut it down.  I was
15  just kidding, we don't want it to truly shut down.
16      I do need to get upstairs and watch Netflix,
17  all right?  Yeah, hopefully everybody got their
18  $1,000.  Myron says, thanks, Jason, never did get on
19  the chat to say cheddar.  Thumbs up.  Yeah, my man.
20  Yes, sir.  Cheddar and thumbs up.
21      Life-changer.  You're welcome.  Yeah, so, I
22  mean, anybody here a Jason Bond Picks client?  Could
23  you just talk about the advance notice real quick?  If
24  you're -- if you're currently a client of this service
25  and you've been getting the advance notice alerts and

80

1  you came out here tonight just to hang out, learn
2  about what I was talking about, could you please share
3  your thoughts on advance notice alerts real quick?  My
4  support team, I'm sure, would love to pass that into
5  the chat.
6      I really want people to understand how big
7  of a game-changer this is as far as teaching trading,
8  because if you have a lot of time to think about what
9  Jason's doing, you really start to -- you really start
10  to get engaged in the trade.  And when you're engaged
11  in the trade, whether you trade it or not, you're
12  learning, all right?
13      So Jason says, hey, listen, I'm about to buy
14  this, and this is why.  And now you have time to look
15  it all over, there's so much learning that goes on
16  there in that next 10, 20, 30 minutes before I buy.
17  And then when I pull the trigger and I buy, whether
18  it's higher or lower or the same price, there's a lot
19  to learn right there in that moment.  And then what
20  happens over the next day or day after or day after,
21  there's a lot to learn right there.  So many powerful
22  things happen there.
23      For me, since I can't make money off of my
24  trading since I'm donating it to charity, I can only
25  make it if I teach better.  Do you understand?  That

20 (Pages 77 to 80)

Attachment MM          PX 27, 2122

81

1    is -- that is the inspiration on -- first of all,
2    giving money to charity is amazing, but all of my
3    trading profits at times can be a lot of money,
4    depending on how well I'm doing, all right?
5         So by giving it away, the only way I can
6    make money is if I focus on you. So as you sit here
7    on the fence and you wonder about all these things, do
8    you see how it all lines up? Those are the three
9    pillars. I'm giving my trading profits away, so the
10   only way that I can make money is if I teach better.
11   To teach better, then I will give you my buys before I
12   buy so you have more time to look it over.
13        And I will guarantee it because I'm that
14   confident. I don't have to do any of those things,
15   but -- but -- think about how much they favor you.
16   And then it forces me to teach better, and everybody
17   wins. So these -- these are decisions that I have
18   made to try and be the best teacher of trading and --
19   and that means that the customer, you, the client, the
20   student, is right at the forefront of my focus.
21        Thank you, everyone who chimed in there.
22   Charo, Dave, Lisa. I mean it from the bottom of my
23   heart. I'm trying everything I can do to help people
24   understand trading the way I see it, all right? And
25   I've had wild success. Many of my students have gone

82

1    on and made way more money than me, but it isn't about
2    making millions. I hope everybody -- I hope everybody
3    has wild success. It is about winning, all right?
4         Whether it's 100 bucks a week or 1,000 or
5    100 a month or a 1,000 or 10,000 or whatever it is, it
6    is about winning. It's about having an edge. It's
7    about in a time like this knowing that you have a go-
8    to strategy that you can lean on when things get
9    crazy. You have a guy in your corner that you can
10   lean on to teach you what he's doing, and you can
11   watch it unfold in realtime, a guy that's going to
12   give you the buys before he buys, a guy that's giving
13   all the money away to charity, a guy that's
14   guaranteeing your subscription if all you do is study
15   two to three hours' worth of his video lessons and
16   take a few quizzes, a guy that's guaranteeing your
17   money. You get it back.
18        There are no -- there are no hidden doors
19   there. You do the course; you get the certificate;
20   you get your money back if you don't want to stay.
21   But I want you to stay, so I'm going to try so hard,
22   right, because that's how I get paid now. Makes
23   sense. Think about that. Such a huge win.
24        And I'm really proud of this. It's going to
25   put a lot of pressure on my competitors. Not a lot of

83

1    people are going to be able to do it. And I'm going
2    to take all their business. Does -- that's how I'm
3    going to make my money. I'm going to take everybody's
4    business. I -- I'm -- when it comes to competing, I
5    played sports, I wanted to be a pro baseball player.
6    I did not want to lose.
7         And I want to be the best newsletter out
8    there. And the way that I take everybody's business
9    is focusing more on my clients. All right? That is
10   the bottom line. The way I take everybody's business
11   is focusing more on you. So if you want a guru who's
12   more focused on you than himself, I've just made
13   drastic steps. These are the new pillars of Jason
14   Bond. Drastic steps to make sure that I am doing
15   everything possible to get you to where you want to
16   be.
17        Jay is the gateway to trading. I like that
18   one, Dave. I like that. Jay is the gateway to
19   trading.
20        Thanks, Andre. Really appreciate you saying
21   so. John, appreciate it. I'm so a believer. It
22   takes money to make money, invest. Yeah, invest in
23   yourself right now in some education, and we'll see
24   where it lands, all right? I mean, worst case
25   scenario, paper trade for a month; you do the

84

1    coursework; you learn a bunch; you watch what I'm
2    doing; you learn a bunch. That's worst case scenario.
3         Best case scenario is you're, like, hell,
4    yeah, I'm so glad I did this and I want to stay
5    forever. All right, that's what we're going for here.
6         Anybody else got anything? Otherwise, I
7    think we're going to button this bad boy up, guys and
8    gals. We're going to button this bad boy up.
9         You know, thanks for saying so, Wayne. I'm
10   proud of myself, too, to be honest. This is probably
11   one of the first times in a long time that I am, like,
12   a kid on Christmas morning again. I feel like, wow,
13   okay, this puts me to the test. I can no longer just
14   sit around and say, hey, I kicked butt and you should
15   pay me because I kicked butt.
16        Now, only way that I make money is if my
17   clients feel that my subscription fee far outweighs --
18   far -- right? Like my service far outweighs my
19   subscription fee. That's the only way that I can win
20   now. So trading profits to charity; you get the buy
21   alerts first; money-back guarantee. Everything favors
22   you, and it also favors me because I want your
23   business, so you're -- you're committing to me by
24   doing that two- to three-hour course.
25        I think it's awesome, right? It's, like,

Attachment MM

PX 27, 2123

85

1  everybody wins, and then at the end of the month,
2  if you love it, heck, yeah, we got a great -- and I
3  got -- I mean, I've got tens of thousands of paying
4  customers. So a lot of people love it, all right? A
5  lot of people love it.
6          Thanks for going unlimited, Curtis. Really
7  appreciate it, man. I -- I -- I'm going to earn your
8  business, guys and gals, one way or another. There
9  are 1,610 of you still thinking about it right now.
10  Go to the order form; give me a shot; I will give you
11  the 30-day guarantee still, even though the timer is
12  gone. Go to the order form; fill it out; 799 bucks on
13  a credit card and a month of your time. Don't like
14  it? We'll put that money back on your credit card.
15          I pray that you like it, though, because I
16  want to get paid, so I have to earn it, all right? So
17  don't jack me up. Give me a fair shot, all right?
18  This is -- this is -- since I'm not taking my trading
19  profits and don't have those to look forward to ever
20  again in Jason Bond Picks or Weekly Windfalls or any
21  of my trading services in Raging Bull, this is how I
22  will make my money: teaching you. So, you know, give
23  me a little bit of love here. Get your butt over
24  there.
25          We're going to -- we're going to donate -- I

86

1  mean, we're going to donate a lot of -- I've already
2  done a half a million or so. We're going to donate a
3  lot of money to charity. I think Jeff put a bunch of
4  money in last year. Kyle put a bunch of money in last
5  year. I don't know if we're over a million in the
6  last couple of years, but it's got to be close. It's
7  -- it's going to be a lot, all right? I can never
8  predict how much money I'm going to make trading. All
9  I'm focused on tomorrow is better trades and sending
10  out the same stuff that I've been sending out because
11  it's been working. And that's what I'm going to be
12  focused on.
13          Thanks for saying so, Patricia. I feel
14  really good about what I'm doing here, and I hope you
15  feel really good about your decision to join me, but
16  we are going to button this up. I'm going to wait for
17  my man, Nate, to let me know. He's dealing with a lot
18  of people in the background. There are still 1,500 of
19  you waiting for a seat at my table. Get off the
20  fence. Let me prove it to you. Please, give me a
21  shot to prove to you.
22          I will not take it personally if I am not
23  able to -- to prove it to you, but I am going to try
24  my damnedest to prove to you that I am worth your 799
25  bucks for 12 months. And it's way better if you go

87

1  lifetime or unlimited. We can't call it lifetime --
2  unlimited. But just for some perspective, I've been
3  doing this for 10 years. So 10 years at 799 is
4  $8,000. I think the unlimited price is under 1,400.
5  The market's been diving. A lot of people have been
6  beat up. We lowered our prices to try and make things
7  very, very accommodative for our valued customers,
8  which is you, valued customer.
9          We recognize the markets have been bad.
10  It's not only 50 percent off annually. The lifetime
11  or -- I keep going to that. Unlimited, we can't say
12  lifetime, because, like, right? Maybe 30 years from
13  now I'm still alive but not doing this, so un-- or for
14  as long as I do it, you get it. I've been doing it
15  for almost 11 years, so that's like $8,800 versus
16  1,400 bucks.
17          All right, my -- all right, my guys and
18  gals, final call. Ten, nine, eight, seven, six, five,
19  four, three, two, one. Get your butt over to the
20  order form, all right? If you click on it and you get
21  over there, we'll give you the deal. My team's going
22  to button all of this up. I'm going upstairs to watch
23  Netflix. I'll get up early, and I'll do the scanner
24  for you, watchlist. I'll send the advance notice
25  alerts, off and running tomorrow morning. Okay, you

88

1  do -- you start that course, do 10 minutes a day,
2  you'll have plenty of time to get it done before the
3  end of the month.
4          Thank you for your time tonight, guys and
5  gals. Thank you for your business. I really
6  appreciate your business. It means a lot to me. I
7  know $799 is a lot of money. I respect that. I will
8  work my ass off to make that a really good deal for
9  you, all right? I will make that a really good deal
10  for you by working my heart out to prove to you that
11  you made a good choice.
12          I hope you see it that way. Give me 30 days
13  to prove it. Please go over there now, fill out the
14  form, and sit with me tomorrow. All right, please do
15  that. Thank you for your time tonight.
16          (The recording was concluded.)

22 (Pages 85 to 88)

Jason Bond UNCHAINED (LIVE Webinar Replay)

Raging Bull, LLC                                                      7/22/2020



89

1          CERTIFICATE OF TRANSCRIPTIONIST
2
3
4          I, Sara J. Vance, do hereby certify that the
5    foregoing proceedings and/or conversations were
6    transcribed by me via CD, videotape, audiotape or
7    digital recording, and reduced to typewriting under my
8    supervision; that I had no role in the recording of
9    this material; and that it has been transcribed to the
10   best of my ability given the quality and clarity of
11   the recording media.
12         I further certify that I am neither counsel
13   for, related to, nor employed by any of the parties to
14   the action in which these proceedings were
15   transcribed; and further, that I am not a relative or
16   employee of any attorney or counsel employed by the
17   parties hereto, nor financially or otherwise
18   interested in the outcome of the action.
19
20
21   DATE:  7/20/2020
22                 SARA J. VANCE, CERT
23
24
25

23 (Page 89)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Attachment MM

PX 27, 2125

```
                                                                    3
        OFFICIAL TRANSCRIPT PROCEEDING         1        FEDERAL TRADE COMMISSION
                                               2
        FEDERAL TRADE COMMISSION               3   In the Matter of:        )
                                               4   Raging Bull, LLC         )  Matter No. 2023073
                                               5                            )
   MATTER NO.    2023073                        6   ----------------------------)
                                               7                         Date Unknown
   TITLE        RAGING BULL, LLC               8
                                               9
   DATE         RECORDED:  DATE UNKNOWN         10
                TRANSCRIBED:  NOVEMBER 30, 2020 11        The following transcript was produced from a
   PAGES        1 THROUGH 79                    12   digital file provided to For The Record, Inc. on
                                               13   November 25, 2020.
                                               14
           Weekly Money Multiplier             15
                                               16
                                               17
                                               18
                                               19
                                               20
                                               21
                                               22
                                               23
                                               24
           For The Record, Inc.                25
   (301) 870-8025 - www.ftrinc.net - (800) 921-5555
```

```
                           2                                            4
   1        FEDERAL TRADE COMMISSION          1          P R O C E E D I N G S
   2              I N D E X                    2          -   -   -   -   -
   3                                           3         Weekly Money Multiplier
   4   RECORDING:              PAGE:           4        UNIDENTIFIED MALE:  -- professional one
   5   Weekly Money Multiplier      4          5   where you take it seriously and learn to make
   6                                           6   consistent money, big money, over and over.
   7                                           7   Obviously, one of the most profitable traders in all
   8                                           8   of Raging Bull, probably, on Wall Street that we've
   9                                           9   seen go from just a few thousand dollars to millions
   10                                          10   now.  The guy started with $37,000.
   11                                          11        So this story here is so meaningful because
   12                                          12   I think a lot of our viewers have accounts around that
   13                                          13   size, 25 grand, $50,000, and they either want to
   14                                          14   supplement their income or, like you said, transition
   15                                          15   out of their career.  This is the one guy in all of
   16                                          16   Raging Bull, as a guru, possibly on all of Wall Street
   17                                          17   that really can help people get out of what they're
   18                                          18   doing and into profitable, successful, consistent
   19                                          19   trading.
   20                                          20        Nathan has done the homework.  He's put in
   21                                          21   the hard work over the years.  He knows exactly what
   22                                          22   it takes to be successful because he's doing it every
   23                                          23   day.  Again, I'm so excited to have Nathan here.  This
   24                                          24   could be a truly life-changing thing for you tonight.
   25                                          25        JEFF BISHOP:  Hey, everyone, this is Jeff
```

1 (Pages 1 to 4)

Weekly Money Multiplier

Raging Bull, LLC                                           11/30/2020

---

5

1    Bishop, joined by Jason Bond today, co-founders of
2    RagingBull.com.  Today, we have Nathan Bear with us,
3    who is truly one of Wall Street's elite traders.  I'm
4    talking a guy who's made well over $2 million in the
5    last three years trading mainly stock options.
6         So if you have any interest at all about
7    turning your trading career into a professional one
8    where you take it seriously and learn to make
9    consistent money, big money, over and over, Nathan is
10   the guy that could teach you.  This guy could be your
11   ticket out of the cubicle, out of the job you're
12   working right now, to making trading a full-time
13   career.  That's what Nathan did several years ago, and
14   today, he's one of Wall Street's most accomplished
15   traders.
16        Well, Nathan, it's so great to have you here
17   today.  I always love meeting with you.  I always
18   learn a little bit more about trading, and I just love
19   getting to be with you, man.
20        NATHAN BEAR:  Yeah, thanks so much for
21   having me.  I really do appreciate it.  I'm really,
22   really excited about what we're going to be doing
23   tonight and what we're going to be doing going
24   forward.
25        JEFF BISHOP:  Yeah, we have a big

---

6

1    announcement for everybody, so I want everybody to
2    stick around for this.  But, man, it's always good to
3    see you.
4         NATHAN BEAR:  Thank you.
5         JASON BOND:  I'm going to jump in here,
6    guys.  This is going to be my favorite product at all
7    of Raging Bull.
8         JEFF BISHOP:  Yeah.
9         JASON BOND:  I'm serious about that because,
10   you know, we've trained tens of thousands of people
11   now, Jeff?
12        JEFF BISHOP:  Yeah.
13        JASON BOND:  One of them being Nathan very
14   early on.  Obviously, one of the most profitable
15   traders in all of Raging Bull, probably, on Wall
16   Street, that we've seen go from just a few thousand
17   dollars to millions now.  I mean, this year alone,
18   you're up over seven figures, a million dollars
19   trading.
20        NATHAN BEAR:  That's right.
21        JASON BOND:  Last couple of years, you're
22   averaging about $700,000 a year.  But the guy started
23   with $37,000.  So this story here is so meaningful
24   because I think a lot of our viewers have accounts
25   around that size, 25 grand, $50,000, and they either

---

7

1    want to supplement their income or, like you said,
2    transition out of their career, something that you
3    did, something that I did.  This isn't just about
4    making a few thousand dollars extra each month, though
5    it could be.  This is the one guy in all of Raging
6    Bull, as a guru, possibly on all of Wall Street, that
7    really can help people get out of what they're doing
8    and into profitable, successful, consistent trading.
9    Man, this is going to be big.
10        JEFF BISHOP:  Again, I'm so excited to have
11   Nathan here.  This could be a truly life-changing
12   thing for you tonight.  His trading has changed his
13   life and the life of his family.  He treats his
14   trading as a business, and I want you to learn to have
15   the same kind of discipline and focus that he has.  So
16   he's going to share with us some really important keys
17   tonight.  So as we get started, I need you to get out
18   a pen, I need you to get out a notepad, and make sure
19   you take some notes.  He's going to share with us some
20   nuggets of wisdom that I want you to go back and refer
21   to later this week.
22        JASON BOND:  Yeah, these aren't just
23   nuggets.  These are really gold nuggets.  I mean --
24        JEFF BISHOP:  Yeah.
25        JASON BOND:  -- Nathan has made over a

---

8

1    million dollars trading this year.  He streams all of
2    his trades live.  It's not like some are in another
3    account and you can't see them, everything live, which
4    is really important.  They're on options, so tons of
5    leverage.  All of this stuff written down could help
6    the client literally transition to being a full-time
7    trader.
8         In fact, I think with all of the trainers
9    that we have at Raging Bull, Nathan certainly can help
10   anybody make supplemental income, but is the most
11   likely to help people actually become professional
12   traders, if they want to go from their current career
13   to being a professional trader where the sky is the
14   limit on income.  Again, did you ever imagine making a
15   million dollars prior to trading in a single year?
16        NATHAN BEAR:  Absolutely not.  No way.
17        JASON BOND:  And we're not even through this
18   year yet and you've already made a million dollars.
19        NATHAN BEAR:  That's what I mean about the
20   sky is the limit.  Nobody's more qualified than you,
21   not even me, to help people transition to being true
22   professional traders.  That alone is worth getting
23   that notepad out for.
24        JEFF BISHOP:  Hey, look, we could talk about
25   him all day.  I love the guy.  I love learning from

---

2 (Pages 5 to 8)

Attachment NN                    PX 27, 2127

9

1  him. I want to hear from you right now, so let's get
2  to it.
3         For those of us that don't know your story
4  and how you got to where you are today, just share a
5  few minutes about how you became the successful trader
6  that you are right now.
7         NATHAN BEAR: Sure, sure, so before we get
8  into trading, a little bit about myself. First and
9  foremost, I consider myself a dad. I'm just a normal
10 guy. I trade, but first and foremost, I'm a dad. I'm
11 a husband and I'm a dad. And --
12        JEFF BISHOP: Four kids, right?
13        NATHAN BEAR: Four kids, that's right.
14 You're a busy dad.
15        JASON BOND: You're a busy dad.
16        NATHAN BEAR: A busy day, that's right,
17 yeah, and a wide range, ages 14 to 3.
18        JASON BOND: Wow.
19        NATHAN BEAR: So we've got four kids in four
20 schools, four different schools. So we're very, very
21 busy. But for me, trading is all about my family. I
22 only trade to support my family so that my kids can
23 have a better life. Right? The path of my children's
24 lives have changed because of what the market has
25 offered me.

10

1         JEFF BISHOP: And what did you do before
2  your trading?
3         NATHAN BEAR: So before I got into trading,
4  I ran a small business. I still own it, as a matter
5  of fact, but I no longer run it actively. I've got to
6  the position, fortunately, through trading, where I
7  can have other people running the business, and I can
8  focus on the market, which is wonderful. But it
9  wasn't always that way.
10        JASON BOND: How much was it making you, if
11 you don't mind me asking?
12        NATHAN BEAR: About $35- to $40,000 a year.
13 So, you know --
14        JASON BOND: Tough to feed a family of four.
15        JEFF BISHOP: It's a lot of pressure to do
16 that, manage a family, and try to have some money to
17 trade also.
18        NATHAN BEAR: You're not kidding, you're not
19 kidding.
20        JEFF BISHOP: You're not the millionaire you
21 are today.
22        NATHAN BEAR: That's right.
23        JEFF BISHOP: How many years ago did you
24 start trading?
25        NATHAN BEAR: In 2008, actually, so I've

11

1  been trading for 11 years.
2         JEFF BISHOP: That was a bad time to start.
3         NATHAN BEAR: It was, right? It was, yeah,
4  it sure was. But when I started, I didn't know what
5  an option was. I didn't know what a large cap versus
6  a small cap was.
7         JEFF BISHOP: Yeah, sure.
8         NATHAN BEAR: I went online and said, Hey,
9  Google, give me some good stocks to trade, and, of
10 course, I found every bad piece of information you can
11 find when you Google what stocks to trade, right?
12        JEFF BISHOP: Been there.
13        NATHAN BEAR: So that was the beginning of
14 my miseducation, I'll put it, before I found a mentor
15 and before I started actually learning what to do in
16 the market to be successful.
17        JASON BOND: How did your accounts do at
18 that time?
19        NATHAN BEAR: Oh, man, I did a very good job
20 of taking all of my accounts straight into the floor.
21        JASON BOND: So blowing them up.
22        JEFF BISHOP: I blew them up, that's right.
23 I blew up three separate accounts.
24        JASON BOND: I'm sure a lot of people here
25 have been in that situation.

12

1         NATHAN BEAR: That's right.
2         JASON BOND: I know I did early on, too.
3         JEFF BISHOP: It took me, like, 10 years,
4  multiple accounts --
5         JASON BOND: Yeah.
6         NATHAN BEAR: Yeah.
7         JEFF BISHOP: -- just blowing them up before
8  I finally figured out how to be consistent.
9         JASON BOND: Well, that's why I got off the
10 ground so quick, I think that 10 years for you really
11 fast-tracked my success.
12        JEFF BISHOP: Oh, yeah, I think was able
13 just to cut some things out that were really
14 detrimental in trading. You picked it up really
15 quickly, and then Nathan, once he came on board,
16 picked things up even faster.
17        NATHAN BEAR: That's right, yep.
18        JEFF BISHOP: Yeah.
19        NATHAN BEAR: Once I actually started taking
20 it seriously.
21        JASON BOND: You were losing money,
22 actually. I think you joined Jason Bond Picks as one
23 of your first newsletter services --
24        NATHAN BEAR: That's right, that's right.
25        JASON BOND: -- coming off a pretty rough

3 (Pages 9 to 12)

Attachment NN          PX 27, 2128

Weekly Money Multiplier

Raging Bull, LLC                                                                11/30/2020

---

13

1    year trading?
2          NATHAN BEAR:  Absolutely, about $40,000
3    loss, yeah.
4          JASON BOND:  In a year.
5          NATHAN BEAR:  In a year, yeah, yeah.  And
6    that wasn't money I really had to lose, which is the
7    bad part.
8          JASON BOND:  Yeah, that's stressful, I
9    assume.
10         NATHAN BEAR:  Absolutely.
11         JASON BOND:  That's kind of when you started
12   taking it seriously.
13         NATHAN BEAR:  Right.
14         JASON BOND:  I mean, there was a point in
15   time when you were trading prior to family.
16         NATHAN BEAR:  Mm-hmm.
17         JASON BOND:  Not as big a deal when you lose
18   money --
19         NATHAN BEAR:  That's right.
20         JASON BOND:  -- when people aren't dependent
21   on you.
22         NATHAN BEAR:  That's right, yeah.  You know,
23   I can't get that TV, but I'll still be okay.
24         JASON BOND:  Yeah, ramen noodles instead of
25   filet mignon.

