**ENTER YOUR**
**Credit Card Details**

**3**

**Card Information**

Name (as it appears on card)

Card Number

Expiration Date

Security Code

**Billing Information**

Country

United States

Address 1

Address 2

City

State / Province

AK - Alaska

Postal Code

**ADD CARD**

*Results presented are not typical and may vary from person to person. Please see our Testimonials Disclaimer here: https://ragingbull.com/disclaimer.

## But I never stop: I'm on Challenge 7 right now and want you with me.

Get access to every Small Account Challenge with Profit Prism. You've been challenged...

**EXCLUSIVE**
**LIMITED TIME PRICE:**
*$5,000 PER YEAR*
**$297**
*QUARTERLY*

**HERE'S WHAT YOU GET**

Bonus DVD

Education

Video Watch List

Alerts

app.ragingbull.com/checkout/package/profit-prism

RagingBull | Improve Your Tradi...

Profit Prism

## 4 Place Your Order

**PROFIT PRISM**

| | | |
|---|---|---|
| Trade Alerts Via Email & Text | $1,596 | $0 |
| Evening Video Watch List | $999 | $0 |
| Elite Training Videos | $799 | $0 |
| Complete Trading DVD Set | $1,691 | $0 |
| Profit Prism Subscription ⓘ | | $799 |

You are saving $5,085!

**Total: $799**

ADD CARD

Your subscription will automatically renew at $799 every year unless you cancel your subscription PRIOR to your renewal date. Your first renewal will take place on the 22nd of October 2021.

**SECURE PAYMENT** — Safe & Secure SSL Encrypted — VISA DISCOVER

PLACE MY ORDER

**Terms & Conditions**

RagingBull.com, LLC owns and maintains the website known as PennyPro.com ("the Site") subject to your compliance with the terms and conditions set forth in this Agreement. By using the Site, you agree to

---

### ALL OF THIS COMBINED EQUALS:

# THE ULTIMATE 10-MINUTE TRADING STRATEGY FOR ANY ACCOUNT SIZE

"Wall Street wants you to believe that you need to have a lot of money to make big profits in the stock market. I help everyday people make huge profits in the stock market, regardless of their trading account size. All with just a few minutes per day."

**— JEFF WILLIAMS**

### RECENT SMALL ACCOUNT CHALLENGE RESULTS:

PROFIT PRISM

CHALLENGE #1

$25,000

app.ragingbull.com/checkout/package/profit-prism

## MEMBER'S CASHING IN DURING THEIR 10 MINUTE TRADING DAY:

**205% increase**

*Results presented are not typical and may vary from person to person. Please see our Testimonials Disclaimer here: https://ragingbull.com/disclaimer.*

"Another successful 10 minute workday! Just keep handing me those checks and I will keep cashing them. Small account update: started with $1000 and after 5 trading days I hit my first goal. All this is because of the trading and education... $4445 in 5 days!"

**- Nathan B.***

"Thanks Jeff, 1st day of membership on Friday, BTO 2K EARS at .9215, sold on Monday for $1.39 for a total $937 (over the weekend), for 42%."

**- Art S.***

– Art S.*

"Today I was sitting in a waiting area for my car to be fixed when I saw your alert for IGC. I got in at $6.30 and got out at $6.70 about 15 minutes later for the fastest $600 I have ever made."

– Nick Z.*

" I have officially doubled my money from the start of the holiday blitz I am up to $6,200"

– Flan*

*RagingBull does NOT track or verify subscribers' individual trading results and these individual experiences should NOT be understood as typical as or representative. Please see our Testimonials Disclaimer here: https://ragingbull.com/disclaimer.

**IF YOU PREFER TO PLACE YOUR ORDER BY PHONE OR HAVE ANY QUESTIONS, OUR VIP CONCIERGE TEAM ARE HERE TO SERVE YOU,**
**24/7 AT 833-785-0452**

**DISCLAIMER:** To more fully understand any Ragingbull.com, LLC ("RagingBull") subscription, website, application or other service ("Services"), please review our full disclaimer located at https://ragingbull.com/disclaimer.

**FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE.** Any RagingBull Service offered is for educational and informational purposes



**FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE.** Any RagingBull Service offered is for educational and informational purposes only and should NOT be construed as a securities-related offer or solicitation, or be relied upon as personalized investment advice. RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision.

**RESULTS PRESENTED NOT TYPICAL OR VERIFIED.** RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of the persons voluntarily providing the testimonial. However, subscribers' trading results have NOT been tracked or verified and past performance is not necessarily indicative of future results, and the results presented in this communication are NOT TYPICAL. Actual results will vary widely given a variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. Investing in securities is speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment. RAGINGBULL IS NOT AN INVESTMENT ADVISOR OR REGISTERED BROKER. Neither RagingBull nor any of its owners or employees is registered as a securities broker-dealer, broker, investment advisor (IA), or IA representative with the U.S. Securities and Exchange Commission, any state securities regulatory authority, or any self-regulatory organization. WE MAY HOLD SECURITIES DISCUSSED. RagingBull has not been paid directly or indirectly by the issuer of any security mentioned in the Services. However, Ragingbull.com, LLC, its owners, and its employees may purchase, sell, or hold long or short positions in securities of the companies mentioned in this communication.

**Refund Policy:** Profit Prism delivers time-sensitive training and education, and thus a strict "no refund" policy is in place. If you wish to stop your service, please cancel prior to the renewal date listed on your profile to avoid renewing. Cancelling on/after the renewal date is considered a late cancellation and does not constitute a refund

Copyright © Raging Bull. All Rights Reserved.   Disclaimer   Terms & Conditions   Refund Policy

RagingBull.com is a US-Based Business   Address: 62 Calef Hwy. #233 Lee, NH 03861

Questions? Call our VIP Concierge Team on standby: 833-785-0452

ONLY 100 SPOTS OPEN TODAY!

PROFIT PRISM
PLATINUM

Trade Alongside Me As I Explode A $500 Account By 1,000%+

I've successfully made over 1,000% in profits with my small account challenges in both 2018 and 2019.

Follow me as I take it to the next level by targeting a 1000%+ profit in just a few short months. $500 to $5,500+.

Get access to every Small Account Challenge with Profit Prism Platinum. You've been challenged...

$4,957 PER YEAR
$1497

EXCLUSIVE
LIMITED TIME PRICE:

1 CHOOSE
Your Plan

STOCK PROFIT PRO

● Stock Profit Pro   $7,499 $2,497

Get access to everything included in Stock Profit Pro without having to pay for your subscription ever again. You can keep access as long as Jeff is trading.

PLUS receive these additional bonuses (today only):

⭐ BONUS #1 ⭐
Heirloom Program. Share your membership with any family member... 100% Free

Total:   $2,497
You are saving $4,994!

2 ENTER YOUR
Account Details

LOGGED IN AS

3 ENTER YOUR
Credit Card Details

Card Information
Name (as it appears on card)

app.ragingbull.com/checkout/package/profit-prism-platinum

5:17 PM
10/22/2020

RagingBull | Improve Your Tradin...   Stock Profit Pro

Type here to search

Attachment BBB          PX 27, 2222

ENTER YOUR
## Credit Card Details

③

**Card Information**

Name (as it appears on card)

Card Number

Expiration Date

Security Code

**Billing Information**

Country

United States

Address 1

Address 2

City

State / Province

AK - Alaska

Postal Code

**ADD CARD**

④ Place Your Order

---

Profit Prism Platinum. You've been challenged...

$4957 PER YEAR

$1497

**EXCLUSIVE**
LIMITED TIME PRICE:

## HERE'S WHAT YOU GET

Profit Prism Education Suite

Profit Prism Video Watch List

Profit Prism Alerts

24/7 Access To Chat Room

BONUS: Small Account Challenge Updates

Live Streaming

Private Email Mentoring

## ALL OF THIS COMBINED EQUALS:

## THE ULTIMATE 10-MINUTE TRADING STRATEGY FOR

app.ragingbull.com/checkout/package/profit-prism-platinum

**220% in 2 months**

**CHALLENGE #3**

**600% gains**

**CHALLENGE #4**

## THEIR 10 MINUTE TRADING DAY:

"Another successful 10 minute workday! Just keep handing me those checks and I will keep cashing them. Small account update: started with $1000 and after 5 trading days I hit my first goal. All this is because of the trading and education… $4445 in 5 days!"

**- Nathan B.***

"Today I was sitting in a waiting area for my car to be fixed when I saw your alert for ICC. I got in at $6.30 and got out at $6.70 about 15 minutes later for the fastest $600 I have ever made."

**- Nick Z.***

"Thanks Jeff, 1st day of membership on Friday, BTO 2K EARS at .9215, sold on Monday for $1.39 for a total $937 (over the weekend), for 42%."

**- Art S.***

" I have officially doubled my money from the start of the holiday blitz I am up to $6,200"

**- Flan***

## IF YOU PREFER TO PLACE YOUR ORDER BY PHONE OR HAVE ANY QUESTIONS, OUR VIP CONCIERGE TEAM ARE HERE TO SERVE YOU.

**IF YOU PREFER TO PLACE YOUR ORDER BY PHONE OR HAVE ANY QUESTIONS, OUR VIP CONCIERGE TEAM ARE HERE TO SERVE YOU, 24/7 AT 844-963-1913**

"Testimonials are believed to be true based on the representations of the persons providing the testimonials, but investment performance results stated in testimonials have not been independently audited or verified nor has there been any attempt to determine whether any testimonials are representative of the experiences of all persons using the methods described herein or to compare the experiences of the persons giving the testimonials after the testimonials were given. The average reader should not necessarily expect the same or similar results. Results will vary widely given the various trading strategies, risk management practices, and the amount of capital individual traders are working with. To be sure, it is very easy to lose money day trading, which is why we recommend educating yourself as much as possible before you even think about trying it. Past performance is not necessarily indicative of future results. No person was compensated for providing a testimonial.

Refund Policy: Stock Profit Pro delivers time-sensitive training and education, and thus a strict "no refund" policy is in place. If you wish to stop your service, please cancel prior to the renewal date listed on your profile to avoid renewing. Cancelling on/after the renewal date is considered a late cancellation and does not constitute a refund

Copyright © Raging Bull. All Rights Reserved.   |   Disclaimer   |   Terms & Conditions   |   Refund Policy

RagingBull.com is a US-Based Business   |   Address: 62 Calef Hwy. #233 Lee, NH 03861

Questions? Call our VIP Concierge Team on standby: 833-785-0452








(Monthly $7,755)

- Email & SMS Alerts
- Nathan's Live Portfolio
- Mastermind Video Lessons
- Live Training Sessions
- Live Trading Updates
- Learn How to Trade Options With a Master
- How to Find Trades Training

**Total:** $2,499
You are saving $8,998!

**2** ENTER YOUR **Account Details**

LOGGED IN AS

**3** ENTER YOUR **Credit Card Details**

Card Information
Name (as it appears on card)

Card Number

Expiration Date

Security Code

Billing Information

$2499

LIFETIME GUARANTEE

WITH YOUR LIFETIME PURCHASE, YOU'RE GUARANTEED TO HIT 12, 100% WINNERS THIS COMING YEAR! *

〉 USE THE SPECIAL ATTENDEE LINK BELOW! 〉

ORDER FLOW

WEEKLY LIVE TRAININGS

LIVE STREAMING

DAILY PORTFOLIO VIDEOS

+

app.ragingbull.com/checkout/package/nate-bear-wmm

Weekly Money Multiplier

RagingBull | Improve Your Tradi...

Joinnow Live Webinars

THE MILLION DOLLAR OPTIONS STRATEGY!

I didn't understand the importance of simplicity until I went

EDUCATION

+

TRADE ALERTS

**LIFETIME BONUS!**

Lock in a $500 ACCOUNT CREDIT on a future purchase of a RagingBull product when you become a lifetime member

RagingBull
GIFT CARD

**Billing Information**

Country
United States

Address 1

Address 2

City

State / Province
AK - Alaska

Postal Code

ADD CARD

4 **Place Your Order**

**WEEKLY MONEY MULTIPLIER**

Your Weekly Money Multiplier subscription includes immediate access to:

| | | |
|---|---|---|
| Mastermind Video Lessons | $999 | $0 |
| Live Training Sessions | $799 | $0 |
| Live Trading Updates | $299 | $0 |
| Learn How to Trade Options With a Master | $1,299 | $0 |



WeeklyMoneyMultiplier.com ("the Site") subject to your compliance with the terms and conditions set forth in this Agreement. By using the Site, you agree to be bound by these

Jul 16, 9:38 AM
**gary tlr:** Out 1/2 of ROKU 7/19 $105 calls + 70%, thx Nate for the lessons!!

Jul 11, 4:11 PM
**dave rol:** Thanks Nathan for the ROKU trade $1,350 gain on 20 contracts so far

Jul 18, 3:23 PM
**philip gar:** Nate...I'm now up 9k on 30k account after today

Jul 16, 11:09 AM
**robert hel:** NATE up 121% on MTCH and taking half off Thank You SIR!!!

Jul 18, 3:04 PM
**mark kus:** MDT past the 127.2 target. Sold 50% earlier for about 200%, I'll exit the rest here for a similar %

Jul 17, 11:18 AM
**andrea jen:** Nathan's SHOP trade up over 1500% !!! Holy guacamole !

Jul 18, 10:47 AM
**jason mcg:** 200% on TTD lots!

Jul 18, 10:22 AM
**albert ber:** been great trading since July 3rd. Had 5K in my account now just about to break 25K. Cool calculated picks staying disciplined and not chasing

\* As a lifetime member of Weekly Money Multiplier, we are guaranteeing that you will hit 12 100% winners over the next year, starting from this date: September 26, 2019. If you do not do so, you will be refunded $500 of your lifetime purchase, no questions asked. With this lifetime purchase, you will also receive a $500 credit to any other RB service priced $1000 or above.

Refund Policy: Weekly Money Multiplier delivers time-sensitive training and education, and thus a strict "no refund" policy is in place. If you wish to stop your service, please cancel prior to the renewal date listed on your profile to avoid renewing. Cancelling on/after the renewal date is considered a late cancellation and does not constitute a refund

Copyright © Raging Bull. All Rights Reserved.   Disclaimer | Terms & Conditions | Refund Policy

RagingBull.com is a US-Based Business   Address: 62 Calef Hwy. #233 Lee, NH 03861

Questions? Call our VIP Concierge Team on standby 833-785-0452

Attachment CCC       PX 27, 2234

## Credit Card Details

**Card Information**

Name as it appears on card

Card Number

Expiration Date

Security Code

**Billing Information**

Country
United States

Address 1

Address 2

City

State / Province
AK - Alaska

Postal Code

ADD CARD

## Place Your Order

I'VE MADE OVER $7 MILLION TRADING OVER THE LAST 5 YEARS AND WITH DOLLAR ACE, I KNOW THAT $10 MILLION WILL BE QUICKLY WITHIN REACH. IT LETS ME PROFIT IN A BULL AND BEAR MARKET CONSISTENTLY BY TRACKING "INSIDER" BUYING AND SELLING

**— KYLE DENNIS**

**HUGE PROFITS FROM KYLE'S MEMBERS!**

"MADE 1500% ON YOUR AMRN PICK LOL"
- JASON P.

"WW 350% ON CALLS .. THX KYLE!!"
- JOHN SYNDER

"I FIGURED THE RISK WAS RELATIVELY LOW AND DECIDED TO HOLD OVER THE EVENT FOR 510% PROFIT. THANKS!" – WILLIAM B.

"UP 10 K ON IT BROTHER YOU ARE THE MAN!"
- MICHAEL H.

"CLOSED SNAP CALLS BOUGHT JULY PUTS. 357% GAIN."
- WALTER K

IF YOU PREFER TO PLACE YOUR ORDER BY PHONE OR HAVE ANY QUESTIONS, OUR VIP CONCIERGE TEAM IS HERE TO SERVE AT YOUR CONVENIENCE, JUST CALL
**833-265-1270**





# LOTTO X

### WITH NATHAN BEAR

*How To Use Limited Funds to Generate Exponential Returns*

5 Trades A Week
100% Profit Targets
Less than $3.00 PER TRADE
Profit in 3 Days or Less

**WITH YOUR UNLIMITED PLAN PURCHASE, YOU'RE GUARANTEED TO BE ALERTED AT LEAST 50, 100% WINNERS THIS COMING YEAR OR YOUR MONEY BACK!***

My Proprietary LottoX Indicator teaches you to identify when I believe stocks are going to pop, and how I time my entry and exits for maximum profit-taking.



In fact, just in the last few months, this indicator *has alerted me to 300%... 600%... Even 1,000%+ winners.*

| | |
|---|---|
| **Lam RESEARCH**<br>TICKER **LRCX**  HOLD TIME **1 DAY**<br>PERCENT PROFIT<br>**215.32%** | **TESLA**<br>TICKER **TSLA**  HOLD TIME **1 DAY**<br>PERCENT PROFIT<br>**187.97%** |
| **TESLA**<br>TICKER **TSLA**  HOLD TIME **2 DAYS**<br>PERCENT PROFIT<br>**196.77%** | **AutoZone**<br>TICKER **AZO**  HOLD TIME **2 DAYS**<br>PERCENT PROFIT<br>**209.89%** |





I show you all this to say - these opportunities are everywhere.

Frankly, there are hundreds every single day...

And with my LottoX Indicator, they've never been easier for me to spot.

I alert at least 5 of trades a week that I like, if not more!



"My LottoX Indicator is completely changing the way I approach the market. I mean... it brought me $1.3 million profit in 2019! I may not be a fancy guy, but I've officially crafted the Bugatti of trading systems... and I'll never go back!"

I tested out my indicator on current subscribers.
These LottoX Plays Are Locks!



"You are the man. Up 31k
so far this week"

- Michael Har

"Nate... I am now up 9k on a 30k
account after today."

- Robert Hei

"Thanks a lot Nate for your time teaching
and changing my trading around.
Up 100% on AZO."

- Anal Dev

"Been great trading since July 3rd.
Had 5k in my account, now just
about to break 25k... Cool
calculated and not chasing"

- Albert Bar

"Made $5000 overnight on a
$10,000 account today
thanks to Nathan."

- Joseph

"ROKU +600%
BOOOOMMMM"

- Ryan Mar

"I'm up 220% on the Netflix butterfly
you showed us yesterday.
Thanks bro!"

- Hakim Mal

"Thanks @nate off QRVO
+125% overnight!"

- Torrey Wei

"I am up 9K this week"

- Pedro Pra

"I kept with yesterday's MTCH
lottos, nice 435% win you
are the man!"

- Jared Sid

If you prefer to place your order by phone or have any questions, my
VIP Concierge Team is here to serve M-F from 9-5 ET, just call.. 833-
757-7767

* As a paying member of LottoX, we are guaranteeing that you will be alerted at least 50 100%
winners over the next year, starting from this date: 10/27/2020. If I do not do so, you will be credited
$500 of your Unlimited Plan purchase, no questions asked.

Refund Policy: LottoX delivers time-sensitive training and education, and thus a strict "no refund"



## UNLIMITED PLAN SUBSCRIPTION $2499
~~$4998~~

PAY ONCE, then lock in your LottoX trades year after year!

**Normally $4,998**

⇧ 5+ LottoX Alerts Each Week

⇧ 100%+ Profit Potential on Each Trade

⇧ Real Time Buy + Sell Alerts

⇧ Weekly LottoX Video Recaps

⇧ Daily Portfolio Updates

⇧ Nathan's Exclusive Educational Suite

⇧ 100+ Hours of Training Materials

**PLUS:**

⭐ **Unlimited Plan BONUS #1** ⭐
LottoX Live Streaming Portfolio

⭐ **Unlimited Plan BONUS #2** ⭐
LottoX Trade Tracker

⭐ **Unlimited Plan BONUS #3** ⭐
Get Started Video Series

Refund Policy: LottoX delivers time-sensitive training and education, and thus a strict "no refund" policy is in place. If you wish to stop your service, please cancel prior to the renewal date listed on your profile to avoid renewing. Cancelling on/after the renewal date is considered a late cancellation and does not constitute a refund

LottoX Live Streaming Portfolio
⭐ **Unlimited Plan BONUS #2**
⭐ LottoX Trade Tracker
⭐ **Unlimited Plan BONUS #3**
Get Started Video Series

**Get Unlimited Access**

## ANNUAL PLAN SUBSCRIPTION $1499
~~$2998~~

Get Instant Savings On:

⇑ 5+ LottoX Alerts Each Week
⇑ 100%+ Profit Potential on Each Trade
⇑ Real Time Buy + Sell Alerts
⇑ Weekly LottoX Video Recaps
⇑ Daily Portfolio Updates
⇑ Nathan's Exclusive Educational Suite
⇑ 100+ Hours of Training Materials

**Get Annual Access**

Copyright © Raging Bull. All Rights Reserved. Disclaimer | Terms & Conditions | Refund Policy
- Address: 62 Calef Hwy #233 Lee, NH 03861

6 STARTUP SECTORS   Discount Code: `6SS-20`   Your Discount Has Been Applied!

# READY TO START INVESTING IN THE NEXT WAVE OF UBERS AND AIRBNBS?

Then it's time you joined the Team...

