# Notice of Filing of Plaintiff's Exhibits to Emergency Motion for Temporary Restraining Order (Docket No. 2)

# PX27 (Parts 3-4)