

PX 27, 2372



**$1,588 $149!** (less than $7 a trade!)

**Fast Savings!**
Boost Your Opportunities To Accelerate your Trading by upgrading to the *Fast 5 Trades* Unlimited Membership for only $149!

*Save $1,342 Today Only.*

**YES, I WANT UNLIMITED FAST 5 TRADES**

*By clicking the button below you understand that you'll be immediately charged an additional $149 for Fast Five Trades and $1 annually until cancelled.*

VTGN PROFIT $3,600 IN **FIVE** DAYS OR LESS

**Instant Fast 5 Savings!**
Solidify your trading by upgrading to the *Fast 5 Trades* Unlimited Membership for only $149!

*Save $1,342 Today Only.*

**YES, I WANT UNLIMITED FAST 5 TRADES**

**NO THANKS**

*By clicking the button above you understand that you'll be immediately charged an additional $149 for Fast 5 Trades and $1 annually until cancelled.*



Mail [redacted] | FB Ad Library | Fast Five Training | Raging Bull Check | Contact - Fast Fiv | Affiliate - Raging | Refund Policy - F | Refund Policy - F | Disclaimer - Fast | Terms & Conditio | Fast Five Trading

https://app.ragingbull.com/order/receipt/282334

## Your order was successful!

ORDER DETAILS:

**Fast Five Trades** $97
Subscription

Download Receipt | Product Info

**Total Cost: $97**

PAYMENT MADE WITH

[redacted]

GO TO MEMBER HOME

Please allow a few minutes for your membership to take effect in our system.

If you have any questions call this number:
833-785-0452

Type here to search | Raging Bull Checko... | TechSmith Snagit R... | 3:30 PM 9/2/2020

**Your receipt from RagingBull.com, LLC** ██████████

RagingBull.com, LLC <receipts+acct_1DTsNJCSThvwjdTa@stripe.com>
Wed 9/2/2020 3:31 PM
**To:** ████████████████████████████████

# Receipt from RagingBull.com, LLC

Invoice ██████████
Receipt ████████

| AMOUNT PAID | DATE PAID | PAYMENT METHOD |
|---|---|---|
| $97.00 | September 2, 2020 | ████████ |

**SUMMARY**

**SEP 2, 2020 – SEP 2, 2021**

| | |
|---|---|
| Fast Five Trades × 1 | $97.00 |
| Subtotal | $97.00 |
| **Amount paid** | **$97.00** |

If you have any questions, contact us at support@ragingbull.com or call at +1 833-265-1270.

Download as PDF

**Attachment UUU**

**PX 27, 2375**

**Welcome to Fast 5!**

Kyle Dennis <Kyle@Biotechbreakouts.com>
Wed 9/2/2020 3:33 PM

**To** ███████████████████████████

 image

Welcome to Fast 5, gang!

First things first, sometimes it takes a while for our systems to update after a purchase, so if you continue to receive promotions for this service over the next few days, please patiently ignore. We are working on our system, but just know that you're safe and sound on the Fast 5 team, and I couldn't be more excited to have you.

Before we get into the nitty gritty of my Fast 5 strategy, I want you to **make sure your email alerts are turned on.**

On Mondays, I'll **alert you via email** to the play I'm making in my Fast 5 portfolio that week.

You can also download the RagingBull app, so that you can receive real-time alerts via push notifications. **Click on this hyperlink** to read instructions on how to use and download the RagingBull app.

And **if you're looking for me on social media**, please be aware there are lots of impostors and scam accounts out there. Be careful who you interact with, and don't share any of your personal information. Also, be aware that I will never ask for money over social media. If anyone ever approaches you in this manner, please either email customer support

**Attachment VVV**                    **PX 27, 2376**

or call RagingBull directly at the number listed on our contact page
**www.ragingbull.com.**

My one and only Twitter account is **@kylewdennis** (please be careful with the spelling!), and that's where you can find me on Instagram, too.

Now, you'll start receiving trade alerts ASAP -- and have full access to my **education library** that features video lessons ranging from **catalyst trading** to **trading psychology.**

My Fast 5 strategy is where I search for my highest-conviction pick of the week by **looking for catalysts** that can accelerate a stock move in a swing-trading time frame (typically three to five days).

I aim to keep the email alert simple and streamlined with an easy-to-follow trade plan.

You'll get details on why I'm trading the stock, as well as my **three-price point plan**, which is made up of:

- **HTBX** is the ticker of the stock I bought
- My trade plan dictated that I only buy the stock if it is trading at or under $1.25 (**buy zone**)
- The **buy zone** is my target entry price on the trade
- I would look to close the position if it rose above my target profit to a point in the $1.40 to a point above my target profit
- The **profit zone** is the price point where I'm expecting the stock to area of the $1.40 (**profit zone**), or below $0.90 to limit potential losses (**stop zone**)
- The **stop zone** is the price point where I'll exit the trade to limit losses
- The action I took (**my action**) was that I bought 50,000 (50k) shares of HTBX at $1.13 each

Here's an example of a **Fast 5 trade alert** I sent one Monday morning.

I'll also usually send an email alert letting Fast 5 subscribers know when I sold, or exited, a position, whether it's to take profits or limit losses.

It's also important to note that I am NOT a financial advisor or broker, and I do NOT make stock recommendations. **The goal of this service is to EDUCATE you on my personal trading tactics by showing**

you which stocks *I'm* stalking and why, so you can hopefully apply those principles in your own trading.

Remember, my approach might not align with your risk tolerance, so it's important to **have your own plan** in place to manage your trades with your own buy, profit, and stop zones.

*Just to reiterate, my alerts are sent through email and push notifications, so make sure your emails from Kyle Dennis (kyle@biotechbreakouts.com) are not going to your spam folder and* **[download the RagingBull app.](#)**

*\*Results presented are not typical and may vary from person to person. Please see our full disclaimer here:* [ragingbull.com/disclaimer](#)

Make sure to check out the **[Fast 5 subscriber FAQs](#)** to find answers to questions specific to this service, like "Are you still in this week's trade?" and for my explanation as to why I send the Monday email alert at 10 a.m. Eastern.

And head over to the **[RagingBull FAQs](#)** page to find answers to any more general questions you may have like "How do I get in touch with support?" or "What trading platform should I use?"

[Remove me from BiotechBreakouts VIP Offerings Newsletter](#)

This all might seem a little overwhelming -- like trying to drink water from a firehose -- but **over the next five days, I'm going to walk you through some of the key things you need to know to get started on the right foot**, including:

- **How to set a trade plan that works**
- **My favorite charts & indicators**
- **A quick primer on keeping your cool**

And then stay tuned, because I'm going to follow that up with an **extra credit** *bonus email*!

But first, gang, tomorrow, we're going to **go over my Fast 5 strategy basics, including timing catalyst trades!** Keep your eyes out for my Day 2 email coming soon.

Cheers!

DISCLAIMER: To more fully understand any RagingBull.com, LLC ("RagingBull") subscription, website, application or other service, please review our full disclaimer located at https://ragingbull.com/disclaimer. FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE. Any RagingBull Service offered is for educational and informational purposes only and should NOT be construed as a securities-related offer or solicitation, or be relied upon as personalized investment advice. RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision. RESULTS PRESENTED NOT TYPICAL OR VERIFIED. RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of the persons voluntarily providing the testimonial. However, subscribers' trading results have NOT been tracked or verified and past performance is not necessarily indicative of future results, and the results presented in this communication are NOT TYPICAL. Actual results will vary widely given a variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. Investing in securities is speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment. RAGINGBULL IS NOT AN INVESTMENT ADVISOR OR REGISTERED BROKER. Neither RagingBull nor any of its owners or employees is registered as a securities broker-dealer, broker, investment advisor (IA), or IA representative with the U.S. Securities and Exchange Commission, any state securities regulatory authority, or any self-regulatory organization. WE MAY HOLD SECURITIES DISCUSSED. RagingBull has not been paid directly or indirectly by the issuer of any security mentioned in the Services. However, Ragingbull.com, LLC, its owners, and its employees may purchase, sell, or hold long or short positions in securities of the companies mentioned in this communication.

Click Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**Attachment VVV**

**PX 27, 2379**

3

```
            OFFICIAL TRANSCRIPT PROCEEDING

              FEDERAL TRADE COMMISSION




MATTER NO.      2023073

TITLE           RAGING BULL LLC

DATE            RECORDED:  SEPTEMBER 29, 2020
                TRANSCRIBED:  NOVEMBER 13, 2020
PAGES           1 THROUGH 7



       FAST FIVE REFUND REQUEST CALL 9-29-2020
```

```
1              FEDERAL TRADE COMMISSION
2
3   In the Matter of:            )
4   Raging Bull LLC              )  Matter No. 2023073
5                                )
6   -----------------------------)
7                                September 29, 2020
8
9
10
11         The following transcript was produced from a
12  digital file provided to For The Record, Inc. on
13  November 12, 2020.
14
15
16
17
18
19
20
21
22
23
24
25
```

2

```
1              FEDERAL TRADE COMMISSION
2                    I N D E X
3
4   RECORDING:                            PAGE:
5   Fast Five Refund Request Call 9-29-2020     4
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

4

