# RagingBull.com

**RagingBull.com** is a website that offers online investors financial message boards with discussions and commentary that focus on stocks, mutual funds, global issues, business and political topics in addition to charts, news and free, real-time stock quotes. On the Raging Bull site, users can post messages and read messages by others, create and manage their own public or private boards in member forums, search posts for relevant discussions, scan sector and industry categories to locate company message boards, as well as stay updated on the day's news stories.



RagingBull.com

The site's in-house message board technology features an "Ignore" command to filter out unwanted postings and a personalized "My Raging Bull" home page, which tracks users' preferred boards and members. One section of RagingBull.com, "BullsEye", is a weekly online magazine with education for active traders on trading strategies and nuances in the markets.

### RagingBull.com

| | |
|---|---|
| **Industry** | Internet |
| **Founded** | 1997 |
| **Headquarters** | Tyler, TX |
| **Products** | Stock Boards and Web Portal |
| **Website** | www.ragingbull.com |

## History

Founded in August 1997, RagingBull.com was the brain child of Bill Martin with college partners, Rusty Szureck and Greg Wright, and was begun in a basement with an initial investment of $20,000. Through grass-roots marketing, in 3 months, they increased the site's page views from 0 to 150,000 pages a day. Late in the summer of 1997, David Wetherell of CMGI, the Andover- based Internet investment company, noticed the site and made an offer: CMGI would invest $2 million in Raging Bull for a 40 percent stake.[1]

In 1999, the website grew 1 to 3 percent a day and by the fall of 1999, it had 8 to 10 million page views a day. As a result, that summer they raised another $20 million from CMGI and CNET. In that same time period, they signed ad deals with major firms Fidelity Investments, Morgan Stanley and National Discount Brokers. This brought the website's revenue up from approximately $1,500 to the millions of dollars and the staff from 3 to 60 employees.[2]

In November 1999, the web search engine, AltaVista, controlled by CMGI, bought out Raging Bull in a cash-and-stock deal valued at $168 million. CMGI planned an April 2000 public stock offering for AltaVista amid the soaring market for Internet stocks. Then, the April NASDAQ nose dive started, and the IPO was scrubbed. AltaVista had lost millions, and in December, it put Raging Bull, which had dwindled to 35 employees, up for sale.[3]

In January 2001, Internet services company Terra Lycos acquired RagingBull.com from CMGI Inc.'s AltaVista unit for less than $15 million. They planned to combine the website with its existing financial services offerings, which included Quote.com and the Spanish-language Invertia.com. In August 2004, Daum Communications Corp., an operator of Korean websites, acquired the Lycos unit from Terra for just $95 million. This included several services, among which was RagingBull.com. In February 2006, Lycos sold Quote.com to Interactive Data Corporation for $30 million. Among the products included in this sale was the RagingBull.com website. Subsequent redesigns of the site have completely changed its look and feel and included new content, such as the previously described BullsEye section with trading education.[4][5][6]

On June 30, 2011, BlueWave Advisors, LLC, purchased RagingBull.com.

On August 5, 2013, with no notice to its users, RagingBull.com's message board software underwent sweeping changes, rendering the board nearly unusable for many of its users.

On August 12, 2013, RagingBull Admin posted this message:

Greetings Folks,Wanted to bring everyone up to speed on the update and some up coming changes to the site.On August 5 we implemented an overhaul of the RagingBull site, this overhaul is on going, what you see now is just the first stage, we still have quite a long list of features that are going to be implemented. There are many reasons we did this overhaul, one of which was stability. The systems RagingBull was built on, hardware wise, was extremely old to say the least, we needed to upgrade it, and needed to overhaul the code the site ran on for both stability and security purposes. Naturally we had planned on having plenty more features available upon release, but due to some unforeseen circumstances, the timeline had to be accelerated.  I know plenty of you folks are used to silence from the admins of RagingBull, and I am here to tell you that ends now. We have a full staff of developers and will soon have a full staff of moderators.Part of the new changes will be listening to the community, RagingBull is first, and foremost, yours. We are nothing without our users. So please, if you see something you'd like added, if you have an idea you'd like to tell us about, if you see a problem or have a question, our doors (inboxes) are always open to you via the feedback link at the bottom of the page.These are some of the following changes that are being worked on, in a non-specific order:- Anti-spam- Ignore Functionality- Ability to go from one topic to the next without returning to the main board.- Stock Ticker Charts/Graph Functionality- Option for Chronological post sorting (see posts in order of the original post, not the latest reply) (still looking into this one)And plenty more.If anyone has any suggestions they'd like to see, or any comments/concerns they'd like to bring to our attention, please feel free to contact me at Via the feedback link at the bottom of the page.Also, a common concern lately has been people seeing their email in the profile page. This is only visible to the person logged into the account, people can not see other peoples emails, only their own.Looking forward to working with you folks.- RagingBull Support

# References

1. ↑ *The Boston Globe*, February 11, 2001
2. ↑ *The Boston Globe*, February 11, 2001
3. ↑ *PR Newswire*, February 3, 2000
4. ↑ *The Boston Globe*, January 31, 2001
5. ↑ *The Boston Globe*, August 3, 2004
6. ↑ *Business Publisher*, February 14, 2006

# External links

- Quote.com

This article is issued from Wikipedia (https://en.wikipedia.org/wiki/RagingBull.com?oldid=619107246) - version of the 7/30/2014. The text is available under the Creative Commons Attribution/Share Alike (http://creativecommons.org/licenses/by-sa/3.0/) but additional terms may apply for the media files.

This snapshot was generated and distributed by the Distributed Wikipedia Mirror project (https://github.com/ipfs/distributed-wikipedia-mirror) The Distributed Wikipedia Mirror is a global effort, independent from Wikipedia.

Created on: 2017-05 from the kiwix ZIM file

IPNS Link (most recent): /ipns/QmdJiuMWp2FxyaerfLrtdLF6Nr1EWpL7dPAxA9oKSPYYgV/ (https://en.wikipedia-on-ipfs.org/ipns/QmdJiuMWp2FxyaerfLrtdLF6Nr1EWpL7dPAxA9oKSPYYgV/)

HTTP Link: https://en.wikipedia-on-ipfs.org/wiki/RagingBull.com.html (/wiki/RagingBull.com.html)

Download IPFS Here (https://ipfs.io/ipns/dist.ipfs.io/#go-ipfs)



## Distributed Wikipedia
Powered by **IPFS**

Share this article



**Attachment CCCC**          **PX 27, 2442**

2014-Feb-06 12 27 PM Bank of America 6033346874                                          59/60

**Bank of America** 

BANK OF AMERICA, N.A. (THE "BANK")

**Certified Copy of Limited Liability Company Resolutions**
**Opening and Maintaining Deposit Accounts and Services**

Account Number: ████████

Name of Limited Liability Company   LIGHTHOUSE MEDIA LLC

I, the undersigned, hereby certify to   BANK OF AMERICA, N.A.

, that I am the a/the _____ Member _____ and the designated keeper
                          Title

of the records and minutes of   LIGHTHOUSE MEDIA LLC

a [X] limited liability company [ ] professional limited liability company duly organized and existing under the laws of the State of Delaware
(the "Company"); that I have full authority to manage, represent, sign for and bind the Company; that the following is a true copy of resolutions duly adopted
by a majority of the members/managers of said Company at a meeting duly held on the _6th_ day of _January_, 2014, at
which a quorum was present and acted throughout or adopted by the written consent of a majority of the members/managers; and that such resolutions are in full
force and effect and have not been amended or rescinded.

**1. Resolved,** that   BANK OF AMERICA, N.A.                                                    (the "Bank")
is hereby designated as a depository of the Company and that deposit accounts and/or time deposits (CDs) to be opened and maintained in the name of this Company
with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any
one of the following members, managers, or employees of this Company:

X  Jeff Bishop

X  member

---
Name                                                          Title/Status

---
Name                                                          Title/Status

---
Name                                                          Title/Status

---
Name                                                          Title/Status

is hereby authorized, on behalf of this Company and its name, to execute and sign any application, deposit agreement, signature card and any other documentation
required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to
endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this company for deposit with Bank or for collection or discount by
Bank; to accept, drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies on behalf of
this Company; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Company;
to obtain an access device (including but not limited to a card, code, or other means of access to the Company's accounts) that may be used for the purpose of
initiating electronic fund transfers [Company agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12
C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement
and to request, or to appoint and delegate from time to time such persons who may request, wires of funds; to enter into any agreements with the Bank for the
provision by Bank of various Treasury Management services to this Company as such member, manager or employee may determine, in his or her sole discretion,
and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Company's
obligations there under, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in
accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to
such termination; to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental
agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with
Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Company upon such terms and conditions as such member, manager
or employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any
other actions pursuant to such agreements in connection with said accounts that the member, manager or employee deems necessary; and to waive presentment,
demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Company; and

**2. Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments
signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the
order of any member, manager or employee signing the same or tendered by such member, manager or employee or a third party for exchange or cashing, or in payment
of the individual obligation of such member, manager or employee, or for deposit to such member's, manager's or employee's personal account and Bank shall not be
required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the
application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for
payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized member, manager
or employee; and

NNH
00-14-9258M  11-2013                                                              Page 1 of 2



**Attachment DDDD**          **PX 27, 2443**

2014-Feb-06 12:27 PM Bank of America 6033346874                                      60/60

Account Number: ███████

**3. Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Company's name, including those payable to the individual order of any person whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an member, manager or employee authorized in the foregoing resolutions and the Bank shall be entitled to honor, to treat as authorized, and to charge this Company for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by a member/manager of this Company or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Company's name, which check, draft, or other order was accepted and paid without timely objection by the Company, thereby ratifying the use of such facsimile signature; and the Company hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Company being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5. Further Resolved,** that a duly authorized member/manager of this Company shall certify to the Bank names and signatures of persons authorized to act on behalf of this Company under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said members, managers and employees are made, immediately report, furnish and certify such changes to the Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any member, manager or employee so certified, or refusing to honor any signature not so certified; and

**6. Further Resolved,** that the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto; and

**7. Further Resolved,** that all transactions by any member, manager or employee of this Company on its behalf and in its name with the Bank prior to the delivery to the Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8. Further Resolved,** that any member/manager be and hereby is, authorized and directed to certify these resolutions to the Bank and that the provisions hereof are in conformity with the Articles of Organization and Operating Agreement of this Company.

**In Witness Whereof,** and intending to bind the Company, I have hereunto subscribed my name as a member/manager of this Company, this _____ day of _February, 2014_

/Member/Manager _____

| Bank Information | |
| --- | --- |
| Date | 02/04/2014 |
| Banking Center Name | ISLINGTON STREET |
| Associate's Name | Samantha Garland |
| Associate's Phone Number | 603-334-3462 |

Page 2 of 2



**Attachment DDDD**          **PX 27, 2444**

Date: 4/4/2017 Time: 11:21:29 AM (US Central Time) Scanned From IP:

LGL DDA 388003339733 NH PG 1 OF 2

 **Bank of America**

**Certified Copy of Limited Liability Company Resolutions**
**Opening and Maintaining Deposit Accounts and Services**

Account Number: ▒▒▒▒▒▒

Name of Limited Liability Company   RAGINGBULL.COM LLC

I, the undersigned, hereby certify to   BANK OF AMERICA N.A.

, that I am the a/the   MEMBER /SIGNER _____ and the designated keeper
                          Title
of the records and minutes of   RAGINGBULL.COM LLC

a ☑ limited liability Company  ☐ professional limited liability company duly organized and existing under the laws of the State of   _Delaware_
(the "Company"); that I have full authority to manage, represent, sign for and bind the Company, that the following is a true copy of resolutions duly adopted
by a majority of the members/managers of said Company at a meeting duly held on the _31ST_ day of _JANUARY_ , _2017_ , at
which a quorum was present and acted throughout or adopted by the written consent of a majority of the members/managers; and that such resolutions are in full
force and effect and have not been amended or rescinded.

1. **Resolved,** that   BANK OF AMERICA N.A. _____ (the "Bank")
is hereby designated as a depository of the Company and that deposit accounts and/or time deposits (CDs) to be opened and maintained in the name of this Company
with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any
one of the following members, managers, or employees of this Company:

| | |
|---|---|
| JEFFREY M BISHOP | MEMBER /SIGNER |
| Name | Title/Status |
| MATTHEW J WATABE | MEMBER /SIGNER |
| Name | Title/Status |
| JASON P BOND | MEMBER /SIGNER |
| Name | Title/Status |
| | |
| Name | Title/Status |

is hereby authorized, on behalf of this Company and its name, to execute and sign any application, deposit agreement, signature card and any other documentation
required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to
endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this company for deposit with Bank or for collection or discount by
Bank; to accept, drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies on behalf of
this Company; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Company;
to obtain an access device (including but not limited to a card, code, or other means of access to the Company's accounts) that may be used for the purpose of
initiating electronic fund transfers [Company agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12
C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement
and to request, or to appoint and delegate from time to time such persons who may request, wires of funds; to enter into any agreements with the Bank for the
provision by Bank of various Treasury Management services to this Company as such member, manager or employee may determine, in his or her sole discretion,
and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Company's
obligations there under, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in
accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to
such termination; to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental
agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with
Bank and to execute, attend, supplement and deliver to Bank such agreements on behalf of the Company upon such terms and conditions as such member, manager
or employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any
other actions pursuant to such agreements in connection with said accounts that the member, manager or employee deems necessary; and to waive presentment,
demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Company; and

2. **Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments
signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the
order of any member, manager or employee signing the same or tendered by such member, manager or employee or a third party for exchange or cashing, or in payment
of the individual obligation of such member, manager or employee, or for deposit to such member's, manager's or employee's personal account and Bank shall not be
required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the
application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for
payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized member, manager
or employee; and

00-14-9258M  11-2013                                                                                                    Page 1 of 2

SIGNATURE REQUIRED ON PG 2



Date: 4/4/2017 Time: 11:21:29 AM (US Central Time) Scanned From IP:

LGL DDA 388003339733 NH PG 2 OF 2

Account Number: ▮▮▮▮▮

**3. Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Company's name, including those payable to the individual order of any person whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an member, manager or employee authorized in the foregoing resolutions and the Bank shall be entitled to honor, to treat as authorized, and to charge this Company for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by a member/manager of this Company or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Company's name, which check, draft, or other order was accepted and paid without timely objection by the Company, thereby ratifying the use of such facsimile signature; and the Company hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Company being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5. Further Resolved,** that a duly authorized member/manager of this Company shall certify to the Bank names and signatures of persons authorized to act on behalf of this Company under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said members, managers and employees are made, immediately report, furnish and certify such changes to the Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any member, manager or employee so certified, or refusing to honor any signature not so certified; and

**6. Further Resolved,** that the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto; and

**7. Further Resolved,** that all transactions by any member, manager or employee of this Company on its behalf and in its name with the Bank prior to the delivery to the Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8. Further Resolved,** that any member/manager be and hereby is, authorized and directed to certify these resolutions to the Bank and that the provisions hereof are in conformity with the Articles of Organization and Operating Agreement of this Company.

**In Witness Whereof,** and intending to bind the Company, I have hereunto subscribed my name as a member/manager of this Company, this ___30th___ day of ___March___ , ___2017___ .

_____
Member/Manager

| Bank Information | |
|---|---|
| Date | 03/23/2017 |
| Banking Center Name | WMBS SR#1001817153 |
| Associate's Name | SANGEE VENU |
| Associate's Phone Number | 480-752-6692 |

Page 2 of 2



**PX 27, 2446**

Date: 5/2/2018 Time: 9:51:10 AM (US Central Time) Scanned From IP:10.60.12.8

 **Bank of America**

**Business Resolution or Authorization for**
**Opening and Maintaining Banking**
**Relationship**

**Name of Business**  RAGINGBULL.COM LLC

**Account Number** ███████

**State where Organized/Registered/Principal Place of Business**  DE

**TIN** ███████

**Business Type:**

| | | |
|---|---|---|
| ☐ Sole Proprietor | ☐ Corporation | ☒ Limited Liability Company |
| ☐ Partnership | ☐ Unincorporated Association | ☐ Other |

**1. Resolved,** that (the "Bank") is hereby designated as a depository of the Business and that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of this Business with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any one of the following authorized representatives, officers, employees, partners, members, managers, as applicable ("Authorized Person"):

Name JEFF BISHOP                                    Title/Status managing member

Name JASON P BOND                                   Title/Status managing member

Name                                                Title/Status

Name                                                Title/Status

is hereby authorized, on behalf of this Business and in its name, to execute and to sign any application, deposit agreement-related, signature card and any other documentation required by the Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this Business for deposit with Bank or for collection or discount by the Bank; to accept drafts, acceptances, and other instruments payable at the Bank; to place orders with the Bank for the purchase and sale of foreign currencies on behalf of this Business; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Business; to obtain an access device (including but not limited to a card, code, or other means of access to the Business's accounts) that may be used for the purpose of initiating electronic fund transfers [Business agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12 C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement and to request, or to appoint or delegate from time to time, such persons who may request wires of funds; to enter into any agreements with the Bank for the provision by the Bank of various Treasury Management services to this Business as such Authorized Person may determine, in his or her sole discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Business's obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by the Bank and that such termination shall not affect any action taken by the Bank prior to such termination; to rent or lease a safe deposit box from the Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with the Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Business upon such terms and conditions as such Authorized Person may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other actions pursuant to such agreements in connection with said accounts that the Authorized Person deems necessary; and to waive presentment, demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Business; and

**2. Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for another instrument all instruments signed in accordance with the foregoing Resolution or Authorization, as applicable, even though such payment may create an overdraft or even though such instruments may be drawn, signed or endorsed to the order of any Authorized Person signing the same or tendered by such Authorized Person or a third party for exchange or cashing, or in payment of the individual obligation of such Authorized Person, or for deposit to such Authorized Person personal account and Bank shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing Resolution or Authorization, as applicable, or the application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an Authorized Person; and

**3. Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Business's name, including those payable to the individual order of any person

NNH
00-14-9120M  09-2017



Page 1 of 3

**PX 27, 2447**

Account Number: ■■■■■■

whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an Authorized Person authorized in the foregoing Resolution or Authorization, as applicable and Bank shall be entitled to honor, to treat as authorized, and to charge this Business for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by the appropriate Authorized Person or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Business's name, which check, draft, or other order was accepted and paid without timely objection by the Business, thereby ratifying the use of such facsimile signature; and the Business hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Business being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5. Further Resolved,** that the appropriate Authorized Person of this Business shall certify to the Bank names and signatures of persons authorized to act on behalf of this Business under the foregoing Resolution or Authorization, as applicable, and in the event a change occurs in the identity of the Authorized Person, the undersigned shall immediately report, furnish and certify such changes to Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any Authorized Person so certified, or refusing to honor any signature not so certified; and

**6. Further Resolved,** that the foregoing Resolution or Authorization, as applicable, shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by the Bank prior thereto; and

7. **Further Resolved,** that all transactions by the undersigned, or any Authorized Person on its behalf and in its name with the Bank prior to the delivery to Bank of a certified copy of the foregoing Resolution or Authorization, as applicable, are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8. Further Resolved,** that the appropriate Authorized Person be and hereby is, authorized and directed to certify these Resolutions or Authorizations, as applicable, to the Bank and that the provisions hereof are in conformity with the Business's Articles of Incorporation, Articles of Association, Articles of Organization, Charter, Rules, Agreement, Operating Agreement (or other Agreement), and/or Bylaws, as applicable, and that the appropriate Authorized Person be, and hereby is, authorized and directed to certify, from time to time hereafter, the names of the holders of the above authorized titles and their signatures on any signature card or other documentation required by said Bank.


**Sections 9, 10, 11 are applicable only if Partnership is checked on Page 1**

**9.** That the undersigned shall certify to Bank the names and signatures of the Authorized Person authorized to act on behalf of this Business under the foregoing instructions and notwithstanding any modifications or termination of any of the power of any of the above-named Authorized Persons to represent said Business, whether by expiration of the Partnership Agreement, by death or retirement of any, or by the accession of one or more new Partners, or otherwise, and notwithstanding any other notice thereof Bank may receive, this authority shall continue to be binding upon each of the undersigned individually and upon our legal representatives, and upon said Partnership and its successors, until written notice to the contrary, signed by one of the undersigned or on his/her behalf by his/her duly authorized agent or representative, shall have been received by the Bank; provided, however that the foregoing instructions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as Bank is concerned until Bank has a reasonable time to act upon such notice to the contrary and such reasonable time cannot be less than three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by the Bank prior thereto; and

**10.** That if any other persons become interested in the Partnership as a Partner or other interested party in the business dealings of the Partnership, or if there is any change in the Partnership that might change the relationship of the Partners or the depository relationship with the Bank, or if said business shall become incorporated, the undersigned shall notify the Bank promptly; and

**11.** That it is expressly understood and agreed that each Partner is and shall be personally liable for the actions taken pursuant to authority granted herein and that the rights evidenced by or contained in this Business Resolution or Authorization, as applicable, are in addition to, and not in limitation of the rights inherent in a Partner; and


**Sections 12, 13, 14 are applicable only if Sole Proprietor is checked on Page 1**

**12.** That if any other person, firm or corporation acquires any right, title or interest in the Business or if my relationship thereto as sole owner be altered in any way, or if said Business shall become incorporated, the undersigned shall notify the Bank promptly; and

**13.** That in consideration of your acceptance of the accounts of said Business under the foregoing name and style, I agree to protect and indemnify Bank against all loss or liability, including court costs and attorney fees, arising from or growing out of the acceptance by said Bank for payment of credit of checks, drafts, notes, bills of exchange, acceptances, certificates of deposits or other orders and instruments drawn to the order of and endorsed in my name and/or in the name of said Business; and

NNH
00-14-9120M  09-2017



**Attachment DDDD**

**PX 27, 2448**

Date: 5/2/2018 Time: 9:51:10 AM (US Central Time) Scanned From IP:10.60.12.8

Account Number: ███████

**14.** That the undersigned has signed, acknowledged and filed in the proper office of the state of the Business's principal place of business any document(s) which may be required by the laws of said state to be filed by a person doing business under a fictitious or assumed name, if applicable.