---

14

1          NATHAN BEAR:  That's right, that's right.
2    Yeah, that's right.  And then when you've got mouths
3    to feed, it's a different story.  I mean, literally,
4    these children are depending on my success, or lack
5    thereof, in the market, and this cannot be something
6    that is a game to me anymore.
7          JEFF BISHOP:  How'd you feel losing $40,000
8    with a family, knowing that's almost impossible money
9    to replace at that point?
10         NATHAN BEAR:  Yeah, that was a low --
11         JEFF BISHOP:  It's not like you're rich.
12         NATHAN BEAR:  That was a low point,
13   absolutely.
14         JASON BOND:  I assume you almost quit.
15         NATHAN BEAR:  Yeah, absolutely, several
16   times.  But that was -- I had a choice.  I could
17   either stop trading and try to make it in business, or
18   I could buckle down, cut the crap once and for all,
19   and start running it like a business, and that's what
20   I chose to do.
21         JEFF BISHOP:  All right.  So before we get
22   too far, this is one thing I do want you guys to write
23   down really quick.  You talk about some of these
24   habits you had to cut, some things you had to stop
25   doing to be able to become consistent.  So actually

---

15

1    share with us two or three things you can think of.
2          NATHAN BEAR:  Sure, sure, sure.  So the
3    first thing I had to do was learn how to stop losing
4    money.
5          JASON BOND:  Sounds easy enough.
6          NATHAN BEAR:  It sounds easy enough, right?
7    It sounds easy enough.  But if you're honest with
8    yourself and if you actually get a piece of paper,
9    like Jeff suggested, write down -- write down the
10   three things that you consistently do that cost you
11   money.  And for me, I was overtrading.  I was trying
12   to be too many different types of traders.  I was
13   trying to trade large caps and small caps and options,
14   and I didn't have a clue how to really do any of --
15   any of these things well.  I was trying to do 10
16   different things instead of focusing on one thing.
17         So when you cut that down, you narrow your
18   focus, you stop overtrading, because it's easy -- it's
19   so easy to click the mouse.  We can go and we could
20   put on 25 trades between now and lunch.
21         JASON BOND:  I call that dopamine drops.
22         NATHAN BEAR:  That's right, yeah, yeah.
23         JASON BOND:  Makes you feel great every time
24   you click for about a second, and then you're like,
25   yeah, then it doesn't feel so good.

---

16

1          JEFF BISHOP:  Well, it's like a casino.  I
2    think trading is set up nowadays -- and they make it
3    so easy to start trades all the time because brokers
4    just wants those commissions.
5          NATHAN BEAR:  That's right.
6          JEFF BISHOP:  But we shouldn't be doing it.
7    Trading less, actually, is more profitable.
8          JASON BOND:  Write that down.  Trade less,
9    stop chasing shining objects, what else?
10         NATHAN BEAR:  And basically just narrowing
11   my focus, period.  I can't be 10 different traders.  I
12   can't try to be Jason and Jeff and every -- and my
13   other mentors, right?  I've got to be me and I've got
14   to figure out what that means.  And for me, again, it
15   wasn't -- again, it wasn't a fast process, it took
16   time.  But I started slowly cutting out the crap, is
17   the best way I know how to put it, and you guys know
18   what I'm talking about.  You do things on a day-to-day
19   basis that you know are not smart, and yet, you
20   continue to do them.  Why?  It's because you get, like
21   you said, the dopamine rush.
22         JASON BOND:  Yeah, the rush.
23         NATHAN BEAR:  It feels good to put on a
24   trade, the hope of what might happen, and then
25   quickly...

---

4 (Pages 13 to 16)

Attachment NN          PX 27, 2129

Weekly Money Multiplier

Raging Bull, LLC                                                                                    11/30/2020

17

1        JASON BOND:  Regret.
2        NATHAN BEAR:  Regret, that's right, yeah.
3        JASON BOND:  Whether it's in a hour or
4   overnight, it usually is the wrong choice to
5   overtrade.
6        That's the first thing I want everyone to
7   take from this.  When Nathan says, Stop trying to be
8   everyone, what I'm saying to you is, having trained
9   tens of thousands of traders and seeing all of these
10   different strategies, yours is so simple, you do one
11   thing very well, and it's made you over a million
12   dollars.  If there's one trader that I think people
13   can truly become, it's you.  I think your strategy
14   lends itself to everyone else more so than everyone
15   else's just because of how you do that one thing so
16   well.
17        So write that down, too, as well, guys and
18   gals.  If there is one trader that can truly take you
19   from that cubicle or career that you don't like to
20   being your own boss, I believe it's Nathan Bear.
21        JEFF BISHOP:  Yeah, one thing I see all the
22   time -- I watch your portfolio almost every day.  So I
23   see other traders get on hot streaks, and they'll just
24   be making money hand over fist, and the natural
25   mentality is the herd follows these traders.  They

18

1   start trying to trade like that guy.  And one thing --
2   I don't see you do that.  Your portfolio stays the
3   same kind of trades time after time.  You stick with
4   the same setups that work for you.  You're not chasing
5   the hot thing of the day or the new trend.  You know
6   what works and you stick with it, and that takes a lot
7   of discipline.  Everybody wants to latch on to the new
8   best thing.
9        NATHAN BEAR:  You're absolutely right,
10   that's right, and that's what I used to feel like.  I
11   used to feel like a dog on a chain in a yard full of
12   squirrels, and I was trying to catch everything.  And
13   all I would do was run myself around the tree or
14   around the post and I wouldn't catch a thing.
15        JEFF BISHOP:  Almost every trader goes
16   through that.  And until you break that mentality,
17   you're just going to keep running around.  There's
18   Bitcoin today or there's a pot stock today --
19        NATHAN BEAR:  That's exactly right.
20        JEFF BISHOP:  -- or someone told me about
21   this.
22        JASON BOND:  Small caps, options.
23        NATHAN BEAR:  That's right.  I do one thing
24   and I do it well.  And I find that even now, the more
25   that I -- if I -- you know, I'll have moments where I

19

1   want to try something new or I want to -- and that's
2   great, but the more I focus on my edge and I just keep
3   putting it into play and putting it into play and
4   putting it into play, the more success I have.  And
5   it's easy because I don't have any stress associated
6   with a trade.  I put it on and it's either going to
7   work or it isn't.
8        JEFF BISHOP:  Anyone can have success over a
9   week or a month or a few days, right?  Even you, being
10   successful over years now, day-to-day, you might be
11   successful, maybe not.  Week over week, your odds are
12   actually getting better.  There's very few weeks I see
13   you lose, it so happens.  When we talk about a month
14   period, I don't know if I've ever seen you lose over a
15   month.
16        JASON BOND:  Me neither, yeah.
17        JEFF BISHOP:  And we talk about years, just
18   does not happen, will not happen.  You're profitable.
19   So to me, that says that you've got a system.  You've
20   got something that's replicable that you're doing all
21   the time.  You have found an edge in the market, and
22   that's really what every trader needs to become
23   successful if you're going to do this year after year.
24   You've got an edge that you do all the time.  So share
25   with us a little bit about how you've done that and

20

1   how you get to the point where it's consistently like
2   this.
3        NATHAN BEAR:  Sure, absolutely.  So let me
4   take you back again.  I used to keep a trade journal.
5   I no longer do it.  I'm to the point now where I'm
6   comfortable with my edge.
7        JASON BOND:  It was a physical journal?
8        NATHAN BEAR:  Yeah, it was in Excel,
9   actually.  And what I would do is I would log all my
10   trades and I would categorize my trades, and it would
11   either be like a scalp type trade or an oversold small
12   cap or like a pennant breakout or something.  You
13   know, I would categorize it and I would review it, and
14   this is part of taking it more seriously, becoming --
15   trying to turn it into a business.  I was taking a
16   deep dive.
17        What works for me, what doesn't work for me?
18   Let's cut what doesn't work, let's focus on what does.
19   And what I found was that more and more I would find
20   trades, the most successful and the most consistent
21   trades were swing trades on large cap options.  So
22   let's dive into that.  Let's cut -- I don't want to
23   trade anything under a dollar anymore.  It doesn't
24   work, I've got the data to prove it.  I don't -- I'm
25   not that trader.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Attachment NN                    PX 27, 2130

Weekly Money Multiplier

Raging Bull, LLC                                          11/30/2020

---

21

1    JASON BOND:  Stocks under a dollar.
2    NATHAN BEAR:  Stocks under a dollar.
3    JASON BOND:  I assume some of the options
4 you trade --
5    NATHAN BEAR:  Some of the options are under
6 a dollar, sure.
7    JASON BOND:  Yeah.
8    JEFF BISHOP:  So other guys can do it
9 successfully.
10    NATHAN BEAR:  I couldn't.
11    JEFF BISHOP:  But you couldn't.
12    NATHAN BEAR:  That's right.
13    JEFF BISHOP:  I do the same thing.  I'll
14 find a system that works for somebody else doesn't
15 work for me.
16    NATHAN BEAR:  That's right.
17    JEFF BISHOP:  I got to stay in my lane.
18    NATHAN BEAR:  That's right.
19    JEFF BISHOP:  This is something really
20 important, too, everyone.  I want you to write this
21 part down -- is keep that journal.  Journaling what
22 trades are working and not working is going to help
23 you determine which trades you should be in and should
24 not be in.  So Nathan, for example, found out he
25 wasn't good at trading stocks under a dollar.  You

---

22

1 know what, a lot of people can't.  Some people are
2 great at it.  I'm not great at that.  I've found a lot
3 of techniques that I'm just really not good at, but
4 I've found something I stay in my lane with and I'm
5 pretty good at.  Nathan found the same thing.
6    So for you, it became large cap stock
7 options were the thing that you were most consistent
8 with.
9    NATHAN BEAR:  Absolutely.
10    JEFF BISHOP:  So that gives you a starting
11 point, right?
12    NATHAN BEAR:  Absolutely, that was my
13 starting point.
14    JEFF BISHOP:  It's good, you got to have
15 one.
16    NATHAN BEAR:  That's right, just one.
17    JEFF BISHOP:  You got to find one thing.
18    NATHAN BEAR:  And then I just build on it,
19 and I just build on it.  There's so many cool things
20 you can do with options that are so scalable.  You
21 have so much leverage.  I could never go and buy a
22 thousand shares of Apple.  I didn't have that kind of
23 account size, but I could easily control an equivalent
24 number of shares through options, no problem.
25    JASON BOND:  That is the nice part about

---

23

1 options, that leverage.
2    NATHAN BEAR:  Yep, absolutely.
3    JASON BOND:  When you were losing all those
4 years, did you have a journal?
5    NATHAN BEAR:  No, absolutely not.  My --
6    JASON BOND:  (Inaudible).
7    NATHAN BEAR:  You know what, I did have and
8 I did away with -- I had a journal, it was sort of a,
9 hey, today I'm feeling down because this stock went
10 down,  and what I found was this isn't actually very
11 useful.  I'm basically just -- I'm either happy when
12 I'm making money or sad when I'm losing money, and
13 that's not really helpful.
14    JASON BOND:  Dear journal, I lost money and
15 I'm sad.
16    NATHAN BEAR:  Right.  That's right.  But it
17 was.  I was either mopey because, aw, Apple went down
18 today.
19    JASON BOND:  Yeah.
20    NATHAN BEAR:  But what changed it was --
21 let's get a little bit more technical.
22    JASON BOND:  (Inaudible) running a business.
23    NATHAN BEAR:  Like if you were running a
24 business, you wouldn't be like, hey, that client
25 canceled their order, it makes me sad.  You'd say, why

---

24

1 did that client cancel their order?
2    JASON BOND:  Yeah.
3    NATHAN BEAR:  What can I do differently next
4 time to make sure that not only do they order, but
5 they continue to order from me?
6    JASON BOND:  Yeah.
7    NATHAN BEAR:  So I journaled specific trade
8 setups.  That was one of the things that I never had
9 thought about before, it's like, well, I think I like
10 Netflix, so I'm going to buy Netflix calls, but that's
11 stupid unless you have a plan, unless you have a
12 setup, unless you have an edge.  So I got away from
13 trading simply for the sake of trading and only took
14 trades where I had specific patterns in place.
15    JASON BOND:  Time and time again, when we
16 see people become super successful, that's exactly the
17 key to their success.  They find their edge, they dial
18 it in, they expand on it, and they make tons of money.
19 So you made $700,000 a few years ago, $700,000 last
20 year, you're up over a million dollars this year.  Did
21 you ever think that something as simple as removing
22 some bad habits, journaling and isolating what's
23 working, would lead to these astronomical numbers?  I
24 mean, these are numbers that professional athletes are
25 making.

---

6 (Pages 21 to 24)

Attachment NN          PX 27, 2131

Weekly Money Multiplier

Raging Bull, LLC                                                      11/30/2020

---

25

1   NATHAN BEAR:  Right, yeah, that's one of the
2   things that we kid about all the time.  I'm not
3   qualified in the real world to make this kind of
4   money, right?  I mean, I'm not qualified, I don't have
5   the education, I'm not a professional athlete.
6       JASON BOND:  You know, I disagree with you.
7   You are qualified, because those behaviors, those
8   habits that you've developed, cutting out the bad
9   habits, getting disciplined, and treating it like a
10  business, that is what a doctor does, that is what a
11  professional athlete does.  So I would argue you don't
12  give yourself enough credit.  You do have the habits
13  and the skills necessary to make that money.  You are
14  -- like Jeff said, not just a week, not just a month,
15  this is year after year after year now.
16      You're very rarely a loser at the end of the
17  week, hardly ever at the end of the month.  And we
18  know for certain at the end of the year, you got more
19  cheddar in your bank account than some -- seriously,
20  some professional athletes on a roster -- on an NFL
21  roster aren't making this kind of money.
22      JEFF BISHOP:  That's true.  When's the last
23  time you had a losing month, actually?
24      NATHAN BEAR:  It was actually February of
25  2018.

---

26

1       JASON BOND:  Wow.
2       JEFF BISHOP:  I remember that month.
3       JASON BOND:  Everybody remembers it but
4   doesn't want to, right?
5       JEFF BISHOP:  Tell us about the month
6   leading up to that, for those that don't remember
7   February '18.
8       NATHAN BEAR:  So for those of you who don't
9   remember, the market was supposed to crash, all right,
10  at the end of 2017 going into 2018.
11      JEFF BISHOP:  (Inaudible) right?
12      NATHAN BEAR:  That's right.  So what
13  happened in January?  It went up, like, 24 days in a
14  row or something silly.  I think the worst day it had
15  was maybe down a half percent and, I mean, just up and
16  up and up.  But we were, again, putting my edge into
17  play and not focusing on the macro picture, just, hey,
18  I'm here, that's a good setup, I'm going to take a
19  shot.  I had a huge month, biggest month of my career.
20  I may never repeat it, but I made $400,000 that month.
21      JASON BOND:  January 2018?
22      NATHAN BEAR:  January 2018.
23      JASON BOND:  Yeah.  Half a mil in a month
24      JEFF BISHOP:  Wow.
25      NATHAN BEAR:  So as you can imagine, the

---

27

1   ego, as much as you tell it not to, gets a little
2   expanded when you do something like that.
3       JEFF BISHOP:  I thought I was a superhero in
4   January.
5       NATHAN BEAR:  Yeah, like, this is awesome.
6   Let's buy a house, let's buy a boat, let's buy, you
7   know, everything.  And then February hits, and the
8   market not only goes down, it erases the entire month
9   of January.
10      JEFF BISHOP:  Yep.
11      JASON BOND:  Yeah.
12      NATHAN BEAR:  But luckily for me, I have a
13  very specific trading system, so I did lose money in
14  February, but I lost a grand total of about $10,000.
15      JEFF BISHOP:  Oh, really?  Wow.  I lost a
16  lot more.  That was a rough month for me, personally.
17      JASON BOND:  So you're still up $390,000
18  after the worst month probably in the last couple of
19  years.
20      NATHAN BEAR:  That's right.
21      JEFF BISHOP:  I know that February wiped out
22  a lot of traders.
23      NATHAN BEAR:  It did.
24      JEFF BISHOP:  I mean, they were so confident
25  things were going to continue.

---

28

1       NATHAN BEAR:  You're right.
2       JEFF BISHOP:  And February took it all back
3   and more.  So the fact you only lost $10,000 after
4   making 400-, that's testament to what a system is and
5   what it should -- how it should work.
6       JASON BOND:  Yeah, what did it feel like?
7   The month is going on, was it frustrating?
8       NATHAN BEAR:  Oh my goodness, yes, because,
9   like we were just talking about, you get so full of
10  yourself, thinking that you're the one that --
11  everything you do, everything you touch works, and
12  that's really not -- that's a dangerous mindset.  It's
13  just as dangerous as being down and saying, oh man,
14  forget it, I'm going to throw some money at this trade
15  because how much worse can it get?  It can always get
16  worse.
17      JEFF BISHOP:  Oh, yeah.  That's a bad
18  mindset.
19      NATHAN BEAR:  That's right.  So staying
20  neutral and having sort of this detachment from the
21  outcome of your trades is something that has taken me
22  a long time.
23      JEFF BISHOP:  So that actually leads me into
24  a question I really want you to answer for everyone
25  watching this.  In fact, write this part down.  I want

---

7 (Pages 25 to 28)

Weekly Money Multiplier

Raging Bull, LLC                                                                    11/30/2020

29

1   you to learn to become emotionally detached from your
2   trading. We get wrapped up in emotions too often in
3   our trading, and no one stays as emotionally detached
4   and focused as you do. So share with us how you do
5   that and how you got to do that. I mean, that's not
6   easy.
7          NATHAN BEAR: Yeah, absolutely. So I would
8   say three points. Number one -- and you've all done
9   this. I used to do this, I'm speaking from
10  experience. You guys probably know exactly what I'm
11  talking about, too. You find a chart, it looks great.
12  You enter the position. And let's say it's a daily
13  chart, so you're looking at a position that -- a
14  pattern playing out over the next two, three, four
15  weeks.
16         So you pick up some shares or some options,
17  and then instead of saying, okay, let's see what
18  happens, you zoom into a one-minute chart, you pull up
19  the level two, you pull up the newsfeed, you pull up
20  the time and sales, and you're sitting there like a
21  rabid dog watching every -- every tiny little
22  iteration, and it -- not only it wipes you out
23  mentally, but you cannot think about what you're watching a
24  time frame like that. If you're a day trader
25  scalping, that's fine. But if you're entering a trade

30

1   based on a larger time frame chart, what is the point,
2   what good are you doing yourself, looking at a tiny
3   little chart?
4          And that used to be me, and I would be
5   upset, and I would say to myself, well, what kind of
6   idiot hits the bid? These people should be selling at
7   the ask, right?
8          JEFF BISHOP: That's right. Blame other
9   people.
10         NATHAN BEAR: Blame other people. And the
11  stock would drop 10 cents, and I would freak out and
12  I'd be like, ahhh, sell it, and then two days later,
13  guess what, the stock's up 30 percent from my entry or
14  the options are up 30 or 40 percent --
15         JEFF BISHOP: That's the worst.
16         NATHAN BEAR: -- and I'm sitting there
17  thinking to myself, why? Why did I enter the trade
18  and then 10 or 20 minutes later, completely change my
19  mode of thinking because the price dropped half a
20  percent? It doesn't make any sense. And the answer
21  was it has nothing to do with what's happening in the
22  market, it's just my perception of it. It's what
23  happening between my left ear and my right ear. And
24  learning to quiet all of that chatter and all of those
25  emotions is what really, I think, separates those who

31

1   are consistent over longer periods of time and those
2   who maybe have some initial success and then wipe out
3   two weeks later because they don't know how to control
4   the emotions of trading. So that's number one.
5          Number two, how do you do that? That sounds
6   great, Nate, right? How do you actually go about
7   controlling your emotions? The biggest thing for me
8   is position sizing. It's all about position sizing.
9   The market can only hurt you to the extent you have
10  exposure to it, right? So if you don't have any money
11  in the market and it goes down a thousand points,
12  you'd be like, wow, look at that on TV. All those
13  talking heads are really upset. But if it's not
14  affecting you, you have no emotional ties to it, it
15  doesn't hurt you.
16         Now, if, for example, you have your entire
17  account in Apple and it dropped 10 percent --
18         JASON BOND: That's a big deal.
19         NATHAN BEAR: That's a big deal, yeah.
20  Yeah, that's hurts.
21         JASON BOND: Possibly over (inaudible).
22         JEFF BISHOP: Position size is truly
23  important, man. Write that part down.
24         JASON BOND: That's right.
25         NATHAN BEAR: So learning to understand that

32

1   the market will do what the market will do, regardless
2   of your involvement or not, is paramount to your
3   success and your longevity as a trader. You will
4   either succeed or fail based on your ability to
5   control what happens in your head, not what happens in
6   the market, because we have no control over what
7   happens in the market.
8          JEFF BISHOP: That's one of the best things
9   I think you help people with, actually. So the
10  trading itself is great, showing the setups, but the
11  mentality of what it takes to be a trader day in and
12  day out is so helpful, that emotional ability to say,
13  look, okay, things are what they are, I can't control
14  them. All I can control is my own accounts and how
15  I'm going to trade. So those are really key things to
16  do.
17         JASON BOND: This is yet another reason I
18  think Nathan is more qualified than anybody that I
19  know to help anyone who's part-time make supplemental
20  income but achieve that goal of unlimited potential
21  transitioning to full-time because he's so calm, he is
22  so dialed in between the ears, he works so fluidly
23  with all of his members.
24         JEFF BISHOP: Yeah.
25         JASON BOND: It's so impressive to watch you

8 (Pages 29 to 32)

Attachment NN

PX 27, 2133

Weekly Money Multiplier

Raging Bull, LLC                                                           11/30/2020

---

33

1  train thousands of people and stay calm with the
2  client.  Many of your clients have a lot of different
3  things going on in their lives.  What's going on
4  between their ears sometimes isn't dialed in, and you
5  help them get there.  I think that's really important
6  for them to learn and interact with somebody who's
7  really dialed in the head, you know, because,
8  honestly, I think that's where it all starts.  It
9  certainly seems to have been one of the biggest moves
10 that you made.  You got it dialed in here.  You looked
11 at that two- to three-day chart or that two-week
12 chart.  You don't look at the in-between action.
13         NATHAN BEAR:  That's right.
14         JASON BOND:  You stay focused on one thing.
15 And that also allows you to spend time with those four
16 kids, I imagine.
17         NATHAN BEAR:  That's right.
18         JASON BOND:  Versus watching ticks on a
19 computer.
20         NATHAN BEAR:  Yeah, yeah, I mean, I don't
21 want to spend my life staring at level two and time
22 and sales, it's exhausting.  I don't have the energy
23 for that.  If I was 22 and no kids and, you know,
24 wanted to day trade for a living, sure, but that's not
25 who I am as a trader, and I tried to be that guy and

---

34

1  it didn't work for me.
2         JEFF BISHOP:  Yeah.
3         JASON BOND:  I did, too.  You advised
4  against it, by the way.
5         JEFF BISHOP:  Only because I did it myself.
6         JASON BOND:  Yeah.  So there you have it.
7  Write that down.  We all tried to watch every tick and
8  manage every movement in the market, and it's
9  tiresome, to say the least.
10         NATHAN BEAR:  Yeah, it is.
11         JEFF BISHOP:  What is it, like 99 percent of
12 people who try day trading are going to fail as a
13 career?  That's about right, so didn't work for me or
14 you.  Didn't work for you, obviously.
15         NATHAN BEAR:  That's right, that's right.
16         JEFF BISHOP:  Not many people are cut out
17 for that, so that's -- I don't know, some people it
18 does, but it wasn't for me.
19         JASON BOND:  A lot of people think, though,
20 that full-time trading, like transitioning from a
21 career to being a full-time trader, means you're a day
22 trader, and that's something that I want to
23 distinguish right now.  You can be a swing trader, so
24 you're doing large cap stock options.  Your hold times
25 can be a week or two weeks.  This isn't -- this isn't