## ANGEL INVESTING
### I N S I D E R

## FOR A LIMITED TIME, SAVE UP TO $1,130 ON YOUR MEMBERSHIP

**Promotion Valid for 6 Startup Sectors Enrollees ONLY!**

You have just discovered the cutting edge of wealth creation...

With just a few clicks, you could become a part-owner of the next Uber, Facebook, or Airbnb.

### You Are About To Become An Angel Investor

---

**①  CHOOSE**
## Your Plan

ANGEL INVESTING INSIDER

◉ **BEST DEAL - Angel Investing Insider Platinum**   ~~$1,279~~ **$149**

$1,130 Savings - "Forever" Access
- "Unlimited Upgrade Bonus"
- Access to Hand-Picked Startup Deals
- A-Z Angel Investing Guide
- Insider Secrets Interviews
- Private Angel Community

◯ **GREAT DEAL - 1-Year Subscription**   ~~$479~~ **$97**

$382 Savings For One Year!
- Access to Hand-Picked Startup Deals
- A-Z Angel Investing Guide
- Insider Secrets Interviews
- Private Angel Community

**ACT NOW - This Deal Expires Soon!**

**Total:**          **$149**
          You are saving $1,130!

**②  ENTER YOUR**
## Account Details

LOGGED IN AS

---

app.ragingbull.com/checkout/package/aii-special-offer-i

## You Are About To Become An Angel Investor

For a Century, this financial market was reserved for the ultra-rich. No more.

You are going to learn how to invest in the companies of tomorrow—which you really can do with as little as $100!

## No Wealth-Creating Strategy Compares to Angel Investing, Period.

**DOORDASH**
$1,000 Invested
$570,000

**Palantir**
$1,000 Invested
$2.92 million

**carta**
$1,000 Invested
$4.32 million

There are thousands of startups you've never heard of which have delivered comparable gains.

## You Could Be Part-Owner of the Next One!

As a member of Angel Investing Insider, you will have the knowledge and networks of multi-millionaire angel investors Jeff Bishop, Jason Bond, Allan Marshall, and

---

LOGGED IN AS

**3** ENTER YOUR
**Credit Card Details**

**Card Information**

Name *as it appears on card*

Card Number

Expiration Date

Security Code

**Billing Information**

Country
United States

Address 1

Address 2

City

State / Province
AK - Alaska

Postal Code

---

app.ragingbull.com/checkout/package/aii-special-offer-i

investors Jeff Bishop, Jason Bond, Allan Marshall, and Chris Graebe working for you.

## JUST LISTEN TO WHAT OTHER MEMBERS HAD TO SAY:



"I have witnessed firsthand the wealth that can be created through a successful exit, having done it twice myself. With this service, I like the idea that you have diverse people evaluating these opportunities and the ability to get into more startups, which diversifies risk."

**Brent Brinkley, member**

"I used to live in Silicon Valley and work in IT, so I've seen a lot of friends and colleagues have great success investing in companies, but I never had the opportunity to do it myself. When I saw this service, it was a no brainer for me."

**Brian Stevenson, member**

## BY CLAIMING YOUR SPOT IN ANGEL INVESTING INSIDER, YOU ARE JOINING THE CUTTING EDGE OF ANGEL INVESTING

SAVE

---

Postal Code

**ADD CARD**

**4** ● **Place Your Order**

ANGEL INVESTING INSIDER

Angel Investing Insider Platinum          $149

**Total: $149**

Your subscription will automatically renew at $1 **every year** unless you cancel your subscription PRIOR to your renewal date. Your first renewal will take place on the **28th of October 2021**.

**Terms & Conditions**

RagingBull.com, LLC owns and maintains the website known as StartupCamp.com ("the Site") subject to your compliance with the terms and conditions set forth in this Agreement. By using the Site, you agree to be bound by these terms and conditions. If

☐ I agree to the terms and conditions












Site & Secure SSL Encrypted
SECURE PAYMENT   VISA

**PLACE MY ORDER**

app.ragingbull.com/checkout/package/aii-special-offer-i

Angel Investing Insider

SAVE 88%

## Hand-Picked Deals Served On A Silver Platter

As a member of Angel Investing Insider, you will be rushed time sensitive information on multiple live deals, including the following:

DEAL 1

This innovative business products company just aired on Shark Tank… And actually *landed a Shark!*



**DEAL 2**

This startup is buying profitable companies for $5-$10M, revamping them with tech, and selling them for 10x return (over, and over, and over)

**DEAL 3**

There's never been a greater need for fuel efficiency, and this startup's patented fuel additive does that, meaning its a win for fuel companies AND the environment.

But this time-sensitive information is just the beginning. Read on for all you will receive:

## Complete Angel Investor Training

You will become a true angel investor with the help of our step-by-step investing course, New Wave Wealth, with videos, study guides, and case studies.



videos, study guides, and case studies.

## NEW WAVE
### W E A L T H

For investors-on-the-go, you'll receive not one but TWO additional investing guides, *Ride The Wave* and *Investing Like A Millionaire.*

## Insider Strategies & Analysis

Get in-depth analysis and information on every deal in the *Angel Investing Insider Deal Flow.*

That includes special commentary from Jeff Bishop and Allan Marshall, so you can learn to think like a millionaire investor.

## Join Our Community



Get your questions answered, learn about new deals, and celebrate your wins with your fellow angels in our private community.

## JOIN NOW TO RECEIVE SPECIAL LAUNCH PRICING!

HAND-PICKED STARTUP DEALS

INVESTING LIKE A MILLIONAIRE

INSIDER SECRETS VIDEO SERIES

PRIVATE INVESTOR COMMUNITY

FIRST 60 PEOPLE GET A BONUS!

Normally $479 Annual

$97 Annual NOW!

SAVE $382



$382

Annual  Annual
Normally  NOW!

**RISK-FREE OFFER!**
Not totally satisfied? You're
protected by our 30-day
money-back guarantee!

*Certain restrictions and limitations apply. See below for more details.

## DON'T MISS YOUR CHANCE TO BE A MILLIONAIRE INVESTOR!

Disclaimer: Angel Investing Insider delivers time-sensitive information on startup
investing opportunities. Customers who wish to take advantage of the 30-day money-
back guarantee must place a refund request through RagingBull's customer service
department (email or telephone) within the first 30 days of their membership. Refunds
will be provided as company credit. Investing in startups, like all investing, carries risk.
The content of this service is strictly informational and educational. Angel Investing
Insider, The Boardroom, RagingBull LLC, and StartupCamp LLC are not financial advisors
and do not offer personalized investing advice. All investments are made by the member,
at their own risk.

Copyright © Raging Bull. All Rights Reserved.  |  Disclaimer  |  Terms & Conditions  |  Refund Policy

RagingBull.com is a US Based Business    Address: 62 Calef Hwy. #233 Lee, NH 03861

Questions? Call our VIP Concierge Team on standby: 833-785-0452



Attachment GGG            PX 27, 2253

You are going to learn how to invest in the companies of tomorrow—which you really can do with as little as $100!

## No Wealth-Creating Strategy Compares to Angel Investing. Period.

**DOORDASH** — $1,000 invested — **$570,000**

**Palantir** — $1,000 invested — **$2.92 million.**

**carta** — $1,000 invested — **$4.32 million**

There are thousands of startups you've never heard of which have delivered comparable gains.

## You Could Be Part-Owner of the Next One!

As a member of Angel Investing Insider, you will have the knowledge and networks of multi-millionaire angel investors Jeff Bishop, Jason Bond, Allan Marshall, and Chris Graebe working for you.

## JUST LISTEN TO WHAT OTHER MEMBERS HAD TO SAY:

"I have witnessed firsthand the wealth that can be created through a successful exit, having done it twice myself. With this service, I like the idea that you have diverse people.

---

Phone Number

Enter your phone number for SMS trade alerts. Standard rates apply

Password

Password Confirmation

**SIGN UP**

Already have an account? Sign In!

### ENTER YOUR
### Credit Card Details

3

Please sign in or signup for a new account

Show me a

**ADD A NEW CARD**

4  **Place Your Order**

**ANGEL INVESTING INSIDER**

Angel Investing Insider Platinum          $149

**Total:  $149**

Your subscription will automatically renew at $1 **every year** unless you cancel your subscription PRIOR to your renewal date. Your first renewal will take place on the **30th of November 2021.**

**Terms & Conditions**

RagingBull.com, LLC owns and maintains the website known as StartupCamp.com ("the Site") subject to your compliance with the terms and conditions set forth in this Agreement. By using the Site, you agree to be bound by these terms and





As a member of Angel Investing Insider, you will be rushed time sensitive information on multiple live deals, including the following:

**DEAL 1**
This innovative business products company just aired on Shark Tank. And actually landed a Shark!

**DEAL 2**
This startup is buying profitable companies for $5-$10M, revamping them with tech, and selling them for 10x return (over, and over, and over)

**DEAL 3**
There's never been a greater need for fuel efficiency, and this startup's patented fuel additive does that, meaning its a win for fuel companies AND the environment.

But this time-sensitive information is just the beginning. Read on for all you will receive:

**Complete Angel Investor Training**

You will become a true angel investor with the help of our step-by-step investing course, New Wave Wealth, with



step-by-step investing course, New Wave Wealth, with videos, study guides, and case studies.

## NEW WAVE
### W E A L T H

For investors-on-the-go, you'll receive not one but TWO additional investing guides, *Ride The Wave* and *Investing Like A Millionaire*.

## Insider Strategies & Analysis

Get in-depth analysis and information on every deal in the *Angel Investing Insider* Deal Flow.

That includes special commentary from Jeff Bishop and Allan Marshall, so you can learn to think like a millionaire investor.

## Join Our Community

Get your questions answered, learn about new deals, and celebrate your wins with your fellow angels in our private community.



Attachment GGG    PX 27, 2258



# Terms & Conditions

RagingBull.com, LLC provides the website known as RagingBull.com ("the Site") subject to your compliance with the terms and conditions set forth in this Agreement. By using the Site, you agree to be bound by these terms and conditions. If you do not agree to these terms and conditions, please do not use the Site.

You must be at least 18 years of age to use the Site. If you are not at least 18 years old, please do not access or use the Site.

This Agreement is made between RagingBull.com, LLC and you, the user and/or member of the Sites ("you"). We reserve the right at any time to:

- Change the terms and conditions of this Agreement;
- Change the Site, including eliminating or discontinuing any content on or feature of any of the Site; or
- Change any fees or charges for use of the Site.

Any changes we make will be effective five (5) days after notice of any change is provided to you, which may be done by means including, without limitation, posting on the Site or via electronic mail. Your use of the Site after such notice will be deemed acceptance of such changes. Be sure to review this Agreement periodically to ensure familiarity with the most current version. Upon our request, you agree to sign a non-electronic version of this Agreement.

RagingBull.com, LLC is a publisher. We are not registered as a securities broker-dealer or an investment adviser either with the U.S. Securities and Exchange Commission or with any state securities regulatory authority. The material provided on our Site is for general informational purposes only. No information on the Site is intended as securities brokerage, investment, tax, accounting or legal advice, as an offer or solicitation of an offer to sell or buy, or as an endorsement, recommendation or sponsorship of any company, security, or fund. The information on the Site should not be relied upon for purposes of transacting securities or other investments. We cannot and do not assess, verify or guarantee the adequacy, accuracy or completeness of any information, the suitability or profitability of any particular investment, or the potential value of any investment or informational source. You bear responsibility for your own investment research and decisions, and should seek the advice of a qualified securities professional before making any investment. Any sale or purchase of securities or ownership interest that results from information presented on the Site will be on a negotiated basis between the parties without any additional participation by or remuneration to RagingBull.com, LLC. Before selling or buying any stock or other investment you should consult with a qualified broker or other financial professional to verify pricing information.

Privacy. Our policy with respect to the collection and use of your personal information is set forth in our Privacy Policy seen below.

Code of Conduct. While using the Site you agree not to:

- Restrict or inhibit any other visitor or member from using the Site, including, without limitation, by means of "hacking" or "cracking" or defacing any portion of any of the Site;
- Use the Site for any unlawful purpose;
- Express or imply that any statements you make are endorsed by us, without our prior written consent;
- Intentionally re-register for multiple free trials to the same publication under different email addresses within a six-month period as a means to avoid paying for a given newsletter. Our business requires substantial expenses to operate, including journalist fees, technology-related costs and marketing expenses, among others. In order to cover these expenses, our newsletters are made available only to fee-paid members and limited-time free trial subscribers. By using our site, you agree to respect that fact and to not sign up for more than one free trial to any given newsletter within a six-month period. You are, of course, more than welcome to sign up for one free trial to all of our various publications. You simply cannot sign up for two or more trials to the same newsletter within a six-month period;
- Transmit (a) any content or information that is unlawful, fraudulent, threatening, harassing, abusive, libelous, defamatory, obscene or otherwise objectionable, or infringes on our or any third party's intellectual property or

**Attachment HHH**     # PX 27, 2260     1/7

other rights; (b) any material, non-public information about companies without the authorization to do so; (c) any trade secret of any third party; or (d) any advertisements, solicitations, chain letters, pyramid schemes, investment opportunities, or other unsolicited commercial communication (except as otherwise expressly permitted by us); · Engage in spamming or flooding;

- Transmit any software or other materials that contain any virus, worm, time bomb, Trojan horse, or other harmful or disruptive component;
- Modify, adapt, sublicense, translate, sell, reverse engineer, de-compile or disassemble any portion of any of the Site;
- Remove any copyright, trademark, or other proprietary rights notices contained in the Site;
- Frame" or "mirror" any part of the Site without our prior written authorization;
- Use any robot, spider, site search/retrieval application, or other manual or automatic device or process to retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of the Sites or their contents;
- Harvest or collect information about Site visitors or members without their express consent; or
- Permit anyone else whose account or subscription was terminated or who has not registered or paid for our content to use any portion of the Site through your subscription, username or password.

While using the Site you agree to comply with all applicable laws, rules and regulations.

Registration for Subscription Sites. To have access to certain subscription or members-only sections of our web site, you must be or become a member. When and if you register to become a member, you agree to (a) provide accurate, current, and complete information about yourself as prompted by the appropriate registration form, and (b) to maintain and update your information to keep it accurate, current, and complete. You acknowledge that if any information provided by you is untrue, inaccurate, not current, or incomplete, we reserve the right to terminate this Agreement and your use of the Site. Please note that by signing up for one of our free trial or free newsletter subscriptions, you agree to receive occasional mailings from us in the future regarding certain financial offers that may interest you. You can always opt-out from receiving these offers by simply clicking on the link located at the bottom of each marketing email we send. As part of the registration process, you will also be asked to select a username and password. We may refuse to grant you a username that impersonates someone else, is or may be illegal, is or may be protected by trademark or other proprietary rights law, is vulgar or otherwise offensive, or may cause confusion, as determined by us in our sole discretion. If you have reason to believe that your account is no longer secure, you must promptly change your password by updating your account information, and immediately notify us by visiting our
[Contact Us](#) page.

YOU ARE SOLELY RESPONSIBLE FOR MAINTAINING THE CONFIDENTIALITY OF YOUR USERNAME AND PASSWORD AND FOR ANY AND ALL ACTIVITIES (INCLUDING PURCHASES) THAT ARE CONDUCTED THROUGH YOUR ACCOUNT.

Termination. This Agreement shall remain effective until terminated in accordance with its terms. RagingBull.com, LLC. may terminate this Agreement, and/or your access to and use of the Sites or any portion thereof, immediately, in the event we determine, in our sole discretion, that you have breached this Agreement. In addition, we reserve the right to terminate this Agreement without cause.

Refund Policy. Because premium members immediately benefit from the knowledge of the stats and analytics they purchase, we do not give refunds. You should recognize that investing and trading is a marathon, not a sprint so every last piece of information that can help you learn along the way and give you "an edge" over your competitors is worth investing in, especially when that information costs less per month than a night out of dinner and drinks aka invest in your education!

Submissions. By sending or transmitting to us creative suggestions, ideas, notes, concepts, information, or other materials (collectively, "Materials"), you grant us and our designees a worldwide, non-exclusive, sublicensable (through multiple tiers), assignable, royalty-free, perpetual, irrevocable right to use, reproduce, distribute (through multiple tiers), create derivative works of, publicly perform, publicly display, digitally perform, make, have made, sell, offer for sale and import such Materials in any media now known or hereafter developed, for any purpose whatsoever, commercial or otherwise, without compensation to the provider of the Materials

**Attachment HHH**

**PX 27, 2261**

10/20/2020
Terms and conditions
Case 1:20-cv-03538-GLR Document 13-2 Filed 12/07/20 Page 48 of 157

Disclaimer. We are a publisher. Lighthouse Media is not registered as a securities broker–dealer or an investment adviser either with the U.S. Securities and Exchange Commission or with any state securities regulatory authority. RagingBull.com is intended to provide opinions and analysis of stocks and markets, but is not intended to provide personalized investment advice. DO NOT EMAIL RagingBull.com SEEKING PERSONALIZED INVESTMENT ADVICE, WHICH CANNOT BE PROVIDED. RagingBull.com's stock portfolio and the RagingBull email newsletter(s) represent only our editor's opinions and should not be relied upon for purposes of transacting securities or other investments, nor should they be construed as an offer or solicitation of an offer to sell or buy any security. Lighthouse Media cannot and does not assess, verify or guarantee the suitability or profitability of any particular investment. You bear responsibility for your own investment research and decisions and should seek the advice of a qualified securities professional before making any investment.

Sweepstakes, Contests, and Games. Any sweepstakes, contests, and games that are accessible through the Site are governed by specific rules. By entering such sweepstakes or contests or participating in such games you will become subject to those rules.

Claims of Copyright Infringement. The Digital Millennium Copyright Act of 1998 (the "DMCA") provides recourse for copyright owners who believe that material appearing on the Internet infringes their rights under U.S. copyright law. If you believe in good faith that materials hosted by Lighthouse Media infringe your copyright you (or your agent) may send us a notice requesting that the material be removed, or access to it blocked. If you believe in good faith that a notice of copyright infringement has been wrongly filed against you, the DMCA permits you to send us a counter–notice. Notices and counter-notices must meet the then–current statutory requirements imposed by the DMCA; see http://www.loc.gov/copyright for details. Notices and counter-notices with respect to the Site should be sent to RagingBull.com, LLC, 1910 ESE Loop 323 #168, Tyler TX 75701. We suggest that you consult your legal advisor before filing a notice or counter-notice. Also, be aware that there can be penalties for false claims under the DMCA.

Ownership and Restrictions on Use. ©2012 RagingBull.com, LLC. All Rights Reserved. You may only access and use the materials on the Site, and download and/or print out only one copy of any materials on the Site, solely for your personal use. You may not republish, upload, post, transmit or distribute materials from the Site in any way without our prior written permission. Modification of the materials or use of the materials for any other purpose is a violation of our copyright and other proprietary rights, and is strictly prohibited. You acknowledge that you do not acquire any ownership rights by using the Site.

Jurisdictional Issues. The Site is solely directed to individuals residing in the United States. We make no representation that materials in or related to the Site are appropriate or available for use in other locations. Those who choose to access the Site from other locations do so on their own initiative and at their own risk, and are responsible for compliance with local laws, if and to the extent applicable. We reserve the right to limit the availability of the Site and/or the provision of any service or product described thereon to any person, geographic area, or jurisdiction we so desire, at any time and in our sole discretion, and to limit the quantities of any such service or product that we provide.

Links to Other Websites. The Site may contain links to other Internet websites or resources. We neither control nor endorse such other websites, nor have we reviewed or approved any content that appears on such other websites. You acknowledge and agree that we shall not be held responsible for the legality, accuracy, or inappropriate nature of any content, advertising, products, services, or information located on or through any other websites, nor for any loss or damages caused or alleged to have been caused by the use of or reliance on any such content.

Disclaimer. The site, the materials on the site, and any product or service obtained or accessed through the site are provided "as is" and without representations or warranties of any kind, either express or implied. To the fullest extent permissible pursuant to applicable law, RagingBull.com, LLC, its officers, directors, employees, affiliates, suppliers, advertisers, and agents disclaim all warranties, express, implied or statutory, including, but not limited to, implied warranties of title, non–infringement, merchantability, and fitness for a particular purpose, and all warranties relating to the adequacy, accuracy or completeness of any information on the sites. Applicable law may not allow the exclusion of implied warranties, so the above exclusions may not apply to you. RagingBull.com, LLC and its affiliates, suppliers, agents and sponsors do not warrant that your use of the site will be uninterrupted, error–free, or secure, that defects will be corrected, or that the site or the server(s) on which the site are hosted are free of viruses or other harmful components. You

10/20/2020
Terms and conditions
Case 1:20-cv-03538-GLR   Document 13-2   Filed 12/07/20   Page 49 of 157

acknowledge that you are responsible for obtaining and maintaining all telephone, computer hardware and other equipment needed to access and use the sites, and all charges related thereto. You assume total responsibility and risk for your use of the site and your reliance thereon. No opinion, advice, or statement of RagingBull.com, LLC or its affiliates, suppliers, agents, members, or visitors, whether made on the site or otherwise, shall create any warranty. Your use of the sites and any materials provided through the sites are entirely at your own risk.