```
1            P R O C E E D I N G S
2            -   -   -   -   -
3      FAST FIVE REFUND REQUEST CALL 9-29-2020
4         MR. TYNDALL:  My name is Reeve Tyndall.  I'm
5   an investigator with the Federal Trade Commission.
6   This is an undercover call to area code 833-265-1270.
7   The date is September 29th, 2020.  The time is 2:17
8   p.m. Eastern Time.
9   _____
10        RECORDED MESSAGE:  Thank you for calling
11  Raging Bull.  Calls may be recorded for quality
12  assurance and training purposes.  Please listen
13  carefully as some of our menu options have changed.
14  Due to the current health pandemic, the wait time to
15  speak to a live agent is unusually long.  Please
16  ensure to check out our FAQ page on our member
17  dashboard at app.ragingbull.com under the tab Support
18  to assist with your issue.  Or leave a voicemail for a
19  request for a return phone call from one of our
20  agents, and we will call you back as soon as possible.
21        Please do not hang up and choose a different
22  option as requests are answered based on a first-come,
23  first-served basis.  Press one if you are a Raging
24  Bull Elite member.  Press two for sales.  Press three
25  if you're experiencing issues receiving an email or
```

For The Record, Inc.

(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Attachment WWW        PX 27, 2380

Fast Five Refund Request Call 9-29-2020

Raging Bull LLC                                                                                              9/29/2020

5

1   SMS alert.  Press four if you are requesting a refund.
2   Press five if you would like to cancel a current
3   subscription's upcoming --
4       (Selection entered.)
5       RECORDED MESSAGE:  Press one if you are
6   requesting a refund from Jason Bond Picks.  Press two
7   if you are requesting a refund for daily deposits.
8   Press three if you are requesting a refund for Profit
9   Prism Platinum.  Press four if you are requesting a
10  refund for Fast Five, Sniper Report, Jackpot Trades,
11  Sunday Movers, or Angel Insider.  Press five if you
12  are requesting a refund on a recently renewed
13  subscription.  Or press six if you are requesting a
14  refund for all other services.
15      (Selection entered.)
16      RECORDED MESSAGE:  To request a refund for
17  your service, please log on to your member homepage at
18  app.ragingbull.com.  In the left-hand navigation menu,
19  please click Subscriptions under the Your Account tab.
20  Please click the Request Refund button and follow the
21  prompts to submit your refund request.
22      (The call was concluded.)
23  _____
24      MR. TYNDALL:  The call ended.  Again, my
25  name is Reeve Tyndall.  I'm an investigator with the

6

1   Federal Trade Commission.  That was an undercover call
2   to area code 833-265-1270.  The date is September
3   29th, 2020.  The time is now 2:20 p.m. Eastern Time.
4   This ends the recording.
5       (The recording was concluded.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

7

1                    CERTIFICATE OF TRANSCRIPTIONIST
2
3
4       I, Sara J. Vance, do hereby certify that the
5   foregoing proceedings and/or conversations were
6   transcribed by me via CD, videotape, audiotape or
7   digital recording, and reduced to typewriting under my
8   supervision; that I had no role in the recording of
9   this material; and that it has been transcribed to the
10  best of my ability given the quality and clarity of
11  the recording media.
12      I further certify that I am neither counsel
13  for, related to, nor employed by any of the parties to
14  the action in which these proceedings were
15  transcribed; and further, that I am not a relative or
16  employee of any attorney or counsel employed by the
17  parties hereto, nor financially or otherwise
18  interested in the outcome of the action.
19
20
21  DATE:  11/16/2020
22              SARA J. VANCE, CERT
23
24
25

2 (Pages 5 to 7)

**[RagingBull.com] Re: Re: Refund Request - Fast Five**

Spencer (RagingBull.com Support) <support@ragingbull.com>

Mon 10/5/2020 2:25 PM

**To:** ██████████████████████████

##- Please type your reply above this line -##

Your request (████████) has been solved. To reopen this request, reply to this email. See the latest comments below:

 **Spencer** (RagingBull.com)

Oct 5, 2020, 2:25 PM EDT

████████

Thank you for reaching out and allowing me to help you today. For our services, it outlines the terms and conditions before you purchase them.

We are sad to hear that you are not able to utilize the service in the way it was intended and that you are not seeing the success you imagined.

As far as cancellations and refunds we do not handle this via email for your personal account security, so I am going to point you in the right direction.

For your request ██████, can you give me a call or call one of our agents here? We are in the office Monday through Friday 9am to 5pm eastern standard time and are more than happy to help you with this request.

Just as a heads up, if the lines are busy, please leave your number for us to call you back so we can get you the fastest help possible!

Spencer
VIP Customer Services
(833) 265-1270
https://ragingbull.com
https://ragingbull.com/our-experts
https://www.linkedin.com/company/ragingbull
https://www.facebook.com/RagingBullTrading

**Attachment XXX**

**PX 27, 2382**



 ████████████████

Oct 5, 2020, 9:15 AM EDT

I still haven't heard from you. Please help!!!!

_____

From: ████████████████████████████

Sent: Thursday, October 1, 2020 1:52 PM

To: Raging Bull All Access <support@ragingbull.com>

Subject: Refund Request – Fast Five

Raging Bull,

I want a refund for Fast Five. It has been 30 days and I have not had any success with the program. I have watch all of the training videos and tried following the trades, but I have not made any money.

I tried calling yesterday and got a recording telling me I could request a refund online, but there is no option when I log in. I could not reach anyone when I called. Can you please help me!! Nothing is working.

████████

]

_____

Thank You for Contacting Support.

[OLM9PZ-2YO9]

**Attachment XXX**          **PX 27, 2383**



http://www.pennystocklive.com/

FEB **30** 2010   MAR APR

82 captures
13 Oct 2009 - 11 Sep 2019

# Penny Stock Live.com

"I'm more than happy after earning 60% then $2,400) on your USAT alert. I just sold it today, although I guess I may buy again if goes a bit down. Have a nice weekend." – Martin Carazo

Premium Alerts
Buy/Sell   Signals
See How It Works

- Home
- Premium Membership
- Stock Videos
- Market News
- Premium Content

Search Site



## LIVE Alerts
### real time trade alerts
## Join Now!

| $39 / month annuals save 25% | $109 / quarterly you save 5% |
| Join Now | Join Now |
| $199 / biannual you save 15% | $349 / year you save 25% |
| Join Now | Join Now |

### Premium Content

**Quick Update**
I've spent the last few hours trying to get... »

**Lots To Discuss Tonight**
Wow what a day! We have a lot to... »»

**Throne Of Lies!**
Kinda funny how this video and the chart below... »

**Important Update On My Last Purchase**
So right now I am already big on this... »»

### Latest Stock Videos

COOL Trade Update For 3/23/11

Looking To Cash In Today

Video Analysis For Today's Trade Alert

COOL 10% Daytrade Lesson

Video Watchlist For March 11, 2011

Technical Trade Alert For March 9, 2011

View All Videos »

### Testimonials

"A few days ago you told us about CXLT as a quick profit trade. I held on to it and **today it's up 70% BOOM!!!!!** Love the alerts and the premium membership. I'm already recommending it to my other friends who day trade." – Christopher Kaplanek

"I'm more than happy after earning **60% (more than $2,400)** on your USAT alert. I just sold it today, although I guess I may buy again if goes a bit down. Have a nice weekend." – Martin Carazo

"Hi Jason, the video analysis on your BRD alert was very helpful. I'm new to trading and **this was my first winner.** I really enjoy your detailed approach to trading!" – MaryAnne Comfort

"Your tutorials on how to read stocks are amazing, you are a great teacher and an asset to us investors and traders. Thank you and keep up the great work." – Jeremy Paul Scott

"Score! Nothing better than waking up this morning to see TOMO has been acquired. I am now up over 30% and looking to cash in. Thanks Jason!" – Adam Bishoping

### Premium Membership »



### PAST ALERTS: CDXC Alert $1.49 High $2.00 Gain 34%

### Blog Posts

**Still Sitting On The Fence, Stop Wasting Time!**
Posted on 03/25 | Blog Posts | Leave a comment
Still wondering if you should try my service??? This should help you pay the small $39 fee ... This is what I do and by looking over my shoulder the teacher turned trader. And to prove I... »»

**I Can't Stand The Ignorance In This Comment, And You Shouldn't Either!**
Posted on 03/18 | Blog Posts | Leave a comment
Every now and then I hear bobble heads say, "Only trade with what you can afford to lose" and that drives me freaking crazy. You won't hear it here, IT'S FUNDAMENTALLY FLAWED for two reasons. First, who here has money to "LOSE"!!! I don't care if you're rich or living... »»

**Are You New To Trading? New To My Site?**
Posted on 03/17 | Blog Posts | Leave a comment
Hello, my name is Jason Bond and I am the trader behind PennyStockLive. If you're new to trading or to this site, feel free to email me and ask any questions about my buy and sell strategy. I have been trading the penny markets for ten years and believe you'll... »»

**Premium Membership Example**
Posted on 02/25 | Blog Posts | Leave a comment
Check this out, it's what I do and will continue to do. Join today! »»

View All Blog Posts Articles »

### My Trades







| Date | Stock | Entry | Exit | Pro... |
|---|---|---|---|---|
| 4/15 | GNTA | $0.09 | $0.12 | $24 |
| 4/14 | CNIT | $2.55 | $2.37 | $92 |
| 4/14 | SHMX | $0.26 | $0.29 | $10 |
| 4/14 | INVE | $3.61 | $3.47 | $3 |
| 4/13 | KEYN | $19.96 | $20.42 | $18 |
| 4/13 | JBII | $2.27 | $2.19 | $18 |
| 4/13 | ESYL | $1.2 | $0.84 | $72 |
| 4/13 | JOEZ | $1.15 | $1.01 | $72 |
| 4/12 | GFRE | $5.71 | $5.05 | $58 |
| 4/12 | INVE | $5.85 | $5.3 | $4 |
| 4/12 | CRGE | $1.15 | $0.96 | $11 |
| 4/8 | CAST | $6.05 | $5.95 | $4 |
| 4/8 | LRAD | $3.82 | $3.52 | $57 |
| 4/7 | PROP | $0.19 | $0.2 | $23 |
| 4/5 | PLPE | $8.85 | $0.94 | $3 |
| 4/5 | RTK | $2.14 | $2.14 | $67 |
| 4/5 | ALZM | $2.04 | $2.14 | $78 |
| 4/5 | SMSS | $1.98 | $2.14 | $98 |
| 4/5 | WFSN | $0.82 | $0.62 | $5 |

See More trades

Adobe Flash Player is blocked

See More trades

### Twitter

- PennyStockln: Results that speak for themselves, check out my real trades at http://t.co/rBFz99... 2011/03/29
- PennyStockln: Over $3,000 in profits for me yesterday, members cashed in big too. What are you waiting for, annuals save 25% at http://bit.ly/d2g.JA 2011/03/25
- PennyStockln: Sign up and take a peak over the shoulder of one of the most successful penny stock traders on the planet. http://bit.ly/dW32 2011/03/17

### About Penny Stock Live

PennyStockLive.com offers an unbiased premium newsletter committed to producing the highest-quality insight and analysis of penny stocks, emerging technology stocks, small cap stocks and helping investors make informed decisions. Our focus is primarily on the underserved OTC stocks market, or penny stock market, which has traditionally been shunned by Wall Street. We have substantial experience with penny stocks, renewable energy stocks, biotech stocks, oil stocks, green energy stocks, apple stock and internet stocks. We believe there are many hot penny stock opportunities present in the OTC market everyday and we seek to alert our members to these penny stocks before they become too popular. If you want more information on the stock market today, be sure to try out forex trading, dividend stocks and a good stock screener for quality stock picks.

Read more: http://www.pennystocklive.com/about

Copyright @ Penny Stock Live | Disclaimer

### Penny Stock Live

- Home
- Premium Membership
- Market News
- About Us
- Disclaimer
- Contact Us

### Stay Social

### Stock Updates

Financial Market
Stock Videos

Not quite ready to commit but want to hear more from Jason Bond? Sign up for our his free newsletter today.

Email Address   Join Now

https://web.archive.org/web/20110330122658/http://www.pennystocklive.com/
Google Chrome 86.0.4240.75
2:29:08 PM 10/15/2020
Windows 10 Enterprise 64-bit Build 18363













Login    Become a member

# Jason Bond Picks
### winning small cap swing trades

| Home | Subscribe Today | Subscriber Access | Portfolio |

Search Site   Go



## LIVE Alerts
### real time trade alerts
## Join Now! ▶▶

**$49 / month**
annuals save 25%!
Join Now

**$139 / quarterly**
you save 5%!
Join Now

**$249 / biannual**
you save 15%!
Join Now

**$439 / year**
you save 25%!
Join Now


## Join me in CHAT


Trades
See More Trades

### LIVE Updates

**Friday September 23, 2011**
Great week for us so far going 4 for...
》》

**Open Trade Updates For Thursday September 21, 2011**
Wednesday I alerted IPCM short at $39 because it's...
》》

**Open Trade Updates For Wednesday September 21, 2011**
Nice score on CLSN today to come! Day trade for... 》》

**Tuesday September 20, 2011**
Slipped into a day trade on COOL today at... 》》

### Latest Stock Videos



Penny Stock — Howard Stern Wishes He Could Trade SIRI This Good

Penny Stock — RENN Gap Recovery Alerted And Traded Perfectly

Penny Stock — Lots To Learn From My ZAGG Trade

Penny Stock — When You See Lower Highs Like This, It's Time To Short!

Penny Stock — How To Turn $.50 To $1.00 Per Share Into $3,000 In Profits Regularly

Penny Stock — Entry Is Everything, Here Is What I Saw

View All Videos ▶

### Testimonials

Great call on BAC $600 prof. luv it!
~ Matthew K.

Just sold 5k STM at $6.41 for $1,800 profit, thanks Jason
~ Hamad A.

I sold my COOL for $2.72 for $2,200 today, as always thanks Jay.
~ GoT

Out COOL for 10% profit. Thanks Jason.
~ Changyu S.

**Premium Membership ▶**


CERTIFIED AT INVESTIMONIALS

**PAST ALERTS:** HDY Alert **$5.33** High **$7.78** Gain **46%**

### Blog Posts

**4 Alerts This Week & 4 Wins For $2,600 Profit – Sign Up Today**
September 23, 2011 at 7:39 am
Hello, hello! The market has been thrashed this week, but my subscribers had me banked $2,600 on my 4 alerts. Below are the EXACT alerts that went out this... 》》

**My Worst 25 Trades Since I Started In March**
September 19, 2011 at 11:12 pm
Over several hundred traders subscribe to my service and I'm sure one of the first things they'd tell... 》》

**My Best 25 Trades Since I Started In March**
September 19, 2011 at 10:51 pm
I've been up as much as $50,000 since I've started trading along with my subscribers this past March. Tonight I'm... 》》

**Swinging Sirius XM Radio (NASDAQ: SIRI) For $2,000 – Again & Again**
September 19, 2011 at 5:21 pm
Of the three types of trades I make regularly; scalp, day and swing, swing trading across several days is my favorite. The process can be as complicated as you... 》》

**Update On The New Newsletters Coming Soon**
September 12, 2011 at 7:58 am
As you know, we're shifting gears to offer you 3 options. 1. Long term stock picks $199 / year for a monthly issue 2. Swing trade stock picks $995 / year... 》》

View All Blog Posts Articles »

### Daily Watch List

**3 Stocks Under $5 That Could Double Your Money In A Month Going Long**
September 20, 2011 at 9:16 pm
When I swing trade I stalk stocks first, bottom line. My subscribers will tell you how I constantly talk about LOCM or COOL before I nail it for a...
》》

**$534 In Profits Today, 5 Stocks To Short Sell Wednesday September 21, 2011**
September 20, 2011 at 8:57 am
Tuesday's short list produced multiple winners with Renren Inc. (RENN) stealing the show closing down -8.47%. I would have gone short, but I was busy buying CLSN which we... 》》

**3 Potential Swing Trades Heading Into Tuesday September 19, 2011**
September 19, 2011 at 7:52 pm
Majesco Entertainment (COOL) turned today off a recent earnings drop last week. Friday's price reached a low of $2.04 but COOL closed strong and today shares continued up. We... 》》

**5 Stocks I'm Bearish On, Like Ashton Kutcher's Two And A Half Men Debut**
September 19, 2011 at 5:43 pm
From delist rumors to downgrades, Renren Inc. (RENN) is cracking and made a new low at $5.95 today. If the markets turn bearish and RENN doesn't trade above $6... 》》

**Watch List For Wednesday September 7, 2011**
September 7, 2011 at 7:33 am
Yesterday we played EMBA long, but as you know from my materials this is a stock I wanted short. So the lesson here is when they won't breakdown, why... 》》

Daily Watch List »

## About Jason Bond

For more than 8 years I have zeroed in on stocks under $10 dollars, highlighting the active, superstar plays and uncovering companies that fly under the Wall Street radar. My verified profits are consistently ranked in the Top 100 out of more than 5,000 traders on www.Profit.ly

I'm not like the other guys - my alert service is based on transparency that I share with my subscribers every day - it's a lot harder to trade stocks than it is to simply issue a report and say "good luck." Are you basing your trades on luck? Subscribe with me and get ready to trade!

Copyright © Jason Bond Picks | Disclaimer

## Jason Bond Picks
Home
About Jason Bond
Contact Us

## Stay Social


## Stock Updates
Daily Watch List
LIVE Updates
Stock Videos
Chat
FAQs

**Not quite ready to commit but want to hear more from Jason Bond?** Sign up for his free newsletter today.
Email Address   Join Now





# Jason Bond Picks
## winning small cap swing trades

Login    Become a membe

Upgrade Your Portfolio: Join Today ➤

Email Address    Go

Watch how Jason's system works

Test out my stock alert service for free

Swing Trade Turned Day Trade. ARNA Delivers A Quick 15%

Simply Awesome! Monday's Alert HDY Explodes

| Home | Premium Content | Free Content | About Jason | Quick Start Guide | | Search Site | Go |



## LIVE Alerts
## real time trade alerts
## Join Now! ➤➤➤

UPGRADE Your Portfolio!
Winning Swing Trades
Recent Winners
GLUU: +15% LOCM: +20%

| $295 / quarterly | $995 / year |
| Save around 15% | Save around 15% |
| Join Now | Join Now |

## Join me in CHAT

**Recent Results**

| +15% | Arena Pharma. (ARNA) in just 3 days from 11/18 – 11/21 |
| +27% | hyperdynamics (HDY) from 11/28 – 11/29 |
| +58% | Seven Arts Pictures (SAPX) from 11/16 – 11/21 |
| +60% | Quepasa Corp. (QPSA) in just 1 day from 11/21 |
| +31% | NVIDIA Corp. (NVDA) from 10/4 – 10/14 |
| +103% | Coffee Holding Co. (JVA) from 10/4 – 10/14 |
| +260% | USA Technologies (USAT) from 12/22 – 4/28 |
| +32% | Local.com (LOCM) from 10/4 – 10/19 |

Hi! I'm Jason Bond! I made my mark (and my fortune) on Wall Street by spotting opportunities, pouncing and locking in those profits fast. Now, for the first time ever, I've decided to share these proven strategies and techniques.

It's simple. You're in the market to make money. But even if high-priced stocks like Google move up a few points, you may still only realize a small gain. In my experience, and I've seen it happen over and over again, the big profit opportunities are in lower-cost stocks with future growth.

Here are some recent picks that have paid off... and could have paid off for you!

| +58% | Seven Arts Pictures (SAPX) in just 1 day from 11/18 – 11/21 |
| +60% | Quepasa Corp. (QPSA) in just 0 days from 10/21 – 10/31 |
| +103% | Coffee Holding Co. (JVA) in just 9 days from 10/3 – 10/12 |

But I want to be honest with you — these kinds of plays can be risky. You have to do extensive research to make sure you're not putting your money on losers. Easy to say, but hard for an individual investor to do with limited time and limited resources. I will do all the research, identify potential winners, and alert you not only when to get in but, just as important, when to get out. If you are an active investor who's interested in bigger gains faster, are willing to trade several times a week, and ready to take a bit more risk in the hunt for bigger payoffs, then I urge you to give my swing trade alerts a try. Join Now.

**Join Today**

- Text And Email Alerts
- Daily Stock Watch List
- In-Depth Technical Analysis
- Live Stock Chat
- Daily Blog Posts

| $295 / quarterly | $995 / year |
| Save Around 15% | Save Around 15% |
| Join Now | Join Now |

**Free Trial Signup**

Test out my stock alert service.

Email Address    Join Now

**LIVE Updates**

**3-Day Weekend Ahead, Let's Make Money Today**
U.S. stock-market futures pointed to gains on Friday, with... ➤➤

**2011 Survey Results Updated 12/27/2011 @ 7:30 a.m. EST**
Please take the time to fill out the survey. Results are being... ➤➤

**Time To Ride The Bull; Updates For December 22, 2011**
Made some nice money on my swing trades Wednesday... ➤➤

**Futures Rise On ECB Funding; Updates For December 21, 2011**
Hard to believe, but yes ... the U.S. stock-market futures... ➤➤

**Latest Stock Videos**

[video thumbnails]

| Will GLUU Run Into A 50% Wall Of The Market Doesn't Turn | 5 Minute Open Swing Trade TA For Tuesday 12/13/2011 | Swing Trade Turned Day Trade, ARNA Delivers A Quick 15% |
| 2 Downgrades In A Week, What I Learned | 4 Minute Technical Analysis For December 7, 2011 | 3 Technicals Behind Swing Local.com (NASDAQ:LOCM) |

View All Videos ➤➤

**Testimonials**

Thanks. Made over $1,000 on GEVO, could not get to 98 SE.43 since it was moving so fast. Keep them coming.
– Gabe

I'm really happy with my first trade with you (ARNA). I followed you exactly with a smaller position and made $500 on my first trade. Thank you
– Paul

Click here to read this testimonial the AWESOME!
– Lulu

Just kind my USAT for 11%. Thanks Jason!! My account is up an 24% since I started with your service. Many kudos to you my friend!
– Christ

Nice job on HDY Jason! Earned $500 I even made. Now get a call!
– M.K.J. 5

Thanks, Jason. First profit since joining: 11.5% on PBYX – 4
– Meredith

Thank you, Jason. I love what you do for us. Yesterday, on a day where everything was down — Euke- 248.65, Nasdaq -49.36, S&P 500 -22.67, Russ 2000 -17.52 — Your pick on SAPX gained me 50% over the last 2 days of trading (most of it yesterday). You rock.
– Everett

**Premium Membership** ➤

**Most Popular**

**DVD 1 Preview: The Fundamentals Of Short Selling**
Yesterday, 18, 2011 at 12:33 pm
It's been almost 1 full year since I took over this website and I'm very happy with all that's been accomplished. However, 2012 is going to be even better...

**The AMWI Stock Dump Caught Live And On Demand From JasonBondPicks**
December 9, 2011 at 8:29 am
I'm giving you the personal responsibility of sending this video to everyone you love so they don't...

**The Amwest Imaging Inc. (OCTBB:AMWI) Dump On Demand Download**
December 9, 2011 at 8:32 am
Download this video and share this link with everyone on your email list because it could be the message that saves them from getting suckered on scams like this...

**Simply Awesome! Monday's Alert HDY Explodes**
November 29, 2011 at 10:00 am
November was a very difficult market to swing trade and I definitely took a few punches on the chin, but that's trading right? My money taught me nothing...

**Blog Posts**

**Holiday Treat, Put This Stock On Watch Immediately**
December 23, 2011 at 1:11 pm
Get LGMT on your radar today and keep it on watch. I don't care if you buy... ➤➤

**A Quick Holiday Message To All Free Subscribers**
December 22, 2011 at 8:03 am
Good Morning! We nailed another winner yesterday buying BPAX Tuesday for a 21% move into Wednesday – details on... ➤➤

**Chat Room Is Working Again**
December 21, 2011 at 7:15 am
Good Morning! Sorry for the downtime yesterday but we had some server issues on the chat side that weren't settled until last night. Seems everything is back to work... ➤➤

**DVD 1 Preview: The Fundamentals Of Short Selling**
December 18, 2011 at 12:30 pm
It's been almost 1 full year since I took over this website and I'm very happy with all that's been accomplished, however, 2012 is going to be even better... ➤➤

**The AMWI Stock Dump Caught Live And On Demand From JasonBondPicks**
December 9, 2011 at 8:29 am
I'm giving you the personal responsibility of sending this video to everyone you love so they don't... ➤➤

**Comments Like This Is Why I Work So Hard**
December 7, 2011 at 12:43 am
Last night I sent this email to roughly 100 subscribers that have been with me since our company bought the website. His response says it all and motivates me... ➤➤

**It's Time You Joined My Team?! Last Week's Premium Alerts Go A PERFECT 5 For 5!**
December 5, 2011 at 10:37 am
Wow! 5/5 last week, over $7,000 in profits!! Will this week be better? I'm going to try!!! Watch list... ➤➤

View All Blog Posts Articles ➤➤

**Daily Watch List**

**5 NASDAQ Small Caps Under $2 Positioned For A Move In 2012**
December 22, 2011 at 2:18 am
With ten days left in December of which only six are open for trading, two of these stocks PXHX and AONE have been beaten down by big... ➤➤

**5 Hot NASDAQ Stocks Under $5.50 You Should Be Watching**
December 22, 2011 at 7:50 am
I've traded all of these stocks: MCZ, EK, BPAX, LGMT and THQI in 2011, most of which were successful swings. I don't expect most of these stocks to... ➤➤

**5 Stocks I'm Loading Into The New Year**
December 20, 2011 at 4:19 am
As December comes to a close I'm looking to use my cash and load up with 100% stock heading into January. The following five stocks are companies... ➤➤

**3 True Penny Stock Pumps Under $.50 Attracting Bulls**
December 19, 2011 at 7:42 am
Trading pump and dump stocks like SPAX, MILV and ABOT can be very lucrative but it can also crush a beginners account quickly. If you're a beginner... ➤➤

**Technicall Overbought; 5 Stocks Around $10 To Consider Short**
December 19, 2011 at 7:42 am
The following stocks ABLU, HIRI, MBI, CDR and SHMC are technically overbought stocks with a 14-day Relative Strength reading of 70 or higher. Many of these charts... ➤➤

**A Biotech Bounce Play; BPAX Stock Dives On News**
December 13, 2011 at 7:49 am
Day traders looking for quick returns will definitely be watching BPAX Thursday. BioSante Pharmaceuticals Inc. (NASDAQ:BPAX) is a specialty pharmaceutical company developing products for female sexual health and... ➤➤

**Running With The Bulls; 10 Stocks Under $3 Going Against The Grain**
December 18, 2011 at 12:09 am
This is a good market for bulls to be watching stocks like ECHO, AXK, ABAT, CSZ, AMRN, TSON, EVC, GLCH, AMRI and PHCL. Normally I try to position before... ➤➤

**3 Metal Stocks Around $5 Positioned To Pop: PAL, LYSCF And HL**
December 13, 2011 at 7:38 am
Metals are one of my favorite sectors with PAL, LYSCF and HL being some of my favorite stocks to swing if the timing is right... ➤➤

Daily Watch List ➤➤

**PAST ALERTS: QPSA Alert $2.95 High $4.73 Gain 60%**

## About Jason Bond
I made my mark (and my fortune) on Wall Street by spotting opportunities, pouncing and locking in those profits fast. Now, for the first time ever, I've decided to share these proven strategies and techniques.

I'm an active swing trader, meaning I normally hold stocks for just a few days or weeks at a time. I love this strategy since I don't need to be glued to my monitor all day watching every tick of a stock.

What separates me from most of the newsletters you probably have seen is I don't hide behind "paper trading". I am right there with you and actually put real money into my trades as I alert my subscribers in real-time by Skype, text message and email – whatever way is want it.

In all fairness as 100% verified by a independent trading service, and I'm consistently one of the top performers in any market.

About Jason Bond Picks | Disclaimer

## Jason Bond Picks
Home
About Jason Bond
Contact Us

## Stay Social
  

## Stock Updates
Daily Watch List
Live Updates
Stock Videos
Chat
FAQs

Not quite ready to commit but want to learn more about Jason Bond? Sign up for his free newsletter today.

Email Address    Join Now



# Jason Bond Picks
### winning small cap swing trades

Email Address [          ] Go

*Test out my stock alert service for free*

Login | Become a member

**Upgrade Your Portfolio: Join Today »**

Watch how Jason's system works
▶ PEIX Explodes 22% Immediately After My Alert
▶ 70% Realized Profit on LQMT; Here's How I Did It