**In Witness Whereof,** I certify that I am duly authorized to execute this Resolution or Authorization, as applicable, on behalf of the Business, and intending to bind the Business, I have hereunto subscribed my name, in my capacity to certify the adoption of the Resolution or Authorization, this ____ day of __MAY__ , __20 8__

Signature of Authorized Business Representative / Title

---

**Bank Information**

| | |
|---|---|
| Date | 05/01/2018 |
| Financial Center Name | DOVER |
| Employee's Name | Leigh, Michael |
| Employee's Phone Number | 603-742-6740 |



Attachment DDDD

**PX 27, 2449**

Date: 5/9/2018 Time: 8:57:39 AM (US Central Time) Scanned From IP:10.128.11.12

 **Bank of America**

**Business Resolution or Authorization for**
**Opening and Maintaining Banking Relationship**

**Name of Business**  RAGINGBULL.COM LLC

**Account Number**  ███████████

**State where Organized/Registered/Principal Place of Business**  DE

**TIN**  ████████

**Business Type:**

☐ Sole Proprietor  ☐ Corporation  ☒ Limited Liability Company

☐ Partnership  ☐ Unincorporated Association  ☐ Other

**1. Resolved,** that (the "Bank") is hereby designated as a depository of the Business and that deposit accounts and/ore time deposits (CDs) be opened and maintained in the name of this Business with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any one of the following authorized representatives, officers, employees, partners, members, managers, as applicable ("Authorized Person"):

| Name | Title/Status |
|---|---|
| JASON P BOND | MANAGING MEMBER |
| JEFF BISHOP | MANAGING MEMBER |
| JORDAN L REYNA | AUTHORIZED SIGNER |
| | |

is hereby authorized, on behalf of this Business and in its name, to execute and to sign any application, deposit agreement-related, signature card and any other documentation required by the Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this Business for deposit with Bank or for collection or discount by the Bank; to accept drafts, acceptances, and other instruments payable at the Bank; to place orders with the Bank for the purchase and sale of foreign currencies on behalf of this Business; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Business; to obtain an access device (including but not limited to a card, code, or other means of access to the Business's accounts) that may be used for the purpose of initiating electronic fund transfers [Business agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12 C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement and to request, or to appoint or delegate from time to time, such persons who may request wires of funds; to enter into any agreements with the Bank for the provision by the Bank of various Treasury Management services to this Business as such Authorized Person may determine, in his or her sole discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Business's obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by the Bank and that such termination shall not affect any action taken by the Bank prior to such termination; to rent or lease a safe deposit box from the Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with the Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Business upon such terms and conditions as such Authorized Person may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other actions pursuant to such agreements in connection with said accounts that the Authorized Person deems necessary; and to waive presentment, demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Business; and

**2. Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for another instrument all instruments signed in accordance with the foregoing Resolution or Authorization, as applicable, even though such payment may create an overdraft or even though such instruments may be drawn, signed or endorsed to the order of any Authorized Person signing the same or tendered by such Authorized Person or a third party for exchange or cashing, or in payment of the individual obligation of such Authorized Person, or for deposit to such Authorized Person personal account and Bank shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing Resolution or Authorization, as applicable, or the application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an Authorized Person; and

**3. Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Business's name, including those payable to the individual order of any person

NNH
00-14-9120M  09-2017



Page 1 of 3

Date: 5/9/2018 Time: 8:57:39 AM (US Central Time) Scanned From IP:10.128.11.12

Account Number: _____

whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an Authorized Person authorized in the foregoing Resolution or Authorization, as applicable and Bank shall be entitled to honor, to treat as authorized, and to charge this Business for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by the appropriate Authorized Person or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Business's name, which check, draft, or other order was accepted and paid without timely objection by the Business, thereby ratifying the use of such facsimile signature; and the Business hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Business being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5. Further Resolved,** that the appropriate Authorized Person of this Business shall certify to the Bank names and signatures of persons authorized to act on behalf of this Business under the foregoing Resolution or Authorization, as applicable, and in the event a change occurs in the identity of the Authorized Person, the undersigned shall immediately report, furnish and certify such changes to Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any Authorized Person so certified, or refusing to honor any signature not so certified; and

**6. Further Resolved,** that the foregoing Resolution or Authorization, as applicable, shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by the Bank prior thereto; and

7. **Further Resolved,** that all transactions by the undersigned, or any Authorized Person on its behalf and in its name with the Bank prior to the delivery to Bank of a certified copy of the foregoing Resolution or Authorization, as applicable, are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8. Further Resolved,** that the appropriate Authorized Person be and hereby is, authorized and directed to certify these Resolutions or Authorizations, as applicable, to the Bank and that the provisions hereof are in conformity with the Business's Articles of Incorporation, Articles of Association, Articles of Organization, Charter, Rules, Agreement, Operating Agreement (or other Agreement), and/or Bylaws, as applicable,  and that the appropriate Authorized Person be, and hereby is, authorized and directed to certify, from time to time hereafter, the names of the holders of the above authorized titles and their signatures on any signature card or other documentation required by said Bank.


**Sections 9, 10, 11 are applicable only if Partnership is checked on Page 1**

**9.** That the undersigned shall certify to Bank the names and signatures of the Authorized Person authorized to act on behalf of this Business under the foregoing instructions and notwithstanding any modifications or termination of any of the power of any of the above-named  Authorized Persons to represent said Business, whether by expiration of the Partnership Agreement, by death or retirement of any, or by the accession of one or more new Partners, or otherwise, and notwithstanding any other notice thereof Bank may receive, this authority shall continue to be binding upon each of the undersigned individually and upon our legal representatives, and upon said Partnership and its successors, until written notice to the contrary, signed by one of the undersigned or on his/her behalf by his/her duly authorized agent or representative, shall have been received by the Bank; provided, however that the foregoing instructions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as Bank is concerned until Bank has a reasonable time to act upon such notice to the contrary and such reasonable time cannot be less than three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by the Bank prior thereto; and

**10.** That if any other persons become interested in the Partnership as a Partner or other interested party in the business dealings of the Partnership, or if there is any change in the Partnership that might change the relationship of the Partners or the depository relationship with the Bank, or if said business shall become incorporated, the undersigned shall notify the Bank promptly; and

**11.** That it is expressly understood and agreed that each Partner is and shall be personally liable for the actions taken pursuant to authority granted herein and that the rights evidenced by or contained in this Business Resolution or Authorization, as applicable, are in addition to, and not in limitation of the rights inherent in a Partner; and


**Sections 12, 13, 14 are applicable only if Sole Proprietor is checked on Page 1**

**12.** That if any other person, firm or corporation acquires any right, title or interest in the Business or if my relationship thereto as sole owner be altered in any way, or if said Business shall become incorporated, the undersigned shall notify the Bank promptly; and

**13.** That in consideration of your acceptance of the accounts of said Business under the foregoing name and style, I agree to protect and indemnify Bank against all loss or liability, including court costs and attorney fees, arising from or growing out of the acceptance by said Bank for payment of credit of checks, drafts, notes, bills of exchange, acceptances, certificates of deposits or other orders and instruments drawn to the order of and endorsed in my name and/or in the name of said Business; and


Attachment DDDD

**PX 27, 2451**

Account Number: ███████████

**14.** That the undersigned has signed, acknowledged and filed in the proper office of the state of the Business's principal place of business any document(s) which may be required by the laws of said state to be filed by a person doing business under a fictitious or assumed name, if applicable.

**In Witness Whereof,** I certify that I am duly authorized to execute this Resolution or Authorization, as applicable, on behalf of the Business, and intending to bind the Business, I have hereunto subscribed my name, in my capacity to certify the adoption of the Resolution or Authorization, this ___8th___ day of ___May___ , ___2018___

_____  Authorized Signer

Signature of Authorized Business Representative / Title

**Bank Information**

| | |
|---|---|
| Date | 05/08/2018 |
| Financial Center Name | SOUTH DENTON |
| Employee's Name | Morris, Brittney |
| Employee's Phone Number | 940-387-9618 |

NNH
00-14-9120M   09-2017



Attachment DDDD

Page 3 of 3

**PX 27, 2452**

2014-Feb-06 12 27 PM Bank of America 6033346874                                     59/60



**Bank of America** ◢◢◢

BANK OF AMERICA, N.A. (THE "BANK")

**Certified Copy of Limited Liability Company Resolutions**
**Opening and Maintaining Deposit Accounts and Services**

Account Number: ▮▮▮▮▮▮

Name of Limited Liability Company   LIGHTHOUSE MEDIA LLC

I, the undersigned, hereby certify to   BANK OF AMERICA, N.A.

, that I am the a/the   _Member_   and the designated keeper
                                    Title

of the records and minutes of   LIGHTHOUSE MEDIA LLC

a [X] limited liability company [ ]  professional limited liability company duly organized and existing under the laws of the State of _Delaware_
(the "Company"); that I have full authority to manage, represent, sign for and bind the Company, that the following is a true copy of resolutions duly adopted
by a majority of the members/managers of said Company at a meeting duly held on the _6th_ day of _January_, _2014_, at
which a quorum was present and acted throughout and adopted by the written consent of a majority of the members/managers; and that such resolutions are in full
force and effect and have not been amended or rescinded.

**1.  Resolved,** that  BANK OF AMERICA, N.A.                                                                 (the "Bank")
is hereby designated as a depository of the Company and that deposit accounts and/or time deposits (CDs) to be opened and maintained in the name of this Company
with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any
one of the following members, managers, or employees of this Company:

X  _Jeff Bishop_                                            X  _member_
Name                                                        Title/Status                                        ,

Name                                                        Title/Status

Name                                                        Title/Status

Name                                                        Title/Status

is hereby authorized, on behalf of this Company and its name, to execute and sign any application, deposit agreement, signature card and any other documentation
required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to
endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this company for deposit with Bank or for collection or discount by
Bank; to accept, drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies on behalf of
this Company; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Company;
to obtain an access device (including but not limited to a card, code, or other means of access to the Company's accounts) that may be used for the purpose of
initiating electronic fund transfers [Company agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12
C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement
and to request, or to appoint and delegate from time to time such persons who may request, wires of funds; to enter into any agreements with the Bank for the
provision by Bank of various Treasury Management services to this Company as such member, manager or employee may determine, in his or her sole discretion,
and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Company's
obligations there under, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in
accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to
such termination; to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental
agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with
Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Company upon such terms and conditions as such member, manager
or employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any
other actions pursuant to such agreements in connection with said accounts that the member, manager or employee deems necessary; and to waive presentment,
demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Company; and

**2.  Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments
signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the
order of any member, manager or employee signing the same or tendered by such member, manager or employee or a third party for exchange or cashing, or in payment
of the individual obligation of such member, manager or employee, or for deposit to such member's, manager's or employee's personal account and Bank shall not be
required to be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the
application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for
payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized member, manager
or employee; and

NNH
00-14-9258M  11-2013                                                                                          Page 1 of 2

Attachment DDDD          **PX 27, 2453**

2014-Feb-06 12 27 PM Bank of America 6033346874                                60/60

Account Number: ▮▮▮▮▮▮▮▮

**3. Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Company's name, including those payable to the individual order of any person whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an member, manager or employee authorized in the foregoing resolutions and the Bank shall be entitled to honor, to treat as authorized, and to charge this Company for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by a member/manager of this Company or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Company's name, which check, draft, or other order was accepted and paid without timely objection by the Company, thereby ratifying the use of such facsimile signature; and the Company hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Company being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5. Further Resolved,** that a duly authorized member/manager of this Company shall certify to the Bank names and signatures of persons authorized to act on behalf of this Company under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said members, managers and employees are made, immediately report, furnish and certify such changes to the Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any member, manager or employee so certified, or refusing to honor any signature not so certified; and

**6. Further Resolved,** that the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto; and

**7. Further Resolved,** that all transactions by any member, manager or employee of this Company on its behalf and in its name with the Bank prior to the delivery to the Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8. Further Resolved,** that any member/manager be and hereby is, authorized and directed to certify these resolutions to the Bank and that the provisions hereof are in conformity with the Articles of Organization and Operating Agreement of this Company.

**In Witness Whereof,** and intending to bind the Company, I have hereunto subscribed my name as a member/manager of this Company, this _4th_ day of _February, 2014_

_____
/ Member/Manager

| Bank Information | |
|---|---|
| Date | 02/04/2014 |
| Banking Center Name | ISLINGTON STREET |
| Associate's Name | Samantha Garland |
| Associate's Phone Number | 603-334-3462 |

Page 2 of 2



Attachment DDDD                    **PX 27, 2454**

Date: 4/4/2017 Time: 11:21:29 AM (US Central Time) Scanned From IP:

LGL DDA 388003339733 NH PG 1 OF 2

 **Bank of America**

Certified Copy of Limited Liability Company Resolutions
Opening and Maintaining Deposit Accounts and Services

Account Number: ▮▮▮▮▮▮▮

Name of Limited Liability Company   RAGINGBULL.COM LLC

I, the undersigned, hereby certify to   BANK OF AMERICA N.A.

, that I am the a the   MEMBER /SIGNER _____ and the designated keeper

of the records and minutes of said Company   RAGINGBULL.COM LLC

                Title

a ☑ limited liability Company ☐ professional limited liability company duly organized and existing under the laws of the State of *Delaware*

(the "Company"); that I have full authority to manage, represent, sign for and bind the Company, that the following is a true copy of resolutions duly adopted

by a majority of the members/managers of said Company at a meeting duly held on the   31ST   day of   JANUARY _____ , 2017 ___ , at

which a quorum was present and acted throughout or adopted by the written consent of a majority of the members/managers; and that such resolutions are in full

force and effect and have not been amended or rescinded.

**1. Resolved,** that   BANK OF AMERICA N.A. _____ (the "Bank")
is hereby designated as a depository of the Company and that deposit accounts and/or time deposits (CDs) to be opened and maintained in the name of this Company
with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any
one of the following members, managers, or employees of this Company:

| | |
|---|---|
| JEFFREY M BISHOP | MEMBER /SIGNER |
| Name | Title/Status |
| MATTHEW J WATABE | MEMBER /SIGNER |
| Name | Title/Status |
| JASON P BOND | MEMBER /SIGNER |
| Name | Title/Status |
| | |
| Name | Title/Status |

is hereby authorized, on behalf of this Company and its name, to execute and sign any application, deposit agreement, signature card and any other documentation
required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to
endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this company for deposit with Bank or for collection or discount by
Bank; to accept, drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies on behalf of
this Company; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Company;
to obtain an access device (including but not limited to a card, code, or other means of access to the Company's accounts) that may be used for the purpose of
initiating electronic fund transfers [Company agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12
C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement
and to request, or to appoint and delegate from time to time such persons who may request, wires of funds; to enter into any agreements with the Bank for the
provision by Bank of various Treasury Management services to this Company as such member, manager or employee may determine, in his or her sole discretion,
and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Company's
obligations there under, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in
accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to
such termination; to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental
agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with
Bank and to execute, attend, supplement and deliver to Bank such agreements on behalf of the Company upon such terms and conditions as such member, manager
or employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any
other actions pursuant to such agreements in connection with said accounts that the member, manager or employee deems necessary; and to waive presentment,
demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Company; and

**2. Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments
signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the
order of any member, manager or employee signing the same or tendered by such member, manager or employee or a third party for exchange or cashing, or in payment
of the individual obligation of such member, manager or employee, or for deposit to such member's, manager's or employee's personal account and Bank shall not be
required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the
application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for
payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized member, manager
or employee; and

00-14-9258M  11-2013

Page 1 of 2

SIGNATURE REQUIRED ON PG 2



Date: 4/4/2017 Time: 11:21:29 AM (US Central Time) Scanned From IP:

LGL DDA 388003339733 NH PG 2 OF 2

Account Number: ▮▮▮▮▮▮▮

**3. Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Company's name, including those payable to the individual order of any person whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an member, manager or employee authorized in the foregoing resolutions and the Bank shall be entitled to honor, to treat as authorized, and to charge this Company for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by a member/manager of this Company or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Company's name, which check, draft, or other order was accepted and paid without timely objection by the Company, thereby ratifying the use of such facsimile signature; and the Company hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Company being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5. Further Resolved,** that a duly authorized member/manager of this Company shall certify to the Bank names and signatures of persons authorized to act on behalf of this Company under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said members, managers and employees are made, immediately report, furnish and certify such changes to the Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any member, manager or employee so certified, or refusing to honor any signature not so certified; and

**6. Further Resolved,** that the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto; and

**7. Further Resolved,** that all transactions by any member, manager or employee of this Company on its behalf and in its name with the Bank prior to the delivery to the Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8. Further Resolved,** that any member/manager be and hereby is, authorized and directed to certify these resolutions to the Bank and that the provisions hereof are in conformity with the Articles of Organization and Operating Agreement of this Company.

**In Witness Whereof,** and intending to bind the Company, I have hereunto subscribed my name as a member/manager of this Company, this 30th day of March, 2017.

_____

Member/Manager

| Bank Information | |
|---|---|
| Date | 03/23/2017 |
| Banking Center Name | WMBS SR#1001817153 |
| Associate's Name | SANGEE VENU |
| Associate's Phone Number | 480-752-6692 |

Page 2 of 2



PX 27, 2456

Date: 5/2/2018 Time: 9:51:10 AM (US Central Time) Scanned From IP:10.60.12.8

 **Bank of America**

**Business Resolution or Authorization for**
**Opening and Maintaining Banking Relationship**

**Name of Business** RAGINGBULL.COM LLC

**Account Number** ███████████

**State where Organized/Registered/Principal Place of Business** DE

**TIN** ████████

**Business Type:**

☐ Sole Proprietor   ☐ Corporation   ☒ Limited Liability Company

☐ Partnership   ☐ Unincorporated Association   ☐ Other

**1. Resolved,** that (the "Bank") is hereby designated as a depository of the Business and that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of this Business with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any one of the following authorized representatives, officers, employees, partners, members, managers, as applicable ("Authorized Person"):

Name JEFF BISHOP     Title/Status managing member

Name JASON P BOND     Title/Status managing member

Name _____     Title/Status _____

Name _____     Title/Status _____

is hereby authorized, on behalf of this Business and in its name, to execute and to sign any application, deposit agreement-related, signature card and any other documentation required by the Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this Business for deposit with Bank or for collection or discount by the Bank; to accept drafts, acceptances, and other instruments payable at the Bank; to place orders with the Bank for the purchase and sale of foreign currencies on behalf of this Business; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Business; to obtain an access device (including but not limited to a card, code, or other means of access to the Business's accounts) that may be used for the purpose of initiating electronic fund transfers [Business agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12 C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement and to request, or to appoint or delegate from time to time, such persons who may request wires of funds; to enter into any agreements with the Bank for the provision by the Bank of various Treasury Management services to this Business as such Authorized Person may determine, in his or her sole discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Business's obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by the Bank and that such termination shall not affect any action taken by the Bank prior to such termination; to rent or lease a safe deposit box from the Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with the Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Business upon such terms and conditions as such Authorized Person may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other actions pursuant to such agreements in connection with said accounts that the Authorized Person deems necessary; and to waive presentment, demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Business; and

**2. Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for another instrument all instruments signed in accordance with the foregoing Resolution or Authorization, as applicable, even though such payment may create an overdraft or even though such instruments may be drawn, signed or endorsed to the order of any Authorized Person signing the same or tendered by such Authorized Person or a third party for exchange or cashing, or in payment of the individual obligation of such Authorized Person, or for deposit to such Authorized Person personal account and Bank shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing Resolution or Authorization, as applicable, or the application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an Authorized Person; and

**3. Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Business's name, including those payable to the individual order of any person

NNH
00-14-9120M  09-2017



**Attachment DDDD**

**PX 27, 2457**

Date: 5/2/2018 Time: 9:51:10 AM (US Central Time) Scanned From IP:10.60.12.8

Account Number: ███████████

whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an Authorized Person authorized in the foregoing Resolution or Authorization, as applicable and Bank shall be entitled to honor, to treat as authorized, and to charge this Business for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by the appropriate Authorized Person or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Business's name, which check, draft, or other order was accepted and paid without timely objection by the Business, thereby ratifying the use of such facsimile signature; and the Business hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Business being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5. Further Resolved,** that the appropriate Authorized Person of this Business shall certify to the Bank names and signatures of persons authorized to act on behalf of this Business under the foregoing Resolution or Authorization, as applicable, and in the event a change occurs in the identity of the Authorized Person, the undersigned shall immediately report, furnish and certify such changes to Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any Authorized Person so certified, or refusing to honor any signature not so certified; and

**6. Further Resolved,** that the foregoing Resolution or Authorization, as applicable, shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by the Bank prior thereto; and

7. **Further Resolved,** that all transactions by the undersigned, or any Authorized Person on its behalf and in its name with the Bank prior to the delivery to Bank of a certified copy of the foregoing Resolution or Authorization, as applicable, are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8. Further Resolved,** that the appropriate Authorized Person be and hereby is, authorized and directed to certify these Resolutions or Authorizations, as applicable, to the Bank and that the provisions hereof are in conformity with the Business's Articles of Incorporation, Articles of Association, Articles of Organization, Charter, Rules, Agreement, Operating Agreement (or other Agreement), and/or Bylaws, as applicable, and that the appropriate Authorized Person be, and hereby is, authorized and directed to certify, from time to time hereafter, the names of the holders of the above authorized titles and their signatures on any signature card or other documentation required by said Bank.