---

35

1  minute-by-minute trading, yet you are a full-time
2  trader.
3         NATHAN BEAR:  Correct.
4         JASON BOND:  And, I mean, your income speaks
5  to wild success, over a million dollars this year
6  alone.  But you are a full-time trader, yet you're not
7  watching the markets every single instant and reacting
8  and freaking out over it.  That's so important for
9  people to understand.  And I think it's a more
10 pleasant way to trade, to be honest.  You probably can
11 make more money that way, in my opinion.  I've seen
12 the most profitable people gravitate towards what
13 you're doing.  They trade a lot, they're active, but
14 they're not necessarily day trading.
15         NATHAN BEAR:  That's right.
16         JEFF BISHOP:  In fact, sometimes you're out
17 of the market completely.  I think another thing
18 people do too often is -- in the market all the time.
19 They feel like they've always got to have their money
20 in the market all the time.  And you could probably
21 share the story.  Like, how did you learn it's better
22 just to not be in the market sometimes or be very
23 light?
24         NATHAN BEAR:  Yeah, no, absolutely.  There
25 are many, many painful lessons I've learned, but I

---

36

1  think one of the most painful things you can
2  experience as a trader is watching your account.
3  Blowing up an account overnight is not fun, and I've
4  done that.
5         JEFF BISHOP:  No, not fun.
6         NATHAN BEAR:  Not fun at all.  But another
7  thing that really wears on you is watching your
8  account slowly just get eaten.  Day after day, you're
9  down 1, 2, 3 percent.  At the end of the week, your
10 account's down 10, 15 percent, again, the next week
11 and the next week.  And it's because there are times
12 in the market when it is time to get aggressive and
13 there are times in the market when it's time to sit
14 back.  And the way to sort of differentiate between
15 the two is very easy.
16         It's -- you look at the bigger picture
17 charts.  You look at the VIX, you look at the SPY, you
18 look at what's trending, what's happening.  Are we in
19 a news-driven cycle like we've been in lately?  Are we
20 in a -- more of a quiet trending cycle, like we've had
21 for much of the year?  These market conditions
22 determine my participation, or lack thereof.  And it's
23 not even that I won't necessarily participate, but the
24 strategies change.  Instead of buying calls, I might
25 sell puts, a less directional, less aggressive way to

---

9 (Pages 33 to 36)

Attachment NN              PX 27, 2134

Weekly Money Multiplier

Raging Bull, LLC                                                                11/30/2020

---

37

1    play the same idea.
2         So you have to adjust to what's happening in
3    front of you. I think that's one of the key things
4    that you said, is that people try to do the same thing
5    every time, every day regardless of the market
6    conditions, and you don't control the market.
7         JEFF BISHOP: Right.
8         NATHAN BEAR: If you want to keep buying
9    calls in Apple day after day after day after day,
10   that's great, but that's not going to work day after
11   day after day after day. There are going to be times
12   when it's better to sell calls or sells puts or be
13   flat. You don't have to participate every day, and
14   that's, I think, a big difference as well, separating
15   people that are consistent over years versus those
16   that, hey, hey, I made $10,000 last week. Doesn't
17   this market know who I am? I'm going to make 20 this
18   week. And you know what? They're the guy that -- the
19   guy or gal that's sitting on the sidelines.
20        JASON BOND: You know, guys, I'm sure
21   everybody's wondering, how did we come to identify
22   Nathan Bear as one of the most profitable traders at
23   all of Raging Bull? I mean, do you remember Atlanta,
24   when we gave away the second Porsche 911, a brand new
25   car, to this guy?

---

38

1         JEFF BISHOP: You bet I remember, it was
2    expensive.
3         JASON BOND: Yeah. So you had basically
4    turned your $37,000 account, so you joined my
5    Millionaire Roadmap after losing $40,000 in the
6    market, and you weren't really interested in chasing
7    small caps. That momentum wasn't for you. But I
8    taught you one pattern, and you leveraged that one
9    pattern in large cap options trading. You love
10   options, so you know what he's doing, and I wasn't
11   quite sure what you were doing early on until I heard
12   that you were coming up on a million dollars.
13        And so the deal we had was anybody who made
14   a million dollars with our service would get a brand
15   new Porsche, and you were the second person to do it.
16        NATHAN BEAR: That's right.
17        JASON BOND: A million bucks, and it didn't
18   take you long to do it. Once you had journaled what
19   was working, what wasn't working, you kind of moved
20   away from small cap stock momentum, moved into large
21   cap option using one pattern, made a million dollars,
22   we give you a Porsche in Atlanta, you bring your
23   family down. We got TO as the keynote speaker, Hall
24   of Fame Terrell Owens. What an awesome day that was
25   for you, for Raging Bull.

---

39

1         JEFF BISHOP: It was fantastic. It was the
2    first I think we actually met.
3         NATHAN BEAR: That's right.
4         JEFF BISHOP: At that event.
5         NATHAN BEAR: Yeah, that's right.
6         JEFF BISHOP: And so then you're on my radar
7    right away. After watching you in Millionaire Roadmap
8    over the year after that, I was like, okay, I've got
9    to get this guy in Money Multiplier, which is my
10   options rating service. So I was so happy you agreed
11   to come on last year and start assisting me with more
12   trades and more ideas, add a little more flavor to
13   what we're doing. And now, you're coming on with an
14   even stronger role, right?
15        NATHAN BEAR: That's right.
16        JEFF BISHOP: I feel like you're going to be
17   able to take the reins of this service, and you're now
18   going to be adding even more of your own personal
19   touch to the service.
20        NATHAN BEAR: Absolutely.
21        JASON BOND: I mean, that's really
22   important. We're busy running Raging Bull, and we
23   have this talent over here who, like you said, after
24   we gave you the keys to the car, everybody in
25   Millionaire Roadmap -- we had hundreds of people come

---

40

1    to see you get that car at that conference. Everybody
2    said, can Nathan show us what he's doing? So you
3    started to teach, and all a sudden, there's a thousand
4    people in the Millionaire Roadmap conference chat room
5    studying your stuff.
6         NATHAN BEAR: Yeah.
7         JASON BOND: And then you bounce over to
8    Weekly Money Multiplier and start helping out there,
9    too. And I think at the end of the day, what's
10   happened for us is we've been bombarded with people
11   saying, you know, give Nathan the keys to the car.
12   Let him -- turn him loose. Let's see him open it up.
13   And that's kind of what we're doing here today.
14        JEFF BISHOP: I feel like I'm a great
15   quarterback, but having Tom Brady on the bench is
16   probably not the best way to go.
17        JASON BOND: That's a great way of putting
18   it as we sit here in New England.
19        JEFF BISHOP: I love being able to hand you
20   the ball here and say, run with it, man. Lead the
21   team here.
22        JASON BOND: Yeah, yeah.
23        JEFF BISHOP: So just share with us some of
24   the things that you're doing in Money Multiplier right
25   now and what your plan is for the future, what you

---

10 (Pages 37 to 40)

Attachment NN                        PX 27, 2135

41

1   want to add to it.
2        NATHAN BEAR:  Yeah, absolutely.  So some of
3   the things we're going to be doing are mostly swing
4   trading using large caps, using options on large caps.
5   This is your bread and butter strategy.
6        NATHAN BEAR:  My bread and butter strategy,
7   but that's not all you're going to get, right?  You're
8   going to get the swing trades, and I swing trade on
9   multiple time frames.  So it's not always going to be
10  a daily chart, but what I consider to be a swing time
11  frame chart, one of the larger time frames that I
12  trade.  My pattern shows up all over the place.  There
13  are no shortage of TPS setups in the market.  I trade
14  a lot of them, there are a lot of them.  I shouldn't
15  say I trade a lot of them.  There are a lot of them to
16  choose from.
17       Not only do you get my swing trades, you'll
18  get those by texts and email, you'll get video updates
19  daily.
20       JASON BOND:  I love your video updates.
21  Nobody does updates better than him.
22       JEFF BISHOP:  Yeah, it's a lot of work.
23       NATHAN BEAR:  Yeah, it's a lot of work.
24       JASON BOND:  That's why.
25       NATHAN BEAR:  But the good thing about it is

42

1   it's not -- in an email -- I can put an email
2   together, sure.  We can all put emails together.  But
3   a video, it's like, here's the chart.  This is exactly
4   what I'm thinking in real time today while the
5   market's open.  These are my thoughts, this is what I
6   am doing, and most of the time, this is what I'm not
7   doing.  I'm not overtrading.
8        JEFF BISHOP:  That is sometimes more
9   important than what you are doing.  So in the morning,
10  you got a video update before the market opens, you
11  have an email with your thoughts on the market.
12  During the week, as you're making trades, you're
13  getting swing trade alerts on --
14       NATHAN BEAR:  That's right.
15       JEFF BISHOP:  -- when you're actually
16  entering an option --
17       NATHAN BEAR:  That's right.
18       JEFF BISHOP:  -- and why you're doing it,
19  and then people can also see your live portfolio also,
20  right?
21       NATHAN BEAR:  That's right.  You can see my
22  live portfolio, not only my Weekly Money Multiplier
23  trades.  You can see the trades that I'm taking on
24  smaller time frame charts in the Millionaire Roadmap.
25       JASON BOND:  Those are -- I hate to cut you

43

1   off -- those are my favorites, because you've hit
2   several, just recently, one thousand plus winners.
3   What was the 1600 percent win you had recently?
4        NATHAN BEAR:  That's right.
5        JASON BOND:  1600 percent in like a week.
6        NATHAN BEAR:  Yeah.
7        JASON BOND:  What stock was that on?
8        NATHAN BEAR:  Shopify, Shopify.
9        JASON BOND:  Oh, yeah, I remember that.
10       NATHAN BEAR:  Yep, yep.
11       JASON BOND:  So to put that in perspective,
12  10 grand on that trade would be worth $160,000 in a
13  week.  All right, not everybody has 10 grand to put on
14  Shopify options.  Let's say you put $2,000 into that
15  Shopify trade.  You actually hit 1600 percent, that's
16  $32,000 in a week, and that's not the only 1000
17  percent winner you've had recently.
18       NATHAN BEAR:  That's right.  I've had four
19  so far this year.
20       JASON BOND:  Those are your smaller time
21  frame trades.
22       NATHAN BEAR:  Smaller time frames, but it's
23  the same setup.
24       JEFF BISHOP:  I don't think I've ever had
25  1000 percent.

44

1        JASON BOND:  I've never even come close.
2        JEFF BISHOP:  I've had a few hundred
3   percents here and there.  I've never had 1000 percent.
4   The fact you're hitting these over and over is --
5        NATHAN BEAR:  Over and over, yeah.  That's
6   right.
7        JASON BOND:  This is why thousands of
8   traders are screaming for more of your stuff, and this
9   is, quite frankly, why we're doing this.
10       NATHAN BEAR:  Those are fun, but that's also
11  not your bread and butter.
12       NATHAN BEAR:  No, no.  Yeah.
13       JEFF BISHOP:  Those happen.  Tell us about
14  just -- what's your daily like?  What are you aiming
15  for and how are you trading?
16       NATHAN BEAR:  So on a day-to-day basis, I
17  like to have a mix.  I like to have a mix, I like to
18  have trades that I don't have to look at every day.  I
19  like to have trades that I'm playing off on weekly
20  charts.  In my account right now, I've got a couple
21  trades that are based off of weekly charts.  I've got
22  several trades based off of daily charts.  I've got
23  several trades based off of 30-minute time frames.
24       JEFF BISHOP:  Yeah.
25       NATHAN BEAR:  So I've got a mix.  And that

11 (Pages 41 to 44)

Attachment NN          PX 27, 2136

Raging Bull, LLC                                                                11/30/2020

45

1  way, if the market's down, I'm not really looking at
2  stuff from my larger time frame basket. It doesn't
3  matter to me what happens on a day-to-day basis. I'll
4  check it on Friday and see what happens.
5       JEFF BISHOP: Yeah.
6       NATHAN BEAR: And then I've got -- you know,
7  hey, if the market's going to be up tomorrow, I've got
8  these three stocks that have these perfect, ideal,
9  choice setups, and I'm going to just keep ringing the
10 register on the smaller time frames over and over and
11 over. And do they all work? Of course not. But I've
12 got a system in place, I've got an edge, and I find my
13 edge, and I find it on large time frames and I find it
14 on small time frames, and I put it into play, and
15 that's it. It's a very simple system.
16      JEFF BISHOP: With your portfolio, I look at
17 it as like looking into your office. You run your
18 thing as a business, and I feel like when I look at
19 that screen, I'm looking at your office and what
20 you're managing minute-by-minute during the day. I
21 love that I can kind of just peek over your shoulder
22 and see what's going on.
23      NATHAN BEAR: Yeah, that's exactly right.
24 There's nothing hidden. There's nothing off on
25 another account or on some other strategy that I'm not

46

1  telling you about. I basically do three things, I
2  trade large cap options on large time frames, I trade
3  large cap options on small time frames, and I sell
4  spreads on large cap options. That's it.
5       JEFF BISHOP: So the million dollars you've
6  made this year, you've made it all in that office
7  window.
8       NATHAN BEAR: In that office window, that's
9  right.
10      JEFF BISHOP: So I can see all that during
11 the day.
12      NATHAN BEAR: Yeah, that's right.
13      JEFF BISHOP: If I want to sit there and
14 just trade along with you, I could do that.
15      NATHAN BEAR: It's right there. That's
16 right.
17      JASON BOND: I love that.
18      JEFF BISHOP: Yep. That is something so
19 unique.
20      JASON BOND: And so useful, and we don't
21 know many traders who are up a million dollars this
22 year who allow you to look at their books.
23      JEFF BISHOP: Every trade.
24      JASON BOND: Every trade.
25      JEFF BISHOP: Every trade. Right into their

47

1  office, right into their business. So powerful,
2  Nathan, and thank you for doing that, because you're
3  helping other people. You're bringing a lot of hope
4  to people who want to transition out of their career
5  simply for the fact that they want to make more money.
6  I think you're most suited to help people do that
7  because you've narrowed it in for them. I mean, we
8  talked about journaling and isolating what's working
9  and what's not working. You've kind of done that for
10 people already.
11      They don't necessarily have to journal if
12 they choose to just look into your -- I mean, treat
13 their trading like a business, and look at your
14 business, which is already isolated. You've kind of
15 sifted out the noise, focused in on large cap stock
16 options, one pattern, different time frames, and a
17 million bucks so far this year.
18      JEFF BISHOP: Amazing.
19      JASON BOND: Juicy.
20      JEFF BISHOP: That's juicy.
21      NATHAN BEAR: And what I like to tell
22 people, too, is that, as traders, we all sort of have
23 to take the same journey. We all have to go down the
24 same path. You start somewhere and you want to end up
25 in a place where you're profitable consistently. It

48

1  took me eight years along that path. I hit every
2  stinking pothole. I broke down 25 different times.
3       What I can do and what I can help you do is
4  avoid. I know there are certain things that are going
5  to trip you up, but you don't have to take eight years
6  or 10 years or 20 years, whatever it takes, to get to
7  profitability. Let me help you get there quickly.
8       JASON BOND: Before people think that's just
9  hype, you helped me get profitable literally in the
10 first year. No way I would have accomplished that on
11 my own. In fact, when I was tinkering around with
12 small caps, I was blowing up account after account.
13 You taught me how to trade, you really held my hand,
14 probably as closely as you're going to hold other
15 people's hands.
16      JEFF BISHOP: More important, like he's
17 doing, I just showed you some things you shouldn't be
18 doing and cut some bad habits out.
19      JASON BOND: Yeah.
20      NATHAN BEAR: That's right.
21      JEFF BISHOP: And that turned things around
22 real quick, so you've already figured this out.
23      NATHAN BEAR: That's right.
24      JEFF BISHOP: I think you do a better job of
25 this than anyone else, of just identifying the bad

12 (Pages 45 to 48)

Weekly Money Multiplier

Raging Bull, LLC                                                11/30/2020

49

1  traits we should be stopping and the emotionalism, how
2  to really detach yourself from it and focus on what's
3  important.
4          NATHAN BEAR:  That's right.
5          JEFF BISHOP:  So when you're teaching, that
6  is what I love.
7          JASON BOND:  Speak about that, because
8  they're getting text and email alerts.
9          NATHAN BEAR:  That's right.
10         JASON BOND:  They get to look into your
11 office, into your business, watch your portfolio live,
12 everything that you do, but you're going to be
13 coaching as well.
14         NATHAN BEAR:  Absolutely.
15         JASON BOND:  How often?  What does that look
16 like?
17         NATHAN BEAR:  So the most important thing
18 when I was learning to trade was watching other
19 professional traders trade the market in real time
20 when the market was open.  It's all good and well to
21 watch a video at 10:00 at night saying, hey, this is
22 what you should've done today.
23         JEFF BISHOP:  Yeah.
24         JASON BOND:  That's easy.
25         NATHAN BEAR:  Right, that's easy.  This is

50

1  what happened, this is what you should've done.  See,
2  right there, you know, right, exactly.  But when the
3  market is open, getting into somebody's mind and
4  understanding what they're doing, why they're doing
5  it, when they're doing it, while the market is
6  throwing punches is priceless.
7          JASON BOND:  Yeah.
8          NATHAN BEAR:  So what I want to do is I want
9  to open up a room for three hours once a month.  The
10 first hour will be a lesson.  I'll teach you something
11 that has -- that I've learned over the years that I
12 think will benefit you in your day-to-day trading, and
13 then we will do two hours of live trading and live
14 questions while the market is open every month.
15         JASON BOND:  I like that.
16         JEFF BISHOP:  That's priceless.
17         NATHAN BEAR:  That's priceless, in my
18 opinion.  I tell this story all the time.  Small
19 business owner, very, very busy schedule, but when
20 Jason would come on or one of my mentors would come on
21 and say, hey, I'm going to be live trading from 11:00
22 to 12:00, I didn't care if I had a meeting with the
23 most important client.  I wanted to change my life, so
24 I pushed everything else to the side.  I said, I have
25 got to focus, because I learn more watching somebody

51

1  do it live, learning -- not just like, hey, here's a
2  trade, follow me or don't, but why, what thought
3  process is going through my head?  Why does this
4  person not take that trade versus taking that trade?
5  What are the subtle differences?  And that is, to me,
6  paramount.
7          JEFF BISHOP:  That's truly life-changing
8  stuff, when people do that and apply it.  I get the
9  question a lot of times, people are like, well, Jeff,
10 how much does it take to trade?  How much do I need to
11 get started?  I'm like, you know what, that's not even
12 the question you should be asking, really.  I don't
13 care if you have zero dollars.  This is the kind of
14 stuff you need to be taking advantage of.  For the
15 price that you're asking for this kind of service, it
16 is life-changing and building stuff.  If you would
17 just apply yourself for a year and learn these kind of
18 things, just watch the lessons, do what you're doing,
19 that sets you up for success in life, so I don't care
20 if you have zero dollars.  This is the kind of thing
21 that people should be doing right now.
22         NATHAN BEAR:  That's right.
23         JASON BOND:  You know, at Raging Bull, our
24 goal is always to bring forward the best traders and
25 then to teach their strategies, and we try and do that

52

1  through full transparency, streaming the portfolio or
2  looking at your business live.  You know, people are
3  going to love that three-hour segment.  And what's
4  even more important than that is that they can also
5  use your knowledge and leverage and skill in picking
6  trades in the current market conditions.
7          So let's say a client clears their schedule,
8  attends that three-hour event, and really starts to
9  understand what you're doing day-to-day.  Then, as
10 you're sending the text and email alerts or as they're
11 referencing your TD Ameritrade Think-or-Swim account
12 on their phone, they can say, Aha, yep, that makes
13 sense.  I understand why he's getting Apple call
14 options here.  I see the TPS on this time frame, and
15 I'm taking that trade, too.  They come at it from a
16 stance of power, security, and I think that's what
17 gives people peace at night, allows them to sleep,
18 allows them not to want to retick.  Understanding the
19 strategy, seeing you do it in real time, and then
20 leveraging those day-to-day alerts that are going to
21 come their way.
22         And you said you send a video every morning,
23 so it's not like you're only teaching three hours once
24 a month.
25         NATHAN BEAR:  Right.

13 (Pages 49 to 52)

Attachment NN

PX 27, 2138

Weekly Money Multiplier

Raging Bull, LLC                                                          11/30/2020

---

53

1     JASON BOND: But you're essentially doing
2 that every morning as well or whenever you send that
3 video --
4     NATHAN BEAR: That's right. There will be a
5 daily video, and within that video or underneath that
6 video is a comment section, and I do my best to get
7 back to people. If you post a question, I'm going to
8 answer it. I'm not just going to leave you hanging.
9     JEFF BISHOP: That direct access is so
10 important.
11     NATHAN BEAR: That's right.
12     JASON BOND: Priceless.
13     NATHAN BEAR: Yeah.
14     JASON BOND: Priceless. I mean, you've made
15 over a million dollars this year. Again, this is NFL
16 football salary. I mean, look at the -- look at the
17 cap on some of these teams. There's not many guys on
18 a team actually making over a million dollars a year.
19 We're not even through the year and you've already
20 crossed seven figures. That's the potential. And
21 prior to you being successful, running a business,
22 making $50- or $60,000 a year, losing money in the
23 market, blowing up accounts, it's not like you were
24 given a silver spoon. You figured this out and now
25 you can help people figure it out faster.

---

54

1     NATHAN BEAR: That's right.
2     JASON BOND: Arguably, wildly faster. We're
3 not talking, I don't even think, a year. I mean, as
4 soon as you started showing me what I was doing wrong,
5 I started making money. I got excited about trading.
6 I started to focus more on, Jeff, tell me more, tell
7 me more. What else am I doing wrong, what else can I
8 fix?
9     And I think people are going to do that with
10 you. They're going to see the potential of these
11 percentage returns, and that's really where the beauty
12 of your strategy lies. The leverage you get on these
13 large cap stocks with options allows you to pick
14 consistent 50 to 100 percent winners, right? I know
15 we talked about the 1000 percent plus winners. But,
16 as you noted, that's not day-to-day. But day-to-day
17 is 50, 70, 100 percent wins.
18     JEFF BISHOP: In fact, let's just show some
19 of these winners on here. I mean, you've got a lot of
20 great trades. Just take a moment and look at some of
21 these amazing trades that just happen on a regular
22 basis. So we talk about the big 1000 percent winners,
23 but there are so many that are 100, 200 percent, and
24 just consistent wins over and over and over. And
25 that's really what it's all about.