A possibility exists that the Site could include inaccuracies or errors, or materials that violate these Terms of Use (specifically, the Code of Conduct above). Additionally, a possibility exists that unauthorized alterations could be made by third parties to the Site. Although we attempt to ensure the integrity of the Site, we make no guarantees as to the Site's completeness or correctness. In the event that such a situation arises, please contact us with, if possible, a description of the material to be checked and the location (URL) where such material can be found on the Sites, as well as information sufficient to enable us to contact you. We will try to address your concerns as soon as reasonably practicable. For copyright infringement claims, see the section on "Claims of Copyright Infringement" above.

NOTICE: Testimonials are believed to be true based on the representations of the persons providing the testimonials, but facts stated in testimonials have not been independently audited or verified. Nor has there been any attempt to determine whether any testimonials are representative of the experiences of all persons using the methods described herein or to compare the experiences of the persons giving the testimonials after the testimonials were given. The average reader should not necessarily expect the same or similar results. Past performance is not necessarily indicative of future results. No person was compensated for providing a testimonial.

Limitation of Liability. Neither RagingBull.com, LLC nor its affiliates, suppliers, advertisers, affiliates, or agents or sponsors are responsible or liable for any indirect, incidental, consequential, special, exemplary, punitive or other damages under any contract, negligence, strict liability or other theory arising out of or relating in any way to the sites and/or content contained on the sites, or any product or service purchased through the sites. Your sole remedy for dissatisfaction with the site and/or content contained within the site is to stop using the site. The sole and exclusive maximum liability to company for all damages, losses, and causes of action (whether in contract, tort (including, without limitation, negligence), or otherwise) shall be the total amount paid by you, if any, to access the sites.Indemnification. You agree to indemnify, defend and hold us, our officers, directors, employees, agents and representatives harmless from and against any and all claims, damages, losses, costs (including reasonable attorneys' fees), or other expenses that arise directly or indirectly out of or from (a) your breach of this Agreement, including any violation of the Code of Conduct above; (b) any allegation that any materials that you submit to us or transmit to the Sites infringe or otherwise violate the copyright, trademark, trade secret or other intellectual property or other rights of any third party; and/or (c) your activities in connection with the Sites or any services related to the Sites.

Miscellaneous. This Agreement is governed by and construed in accordance with the laws of the State of California, United States of America, without regards to its principles of conflicts of law. You agree to personal jurisdiction by the federal and state courts located in Orange County, United States of America, and waive any jurisdictional, venue, or inconvenient forum objections to such courts. If any provision of this Agreement is found to be unlawful, void, or for any reason unenforceable, then that provision shall be deemed severable from this Agreement and shall not affect the validity and enforceability of any remaining provisions. This Agreement is not assignable, transferable or sub-licensable by you except with our prior written consent. No waiver by either party of any breach or default hereunder shall be deemed to be a waiver of any preceding or subsequent breach or default. Any heading, caption or section title contained in this Agreement is inserted only as a matter of convenience and in no way defines or explains any section or provision hereof. This, together with all the RagingBull.com, LLC policies referred to herein, constitutes the entire Agreement between us relating to the subject matter herein and supersedes and any all prior or contemporaneous written or oral Agreements between us.

PRIVACY POLICY

This Privacy Statement describes our privacy policy and explains what we do with the personal information that we collect from our users.

Your privacy is very important to us. RagingBull.com, LLC is committed to protecting and respecting your privacy. Accordingly, we have adopted the privacy policy, based on the principles of notice, choice, access and security in the

collection and use of all information regarding our subscribers and their activities at the RagingBull.com's web site. You can be assured of the following:

We will not send you anything unless you opted-in to receive it. If you are receiving emails from us and you would like them stopped, simply choose to unsubscribe at the bottom of the emails received.

What information does RagingBull.com gather?

RagingBull.com collects a limited amount of information about our newsletter subscribers to enable RagingBull to fulfill subscriptions. RagingBull may obtain the following information from its Registered Users and Subscribers:

1. Registration and Subscription data
2. Site usage data

1. Registration and Subscription data. The only individually identifiable information that RagingBull seeks about you is that which you are asked to provide when you register (for site access or you opt-in to our FREE newsletter) or subscribe to any "paid" subscription product the RagingBull may publish. This information may include your name, mailing address, e-mail address, and, in the case of a purchase, billing information. RagingBull uses registration and subscription information to maintain records about your use of our services, for billing purposes, and for us to occasionally send you information on products and services that we offer. THIS INFORMATION IS NOT SHARED WITH ANY THIRD-PARTY FIRMS, unless specifically stated or in other special situations described below.

2. Site Usage Data. RagingBull collects non-identifiable information to measure how our registered users and subscribers use RagingBull.com's web site. This information may include statistics about the numbers and timing of unique visits to our web site(s), repeat visits, and which pages are viewed. We view this information to analyze trends, administer the site, track user's movement, and gather broad information for aggregate use. IP addresses are not linked to personally identifiable information.

Subscriber and Site Visitor Surveys

From time-to-time we may also conduct surveys, although you don't have to respond to them. This research is compiled and analyzed only on an aggregated (group) basis. We do this to better understand our users' needs and improve their overall experience when using our service. Your personal information and responses will remain strictly confidential, even if a third party conducts the survey. We may also notify you of a new product or new area of our site that we think may of interest you. If you'd prefer us not to contact you, simply visit your My Account page to manage your email options.

Online Advertising

RagingBull.com may display online advertisements from third party advertisers who are interested in reaching our audience. We may share with advertisers aggregated and non-identifying information about our Visitors and subscribers collected through the registration process as well as through any online surveys we may conduct. However, RagingBull.com will not share any personal information about any of its site visitors or subscribers with these advertisers.

Email Marketing From Third-Party Advertisers

RagingBull.com may send out email advertisements or messages from third party advertisers to its site registration and subscriber lists. RagingBull.com will not sell or transfer to third parties the email addresses of its subscribers. RagingBull.com maintains strict confidentiality of its subscribers' email addresses. All site registrants and subscribers are given the opportunity of opting-out from receiving these promotional messages.

Anti-SPAM Policy

All commercial emails are sent in full accordance with the provisions of the US 2003 CAN-SPAM Act. RagingBull.com has developed its Internet marketing tools and practices to incorporate a strict "permission-based" policy that prohibits the use of email in any manner associated with the delivery of any unsolicited bulk or unsolicited commercial email. Our anti-SPAM policy has been developed to conform to the highest commercially reasonable standards.

If you believe RagingBull.com sent you unsolicited email, please send a message to the address below with details regarding your situation. Your case will be investigated immediately. That address is support@RagingBull.com.

RagingBull.com's Dedication to Data Security

RagingBull.com works to ensure the integrity and security of our network and systems. The RagingBull cannot guarantee that our security measures will prevent third-party "hackers" from illegally obtaining this information.

In the Event of a Change of Ownership

In the event of a merger or acquisition, the sales of the company or any change of ownership, all of RagingBull.com's customer information (including email addresses) may be transferred to a separate entity or entities. All RagingBull.com subscribers and registered users will be notified of any change in ownership, merger or acquisition of RagingBull.com's assets by a third party. Subscribers and users may choose to access and revise any of their registration and/or subscription information at that time.

Where to Direct Questions About RagingBull.com's Privacy Policy
If you have any questions about this Privacy Policy or the practices described herein, you may contact:

Customer Service
RagingBull.com, LLC
1910 ESE Loop 323 #168
Tyler, TX 75701
support@RagingBull.com

Revisions to This Policy

RagingBull.com reserves the right to revise, amend, or modify this policy and our other policies and agreements at any time and in any manner. Notice of any revision, amendment, or modification will be posted in accordance with the Internet Service Agreement.

USE OF THIS SITE SIGNIFIES YOUR AGREEMENT TO THE PRIVACY POLICY AND APPLICABLE USAGE AGREEMENT.

RagingBull.com reserves the right to change this policy at any time by posting a revised privacy policy on this web page. You can send e-mail to us with any further questions by visiting our Contact Us page.

REFUND POLICY Because members immediately benefit from the knowledge of the stats, analytics or from Raging Bull, we do not give refunds. You should recognize that investing and trading is a marathon, not a sprint so every last piece of information that can help you learn along the way and give you "an edge" over your competitors is worth investing in, especially when that information costs less per month than a night out of dinner and drinks aka invest in your education!

DISCLAIMER

DO NOT BASE ANY INVESTMENT DECISION UPON ANY MATERIALS FOUND ON THIS WEBSITE. We are not registered as a securities broker-dealer or an investment adviser either with the U.S. Securities and Exchange Commission (the "SEC") or with any state securities regulatory authority. We are neither licensed nor qualified to provide investment advice.

The contents of this website are not provided to any particular individual with a view toward their individual circumstances. The information contained on our website is not an offer to buy or sell securities. We distribute opinions, comments and information for a monthly fee exclusively to individuals who wish to receive them.

Our website has been prepared for informational purposes only and is not intended to be used as a complete source of information on any particular company. An individual should never invest in the securities of any of the companies' mentioned based solely on information contained on our website. Individuals should assume that all information provided regarding companies is not trustworthy unless verified by their own independent research.

**Attachment HHH**

**PX 27, 2265**

Any individual who chooses to invest in any securities should do so with caution. Investing in securities is speculative and carries a high degree of risk; you may lose some or all of the money that is invested. Always research your own investments and consult with a registered investment advisor or licensed stock broker before investing.

Past performance is not indicative of future results. The material contained on this page is intended for informational purposes only. RagingBull.com is wholly-owned by Lighthouse Media. RagingBull.com offers a monthly, paid membership trade alert newsletter and free newsletter. These trades are one hundred percent unbiased and RagingBull.com is never compensated for them. Our website and newsletter are neither an offer nor recommendation to buy or sell any security. We hold no investment licenses and are thus neither licensed nor qualified to provide investment advice. The content of our website and/or newsletter is not provided to any individual with a view toward their individual circumstances. While all information is believed to be reliable, it is not guaranteed by us to be accurate. Individuals should assume that all information contained on our website or in our newsletter is not trustworthy unless verified by their own independent research. Also, because events and circumstances frequently do not occur as expected, there will likely be differences between the any predictions and actual results. Always consult a licensed investment professional before making any investment decision. Be extremely careful, investing in securities carries a high degree of risk; you may likely lose some or all of the investment. We reserve the right to buy or sell shares of any company mentioned on our website or in our newsletter at any time.

RagingBull.com, LLC and/or its affiliates may hold, buy, and sell securities that are discussed on RagingBull.com. We reserve the right to buy or sell the shares of any the companies mentioned in any materials we produce at any time.

Information contained on our website will contain "forward looking statements" as defined under Section 27A of the Securities Act of 1933 and Section 21B of the Securities Exchange Act of 1934. Readers are cautioned not to place undue reliance upon these forward looking statements. These forward looking statements are subject to a number of known and unknown risks and uncertainties outside of our control that could cause actual operations or results to differ materially from those anticipated. Factors that could affect performance include, but are not limited to, those factors that are discussed in each company's most recent reports or registration statements filed with the SEC. You should consider these factors in evaluating the forward looking statements included on the website and not place undue reliance upon such statements.

We are committed to providing factual information on the companies that are discussed. However, we do not provide any assurance as to the accuracy or completeness of the information provided, including information regarding a company's plans or ability to effect any planned or proposed actions. We have no first-hand knowledge of any company's operations and therefore cannot comment on their capabilities, intent, resources, nor experience and we make no attempt to do so. Statistical information, dollar amounts, and market size data was provided by the subject company and related sources which we believe to be reliable.

To the fullest extent of the law, we will not be liable to any person or entity for the quality, accuracy, completeness, reliability, or timeliness of the information provided on this website, or for any direct, indirect, consequential, incidental, special or punitive damages that may arise out of the use of information we provide to any person or entity (including, but not limited to, lost profits, loss of opportunities, trading losses, and damages that may result from any inaccuracy or incompleteness of this information).

We encourage you to invest carefully and read investment information available at the websites of the SEC at http://www.sec.gov and FINRA at http://www.finra.org.

IF YOU DO NOT AGREE WITH THE TERMS OF THIS DISCLAIMER, PLEASE EXIT THIS SITE IMMEDIATELY. PLEASE BE ADVISED THAT YOUR CONTINUED USE OF THIS SITE OR THE INFORMATION PROVIDED HEREIN SHALL INDICATE YOUR CONSENT AND AGREEMENT TO THESE TERMS.

**Attachment HHH**

**PX 27, 2266**

# Disclaimer

DO NOT BASE ANY INVESTMENT DECISION UPON ANY MATERIALS FOUND ON THIS WEBSITE. We are not registered as a securities broker–dealer or an investment adviser either with the U.S. Securities and Exchange Commission (the "SEC") or with any state securities regulatory authority. We are neither licensed nor qualified to provide investment advice.

The contents of this website are not provided to any particular individual with a view toward their individual circumstances. The information contained on our website is not an offer to buy or sell securities. We distribute opinions, comments and information for a monthly fee exclusively to individuals who wish to receive them.

Our website has been prepared for informational purposes only and is not intended to be used as a complete source of information on any particular company. An individual should never invest in the securities of any of the companies' mentioned based solely on information contained on our website. Individuals should assume that all information provided regarding companies is not trustworthy unless verified by their own independent research.

Any individual who chooses to invest in any securities should do so with caution. Investing in securities is speculative and carries a high degree of risk; you may lose some or all of the money that is invested. Always research your own investments and consult with a registered investment advisor or licensed stock broker before investing.

Past performance is not indicative of future results. The material contained on this page is intended for informational purposes only. RagingBull.com is wholly–owned by RagingBull.com, LLC. RagingBull.com offers a monthly, paid membership trade alert newsletter and free newsletter. These trades are one hundred percent unbiased and RagingBull.com is never compensated for them. Our website and newsletter are neither an offer nor recommendation to buy or sell any security. We hold no investment licenses and are thus neither licensed nor qualified to provide investment advice. The content of our website and/or newsletter is not provided to any individual with a view toward their individual circumstances. While all information is believed to be reliable, it is not guaranteed by us to be accurate. Individuals should assume that all information contained on our website or in our newsletter is not trustworthy unless verified by their own independent research. Also, because events and circumstances frequently do not occur as expected, there will likely be differences between the any predictions and actual results. Always consult a licensed investment professional before making any investment decision. Be extremely careful, investing in securities carries a high degree of risk; you may likely lose some or all of the investment. We reserve the right to buy or sell shares of any company mentioned on our website or in our newsletter at any time.

RagingBull.com, LLC and/or its affiliates may hold, buy, and sell securities that are discussed on RagingBull.com. We reserve the right to buy or sell the shares of any the companies mentioned in any materials we produce at any time.

Information contained on our website will contain "forward looking statements" as defined under Section 27A of the Securities Act of 1933 and Section 21B of the Securities Exchange Act of 1934. Readers are cautioned not to place undue reliance upon these forward looking statements. These forward looking statements are subject to a number of known and unknown risks and uncertainties outside of our control that could cause actual operations or results to differ materially from those anticipated. Factors that could affect performance include, but are not limited to, those factors that are discussed in each company's most recent reports or registration statements filed with the SEC. You should consider these factors in evaluating the forward looking statements included on the website and not place undue reliance upon such statements.

We are committed to providing factual information on the companies that are discussed. However, we do not provide any assurance as to the accuracy or completeness of the information provided, including information regarding a company's plans or ability to effect any planned or proposed actions. We have no first-hand knowledge of any company's operations and therefore cannot comment on their capabilities, intent, resources, nor experience and we make no attempt to do so. Statistical information, dollar amounts, and market size data was provided by the subject company and related sources which we believe to be reliable.

**Attachment III**

# PX 27, 2267

To the fullest extent of the law, we will not be liable to any person or entity for the quality, accuracy, completeness, reliability, or timeliness of the information provided on this website, or for any direct, indirect, consequential, incidental, special or punitive damages that may arise out of the use of information we provide to any person or entity (including, but not limited to, lost profits, loss of opportunities, trading losses, and damages that may result from any inaccuracy or incompleteness of this information).

We encourage you to invest carefully and read investment information available at the websites of the SEC at http://www.sec.gov and FINRA at http://www.finra.org.

IF YOU DO NOT AGREE WITH THE TERMS OF THIS DISCLAIMER, PLEASE EXIT THIS SITE IMMEDIATELY.  PLEASE BE ADVISED THAT YOUR CONTINUED USE OF THIS SITE OR THE INFORMATION PROVIDED HEREIN SHALL INDICATE YOUR CONSENT AND AGREEMENT TO THESE TERMS.

**Attachment III**

**PX 27, 2268**

# Raging Bull Refund Policy

Because members immediately benefit from the knowledge of the stats, analytics or from Raging Bull, we do not give refunds. You should recognize that investing and trading is a marathon, not a sprint so every last piece of information that can help you learn along the way and give you "an edge" over your competitors is worth investing in, especially when that information costs less per month than a night out of dinner and drinks aka invest in your education!

To remove yourself from auto renew and cancel your account, please use the "contact us" page here. We ask that you request a termination no later than 2 full business days before your renewal. Refunds crush my merchant status and if you're ever tried to get a merchant to run a business like I'm running, you fully understand how sensitive this relationship is. Your billing expiration date can be found by keeping track of your start date or emailing me requesting when your membership is up for renewal. Again, if you forget to close your account before billing recurs, this is your fair warning there are no refunds.

I'm not being difficult, just letting you know my merchant status is my life and asking you to only sign up if you are serious and keep track of your billing should you need to take a break from trading.

Cancellation Policy: As stated above, you must provide 2 business days notice prior to your auto renewal for us to terminate you account and prevent any additional charges. Please be advised that once you request a cancellation, if you do not specify to have your account continued, your account will be terminated upon your cancellation request to prevent any additional charges or misunderstandings. To contact us use the "Contact Us" link provided above or click here now.

**Attachment JJJ**

# PX 27, 2269





## JASON BOND PICKS
winning small cap swing trades

# Don't Just Beat the Market... *Crush It*

## Start Trading Like A Pro... with **Jason Bond Picks**

*"My family purchased a subscription and have never regretted it, we have learned so much and made gains we never thought we could. Thank you Mr. Bond." - William M.*

### Your Jason Bond Picks subscription includes immediate access to:

- **Trading Strategy Course:** Jason walks you through his trading method. Includes lifetime access to these powerful educational resources!

- **Jason's Daily Trading Watchlist:** Jason's trading strategy for each nd the trades he is looking at.

---

### CHOOSE
### Your Plan

LIMITED-TIME DEAL: JASON BOND PICKS

◉ **BEST DEAL** - Save With ~~$5,000~~ **$799** Annual

**LIMITED-TIME OFFER:** Profit more and save more when you lock-in your deal and special bonuses for 1 year .

Normally $5,000 includes everything included below at a deeper discount.

**BONUS:** Get 24/7 Access To RagingBull's Chat Room

○ **GREAT DEAL** - Quarterly ~~$1,250~~ **$297**

Quarterly Membership (Exclusive Pricing) To Jason Bond Picks. Get Instant Savings On

- Jason Bond Picks (Normally $1,449 / year)
- Trading Strategy Course
- Jason's Daily Trading Watchlist
- Video Training Bundle
- Real-Time Trade Alerts
- Live Portfolio
- Access to Jason's Tools for Trading
- Day Trading Playbook
- Investor Updates



**Total:** **$799**

You are saving **$4,201!**

**ENTER YOUR**

app.ragingbull.com/checkout/package/jbp-special?utm_source=infusionsoft&utm_medium=email-ar&utm_campaign=jbtraining-stealth-webinar&utm_content=jbp-after-email-9&inf_contact_key=357adea33bae6f2075dae4f59f3ac7ca2a5a6532929dafb2b5578651d4...

- **Trading Strategy Course:** Jason walks you through his trading method. Includes lifetime access to these powerful educational resources!

- **Jason's Daily Trading Watchlist:** Jason's trading strategy for each trading day and the trades he is looking at.

- **Video Training Bundle:** *The Basics of Swing Trading, Penny Stocks 101, The House Always Wins, Stock Options Explained* (this package alone previously sold for $4,996!)

- **Real-Time Trade Alerts:** SMS alerts of all Jason's buys and sells as they happen

- **Live Portfolio:** Access to Jason's live portfolio on-screen in real-time — so you can see how my trades affect my portfolio as a whole.

- **Access to Jason's Tools for Trading:** Jason shares details of the tools he personally uses, all of which are designed to help you become a better, more confident, and in-the-know trader!