Home | Premium Content | Free Content | About Jason | Quick Start Guide | Search Site

---



⚠ **LIVE Alerts**
real time trade alerts
**Join Now!** ▶▶▶

**UPGRADE Your Portfolio!**
Winning Swing Trades
Recent Winners
GLUU: +16% LOCM: +20%

$295 / quarterly save 15%   $995 / year save 50%
Join Now   Join Now

**Join me in CHAT**

### Recent Results

| +82% | Pacific Ethanol (PEIX) from 12/28 – 12/28 |
| +82% | Liquidmetal Tech. (LQMT) from 11/28 – 11/29 |
| +22% | BioSante Pharma. (BPAX) from 12/9 – 12/9 |
| +15% | Arena Pharma. (ARNA) from 12/9 – 12/9 |
| +27% | Hyperdynamics (HDY) from 11/18 – 11/23 |
| +58% | Seven Arts Pictures (SAPX) from 11/16 – 11/21 |
| +60% | Quepasa Corp. (QPSA) from 10/24 – 10/31 |
| +103% | Coffee Holding Co. (JVA) from 10/24 – 10/31 |
| +32% | Local.com (LOCM) from 10/10 – 10/14 |
| +260% | USA Technologies (USAT) from 2/12 – 4/28 |

Hi! I'm Jason Bond! I made my mark (and my fortune) on Wall Street by spotting opportunities, pouncing and locking in those profits fast. Now, for the first time ever, I've decided to share these proven strategies and techniques.

It's simple. You're in the market to make money. But even if high-priced stocks like Google move up a few points, you may still only realize a small gain. In my experience, and I've seen it happen over and over again, the big profit opportunities are in lower-cost stocks with future growth.

Here are some recent picks that have paid off... and could have paid off for you!

| +58% | Seven Arts Pictures (SAPX) in just 1 day from 11/18 – 11/21 |
| +60% | Quepasa Corp. (QPSA) in just 19 days from 10/21 – 10/31 |
| +103% | Coffee Holding Co. (JVA) in just 9 days from 10/13 – 10/12 |

But I want to be honest with you — these kinds of plays can be risky. You have to do extensive research to make sure you're not putting your money in losers. Easy to say but hard for an individual investor to do with limited time and limited resources. I will do all the research. Identify potential winners, and alert you not only when to get in but, just as important, when to get out. If you are an active investor who's interested in bigger gains faster, are willing to trade several times a week, and ready to take a bit more risk in the hunt for bigger payoffs, then I urge you to give my swing trade alerts a try. Join Now

### Join Today
- Text And Email Alerts
- Daily Stock Watch List
- In-Depth Technical Analysis
- Live Chat Chat
- Daily Blog Posts

$295 / quarterly save 15%   $995 / year save 50%
Join Now   Join Now

### Free Trial Signup
Test out my stock alert service.
Email Address [          ] Join Now

### Read Our Reviews
My Little Secret
adelinvestment says...
Jason is the real deal...
Walks his talk.
Investment opportunity

---

**LIVE Updates**

$8,000 In Profits Wednesday, Updates For Thursday January 5, 2012
*What a great day yesterday and it's a good... »*

70% Profit Yesterday, Live Updates For Wednesday January 4, 2012
*U.S. stock futures traded slightly lower Wednesday, with the... »*

Settle In Because 2012 Trading Is About To Begin
*Wall Street was set Tuesday to welcome the new... »*

2011 Year In Review Including Statistics
*Wow! This time last year I walked away from... »*

**Latest Stock Videos**



We Looked The Boat Last Week, Here's What I'm Looking For To Start January 2012

How To Bank Big Swing Trading: Continuation Patterns You Can Count On

Swinging A Bankrupt Stock Can Be Profitable

GLU Gap Fill On This Swing Trade Opportunity

GLU Gap Fill Into $6 Zynga? And If The Market Doesn't Rise...

5 Minute Open Swing Trade Tuesday 12/13/2011

Swing Trade Turned Day Trade, AONE Delivers A Quick 10%

View All Videos »

---

**PAST ALERTS:** USAT Alert $1.04 High $3.74 Gain 260%



---

### Blog Posts

**Please Leave A Testimonial At Investimonials On JasonBondPicks**
*January 3, 2012 at 3:14 pm*
I'm asking for your help and would truly appreciate it if you left a testimonial on my behalf at www.investimonials.com. Here is a 2-minute video showing you the process... »»

**NSRS Stock Promotion; Just The Beginning Or The Beginning Of The End?**
*January 3, 2012 at 7:09 am*
On December 27th, 2011 I bought 50,000 shares of the North Springs Resources Corp (OTCBB:NSRS) stock... »»

**There's Some Awesome Feedback Here, Thanks Everyone!**
*January 2, 2012 at 6:48 pm*
Over the holiday I collected a lot of kind emails and even had dinner with a subscriber and his wife who joined my list about 6-months ago. While there's... »»

**Are You Kidding Me?! Wednesday's Watch List Produced Massive Winners**
*January 2, 2012 at 6:08 pm*
It's not by mistake that I made 16% on my portfolio in 2011 while the S&P 500 closed the year red on come of the most volatile... »»

**PEIX Explodes 22% Immediately After My Alert**
*December 28, 2011 at 6:48 am*
To watch in HD, first expand the video and then select 1080p in the settings just below the chart. »»

**70% Realized Profit On LQMT; Here's How I Did It**
*December 19, 2011 at 8:12 am*
To watch in HD, first expand the video and then select 1080p in the settings just below the chart. »»

**A 21% Biotech Bounce Play Executed Perfectly**
*December 9, 2011 at 8:06 am*
To watch in HD, first expand the video and then select 1080p in the settings just below the chart. »»

**Who Says My Job Is Not Important?!**
*December 27, 2011 at 9:11 am*
Hi Jason, First thanks for everything you are teaching us and for sharing your watch lists with us, subscribers. I have made a good amount of money... »»

View All Blog Posts Articles »

### Daily Watch List

**10 Stocks Under $5 Showing Promising Continuation Patterns**
*December 19, 2011 at 10:59 am*
When swing trading continuation patterns I'm looking for stocks that are climbing against the market, have a large short interest and a chart pattern suggesting a solution. »»

**A Basket Of Stocks To Consider Heading Into January Of 2012**
*December 27, 2011 at 8:23 am*
I'm watching GLUU and COOL heading into January. I like the charts on both and will be looking for a good technical entry while trying to time move on... »»

**3 NASDAQ Small Caps Under $2 Positioned To Move In 2012**
*December 22, 2011 at 9:19 am*
With so days left in December of which only six are open for trading, two of these stocks PIXW and AONE have been beaten down by big... »»

**5 Small Cap Stocks Under $5.50 You Should Be Watching**
*December 20, 2011 at 9:17 am*
I've traded all of these stocks: MCZ, EN, BRAX, LQMT and THLD in 2011, most of which were successful swings. I don't expect most of these stocks to... »»

**5 Stocks I'm Loading Into The New Year**
*December 20, 2011 at 9:16 am*
As December comes to a close I'm looking to use my cash and load up with 100% stock heading into January. The following five stocks are companies... »»

**3 True Penny Stock Pumps Under $.50 Attracting Bulls**
*December 20, 2011 at 7:42 am*
Trading pump and dump stocks like SPNH, MSLV and ABOT can be very lucrative but it can also crush a beginners account quickly. If you're a beginner... »»

**Technical Overbought; 5 Stocks Around $10 To Consider Shorting**
*December 19, 2011 at 10:17 am*
The following stocks JBLU, HSY, MRI, CIDR and EHTH are technically overbought above with a 14-day Relative Strength reading of 70 or higher. Many of these charts... »»

**A Biotech Bounce Play; BPAX Stock Dives On News**
*December 9, 2011 at 8:05 am*
Day traders looking for quick returns will definitely be watching BPAX Thursday. BioSante Pharmaceuticals Inc (NASDAQ:BPAX) is a specialty pharmaceutical company developing products for female and male sexual health. »»

Daily Watch List »

### Testimonials

Thanks. Made over $1,000 on GEVO, could not get in till 58.43 since it was moving so fast. Read them coming back 3688 on the first trade. Thank you
– Paul

I'm really happy with my first trade with you (ARNA). I followed you exactly with a smaller position and made 3368 on my first trade. Thank you!
– Mike

Click here to read this testimonial, it's AWESOME!
– Lola

Just sold my USAT for 11%. Thanks Jason!! My account is up as 24% since I started with your service. Many kudos to you my friend!
– Christ

Nice job on HDY! Jason Banned $855 I ever made. Now get back in!!
– Jared

Thanks. Jason. First profit since joining! 11.5% on PEIX – sold at $1.30.
– Mandala

Thank you. Jason. I love what you do for us. Yesterday, on a day where everything was down — Dim: -245.93, Nasdaq: -69.36, S&P 500: -22.67, Rus 2000: -17.52 — Your pick on SAPX gained me 58% over the last 2 days of trading (most of it yesterday). Thank you.
– Everett

**Premium Membership ▶**

### Most Popular

**Please Leave A Testimonial At Investimonials On JasonBondPicks**
*January 3, 2012 at 3:14 pm*
I'm asking for your help and would truly appreciate it if you left a testimonial on my behalf at www.investimonials.com... here is a 2-minute video... »»

**NSRS Stock Promotion; Just The Beginning Or The Beginning Of The End?**
*January 3, 2012 at 7:09 am*
On December 27th, 2011 I bought 50,000 shares of the North Springs Resources Corp (OTCBB:NSRS) stock promotion and alerted my members in chat... »»

**70% Realized Profit On LQMT; Here's How I Did It**
*December 19, 2011 at 8:12 am*
To watch in HD, first expand the video and then select 1080p in the settings just below the chart. »»

**PEIX Explodes 22% Immediately After My Alert**
*December 28, 2011 at 6:48 am*
To watch in HD, first expand the video and then select 1080p in the settings just below the chart. »»

---

### About Jason Bond
Jason made my mark (and my money) on Wall Street by spotting opportunities, pouncing and locking in those profits fast. Now, for the first time ever, I've decided to share these proven strategies and techniques.

I'm an active swing trader, meaning I normally holds stocks for just a few days or weeks at a time. I love this strategy since I don't need to be glued to my monitor all day watching every tick of a stock.

What separates me from most of the newsletters you probably have seen is I don't hide behind "paper trading". I am right there with you and actually put real money in the picks and I alert my subscribers in real-time by Skype, text message and email — whatever way to want it.

All of my trades are 100% verified by a independent trading service, and I'm consistently one of the top performers - in any market.
Jason Bond Picks | Disclaimer

### Jason Bond Picks
Home
About Jason Bond
Contact Us

### Stay Social

### Stock Updates
Daily Watch List
Stock Updates
Chat
FAQs

Not quite ready to commit but want to hear more from Jason Bond? Sign up here for his free newsletter today.
Email Address [          ] Join Now

---

https://web.archive.org/web/20120106055348/http://www.jasonbondpicks.com/
Google Chrome 86.0.4240.75
10:56:35 PM 10/12/2020
Windows 10 Pro 64-bit Build 18363

Attachment ZZZ          PX 27, 2389



Become a member

## Jason Bond Picks
### winning small cap swing trades

Email Address | Go

**Upgrade Your Portfolio: Join Today**

See how Jason's system works    read more

● Live Video: How I Made Another 36 000 This Week
● I Made Over $12,000 Last Week. Go Ahead And Supersize It!

Test out my stock alert service for free

Home | Quick Start Guide | Learn More | Affiliate | Contact Jason          Search Site

You know JB, I've been here almost 2 weeks now, done 3 trades, and each paid for the subscription for 3 months.

Mitchell J.

### Recent Results

| +16% | Molycorp (MCP) 11/15 - 11/20 | $5,300 |
| +12% | LeapFrog Enterprises (LF) 11/15 - 11/20 | $4,150 |
| +4% | Demand Media (DMD) 11/15 - 11/20 | $1,400 |
| +12% | Groupon (GRPN) 11/15 - 11/20 | $4,400 |
| +7% | Arch Coal (ACI) 11/5 - 11/7 | $3,000 short sale |
| +12% | OCZ Technology (OCZ) 11/5 - 11/7 | $4,400 |
| +21% | Glu Mobile (GLUU) 11/1 - 11/5 | $21,487 |
| +7% | Groupon (GRPN) 9/25-9/26 | $5,070 |
| +10% | Vringo (VRNG) 9/25-9/26 | $3,700 |
| +25% | VelocityShares 2x VIX (TVIX) 9/25-9/26 | $10,100 |

Past results are not indicative of future profits. This table is provable, though not every trade is represented.

### Free Trial Signup
Test out my stock alert service.

Email Address | Join Now

### Testimonials

Cashed out 34,500 this week and I do not do options. Thanks JB!
- Michael P.

Thank you for the excellent service and teaching and mentoring you provide Jason...I really want to be one of your success stories one day!
- Joe N.

Just wanted to say, excellent chat room. Over ten years of trading, never seen anything like this.
- Gary J.

Just signed up today Jason, your super size it video sold me! Absolutely hilarious. Can't wait to get started.
- Bill L.

I've been a member of yours for nearly a year! Just wanted to say that I always admire your professionalism! Very highly appreciated!
- SWM

Been a very plentiful favorites in my life and you are up there on the list of great teachers.
- Jeronimo B.

As a JBP member u made me $500 on ZAGG. Also, I sold KCG at $3.60 premarket and calls at open at 5.50 from 5.15 for a $1,500 gain today. So in 3 days I'm up $2,000. more than enough to pay for my membership for a full year. AWESOME Man, you've made me a JBP believer!! Lets keep this train rolling!!
- Gene S.

Cashed out of LOCM and RSH for 9% profit from yesterdays buys. Great account starter profits JB!
- Scott J.

**Premium Membership**

### Video Testimonial: Russell

How To Record A Video Testimonial

View All Video Testimonials



## THE BASICS OF SWING TRADING
over 8 hours of essential video lessons

**GET IT NOW!**

---

### Jason Bond Picks

Jason Bond Picks I made my mark (and my fortune) on Wall Street by spotting opportunities, pouncing and locking in those profits fast. Now, for the first time ever, I've decided to share these proven strategies and techniques.

It's simple. You're in the market to make money. But even if high-priced stocks like Google move up a few points, you may still only realize a small gain. In my experience, I've seen it happen over and over again, the big profit opportunities are in lower-cost stocks with future growth.

Here are some recent picks that have paid off ... and could have paid off for you!

| +24% or $11,202 | **Quicksilver Resources** (NYSE:KWK) in just 5 days from 6/14 – 6/19 |
| +15% or $4,100 | **Vringo** (AMEX:VRNG) in just 7 days from 5/24 – 5/30 |
| +100% or $20,205 | **Liquidmetal Technologies** (OTCBB:LQMT) in just 6 days from 4/18 – 4/25 |

But I want to be honest with you — these kinds of plays can be risky. You have to do extensive research to make sure you're not putting your money on losers. Easy to say but hard for an individual investor to do with limited time and limited resources. I will do all the research: identify potential winners, and alert you not only when to get in but, just as important, when to get out. If you are an active investor who's interested in bigger gains faster, are willing to trade several times a week, and ready to take a bit more risk in the hunt for bigger payoffs, then I urge you to give my swing trade alerts a try now



**PAST ALERTS:** LQMT Alert $.24 High $.64 Gain $20,205

Premarket Movers | Realtime Stock Quotes | World Stock Markets
Stock Market Trading | Price of Gold Today | Price of Silver Today | Top Stock Movers



## Bond Swing Trades
upgrade your portfolio, join today!

only **$297**
quarterly



### Blog Posts

#### Holidays Are For Giving
December 3, 2012 at 3:49 pm



The holiday season is upon us and our company runs Modern Day which is partnering with three organizations to help those in need through 'Holidays Are For Giving.' 1. Children's Feeding Program- Haiti 2. Children's Education Program- Ethiopia 3. Hurricane Sandy Relief- NJ/NYC CLICK HERE TO LEARN MORE AND DONATE ≫

#### The Attainment Of Popularity Or Profit, I.E. Success!
November 30, 2012 at 3:25 pm



'Jason, I just wanted to take a moment to thank you for the wealth of knowledge I've gained so far form studying your teaching and watching the example you and the team set in the chat. There is still so much to learn to become good at trading but I can now confidently say I'm experiencing some... ≫

#### Superior Venture or Superior Scam?
November 28, 2012 at 7:16 pm



November 28, 2012 I shared my reservations on Superior Venture (OTCBB:SVEN) stock in this article on my website. Supporters of SVEN say it has little substance calling me a basher, hater and many other choice words. I shouldn't have to do this as you'd think my experience and proven track record in the penny stock industry should speak for itself but... ≫

#### Live Video: Watch How I Made Another $6,000 This Week
November 27, 2012 at 5:51 pm



benjamins, BENjamins, BENJAMINS!! Each week I alert 3-5 swing trades in real time by chat, SMS text and email. This week's alerts were on ZAGG (live video of alert seen here), SKUL, AVI and MEET which I made over $6,000 on bringing my two week total to over $18,000 swing trading. My goal at Jason Bond Picks is to be transparent... ≫

#### 12 Things You Must Know Before Buying Superior Venture (OTCBB:SVEN)
November 27, 2012 at 11:37 pm



Today AwesomePennyStocks, the biggest penny stock promoter on Wall Street launched yet another massive pump and dump, this time on Superior Venture (OTCBB:SVEN) stock up over 200% Tuesday. Here's 12 things you should know before trading SVEN stock. If after looking at the horror show listed below (APS track record) you're confident you're the one that's going to make money I say go... ≫

#### Without A Doubt The BEST Email I've Received All Week
November 27, 2012 at 10:12 pm



As most of you know I recently refocused my newsletter with laser focus and the feedback from clients by email about this has been extraordinary. How did I honor to refocus my newsletter? Well, I did a Q3 survey, listened to my clients and adjusted the service accordingly. After making over $12,000 in the first week it would appear we're on... ≫

#### Blowup Bond Strikes Again!
November 27, 2012 at 12:54 am



Blowup Bond, cheddar spreader, shake and bake, hammer time, you name it, I've been called it... but nothing makes me more excited then when clients email me indicating they love my recent laser focus. We all know my big money following line this with chump change pump and dump alerts. I've been building my business for just under 2 years and... ≫

#### I Made Over $12,000 Last Week, Go Ahead And Supersize It!
November 27, 2012 at 12:51 pm

Last week I made a commitment to my clients to stop day trading which really only benefits me and a small group of traders because it's hard to follow... and get focused finding the best swing trades on Wall Street which benefits everyone because it's easy to follow. Well I'm happy to report we're just over a week in and... ≫

View All Blog Posts Articles ≫

---

### About Jason Bond
I made my mark (and my fortune) on Wall Street by spotting opportunities, pouncing and locking in those profits fast. Now, for the first time ever, I've decided to share these proven strategies and techniques.

I'm an active swing trader, meaning I normally hold stocks for just a few days or weeks at a time. I love this strategy since I don't need to be glued to my monitor all day watching every tick of a stock.

What separates me from most of the newsletters you probably have seen is I don't hide behind "paper trading". As I alert my subscribers in real time via chat, text and email, I am right there beside you putting my money where my mouth is.
Copyright © Jason Bond Picks | Disclaimer | Terms & Conditions

### Jason Bond Picks
I Made $11,202 in 4 Days
This Client Made $42,599 in 4 Days
How To Break A Trading Slump
Retired Broker Makes $38,647
I Can Teach You Too, Trust Me
I'm Building A Family Of Traders

### Stay Social


Not quite ready to commit but want to hear more from Jason Bond? Sign up for his free newsletter today.

Email Address | Join Now

375 captures
Jan 2012 - Feb 2012

## Jason Bond Picks
### winning small cap swing trades

Email Address | Go

Test out my stock alert service for free

Upgrade Your Portfolio: Join Today »

See how Jason's system works »

- $10,000 CASH Giveaway: Member Affiliate Contest
- Give A Man A Fish...

| Home | Quick Start Guide | Learn More | $10,000 Affiliate Content | Contact Jason |

Search Site



Jason Bond Picks

I am with your service for almost a week now and I love it. You are just great! You made almost $10,000 this week, I may just have $1,000, but I am happy.

Ya S.

**Recent Results**

| | | | |
|---|---|---|---|
| +4% | Hecla Mining (HL) | 12-28 12 | $3,100 |
| +4% | Power-One (PWER) | 12-27 12:11 | $1,500 |
| +10% | Renren (RENN) | 12-17 12:14 | $3,800 |
| +7% | Monster Worldwide (MWW) | 12-17 12:11 | $4,000 |
| +6% | Monster Worldwide (MWW) | 12-6 12:1 | $3,100 |
| +6% | Arch Coal (ACI) | 12-6 12:15 | $2,200 |
| +6% | MeetMe (MEET) | 12-5 12:14 | $2,000 |
| +3% | Arch Coal (ACI) | 12-3 12:11 | $2,100 |
| +4% | Skullcandy (SKUL) | 11-26 12:14 | $2,100 |
| +16% | Molycorp (MCP) | 11-13 12:14 | $5,000 |

Fresh results are not indicative of future profits. This alert is backtested through net charts & screenshots.

### Jason Bond Picks

Hi I'm Jason Bond! I made my mark (and my fortune) on Wall Street by spotting opportunities, pouncing and locking in those profits fast. Now, for the first time ever, I've decided to share these proven strategies and techniques.

It's simple. You're in the market to make money. But unlike other investors who treat playing the stock market like Google Maps navigate up a few points, you may still only realize a small gain. In my experience, and I've seen it happen over and over again, the big profit opportunities are in lower-cost stocks with future growth.

Here are some recent picks that have paid off… and could have paid off for you!



| +24% or $11,202 | Quicksilver Resources (NYSE:KWK) buy in 5 days from 5/14 – 6/19 |
| +15% or $4,100 | Vringo (AMEX:VRNG) buy in 3 days from 5/24 – 5/30 |
| +100% or $20,205 | Liquidinental Technologies (OTCBB:LQMT) buy in 3 days from 4/18 – 4/25 |

But I want to be honest with you — these kinds of plays can be risky. You have to do extensive research to make sure you're not putting your money on losers. Easy to say but hard for an individual investor to do with limited time and limited resources. I will do all the research. Identify potential winners, and alert you not only when to get in but, just as important, when to get out. If you are an active investor who's interested in bigger gains faster, are willing to trade several times a week, and ready to take a bit more risk in the hunt for bigger payoffs, then I urge you to give my swing trade alerts a try. Join Now



**PAST ALERTS:** DMD Alert $7.01 High $12.50 Gain $5,574

Premarket Movers | Market Movers | After Hours Movers
Stock Market Trading | Price of Gold Today | Price of Silver Today | Top Stocks Movers



**Bond Swing Trades**
upgrade your portfolio, join today!
only $297 quarterly

### Free Trial Signup

Test out my stock alert service.

Email Address | Join Now

### Testimonials



You ca man in at 31 54 out of 52.14 for 10% under 1 hours! Thank you sir, one day I am going to quit my job and do this full time!

— Dan M.

Just wanted to let you know that I have been with you since almost the beginning and have learned a tremendous amount. It has been a pleasure watching your service grow over the years.

— Daniel B.

Firstly many many thanks for yesterday's mentor session. Vow soooo much information. Your enthusiasm for trading and sharing your knowledge is infectious!

— Nigel H.

Thanks everyone! In Jan $53.5 puts @ $3.65 on HLF and out at $7.20... +114% BAM! Thanks Luke — you JB. MG. Barak as well as numerous others a huge inspiration!

— Randy L.

Got HLF Jan $15 put... entry $.60... exit $2.50... +394%. I'm going to Montserrat for lunch now cus I'm lovin it!! Thanks to all... I really enjoy learning, watching and trading the markets with this community you have created here JB.

— Honey B.

Cheebar baby, bought MEA off your order list. Id percent in 3 days. Thank you so much!!

— Dan W.

Bought and sold OCZ twice for total of $420 today! Thanks so much JB. Makes for a great birthday!

— Patty J.

Hey JB, just wanted to thank you for all your incredible hard work. I'm up $6,500 since I started here a couple of months ago. Can't thank you enough!

— Patty J.

I was able to catch the SVHIG trade for $.17 per share in profits and paid for the renewal plus Jeff S.

I tried your service out during the Thanksgiving week month offer. I can easily say that you and your team are the best out there and I'm going to renew.

— Jeff S.

Premium Membership

### Blog Posts



#### $10,000 CASH Giveaway; Member Affiliate Contest
January 1, 2013 at 3:44 pm

Want to make $20,000 a year on the side working with me and win a $5,000 cash prize while doing it? Read on my friend. Here's the member affiliate contest you've been waiting for! The contest at bottom on Wall Street will be taking about FIRST… it… ▶▶



#### A Beautiful Tribute To The Connecticut Shooting Victims
December 20, 2012 at 9:02 am

When a gunman opened fire inside a freedom, Connecticut, elementary school Friday, he cut short 26 lives. Six women who worked at Sandy Hook Elementary were killed, in addition to 20 students — twelve girls and eight boys. It's difficult to hold the tears back when watching… ▶▶



#### Give A Man A Fish…
December 20, 2012 at 6:42 am

I have a Masters of Education and taught and coached for 10 years in the state of New York before leaving public schools to launch on Wall Street in January of 2011. Children in public schools or adults on Wall Street, I've always had a passion… ▶▶



#### Renren; An Excellent Long-Term Opportunity
December 17, 2012 at 2:37 pm

Around this time last year, social media stocks were creating buzz on Wall Street. Companies such as Renren Inc. (NYSE:RENN), LinkedIn Corp. (NYSE:LNKD), Zynga Inc. (NASDAQ:ZNGA) and Groupon Inc. (NASDAQ:GRPN) had listed their shares amid huge expectations. Meanwhile, investors waited to… ▶▶



#### Start Your Engines; 5 Small Cap Stocks Under $3 Heating Up
December 16, 2012 at 12:33 am

Running with the bulls can be an effective way to swing trade as long as you can handle volatility but honestly, you wouldn't be reading this right now if you didn't like the burn and turn! These small cap stocks are all on the and many… ▶▶

#### The 13 Poker Concepts That Every Investor Needs To Know
December 14, 2012 at 3:07 pm

While reading up on a few potential swing trades I came across an article every serious trader should take the time to read a few times. Last month I made $17,750 swing trading and only made 16 trades, many of those included days in which I took a… ▶▶

#### Facebook's Instagram Gets Slammed: Best Parody Of 2012?
December 17, 2012 at 12:42 pm

Let's be honest, you know somebody like this, right? Facebook made a huge splash in December, losing recently when it announced it had purchased mobile photo-sharing app Instagram for $1 billion in cash and stock. Instagram's sale price, based on its skyrocketing base of 30 million… ▶▶

#### Power-One PWER Stock; Strong Balance Sheet Makes It An Attractive Proposition
December 17, 2012 at 12:24 pm

Back in 2009, solar stocks were having an excellent run as renewable energy was seen as the next big thing. All that changed in 2011 as the solar industry was hurt by overcapacity. A number of companies suffered. In the U.S. Solyndra was one of… ▶▶

View All Blog Posts Articles »

### THE BASICS
OF SWING TRADING

over **8 hours** of essential video lessons

GET IT NOW!

### Video Testimonial: Juan



How To Record A Video Testimonial!

View All Video Testimonials »

### About Jason Bond

I made my mark (and my fortune) on Wall Street by spotting opportunities, pouncing and locking in those profits fast. Now, for the first time ever, I've decided to share these proven strategies and techniques.

I'm an active swing trader, meaning I normally hold stocks for just a few days or weeks at a time. I love this strategy since I don't need to be glued to my monitor all day watching every tick of a stock.

What separates me from most of the newsletters you probably have seen is I don't hide behind "paper trading". As I alert my subscribers in real time via chat, text and email, I am right there beside you putting my money where my mouth is.

Copyright © Jason Bond Picks | Disclaimer | Terms & Conditions

### Jason Bond Picks
- How I Made $11,202 in 4 Days
- This Client Made $42,160 in 4 Days
- Referred Broker Makes $18,547
- I Can Teach You Too, Trust Me