### Sections 9, 10, 11 are applicable only if Partnership is checked on Page 1

9. That the undersigned shall certify to Bank the names and signatures of the Authorized Person authorized to act on behalf of this Business under the foregoing instructions and notwithstanding any modifications or termination of any of the power of any of the above-named Authorized Persons to represent said Business, whether by expiration of the Partnership Agreement, by death or retirement of any, or by the accession of one or more new Partners, or otherwise, and notwithstanding any other notice thereof Bank may receive, this authority shall continue to be binding upon each of the undersigned individually and upon our legal representatives, and upon said Partnership and its successors, until written notice to the contrary, signed by one of the undersigned or on his/her behalf by his/her duly authorized agent or representative, shall have been received by the Bank; provided, however that the foregoing instructions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as Bank is concerned until Bank has a reasonable time to act upon such notice to the contrary and such reasonable time cannot be less than three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by the Bank prior thereto; and

10. That if any other persons become interested in the Partnership as a Partner or other interested party in the business dealings of the Partnership, or if there is any change in the Partnership that might change the relationship of the Partners or the depository relationship with the Bank, or if said business shall become incorporated, the undersigned shall notify the Bank promptly; and

11. That it is expressly understood and agreed that each Partner is and shall be personally liable for the actions taken pursuant to authority granted herein and that the rights evidenced by or contained in this Business Resolution or Authorization, as applicable, are in addition to, and not in limitation of the rights inherent in a Partner; and


### Sections 12, 13, 14 are applicable only if Sole Proprietor is checked on Page 1

12. That if any other person, firm or corporation acquires any right, title or interest in the Business or if my relationship thereto as sole owner be altered in any way, or if said Business shall become incorporated, the undersigned shall notify the Bank promptly; and

13. That in consideration of your acceptance of the accounts of said Business under the foregoing name and style, I agree to protect and indemnify Bank against all loss or liability, including court costs and attorney fees, arising from or growing out of the acceptance by said Bank for payment of credit of checks, drafts, notes, bills of exchange, acceptances, certificates of deposits or other orders and instruments drawn to the order of and endorsed in my name and/or in the name of said Business; and

NNH
00-14-9120M  09-2017



Page 2 of 3

**PX 27, 2458**

Account Number: ▮▮▮▮▮▮▮

**14.** That the undersigned has signed, acknowledged and filed in the proper office of the state of the Business's principal place of business any document(s) which may be required by the laws of said state to be filed by a person doing business under a fictitious or assumed name, if applicable.

**In Witness Whereof,** I certify that I am duly authorized to execute this Resolution or Authorization, as applicable, on behalf of the Business, and intending to bind the Business, I have hereunto subscribed my name, in my capacity to certify the adoption of the Resolution or Authorization, this ⎯⎯ day of ⎯⎯MAY⎯⎯, 2018

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ / MANAGER

Signature of Authorized Business Representative / Title

---

**Bank Information**

| | |
|---|---|
| Date | 05/01/2018 |
| Financial Center Name | DOVER |
| Employee's Name | Leigh, Michael |
| Employee's Phone Number | 603-742-6740 |

NNH
00-14-9120M  09-2017



Page 3 of 3

**Attachment DDDD**

**PX 27, 2459**

Date: 5/9/2018 Time: 8:57:39 AM (US Central Time) Scanned From IP:10.128.11.12

 **Bank of America**

**Business Resolution or Authorization for**
**Opening and Maintaining Banking**
**Relationship**

**Name of Business**  RAGINGBULL.COM LLC

**Account Number**  ▉▉▉▉▉▉▉

**State where Organized/Registered/Principal Place of Business**  DE

**TIN**  ▉▉▉▉▉▉

**Business Type:**

☐ Sole Proprietor  ☐ Corporation  ☒ Limited Liability Company

☐ Partnership  ☐ Unincorporated Association  ☐ Other

**1. Resolved,** that (the "Bank") is hereby designated as a depository of the Business and that deposit accounts and/ore time deposits (CDs) be opened and maintained in the name of this Business with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any one of the following authorized representatives, officers, employees, partners, members, managers, as applicable ("Authorized Person"):

| | | |
|---|---|---|
| Name  JASON P BOND | Title/Status  MANAGING MEMBER | |
| Name  JEFF  BISHOP | Title/Status  MANAGING MEMBER | |
| Name  JORDAN L REYNA | Title/Status  AUTHORIZED SIGNER | |
| Name | Title/Status | |

is hereby authorized, on behalf of this Business and in its name, to execute and to sign any application, deposit agreement-related, signature card and any other documentation required by the Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this Business for deposit with Bank or for collection or discount by the Bank; to accept drafts, acceptances, and other instruments payable at the Bank; to place orders with the Bank for the purchase and sale of foreign currencies on behalf of this Business; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Business; to obtain an access device (including but not limited to a card, code, or other means of access to the Business's accounts) that may be used for the purpose of initiating electronic fund transfers [Business agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12 C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement and to request, or to appoint or delegate from time to time, such persons who may request wires of funds; to enter into any agreements with the Bank for the provision by the Bank of various Treasury Management services to this Business as such Authorized Person may determine, in his or her sole discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Business's obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by the Bank and that such termination shall not affect any action taken by the Bank prior to such termination; to rent or lease a safe deposit box from the Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with the Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Business upon such terms and conditions as such Authorized Person may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other actions pursuant to such agreements in connection with said accounts that the Authorized Person deems necessary; and to waive presentment, demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Business; and

**2. Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for another instrument all instruments signed in accordance with the foregoing Resolution or Authorization, as applicable, even though such payment may create an overdraft or even though such instruments may be drawn, signed or endorsed to the order of any Authorized Person signing the same or tendered by such Authorized Person or a third party for exchange or cashing, or in payment of the individual obligation of such Authorized Person, or for deposit to such Authorized Person personal account and Bank shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing Resolution or Authorization, as applicable, or the application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an Authorized Person; and

**3. Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Business's name, including those payable to the individual order of any person

NNH
00-14-9120M  09-2017



Page 1 of 3

**PX 27, 2460**

Date: 5/9/2018 Time: 8:57:39 AM (US Central Time) Scanned From IP:10.128.11.12

Account Number: ▨▨▨▨▨▨▨▨▨

whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an Authorized Person authorized in the foregoing Resolution or Authorization, as applicable and Bank shall be entitled to honor, to treat as authorized, and to charge this Business for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by the appropriate Authorized Person or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Business's name, which check, draft, or other order was accepted and paid without timely objection by the Business, thereby ratifying the use of such facsimile signature; and the Business hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Business being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5. Further Resolved,** that the appropriate Authorized Person of this Business shall certify to the Bank names and signatures of persons authorized to act on behalf of this Business under the foregoing Resolution or Authorization, as applicable, and in the event a change occurs in the identity of the Authorized Person, the undersigned shall immediately report, furnish and certify such changes to Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any Authorized Person so certified, or refusing to honor any signature not so certified; and

**6. Further Resolved,** that the foregoing Resolution or Authorization, as applicable, shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by the Bank prior thereto; and

7. **Further Resolved,** that all transactions by the undersigned, or any Authorized Person on its behalf and in its name with the Bank prior to the delivery to Bank of a certified copy of the foregoing Resolution or Authorization, as applicable, are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8. Further Resolved,** that the appropriate Authorized Person be and hereby is, authorized and directed to certify these Resolutions or Authorizations, as applicable, to the Bank and that the provisions hereof are in conformity with the Business's Articles of Incorporation, Articles of Association, Articles of Organization, Charter, Rules, Agreement, Operating Agreement (or other Agreement), and/or Bylaws, as applicable,  and that the appropriate Authorized Person be, and hereby is, authorized and directed to certify, from time to time hereafter, the names of the holders of the above authorized titles and their signatures on any signature card or other documentation required by said Bank.


**Sections 9, 10, 11 are applicable only if Partnership is checked on Page 1**

**9.** That the undersigned shall certify to Bank the names and signatures of the Authorized Person authorized to act on behalf of this Business under the foregoing instructions and notwithstanding any modifications or termination of any of the power of any of the above-named  Authorized Persons to represent said Business, whether by expiration of the Partnership Agreement, by death or retirement of any, or by the accession of one or more new Partners, or otherwise, and notwithstanding any other notice thereof Bank may receive, this authority shall continue to be binding upon each of the undersigned individually and upon our legal representatives, and upon said Partnership and its successors, until written notice to the contrary, signed by one of the undersigned or on his/her behalf by his/her duly authorized agent or representative, shall have been received by the Bank; provided, however that the foregoing instructions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as Bank is concerned until Bank has a reasonable time to act upon such notice to the contrary and such reasonable time cannot be less than three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by the Bank prior thereto; and

**10.** That if any other persons become interested in the Partnership as a Partner or other interested party in the business dealings of the Partnership, or if there is any change in the Partnership that might change the relationship of the Partners or the depository relationship with the Bank, or if said business shall become incorporated, the undersigned shall notify the Bank promptly; and

**11.** That it is expressly understood and agreed that each Partner is and shall be personally liable for the actions taken pursuant to authority granted herein and that the rights evidenced by or contained in this Business Resolution or Authorization, as applicable, are in addition to, and not in limitation of the rights inherent in a Partner; and


**Sections 12, 13, 14 are applicable only if Sole Proprietor is checked on Page 1**

**12.** That if any other person, firm or corporation acquires any right, title or interest in the Business or if my relationship thereto as sole owner be altered in any way, or if said Business shall become incorporated, the undersigned shall notify the Bank promptly; and

**13.** That in consideration of your acceptance of the accounts of said Business under the foregoing name and style, I agree to protect and indemnify Bank against all loss or liability, including court costs and attorney fees, arising from or growing out of the acceptance by said Bank for payment of credit of checks, drafts, notes, bills of exchange, acceptances, certificates of deposits or other orders and instruments drawn to the order of and endorsed in my name and/or in the name of said Business; and

NNH
00-14-9120M   09-2017



Attachment DDDD

**PX 27, 2461**

Account Number: █████████

**14.** That the undersigned has signed, acknowledged and filed in the proper office of the state of the Business's principal place of business any document(s) which may be required by the laws of said state to be filed by a person doing business under a fictitious or assumed name, if applicable.

**In Witness Whereof,** I certify that I am duly authorized to execute this Resolution or Authorization, as applicable, on behalf of the Business, and intending to bind the Business, I have hereunto subscribed my name, in my capacity to certify the adoption of the Resolution or Authorization, this ___8th___ day of ___May___ , ___2018___

_____  Authorized Signer
Signature of Authorized Business Representative / Title

---

**Bank Information**

| | |
|---|---|
| Date | 05/08/2018 |
| Financial Center Name | SOUTH DENTON |
| Employee's Name | Morris, Brittney |
| Employee's Phone Number | 940-387-9618 |

NNH
00-14-9120M  09-2017



Page 3 of 3

**Attachment DDDD**

**PX 27, 2462**



**Certified Copy of Limited Liability
Company Resolutions Opening and
Maintaining Deposit Accounts and Services**



BANK OF AMERICA, N.A. (THE "BANK")

Bank Number __099_____

Account Number _____          Account Number _____

Name of Limited Liability Company    SHERWOOD VENTURES LLC

I, the undersigned, hereby certify to    BANK OF AMERICA, N.A.                    , that I am a/the

Owner
Title
Sherwood Ventures LLC                , a ☒ limited liability company    ☐ professional limited liability company duly organized and existing

under the laws of the State of    Texas                    (the "Company"), that I have full authority to manage, represent, sign for and bind

the Company, that the following is a true copy of resolutions duly adopted by a majority of the members/managers of said Company at a meeting duly held on the

6th   day of   January        .   2015   , at which a quorum was present and acted throughout or adopted by the written consent of

a majority of the members/managers, and that such resolutions are in full force and effect and have not been amended or rescinded.

**1. Resolved,** that    BANK OF AMERICA, N.A                                (the "Bank") is hereby designated
as a depository of the Company and that deposit accounts and/or time deposits (CDs) to be opened and maintained in the name of this Company with the Bank in
accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any one of the
following members, managers, or employees of this Company:

| | |
|---|---|
| JEFF BISHOP | Owner |
| Name | Title/Status |
| MATTHEW WATABE | Financial Director |
| Name | Title/Status |
| | |
| Name | Title/Status |
| | |
| Name | Title/Status |

is hereby authorized, on behalf of this Company and its name, to execute and sign any application, deposit agreement, signature card and any other documentation
required by Bank to open such accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money, to
endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this company for deposit with Bank or for collection or discount by
Bank, to accept, drafts, acceptances, and other instruments payable at Bank, to place orders with Bank for the purchase and sale of foreign currencies on behalf of
this Company, to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Company,
to obtain an access device (including but not limited to a card, code, or other means of access to the Company's accounts) that may be used for the purpose of
initiating electronic fund transfers [Company agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12
C.F.R. Part 205) are applicable to any such access device], to establish and maintain a night deposit relationship, to execute and deliver a wire transfer agreement
and to request, or to appoint and delegate from time to time such persons who may request, wires of funds, to enter into any agreements with the Bank for the
provision by Bank of various Treasury Management services to this Company as such member, manager or employee may determine, in his or her sole discretion,
and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Company's
obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in
accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to
such termination, to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental
agreement or lease, to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with
Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Company upon such terms and conditions as such member, manager
or employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any
other actions pursuant to such agreements in connection with said accounts that the member, manager or employee deems necessary, and to waive presentment,
demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Company, and

**2. Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments
signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the
order of any member, manager or employee signing the same or tendered by such member, manager or employee or a third party for exchange or cashing, or in payment
of the individual obligation of such member, manager or employee, or for deposit to such member's, manager's or employee's personal account and Bank shall not be
required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the
application or disposition of such instrument or the proceeds thereof, and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for
payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized member, manager
or employee, and

90-53-2303NSBW  03-2010

**Attachment DDDD**

**PX 27, 2463**



Account Number   ▮▮▮▮▮▮▮▮▮▮        Account Number

**3. Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Company's name, including those payable to the individual order of any person whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an member, manager or employee authorized in the foregoing resolutions and the Bank shall be entitled to honor, to treat as authorized, and to charge this Company for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by a member/manager of this Company or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Company's name, which check, draft, or other order was accepted and paid without timely objection by the Company, thereby ratifying the use of such facsimile signature, and the Company hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature, and

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Company being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection, and

**5. Further Resolved,** that a duly authorized member/manager of this Company shall certify to the Bank names and signatures of persons authorized to act on behalf of this Company under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said members, managers and employees are made, immediately report, furnish and certify such changes to the Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any member, manager or employee so certified, or refusing to honor any signature not so certified, and

**6. Further Resolved,** that the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto, and

**7. Further Resolved,** that all transactions by any member, manager or employee of this Company on its behalf and in its name with the Bank prior to the delivery to the Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8. Further Resolved,** that any member/manager be and hereby is, authorized and directed to certify these resolutions to the Bank and that the provisions hereof are in conformity with the Articles of Organization and Operating Agreement of this Company.

**In Witness Whereof,** and intending to bind the Company, I have hereunto subscribed my name as a member/manager of this Company, this    <u>6th</u>

day of <u>January</u> , <u>2015</u> .

<u>✗ (signature)</u>
Member/Manager

---

**Bank Information**

Date:   <u>12 / 16 / 2014</u>

Banking Center Name:   <u>Wealth Management Banking</u>

Associate's Name:   <u>Sebrina DeFauw</u>

Associate's Phone Number:   <u>800 . 637 . 7455</u>

90-53-2303NSBW  03-2010

**Attachment DDDD**

**PX 27, 2464**

Date: 12/28/2017 Time: 4:27:14 PM (US Central Time) Scanned From IP:10.128.76.137

 **Bank of America**

**Business Resolution or Authorization for**

**O p e n i n g   a n d   M a i n t a i n i n g   B a n k i n g   R e l a t i o n s h i p**

**Name of Business**  SHERWOOD VENTURES LLC

**Account Number**  █████████

**State where Organized/Registered/Principal Place of Business**  TX

**TIN**  ████████

**Business Type:**

☐ Sole Proprietor          ☐ Corporation          ☒ Limited Liability Company

☐ Partnership          ☐ Unincorporated Association          ☐ Other

**1. Resolved,** that (the "Bank") is hereby designated as a depository of the Business and that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of this Business with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any one of the following authorized representatives, officers, employees, partners, members, managers, as applicable ("Authorized Person"):

Name  JORDAN L REYNA                          Title/Status  managing Member

Name  *Jeff Bishop*                          Title/Status  *Managing Member*

Name  _____          Title/Status  _____

Name  _____          Title/Status  _____

is hereby authorized, on behalf of this Business and in its name, to execute and to sign any application, deposit agreement-related, signature card and any other documentation required by the Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this Business for deposit with Bank or for collection or discount by the Bank; to accept drafts, acceptances, and other instruments payable at the Bank; to place orders with the Bank for the purchase and sale of foreign currencies on behalf of this Business; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Business; to obtain an access device (including but not limited to a card, code, or other means of access to the Business's accounts) that may be used for the purpose of initiating electronic fund transfers [Business agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12 C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement and to request, or to appoint or delegate from time to time, such persons who may request wires of funds; to enter into any agreements with the Bank for the provision by the Bank of various Treasury Management services to this Business as such Authorized Person may determine, in his or her sole discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Business's obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by the Bank and that such termination shall not affect any action taken by the Bank prior to such termination; to rent or lease a safe deposit box from the Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with the Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Business upon such terms and conditions as such Authorized Person may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other actions pursuant to such agreements in connection with said accounts that the Authorized Person deems necessary; and to waive presentment, demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Business; and

**2. Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for another instrument all instruments signed in accordance with the foregoing Resolution or Authorization, as applicable, even though such payment may create an overdraft or even though such instruments may be drawn, signed or endorsed to the order of any Authorized Person signing the same or tendered by such Authorized Person or a third party for exchange or cashing, or in payment of the individual obligation of such Authorized Person, or for deposit to such Authorized Person personal account and Bank shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing Resolution or Authorization, as applicable, or the application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an Authorized Person; and

**3. Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Business's name, including those payable to the individual order of any person

NTX
00-14-9120M   09-2017



Page 1 of 3

**Attachment DDDD**

**PX 27, 2465**

Account Number: ███████████

whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an Authorized Person authorized in the foregoing Resolution or Authorization, as applicable and Bank shall be entitled to honor, to treat as authorized, and to charge this Business for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by the appropriate Authorized Person or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Business's name, which check, draft, or other order was accepted and paid without timely objection by the Business, thereby ratifying the use of such facsimile signature; and the Business hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Business being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5. Further Resolved,** that the appropriate Authorized Person of this Business shall certify to the Bank names and signatures of persons authorized to act on behalf of this Business under the foregoing Resolution or Authorization, as applicable, and in the event a change occurs in the identity of the Authorized Person, the undersigned shall immediately report, furnish and certify such changes to Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any Authorized Person so certified, or refusing to honor any signature not so certified; and

**6. Further Resolved,** that the foregoing Resolution or Authorization, as applicable, shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by the Bank prior thereto; and

**7. Further Resolved,** that all transactions by the undersigned, or any Authorized Person on its behalf and in its name with the Bank prior to the delivery to Bank of a certified copy of the foregoing Resolution or Authorization, as applicable, are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8. Further Resolved,** that the appropriate Authorized Person be and hereby is, authorized and directed to certify these Resolutions or Authorizations, as applicable, to the Bank and that the provisions hereof are in conformity with the Business's Articles of Incorporation, Articles of Association, Articles of Organization, Charter, Rules, Agreement, Operating Agreement (or other Agreement), and/or Bylaws, as applicable, and that the appropriate Authorized Person be, and hereby is, authorized and directed to certify, from time to time hereafter, the names of the holders of the above authorized titles and their signatures on any signature card or other documentation required by said Bank.

### Sections 9, 10, 11 are applicable only if Partnership is checked on Page 1

**9.** That the undersigned shall certify to Bank the names and signatures of the Authorized Person authorized to act on behalf of this Business under the foregoing instructions and notwithstanding any modifications or termination of any of the power of any of the above-named Authorized Persons to represent said Business, whether by expiration of the Partnership Agreement, by death or retirement of any, or by the accession of one or more new Partners, or otherwise, and notwithstanding any other notice thereof Bank may receive, this authority shall continue to be binding upon each of the undersigned individually and upon our legal representatives, and upon said Partnership and its successors, until written notice to the contrary, signed by one of the undersigned or on his/her behalf by his/her duly authorized agent or representative, shall have been received by the Bank; provided, however that the foregoing instructions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as Bank is concerned until Bank has a reasonable time to act upon such notice to the contrary and such reasonable time cannot be less than three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by the Bank prior thereto; and

**10.** That if any other persons become interested in the Partnership as a Partner or other interested party in the business dealings of the Partnership, or if there is any change in the Partnership that might change the relationship of the Partners or the depository relationship with the Bank, or if said business shall become incorporated, the undersigned shall notify the Bank promptly; and

**11.** That it is expressly understood and agreed that each Partner is and shall be personally liable for the actions taken pursuant to authority granted herein and that the rights evidenced by or contained in this Business Resolution or Authorization, as applicable, are in addition to, and not in limitation of the rights inherent in a Partner; and

### Sections 12, 13, 14 are applicable only if Sole Proprietor is checked on Page 1

**12.** That if any other person, firm or corporation acquires any right, title or interest in the Business or if my relationship thereto as sole owner be altered in any way, or if said Business shall become incorporated, the undersigned shall notify the Bank promptly; and

**13.** That in consideration of your acceptance of the accounts of said Business under the foregoing name and style. I agree to protect and indemnify Bank against all loss or liability, including court costs and attorney fees, arising from or growing out of the acceptance by said Bank for payment of credit of checks, drafts, notes, bills of exchange, acceptances, certificates of deposits or other orders and instruments drawn to the order of and endorsed in my name and/or in the name of said Business; and

NTX
00-14-9120M  09-2017



**Attachment DDDD**

**PX 27, 2466**

Account Number: ████████

**14.** That the undersigned has signed, acknowledged and filed in the proper office of the state of the Business's principal place of business any document(s) which may be required by the laws of said state to be filed by a person doing business under a fictitious or assumed name, if applicable.