---

55

1     It's having low draw-downs, you're not
2 losing much, and when you win, you win a lot, and you
3 win consistently, and that's really what you're doing.
4     NATHAN BEAR: That's right. And you can see
5 the date on the option. These aren't trades from two
6 years ago that we pulled out of some archive. These
7 are over the last couple months.
8     JASON BOND: Look at these, these are
9 monsters. I mean, I trade small caps, I'm lucky to
10 get 20 percent on a trade. Here's another 200 percent
11 winner, another 100 percent winner. Let's show one of
12 those 1000 percent winners right now. I mean, just
13 because everybody's excited to turn that 2 grand into
14 32 grand, right? I mean, that's a nice cherry on top
15 or dessert at the end of the meal.
16     JEFF BISHOP: That's just a great goal for
17 people to have. These are not to brag or pump you up.
18 It's really just as a goal that people can see what's
19 actually possible.
20     JASON BOND: Yeah.
21     JEFF BISHOP: People think, oh, it happens
22 to you all the time. But until it actually happened,
23 did you actually think it would?
24     NATHAN BEAR: No, you never think you can
25 get 100 percent, that's right, yeah. You see other

---

56

1 people, oh, I had a 100 percent win. Like, yeah,
2 sure, okay, what did you have? That's some demo
3 account, right? Nobody ever makes 100 percent in real
4 life. But it does happen.
5     JASON BOND: I mean, these testimonials are
6 unbelievable. Not only are you hitting 100, 200, 300
7 percent wins, we've got a myriad of client
8 testimonials illustrating that they're hitting them,
9 too. They understand your strategy, they're taking
10 the trades, and they're winning.
11     JEFF BISHOP: And that's when you were
12 teaching part-time.
13     NATHAN BEAR: That's right.
14     JEFF BISHOP: Now, you're teaching
15 full-time, and I can only imagine how it's going to go
16 from here.
17     NATHAN BEAR: That's right, that's right.
18 And, you know, it's one of the funniest things and the
19 most satisfying things as a teacher, and you two can
20 probably resonate with this, but people ask me all the
21 time, where do you find your trades? It's like the
22 people that I teach my system come to me with these
23 ideas, and I'm like, that's perfect. That chart hits
24 every single point. Everything I need to take a trade
25 is present. Thank you. Hey, there you go. Let me

---

14 (Pages 53 to 56)

Attachment NN                    PX 27, 2139

Weekly Money Multiplier

Raging Bull, LLC                                                                11/30/2020

57

1   send this out, this is a great pick, you know.
2        JEFF BISHOP:  Yeah.
3        NATHAN BEAR:  And it's wonderful because
4   it's something that is so simple that it's easily
5   transferrable.  You don't need a degree in mathematics
6   to figure out these complicated chart patterns or you
7   don't have to have a background in stock trading.  I'm
8   going to show you three things.  If those three things
9   are present, we can take a trade.
10        JEFF BISHOP:  Yeah.
11        NATHAN BEAR:  If they're not, pass.  There's
12   a million charts we can look at.
13        JEFF BISHOP:  Yeah, I love that.  I think
14   the people can just sit back and breathe for a moment.
15   Like sometimes we think trading is so complicated,
16   they're never going to get it and it's all these
17   numbers floating around, when honestly, Nathan has
18   done the homework.  He's put in the hard work over the
19   years.  He knows exactly what it takes to be
20   successful because he's doing it every day.
21        So the fact that you get to see his daily
22   video where he's summarizing his thoughts on the
23   market, get his daily email before the market opens,
24   see the actual email and text alerts as he's making
25   his own real money trades during the week, and then

58

1   peer into his office, look at that portfolio during
2   the day of what he's actually doing and managing with
3   his own money, take part in the monthly training
4   lessons where you will get truly priceless information
5   from him every month, these are the things that it
6   takes to become successful, and it's all being served
7   up virtually on a silver platter right here.  There's
8   no easier way to do this.
9        We've thought of all the ways we can teach,
10   but this -- this is the best way to teach this system
11   from one of the best traders out there.  It's
12   impossible to go wrong with this.
13        NATHAN BEAR:  Yeah.
14        JASON BOND:  You know, guys, when I was an
15   elementary school teacher making $33,000 a year, I was
16   in my 10th year, and I was thinking, I need to do
17   something that I can get rich with.  I went back for
18   my second Master's degree to be a school principal
19   because they made about $80,000 a year.  And as I was
20   enrolled in that coursework, I thought, you know what,
21   I made a mistake.  I need something with unlimited
22   earnings potential if I work hard and I'm good at it.
23   Ultimately, I dropped out of that Master's program,
24   and I actually dropped out of being a teacher as well
25   in my 10th year.

59

1        You taught me how to trade, and I went on to
2   make millions.  It worked really well.  And in that, I
3   learned one major thing.  I think Wall Street is one
4   of the only areas where you can unlock your true
5   earnings potential.  I mean, wouldn't you agree?
6        JEFF BISHOP:  That's true.  If there's one
7   thing we have limited in life, it's our time.  So I
8   think we need to use our time the best way possible.
9   I don't care if you're a doctor or a lawyer and you're
10   making a lot of money hourly, you're still limited in
11   hours.
12        JASON BOND:  Yeah.
13        JEFF BISHOP:  So with the hours you do have,
14   you need to use them the best, and I can't think of a
15   better way than learning a strategy like this and
16   learning to apply that where you can make, literally,
17   millions of dollars.  And I don't say that lightly.
18   This guy's proven it and is making millions of
19   dollars.
20        So thanks again.  I just want to give you an
21   opportunity if there's anything you want to share
22   before we wrap this up today.  I appreciate your time.
23        NATHAN BEAR:  Yeah, no, absolutely.  And
24   speaking of time, look, it boils down to this, trading
25   is hard.  If you're watching this tonight, if you're

60

1   here tonight listening, chances are you're struggling.
2   Let's be honest, chances are you're not consistently
3   profitable in the market.  I know what that's like.  I
4   spent years, literally eight years of my life, trying
5   to run a business, trying to manage a family, trying
6   to figure out where that money for that vacation was
7   going to come from because I just got killed in the
8   market again, and, oh, man, there's only so many hours
9   in a day.  I can only work so hard while managing my
10   life and managing my children's lives.
11        But eventually I figured it out.
12   Eventually, I made it over the hump.  I got past all
13   of the crap associated with trying to do so many
14   different things in the market where you can do 25
15   different things poorly but you do nothing well.  Let
16   me help you get to the point where you do one thing
17   and you do it well and you're consistent and you make
18   money and you're pulling money out of the market.  Not
19   every day, but every week you're profitable.  Every
20   month, you're profitable, and year over year, you're
21   profitable.
22        And what does that do?  For me, it changed
23   the course, it changed the trajectory of my children's
24   lives.  And what is more important than that?  It's
25   not about being able to go to Best Buy and buy a

15 (Pages 57 to 60)

Attachment NN                    PX 27, 2140

Weekly Money Multiplier

Raging Bull, LLC                                                                                     11/30/2020

---

61

1    $2,000 TV like that.  No, it's about changing my kids'
2    school district from one of the worst in the state to
3    the best in the state.  That is going to change their
4    lives.  And that is what finding an edge and that is
5    what trading has done for me, and it can do it for
6    you.
7            JASON BOND:  You know, guys and gals, we
8    have a lot of services at Raging Bull, right, Jeff?
9            JEFF BISHOP:  Yes.
10           JASON BOND:  I mean, we teach people how to
11   trade stocks.  Nathan Bear stepping up here at Weekly
12   Money Multiplier and basically taking the reins is
13   probably one of the best things that's happened to
14   Raging Bull in a long time.  It's really difficult to
15   find somebody of your pedigree who's made over a
16   million dollars, and we're not even through the year
17   yet, and has made millions of dollars in the last
18   couple of years trading stocks, specifically stock
19   options.
20           But what's more important is I've seen a lot
21   of profitable traders, some others that have made a
22   million dollars, but they're not skilled at teaching
23   and they don't have a strategy that other people can
24   use.  Of all the people that we work with, of all the
25   people that teach and train, I think this guy right

62

1    here is most well-suited to help you change your game.
2    Whether you're struggling right now, have plateaued or
3    even slightly profitable, I am certain that nobody is
4    more qualified than Nathan Bear to help you make sense
5    of what's going on in the market and improve your
6    trading performance.  And if he does that and I'm
7    right and you're right about this message, I'm certain
8    that the thousands of testimonials we have will turn
9    into hundreds of thousands within a year, within two
10   years.
11           So welcome to the Raging Bull team.
12   Officially, Nathan Bear is running Weekly Money
13   Multiplier.  He's letting people look at his business.
14   His business is trading.  And nobody's more qualified
15   than you to really help people improve their trading.
16   But I think what we're going to see out of this, I
17   think we're going to see a lot of people transition
18   out of their careers into full-time trading and really
19   hit these huge numbers that every trader really dreams
20   of but now has a true reality to go get.
21           NATHAN BEAR:  Hey, gang, Nate Bear here.
22   And I want to break down for you one more time the
23   Weekly Money Multiplier Bundle Breakdown, okay?  Let's
24   dive right in.  What do you get when you join Weekly
25   Money Multiplier?

63

1            Number one, live streaming portfolio.  Now,
2    I want to make this clear, I've been a part of every
3    service in Raging Bull and I said I know what I want
4    from a trading service, period.  I want this service
5    to be the service I would want to be in where I'm
6    still learning to trade.
7            So, number one, live stream portfolio.  This
8    is not just a list of my positions where you can sit
9    back and watch as they go up and down and ebb and
10   flow.  That's not useful, in my opinion.  What I want
11   to give you and what I do give my members is a dynamic
12   stream, one in which you are seeing my actual trading
13   account, charts, internals, watch list, open
14   positions, as the market is open.  It's as if you're
15   sitting here looking over my shoulder as I'm trading.
16           So when I'm looking at an options trade,
17   you're going to see that.  When I'm checking out a
18   chart and making it up and saying, hey, yeah, you know
19   what, that pattern makes sense, you will see that.
20   When I'm watching the internals and noting, oh, wow,
21   look at the ticks here, you will see that.  I put my
22   notes on my screen -- screens for my members in real
23   time so they can see what I'm seeing in real time.
24   Again, not just a view of positions, but a dynamic
25   livestream.

64

1            Number two, order flow.  I do all of my
2    trading through what's called an active trader in
3    Think-or-Swim.  And I'll teach you how to use that.
4    But all of the options that I trade, I pull the option
5    from the option chain, I put it into the active trader
6    and I hit my buy and sell button.  That's how I do it.
7    You can see this in real time.  So if I'm doing a day
8    trade, you can go and you can see, hey, Nate's looking
9    at that option.  Oh, look at that, he just bought 10,
10   he added 10, he just added 10 more, and there it goes.
11   You can see the order flow.  If I'm looking for a
12   swing trade, I will pull the option here.  I will put
13   the option in the active trader and place my order
14   live.
15           Next, daily portfolio video updates.  So
16   again, one of the things that I learned in being a
17   member of all of these other Raging Bull services is
18   that there weren't always -- it wasn't always
19   available for me during the day or, rather, I wasn't
20   always available during the day to sit and watch the
21   livestream, but I wanted to stay in touch, I wanted to
22   stay in tune with what was going on.  What was my
23   mentor thinking?  What were his or her thoughts on the
24   day?  And as such, I want to provide to you daily
25   portfolio video updates.

16 (Pages 61 to 64)

Weekly Money Multiplier

Raging Bull, LLC                                                           11/30/2020

---

65

1          So these updates include three basic things,
2    right?  We go over a high level view of the market.
3    Where are we now?  Where do I think we're headed?
4    What type of market are we in?  Are we in a bullish
5    market, a bearish market?  Are we in a choppy news-
6    driven market?  Is this a good time to get aggressive?
7    Is this a good time to lay back, right?
8          The next thing we go over is a breakdown of
9    every single open position, every single day.  And I
10   think what is so important about this is not so much,
11   hey, this is what we need to do with this position
12   today and this is what we need to do with that
13   position today.  It's more a reinforcing behavior
14   saying we don't need to do anything with that
15   position.
16         When I was learning to trade, one of the
17   things that I constantly did -- and I now know was not
18   correct -- is that I would sit there and I would
19   overanalyze my trades day after day.  And, heck, not
20   even day after day, but every hour I was looking at
21   this wondering what should I do, what do I need to do,
22   what do I need to do.  Most of the time, the best
23   thing you can do is nothing, is to sit on your hands
24   and let the trade play out.  And I think it is key,
25   especially for your newer traders, to get that

---

66

1    reinforcement.  Okay, Nate's fine, he's just sitting
2    on his hands here.  I should probably be doing the
3    same thing, right?  So daily portfolio video updates.
4          And the third thing you get in each update
5    are a couple of names that I'm looking at, maybe for
6    the next day, maybe for the next week, maybe I'll
7    identify a level and say, hey, you know what, I like
8    Roku if it comes down to this spot.  I'm going to pick
9    up some calls here or I'm going to sell some puts
10   here.  So a constant information flow back and forth
11   where you're in my head almost, and that might be
12   scary, but you get a feel for how I'm looking at the
13   markets day after day after day after day.
14         Next, weekly live tradings, and I think this
15   is so important, again, especially if you're new.
16   When I was learning to trade, there was nothing more
17   important, there was nothing -- nothing more important
18   to me than watching one of my mentors trade and market
19   live, not at 8:00 at night and reviewing the day's
20   activities and saying, hey, you know what, looking at
21   this chart literally -- this is where you should have
22   gone long or this is where you should have taken
23   profits or this is where you should have sold short,
24   right?
25         That's great.  But we don't have the benefit

---

67

1    of hindsight when the market is open.  I want to trade
2    with you live once per week.  So every Thursday,
3    unless something happens, then I'll reschedule it and
4    I'll do two the following week or we'll just change
5    the day.  But every single week, 52 times per year, I
6    will sit with you for an hour or more and trade the
7    market live.  We'll do a lesson, we'll do some
8    education, we'll go over some of the open trades,
9    we'll look for new trades, we'll do scans.  It's going
10   to be fantastic.
11         But the key is time together while the
12   market is open, while the market is throwing punches.
13   Understanding why someone is doing something is great.
14   Understanding why they're doing it and when they're
15   doing it is even more important.  Timing is everything
16   in options.  And I want to meet with you once a week
17   so that we can do this live.
18         All right.  Next, trade alerts.  This is
19   pretty standard fare, but if I make a trade, you're
20   going to know about it one of three ways.  I'll send
21   you a text, I'll send you an email, and you'll see me
22   actually do the trades a lot.  So there's three
23   different ways you'll be able to see all the trades.
24   My account is streaming, like I said, live.  If the
25   market's open, my account is live.  But you'll also

---

68

1    get text and email alerts to sort of back that up.
2          Next, education.  I've got a pretty big
3    education suite and it's going to be constantly
4    something that we're adding to.  But my goal here is
5    to create a community in which we're all sort of on
6    the same wavelength.  When I say, hey, I've got a 195-
7    minute TPS setup, I want you to, boom, know exactly
8    what that means without looking at, oh, let me go
9    check this or reference that.  I want you to know what
10   that means.  I want you to know where my stop is for
11   that type of setup.  What's my target going to be for
12   that type of a setup, right?
13         I want us to all be looking at the same
14   things and thinking and looking at charts, right, in
15   the  same way.  And education and getting into some of
16   my material is going to be key.  One of the most
17   important things that I could tell you without a
18   shadow of a doubt is my education as it relates to
19   trading psychology.  How many of you understand
20   exactly what I'm talking about is that you make a
21   trade and it looks good and then you put it on and all
22   of this stuff starts happening between your left ear
23   and your right ear and you either stop add or you add
24   to the position prematurely and you end up making a
25   mess of the trade.  And then three days later, the

---

17 (Pages 65 to 68)

Attachment NN                  PX 27, 2142

Weekly Money Multiplier

Raging Bull, LLC                                                                    11/30/2020

69

1   stupid thing does exactly what you thought it was
2   going to do.  And it's just like, huh.  How did I let
3   that happen?  Well, it's because you're not
4   understanding the mental processes, the emotions that
5   come into play once you put your money on the line.  I
6   can help you with that and I've got lessons on dealing
7   with exactly that.
8       The last thing you get -- and this is pretty
9   exciting, okay -- are my lotto picks, are my lotto
10  picks.  I can tell you over the last week and a half
11  I've hit an average of one 100 percent winner per day.
12  Pretty cool, right?  I don't know how many 100 percent
13  winners you've hit this week, but I guarantee you I've
14  hit several.  And these are trades that are valid
15  setups, but what we do is we structure the trade with
16  aggressive options.  We play small, we take our shots,
17  but these are really, really fun trades and it sort of
18  complements some of our cooler, sort of bread and
19  butter swing trading type trades.
20      As a matter of fact, let's just break into a
21  couple of examples right now, okay?  So this is an
22  example of what you're going to get when you join
23  Weekly Money Multiplier.  This is an email.  I'm the
24  guy there with the big nose and the big ears.  And
25  you'll get a lot of emails from me.  But this is an

70

1   example of an alert or not even alert but an email
2   setup that I send out pre-market, okay?  This hap --
3   one happens to be in Shopify.  It's probably my
4   favorite stock to trade, very volatile, right?  As an
5   options trader, I love the volatility.  But I was
6   identifying a setup pre-market, saying to my members,
7   if this level breaks, it opens the door to higher
8   prices, right?  If the market is okay today, if
9   Shopify is strong today and this level comes into
10  play, we want to get long.  We want to get long, we
11  want to get aggressive and we want to go for it,
12  because if that level breaks, it's going to pop.
13      Well, as it turns out, the market was strong
14  that day.  Shop was strong that day and we put that
15  exact plan into action.  Now, I happen to do it with
16  three different strikes, as you can see here.  They're
17  all short-dated, various strikes, and the results
18  speak for themselves.  And it's interesting to note,
19  too, this is a day trade.  This is something that we
20  identified as a possibility in the morning.  Our setup
21  was intact during the day.  We took a shot and this is
22  what happens.  And this is the type of lotto trades
23  that we're setting up all the time to our members,
24  okay?
25      And the other thing that I want you to note,

71

1   especially on the center strike here, where I have 70
2   calls, the open P&L of $5,000 and the percent P&L, 130
3   percent.  The thing to take away from this, a little
4   quick math will tell you that the position size in
5   there is only about $3,800.  All right?
6       So many times I hear, well, I mean, yeah,
7   sure you can make $10-, $5,000 in a trade if you put
8   $100-, $200,000 into the trade.  I'm not doing that.
9   I trade with small amounts relative to my account
10  size.  Typically, on these trades, I'm putting 1
11  percent, maybe, maybe 2 percent of my account into one
12  of these trades.  I'm not throwing huge chunks of
13  money at these trades to pull out returns.  I'm
14  betting small amounts and going for large percentages.
15  That is a key takeaway here.
16      All right.  Again, on Shop, I love Shop.
17  When you join Weekly Money Multiplier, you will see me
18  trade Shop almost every week if it's set up.  I mean,
19  I don't trade it just because the market's open.  If
20  there's a setup, I look at it all the time.  This is
21  my best single greatest percentage win of my career so
22  far and it actually hit 1700 percent.  So again,
23  you'll see right there, there is the alert.  That's
24  the alert that I sent to members, spot to open Shop,
25  330 calls at 60 cents, lotto, right?

72

1       Well, it just so happened that in the next
2   four days, Shop did exactly what I thought it was
3   going to do.  I ended up having about 200 of these
4   contracts to start.  I scaled some out at 100 percent.
5   I scaled some more out at 200 percent.  I scaled some
6   more out at 300 percent thinking to myself, well, this
7   is just crazy.  But I'm going to leave some on.  I
8   want to see what happens.  Well, four days later,
9   1600-plus percent and the proof is right there.
10  Totally awesome trade.  And this is what I mean by a
11  lotto.
12      So that's great, Nate, but what about
13  somebody that's a little bit more conservative,
14  doesn't necessarily want to take a shorter time frame,
15  more aggressive trades, that's perfect because we also
16  do lots and lots of swing trading.  My core strategy,
17  my bread and butter strategy, is what's called TPS,
18  trade, pattern, and squeeze.  And typically, I'm
19  playing larger time frame charts.  Typically, I'm
20  playing daily charts when implementing the strategy.
21  But the methodology is the same and the results are
22  the same.  The system works.  The edge works.
23      Let me break down this KL trade.  So this is
24  an example of a daily chart.  KL is a gold stock,
25  okay?  So the cool thing about this trade was that

18 (Pages 69 to 72)

Weekly Money Multiplier

Raging Bull, LLC                                                    11/30/2020

73

1  even if the market went down and gold spiked, KL would
2  go up with gold.  If the market went up, KL could go
3  up with the market.  It was a really neat trade that
4  was set up.  The whole time on this was about two
5  weeks.  About two weeks.  And over $10,000, over 265
6  percent open profit towards the end of this trade and,
7  again, a daily chart.  So I'm not in in the morning
8  and out in the afternoon.  I pick this up, let's say,
9  on a Monday, hold it for a couple of weeks, it hits
10  our target, there's $10,000.  And it's almost
11  effortless.  It's almost effortless.
12      So it's a great mix of trades that you get
13  with Weekly Money Multiplier.  You get not only the
14  bread and butter swing trading, alerts that the whole
15  time might vary from three days to, you know, a month,
16  but you also get those shorter time frame aggressive
17  lotto picks that we just went over.
18      So does this work in only bullish market
19  conditions or does it also work in bear market --
20  bearish market conditions?  Excuse me.  And the answer
21  is it works in both directions.  That's the cool part
22  about my system, is that it works in both directions.
23  Here is an example of an alert on the IWN, right, the
24  small cap index.  In this alert, one of the things
25  that I do that I haven't shown too many examples of,

74

1  but I also sell spreads.  So I have like a more
2  aggressive way of playing and also a more conservative
3  way of playing.  And depending on your trading style,
4  you can just choose.  You can mix and match or you can
5  do like me and you could do both.
6      So in this case on the IWN, we identify the
7  level within a down-trend where the IWN was likely to
8  at least pause, if not flat out roll over.  So what
9  did we do?  We sold a call credit spread, which was
10  sort of a bearish to neutral bet.  As long as the IWN
11  stayed below level, we were going to profit.  We also
12  said, okay, well, that's great, but if it rolls over,
13  I want to get a little bit more juice, right?  So we
14  also bought some long puts.  So we structured the
15  trade in a way that if the IWN stayed flat, we would
16  make a little money.  If it rolled over, we were in
17  great shape.  And we identified our risk and said if
18  it goes above here, we're wrong.
19      Well, as it turned out, the market did roll
20  over.  You can see IWN here down $4.68 this day and
21  our position paid off huge, up $16,500 on the day in
22  our long put position and up another 1,800, $2,000 on
23  our spread position.  So again, it works in both
24  directions and we have strategies that complement both
25  an aggressive directional trader, like myself, and

75

1  somebody who's a little bit more conservative who
2  likes to do spreads as opposed to just straight up
3  long calls and long puts, okay?
4      So one more time, I'm going to break it
5  down.  Livestreaming, I cannot stress this enough.  I
6  have been in every other Raging Bull service.  I know
7  what I want from a service and that is what I give to
8  Weekly Money Multiplier members.  Dynamic
9  livestreaming, not just a list of positions, but a
10  virtual web camera here on my shoulder looking at what
11  I'm doing as I'm doing it.
12      Order flow, seeing me enter the orders and
13  -- hey, wait, where did you stop?  Well, it's right
14  there on my screen, you can see it.  I just took a
15  trade and I put my stock up.  Oh, what's your target?
16  Well, it's right there.  It's right there.  Okay?
17      Daily portfolio video updates.  Get on the
18  same page as me, period.  Every day, you're going to
19  be receiving these in your inbox.  You can watch them
20  in the afternoon, you can watch them at night, you can
21  watch them in the morning, whatever.  The information
22  will be there for you every single day so that if you
23  have any questions about what I'm seeing in the market
24  or what I'm doing with my money, with my account in
25  the market that day, boom, there's your answers.