- **Day Trading Playbook:** You've probably heard of success stories of great traders, and wondered how you could get into it, how you could potentially change your future, use your profits as a nest egg for retirement, or vacations, or your kid's education. Let Jason teach you how.

- **Investor Updates:** In addition to SMS updates Jason emails his ideas, thoughts, and commentary with every major trading development, along with potential trades he is following and that could turn into the next big winner!

- **Watch a Real $ Trader:** See exactly how Jason trades up to 10 simple trades each week.

- **Gain:** The knowledge and expertise from a real trader, first hand.

## Total: **$799**
You are saving $4,201!

ENTER YOUR
### Account Details

First Name

Last Name

Email Address

▪ ▾ Phone Number

Enter your phone number for SMS trade alerts

Password

Password Confirmation

**SIGN UP**

Already have an account? Sign In!

ENTER YOUR
### Credit Card Details

Please sign in or signup for a new account.
Show me ⌄

**ADD A NEW CARD**

Gregg from Chicago, Illinois
Has recently joined Jason Bond Picks
4 hours ago ✓ verified by Proof

- **Watch a Real $ Trader:** See exactly how Jason trades up to 10 simple trades each week.

- **Gain:** The knowledge and expertise from a real trader, first hand, and learn to trade with Jason's system. Become a better, more confident trader. Learn how to manage investment risk and make the kinds of trades Jason personally used to make massive financial profits from your own trades!

Already, a number of *Jason Bond Picks* subscribers have used what they learned to make their own massively successful trades and bring home the profits of their trades, or even paying for the cost of their subscription!

## Receive an instant $4,703 discount right now off the regular full price!

**That means that you can claim your *Jason Bond Picks* membership today for as low as $297!**

*"Jason Bond is REAL! I've been following some of Jason's trades... The teaching method and instruction is impeccable and easy to follow. I am thankful to have discovered Jason's excellent program!"*

- Jeff W.

*"4 out of my last 5 trades have made me $$$. Was skeptical at first but I have fully recovered my membership fee after 3 trades. Highly recommend!"* - Ian A.

**If you prefer to place your order by phone or have any questions, our VIP Concierge Team are here to serve you,**

could turn into the next big winner!

---

Show me ▲

ADD A NEW CARD

### 4  Place Your Order

**JASON BOND PICKS**

Your *Jason Bond Picks* subscription includes immediate access to:

| | |
|---|---|
| **Video Training Collection** | ~~$4,996~~ $0 |
| **Strategy Course** | ~~$499~~ $0 |
| **Day Trading Playbook** | ~~$499~~ $0 |
| **Jason Bond Picks** Subscription ⓘ | $799 |

You are saving $5,694!

**Total: $799**

Your subscription will automatically renew at $799 **every year** unless you cancel your subscription PRIOR to your renewal date. Your first renewal will take place on the **16th of March 2021**.

Safe & Secure SSL Encrypted

VISA  AMERICAN EXPRESS

SECURE PAYMENT

**PLACE MY ORDER**

**Terms & Conditions**

RagingBull.com, LLC owns and maintains the website known as JasonBondPicks.com ("the Site") subject to your compliance with the terms and

app.ragingbull.com/checkout/package/jbp-special?utm_source=infusionsoft&utm_medium=email-ar&utm_campaign=jbtraining-stealth-webinar&utm_content=jbp-after-email-9&inf_contact_key=357adea33bae6f2075bae4f59f3ac7ca2a5a6532929dafb2b5578851d4...

the profits of their trades, or even paying for the cost of their subscription!

## Receive an instant **$4,703 discount right now off the regular full price!**

## That means that you can claim your *Jason Bond Picks* membership today for as low as **$297!**

*"Jason Bond is REAL! I've been following some of Jason's trades... The teaching method and instruction is impeccable and easy to follow. I am thankful to have discovered Jason's excellent program!"*
- Jeff W.

*"4 out of my last 5 trades have made me $$$. Was skeptical at first but I have fully recovered my membership fee after 3 trades. Highly recommend!"* – Ian A.

## If you prefer to place your order by phone or have any questions, our VIP Concierge Team are here to serve you, 24/7 at **833-785-0452**

Refund Policy: LIMITED-TIME DEAL: Jason Bond Picks delivers time-sensitive training and education, and thus a strict "no refund" policy is in place. If you wish to stop your service, please cancel prior to the renewal date listed on your profile to avoid renewing. Cancelling on/after the renewal date is considered a late cancellation and does not constitute a refund

| | | |
|---|---|---|
| Strategy Course | $499 | $0 |
| Day Trading Playbook | $499 | $0 |
| Jason Bond Picks
Subscription ℹ | $799 | |

You are saving $5,694!
**Total: $799**

Your subscription will automatically renew at $799 **every year** unless you cancel your subscription PRIOR to your renewal date. Your first renewal will take place on the **16th of March 2021.**

Safe & Secure SSL Encrypted

**SECURE PAYMENT**

**PLACE MY ORDER**

**Terms & Conditions**

RagingBull.com, LLC owns and maintains the website known as JasonBondPicks.com ("the Site") subject to your compliance with the terms and conditions set forth in this Agreement. By using the Site, you agree to be bound by those terms and conditions. If you do not

Copyright © Raging Bull. All Rights Reserved. | Disclaimer | Terms & Conditions | Refund Policy

Address: 62 Calef Hwy. #233 Lee, NH 03861

Questions? Call our VIP Concierge Team on standby: 833-785-0452

Paul from Toronto, Ontario
Has recently joined Jason Bond Picks
5 hours ago ✔ verified by Proof



# WAIT! YOUR ORDER ISN'T COMPLETE!

## JASON BOND PICKS
winning small cap swing trades

## Boost Your Profits From *JASON BOND PICKS* Faster

Your order for Jason Bond Picks is processing. Your e-mail receipt will arrive in 20-30 minutes

Hey guys and gals!!

Jason Bond Here.

**Congratulations! You made the wise decision of joining my Jason Bond Picks service!**

Get ready for the easiest to execute trading strategy on Wall Street sent straight to your inbox.

**YES, UPGRADE MY ORDER NOW**

**NO THANKS**

**WAIT! YOUR ORDER ISN'T COMPLETE!**

# Boost Your Profits From *JASON BOND*
## *PICKS* Faster

Your order for Jason Bond Picks is processing. Your e-mail receipt will arrive in 20-30 minutes

Hey guys and gals!!

Jason Bond Here.

**Congratulations! You made the wise decision of joining my Jason Bond Picks service!**

Get ready for the easiest to execute trading strategy on Wall Street sent straight to your inbox.

**But now that you're in my circle- I'm going to let you in on a little secret that** I've been keeping under wraps.

I've been working on a cutting-edge strategy that I've never shared with **anyone before.**

It's the perfect way to **maximize your profits from Jason Bond Picks...** all while using the same easy techniques that I teach to my thousands of students

**YES, UPGRADE MY ORDER NOW**

NO THANKS

Save password?

Save   Never

**It's the perfect way to maximize your profits from Jason Bond Picks... all while using the same easy techniques that I teach to my thousands of students.**

At its inception it was a theory that I worked on like a mad scientist. I spent every night trying to hone this system into something that is tangible.

And... Eventually...

I figured it out.

I won **19 of 19** of my first trades and made over **$40,000** with this new strategy, in a **2 week** period.

**Wow.** You don't see results like that with other trading strategies.

**And that was just the beginning.**

I've been **consistently** crushing it with this new trading breakthrough.

In fact, I've made over a $100,000+ over the past few months...

**Just take a look at some of my recent results:**



YES, UPGRADE MY ORDER NOW

NO THANKS



**Just take a look at some of my recent results:**



## I call it my Weekly Windfalls strategy...

The idea behind Weekly Windfalls is to **play the largest companies in the world that other traders are buying. Basically you have full liquidity in this service by exploiting other trader's vulnerabilities by playing the opposite side..**

So let's talk about what the strategy attacks at the core.

See... When you buy options... traders often find their options worthless 70%–80% of the time... So by default ... **when you sell options the odds are in favor of the seller.**

NO THANKS

YES, UPGRADE MY ORDER NOW

# I call it my **Weekly Windfalls strategy...**

The idea behind Weekly Windfalls is to **play** the largest companies in the world that **other traders are buying. Basically you have full liquidity in this service by exploiting other trader's vulnerabilities by playing the opposite side..**

So let's talk about what the strategy attacks at the core.

See... When you buy options... traders often find their options worthless 70%-80% of the time... So by default ... **when you sell options the odds are in favor of the seller.**

This means that the odds are generally in our favor!

**They say the house always wins... and with Weekly Windfalls you're the house.**

The success rate when you sell options can climb to 80%-90%.

I'm in this for the BIG trades - One trade - One setup.

I'm using this system to attack the market from different angles. It's more conservative... and *more consistent*.

And while my *Jason Bond Picks* stock trading strategy is and is easy to implement... you're going to typically see much larger wins compared to trading traditional stocks.

## *It's the perfect compliment to Jason Bond Picks!*

Weekly Windfalls is about 4 things:

**YES, UPGRADE MY ORDER NOW**

**NO THANKS**



And while my *Jason Bond Picks* stock trading strategy is and is easy to implement... you're going to typically see much larger wins compared to trading traditional stocks.

## *It's the perfect compliment to Jason Bond Picks!*

Weekly Windfalls is about 4 things:

1. More frequent (on average 1-2 per day) , higher-probability, and SIMPLER trades

2. Zero effort, risk-balanced trades

3. Higher win rates through smart leveraging

4. No obsessing, fussing, or babysitting any of these trades

AND I'm seeing bigger profits-per-trades than my Jason Bond Picks strategy, that has generated millions in profits for my students and I.

Out of Beta and in the wild now - I didn't know what to expect to be honest.

So I released it recently and so many students came aboard... we were hoping just to keep the walls from falling down.

We crashed our servers

...Overran my staff

But the show went on and I continue to deliver. Week after Week.

Across the world people are absolutely raving about Weekly Windfalls...

Just look at what traders are saying:

**YES, UPGRADE MY ORDER NOW**

**NO THANKS**

app.ragingbull.com/checkout/package/jbp-special?utm_source=infusionsoft&utm_medium=email-ar&utm_campaign=jbtraining-stealth-webinar&utm_content=jbp-after-email-9&inf_contact_key=357adee33bee6f20753ae4f59f5ac7ca2a5ca6532929&afb2b557e...

x Last chance offer — | x LIMITED-TIME DEAL! Jason Bond | x RagingBull | Improve Your Trading | x Disclaimer | x Terms and conditions | x Refund Policy

Save password?

Save    Never

AND I'm seeing bigger profits-per-trades than my Jason Bond Picks strategy, that has generated millions in profits for my students and I.

Out of Beta and in the wild now - I didn't know what to expect to be honest.

So I released it recently and so many students came aboard... we were hoping just to keep the walls from falling down.

We crashed our servers

...Overran my staff

But the show went on and I continue to deliver. Week after Week.

Across the world people are absolutely raving about Weekly Windfalls...

Just look at what traders are saying:

**Kevin Newsome** @NewsomeKevin · Oct 3
@JasonBondPicks - I booked $1904 from SHOP via your **Weekly Windfalls** alert.

♡ 1   ⟲   ♡

Show this thread

**Kevin Newsome** @NewsomeKevin · Oct 3
I also booked $600 from GOOG via your **Weekly Windfalls** alert as well. Not a bad week at all.

♡   ⟲   ♡

Show this thread

NO THANKS

YES, UPGRADE MY ORDER NOW

2:26 PM
3/16/2020



**Show this thread**

**Babak** @BabakHamid · Jul 19
Thanks #WeeklyWindFalls 100% Premiun on $COST @JasonBondPicks & @RagingBull

♡    ♡ 5    ⤒

**Marine** @USMC_1982 · Jul 26
Replying to @JasonBondPicks
Nice!! Going in with 10 - 20 contracts. Almost close $FB because it was going down and both spreads in the money. I held and back almost over $200. You KNOW what you're doing J! Im looking forward to reach my goals with #weeklywindfalls

♡ 1    ♡ 4    ⤒

**MZ Investments** @mzinvestments · Jul 26
@JasonBondPicks grew my small account 50% in a week thanks to weekly windfalls. Thank you Jason!

🎁 FREE STOCK

## Investing
## $5,584.05

↗ $1,872.03 (50.43%) Past Week

**YES, UPGRADE MY ORDER NOW**

**NO THANKS**



Kiara Forman @theformangurl · Sep 23
@JasonBondPicks closed out $LULU for 47% net credit. if i was more patient i wulda got more than 50% 1 for 1 none the less. hoping to get a few weeks of profits to get out the whole. #leggooo #weeklywindfalls

## This is your chance to get in on my new cutting edge options strategy before others catch on.

The house is still open for big consistent profits.

It's even gotten the attention of **Daymond John from ABC's *Shark Tank*** who has become an avid fan of my Weekly Windfalls service.

NO THANKS                    YES, UPGRADE MY ORDER NOW



YES, UPGRADE MY ORDER NOW

Here is what traders get when they join Weekly

JASON BOND PRESENTS

WEEKLY WINDFALLS

"My community reached out to me. They wanted to know how to navigate the stock market. I had my network search all over for prospective traders who had a track record of teaching others. After narrowing down the list, I knew I wanted to work with Jason Bond. It wasn't just his performance that caught my eye. It was his member's returns that I couldn't ignore!"

— DAYMOND JOHN

"THE PEOPLE'S SHARK"

NO THANKS

Save password?

Save password?

Save   Never

# Here is what traders get when they join Weekly Windfalls:

- **Watch List:** Receive a pre-market trade list everyday with one or two trades that I'm going to place and know well in advance what trades are about to happen.

- **Real-time Alerts:** Look over my shoulder and participate in my trades right there with me. Weekly Windfalls members receive alerts of the trades I make them… right on their email and phone.

- **Entire Education Suite:** Don't just follow my trades, learn my entire Weekly Windfalls strategy with my complete options education suite.

- **Live Streaming:** Watch me LIVE when I make trades live or do an live training session.

- **Video Alerts:** I'll send a short 30-second video on every alert showing how I make the trade… so you know exactly what I'm looking at and why

ALERTS + WATCH LIST + PORTFOLIO

YES, UPGRADE MY ORDER NOW

NO THANKS

Disclaimer   Terms and conditions   Refund Policy

app.ragingbull.com/checkout/package/jbp-special?utm_source=infusionsoft&utm_medium=email-ar&utm_campaign=jbtraining-stealth-webinar&utm_content=jbp-after-email-9&inf_contact_key=357adea33bae6f20750ae4f59f3acf2a2a5c65329294afb2b557e...



# THE MOST CONSISTENT OPTIONS STRATEGY ON THE MARKET!!

If you're looking for a **trading strategy that compliments my Jason Bond Picks strategy... and is easy, fast, and having skyrocketing performances** ... then Weekly Windfalls is what you need to.

## All of this combined is worth $4,497

But... since you joined my Jason Bond Picks service today ... you're not going to have to pay that much.

In fact you're not even going to pay $4,000

...or even $2,497

I've worked out a "as low as I can go" special deal for new members that will allow you to join **Weekly Windfalls for only $1,497 per year.**

That is a **$3,000 savings!**

But you're only going to see this new member discount right here.

By clicking the "Add This To My Order" button below we will automatically upgrade your order for an additional $1,497 immediately and $1,497 every year until you cancel... and you can always cancel that additional renewal any time

**YES, UPGRADE MY ORDER NOW**

NO THANKS

Save password?

Never

Save

Are you ready for MORE easy to execute winning trades?

Of course the answer to that is "YES!".... So let's get started!

**Jason Bond Picks + Weekly Windfalls is the best possible service I can offer you and this is the best possible price.** It's not going to be bundled together ever again after you exit this page -

Click the button below and join my Weekly Windfalls strategy and complete your Jason Bond Picks experience.

To your success,

-Jason Bond

P.S. If you need to call us to find out more - our U.S. based and financially trained concierge staff is available during normal business hours 9-5 EST to answer any question - give them a call at 833-265-1270

## Join Jason Bond's Weekly Windfalls:

**YES, UPGRADE MY ORDER NOW**

*(I understand this will charge my card $1,497 immediately and every year until cancelled)*

NO THANKS

**YES, UPGRADE MY ORDER NOW**



**Your order was successful!**

ORDER DETAILS:

**Day Trading Playbook** $0

**Strategy Course** $0

**Video Training Collection** $0

**Jason Bond Picks** $799
Subscription
Download Receipt

**Weekly Windfalls** $1,497
Subscription
Download Receipt
Product Info

**Total Cost: $2,296**

PAYMENT MADE WITH

GO TO MEMBER HOME

Please allow a few minutes for your membership to take effect in our system.

If you have any questions call this number: 833-785-0452

11/29/2020      Gmail - Your receipt from RagingBull.com, LLC ▇▇▇▇▇

 Gmail

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

---

**Your receipt from RagingBull.com, LLC #2416-6547**
1 message

---

**RagingBull.com, LLC** <receipts+acct_1DTsNJCSThvwjdTa@stripe.com>         Mon, Mar 16, 2020 at 2:27 PM
Reply-To: "RagingBull.com, LLC" <support@ragingbull.com>
▇▇▇▇▇▇▇▇▇▇▇▇▇▇

## Receipt from RagingBull.com, LLC

Invoice ▇▇▇▇▇▇▇
Receipt ▇▇▇▇▇▇▇

| AMOUNT PAID | DATE PAID | PAYMENT METHOD |
|---|---|---|
| $799.00 | March 16, 2020 | ▇▇ ▇ ▇ |

**SUMMARY**

**MAR 16, 2020**

| | |
|---|---|
| Video Training Collection × 1 | $0.00 |
| Strategy Course × 1 | $0.00 |
| Day Trading Playbook × 1 | $0.00 |

**MAR 16, 2020 – MAR 16, 2021**

| | |
|---|---|
| Jason Bond Picks × 1 | $799.00 |
| **Amount paid** | **$799.00** |

If you have any questions, contact RagingBull.com, LLC at
support@ragingbull.com or call at +1 833-265-1270.

Download as PDF

Something wrong with the email? View it in your browser.
You're receiving this email because you made a purchase at RagingBull.com, LLC, which
partners with Stripe to provide invoicing and payment processing.

**Attachment LLL**      **PX 27, 2290**

11/29/2020                    Gmail - Your receipt from RagingBull.com, LLC ████████

 **Gmail**                                        ████████████████████████████

---

### Your receipt from RagingBull.com, LLC #2257-8836
1 message

---

**RagingBull.com, LLC** <receipts+acct_1DTsNJCSThvwjdTa@stripe.com>                    Mon, Mar 16, 2020 at 2:33 PM
Reply-To: "RagingBull.com, LLC" <support@ragingbull.com>
████████████████████

## Receipt from RagingBull.com, LLC

Invoice ████████
Receipt ████████

| AMOUNT PAID | DATE PAID | PAYMENT METHOD |
|---|---|---|
| $1,497.00 | March 16, 2020 | ████████ |

**SUMMARY**

**MAR 16, 2020 – MAR 16, 2021**

| Weekly Windfalls × 1 | $1,497.00 |
|---|---|
| **Amount paid** | **$1,497.00** |

If you have any questions, contact RagingBull.com, LLC at
support@ragingbull.com or call at +1 833-265-1270.

Download as PDF

Something wrong with the email? View it in your browser.
You're receiving this email because you made a purchase at RagingBull.com, LLC, which
partners with Stripe to provide invoicing and payment processing.

**Attachment LLL**            **PX 27, 2291**

 Gmail

**Welcome to Jason Bond Picks**
2 messages

**Jason Bond** <jason@jasonbondpicks.com>                                Mon, Mar 16, 2020 at 2:28 PM



Hello trader,

Thank you for signing up to receive emails from me, Jason Bond at Jason Bond picks.

Let me tell you a little more about my story and why I'm excited you've decided to join us.

In just a few years, I've gone from being a debt riddled public school teacher chasing the American dream - to not only achieving the American dream, but now I have gone on to train thousands how to be money-making trading machines.

Eat. Sleep. Trade.

I've gone from teaching kids in NYS public schools to teaching traders how to beat the market. I loved being a teacher but I had more than $250K in debt drowning me.

While one of the benefits of being a teacher is having summers off, there were no summers off for me; to help pay down debt, I kept busy by working side-jobs like roofing. I even worked as a table server at a few local restaurants.

I wanted a way out… I needed a way out…and I found a way out…

...but it didn't happen instantly.

So like many people, I turned to the stock market. You see, with the stock market, you can create your own hours, don't have a boss to deal with, and you get paid what you're worth.

Of course, all I had to do was learn how to trade.

I had small goals at first: make enough money so I don't have to do roofing in the summer.

My first 1-2 years of trading penny stocks didn't bring me any closer to my goal of financial freedom. I realized that if I wanted to grow and develop as a trader, I needed a mentor. For me, that mentor was Jeff Bishop.