- I'm Building A Family Of Traders

### Stay Social


Not quite ready to commit but want to hear more from Jason Bond? Sign up for his free newsletter below.

Email Address | Join Now



## Jason Bond Picks
winning small cap swing trades

Email Address [ Go ]

Test out my stock alert service for free

Become a member

Upgrade Your Portfolio: Join Today

See how Jason's system works

January Effect, 7 Stocks Under $10

| Home | Learn More | | Search Site |


as featured on

ketWatch   YAHOO!   The Street   Seeking Alpha*



Chatroom

Jason Bond Picks



J, MM is going to be a h_____
win for me, just wanted to say th___
you before posting a excited non_____
personal blurb in chat.

Zack M

**Recent Results**

| | | |
|---|---|---|
| +5% | Molycorp (MCP) | $2,300 |
| +7% | Yingli Green Energy (YGE) | $2,663 |
| +7% | Camtek (CAMT) | $3,600 |
| +6% | Real Goods Solar (RSOL) | $4,200 |
| +6% | Fannie Mae (FNMA) | $1,800 |
| +5% | Glu Mobile (GLUU) | $3,600 |
| +7% | NetQin Mobile (NQ) | $1,500 |
| +3% | EZCORP (EZPW) | $3,100 |
| +10% | Glu Mobile (GLUU) | $2,400 |
| +7% | NetQin Mobile (NQ) | $3,100 |

**On Bond Picks**

...w Jason Bond I made my mark (and my fortune) on Wall Street by spotting opportunities, ...ing and locking in those profits fast. Now, for the first time ever, I've decided to share these proven ...tegies and techniques.

...mple. You're in the market to make money. But even if high-priced stocks like Google move up a ...oints, you may still only realize a small gain. In my experience, and I've seen it happen over and ...again, the big profit opportunities are in lower-cost stocks with future growth.

...how some recent picks that have paid off... and could have paid off for you:

 **+94% or +$40,976**     Corporate Resources (AMEX:CRRS)
in just 6-days

 **+15% or +$8,774**    Zynga (NASDAQ:ZNGA)
in just 3-days

 **+100% or +$20,205**    Liquidmetal Technologies (OTCBB:LQMT)
in just 5-days

...want to be honest with you — these kinds of plays can be risky. You have to do extensive ...rch to make you're not putting your money on loans. Easy to say but hard for an individual ...stor to do with limited time and limited resources. I will do all the research, identify potential ...ners, and alert you not only when to get in but, just as important, when to get out. If you are an ...ed investor who's interested in bigger gains faster, are willing to trade several times a week, and ...ing to take a bit more risk in the hunt for bigger payoffs, then I urge you to give my swing trade alerts ...

Join Now.





**Free Trial Signup**
Test out my stock alert service.

Email Address [ Join Now ]

**Testimonials**

...JB... It's only 11:00 am, and it has been an amazing day.
The best since joining the room back in July. Up over $2,000,
less than 2 hours. Thanks so much!!
— Mark S.

I made total of $17,000 on trades from you in two days — should call you James, instead of Jason.
— Michael K.

Out NQ @ $14.32 up $1,323. WOW! biggest but for me!!!!
— Jeff C.
— Carol D.

Made $420 on TTS out 2,400 shares $17.25. Dedoct J,
1,200 yesterday out $15.80. OH to the wall. Thanks for
introducing me to TTS Jason.
— Carlos G.

Nice run-up on NQ this am... starts here but glad I was up a
new tool for over $1,000 profit. What a great way to start the
week...thanks JB
— Aaron N.

I will get JB to mention it but if I had known just
I'm the room, what a day, thanks guys!!
— Bob G.

JB — I sure don't believe how much I've learned trading in
your community for the past year or so, and after all the
I'm noticing the training is becoming second nature instead
how I trade. Thanks!
— Mark A.

Out KANDI, long here play from $3.75 in September so up
$12.50. Thanks to JB of course!!
— Jeffrey M.

**Video Testimonial: Russell**



View All Video Testimonials »

**Join Now!**
upgrade your portfolio

**Meet The Traders**

---

**Jason Bond Picks**
grade your portfolio, join today!

only $297 quarterly

**Posts**



### This Hot Trader Just Landed A 250% Whale On GOGO Puts
December 16, 2014 at 10:52 am by **Jason Bond**

Well [Brett]'s biggest stock chat Bond Dow Trades is run by
head trader Luke Murray and he just landed a whale! The
goal there is $500 a day which keeps the job away. From
long & short stocks to call...



### Quick Video: Jason Bond Picks Vision
December 17, 2014 at 1:29 pm by **Jason Bond**

I made +$5,000 today, but can you? I made +$238,120 in
2013, but can you? If you're truly ready to get serious about
your trading in 2014, now is the time to join Jason Bond
Picks. This weekend, possibly...



### New York Hustle
December 17, 2014 at 11:02 am by **Jason Bond**

"JB, just wanted to say thanks. The value that I am getting out
of your video training and chat / trade room is helping me to
reach my personal goals quicker. It's not so much about the
money than it is about..."



### January Effect; 7 Stocks Under $10
December 15, 2014 at 11:04 am by **Jason Bond**

Slow time stamp above – POSTED Friday 12/13/13 – I'm
ashamed, such a scam! With 2-weeks to go in 2013 the
portfolio is +21% +$236,370 compared to the S&P 500
+24%. Going into the end of the year I'm preparing...

### I Took A Chance, The Question Is, Will You?
December 11, 2014 at 10:13 pm by **Jason Bond**

In January of 2011 I left a 10-year teaching career in NYC
public schools to be an entrepreneur and teach on Wall
Street. My colleagues said I was crazy and took bets on when
I'd return to public schools. I...



### Will Bitcoins Survive?
December 11, 2014 at 4:53 pm by **Jason Bond**

NEW YORK (TheStreet) by Jason Bond – The critics of Bitcoin
say it has no intrinsic value, that it's a made-up, pretend and
worthless currency, a fiat like the Dutch Tulip mania of the
1620s was. It's a virtual "thing," made...

### Jason Bond Picks; Status Of The Newsletter
December 9, 2014 at 8:35 am by **Jason Bond**

Good evening! I'm always striving to improve the newsletter.
Here's what's happening in December and 2014: The
Basics of Swing Trading DVD The January Effect Bond Short
Selling (New newsletter) Forum Bond Long Term (New
feature) Health Movement Mentor Initiative 1 The Basics of
Swing Trading...

### Overlooked Battered Bargains
December 4, 2014 at 8:17 am by **Jason Bond**

Many stories have been written about the comparison
between the sour gold market of today with the one in 1976.
In Aug. 1976 sentiment for the yellow metal reached an
abnormal level following gold's 20-month bear market slide of
50 percent from...

All Blog Posts Articles »

---

**Watching the markets...**

---

**About Jason**

...my mark (and my fortune) on Wall Street by spotting
...ities, pouncing and locking in those profits fast. Now,
...first time ever, I've decided to share these proven
...s and techniques.

...ctive swing trader, meaning I normally hold stocks for
...few days or weeks at a time. I love this strategy since I
...have to stare at the computer screen and watch
...tick-by-tick of a stock.

...rue, education the very most of the newsletters you probably
...have seen is I don't hold behind "paper trading." As I said my
...subscribers in real time via chat, text and email, I am right
...there next to them pulling the money where I buy and sell
...Copyright © Jason Bond Picks.

**Jason Bond Picks**

How I Made $11,202 In 4 Days

This Client Made $41,500 In 4 Days

How To Break A Trading Routine

Retired Boxer Makes $35,047

I Can Teach You Too, Trust Me

Basics & Fundamentals Of Trading

**Stay Social**

(social icons)

Not quite ready to commit but want to
learn more? Get your **Free Trial** and
more from Jason Bond? Sign up for my
**Free newsletter** today.

Email Address [ Join Now ]

---

David L. from Woodbridge just started following Jason's portfolio
Get access to Jason's portfolio and real-time trade alerts today »





Become a member | Login

# Jason Bond Picks
## winning small cap swing trades

Email Address [Go]

Upgrade Your Portfolio: Join Today ▶

See how Jason's system works    read more ▶
▶ My Top 3 Junior Mining Stocks For 2014
▶ Only 1 Marijuana Stock Worth Holding

Home | Learn More | Portfolio | Chatroom

Search Site [Go]

as featured on

MarketWatch | YAHOO FINANCE | The Street | Seeking Alpha°

## Jason Bond Picks

Hi I'm Jason Bond! I made my mark (and my fortune) on Wall Street by spotting opportunities, pouncing and locking in those profits fast. Now, for the first time ever, I've decided to share these proven strategies and techniques.

It's simple. You're in the market to make money. But even if high-priced stocks like Google move up a few points, you may still only realize a small gain. In my experience, and I've seen it happen over and over again, the big profit opportunities are in lower-cost stocks with future growth.

Here are some recent picks that have paid off... and could have paid off for you!

| +94% or +$40,976 | Corporate Resources (AMEX:CRRS) in just 3-days |
| +13% or +$8,774 | Zynga (NASDAQ:ZNGA) in just 3-days |

## Jason Bond Picks

Hi I'm Jason Bond! I made my mark (and my fortune) on Wall Street by spotting opportunities, pouncing and locking in those profits fast. Now, for the first time ever, I've decided to share these proven strategies and techniques.

It's simple. You're in the market to make money. But even if high-priced stocks like Google move up a few points, you may still only realize a small gain. In my experience, and I've seen it happen over and over again, the big profit opportunities are in lower-cost stocks with future growth.

Here are some recent picks that have paid off... and could have paid off for you!

| +94% or +$40,976 | Corporate Resources (AMEX:CRRS) in just 3-days |
| +13% or +$8,774 | Zynga (NASDAQ:ZNGA) in just 3-days |
| +100% or +$20,205 | Liquidmetal Technologies (OTCBB:LQMT) in just 3-days |

But I want to be honest with you — these kinds of plays can be risky. You have to do extensive research to make sure you're not putting your money on losers. Easy to say but hard for an individual investor to do with limited time and limited resources. I will do all the research, identify potential winners, and alert you not only when to get in but, just as important, when to get out. If you are an active investor who's interested in bigger gains faster, are willing to trade several times a week, and ready to take a bit more risk in the hunt for bigger payoffs, then I urge you to give my swing trade alerts a try. Join Now.

  

## Blog Posts

### VIDEO: How I Made +21%, +$6,108 On PHOT
January 2, 2014 at 4:13 pm by Jason Bond

"Oil sold off my PHOT for a total gain of $12,515 today on PHOT. 3rd best day here so far in 2 years. TY JB and everyone. You called it JB." – Shawn G. "Awesome call on PHOT..." ▶▶

### Research Reveals The Best Hedge Funds Get In And Get Out
December 30, 2013 at 6:33 pm by Jason Bond

The Jason Bond Picks trading portfolio is up +77.7% in 2013 +$238,380, not a bad year for a former elementary education teacher. More importantly, now studies show the best hedge funds similar to what I teach my clients here at... ▶▶

### My Top 3 Junior Mining Stocks For 2014
December 30, 2013 at 8:16 am by Jason Bond

As we move into 2014 and and the tax-selling pressure baring down on the precious metals mining sector, I expect the January Effect to buoy junior mining stocks as the kickoff to an extraordinary year in gold and silver. With the... ▶▶

### Only 1 Marijuana Stock Worth Holding
December 30, 2013 at 8:03 am by Jason Bond

With 20 states accepting medical marijuana as therapy for various diseases and conditions, along with two states legalizing marijuana for recreational use (Washington and Colorado), investors have asked me for my take on the trend toward the legitimacy of marijuana in America—but... ▶▶

### This Hot Trader Just Landed A 250% Whale On GOGO Puts
December 18, 2013 at 10:52 am by Jason Bond

Wall Street's biggest stock chat Bond Day Trades is run by head trader Luke Murray and he just landed a whale! The goal there is $500 a day which keeps the job away. From long & short stocks to call... ▶▶

### Quick Video: Jason Bond Picks Vision
December 17, 2013 at 11:26 am by Jason Bond

I made +$5,000 today, but can you? I made +$238,120 in 2013, but can you? If you're truly ready to get serious about your trading in 2014, now is the time to join Jason Bond Picks. This weekend, possibly... ▶▶

### New York Hustle
December 17, 2013 at 1:01 am by Jason Bond

JB, just wanted to say thanks. The value that I am getting out of your video training and chat / trade room is helping me to reach my personal goals quicker. It's not so much about the money than it is about... ▶▶

### January Effect: 7 Stocks Under $10
December 15, 2013 at 12:29 pm by Jason Bond

See time stamp above – POSTED Friday 12/13/13 – I'm ashamed, such a scam! With 2-weeks to go in 2013 the portfolio is +72% +$238,370 compared to the S&P 500 +24%. Going into the end of the year I'm preparing... ▶▶

[View All Blog Posts Articles »]

---

Out of PRCP and last half of OCZ both big wins! thanks JB.

John G.

### Recent Results

| +99% | Facebook (FB) 12/23 - 1/2 short call option | $6,249 |
| +21% | Growlife (PHOT) 12/20 - 1/2 short | $4,600 |
| +9% | Nil Holdings (NIHD) 12/26 - 1/2 short | $6,108 |
| +7% | Yingli Green Energy (YGE) 12/20 - 1/2 short | $3,300 |
| +5% | Molycorp (MCP) 12/26 - 1/2 short | $2,300 |
| +7% | Yingli Green Energy (YGE) 11/26 - 12/17 short | $2,683 |
| +6% | Camtek (CAMT) 11/20 - 11/29 short | $1,050 |
| +8% | Real Goods Solar (RSOL) 11/21 - 11/22 short | $4,200 |
| +6% | Fannie Mae (FNMA) 11/19 - 11/20 short | $1,500 |
| +5% | Glu Mobile (GLUU) 11/19 - 11/22 short | $3,400 |

Past results are not indicative of future profits. This table is accurate, though not every trade is represented.
Verified profits from E*TRADE in the portfolio Jason Bond strategies. See all trades for 2013 ▶

### Free Trial Signup

Test out my stock alert service.

Email Address [Join Now]

### Testimonials

It's a beautiful thing when your profit stop is at +40% (PHOT). Thanks JB & Luke!
– Daniel P.

JB...it's only 11:00 am, and it has been an amazing day for me. The best since joining the room back in July. Up over $3,000 in less than 2 hours. Thanks so much!
– Mark S.

I made total of $17,000 on trades from you in five days. They should call you James instead of Jason.

Got NQ @ $14.32 up $1,533. WOW!! biggest bid for me!! Thanks Jay!!
– Carol O.

As we move into 2014 and then I made about $17,533 and shares $17.25. Started off with 1,250 yesterday at $15.80. Off by beach. Thanks for introducing me to TTS Jason.
– Carlos C.

Nice run-up on NQ this am...early here but glad I was up. Sold near bod for over $3,000 profit. What a great way to start the week...thanks JB!
– Karen H.

Internet high five to Jason Bond Picks and everyone with his service, glad I stumbled across his service earlier this year.
– Michael R.

Out TTS +$.44 to Luke from yesterday and Jason from today, I too made a great day, thanks guys!!
– Bob G.

JB – I can't even believe how much I've learned trading with your community for the past year or so, and after all this time I'm noticing the training is becoming second nature instinct in how I trade. Thanks!
– Mark A.

[View All Video Testimonials »]

### About Jason Bond

I made my mark (and my fortune) on Wall Street by spotting opportunities, pouncing and locking in those profits fast. Now, for the first time ever, I've decided to share these proven strategies and techniques.

I'm an active swing trader, meaning I normally hold stocks for just a few days or weeks at a time. I love this strategy since I don't need to be glued to my monitor all day watching every tick of a stock.

What separates me from most of the newsletters you probably have seen is I don't hide behind "paper trading." As I alert my subscribers in real time via chat, text and email, I can profit right there beside you getting real money where my mouth is.
Copyright © Jason Bond Picks
Disclaimer | Terms & Conditions | Refund Policy

### Jason Bond Picks
How I Made $11,262 In 4 Days
This Client Made $42,590 In 4 Days
How To Break A Trading Slump
Retired Broker Makes $36,547
I Can Teach You, You Teach Me
Building A Family Of Traders

### Stay Social
 f in t ▶ ⟨⟨

Not ready to commit but want to hear more from Jason Bond? Sign up for his free newsletter today!

Email Address [Join Now]

Elizabeth O. from Bronx just started following Jason's portfolio.

Next Big Picks | Pick | PickPick | Pick | Pick | Pick | Pick | Pick | Pick | Big Picks | Pick | Pick | Pick | Pick | Pick | Pick | Pick | Pick | Pick | Pick

https://web.archive.org/web/20140104151603/http://www.jasonbondpicks.com/
Google Chrome 86.0.4240.75
11:14:47 PM 10/12/2020
Windows 10 Pro 64-bit Build 18363

Attachment ZZZ

PX 27, 2393

Become a member    Login

Follow @jasonbondpicks



# JasonBond**Picks**
winning small cap swing trades

**Upgrade Your Portfolio: Join Today** ▶

Email Address    Go

You can expect 3 - 4 emails per week.

**Test out my stock alert service for free**

**See how Jason's system works**    read more »

→ Introducing Lifestyle Trading

→ It's So Easy, Even A Cave Man Can Do It

| Home | Quick Start Guide | Learn More | Contact Us | Search Site | Go |

## as featured on



MarketWatch    YAHOO! FINANCE    The Street    Seeking Alpha



### CHAT ROOM
PREMIUM MEMBERS ONLY

---

I need to say THANK YOU for you GREAT SERVICE, I made my first $1,000 dollars using your service, YOUR SERVICE WORKS!

**David F.**

### Recent Results

| +$3,480 | 3x Long Natural Gas (UGAZ) 12/11 - 12/18 |
| +$3,000 | 3x Long Natural Gas (UGAZ) 12/8 - 12/10 |
| +$1,000 | VelocityShares 2x VIX (TVIX) 12/8 - 12/8 |
| +$1,390 | Integrated Device Tech. (IDTI) 11/21 - 12/8 |
| +$4,040 | China Advanced (CADC) 12/4 - 12/5 |
| +$1,200 | 3x Long Natural Gas (UGAZ) 12/4 - 12/5 |
| +$3,300 | Silicon Image (SIMG) 11/14 - 12/4 |

Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Verified profits from E*TRADE in the portfolio Jason Bond manages.

## Jason Bond Picks

Hi! I'm Jason Bond! I made my mark (and my fortune) on Wall Street by spotting opportunities, pouncing and locking in those profits fast. Now, for the first time ever, I've decided to share these proven strategies and techniques.

It's simple. You're in the market to make money. But even if high-priced stocks like Google move up a few points, you may still only realize a small gain. In my experience, and I've seen it happen over and over again, the big profit opportunities are in lower-cost stocks with future growth.

Here are some recent picks that have paid off... and could have paid off for you!

 **+94% or +$40,976** | **Corporate Resources** (AMEX:CRRS) in just 3-days

 **+13% or +$8,774** | **Zynga** (NASDAQ:ZNGA) in just 3-days

 **+100% or +$20,205** | **Liquidmetal Technologies** (OTCBB:LQMT) in just 5-days

But I want to be honest with you — these kinds of plays can be risky. You have to do extensive research to make sure you're not putting your money on losers. Easy to say but hard for an individual investor to do with limited time and limited resources. I will do all the research, identify potential winners, and alert you not only when I get in, but, just as important, when I get out. If you are an active investor who's interested in bigger gains faster, are willing to trade several times a week, and ready to take a bit more risk in the hunt for bigger payoffs, then I urge you to give my swing trade alerts a try. **Join Now**.

### Free Trial Signup

**Test out my stock alert service.**

Email Address    Join Now

### Testimonials

Jason, this new style with detailed analysis and the "stalker" watch list is fantastic! Thank you for continuing to improve this service.
— Jeremy B.

Jason. Just wanted to thank you for the email alert yesterday. I looked at the 3 stock picks and choose FNMA. I bought at $2.10 and sold at $ 2.52 for a 1 day gain of approx. $400.
— Ken S.

Good morning Jason. Just a quick note to say thank-you. I took a small position on JDST yesterday and woke up this morning with a sweaty pay in my account. This service helps me to live a very independent lifestyle. I mean, it's 6:37am and I'm pretty much done for the day, if that's the way I want to go. So yes, thank-you.
— Sean M.

Sold my BDR swing for +$.45 / share.
— Howard M.

Thanks JB! In $BDR at $1.61 on your swing alert last week. Out today at $1.94 +20%.
— Anthony M.

Out of BDR for +$.30 / share on the swing, thanks JB.
— Dario H.

Sold BDR at $2.05 for +$.25 / share, thanks JB.
— Jason E.


They Call Me The Blow Up King, I Think I Like It


Making $$$ From Anywhere In The World

i'm lovin' it
1-Week, $12,000... Go Ahead And Supersize It!

**Jason Bond Picks**
upgrade your portfolio, join today!    from **$197** multiple plans available    ▶

### Video Testimonial: William

View Testimonials »

### Blog Posts

MERRY CHRISTMAS

#### FREE Chat Thursday And Happy Hour
December 18, 2014 at 7:41 am by Jason Bond

Good morning, The Santa Claus Rally is on. U.S. stock futures are rallying Thursday after the Fed said it will take interest rate hikes slow Wednesday. 2015 is setting up to be a GREAT... » »

SUCCESS

#### The Best Pattern To Trade On Wall Street Is ...
September 9, 2014 at 3:52 pm by Jason Bond

... an oversold condition. Watch this video lesson to learn about my favorite chart pattern, the one I make a lot of money on over and over. Then down below I share my core video lesson. The video lesson I built this business on. The video lesson I've... » »

#### Merry Christmas! 3 HOT Stocks Under $3
December 9, 2014 at 9:11 am by Jason Bond

Nice win on TVIX Monday, It's currently up another ~7% at $2.38 but we shouldn't regret paying ourselves +3% +$1,000 inside an hour, that's just good disciplined trading. Heres a 6 minute video lesson I did detailing the trade so you... » »

View All Blog Posts »

## Join more than
# 100,000




Big Pick ... (vertical repeated text: Pick)

LOGIN   CONTACT   Q



MEMBERS   QUICK START GUIDE   BLOG   TESTIMONIALS   AFFILIATES



## What Members Are Saying:

*Jason. Just wanted to thank you for the email alert yesterday. I accounts. In GEVO at $1.89 and out at $2.40 with 10k shares and in the other account in GEVO at $1.91 and out at $2.41 for over $10,000 PROFIT. All together it was a fantastic Wednesday and profited over $12,000 for the day. Thank you for what you do and keep up the great work.*

Michael G.

*My account was up 50% in my first 12 months. With the FNMA trade, over the last two weeks, my account jumped another 38% and my portfolio has officially doubled since I joined JBP. Thank you for the education and your continuous hard work scanning the markets for opportunities. Cheers!!!*

Jason A.

## Discover High-Quality Low-Priced Stocks that Have Serious Potential without Being Chained to Your Computer All Day.

- ✓ Aims to Capture Short-Term Moves in a Stock Price Whether UP or DOWN!
- ✓ Looking to Profit on 5-10% Moves on a Consistent Basis
- ✓ Most Stocks Actively Trade for Under $10
- ✓ Daily Watch List and Real Time Trade Alerts by Email and SMS Text
- ✓ Goal is $50,000 a Year
- ✓ Now Includes FREE Access to the Market's #1 Day Trading Room Run by Luke Murray
- ✓ Extensive Educational Video Library

**Real Time Trade Alerts**
upgrade your portfolio, join today!   **$297** quarterly   ▶

 **FACEBOOK** FANS   **+**    **TWITTER** FOLLOWERS   **+**    **EMAIL** SUBSCRIBERS   **=**   **207,398** ACTIVE DAILY VISITORS & READERS

https://web.archive.org/web/20150703065703/http://www.jasonbondpicks.com/
Google Chrome 86.0.4240.75
11:26:47 PM 10/12/2020
Windows 10 Pro 64-bit Build 18363

- [Become a member](#)
- [Login](#)

Follow @jasonbondpicks

# **Jason Bond Picks**



Email Address   Join Now   You can expect 3 - 4 emails per week

Test out my stock alert service for free

[Upgrade your portfolio: join today](#)

## See how Jason's system works

[read more »](#)

- [Introducing Lifestyle Trading](#)
- [It's So Easy, Even A Cave Man Can Do It](#)

- [Home](#)
- [Quick Start Guide](#)
- [Learn More](#)
  - [Trading Tools](#)
  - [Affiliate](#)
  - [Chat Guidelines](#)
  - [Meet The Traders](#)
  - [FAQ](#)
  - [Multi-Monitor Setup](#)
- [Contact Us](#)

Attachment ZZZ         PX 27, 2396

10/15/2020                                JasonBondPicks.com - Learn to Swing Trade Penny Stocks for Huge Profits

Search Site [ ] [Go]

as featured on

   



Jason Bond Picks

**Hi! I'm Jason Bond!** I made my mark (and my fortune) on Wall Street by spotting opportunities, pouncing and locking in those profits fast. Now, for the first time ever, I've decided to share these proven strategies and techniques.

It's simple. You're in the market to make money. But even if high-priced stocks like Google move up a few points, you may still only realize a small gain. In my experience, and I've seen it happen over and over again, the big profit opportunities are in lower-cost stocks with future growth.

Here are some recent picks that have paid off… and could have paid off for you!

+94% or +$40,976    **Corporate Resources** (AMEX:CRRS)
in just 3-days

+13% or +$8,774    **Zynga** (NASDAQ:ZNGA)
in just 3-days

+100% or +$20,205    **Liquidmetal Technologies** (OTCBB:LQMT)
in just 5-days

But I want to be honest with you — these kinds of plays can be risky. You have to do extensive research to make sure you're not putting your money on losers. Easy to say but hard for an individual investor to do with limited time and limited resources. I will do all the research, identify potential winners, and alert you not only when I get in but, just as important, when I get out. If you are an active investor who's interested in bigger gains faster, are willing to trade several times a week, and ready to take a bit more risk in the hunt for bigger payoffs, then I urge you to give my swing trade alerts a try. **Join Now.**

Attachment ZZZ          PX 27, 2397

10/15/2020                                JasonBondPicks.com - Learn to Swing Trade Penny Stocks for Huge Profits



## They Call Me The Blow Up King, I Think I Like It



## Making $$$ From Anywhere In The World

Attachment ZZZ                PX 27, 2398



## 1-Week, $12,000… Go Ahead And Supersize It!



Blog Posts



## SPECIAL REPORT: 10 Small Cap Oil Stocks With Huge Upside Potential

December 22, 2014 at 10:27 am by **Jason Bond**

The sudden drop in oil prices has created a lot of chaos in the markets. Many smaller companies are not going to weather the storm at these depressed… »»

Attachment ZZZ          PX 27, 2399



## FREE Chat Thursday And Happy Hour

December 18, 2014 at 7:41 am by **Jason Bond**

Good morning, The Santa Claus Rally is on.  U.S. stock futures are rallying Thursday after the Fed said it will take interest rate hikes slow Wednesday. 2015 is setting up to be a GREAT… »»



## The Best Pattern To Trade On Wall Street Is …

December 9, 2014 at 3:52 pm by **Jason Bond**

… an oversold condition. Watch this video lesson to learn about my favorite chart pattern, the one I make a lot of money on over and over. Then down below I share my core video lesson. The video lesson I built this business on. The video lesson I've… »»

View All Blog Posts Articles » | Blog Posts Rss Feed



    



Attachment ZZZ                    PX 27, 2400

Out AONE at $.17 +$3,148 thx LUKE!



John C.

# Recent Results

+$3,480

## 3x Long Natural Gas (UGAZ)

12/11 - 12/18
+$3,000

## 3x Long Natural Gas (UGAZ)

12/8 - 12/10
+$1,000

## VelocityShares 2x VIX (TVIX)

12/8 - 12/8
+$1,390

## Integrated Device Tech. (IDTI)

11/21 - 12/8
+$4,040

## China Advanced (CADC)

11/18 - 12/7
+$1,200

## 3x Long Natural Gas (UGAZ)

12/4 - 12/5
+$3,300

## Silicon Image (SIMG)

11/14 - 12/4

Past results are not indicative of future profits. This table is accurate, though not every trade is represented.

Verified profits from E*TRADE in the portfolio Jason Bond manages.

# Free Trial Signup

**Test out my stock alert service.**

Attachment ZZZ                    PX 27, 2401

Email Address    Join Now

# Testimonials

Jason, this new style with detailed analysis and the "stalker" watch list is fantastic! Thank you for continuing to improve this service.

~ Jeremy B.

Jason. Just wanted to thank you for the email alert yesterday.  I looked at the 5 stock picks and choose FNMA.  I bought at $2.10 and sold at $ 2.52 for a 1 day gain of approx. $400.

~ Ken S.