**In Witness Whereof,** I certify that I am duly authorized to execute this Resolution or Authorization, as applicable, on behalf of the Business, and intending to bind the Business, I have hereunto subscribed my name, in my capacity to certify the adoption of the Resolution or Authorization, this **27** day of **December** , **2017**

---

Signature of Authorized Business Representative / Title

---

**Bank Information**

| | |
|---|---|
| Date | 12/27/2017 |
| Financial Center Name | LEGACY TOWN CENTER |
| Employee's Name | Khan, Muhammad Adnan |
| Employee's Phone Number | 972-673-2981 |

NTX
00-14-9120M   09-2017



Page 3 of 3

**Attachment DDDD**

**PX 27, 2467**

# Bank of America

**Business Signature Card
with Substitute Form W-9**



---

**Account Number:** ▮▮▮▮▮▮▮                                **Bank Number:** 099

**Account Type:**  ☒ DDA    ☐ SAV    ☐ CD

**Account Title:**

SHERWOOD VENTURES, LLC

---

**Legal Designation:**

☐ **Individual/Sole Proprietor**    ☐ **Trust/Estate**    ☐ **Unincorporated Association**    ☐ **C Corporation**    ☐ **S Corporation**

☐ **Partnership**  (Enter the type of partnership: General, LP, LLP or LLLP)  _____

☒ **Limited Liability Company** (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor)  S

☐ **Other** (Defined in W-9 instructions)  _____

**Social Security Number** _____    **(or)    Employer Identification Number** ▮▮▮▮▮▮

**By signing below, I/we acknowledge and agree** that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, **I/we acknowledge** the receipt of these documents. **By signing below, I/we acknowledge and agree** that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which **I/we want** interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

**Substitute Form W-9.** Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:**  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

> **The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

**Exempt payee code (if any)**  _____

**Exemption from FATCA reporting code (if any)**  _____

☐ **Nonresident Alien Status (if applicable)** If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1 JEFF BISHOP | Owner | *signature* | 1/6/15 |
| 2 MATTHEW WATABE | Financial Director | *signature* | 1/6/15 |
| 3 | | | |
| 4 | | | |
| 5 | | | |

© 2012 Bank of America, N.A. All Rights Reserved

00-14-9297MW 06-2014                                                     Page 1 of 2

**Attachment DDDD**                                   **PX 27, 2468**

BankofAmerica-East4a 1/8/2015 1:45:30 PM   PAGE   5/005   888-294-5658

**Account Number:** ▮▮▮▮▮▮▮▮▮▮

☐ **Signature Card Addendum on File**

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

| | |
|---|---|
| _Bishop_ | Owner |
| Authorized Signer | Title |

**Review Information**

**Customer 1**

Name   JEFF BISHOP

**Customer 2:**

Name   MATTHEW WATABE

**Customer 3:**

Name _____

ID Type: _____ ID# _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

ID Type: _____ ID# _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

**Customer 4:**

Name _____

ID Type: _____ ID# _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

ID Type: _____ ID# _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

**Customer 5:**

Name _____

ID Type: _____ ID# _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

ID Type: _____ ID# _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

**Bank Information**

| | |
|---|---|
| **Date** | 12/16/2014 |
| **Banking Center Name** | Wealth Management Banking |
| **Associate's Name** | Sebrina DeFauw |
| **Associate's Phone Number** | 800-637-7455 |

**Attachment DDDD**

**PX 27, 2469**

## Bank of America

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card
with Substitute Form W-9**

**Account Number:** ▉▉▉▉▉▉     **Bank Number:** 099

**Account Type:** [X] Checking (DDA)   [ ] Savings (SAV)   [ ] Certificate of Deposit (CD)

**Account Title:**
SHERWOOD VENTURES LLC

**Legal Designation:**

- [ ] **Individual/Sole Proprietor**   [ ] **Trust/Estate**   [ ] **Unincorporated Association**   [ ] **C Corporation**   [ ] **S Corporation**
- [ ] **Partnership** (Enter the type of partnership: General, LP, LLP or LLLP) _____
- [X] **Limited Liability Company** (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor) _S_
- [ ] **Other** (Defined in W-9 instructions) _____

Social Security Number _____ **(or) Employer Identification Number** ▉▉▉▉▉▉▉▉▉

**By signing below, I/we acknowledge and agree** that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, **I/we acknowledge** the receipt of these documents. **By signing below, I/we acknowledge and agree** that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which **I/we want** interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

- [ ] **Nonresident Alien Status (if applicable)** If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

**Substitute Form W-9.** Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

**Exempt payee code (if any)** _____

**Exemption from FATCA reporting code (if any)** _____

**Exemptions** (codes apply only to certain entities, not individuals; see instructions the IRS instructions for Form W-9):

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|---|
| 1 | JEFF BISHOP | Managing Member | *(signature)* | 12/28/17 |
| 2 | JORDAN L REYNA | managing Member | *(signature)* | 12/28/17 |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

© 2016 Bank of America, N.A. All Rights Reserved

NTX
00-14-9297M 11-2016

Page 1 of 2

**Attachment DDDD**

**PX 27, 2470**

**Account Number:** ▮▮▮▮▮▮▮▮▮ _____

☐ **Signature Card Addendum on File**

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____          _Managing Member_____
Authorized Signer                                              Title

---

**Review Information**

**Customer 1:**

Name    JEFF BISHOP

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Customer 2:**

Name    JORDAN L REYNA

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Customer 3:**

Name _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____
ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

**Customer 4:**

Name _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____
ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

**Customer 5:**

Name _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____
ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

---

**Bank Information**

| | |
|---|---|
| **Date** | 12/27/2017 |
| **Financial Center Name** | LEGACY TOWN CENTER |
| **Employee's Name** | Khan, Muhammad Adnan |
| **Employee's Phone Number** | 972-673-2981 |

NTX
00-14-9297M  11-2016



Page 2 of 2

**Attachment DDDD**

**PX 27, 2471**

Date: 7/17/2015 Time: 2:34:15 PM (US Central Time) Scanned From IP:10.78.214.9

**Bank of America** 〰️

BANK OF AMERICA, N A (THE "BANK")

**Certified Copy of Corporate Resolutions - Opening
and Maintaining Deposit Accounts and Services**

Account Number ▮▮▮▮▮▮▮

Name of Corporation    MFA HOLDINGS CORP.

I, the undersigned, hereby certify to    BANK OF AMERICA, N A

that I am the Secretary/Assistant Secretary and the designated keeper of the records and minutes of

MFA HOLDINGS CORP                                                                                        , duly organized and existing under the laws of the

State of    _Florida_                                        (the "Corporation"); that the following is a true copy of resolutions duly adopted by the Board of

Directors of said Corporation at a meeting duly held on the    _16_ day of    _July_        _2015_      , at which a quorum was present and acted

throughout or adopted by the unanimous written consent of the Board of Directors; and that such resolutions are in full force and effect and have not been amended

or rescinded

**1.  Resolved,** that    BANK OF AMERICA, N.A                                                                              (the "Bank") is hereby designated

as a depository of the Corporation and that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of this Corporation with Bank in

accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any one of the

following officers or employees of the Corporation·

_ALLAN MARSHALL_                                                              _VP_

Name                                                                                    Title

Name                                                                                    Title

Name                                                                                    Title

Name                                                                                    Title

is hereby authorized, on behalf of this Corporation and in its name, to execute and to sign any application, deposit agreement, signature card and any other documentation required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this Corporation for deposit with Bank or for collection or discount by Bank; to accept drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies on behalf of this Corporation, to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Corporation; to obtain an access device (including but not limited to a card, code, or other means of access to the Corporation's accounts) that may be used for the purpose of initiating electronic fund transfers [Corporation agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U S C 1693 et seq.) nor Regulation E (12 C F R  Part 205) are applicable to any such access device], to establish and maintain a night deposit relationship, to execute and deliver a wire transfer agreement and to request, or to appoint or delegate from time to time such persons who may request, wires of funds, to enter into any agreements with the Bank for the provision by Bank of various Treasury Management services to this Corporation as such officer or employee may determine, in his or her sole discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Corporation's obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to such termination, to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental agreement or lease; to take whatever other actions or enter in whatever other agreements relating to the accounts or investment of funds in such accounts with Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Corporation upon such terms and conditions as such officer or employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other actions pursuant to such agreements in connection with said accounts that the officer or employee deems necessary, and to waive presentment, demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Corporation; and

**2.  Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the order of any officer or employee signing the same or tendered by such officer or employee or a third party for exchange or cashing, or in payment of the individual obligation of such officer or employee, or for deposit to such officer's or employee's personal account and Bank shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized officer or employee, and

**3.  Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Corporation's name, including those payable to the individual order of any person whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of the officer or employee authorized in the foregoing resolutions and Bank shall be entitled to honor, to treat as authorized, and to charge this Corporation for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by the Secretary or Assistant Secretary or other officer of this Corporation or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Corporation's name, which check, draft, or other order was accepted and paid without timely objection by the Corporation, thereby ratifying the use of such facsimile signature, and the Corporation hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature, and

NFL
00-14-9012M  11-2013

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

**Attachment DDDD**              **PX 27, 2472**

Date: 7/17/2015 Time: 2:34:15 PM (US Central Time) Scanned From IP:10.78.214.9

Account Number ▉▉▉▉▉▉▉

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Corporation being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection, and

**5. Further Resolved,** that the Secretary or Assistant Secretary of this Corporation shall certify to Bank names and signatures of persons authorized to act on behalf of this Corporation under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said officers and employees are made, immediately report, furnish and certify such changes to Bank and shall submit to Bank a new account signature card reflecting such change(s) in order to make such changes effective and Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any officer or employee so certified, or refusing to honor any signature not so certified, and

**6. Further Resolved,** the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as Bank is concerned until three (3) business days after Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto, and

**7. Further Resolved,** that all transactions by any officer or employee of this Corporation on its behalf and in its name with Bank prior to the delivery to Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted, and

**8. Further Resolved,** that the Secretary or Assistant Secretary be and hereby is, authorized and directed to certify these resolutions to said Bank and that the provisions hereof are in conformity with the Charter or Articles of Incorporation and Bylaws of this Corporation and that the Secretary or Assistant Secretary be, and hereby is, authorized and directed to certify, from time to time hereafter, the names of the holders of the above authorized titles and their signatures on any signature card or other documentation required by said Bank

In Witness Whereof, I have hereunto subscribed my name and affixed the seal of this Corporation, this ____16____ day of ____July____ 20_15_.

_____
Secretary/Assistant Secretary

**(Corporate Seal)**

| Bank Information | |
|---|---|
| Date | 07/16/2015 |
| Banking Center Name | WESTSHORE MALL |
| Associate's Name | James West |
| Associate's Phone Number | 813-637-2332 |

NFL
00-14-9012M  11-2013

**Attachment DDDD**     ## PX 27, 2473

Date: 7/17/2015 Time: 2:34:15 PM (US Central Time) Scanned From IP:10.78.214.9

**Bank of America**

BANK OF AMERICA, N A  (THE "BANK")

**Business Signature Card**
**with Substitute Form W-9**

| | |
|---|---|
| **Account Number:** ▆▆▆▆▆▆ | **Bank Number:** 075 |

**Account Type:** ☒ DDA   ☐ SAV   ☐ CD

**Account Title:**

MFA HOLDINGS CORP

---

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☐ C Corporation   ☒ S Corporation

☐ Partnership   (Enter the type of partnership: General, LP, LLP or LLLP) _____

☐ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor) _____

☐ Other (Defined in W-9 instructions) _____

**Social Security Number** _____   **(or)   Employer Identification Number** ▆▆▆▆▆

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees  Furthermore, I/we acknowledge the receipt of these documents.  By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported  The Deposit Agreement includes a provision for alternative dispute resolution.

**Substitute Form W-9.** Certification - Under penalties of perjury, I certify that (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because  (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct

**Certification Instructions:**  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply  For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN (Please refer to the IRS instructions for Form W-9).

> **The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

**Exempt payee code (if any)** _____

**Exemption from FATCA reporting code (if any)** _____

☐ **Nonresident Alien Status (if applicable)** If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8

| | Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|---|
| 1 | ALLAN MARSHALL | PD | *Allan Marshall* | 7-16-2015 |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

© 2012 Bank of America, N A  All Rights Reserved

NFL
00-14-9297MW  08-2014

Page 1 of 2



**Attachment DDDD**    **PX 27, 2474**

Date: 7/17/2015 Time: 2:34:15 PM (US Central Time) Scanned From IP:10.78.214.9

**Account Number:** ▮▮▮▮▮▮▮▮

☐ **Signature Card Addendum on File**

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____          _____
Authorized Signer                                                                Title

---

**Review Information**

**Customer 1**

Name_____ ALLAN MARSHALL _____

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Customer 2:**

Name_____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

**Customer 3:**

Name_____

ID Type _____ ID#·_____ ID Issuer _____ Iss Date _____ Exp Date _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

**Customer 4:**

Name_____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

**Customer 5:**

Name_____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

---

**Bank Information**

| | |
|---|---|
| **Date** | 07/16/2015 |
| **Banking Center Name** | WESTSHORE MALL |
| **Associate's Name** | James West |
| **Associate's Phone Number** | 813-637-2332 |

NFL
00-14-9297MW  08-2014



**Attachment DDDD**

**PX 27, 2475**

Date: 11/9/2016 Time: 7:24:29 PM (US Central Time) Scanned From IP:10.165.83.8

**Bank of America** 〰

BANK OF AMERICA, N.A. (THE "BANK")

**Certified Copy of Corporate Resolutions - Opening
and Maintaining Deposit Accounts and Services**

Account Number: ▮▮▮▮▮▮▮

Name of Corporation   WINSTON CORP.

I, the undersigned, hereby certify to   BANK OF AMERICA, N.A.                                    .

that I am the Secretary/Assistant Secretary and the designated keeper of the records and minutes of _____

WINSTON CORP.                    .                                        , duly organized and existing under the laws of the

State of   _California_                   (the "Corporation"); that the following is a true copy of resolutions duly adopted by the Board of

Directors of said Corporation at a meeting duly held on the   _4_   day of   _November 2016_ , at which a quorum was present and acted

throughout or adopted by the unanimous written consent of the Board of Directors; and that such resolutions are in full force and effect and have not been amended

or rescinded.

1. **Resolved,** that   BANK OF AMERICA, N.A.                                             (the "Bank") is hereby designated
as a depository of the Corporation and that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of this Corporation with Bank in
accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any one of the
following officers or employees of the Corporation:

| | |
|---|---|
| _Kyle Dennis_ | _Secretary_ |
| Name | Title |
| | |
| Name | Title |
| | |
| Name | Title |
| | |
| Name | Title |

is hereby authorized, on behalf of this Corporation and in its name, to execute and to sign any application, deposit agreement, signature card and any other
documentation required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment
of money; to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this Corporation for deposit with Bank or for collection
or discount by Bank, to accept drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies
on behalf of this Corporation; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of
the Corporation; to obtain an access device (including but not limited to a card, code, or other means of access to the Corporation's accounts) that may be used for
the purpose of initiating electronic fund transfers [Corporation agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor
Regulation E (12 C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire
transfer agreement and to request, or to appoint or delegate from time to time such persons who may request, wires of funds; to enter into any agreements with the
Bank for the provision by Bank of various Treasury Management services to this Corporation as such officer or employee may determine, in his or her sole
discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the
Corporation's obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate
given in accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank
prior to such termination; to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the
rental agreement or lease; to take whatever other actions or enter in to whatever other agreements relating to the accounts or investment of funds in such accounts
with Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Corporation upon such terms and conditions as such officer or
employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any
other actions pursuant to such agreements in connection with said accounts that the officer or employee deems necessary; and to waive presentment, demand,
protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Corporation; and

2. **Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments
signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the
order of any officer or employee signing the same or tendered by such officer or employee or a third party for exchange or cashing, or in payment of the individual
obligation of such officer or employee, or for deposit to such officer's or employee's personal account and Bank shall not be required or be under any obligation to
inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the application or disposition of such
instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds
whether oral, by telephone or electronic means if such withdrawal, order or transfer are initiated by an above authorized officer or employee; and

3. **Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for
the payment of money drawn or purportedly drawn in this Corporation's name, including those payable to the individual order of any person whose name appears
thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an officer or employee authorized in the foregoing resolutions and Bank shall
be entitled to honor, to treat as authorized, and to charge this Corporation for such checks, drafts, or other orders regardless of by whom or by what means the actual
or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by
the Secretary or Assistant Secretary or other officer of this Corporation or if such facsimile signature resembles any facsimile signature previously affixed to any
check, draft, or other order drawn in the Corporation's name, which check, draft, or other order was accepted and paid without timely objection by the Corporation,
thereby ratifying the use of such facsimile signature; and the Corporation hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or
expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature;
and

NCA
00-14-9012M  11-2013

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

**Attachment DDDD**          **PX 27, 2476**

Date: 11/9/2016 Time: 7:24:29 PM (US Central Time) Scanned From IP:10.165.83.8

Account Number: ▮▮▮▮▮▮▮

**4.  Further Resolved,** that endorsements for deposit may be evidenced by the name of the Corporation being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5.  Further Resolved,** that the Secretary or Assistant Secretary of this Corporation shall certify to Bank names and signatures of persons authorized to act on behalf of this Corporation under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said officers and employees are made, immediately report, furnish and certify such changes to Bank and shall submit to Bank a new account signature card reflecting such change(s) in order to make such changes effective and Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any officer or employee so certified, or refusing to honor any signature not so certified; and

**6.  Further Resolved,** the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as Bank is concerned until three (3) business days after Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto; and

**7.  Further Resolved,** that all transactions by any officer or employee of this Corporation on its behalf and in its name with Bank prior to the delivery to Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8.  Further Resolved,** that the Secretary or Assistant Secretary be and hereby is, authorized and directed to certify these resolutions to said Bank and that the provisions hereof are in conformity with the Charter or Articles of Incorporation and Bylaws of this Corporation and that the Secretary or Assistant Secretary be, and hereby is, authorized and directed to certify, from time to time hereafter, the names of the holders of the above authorized titles and their signatures on any signature card or other documentation required by said Bank.

**In Witness Whereof,** I have hereunto subscribed my name and affixed the seal of this Corporation, this *4* day of *November 2016*

Secretary/Assistant Secretary

**(Corporate Seal)**    No Seal

| Bank Information | |
| --- | --- |
| Date | 11/04/2016 |
| Banking Center Name | PACIFIC PALISADES |
| Associate's Name | Desyana Willis |
| Associate's Phone Number | 310-434-2260 |

NCA
00-14-9012M  11-2013

**Attachment DDDD**     **PX 27, 2477**

Date: 11/9/2016 Time: 7:24:29 PM (US Central Time) Scanned From IP:10.165.83.8

# Bank of America

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card
with Substitute Form W-9**

**Account Number:** ████████                                    **Bank Number:** 318

**Account Type:** ☒ DDA   ☐ SAV   ☐ CD

**Account Title:**

WINSTON CORP.

---

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☐ C Corporation   ☒ S Corporation

☐ Partnership   **(Enter the type of partnership: General, LP, LLP or LLLP)**

☐ Limited Liability Company **(Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor)**

☐ Other **(Defined in W-9 instructions)**

**Social Security Number** _____   **(or)   Employer Identification Number** ████████

**By signing below, I/we acknowledge and agree** that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, **I/we acknowledge** the receipt of these documents. **By signing below, I/we acknowledge and agree** that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which **I/we want** interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

**Substitute Form W-9.** Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. **(Please refer to the IRS instructions for Form W-9).**

> **The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

**Exempt payee code (if any)** _____

**Exemption from FATCA reporting code (if any)** _____

☐ **Nonresident Alien Status (if applicable)** If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) **W-8**.

| | Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|---|
| 1 | KYLE DENNIS | SECRETARY | *(signature)* | 11/9/16 |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

NCA
00-14-9297MW  08-2014

© 2012 Bank of America, N.A. All Rights Reserved
Page 1 of 2

**Attachment DDDD**      **PX 27, 2478**

Date: 11/9/2016 Time: 7:24:29 PM (US Central Time) Scanned From IP:10.165.83.8

**Account Number:** ███████████

☐ **Signature Card Addendum on File**

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____     _____ Secretary _____
Authorized Signer                                                      Title

---

**Review Information**

**Customer 1:**

Name____KYLE DENNIS_____

████████████████████████████████████████████████████████

**Customer 2:**

Name_____

ID Type:_____ ID#:_____ ID Issuer:_____ Iss. Date:_____ Exp. Date:_____

ID Type:_____ ID#:_____ ID Issuer:_____ Iss. Date:_____ Exp. Date:_____

**Customer 3:**

Name_____

ID Type:_____ ID#:_____ ID Issuer:_____ Iss. Date:_____ Exp. Date:_____

ID Type:_____ ID#:_____ ID Issuer:_____ Iss. Date:_____ Exp. Date:_____

**Customer 4:**

Name_____

ID Type:_____ ID#:_____ ID Issuer:_____ Iss. Date:_____ Exp. Date:_____

ID Type:_____ ID#:_____ ID Issuer:_____ Iss. Date:_____ Exp. Date:_____

**Customer 5:**

Name_____

ID Type:_____ ID#:_____ ID Issuer:_____ Iss. Date:_____ Exp. Date:_____

ID Type:_____ ID#:_____ ID Issuer:_____ Iss. Date:_____ Exp. Date:_____

---

**Bank Information**

| | |
|---|---|
| Date | 11/04/2016 |
| Banking Center Name | PACIFIC PALISADES |
| Associate's Name | Desyana Willis |
| Associate's Phone Number | 310-434-2260 |

NCA
00-14-9297MW  08-2014



**Attachment DDDD**     PX 27, 2479

## DECLARATION

### Case No. : 2023073

Donna A Craig, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Doc Review Sr Specialist II and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: August 13, 2020

By: *Donna A Craig*
     Donna A Craig
     Doc Review Sr Specialist II
     JPMORGAN CHASE BANK, N.A.