76

1      Weekly live trainings.  And, again, I think
2  this is the most important part of my entire service,
3  period.  Getting to meet live with a group of like-
4  minded individuals who are all trying to accomplish
5  the same thing, which is pulling the money out of the
6  market consistently once per week and doing it while
7  the market is open is absolute tops for me.
8      Trade alerts, period.  You want them, you
9  got them.  Text messages, emails, and like I said, you
10  can't beat it seeing it live.  But if you're not able,
11  if you're there, if you're working, whatever, you get
12  the text, it tells you exactly what I'm doing, you get
13  an email followup with a chart breakdown, exactly what
14  I'm seeing.  What's my target, what's my stop, what's
15  the play, where's the setup?  It's all spelled out,
16  every trade in an email.
17      The education suite, again, every time we
18  meet, it's going to be archived.  Every single daily
19  video is archived.  Every single one of my core
20  strategy lessons is archived and available.  So you
21  can go through it at your leisure.  Hey, Nate, what
22  the heck is a TPS setup?  Well, here you go.  Here's
23  an hour-and-a-half video on exactly what a TPS setup
24  is, why I use it, how I came up with the idea, why it
25  works, what the rules for the setup are.  Hey, Nate,

19 (Pages 73 to 76)

Weekly Money Multiplier

Raging Bull, LLC                                                              11/30/2020

---

77

1    I'm struggling mentally, do you have anything that can
2    help me with that?  Yes, here you go, here is a lesson
3    on trading psychology.  I think I've got three of them
4    as a matter of fact.
5        Your brain does funny things when you have
6    your money on the line.  Understand that before you
7    put your money on the line, right?  The education is
8    all there for you.
9        And last, but certainly not least, the
10   lottos game.  You know, I can't say enough.  These are
11   just fun trades.  They're just fun trades, right?
12   I've got a spectacular edge and I know how to use it
13   not on just daily charts where we sit and wait two
14   weeks and see what happens and, okay, great, we made
15   some money, let's go find a new one, but like, oh,
16   look, there's a 30-minute chart setting up, let's get
17   aggressive with this thing.  Let's pull out 100
18   percent in 20 minutes or 30 minutes or an hour or a
19   day or whatever.  Depending on how the market's
20   acting, these gains are possible.  We do them week
21   after week after week after week in the Weekly Money
22   Multiplier.  It's awesome.
23       So that's what I've got.  I hope you enjoyed
24   it.  I can't wait to have you as a member.  I can't
25   wait to spend time with you.  Again, I'll say it one

78

1    more time, I've been a member of every Raging Bull
2    service.  I know exactly what I wanted as a trader
3    learning to trade and that is what I'm going to give
4    to you.
5        I'll talk to you guys soon.
6        (The recording was concluded.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

79

1                CERTIFICATE OF TRANSCRIPTIONIST
2
3
4        I, Elizabeth M. Farrell, do hereby certify
5    that the foregoing proceedings and/or conversations
6    were transcribed by me via CD, videotape, audiotape or
7    digital recording, and reduced to typewriting under my
8    supervision; that I had no role in the recording of
9    this material; and that it has been transcribed to the
10   best of my ability given the quality and clarity of
11   the recording media.
12       I further certify that I am neither counsel
13   for, related to, nor employed by any of the parties to
14   the action in which these proceedings were
15   transcribed; and further, that I am not a relative or
16   employee of any attorney or counsel employed by the
17   parties hereto, nor financially or otherwise
18   interested in the outcome of the action.
19
20
21   DATE:  11/30/2020
22              ELIZABETH M. FARRELL, CERT
23
24
25

---

20 (Pages 77 to 79)

Attachment NN                    PX 27, 2145

3

```
           OFFICIAL TRANSCRIPT PROCEEDING

               FEDERAL TRADE COMMISSION

   MATTER NO.      2023073

   TITLE          RAGING BULL, LLC

   DATE           RECORDED:  JULY 16, 2019
                  TRANSCRIBED:  OCTOBER 22, 2020
   PAGES          1 THROUGH 34

               Weekly Windfalls
```

```
                    For The Record, Inc.
        (301) 870-8025 - www.ftrinc.net - (800) 921-5555
```

1     FEDERAL TRADE COMMISSION
2
3  In the Matter of:            )
4  Raging Bull, LLC             )  Matter No. 2023073
5                               )
6  -----------------------------)
7                        July 16, 2019
8
9
10
11       The following transcript was produced from a
12  digital file provided to For The Record, Inc. on
13  October 15, 2020.
14
15
16
17
18
19
20
21
22
23
24
25

2

1           FEDERAL TRADE COMMISSION
2                 I N D E X
3
4  RECORDING:                            PAGE:
5  Weekly Windfalls                          4
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

4

1            P R O C E E D I N G S
2             -   -   -   -   -   -
3                Weekly Windfalls
4        (Music playing.)
5        JEFF BISHOP:  This sounds revolutionary.
6  More trades, more profit per trade, and a higher
7  percent of profit per trade.
8        JASON BOND:  Because I'm convinced what I'm
9  teaching could be a gamechanger for you.
10        JEFF BISHOP:  You've been teasing us with
11  your trades the last few weeks and now we're going to
12  hear all about how you're doing it, how you're making
13  these profits, and what has changed in this brand new
14  system.
15        (Music playing.)
16        JEFF BISHOP:  So from what I gather, it
17  basically is more profits and a lot less work.  And
18  who doesn't love that?
19        Weekly Windfalls, it just is the next
20  evolution of Raging Bull Services, and I'm so excited
21  to get on this journey with you.
22        Hey, everyone.  My name is Jeff Bishop.  I'm
23  here with Jason Bond today to introduce a brand new
24  trading system called Weekly Windfalls.
25        Now, Jason, I have been with Raging Bull a

Weekly Windfalls

Raging Bull, LLC                                                                7/19/2019

---

5

1  long time obviously and I have never, never in all my
2  years seen such a build-up, so much excitement from
3  members for a brand new product.  You've been teasing
4  us with your trades the last few weeks and now we're
5  going to hear all about how you're doing it, how
6  you're making these profits, and what has changed this
7  brand new system.
8        So thanks for joining us.  Let's get to
9  answering all these questions.
10       JASON BOND:  Yeah, Jeff, thanks for having
11  me here today.  I am jacked up.  This is the biggest
12  thing I've done since I started with you seven years
13  ago at Raging Bull.  And as you know, I've been
14  trading stocks, specifically momentum, that entire
15  time and have made millions of dollars trading and
16  teaching other people how to do the same.  But this is
17  going to flat-out make me more money, make my clients
18  more money.
19       JEFF BISHOP:  It sure looks like it.
20       JASON BOND:  Yeah.
21       JEFF BISHOP:  You've been so successful
22  trading stocks, it's understandable that you haven't
23  tried to develop a new system.
24       JASON BOND:  Yeah.
25       JEFF BISHOP:  But from what I hear, this new

---

6

1  system is going to crush what you've been doing with
2  stocks.
3        JASON BOND:  And I'm not stopping what I'm
4  doing with stocks.  So now I'm going to be making more
5  than double the amount of money for not only myself,
6  but my clients.  So, yeah, I've been crushing it with
7  stocks.  I've minted millionaires, clients who have
8  literally joined me with nothing and gone on to be
9  rich.  And I think I can 10x it with this strategy.
10       JEFF BISHOP:  All right.  Well, let's get to
11  it.
12       JASON BOND:  Yeah.
13       JEFF BISHOP:  All right.  So, Jason, first
14  things first, so you've been a really incredible
15  successful stock trader since you got started over
16  seven years ago.  You've made over millions of
17  dollars, like you said, and helped thousands of
18  students along the way.  So what I understand is
19  you've taken the same strategy and applied it to an
20  options trading strategy, kind of adding a turbo
21  charge to it, if you will.
22       JASON BOND:  Yeah, this is definitely turbo-
23  charged.  We're talking about amplified profits here.
24  More trades.  On average, one to two per day.  A
25  higher percentage win rate, less management, and

---

7

1  higher percentage profit per trade than my stock
2  trading strategy.
3        So while my stock trading strategy isn't
4  going away -- I mean, I'm up $350,000 halfway through
5  2019 with my stocks -- this is going to make me more
6  money and less management.  When you put these trades
7  on, they're set it and forget it, Jeff.
8        JEFF BISHOP:  That sounds like the total
9  package.
10       JASON BOND:  Yeah.
11       JEFF BISHOP:  I can't wait to hear how
12  you're doing this.  This sounds revolutionary.  More
13  trades.
14       JASON BOND:  Yeah.
15       JEFF BISHOP:  More profit per trade and a
16  higher percentage of profit per trade.
17       JASON BOND:  Yeah.
18       JEFF BISHOP:  All right, all right.  Let's
19  see how you're doing this now.
20       JASON BOND:  Yeah.
21       JEFF BISHOP:  Though I am an option trader,
22  I've been trading 20 years in options, how are you
23  doing it?  I've seen some of the trades you've been
24  showing us lately.  You were ripping off like $3,000,
25  $5,000, even $10,000 in some of these trades.  Not

---

8

1  only that, but I just saw a streak where you went 19
2  for 19 on your trades over a few weeks and probably
3  netted like $30- or $40,000, even --
4        JASON BOND:  Over $40,000.
5        JEFF BISHOP:  How long did that take you?
6        JASON BOND:  On (inaudible) straight wins.
7  Per trade, a few minutes.  These trades go on.  It's
8  set them and forget them, man.  It is awesome.  All
9  right.  So you as an options trader, and one of the
10  best in all of Wall Street, I mean, you founded Raging
11  Bull, you know options.  Buy side options, so if you
12  buy a call or put, as you know, you win 30 to 40
13  percent of the time.  So you have to put together some
14  huge wins, right, to offset the 60 to 70 percent that
15  end up as losers.  And you do that.
16       I mean, we've seen you hit 200, 300 percent
17  wins, $50,000, $70,000 in profits.
18       JEFF BISHOP:  Yeah.  But it takes a lot of
19  losers along the way.
20       JASON BOND:  Yeah.
21       JEFF BISHOP:  I'm buying options all the
22  time.  So I need some big winners to offset a lot of
23  losers.
24       JASON BOND:  Yeah.
25       JEFF BISHOP:  So how are you doing it?

---

2 (Pages 5 to 8)

Attachment OO

PX 27, 2147

Weekly Windfalls

Raging Bull, LLC                                                                                    7/19/2019

9

1    JASON BOND:  I've taken the opposite side of
2    the trade.  As you know, I didn't have a lot of luck
3    as a buyer of a put or a buyer of a call.  So
4    essentially what you do you --
5        JEFF BISHOP:  Not many people do.
6        JASON BOND:  Yeah.
7        JEFF BISHOP:  It's tough.
8        JASON BOND:  You are Mensa.  And so I
9    struggled with that and, to be honest, you kind of
10   nudged me and said, why don't you take the other side
11   of the trade, it's simply easier.  You're not going to
12   get the home run, 200 or 300 percent winners, but you
13   will collect the premium more often than not.
14       So I listened to your advice.  I started
15   researching it and I put it into play.  And I did.  I
16   had that one run where I went 19 in a row for $41-,
17   $42,000 in profit, making one to two trades a day, and
18   these are trades that require no management.  Once you
19   put this trade strategy into play, you don't add to
20   your position, you don't manage your position, you're
21   either right or wrong.  Because the odds are stacked
22   in your favor, you're usually right.
23       JEFF BISHOP:  So how many of these trades
24   are out there in the market at any given time?
25       JASON BOND:  Oh, goodness.

10

1        JEFF BISHOP:  We're just talking -- are
2    there a few a week?
3        JASON BOND:  There are hundreds of these
4    trades.
5        JEFF BISHOP:  Really?
6        JASON BOND:  Every single week available.
7    I'm just cherry-picking for my clients the best one or
8    two per day that I see and then sending them out by
9    text or email.  I'm even doing a short 30-second video
10   on every alert showing my clients how I make the
11   trade, the order entry.  So when they get the alert by
12   text and email, they also get a short 30-second clip
13   showing my order entry so they know exactly how to do
14   it, too.  I mean, this is one of the first strategies
15   that I've ever had that a client can piggyback, look
16   over my shoulder and participate in the trade.
17       JEFF BISHOP:  Well, that sounds incredibly
18   easy.
19       JASON BOND:  Yeah.
20       JEFF BISHOP:  So you're sending the actual
21   video of how to make the trade that you're making?
22       JASON BOND:  Yeah, all of them.
23       JEFF BISHOP:  It's like spoon-feeding
24   profits.
25       JASON BOND:  Exactly.  That's what clients

11

1    pay for.
2        JEFF BISHOP:  So something I've learned
3    trading options over the years, there's always a
4    winner and there's always a loser.
5        JASON BOND:  Yeah.
6        JEFF BISHOP:  When your odds of buying an
7    option, you're about 30 or 40 percent you're going to
8    be the winner.
9        JASON BOND:  Yeah.
10       JEFF BISHOP:  So what you've done here is
11   basically flip the tables in that strategy.  You know
12   that you're going to win 60 percent of the time and
13   now how are you capitalizing on that to make win after
14   win with the strategy?
15       JASON BOND:  Yeah, it's fantastic, Jeff.
16   I'm putting one to two trades into play a day.  Like I
17   said, there's hundreds, possibly every day, certainly
18   every week to pick from.  So I'm cherry-picking my
19   best trades.  Put them one to two into the market.
20   And the windfall comes on Friday when these options
21   expire profitable for me.  So I'm collecting, at
22   times, 100 percent of the premium.
23       While I won't hit 100, 200, 300 percent
24   profits per trade, it's not uncommon for me to hit 50
25   percent profit per trade.  And the best part is you

12

1    can close these trades down before your windfall on
2    Friday.  If you want to take 30 percent on a trade or
3    20 percent on a trade midweek to have some hump day
4    fun, go right ahead.
5        JEFF BISHOP:  I love walking into the
6    weekends with a windfall.
7        JASON BOND:  Yeah.  Who doesn't?
8        JEFF BISHOP:  I love how they expire on
9    Friday, so you get to cash all that money in for the
10   weekend --
11       JASON BOND:  Yeah.
12       JEFF BISHOP:  -- and start fresh on Monday.
13       JASON BOND:  Think about it.  I put one to
14   two trades on each day.  So by the end of the week, we
15   have five to ten trades that should be cashing in for
16   you, some of them for 30, 40 percent wins; some for 50
17   percent wins.  And it ends up being, at least for me,
18   tens of thousands of dollars each and every week.
19       JEFF BISHOP:  Wow.  It sounds like you're
20   planting seeds every day and you're harvesting them at
21   the end of the week.
22       JASON BOND:  Exactly.  That's why I call it
23   Weekly Windfalls.
24       JEFF BISHOP:  All right.  So something I've
25   learned over lots of trades over the years, when I'm

3 (Pages 9 to 12)

Attachment OO

PX 27, 2148

Weekly Windfalls

Raging Bull, LLC                                                7/19/2019

---

13

1  trading options, I've got to be right on the direction
2  of the stock and the timing of it. So a lot of times
3  I might be right in one of them, but I've got to nail
4  both of those and there has to be a big move in the
5  stock for me to win.
6        JASON BOND: Yeah.
7        JEFF BISHOP: So what you've done from what
8  I understand is flip the tables on this --
9        JASON BOND: I sure have.
10       JEFF BISHOP: -- and you've likened it to
11 where you're the casino in the trade now or you're the
12 insurance company. So how does that work exactly?
13       JASON BOND: Yeah. So you hear the house
14 always wins, right?
15       JEFF BISHOP: Yeah.
16       JASON BOND: And it's true. I said you
17 could win 60 to 70 percent of the time in this trading
18 strategy and I'm finding that it's even higher because
19 of my success trading momentum stocks. I'm able to
20 apply everything I've learned about picking the
21 direction of momentum stocks over here with options.
22 So I'm on the opposite side of the trade as you.
23 You're winning 30 to 40 percent of the time. I'm
24 winning 60 to 70 percent of the time, possibly the
25 seller of the premium to you.

---

14

1        JEFF BISHOP: Oh.
2        JASON BOND: So, yeah --
3        JEFF BISHOP: You can -- you're taking my
4  money?
5        JASON BOND: I'm taking your money, yeah.
6  Once in a while, you get me. So I'm like -- I'm like
7  the insurance company and I'm writing out insurance to
8  everyone who wants to drive a car. Most people just
9  keep sending me checks at the end of every week. And
10 once in a while, somebody gets in a car accident and I
11 have to pay for a new car. And that's very similar to
12 my trading strategy.
13       In fact, you said that you need to pick the
14 direction and the time. As the seller of the option,
15 I can have three things allow me to win this trade. I
16 don't have to necessarily be right about the
17 direction, but if I am, I win. If it goes sideways, I
18 win. And it can even go slightly against me and I
19 win. And I've seen that happen.
20       Remember the win streak I had where I went
21 19 for 19.
22       JEFF BISHOP: Yeah.
23       JASON BOND: Yeah, $41-, $42,000 profit, I
24 was wrong about the direction of the stock as it
25 relates to the option and I still won.

---

15

1        JEFF BISHOP: Wow.
2        JASON BOND: Yeah, yeah, man. That's why
3  you win 60 to 70 percent of the time. And for anybody
4  who's experienced like me, the rate can climb to 80 or
5  even 90 percent or sometimes for durations of 100
6  percent.
7        JEFF BISHOP: Right.
8        JASON BOND: Yeah. So these aren't home
9  runs. But 50 percent profit on $1,000 is 500 bucks.
10 That's a lot of money.
11       JEFF BISHOP: All right. So after looking
12 at a lot of these trades, you said you went 19 for 19.
13       JASON BOND: Yeah.
14       JEFF BISHOP: The market has been on fire.
15 We all know that.
16       JASON BOND: Yeah.
17       JEFF BISHOP: But I got to tell you, I'm
18 worried the markets not going to keep going the same
19 direction for the next few years. I think we might
20 pull back at some point. How's that going to affect
21 your strategy? Surely it's not going to work if the
22 market crashes.
23       JASON BOND: You know, Jeff, it's funny you
24 should ask that. I'm already betting both directions
25 with this new strategy.

---

16

1        JEFF BISHOP: Oh, yeah?
2        JASON BOND: I know you would never think
3  that I would be on both sides of the trade, given that
4  when I trade stocks I just always buy them. But this
5  strategy plays both sides of the table. I am
6  benefitting right now when stocks go up and I am
7  benefitting when they go down. I usually -- if you
8  take a bird's-eye view of my portfolio across the
9  given week, have five bets on that profit when stocks
10 go up and five bets on that profit when stocks go
11 down. So it's well diversified, it wins in all
12 markets, and it's literally stacking the odds in my
13 favor, once again, because I've never been able to
14 take advantage of the short side of the market and now
15 I am.
16       JEFF BISHOP: Mmm, that's great.
17       JASON BOND: Yeah.
18       JEFF BISHOP: So you're already winning by
19 stocks going down.
20       JASON BOND: I am.
21       JEFF BISHOP: I got to say, Jason, this
22 almost sounds too good to be true. You're telling me
23 we got a system that makes more money per trade than
24 what you're doing right now.
25       JASON BOND: Yeah.

---

4 (Pages 13 to 16)

Attachment OO                          PX 27, 2149

Weekly Windfalls

Raging Bull, LLC                                                                    7/19/2019

---

17

1    JEFF BISHOP:  It has a higher percentage of
2    winning.
3        JASON BOND:  Yeah.
4        JEFF BISHOP:  And there's more trades
5    happening all the time.
6        JASON BOND:  Yep.
7        JEFF BISHOP:  Man.  So there must be some
8    kind of crazy formula or advanced options thing you're
9    doing to make this happen all the time.  How are you
10   doing it?
11       JASON BOND:  Yeah.  So everybody gets
12   overwhelmed with options, right?
13       JEFF BISHOP:  Yeah.
14       JASON BOND:  And I think the way that you
15   trade options, it is a little bit more complicated.
16   On the sell side, it's much less complicated.  And
17   then you do automatically have this higher percentage
18   rate of winning.  Your probability simply goes up to
19   60 or 70 percent.  So that's not something that I
20   created, that's just that side of the trade.  And so
21   that's a fact.
22       With regard to how I will teach people how
23   to do it, I've got a master's in education.  I've been
24   trading for seven years.  Picking the directions of
25   stocks is something that I'm an expert at.  And that's

---

18

1    first and foremost with this strategy.
2        I told you earlier you can be wrong on the
3    direction you pick and still win if it goes sideways
4    or even slightly against you.  So three ways that you
5    can win.
6        But here's what clients are going to see out
7    of me.  You're going to get a trade alert and there's
8    going to be a 30-second video with that trade alert.
9    It's set it and forget it.  We're not going to add to
10   our position.  We're going to put the trade on and
11   we're going to collect that windfall on Friday or
12   close it for maybe 30 or 40 or 50 before Friday if we
13   wanted to.  You can literally look over my shoulder
14   and watch me do this because I'm going to stream the
15   portfolio live.  I'm going to stream the order flow
16   live.
17       So in addition to getting the 30-second
18   video that shows the order being put into play, you
19   can watch the portfolio live.  You can piggyback on
20   the strategy.  And then if you want to actually get
21   better at picking the stocks yourself, at reaching up
22   to that tree and picking the most ripe fruit and
23   taking a big bite out of it and feeling the juice, if
24   you want to get better at that, just reference my
25   education suite.

---

19

1    But I don't think anything more than the
2    video and looking over my shoulder is necessary for
3    clients.  And I want that for them, Jeff.  They're
4    busy.  They've got jobs, careers, kids, families.  I
5    mean, everybody's schedule is packed.  This strategy
6    is designed for the busy professional and it's the
7    first strategy that I've ever offered where you can
8    literally look over my shoulder and pay you back on
9    the trades with doing nothing more than picking up
10   that spoon and taking a bite of that sweet honey.
11       JEFF BISHOP:  Okay.  So let me be clear on
12   something here.
13       JASON BOND:  Sure.
14       JEFF BISHOP:  With my strategy, one thing I
15   really don't like so much is that I've got to monitor
16   my portfolio all the time.
17       JASON BOND:  Yeah.
18       JEFF BISHOP:  I've got to check my phone and
19   my desktop several times a day --
20       JASON BOND:  Mm-hmm.
21       JEFF BISHOP:  -- to make sure I don't miss a
22   move or I try to capture the most profit possible.
23       JASON BOND:  Yeah.
24       JEFF BISHOP:  You know, I've got a busy job,
25   I've got a family, I've got a lot of things to do.  So

---

20

1    trying to trade all day long during that is really
2    difficult.
3        JASON BOND:  Yeah.
4        JEFF BISHOP:  But what you're saying sounds
5    like you can put a trade on and that you may not even
6    have to look at it for days at a time even.
7        JASON BOND:  Yeah.  You really don't.  Let's
8    go back to the insurance company.  They insure cars.
9    They're not looking at whether or not somebody gets
10   into an accident.  They just wait for the person to
11   report the accident.  But most people don't get into
12   accidents.  So as the seller of an option, I'm just
13   essentially collecting premiums every week.  And
14   usually because the odds are stacked in my favor, it
15   doesn't go wrong.  An accident doesn't happen.
16       So this is set it and forget it.  The less
17   management, the better.  I mean, if you want to close
18   a trade early and pay that extra commission, you can.
19   But I prefer not to pay the commission.  You know,
20   when these trades expire on Friday and you collect
21   your windfall, you don't have to pay the commission of
22   the (inaudible) trade.  So I make money there, too.
23       I want to be perfectly clear.  With my stock
24   strategy, I'm crushing it.  A few months into 2019,
25   $350,000 in profit.  I am going to make more money

---

5 (Pages 17 to 20)

Attachment OO                    PX 27, 2150

Weekly Windfalls

Raging Bull, LLC                                                    7/19/2019

---

21

1   with this strategy, trading more, but managing less.
2   I'm putting less time into this strategy despite
3   taking one to two trades a day.  Because they're so
4   simple and quick to put on, clients are absolutely
5   going to love it.  You can put them on before the
6   market opens; you can put them on during market hours,
7   set it and forget it, collect your windfall each and
8   every Friday.
9        Mark my words, more money in this strategy
10   with less work and a higher probability of winning,
11   higher percentage returns than my stock strategy.  And
12   I'm crushing that.  Like I said, $350,000 --
13        JEFF BISHOP:  Wow.
14        JASON BOND:  -- in a few months in 2019.  I
15   mean, this is truly revolutionary, Jeff.
16        JEFF BISHOP:  It sounds like -- when I'm
17   watching my option lose money every day, it sounds
18   like you're the one taking it and putting in your
19   pocket.
20        JASON BOND:  Yeah, that's what I'm doing.
21        JEFF BISHOP:  Every single day.
22        JASON BOND:  Yeah.  It's not sexy, but, boy,
23   at the end of the year, when I have a half a million
24   dollars in my bank account from this strategy, doing
25   very little work, that, my friend, that's sexy.