Through mentorship I was able to master repeatable trading strategies and consistently beat the markets. **Today, I focus on teaching three simple**

**Attachment MMM**                                **PX 27, 2292**

**chart patterns to my clients**. That's all you need if you learn them the way I'll teach you.

I believe in patterns, catalysts, and value.

- Only trade proven patterns, I call mine rest and retest, fish hook, and rockets. **(click here to see how they work)**
- Only trade my patterns when there is a catalyst
- Only enter when the risk/reward is stacked in my favor (value)

Today, I look at the stock market as my own personal ATM machine.

In 2019, I hit the half-million profit mark — an impressive feat to most — but, I'm simply trading to show you that my strategies work in the present market environment.





Like most folks, it's good to be skeptical. That's why I stream my trades and send out trade alerts through text and email - all in real time.

Full transparency, that's what you'll get from me.

Now, I'm still a teacher at heart, and it's still one of my greatest passions. And I want to give back to the world what's changed my life. I want you to come with me - and do something that an elementary school gym teacher could do. I know you can do it - that's why I've taken the time to draft this letter.

I'm here today as both a trader and a teacher who's not only debt free, but a bonafide multi- millionaire.

Most importantly, I don't have to worry about not being able to give my family everything they want and need anymore.

I know if you've read this far, you're ready to make some positive changes in your life.

Did you watch my presentation on my 3 favorite chart patterns?

If not - **click here** - if so, that's a great start. These three patterns have helped me make millions in the market throughout my career. While the stocks I trade may change, the patterns I trade won't because they work.

Every week, we're going to make some huge strides inside of this letter.  And you'll be getting tips, case studies, expert analysis, stories from the front line, and real money-making trading ideas …

You'll get a taste at some of the best stuff. That said, I'm really stoked to share my wealth-building secrets with you through these letters. And if you ever want more, which I'm sure you will once you discover the value of my service, you can **join me here** (Yes, those bonuses are included).

Tomorrow - I'm going to show you some of the people that I have made into millionaires - talk then…

**The diary of a real $ trader,**

*Jason Bond*

**Jason Bond**

Neither Jason Bond nor RagingBull.com, LLC (publisher of Jason Bond Picks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond Picks manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Jason Bond Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

 Gmail

**Welcome! You've finally arrived…**
1 message

**Jason Bond** <jason@jasonbondpicks.com>                                                     Mon, Mar 16, 2020 at 2:28 PM



 I am so happy to personally welcome you to my trading service, *Jason Bond Picks*. You've made a smart decision to join me as together we   will  learn, research, and share ideas in the quest to find incredible trading opportunities!!

I'm excited to share with you the exact same strategies that I've used  myself in my trading. These are powerful, life-changing ideas and successful trading habits that have helped to propel my life from a former high school gym teacher into a multi millionaire trader!

OK… I know that you're raring to go…

Check your inbox: I just sent an email to help get you started with your subscription, and to lay the foundation as a successful trader for you.

Again… congratulations, and thank you!


*Jason Bond*

Jason Bond


PS: I want to make sure that you receive all the important updates and details of trades that I am working on; after all, you've paid good money for them! Please add my contact info. to your contact list or address book. Do it now; add Jason Bond and info@raginbull.com and jason@jasonbondpicks.com and my phone number of tel: 855-981-8370 to our contact list. This should "whitelist" my contact info. with your email provider. If you prefer you may download my contact info. In this "VCF" file and import to your address book.

**Your Receipt:**

Thank you for your order. You will see a charge for your Freedom Trader subscription from jasonbondpicks.com on your credit card statement.

**Attachment NNN**          **PX 27, 2295**

Here are your subscription login details… however before logging-in I suggest that you read the email I just sent you because it will help to get you started with your subscription on the best footing.

**Your Subscription Details:**

Login here: https://app.ragingbull.com/member

Username: ████████████████████

Password: password you selected at checkout

Neither Jason Bond nor RagingBull.com, LLC (publisher of Freedom Trader) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. Any table is accurate, though not every trade may be represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages.

If you have a current active subscription with Freedom Trader you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at Freedom Trader.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**Attachment NNN**          **PX 27, 2296**

**Raging Bull Membership Site Inventory**

| FTC Ref. No. | Expert/Service | Course/Section | Lesson | Type | Minutes |
|---|---|---|---|---|---|
| 1 | Jason Bond - Jason Bond Picks | Jason Bond Strategy Course | Lesson 1: oversold chart pattern part I | Video | 3 |
| 2 | Jason Bond - Jason Bond Picks | Jason Bond Strategy Course | Lesson 2: oversold chart pattern part II | Video | 11 |
| 3 | Jason Bond - Jason Bond Picks | Jason Bond Strategy Course | Lesson 3: continuation chart pattern part I | Video | 2 |
| 4 | Jason Bond - Jason Bond Picks | Jason Bond Strategy Course | Lesson 4: continuation chart pattern part II | Video | 39 |
| 5 | Jason Bond - Jason Bond Picks | Jason Bond Strategy Course | Lesson 5: don't chase it, fibonacci retracement | Video | 13 |
| 6 | Jason Bond - Jason Bond Picks | Jason Bond Strategy Course | Lesson 6: fibonacci retracement revisited | Video | 8 |
| 7 | Jason Bond - Jason Bond Picks | Jason Bond Strategy Course | Lesson 7: 5 step fibonacci retracement | Video | 9 |
| 8 | Jason Bond - Jason Bond Picks | Jason Bond Strategy Course | Lesson 8: swing trade scanning made simple | Video | 18 |
| 9 | Jason Bond - Jason Bond Picks | Jason Bond Strategy Course | Lesson 9: 7 step swing trading | Video | 10 |
| 10 | Jason Bond - Jason Bond Picks | Jason Bond Strategy Course | Lesson 10: What is next? | Video | 1 |
| 11 | Jason Bond - Jason Bond Picks | Stock Options Explained | Written Lessons | Other Written Material | 0 |
| 12 | Jason Bond - Jason Bond Picks | Stock Options Explained | Section 1 – Introduction to Options | Video | 63 |
| 13 | Jason Bond - Jason Bond Picks | Stock Options Explained | Section 2 – Understanding Volatility & Time Decay | Video | 51 |
| 14 | Jason Bond - Jason Bond Picks | Stock Options Explained | Section 3 – Making Your First Options Trade | Video | 54 |
| 15 | Jason Bond - Jason Bond Picks | Stock Options Explained | Section 4 - [NO VIDEO DESCRIPTION] | Video | 71 |
| 16 | Jason Bond - Jason Bond Picks | Stock Options Explained | Section 5 – Options Trading | Video | 62 |
| 17 | Jason Bond - Jason Bond Picks | The Basics of Swing Trading | Overview | Video | 36 |
| 18 | Jason Bond - Jason Bond Picks | The Basics of Swing Trading | Charting | Video | 45 |
| 19 | Jason Bond - Jason Bond Picks | The Basics of Swing Trading | Scanning | Video | 42 |
| 20 | Jason Bond - Jason Bond Picks | The Basics of Swing Trading | Watch Lists | Video | 36 |
| 21 | Jason Bond - Jason Bond Picks | The Basics of Swing Trading | Understanding Catalysts | Video | 75 |
| 22 | Jason Bond - Jason Bond Picks | The Basics of Swing Trading | The Hunt For Catalysts | Video | 41 |
| 23 | Jason Bond - Jason Bond Picks | The Basics of Swing Trading | Understanding Stock Promotion | Video | 57 |
| 24 | Jason Bond - Jason Bond Picks | The Basics of Swing Trading | What to Avoid | Video | 27 |
| 25 | Jason Bond - Jason Bond Picks | The Basics of Swing Trading | Etrade Pro | Video | 64 |
| 26 | Jason Bond - Jason Bond Picks | The Basics of Swing Trading | Orders | Video | 41 |
| 27 | Jason Bond - Jason Bond Picks | The Basics of Swing Trading | Short Selling | Video | 72 |
| 28 | Jason Bond - Jason Bond Picks | The Basics of Swing Trading | Closing | Video | 26 |
| 29 | Jason Bond - Jason Bond Picks | The House Always Wins | Part 1 | Video | 15 |
| 30 | Jason Bond - Jason Bond Picks | The House Always Wins | Part 2 | Video | 15 |
| 31 | Jason Bond - Jason Bond Picks | The House Always Wins | Part 3 | Video | 15 |
| 32 | Jason Bond - Jason Bond Picks | Jason Bond Picks | How the Jason Bond Picks Service Works | Video | 2 |
| 33 | Jason Bond - Jason Bond Picks | Jason Bond Picks | Advanced Notice | Blog | 0 |
| 34 | Jason Bond - Jason Bond Picks | Jason Bond Picks | Live Scanner - Momuntum Hunter | Video | 0 |
| 35 | Jason Bond - Jason Bond Picks | Jason Bond Picks | Jason Bond Strategy Course (DUPLICATIVE) | Video | 0 |
| 36 | Jason Bond - Jason Bond Picks | Penny Stocks 101 | Penny Stocks 101  (link to external website) | Video | 83 |
| 37 | Jason Bond - Jason Bond Picks | Jason Bond Picks | The Basics of Swing Trading (DUPLICATIVE) | Video | 0 |
| 38 | Jason Bond - Jason Bond Picks | Jason Bond Picks | How to Trade Like A Pro (DUPLICATIVE) | Video | 0 |
| 39 | Jason Bond - Jason Bond Picks | Jason Bond Picks | 3 Miunte Tips (Multiple short videos) | Video | 60 |
| 40 | Jason Bond - Jason Bond Picks | Jason Bond Picks | Jason Bond Picks Profit Booster | Video | 135 |
| 41 | Jason Bond - Jason Bond Picks | Jason Bond Picks | Swing for the Fences | Training Manual | 0 |
| 42 | Jason Bond - Jason Bond Picks | Jason Bond Picks | Learning Center | Other Written Material | 0 |
| 43 | Jason Bond - Jason Bond Picks | Jason Bond Picks | Exlusive Content | Video | 40 |
| 44 | Jason Bond - Jason Bond Picks | Masterclass | Class Twelve: Next Steps | Video | 109 |
| 45 | Jason Bond - Jason Bond Picks | Masterclass | Class Eleven: How To Scan For Momentum | Video | 112 |
| 46 | Jason Bond - Jason Bond Picks | Masterclass | Class Ten: How To Stage A Comeback | Video | 75 |
| 47 | Jason Bond - Jason Bond Picks | Masterclass | Class Nine: Developing A Strategy | Video | 72 |
| 48 | Jason Bond - Jason Bond Picks | Masterclass | Class Eight: Patience And Timing | Video | 93 |
| 49 | Jason Bond - Jason Bond Picks | Masterclass | Class Seven: Exit Strategies | Video | 127 |
| 50 | Jason Bond - Jason Bond Picks | Masterclass | Class Six: Live From Orlando | Video | 43 |
| 51 | Jason Bond - Jason Bond Picks | Masterclass | Class Five: Swing Trading Setups | Video | 114 |
| 52 | Jason Bond - Jason Bond Picks | Masterclass | Class Four: Options Both Ways | Video | 80 |
| 53 | Jason Bond - Jason Bond Picks | Masterclass | Class Three: Entering The Zone | Video | 82 |
| 54 | Jason Bond - Jason Bond Picks | Masterclass | Class Two Part II: How To Sell Premium | Video | 78 |
| 55 | Jason Bond - Jason Bond Picks | Masterclass | Class Two: Weekly Windfalls | Video | 127 |
| 56 | Jason Bond - Jason Bond Picks | Masterclass | Class One: Jason Bond Picks | Video | 122 |
| 57 | Jason Bond - Jason Bond Picks | Masterclass | Reading List | Other Written Material | 0 |
| 58 | Jason Bond - Weekly Windfalls | Weekly Windfalls | Welcome | Other Written Material | 0 |
| 59 | Jason Bond - Weekly Windfalls | Weekly Windfalls | Intro To Weekly Windfalls | Blog | 0 |
| 60 | Jason Bond - Weekly Windfalls | Weekly Windfalls | Sucker Bet Scanner | Video | 0 |
| 61 | Jason Bond - Weekly Windfalls | Weekly Windfalls | Advanced Notice | Blog | 0 |
| 62 | Jason Bond - Weekly Windfalls | Weekly Windfalls | Options Selling Guide | Video | 166 |
| 63 | Jason Bond - Weekly Windfalls | Weekly Windfalls Training Videos | Live Weekly Windfall Training Part 1 | Video | 114 |
| 64 | Jason Bond - Weekly Windfalls | Weekly Windfalls Training Videos | GOOG Bull Put; How & Why | Video | 25 |
| 65 | Jason Bond - Weekly Windfalls | Weekly Windfalls Training Videos | AAPL Bull Put; My Risk Appetite Determines The EMA To Sell Below | Video | 21 |
| 66 | Jason Bond - Weekly Windfalls | Weekly Windfalls Training Videos | The Premium Drip | Video | 19 |
| 67 | Jason Bond - Weekly Windfalls | Weekly Windfalls Training Videos | Jason Bond Picks Profit Booster - Options Selling Explained | Video | 135 |
| 68 | Jason Bond - Weekly Windfalls | Weekly Windfalls Training Videos | TastyWorks iPhone App Order Entry | Video | 25 |
| 69 | Jason Bond - Weekly Windfalls | Weekly Windfalls Training Videos | $50,000 Unrealized On Market Crack! YES!!! | Video | 4 |
| 70 | Jason Bond - Weekly Windfalls | Weekly Windfalls Training Videos | ROKU S3 Offering Crushes Momentum | Video | 5 |
| 71 | Jason Bond - Weekly Windfalls | Weekly Windfalls Training Videos | TSLA Bull Put Vertical Spread | Video | 3 |
| 72 | Jason Bond - Weekly Windfalls | Weekly Windfalls Training Videos | Selling Options | Video | 178 |
| 73 | Jason Bond - Weekly Windfalls | Weekly Windfalls | Exclusive Content | Blog | 0 |
| 74 | Jason Bond - Weekly Windfalls | Weekly Windfalls | Real Time Alerts | Other Written Material | 0 |
| 75 | Jason Bond - Weekly Windfalls | Weekly Windfalls | Stock Options Explained | Other Written Material | 0 |
| 76 | Jason Bond - Weekly Windfalls | Weekly Windfalls | WWF FAQ | Other Written Material | 0 |
| 77 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Oversold Chart Pattern | Video | 34 |
| 78 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Continuation Chart Pattern | Video | 35 |
| 79 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Breakout Chart Pattern | Video | 24 |
| 80 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Don't Chase It, Fibonacci Retracement | Video | 14 |
| 81 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | 1 Hour, $1,600 Profit Shorting A Late Day Fade | Video | 22 |
| 82 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | The Nuts And Bolts Of Continuation Patterns | Video | 34 |
| 83 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Gap Recovery And Go | Video | 18 |
| 84 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Fibonacci Retracement Revisited | Video | 10 |

**Attachment OOO**

PX 27, 2297

| FTC Ref. No. | Expert/Service | Course/Section | Lesson | Type | Minutes |
|---|---|---|---|---|---|
| 85 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | 5 Step Fibonacci Retracement | Video | 10 |
| 86 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Gap Recovery And Go Revisited | Video | 15 |
| 87 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Scanning For Oversold, Continuation And Breakout Pending Charts | Video | 39 |
| 88 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Swing Trade Scanning Made Simple | Video | 19 |
| 89 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Level II Tutorial | Video | 34 |
| 90 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | The Anatomy Of My StockChart | Video | 34 |
| 91 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Swing Trading 101, Accumulate Support And Sell Resistance | Video | 16 |
| 92 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Effectively Utilizing Short Interest In Oversold Stocks | Video | 30 |
| 93 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | The January Effect | Video | 20 |
| 94 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Gap Strategy Part I | Video | 39 |
| 95 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | The June Swoon Got Me | Video | 38 |
| 96 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Closing 2013 Strong | Video | 14 |
| 97 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | A Dime A Day Keeps The Job Away | Video | 7 |
| 98 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Short Stocking Supernovas | Video | 18 |
| 99 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Pay Yourself, Pay Yourself, Pay Yourself | Video | 25 |
| 100 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Don't Drink The Kool-Aid | Video | 14 |
| 101 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | How To Buy And Sell In The Pre And Post Market | Video | 6 |
| 102 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Short Selling Part I | Video | 35 |
| 103 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Show Me A Chart And I'll Tell You The News | Video | 15 |
| 104 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | 7 Step Swing Trading | Video | 10 |
| 105 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Short Selling Part II | Video | 21 |
| 106 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Predicting News | Video | 21 |
| 107 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Buying With Conviction | Video | 14 |
| 108 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Penny Stock Psychology 101 | Video | 22 |
| 109 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Give A Man A Fish … | Video | 14 |
| 110 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | I Eat What I Kill And Today I Killed It | Video | 22 |
| 111 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Oversold WATT | Video | 8 |
| 112 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Reviewing LQMT… A $20,000 100% Winner | Video | 50 |
| 113 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Capital Preservation; How Failing To Execute My Strategy Resulted In A Big Loss | Video | 19 |
| 114 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Banging The 30% Bounce On GLUU For $21,487 | Video | 13 |
| 115 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Market Timing, Candle Over Candle, Divergence And Profit | Video | 16 |
| 116 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Monster Worldwide Bear Flag Divergence | Video | 10 |
| 117 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | The Best Lesson I've Ever Recorded | Video | 39 |
| 118 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | How To Make $10,000 In 10 Days Swing Trading | Video | 23 |
| 119 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Forbes And Mashable Drive LQMT Higher, Here's How I Made 45% | Video | 20 |
| 120 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | The Syria War Trade | Video | 15 |
| 121 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | 60% Return Overnight, Here's How | Video | 24 |
| 122 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | How To Make $1,000 An Hour | Video | 7 |
| 123 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Legal Weed; A HUGE Win To Start 2014 | Video | 15 |
| 124 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | $1,252 Today, Here's How | Video | 12 |
| 125 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Lessons From Shorting Low Float LIVE | Video | 20 |
| 126 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | How To Profit When Natural Gas Is Overbought | Video | 11 |
| 127 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Why Liquidmetal Delivered +57% +$19,640 In 3-Days | Video | 16 |
| 128 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Shelf Offering, Form 4 & $4k Profit On NEON | Video | 23 |
| 129 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Morning Momentum, Consolidation, Late Day Rally, +10% +$1,400 Profit | Video | 10 |
| 130 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Catching A Falling Knife; The Ebola Swing Trade | Video | 9 |
| 131 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | JNUG +10% +$2,700 In 1-Hour, The Junior Gold Miners Bounce | Video | 9 |
| 132 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | 3 Strikes And You Are OUT | Video | 13 |
| 133 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Late Day Momentum Gap Swing Taking 25% Profit Premarket | Video | 8 |
| 134 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | The Big Fish That Got Away | Video | 11 |
| 135 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | How To Drive A FORD | Video | 24 |
| 136 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Fibonacci Retracement; How I Made $7,300 On 2 Trades In Less Than An Hour | Video | 22 |
| 137 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | Rinse and Repeat | Video | 12 |
| 138 | Jason Bond - Jason Bond Picks | How to Trade Like A Pro | EXACTLY How To Make +25% +$7,200 In 2 Days | Video | 20 |
| 139 | Jeff Bishop - Bullseye Trades | How to Trade Like A Pro | 3 Trades And $15,000 On SIEN In 30 Days, Here's How | Video | 11 |
| 140 | Jeff Bishop - Bullseye Trades | Get Started | NA | Video | 0 |
| 141 | Jeff Bishop - Bullseye Trades | Intro to Bullseye Trades | NA | Video | 0 |
| 142 | Jeff Bishop - Bullseye Trades | Weekly Updates | NA | Video | 0 |
| 143 | Jeff Bishop - Bullseye Trades | Bullseye FAQs | NA | Video | 0 |
| 144 | Jeff Bishop - Bullseye Trades | Profit Kickstarter | Trading Strategy #5: Having a Gameplan | Video | 4 |
| 145 | Jeff Bishop - Bullseye Trades | Profit Kickstarter | Trading Strategy #4: Maximizing Profits | Video | 4 |
| 146 | Jeff Bishop - Bullseye Trades | Profit Kickstarter | Trading Strategy #3: Breakout Stocks | Video | 3 |
| 147 | Jeff Bishop - Bullseye Trades | Profit Kickstarter | Trading Strategy #2: The Money Pattern | Video | 6 |
| 148 | Jeff Bishop - Bullseye Trades | Profit Kickstarter | Trading Strategy #1: Gravitational Lines | Video | 3 |
| 149 | Jeff Bishop - Bullseye Trades | Profit Kickstarter | Understanding long and short calls and puts | Video | 9 |
| 150 | Jeff Bishop - Bullseye Trades | Profit Kickstarter | Understanding long and short option positions | Video | 5 |
| 151 | Jeff Bishop - Bullseye Trades | Profit Kickstarter | There are only two types of stock options | Video | 3 |
| 152 | Jeff Bishop - Bullseye Trades | Profit Kickstarter | What exactly is an option? | Video | 8 |
| 153 | Jeff Bishop - Bullseye Trades | Profit Kickstarter | What exactly are stocks and bonds? | Video | 4 |
| 154 | Jeff Bishop - Bullseye Trades | The Trader's Black Book | 20 YEARS OF BATTLE TESTED SECRETS eBook | Training Manual | 0 |
| 155 | Jeff Bishop - Bullseye Trades | Profit Bridge | Leverage | Video | 5 |
| 156 | Jeff Bishop - Bullseye Trades | Profit Bridge | Moneyness | Video | 8 |
| 157 | Jeff Bishop - Bullseye Trades | Profit Bridge | Volatility | Video | 9 |
| 158 | Jeff Bishop - Bullseye Trades | Profit Bridge | Before You Trade Options | Video | 8 |
| 159 | Jeff Bishop - Bullseye Trades | Profit Bridge | Cash VS. Margin Accounts | Video | 5 |
| 160 | Jeff Bishop - Bullseye Trades | Profit Bridge | FAQ: I've Never Traded Options, Where Do I Start? | Video | 4 |
| 161 | Jeff Bishop - Bullseye Trades | Profit Bridge | FAQ: How Do I Know When To Exit a Trade? | Video | 3 |
| 162 | Jeff Bishop - Bullseye Trades | Profit Bridge | FAQ: What Should a New Trader be Doing as Getting Started? | Video | 4 |
| 163 | Jeff Bishop - Bullseye Trades | Profit Bridge | FAQ: How Do I Know Where To Put My Stop Loss? | Video | 4 |
| 164 | Jeff Bishop - Bullseye Trades | Profit Bridge | FAQ: How Much Money Do I Put into a Trade? | Video | 2 |
| 165 | Jeff Bishop - Bullseye Trades | Profit Bridge | FAQ: How Do I Know How Much My Options is Going to Cost Me? | Video | 2 |
| 166 | Jeff Bishop - Bullseye Trades | Profit Bridge | Inside The Mind of A Millionaire Trader: SPCE Trade Recap | Video | 6 |
| 167 | Jeff Bishop - Bullseye Trades | Profit Bridge | Inside The Mind of A Millionaire Trader: GOOGL Trade Recap | Video | 8 |
| 168 | Jeff Bishop - Bullseye Trades | Profit Bridge | Inside The Mind of A Millionaire Trader: IBM Trade Recap | Video | 6 |
| 169 | Jeff Bishop - Bullseye Trades | Profit Bridge | Inside The Mind of A Millionaire Trader: AAPL Trade Recap | Video | 15 |
| 170 | Jeff Bishop - Bullseye Trades | Profit Bridge | Trading Strategy #5: Having a Gameplan | Video | 4 |