Good morning Jason. Just a quick note to say thank-you. I took a small position on JDST yesterday and woke up this morning with a weeks pay in my account. This service helps me to live a very independent lifestyle. I mean, it's 6:37am and I'm pretty much done for the day, if that's the way I want to go. So yes, thank-you.

~ Sean M.

Sold my BDR swing for +$.45 / share.

~ Howard M.

Thanks JB! In $BDR at $1.61 on your swing alert last week. Out today at $1.94 +20%.

~ Anthony M.

Out of BDR for +$.30 / share on the swing, thanks JB.

~ Dario H.

Sold BDR at $2.05 for +$.25 / share, thanks JB.

~ Jason E.

## Video Testimonial: Jared

  View All Video Testimonials »

Attachment ZZZ          PX 27, 2402



## About Jason Bond

I made my mark (and my fortune) on Wall Street by spotting opportunities, pouncing and locking in those profits fast. Now, for the first time ever, I've decided to share these proven strategies and techniques.

I'm an active swing trader, meaning I normally hold stocks for just a few days or weeks at a time. I love this strategy since I don't need to be glued to my monitor all day watching every tick of a stock.

What separates me from most of the newsletters you probably have seen is I don't hide behind "paper trading". As I alert my subscribers in real time via chat, text and email, I am right there beside you putting my money where my mouth is.

Copyright © Jason Bond Picks
Disclaimer | Terms & Conditions | Refund Policy

## Jason Bond Picks

- How I Made $11,202 In 4 Days
- This Client Made $42,590 In 4 Days
- How To Break A Trading Slump
- Retired Broker Makes $38,647
- I Can Teach You Too, Trust Me
- I'm Building A Family Of Traders

## Stay Social

    

## Not quite ready to commit but want to hear more from Jason Bond? Sign up for his free newsletter today.

| Email Address | Join Now |

Copyright © Jason Bond Picks 2015 - Address: 835 E Lamar Blvd #263 Arlington TX 76011 - Phone: 855-527-4257 - Contact Us

Next Big Picks

Attachment ZZZ                    PX 27, 2403

## JASON BOND **PICKS**
winning small cap swing trades



Hi there, I am Jason Bond ...
**... AND I TEACH PEOPLE TO TRADE STOCKS.**

### Aw shucks.
This video can't be played with your current setup.

**JASON BOND** HAS BEEN FEATURED IN:

I make a Killing on 3 simple trades each week anyone can follow.

I do the work and make the profits.

Give me 90 days and I will make you a better trader! Learn more »

## Get Started For <u>FREE</u>



| Email Address | SIGN UP |

You can expect 3-4 emails per week! Privacy Policy // Disclaimer

### Discover High-Quality Low-Priced Stocks that Have Serious Potential without Being Chained to Your Computer All Day.



**Day Trading**

| Learn More |

**Swing Trading**

| Learn More |

**Long Term Trading**

| Learn More |

## What Members Are Saying:

J....i do not know where to begin. I bought LQMT at $.20 from your alerts and since AAPL was involved I bought 100k shares. I sold all 10k today at $.6259 for a realized gain of $42,590. Wow, less than a week hold and this is the biggest trade of my life to date. I am with you to the end!!!

Luke M.

Hey JB! Thanks for the ZNGA heads-up, went in a while ago. Up 38% this AM cashed out with over $7,000 in profit.. all from my phone!!! thanks JB, it's due to your insight!

Dawn M.

 FACEBOOK FANS   +    TWITTER FOLLOWERS   +    EMAIL SUBSCRIBERS   =   **207,398** ACTIVE DAILY VISITORS & READERS

"I was a NYS public school teacher by profession, but now I'm a stock trader and teacher by way of income. I'm a self-made multi-millionaire trading and teaching small cap stocks. I left the corporate grind and now trade and teach full-time!"

| VERIFIED PERFORMANCE | |
| --- | --- |
| ▲ **176%** | **2015** |
| ▲ 31% | 2014 |
| ▲ 78% | 2013 |

## Jason's Total Trading Profits!

### $ 5 0 5 , 3 4 2

* This figure is the cumulative total of Jason's trading profits since inception in his accounts he manages.

©2016 Jason Bond Picks. All Rights Reserved. 808 E. Lamar Blvd. #263 Arlington, TX 76011

Home   /   Terms & Conditions   /   Disclaimer   /   Refund Policy   /   855-981-8370

https://web.archive.org/web/20160101191830/http://www.jasonbondpicks.com/
Google Chrome 86.0.4240.75
12:48:01 PM 10/15/2020
Windows 10 Enterprise 64-bit Build 18363

Attachment ZZZ

PX 27, 2404



# JASON BOND PICKS
winning small cap swing trades



Hi there, I am Jason Bond ...
... AND I TEACH PEOPLE TO TRADE STOCKS.

## Boo-hoo!
This video can't be played with your current setup.

JASON BOND HAS BEEN FEATURED IN:

YAHOO!        MarketWatch    The Street    Seeking Alpha

I make a Killing on 3 simple trades each week anyone can follow.
I do the work and you make the profits.
Give me 90 days and I will make you a better trader! Learn more »

## Get Started For FREE

| Email Address | SIGN UP |

You can expect 1-3 emails per week. Privacy Policy / Disclaimer

### Discover High-Quality Low-Priced Stocks that Have Serious Potential without Being Chained to Your Computer All Day.



#### Day Trading



- Designed for greedy, trigger happy traders who need profitable intraday ideas
- 15 – 20 momentum day trades per day
- Chat based only
- Wall Street's biggest stock chat with 400+ daily
- Objective to be in all cash by end of trading day – everyday!
- Run by head trader Luke Murray
- Considering a career change? This might be it!
- Goal is $500 profit per day which keeps the job away
- Video lessons included

#### Swing Trading

- Designed to make money without being chained to your computer all day
- Perfect for working professionals without the time to day trade but still want to actively trade the market
- 3 – 5 swing trade alerts per week on stocks under $10 with 1 – 4 day hold times
- Conservative 5 – 20%, rinse and repeat.
- All entries and exits in real time by email and text
- Works for small accounts but is scalable for fat cats
- Goal is $100,000 a year in profits
- Daily watch list and full access to education suite

## Start trading with Jason »

| GET STARTED NOW |

### What Members Are Saying:

Best month ever thank you JBP!!! May profit $7,610 or 75.6%. Started May at $10,000 and now at $17,610.

Sheila C.

J- JUST took my $5,000 account and turned it into $9,500 in 3 weeks had I not mixed my portfolio with "my" picks I would be well over 100%! Thank you so much!

Doug S.

 FACEBOOK FANS  +   TWITTER FOLLOWERS  +   EMAIL SUBSCRIBERS  =  **207,398** ACTIVE DAILY TWITTERS & READERS

"I was a NYS public school teacher by profession, but now I'm a stock trader and teacher by way of income. I'm a self-made multi-millionaire trading and teaching small cap stocks. I left the corporate grind and now trade and teach full-time!"

| VERIFIED PERFORMANCE | | |
| --- | --- | --- |
| ▲ **188%** | | |
| **2015** | | |
| ▲ 31% | | 2014 |
| ▲ 78% | | 2013 |

©2016 Jason Bond Picks. All Rights Reserved. 835 E. Lamar Blvd. #263 Arlington, TX 76011.
Home  /  Terms & Conditions  /  Disclaimer  /  Refund Policy  /  Affiliates  /  855-981-8370

Waiting for cache...

https://web.archive.org/web/20160625004945/http://www.jasonbondpicks.com/
Google Chrome 86.0.4240.75
12:50:51 PM 10/15/2020
Windows 10 Enterprise 64-bit Build 18363




Case 1:23-cv-06528-GHW   Document 23-1   Filed 12/07/23   Page 35 of 69

# Become a better trader in 90 days or less!

Here's the deal — I do the work, fast, and break up to 12 simple trades each week that make me a killing. I post my system. That's my system, done all for profit.

## Discover high-quality low-priced stocks
### without being chained to your computer all day



Join over 200,000 subscribers and active traders in our community who are learning my proven "stock alert" system for making smarter trades and unique profits.

### Best Popular Service

#### Day & Swing Trading
**$399** monthly

Designed to quickly identify trades in both up and down markets. Jason's focus is picking up quick profits in a short window of time.

[ LEARN MORE ]

### Best for Building Wealth

#### Long Term Trading
**$1,999** monthly

Perfect for working traders who cannot be at their computer all day. Jason's long-term trades are easy to manage.

[ LEARN MORE ]

### Millionaire Program

#### Millionaire Roadmap
**$6,999** monthly

For those serious about becoming millionaire traders. Includes day, swing, and long-term trades.

[ LEARN MORE ]

- Easy to follow trade alerts? **YES**
- Tons of educational videos and content? **YES**
- Thousands of satisfied members who keep coming back for more? **YES**



Interested in our trading profits and elevate your investing success with my exclusive, highly-personalized mentoring and masterclass program

[ Get Started > ]

## What Members Are Saying:

"I build and innovate golf coaches for a living, but have always been intrigued by the stock market, especially penny stocks. Unfortunately, I'm like most people, and there has never been enough time, not usually working in fitness 12 hours ahead of EST, or at night I could watch the afternoon market. In April I was learning about swing and trading, and somehow I was only down $2,000. Jason's alerts are easy to understand to a particular point and today I was smoking all the time. So I woke him up and I was reviewed it quickly. I was restored. I read every Jason report each day, and this is how I do it for a new trader. With Jason's help, in just over month I bought I bought $81-half more and promoted Jason Bond it performed I'd turn the premium newsletter. With hard work I need a small fortune. Jason feels so perfect. Today I was the big one, and it checked my HCII stock, you I was still holding... and if you go $915, I joined this day, and today I sold that $0.18 stock for $0.30 +900%. Thanks Jason!"

**Sara R**

### 207,389
ACTIVE DAILY VISITORS & READERS



**Jason Bond**

I have a 97% profit rate and I'm profitable for with over 6 years. I teach online courses in my community. If you're looking for a self-made millionaire making such trading and are willing to put in the work, you've come to the right place.

| VERIFIED ACCURACY | | |
|---|---|---|
| **78%** | **31%** | **188%** |

### ALREADY UP OVER
### 380% + $380,000
IN 2016

## Become a better
## trader in 90 days or
## less!

Start trading with me today — I do the work, find, and reveal up to 12 simple trades each week that make me a killing. I post my system. That's my system. Keep all the profits.

### Best Popular Service

#### Day & Swing Trading
**$399** monthly

Designed to quickly identify trades in both up and down markets. Jason's focus is picking up quick profits in a short window of time.

[ LEARN MORE ]

### Best for Building Wealth

#### Long Term Trading
**$1,999** monthly

Perfect for working traders who cannot be at their computer all day. Jason's long-term trades are easy to manage.

[ LEARN MORE ]

### Millionaire Program

#### Millionaire Roadmap
**$6,999** monthly

For those serious about becoming millionaire traders. Includes day, swing, and long-term trades.

[ LEARN MORE ]

# Become a better trader in 90 days or less!

Here's the deal — I do the work first, so you invest up to 10 simple moves each week that make me a killing. Learn my system. Trade my system. Enjoy all the profits.

Forbes     Bloomberg     TheStreet     CNBC

## Discover high-quality low-priced stocks without being chained to your computer all day

Join over 200,000 subscribers and active traders in our community who are learning my proven "street smart" system for making smarter trades and serious profits.

### Day & Swing Trading
**$399** yearly

Designed for greedy, trigger-happy traders who can't help themselves and want to make a profit in under a week.

LEARN MORE

### Ideal for Working Professionals

### Long Term Trading
**$1,999** yearly

Perfect for working professionals without the time or inclination to be at their screen all day.

LEARN MORE

### Millionaire Roadmap
**$7,999** yearly

For serious traders ready to achieve the life they want. Learn our system. Apply the rules. Enjoy profits every day.

LEARN MORE

Easy to follow trade alerts? YES

Great educational videos and content? YES

Thousands of satisfied members who keep coming back for more? YES

## Ready to get on the fast-track to becoming a millionaire stock trader?

Accelerate your trading profits and elevate your investing success with my exclusive, highly personalized mentoring and masterclass program.

Get Started

## What Members Are Saying:

"I wake and immediately get success for a living, but have always been intrigued by the stock market, especially penny stocks. Unfortunately, I'm in the field most days, and have no time to monitor the market. I'm currently working in remote field stations and have limited access to the market on a day-to-day basis. I started day-trading penny stocks and belays, and somehow came in a short period of time the market were overwhelming on a particular penny stock. The stock was rising as it did hit several periods, 3-bagger, 4-bagger level! I learned more about penny stocks from you and located the note of a learning guide and my motivation to continue. I had more about your $500 Pokke and would love this to achieve a 5-bagger, 10-bagger level. I got into penny stocks late, but I'm starting my research and learned such smart that I've accomplished over 300% profits. I just join the community and such smart the market was overwhelming on a learning guide. Here, so I checked into 80% trading. Have now I could had $2,311 stock for $3.14 = 189%. Thanks Jason!"

**207,389**
ACTIVE DAILY VISITORS & READERS

### VERIFIED PERFORMANCE
| 78% | 31% | 188% | 330% |

ALREADY OVER
**+89% +$49,000**
IN 2017

## Become a better trader in 90 days or less!

Start trading with me today. I do the work, first, and invest up to 10 simple trades each week that make me a killing. Learn my system. Trade my system. Keep all the profits.

### Day & Swing Trading
**$399** yearly

Designed for greedy, trigger-happy traders who can't help themselves and want to make a profit in under a week.

LEARN MORE

### Ideal for Working Professionals

### Long Term Trading
**$1,999** yearly

Perfect for working professionals without the time or inclination to be at their screen all day.

LEARN MORE

### Millionaire Roadmap
**$7,999** yearly

For serious traders ready to achieve the life they want. Learn our system. Apply the rules. Enjoy profits every day.

LEARN MORE


https://mail.zoho.eu/zm/#mail/folder/Inbox/... Download Zoho - Jason Bond Picks - Page 37 of 69

# Become a better trader in 90 days or less!

Watch the clock — it's like we do. And, we moved up to 15 lesson levels each week that make the kind of insider-level training a new level possible. Ready to bump every level up ...

Discover high-quality low-priced stocks without being chained to your computer all day

Provide 90 percent up to 18% money plan.

$80,000 investment into nearly $2 million.

Prove 2015 stock teacher to the floor of the NYSE.

Business-Based Power of the Harvard Faculty Club.

Join over 200,000 subscribers and active traders in our community who are following my proven "stock market" system for making reliable trades and having fun!

| Easy to follow trade alerts? | YES |
| Tons of educational videos and content? | YES |
| Thousands of satisfied members who keep coming back for more? | YES |

Ready to get on the fast-track to becoming a millionaire stock trader?

Accelerate your trading profits and elevate your investing success with my business background mentorship and momentum program.

## What Members Are Saying

"I trade over several parts of my trading. And since Jason Bond whipped my the stock market I especially protect ads. Unfortunately, the in an old at over the rest trading this I looked closely to not over..."

**207,389**
ACTIVE DAILY VIEWERS & READERS

78%   31%   183%   330%

**VERIFIED PERFORMANCE**
+192% = $192,000
IN 2017!

# Become a better trader in 90 days or less!

Start trading with me today. I do the work, find, and scout up to 15 simple trades each week that make for a killing. Learn my system. Trade my system. Enjoy the profits.

# Become a better trader in 90 days or less!*

Enter your email here

**2 patterns thousands use to make MILLIONS of dollars***

## Meet My Top Students

**Kyle Dennis**     **Nathan Bear**

## Discover high-quality low-priced stocks without being chained to your computer all day*

Join over 200,000 subscribers and active traders in our community who are learning my proven "chart-smart" system for making smarter trades and serious profits*

### Jason Bond Picks

**Most Popular Service**
**$399**

**Millionaire Roadmap**

## Ready to get on track and become a high-performing stock trader?

78%

$235,100

Student Testimonial
Student Testimonial
Student Testimonial
Student Testimonial
Student Testimonial
Student Testimonial
Student Testimonial
Student Testimonial
Student Testimonial
Student Testimonial
Student Testimonial
Student Testimonial
Student Testimonial
Student Testimonial
Student Testimonial
Student Testimonial
Student Testimonial
Student Testimonial
Student Testimonial
Student Testimonial
Student Testimonial
Student Testimonial
Student Testimonial
Student Testimonial
Student Testimonial
Student Testimonial
Student Testimonial
Student Testimonial
Student Testimonial
Student Testimonial
Student Testimonial
Student Testimonial
Student Testimonial
Student Testimonial
Student Testimonial
Student Testimonial
Student Testimonial
Student Testimonial



## Don't Just Beat the Market, Crush It!

Let's put the power in your hands. Every week, find, and reveal up to 10 simple trades each week that can make you a killing. Learn my system. Trade my system. Keep all the profits.

JOIN NOW    LEARN MORE    ○ WATCH VIDEO

JASON BOND PICKS'

# 3 Step Process



STEP 1

Dial in On 7 Core Video Lessons



STEP 2

Jumpstart Each Day with My Daily Watchlist Primer



STEP 3

Get My Real-Time Trade Alerts Sent Via SMS & Email

JOIN NOW    LEARN MORE

FROM $250K IN DEBT TO STOCK TRADING MILLIONAIRE

## Here's How I Did It



# Jason Bond has been featured on

 Forbes  HUFFPOST  The Street  msn  Seeking Alpha

MONEYSHOW  guru focus  Traders EXPO  Investing.com

WHAT I'LL LEARN MORE?

## Let's Get Started

PHONE    EMAIL

GET STARTED



POLICY | TERMS & CONDITIONS | DISCLAIMER

©2016 Jason Bond Picks. All Rights Reserved. 613 Cool Hwy, #233 Lvn, NH 03801 – 863.595.8292

Home | Login | Terms & Conditions | Disclaimer | Privacy Policy | Refund Policy | Affiliate | Contact us

https://www.realwealthtraders.com/... Attachment AAAA    PG 27, 2011



I turned $15,253 into $2,872,442 trading Biotech stocks, without setting foot on Wall Street.

Here's how I can help you do the same...

## Nice to meet you! I'm Kyle Dennis

### Biotech Catalyst Swing Trading

$2,872,442 since 2013.

Real stories of real traders who are finding winning Biotech trades with Kyle Dennis.

## I'm an expert at finding winning Biotech trades

Let me show you how to discover, track and evaluate today's hottest Biotech companies, so you can start making their stocks for exceptional profits.

### EXCEPTIONAL STOCK PICKS

### EXCEPTIONAL MENTORSHIP

## Biotech Breakouts is built on a proven track record of success and verified trading profits

Here are just a few of my recent winning trades.



## 3 reasons why I'm 100% focused on Biotech stocks

### 1. Outperformance



### 2. Acquisitions

### 3. Binary events

## Ready to grab your share of the profits?

## Meet Kyle Dennis

## Biotech is today's most explosive sector for smart stock traders. Join today, and let's grow your wealth.

### Biotech Catalyst Swing Trading

$2,872,442 since 2013.

## What other top traders are saying about Kyle Dennis and BioTech Breakouts

### Jason Bond

### Jeff Bishop

## BioTech Breakouts









I'm an expert at finding winning Biotech trades



3 reasons why I'm 100% focused on Biotech stocks

Ready to grab your share of the profits?

Meet Kyle Dennis

Biotech is today's most explosive sector for smart stock traders. Join today, and let's grow your wealth

What other top traders are saying about Kyle Dennis and Biotech Breakouts



# Broke College Student
# Millionaire Stock Trader

## My Proven 3-Step Short-Term Trading System Can Grow
## Your Profits Exponentially!

Unlike other services, we put our own money into every trade we recommend to our members



**STEP 1**
**IDENTIFY A**
**CATALYST EVENT**

First, we look for what is called a "Catalyst Event". This can be seen as the fundamental reason why a stock would go up. Typically this is an exciting event or date/news that can be expected in the near future.



**STEP 2**
**FIND WITH A**
**BULLISH CHART**

The next step is to take the fundamental catalyst event we found, and pair it with a "Bullish Chart Pattern". This can be a simple momentum, breakout, or reversal pattern that we see aiming for a specific stock.



**STEP 3**
**FUNDAMENTAL**
**RESEARCH**

Finally, we do some additional research so we can define the exact signal (buy, hold, and sell zones) based on the specific risk involved. Our goal is to identify situations which have the best risk to reward profiles!



### How Kyle Dennis Went From Broke College Student to Millionaire Trader!

In 2016, Kyle was awarded a Porsche 911 for winning the million dollar challenge!

Quickest trader to make $1 million amongst 10,000 contestants

## Best Selling Author of
## "Middle-Class Millionaire"

You don't need to be a genius to work the stock market. Sure, there's a vast amount of information to wade through and plenty of "experts" with questionable management advice. Kyle Dennis wasn't a market genius, but with a smart stock trading strategy, he achieved massive profits and you can too.

Kyle graduated from college with $80,000 in debt and $15,000 in savings, but in a few short years he earned millions through the stock market and was debt free. In Middle-Class Millionaire, Kyle shares his story and his guiding principles to motivate you to achieve your own success through trading. You'll discover the types of trading why catalyst trading is good for advanced investors, and the importance of diversification.

Whether you're hoping to make a little bit of extra money or to quit your job and invest full-time, Kyle's story provides the inspiration you need to reach your goal.

### Media Coverages



"Coming Kyle's Biotech Breakout Service has revolutionized my trading experiences. As a new trader, I have learned so much from his educational material and from his live chats throughout the market hours. That especially has helped me tremendously as I learn what it takes to become a successful trader.

Being able to ask questions during market hours and getting live responses is priceless. Albeit I am not consistently profitable yet, I have improved my overall trading skills and abilities, reduced my number of losing trades, improved at taking losses early and most importantly have begun to build self-trust and thereby refocussing the fear that troubles most beginning traders.

This service has also helped me realize that the British model is the ticket for me.

Thanks for all your hard work Kyle! truly appreciate it everyday!"

Cheers, Marie C.



Jose Moreno

"Kyle, according to the nuclear service I am up $8602 in two weeks of part time trading. Your alert room is extremely educational as it provides me G.A.A commentary during the market. I feel confident that one day I will be able to do this for a living. Thanks again!"

Rich Benner

"My big wins this year since joining your service are LGND for $850 and SRNE for $890. I have been swing trading AEZS and TGMG. I am up $1210 in AEZS and $960 in TGMG. There is still time for the strategy as I have not completely closed out these positions."

Lee Accion

"I've like joining Kyle team CEMI again for the UGAM on the day!

Thanks again Joedrich!"

Bill Wright

"Kyle, I want you to know that I appreciate and value the process of understanding trades that you are presenting. In my view you take a calculated and patient approach to entering a trade if you are very patient & analytical about how you manage the trade. This reflects absolute in awareness of my portrait & that of how you have positioned in the patient of your swing trading & that you are watching your opportunities on a very important basis by which to develop a successful style of trading. I for one am OK on learning how to plan and manage trades more profitably through your guidance.

In addition, I want to say that I really like how you communicate. I've been around the trade many times (for 60, a semi retired also, who was originally a chartered engineer and I started to learn how to manage trading 2 1/2 yrs ago – ALL I'm still a newbie.) Your deliberate, your ability to measure yourself clearly & successfully and your ability to describe when (information) so important & when it's not are the reasons that I say this.

So really glad that I'm with you at the beginning of this because I know it'll benefit from it as you grow & your ability to help people in trading. (And trading is just a way to make money for bigger purposes)"

Thanks, Bill Wright

YAHOO!   MarketWatch

TheStreet   Seeking Alpha

©2018 BioTech Breakouts. All Rights Reserved 42 Cote Hwy #2221 Lee, NH 03861

Terms & Conditions |  Disclaimer |  Privacy Policy |  Refund Policy |  Contact |  HERS 5603584

# BiotechBreakouts

**Starting Soon: Free Webinar!**

Learn How Millionaire Stock Trader Kyle Dennis earned $7.5 Million in less than 5 years trading Biotech Stocks!

## How I Went From Broke College Student To Millionaire Stock Trader

### Using These 3 Steps...

**SNIPER REPORT**

The Sniper Report is a elite trading service that delivers high-powered trade signals by millionaire stock trader, Kyle Dennis. Only the top 1% of his trades make the report to ensure highest probability of success and profit.

Learn More

**FDA INSIDER ALERTS**

FDA Insider Alerts uses a proven 3-step process to identify biotech stocks within specific potential events before they are priced. This service focuses on 1-4 week hold periods and is built for traders with full-time jobs.

Learn More

**DOLLAR ACE**

"Insider Information" reveals $1 option contracts that can net you up for monumental gains. Sneak around? No problem. Dollar Ace hunts down the biggest winners thanks to a proprietary scanner that tracks "insider" information, allowing you to score huge returns in a half a beer minimum.

Learn More

## My Proven 3-Step Short-Term Trading System Can Grow Your Profits Exponentially!

Unlike other services, we put our own money into every trade we recommend to our members

### STEP 1
FUNDAMENTAL CATALYST EVENT

### STEP 2
PAIR WITH A BULLISH CHART

### STEP 3
FUNDAMENTAL BREAKOUT

## Best Selling Author of "Middle-Class Millionaire"

Order Your Copy Now!



## What BiotechBreakouts Members Are Saying

**John Allen**

**Greg Marmoni**

**Marie Coverablos**
"Biotech Breakouts member for life!"

**Jean Munoz**

**Rob Barron**

**Lee Amaldo**

**Bill Wright**

©2019 Biotech Breakouts. All Rights Reserved. 53 Calef Hwy #133 Lee, NH 03861
Contact | Disclaimer | Testimonials Disclaimer | Privacy Policy | Refund Policy | Terms | Contact us 833-265-1270



Login    Signup    Search Boards/Threads/Members

HOME     BOARD DIRECTORY     MY RAGING BULL     ABOUT US



## 💡 Spotlight Post

*Posted by Jason Bond* Feb 23 17:28

With **thousands of premium clients** who I communicate with daily through email and the largest stock chat on Wall Street, I have a unique perspective on the most common mistakes beginners make.

- See more at: Jason Bond Picks... Read More

## 🏆 New Boards

| | |
|---|---|
| Jason Bond Picks | JBP |
| Urban Ag Corp | AQUM |
| Imperalis Holding Inc. | IMHC |
| Liberty Media Corporation | LMCA |
| Imogo Mobile Technologies,... | IMTC |
| Suburban Minerals Corp. | SUBB |
| Liberated Energy | LIBE |
| Cyber Kiosk Solutions Inc. | CYBK |
| SpectralCast | SAEED |
| Development Capital Group... | DLPM |

## 🏆 Editor's Choice

| | |
|---|---|
| Ford Motor Co | F |
| Pure Bioscience | PURE |
| General Electric Company | GE |
| Oil & Natural Gas Investme... | CLB0... |
| Sirius XM Radio Inc | SIRI |
| The Coffee Shop | CLB0... |
| Simply Politics | GOV |
| Apple Inc | AAPL |
| This Morning's Headlines | NEWS |
| PowerShares QQQ Trust | QQQ |

## 📊 Top Contributors

| Rank | User | Most active in | |
|---|---|---|---|
| 1 | HAB911 | Simply Politics | GOV |
| 2 | bawdygear | Simply Politics | GOV |
| 3 | Herbert.Khaury | Cmark International Inc | CMKI |