SB1153947-F1

SUBP10a

**Attachment EEEE**   PX 27, 2480

# CHASE 🗘

Business Signature Card

ACCOUNT TITLE ("DEPOSITORY")
RAGINGBULL.COM, LLC

ACCOUNT NUMBER
ACCOUNT TYPE          Chase Platinum Business Checking
TAXPAYER ID NUMBER
DATE OPENED          01/07/2019
FORM OF BUSINESS      Limited Liability Company - Member Managed (LLC)
ISSUED BY            JPMorgan Chase Bank, N.A. (021)
                     PLANTATION - 741767
                     CORNELL R SINGLETON
                     (844) 249-3709

BUSINESS ADDRESS
18 SAOKETT RD
LEE, NH 03861
United States/US Territories

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Articles of Organization | 5499512 | DE | 01/06/2014 | |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | 01/07/2019 | |

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other Treasury management services if applicable, and agrees to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| JASON P BOND | | Signer | 1/7/19 | Jason Bond |
| JORDAN REYNA | | Signer | 1/14/19 | |
| JEFFREY MICHAEL BISHOP | | Signer | 1/17/19 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

M13020-04-CS 1661.2 (2014.02)

Attachment EEEE          PX 27, 2481



CHASE ○

# Business Signature Card

| ACCOUNT TITLE ("DEPOSITORY")
RAGINGBULL.COM, LLC | | | ACCOUNT NUMBER | |
| --- | --- | --- | --- | --- |
| | | | ACCOUNT TYPE | Chase Business Premier Savings |
| | | | TAXPAYER ID NUMBER | |
| | | | DATE OPENED | 09/13/2019 |
| BUSINESS ADDRESS
18 SACKETT RD
LEE, NH 03861-6816
United States/US Territories | | | FORM OF BUSINESS | Limited Liability Company - Member Managed (LLC) |
| | | | ISSUED BY | JPMorgan Chase Bank, N.A. (021) |
| | | | | PLANTATION - 741767 |
| | | | | CORNELL R SINGLETON |
| | | | | (844) 349-3709 |
| | | | | 09/13/2019 |

| PRIMARY ID TYPE
Articles of Organization | PRIMARY ID NUMBER
5459512 | ISSUER
DE | ISSUANCE DATE
01/05/2014 | EXPIRATION DATE |
| --- | --- | --- | --- | --- |
| SECONDARY ID TYPE
None | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
| --- | --- | --- | --- | --- |
| JORDAN REYNA | | Signer | 9/6/19 | |
| JEFFREY MICHAEL BISHOP | | Signer | 9/18/19 | |
| JASON P BOND | | Signer | 9/18/19 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

WI020-01-C3 (10/11/2011-42)

Scanned with CamScanner

Attachment EEEE    PX 27, 2482

CHASE 🅞

**Business Signature Card**

ACCOUNT TITLE ("DEPOSITORY")
RIGINSBULLCON LLC

ACCOUNT NUMBER
ACCOUNT TYPE                Chase Business Premier Savings
TAXPAYER ID NUMBER
DATE OPENED                 09/13/2019
FORM OF BUSINESS            Limited Liability Company - Member Managed (LLC)
ISSUED BY                   JPMorgan Chase Bank, N.A. (021)
                            PLANTATION - 741767
                            CORNELL N SINGLETON
                            (844) 245-3703
                            09/13/2019

BUSINESS ADDRESS
18 SACKETT RD
LEE, NH 03861-6616
United States/US Territories

| PRIMARY ID TYPE | PRIMARY ID NUMBER | | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Articles of Organization | 5455812 | | 01/05/2014 | |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

**ACKNOWLEDGEMENT -** By signing this Signature Card, the Depositor agrees to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatories appearing below are genuine signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, have been taken to authorize the named person(s) to act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement, and other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agrees to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| JORDAN REYNA | | Signer | 9/16/19 | |
| JEFFREY MICHAEL BISHOP | | Signer | 9/18/19 | |
| JASON P BOND | | Signer | 9/18/19 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

MMBIZ-01-04 10/17 2014 v2.)

  

**BUSINESS DEPOSITORY CERTIFICATE (Limited Liability Company)**   **CHASE ○**

___X___ NEW _____ CHANGE

| | |
|---|---|
| ACCOUNT NO. | BANK NAME/NUMBER |
| | JPMorgan Chase Bank, N.A. ( 021 ) |
| ACCOUNT TITLE | BRANCH NAME AND NO. |
| RAGINGBULL.COM, LLC | PLANTATION - 741767 |
| | DATE |
| | 01/07/2019 |
| BUSINESS ADDRESS | PREPARED BY |
| 18 SACKETT RD | CORNELL R SINGLETON |
| LEE, NH 03861 | |
| United States/US Territories | PHONE NO. |
| | (844) 249-3709 |
| TAXPAYER ID NO. | PRODUCT TYPE |
| | Chase Platinum Business Checking |

Legal Name of Organization: RAGINGBULL.COM, LLC                    (the "Organization")

State of Organization: _DE_____

Type of Organization (check one):
[X] Limited liability company managed by its members
[ ] Limited liability company managed by one or more managers

The individuals signing this Certificate certify to JPMorgan Chase Bank, N.A. (the "Bank") as follows:
• the Organization is a limited liability company, duly organized under the laws of the state of organization listed above;
• the individuals signing this Certificate are, or are authorized representatives of, all of the members (if managed by its members) ("Members") or managers (if managed by managers) ("Managers") of the Organization; and
• the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
Any of the people listed below ("Authorized Persons"), acting alone, may:
• Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
• Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
• Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements & other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**
Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| JASON P BOND | Signer | |
| JORDAN REYNA | Signer | |
| JEFFREY MICHAEL BISHOP | Signer | |
| | | |
| | | |
| | | |
| | | |
| | | |

**SIGNER(S) TO BE ADDED LATER**

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
*Each Member or Manager, as applicable, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.*

FOR THE PRECEDING PURPOSES, each of the undersigned has signed his/her name(s) on the date indicated above.
Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**
*The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.*

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

M1207-04-CS  (5/14 v2)            JPMorgan Chase Bank, N.A. Member FDIC                Page 1 of 2    

Attachment EEEE     PX 27, 2484

  

**CHASE** ○

**BUSINESS DEPOSITORY CERTIFICATE**
**(Limited Liability Company)**

ACCOUNT NO.

*Note: For a disregarded entity, if the owner is not signing below, he, she or it must submit IRS Form W-9 or the appropriate Form W-8.*
*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

SHERWOOD VENTURES, LLC by JEFFREY MICHAEL BISHOP AUTHORIZING REPRESENTATIVE 1/17/19
Member or Manager                                                                                                    Date
Printed Name:  SHERWOOD VENTURES, LLC by JEFFREY MICHAEL BISHOP, Authorizing Representative

MFA Holdings Corp by Allan J Marshall, Authorizing Representative     1/22/19
Member or Manager                                                                                                    Date
Printed Name:  MFA HOLDINGS CORP by ALLAN J MARSHALL, Authorizing Representative

JASON BOND, LLC by JASON P BOND, Authorizing Representative     1/17/19
Member or Manager                                                                                                    Date
Printed Name:  JASON BOND, LLC by JASON P BOND, Authorizing Representative

Member or Manager                                                                                                    Date
Printed Name:

Member or Manager                                                                                                    Date
Printed Name:

Member or Manager                                                                                                    Date
Printed Name:

Member or Manager                                                                                                    Date
Printed Name:

Member or Manager                                                                                                    Date
Printed Name:

(Attach additional pages if necessary to reflect all Members or Managers)

DISTRIBUTION: 1) National Account Services 2) Customer
JPMorgan Chase Bank, N.A. Member FDIC

M1207-04-CS  (5/14 v2)                                                                          Page 2 of 2   

**Attachment EEEE**     **PX 27, 2485**

  

**BUSINESS DEPOSITORY CERTIFICATE (Limited Liability Company)**   **CHASE** ○

_X_ NEW _____ CHANGE

| | |
|---|---|
| ACCOUNT NO. | BANK NAME/NUMBER |
| | JPMorgan Chase Bank, N.A. ( 021 ) |
| ACCOUNT TITLE | BRANCH NAME AND NO. |
| RAGINGBULL.COM, LLC | PLANTATION - 741767 |
| | DATE |
| | 09/13/2019 |
| BUSINESS ADDRESS | PREPARED BY |
| 18 SACKETT RD | CORNELL R SINGLETON |
| LEE, NH 03861-6616 | PHONE NO. |
| United States/US Territories | (844) 249-3709 |

| | |
|---|---|
| TAXPAYER ID NO. | PRODUCT TYPE |
| | Chase Business Premier Savings |

Legal Name of Organization: RAGINGBULL.COM, LLC

(the "Organization")

State of Organization _DE_

Type of Organization (check one):
[X] Limited liability company managed by its members
[ ] Limited liability company managed by one or more managers

The individuals signing this Certificate certify to JPMorgan Chase Bank, N.A. (the "Bank") as follows:
- the Organization is a limited liability company, duly organized under the laws of the state of organization listed above;
- the individuals signing this Certificate are, or are authorized representatives of, all of the members (if managed by its members) ("Members") or managers (if managed by managers) ("Managers") of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**

Any of the people listed below ("Authorized Persons"), acting alone, may:
- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's deposit accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements & other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**

Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| JORDAN REYNA | Signer | |
| JEFFREY MICHAEL BISHOP | Signer | |
| JASON P BOND | Signer | |
| | | |
| | | |
| | | |
| | | |
| | | |

**SIGNER(S) TO BE ADDED LATER**

**Facsimile Signature Authorization**

The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**

Each Member or Manager, as applicable, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.

FOR THE PRECEDING PURPOSES, each of the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____  [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**

_The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 Instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct._

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

M1207-04-CS  (5/14 v2)      JPMorgan Chase Bank, N.A. Member FDIC   Page 1 of 2   

**Scanned with CamScanner**

**Attachment EEEE**   **PX 27, 2486**





**CHASE** ⬡



**BUSINESS DEPOSITORY CERTIFICATE**
(Limited Liability Company)

ACCOUNT NO. ▮

*Note: For a disregarded entity, if the owner is not signing below, he, she or it must submit IRS Form W-9 or the appropriate Form W-8.*
*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

SHERWOOD VENTURES, LLC BY JEFFREY MICHAEL BISHOP, ~~AUTHORIZING~~ REPRESENTATIVE        9/18/19
Member or Manager                                                                    Date
Printed Name: SHERWOOD VENTURES, LLC by JEFFREY MICHAEL BISHOP, Authorizing Representative

MFA HOLDINGS CORP by ALLAN J MARSHALL, Authorizing Representative        9/18/19
Member or Manager                                                        Date
Printed Name: MFA HOLDINGS CORP by ALLAN J MARSHALL, Authorizing Representative

Jason Bond, LLC by Jason Bond, Authorizing Representative        9/18/19
Member or Manager                                                Date
Printed Name: JASON BOND, LLC by JASON P BOND, Authorizing Representative

Member or Manager                                                Date
Printed Name

Member or Manager                                                Date
Printed Name

Member or Manager                                                Date
Printed Name:

Member or Manager                                                Date
Printed Name:

Member or Manager                                                Date
Printed Name:

(Attach additional pages if necessary to reflect all Members or Managers)

DISTRIBUTION: 1) National Account Services 2) Customer
JPMorgan Chase Bank, N.A. Member FDIC

M1207-04-C5 (5/14 v2)                                            Page 2 of 2

Scanned with CamScanner

**Attachment EEEE**   **PX 27, 2487**

  

**BUSINESS DEPOSITORY CERTIFICATE (Limited Liability Company)**  CHASE ⬡

___X___ NEW _____ CHANGE

| ACCOUNT NO. | BANK NAME/NUMBER |
|---|---|
| | JPMorgan Chase Bank, N.A. ( 021 ) |
| ACCOUNT TITLE | BRANCH NAME AND NO. |
| RAGINGBULL.COM, LLC | PLANTATION - 741767 |
| | |
| | DATE |
| BUSINESS ADDRESS | 09/13/2019 |
| 18 SACKETT RD | PREPARED BY |
| LEE, NH 03861-6616 | CORNELL R SINGLETON |
| United States/US Territories | PHONE NO. |
| | (844) 249-3709 |
| TAXPAYER ID NO. | PRODUCT TYPE |
| | Chase Business Premier Savings |

Legal Name of Organization: RAGINGBULL.COM, LLC

State of Organization: DE _____                                                  (the "Organization")

Type of Organization (check one):
[X] Limited liability company managed by its members
[ ] Limited liability company managed by one or more managers

The individuals signing this Certificate certify to JPMorgan Chase Bank, N.A. (the "Bank") as follows:
- the Organization is a limited liability company, duly organized under the laws of the state of organization listed above;
- the individuals signing this Certificate are, or are authorized representatives, of, all of the members (if managed by its members) ("Members") or managers (if managed by managers) ("Managers") of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
Any of the people listed below ("Authorized Persons"), acting alone, may:
- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements & other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**
Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| JORDAN REYNA | Signer | |
| JEFFREY MICHAEL BISHOP | Signer | |
| JASON P BOND | Signer | |
| | | |
| | | |
| | | |
| | | |

**SIGNER(S) TO BE ADDED LATER**

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization is be solely responsible for any check bearing a similar signature.

**Further Authorizations**
*Each Member or Manager, as applicable, acting alone, is authorized to certify to the Bank the name, title, specimens signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.*

FOR THE PRECEDING PURPOSES, each of the undersigned has signed his/her name(s) on the date indicated above.
Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**
*The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.*

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

M1207-04-CS (5/14 v2)                              JPMorgan Chase Bank, N.A. Member FDIC                                Page 1 of 2

                                                                                                    

**Attachment EEEE**      **PX 27, 2488**

  

**BUSINESS DEPOSITORY CERTIFICATE**
(Limited Liability Company)

**CHASE** ◆

ACCOUNT NO. ▮▮▮▮

*Note: For a disregarded entity, if the owner is not signing below, he, she or it must submit IRS Form W-9 or the appropriate Form W-8*
*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

AUTHORIZING
SHERWOOD VENTURES, LLC BY JEFFREY MICHAEL BISHOP REPRESENTATIVE   9/18/19
Member or Manager                                                      Date
Printed Name:  SHERWOOD VENTURES, LLC by JEFFREY MICHAEL BISHOP, Authorizing Representative

Representative
MFA HOLDINGS CORP by ALLAN J MARSHALL, Authorizing   9/18/19
Member or Manager                                       Date
Printed Name:  MFA HOLDINGS CORP by ALLAN J MARSHALL, Authorizing Representative

Jason Bond, LLC by Jason Bond, Authorizing Representative   9/18/19
Member or Manager                                                Date
Printed Name:  JASON BOND, LLC by JASON P BOND, Authorizing Representative

Member or Manager                                                Date
Printed Name:

Member or Manager                                                Date
Printed Name:

Member or Manager                                                Date
Printed Name:

Member or Manager                                                Date
Printed Name:

Member or Manager                                                Date
Printed Name:

(Attach additional pages if necessary to reflect all Members or Managers)

DISTRIBUTION: 1) National Account Services 2) Customer
JPMorgan Chase Bank, N.A. Member FDIC

M1207-04-CS  (5/14 v2)                                          Page 2 of 2   

**Attachment EEEE**   **PX 27, 2489**

  

**CHASE** ⬡

## BUSINESS DEPOSITORY CERTIFICATE (Limited Liability Company)

_X_ NEW ___ CHANGE

ACCOUNT NO.

ACCOUNT TITLE
SHERWOOD VENTURES, LLC

BUSINESS ADDRESS
16 SACKETT RD
LEE, NH 03861
United States/US Territories

TAXPAYER ID NO.

PRODUCT TYPE
Chase Business Premier Savings

BANK NAME/NUMBER
JPMorgan Chase Bank, N.A. ( 021 )

BRANCH NAME AND NO.
PLANTATION - 741767

DATE
06/28/2019

PREPARED BY
CORNELL R SINGLETON

PHONE NO.
(844) 249-3709

(the "Organization")

Legal Name of Organization: SHERWOOD VENTURES, LLC

State of Organization: TX

Type of Organization (check one):
[X] Limited liability company managed by its members
[ ] Limited liability company managed by one or more managers

The individuals signing this Certificate certify to JPMorgan Chase Bank, N.A. (the "Bank") as follows:
- the Organization is a limited liability company, duly organized under the laws of the state of organization listed above;
- the individuals signing this Certificate are, or are authorized representatives of, all of the members (if managed by its members) ("Members") or managers (if managed by managers) ("Managers") of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
Any of the people listed below ("Authorized Persons"), acting alone, may:
- Open or close one or more accounts with the Bank at any time, subject to this Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements & other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**
Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signature |
|---|---|---|
| JEFFREY MICHAEL BISHOP | Member | |
| | | |
| | | |
| | | |
| | | |
| | | |

SIGNER(S) TO BE ADDED LATER

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
Each Member or Manager, as applicable, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.
FOR THE PRECEDING PURPOSES, each of the undersigned has signed his/her name(s) on the date indicated above.
Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**
The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

M1507-04-CS (8/14 v2)                JPMorgan Chase Bank, N.A. Member FDIC                Page 1 of 2

Attachment EEEE          **PX 27, 2490**



**BUSINESS DEPOSITORY CERTIFICATE**
(Limited Liability Company)

**CHASE**

ACCOUNT NO.

Note: For a disregarded entity, if the owner is not signing below, he, she or it must submit IRS Form W-9  or the appropriate Form W-8.
The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Member or Manager
Printed Name: JEFFREY MICHAEL BISHOP
Date  7/5/19

Member or Manager
Printed Name:
Date

Member or Manager
Printed Name:
Date

Member or Manager
Printed Name:
Date

Member or Manager
Printed Name:
Date

Member or Manager
Printed Name:
Date

Member or Manager
Printed Name:
Date

Member or Manager
Printed Name:
Date

(Attach additional pages if necessary to reflect all Members or Managers)

DISTRIBUTION: 1) National Account Services 2) Customer

JPMorgan Chase Bank, N.A. Member FDIC

M1257-04-CS  (5/14 v2)

Page 2 of 2

Attachment EEEE        **PX 27, 2491**

CHASE ◯

**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR")
SHERWOOD (VENTURES), LLC

ACCOUNT NUMBER
ACCOUNT TYPE          Chase Business Premier Savings
TAXPAYER ID NUMBER    05/29/2019
DATE OPENED
FORM OF BUSINESS      Limited Liability Company - Member Managed (LLC)
ISSUED BY             JPMorgan Chase Bank, N.A. ( 121 )
                      PLANTATION - 741700*
                      CORNELL H SINGLETON
                      (844) 494-8709
                      06/29/2019

BUSINESS ADDRESS
15 SHACKETT RD
UEE, NH 03851
United States/US Territories

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | 06/23/2014 | TX | 7/28/2010 | |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signature appearing below is the genuine signature of the person(s) authorized to transact business and (ii) if necessary, adopts or ratifies, where necessary, have been taken to authorize the carried person(s) to do so. The Bank is preferred to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which includes all provisions that apply to the deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| JEFFREY MICHAEL BISHOP | | Member | 7-5-19 | |

M33337-02-43 (REV 12/14-01)

Attachment EEEE     PX 27, 2492

  

**BUSINESS DEPOSITORY CERTIFICATE (Corporation)**                                        **CHASE ◯**

___X___ NEW   _____CHANGE

ACCOUNT NO.

ACCOUNT TITLE
WINSTON CORP.

BUSINESS ADDRESS
848 ALANDELE AVE

LOS ANGELES, CA 90036-4641
TAXPAYER ID NO.                                    PRODUCT TYPE
                                                   Chase Total Business Checking

| | |
|---|---|
| BANK NAME/NUMBER | JPMorgan Chase Bank, N.A ( 703 ) |
| BRANCH NAME AND NO. | Pacific Palisades - 741158 |
| DATE | 09/30/2016 |
| PREPARED BY | MONTASIR JAHAN |
| PHONE NO. | (310) 230-0410 |

Legal Name of Organization:   WINSTON CORP.                                                                    (the "Organization")

State of Organization: ___CA___

The individual(s) signing this Certificate hereby certifies to JPMorgan Chase Bank, N.A., (the "Bank") as follows:

- the Organization is a corporation of the type identified above, duly organized under the laws of the state of organization listed above;
- the individual signing this Certificate is the Secretary, Assistant Secretary, Acting Secretary, or President, as listed below, of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**

Any of the people listed below ("Authorized Persons"), acting alone, may:

- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements and other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**

Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| KYLE W DENNIS | President | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SIGNER(S) TO BE ADDED LATER

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
The Secretary, Assistant Secretary, Acting Secretary or President of the Organization, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.

FOR THE PRECEDING PURPOSES, the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____  [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**
The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because; (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Signature: _____                                      Date: 09/30/2016

Title:   President

Printed Name:   KYLE W DENNIS

DISTRIBUTION: 1) National Account Services 2) Customer       JPMorgan Chase Bank, N.A. Member FDIC   

Page 1 of 2                                      M1 207-03-CS (03/16)

SB1153947-F1                                                                                14

Attachment EEEE        PX 27, 2493

  

**BUSINESS DEPOSITORY CERTIFICATE (Corporation)**   CHASE ○

ACCOUNT NO. ▉

| Signature: | Date: |
| Title: | |
| Printed Name: | |

| Signature: | Date: |
| Title: | |
| Printed Name: | |

| Signature: | Date: |
| Title: | |
| Printed Name: | |

| Signature: | Date: |
| Title: | |
| Printed Name: | |

| Signature: | Date: |
| Title: | |
| Printed Name: | |

| Signature: | Date: |
| Title: | |
| Printed Name: | |

| Signature: | Date: |
| Title: | |
| Printed Name: | |

| Signature: | Date: |
| Title: | |
| Printed Name: | |

**DISTRIBUTION: 1)** National Account Services 2) Customer

JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2

M1 207-03-CS (03/16)

 

**Attachment EEEE**   **PX 27, 2494**

**CHASE** ◉

**Business Signature Card**

**ACCOUNT TITLE ("DEPOSITOR")**
WINSTON CORP.

**ACCOUNT NUMBER** ▮▮▮▮
**ACCOUNT TYPE** Chase Total Business Checking
**TAXPAYER ID NUMBER**
**DATE OPENED** 09/30/2016
**FORM OF BUSINESS** S-Corporation
**ISSUED BY** JPMorgan Chase Bank, N.A ( 703 )
Pacific Palisades - 741155
MONTASIR JAHAN
(310) 230-0410
09/30/2016

**BUSINESS ADDRESS**
848 ALANDELE AVE

LOS ANGELES, CA 90036-4641

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | | | | |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | KYLE W DENNIS | ▮▮▮▮ | ▮▮▮▮ | President | 9/30/16 | ✗ |
| 2) | | | | | | |
| 3) | | | | | | |
| 4) | | | | | | |

Page 1 of 1

M1207-01-13-CS (3/14 v3)

**Attachment EEEE          PX 27, 2495**

## CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to 28 U.S.C. § 1746

1.  I, *Nicole Santana*, have personal knowledge of the facts set forth below and am competent to testify as follows:

2.  I have authority to certify the authenticity of the records produced by SunTrust Bank (the "Company") and attached hereto.