---

23

1   trade --
2        JEFF BISHOP:  Yeah.
3        JASON BOND:  -- when I'm trying to make 10
4   percent.  Over here, it's not uncommon for me to put
5   $5,000 into a trade and I'm trying to make 50 percent.
6   So on that same scenario with stocks, 10 percent on
7   $50,000 is $5,000, 50 percent on $5,000 is 2,500.  You
8   can see how I can put more trades into the market
9   acting as the casino.  I don't want to put a huge bet
10   into the market, but I want to put a ton of small
11   bets.  For me, that's one to two a day, five to ten a
12   week, and collect that windfall at the end of every
13   week.
14        Again, where would you rather be 10 percent
15   on 50 grand or 50 percent on $5,000 or $2,000, and
16   just place a ton of those and let those windfalls come
17   in?  It's truly extraordinary in that manner.  And,
18   again, the win rate is higher, the probability rate is
19   higher.  I mean, this is absolutely awesome.
20        JEFF BISHOP:  I just love the idea of
21   putting on my $2,000 on Monday and collecting my
22   windfall on Friday.
23        JASON BOND:  Yeah.
24        JEFF BISHOP:  Doing it week after week.
25        JASON BOND:  Yeah.

---

22

1        JEFF BISHOP:  Well, look, I know a lot of
2   option strategies out there require a lot of money to
3   make money.  So I've seen some that take $50-, even
4   $100,000 are put into play.  They're good strategies,
5   but how does yours work?  Is there anything different
6   about this?
7        JASON BOND:  Let's just get right down to
8   the brass tacks here.  First things first, a $2,000
9   margin account is all that's required for this
10   strategy.  Secondly, I've often compared this to being
11   the casino, right?  And the house always wins.  Think
12   about how a casino operates.  They want to take on a
13   ton of small bets, right?  They're perfectly happy
14   with all of these $1,000 and $2,000 bets being placed
15   all over the casino floor.  But the red flag goes
16   straight up when they have a $1 million dollar bet on
17   the table, right?
18        And the same thing applies to us because we
19   are the casino as the sellers of options.  And so we
20   want to place a lot of trade -- this is why I'm
21   trading more than in my stock strategy.  One to two
22   bets per day, five to ten per week, small bats.  And
23   I'm actually getting a higher percentage win rate.
24        You know, Jeff, with my stocks, it's not
25   uncommon for me to put $50,000 or even $70,000 into a

---

24

1        JEFF BISHOP:  This sounds like a fantastic
2   strategy to see that happen all the time without
3   having to babysit a trade.
4        JASON BOND:  Yeah.  So a $2,000 margin
5   account.  No crazy software or anything like that.
6   You're talking about your TD Ameritrade or your eTrade
7   account.  And I told you I had that 19-win streak.
8   That's not uncommon.  And I don't want to get
9   anybody's hopes up, but you could start with as little
10   as $1,000, and if you're hitting 50 percent returns,
11   it wouldn't take many trades to get to that coveted
12   $25,000 day trading account.
13        In fact, do you know then just after two
14   trades of a 50 percent win rate, you're at a few
15   thousand dollars, you've doubled your account.  Four
16   trades, you're at $5,000.  Eight winning trades in a
17   row at 50 percent is 25 grand.  I won 19 in a row.
18   This isn't smoke and mirrors.  I made $41,000, $40-,
19   $41- and change in as little as three weeks with 19
20   straight wins.
21        I'm telling you, I don't want to get
22   anybody's hopes up, but the compounding effect when
23   you're getting 30, 40, 50 percent wins over and over
24   and over is magnificent.
25        JEFF BISHOP:  Well, man, thanks for sharing

---

6 (Pages 21 to 24)

Attachment OO                                      PX 27, 2151

Weekly Windfalls

Raging Bull, LLC                                                          7/19/2019

---

25

1   all this today, Jason.
2         JASON BOND:  Yeah, you bet.
3         JEFF BISHOP:  I am convinced that selling
4   options is the way to go.
5         JASON BOND:  Yeah, you can't go wrong.
6         JEFF BISHOP:  You've got me rethinking
7   things already about my own trading.
8         JASON BOND:  Yeah.
9         JEFF BISHOP:  So from what I gather, it
10  basically is more profits and a lot less work.
11        JASON BOND:  Yeah.
12        JEFF BISHOP:  And who doesn't love that?
13        JASON BOND:  Yeah.  Everybody's going to
14  love this, Jeff.
15        Listen here's what Windfalls is and it is
16  revolutionary.  It's unlike anything you've seen at
17  Raging Bull.  Forget about a watch list, I'm sending a
18  trade list, premarket, with the one to two trades that
19  are going to be placed that day so clients know well
20  in advance what's about to happen.  I told you I got
21  the bull and the bear by the balls.  Nothing sneaks up
22  on me here.
23        What's more important than that is that you
24  can watch me make the trades live streaming.  So
25  you're going to know what I'm going to do.  These

---

26

1   trades are put in premarket quite often.  And then
2   you're going to be able to watch those trades go into
3   play.  So you can either do it yourself or do it when
4   I do it.  And then I'm going to send the alert.
5   You're going to get that 30-second video showing the
6   order entry.
7         Here's what's most important, you don't have
8   to put them in at the same time I do.  The hold times
9   on these, three to four days up to two weeks.  So
10  these aren't trades that you need to act on
11  immediately.  But you'll have the information again
12  premarket.  It's not a watch list trade list.  That's
13  first and foremost.  Transparency, look over my
14  shoulder, piggyback on the trades if you want to,
15  videos showing you the order entry, texted and emailed
16  so you can get it from anywhere in the world.
17  Revolutionary.  Probability of winning 60 percent of
18  the time, but with expertise like mine, 70, 80, 90
19  percent of the time.  Going to have runs where I don't
20  lose for a month.
21        This is the next thing for me.  This is all
22  my time and energy.  I made $350,000 a few months into
23  2019 trading stocks, making more money doing this,
24  going to crush it.  I'm projecting, like, long, long-
25  term, half a million dollars on average for me with

---

27

1   the strategy small portfolio.  Who doesn't want that?
2         So in addition to the trade ideas premarket,
3   these trade ideas, these trade plans premarket, text
4   and email alerts, education suite, live-streaming
5   portfolio, coaching from me.  I have a master's in
6   education, so I know how to teach.  It's going to be
7   bread and butter for people.  I mean, bread and
8   butter.  Who wants to eat their bread alone?  Nobody.
9   Who wants to eat butter alone?  Nobody.  You put the
10  two together, you've got a marriage made in heaven.
11        JEFF BISHOP:  This sounds revolutionary.
12        JASON BOND:  It's awesome.
13        JEFF BISHOP:  This is like the next
14  evolution for Raging Bull, I think.
15        JASON BOND:  Yeah.
16        JEFF BISHOP:  The way you're setting this
17  up, the way the alerts happen.
18        JASON BOND:  Yeah.
19        JEFF BISHOP:  The premarket trade plan.
20        JASON BOND:  Yeah.  Who wants a watch list?
21        JEFF BISHOP:  That's revolutionary.
22        JASON BOND:  Come on.  Who needs a watch --
23  with my stock strategy, I might have seven stocks on
24  watch today.  I might trade two of them.  That leaves
25  the client wondering which stocks are the best of the

---

28

1   seven.  This is the trade plan.  Here are the two
2   trades that I'm going to make today.
3         JEFF BISHOP:  I just don't have time for
4   watch list, honestly.
5         JASON BOND:  Yeah, yeah.
6         JEFF BISHOP:  I've got other things to do.
7   I can't be watching seven stocks during the day.  I
8   love just knowing what stock I'm going to make today.
9         JASON BOND:  Yeah.
10        JEFF BISHOP:  Get on with my life.
11        JASON BOND:  That's why it's unlike anything
12  we've done at Raging Bull.  I thought to myself what
13  does the client need.  You know, I have seven years of
14  running my stock strategy --
15        JEFF BISHOP:  Right.
16        JASON BOND:  -- and teaching people.  And
17  the number one thing they told me, great, seven
18  stocks, but I'm busy.  What one or two are you going
19  to trade, Jay?  And then with stocks, you know, or
20  with any strategy, to be honest, it's difficult
21  sometimes if you don't get the trade on right when the
22  trader makes the trade, not here.  These are, like you
23  said, one to two week call times, often three to four
24  days on a swing.  They're going to love it because if
25  I make the trade today, you could still make it to

---

7 (Pages 25 to 28)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Attachment OO              PX 27, 2152

Weekly Windfalls

Raging Bull, LLC                                                                7/19/2019

---

29

1   mouth and often get a better entry than me.
2        JEFF BISHOP:  One thing I think is that
3   seasoned option traders are going to latch onto this
4   right away.
5        JASON BOND:  Yeah.
6        JEFF BISHOP:  But what do you think about
7   someone who's never traded stocks or options before?
8        JASON BOND:  Yeah.
9        JEFF BISHOP:  How's this going to happen?
10       JASON BOND:  I always take that into
11  consideration when I build a service.  Now, the last
12  time I did it was seven years ago and it grew to be
13  one of the biggest on all of Wall Street.  That, I'm
14  truly honored about.  I intend to do the same thing
15  here.  I've built this from the ground up.  I have the
16  master's in education so I can teach the strategy.  I
17  will have the education suite available to anybody who
18  wants to learn how to do this.  It won't be
19  complicated to understand.  This is, in my opinion,
20  the best option strategy for a beginner.  Anyone who's
21  looking to get into options should start here for the
22  sole reason that the odds are already stacked in your
23  favor.
24       Getting on the other side of the trade as
25  the buyer is much more complex.  I mean, you have

---

30

1   doctorate level work in options trading.  You're
2   Mensa, which for anyone who doesn't know, is one of
3   the highest IQs in the world.  Being a buyer of
4   options is much more complex than being the seller.
5   And so while I won't get to 2- to 300 percent wins,
6   what I will get is consistency; what I will get is
7   peace of mind; what I will get is account growth.
8        You know, this is perfect for people with
9   retirement accounts that want to grow their profits
10  tax-free.  I mean, there's so many advantages to this
11  strategy.  Great for small accounts, great for anybody
12  who's just learning, great for retire accounts, just
13  great on all accounts.
14       JEFF BISHOP:  This is the next evolution --
15       JASON BOND:  It is.
16       JEFF BISHOP:  -- of trading services
17  overall.
18       JASON BOND:  Yeah.
19       JEFF BISHOP:  It has everything anyone
20  wants.  Options are where it's at to make the most
21  money --
22       JASON BOND:  It is --
23       JEFF BISHOP:  -- in the shortest amount of
24  time.
25       JASON BOND:  Yeah.

---

31

1        JEFF BISHOP:  And this is the strategy.
2        JASON BOND:  Yeah.
3        JEFF BISHOP:  You say it's not sexy, but I
4   think about all the money I've paid Warren Buffett
5   over the years, all those Geico checks I've cut him.
6        JASON BOND:  Yeah.
7        JEFF BISHOP:  He's ended up making billions
8   off of that.
9        JASON BOND:  We know he has.
10       JEFF BISHOP:  Maybe you'll end up doing the
11  same thing here.
12       JASON BOND:  I sure hope so.  I am.  I'm
13  already doing it.
14       JEFF BISHOP:  Jason, thanks again for coming
15  out today.
16       JASON BOND:  I love talking stocks, Jeff.
17       JEFF BISHOP:  So do I.  It's my favorite
18  thing.
19       JASON BOND:  Yeah.
20       JEFF BISHOP:  Selling options, it is the way
21  to go.
22       JASON BOND:  Oh, yeah.
23       JEFF BISHOP:  You've got me convinced of
24  that.  Weekly Windfalls, it just is the next evolution
25  of Raging Bull Services, and I'm so excited to get on

---

32

1   this journey with you.
2        JASON BOND:  Guys and gals, you know me for
3   dominating stocks and for building the largest stock
4   trading community on the internet.  And now I'm moving
5   into options with Weekly Windfalls.
6        You know, I believed this that was too good
7   to be true when you first taught me that the
8   probability was there, that you would win 60 to 70
9   percent of the time and more if you were an efficient
10  trader.  I -- I -- I was doubtful, I was skeptical.
11       But when I put it into play and when I had
12  that 19 for 19 win streak and rattled off $42,000 in
13  gains, I literally ran upstairs crying to my wife, not
14  because of the money and how it would change our
15  lives, but because I knew in my heart that I was about
16  to change tens of thousands of clients lives with
17  Weekly Windfalls; that my knowledge of the stock
18  market combined with an options strategy that puts
19  probability in your favor and gives you larger
20  percentage returns than you would get with stocks or
21  even other option strategies was going to change the
22  game not only for Raging Bull but, more importantly,
23  for my clients.
24       I'm doing this for you.  Weekly Windfalls is
25  going to change your life.  You have to give it a shot

---

8 (Pages 29 to 32)

Attachment OO                                    PX 27, 2153

Weekly Windfalls

Raging Bull, LLC                                                    7/19/2019

---

33

1  and to do just that, click the link below this video
2  and get started right away.
3        In fact, when you collect your first
4  windfall this Friday, I want you to tell me all about
5  it.  I'll see you there.  Just click the link below.
6        (The recording was concluded.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

34

1              CERTIFICATE OF TRANSCRIPTIONIST
2
3
4        I, Elizabeth M. Farrell, do hereby certify
5  that the foregoing proceedings and/or conversations
6  were transcribed by me via CD, videotape, audiotape or
7  digital recording, and reduced to typewriting under my
8  supervision; that I had no role in the recording of
9  this material; and that it has been transcribed to the
10 best of my ability given the quality and clarity of
11 the recording media.
12       I further certify that I am neither counsel
13 for, related to, nor employed by any of the parties to
14 the action in which these proceedings were
15 transcribed; and further, that I am not a relative or
16 employee of any attorney or counsel employed by the
17 parties hereto, nor financially or otherwise
18 interested in the outcome of the action.
19
20
21 DATE:  10/22/2020
22              ELIZABETH M. FARRELL, CERT
23
24
25

---

9 (Pages 33 to 34)

Attachment OO                              PX 27, 2154



JEFF BISHOP PRESENTS

# BULLSEYE
## T R A D E S

**NEXT TRADE HITS IN**

## ONE TRADE ONCE A WEEK
## ONE HUNDRED PERCENT PROFIT TARGETS



- Hey there, thanks for looking into Bullseye Trades.

Simplify your trading with Jeff's highest-conviction trade ideas. Bullseye Trading is all about 1 trade, 1 time a week, sent directly to your inbox every Monday morning before market open. **It's that easy.**



CHOOSE
## Your Plan
BULLSEYE TRADES

**1**

**BEST DEAL - Limited Seats Available!**   ~~$3,499~~ **$599**

Platinum membership to Bullseye Trades.

PAY ONCE, then $99 per year. Lock in your Weekly Alerts year after year!

EXCLUSIVE PLATINUM BONUSES:

- Get Jeff's *Trend Setter Bet* Alerts
- PriorityCare Support (Priority Customer Support Number)
- Heirloom Program (Platinum service to friends and family for future generations)

Normally $3,499 (Also includes everything below)

**Great Deal**   ~~$1,497~~ **$399**

Sign up for a 1 Year Membership and save.

Normally $1197 (Includes everything below for 1 year)

**Weekly Trial**   ~~$158~~ **$49**

One week trial access, including all of the following for one week:

Bullseye Trades are actionable, easy to execute ideas delivered directly to you. Fully researched, vetted and **millionaire trader approved.**

Now I'm sure you're wondering...

*SO HOW GOOD ARE THE TRADES?*

JEFF BISHOP: RECENT TRADES

BULLSEYE TRADES

NKE

$13,460

*Results presented are not typical and may vary from person to person. Please see our Testimonials Disclaimer here: https://ragingbull.com/disclaimer.*

Check out 4 of Jeff's recent Bullseye Trades!

Each Monday morning, he alerts members in his signature

- Bullseye Trades (Normally $158 /per week)
- Jeff's top trade idea each week delivered to you every Monday morning
- Details on the options contract that Jeff is looking at
- BONUS: Jeff's Trader's Blackbook
- BONUS: Profit Kickstarter Video Training Modules
- **DOUBLE your money back guarantee.** If you don't make $100 in trading profits from Jeff's Pick, we'll extend your membership until you do. (Only available for Trial)

**Total:** **$599**
You are saving $2,900!

2 ENTER YOUR
**Account Details**

LOGGED IN AS

3 ENTER YOUR
**Credit Card Details**

**Card Information**
Name as it appears on card

Card Number

Each Monday morning, he alerts members in his signature Bullseye Trade email:

**JEFF BISHOP PRESENTS**

**BULLSEYE TRADES**

## GDX ALERT

Click HERE to get $200 Worth of LIVE Training Sessions with Jeff Bishop... ABSOLUTELY FREE!

For this week's Bullseye I am playing a gold miner ETF (GDX) for a bounce play.

I think there's a good chance we could see some chop in the market this week, so I am really liking gold for a move higher.

Generally, gold prices and stock prices move inversely. Meaning, when stocks move lower, gold (and gold miners) will move higher. This is due to the fact that investors see gold as a suitable hedge against a weak market.

Here's what I'm seeing on the hourly chart:

Card Number

Expiration Date

Security Code

**Billing Information**

Country

United States

Address 1

Address 2

City

State / Province

AK - Alaska

Postal Code

ADD CARD

**4** **Place Your Order**

BULLSEYE TRADES

Bullseye Trades Platinum Subscription    $599

**Total: $599**

app.ragingbull.com/checkout/jsacdaye/package/bullseye-trades

Total: $599

Your subscription will automatically renew at $99 **every year** unless you cancel your subscription PRIOR to your renewal date. Your first renewal will take place on the **21st of October 2021.**

SECURE PAYMENT

Safe & Secure SSL Encrypted

PLACE MY ORDER

**Terms & Conditions**

RagingBull.com, LLC owns and maintains the website known as http://totalalphatrading.com ("the Site") subject to your compliance with the terms and conditions set forth in this Agreement. By using the Site, you agree to be bound by

**GDX** PROFIT

| | | | |
|---|---|---|---|
| CRM | 181.91 | -2.07 | -1.13% |
| AMZN | 1,661.73 | -22.85 | -1.21% |
| AAPL | 320.16 | 0.96 | 0.29% |

VanEck Vectors ETF Trust
ARCX

TOTAL    50   Jan 31   7d   28.00   C

P/L Day    P/L Open
5,850.00    10,200.00
5,850.00    10,200.00

D
0.48

CREATE GDX ORDER    ADD TO

**GDX** FEEDBACK

"

**RANDY LARKOWSKI**
I held this one for 3 weeks. Got in on 12/23/2019 at $610, rode it

Bullseye Trades - G...

**Attachment PP**    **PX 27, 2158**

## GDX FEEDBACK

**RANDY LARKOWSKI**
I held this one for 3 weeks. Got in on 12/23/2019 at $610, rode it all the way up and watched it come off it's highs today 1/14/2020 ended up selling at $22.8. Nice 374% gainer to start the year off right!! It could have been better but I was washing the truck and missed the peak yesterday...Thanks for this one!"

## ZS ALERT

**RAPTOR5 ELITE | RAGINGBULL**

**BULLSEYE**
T R A D E S

Contact Our VIP Sales Team For Your Quote
**844-962-0396**

Raptor5 Replay! Kyle Gave Away a Brand New Service, FREE!

Happy Monday, Bullseye gang!

For this week's Bullseye pick, I'm going with Zscaler (**ZS**) for a bounce play.

ZS had been looking like a very strong stock these last couple of weeks as they headed into their Q1 earnings last Tuesday. Although they beat on earnings and revenue, the company's revenue growth slowed for the fourth-straight quarter, which sent shares tumbling.

I think the selloff is a classic market overreaction, and I am willing to bet that ZS bounces from here.

Check out what I'm seeing on the hourly chart:

Check out what I'm seeing on the hourly chart.

ZS is coming down to the 200-MA which should provide good support. So long as it's over $46, I am bullish on the stock.

I'll be watching the 13/30 lines to see if a crossover starts to take shape here as well.

The contract I am going with is ZS Dec 20 2019 46 Call @ $2.00.

## ZS PROFIT

## ZS FEEDBACK

**ROBERT WILSON**
I revisited this trade this week and went with the Dec27th calls. Just sold them for a 70% profit... Sometimes all it takes is a little adjustment (and patience).*

## WDAY ALERT

JEFF BISHOP PRESENTS

BULLSEYE
T R A D E S

**Click HERE to get $200 Worth of LIVE Training Sessions with Jeff Bishop... ABSOLUTELY FREE!**

For this weeks Bullseye I am going with Workday (WDAY) for a breakout play.

There is a pretty nice setup coming together right now that I can't ignore.

play.

There is a pretty nice setup coming together right now that I can't ignore.

WDAY is trending above the 13/30 and 200 hourly MA, and is flirting with the breakout line around $168.

You can see what I mean on the hourly chart:

WDAY has strong trendline support, is clear of key resistance levels, and looks like it is ready to make a strong move up.

I will go with WDAY Nov 29 2019 165 Call @ $3.50.   My stop would be if WDAY closes under $160 or I am down 50% on the options position. I will also leave room to add to the position if WDAY hits $163.

Congrats to everyone who hit the NKE Bullseye with me from 2 weeks ago! I locked in over 70% and had another winning spread trade that was alerted to my Total Alpha members. In terms of UVXY from last week, I stopped out of that for a quick trade. Too bad that was a loser, but I'll keep my eye on it for another shot soon.

# WDAY FEEDBACK

**DARRYL BOYD**
Out with a 278% gain. Nice!*

**HEATH ROBINSON**
Got in at 3.20 and just sold out at 7.90. Snagged a 147% gain in a

**HEATH ROBINSON**
Got in at 3.20 and just sold out at 7.90. Snagged a 147% gain in a matter of 2 days, Jeff... You're the real deal my friend! Thanks! "

**LOUISE PETERSEN**
Well, just doubled on WDAY, thank you Jeff. My goal is to retire and trade as I need to. I want time with my grandchildren, so let's keep this going please. "

## *NKE* ALERT

JEFF BISHOP PRESENTS

# BULLSEYE
T R A D E S

Click HERE to get $200 Worth of LIVE Training Sessions with Jeff Bishop...
ABSOLUTELY FREE!

For this week's Bullseye I am going with Nike (NKE) for a bounce play.

Nike has been on an absolute tear these last couple of months. Right now we have a little pullback and I want to use that as an opportunity to get in on the action.

NKE is forming a base around the $89 level, and im willing to bet that it bounces from here. We have a potential 13/30 crossover forming on the hourly chart as well.

Target is a move to the 200-MA

Base forming just support. Looking for $92...?

Note that the 13/30 crossover hasn't happened yet, but it looks to be setting up nicely. If support holds and we see a confirmed crossover, I think we'll get a quick move higher.

We have plenty of time before earnings on December 19, and I'll bet we see a bounce prior to that in the next week or so.

I am looking to buy the NKE Nov 22 2019 89 Call @ 1.70 to start. I have a target at the 200-MA (a key resistance level), which is around $92. That will be a great place to lock in some profits. If NKE closes under $88, I will cut it loose.