**Attachment OOO**

PX 27, 2298

| FTC Ref. No. | Expert/Service | Course/Section | Lesson | Type | Minutes |
|---|---|---|---|---|---|
| 171 | Jeff Bishop - Bullseye Trades | Profit Bridge | Trading Strategy #4: Maximizing Profits | Video | 4 |
| 172 | Jeff Bishop - Bullseye Trades | Profit Bridge | Trading Strategy #3: Breakout Stocks | Video | 4 |
| 173 | Jeff Bishop - Bullseye Trades | Profit Bridge | Trading Strategy #2: The Money Pattern | Video | 5 |
| 174 | Jeff Bishop - Bullseye Trades | Profit Bridge | Trading Strategy #1: Gravitational Lines | Video | 3 |
| 175 | Jeff Bishop - Bullseye Trades | Profit Bridge | Understanding long and short calls and puts | Video | 9 |
| 176 | Jeff Bishop - Bullseye Trades | Profit Bridge | Understanding long and short option positions | Video | 5 |
| 177 | Jeff Bishop - Bullseye Trades | Profit Bridge | There are only two types of stock options | Video | 4 |
| 178 | Jeff Bishop - Bullseye Trades | Profit Bridge | What exactly is an option? | Video | 8 |
| 179 | Jeff Bishop - Bullseye Trades | Profit Bridge | What exactly are stocks and bonds? | Video | 5 |
| 180 | Kyle Dennis - Fast Five | The Smart Trader | eBook | Training Manual | 0 |
| 181 | Kyle Dennis - Fast Five | Trading Psychology and Platform S | 1. Etrade Walk Through | Video | 48 |
| 182 | Kyle Dennis - Fast Five | Trading Psychology and Platform S | 2. Nucleus Webinar: Your Daily Plan Part 1 | Video | 21 |
| 183 | Kyle Dennis - Fast Five | Trading Psychology and Platform S | 3. Nucleus Webinar: Your Daily Plan Part 2 | Video | 20 |
| 184 | Kyle Dennis - Fast Five | Trading Psychology and Platform S | 4. Nucleus Webinar: Your Daily Plan Part 3 | Video | 15 |
| 185 | Kyle Dennis - Fast Five | Trading Psychology and Platform S | Cash VS. Margin Accounts | Video | 41 |
| 186 | Kyle Dennis - Fast Five | Catalyst and Swing Trading | 1. Nucleus Bottom Reversal Charting Webinar Part1 | Video | 10 |
| 187 | Kyle Dennis - Fast Five | Catalyst and Swing Trading | 2. Nucleus Bottom Reversal Charting Webinar Part 2 | Video | 10 |
| 188 | Kyle Dennis - Fast Five | Catalyst and Swing Trading | 3. Nucleus Bottom Reversal Charting Webinar Part 3 | Video | 10 |
| 189 | Kyle Dennis - Fast Five | Catalyst and Swing Trading | 4. Nucleus Bottom Reversal Charting Webinar Part 4 | Video | 10 |
| 190 | Kyle Dennis - Fast Five | Catalyst and Swing Trading | 5. Nucleus Bottom Reversal Charting Webinar Part 5 | Video | 10 |
| 191 | Kyle Dennis - Fast Five | Catalyst and Swing Trading | 6. Nucleus Bottom Reversal Charting Webinar Part 6 | Video | 11 |
| 192 | Kyle Dennis - Fast Five | Catalyst and Swing Trading | 7. Nucleus Fibonacci Retracement Webinar Part 1 | Video | 15 |
| 193 | Kyle Dennis - Fast Five | Catalyst and Swing Trading | 8. Nucleus Fibonacci Retracement Webinar Part 2 | Video | 15 |
| 194 | Kyle Dennis - Fast Five | Catalyst and Swing Trading | 9. Nucleus Fibonacci Retracement Webinar Part 3 | Video | 15 |
| 195 | Kyle Dennis - Fast Five | Catalyst and Swing Trading | 10. Nucleus Fibonacci Retracement Webinar Part 4 | Video | 10 |
| 196 | Kyle Dennis - Fast Five | Catalyst and Swing Trading | 11. October 5 Pennants and Flags | Video | 60 |
| 197 | Kyle Dennis - Fast Five | Catalyst and Swing Trading | 12. July 25 Lesson on Bottom Bouncers | Video | 93 |
| 198 | Kyle Dennis - Fast Five | Catalyst and Swing Trading | 13. Catalyst Buy, Sell, and Stop Zones | Video | 29 |
| 199 | Kyle Dennis - Fast Five | Catalyst and Swing Trading | 14. Nucleus Catalyst Swing Fundamentals and Technical Webinar Pt.1 | Video | 10 |
| 200 | Kyle Dennis - Fast Five | Catalyst and Swing Trading | 15. Nucleus Catalyst Swing Fundamentals and Technical Webinar Pt.2 | Video | 10 |
| 201 | Kyle Dennis - Fast Five | Catalyst and Swing Trading | 16. Nucleus Catalyst Swing Fundamentals and Technical Webinar Pt.3 | Video | 10 |
| 202 | Kyle Dennis - Fast Five | Catalyst and Swing Trading | 17. Nucleus Catalyst Swing Fundamentals and Technical Webinar Pt.4 | Video | 10 |
| 203 | Kyle Dennis - Fast Five | Catalyst and Swing Trading | 18. Nucleus Catalyst Swing Fundamentals and Technical Webinar Pt.5 | Video | 10 |
| 204 | Kyle Dennis - Fast Five | Catalyst and Swing Trading | 19. Nucleus Catalyst Swing Fundamentals and Technical Webinar Pt.6 | Video | 17 |
| 205 | Kyle Dennis - Fast Five | Catalyst and Swing Trading | 20. Nucleus Webinar Sentiment and Earnings Part 1 | Video | 10 |
| 206 | Kyle Dennis - Fast Five | Catalyst and Swing Trading | 21. Nucleus Webinar Sentiment and Earnings Part 2 | Video | 10 |
| 207 | Kyle Dennis - Fast Five | Catalyst and Swing Trading | 22. Nucleus Webinar Sentiment and Earnings Part 3 | Video | 10 |
| 208 | Kyle Dennis - Fast Five | Catalyst and Swing Trading | 23. Nucleus Webinar Sentiment and Earnings Part 4 | Video | 10 |
| 209 | Kyle Dennis - Fast Five | Catalyst and Swing Trading | 24. Nucleus Webinar Sentiment and Earnings Part 5 | Video | 10 |
| 210 | Kyle Dennis - Fast Five | Catalyst and Swing Trading | 25. Nucleus Webinar Sentiment and Earnings Part 6 | Video | 13 |
| 211 | Kyle Dennis - Fast Five | Catalyst and Swing Trading | 26. Nucleus Brain Trust: SEC Filings Part 1 | Video | 30 |
| 212 | Kyle Dennis - Fast Five | Catalyst and Swing Trading | 27. Nucleus Brain Trust: SEC Filings Part 2 | Video | 34 |
| 213 | Kyle Dennis - Fast Five | Catalyst and Swing Trading | 28. November 20th Lesson on Channel Trading | Video | 75 |
| 214 | Kyle Dennis - Fast Five | Day Trading | 1. Nucleus Day Trade the Open Webinar Part 1 | Video | 10 |
| 215 | Kyle Dennis - Fast Five | Day Trading | 2. Nucleus Day Trade the Open Webinar Part 2 | Video | 10 |
| 216 | Kyle Dennis - Fast Five | Day Trading | 3. Nucleus Day Trade the Open Webinar Part 3 | Video | 10 |
| 217 | Kyle Dennis - Fast Five | Day Trading | 4. Nucleus Day Trade the Open Webinar Part 4 | Video | 10 |
| 218 | Kyle Dennis - Fast Five | Day Trading | 5. Nucleus Day Trade the Open Webinar Part 5 | Video | 9 |
| 219 | Kyle Dennis - Fast Five | Day Trading | 6. Nucleus Day Trade the Open Webinar Part 6 | Video | 6 |
| 220 | Kyle Dennis - Fast Five | Day Trading | 7. Brain Trust Webinar: Day Trade Charting Part 1 | Video | 20 |
| 221 | Kyle Dennis - Fast Five | Day Trading | 8. Brain Trust Webinar: Day Trade Charting Part 2 | Video | 21 |
| 222 | Kyle Dennis - Fast Five | Day Trading | 9. Brain Trust Webinar: Day Trade Charting Part 3 | Video | 11 |
| 223 | Kyle Dennis - Fast Five | Day Trading | 10. Nucleus Brain Trust Webinar: Day Trade Idea Generation Part 1 | Video | 20 |
| 224 | Kyle Dennis - Fast Five | Day Trading | 11. Nucleus Brain Trust Webinar: Day Trade Idea Generation Part 2 | Video | 20 |
| 225 | Kyle Dennis - Fast Five | Day Trading | 12. Nucleus Brain Trust Webinar: Day Trade Idea Generation Part 3 | Video | 19 |
| 226 | Kyle Dennis - Fast Five | Day Trading | 13. How to Use Level 2 and Identify Key Levels | Video | 64 |
| 227 | Kyle Dennis - Fast Five | Day Trading | 14. Nucleus Webinar Shorting Part 1 | Video | 12 |
| 228 | Kyle Dennis - Fast Five | Day Trading | 15. Nucleus Webinar Shorting Part 2 | Video | 12 |
| 229 | Kyle Dennis - Fast Five | Day Trading | 16. Nucleus Webinar Shorting Part 3 | Video | 12 |
| 230 | Kyle Dennis - Fast Five | Day Trading | 17. Nucleus Webinar Shorting Part 4 | Video | 17 |
| 231 | Kyle Dennis - Fast Five | Day Trading | 18. Japanese Candlesticks Part 1 | Video | 10 |
| 232 | Kyle Dennis - Fast Five | Day Trading | 19. Japanese Candlesticks Part 2 | Video | 10 |
| 233 | Kyle Dennis - Fast Five | Day Trading | 20. Japanese Candlesticks Part 3 | Video | 10 |
| 234 | Kyle Dennis - Fast Five | Day Trading | 21. Japanese Candlesticks Part 4 | Video | 10 |
| 235 | Kyle Dennis - Fast Five | Day Trading | 22. Japanese Candlesticks Part 5 | Video | 10 |
| 236 | Kyle Dennis - Fast Five | Day Trading | 23. Japanese Candlesticks Part 6 | Video | 11 |
| 237 | Kyle Dennis - Fast Five | Day Trading | 24. October 4 Double Bottom Lesson | Video | 93 |
| 238 | Kyle Dennis - Fast Five | Day Trading | 25. Double Top Intraday Lesson | Video | 77 |
| 239 | Kyle Dennis - Fast Five | Day Trading | 26. October 16 Volume Analysis and Live Scan | Video | 99 |
| 240 | Kyle Dennis - Fast Five | Day Trading | 27. December 4 Lesson on Margin and Gaps | Video | 63 |
| 241 | Kyle Dennis - Fast Five | Option Trading | 1. Nucleus Exclusive: Options Trading | Video | 28 |
| 242 | Kyle Dennis - Fast Five | Option Trading | 2. October 6 Options and Order Entry Lesson | Video | 40 |
| 243 | Kyle Dennis - Fast Five | Option Trading | 3. Option Sweeps Part 1 | Video | 10 |
| 244 | Kyle Dennis - Fast Five | Option Trading | 4. Option Sweeps Part 2 | Video | 10 |
| 245 | Kyle Dennis - Fast Five | Option Trading | 5. Option Sweeps Part 3 | Video | 10 |
| 246 | Kyle Dennis - Fast Five | Option Trading | 6. Option Sweeps Part 4 | Video | 10 |
| 247 | Kyle Dennis - Fast Five | Option Trading | 7. Option Sweeps Part 5 | Video | 10 |
| 248 | Kyle Dennis - Fast Five | Option Trading | 8. Option Sweeps Part 6 | Video | 17 |
| 249 | Kyle Dennis - Fast Five | Fast 5 Trades - Get Started | 2 Minute Video + Written Material | Other Written Material | 2 |
| 250 | Kyle Dennis - Fast Five | Fast 5 Trades - Weekly Updates | | Blog | 0 |
| 251 | Kyle Dennis - Fast Five | Intro to Fast 5 | Written Material | Other Written Material | 0 |
| 252 | Kyle Dennis - Fast Five | Training Guides | Biotech Trading Ebook | Training Manual | 0 |
| 253 | Kyle Dennis - Fast Five | Training Guides | 7 Deadly Trading Sins | Training Manual | 0 |
| 254 | Kyle Dennis - Fast Five | Training Guides | Middle-Class Millionaire | Training Manual | 0 |
| 255 | Kyle Dennis - Fast Five | Fast 5 Trades - Exclusive Content | | Blog | 0 |



# Registration Confirmed - Top 3 Market-Crushing Trading Patterns
1 message

**Jason Bond** <jason@jasonbondpicks.com>                                     Thu, Mar 12, 2020 at 3:56 PM
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮

Hi ▮▮▮▮

Are you ready to learn the Top 3 Trading Patterns I use?

I'm excited you've registered to join me in this training session!

My portfolio has skyrocketed by using these patterns. They have helped me become extremely profitable in the last 5 years since I started my service.

In fact, I made over 180% in 2015 and then in 2016 I **turned a $100,000 account into $430,000!** A massive 330% returns.

2017, I then made $284,000 and get this...I donated all of it to charity!

It's because of these three simple patterns that have allowed me to build REAL WEALTH and help others in the process.

2018 is no different because of my market-tested strategy that myself and thousands of members are using for HUGE success.

Again, I am trading REAL money to make REAL profits... and I'll show you exactly how I do it!

I know your time is valuable, so to show you my appreciation **I've got a special gift for you and everyone else who attends**...You won't want to miss this! I can promise you that.

Status: Confirmed

Training Link: **Click Here**

To get ready I need you to do 3 things:

1. **Login early** (at least 5-10 minutes beforehand) to make sure you can connect and to confirm your reservation (I usually get a very big audience for these events).
2. Remember to **turn on your speakers and turn up the volume**. I'll be talking a lot for about 30 minutes and I don't want you to miss anything.
3. **Take notes**! I will be sharing a lot of really valuable things I've learned as a trader. I don't expect you to catch it all but when you have an "aha!" moment write it down so you don't forget it.

I look forward to seeing you soon!



Jason

**Attachment PPP**         **PX 27, 2300**



---

**The Case Against Options**
1 message

**Raging Bull Insider** <insider@ragingbullinsider.com>                     Thu, Mar 19, 2020 at 11:03 AM
Reply-To: Raging Bull Insider <insider@ragingbullinsider.com>



Dear Insider—Jason Bond here.

The Dow shaved off 10,000 points over the last five weeks. While many stocks have gone on sale, I can tell you something that has gotten more expensive—OPTIONS.

Fear and uncertainty have been driving up the price of nearly every stock option on the board. You see, when implied volatility rises, the price for options becomes more expensive.

Not only that, but the volatility in the market has caused some stock options to become nearly untradeable.

Open up an options chain you'll see some bid/ask spreads so wide—you can drive a truck through them.

That can lead to slippage, potentially dig into your profits, or even worse, turn a winning trade into a loser because you got chopped up getting in and out of the trade.

You have to be very careful at what stock options you're trading.

For example, one of the hottest stocks in the market this week has Blue Apron (APRN), it's gone from $2 per share all the way to $21.

| Blue Apron Holdings, Inc. |  |  |
| NYSE: APRN |  |  |
| Summary | News | Conversation |

**Attachment PPP**                    **PX 27, 2301**



**The stock has options but they're more or less untradeable.**

For example, April $19 calls yesterday were trading at $5.70 per contract when the stock was at $14.40.

In other words, at expiration, the stock would need to rise to $24.70 in order to break-even on that trade.

That means traders who got into that position would need the stock to rise an additional 58% JUST TO BREAK EVEN.

And while the stock may make the move, that's just way too much risk to be putting on the table.



**Blue Apron options are implying that the stock will move in a DAILY range of 37.9%!!**

Buying at-the-money options or out-the-money options in a stock that has such a high IV puts you in a tough spot, a lot of things need to go right, and only one has to go wrong for you to lose money.

**Attachment PPP**          PX 27, 2302

**That's why in a lot of cases now it makes sense to trade the stock instead.**

And that's exactly what I did this week.



By trading the stock instead of the options, I didn't have to worry about liquidity or getting chopped up in slippage.

We've all been taught that buying options has defined risk. Which is true.

But unless you are a savvy options trader who understands the intricacies of volatility, buying outright calls and puts in single stock options is extremely risky in this environment.

One way pro's are dealing with the high implied volatility is that they are buying options that are deep-in-the-money.

Why?

Because deep-in-the-money options have less extrinsic value (or time premium) in them. They react very similar to a stock position.

For example, some traders were buying $3 calls in APRN when the stock was at $15.34 yesterday, they were paying about $12.50 per contract for them.

In other words, if today was expiration, they'd only lose about $0.16 in time premium.

But despite that, trading the stock outright will be a lot cleaner than trading options in A LOT of symbols right now.

Keep this mind when you're putting together your trade plan. And don't get fooled in thinking that because you're buying an option that your risk is low… There are a ton of risk trading options right now.

I want you to be smart out there, but most importantly, I want you to make money, even in this tough market.

That's why I'm putting together my most important training event ever.

**It's called JBP Unchained.**

Here's what the schedule looks like:

## How to Capitalize On This Market!

**Friday, Mar 20:** My Best Seller, Swing for the Fences

**Saturday, Mar 21:** My Millionaire Meet + Greet

**Sunday, Mar 22:** Video Watchlist of Hot Stocks for the Week

**Monday, Mar 23:** My Part-Time Trading Blueprint

**Tuesday, Mar 24 8PM ET: JBP Unchained – LIVE Event!**

 

**Attachment PPP**

**PX 27, 2304**

**Registration is absolutely free.**

**Claim your seat today.**

**Let's conquer this market together!**

*Jason Bond*

**Jason Bond**

 Special

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from insider@ragingbullinsider.com
Unsubscribe from all RagingBull emails

Neither Raging Bull nor RagingBull.com, LLC (publisher of RagingBull) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Raging Bull manages on behalf of RagingBull.com, LLC.