## Most Active Boards

| | COMPANY | GENERAL | FORUMS |
|---|---|---|---|

| Rank | Board | Activity | Posts | +/- |
|---|---|---|---|---|
| 1 | CMKI | | 200355 | ▲ |
| 2 | MXSG | | 5804 | ▼ |
| 3 | VCSY | | 102289 | ▼ |
| 4 | QQQ | | 101425 | |
| 5 | CALVF | | 15698 | ▼ |
| 6 | GRSR | | 27 | ▲ |
| 7 | ARMH | | 4082 | ▲ |

Load More Boards ⌄

## Web buzz

| Rank | Board | |
|---|---|---|
| 1 | SPY SPDR S&P 500 | › |
| 2 | XLF SPDR Select Sector Fund Financial | › |
| 3 | XOP SPDR S&P Oil & Gas Explor & Pr... | |
| 4 | QQQ PowerShares QQQ Trust Serie... | › |
| 5 | TLT iShares Lehman 20 Year Treasur... | |
| 6 | KIE SPDR KBW Insurance ETF | |
| 7 | VXX iPath S&P 500 VIX ShortTerm Fu... | |
| 8 | IPD SPDR S&P International Consum... | |
| 9 | KCE SPDR KBW Capital Markets ETF | |
| 10 | KBE SPDR KBW Bank ETF | |

**Attachment BBBB**                    PX 27, 2415



Show More ⌄

**GENERAL MENU**

Home

Board Directory

My Raging Bull

About Us

Contact Us

**BOARD DIRECTORY**

Company Boards

General Discussions

Member Forums

**MY RAGING BULL**

Profile

Recent Posts

Edit Profile

**ABOUT US**

Rules Of The Road

Suggestions

What's New

Feedback Form

Market data delayed per exchange rules. All quotes are in U.S. Eastern Time (EST).

©2013 RagingBull.com All rights reserved.

Terms and Conditions      Privacy Policy



http://ragingbull.com/terms    Go    SEP **OCT** FEB
15 captures    ◀ **09** ▶
9 Oct 2013 - 15 Nov 2016    2012 **2013** 2015
▾ About this capture

Login    Signup    Search Boards/Threads/Members

HOME    BOARD DIRECTORY    MY RAGING BULL    ABOUT US

## 📄 Terms and Conditions



Cheap Stocks Can = Big Gains
I will teach you the techniques to become a better trader.
Sign up Today, while it's still free!

To assist you in using our website, RagingBull.com, and any other websites we may launch from time to time (collectively, the "Websites"), and to ensure a clear understanding of the relationship arising from your use of any of the Websites, we have created a set of Website Terms and Conditions and a Privacy Policy. Our Website Terms and Conditions govern your use of our Websites generally and the relationship between you and us.  Our Privacy Policy explains how we protect information you provide to us through the Websites. Please read on to learn more.

Your use of any of the Websites or any of the Services (defined below) constitutes your agreement to be bound by and comply with the Website Terms and Conditions and your consent to the collection, use and disclosure of personal information as described in the Privacy Policy. If you do not so agree and consent, you are not authorized to visit or use our Websites or the Services.

If you have any questions and/or comments regarding our Websites, you may contact us as provided in Section 12.0 of our Privacy Policy.

PLEASE READ THESE DOCUMENTS CAREFULLY BEFORE USING OUR WEBSITES.

## 📄 Terms and Condit

RagingBull.com Website Terms and Conditions

1.0 Agreement
2.0 Forward Looking Statements
3.0 Conditions on Participation
4.0 Purpose of Services
5.0 Disclaimer regarding Content
6.0 Ownership of Information; Downloading of Materials; Retransmission and Redistribution of Data
7.0 Our Data Providers' Requirements
8.0 Disclaimer regarding Links and Other Third Party Content
9.0 No Duty To Monitor Websites
10.0 Subscriber Code of Conduct
11.0 No Creation of Third-Party Rights
12.0 Shared Files; Information You Download
13.0 Materials You Post; Your License to Other Users
14.0 Complaints over Perceived Infringement
15.0 Disclaimer regarding Investment Decisions and Trading
16.0 No Advice or Solicitation
17.0 Product Demonstrations
18.0 Professional/Non-Professional Status
19.0 Access and Security
20.0 Disclaimer of Warranties and Limitation of Liability
21.0 Indemnification
22.0 Disclaimer of Right to Sue
23.0 Modification and Termination of Websites; Modification of Website Terms and Conditions
24.0 Data Providers Enforcement Right
25.0 Force Majeure
26.0 Entire Agreement

**Attachment BBBB**    **PX 27, 2417**

http://ragingbull.com/terms                                                       Go    SEP  OCT  FEB

15 captures                                                                             ◄  **09**  ►
28.0 Choice of Law, Choice of Forum
29.0 Assignment                                                                     2012  **2013**  2015
0 Oct 2013 F                                                                              ▾ About this capture

31.0 Your Consent

RagingBull.com Privacy Policy

1.0 SCOPE OF POLICY
2.0 WHAT INFORMATION WE COLLECT AND USE
3.0 WHAT WE DO WITH INFORMATION WE COLLECT AND USE
4.0 ACCESS, CHANGING OR REMOVING PERSONAL INFORMATION
5.0 COMMUNICATIONS TO OUR USERS
6.0 SECURITY OF PERSONALLY IDENTIFIABLE INFORMATION
7.0 LINKS TO OTHER SITES
8.0 CHILDREN
9.0 NOTIFICATION OF CHANGES
10.0 YOUR CONSENT
11.0 CONTACT US
12.0


RagingBull.com Website Terms and Conditions


These Terms and Conditions (the "Website Terms and Conditions") govern your use of the
Websites, your receipt of any premium or subscription-based services and information made
available through the Websites, and your use of any demonstrations or versions of products
available through the Websites (collectively, the "Services"). The Websites are provided by
Sherwood Ventures, LLC, and/or their respective affiliates (collectively, "RagingBull.com," also
referred to as "we" or "us"), and these Website Terms and Conditions constitute an agreement
between you and RagingBull.com. Some of the services, information and products available
from RagingBull.com or third parties through the Websites may also be governed by additional
agreements. To the extent that there is any conflict between these Website Terms and
Conditions and any separate written agreement you have executed or otherwise entered into
with RagingBull.com regarding any premium or subscription-based services or information
available through the Websites, the terms of such separate agreement shall control.

Please read these Website Terms and Conditions carefully; they impose legal obligations on you
and govern your relationship with us. By accessing any of the Websites or using the Services, you
are acknowledging that you have read and understood these Website Terms and Conditions and
agree, without limitation or qualification, to be legally bound by, and to comply with, them.

In addition, if you register as a user (a "Subscriber") of any of the features of our Websites or
Services offered through our Websites, during the registration process you may be prompted to
click an "I Accept," "Submit" or similar button; your clicking on such button will further confirm your
agreement to be legally bound by these Website Terms and Conditions and any additional terms
and conditions of service that we may present to you at that time.

2.0 Forward Looking Statements
The Websites may contain forward-looking statements within the meaning of the Safe Harbor
provisions of the Private Securities Litigation Reform Act of 1995. Such statements include any
statements regarding our future financial performance, future operating results or our plans or
expectations for our company and our business. These statements are based on management's
current expectations and beliefs and involve known and unknown risks, uncertainties and other
factors that may cause actual results to be materially different from those contemplated by the
forward-looking statements. For further information on risk factors affecting our company and our
business, please refer to our most recent annual, quarterly and other (e.g. Form 8-K) reports filed
with the Securities and Exchange Commission.

3.0 Conditions on Participation
You may use the Services only if: (i) you are eighteen (18) years of age or older and are of the age of
consent in your jurisdiction; (ii) your use of the Services will not violate any law in any applicable
jurisdiction, including, but not limited to, United States export controls; (iii) you do not engage in
any conduct that will impede, impair or interfere with the functioning of the Services; and (iv) you
agree to be bound by and abide by all of the provisions of these Website Terms and Conditions.

You acknowledge and agree that RagingBull.com may terminate your access to the Websites and
the Services should you fail to comply with the Terms and Conditions. Any such termination shall
be in RagingBull.com's sole discretion and may occur without prior notice, or any notice.


**Attachment BBBB**                    **PX 27, 2418**

http://ragingbull.com/terms                                    Go    SEP  OCT  FEB

15 captures                                                          ◀  09  ▶

9 Oct 2013 - 8 Feb 2019                                          2012 2013 2015   ▼ About this capture

...her reserves the right to terminate any user's access to the Websites or the Services for any conduct or activity that RagingBull.com, in its sole discretion, believes is or may be ...directly or indirectly harmful to other users, to Sherwood Ventures, LLC, or for any ... activity that violates any local, state, federal, or foreign laws or regulations. RagingBull.com further reserves the right to terminate any user's access to the Websites or Services for any reason or for no reason at all, in RagingBull.com's sole discretion, without any prior or other notice.

4.0 Purpose of Services and Websites
The Services and Websites are made available solely as a convenience to you for general informational purposes.

Top

5.0 Disclaimer regarding Content
RagingBull.com cannot and does not represent or guarantee that any of the information available through the Services or Websites is accurate, reliable, current, complete or appropriate for your needs. Various information available through the Services or Websites may be provided by parties with whom RagingBull.com has no relationship (or no relationship other than one established through these Terms and Conditions). Some other information available through the Services or Websites may be specially obtained by Sherwood Ventures, LLC from professional businesses or organizations, such as exchanges, news providers, market data providers and other content providers (e.g., the New York Stock Exchange, NASDAQ, New York Mercantile Exchange and Dow Jones), who are believed to be sources of reliable information (collectively, the "Data Providers"). Nevertheless, due to various factors — including the inherent possibility of human and mechanical error — the accuracy, completeness, timeliness, results obtained from use, and correct sequencing of information available through the Services and Websites are not and cannot be guaranteed by RagingBull.com.

6.0 Ownership of Information; Downloading of Materials; Retransmission and Redistribution of Data
Unless otherwise noted, all right, title and interest in and to the Websites, and all information made available through the Websites or the Services, in all languages, formats and media throughout the world, including all copyrights and trademarks therein, are and shall continue to be the exclusive property of RagingBull.com, its affiliates or its Data Providers. To the extent that the Websites or the Services contain information from third parties pursuant to rights granted as a matter of law (such as principles of "fair use"), Sherwood Ventures, LLC owns all right, title, and interest (including copyright), in all languages, formats and media throughout the world, in the selection, arrangement and presentation of such information on the Websites or in the Services, as well as in the selection, arrangement, and presentation of all other content on the Websites and in the Services. Certain materials may be made available for download from these Websites. Subject to these Website Terms and Conditions, RagingBull.com grants you limited permission to download and copy such materials solely for your internal, non-commercial use; provided that all copyright notices appearing on the originals are duplicated on all copies thereof; and provided further that you do not modify the materials in any way. Without limiting any other right or remedy available to RagingBull.com, at law or in equity, the limited permission herein granted will automatically terminate in the event you breach the terms of this paragraph and, in such event, you must destroy immediately all downloaded materials in your possession, custody or control.

EXCEPT AS OTHERWISE EXPRESSLY PERMITTED BY THE PRECEDING PARAGRAPH, YOU AGREE NOT TO REPRODUCE, RETRANSMIT, DISSEMINATE, SELL, DISTRIBUTE, PUBLISH, BROADCAST OR CIRCULATE ANY OF THE SERVICES OR MATERIALS IN ANY MANNER OR FOR ANY PURPOSES (WHETHER PERSONAL OR BUSINESS) WITHOUT THE PRIOR EXPRESS WRITTEN CONSENT OF RagingBull.com AND/OR THE DATA PROVIDERS. IN ADDITION, YOU SHALL NOT, WITHOUT THE PRIOR EXPRESS WRITTEN CONSENT OF RagingBull.com AND THE RELEVANT DATA PROVIDERS, MAKE COPIES OF ANY OF THE SOFTWARE OR DOCUMENTATION THAT MAY BE PROVIDED, ELECTRONICALLY OR OTHERWISE, INCLUDING, BUT NOT LIMITED TO, TRANSLATING, DECOMPILING, DISASSEMBLING OR CREATING DERIVATIVE WORKS.

YOU FURTHER AGREE NOT TO USE THE SERVICES OR INFORMATION MADE AVAILABLE THROUGH THE SERVICES FOR ANY UNLAWFUL PURPOSE AND AGREE TO COMPLY WITH REASONABLE REQUESTS BY RagingBull.com TO PROTECT THE RESPECTIVE RIGHTS OF RagingBull.com, ITS AFFILIATES, LICENSORS AND THE DATA PROVIDERS IN THE SERVICES AND IN THE INFORMATION MADE AVAILABLE THROUGH THE SERVICES.

7.0 Our Data Providers' Requirements
These Website Terms and Conditions are subject to any requirements of Sherwood Ventures, LLC's Data Providers under RagingBull.com's agreements with such Data Providers, including such additional financial and contractual requirements as may be imposed by such Data Providers from time to time.

**Attachment BBBB**          **PX 27, 2419**

http://ragingbull.com/terms                                                     Go       SEP  OCT  FEB
15 captures                                                                                      ◀  09  ▶
9 Oct 2013 - 11 Feb 2019                                                                      2012 2013 2015
                                                                                                 ▾ About this capture

**8.0 Disclaimer regarding Links and Other Third Party Content**

material or other content from third parties ("Third Party Content"), including through links to other websites and forums on which users or other third parties, themselves, may post Third-Party Content. Whenever you access Third Party Content, YOU PROCEED AT YOUR OWN RISK. You understand and agree that such third parties are solely responsible for any such content, and you further agree that RagingBull.com is not, and will not be, liable for any content or other material posted or otherwise provided by third parties. You further acknowledge that RagingBull.com does not control the third parties who provide Third-Party Content, does not necessarily (and is not obligated to) review or screen any Third-Party Content either before or after it becomes available through the Websites and Services, and cannot and does not guarantee, attest to, verify, or otherwise warrant that any Third-Party Content is or will be accurate; free from errors, defects or harmful elements; consistent with what it purports to be; appropriate to fit your needs; or otherwise safe or non-objectionable.

You agree that Sherwood Ventures, LLC shall not be held liable for any trading activities or other activities that occur on any website you access through links on the Websites. We provide these links as a convenience, and do not endorse the content or services offered by these other sites.

Users are prohibited from using the Websites or Services to violate any laws or to violate the rights of RagingBull.com or of any third parties, all as further provided in our Subscriber Code of Conduct, below.

You further understand that when using the Websites or Services, you may be exposed to content that you find objectionable, crude, indecent, harassing, or otherwise inappropriate. You agree that RagingBull.com is not, and shall not be, liable for any such material.

**9.0  No Duty To Monitor Websites**

You understand and agree that RagingBull.com has the right, but not the obligation, to monitor the Websites, and to remove content from the Websites for any reason, including content that you submit. You further understand and agree that RagingBull.com has the right, but not the obligation, to review content before it is posted to the Websites, and to refuse to allow content to be posted for any reason. Any and all decisions on whether or not to retain, disseminate, or remove content posted by users shall be made by Sherwood Ventures, LLC in its sole discretion.

**10.0 Subscriber Code of Conduct**

When you register as a Subscriber at our Websites, you may gain access to a range of Services, including the ability to participate in chat rooms, exchange instant messages, post messages to forums, and share files. You may use the Websites for lawful purposes only. You agree not to post, upload, e-mail, transmit, distribute, or otherwise make available through the Websites any of the following:

(i) any material that violates any applicable laws, including without limitation the laws of the United States, the laws of any state or commonwealth within the United States, and the laws of any other jurisdiction that may apply;
(ii) any material that restricts or inhibits any other user from using and enjoying the Websites;
(iii) any material that is unlawful, threatening, abusive, harassing, defamatory, obscene, offensive, harmful, obnoxious, pornographic, profane, or indecent, including without limitation any transmissions constituting or encouraging conduct that would constitute a criminal offense, give rise to civil liability or otherwise violate any applicable law or regulation;
(iv) any material that contains viruses or any other element or component that has a capacity or potential to interrupt, destroy, interfere with, permit the unauthorized use of, or limit the functionality of any computer software or hardware, any telecommunications equipment, or any communications network;
(v) any material that violates or infringes the rights of others, including without limitation rights under copyright, trademark, or patent law; rights of privacy or publicity; rights under defamation law; or rights under securities or other applicable law; or
(vi) any material that contains any other harmful or illegal component.

You further agree that you will not:
(i) alter, damage or delete any material appearing on the Websites;
(ii) disrupt the normal flow of communication on the Websites, such as through "spam" email or by other means;
(iii) claim a relationship with or speak for any business, organization, or person for which you are not authorized to claim such a relationship; or
(iv) violate any operating rule, policy or guideline of your Internet access provider or online service.

You acknowledge and agree that these prohibitions do not, and shall not be construed to, create any rights in you or any third parties. We reserve the right (but do not have any obligation) to

**Attachment BBBB**          **PX 27, 2420**

http://ragingbull.com/terms ... conduct on the Websites and to edit, block, or remove any content, in whole or in part, which in our sole discretion we believe violates our Subscriber Code of Conduct, or is ... otherwise objectionable.

15 captures

9 Oct 2013 - 7 Dec 2018

SEP   OCT   FEB
09
2012  2013  2015

About this capture

If you believe that material has been posted that violates any of these prohibitions, or that should otherwise be removed, please contact RagingBull.com as follows:

For reports relating to RagingBull.com:

RagingBull.com TOS Violations

For reports relating to all other Websites: Customer Service

Nothing in these Terms and Conditions shall be construed to create any rights or obligations in, or otherwise on behalf of any third parties.

12.0 Shared Files; Information You Download
RagingBull.com cannot and does not guarantee or warrant that information available for downloading through the Websites or Services will be free of infection or viruses, worms, Trojan horses or other code that manifests contaminating or destructive properties. You are responsible for implementing sufficient procedures and checkpoints to satisfy your particular requirements for accuracy and security of data input and output, and for maintaining a means external to RagingBull.com for the reconstruction of any lost information.

13.0 Materials You Post; Your License to Other Users
By posting or transmitting, inputting or uploading information or content ("Content") to the Websites, you warrant that such Content does not violate or infringe the rights of any third parties. In addition, you automatically grant RagingBull.com, RagingBull.com users, and RagingBull.com Subscribers under your intellectual property rights, a royalty-free, perpetual, non-exclusive, worldwide license (with the right to grant sublicenses) to use, copy, modify, distribute, publicly display, perform, and otherwise exploit such Content, without compensation to you.

Top

14.0 Complaints over Perceived Copyright Infringement
RagingBull.com respects intellectual property rights and expects its users to do the same. RagingBull.com, may, in appropriate circumstances and at its discretion, disable and/or terminate the accounts of users who may be repeat infringers.

If you believe that materials posted on our Websites infringe your rights under copyright law in specific materials (collectively, a "Work"), we request that you follow the procedure described below to notify us of your concerns or objections.

14.1. RagingBull.com's Designated Agent: If you believe materials posted on our Websites infringe the copyright in your Work, you must direct your concerns to our agent, designated under the Digital Millennium Copyright Act (17 U.S.C. §512) to respond to such concerns (our "Designated Agent"):

Email: LEGAL
RagingBull.com
1910 ESE Loop 323 #168
Tyler, TX 75701
Attn: Customer Service

14.2. Content of Notice: Your notice to our Designated Agent should contain the following information:
(i) A physical or electronic signature of a person authorized to act on behalf of the owner of the intellectual property;
(ii) Identification of the copyrighted work that you believe has been infringed;
(iii) Identification of the material on our Websites that you believe is infringing, with sufficient specificity to permit us to locate the material without undue searching; and
(iv) Information reasonably sufficient to permit us to contact you, including an address, telephone number and, if available, an e-mail address;
(v) A statement by you that have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law.
(vi) A statement by you, made under penalty of perjury, that the information on the notification is accurate and that you are authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

15.0 Disclaimer Regarding Investment Decisions and Trading
Decisions to buy, sell, hold or trade in securities and other investments involve risk and are best

http://ragingbull.com/terms                                                    Go   SEP  OCT  FEB
15 captures                                                                     ◀   09   ▶
9 Oct 2013 - 15 Feb 2015                                                       2012 2013 2015
                                                                                ▾ About this capture

...take the advice of qualified financial professionals. Any trading in securities or other investments involves a risk of substantial losses. The practice of "Day Trading" involves particularly high risks and can cause you to lose substantial sums of money. Before undertaking any trading program, you should consult a qualified financial professional. Please consider carefully whether such trading is suitable for you in light of your financial condition and ability to bear financial risks. Under no circumstances shall we be liable for any loss or damage you or anyone else incurs as a result of any trading or investment activity that you or anyone else engages in based on any information or material you receive through the Websites or our Services.

16.0 No Advice or Solicitation

The Websites and Services are for informational purposes only and should not be used or construed as an offer to sell, a solicitation of an offer to buy, or an endorsement, recommendation or sponsorship of any company or security by RagingBull.com, its affiliates, officers, directors, employees or agents. You acknowledge and agree that neither the Websites nor any of the Services is intended to supply investment or financial advice. Sherwood Ventures, LLC offers no advice regarding the nature, potential value, or suitability of any particular security, transaction, investment or investment strategy. You acknowledge and agree that the use of the Websites and Services, and any decisions made in reliance upon the Websites and Services, are made at your own risk.

17.0 Product Demonstrations

All product demonstrations ("demos") may only be used during the time periods specified for which they are offered. All demos must be used in accordance with any accompanying instructions and may not be used for any reason other than their intended purpose.

18.0 Professional/Non-Professional Status

With respect to Services involving the receipt of financial market information, if you are a professional broker, dealer or trader or employed by or conducting business in the securities industry, you must agree to be bound by Sherwood Ventures, LLC's agreements with the Data Providers before utilizing the Services for commercial purposes.

If you are such a professional, you must contact RagingBull.com <u>Customer Service</u> to obtain such agreements. Unless you have obtained and executed such agreements, you hereby represent and warrant: (i) that you meet and comply with all NYSE, AMEX, NASDAQ and Data Providers requirements for qualification as a Non-professional Subscriber; (ii) that you are acting solely in your own individual capacity to use the Services solely in connection with your own individual personal investment activities and not in connection with any trade or business activities; and (iii) that you are a sophisticated investor. You acknowledge and agree that if your status with respect to any of the foregoing statements is affected or changed in anyway, you shall promptly contact Sherwood Ventures, LLC <u>Customer Service</u> to obtain relevant exchange agreements.

If you are not such a professional, you agree to use the Services solely in your own individual capacity, and solely in connection with your own individual personal investment activities and not in connection with any trade or business activities.

<div align="right">Top</div>

You accept responsibility for the confidentiality and use of any access codes, account numbers and customer code numbers that you may receive for your access to and use of the Services. You accept responsibility for all time used and all activity that occurs through or under your access codes, customer numbers and/or account numbers. You agree to notify RagingBull.com immediately if you become aware of any loss, theft or unauthorized use of your access codes and/or account numbers.

20.0 Disclaimer of Warranties and Limitation of Liability

You agree that neither RagingBull.com, its affiliates, officers, directors, employees, agents or representatives, nor any of the Data Providers, nor any officer, director, employee, agent, affiliate or representative thereof shall have any liability, contingent or otherwise, for any lack of truthfulness, accuracy or timeliness of the Websites or the Services; for any lack of truthfulness, accuracy, timeliness, completeness or correct sequencing of the information made available through the Websites or the Services; for any decision made or action taken by you or anyone else in reliance upon such information or the Websites or the Services; or for any harm or injury resulting from any interruption or delay of any data, information or any other aspect of the Websites or the Services; or for any harm or injury resulting from any unsafe, illegal, defective or otherwise inappropriate or objectionable aspect of any information made available through the Websites or the Services