3.  The documents produced and attached hereto by the Company are originals or true copies of records of regularly conducted activity that:

    a)  Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    b)  Were kept in the course of the regularly conducted activity of the Company; and

    c)  Were made by the regularly conducted activity as a regular practice of the Company.

I certify under penalty of perjury that the foregoing is true and correct.

Date: 09/15/2020

Signature

## CERTIFICATION OF COMPLIANCE
### Pursuant to 28 U.S.C. § 1746

I, _Nicole Santana_, certify the following with respect to the Federal Trade Commission's ("FTC") Civil Investigative Demand directed to SunTrust Bank (the "Company") (FTC File No. 2023073) (the "CID"):

1.    The Company has identified all documents, information, and/or tangible things ("responsive information") in the Company's possession, custody, or control responsive to the CID and either:

   (a) provided such responsive information to the FTC; or

   (b) for any responsive information not provided, given the FTC written objections

      setting forth the basis for withholding the responsive information.

2.    I verify that the responses to the CID are complete and true and correct to my knowledge.


I certify under penalty of perjury that the foregoing is true and correct.


Date: _09/15/2020_

_____
Signature

_Nicole Santana_
Printed Name

_Operation Analyst_
Title

## Form of Certificate of Compliance*

I/We do certify that all of the documents, information and tangible things required by the attached Civil Investigative Demand which are in the possession, custody, control, or knowledge of the person to whom the demand is directed have been submitted to a custodian named herein.

If a document or tangible thing responsive to this Civil Investigative Demand has not been submitted, the objections to its submission and the reasons for the objection have been stated.

If an interrogatory or a portion of the request has not been fully answered or a portion of the report has not been completed, the objections to its submission and the reasons for the objections have been stated.

Signature

Title Operation Analyst

Nicole Santana

Sworn to before me this day

September 15, 2020

Notary Public

Nilsa Hernandez

NILSA HERNANDEZ
Notary Public - State of Florida
Commission # GG 272618
My Comm. Expires Nov 27, 2022
Bonded through National Notary Assn.

*In the event that more than one person is responsible for complying with this demand, the certificate shall identify the documents for which each certifying individual was responsible.  In place of a sworn statement, the above certificate of compliance may be supported by an unsworn declaration as provided for by 28 U.S.C. § 1746.

**Attachment FFFF**      **PX 27, 2498**

(Page 1 of 1)

 **SUNTRUST**

**Personal Account Signature Card**

| Region Number | Account Number |
|---|---|
| 053 | ██████████ |

**Account Title**
KYLE DENNIS

**Authorized Signer(s)**

| Verification/Tax ID Number | | Principal Signature |
|---|---|---|
| 1. ██████ / KYLE DENNIS | | *[signature]* |
| 2. / | | |
| 3. / | | |
| 4. / | | |
| 5. / | | |

| Date Opened 10/10/2017 | Date Revised | Reason |
|---|---|---|
| Cost Center Number 1000520 | Officer Number 00018771 | ID |
| Home Phone Number | Work Phone Number | Prepared By Lacie Thacker |

| Maintenance Type | Exemption from FATCA reporting code (if any) |
|---|---|
| ☐ New  ☐ Replacement  ☐ Change | ☒ N/A |

**SunTrust Bank ( Bank )**

It is agreed that all transactions between the Bank and the above signed shall be governed by the rules and regulations for this account and the above signed hereby acknowledge(s) receipt of such rules and regulations and the funds availability policy. The above signed also acknowledge(s) the funds availability policy has been explained.

A SunTrust ATM Card or Check Card ("Card") may be requested by one or more of the above signed depositors, if applicable, for the purpose of initiating electronic funds transfers. Upon use of Card by one or more of the depositors, the depositor(s) hereby agree(s) to be bound by the terms and conditions set forth in the Bank's Rules and Regulations for Deposit Accounts.

**Certification**   Under penalties of perjury, I   KYLE DENNIS   certify that:

1.  _____ is my correct taxpayer identification number (or I am waiting for a number to be issued to me), **and**
2.  I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, **and**
3.  I am a U.S. citizen or other U.S. person (defined in the instructions), **and**
4.  The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

Signature of
U.S. Person _____   Date 10/7/17

**For residents of Arkansas, Maryland, North Carolina, Virginia, and Washington D.C. only**

**Selection of Type of Survivorship.** Joint accounts can be either with or without survivorship. "With Survivorship" means that if one owner dies, the surviving owner(s) become the sole owner of the account. "Without Survivorship" means that if one owner dies, the surviving owner and the decedent's estate own the account. Refer to the Rules and Regulations for Deposit Accounts for additional information.

Choose One.  ☐ With Survivorship    ☐ Without Survivorship

Signature _____   Signature _____

- Locations with DCOR scanning software submit with cover sheet via local scanner
- Locations without DCOR scanning software send to Output Review, FL-Orlando-7021

*FATCA= Foreign Account Tax Compliance Act    This card not to be used for any client other than an individual.

630307 (11/15) CLP (04/16)
SunTrust Corporate Forms

**SCARD**

(Page 1 of 1)



**Business Account Signature Card**

| Region Number | Account Number | |
|---|---|---|
| 053 | ███████ | |

**Account Title**

WINSTON RESEARCH INCORPORATED

| Organization Type | Tax ID Number |
|---|---|
| Corporation | ███████ |

**Authorized Signature(s)**

| Name/Title | | Signature |
|---|---|---|
| 1. Kyle Dennis | Owner | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

| Date Opened | Date Revised | Reason |
|---|---|---|
| 10/10/2017 | | |

| Cost Center Number | Officer Number | ID |
|---|---|---|
| 1000520 | 00018771 | |

| Work Phone Number | Prepared By | Maintenance Type |
|---|---|---|
| | Lacie Thacker | ☐ New   ☐ Replacement   ☐ Change |

**SunTrust Bank ("Bank")**

It is agreed that all transactions between the Bank and the entity listed in the above Account Title ("Depositor") shall be governed by the rules and regulations for this account and the above signed as the authorized agent(s) of the Depositor hereby acknowledge(s) receipt of such rules and regulations and the funds availability policy. The Depositor also acknowledges the funds availability policy has been explained.

**Check appropriate box for federal tax classification; check only one of the following seven boxes:**

☐ Individual/sole proprietor or single-member LLC ☐ C Corporation ☐ S Corporation ☐ Partnership ☐ Trust/Estate

☐ Limited liability company

    Enter the tax classification (C=C corporation, S=S corporation, P=partnership) _____ **Note.** For a single-member LLC that is disregarded, do not check LLC; check the appropriate box in the line above for the tax classification of the single-member owner.

☐ Other (see instructions) _____

**Exemptions: See instructions**    Exempt payee code (if any) _____    Exemption from FATCA reporting code (if any)  ☒ N/A
    *(Applies to accounts maintained outside the U.S.)*

**Certification—Under penalties of perjury, I, as authorized agent of the Depositor certify that:**

1.   ███████   is the correct taxpayer identification number for the Depositor (or the Depositor is waiting for a number to be issued); and

2. The Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding; and

3. The Depositor is a U.S. citizen or other U.S. person (defined in the instructions); and

4. The FATCA code(s) entered on this form (if any) indicating that the Depositor is exempt from FATCA reporting is correct.

**Certification Instructions.** You must cross out item 2 above if the depositor has been notified by the IRS that the depositor is currently subject to backup withholding because the depositor has failed to report all interest and dividends on the depositor's tax return.

Signature of U.S. Person _____    Date  10/7/17

- Locations with DCOR scanning software submit with cover sheet via local scanner
- Locations without DCOR scanning software send to Output Review, FL-Orlando-7021
- *FATCA= Foreign Account Tax Compliance Act

**Attachment FFFF**    **PX 27, 2500**

(Page 1 of 3)



**Deposit Account Resolution and Authorization for Business Entities ("DARA")**

I. **Business Entity Information**

| Name | Business Type |
|---|---|
| WINSTON RESEARCH INCORPORATED | Corporation |

| Governed By | Taxpayer ID Number | Date Resolution and Authorization Adopted |
|---|---|---|
| | ██████ | 10/07/2017 |

This DARA shall apply to *ALL* deposit account(s) (hereinafter "Account") currently open with the Bank or opened in the future in the name of the Business Entity. **This DARA supersedes and replaces any DARA, banking resolution, or other document for the Business Entity whose name appears in the name box above in this Section I and which addresses or deals with any of the types of banking authorities specified in Section II herein, for ALL of Business Entity's Accounts. The Authorized Signers listed in Section III will have full authority on ALL of the Business Entity's Accounts, even if they did not have such authority under previous documentation on file with the Bank.**

The person acting in the capacity of the Corporate Secretary or custodian of records of the Business Entity signing in Section VIII below certifies to SunTrust Bank ("Bank") that the above named Business Entity is organized under the laws of the _____State of_____ of _____Delaware_____ and is registered in the manner prescribed by applicable law and is currently in compliance with all requirements relating to its organization and continued existence.

This DARA shall remain in full force and effect until it is rescinded, modified or replaced in writing in a form acceptable to the Bank and the Bank has had a reasonable time to act on said change. Receipt of such notice shall not affect any action taken by Bank prior thereto. The Bank shall be held harmless for honoring the instructions of any individual authorized in this DARA, or refusing to honor instructions, if the Bank questions the authority of the person giving those instructions.

II. **Authority to sign, act, give instructions, access information, use Bank's services, perform transactions, enter into agreements and delegate authority on behalf of Business Entity.** Resolved, **First,** that Bank is designated a depository for the Business Entity; **Second,** that each individual named in Section III below is authorized individually on behalf of Business Entity to: a) give instructions to the Bank, b) access information, c) request use of and use any of the Bank's services upon execution of Bank documentation related to such services, d) perform transactions on behalf of Business Entity with respect to any Accounts of Business Entity upon execution of Bank documentation related to such transactions, e) enter into any of Bank's agreements related to any Account or service, and f) delegate to any other individual the authorities conferred in this section in documentation acceptable to the Bank; **Third,** that each Authorized Signer named in Section III is individually authorized to endorse for deposit any check, draft, certificates of deposit, savings certificate, item or other instrument or written order for the payment of money that is payable to the order of Business Entity, and to deposit any such items; **provided, however, an Authorized Signer shall not have any of the authorities of an Additional Signatory described in Section V unless such Authorized Signer is also listed with the additional signatories on the Business Account Signature Card for the relevant Account(s); Fourth,** that by execution and delivery of this DARA by the Corporate Secretary or other custodian of records (or by any Authorized Signer named in Section III below), the Business Entity is bound by the terms and conditions of the Bank's Rules and Regulations for Deposit Accounts, as now existing or as amended from time to time; and **Fifth,** all previous acts of or on behalf of the Business Entity that are authorized and contemplated by the above resolutions that may have been undertaken prior to the date of this DARA are hereby approved and ratified.

III. **Authorized Signers Contemplated by Section II.**

The full name, title, and signature of each person authorized by Section II are listed immediately below. If an Authorized Signer listed in Section III is an entity (e.g., a corporation, LLC, or partnership), the name of that entity must be entered in the column headed "Name", the applicable title of the entity showing the relationship to the entity named in Section I (e.g. Owner, General Partner, Member or Manager) must be entered in the column headed "Title", the name of the individual signing on behalf of that entity and individual's title or position must be entered in the column headed "Signature", and the individual must sign directly underneath his/her name and title. Where an entity is listed in Section III, the individual signing on behalf of that entity must provide a document (such as an incumbency certificate or current organizational document from that entity) reflecting the individual's current authority to sign on behalf of the entity. ALL INDIVIDUALS from the entity listed in Section III who are expected to be Authorized Signers for the entity named in Section I of this DARA must be listed in and sign Section III of this DARA.

| Name | Title | Signature |
|---|---|---|
| KYLE DENNIS | Owner | _(signature)_ |
| | | |
| | | |

Employee Name: Lacie Thacker          Account Number: ██████

316617 (09/17)
SunTrust Corporate Forms

DRES
Page 1 of 3

**Attachment FFFF**          **PX 27, 2501**

(Page 2 of 3)

| Name | Title | Signature |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

IV. Facsimile Signatures. *Complete this section only if machine or facsimile stamped signatures are to be used on items.* Resolved, that Bank is authorized to honor any check, draft, item or other written order on any Account of the Business Entity when bearing or purporting to bear the authorized machine or facsimile signature of any one of the above named Section III Authorized Signers whose signature is reproduced below, **if such Authorized Signer's name is also listed with the additional signatories on the Business Account Signature Card for such Account.** The Business Entity shall hold the Bank harmless for honoring the facsimile signature of any such Authorized Signer whose name and facsimile signature is shown below, or for Bank's refusal to honor any facsimile signature not shown below.

**Name of Authorized Signer Listed in Section III**          **Machine/Facsimile Stamped Signature of Authorized Signer**

_____          _____

_____          _____

V. **Additional Signatories on Business Entity's Accounts.** Resolved, that certain individual(s) may be authorized to have limited authority to do **only the following things:** access information, sign any check, draft, or other written order for the payment of funds from an Account, or initiate a funds transfer payable by Business Entity from an Account by executing Bank's Funds Transfer Authorization form. Such authorities shall be Account specific and such individual's name and signature must appear on the Business Account Signature Card for each Account on which the individual is intended to be so authorized. **The tax classification and certification section at the bottom of each Business Account Signature Card must be executed by one of the Authorized Signers named in Section III above.** Refer to the Business Account Signature Card(s) of the Account(s) for signatures of the **Additional Signatories.**

VI. **Qualification Certification for Public Fund Organization, Political Organization, Homeowners and Condominium Owners Association or Corporation Not Operated for Profit to maintain a NOW account.**

Mark this section with an "X" <u>only</u> if Business Entity is eligible to maintain a NOW account.
☐ The individual acting in the capacity of Corporate Secretary or custodian of records of the Business Entity further certifies that the above named Business Entity is eligible to earn interest on a checking account (referred to as a Negotiable Order of Withdrawal or NOW Account) in compliance with Regulation D of the Federal Reserve Act (12CFR 204) as a Public Fund or a Non-Profit Organization that is operated primarily for Religious, Philanthropic, Charitable, Educational, Political or other similar purposes under one of the following sections: <u>Organization</u> – Section 501 (C) (3) through (13), and (19) of the Internal Revenue Code (26 USC (IRC 1954) 501 (C) (3) through (13) and (19). <u>Political Organization</u> – Section 527 of the Internal Revenue Code (26 USC (IRC 1954) 527). <u>Homeowners and Condominium Owners Associations</u> – Section 528 of the Internal Revenue Code (26 USC (IRC 1954) 528).

VII. **Power to Act.** The individual acting in the capacity of Corporate Secretary or custodian of records of the Business Entity who executes Section VIII below certifies that this DARA is not in conflict with the provisions of the Business Entity's organizational documents, which include its charter, bylaws, resolutions, operating agreements, partnership agreements, shareholders' agreements or similar agreements by which the Business Entity or the undersigned party may be bound, and that this DARA does not violate the provisions of any of such organizational documents.

VIII. **Certification.** I, the individual signing in this Section VIII, acting in the capacity of the Corporate Secretary or custodian of records of the Business Entity for purposes of such signature in this Section VIII, hereby certify to the Bank that the authorization of each individual whose name appears in Section III above is in full force and effect and has not been amended or rescinded and that the above resolutions are not inconsistent with any other resolutions or governance documents of such Business Entity.

In witness whereof, acting in my capacity as the Corporate Secretary or custodian of records of Business Entity, I have hereunto subscribed my name and affixed the seal of the Business Entity this  07th  of  October  ' 2017

(Affix Seal here, if available)

_____
**Authorized Signature**

_____
**Name of person acting in capacity of Secretary, Assistant Secretary or other custodian of records, as designated in the Business Entity's organizational documents**

Employee Name  | Lacie Thacker |          Account Number  | ▬▬▬▬▬ |

**DRES**
Page 2 of 3

(Page 3 of 3)

IX. Inclusion and Certification Requirements and Instructions.

**Corporations, Limited Liability Companies, Public Entities, Partnerships, Sole Proprietors, Unincorporated Organizations, Associations and other business entity types:**

Each individual from the Business Entity who is expected to have the powers specified in Section II must be named in Section III if the Board of Directors or other governance body of the Business Entity intends such individual to be authorized to perform the functions specified in Section II.

Such individuals can include the President and other corporate officers such as the Treasurer, the Chief Financial Officer, and the Controller of the Business Entity, or any other individual that the entity wishes to designate.

Any of the individuals listed in Section III can execute the DARA under Section VIII if necessary, but only if the entity named in Section I has no employee who has been designated as its Corporate Secretary or custodian of records.

**Note:** *This document will be returned to the Branch or other sending location if the signature block in Section VIII is not properly completed.*

Bank Use Only

| Bank Number | Cost Center Number | Cost Center Name | |
|---|---|---|---|
| 0175 | 1000520 | KINGSPORT FINANCIAL CENTER | |
| Prepared By | | Phone Number | Date |
| Lacie Thacker | | (423)765-4655 | 10/10/2017 |
| Verification Method | | | |

| | | | |
|---|---|---|---|
| Employee Name | Lacie Thacker | Account Number | ████████ |

- Locations with DCOR scanning software submit with cover sheet via local scanner
- Locations without DCOR scanning software send to Output Review, FL-Orlando-7021

Attachment FFFF         PX 27, 2503

Page 1 of 1



**Personal Account Signature Card**

| Region Number | Account Number |
|---|---|
| 053 | ▓▓▓▓▓ |

**Account Title**
KYLE DENNIS

**Authorized Signature(s)**

| | Verification/Tax ID Number | Principal Signature |
|---|---|---|
| 1. | ▓▓▓ / KYLE DENNIS | *[signature]* |
| 2. | / | |
| 3. | / | |
| 4. | / | |
| 5. | / | |

| Date Opened | Date Revised | Reason |
|---|---|---|
| 11/05/2018 | | |

| Cost Center Number | Officer Number | ID |
|---|---|---|
| 1000520 | 00018771 | |

| Home Phone Number | Work Phone Number | Prepared By |
|---|---|---|
| | | Rhonda Hunley |

| Maintenance Type | Exemption from FATCA* reporting code (if any) |
|---|---|
| ☐ New   ☐ Replacement   ☐ Change | ☒ N/A |

**SunTrust Bank ( Bank )**

It is agreed that all transactions between the Bank and the above signed shall be governed by the rules and regulations for this account and the above signed hereby acknowledge(s) receipt of such rules and regulations and the funds availability policy. The above signed also acknowledge(s) the funds availability policy has been explained.

A SunTrust ATM Card or Check Card ("Card") may be requested by one or more of the above signed depositors, if applicable, for the purpose of initiating electronic funds transfers. Upon use of Card by one or more of the depositors, the depositor(s) hereby agree(s) to be bound by the terms and conditions set forth in the Bank's Rules and Regulations for Deposit Accounts.

**Certification   Under penalties of perjury, I** KYLE DENNIS _____ **certify that:**

1. ▓▓▓▓▓ is my correct taxpayer identification number (or I am waiting for a number to be issued to me), **and**
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, **and**
3. I am a U.S. citizen or other U.S. person (defined in the instructions), **and**
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

Signature of
U.S. Person   *[signature]* _____   Date   11/3/18 _____

**For residents of Arkansas, Maryland, North Carolina, Virginia, and Washington D.C. only**

**Selection of Type of Survivorship.** Joint accounts can be either with or without survivorship. "With Survivorship" means that if one owner dies, the surviving owner(s) become the sole owner of the account. "Without Survivorship" means that if one owner dies, the surviving owner and the decedent's estate own the account. Refer to the Rules and Regulations for Deposit Accounts for additional information.

Choose One.   ☐ With Survivorship   ☐ Without Survivorship

Signature _____   Signature _____

- Locations with DCOR scanning software submit with cover sheet via local scanner
- Locations without DCOR scanning software send to Output Review, FL-Orlando-7021

*FATCA= Foreign Account Tax Compliance Act   This card not to be used for any client other than an individual.