*NKE* PROFIT

*NKE* FEEDBACK

**DIANA LAM**
Win NKE at 115% *

**JORDAN HENNESSY**
Got out this morning at 100% gain. Thanks Jeff! *

"Raging Bull does NOT track or verify subscribers' individual trading results and these individual experiences should NOT be understood as typical as or representative. Please see our Testimonials Disclaimer here: https://ragingbull.com/disclaimer.

# *BULLSEYE SERVICE INCLUDES:*

Lowest-priced Inaugural Member Offer: $399/year

Jeff's top trade idea each week, accompanied by a complete trading plan, delivered to you every Monday morning

Details on the options contract that Jeff is looking at

BONUS: Traders Blackbook: access to Jeff's exclusive online options trading guide

BONUS: Profit Kickstarter Pack: enrollment in Jeff's premium online trading series, including 10 different kickstarter videos.

app.ragingbull.com/checkout/paidage/bullseye-trades

## EXCLUSIVE BONUSES INCLUDED WHEN YOU UPGRADE TO LIFETIME:

When you upgrade to lifetime you'll also get exclusive access to:

- **Lifetime Bonus #1: Jeff's Trend Setter Bet ALERTS**

  Do you ever wonder where the big money is going? Trend Setter Bets offer exclusive visibility into Jeff's BIG BETS

- **Lifetime Bonus #2: PriorityCare Support**

  Skip the hold music and get priority treatment when calling our U.S.A Based V.I.P. Concierge team.

- **Lifetime Bonus #3: The Heirloom Program**

  Transfer your membership to any family or friend at no additional cost. Keep this service within your family tree for future generations to come.

Attachment PP          PX 27, 2166

access to:

- *Lifetime Bonus #1: Jeff's Trend Setter Bet ALERTS*
  Do you ever wonder where the big money is going? Trend Setter Bets offer exclusive visibility into Jeff's BIG BETS

- *Lifetime Bonus #2: PriorityCare Support*
  Skip the hold music and get priority treatment when calling our U.S.A Based V.I.P. Concierge team.

- *Lifetime Bonus #3: The Heirloom Program*
  Transfer your membership to any family or friend at no additional cost. Keep this service within your family tree for future generations to come.

Refund Policy: Bullseye Trades delivers time-sensitive training and education, and thus a strict "no refund" policy is in place. If you wish to stop your service, please cancel prior to the renewal date listed on your profile to avoid renewing. Cancelling on/after the renewal date is considered a late cancellation and does not constitute a refund

Copyright © Raging Bull. All Rights Reserved.  |  Disclaimer    Terms & Conditions    Refund Policy

RagingBull.com is a US Based Business    Address: 62 Calef Hwy. #233 Lee, NH 03861

Questions? Call our VIP Concierge Team on standby: 888-921-0691

Attachment PP          PX 27, 2167











**Attachment QQ**

PX 27, 2168

Card Number

Expiration Date

Security Code

**Billing Information**

Country

United States

Address 1

Address 2

City

State / Province

AK - Alaska

Postal Code

ADD CARD

4 **Place Your Order**

FAST FIVE TRADES

Fast Five Trades Platinum                    $397

Total: **$397**

→ 52 of the Highest Conviction Trades Each Year

→ Immediate Access to the 5 Day Work Week Program

→ 30 Day Money Back Guarantee

**UPGRADE TO LIFETIME AND RECEIVE THESE ADDITIONAL BONUSES**

**BONUS #1:**

Kyle Is Guaranteeing Success. For the first time ever, Kyle Is offering an exclusive 30-Day Money Back Guarantee on Fast5 Trades.

SATISFACTION GUARANTEED · 30 DAYS · MONEY BACK

app.ragingbull.com/checkout/package/Fast-Five-Strategy

RagingBull | Improve Your Tradi...   Fast Five Trades

**Attachment QQ**          **PX 27, 2169**

BONUS #2

Gain Unlimited Access to Kyle's Five Minute Work Week Training Guide. You will receive hours of expertly crafted educational materials poised to help Achieve Your Five Minute Work Week.

Refund Policy: Fast Five Trades offers a 30-Day Money Back Guarantee. Anytime during the first 30 days from the start of your membership, call our team at (833-265-1270) to refund and cancel your subscription.

**Fast Five Trades Platinum** $397

**Total: $397**

Your subscription will automatically renew at $1 **every year** unless you cancel your subscription PRIOR to your renewal date. Your first renewal will take place on the **21st of October 2021**.

**Terms & Conditions**

RagingBull.com, LLC owns and maintains the website known as https://fastfivetrading.com/ ("the Site") subject to your compliance with the terms and conditions set forth in this Agreement. By using the Site, you agree to be bound by

☐ I agree to the terms and conditions

Site & Secure SSL Encrypted

SECURE PAYMENT    VISA

**PLACE MY ORDER**

Copyright © Raging Bull. All Rights Reserved.  Disclaimer  Terms & Conditions  Refund Policy

RagingBull.com is a US Based Business  Address: 62 Calef Hwy. #233 Lee, NH 03861

Questions? Call our VIP Concierge Team on standby: 833-785-0452

Attachment QQ     PX 27, 2170



Back Guarantee!"
**- JASON BOND**

Refund Policy: We at Raging Bull are devoted to helping teach you how to navigate the market in any condition. That's why we're guaranteeing your satisfaction with our service within the first 30 days or less. Unless otherwise required by applicable law in your jurisdiction, if you reach out to our customer service team within the first 30 days we will refund the full amount of your purchase and subsequently terminate your access. Refunds are not available for customers 30 days after a purchase. To request a refund or to ask a question regarding the 30-day money back guarantee, call our support team at 833-785-0452 or email us at support@ragingbull.com. We look forward to having you as a long-time member!

**Card Information**

Name (as it appears on card)

Card Number

Expiration Date

Security Code

**Billing Information**

Country

United States

Address 1

Address 2

City

State / Province

AK - Alaska

Postal Code

ADD CARD

4  **Place Your Order**

MONDAY MOVERS

ADD CARD

④ **Place Your Order**

MONDAY MOVERS

Monday Movers Platinum                    $297

Total: **$297**

Your subscription will automatically renew at $1 **every year** unless you cancel your subscription PRIOR to your renewal date. Your first renewal will take place on the **21st of October 2021**

**Terms & Conditions**

RagingBull.com, LLC owns and maintains the website known as JasonBondPicks.com ("the Site") subject to your compliance with the terms and conditions set forth in this Agreement. By using the Site, you agree to be bound by these terms and conditions. If you do not

☐ I agree to the terms and conditions

SECURE PAYMENT   Safe & Secure SSL Encrypted   VISA

**PLACE MY ORDER**

Copyright © Raging Bull. All Rights Reserved.  |  Disclaimer  |  Terms & Conditions  |  Refund Policy

RagingBull.com is a US Based Business    Address: 62 Calef Hwy. #233 Lee, NH 03861

Questions? Call our VIP Concierge Team on standby 833-785-0452

app.ragingbull.com/checkout/package/monday-movers

**Attachment RR**          **PX 27, 2173**

# SNIPER REPORT

## SPECIAL BONUS REPORT #1:
### Biotech Blank Check Alert!

Heavy Hitters like Bill Ackman, Chamath Palihapitiya, and Tilman Fertitta have all jumped in the game. However, any moment now I will be revealing my number #1 SPAC play of 2020.

**OPPORTUNITY ALERT!**

Biotech Blank Check Alert!
Kyle Dennis

### ① CHOOSE Your Plan

SNIPER REPORT

◉ **V.I.P. Platinum Plan**   ~~$1,497~~ **$449**
↑ Includes **PLATINUM access to everything** included in Sniper Report Standard Plan
↑ Ability to **transfer your membership** to a family member or friend
↑ **V.I.P. BONUS delivered:**
  • 7 Trading Sins
  • Middle Class Millionaire
  • The $2.9 Million Biotech Trader Playbook

○ **Standard Plan**   ~~$997~~ **$299**
↑ Annual subscription to the Sniper Report which includes access to:
  • Real Time Trade Alerts via email and text message
  • Kyle's Sniper Report Live Portfolio
  • Stock Debriefings & Reports
  • 50+ Hours Video Education
↑ **Plus Bonus Trade Report:**
  • Biotech Blank Check Alert

**Total:**   **$449**   *You are saving $1,048!*

### ② ENTER YOUR Account Details

LOGGED IN AS

3

ENTER YOUR
**Credit Card Details**

**Card Information**

Name

Card Number

Expiration Date

Security Code

**Billing Information**

Country

United States

Address 1

Address 2

City

State / Province

AK - Alaska

Postal Code

ADD CARD

---

"I am pleased with the results for the first week ... booked enough on the first trade to pay for a year's subscription and that was on small sized trades. Try him. You will learn from a pro!"

Mike

SNIPER REPORT

"I put in about $22k into my TD Ameritrade account. I'm up to 45k, which is over 100% return on the account"

Dimitri D.

app.ragingbull.com/checkout/package/sniper-report-2020-special

Dimitri D.

SNIPER REPORT

ADD CARD

**4** Place Your Order

Your subscription will automatically renew at $1 every year unless you cancel your subscription PRIOR to your renewal date. Your first renewal will take place on the **21st of October 2021.**

SECURE PAYMENT

Safe & Secure SSL Encrypted

VISA   DISCOVER   AMERICAN EXPRESS

PLACE MY ORDER

**Terms & Conditions**

RagingBull.com, LLC owns and maintains the website known as BiotechBreakouts.com ("the Site") subject to your compliance with the terms and conditions set forth in this Agreement. By using the Site, you agree to be bound by these terms and conditions. If you do not

"I started with $4,700 and have turned it into $80,000 in just about 2 months working with Kyle"

Vidashara F.

SNIPER REPORT

"*I grew my account from $10,000 to a little over $30,000 in one and a half months*"

Randy A.

SNIPER REPORT

**Your Sniper Report subscription includes immediate access to:**

**Explosive Stock Alerts in Game-Changing Sectors:**

Each month you will receive Kyle's personal selection of his favorite "set it and forget it" stock ideas. Along with at least two new skyrocketing ideas a month, Kyle will send you a debrief and summary each week, so you

and forget it" stock ideas. Along with at least two new skyrocketing ideas a month, Kyle will send you a debrief and summary each week, so you can see what news, trends, or other factors are affecting you stocks.

Each pick will be explained *in detail*, and an alert will be sent to you via email when Kyle buys or sells a position to tell you WHEN and WHY.

**On-the-Go? No problem. Kyle mirrors his email alerts right over to your text message inbox.** He'll summarize the trade in a few sentences and you can even take action right from your phone!

# Real Money Live Portfolio

**Receive direct, unfiltered access to Kyle's live portfolio stream.** You can now see how his picks perform over time, in real-time. No smoke and mirrors, folks. Kyle puts his own money to work alongside you in all his trade alerts, so you can be 100% certain he believes in them. Check out an example of his Sniper Report Portfolio below. Full Transparency -- Full Time!

**Access to The Academy:** Kyle breaks down all the "in's and out's" of the market for you in his Exclusive Educational Suite. 100+ total lessons with 50+ hours of material on investing, swing trading, day trading, options, charting, scanning, and even market sentiment and psychology. Start from square 1 and move through the 50+ hours of lessons at your own pace, or lock-in on lessons where you know you need the most improvement. All the while STILL receiving Kyle's easy-to-follow alerts via text-message and email.

Last year alone, Kyle made $2,300,000 in the markets. **His Educational Academy Video Series** has helped thousands of students profit already. Some of his favorite lessons include *"How to Day Trade the Market Open: 10 mins a day for Six Figures in Yearly Profits"* and *"How to Time Your Entries: A 12 Part Charting School."* **This alone is worth it's weight in gold.**

**Kyle's No Work Promise:** Say "SO LONG!" to the days of tedious trading, slaving over stock charts or spending thousands on a degree in finance... Kyle does ALL the work and research. All you have to do is read his alerts and reap the benefits. Making money is an investment. An investment of time and resources. Kyle has spent over $300,000 on the best equipment, market tools, and research services out there – so that you don't have to!

He's even equipped with a Bloomberg Terminal, to add to his already world-class proprietary set up. Put away your pen and paper because this "set it and forget it" strategy won't take up all your time.

**Normally, this full report retails for $997. We're going to give it to you for $299** because it is our mission to bring Wall Street opportunities to Main Street access. We're eliminating ANY and ALL barriers for you to get started.

That means that you can claim your Sniper Report membership today for only **$299 for a whole year!**

If you prefer to place your order by phone or

Normally, this full report retails for $997. We're going to give it to you for $299 because it is our mission to bring Wall Street opportunities to Main Street access. We're eliminating ANY and ALL barriers for you to get started.

That means that you can claim your Sniper Report membership today for only $299 for a whole year!

If you prefer to place your order by phone or have any questions, our VIP Concierge Team are here to serve you, 24/7 at 833-785-0451

Copyright © Raging Bull. All Rights Reserved. | Disclaimer | Terms & Conditions | Refund Policy

RagingBull.com is a US Based Business · Address: 62 Calef Hwy. #233 Lee, NH 03861

Questions? Call our VIP Concierge Team on standby: 833-785-0452

app.ragingbull.com/checkout/package/sniper-report-2020-special



## JASON BOND PICKS
winning small cap swing trades

# Don't Just Beat the Market... *Crush It*

## Start Trading Like A Pro... with **Jason Bond Picks**

*"My family purchased a subscription and have never regretted it, we have learned so much and made gains we never thought we could. Thank you Mr. Bond." – William M.*

### Your Jason Bond Picks subscription includes immediate access to:

- **Trading Strategy Course:** Jason walks you through his trading method. Includes lifetime access to these powerful educational resources!
- **Jason's Daily Trading Watchlist:** Jason's trading strategy for each trading day and the trades he is looking at.



---

**REVIEW**
## Your Order

**JASON BOND PICKS**

Your **Jason Bond Picks** subscription includes immediate access to:

| | |
|---|---|
| Video Training Collection | ~~$4,996~~ $0 |
| **Jason Bond Picks** Subscription ⓘ | ~~$1,596~~ $1,497 |

You are saving $5,095!

**Total: $1,497**

**ENTER YOUR**
## Account Details

First Name

Last Name

Email Address

Phone Number
Enter your phone number for SMS trade alerts. Standard rates apply.

Password

Password Confirmation

**SIGN UP**

Already have an account? Sign In!

---

app.raginbull.com/checkout/jbp-yr

Jason Bond Picks

Waiting for app.raginbull.com...

3:47 PM
11/29/2020

- **Jason's Daily Trading Watchlist:** Jason's trading strategy for each trading day and the trades he is looking at.

- **Video Training Bundle:** *The Basics of Swing Trading, Penny Stocks 101, The House Always Wins, Stock Options Explained* (this package alone previously sold for $4,996)

- **Real-Time Trade Alerts:** SMS alerts of all Jason's buys and sells as they happen

- **Live Portfolio:** Access to Jason's live portfolio on-screen in real-time – so you can see how my trades affect my portfolio as a whole.

- **Access to Jason's Tools for Trading:** Jason shares details of the tools he personally uses, all of which are designed to help you become a better, more confident, and in-the-know trader!

- *Day Trading Playbook:* You've probably heard of success stories of great traders, and wondered how you could get into it, how you could potentially change your future, use your profits as a nest egg for retirement, or vacations, or your kid's education. Let Jason teach you how.

- *Investor Updates:* In addition to SMS updates Jason emails his ideas, thoughts, and commentary with every major trading development, along with potential trades he is following and that could turn into the next big winner!

- **Watch a Real $ Trader:** See exactly how Jason trades up to 10 simple trades each week.

- **Gain:** The knowledge and expertise from a real trader, first hand, and learn to trade with Jason's system. Become a better, more confident trader. Learn how to manage investment risk and make the kinds of trades Jason personally used to make massive financial profits from your own trades!

---

Already have an account? Sign In!

**3**  ENTER YOUR
### Credit Card Details

Please sign in or signup for a new account. Show me A

ADD A NEW CARD

**4**  ### Place Your Order

JASON BOND PICKS

Your Jason Bond Picks subscription includes immediate access to:

| | |
|---|---|
| Video Training Collection | ~~$4,996~~ $0 |
| Jason Bond Picks Subscription ⓘ | ~~$1,596~~ $1,497 |

You are saving $5,095!

Total: **$1,497**

Your subscription will automatically renew at $1,497 **every year** unless you cancel your subscription PRIOR to your renewal date. Your first renewal will take place on the **29th of November 2021**

SECURE PAYMENT   Safe & Secure SSL Encrypted

VISA   DISCOVER   AMERICAN EXPRESS

**PLACE MY ORDER**

the kinds of trades Jason personally used to make massive financial profits from your own trades!

Already, a number of *Jason Bond Picks* subscribers have used what they learned to make their own massively successful trades and bring home the profits of their trades, or even paying for the cost of their subscription!

## Receive an instant $5,095 discount right now off the regular full price!

**That means that you can claim your *Jason Bond Picks* membership today for only $1,497!**

*"Jason Bond is REAL! I've been following some of Jason's trades... The teaching method and instruction is impeccable and easy to follow. I am thankful to have discovered Jason's excellent program!"*

*- Jeff W.*

*"4 out of my last 5 trades have made me $$$. Was skeptical at first but I have fully recovered my membership fee after 3 trades. Highly recommend!" - Ian A.*

**If you prefer to place your order by phone or have any questions, our VIP Concierge Team are here to serve you, 24/7 at 833-785-0452**

Refund Policy. Jason Bond Picks delivers time-sensitive training and education, and thus a strict "no refund" policy is in place. If you wish to stop your service, please cancel prior to the renewal date listed on your profile to avoid renewing. Cancelling on/after the renewal date is considered a late cancellation and does not constitute a refund

Copyright © Raging Bull. All Rights Reserved.   |   Disclaimer   |   Terms & Conditions   |   Refund Policy

RagingBull.com is a US-Based Business   ·   Address: 62 Calef Hwy. #233 Lee, NH 03861

Questions? Call our VIP Concierge Team on standby: 833-785-0452

**Terms & Conditions**

RagingBull.com, LLC owns and maintains the website known as JasonBondPicks.com ("the Site") subject to your compliance with the terms and conditions set forth in this Agreement. By using the Site, you agree to be bound by these terms and conditions. If you do not

**CHOOSE**
## Your Plan

**TOTAL ALPHA**

(1)

**BEST OFFER AVAILABLE** ~~$6,999~~ **$3,999**

Join Unlimited and lock in your membership. Only pay once, then $99/year.

Get EVERYTHING Mentioned Below

○ **LOWEST ANNUAL RATE** ~~$3,996~~ **$2,499**

Jeff's Educational Suite - Instruction Manuals, 30 Day Options Course, 20+ Hour Video Series on Options, and LIVE Recordings

Jeff's Portfolio - LIVE Stream Jeff's Portfolio and See Each Position He Is In

Jeff's LIVE Account - Look Over His Shoulder and Get Behind-The-Scenes Access to Jeff's Account and His Order Flow

LIVE Trainings - Exclusive for Total Alpha members. Free Access to ANY LIVE Training Jeff Does

**New RB Chat Room**

**Total:** **$3,999**
You are saving $5,000!

**TOTAL ALPHA**

**THE #1 OPTIONS SERVICE YOU NEED!**

**$3996 IN VALUE**

**62% OFF!**

**HERE'S WHAT'S INCLUDED:**

(1)

**JEFF'S WORLD CLASS EDUCATIONAL SUITE**

**$799 VALUE**

You are saving $5,000!

ENTER YOUR
## Account Details

LOGGED IN AS

ENTER YOUR
## Credit Card Details

**Card Information**

Name as it appears on card

Card Number

Expiration Date

Security Code

**Billing Information**

Country

United States

Address 1

Address 2

City

$999 VALUE

*JEFF'S WATCH LIST*

Start your day
with Jeff's
FAVORITE trade
idea delivered
to your inbox
Monday thru
Friday!

2

$799 VALUE

*LIVE PORTFOLIO*

Look into Jeff's Real

3

app.ragingbull.com/checkout/package/total-alpha-trading-full

**4** JEFF'S ACCOUNT ACCESS

$1399 VALUE

Get the behind-the-scenes look into Jeff's account. 100% transparency. See his trades, and his order flow. Watch his account daily during market hours, whenever you wish!

**5** ADDITIONAL LIVE TRAINING SESSIONS

PRICELESS!

Shaded area is "in-the-money"

TOTAL ALPHA

Get VIP access to ALL online training sessions Jeff holds exclusive to Total Alpha members.

---

ADD CARD

**4** Place Your Order

TOTAL ALPHA

Total Alpha Platinum Subscription    $3,999

**Total: $3,999**

Your subscription will automatically renew at $1 every year unless you cancel your subscription PRIOR to your renewal date. Your first renewal will take place on the 21st of October 2021.

SECURE PAYMENT    Safe & Secure SSL Encrypted

VISA  DISCOVER

PLACE MY ORDER

**Terms & Conditions**

RagingBull.com, LLC owns and maintains the website known as TotalAlphaTrading.com ("the Site") subject to your compliance with the terms and conditions set forth in this Agreement. By using the Site, you agree to be bound by

app.ragingbull.com/checkout/package/total-alpha-trading-full

Get VIP access to ALL online training sessions Jeff holds exclusive to Total Alpha members.

## THIS IS THE

## COMPLETE OPTIONS TRADING PACKAGE!

WITH THIS, YOU CAN QUICKLY GROW YOUR ACCOUNT AND PROFIT LIKE THE MANY OTHERS THAT ARE ALREADY WORKING WITH JEFF!

"Its crazy how good of a feel Jeff B has on the market! I also bought XLE and ROKU with him, up $14k on those 2 combined!"

— JOHNNY LEE

"Jeff, Thank you for the great video lesson and trade alerts! In a round-a-bout way (thanks NFLX alert) I bought DIS calls for 1.93 and sold them today for 12.00. A 520% profit in four days!! I would not have felt comfortable making this trade without your great lessons. Thanks you!"

— ROBERT WEBER

"Jeff, Had my best trade so far. +171% on LYFT Put for

"Jeff, Had my best trade so far. +171% on LYFT Put for a profit of $17K. Your teaching has helped. Thank you! Cheers"

— *CHRISTOPHER TRAN*

"On vacation with my family, I used Jeff's crossover strategy, and in that day of trading...I double my account...from the beach!"

— *BRENT*

"Jeff Bishop you are the man!! I have made more $$ in the past 2 days trading options than I have in the past 3 months!"

— *MICHAEL C.*

"That was a nice pick on WDAY Jeff. Got in on Monday for 2.60 and got out on Wed. at 8.00. My first double bagger. 8k win. Thx."

— *ALAN JAMES*

**If you prefer to place your order by phone or have any questions, our VIP Concierge**

---

---

"Jeff Bishop you are the man!! I have made more $$ in the past 2 days trading options than I have in the past 3 months!"

— *MICHAEL C.*

"That was a nice pick on WDAY Jeff. Got in on Monday for 2.60 and got out on Wed. at 8.00. My first double bagger. 8k win. Thx."

— *ALAN JAMES*

## If you prefer to place your order by phone or have any questions, our VIP Concierge Team is here to serve you at your convenience, just call 833-785-0500

Refund Policy: Total Alpha delivers time-sensitive training and education, and thus a strict "no refund" policy is in place. If you wish to stop your service, please cancel prior to the renewal date listed on your profile to avoid renewing. Cancelling on/after the renewal date is considered a late cancellation and does not constitute a refund

Copyright © Raging Bull. All Rights Reserved. | Disclaimer | Terms & Conditions | Refund Policy

RagingBull.com is a US Based Business   Address: 62 Calef Hwy. #233 Lee, NH 03861

Questions? Call our VIP Concierge Team on standby 833-785-0452

CHOOSE
# Your Plan

OPTIONS PROFIT PLANNER

① **Platinum Plan** ~~$2,499~~ **$1,497**
**Subscription**

PAY ONCE, then lock in your Option
Profit Planner trades year after year!