 Gmail　　　　　　　　　　　　　　　　　　　█████████████████

---

**Read This Before Your Next Trade,** ███████████
1 message

---

**Raging Bull Insider** <insider@ragingbullinsider.com>　　　　　　　　Fri, Apr 3, 2020 at 10:02 AM
Reply-To: Raging Bull Insider <insider@ragingbullinsider.com>
███████████████



Dear ██████████, Jeff Bishop here.

The U.S. stock market started Q2 in the same fashing Q1 ended...

SHARPLY LOWER

However, that doesn't mean your account needs to suffer.

Why do I believe that?

Well, during a month filled with bloodbaths, Kyle Dennis went on to make more than $477K in trading profits.



And guess what?

Kyle didn't do it by shorting the market either.

No joke.

He was able to rack up nearly $500K in profits by trading stocks related to the COVID-19 pandemic and the *new economy* it's created.

So while most people are seeing these type of headlines:

**Attachment PPP**　　　**PX 27   2306**



They are totally missing out on what Kyle believes is *a hidden bull market.*

Now, if you missed last month's profit grab in the market...

I'm sorry to hear.

But believe it or not, Kyle expects more trading opportunities in April.

And quite possibly, even bigger profits.

To get you ready, Kyle wanted me to let you know he's putting together an online meetup.

**It's 100% free to register.**

Not only will Kyle address the state of the market.

But he will also be sharing where he's making my most money, how you can find these trades, and how to replicate my success.

**It's all going down shortly.**

**Make sure you're here.**

**Don't miss this.**

Jason Bond and Jeff Bishop

**Jason Bond** and **Jeff Bishop**

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

**Attachment PPP          PX 27  2307**

Click Here to stop receiving emails from insider@ragingbullinsider.com
Unsubscribe from all RagingBull emails

---

Neither Raging Bull nor RagingBull.com, LLC (publisher of RagingBull) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Raging Bull manages on behalf of RagingBull.com, LLC.

**Subject:** 3 Trades to 3x Your Money
**From:** "Raging Bull Insider" <insider@ragingbullinsider.com>
**Date:** 7/6/2020, 6:35 AM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮



Most of our millionaire traders, myself included, are extremely active in the markets. Heck, sometimes I put on a dozen trades in any given day.

But the truth of the matter is: some work out, and some don't.

But that's what trading boils down to... *Right?*

Jeff has a thing or two to say about that.

You see, Jeff ONLY places his **"Big Money Trades"** if the stars align… If everything sets up *just* right, and he has 100% conviction that he's going to walk away with a hefty profit.

**His last High Conviction $20,000 trade on AVLR returned *150% overnight and 376% in just 5 trading days.***

**And right now, Jeff has his sights set on *THREE* "Big Money" trades, that he believes could triple his money before the end of July.**

**On Thursday July 9th he's going to go live to reveal all the details,** and give you the opportunity to 3x YOUR money right beside him.

But here's the thing… These are extremely time sensitive trades that Jeff is aiming to hit with pinpoint accuracy.

*… So you're going to have to be in attendance to get all the details.*

**Click here right now to secure your spot at the event, and learn how to capitalize on this small window of opportunity to triple your money.**

**Jason Bond** and **Jeff Bishop**

---

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from insider@ragingbullinsider.com
Unsubscribe from all RagingBull emails

---

**DISCLAIMER**: To more fully understand any Ragingbull.com, LLC ("RagingBull") subscription, website, application or other service ("Services"), please review our full disclaimer located at https://ragingbull.com/disclaimer.

**FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE.** Any RagingBull Service offered is for educational and informational purposes only and **should NOT beconstrued as a securities-related offer or solicitation, or be relied upon as personalizedinvestment advice.** RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision.

**RESULTS PRESENTED NOT TYPICAL OR VERIFIED.** RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of the persons voluntarily providing the testimonial. **However, subscribers' trading results have NOT been tracked or verified** and past performance is not necessarily indicative of future results, **and the results presented in this communication are NOT TYPICAL.** Actual results will vary widely given a variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed.

**Attachment PPP**     **PX 27, 2310**

Investing in securities is speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment.

**RAGINGBULL IS NOT AN INVESTMENT ADVISOR OR REGISTERED BROKER.** Neither RagingBull nor any of its owners or employees is registered as a securities broker-dealer, broker, investment advisor (IA), or IA representative with the U.S. Securities and Exchange Commission, any state securities regulatory authority, or any self-regulatory organization.

**WE MAY HOLD SECURITIES DISCUSSED.** RagingBull has not been paid directly or indirectly by the issuer of any security mentioned in the Services. However, Ragingbull.com, LLC, its owners, and its employees may purchase, sell, or hold long or short positions in securities of the companies mentioned in this communication.

**Attachment PPP**    **PX 27, 2311**

**Subject:** My Money Doubling Trades
**From:** "Nathan Bear" <NathanBear@weeklymoneymultiplier.com>
**Date:** 7/13/2020, 10:22 AM
**To:** ███████████████████



Dear 

I'm going to say something you might not want to hear, but it's important you hear it now before you roll the dice with your full portfolio in 1 position and your fingers crossed behind your back.

### No one can control the outcome of trading.

So don't try to.

All you can do is consistently position yourself for success.

Frankly, there's one person I know who does this better than anyone else.

….me.

I take aggressive, short term momentum trades.

I'm looking for:

> $3 or less per contract
> Defined Risk Parameters
> Short Hold Times (1-3 days)

And so far in 2020?

**I've hit OVER 100 100%+ movers.**

Think about that for just a second.

I'm going to rephrase.

More than 100 times in the last 6 months, I have taken the amount of money I invested and doubled it.
$500 to $1,000.

$1,000 to $2,000.

Again and again and again.

OVER 100 TIMES!

Just last week I hit 3…

   *257% on CMG, 103% on CMG, and 108% on DG*

Now, the only reason I've been able to do this and you haven't **is because of one simple indicator.**

Sounds too good to be true?

***Well, it's not.***

**This one indicator is single-handedly responsible for locating over 100 money-doubling trades.**

It measures the different phases of a stock, and informs me exactly when a stock fits my specific proprietary pattern - ***meaning it's ready to make a move higher.***

**Attachment PPP**          **PX 27, 2313**

It looks exactly like this:



Now, I don't expect those charts to mean anything to you… yet.

**_But when you register for this thirty-minute session_**_,_ **_I'll break down exactly how I've able to spot this indicator on charts, and how it's led me to double my money over 100 times so far this year._**

I shouldn't need to tell you twice.

**Attachment PPP**

**PX 27, 2314**

This session is essential to your future success in the market.

It won't guarantee an outcome for you, but you can't deny these results.

100 MONEY DOUBLING TRADES IN 2020 SO FAR!

Learn How…. **HERE.**

*Nathan Bear*

**Nathan Bear**
Weekly Money Multiplier

**Jeff Bishop's First $20,000 Bet Released Monday, July 13th. 2 Will Follow!
Want the tickers?  ACCESS ALL 3 for $199 --> HERE!**

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from NathanBear@weeklymoneymultiplier.com
Unsubscribe from all RagingBull emails

**DISCLAIMER**: To more fully understand any Ragingbull.com, LLC ("RagingBull") subscription, website, application or other service ("Services"), please review our full disclaimer located at https://ragingbull.com/disclaimer.

**FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE.** Any RagingBull Service offered is for educational and informational purposes only and **should NOT beconstrued as a securities-related offer or solicitation, or be relied upon as personalizedinvestment advice.** RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision.

**RESULTS PRESENTED NOT TYPICAL OR VERIFIED.** RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of the persons voluntarily providing the testimonial. **However, subscribers' trading results have NOT been tracked or verified** and past performance is not necessarily indicative of future results, **and the results presented in this communication are NOT TYPICAL.** Actual results will vary widely given a

**Attachment PPP**

**PX 27, 2315**

variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. **Investing in securities is speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment.**

**RAGINGBULL IS NOT AN INVESTMENT ADVISOR OR REGISTERED BROKER.** Neither RagingBull nor any of its owners or employees is registered as a securities broker-dealer, broker, investment advisor (IA), or IA representative with the U.S. Securities and Exchange Commission, any state securities regulatory authority, or any self-regulatory organization.

**WE MAY HOLD SECURITIES DISCUSSED.** RagingBull has not been paid directly or indirectly by the issuer of any security mentioned in the Services. However, Ragingbull.com, LLC, its owners, and its employees may purchase, sell, or hold long or short positions in securities of the companies mentioned in this communication.

If you have a current active subscription with Weekly Money Multiplier you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultipler.com.

**Attachment PPP**

**PX 27, 2316**



Attachment QQQ

PX 27, 2317





## JEFF ALERTS HIS USUAL TRADE, MONDAY MORNING BEFORE THE MARKET OPENS...

Less than 24 hours after his trade alert, Jeff's DIS trade earned him a quick 70% gain for almost $10,000.

For this weeks Bullseye, I've got my sights set on Disney (DIS), looking for a move higher into earnings. It is always tough to trade around earnings season, but Disney 'is not until November 7th, so we have some time.

Here's a look at the hourly chart over the last few months:

DIS has been a bit beaten down lately, but I think upcoming earnings will provide some support, and that we will see a continued move higher in the next week or so.

We have a nice uptrend in place right now, and I am looking for DIS to find the strength to break through the 200-MA (which always seems to be a key resistance level).

If it can do that, I think it will be off to the races.

I am looking to buy the **DIS Nov 1 2019 129 Call @ 2.80** to start, and then I will add to this in the lower $2's.

If DIS closes under $129 this week, I will cut it loose.

My target is around $135, which will be a great place to lock in some profits.

Congrats to everyone who got in on WEN last week, let's get another Bullseye winner!

Bright and early Monday AM, Jeff alerted his members of his weekly Bullseye trade (TWTR).

Booooom!!

I am ringing the register here and locking in another win for my Bullseye trades.

I just locked up the TWTR calls @ $3.00 for a 40% win, or $4200 right in my pocket. I hope you got a nice piece of this one too, easy peasy layup.

It is even higher now, but I could care less. Profits in my pocket are better than





**Attachment QQQ**



PX 27, 2322





# MORE PRAISE FROM THE
## BULLSEYE COMMUNITY

**Bruce Marling**  20 minutes ago

Jeff, Got in IWM at $1.30. Just sold at $2.80. First triple digit profit at 115% !!!!! Gain of $6,000. Thank you, thank you, thank you!

REPLY

**Glenn Cooper**  13 seconds ago

picked up a total of 5 contracts yesterday with avg of 2.59. sold this morning at 4.75. That spike was a nice surprise to wake up to. Saw the equity price spike in pre-market and couldn't wait for the market to open :) roughly 90% in 24 hours. Been trading options for years and that's what I call a good ROI :)

REPLY   DELETE

**Michael Staats**  6 hours ago

Same story $500 in about 15 min. May buy back in if it consolidates but can't be mad with that profit!

REPLY   DELETE

Attachment QQQ                    PX 27, 2324



**Vincenzo Curella** 30 minutes ago

Thank Jeff!! Got half position on at $2.80 and out at $4.55, 63% return is great!! Made over $900+

REPLY   DELETE

**Jim Denison** 42 minutes ago

In @ $2.50, out @ $4.80!!! 92%, yeah baby!!!

REPLY   DELETE

**Duane Velum** 1 hour ago

Thank you Jeff - In at 4.50 and out at 6.35 - $720.00 in 15 minutes

REPLY   DELETE

**Nderim Selmani** 18 minutes ago

Jeff, So far all the Bullseye trades have been profitable for me and I couldn't thank you enough, so glad I signed up for Total Alpha.

REPLY   DELETE

**Attachment QQQ**                    **PX 27, 2325**



**Allen Nichols Nichols** 4 minutes ago

Thanks JB 6500.00 IN 20 MINUTES, not greedy

REPLY

**Philip Davis** 40 minutes ago

This is turning out to be the best paid trading service I've ever joined! Thanks Jeff!

REPLY   DELETE

**Denis Favier Chacin** 12 hours ago

Woaaa Jeff great trade my first trade with BULLSEYE %62.07 yess all that from my cell phone Thank you!!

REPLY

**Martin Vinson** 1 day ago

Mr Bishop,

I'm brand spankin' new to your service and I'm very impressed with this past trade (TWTR). I made a Cool. $465.00 Bucks and I'm very pleased. I have a small account right now and I look forward to the upcoming trades. Your Heaven Sent keep up the Great work!!

Martin :)

REPLY

**Attachment QQQ**                    **PX 27, 2326**



Attachment QQQ

PX 27, 2327





MILLIONAIRE OPTIONS TRADER Jeff Bishop reveals...

# A SIMPLE METHOD FOLLOWING MY BEST TRADING IDEA EVERY SINGLE WEEK... JUST ONE TRADE

*"The key to big profits is not to trade more, it is to trade less. Each week I hunt down one trade that I think has the chance to make me up to 100% in profits this week, and share this exact idea with you every Monday morning before the market opens."*

**– Jeff Bishop**

I've even rang the bell at the Nasdaq

©2020 BULLSEYE OPTION TRADING. ALL RIGHTS RESERVED. 62 CALEF HWY. #233 LEE, NH 03861

TRANSCRIPT   DISCLAIMER   TERMS & CONDITIONS   DISCLAIMER   PRIVACY POLICY   REFUND POLICY   CONTACT   1-855-590-7694

Attachment QQQ                    PX 27, 2330



thousands of traders, is that they need **simplicity in trading.** I've purchased and I've gone through a lot of trading programs on the market and man, let me tell you, most of them are filled with complex strategies that frankly, most traders can't make any sense of and can't put into practice.

That completely defeats the purpose. If you can't make money with it, then what's the point? **But that changes today.**

When it comes to simplicity, there is no better system than what I've recently developed for you today. I'm breaking it down to the simplest, easiest to understand and follow system that you have ever seen. For the first time ever I'm giving traders, just like you, access to my highest conviction idea every single week before the market opens on Monday.

It's called **Bullseye Trades.** Look, I do all the homework and research during the week and you get to piggyback off my single best idea for the week ahead.

I have literally thousands and thousands of people pay me top dollar every year for my insights and trading ideas, but this is the first time I've ever made it possible for you to get access to my top pick every single week. I'm talking about a real idea each and every week that I'm planning to put my real money into.

The best thing is that you can see it all before it even happens. I lay out everything for you. I tell you exactly what my plan is for the week, even before it begins, so you can trade right alongside of me if you want. You know, Monday is always right around the corner, so do not miss out on joining me with the next incredible trade for the week ahead.

I'm aiming to make over 100% profit each and every week with these ideas and I'm really good at it. I have made literally hundreds of trades where I've made well over 100% on. Some of these I used to think were unreal profits. I mean, I'm talking $50,000, $60,000, even $100,000 in a matter of days, I mean in my former jobs, I never even thought something like this was possible.

How about over $50,000 trading Apple or $70,000 on Wynn in just a few days? In fact, I'm staying at their hotel today thanks to those profits. Thank you Wynn! How about over $80,000 trading Amazon in a single day.



$60,000, even $100,000 in a matter of days. I mean in my former jobs, I never even thought something like this was possible.

How about over $50,000 trading Apple or $70,000 on Wynn in just a few days? In fact, I'm staying at their hotel today thanks to those profits. Thank you Wynn! How about over $80,000 trading Amazon in a single day.

One of my favorites of all time, **$100,000 trading Five Below in just a couple of days.** Can you believe that? Over $100,000 profit. That's enough to buy a lifetime supply of stuff from Five Below.

I could go on and on but you get the idea. Again, yes, these are actual snapshots right off my phone showing real money trades from my personal trading account. I grabbed them off my phone since I usually trade off my phone during the day and in

have been or what should have been, these are actual profits and trades made from my **real money portfolio** and I share trades like this each and every week with my members before I make the trades.

Who else does that? I'm telling you, no one does that. Actual profits that I was able to pull out of the market in just a matter of days and put right into my pocket. It's not only life-changing but it's an amazing feeling and I want you to experience the same thrill.

I'm spotting these ideas all the time, week after week and I do not want you to miss the next one. Like I said, many people pay me upwards of $5,000 each and every year for my ideas and they get access to my thoughts on the market and they are getting a huge value out of it. How do I know? Well, because they stick with me year after year after year.

I'm one of the most widely followed stock market commentators and traders out there. You've probably seen me quoted on **Wall Street Journal** or **Forbes** or **US News** and **World Report**, even **Seeking Alpha** or maybe live on some onscreen news like **Cheddar, Yahoo, Ameritrade's** daily streaming channel.

I've even rang the bell at NASDAQ and stood next to some of the biggest hitters on wall street, right on the floor of the New York stock exchange. The point is, I have developed an uncanny sense for trading over the years. No one has a read on the stock market or makes trades like I do on such a consistent basis or shows people real money trading profits like I do. No one.

I know a $5,000 training program is not for everyone and look, I get it. Like I said, I'm doing something I've never done before today. **I'm offering insanely valuable <u>version of this for just $49.</u>**

Yep. You heard me right, just **49 bucks** and you can trade right alongside of me this very week, just a small one-time fee, no recurring charges and no further obligation at all. Just my best idea, this coming week delivered to you directly before the market opens on Monday.

Also absolutely free right now, I'm going to give you my **Trader's Black Book**, which details for you exactly how I find stocks to trade, how I know exactly which options



Yep. You heard me right, just **49 bucks** and you can trade right alongside of me this very week. Just a small one-time fee, no recurring charges and no further obligation at all. Just my best idea, this coming week delivered to you directly before the market opens on Monday.

Also absolutely free right now, I'm going to give you my **Trader's Black Book**, which details for you exactly how I find stocks to trade, how I know exactly which options contract to use, when to make an entry into a trade and how to make the most profit possible from this, all while keeping my risk limited. If you don't know anything about trading options and none of that made sense to you, don't worry about it. I'm going to hold your hand and pretend you know absolutely nothing about the stock market.

THE
TRADER'S
BLACK BOOK
20 YEARS OF
BATTLE TESTED SECRETS
JEFF BISHOP
WWW.RAGINGBULL.COM

We'll start on the ground floor and you'll get all the most important info I've learned

We'll start on the ground floor and you'll get all the most important info I've learned over 20 years of trading. That's right, 20 years of trading all boiled down to what I consider my **most prized trading manual.** These lessons you're going to learn in this step by step guide are instantly going to make you a better trader.

No matter if you're brand new the market or if you've been trading for over a decade, you will learn how to approach the market with clinical accuracy and trade like never before. This guide alone is worth hundreds of dollars and I'm going to include it today absolutely free because I want to stack the odds in your favor as much as possible.

Bullseye Trades can work for everyone. I can never guarantee what will happen for you, but if you're thinking you can't do this, then think again. I'm telling you this. This has worked for tons of people, not just myself. Let me read you some actual client testimonials from folks who have paid good money to join my service. These guys are just as pumped as I am and it's working for them, just like it's going to work for you too.

Maybe you will be like actual Bullseye member Bruce who said, "Jeff, I got in at $1.30, I sold at $2.80. My first triple digit profit at 115%, made $6,000. Thank you, thank you, thank you."



**Bruce Marling** 20 minutes ago
Jeff, Got in IWM at $1.30, Just sold at $2.80. First triple digit profit at 115% !!!!! Gain of $6,000. Thank you, thank you, thank you.
thank you!!
REPLY

Or Nderim who said, "Jeff, so far, all of the Bullseye Trades have been profitable for me. I couldn't thank you enough, so glad I signed up."

**Nderim Selmani** 13 minutes ago
Jeff, So far all the Bullseye trades have been profitable for me and I couldn't thank you enough, so glad I signed up for Total Alpha.
REPLY   DELETE

Or how about Michael who said, "I could have gotten a bit more profit but I will take a

Or Nderim who said, "Jeff, so far, all of the Bullseye Trades have been profitable for me. I couldn't thank you enough, so glad I signed up."

**Nderim Selmani** 9 minutes ago

Jeff, So far all the Bulleye trades have been profitable for me and I couldn't thank you enough, so glad I signed up for Total Alpha.

REPLY   DELETE

Or how about Michael who said, "I could have gotten a bit more profit but I will take a 70% win. That is five weeks in a row, a $500 profit from my small account."

**Michael Staats** 1 minute ago

Got in at $2.18. Set my stop at $3.75 so I didn't have to keep eye on it. Spiked this morning to 3.75 and went to 3.9 so could have gotten a bit more profit but I'll take a 70% win. That is 5 weeks now of $500+ profit for my small account

REPLY

I get so many from first-timers like this. It's Lester who says, "First trade with you, made an easy 25%, thanks Jeff."

**Lester Dean Jr Dean** 4 minutes ago

1st trade with you made easy 25% thanks Jeff!

REPLY

Hide replies ⌃

**Jeff Bishop**

Let's go! Great job!

REPLY   DELETE

Or like Rick who said, "In at $2.57, out at $3.70. First trade ever. Woo hoo."