THE WEBSITES AND SERVICES ARE PROVIDED "AS IS." TO THE FULLEST EXTENT PERMITTED BY

**Attachment BBBB**

**PX 27, 2422**

http://ragingbull.com/terms    Go    SEP OCT FEB
◄ 09 ►
2012 2013 2015
15 captures
9 Oct 2013 - 5 Oct 2016    About this capture

... WHERE THERE IS NO WARRANTY OF MERCHANTABILITY, NO WARRANTY OF FITNESS FOR A PARTICULAR USE AND NO OTHER WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, REGARDING ANY ASPECT OF THE WEBSITES OR SERVICES OR INFORMATION MADE AVAILABLE VIA THE WEBSITES OR SERVICES. YOU RECOGNIZE THAT THE ACCURACY OF ANY SUCH INFORMATION SHOULD BE CHECKED BEFORE YOU RELY ON IT.

IN NO EVENT WILL SHERWOOD VENTURES, LLC OR THE DATA PROVIDERS BE LIABLE TO YOU, YOUR CUSTOMERS OR ANY OTHER PARTY FOR ANY DIRECT, INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL OR EXEMPLARY DAMAGES (INCLUDING BUT NOT LIMITED TO, LOST PROFITS, TRADING LOSSES OR DAMAGES THAT RESULT FROM INCONVENIENCE, DELAY OR LOSS OF THE USE OF THE WEBSITES OR THE SERVICES), OR CLAIMS ARISING IN TORT (INCLUDING NEGLIGENCE), EVEN IF RagingBull.com OR THE DATA PROVIDERS HAVE BEEN ADVISED OF OR ARE OTHERWISE AWARE OF THE POSSIBILITY OF ANY OF THE FOREGOING.

YOU ACKNOWLEDGE THAT DOCUMENTS POSTED TO AND CONTENT AVAILABLE AT THE WEBSITES MAY CONTAIN COMPUTER VIRUSES OR OTHER HARMFUL ELEMENTS. SHOULD YOU DOWNLOAD ANY SUCH MATERIALS FROM THE WEBSITES, IT IS YOUR RESPONSIBILITY TO PERFORM ANY ANTI-VIRUS SCANNING OR OTHER PRECAUTIONS AS YOU DEEM NECESSARY. UNDER NO CIRCUMSTANCES WILL WE BE RESPONSIBLE FOR ANY LOSS OR DAMAGE CAUSED BY ANY MATERIALS DOWNLOADED FROM THE WEBSITES AND YOU ASSUME FULL RESPONSIBILITY FOR ALL COSTS ASSOCIATED WITH ALL NECESSARY SERVICING OR REPAIRS OF ANY EQUIPMENT OR DATA YOU USE IN CONNECTION WITH OUR WEBSITES.

By way of example, and not by way of limitation, neither RagingBull.com nor the Data Providers shall be liable for any loss resulting from a cause over which such entities do not have direct control, including but not limited to, the failure of electronic or mechanical equipment or communication lines, telephone or other interconnect problems, unauthorized access, theft, your errors, or events of force majeure.

You agree to indemnify and hold harmless RagingBull.com, its affiliates, officers, directors, employees, agents and representatives and the Data Providers and their respective officers, directors, employees, agents and representatives, from and against any and all claims, including, but not limited to, any liability or expense arising from all claims, losses, damages (actual and consequential), suits, judgments, litigation costs, and attorney's fees, of every kind and nature, arising from or relating to your use of the Websites or the Services or the information made available through the Websites or the Services, and/or your violation of these Website Terms and Conditions or any third party's rights, including, but not limited to, copyright, proprietary rights, privacy rights, and rights under defamation law.

22.0 Disclaimer of Right to Sue
You release RagingBull.com, including its officers, directors, employees, or any other agents, from claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with any dispute with any user of any of the Websites or Services, or arising in any way from content posted to any of the Websites by any third party.

If you are a California resident, you waive California Civil Code § 1542, which provides:  "A general release does not extend to claims which the creditor does not know or suspect exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

23.0 Modification and Termination of Websites; Modification of Website Terms of Conditions
Notwithstanding any provision in these Website Terms and Conditions, Sherwood Ventures, LLC reserves the right, in its sole discretion, at any time, to change or modify from time to time and/or terminate (i) its Websites, (ii) any particular Services made available via its Websites, or (iii) these Website Terms and Conditions. Your use of our Websites following any such change constitutes your agreement to follow and be bound by the Website Terms and Conditions, as changed.

24.0 Data Providers Enforcement Right
Data Providers may enforce these Website Terms and Conditions against you by legal proceedings or other appropriate means.

Top

In addition to applicable disclaimers, stated above, RagingBull.com's performance under these Website Terms and Conditions and the Services shall be excused in the event of interruption and/or delay due to causes beyond its reasonable control, such as acts of God, acts of any government, war or other hostility, civil disorder, the elements, fire, earthquake, explosion, acts

Attachment BBBB                    PX 27, 2423

http://ragingbull.com/terms    Go    SEP  OCT  FEB
15 captures                                         09
9 Oct 2013 - ... 2015                         2012  2013  2015
                                                    About this capture

Providers or other third party information providers, third party software or communication
interruption.

26.0 Entire Agreement
These Website Terms and Conditions and our Privacy Policy embody the entire understanding
between the parties with respect to RagingBull.com's Websites and supersede any and all prior
representations and agreements, if any, oral or written, with respect to RagingBull.com's Websites.
In the event of any conflict between these Website Terms and Conditions and/or Privacy Policy and
any separate agreement you have executed or otherwise entered into regarding subscription
services available through RagingBull.com's Websites, the terms of such separate agreement shall
control.

27.0 Severability
Should any provision of these Website Terms and Conditions be held to be void, invalid,
unenforceable or illegal by a court, such provision shall be valid and enforceable to the extent
permitted by applicable law, and the validity and enforceability of the other provisions shall not be
affected thereby. Failure of any party to enforce any provision of these Website Terms and
Conditions shall not constitute or be construed as a waiver of such provision or of the right to
enforce such provision.

28.0 Choice of Law; Choice of Forum
These Website Terms and Conditions and any dispute arising from the Websites or the Services
shall be interpreted in accordance with the laws of the State of California, U.S.A. without reference
to its conflicts of law principles. You expressly consent and agree that any claims arising under or
related in any way to these Terms and Conditions, the Privacy Policy, the Websites or the Services
shall be brought only in the state or federal courts located in the State of California and therefore
you consent to the jurisdiction and venue of those courts.

These Website Terms and Conditions shall not be assignable by you, either in whole or in part.
RagingBull.com reserves the right to assign its rights and obligations under these Website
Terms and Conditions.

30.0 Survival
Sections 1, 2, 5, 6, 11, 12, 13, 15, 16, 17, 19, 20, 21, 22, 24, 25, 26, 27, 28, 29, 30 and 31 of these
Website Terms and Conditions shall survive the termination of these Website Terms and
Conditions and shall apply indefinitely.

31.0 Your Consent
By using our Websites, you agree to comply with, and be bound by these Website Terms and
Conditions. If you do not agree with some, or all of these Website Terms and Conditions, you are
not authorized to visit our Websites.

Top

We value our relationship with you and respect your right to privacy. This Privacy Policy
describes how Sherwood Ventures, LLC and our applicable affiliates and subsidiaries handle
personal information that you provide to us or that we collect and maintain about you in
connection with your use of proprietary websites we currently operate (collectively the
"Websites") and any other proprietary websites we may launch from time to time and the
services made available through the Websites ("Services"). By using the Services or accessing
our Websites, you are acknowledging that you have read and understood this Privacy Policy
and consent to the practices described herein.

This Privacy Policy applies only to information you provide to us online or that we collect from
you while visiting or using our Websites or Services. It does not apply to information we obtain
offline or through other means. This policy does not apply to the practices of companies that
RagingBull.com does not own or control or operators of third party websites that you may
access from the Websites or from which you may access the Websites.

a) We receive and store information that you voluntarily provide when using the Websites and
the Services. For example, when you subscribe to our Services, we require you to provide
personal information including your name, postal address, email address, telephone number,
facsimile number, company affiliation, and other basic contact information. You may also
provide additional personal information to us when you voluntarily communicate with us, such
as when you request information, register for email updates or listen to a webcast, submit
application for employment, or when you post information to the user content portion of the

**Attachment BBBB**                    **PX 27, 2424**



information from your internet browser, including your IP address (the internet address of your PC), your computer's name, the type and version of your web browser, the Internet addresses of the sites from which you access the Websites (referring addresses) and other generally-accepted log information. We may also record the presence of RagingBull.com software or other third party software on your computer, page views (hit counts) and other statistical and tracking information, which are aggregated with website utilization information from other users in order to understand how our Websites are being used. One or more of the above activities may also be carried out by third parties we have engaged to host certain portions of or functions of or otherwise render services in connection with our Websites, such as resume submission, or operating a webcast on our behalf.

c) While accessing and operating an RagingBull.com product, the Sherwood Ventures, LLC software may record general statistical and tracking information, such as the date and time a client accesses his or her product and the time spent using it. The RagingBull.com software transfers this information to RagingBull.com's servers, and such information is used exclusively for internal resource management purposes.

d) Cookies. We use common website management technologies called cookies. A cookie is a small data file, which often includes a unique but non-identifying code that is sent to your browser from a website's computers and stored on your computer's hard drive. Cookies can be used to provide you with a tailored user experience and to make it easier for you to use the Websites upon a future visit. RagingBull.com will also use cookies to recognize you when you return to our Websites. Our cookies are "persistent," or permanent, cookies, since they remain on your computer after you end your visit, or "session," on our Websites. Most web browsers are set to accept cookies by default, though you can manually disable the cookies feature of your browser. You should review the online documentation of your browser or consult with the provider of your browser for instructions on how to disable cookies. If you disable cookies on your computer, some parts of our Websites may not be available to you or may not function as intended.

e) Referring Sites. Websites that contain links to our Websites are known as "referring sites." When you enter our Websites from a referring site, we automatically collect information that identifies the referring site and use this information to analyze which third party services send visitors to our Websites and to present appropriate content to our potential customers. Sherwood Ventures, LLC tabulates referrer information on an aggregate basis to identify Websites trends and traffic patterns.

Top

3.0 WHAT WE DO WITH INFORMATION WE COLLECT AND USE.
In general we use the information we collect from and about you to provide information and perform Services that you request, to improve our Websites and Services, for our administrative and marketing purposes, and as otherwise described in this Privacy Policy.

a) Third Party Service Providers and Vendors. We share your personally identifiable information with third parties with whom we contract to: (i) distribute information relating to our Websites or Services, (ii) maintain email alerts list and fulfill requests submitted via the Websites; (iii) host certain portions or functions of our Websites (such as resume submission or operating a webcast on our behalf); and/or (iv) provide technical or professional services to us.

b) Legal Compliance and Protection of Rights. We may share your personally identifiable information with third parties, including law enforcement agencies or others to the extent appropriate to comply with legal requirements; to cooperate in a judicial or other legal proceeding; if we believe that you have harmed, or interfered with (or will imminently harm or interfere with) other RagingBull.com users or anyone else; to enforce or apply our Websites Terms and Conditions or other contractual commitments; or to assert, defend, or protect our rights or property or the rights, property, health or safety of our users or other persons. If we receive legal process calling for the disclosure of any of your personally identifiable information we will attempt to notify you via the email address you supplied during the registration within reasonable amount of time before we respond to the request, unless such notification in not permitted.

c) Business Transactions. We may disclose personal information to third parties in connection with a potential or actual transaction or proceeding involving a transfer of some or all of the businesses or assets to which the information pertains.

**Attachment BBBB**        **PX 27, 2425**

http://ragingbull.com/terms
15 captures
9 Oct 2013 - 14 Feb 2015

CHANGING OR REMOVING PERSONAL INFORMATION.

You may update or request that we delete information that we maintain about you by sending a request to the address provided in Section 9 below, in which case we will update or delete your personally identifiable information from our databases, except as necessary for billing and routine data archiving.

5.0 COMMUNICATIONS TO OUR USERS.
Periodically, RagingBull.com will send news and information to parties who have shown interest in RagingBull.com. We also may send these updates to persons who submit a request for information via email on our Websites, register to receive email alerts or register to listen to a webcast offered through the Websites. We may engage a third party to distribute such information and updates or operate such webcast on our behalf, which would require us to share your contact information. You can stop receiving these communications by sending an email request to the address listed in Section 9 below. As an alternative, you may write to us with your request, at the mailing address set forth in Section 9.

<div align="right"><span style="color:red">Top</span></div>

6.0 SECURITY OF PERSONALLY IDENTIFIABLE INFORMATION.
RagingBull.com maintains controls to protect the information you provide us. RagingBull.com limits access to databases containing personally identifiable information to employees who have a need to access the information. We have put in place security systems designed to prevent unauthorized disclosure of information you provide to us. These systems are structured to deter and prevent hackers and others from accessing this information. Due to the nature of Internet communications and evolving technologies, however, we cannot assure that the information you provide us will remain free from loss, misuse, or alteration by third parties who, despite our efforts, obtain unauthorized access.

The Websites may contain links to other web sites operated by third parties not affiliated with RagingBull.com. The inclusion of any link to such third party sites does not imply endorsement by RagingBull.com of those sites. We have not reviewed the sites linked to the Websites and are not responsible for the data-handling practices of any such sites.

Persons under the age of 18 are not permitted to register for the Services and RagingBull.com does not knowingly collect, either online or offline, personally identifiable information from persons under the age of 18. If we learn that a child under the age of 18 has provided us with personally identifiable information, we will attempt to delete this information from our databases, subject to any technical limitations on our ability to do so.

9.0 NOTIFICATION OF CHANGES.
RagingBull.com may change or modify this Privacy Policy from time to time. We will post notice of the new or revised policy from the Privacy Policy link on the home page of our Websites. Your use of our Websites following any such change constitutes your agreement to follow and be bound by the Privacy Policy, as changed. If we make any significant changes regarding disclosure of personally identifiable information to third parties, we will attempt to notify you prior to the date the modified policy takes effect.

By using the Websites, you consent to our collection and use of your information, in accordance with this Privacy Policy. If you do not agree with some, or all of the terms of this Privacy Policy, you may not become a Subscriber, or otherwise visit the Websites.

You may contact us by email or traditional mail at the following addresses:
By postal mail:
RagingBull.com
1910 ESE Loop 323 #168
Tyler, TX 75701
Attention: Customer Relations
By email: info@RagingBull.com

<div align="right"><span style="color:red">Top</span></div>

In the event you access websites operated by RagingBull.com (collectively the "RagingBull.com Websites") as well as any other websites Sherwood Ventures, LLC may launch from time to time the following additional provisions shall apply:

12.1 What Information We Collect and Use
In addition to the information set forth in Section 2 above, Sherwood Ventures, LLC collects

<div align="center">**Attachment BBBB**</div>

<div align="right">**PX 27, 2426**</div>

http://ragingbull.com/terms                                      Go     SEP  OCT  FEB
15 captures                                                             ◀  09  ▶
9 Oct 2012 - 18 Mar 2021                                          2012  2013  2015
                                                                  ▾ About this capture

...ers at different points in our Sherwood Ventures, LLC Websites and through our software, as follows:

12.1.1. Registration: In order to subscribe to RagingBull.com products and services, we require that you complete a registration form. This form may ask for contact information, such as name, address, email address, telephone number, company name, fax number and other basic contact information ("Registration Information"). After submitting your Registration Information, you can view and modify this information within the self-maintenance area of the RagingBull.com Websites. You agree to notify RagingBull.com of any change to your billing address within thirty (30) days of such change.

12.1.2. Orders and Requests: When you subscribe to an RagingBull.com product or service, we request the appropriate billing information on our order form. This information includes your credit card number, expiration date and billing address ("Order Information"). Order Information is kept with your Registration Information in a database and will be retained for future purchases.

12.1.3. Partners: Sherwood Ventures, LLC may enter into agreements with other companies that market software or services that either function similarly to RagingBull.com software or that enhance or extend RagingBull.com' functionality. Some of these may be third party products that may utilize components of RagingBull.com software. Under the terms of these agreements, we may be required to collect information about your sessions and your use of these third party products and share this information with these third parties.

12.1.4. Third Party Advertising Companies: We use third-party advertising companies to serve ads when you visit our RagingBull.com Websites. These companies may use information (not including your name, address email address or telephone number) about your visits to this and other websites in order to provide advertisements about goods and services of interest to you.

12.1.5. Providers: A provider is an entity that agrees to pay for the RagingBull.com services being provided to you. We have entered into contractual agreements with these providers governing the provider arrangement. Under the terms of these agreements, we may be required to collect information about your sessions and your use of your RagingBull.com product and share this information, along with your personally identifiable information, with the provider paying for your Sherwood Ventures, LLC service. This information is kept strictly confidential, and is not shared with other third parties, except as provided for in this Privacy Policy.

12.1.6 Access to Information: If you are a resident of Australia, on request, we will provide you with access to personal information that we hold about you collected when you visit our Website or use our Services (unless there is an exception that applies under Australian privacy laws, such as where we have a legal duty of confidentiality). Your request to obtain access will be dealt with in a reasonable time. We may recover from you the reasonable cost of providing you with access.

12.2 What We Do with Information We Collect and Use

In general, except as provided in this policy, we will not disclose your personally identifiable information to unaffiliated third parties without your express consent or allowing you to decline to permit the disclosure. There are, however, some limited circumstances, in addition to those set forth in section 3 above, in which we may need to disclose personally identifiable information about a user without express consent, including, but not limited to, the circumstances set forth below:

12.2.1. RagingBull.com Website Vendors: We may employ other companies to perform functions on our behalf, such providing customer service, sending print and electronic mail, processing credit card payments, or other functions necessary to our business. In order to allow these companies to perform their obligations, we may need to share your personally identifiable information with them. However, we will provide these companies with only that information necessary to perform their functions on our behalf, and we will not allow them to use your personally identifiable information for any other purpose.

12.2.2. Resellers: Sherwood Ventures, LLC may from time to time enter into agreements with companies that resell RagingBull.com' products or services, either on RagingBull.com' behalf, or on their own behalf on a private labeled basis and/or on a co-branded basis. Under the terms of these agreements, we may be required, and therefore we reserve the right, to share your personally identifiable information with such resellers. Once your personally identifiable information is provided to such resellers, it will no longer be covered by this privacy policy. In those instances, your personally identifiable information will be governed by the privacy policy of the resellers to whom it is provided. Notwithstanding the foregoing, RagingBull.com will not share your Order Information with any reseller that is not billing you directly for the re-marketed, private labeled and/or co-branded RagingBull.com services to which you subscribe.

12.2.3. RagingBull.com Publishers and Merchants: RagingBull.com reserves the right to provide to publishers and other merchants for whom RagingBull.com sells or distributes products or services any personally identifiable information as is necessary to fulfill any requests you may make for their products or services. In addition, merchants of the products you purchase or to which you subscribe through RagingBull.com may request additional personally identifiable information from you. RagingBull.com will provide the merchants of such products the information you supply in response to those requests and, following such disclosure by RagingBull.com, your personally identifiable information will no longer be covered by this policy. In those instances, your

http://ragingbull.com/terms    Go    SEP  OCT  FEB
15 captures    ◀ 09 ▶
9 Oct 2013 - 19 Feb 2015    2012  2013  2015    ▼ About this capture

information, to the extent we reasonably believe we are required to do so by law. If we receive legal process calling for the disclosure of any of your personally identifiable information we will attempt to notify you via the email address you supplied during registration within a reasonable amount of time before we respond to the request, unless such notification is not permitted.

12.3 Changing or Removing Personal Information; Opting Out

To ensure that you have appropriate control over your personally identifiable information, you can access your account (after supplying your user name and password) in the Self-Maintenance area of our RagingBull.com Websites to update and/or correct the information you have previously submitted.

In addition, we provide you with the ability to decline -- or "opt-out of" -- certain mailings and other materials we may offer. For these materials, you will be able to specify whether you wish to opt-out by following directions provided in the Self-Maintenance area, as further detailed in Section 11.4 (Communications to our Users) of our Privacy Policy, below.

Finally, if you request, we will remove your name and other personally identifiable information from our active databases. Please understand, however, that it may be impossible to remove this information completely, due to backups and records of deletions. If you wish to remove your name and other personally identifiable information from our database, please create an email with the term "Unsubscribe" in the subject line, and send the email to the address listed in Section 11.9 of this Privacy Policy. As an alternative, you may write to us with your request, at the mailing address set forth in Section 11.9. You will be removed from our databases generally within ten business days of our receipt of your request. You may also request to review or amend any personal information that we maintain about you, by sending a written request to the same address, subject to our verification of your identity acceptance of any proposed revision.

12.4 Communications to Our Users

12.4.1. RagingBull.com: RagingBull.com sends emails and/or postal mailings to new subscribers and to provide to existing subscribers information regarding their specific RagingBull.com products. Periodically, RagingBull.com will send news and information to subscribers and other parties who have expressed interest in RagingBull.com and its products. You can opt out of receiving these promotional communications through the Self-Maintenance area of our RagingBull.com Websites. For so long as you use Sherwood Ventures, LLC products and services or otherwise maintain a business relationship with RagingBull.com, however, you may not opt out of receiving communications from RagingBull.com relating specifically to those products and services or business relationship.

12.4.2. Third Parties: Except as described in this Privacy Policy, we do not share personally identifiable information with anyone, unless we have informed you of a change to our Privacy Policy and given you the opportunity to then choose to opt out. Sherwood Ventures, LLC can no longer update any of your personally identifiable information once it has been transferred to such third parties and cannot implement or impose your opt out requests upon such third parties. Instead, you must either contact that third party or refer to its privacy policy to update your personally identifiable information or to let the third party know that you no longer want to receive promotional and/or marketing information about its products, services or offerings.