630367 (11/15) CLP (04/16)
SunTrust Corporate Forms

**SCARD**

**Run Date:** 24-Aug-20          <u>Transaction Detail Report</u>                                **Page:** 1
**Run Time:** 10:22 AM                                                                 **User Name:** TRAIL

**BNK:** 175    **SND DATE:** 171229          **VAL:** 171229          **TRN:** 171229-00023727
**AMT:** $360,402.76                          **CUR:** USD            **FOR AMT:** 360,402.76
**SRC:** FED    **ADV:** LTR    **TYP:** FTR   **LOC:**               **CHECK NUM:**

**DBT:** A/█████                              **CDT:** D█████
**ACC:** G█████               **ON FILE:** Y  **ACC:** D█████                       **ON FILE:** N
**DEPT:** 175                 **CTRY:**       **DEPT:** 175                          **CTRY:**
BANK OF AMERICA, NA NY                        WINSTON RESEARCH INCORPORATED █████
NEW YORK
NY                                           KINGSPORT TN ███████

**SEND:**                                     **BNF:** /1000211449516                **BK:** N
**SNDR REF NUM:** █████████                   WINSTON RESEARCH, INCORPORATED
                                             ████████████████████ █████
**ORIG BNK:** S/BOFAUS3N                       KINGSPORT, TN, ██████
BANK OF AMERICA, N.A.
**REF NUM:**                                   **ORIG TO BNF INFO:**
                                             KYLEDEC 2017 COMMISSION
**ORIG:** ███████████
RAGINGBULL.COM LLC
62 CALEF HWY 233
LEE NH 03861-6701
**REF NUM:** 219924074

**Attachment FFFF**          **PX 27, 2505**

**Run Date:** 24-Aug-20  
**Run Time:** 10:25 AM

<u>Transaction Detail Report</u>

**Page:** 1  
**User Name:** TRAIL

| | | | |
|---|---|---|---|
| **BNK:** 175   **SND DATE:** 181214 | | **VAL:** 181214 | **TRN:** 181214-00018668 |
| **AMT:** $374,527.01 | | **CUR:** USD | **FOR AMT:** 374,527.01 |
| **SRC:** FED   **ADV:** LTR   **TYP:** FTR | | **LOC:** | **CHECK NUM:** |

**DBT:** A▮  
**ACC:** G▮  **ON FILE:** Y  
**DEPT:** 175  **CTRY:**  
BANK OF AMERICA, NA NY  
NEW YORK  
NY

**SEND:** S/BOFAUS3N  
BANK OF AMERICA, N.A.  
**SNDR REF NUM:** ▮

**ORIG BNK:**  
BANK OF AMERICA/NHX  
**REF NUM:**

**ORIG:** ▮  
RAGINGBULL.COM LLC  
62 CALEF HWY 233  
LEE, NH       03861-6701  
**REF NUM:**

**CDT:** D▮  
**ACC:** D▮  **ON FILE:** N  
**DEPT:** 175  **CTRY:**  
WINSTON RESEARCH INCORPORATED  
▮  
KINGSPORT TN ▮

**BNF:** /1000211449516  **BK:** N  
WINSTON CORPORATION  
▮  
KINGSPORT TN ▮

**ORIG TO BNF INFO:**  
RB NOVEMBER 2018 DISTRIBUTION

**Attachment FFFF**   **PX 27, 2506**

| | | |
|---|---|---|
| **Run Date:** 24-Aug-20 | **Transaction Detail Report** | **Page:** 1 |
| **Run Time:** 10:25 AM | | **User Name:** TRAIL |

**BNK:** 175    **SND DATE:** 181214          **VAL:** 181214          **TRN:** 181214-00017670
**AMT:** $106,760.61                          **CUR:** USD            **FOR AMT:** 106,760.61
**SRC:** FED    **ADV:** LTR    **TYP:** FTR    **LOC:**              **CHECK NUM:**

---

**DBT:** A▮▮▮▮
**ACC:** G▮▮▮▮                          **ON FILE:** Y
**DEPT:** 175                            **CTRY:**
BANK OF AMERICA, NA NY
NEW YORK
NY

**SEND:**
**SNDR REF NUM:** ▮▮▮▮

**ORIG BNK:** S/BOFAUS3N
BANK OF AMERICA, N.A.
**REF NUM:**

**ORIG:** ▮▮▮▮
RAGINGBULL.COM LLC
62 CALEF HWY 233
LEE, NH          03861-6701
**REF NUM:** 249867838

**CDT:** D▮▮▮▮
**ACC:** D▮▮▮▮                          **ON FILE:** N
**DEPT:** 175                            **CTRY:**
WINSTON RESEARCH INCORPORATED ▮▮▮

KINGSPORT TN ▮▮▮

**BNF:** /1000211449516                  **BK:** N
WINSTON RESEARCH, INCORPORATED ▮▮▮

KINGSPORT, TN, ▮▮▮

**ORIG TO BNF INFO:**
KYLE DENNIS OCT 2018 DISTRIBUTION

**Run Date:** 24-Aug-20                    <u>Transaction Detail Report</u>                    **Page:** 1
**Run Time:** 10:25 AM                                                              **User Name:** TRAIL

**BNK:** 175    **SND DATE:** 181228            **VAL:** 181228        **TRN:** 181228-00019823
**AMT:** $623,877.72                              **CUR:** USD          **FOR AMT:** 623,877.72
**SRC:** FED     **ADV:** LTR      **TYP:** FTR   **LOC:**              **CHECK NUM:**

| | |
|---|---|
| **DBT:** A███████ | **CDT:** D/███████ |
| **ACC:** G███████          **ON FILE:** Y | **ACC:** D███████          **ON FILE:** N |
| **DEPT:** 175               **CTRY:** | **DEPT:** 175               **CTRY:** |
| BANK OF AMERICA, NA NY | WINSTON RESEARCH INCORPORATED |
| NEW YORK | ███████ |
| NY | KINGSPORT TN |
| | |
| **SEND:** S/BOFAUS3N | **BNF:** /1000211449516          **BK:** N |
| BANK OF AMERICA, N.A. | WINSTON CORPORATION |
| **SNDR REF NUM:** ███████ | ███████ |
| | KINGSPORT TN ███████ |
| **ORIG BNK:** | |
| BANK OF AMERICA/NHX | **ORIG TO BNF INFO:** |
| **REF NUM:** | DECEMBER 2018 DISTRIBUTION |
| | |
| **ORIG:** ███████ | |
| RAGINGBULL.COM LLC | |
| 62 CALEF HWY 233 | |
| LEE, NH          03861-6701 | |
| **REF NUM:** | |

**Attachment FFFF**        **PX 27, 2508**

**Run Date:** 24-Aug-20                                          **Page:** 1
**Run Time:** 10:25 AM                                           **User Name:** TRAIL

<u>**Transaction Detail Report**</u>

**BNK:** 175     **SND DATE:** 181231          **VAL:** 181231        **TRN:** 181231-00019517
**AMT:** $136,853.42                            **CUR:** USD          **FOR AMT:** 136,853.42
**SRC:** FED     **ADV:** LTR     **TYP:** FTR  **LOC:**              **CHECK NUM:**

**DBT:** A/                                      **CDT:** D
**ACC:** G                          **ON FILE:** Y  **ACC:** D                          **ON FILE:** N
**DEPT:** 175                       **CTRY:**     **DEPT:** 175                       **CTRY:**
BANK OF AMERICA, NA NY                           WINSTON RESEARCH INCORPORATED
NEW YORK
NY                                               KINGSPORT TN

**SEND:** S/BOFAUS3N                             **BNF:** /1000211449516                **BK:** N
BANK OF AMERICA, N.A.                            WINSTON CORPORATION
**SNDR REF NUM:**
                                                 KINGSPORT TN
**ORIG BNK:**
BANK OF AMERICA/NHX                              **ORIG TO BNF INFO:**
**REF NUM:**                                     DEC 2018 DISTRIBUTION THROUGH DEC
                                                 29
**ORIG:**
RAGINGBULL.COM LLC
62 CALEF HWY 233
LEE, NH          03861-6701
**REF NUM:**

**Attachment FFFF**        **PX 27, 2509**

STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

Winston, Research Inc.

Kingsport, TN

98

DATE 12/31/17

PAY TO
THE ORDER OF     Kyle Dennis                                    $ 1,225,112.41

One million two hundred twenty-five thousand one hundred twelve 41/100 DOLLARS

**SunTrust**   ACH RT 061000104

MEMO   Salary - 2017

ISN# 3431693577
Date 1/22/2018

ENDORSE HERE

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

**Attachment FFFF**   **PX 27, 2510**

STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

**WINSTON RESEARCH INCORPORATED**

B7-4/640

176

KINGSPORT, TN

Date 12/31/17

Pay to the order of _Kyle Dennis_   $50,387.59

_Fifty Thousand Three Hundred Eighty Seven and 59/100_   Dollars

**SunTrust**   ACH RT 061000104

Memo _Expense Reimbursement_

ISN# 3431691234
Date 2/5/2018

**Attachment FFFF**   **PX 27, 2511**

STSC
SUBPOENA SERVICES
FL-ORLANDO-7136



**WINSTON RESEARCH INCORPORATED**                87-4/640                     51

KINGSPORT, TN                                    Date 4/24/18

Pay to the
order of   Kyle Dennis                                            $ 700,000

Seven Hundred Thousand and ⁰⁰/₁₀₀ ———              Dollars

SUNTRUST   ACH RT 061000104

Memo Bank of America Account

Attachment FFFF

**PX 27, 2512**

STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

**WINSTON RESEARCH INCORPORATED**            87-4/640            152

KINGSPORT, TN                                    Date 5/2/18

Pay to the
order of   Skylar Kirsh LLP                              $ 5,000 —

Five Thousand Dollars and    00/100 —                        Dollars 🔒  Security Features
                                                                       Included
                                                                       Details on Back.

**SUNTRUST**   ACH RT 061000104

Memo  Retainer - Kyle Dennis

ENDORSE HERE

Deposit Only
1st Century Bank - CA, Los Angeles, CA
SKLAR KIRSH, LLP (ATTORNEY CLIENT TRUS
210060249

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
HERE AFTER MODILE OR REMOTE DEPOSIT

**Attachment FFFF**        **PX 27, 2513**

STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

**WINSTON RESEARCH INCORPORATED**

87-4/640

126

KINGSPORT, TN

Date 10/16/19

Pay to the
order of  Growe, Inc                                    $ 500,000

Five Hundred Thousand and 00/100 —                    Dollars

**SUNTRUST**   ACH RT 061000104

Memo Ats. Allan Marshall - Kyle Davis

CREDITED TO ACCOUNT OF
WITHIN NAMED PAYEE
FOR DEPOSIT ONLY
JPMorgan Chase Bank, N.A.

**Attachment FFFF**       **PX 27, 2514**

| Date | Sequence | Aux On/Us | P/C | Amount | Post Date | Post Account |
|------|----------|-----------|-----|--------|-----------|--------------|
| 12/13/2019 | 29075779 | | 0 | $18,146.89 | 12/13/2019 | ███████ |

THIS DOCUMENT CONTAINS VOID TEXT ON A BLUE BACKGROUND THAT WILL APPEAR WHEN PHOTOCOPIED

**SunTrust**

**Closing Withdrawal Ticket**
**Non-Negotiable**
**Payable to Named Depositor**

Date:              12/13/2019
Account Name:      WINSTON RESEARCH INCORPORATED
Address:           █████████████████     City, State, Zip:  KINGSPORT, TN 37660-4690
Identification:    tncl
Disposition of Funds:  cash
Amount             Eighteen Thousand One hundred Forty Six AND 89/100   Dollars

Signature:

All items are accepted subject to your SunTrust Bank's Regulations.
                   Account Number:  ██████████     Deposit Amount:  $  18,146.89

>063102152< 12/13/2019 0003560809

>063102152< 12/13/2019 0003560809

RE: **FILE NO. 2023073**

## TD Bank Records Certification

The undersigned declarant hereby declares, certifies and verifies the following:

1. The declarant is a records custodian, or other qualified person, who can provide a written declaration regarding the records of regularly conducted business activity, which are the subject of this certification;

2. The records are original or a true copy of the original records in the custody of TD Bank;

3. The records were produced at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters;

4. The records were kept in the course of a regularly conducted business activity of TD Bank; and

5. The records were produced by TD Bank as a regular practice.

*I hereby declare, certify and verify, under penalty of perjury, that the foregoing is true and correct.*

Signature of Declarant

Kristen Shaw

Research Clerk

TD BANK, NA

04/23/2020
Date of Declaration/Execution

Internal

**Attachment GGGG**      **PX 27, 2516**


**Bank**
America's Most Convenient Bank®

**GENERAL BUSINESS RESOLUTION**

⬚Corporation **✕**Limited Liability Co (LLC) ⬚Partnership ⬚Unincorporated Association ⬚Sole Proprietor

| SHERWOOD VENTURES LLC | LEE, NH ▬▬▬ |
|---|---|
| Business Name (Including DBA if Applicable) | Address |

**RESOLVED**, that the Financial Institution named above, at any one or more of its offices or branches, be and it hereby is designated as a Financial Institution of and depository for the funds of this Business, which may be withdrawn on checks, drafts, advices of debit, notes or other orders for the payment of monies (including electronic orders) bearing the signature of, or as otherwise authorized by, any one (1) of the following officers, employees, members or agents of this Business ("Agents"), whose actual signatures are shown below:

| Print Name | Signature |
|---|---|
| JEFFREY BISHOP | X _[signature]_ |
| | X |
| | X |
| | X |
| | X |
| | X |

**FURTHER RESOLVED,** that the depositor agrees to be bound by the terms of the applicable Deposit Account Agreement(s), as may be revised or amended from time to time.

**FURTHER RESOLVED,** that the Financial Institution may honor all such checks and other instruments for the payment or delivery of money or property when signed as authorized above, regardless of amount, including any payable to the Financial Institution or to any signor or other officer or employees of the corporation or to cash or bearer, and may receive the same in payment of or as security for the personal indebtedness of any signor or other officer or employee or other person to the Financial Institution or in any transaction whether or not known to be for the personal benefit of any such person, without inquiry as to the circumstances of their issue or the disposition of their proceeds, and without liability to the Financial Institution, and with obligation upon the Financial Institution to inquire whether the same be drawn or required for the corporation's business or benefit.

**FURTHER RESOLVED,** that any one (1) of such Agents is authorized to endorse all checks, drafts, notes and other items payable to or owned by this Business for deposit with the Financial Institution, or for collection or discount by the Financial Institution, and to accept drafts and other items payable at the Financial Institution.

**FURTHER RESOLVED,** that the Bank is authorized to conduct Debit Card/ATM Card transactions in accordance with Financial Institution's Visa Debit Card Application and Agreement for Businesses.

**FURTHER RESOLVED,** that the above named agents are authorized and empowered to execute such other agreements, including, but not limited to, special depository agreements and arrangements regarding the manner, conditions or purposes for which funds, checks or items of the Business may be deposited, collected, or withdrawn and to perform such other acts as they deem reasonably necessary to carry out the provisions of these resolutions.

**FURTHER RESOLVED,** that the authority hereby conferred upon the above named Agents shall be and remains in full force and effect until written notice of the revocation thereof shall have been delivered to and received by the Financial Institution at the location where an account is maintained and Financial Institution has had a reasonable period of time to act upon such notice.

**I HEREBY CERTIFY,** that the Agents, whose names and signature appear above, are hereby authorized to open and maintain a deposit account or accounts of the Business with the Financial Institution, subject to the terms and conditions in the applicable Account agreement(s), as may be amended from time to time.

**I FURTHER CERTIFY** that the persons named above occupy the positions set forth opposite their respective names and signatures; that the foregoing resolutions now stand of record on the books of the Business; that they are in full force and effect and have not been modified in any manner whatsoever.

**For Corporations**, in case the Secretary or other certifying officer is designated by the foregoing resolutions as one of the signing officers, this certificate should also be signed by a second Officer or Director of the Corporation.

| JEFFREY BISHOP | X _[signature]_ |
|---|---|
| Print Name | Signature |
| PRESIDENT | 12/12/2018 |
| Title | Date |

Rev. 01/2014 | TD Bank, N.A.

# Certification Regarding Beneficial Owners of Legal Entity Customers



**For TD Personnel use only**

| | | | |
|---|---|---|---|
| Account Number: | | Date: December 12 2018 | |
| TD Bank Representative Name: Brita L. Pedersen | | TD Bank Representative Phone: (603) 740 8039 | |
| RC Code (if applicable): 2070 | | Store Number (if applicable): 7 | |

## Account Opening/Maintenance Information

A. Name and Address of Legal Entity for which an account is being opened or Business Relationship is being updated

Name: SHERWOOD VENTURES

Address: █████████████ City/State/Zip: LEE   NH  ████

B. Name and Title of Natural Person opening account or updating the Business Relationship

Name: JEFFRY BISHOP   Title: PRESIDENT

## I. Certification of Individual with Control (see page 4 for definition)

| | | |
|---|---|---|
| Individual First Name: JEFFREY | Middle Initial: M | Last Name: BISHOP |
| Street Address (no PO Boxes): ████████████ | | City: LEE |
| State/Province: NH | Zip/Postal Code: ████████ | Country: USA |
| Social Security Number (SSN) (US persons only): ████ | | Date of Birth: |

Title (CEO, President, etc.): PRESIDENT

Non-US persons, please complete the fields below

| | | |
|---|---|---|
| Primary ID Type (passport or other): | | Number: |
| Country: | Date of Issuance: | Exp. Date: |

Is this individual with Control also a Beneficial Owner?  ☑ Yes  ☐ No   If yes, what is the percentage of ownership? 100 %

## II. Certification of Beneficial Owner(s) (see page 4 for definition)

If no individual meets this requirement, please check "Beneficial Owner Not Applicable" box and move to Section III.   ☐ Beneficial Owner Not Applicable

Beneficial Owner 1 information:   JEFFREY

| | | |
|---|---|---|
| Individual First Name: ████████ | Middle Initial: M | Last Name: BISHOP |
| Street Address (no PO Boxes): ████████████ | | City: LEE |
| State/Province: NH | Zip/Postal Code: ████████ | Country: USA |
| Social Security Number (SSN) (US persons only): ████ | Date of Birth: | % of Ownership: 100 % |

Non-US persons, please complete the fields below

| | | |
|---|---|---|
| Primary ID Type (passport or other): | | Number: |
| Country: | Date of Issuance: | Exp. Date: |

Does the Individual hold the ownership interest in the Legal Entity indirectly (via an ownership interest in an intermediate company)?  ☐ Yes  ☐ No
If yes, provide the name of the intermediate company below:

Name of Company with Ownership Interest in this Relationship:

Bank deposits FDIC insured. | Equal Housing Lender 🏠

**Attachment GGGG**

**PX 27, 2518**

## II. Certification of Beneficial Owner(s)  (cont.)

Beneficial Owner 2 Information:

| Individual First Name: | Middle Initial: | Last Name: |
|---|---|---|

| Street Address (no PO Boxes): | City: |
|---|---|

| State/Province: | Zip/Postal Code: | Country: |
|---|---|---|

| Social Security Number (SSN) (US persons only): | Date of Birth: | % of Ownership:          % |
|---|---|---|

Non-US persons, please complete the fields below

| Primary ID Type (passport or other): | Number: |
|---|---|

| Country: | Date of Issuance: | Exp. Date: |
|---|---|---|

Does the individual hold the ownership interest in the Legal Entity indirectly (via an ownership interest in an intermediate company)?  ☐ Yes   ☐ No
If yes, provide the name of the intermediate company below:

Name of Company with Ownership Interest in this Relationship:

Beneficial Owner 3 Information:

| Individual First Name: | Middle Initial: | Last Name: |
|---|---|---|

| Street Address (no PO Boxes): | City: |
|---|---|

| State/Province: | Zip/Postal Code: | Country: |
|---|---|---|

| Social Security Number (SSN) (US persons only): | Date of Birth: | % of Ownership:          % |
|---|---|---|

Non-US persons, please complete the fields below

| Primary ID Type (passport or other): | Number: |
|---|---|

| Country: | Date of Issuance: | Exp. Date: |
|---|---|---|

Does the individual hold the ownership interest in the Legal Entity indirectly (via an ownership interest in an intermediate company)?  ☐ Yes   ☐ No
If yes, provide the name of the intermediate company below:

Name of Company with Ownership Interest in this Relationship:

Beneficial Owner 4 Information:

| Individual First Name: | Middle Initial: | Last Name: |
|---|---|---|

| Street Address (no PO Boxes): | City: |
|---|---|

| State/Province: | Zip/Postal Code: | Country: |
|---|---|---|

| Social Security Number (SSN) (US persons only): | Date of Birth: | % of Ownership:          % |
|---|---|---|

Non-US persons, please complete the fields below

| Primary ID Type (passport or other): | Number: |
|---|---|

| Country: | Date of Issuance: | Exp. Date: |
|---|---|---|

Does the individual hold the ownership interest in the Legal Entity indirectly (via an ownership interest in an intermediate company)?  ☐ Yes   ☐ No
If yes, provide the name of the intermediate company below:

Name of Company with Ownership Interest in this Relationship:

## III. Certified/Agreed To

☐ Check this box if there have been no updates or changes to Individual with Control or Beneficial Ownership information since last completing a Certification Form.

I, _____ Jeff Bishop _____, hereby certify, to
(Print Name of person opening the account or adding new accounts or services to an established relationship)

the best of my knowledge, that the information provided above is complete and correct.