Normally $2,499
- Newsletter with Watchlist
- Real Time Trade Alerts
- Sunday Night Video - Including trade plan for the week
- Members Only Dashboard
- Access to Training Events with Dave
- Video Training Bundle & Education Suite
- Access to Dave's Proprietary "Fractal Energy Indicator"

○ **Annual Plan** ~~$1,998~~ **$999**
**Subscription**

Annual 1 Year Membership. Get Instant Savings On:

- Newsletter with Watchlist
- Real Time Trade Alerts
- Sunday Night Video - Including trade plan for the week
- Members Only Dashboard
- Access to Training Events with Dave
- Video Training Bundle & Education Suite
- Access to Dave's Proprietary "Fractal Energy Indicator"

**OPTIONS** PROFIT ▲ PLANNER

RagingBull

WEEKLY WATCH LIST

FRACTAL ENERGY PROFIT PLAN

MEMBER VIDEOS

EDUCATION & TRAINING EVENTS

WEEKLY TRADING ALERT

PORTFOLIO UPDATES

RagingBull | Improve Your Tradi...    Options Profit Planner

app.ragingbull.com/checkout/package/opp-training

Attachment VV          PX 27, 2192




## OPTIONS PROFIT PLANNER:

## THE SMART MONEY STRATEGY, SPECIFICALLY DESIGNED TO WIN NEARLY 90% OF THE TIME!

HARNESS FRACTAL ENERGY TO FIND WINNING TRADES AND PROFIT FROM SUCKER TRADES

If you prefer to place your order by phone or have any questions, our VIP Concierge Team is here to serve at your convenience, just call 833-757-7775

City

State / Province

AK - Alaska

Postal Code

**ADD CARD**

**4 Place Your Order**

OPTIONS PROFIT PLANNER

Options Profit Planner Platinum   $1,497

Total: **$1,497**

Your subscription will automatically renew at **$1 every year** unless you cancel your subscription PRIOR to your renewal date. Your first renewal will take place on the **21st of October 2021.**

Safe & Secure SSL Encrypted

SECURE PAYMENT

**PLACE MY ORDER**

**Terms & Conditions**

RagingBull.com, LLC owns and maintains the website known as OptionsProfitPlanner.com ("the Site") subject to your compliance with the terms and conditions set forth in this Agreement. By using the Site, you

app.ragingbull.com/checkout/package/opp-training

Attachment VV          PX 27, 2194

...TO INVESTIGATE ENEMIES TO
FIND WINNING TRADES AND
PROFIT FROM SUCKER TRADES

If you prefer to place your order by phone or
have any questions, our VIP Concierge Team
is here to serve at your convenience, just call
833-757-7775

### 4 Place Your Order

OPTIONS PROFIT PLANNER

Options Profit Planner Platinum   $1,497

**Total: $1,497**

Your subscription will automatically renew
at $1 every year unless you cancel your
subscription PRIOR to your renewal date.
Your first renewal will take place on the
21st of October 2021.

ADD CARD

Safe & Secure SSL Encrypted

SECURE PAYMENT   VISA   DISCOVER

**PLACE MY ORDER**

**Terms & Conditions**

RagingBull.com, LLC owns and
maintains the website known as
OptionsProfitPlanner.com ("the Site")
subject to your compliance with the
terms and conditions set forth in this
Agreement. By using the Site, you
agree to be bound by these terms...

Copyright © Raging Bull. All Rights Reserved.   |   Disclaimer   Terms & Conditions   Refund Policy

RagingBull.com is a US Based Business   Address: 62 Calef Hwy. #233 Lee, NH 03861

Questions? Call our VIP Concierge Team on standby 833-785-0452

47% OFF

# Daily Deposits $799

Trade of the day #2: SPY

30 DAYS MONEY BACK GUARANTEE

**WHAT'S INCLUDED**

1. Daily Alerts via Email and the Raging Bull App
2. Daily Pre-Market Video
3. Trade of the Day
4. Educational Library
5. "Double Down Alerts" - Another Daily SPY opportunity? I'll issue 2 Trades of the Day!
6. FIRST TIME EVER 30 Day Money-Back Guarantee

**UNLIMITED ONLY BONUSES:**

LIVE

**BONUS 1**
Monthly LIVE Training
Q&A Sessions with Ben

**BONUS 2**
Heirloom Program: Transfer your

---

### 1 CHOOSE
## Your Plan

## DAILY DEPOSITS

○ **PLATINUM - BEST DEAL!**   ~~$2,997~~ **$1,497**

**Best Value** - Join Ben for a one-time payment of $1,497 then pay only a $97 maintenance fee every year after.

PLUS receive these additional bonuses exclusive to Unlimited Members:

☆ **UNLIMITED BONUS #1** ☆
LIVE monthly Daily Deposits Training and Q&A with Ben

☆ **UNLIMITED BONUS #2** ☆
Heirloom Program: Share your membership with any family member... 100% Free

○ **Annual - Great DEAL!**   ~~$1,497~~ **$799**
**ALL-TIME LOWEST PRICE** - A year of Daily Deposits, 47% OFF!

**Total:** **$1,497**
You are saving $1,500!

### 2 ENTER YOUR
## Account Details

LOGGED IN AS



**BONUS 2**
**Heirloom Program: Transfer your membership to any family member once you're done with it, 100% FREE!**

**BONUS 3**
**Fully Replay of my Session at The Trader's Summit in Orlando, FL. Access to Recording and Presentation Slide Deck**

"Every trader wants to be able to determine direction and time their trades to perfection. My Daily Deposit system empowers traders to do both, and is powerful for both new and experienced traders alike."

**— Ben Sturgill**

* Refund Policy: We at Raging Bull are devoted to helping teach you how to navigate the market in any condition. That's why our new Education Suite is guaranteed to prepare you for trading in 30 days or less. Unless otherwise required by applicable law in your jurisdiction, if you complete all the education modules in the Education Suite within the first 30 days after purchase and aren't satisfied with it within that time, we will refund the full amount of your purchase and subsequently terminate your access. All education modules must be completed within 30 days to be eligible for a refund. Refunds are not available for customers 30 days after a purchase. To request a refund or to ask a question regarding the 30-day money back guarantee, call our support team at 833-785-0452 or email us at support@ragingbull.com. We look forward to having you as a long-time member!

**LOGGED IN AS**

**③ ENTER YOUR**
## Credit Card Details

**Card Information**
Name (as it appears on card)

Card Number

Expiration Date

Security Code

**Billing Information**
Country
United States
Address 1

Address 2

City

State / Province
AK - Alaska

Postal Code

app.ragingbull.com/checkout/package/daily-deposits

RagingBull | Improve Your Tradin   Daily Deposits

ADD CARD

## Place Your Order

**4**

DAILY DEPOSITS

Daily Deposits Platinum                $1,497

Total: **$1,497**

Your subscription will automatically renew at **$97 every year** unless you cancel your subscription PRIOR to your renewal date. Your first renewal will take place on the **22nd of October 2021.**

SECURE PAYMENT

Site & Secure SSL Encrypted

VISA   DISCOVER   AMERICAN EXPRESS

**PLACE MY ORDER**

**Terms & Conditions**

RagingBull.com, LLC owns and maintains the website known as DailyProfitMachine.com ("the Site") subject to your compliance with the terms and conditions set forth in this Agreement. By using the Site, you agree to be bound by these terms and conditions. If you do not

Copyright © Raging Bull. All Rights Reserved.   |   Disclaimer   |   Terms & Conditions   |   Refund Policy

RagingBull.com is a US Based Business   |   Address: 62 Calef Hwy. #233 Lee, NH 03861

Questions? Call our VIP Concierge Team on standby 833-785-0452

app.ragingbull.com/checkout/package/daily-deposits

RagingBull | Improve Your Tradi...        Daily Deposits

**CHOOSE**
## Your Plan
WEEKLY WINDFALLS

**1** ⦿ Best Deal   ~~$7,497~~ **$2,499**
LIMITED SPOTS! Unlimited Membership - Pay ONCE and then just $1 per year. (Normally $7497) Includes Scanner for FREE + Everything Below for this ONE-TIME PAYMENT!

○ Great Deal   ~~$2,497~~ **$1,499**
1 Year Membership to Weekly Windfalls + SCANNER FREE. Get Instant Savings On
• Weekly Windfalls (Normally $2,497)
• Scanner (Normally $1499 Standalone Product)
• Advanced Notice of Jason's Trades
• First Access to the RagingBull App Trade Alerts

**Total:**   **$2,499**
You are saving $4,998!

**2**  **ENTER YOUR**
## Account Details
LOGGED IN AS

**3**  **ENTER YOUR**
## Credit Card Details

WEEKLY BOOKIE PRESENTS
**WEEKLY WINDFALLS**
WITH JASON BOND

FOUNDING MEMBER PRICE: **$1499**

WHAT'S INCLUDED:
JASON'S SCANNER (A $1500 VALUE) **INCLUDED FREE!**

PLUS! THE **COMPLETE** PACKAGE!

\* These are hypothetical examples of what the scanner produces for educational and information purposes only, not investment advice

**Advanced Notice**

Get Notified BEFORE Jason Enters a Trade

a.m. WeeklyWindfalls June 18

**App Trade Alerts**

Real-time alerts sent right from our RagingBull App! Be one of the first in our Beta release!

RAGINGBULL

DIS bull puts. I'd like to sell a put spread on DIS, maybe $115/$110 for $2 premium if I can get close to that. As parks open back up I dont think

NOW

**Education**

---

③ ENTER YOUR
**Credit Card Details**

**Card Information**

Name

Card Number

Expiration Date

Security Code

**Billing Information**

Country

United States

Address 1

Address 2

City

State / Province

AK - Alaska

Postal Code

**ADD CARD**

④ **Place Your Order**



**Education Vault**

Jason's Option Training and Video Lessons

# ARE YOU READY TO TAKE ADVANTAGE OF SUCKER BETS?

## HOW I'VE HELPED OTHERS

"I am REALLY enjoying the profits Jason's new service is providing me. I'm trading a small taccount, but with a win rate of 5 winners out of 5 trades, my account won't be small for long. THANKS JASON. THIS IS THE BEST SERVICE OFFERED BY RAGING BULL - BAR NONE."



### 4 Place Your Order

**WEEKLY WINDFALLS**

Weekly Windfalls Platinum Subscription        $2,499

*Your subscription will automatically renew at $1 every year unless you cancel your subscription PRIOR to your renewal date. Your first renewal will take place on the 22nd of October 2021*

**Total: $2,499**

**Terms & Conditions**

RagingBull.com, LLC owns and maintains the website known as WeeklyWindfalls.com ("the Site") subject to your compliance with the terms and conditions set forth in this Agreement. By using the Site, you agree to be bound by those terms and conditions. If you do not

☐ I agree to the terms and conditions

**PLACE MY ORDER**

SECURE PAYMENT    Site & Secure SSL Encrypted

"I am REALLY enjoying the profits Jason's new service is providing me. I'm trading a small taccount, but with a win rate of 5 winners out of 5 trades, my account won't be small for long. THANKS JASON. THIS IS THE BEST SERVICE OFFERED BY RAGING BULL - BAR NONE."

**– BEN MALITZ**

"Needless to say, with one week of trades, I have "paid for" the WW lifetime fee, as well as my bills for the month...My P/L was $8,076.12 for 1 week's worth of trades!!"

**– MARVIN DOMONDON**

"JB - 10 for 10 on WW for $17,290 in profits! Lovin this service."

**– KEVIN SCH**

"Net $12.5K this week, WW Total Profit $22.5K for all position I was able to enter. THANKS JB!!! I'm still 100% profitable on WW trades."

**– RIC EAG**

**If you prefer to place your order by phone or have any questions, our VIP Concierge Team is here to serve at your convenience, just call 877-379-4023**

**Attachment XX**          **PX 27, 2202**

**– BEN MALTZ**

"Needless to say, with one week of trades, I have "paid for" the WW lifetime fee, as well as my bills for the month...My P/L was $8,076.12 for 1 week's worth of trades!!"

**– MARVIN DOMONIDON**

"JB - 10 for 10 on WW for $17,290 in profits! Lovin this service."

**– KEVIN SCH**

"Net $12.5K this week, WW Total Profit $22.5K for all position I was able to enter. THANKS JB!!! I'm still 100% profitable on WW trades."

**– RIC EAG**

If you prefer to place your order by phone or have any questions, our VIP Concierge Team is here to serve at your convenience, just call **877-379-4023**

Copyright © Raging Bull. All Rights Reserved.   Disclaimer   Terms & Conditions   Refund Policy

RagingBull.com is a US Based Business   Address: 62 Calef Hwy. #233 Lee, NH 03861

Questions? Call our VIP Concierge Team on standby: 877-379-4023

CHOOSE
# Your Plan

IPO PAYDAY

**BEST DEAL -**
**Extremely Limited**
**Seats Available**      ~~$4,497~~ **$1,497**

Lifetime membership. Collect your IPO
PayDays for life.

Normally $1,997 (includes everything
below for one LIFE)

**GREAT DEAL**      ~~$1,997~~ **$997**

1 Year membership. Get Instant Savings
On:

- IPO Payday (Normally $997)
- Live IPO SMS & Email Alerts
- Master IPO Calendar / Watchlist
- Ben's Live IPO Portfolio
- Detailed Analysis For Each New IPO
- Video Training Bundle & Education
  Suite

**Total:**      **$1,497**
You are saving $3,000!

ENTER YOUR
## Account Details

LOGGED IN AS

IPO PAYDAY
WITH BEN STURGILL

# $997

ONE TIME
INAUGURAL
MEMBER PRICE

IPO MASTER
CALENDAR

\+

GREEN/YELLOW/RED
LIGHT ALERTS FOR
ALL IPOS

EDUCATION

\+

TRADING BLUEPRINT
FOR EACH GREEN
LIGHT IPO

**Attachment YY**      **PX 27, 2204**





"you will never miss another opportunity to profit. I'll make sure of it!"
— Ben Sturgill

Refund Policy: IPO Payday delivers time-sensitive training and education, and thus a strict "no refund" policy is in place. If you wish to stop your service, please cancel prior to the renewal date listed on your profile to avoid renewing. Cancelling on/after the renewal date is considered a late cancellation and does not constitute a refund

| | | |
|---|---|---|
| Master IPO Calendar / Watchlist | $997 | $0 |
| Ben's Live IPO Portfolio | $997 | $0 |
| Detailed Analysis For Each New IPO | $797 | $0 |
| Video Training Bundle & Education Suite | $799 | $0 |
| Platinum Subscription | $1,497 | |

You are saving $4,497!

Total: $1,497

Your subscription will automatically renew at $99 every year unless you cancel your subscription PRIOR to your renewal date. Your first renewal will take place on the 23rd of October 2021.

SECURE PAYMENT   Site & Secure SSL Encrypted

PLACE MY ORDER

Terms & Conditions

RagingBull.com, LLC owns and maintains the website known as https://ragingbull.com/ ("the Site") subject to your compliance with the terms and conditions set forth in this Agreement. By using the Site, you agree to be bound by these terms and conditions. If you do not

Copyright © Raging Bull. All Rights Reserved    Disclaimer | Terms & Conditions | Refund Policy

RagingBull.com is a US Based Business    Address: 62 Calef Hwy. #233 Lee, NH 03861

Questions? Call our VIP Concierge Team on standby 833-785-0452



# AT LEAST 3 BIG MONEY TRADE ALERTS PER WEEK

## 100% PROFIT TARGETS

I've reviewed some of the biggest trades of my career. Trades like these…



And I've realized that all of my Big Money Trade setups all had one simple pattern in common… My High Conviction "Crossover" Pattern.

and for the first time ever, I've developed a scanner that hunts down this pattern for me."



CHOOSE
## Your Plan

HIGH OCTANE OPTIONS

⦿ **Platinum**  $4,998 **$2,499**
**Subscription**
PAY ONCE, then just $1 per year to keep your subscription active!
Access to Jeff's Octane Scanner
Real Time Trade alerts, Each With 100%+ Profit Potential
Brand New: "Octane Trade Zone" with every alert!
High Octane Live Streaming Portfolio
Access to Jeff's Exclusive Educational Suite

◯ **Annual Subscription**  $2,998 **$1,499**
Everything Below for One Year:

Access to Jeff's Octane Scanner
Real Time Trade alerts, Each With 100%+ Profit Potential
Brand New: "Octane Trade Zone" with every alert!
High Octane Live Streaming Portfolio
Access to Jeff's Exclusive Educational Suite

**Total:**        **$2,499**
                  You are saving $2,499!

ENTER YOUR
## ② Account Details

LOGGED IN AS

hunts down this pattern for me."

HIGH OCTANE OPTIONS

**SCANNER**

| Symbol | Last | Time | SecondBar | Dir |
|---|---|---|---|---|
| EPAN | 229.27 | 13:30:05 | 38 | -1 |
| ABT | 90.98 | 13:30:00 | 29 | -1 |
| HMN | 38.01 | 12:32:50 | 17 | 1 |
| SCNL | 31.29 | 12:31:59 | 18 | 1 |
| INK | 51.42 | 12:31:59 | 18 | 1 |
| TECH | 258.87 | 12:31:11 | 20 | -1 |
| LCQ | 106.15 | 12:31:10 | 17 | 1 |
| ARGO | 35.26 | 12:31:09 | 18 | 1 |
| DOO | 34.15 | 12:31:08 | 15 | 1 |
| HURG | 47.31 | 12:31:02 | 16 | 1 |
| ONA | 32.21 | 12:30:48 | 19 | 1 |
| ABG | 76.8 | 12:30:40 | 19 | -1 |
| IEE | 67.88 | 12:30:28 | 9 | 1 |

*MY PROPRIETARY OCTANE SCANNER IS CONTINUOUSLY SCANNING THE MARKET AND INSTANTLY SPITS OUT A LIST OF STOCKS THAT ARE FLASHING MY FAVORITE BREAKOUT PATTERN.*

I use this breakout pattern to identify stocks that I believe are poised to explode higher or fall off a cliff.

Not only that, but for the first time ever, I'm including an "Octane Trade Zone" with every alert...

$2.00 – $2.40

LOGGED IN AS

ENTER YOUR
**Credit Card Details**

3

**Card Information**

Name as it appears on card

Card Number

Expiration Date

Security Code

**Billing Information**

Country
United States

Address 1

Address 2

City

State / Province
AK - Alaska

Postal Code

# $2.00 – $2.40

## "OCTANE TRADE ZONE"

My Octane Trade Zone lays out my price ceiling and floor for each buy alert, and tells you where I'm comfortable getting into a trade.

Designed so that you never chase another trade! You'll know my full trade plan, down to the exact buy windows I'm looking for.

## THESE TWO BRAND NEW ADDITIONS:

## 1. HIGH OCTANE SCANNER
## 2. "OCTANE TRADE ZONE" ALERTS

Were developed specifically by me to help you learn how to

---

**Postal Code**

**ADD CARD**

$2,499

## 4  Place Your Order

**HIGH OCTANE OPTIONS**

High Octane Options Platinum Subscription

### Total: $2,499

Your subscription will automatically renew at $1 **every year** unless you cancel your subscription PRIOR to your renewal date. Your first renewal will take place on the **23rd of October 2021**.

**Terms & Conditions**

RagingBull.com, LLC owns and maintains the website known as RagingBull.com ("the Site") subject to your compliance with the terms and conditions set forth in this Agreement. By using the Site, you agree to be bound by these terms and conditions. If

☐ I agree to the terms and conditions

**SECURE PAYMENT**  Safe & Secure SSL Encrypted
VISA  DISCOVER

**PLACE MY ORDER**

**CHECK OUT THE FULL HIGH OCTANE OPTIONS PACKAGE HERE:**

**ACCESS TO JEFF'S OCTANE SCANNER**

**REAL TIME TRADE ALERTS, EACH WITH 100%+ PROFIT POTENTIAL**

**BRAND NEW! "OCTANE TRADE ZONE" FULL-TRANSPARENCY ALERTS**

$2.00 - $2.40

**Attachment ZZ**        **PX 27, 2211**



**HIGH OCTANE LIVE STREAMING PORTFOLIO ACCESS**

**ACCESS TO JEFF'S EXCLUSIVE EDUCATIONAL SUITE**

If you prefer to place your order by phone or have any questions, our VIP concierge team is here to serve you 24/7 at 855-931-3845.

DISCLAIMER: To more fully understand www.Ragingbull.com, LLC ("RagingBull") subscription, website, application or other service ("Services"), please review our full disclaimer located at https://ragingbull.com/disclaimer. FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE. Any RagingBull Service offered is for educational and informational purposes only and should NOT be construed as a securities-related offer or solicitation, or be relied upon as personalized investment advice. RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision. RESULTS PRESENTED NOT TYPICAL OR VERIFIED. RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of the persons voluntarily providing the testimonial. However, subscribers' trading results have NOT been tracked or verified and past performance is

subscription, website, application of other service ( services ), please review our full disclaimer located at https://ragingbull.com/disclaimer. FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY. NOT INVESTMENT ADVICE. Any RagingBull Service offered is for educational and informational purposes only and should NOT be construed as a securities-related offer or solicitation, or be relied upon as personalized investment advice. RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision. RESULTS PRESENTED NOT TYPICAL OR VERIFIED. RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of the persons voluntarily providing the testimonial. However, subscribers' trading results have NOT been tracked or verified and past performance is not necessarily indicative of future results, and the results presented in this communication are NOT TYPICAL. Actual results will vary widely given a variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. Investing in securities is speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment. RAGINGBULL IS NOT AN INVESTMENT ADVISOR OR REGISTERED BROKER. Neither RagingBull nor any of its owners or employees is registered as a securities broker-dealer, broker, investment advisor (IA), or IA representative with the U.S. Securities and Exchange Commission, any state securities regulatory authority, or any self-regulatory organization. WE MAY HOLD SECURITIES DISCUSSED. RagingBull has not been paid directly or indirectly by the Issuer of any security mentioned in the Services. However, Ragingbull.com, LLC, its owners, and its employees may purchase, sell, or hold long or short positions in securities of the companies mentioned in this communication.

Refund Policy: High Octane Options delivers time-sensitive training and education, and thus a strict "no refund" policy is in place. If you wish to stop your service, please cancel prior to the renewal date listed on your profile to avoid renewing. Cancelling on/after the renewal date is considered a late cancellation and does not constitute a refund

Copyright © Raging Bull. All Rights Reserved.  |  Disclaimer  |  Terms & Conditions  |  Refund Policy

RagingBull.com is a US Based Business   Address: 62 Calef Hwy. #233 Lee, NH 03861

Questions? Call our VIP Concierge Team on standby: 833-785-0452

ONLY 100 SPOTS OPEN TODAY!

PROFIT PRISM

Learn from me as I 10X my account: $1,000->$10,000 in just 90 days!

I ended Challenge 6 with 2051% growth in 2020.

And it wasn't with a huge account - I started with just $500 and ended with $10,758.*

① CHOOSE
**Your Plan**

PROFIT PRISM

○ **BEST DEAL - LIMITED SEATS AVAILABLE**   $5,084 $799
LIMITED SPOTS! Annual membership. Lock in your Profit Prism savings for 1 year.

Normally $5,084 (includes everything below for 1 year)

○ **GREAT DEAL - Quarterly**   $1,271 $297
Quarterly Membership To Profit Prism.

Get Instant Savings On

• Profit Prism (Normally $5,085 Per Year)
• Trade Alerts Via Email & Text
• Evening Video Watch List
• Elite Training Videos

☆ BONUS: Small Account Challenge LIVE Updates
☆ BONUS: Complete Trading DVD Set

**Total:**   $799
You are saving $4,285!

② ENTER YOUR
**Account Details**

LOGGED IN AS