**Rick Eriksen** 16 minutes ago

In at 2.57 and out at 3.70! 1st trade ever! Woohoo!

In at 2.57 and out at 3.70! 1st trade ever! Woohoo!

REPLY

**Hide replies** ∧

**Jeff Bishop**

Awesome! Proud of you for taking those quick profits

REPLY   DELETE

It's really amazing to see so many people having so much success in this system. I love hearing stories like this week after week and I really want to hear from you soon.

I've been trading a long time now, but I still get excited when the opening bell rings on Monday morning. I get fired up and I'm ready for the week ahead because I already know the exact trade I'm going to get into. Even though I've done this hundreds and hundreds of times, I'm still super pumped to get up each and every week as I know I'm probably going to make more money. It's just a question of how much.

Now here's the reality nobody wants to talk about. We've all been told you work hard, you study, you learn a lot and you become satisfied with mediocre profits that everyone else gets. But admit it, you secretly want to be a lazy trader. It's okay. Deep down, we all want to be lazy and we all want to make money. You need to learn to work smarter, not harder.

The only way to truly get ahead in life is to find ways to exponentially multiply the value of your time. Just like you can do with trading. What I mean is there is no limit to the amount of money you can make trading. There is a limit, however, to what you can make working whatever job you have right now. You are not going to build real wealth by simply working more hours. The system just doesn't value your time enough and you can never beat the rat race that way.

Let's break this down in real world terms. If I have the choice of studying endless courses, videos, trading materials or simply getting **one trade idea a week** from one of Wall Street's top minds, which do you think I'd want to do? Of course the answer is stupidly simple. Of course you want to focus just on the best trade each and every week. Who doesn't?



Trading Strategy #1: Gravitational Lines
● WATCH NOW

Trading Strategy #2: The Money Pattern
● WATCH NOW

This is the absolute best offer I've ever made and I want you to join me right now. On Monday morning this week I'm going to be back ready to attack the market with my best trade idea and take down some big profits. Click the link right now to get started. You are instantly going to get access, lifetime access, to the Traders Black Book, the Profit Kickstarter course and most importantly, my next actual trading idea that I'm planning to put my real money into this week.

This all normally sells for nearly a thousand dollars but I want you to have it risk-free right now. **Just $49**, goodness. This is a ridiculous offer and I'm even guaranteeing it for you. That's how special it is. I mean, look, these are huge trades happening in the market each and every week, if you know where to look.

So many people are taking advantage and now it's your turn. This is something you simply cannot afford to miss out on right now. Again, you've got nothing to lose and everything to gain here. So get started right now, join me for the next Bullseye Trade this week.

**SEND ME THE NEXT BULLSEYE TRADE**

©2019 Bullseye Trades. All Rights Reserved. 62 Calef Hwy. #233 Lee, NH 03861
Terms & Conditions Disclaimer Privacy Policy Refund Policy Contact 1-855-590-7694

**Attachment QQQ**          **PX 27, 2340**



Simplify your trading with Jeff's highest-conviction trade ideas. Bullseye Trading is all about 1 trade, 1 time a week, sent directly to your inbox every Monday morning before market open. **It's *that easy.***

Bullseye Trades are actionable, easy to execute ideas delivered directly to you. Fully researched, vetted and **millionaire trader approved.**

Now I'm sure you're wondering...

**SO HOW GOOD ARE THE TRADES?**



Normally $1,197 (includes everything below for 1 year)

○ **Weekly Trial**   $158 **$49**

One week trial access, including all of the following for one week:

- Bullseye Trades (Normally $158 / per week)
- Jeff's top trade idea each week delivered to you every Monday morning
- Details on the options contract that Jeff is looking at
- BONUS: Jeff's Trader's Blackbook
- BONUS: Profit Kickstarter Video Training Modules
- **DOUBLE your money back guarantee.** If you don't make $100 in trading profits from Jeff's Pick, we'll extend your membership until you do. (Only available for Trial)

**Total:**   **$599**

You are saving $2,900!

ENTER YOUR
② **Account Details**

First Name

Last Name

**RagingBull**



$4,560

Check out 4 of Jeff's recent Bullseye Trades!

Each Monday morning, he alerts members in his signature Bullseye Trade email:

JEFF BISHOP PRESENTS

**BULLSEYE TRADES**

**GDX** ALERT

Click HERE to get $200 Worth of LIVE Training Sessions with Jeff Bishop—ABSOLUTELY FREE!

For this week's Bullseye I am playing a gold miner ETF (GDX) for a bounce play.

I think there's a good chance we could see some chop in the market this week, so I am really liking gold for a move higher.

Generally, gold prices and stock prices move inversely. Meaning, when stocks move lower, gold (and gold miners) will move higher. This is due to the fact that investors see gold as a suitable hedge against a weak market.

Email Address

Phone Number

Enter your phone number for SMS trade alerts.
Standard rates apply.

Password

Password Confirmation

**SIGN UP**

Already have an account? Sign In!

③ ENTER YOUR **Credit Card Details**

Please sign in or signup for a new account.
Show me ↑

④ **Place Your Order**

BULLSEYE TRADES

Bullseye Trades Unlimited Subscription                    $5.99



Generally, gold prices and stock prices move inversely. Meaning, when stocks move lower, gold (and gold miners) will move higher. This is due to the fact that investors see gold as a suitable hedge against a weak market.

Here's what I'm seeing on the hourly chart:

**GDX PROFIT**

## Subscription

Total: **$599**

Your subscription will automatically renew at $99 **every year** unless you cancel your subscription PRIOR to your renewal date. Your first renewal will take place on the **14th of July 2021**

SECURE PAYMENT

Site & Secure SSL Encrypted

PLACE MY ORDER

### Terms & Conditions

RagingBull.com, LLC owns and maintains the website known as http://totalalphatrading.com ("the Site") subject to your compliance with the terms and conditions set forth in this Agreement. By using the



**GDX** FEEDBACK

*RANDY LARKOWSKI*
I held this one for 3 weeks. Got in on 12/23/2019 at $610, rode it all the way up and watched it come off it's highs today 1/14/2020 ended up selling at $22.81. Nice 374% gainer to start the year off right! It could have been better but I was washing the truck and missed the peak yesterday... Thanks for this one!

*PYPL* ALERT

JEFF BISHOP PRESENTS

**BULLSEYE**
T R A D E S

Mornin' Bullseye Gang!

For this week's Bullseye trade I'm going with PayPal (**PYPL**).

This setup is one that I'm really excited about from a technical standpoint.

Check out what I'm looking at on the hourly chart:

Attachment QQQ

PX 27, 2345



What I'm seeing here is a picture perfect breakout setup, just primed to bring this stock to new all time highs. PYPL has been on an absolute tear lately, and with payment stocks on a hot streak, I think it will keep finding buyers.

PYPL in consolidation mode, which can be recognized by the classic "flag pattern", indicating that it's building up energy to continue its momentum higher.

Also note that PYPL wasn't at all affected by market weakness this week, which tells me that buyers aren't going anywhere.

If the market can find some strength, I think PYPL will be off to the races.

**I'm going to go with PYPL Jun 5 2020 145 Call around $5.**

If PYPL can break through the $147 level, I think it has room to rally another $5+ above that. So I would begin to scale out and take profits around $152. I will stop out if the setup breaks down, and PYPL closes below the hourly lines around $140.

If you want to see all of the buys and sells I'm making on a daily basis - in real time - you can join Total Alpha.

Additionally, I want to hear more from all of you. If you've had success with BullseyeTrades or are learning to become a better trader, click

**PYPL PROFIT**



Attachment QQQ



**PETER LEE**
My First Bullseye Trade! In at $5.40 and out at $7.90! So clinical! Thank you, Jeff!

**MICKEY MCFETRIDGE**
Got in on Monday, bought a little more on Tuesday afternoon when it sunk, and got out Wednesday at about 36% profit! Thanks Jeff, I've learned a lot in the 5 weeks since I've joined!

*WDAY* ALERT

JEFF BISHOP PRESENTS

**BULLSEYE**
T R A D E S

Click HERE to get $200 Worth of LIVE Training Sessions with Jeff Bishop... ABSOLUTELY FREE!

For this weeks Bullseye I am going with Workday (WDAY) for a breakout play.

There is a pretty nice setup coming together right now that I can't ignore.

WDAY is trending above the 13/30 and 200 hourly MA, and is flirting with the breakout line around $168.

You can see what I mean on the hourly chart.

Attachment QQQ

PX 27, 2348

Click HERE to get $200 Worth of LIVE Training Sessions with Jeff Bishop...
ABSOLUTELY FREE!

For this weeks Bullseye I am going with Workday (WDAY) for a breakout play.

There is a pretty nice setup coming together right now that I can't ignore.

WDAY is trending above the 13/30 and 200 hourly MA, and is flirting with the breakout line around $168.

You can see what I mean on the hourly chart:



WDAY has strong trendline support, is clear of key resistance levels, and looks like it is ready to make a strong move up.

I will go with WDAY Nov 29 2019 165 Call @ $3.50. My stop would be if WDAY closes under $160 or I am down 50% on the options position. I will also leave room to add to the position if WDAY hits $163.

Congrats to everyone who hit the NKE Bullseye with me from 2 weeks ago! I locked in over 70% and had another winning spread trade that was alerted to my Total Alpha members. In terms of UVXY from last week, I stopped out of that for a quick trade. Too bad that was a loser, but I'll keep my eye on it for another shot soon.

## **WDAY** FEEDBACK



There is a pretty nice setup coming together right now that I can't ignore.

WDAY is trending above the 13/30 and 200 hourly MA, and is flirting with the breakout line around $168.

You can see what I mean on the hourly chart:

WDAY has strong trendline support, is clear of key resistance levels, and looks like it is ready to make a strong move up.

I will go with WDAY Nov 29 2019 165 Call @ $3.50. My stop would be if WDAY closes under $160 or I am down 50% on the options position. I will also leave room to add to the position if WDAY hits $163.

Congrats to everyone who hit the NKE Bullseye with me from 2 weeks ago! I locked in over 70% and had another winning spread trade that was alerted to my Total Alpha members. In terms of UVXY from last week, I stopped out of that for a quick trade. Too bad that was a loser, but I'll keep my eye on it for another shot soon.

## WDAY FEEDBACK

**DARRYL BOYD**
Out with a 278% gain. Nice!!





Note that the 13/30 crossover hasn't happened yet, but it looks to be setting up nicely. If support holds and we see a confirmed crossover, I think we'll get a quick move higher.

We have plenty of time before earnings on December 19, and I'll bet we see a bounce prior to that in the next week or so.

I am looking to buy the NKE Nov 22 2019 89 Call @ 1.70 to start. I have a target at the 200-MA (a key resistance level), which is around $92. That will be a great place to lock in some profits. If NKE closes under $88, I will cut it loose.

## *NKE* PROFIT

## *NKE* FEEDBACK

*DIANA LAM*
Win NKE at 115%



Win NKE at 115%

**JORDAN HENNESSY**
Got out this morning at 100% gain. Thanks Jeff!

## BULLSEYE SERVICE INCLUDES:

Lowest-priced Inaugural Member Offer: $399/year

Jeff's top trade idea each week, accompanied by a complete trading plan, delivered to you every Monday morning

Details on the options contract that Jeff is looking at

BONUS: Traders Blackbook: access to

delivered to you every Monday morning

Details on the options contract that

Jeff is looking at

BONUS: Traders Blackbook: access to

Jeff's exclusive online options trading guide

BONUS: Profit Kickstarter Pack: enrollment

in Jeff's premium online trading series,

including 10 different kickstarter videos.

## EXCLUSIVE BONUSES
## INCLUDED WHEN YOU
## UPGRADE TO LIFETIME:

When you upgrade to lifetime you'll also get exclusive

access to:

- *Lifetime Bonus #1: Jeff's Trend Setter Bet ALERTS*

Do you ever wonder where the big money is going?

- *Lifetime Bonus #1: Jeff's Trend Setter Bet ALERTS*

  Do you ever wonder where the big money is going?

  Trend Setter Bets offer exclusive visibility into Jeff's BIG BETS

- *Lifetime Bonus #2: PriorityCare Support*

  Skip the hold music and get priority treatment when calling our U.S.A Based V.I.P. Concierge team.

- *Lifetime Bonus #3: The Heirloom Program*

  Transfer your membership to any family or friend at no additional cost. Keep this service within your family tree for future generations to come.

Refund Policy: Bullseye Trades delivers time-sensitive training and education, and thus a strict "no refund" policy is in place. If you wish to stop your service, please cancel prior to the renewal date listed on your profile to avoid renewing. Cancelling on/after the renewal date is considered a late cancellation and does not constitute a refund

Copyright © Raging Bull. All Rights Reserved.   |   Disclaimer   |   Terms & Conditions   |   Refund Policy

Address: 62 Calef Hwy, #233 Lee, NH 03861

Questions? Call our VIP Concierge Team on standby: 833-785-0452

Attachment QQQ          PX 27, 2355

 Gmail

███████████████████████

**Your receipt from RagingBull.com, LLC** ████████████
1 message

**RagingBull.com, LLC** <receipts+acct_1DTsNJCSThvwjdTa@stripe.com>                 Mon, Jul 13, 2020 at 5:18 PM
Reply-To: "RagingBull.com, LLC" <support@ragingbull.com>
█████████████████

## Receipt from RagingBull.com, LLC

Invoice ███████████
Receipt ████████████

**AMOUNT PAID**          **DATE PAID**          **PAYMENT METHOD**
$399.00                  July 13, 2020          ██████████

**SUMMARY**

**JUL 13, 2020 – JUL 13, 2021**

| | |
|---|---|
| Bullseye Trades × 1 | $399.00 |
| Subtotal | $399.00 |
| **Amount paid** | **$399.00** |

If you have any questions, contact RagingBull.com, LLC at
support@ragingbull.com or call at +1 833-265-1270.

Download as PDF

Something wrong with the email? View it in your browser.
You're receiving this email because you made a purchase at RagingBull.com, LLC, which
partners with Stripe to provide invoicing and payment processing.

**Attachment RRR**          **PX 27, 2356**



## Hitting the Bullseye!
1 message

**Bullseye Trades** <support@ragingbull.com>                    Mon, Jul 13, 2020 at 5:19 PM



Hi ████!

Thank you and welcome to Bullseye Trades. It's definitely one of my favorite trading services, and I feel sure that you're going to love it, too!

I've put together a short welcome video to give you an idea of what to expect:



## How Bullseye Trades Work

Attachment SSS                    PX 27, 2357

Every Monday morning before the market opens, I will send you my Bullseye trade idea for the week ahead. I'll share the trade including the exact options contract and a complete trade plan to maximize profits.

Before you get into the trade, I've one "pro trader" tip for you; *WAIT!* The trade idea is not a recommendation to leap into the trade when the markets open on Monday!

In the *Bullseye* alert I detail the options trade, and the price I want to get in at. I am happy to wait until my trade fills… even if it doesn't! I am fine with that and I will never chase trades, and neither should you.

**Allow trades to come to you**. And if the price of the trade goes a little bit lower, I might even enter more options contracts for that trade.

## How Much Profit Can I Make?

For these Bullseye trades I am looking for about 100% profit in a week or two. I am always looking for profits, but remember that pro traders first consider the *loss* they could make on any trade; the **risk** to reward. Always consider the risk of a trade first, and the reward later.

Bullseye trade alerts always give an idea of the stop loss I am looking at if the underlying price of the stock goes against me. This helps me to protect my trading capital, and I am always reminded of what the economist John Maynard Keynes said in this regard;

> *"The market can remain irrational*
> *longer than you can remain solvent."*

Great words!

## Don't EVER Chase Trades!

Allow the trade to come to you and don't get emotionally caught up in your trades. I am always happy to take smaller profits over pipe dreams of future profits or of hoping that a bad trade will suddenly turn great! There is always next week's Bullseye trade if this week's trade doesn't work out as you expected.

## Waiting it Out: Paper Trading

If trading stocks or options is new to you, it's fine to wait and see. You do not have to leap in at the deep end of Bullseye trades.

A lot of brokerages now offer *paper trading* which allows you to place real trades but with "paper" money. This way you can take a look at the trade, see if it feels right, get in on the trade and see what happens.

When you feel that you are being more consistent in your paper trading, and how you respond to the different trading scenarios that come up (because these situations definitely **will** arise!), then you will know if you feel ready to

start trading real money trades. Trading *paper money* is always good practice, and can help to prepare you for real money trading.

I love these Bullseye trades and I think you are going to love them too. Thank you for joining me as we target these trades together!

Now, here's to YOUR success!


*Jeff Bishop*

Jeff


**Accessing Your Bullseye Dashboard**
Access Bullseye Trades here using your email address
███████████████████████ and your account password.


---

### How to Get My Personal, 20-Year Winning Options Trading Strategies!

---

Bullseye Trades is just one of the powerful trading strategies that I've designed over the last 20-plus years to help me rake in **$$MILLIONS in profits!**

And now I want to share ALL of these profitable, fine-tuned trading techniques with you in my *Total Alpha trading service*. I deliver, on average, at least one 100% winner every single month! Total Alpha is now open for new members at my new member offer for a limited time only! Get into Total Alpha here!

---

None of our traders, educators, coaches, forum moderators, employees, agents, nor RagingBull.com, LLC (publisher of Bullseye Trades) are registered as investment advisers nor a broker/dealer with either the U. S.

Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a

**Attachment SSS**          PX 27, 2359

personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives.

The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account.

These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision.

The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment,and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith,but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning the accuracy, completeness,correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current.

Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. Any table or data is accurate, though not every trade is represented. Profits and losses reported are actual figures from portfolios each trader manages individually and not on behalf of RagingBull.com, LLC.

Although our employees may answer your general customer service questions, they are not licensed under securities laws to address your specific investment situation. No communication by our employees or agents to you should be deemed as personalized financial advice.

This information is protected by the copyright laws of the United States, and international treaties. This information may only be used pursuant to the subscription agreement, and any reproduction, copying, or redistribution (electronic or otherwise, including on the world wide web, by email, or via social media), either in whole or in part, is strictly prohibited without the express, prior written permission of RagingBull.com, LLC, 62 Calef Hwy. #233 Lee, NH 03861, USA.

If you have a current active subscription with Bullseye Trades you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at Bullseye Trades
62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Unsubscribe from all RagingBull Emails

← Ad Details

**Multiple versions of this ad** ⓘ

▼   1 of 9   ▲   ⋮

**Kyle W Dennis**
Sponsored
🌐 1573268118965339

Even in a volatile market, we're finding winning trades.

Hi Facebook, my name is Kyle Dennis and I trade stocks.

In March 2020, arguably one of the worst months in the stock markets history, I made $470,000.

And it's not even only me making money. I shared some of these trades with my students, and some students were able to see the same types of returns that I was.

My program Fast 5 trades aims to send students my single best trade every week. Simply follow along, put in the effort, and let's win together.

All you have to do is add your email on the next page and watch the short video explaining everything. See you on the inside.

**About the Page**

**Kyle W Dennis**

**More info**
Learn the strategies I used to become my own boss and achieve financial freedom.
https://www.biotechbreakouts.com/







## MEET THE TRADER
## KYLE DENNIS

My name is Kyle Dennis, I'm only 29 years old, but as you'll learn in my training, I'm exponentially more qualified to teach you how to trade stocks than anyone else you'll ever meet thanks to my trifold education in finance, charting, and fundamental analysis. I'll let my consistent results serve as evidence...

There is a toxic, wide-held belief regarding what profit opportunities are 'realistic'... DO NOT believe the masses. My success has come from trading in specific niches that generate astounding returns while still managing risk carefully... I'm the master of finding profitable niches... and I'm on year 7 of consistent trading profits."

## KYLE HAS BEEN FEATURED ON:

YAHOO!
FINANCE

MarketWatch

The Street

Seeking Alpha α







**OVER 7 MILLION IN TRADING PROFITS**

**TRADING PROFITS**

**GIVE ME THE TRADES ALREADY!!!**

©FAST FIVE TRADES. ALL RIGHTS RESERVED. 62 CALEF HWY. #233 LEE, NH 03861
TERMS & CONDITIONS   DISCLAIMER   PRIVACY POLICY   REFUND POLICY   CONTACT 1-833-265-1270







PX 27, 2370



Much appreciations Kyle, we made **+1700 on SRRA.** Our first trade with you
**-Lawrence Flynn**

Great call my first Fast Five trade. In on Monday out Friday PM... **28% Profit! Thanks Kyle - Bradley Morris**

**Refund Policy:** Fast 5 Trades offers a 30-Day Money Back Guarantee. Anytime during the first 30 days from the start of your membership, call our team at (833-265-1270) to refund and cancel your subscription.

Copyright © Raging Bull, All Rights Reserved.  |  Disclaimer  |  Terms & Conditions  |  Refund Policy

Address: 62 Calef Hwy. #233 Lee, NH 03861

Questions? Call our VIP Concierge Team on standby: 833-785-0452