12.5 Security of Personally Identifiable Information

RagingBull.com maintains controls to protect the financial information you provide us, including credit card details, during the product purchase process. These controls include: (1) the use of SSL encryption to safeguard information when transmitted from your web browser to RagingBull.com; (2) the logical authentication security within the databases that store customers' credit card numbers; and (3) use of encryption of credit card numbers.

12.6 Relationship to Website Terms and Conditions

Our obligations with respect to your use of the RagingBull.com Websites are reflected in this Privacy Policy and the RagingBull.com Website Terms and Conditions and any additional terms of services that may be applicable.

12.7 Contact Us

For matters relating to RagingBull.com you may contact us for any reason by email or traditional mail at the following addresses, provided, however, if you wish to provide us with formal notice under our RagingBull.com Website Terms and Conditions or our Privacy Policy, you must provide your notice in writing, and mail it to the address set forth below:

By mail:

RagingBull.com

1910 ESE Loop 323 #168

**Attachment BBBB**                    **PX 27, 2428**



Attention: Customer Service
By email: Customer Service
Effective date: June 30, 2011

**GENERAL MENU**

Home

Board Directory

My Raging Bull

About Us

Contact Us

**BOARD DIRECTORY**

Company Boards

General Discussions

Member Forums

**MY RAGING BULL**

Profile

Recent Posts

Edit Profile

**ABOUT US**

Rules Of The Road

Suggestions

What's New

Feedback Form

Market data delayed per exchange rules. All quotes are in U.S. Eastern Time (EST).

©2013 RagingBull.com All rights reserved.

Terms and Conditions      Privacy Policy

Attachment BBBB          PX 27, 2429



Error loading this resource.

# Be a Better Stock Trader, Starting Today

Get the expert insights, tips and strategies you need to optimize your trading skills and profits

Your best email

**GET STARTED FREE**

**Scroll down to see our best selling services**

↓

Now you can follow these **MILLIONAIRE TRADERS** as they alert each move they make in real-time. Real money. Real traders. Real results.
You deserve the BEST!

**All newsletters on sale now!**



### Jason Bond Day & Swing Trading
Discover high-quality, low priced stock trades without being chained to your computer all day

Jason Bond - Millionaire Swing Trader

`$99 + DVD`

Only ~~$399~~ $99 + DVD    **Buy Now**



### Top Stock Picks
Learn a proven, market-tested system for generating consistent trading profits... week after week

Jeff Bishop - Millionaire Stock & ETF Trader

`$49`

Only ~~$399~~ $49    **Buy Now**

### Penny Pro
Learn how to unlock the massive portfolio-building and profit potential of penny stock trading

Jeff Williams - Millionaire Penny Stock Trader

`$49`

Only ~~$299~~ $49    **Buy Now**



### BiotechBreakouts Catalyst
Let me show you how to find, track and trade today's hottest Biotech companies for exceptional profits

Kyle Dennis - Millionaire Biotech Trader

`$49`

Only ~~$399~~ $49    **Buy Now**

Sign up to get FREE cutting-edge insights, alerts, and proven strategies from our team of expert traders at Raging Bull

Your best email    **GET STARTED FREE**

Bloomberg    THE WALL STREET JOURNAL    Seeking Alpha    CNN Money    FINANCIAL TIMES



# RAGING BULL
REAL EXPERTS. REAL TRADERS. REAL PROFITS.

STOCK PICKS    NEWS    NEWSLETTERS    COMMUNITY    MORE

© Copyright 2019, RagingBull · Refund Policy · Privacy Policy · Terms & Conditions · Disclaimer

https://web.archive.org/web/20161126041152/https://ragingbull.com/
Firefox 81.0.0.0
9:14:58 AM 10/5/2020
Windows 10 Pro 64-bit Build 18362

Attachment BBBB

PX 27, 2430



**Stock Picks**

Latest Stock Picks    Articles



# Sign Up for Jeff & Jason's Top 5 Stock Ideas That Will Erupt With Trump in Office

5 small stocks have the potential to DOUBLE in value over the next year!

**Get the Stocks Now!**



### WANT  NEED
### MUST HAVE
**Why Your Portfolio Needs Small Cap Stocks**
Jason Bond



### 3 Marijuana Penny Stocks Ready to Light Up
Nate Martin

The marijuana industry is blazing right now! For investors, this means a rare opportunity for Read more ...



### Best Marijuana Stocks for 2017
Nate Martin

The burgeoning marijuana industry could be on the cusp of a major breakout. Here are Read more ...



### A Post Approval Take on Synergy Pharmaceuticals (NASDAQ:SGYP)
Kyle Dennis

Synergy Pharma's (NASDAQ:SGYP) plecanatide approval was supposed to be on January 29, 2017. However, it Read more ...

**Browse All Articles**

## At Raging Bull, our team of millionaire traders and experts will help you take your trading skills to the next level



**JEFF BISHOP**
Top Stock Picks



**JASON BOND**
Jason Bond Picks



**KYLE DENNIS**
BioTech Breakouts



**JEFF WILLIAMS**
Penny Pro

### ACTIVE ETF TRADING

Learn a proven, market-tested system for generating consistent trading profits... week after week

**Learn More**

### SMALL-CAP MOMENTUM TRADING

Discover high-quality, low-priced stock trades without being chained to your computer all day

**Learn More**

### BIOTECH TRADING

Learn how to find the most explosive Biotech trades before they happen!

**Learn More**

### PENNY STOCKS

Learn how to unlock the massive portfolio-building and profit potential of penny stock trading

**Learn More**

# Ready to get on the fast-track to becoming a millionaire stock trader?

I've helped two students make OVER $1,000,000 with my strategy. Are you next? Accelerate your trading profits and elevate your investing success with my exclusive, highly-personalized mentoring and mastermind program

Featured Service



Crush the market with high-performance strategies for

DAY TRADING    |    SWING TRADING    |    LONG-TERM TRADING

**Get Started**

**JASON BOND PICKS**
MILLIONAIRE ROADMAP

## Be a Better Stock Trader, Starting Today

Get the expert insights, tips and strategies you need to optimize your trading skills and profiles

**Stock Picks**



**Newsletter**

Get up-to-the-minute updates on latest stock news and training information from our team of millionaire Gurus.

| First Name | Email |

Join Now

Privacy Policy | Disclaimer

**Book a Free Coaching Session Today!**

Book Now

Jeff Bishop · March 12, 2018 at 3:36 PM

# How to use moving average crossovers to potentially multiply your capital



### How to trade biotech stocks

I get this question all the time, "How do I trade biotech stocks?" Well, trading biotech stocks is very difficult…

Read More

Kyle Dennis · March 8, 2018 at 8:04 AM



### Top steel and aluminum stocks to watch for…

President Trump's planned tariffs have been causing some volatility in some sectors. The proposed tariffs have some Republicans worried since…

Read More

Keith Kern · March 5, 2018 at 3:01 PM



### Why it pays to follow analyst recommendations: McDonald's…

Analyst recommendations could move stocks. Now, it does not happen all the time. However, it would be nice to buy…

Read More

Jeff Bishop · March 5, 2018 at 1:08 PM

### Chart patterns that work

One of the most widely used tools in trading is technical analysis. Technical analysis allows you to follow a rules-based…

Read More

Keith Kern · March 1, 2018 at 4:23 PM

## Meet our Gurus

At Raging Bull, our team of millionaire traders and experts will help you take your trading skills to the next level. We are working with a community of thousands of traders who are always looking to improve and help each other. Your success is our mission.

MEET OUR TEAM



Jason Bond · February 22, 2018 at 3:00 PM

# Don't get married to a stock



### The end could be near for this historic…

Bull markets historically span longer than bear markets. However, bear markets are extremely violent, while bull markets tend to have…

Read More

Kyle Dennis · February 20, 2018 at 3:12 PM



### With rising rates, the market rally is for…

The market could see increased volatility due to some weird movements in the U.S. dollar and interest rates. Remember a…

Read More

Jeff Bishop · February 16, 2018 at 3:43 PM



### Focus on this economic indicator for inflation targets

Economics is one of the key drivers in the market. Whether it be stocks, bonds or derivatives, when a key…

Read More

Keith Kern · February 15, 2018 at 2:18 PM

### Don't get caught in crowded trades: Here's what…

The markets are always full of crowded trades. Whether it be in a stock, exchange-traded fund (ETF), exchange-traded note (ETN),…

Read More

Jeff Bishop · February 13, 2018 at 3:07 PM

View More

## Be a Better Stock Trader, Starting Today

Get the expert insights, tips and strategies you need to optimize your trading skills and profiles.

START NOW!

## Our Raging Bull Experts have been featured on:

  MW MarketWatch   MONEYSHOW   THE HUFFINGTON POST   Seeking Alpha   YAHOO! FINANCE

TradersEXPO   TheStreet   U.S.News

Privacy Policy | Disclaimer

### Subscribe Today

| Email | Join Now |

 **RagingBull**

- Home
- Our Gurus
- Affiliate
- Articles
- Contact
- Login

**Follow Us**

RagingBull.com is the premier destination for both new or experienced active traders who are looking for stock picks, stock ideas, how to get started trading stocks, and overall stock market education. Our team is comprised of real millionaire stock traders who put their money to work everyday in the markets to actively trading penny stocks, ETF's, options, small-cap stocks and biotech stocks.

© Copyright 2018, RagingBull · Refund Policy · Privacy Policy · Terms & Conditions · Disclaimer



KYLE DENNIS'

# SNIPER REPORT

The #1 Biotech Stock
to Buy Now!





## How to become a successful d...

RagingBull.com · May 31, 2018 at 8:23 AM

### 5 ways to improve your stock trading today

Trading is all about building experience and getting better everyday. If you don't look to improve your trading, chances are...

Read More

Kyle Dennis – May 29, 2018 at 8:30 PM

### Trade biotech stocks like a pro – 3...

Trading pharmaceutical and biotech stocks are difficult. But what if you could learn 3 hacks to trade biotech stocks like...

Read More

Kyle Dennis – May 21, 2018 at 12:00 PM

### How to trade penny stocks

Let's face it, at one time or another, you've probably heard you should stay away from penny stocks. However, that...

Read More

Jason Bond – May 21, 2018 at 11:23 AM

### How to Start Trading – The Right Broker

People often look to the stock market to invest or trade their capital to potentially become "financially free." If you're...

Read More

RagingBull.com – May 21, 2018 at 10:49 AM



PRIVACY POLICY | DISCLAIMER



## Success Stories



READ THEM NOW

## Twitter



# Meet our Gurus

At Raging Bull, our team of millionaire traders and experts will help you take your trading skills to the next level. We are working with a community of thousands of traders who are always looking to improve and help each other. Your success is our mission.

MEET OUR TEAM





## Facebook

Jason Bond Picks was live.

RagingBull's Newest Option Service just LAUNCHED! Here's what you need to know... https://bit.ly/2LB90Q



Like · Comment · Share

Jason Bond Picks

This is Jim, and he's an American hero. He joined the military when he was just 16 and served in the Vietnam War and then later in the Korean War. He received a Congressional Medal at 17 years old. He served 20 years in the Air Force and then 20 more years in the Navy. He lost many friends in battle over the years and like most soldiers, he's done things he isn't proud of to serve our country... but he has no regrets or shame for any of it. He stepped up and gave his life serving a cause greater than himself. He is the embodiment of strength, sacrifice and dignity. I am honored that my [Jeff's] children and I now get to know such a great man. The next time you get triggered when Starbucks gets your cappuccino order wrong, I want you to remember guys like Jim and others who gave their life to make this all possible. Happy Memorial Day to all of those who served and their families who were their constant support. Thank you.

Jason Bond Picks

My "OVERNIGHT" success took 6 years, 30 interviews, $1,000,000 in trading profits, 2 Porsche giveaways, 5 PB firms, 10,000 newsletters, 1,000 videos, 3,300 articles, 10,000 social media posts and immeasurable amounts of criticism and ridicule www.jasonbondpicks.com

LOAD MORE

### Large bond ETFs to potentiall...

Jeff Bishop · April 16, 2018 at 9:43 PM

### Trading tips to know

Trading is one multi-disciplinary field, in which psychology plays a large role. You've probably heard this before, but the failure...

Read More

Jason Bond – April 12, 2018 at 11:00 AM

### ETFs to hedge your portfolio

Back in the day, hedging your positions required sophisticated knowledge about options or do some form of pairs trading. Luckily,...

Read More

Keith Kern – April 5, 2018 at 2:29 PM

### Trading questions you need to ask yourself

Successful trading boils down to making the right decisions and managing risk. But what does that mean? After all, it's...

Read More

Kyle Dennis – April 5, 2018 at 1:05 PM

### Joining a trading community could make you successful

Do you know what one of the top advantages elite traders have over most retail traders? Now, if you guessed...

Read More

Jason Bond – April 5, 2018 at 11:46 AM

### Exchange-Traded Funds Offering Exposure to NASDAQ Index

Nasdaq indices (Nasdaq 100 Index and the Nasdaq Composite Index) track stocks traded on the Nasdaq exchange. Contrary to what...

Read More

Jeff Bishop – April 4, 2018 at 3:06 PM

### The basics of call options

Ever look at a high-priced stock and want to buy, but couldn't do it? Options let you get around that...

Read More

Jeff Bishop – April 3, 2018 at 2:43 PM

getting crushed recently, I think beginning traders need to understand the differences between exchange-traded...

Read More

Kyle Dennis – March 20, 2018 at 3:15 PM



## FREE WEBINAR:

**Learn Jason's Winning Stock Trading Strategy "How I Made Over $330,000 in Verified Profits Last Year Trading Part-Time From Home"**

FREE BONUS: Get Access To My Best-Selling Video Course "The Basics of Swing Trading" (Selling For $997 On My Website Right Now!).

**Join Free Webinar**

No thanks, I'll do it the hard way.

Privacy Policy | Disclaimer

The #1 Biotech Stock

Waiting for web.archive.org...

https://web.archive.org/web/20180531132659/https://ragingbull.com/    9:43:12 AM 10/5/2020

Firefox 81.0.0.0

Attachment BBBB

Windows 10 Pro 64-bit Build 18362

PX 27, 2434



How to Find Penny Stock to Trade

Avoid these 5 common day trading mistakes

5 Daily Habits to Make You a Better...

How to reduce risks when trading stocks

How to find stocks to swing trade

Four Ways You Can Ruin Your Options Account

What you need to know to be a...

How to trade options like a pro

How to look for stocks to trade

How to become a successful day trader

How much money do you need to trade...

Our RagingBull Experts have been featured on:



# RagingBull

## Become a Better Trader in Just 7 Days...For FREE!



### 3 Costly Day Trading Mistakes to Avoid

**How to Trade Penny Stocks – Dealing With...**

**How to Trade Stocks – The Break Out**

**How to Start Day Trading**

**How to Trade Options – Speculation**

**3 Steps to Profitable Day Trading**





### Meet our Gurus

### Why Short Interest Matters With Penny Stocks

**Why You Need to Trade Your Own Strategy**

**Short selling stocks explained**

**How to Trade Penny Stocks With A Small...**

**How to Start Trading Options – The Basics**

**How to Buy Penny Stocks – The Pullback**

**4 Stock Trading Tips for Success**

**How to Find Penny Stock to Trade**

**Avoid these 4 common day trading mistakes**

### Be a Better Stock Trader, Starting Today



## Success Stories

READ THEM NOW



Trade TRIP

Create TRIP Alert







# Become a Better Trader in Just 7 Days... For FREE!

Enter into the minds of our top RagingBull trainers and get the tips and tricks they've used to make millions.

Enter Your Best Email

SIGN UP TODAY

### Options trading: Vega explained

When you're entering the world of options trading, there are a few factors to take into account that affect option...

Read More

Jeff Bishop · November 29, 2018 at 11:33 AM

Days, FOR FREE!

Email

SIGN UP TODAY!

# Meet our Trainers

At Raging Bull, our team of millionaire traders and experts will help you take your trading skills to the next level. We are working with a community of thousands of traders who are always looking to improve and help each other. Your success is our mission.

MEET OUR TEAM

### How to Stock: Developing A Plan

In this blog post, 5 Reasons Most [Diets Fail], Mark Hyman, MD, points out that not having a plan is...

Read More

Jeff Bishop · November 26, 2018 at 3:00 PM

### 3 Steps to Profitable Day Trading

You've probably heard this before, "90% of day traders fail." Well, this is true! But if you don't know exactly...

Read More

Jeff Bishop · November 24, 2018 at 3:06 PM

### Don't get caught in crowded trades: Here's what...

The markets are always full of crowded trades. Whether it be in a stock, exchange-traded fund (ETF), exchange-traded note (ETN)...

Read More

Jeff Bishop · November 24, 2018 at 1:58 AM

### Trading 101: Don't Pick Bottoms and Tops

It seems like nearly every trader is enamored by the large moves in the market lately, trying to figure out...

Read More

Jeff Bishop · November 20, 2018 at 11:47 AM

### The gift that keeps on giving...

Your next trade is ready! Jason, Kyle, Jeff, and the rest of the Raging Bull team are dying to get...

Read More

RagingBull · November 13, 2018 at 3:53 PM

### How to Trade an Earnings Event Using Options

Using options to trade an earnings event can be a great way for a trader to gain exposure while defining...

Read More

Kyle Dennis · November 12, 2018 at 8:05 AM

### Options trading: Theta

If you don't already understand delta and gamma, you should check out how to use delta and gamma in my...

Read More

Jeff Bishop · October 31, 2018 at 3:30 PM

### Top 3 Small Cap ETFs to Trade with...

If you're going to learn how to trade stocks, there are a number intricacies to understand. Exchange traded funds (ETFs) could...

Read More

Jeff Bishop · October 31, 2018 at 12:01 PM

Presenter Melissa Smith persuades 3 of the best traders in RagingBull's Millionaire Roadmap to give one personal stock trading tips they used to turn tiny brokerage accounts into...

What I love about Wall Street is the amount of money you earn! Know when you're going to have A GREAT MONTH just by how they trade they're out there, you keep grinding. To put it into perspective, it wasn't until my 6th year as a teacher that I made $44000, in a YEAR.

LOAD MORE

"Jeff Bishop, who has spent roughly $250,000 this year backing three companies through equity-based crowdfunding sites, sees his positions as long-term investments."

"When you have an asset moving 10%+ in a week on a regular basis, you don't really consider if the Fed causing 10-year interest rates to over 3% as a major concern."

"SEC decisions are rarely overturned, according to Jeff Bishop, ETF expert and co-founder of investor message-board platform RagingBull.com."

U.S.News
"Jeff Bishop, a trader who advises users of the trading site Top Stock Picks, thinks electric utilities are a good bet."

HUFFPOST
"Bi Jason Bond Picks, we've put together a very helpful educational product on stock trading that no else can match."

Seeking Alpha
"Jason's small cap swing trading ideas are widely published on numerous financial sites and blogs."

TheStreet
"Though Raging is in Amazon, the comparative cult following of Plug appears to be similar at this time."

gurufocus
"... with hard work, dedication and a good mentor, he went from being a New York state elementary school teacher with no net worth and a massive student loan debt to an expert in the space."

Investing.com
"According to Jason Bond, he anticipates a good first half performance from stocks in 2017"

INVESTOPEDIA
"Jeff Bishop, an author and analyst at RagingBull.com"

MoneyShow
"Jason Bond's stock trades, entrepreneur, and small-cap expert."

RagingBull.com is the premiere destination for both new & experienced active traders who are looking for stock picks, stock ideas, how to get started trading stocks, and overall stock market education. Our team is comprised of real millionaire stock traders who put these lessons to work everyday in the markets by actively trading penny stocks, ETF's, options, small-cap stocks and biotech stocks.

* Results may not be typical and may vary from person to person. Making money trading stocks takes time, dedication, and hard work. There are inherent risks involved with investing in the stock market, including the loss of your investment. Past performance in the market is not indicative of future results. Any investment is at your own risk.

© Copyright 2018, RagingBull. Refund Policy · Privacy Policy · Terms & Conditions · Disclaimer

https://web.archive.org/web/20181229021905/https://ragingbull.com/











## Gap Fills Are Sizzling Right Now

07:32 13:02 31:02



## An options strategy for all markets

It's been a wild two weeks in the market that has—dominated by freedoms of geopolitical...



Options Profit Planner Dave Lukas January 17th

## Intermarket Analysis

Brace yourself; earnings season is upon us—and I can't wait. Financial institutions are first in...



Total Alpha Jeff Bishop January 17th

Weekly Money Multiplier Nathan Bear January 17th

## 3 Trades To Kick Off Q1

I don't know about you, but I am pumped for earning season. It's other companies...

Bonus & Breakouts Kyle Dennis January 17th

## How To Trade This Wacky Market

I'm getting bombarded with questions every day from readers. And while time doesn't allow me...
Fundamental Analysis Jeff Williams January 17th

## Algorithmic Trading 101

While some brokers do trade stocks on stock exchange floors, much of today's trading is ...

## Most Relevant

Stock Market Basics Jason Bond January 17th

Bonus Stock Picks Jason Bond January 17th

## The Market Is In A Fragile State

Penny Pro Jeff Williams

## 3 Lies Wall Street Needs You To Believe

Daily Profit Machine Ben Sturgill

## Next Time You Feel Like Quitting ...

Stock Market Basics Jeff Williams

## The Cup and Handle Strategy Guide

Total Alpha Jeff Bishop

## Your Jump on the Week

Stock Market Basics Jason Bond

## Top 7 Stock Brokers

Stock Market Basics Jason Bond

## Investment Bonds: Everything You Need to Know

View All Articles
Stock Market Basics Jason Bond January 17th

## How To Trade This Wacky Market

Political tensions rose over the weekend, as Iran admitted it lied and "mistakenly" shot down...
Biotech Breakouts Kyle Dennis January 17th

## AMA: Can I Trade Part-Time?

I'm getting bombarded with questions every day from readers. And while time doesn't allow me...
Fundamental Analysis Jeff Williams January 17th

## Algorithmic Trading 101

While some brokers do trade stocks on stock exchange floors, much of today's trading is ...

## Don't Wait... Get Started Today!

Meet The Experts



## Stay Informed, Stay Profitable!

### Site Map

- Home
- Our Experts
- Articles
- Bonus
- Charity
- Login

### Trading Products

- Jackpot Trades
- Jason Bond Picks
- Weekly Windfalls
- Bullseye Trades
- Weekly Money Multiplier
- Fast 7 Trades
- Profit Prism
- IPO Payday
- Options Profit Planner

- Support@RagingBull.com
- 1 (833) 498-1170
- 62 Calef Hwy. #233 Lee,
- NH 03861

Results may not be typical and may vary from person to person. Making money trading stocks takes time, dedication, and hard work. There are inherent risks involved with investing in the stock market, including the loss of your investment. Past performance in the market is not indicative of future results. Any investment is at your own risk.

© Copyright 2018, RagingBull

- Refund Policy
- Privacy Policy
- Terms & Conditions
- Disclaimer

- Free Trading Handbook    Case 1:20-cv-03538-GLR    Document 14-1    Filed 12/07/20    Page 68 of 69
  - The Roof
    - Asset Security
    - Jason Bond Picks
    - Biotech Breakouts
    - Short Picks
    - IPO Payday
    - Penny Pro
    - Fast 8
    - Total Alpha
    - Weekly Windfalls
    - Weekly Money Multiplier
    - Profit 7 Trades
    - Stock Market Basics
    - Options Trading
    - Day Trading
    - Penny Stocks
    - Marijuana Stocks
    - Education

- Free Starter Pack
- Home
- Articles
  - The Brief
    - Angel Insights
    - Jason Bond Picks
    - Biotech Breakouts
    - Dark Pools
    - IPO Payday
    - Penny Pro
    - Total Alpha
    - Wealth Wise Podcast
    - Weekly Money Multiplier
  - Stock Market Basics
    - Options Trading
    - Day Trading
    - Penny Stocks
    - Education

- Experts
- Stocks
- Charity
- Log in
- [Enter Symbol] [Go]

## Is Buy And Hold Dead?

67 32 24.82 14.82

Quotes by thefreethino

* * *

Biotech Breakouts Kyle Dennis March 28th

## Perfect Timing, or Did Someone Know?

The market has been a tough read for market participants, as many are still...

Angel Insights Jeff Bishop March 28th

## Angels Live or Die By These

A record-setting 3.28 million Americans applied for unemployment benefits last week. Even startups aren't immune...



Jason Bond Picks Jason Bond March 28th

## FAQ: How To Find Stocks To Trade

Despite the market rebounding last week after a 3-day rally, traders are still in a...

Weekly Money Multiplier Nathan Bear March 28th

## If You Want To Take Money, Leave Your Bias At The Door

This recent bounceback in the markets has me smiling from ear to ear.  Once...

Total Alpha Jeff Bishop March 26th

## How You Can Use The Money Pattern To Cash In Right Now

Every successful trader has their one go-to strategy.  My favorite setup – the money pattern....

Penny Pro Jeff Williams March 27th

## Navigating This Market Like A Pro

Head spinning yet? There has been a lot of back and forth over the past...

## Most Relevant

Weekly Windfalls Jason Bond March 27th

## These Stocks Know No Bounds

The Brief Jeff Bishop

## Meet me at the unemployment line

Daily Profit Machine Ben Sturgill

## It Only Takes One Good Trade

Penny Pro Jeff Williams March 26th

## The Bulls Are Back In Town

Jason Bond Picks Jason Bond

## [Leaked] How To Use My Scanner

IPO Payday Ben Sturgill

## This Holographic IPO Brings Star Wars to Life

Weekly Money Multiplier Nathan Bear

## Check Out How I'm Loading Up Long Trades In This Market

Total Alpha Jeff Bishop

## [Watch] How To Use Market Volatility To Make Wicked Profits

View All Articles
Weekly Money Multiplier Nathan Bear

## If You Want To Take Money, Leave Your Bias At The Door

This recent bounceback in the markets has me smiling from ear to ear.  Once...

Total Alpha Jeff Bishop March 26th

## How You Can Use The Money Pattern To Cash In Right Now

Every successful trader has their one go-to strategy.  My favorite setup – the money pattern....

Penny Pro Jeff Williams March 27th

## Navigating This Market Like A Pro

Head spinning yet? There has been a lot of back and forth over the past...

## Don't Wait... Get Started Today!

Meet The Experts

Stay Informed, Stay Profitable!

### Newsletter
- Bullseye Trades
- Fast7 Trades
- Jackpot Trades
- Sniper Report

### Trading Education Services
- Total Alpha
- Daily Deposits
- Fast Five Trading
- IPO Payday
- Jason Bond Picks
- Options Profit Planner
- Profit Prism
- Weekly Multiplier

### Premium Services
- Dollar Ace
- LottoX
- Profit Prism Platinum
- Shadow Trader
- Weekly Money Multiplier

### Sitemap
- Home
- Our Experts
- Articles
- Stories
- Charity
- Login

### Limited Edition & Angel Investing
- New Wave Wealth
- The Boardroom

### Contact
- Support@RagingBull.com
- 1-(833) 498-1429
- 62 Calef Hwy. #233 Lee,
- NH 03861

[RagingBull]

Results may not be typical and may vary from person to person. Making money trading stocks takes time, dedication, and hard work. There are inherent risks involved with investing in the stock market, including the loss of your investment. Past performance in the market is not indicative of future results. Any investment is at your own risk.

© Copyright 2020, RagingBull

- Refund Policy
- Privacy Policy
- Terms & Conditions
- Disclaimer
- Store