Signature
X _____                     Date _____

Bank deposits FDIC insured. | Equal Housing Lender ⌂                 2 of 4

**Attachment GGGG**

**PX 27, 2519**



**Bank**
America's Most Convenient Bank®

**ASSESSING YOUR NEW BUSINESS ACCOUNT**
TO BE COMPLETED FOR ALL NEW BUSINESS ACCOUNTS

## SECTION 1A: STORE/ACCOUNT INFORMATION
TO BE COMPLETED DAY OF ACCOUNT OPENING          (Fill in or CIRCLE answer for each question)

| | | | |
|---|---|---|---|
| Store Employee: | Brita L Pedersen | Date Opened: | 12/12/2018 |
| Store Location: | Dover-Central | Store Number: | 7 |
| Product Type: | TD Sm Bus Mmkt Plus Ckg (Rel) | Account Number: | ▮▮▮ |
| Account Title: | SHERWOOD VENTURES LLC | Phone Number: | ▮▮▮▮▮778 |
| | | Best Time to Contact: | Evenings |

Primary Contact Name:   JEFFREY                BISHOP
Legal Address: ▮▮▮▮▮▮
                            LEE                          NH ▮▮▮▮▮▮
Business Email Address:   jeff@bishop.me
New or Existing TD Business Customer:   (New)   Existing          **Home Based:**   (Yes)   No

## SECTION 1B: BUSINESS INFORMATION
TO BE COMPLETED DAY OF ACCOUNT OPENING          (Fill in or CIRCLE answer for each question)

Is the business location at the same address being used to establish account?          ☒ YES   ☐ NO
      If No, please explain:
Type of Business (Circle one):          Corporation     Partnership     (LLC)     LLP          Sole Proprietor
      Non-Profit     Government/Municipal     Other (Describe)
Principle Line of Business          Marketing Consulting Services
      If "Other", describe     Marketing & Education on equities trading
Purpose of account (payroll, escrow, operating account, etc):   Savings/Reserve/Trust
Length of time in business:   ≥ 24 months          Does it match the formation documents?   (Yes)   No
      If No, please explain:
Estimated Annual Sales:   $500,000 - $1 million
Number of Employees:   1
Business geographical area coverage:   In TD Market Area
Is the Business located within market?   (Yes)   No
      If No, please explain:
How is the business paid by its customers?   *ACH, Wire*
What types of customers/vendors will the business be working with?   *Individual & Commercial Investors/*
Where does the business maintain merchandise or equipment?   *At physical location     Trading*

## SECTION 1C: HOME BASED BUSINESS
TO BE COMPLETED DAY OF ACCOUNT OPENING          (Fill in or CIRCLE answer for each question)

Does the home address provided match the identification of owner?     (Yes)   No
      If No, please explain:
How long have you lived at your current address?   *10 years*     Do you own or rent?   (Own)   Rent
**For all home based businesses provide 4 or more items from below checklist  (check all that apply)**
Documents must be sent to CIF with account package (exception- do not photo copy driver's license)
☒ Known/Existing Customer for more than 6 months
☒ Business open more than 6 months. If so, how was this verified? *Date of formation docs & Website*
☐ Has license for trade business (day care, architect, plumber, electrician etc.) or Sales tax usage doc
☐ Has Commercial vehicle registration with address that matches business/home address
☐ Business is listed on Home Advisor with matching contact information
☐ Has invoice or bill mailed to address in business name or in the name of the business owner
☐ If property is rented, provide copy of rental agreement
☐ If owned, has tax bill, mortgage statement or other means of ownership verification (town tax list online, etc.)
☒ Driver's license matches address given (do not photocopy)
☒ Website exists and matches information given (provide screenshot)
☒ IRS TIN Letter

**Attachment GGGG**          **PX 27, 2520**

## SECTION 1D: TO BE COMPLETED DAY OF ACCOUNT OPENING

**BUSINESS ACCOUNT OPENING DOCUMENT CHECKLIST**
Account opener MUST initial each box within a column to evidence each document collected. Any deviations from the required documentation described below should be **Bumped Up!**

| | Corporation | LLC | Partnership (including Partnership, LP and LLP) | Unincorporated Association / Not for Profit | Sole-Prop |
|---|---|---|---|---|---|
| ☐ = Document required<br>▨ = Document required if operating a Home Based Business<br>▨ = Document not required | | | | | |
| Articles of Incorporation/Organization (filed with the state) **OR** Certificate of Good Standing (issued by state or court) **OR** State website report | | *BP* | | | |
| TD General Business Resolution | | *BP* | | | |
| Fictitious Name Registration (if applicable by state, county, or local registrar) | | *NA* | | | |
| Operating Agreement (if applicable) | | *C* | | | |
| Board of Director's Resolution/By-Laws (if applicable) | | | | | |
| Partnership Banking Agreement (if applicable) | | | | | |
| Chapter and Bylaws of Association **OR** copy of minutes of last meeting with new elected officers (if applicable) | | | | | |
| **FOR HOME BASED BUSINESSES,** COLLECT **FOUR** ITEMS FROM THE LIST IN SECTION 1C | | *BP* | | | |
| Business Site Visit form | | *PP* | | | |
| Signed Beneficial Ownership Long Form | | *BP* | | | |

## SECTION 2: REVIEW OF NEW ACCOUNT PRODUCT, FORMS AND OPENING DEPOSIT
**TO BE COMPLETED DAY OF ACCOUNT OPENING**   (Fill in or CIRCLE answer for each question)

**Review of Existing Accounts your Customer may have:**
Does the signer's signature match identification and any existing signature cards found on FileNet?  (YES)  NO  N/A
Are there holds or special instructions on any existing accounts?   YES  (NO)  N/A
Length of Business Account Relationship?  _New_   Length of Personal Account Relationship?  _10 years_

**Review of the Opening Deposit:**
How is the opening deposit being made?   CHECK  (CASH)  (TRANSFER)  (Circle all that apply)
If Cash is being deposited - does it make sense for how the business gets paid?  _Yes_
If a Check is deposited - is the check payable to the name of the business?   YES  NO  (N/A)
Was the Starter Kit Deposit Ticket used for the opening deposit?   (YES)  NO  N/A
Was the minimum opening deposit made (based on product type)?   (YES)  NO  N/A
If no, please explain: _____
Was the check processed through Early Warning in Encore?   YES  NO  _NA_
If yes, note any response from Early Warning: _____
If no, please explain: _____
Is date on check prior to the date of the formation documents? If Yes, **Bump it Up!**   YES  NO  (N/A)
Does the payee and address on the check **exactly** match the title on the account? If not, **Bump It Up!**   (YES)  NO
Was the business entity registered within 15 calendar days prior to the account being established?   YES  (NO)
If Yes, **Bump it Up** to your SM.

**ALERT!**   If there are any concerns with the account, opening deposit and/or Customer **Bump It Up!**

Attachment GGGG

**PX 27, 2521**

**SECTION 3: STORE MANAGEMENT REVIEW - To be completed by a Store Manager or ASM** *other than account opener* **no later than the following business day**
(Fill in or circle answer for each question)

Research information about the business
Research the business (including through the internet e.g. Google, Bing).
Describe results and/or opportunities: _has website, cards up immediately when google searching_

List business website if applicable: _Sherwood ventures. com_

Describe why Google Map search fit the business type: _Shows correct location of business address_

Business located within the vicinity/market area of your Store?      (YES)      NO      N/A
If No or N/A, describe why: _____

**SECTION 4: THANK YOUR CUSTOMER - To be completed by a Store Manager or ASM** *other than account opener* **no later than the following business day**
(Fill in or circle answer for each question)

Business reached via phone (using directory assistance or 411.com)?     (YES)     NO
Thank You Card mailed with Store Manager business card?     (YES)     NO
Additional comments/opportunities identified (and entered into your calendar/tickler system for follow-up):
_none at the moment_

**SECTION 5: DOCUMENTATION / WRAP-UP - To be completed by a Store Manager or ASM** *other than account opener* **no later than the following business day**
(Fill in or circle answer for each question)

Site visit form printed and time scheduled for visit?     (YES)     NO
All business documents referenced on page 2 have been collected and reviewed (per AYNB Guidelines)?     (YES)     NO
If Assessing Your Business form and/or Site Visit form was completed by a business partner or another line of business, record their name and title: _N/A_

After completing this checklist, reviewing documentation, and performing additional due diligence, sign and date below. Send the New Account and ALL supporting documentation to CIF for imaging. If any exceptions were made, please attach RMM email.

Reviewed by Signature: _[signature]_                    Date: _12/14/18_

Print Name/Title: _Erik Mitchell - ASM_

Rev 07/18 | TD BANK, N.A.

**Attachment GGGG**     **PX 27, 2522**

 **Bank**
America's Most Convenient Bank®

**Business Site Visit Form must be completed within 5 calendar days of opening by Store Management**

Business Name: SHERWOOD VENTURES LLC        Date Account Opened: 12/12/2018

Business Physical Address: ▮▮▮▮▮▮   LEE   NH   ▮▮▮▮▮▮

Business Phone Number: 8173818778          Account #(s): ▮▮▮▮▮ / _____ / _____

Business Owner Contact Name and Title: JEFFREY BISHOP   President

| **Section I** | **Must be completed for Home Based Businesses Only** |
|---|---|

Are you able to verify the residential address through Google maps or current tax records? (Review AYB Guide)
If Yes ☑ Attach Documents   If No ☐ Business Site Visit is Required   **Describe observations below:**

Comments: _google maps attached, up to expectations was_

| **Section II** | **Must be completed for all Businesses that are not Home Based** |
|---|---|

After tour or Business Site Visit completion, is the business operational; appears to be functioning as the business described?        Yes ☐        No ☐

Comments: _____

Is there appropriate signage for the nature or type of business? Yes ☐  No ☐

Does the business have an ATM on site? Yes ☐  No ☐  If Yes How is the ATM Funded? _____

Please indicate which signs for the following services are visible:

Check Cashing ☐ Check Cashing Fees ☐ Lottery Sales ☐ Sale of Money Orders ☐ Western Union ☐ Payday Lending ☐

Describe Observations: _____

Is there inventory on site? Yes ☐  No ☐  N/A ☐

Describe observations: _____

Did your observations agree with your expectations for this type of business? Yes ☐  No ☐  **If No Bump It Up!**

Comments: _____

I personally conducted the above described physical site visit on:     Date of Visit: 12/14/18

Site Visit Completed by:

_Erik Mitchell - ASM_
**Print Name and Title**

_signature_
**Signature**

Rev. 2/2018 | TD BANK, N.A.

**Attachment GGGG**     **PX 27, 2523**

Sherwood Ventures



# About Us

**Sherwood Ventures is a consulting firm with a team of domestic and international marketing professionals that provide awareness on companies and equities trading within the small cap equities and Forex markets.** We deliver unique market awareness to undiscovered companies and products, showcasing their operations, fundamentals, milestones, achievements and operations to the growing pool of individual and institutional investors.

Sherwood Ventures is not a licensed broker, dealer or financial advisor. We provide overviews and insights into viable opportunities that will educate and benefit our target audiences. Our proprietary resource network delivers strong impact to our client's bottom line.

We are in the business of producing immediate and measurable results for our clients. We do this by uniquely reaching individuals on a world-wide scale through the latest communication mediums available.

Our network expands and adapts on a daily basis to the needs and desires of not only our clients, but also our audience. We spend a considerable amount of time and effort to build and maintain the most effective and cutting edge communication platforms available.

To find out how our services and programs could best fit you, please contact us using the form on this page.

 **IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI   OH   45999-0023

Date of this notice:  07-08-2010

Employer Identification Number:

Form:  SS-4

Number of this notice:   CP 575 A

SHERWOOD VENTURES LLC
JEFF BISHOP MBR
835 E LAMAR BLVD STE 222
ARLINGTON, TX  76011

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you
EIN                       .  This EIN will identify you, your business accounts, tax returns, and
documents, even if you have no employees.  Please keep this notice in your permanent
records.

When filing tax documents, payments, and related correspondence, it is very important
that you use your EIN and complete name and address exactly as shown above.  Any variation
may cause a delay in processing, result in incorrect information in your account, or even
cause you to be assigned more than one EIN.  If the information is not correct as shown
above, please make the correction using the attached tear off stub and return it to us.

Based on the information received from you or your representative, you must file
the following form(s) by the date(s) shown.

|  |  |
|---|---|
| Form 940 | 01/31/2011 |
| Form 1065 | 04/15/2011 |
| Form 944 | 01/31/2011 |

If you have questions about the form(s) or the due date(s) shown, you can call us at
the phone number or write to us at the address shown at the top of this notice.  If you
need help in determining your annual accounting period (tax year), see Publication 538,
*Accounting Periods and Methods*.

We assigned you a tax classification based on information obtained from you or your
representative.  It is not a legal determination of your tax classification, and is not
binding on the IRS.  If you want a legal determination of your tax classification, you may
request a private letter ruling from the IRS under the guidelines in Revenue Procedure
2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue).  Note:
Certain tax classification elections can be requested by filing Form 8832, *Entity
Classification Election*.  See Form 8832 and its instructions for additional information.

A limited liability company (LLC) may file Form 8832, *Entity Classification
Election*, and elect to be classified as an association taxable as a corporation.  If
the LLC is eligible to be treated as a corporation that meets certain tests and it
will be electing S corporation status, it must timely file Form 2553, *Election by a
Small Business Corporation*.  The LLC will be treated as a corporation as of the
effective date of the S corporation election and does not need to file Form 8832.

**Attachment GGGG**          PX 27, 2525

```
(IRS USE ONLY)     575A            07-08-2010   SHER  B  9999999999  SS-4
```

If you are required to deposit for employment taxes (Forms 941, 943, 940, 944, 945, CT-1, or 1042), excise taxes (Form 720), or income taxes (Form 1120), you will receive a Welcome Package shortly, which includes instructions for making your deposits electronically through the Electronic Federal Tax Payment System (EFTPS).  A Personal Identification Number (PIN) for EFTPS will also be sent to you under separate cover. Please activate the PIN once you receive it, even if you have requested the services of a tax professional or representative.  For more information about EFTPS, refer to Publication 966, *Electronic Choices to Pay All Your Federal Taxes* and Publication 4248, *EFTPS (Brochure)*.  If you need to make a deposit before you receive your Welcome Package, please visit an IRS taxpayer assistance center to obtain a Federal Tax Deposit Coupon, Form 8109-B.  To locate the taxpayer assistance center nearest you, visit the IRS Web site at http://www.irs.gov/localcontacts/index.html.  Note: You will not be able to obtain Form 8109-B by calling 1-800-829-TAXFORMS (1-800-829-3676).

The IRS is committed to helping all taxpayers comply with their tax filing obligations.  If you need help completing your returns or meeting your tax obligations, Authorized e-file Providers, such as Reporting Agents (payroll service providers) are available to assist you.  Visit the IRS Web site at www.irs.gov for a list of companies that offer IRS e-file for business products and services.  The list provides addresses, telephone numbers, and links to their Web sites.

To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov.  If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**IMPORTANT REMINDERS:**

* Keep a copy of this notice in your permanent records.  **This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you.**

* Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

* Refer to this EIN on your tax-related correspondence and documents.

If you have questions about your EIN, you can call us at the phone number or write to us at the address shown at the top of this notice.  If you write, please tear off the stub at the bottom of this notice and send it along with your letter.  If you do not need to write us, do not complete and return the stub.  Thank you for your cooperation.

Keep this part for your records.              CP 575 A (Rev. 7-2007)

-----------------------------------------------------------------------------------------

Return this part with any correspondence                              CP 575 A
so we may identify your account.  Please
correct any errors in your name or address.                        9999999999

Your Telephone Number  Best Time to Call  DATE OF THIS NOTICE:  07-08-2010
(      )     -                            EMPLOYER IDENTIFICATION NUMBER:  ▇▇▇▇▇▇▇
_____  _____    FORM:  SS-4                  NOBOD

INTERNAL REVENUE SERVICE                  SHERWOOD VENTURES LLC
CINCINNATI  OH   45999-0023               JEFF BISHOP MBR
ԼdԼdԼdԼdԼdԼdԼdԼdԼdԼdԼdԼ                    835 E LAMAR BLVD STE 222
                                          ARLINGTON, TX  76011

                     **Attachment GGGG**        **PX 27, 2526**
```

**UNANIMOUS WRITTEN
CONSENT IN LIEU OF MEETING
OF THE MEMBERS OF**

**SHERWOOD VENTURES, LLC,
a Texas limited liability company**

Pursuant to the Operating Agreement of Sherwood Ventures, LLC (the "Company"), the undersigned, constituting the all of the members of the Company (the "Members"), do hereby consent to, adopt, ratify, confirm and approve, as of the date indicated below, the following recitals and resolutions, as evidenced by the signatures hereunder:

**<u>BANK RESOLUTIONS</u>**

RESOLVED, that Elias Reyes and Nic Lesmeister are no longer authorized to be signers on any bank accounts for the Company due to their removal as Members of the Company;

FURTHER RESOLVED, that (i) Jeff Bishop, sole member of the Company, and (ii) Matthew Watabe, Financial Director of Lighthouse Media, LLC, individually or together (each, an "Officer"), are hereby authorized:

(a)     To open, keep and close general and special bank accounts at Bank of America, including, without limitation, general deposit accounts, payroll accounts and working fund accounts, with any such depository;

(b)     To cause to be deposited in such accounts with any such depository, from time to time, such funds, including, without limitation, cash and cash equivalents, of the Company, as such Officer may deem necessary or advisable;

(c)     To authorize the use of facsimile signatures for the signing or countersigning of checks, drafts or other orders for the payment of money, and to enter into such agreements as banks and trust companies customarily require as a condition for permitting the use of facsimile signatures;

(d)     To make such general and special rules and regulations with respect to such accounts as such Officer may deem necessary or advisable; and

(e)     To complete, execute and/or certify any customary printed blank signature card forms to exercise the authority granted by this resolution and any resolutions printed thereon shall be deemed adopted as a part hereof; and

RESOLVED FURTHER, that any such depository to which a copy certified by a Member of the Company of these resolutions shall have been delivered shall be entitled to rely thereon for all purposes until it shall have received written notice of the revocation or amendment of these resolutions by the Members of the Company.

1

**Attachment GGGG**       **PX 27, 2527**

**RATIFICATION**

**RESOLVED,** that the authority given hereunder shall be deemed retroactive and any and all agreements, instruments and documents, and all amendments thereto, and acts authorized hereunder executed, delivered or performed prior to the passage of these resolutions are hereby confirmed, ratified and approved.

**IN WITNESS WHEREOF,** the Members have executed this Unanimous Written Consent of the Members as of December 11, 2014.

| Member | Signature | Voting Interest |
|---|---|---|
| Sherwood Ventures, LLC | By: Jeff Bishop<br>Its: Sole Member | 100% |
| **Total** | | **100%** |

2

**Attachment GGGG**    **PX 27, 2528**

The Company will not have managers but will be managed by the members, as further provided in the Company's regulations.

## ARTICLE VII
## IDENTIFICATION OF INITIAL MEMBER

The initial members' names and addresses are as follows:

Jeff Bishop
18 Sackett Rd.
Lee, NH 03861

Nic Lesmeister

Elias Reyes

Abel B Bishop Life Gift Trust
Elias Reyes… Trustee

Lee, NH

Peyton J Bishop Life Gift Tust
Elias Reyes… Trustee

Lee, NH

Sara C. Bishop Life Gift Tust
Elias Reyes… Trustee

Lee, NH

Executed this 7th day of July, 2010

BY:

_____
Karen A. Meredith
Organizer

## ARTICLES OF ORGANIZATION
## OF
## SHERWOOD VENTURES, LLC
## A LIMITED LIABILITY COMPANY

### ARTICLE I
### NAME

The name of this limited liability company is Sherwood Ventures, LLC, referred to in these Articles of Organization as the "Company."

### ARTICLE II
### REGISTERED OFFICE AND AGENT

**Section 2.01 Registered Office**
The registered office of the Company is 251 O'Connor Ridge Blvd. Suite 370, Irving, Texas 75038.

**Section 2.02 Registered Agent**
The Company's registered agent is Karen A. Meredith whose office is located at O'Connor Ridge Blvd. Suite 370, Irving, Texas 75038.

### ARTICLE III
### DURATION

The period of duration of the Company is perpetual.

### ARTICLE IV
### ORGANIZER

The organizer of the Company is Karen A. Meredith, a natural person at least eighteen (18) years old. The organizer's address is 251 O'Connor Ridge Blvd., Suite 370, Irving, Texas 75038.

### ARTICLE V
### PURPOSE AND POWERS

This Company is organized with a general business purpose and may engage in any lawful business.

### ARTICLE VI
### MANAGEMENT BY MEMBERS

**Attachment GGGG**          **PX 27, 2530**

Fax Server                7/8/2010 10:01:31 AM   PAGE   27002   Fax Server

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Hope Andrade
Secretary of State

### Office of the Secretary of State

### CERTIFICATE OF FILING
### OF

Sherwood Ventures, LLC
File Number: 801291014

The undersigned, as Secretary of State of Texas, hereby certifies that a Certificate of Formation for the above named Domestic Limited Liability Company (LLC) has been received in this office and has been found to conform to the applicable provisions of law.

ACCORDINGLY, the undersigned, as Secretary of State, and by virtue of the authority vested in the secretary by law, hereby issues this certificate evidencing filing effective on the date shown below.

The issuance of this certificate does not authorize the use of a name in this state in violation of the rights of another under the federal Trademark Act of 1946, the Texas trademark law, the Assumed Business or Professional Name Act, or the common law.

Dated: 07/07/2010

Effective: 07/07/2010



Hope Andrade
Secretary of State

Come visit us on the internet at http://www.sos.state.tx.us/

Phone: (512) 463-5555            Fax: (512) 463-5709            Dial: 7-1-1 for Relay Services
Prepared by: Virginia Tobias            TID: 10306            Document: 314728570002

**Attachment GGGG**            **PX 27, 2531**

# Public Information Report

**Public Information Report**
**SHERWOOD VENTURES, LLC**
Report Year  2016

Information on this site is obtained from the most recent Public Information Report (PIR) processed by the Secretary of State (SOS). PIRs filed with annual franchise tax reports are forwarded to the SOS. After processing, the SOS sends the Comptroller an electronic copy of the information, which is displayed on this web site. The information will be updated as changes are received from the SOS.

You may order a copy of a Public Information Report from open.records@cpa.texas.gov or Comptroller of Public Accounts, Open Records Section, PO Box 13528, Austin, Texas 78711.

| Title | Name and Address |
|---|---|
| MEMBER | JEFF BISHOP  LEE, NH ███ |
| DIRECTOR | JEFF BISHOP  LEE, NH ███ |



**Attachment GGGG**   **PX 27, 2532**





**Franchise Tax Account Status**
As of : 12/11/2018 10:47:29

This Page Is Not Sufficient for Filings with the Secretary of State

|  |  |
|---|---|
| | SHERWOOD VENTURES, LLC |
| Texas Taxpayer Number | |
| Mailing Address | 62 CALEF HWY STE 233 LEE, NH 03861-6701 |
| Right to Transact Business in Texas | ACTIVE |
| State of Formation | TX |
| Effective SOS Registration Date | 07/07/2010 |
| Texas SOS File Number | 0801291014 |
| Registered Agent Name | KAREN A MEREDITH |
| Registered Office Street Address | 251 O'CONNOR BLVD., STE. 370 IRVING, TX 75038 |

**Attachment GGGG**

PX 27, 2533

██████████████

## Pedersen, Brita L

Mon 12/31/2018 8:37 AM

To:Account, AMCB CIF Account Maintenance Docs <CIFAccountMaintenanceDocs@td.com>;

Add Small Business Money Market Plus account # ████████ to the Business Premier Checking account # ████████ for relationship pricing benefit.

Thank you!

**Brita Pedersen | Financial Service Representative II**
NMLS ID # 1166639
TD Bank, America's Most Convenient Bank
NH1-013-000 | 353 Central Avenue, Dover, NH 03820
T: 603-740-8039 | F: 603-743-3624

**Attachment GGGG**        **PX 27, 2534**