## DECLARATION OF THERESE L. EDWARDS

I, Therese L. Edwards, declare as follows:

1. I am an employee of Banc of America Merchant Services, LLC ("BAMS"). My position is that of senior paralegal and Assistant Vice President. My responsibilities include researching merchant documentation which includes contracts, applications, statements and batch details. I have personally requested through proper channels copies of relevant merchant documentation.

2. I work with and am employed by the same company as the custodians of the books, records, files and other documents which pertain to merchant card processing with BAMS herein. To the best of my knowledge, the books, records, files and other documents were prepared in the ordinary course of BAMS' business by its employees at or near the time of the acts, conditions or events depicted therein.

3. To the best of my knowledge, the enclosed records were obtained through the proper channels for obtaining relevant merchant documentation.

4. I could and would competently testify thereto that these attached documents were provided to me pursuant to my requests to the keepers of the records and related to the Merchant,

**RAGINGBULL. COM ET AL MIDS** ████████████████████████

████████████████████████████████████████████████████

5. I declare under penalty of perjury under the laws of the State of North Carolina that the foregoing is true and correct.

September 08, 2020

_____
Therese L. Edwards

**Attachment HHHH**          **PX 27, 2535**

02-Nov-2010 04:35 PM Bank of America 804-515-2907                                    1/6

## ABOUT MERCHANT'S BUSINESS                                    Bank of America

Bank Code: 3 1 3   Merchant ID: _ _ _ _ _ _ _ _   Buypass Merchant #: _ _ _ _ _ _ _ _ _ _     Merchant Services
□ TR  □ TU

DBA NAME: **S H E R W O O D   V E N T U R E S   L L C**   (24 characters)

Area #: _ _ _   Group #: _ _ _   Service By Region: _ _ _ _ _   District Code: _ _ _ _ _   ISR Rep ID: _ _ _ _ _   SIC # _ _ _ _

Check Assoc. Code: _ _ _ /   Current Check Vendor: _ _ _ _ _

### CARD BANKING INFORMATION

First/Last Contact Name: **BRANCH MANAGER**                    Phone #: **(800) 432-1000**

ABA #: _ _ _ _ _ _ _ _ _   DDA #: **ACCOUNT# -**
□ ATTACH A COPY OF FUNDING CHECK OR BANK LETTERHEAD/LOGO SIGNED BY A BANK OFFICER WITH TYPED ABA/DDA. MUST INCLUDE BANK NAME & ADDRESS.

### CHECKLIST INFORMATION

Regional Office Received Date: _ _ _ _ _   MCC: **5 7 3 5**   Merchant Type: **1 0 0 0**   RELM: **BAMS**

Pricing Grid # _ _ _ _   ☒Special Pricing Model  □ Association Grid  □ Linkback # _ _ _ _ _   NRPT: _ _ _   NCPT: _ _ _

Sales Support ID: **C H H U**  Office Admin.: **TONYA CHILDS**   Card Rep #: **B R A H**   TeleCheck Rep: _ _ _ _

Print Sales Rep. Name: **MATTHEW STROUD**   Initial: _ _ _   Sales Lead Tracking #: **2003561629**

HIERARCHY:  Bank: **3 1 3 9 8 0 0 0 1 8 8 4**   Agent: **3 1 3 9 7 0 0 0 2 8 8 4**

Corp: _ _ _ _ _ _ _ _   Chain: _ _ _ _ _ _ _ _   Buypass FID: _ _ _ _ _ _ _ _

### CLIENT VISITATION

□ Visit Not Required (Lic. Professional)

1. Zone:
☒Business District □ Industrial □ Residential
2. Location: □ Mall  ☒ Shopping Area □ Isolated
   □ Office □ Apartment   □ Home
   □ Other: _ _ _ _ _
3. Busqnsit: ☒ No  □ Yes, Mos. in Operation: _ _ _ _ _
   Mos. Open Between _ _ _ _ to _ _ _ _
4. External Facility Description (# of Levels/Floors):
   ☒1   □ 2-4   □ 5-10   □ 11 plus
5. Merchant Occupies:
   ☒Ground Floor □ Other: _ _ _ _ _
6. Remaining Floor(s) Occupied by:
   □ Residential ☒Commercial  □ Combination

Comments to Credit Officer/Other Depository/Primary Savings Account Number and Additional Information (40 Characters):

7. Advertising Name Displayed:
   □ Window  ☒Door   □ Store Front
8. Approx. Square Footage:
   □ 0-250   □ 251-500   ☒ 501-2,000   □ 2,001+
9. # of Registers: _ _ _ _
10. Return Policy: □ Full Refund  □ Exchge Only ☒None
11. Do you have a refund policy for your MC/Visa/Discover* Network/American Express* sales?
    □ Yes  ☒No   If yes, Check one:
    □ Exchange  □ Store Credit  □ Refund Cardholder
    If MC/Visa/Discover Network/American Express Credit, within how many days do you submit credit transactions? □ 0-3 □ 4-7 □ 8-14 □ Over 14 days

12. Proper License Visible (Liquor, Tax ID, etc.):
    ☒Yes  □ No, explain: _ _ _ _ _
13. Your Previous Processor: _ _ _ _ _
14. Your Previous Merchant #: _ _ _ _ _
15. Check Reason for Changing:
    □ Rate  □ Service  □ Terminated
    □ Other _ _ _ _ _
16. Do You Have Previous Processor MC/Visa/Discover Network/American Express Statements?  □ Yes ☒No
17. Are customers required to leave a deposit?
    □ Yes  ☒No  If Yes, % of deposit required: _ _ _ %
    Time Frame for Delivery: _ _ _ _ Days

### MAIL CARD STATEMENTS / DOCUMENTS

Statement Recap Information: (check one)  □ 01 = Outlet   □ 02 = Stmt to Bill To/No Recap   □ 07 = Suppress Stmt (No Stmt)   □ 08 = Produce Recap, No Stmt
☒08 = Bill to Address/Stmt and Recap   □ 10 = Recap to Bill To/Stmt in Outlet
Statement Type: (check one) □ Detail ☒Summary   Statement Delivery Method: (check one) □ E-Mail  □ Online  □ Print and Mail
Statement E-Mail Address: **ELIAS@BLUWAVEADVISORS.COM**

Head Office/Bill To Name: **SHERWOOD VENTURES LLC**   First/Last Contact Name: **ELIAS REYES**

Address: **835 EAST LAMAR BLVD 222**   City: **ARLINGTON**   State: **TX**   Zip: **76011**   Phone #:

ON YOUR BUSINESS ACCOUNT    (check one)
CHECKING STATEMENT ROLLUP: □ 0 = Each Transfer  □ 1 = Debit/Credit Grouped (By Category)  □ 2 = Net Transfer Amount Only  □ 3 = Net Transfer EOM Fee Combined

### CARD PROCESSING INFORMATION                                    BAMS13368

1. Processing mode: ☒ EDCi   □ Paper Voice   □ Tape   □ ECR   □ Paper Journal   2. Funding will be processed DAILY via: ☒ ACH  □ Bankwire
3. Bank will fund:  ☒ Outlet  □ Head Office   4. # of Plates: _ _ _ _ Long  _ _ _ _ Short   5. Fire Safety Act: ☒Yes  □ No
6. Ship Equip. & Welcome Packet to (check one): ☒ Outlet  □ Head Office  □ Other, give mailing information below  □ No Welcome Packet & Supplies  □ No Welcome Packet

Name: _ _ _ _ _   First/Last Contact Name: _ _ _ _ _

Address: _ _ _ _ _   City: _ _ _ _ _   State: _ _ _   Zip: _ _ _

7. Debit Bill Payment Transaction Type: □ Internet  □ VRU  □ Recurring  □ Call Center   Sponsoring Debit Network: □ NYCE  □ Pulse  □ Star
8. Additional Terminal Features: (Check all that apply to ensure timely terminal programming)

☒Auto Settle Time **02:00** hh ET (military)
□ Bar Tab
□ Clerk/Server Entry
□ Debit Cash Back
Delayed Ship Date: _ _ _ _ _
□ Dial Prefix: □ Dial 9  □ Other: _ _ _ _ _
□ Dial Suffix: _ _ _ _ _
□ E-Commerce
□ IP _ _ _ _ _
   (List Current Provider)

□ QSR-CR/SMT (Convenience/Small Ticket)
□ QSR Print Option
□ Invoice Number
□ Multi-Trans (PC/Register/Software only)
□ No Server/Ticket ID
□ Remove Room # Prompt
□ Remove Ticket # Prompt

□ Retail Gas
□ Retail With Tip
□ Ship Method (Overnight)
□ Tip % Option
□ Verify Amount Prompt
□ Partial Approval
□ Purchase w/ Balance Return
□ Standalone Balance Inquiry

L Amex Prepaid Program Preference (Choose One)
□ Partial Auth
□ Balance Back
□ Other _ _ _ _ _
PINPad:
□ DES Encryption
□ DUKPT
□ Access Code
# _ _ _ _ _

Terminal Features: (control)

|  | Key Disable | Password or Protect |
|---|---|---|
| Credits | □ | □ |
| Voids | □ | □ |
| Forces | □ | □ |
| Reviews | □ | □ |
| Bal/Settle | □ | □ |
| Auth Only | □ | □ |
| Reports | □ | □ |
| Tip Adjustment | □ | □ |

Comments: _ _ _ _ _
(NOTE: Completing the Comments field will result in a 48 hour terminal programming delay)

Attachment HHHH

CONFIDENTIAL

PX 27, 2536

**MERCHANT PROCESSING APPLICATION AND AGREEMENT (M-103)**
**COMPLETE SECTIONS (1-12)**

Bank of America
Merchant Services

Merchant #:

TeleCheck Subscriber #:     Add'l TeleCheck Product Subscriber #:            Loc.      of

**(1) TELL US ABOUT YOUR BUSINESS**

Client (Your Business LEGAL Name):                                         Store #:

**SHERWOOD VENTURES LLC**

X Same as Legal Name   or   Provide DBA/Outlet Name:

**THE RELIC FEDERATION**                          **ELIAS REYES**

PO Box:                                           **GRAND PRAIRIE**      **TX**

Your Business Phone:
**(972) 822-5502**                      X Same as Business Phone   or
Your Fax Phone:                         Merchant's Customer Service Phone:

                                        Select One for
                                        Retrieval Requests:    (02) Dedication 24 Hour Fax   (03) No fax mail   (05) eIDs
Your E-Mail Address (Required for all merchants):
**ELIAS@BLUEWAVEADVISORS.COM**         Your Customer Service E-Mail Address:

Website Address:

**(2) MC/VISA/DISCOVER NETWORK/AMERICAN EXPRESS OPTBLUE**

| | | | |
|---|---|---|---|
| Your Total Cash and Credit Sales: (For All Outlets) | $ _____ 120,000 | Estimated MC/Visa Average Ticket/Sales Amount: | $ 20.00 |
| Total Annual MC/Visa Volume: (For All Outlets) | $ _____ 100,000 | Estimated Discover Network Average Ticket for this Outlet: | $ _____ .00 |
| Total Annual Discover Network Volume: (For All Outlets) | $ _____ 5,000 | Estimated American Express Average Ticket for this Outlet: | $ _____ .00 |
| | | Annual MC/Visa Volume for this Outlet (For Multiple Outlets Only): | $ _____ .00 |
| | | Est. Discover Network Annual Vol. for this Outlet (For Multiple Outlets Only): | $ _____ .00 |
| Total Annual American Express Vol.: (For All Outlets) | $ _____ 5,000 | Est. American Express Annual Sales Vol. for this Outlet (For Multiple Outlets Only): | $ _____ .00 |

**(3) TELECHECK PRODUCTS AND SERVICES**

ECA Warranty          ECA Verification
LockBox Warranty      LockBox Verification      Check Cashing Warranty      Check Cashing Verification      Other:
Paper Warranty        Paper Verification        COD Warranty               Mail Order Warranty           Existing Subscriber No.

**(4) ENTITLEMENTS**

✓ MC/Visa  ✓ Discover Network Full Processing (Discover Network systems and rules also process and govern JCB transactions. Elect JCB if a desired Card type.)

Client ePayer (for eCommerce merchants only)

Voyager Fleet _____   Annual Voyager Vol. $ _____   Participation in Voyager Tax Exempt Program:   Yes   No (if yes, additional consent form required)
WEX Full Acquiring ____  Annual WEX Vol. $ _____       No Fleet
No Fleet _____                              (Existing Account #)                 or   JCB License   2  8  0  9  0  0  9  9  0  1

X American Express  _____   American Express
One Point (Full Service) _____   ESA/Pass Through         or   Existing SE #
Amex Rep Code #

Check one for ESA/Pass Through: ____ Split Dial   Single Settle   EDC   PIP   Passage PIP

Debit Payment: 7  7  7  3  8  2  0  5   EBT   FNS #

                        Gift Card      Loyalty Solutions   (Additional Setup Form is requested)

**(5) PROVIDE YOUR OUTLET INFO**

State Incorp: T  X   Month/Yr Started: 08/10   Sole Ownership   Partnership   Non Profit/Tax Exempt   Public Corp.   Private Corp. X L.L.C.   Gov't

Check one: TIN Type  X EIN (Fed Tax ID #)   SSN   D&B #                                                     No. of Employees: 3

NOTE! Failure to provide accurate information may result in a withdrawal of payment funding and/or fees imposed.

**SHERWOOD VENTURES LLC**                                    Also attach IRS form if req.

Mag Swipe 100 % + Keyed Manually ____ % = 100%   Products/Services You Sell: MUSIC CD'S AND MERCHANDISE

POS Card Present (MAG Swipe and/or Manual Imprint): 100 % + Mail Order/Direct Marketing ____ % + Phone Order ____ % + Internet ____ % = 100%

Do you use any third party to store, process or transmit cardholder data?   Yes   X No (Examples include, but not limited to web hosting companies, Electronic Data Capture, corporate gateways)

If yes, provide name/address:

Please identify any Software Vendor for storing, transmitting, or processing Card Transactions or Authorization Requests:

Client Initials ___ INITIAL HERE

CONFIDENTIAL
PX 27, 2537

02-Nov-2010 04:35 PM Bank of America 804-515-2907                                    3/6

## MERCHANT PROCESSING APPLICATION AND AGREEMENT (Page 2 of 3)

DBA Name:  **SHERWOOD  VENTURES  LLC**                                    Loc.   of

### EQUIPMENT DETAILS

| | | | | | | Specify Security Code:  ( |
|---|---|---|---|---|---|---|
| Network  (POS/CARD) | X | Brownsville | Buyphase   Other | | Unit Price | For Customer Owned Eq. |
| | QTY | | Retail • Restaurant • MOTO Lodging • Supermarket • Car Rental Quick Service Restaurant • Pet | Model Code and Name | web Tax | Track/Personal/Bar Id # |
| R  X  L  C | VAR | Re  M  L  S  C  QSR  P | | AUTHORIZE.NET | $ | |
| R  P  C  L | | R  Re  M  L  S  C  QSR  P | | | $ | |
| R  P  C  L | | R  Re  M  L  S  C  QSR  P | | | $ | |

The Installment Purchase plan is a 4 month option only.

NOTE: Any Special Instructions must be included on About Merchant's Business Page.

Installation/Training
   MAGRAID to Train                Batch Bus. to Train         /Ongoing training via phone: 1-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, M-F 8:00 am–10:30 pm & Sat. 10:00 am–2:00 pm (ST)
   X  No Merchant Training          Installer / In-House        (Check training via phone: 1-800-286-1064, M-F 8:00 am–10:00 pm EST & Sat 10:00 am–2:00 pm (ST)
First/Last Contact Name:                              Contact Phone #:                     Best Time to Call:          am     pm
                Yes X No  If Yes $ 50.00  x $              (24hr)    Wireless Provider    GPRS Cellular or  Other:
Ownership   Gateway Solutions X Dial Services   Clark Gateway (FDGG)  VSAT   Frame  Other:
VAR/Internet/Software:  Name:                          (Nashville Only)  Product ID #                    Vendor ID #
NOTE:  Requires separate account or use non-VSAT Provider prior to implementation of this leasing/merchant use protocol.

LEASING COMPANY: [04] First Data Global Leasing        Lease Term:      Months            Annual Tax Handling Fee:  $19/70
Monthly Lease Charge for  # Locations $              w/o taxes, late fees, or other charges that may apply. See Multiple Locations form for the
Monthly Lease Charge for each individual location. See Lease Agreement for details. This is a NON-CANCELABLE lease for the full term indicated.

### PROVIDE YOUR OWNER INFORMATION

| Owner/Partner/Officer Name | D.O.B. | Social Security # | ID Type | # of Owners up |
|---|---|---|---|---|
| ELIAS REYES | 04/08/62 | | | 10 |
| Home Address | | | | Country |
| | | | Home Phone | % of Owners up |
| Owner/Partner/Officer Name | | Social Security # | | |
| Home Address | City | | State  Zip  Country | |

### PASS THRU IC PLUS / TIER PRICING SCHEDULE

| Start Up Fees (One-time Charges) | Billed Monthly Fees (if applicable) | Internet |
|---|---|---|
| Non Taxable Fees  $99 | Monthly Service Chg  $ 10.00 | Sta-Up Fees |
| Application Fee (Non Refundable)  (24V) $ 149.00 | Minimum Processing  $ 25.00 | FDGG Setup Fee (31X) |
| Reprogramming Fee  (31A) $ | Wireless Access Fee  (399)  $ | PER TID $ 0        x # OF TIDs  0      TOTAL $  0 |
| Debit Set-up Fee  (31B) $ | APR PER TID $ | Internet Setup Fee (30R) |
| (Chkg. Fee)  (31C) $ | Chkg. Fee  (32R)  N/C | PER TID $      x # OF TIDs        x    $ |
| Equipment Purchase - ACH1 $ | Paper Statement Fee  (32S) $ | Billed Monthly Fees |
| Other:  $ | Premium Rapid Svc Program | FDGG (31Z) |
| | Yes  No (per location)  (32U) $ | PER TID $ 0        x # OF TIDs  0      $  0 |
| Total Amount  $ 95.00 | Other:  $ | Internet Service Fee (30X) |
| This may not include applicable SMBS City/ Local Sales Tax. | PIN Debit | PER TID $      x # OF TIDs        TOTAL $ |
| | Unbundled PIN Debit (018, Key 0-590, Key 0-593) (excl per applicable network fees)  $ 0.30 | Global ePricing MOTV Svc Fee  (897, 898) NOTE: Other shall be subject to any foreign currency issue in connection with Global ePricing transactions. |
| Compliance Service Fees | Establishments | |
| Annual Fee  (32C) $ 94.75 | AUTHORIZATION | Foreign Cash Fees |
| or | American Express ESA/Pass Through  (10P) $ 0.25 | Support FDGG |
| X Quarterly Fees  (32A, 32D, 32G, 32Q) $ 23.75 | JCB  (10M) $ 0.25 | MC V Amex Dis. Check  (03R, 06I, 07I, 43S, L1B) $ 0.05 |
| | JCB License  (75A) | Cust Initials  EJH  INITIAL HERE |

CONFIDENTIAL

**Attachment HHHH**       PX 27, 2538

**MERCHANT PROCESSING APPLICATION AND AGREEMENT** (Page 1 of 2)

FLAT RATE (IC PLUS) TIER PRICING SCHEDULE

| DBA Name | SHERWOOD VENTURES LLC | Pricing Type: | 003 | Schedule Version | BAM017 - MOTO + .20 - RATE + AUTH |

**Discount Fees** (Based On Gross Transaction Volume)

Accept all MasterCard, Visa and Discover Network Transactions
(please check unless any selections below are checked)

| MasterCard Acceptance | Visa Acceptance | Discover Network Acceptance |
| Accept MC Credit transactions only | Accept Visa Credit transactions only | Accept Discover Network Credit transactions only |
| Accept MC Non-PIN trans. only | Accept Visa Non-PIN Debit trans. only | Accept Discover Network Non-PIN Debit trans. only |

See Section 1.9 of the Program Guide for details regarding limited acceptance. You are responsible for certain existing Credit Non-PIN Debit Cards. Even if you choose to limit your acceptance of certain cards as outlined above, you must continue to accept all foreign issued cards whether Credit or Non-PIN... If you agree to limit your acceptance to a particular type of card and, whether intentionally or in error, accept another type of transaction, the transaction will downgrade to the highest cost interchange plus the applicable Non-Qualified Surcharge. (See Section 18.1 of the Program Guide)

MC/Visa/Discover Network IC Pass™

You will not be charged the applicable interchange rate from MasterCard (bee), Visa (650), or Discover Network (5) ft plus a MasterCard Assessment Fee (273 of 1%), a Visa Assessment Fee (.740 of .0395%), a Discover fee on Assessment Fee (x A.) of .0925% plus an applicable interchange in this Service Fee Schedule.

| Pricing Methods (check One) | | MC/Visa/ Discover Network Amount in Excess -1 Rate | MC/Visa/ Discover Network 3-Tier | MC/Visa/ Discover Network 3-Tier | Transaction Fees (Applies to MC, Visa, Discover Network 3-Tier and MC/Visa/Discover Network 3-Tier ONLY) | |
|---|---|---|---|---|---|---|
| MC Credit Discount Rate | (800) | 1.97 % | % | % | MC/Visa Qual Credit Trans Fee (001, 002, 005, 006) $ | .20 |
| Visa Credit Discount Rate | (80-1) | 1.97 % | % | % | Discover Qual Credit Trans Fee (016, ...) $ | .20 |
| Discover Network Credit Discount Rate | (170) | 1.97 % | % | % | | |
| American Express Discount Rate | (Key 0-570) | 1.97 % | | | | |
| MC Non-PIN Debit Discount Rate | (650) | 1.97 % | % | % | MC/Visa Qual Non-PIN Debit Trans Fee (130, 131, 133, 131) $ | .20 |
| Visa Non-PIN Discount Rate | (66-) | 1.97 % | % | % | Visa Qual Non-PIN Debit Trans Fee (??? 780) $ | .20 |
| Discover Network Non-PIN Debit Discount Rate | (??) | 1.97 % | % | % | | |
| Qualified | | | | | | |
| MC Credit Discount Rate | (810) | | | | MC/Visa Mid-Qual Credit Trans Fee (811, 612, 815, 819) $ | |
| Visa Credit Discount Rate | (81-) | | | | Discover Mid-Qual Credit Trans Fee (717, 718) $ | |
| Discover Network Credit Discount Rate | (880) | | | | | |
| MC Non-PIN Debit Discount Rate | (850) | | | | MC/Visa Mid-Qual Non-PIN Debit Trans Fee (140, 141, 144, 145) $ | |
| Visa Non-PIN Debit Discount Rate | (875) | | | | Discover Mid-Qual Non-PIN Debit Trans Fee (791, 792) $ | |
| Discover Network Non-PIN Debit Discount Rate | (885) | | | | | |
| MC Credit Discount Rate | (820) | % | % | | MC/Visa Non-Qual Credit Trans Fee (621, 622, 625, ...) $ | |
| Visa Credit Discount Rate | (824) | % | % | | Discover Non-Qual Credit Trans Fee (721, 722) $ | |
| Discover Network Credit Discount Rate | (882) | % | % | | | |
| MC Non-PIN Debit Discount Rate | (860) | % | % | | MC/Visa Non-Qual Non-PIN Debit Trans Fee (150, 151, 164, 155) $ | |
| Visa Non-PIN Debit Discount Rate | (865) | % | % | | Discover Non-Qual Non-PIN Debit Trans Fee (795, 796) $ | |
| Discover Network Non-PIN Debit Discount Rate | (...) | % | % | | | |
| MC/Visa Authorization & Return Transaction Fee (10A, 100, 00P, 006) (111, 131) | | % | .20 | | | |
| Discover Network Auth & Return Transaction Fee (10J, 016, 796) | | $ | .20 | | | $ |
| American Express Discount Transaction Fee | | $ | .20 | | | |
| Non-Qual Surcharge Fee (300, 20M) (including interchange pass through fees see Section 18.1) Applies to non-qualified MC/Visa, Discover Network, American Express Credit, and/or Non-PIN Debit Transactions | | | .99 % | | | |

*Retail and Restaurant merchants will be charged an additional 0.70% fee on settled American Express Transactions.

Client Initials _____

INITIAL HERE

CONFIDENTIAL

Attachment HHHH

PX 27, 2539



CONFIDENTIAL

PX 27, 2540

# MERCHANT PROCESSING APPLICATION AND AGREEMENT

## SHERWOOD VENTURES LLC

Your Head Office/Bill To Name:

First / ... Contact Name:          Phone Number:

Account:          Suite #:     City:          State:   Zip:

TeleCheck Auto Settle Time: _____ nh ET (Must be at least 1 hour after Card Auto Settle Time)

**SIGN HERE**

X _____  *(Elias Reyes signature)*
Print Name   ELIAS REYES
Title   Pres.  VP  Member LLC          Date  10/27/10

X _____
Print Name
Title   Pres.  V.P.  Member LLC.  Owner  Partner  Other

IF TELECHECK SERVICES HAVE BEEN SELECTED PLEASE SIGN BELOW:

X _____  Signature

**SIGN HERE**

X _____  *(Elias Reyes signature)*

CONFIDENTIAL
PX 27, 2541

## ABOUT MERCHANT'S BUSINESS

**Bank of America**

Bank Code: ☐ TR ☐ TU    Merchant ID:    Buypass Merchant #:    Merchant Services

**DBA NAME**   T O P S T O C K P I C S . C O M   (24 characters)

Area #: ___ ___   Group #: ___ ___   Service By Region: __ __ __   District Code: ___ ___ ___   ISR Rep ID: ___ ___ ___   SIC # ___

Check Assoc. Code: ___ / ___   Current Check Vendor: ___

### CARD BANKING INFORMATION

First/Last Contact Name: **BANKING CENTER MANAGER**    Phone #: **(877) 432-1000**

ABA #: _____    DDA #: _____

☐ ATTACH A COPY OF FUNDING CHECK OR BANK LETTERHEAD/LOGO SIGNED BY A BANK OFFICER WITH TYPED ABA/DDA. MUST INCLUDE BANK NAME & ADDRESS.

### CHECKLIST INFORMATION

Regional Office Received Date: _____    MCC: **7 3 9 9**    Merchant Type: **1 0 0 0**    RELM: **BAMS**

Pricing Grid # _____   ☐ Special Pricing Model ☐ Association Grid ☐ Linkback # _____   NRPT: _____   NCPT: _____

Sales Support ID: **N U L L**   Office Admin.: **JENNIFER LOPEZ**   Card Rep.# **B R H F**   TeleCheck Rep. # _____

Print Sales Rep. Name: **JENNIFER LOPEZ**    Initial: ___   Sales Lead Tracking #: **2003547973**

**HIERARCHY:**   Bank: **3 1 3 9 8 0 0 0 1 8 8 7**   Agent: **3 1 3 9 7 0 0 0 2 8 8 4**

   Corp: _____    Chain: _____    Buypass FIID: _____

### CLIENT VISITATION

X Visit Not Required (Lic. Professional)

**1. Zone:**
X Business District ☐ Industrial ☐ Residential

**2. Location:** ☐ Mall ☐ Shopping Area ☐ Isolated
X Office ☐ Apartment ☐ Home
☐ Other: ___

**3. Seasonal:** X No ☐ Yes, Mos. in Operation: ___
Mos. Open Between ___ to ___

**4. External Facility Description (# of Levels/Floors):**
X 1   ☐ 2-4   ☐ 5-10   ☐ 11 plus

**5. Merchant Occupies:**
X Ground Floor ☐ Other: ___

**6. Remaining Floor(s) Occupied by:**
☐ Residential X Commercial ☐ Combination

**7. Advertising Name Displayed:**
X Window X Door X Store Front

**8. Approx. Square Footage:**
☐ 0-250 ☐ 251-500 ☐ 501-2,000 ☐ 2,001+

**9. # of Registers:** ___

**10. Return Policy:** ☐ Full Refund ☐ Exchge Only ☐ None

**11. Do you have a refund policy for your MC/ Visa / Discover® Network / American Express® sales?**
☐ Yes ☐ No If yes, Check one:
☐ Exchange ☐ Store Credit ☐ Refund Cardholder
If MC/Visa/Discover Network/American Express Credit, within how many days do you submit credit
transactions? ☐ 0-3 ☐ 4-7 ☐ 8-14 ☐ Over 14 days

**12. Proper License Visible (Liquor, Tax ID, etc.):**
X Yes ☐ No, explain: ___

**13. Your Previous Processor:** ___

**14. Your Previous Merchant #:** ___

**15. Check Reason for Changing:**
☐ Rate ☐ Service ☐ Terminated
☐ Other: ___

**16. Do You Have Previous Processor MC/Visa/Discover Network/ American Express Statements?** ☐ Yes ☐ No

**17. Are customers required to leave a deposit?**
☐ Yes ☐ No If Yes, % of deposit required: ___ %
Time Frame for Delivery: ___ Days

Comments to Credit Officer/Other Depository/Primary Savings Account Number and Additional Information *(40 Characters)*

### MAIL CARD STATEMENTS/DOCUMENTS

**Statement Recap Information:** *(check one)* X 01 = Outlet   ☐ 02 = Stmt to Bill To/No Recap   ☐ 07 = Suppress Stmt (No Stmt)   ☐ 08 = Produce Recap, No Stmt
☐ 09 = Bill to Address/Stmt and Recap   ☐ 10 = Recap to Bill To/Stmt to Outlet

**Statement Type:** *(check one)* ☐ Detail X Summary    **Statement Delivery Method:** *(check one)* ☐ E-Mail ☐ Online X Print and Mail

Statement E-Mail Address: ___

Head Office/Bill To Name: **BLUEWAVE ADVISORS LLC**    First/Last Contact Name: **JEFFREY BISHOP**

Address: ___   City: **TYLER**   State: **TX**   Zip: ___   Phone #: **(817) 707-6901**

**ON YOUR BUSINESS ACCOUNT** *(check one)*
**CHECKING STATEMENT ROLLUP:** ☐ 0 = Each Transfer ☐ 1 = Debit/Credit Grouped (By Category) ☐ 2 = Net Transfer Amount Only ☐ 3 = Net Transfer EOM Fee Combined

### CARD PROCESSING INFORMATION

BAMS1305(ia)

**1. Processing mode:** ✔ EDC ☐ Paper Voice ☐ Tape ☐ ECR ☐ Paper Terminal    **2. Funding will be processed DAILY via:** ✔ ACH ☐ Bankwire

**3. Bank will fund:** ✔ Outlet ☐ Head Office    **4. # of Plates:** ___ Long ___ Short    **5. Fire Safety Act:** X Yes ☐ No

**6. Ship Equip. & Welcome Packet to** *(check one):* ✔ Outlet ☐ Head Office ☐ Other, give mailing information below ☐ No Welcome Packet & Supplies ☐ No Welcome Packet

Name: ___    First/Last Contact Name: ___

Address: ___   City: ___   State: ___   Zip: ___

**7. Debit Bill Payment Transaction Type:** ☐ Internet ☐ VRU ☐ Recurring ☐ Call Center    Sponsoring Debit Network: ☐ NYCE ☐ Pulse ☐ Star

**8. Additional Terminal Features:** *(Check all that apply to ensure timely terminal programming)*

| | | | | Terminal Features: *(cont'd)* | | |
|---|---|---|---|---|---|---|
| X Auto Settle Time **23:00** hh ET (military) | ☐ QSR-CR/SMT *(Convenience/Small Ticket)* | ☐ Retail Gas | ☐ Amex Prepaid Program Preference *(Choose One)* | | Key Disable **or** | Password Protect |
| ☐ Bar Tab | ☐ QSR Print Option | ☐ Retail With Tip | ☐ Partial Auth ☐ Balance Back | | | |
| ☐ Clerk /Server Entry | | ☐ Ship Method *(Overnight)* | ☐ Other ___ | Credits | ☐ | ☐ |
| ☐ Debit Cash Back | ☐ Invoice Number | ☐ Tip % Option | | Voids | ☐ | ☐ |
| ☐ Delayed Ship Date: ___ | | ☐ Verify Amount Prompt | PINPad: | Forces | ☐ | ☐ |
| ☐ Dial Prefix: ☐ Dial 9 ☐ Other: ___ | ☐ Multi-Trans *(PC/Register/Software only)* | ☐ Partial Approval | ☐ DES Encryption | Reviews | ☐ | ☐ |
| ☐ Dial Suffix: ___ | ☐ No Server/ Ticket ID | ☐ Purchase w/ Balance Return | ☐ DUKPT | Bal/Settle | ☐ | ☐ |
| ☐ E-Commerce | ☐ Remove Room # Prompt | | ☐ Access Code | Auth Only | ☐ | ☐ |
| ☐ If IP ___ *(List Current Provider)* | ☐ Remove Ticket # Prompt | ☐ Standalone Balance Inquiry ___ # | | Reports | ☐ | ☐ |
| | | | | Tip Adjustment | ☐ | ☐ |

Comments: ___
**(NOTE:** Completing the Comments field will result in a 48 hour terminal programming delay)

CONFIDENTIAL

PX 27, 2542

# MERCHANT PROCESSING APPLICATION AND AGREEMENT (Page 1 of 5)

## COMPLETE SECTIONS (1~12)

Bank of America
Merchant Services

Merchant #: _____

TeleCheck Subscriber #: _____   Add'l TeleCheck Product Subscriber #: _____   Loc. ___ of ___

### (1) TELL US ABOUT YOUR BUSINESS

Store #: _____

Client (Your Business LEGAL Name):
**BLUEWAVE ADVISORS, LLC**

Same as Legal Name  or  Provide DBA/Outlet Name:
**TOPSTOCKPICS.COM**

First/Last Contact Name:
**JEFFREY BISHOP**

(No P.O. Box) Address: ▮▮▮▮▮▮▮▮   Suite #: ▮▮▮   City: **IRVING**   State: **TX**   Zip Code: ▮▮▮▮▮

Your Business Phone:
**(817) 707-6901**

☐ Same as Business Phone  or  Merchant's Customer Service Phone: _____

Your Fax Phone:

Select One for Retrieval Requests:
☐ (02) Dedicated 24 Hour Fax   ☐ (03) No fax; mail   ☐ (05) eIDs

Your E-Mail Address (Required for IP or TeleCheck):
**EDITOR@INVESTORSOUP.COM**

Your Customer Service E-Mail Address: _____

Website Address: **WWW.TOPSTOCKPICS.COM**

### (2) MC/VISA/DISCOVER® NETWORK/AMERICAN EXPRESS ONEPOINT™

| | | |
|---|---|---|
| Your Total Cash and Credit Sales (For All Outlets) | $ 1,000,000 | Estimated MC/Visa Average Ticket/Sales Amount: $ 30.00 |
| Total Annual MC/Visa Volume: (For All Outlets) | $ 500,000 | Estimated Discover Network Average Ticket for this Outlet: $ 30.00 |
| Total Annual Discover Network Volume: (For All Outlets) | $ 50,000 | Estimated American Express Average Ticket for this Outlet: $ 30.00 |
| | | Annual MC/Visa Volume for this Outlet: (For Multiple Outlets Only) $ ,000 |
| Total Annual American Express Volume: (For All Outlets) | $ 50,000 | Est. Discover Network Annual Sales Vol. for this Outlet: (For Multiple Outlets Only) $ ,000 |
| | | Est. American Express Annual Sales Vol. for this Outlet: (For Multiple Outlets Only) $ ,000 |

### (3) TELECHECK PRODUCTS AND SERVICES

☐ ECA® Warranty   ☐ ECA Verification
☐ LockBox Warranty   ☐ LockBox Verification   ☐ Check Cashing Warranty   ☐ Check Cashing Verification   ☐ Other: _____
☐ Paper Warranty   ☐ Paper Verification   ☐ COD Warranty   ☐ Mail Order Warranty   Existing Subscriber No.: _____

### (4) ENTITLEMENTS

✓ MC/Visa   ✓ Discover Network Full Processing (Discover Network systems and rules also process and govern JCB transactions. Elect JCB if a desired Card type.)
☐ Global ePricing (for eCommerce merchants only)

| | | | | |
|---|---|---|---|---|
| ☐ Voyager Fleet | Annual Voyager Vol.: $ ____ | Participation in Voyager Tax Exempt Program: ☐ Yes ☐ No (if yes, additional request form required) | | |
| ☐ WEX Full Acquiring | Annual WEX Volume: $ ____ | WEX (Non-Full Svc) ☐ MC Fleet | | |
| ☐ Non-Lic JCB (EDC) | (Existing Account #) | or | ☐ JCB License | 2 8 0 9 0 0 9 9 0 1 |
| ☐ American Express OnePoint/Full Service (EDC) | American Express ESA/Pass-Through: | or | ☐ Existing SE # | |

Amer. Exp. Cap #: _____   Franchise Name: _____

Check one for ESA/Pass-Through: ☐ Split Dial ☐ Single Settle ☐ DDC ☐ PIP ☐ Reverse PIP

Debit Package  7 7 7 3 6 2 0 5   ☐ EBT  FNS # (XREF): _____   *Gift Card ☐ †Loyalty Solutions  *A separate Setup Form is required.

### (5) PROVIDE MORE BUSINESS DATA

State Incorp. T X   Month/Yr. Started: 04/06   ☐ Sole Ownership ☐ Partnership ☐ Non Profit/Tax Exempt ☐ Public Corp. ☐ Private Corp. ☒ L.L.C. ☐ Gov't

Check one: TIN Type: ☒ EIN (Fed Tax ID #) ☐ SSN   D&B #: _____   No. of Employees: **10**

NOTE: Failure to provide accurate information may result in a withholding of merchant funding per IRS regulations. (See Part IV Section A.3 of your Program Guide for further information.)

| Name (as it appears on your income tax return): | ☐ Federal Tax ID#: (as it appears on your income tax return) | ☐ I certify that I am a foreign entity/nonresident alien. (If checked, please attach IRS Form W-8.) |
|---|---|---|
| **BLUEWAVE ADVISORS LLC** | ▮▮▮▮▮▮▮ | |

Mag Swipe ____ % + Keyed Manually 100 % = 100%   Product/Services You Sell: **NEWS LETTERS AND ADVERTISING**

POS Card Present (MAG Swipe and/or Manual Imprint) ____ % + Mail Order/Direct Marketing ____ % + Phone Order ____ % + Internet 100 % = 100%

Do you use any third party to store, process or transmit cardholder data? ☐ Yes ☒ No (Examples include, but not limited to are hosting companies, Electronic Data Capture, Loyalty programs)

If yes, give name/address: _____

Please identify any Software used for storing, transmitting, or processing Card Transactions or Authorization Requests: _____

Client Initials _____

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Attachment HHHH**

**CONFIDENTIAL**

**PX 27, 2543**

# MERCHANT PROCESSING APPLICATION AND AGREEMENT (Page 3 of 6)

DBA Name: **T O P S T O C K P I C S . C O M**   Loc.   of

BAMS1308   **(6) DESCRIBE EQUIPMENT DETAILS**   BAMS1308A(a)

Network: ( ) (205) CARD*net*®   X ( ) Nashville   ( ) Buypass   ( ) Other   Specify Security Code: ( )

| Rental · Purchase Cust.-Owned · Lease Installment Purchase (circle one) | QTY | IP | Equipment Type (i.e. Terminal/VAR/Internet) | Retail · Restaurant · MOTO/Internet Lodging · Supermarket · Car Rental Quick Service Restaurant · Petr | Model Code and Name | Unit Price w/o Tax | For Customer-Owned Equipment Track/Version/Serial # |
|---|---|---|---|---|---|---|---|
| R X C L I | 1 | | FDGG | R Re MOTO/I L S C QSR P | FDGG | $ | |
| R P C L I | | | | R Re MOTO/I L S C QSR P | | $ | |
| R P C L I | | | | R Re MOTO/I L S C QSR P | | $ | |

The Installment Purchase plan is a 3 month option only.

NOTE: Any Special Instructions must be included on About Merchant's Business Page.

Installation/Training:
- X MAC/MIG to Train
- No Merchant Training
- Sales Rep. to Train
- Installer / In-House

(Receive training via phone, 1-800-430-7162, M-F 8:00 am - 10:00 pm EST & Sat. 10:00 am - 2:00 pm EST)
(Check training via phone, 1-800-366-1054, M-F 8:00 am - 10:00 pm EST & Sat. 10:00 am - 2:00 pm EST)

First/Last Contact Name: JEFFREY BISHOP   Contact Phone #: (817) 707-9901   Best Time to Call: 10:00 X am  pm

Imprinter Purchase: ☐ Yes X No If Yes $ 50.00 x Qty: = $   (w/o Tax)   Wireless Provider: ☐ GPRS Cingular or ☐ Other:

Check one: ☐ Gateway Solutions ☐ Dial Solutions X Global Gateway (FDGG) ☐ VSAT*** ☐ Frame ☐ Other: _____ IC Verify Serial # _____

VAR/Internet/Software: Name: _____   Product ID # _____   Vendor ID # _____

NOTE: ***Requires separate agreement between VSAT Provider prior to implementation of this telecommunications protocol.

LEASE COMPANY: (04) First Data Global Leasing   Lease Term _____ Months   Annual Tax Handling Fee: $16.20

Monthly Lease Charge for This Location $ _____ w/o taxes, late fees, or other charges that may apply. *See Multiple Locations form for the Monthly Lease Charge for each individual location. See Lease Agreement for details. This is a NON-CANCELABLE lease for the full term indicated.

## (7) PROVIDE YOUR OWNER INFORMATION

| Owner/Partner/Officer Name | D.O.B. | Social Security # | Home Phone | % of Ownership |
|---|---|---|---|---|
| JEFFREY BISHOP | ▮ | ▮ | ▮ | 60 |
| Home Address | City | State | Zip | Country |
| ▮ | LEE | NH | 03861 | US |

| Owner/Partner/Officer Name | D.O.B. | Social Security # | Home Phone | % of Ownership |
|---|---|---|---|---|
| | | | | |
| Home Address | City | State | Zip | Country |
| | | | | |

## (8) FLAT RATE / IC PLUS / TIER PRICING SCHEDULE

### Start-Up Fees (One-Time Charge)

**Non-Taxable Fees:**

Application Fee (Non-Refundable)   (237) $ 149.00

Reprogramming Fee (31A) $ _____

Debit Set-up Fee (31B) $ _____

Misc. Fees (31J) $ _____

*Equipment Purchase (ACH) $ _____

Other: _____

( ) $ _____

Total Amount $ _____   w/o tax

*You will be charged the applicable State/City/Local Sales Tax.

### Maintenance Fees

X Annual Maintenance Fee (49C) $ 94.75
or
Quarterly Maintenance Fee (49B) $ 23.75

### PIN Debit

**Unbundled PIN Debit** (01B, 42B, Key 0-590, Key 0-583) $ 0.30 (plus the applicable network fees)

### Billed Monthly Fees (if Applicable)

Monthly Service Charge (335) $ 9.95

Minimum Processing Fee (952) $ 25.00

Wireless Access Fee (390)
FEE PER TID # OF TIDs TOTAL
$ _____ x _____ = $ _____

ClientLine® (32R) $ No Charge

Paper Statement Fee (023) $ 4.95

Premium Equip Svc Program
Yes  No (per 7/0)   (32U) $ _____

Monthly PCI Support Pkg (49A) $ _____

Other: _____ ( ) $ _____
Other: _____ ( ) $ _____
Other: _____ ( ) $ _____
Other: _____ ( ) $ _____

### Entitlements

| | | AUTHORIZATION |
|---|---|---|
| American Express ESA/Pass Through | (10P) $ | 0.25 |
| JCB | (10M) $ | 0.25 |
| JCB License | (759) | % |

### Internet

**Start-Up Fees**

FDGG Set-up Fee (31X)
FEE PER TID $ 100  x  # OF TIDs 1  = TOTAL $ 100

Internet Set-up Fee (30R)
FEE PER TID $ _____  x  # OF TIDs _____  = TOTAL $ _____

**Billed Monthly Fees**

FDGG (31Z)
FEE PER TID $ 16  x  # OF TIDs 1  = TOTAL $ 16

Internet Service Fee (394)
FEE PER TID $ _____  x  # OF TIDs _____  = TOTAL $ _____

Global ePricing MC/V Svc Fee (997, 998) _____ %
NOTE: Client shall be subject to any foreign currency exposure in connection with Global ePricing transactions.

**Trans / Other Fees**
Internet/FDGG   (03F, 04R, 061, 071, 435, L19) $ 0.05
MC, V, Amex, Dis, Check

### Billed Annual Fees (if Applicable)

Other: _____ ( ) $ _____
Other: _____ ( ) $ _____
Other: _____ ( ) $ _____

Client Initials X ▮

CONFIDENTIAL

PX 27, 2544

# MERCHANT PROCESSING APPLICATION AND AGREEMENT (Page 3 of 5)

BAMS1308  **(B) FLAT RATE / IC PLUS / TIER PRICING SCHEDULE (cont'd)**  BAMSCorpFee1309A(ca)

DBA Name: **TOPSTOCKPICS.COM**   Pricing Type: **0 2 0**   Schedule Version: **BAMS.MVD.F10.2.2T**   Loc. ____ of ____

## Discount Fees (Based On Gross Transaction Volume)

**Accept all MasterCard, Visa and Discover Network Transactions** (presumed, unless any selections below are checked)

| MasterCard Acceptance | Visa Acceptance | Discover Network Acceptance |
|---|---|---|
| ☐ Accept MC Credit transactions only | ☐ Accept Visa Credit transactions only | ☐ Accept Discover Network Credit transactions only |
| ☐ Accept MC Non-PIN Debit trans. only | ☐ Accept Visa Non-PIN Debit trans. only | ☐ Accept Discover Network Non-PIN Debit trans. only |

See Section 1.9 of the Program Guide for details regarding limited acceptance. You are responsible for distinguishing Credit from Non-PIN Debit Cards. Even if you have agreed to your acceptance of certain cards as outlined above, you must continue to accept all foreign issued cards, whether Credit or Non-PIN Debit. If you agree to limit your acceptance to a particular type of card and, whether intentionally or in error, accept another type of transaction, the resulting transaction will downgrade to the highest cost interchange plus the applicable Non-Qualified Surcharge (See Section 18.1 of the Program Guide).

MC/Visa/Discover Network IC Pass Thru You will be charged the applicable interchange rate from MasterCard, Visa or Discover Network, plus a MasterCard Assessment Fee (272) of .11%, a Visa Assessment Fee (274) of .11% or a Discover Network Assessment Fee (4AC) of .0450%, plus any other fees indicated on this Service Fee Schedule.

| Pricing Method: (Select One) | MC/Visa/Discover Network/American Express Discount Rate | MC/Visa/Discover Network 2-Tier | MC/Visa/Discover Network 3-Tier | Transaction Fees (Applies to MC/Visa/Discover Network 2-Tier and MC/Visa/Discover Network 3-Tier ONLY) | |
|---|---|---|---|---|---|
| **Interchange Plus** L. (549,564,629) ☐ H (650,663,629) | | | | | |
| **QUALIFIED DISCOUNT RATES** | | | | | |
| MC Credit Discount Rate (400) | % | 1.95 % | % | MC/Visa Qual Credit Trans Fee | % |
| Visa Credit Discount Rate (804) | % | 1.95 % | % | (901, 002, 605, 606, | % |
| Discover Network Credit Disc't Rate (170) | % | 1.95 % | % | 630, 634) $ | % |
| MC World Sales Discount (560) | | | % | Discover Network | |
| Visa Reward Sales Discount (664) | | | % | Qual Credit Trans Fee | |
| Discover Network Premium Sales Discount (7AA) | | | % | (015, 016, 7BA) $ | |
| American Express OnePoint** Credit Discount Rate (Key 0-570) | % | | | | |
| MC Non-PIN Debit Discount Rate (850) | % | 1.95 % | % | MC/Visa Qual Non-PIN Debit | % |
| Visa Non-PIN Debit Discount Rate (854) | % | 1.95 % | % | Trans Fee (130, 131, 134, 135) $ | % |
| Discover Network Non-PIN Debit Discount Rate (964) | % | 1.95 % | % | Disc. Network Qual Non-PIN Debit Trans Fee (787, 788) $ | % |
| **MID-QUALIFIED DISCOUNT RATES** (Does not apply to MC / Visa / Discover 2-Tier) | | | | | |
| MC Credit Discount Rate (810) | | | % | MC/Visa Mid-Qual Credit | |
| Visa Credit Discount Rate (814) | | | % | Trans Fee (611, 612, 615, 616 | |
| Discover Network Credit Disc't Rate (953) | | | % | 640, 644) $ | |
| MC World Mid-Qual Discount (670) | | | % | Discover Network | |
| Visa Reward Mid-Qual Sales Discount (674) | | | % | Mid-Qual Credit Trans Fee (717, 718, 7BZ) $ | |
| Discover Network Premium Mid-Qual Sales Discount (7AE) | | | % | MC/Visa Mid-Qual Non-PIN Debit Trans Fee | |
| MC Non-PIN Debit Discount Rate (870) | | | % | (140, 141, 144, 145) $ | |
| Visa Non-PIN Debit Discount Rate (874) | | | % | Discover Network Mid-Qual | |
| Discover Network Non-PIN Debit Discount Rate (968) | | | % | Non-PIN Debit Trans Fee (791, 792) $ | |
| **NON-QUALIFIED DISCOUNT RATES** | | | | | |
| MC Credit Discount Rate (820) | | 2.73 % | % | MC/Visa Non-Qual Credit | |
| Visa Credit Discount Rate (824) | | 2.73 % | % | Trans Fee (621, 622, 625, 626 | |
| Disc. Network Credit Disc't Rate (954) | | 2.73 % | % | 650, 654) $ | |
| MC World Non-Qual Sales Discount (680) | | | % | Discover Network | |
| Visa Reward Non-Qual Sales Discount (684) | | | % | Non-Qual Credit Trans Fee (721, 722, 7BI) $ | |
| Discover Network Premium Non-Qual Sales Discount (7AI) | | | % | MC/Visa Non-Qual | |
| MC Non-PIN Debit Discount Rate (860) | | 2.73 % | % | Non-PIN Debit Trans Fee (150, 151, 154, 155) $ | |
| Visa Non-PIN Debit Discount Rate (864) | | 2.73 % | % | Discover Network Non-Qual | |
| Discover Network Non-PIN Debit Discount Rate (970) | | 2.73 % | % | Non-PIN Debit Trans Fee (795, 796) $ | |
| MC/Visa Auth & Return Trans Fee (10A, 10D) (002, 006) (131, 135) | $ .20 | | | $ | |
| Discover Network Auth & Return Transaction Fee (10J, 016, 788) | $ .20 | | | $ | |
| American Express OnePoint Trans. Fee | $ .20 | | | | |
| Non-Qual Surcharge Fee (390, 20R) (excluding interchange pass-through) (see, see Section 18.1) Applies to Non-qualified MC, Visa, Discover Network Credit, and/or Non-PIN Debit Transactions. | % | | | | |

**Retail and Restaurant merchants will be charged an additional 0.30% for non-swiped American Express transactions.

Client Initials

CONFIDENTIAL

PX 27, 2545

# MERCHANT PROCESSING APPLICATION AND AGREEMENT (Page 4 of 5)

DBA Name: T O P S T O C K P I C S . C O M                     Loc._____ of_____

BAMSfitle                 (BY FLAT RATE / IC PLUS / TIER PRICING SCHEDULE (cont'd)       BAMSCorpFee(508)(a)

| WEX Full Acquiring Fees | Buypass Fees | Other Fees | | Other Pmt Fees |
|---|---|---|---|---|

**WEX Full Acquiring Fees**
- WEX Auth Fee (0D4) $
- WEX Sales Discount (940) %
- WEX Refund Discount (041) (each)
- WEX Chargeback Discount (042) %
- WEX Chargeback Reversal Discount (043) %
- WEX Chargeback Fee (29H) $
- WEX Retrieval Fee (038) $

**Buypass Fees**
- Datawire Micronode ☐ Yes ☐ No
- Datawire Micronode Monthly Fee (954) $ 15.00 (each)

*Authorization Fees*
- Voyager (600, 601, 0DV) $
- WEX (Non-Fuel Svc) (0H9, 951, 0SV) $

*Other Payment Fees*
- Voyager:
  - Sales Discount Rate (644) %
- Credit Discount Rate (645) %

**Other Fees**
| | | |
|---|---|---|
| Chargeback Fee | (255,725,20L) $ | 25.00 |
| MC Cross Border Fee USD | (865) $ | 0.40 % |
| US Cross Border Fee Non-USD (866) | $ | 0.80 % |
| Visa International Svc Fee | (22A) $ | 0.40 % |
| IIC /W Discover Network / American Express/ | | |
| Voice Auth | (10S,10E,10K,10Q) $ | 0.95 |
| EBT | (18E, 18I, 02X, 18H) $ | 0.15 |
| AVS | (405, 406, 407, 408) $ | 0.10 |
| Discover Network AVS | (07A, 075, 07C, 070) $ | 0.10 |
| ACH Reject Fee | (401) $ | 25.00 |
| Batch Settlement Fee | (227) $ | 0.35 |
| MCN Network Access Fee (197, 198) $ | | 0.0269 |
| Discover Ntwk Access Fee | (526) $ | .0075 |

| | | |
|---|---|---|
| Visa Zero Amt + AVS Fee | (10X) $ | 0.025 |
| Visa Zero Amount Fee | (0GY) $ | 0.025 |
| Visa Misuse of Auth Fee | (049) $ | 0.045 |
| Visa Zero Floor Limit | (048) $ | 0.10 |
| Visa Partial Auth NP Trans Fee | (120) $ | 0.01 |
| Visa Int'l Acquirer Fee (for MCC codes 5962,5966,5967 only) | (22F) $ | 0.45 % |
| Discover Network Int'l Processing Fee | (22G) $ | 0.30 % |
| Discover Network Int'l Service Fee | (22E) $ | 0.45 % |
| Other: ETF | $ | 0 |

**Other Pmt Fees**
- American Express ESA/Pass Through Fees*
- **Amex Discount Rate %
- Amex Trans. Fee $
- *Amex Monthly Fee $ 7.95 (Flat Fee)
- *Billed separately by American Express
- *Retail & Restaurant merchants will be charged an additional 0.30% for non-swiped American Express transactions.

**Note: See Part IV "Additional Important Information Page for Card Processing" in Section A.3 for early termination fees.**

## (9) TELECHECK RATES, SERVICE FEES, AND SET UP INFORMATION

TeleCheck Services, Inc.    Set-Up Fees:
P.O. Box 4564               No. of Physical Locations:_____  1st Location: @_____  Add'l Location(s): @_____   Total Set-Up Fee: $
Houston, TX 77210-4514      TeleCheck Monthly                                                      Total TeleCheck
1-800-366-1064              POS Support Fee: $_____ (per Terminal/Per Month. TeleCheck Equip. Only)  Monthly POS Support Fee: $

| Check ALL TeleCheck Services that apply: | ECA Warranty or ☐ Paper Warranty | ☐ ECA Verification or Paper Verification | LockBox Warranty | LockBox Verification |
|---|---|---|---|---|
| Average Check Size | $ | $ | $ | $ |
| Total Monthly Check / Call Volume | $ | $ | $ | $ |
| Inquiry Rate | | % | % | |
| Transaction Fee | $ | $ | $ | $ |
| Advantage Billing | $ | $ | $ | $ |
| One Rate | $ | | | |
| Monthly Minimum Fee | $ 25.00 | $ 25.00 | $ 25.00 | $ 25.00 |
| Customer Request Operator Call / Voice Authorization Fee | $ 2.50 | $ 2.50 | $ 2.50 | $ 2.50 |
| Monthly Processing / Statement Fee | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 |
| December Risk Surcharge | 0.10 % | | 0.10 % | |
| Warranty Maximum | Face Amt. of Authorized Item or $ | | Face Amt. of Authorized Item or $ | |
| MICR Floor Limit | | | | |
| Other: | $ | $ | $ | $ |

| Check ALL TeleCheck Services that apply: | ☐ COD Warranty | ☐ Mail Order Warranty | ☐ Check Cashing Warranty | ☐ Check Cashing Verification | ☐ Other |
|---|---|---|---|---|---|
| Average Check Size | $ | $ | $ | $ | $ |
| Total Monthly Check / Call Volume | $ | $ | $ | $ | $ |
| Inquiry Rate | % | % | % | % | % |
| Transaction Fee | $ | $ | $ | $ | $ |
| Advantage Billing | $ | $ | $ | $ | $ |
| One Rate | $ | $ | $ | $ | $ |
| Monthly Minimum Fee | $ 25.00 | $ 25.00 | $ 25.00 | $ 25.00 | $ 25.00 |
| Customer Request Operator Call / Voice Authorization Fee | $ 2.50 | $ 2.50 | $ 2.50 | $ 2.50 | $ 2.50 |
| Monthly Processing / Statement Fee | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 |
| December Risk Surcharge | 0.10 % | 0.10 % | 0.10 % | | 0.10 % |
| Warranty Maximum | Face Amt. of Authorized Item or $ | Face Amt. of Authorized Item or $ | See Section 1.1(a) of Check Cashing Warranty Addendum | | Face Amt. of Authorized Item or $ |
| MICR Floor Limit | | | | | |
| Other: | $ | $ | $ | $ | $ |

See TeleCheck Agreement for definitions and any additional fees.
**Note: See Section 1.38 "Damages" of the TeleCheck Agreement for early termination fees/liquidated damages.**

Client Initials

CONFIDENTIAL

Attachment HHHH          PX 27, 2546

MERCHANT PROCESSING APPLICATION AND AGREEMENT (Page 1 of 5)

DBA Name: **TOPSTOCKPICS.COM**                                         Loc.___ of___

(C) TELECHECK RATES, SERVICE FEES, AND SET UP INFORMATION (cont'd)

Your Head Office/Bill To Name:          First/Last Contact Name:          Phone Number:

Address:              Suite #    City:               State:   Zip:   Your Fax Phone:

☐ TeleCheck Auto Settle Time: ____ hh ET  (Must be at least 1 hour after Card Auto Settle Time)

Funding Report: ☐ Bill To  ☐ Location   Delivery Method: ☐ E-Mail  ☐ Fax  ☐ US Mail  Frequency: ☐ $___ Monthly  ☐ $___ Weekly  ☐ $___ Daily

Contact Name: _____           Contact Telephone #: _____

Report Fax #: _____           Report E-Mail Address: _____

Batch Closing Options: ☐ am  ☐ pm  Must close by 11:30 pm CST      Format: ☐ CSV (E-Mail only)  ☐ PDF

Funding: ☐ Per Bill To  ☐ Per Location              Fund By: ☐ Product  ☐ Terminal  ☐ Location  ☐ Agent  ☐ Batch  ☐ Day

☐ **ACH Credits to TeleCheck**          ABA Transit #: _____    Account #: _____   ☐ Ck
  by Subscriber (For Invoice Payment)     ☐ Same as above or              ☐ Same as above or

☐ **Debits/Credits (Settlement) to Subscriber**    ABA Transit #: _____   Account #: _____   ☐ Ck
  by TeleCheck and/or Franking Information:

Special Instructions which are part of this Agreement:
Please note on separate funding check or bank letterhead the designated TeleCheck Service. A separate funding check or bank letterhead/logo for TeleCheck Services is NOT required UNLESS Merchant will be using different banking account(s) for TeleCheck Services.

(D) AGREEMENT APPROVAL

**APPLICABLE IF MERCHANT ACCEPTS AMERICAN EXPRESS® CARDS:** By signing below, I represent that I have read and am authorized to sign and submit this application for the above entity which agrees to be bound by the American Express® Card Acceptance Agreement ("Agreement"), and that all information provided herein is true, complete and accurate. I authorize First Data Merchant Services Corporation ("FDMS"), American Express Travel Related Services Company, Inc. ("AXP") and AXP's agents and Affiliates to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer reporting agencies, and disclose such information to their agent, subcontractors, Affiliates and other parties for any purpose permitted by law. I authorize and direct FDMS and AXP and AXP's agents and Affiliates to inform me directly, or through my entity above, of reports of reports from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I also authorize AXP to use the reports from consumer reporting agencies for marketing and administrative purposes.

I understand that upon AXP's approval of this application, the entity will be sent the Agreement and materials welcoming it, either to AXP's program for FDMS to perform services for AXP or in AXP's standard Card acceptance program, which has different servicing terms (e.g., different operate of pay). I understand that if the entity does not qualify for the FDMS servicing program, that the entity may be enrolled in AXP's standard Card acceptance program, and for order may transmit to the Agreement. By accepting the American Express Card for the purchase of goods and/or services, or otherwise welcoming its intention to be bound, the entity agrees to be bound by the Agreement.

**APPLICABLE TO ALL MERCHANTS:** By signing below, each of the undersigned represents that they have read and are authorized to sign and submit this Merchant Processing Application and Agreement ("Merchant Processing Application") for the above named Client ("Client") and that all information provided herein is true, complete, and accurate. Client acknowledges having received and read a copy of (i) the Interchange Qualification Matrix, (ii) the Non-Qualified Rate Schedule (specific to Client's industry), Interchange Rate Schedule or Qualification Tier Rate Schedule, as applicable to Client's Pricing Method, (iii) the Program Guide (which includes terms and conditions for each of the services, Operating Procedures, Additional Agreements (as defined below), Additional Important Information for Card Processing, and a Confirmation Page) and (iv) the Merchant Processing Application, consisting of Sections 1-12, together, the Merchant Processing Application, its attachments and schedules and Parts I and IV of the Program Guide are referred to in this Section 10 as the "Merchant Agreement" as modified from time to time in accordance with the applicable provisions of the Program Guide, and agrees to be bound by all provisions as printed therein. Client hereby consents to receiving commercial electronic mail messages from time to time. This signature page also serves as the signature page to the Equipment Lease Agreement and the American Express® Card Acceptance Agreement (for purposes of this paragraph, the "AXP Agreement"), which appear in Part II of the Program Guide, as well as the TeleCheck Services Agreement, appearing in Part III of the Program Guide (for purposes of this paragraph, together, the Equipment Lease Agreement, AXP Agreement and TeleCheck Services Agreement are the "Additional Agreements"), if selected, the Client being the "Lessee" for purposes of such Equipment Lease Agreement and/or "You" and "Your" for the purposes of the AXP Agreement and/or TeleCheck Services Agreement.

By signing below, each of the undersigned authorizes Banc of America Merchant Services, LLC ("Processor") and Bank of America, N.A. ("Bank") (together, Processor and Bank are "Servicers" and also referred to as "our," "us," and "we" in this Section 10) to (a) request and obtain from consumer reporting agencies, individual and business credit reports (collectively, "Credit Reports"), in connection with the approval of this Merchant Processing Application and any maintenance, updating, renewal or extension of the Merchant Agreement (if the Merchant Processing Application is approved), and (b) exchange Credit Reports and any other information about each of the undersigned personally with First Data Merchant Services Corporation, TeleCheck Services, Inc. and any other service providers, to the extent such parties provide services that Client has selected on this Merchant Processing Application (as hereafter elected by Client). Each of the undersigned furthermore agrees that all references, including banks and consumer reporting agencies, may release any and all individual and business credit financial information to us. Each of the undersigned further authorizes us to disclose any information obtained from any source in connection with this Merchant Processing Application, including Credit Reports, to any government, administrative or regulatory entity, upon request, or to each other and our respective vendors and affiliates, as necessary to provide the products and services elected under the Merchant Agreement, or to comply with applicable law or order, including, without limitation, the USA PATRIOT Act. It is our practice to obtain certain information in order to verify your identity while processing your Merchant Processing Application, as described in the USA PATRIOT Act.

THIS MERCHANT PROCESSING APPLICATION AND AGREEMENT HAS BEEN EXECUTED ON BEHALF OF AND BY THE AUTHORIZED MANAGEMENT OF CLIENT AS OF THE EFFECTIVE DATE.

Client's Business Principal (Please sign below)          (PROCESSOR): Banc of America Merchant Services, LLC
                                                         (BANK):      Bank of America, N.A.

X Signature _____               X Signature _____

Print Name **JEFFREY BISHOP**     Date **10/28/10**      Date _____

Title: ☒ Pres. ☐ V.P. ☐ Member L.L.C. ☐ Owner ☐ Partner ☐ Other: ___      Approved TeleCheck Manager

X Signature _____               IF TELECHECK SERVICES HAVE BEEN SELECTED, PLEASE SIGN BELOW:

Print Name _____         Date _____

Title: ☐ Pres. ☐ V.P. ☐ Member L.L.C. ☐ Owner ☐ Partner ☐ Other:        X Signature _____

(E) TELECHECK ACH AUTHORIZATION

ACH Debit and Credit Authorization: Client authorizes its Financial Institution to pay and charge to its account by electronic fund transfer the amount due TeleCheck under this Agreement and to amount all credits and debits made to its account by electronic fund transfer as a result of TeleCheck's services. This authorization shall remain in effect until thirty days after received in writing.

X _____                              Print Name/Title: _____    Date: _____
  Authorized Signature on TeleCheck Account for ACH

#AMS1308                                   (F) PERSONAL GUARANTY                                  #AMS1300(H3)

In exchange for Banc of America Merchant Services, LLC, Bank of America, N.A., and American Express' acceptance of, as applicable, the Agreement and/or the Equipment Lease Agreement and/or American Express Card Acceptance Agreement, the undersigned unconditionally guarantees performance of the Client's obligations under the foregoing Agreements, and payment of all sums due thereunder, and in the event of default, hereby waives notice of default and agrees to indemnify the other parties for any and all amounts due. Each undersigned guarantor of this Guaranty and that Banc of America Merchant Services, LLC and American Express are relying upon this Guaranty in entering into, as applicable, the Agreement, the Equipment Lease Agreement, and American Express Card Acceptance Agreement.

Signature (Please sign below):                        Signature (Please sign below):

_____ , an individual            X _____ , an individual

CONFIDENTIAL

**Attachment HHHH**            PX 27, 2547

PART VI CONFIRMATION PAGE

Please read the Program Guide in its entirety. It describes the terms under which we will provide merchant processing Services to you.

From time to time you may have questions regarding the contents of your Agreement with Bank and/or Processor or the contents of your Agreement with TeleCheck. The following information summarizes portions of your Agreement in order to assist you in answering some of the questions we are most commonly asked.

1. **Your Discount Rates** are assessed on transactions that qualify for certain reduced interchange rates imposed by MasterCard and Visa. Any transactions that fail to qualify for these reduced rates will be charged an additional fee (see Section 18 of the Program Guide).

2. **We may debit your bank account** from time to time for amounts owed to us under the Agreement.

3. **There are many reasons why a Chargeback may occur.** When they occur we will debit your settlement funds or settlement account. For a more detailed discussion regarding Chargebacks see Section 10 of the Operating Guide or see the applicable provisions of the TeleCheck Services Agreement.

4. **If you dispute any charge or funding,** you must notify us within 45 days of the date of the statement where the charge or funding appears for Card processing or within 30 days of the date of a TeleCheck transaction.

5. **The Agreement limits our liability to you.** For a detailed description of the limitation of liability see Section 20 of the General Terms or Sections 1.17 and 1.28 of the TeleCheck Services Agreement.

6. **We have assumed certain risks** by agreeing to provide you with Card processing or check services. Accordingly, we may take certain actions to mitigate our risk, including termination of the Agreement, and/or hold monies otherwise payable to you (see General Terms in Section 23, Term, Events of Default and Section 24, Reserve Account; Security Interest) (see TeleCheck Services Agreement in Sections 1.1, 1.3.2, 1.3.9, 1.5.2, 1.5.7, 1.7.2, 1.7.10, 1.8.2, 1.8.8, 1.9, and 1.10), under certain circumstances.

7. **By executing this Agreement with us** you are authorizing us to obtain financial and credit information regarding your business and the signers and guarantors of the Agreement until all your obligations to us are satisfied.

8. **The Agreement contains a provision** that in the event you terminate the Agreement early, you will be responsible for the payment of an early termination fee as set forth in Part IV, A.3 under "Additional Fee Information" and Section 1.38 of the TeleCheck Services Agreement.

9. **If you lease equipment under Part II of this Agreement,** it is important that you review Section 1 in Third Party Agreements. **THIS IS A NON-CANCELABLE LEASE FOR THE FULL TERM INDICATED.**

10. Card Organization Disclosure
Visa and MasterCard Member Bank Information: Bank of America, N.A.
The Bank's mailing address is 1231 Durrett Lane, Louisville, KY 40213, and its phone number is 800-430-7161.

Important Member Bank Responsibilities:

(a) The Bank is the only entity approved to extend acceptance of Visa and MasterCard products directly to a Merchant.

(b) The Bank must be a principal (signer) to the Merchant Agreement.

(c) The Bank is responsible for educating Merchants on pertinent Visa and MasterCard rules with which Merchants must comply; but this information may be provided to you by Processor.

(d) The Bank is responsible for and must provide settlement funds to the Merchant.

(e) The Bank is responsible for all funds held in reserve that are derived from settlement.

Important Merchant Responsibilities:

(a) Ensure compliance with Cardholder data security and storage requirements.

(b) Maintain fraud and Chargebacks below Card Organization thresholds.

(c) Review and understand the terms of the Merchant Agreement.

(d) Comply with Card Organization Rules.

Print Client's Business Legal Name:  *Sherwood Ventures*

By its signature below, Client acknowledges that it received (1) the (Interchange Qualification Matrix (version BAMS.IQM.MVDisc.F09.2 or _____ ), (2) one of the following, as applicable to the Pricing Method set forth on the Application: (i) Qualification Tier Rate Schedule corresponding to the 2-Tier or 3-Tier Pricing Method, (ii) Non-Qualified Rate Schedule for the MC/Visa/Discover Network/American Express Discount Rate Pricing Method (specific to your industry), or (iii) the Interchange Rate Schedule for the MC/Visa/Discover Network IC Pass Thru Pricing Method, and (3) complete Program Guide [Version BAMS1210(ia) consisting of 46 pages (including this confirmation).

Client further acknowledges reading and agreeing to all terms in the Program Guide, which shall be incorporated into Client's Agreement. Upon receipt of a signed facsimile or original of this Confirmation Page by us, Client's Application will be processed.
NO ALTERATIONS OR STRIKE-OUTS TO THE PROGRAM GUIDE WILL BE ACCEPTED.

Client's Business Principal:
Signature *(Please sign below)*:

X *Elias Reyes*          Title *Partner*          Date *10/27/10*

*Elias Reyes*
Please Print Name of Signer

BAMS1210(ia)

46

CONFIDENTIAL
PX 27, 2548

# Select Tasks

Header

| Merch # | █████████ |
|---|---|
| DBA | TOPSTOCKPICKS.COM |
| Legal | BLUEWAVE ADVISORS LLC |
| Chain Code | 313254796888 |
| DBA City | IRVING |
| St | TX |
| SIC | 5964 |
| Keyed Dt | 04-NOV-2010 |
| # | 2 |
| Detect Dt | 31-MAR-2012 |
| # Addl Detect | 6 |
| Other Dept | NO |
| Rule Type | POTENTIAL REVIEW |
| Channel | SMALL BUSINESS BANKING TELESALES(313980001884) |
| Risk Perf | FDMS |
| Owns Risk | RETAIL |
| Risk % | 100 |
| Acct Status | 16 |
| Category | FUNDING LIMITS |
| RMW Status | COMPLETE |
| Foreign Type | USD |
| Scr | 10 |
| Dept | |
| PR Bool | N |
| View Outlet | |

Task Type Name : ANALYST CHECKLIST

CONFIDENTIAL

PX 27, 2549

| Yes/No | Task Name | Details |
|--------|-----------|---------|
| YES | A) MERCHANT MASTER REVIEW | ███████████████████████████████████ |
| YES | B) REVD CNTRACT/OFFICER CMMNTS | Date 05-APR-2012<br>User Type SY<br>User MAIS<br>Comments FOLLOWING MERCHANTS WERE DECLINED ON 04/05/2012 # of Outlets : 1 From Merchant # : ███████████ To Merchant # : ███████████ Legal name : BLUEWAVE ADVISORS LLC Principal name : BISHOP JEFF Major relation : N PR Account : Rating : III C Outlets Client CumulativeSales ($M) 177.500 417.662 595.162Risk ($M) .585 9.499 10.084Same lgl entity : Letter head reqd : Contr Addm : Common Principal: Same business : Analyst ID : ANAL Officer ID : BMOU<br>Date 16-MAR-2012<br>User Type CO<br>User BMOU<br>Comments SAME BUSINESS NATURE/TAX ID INTERNET TRANSACTIONS PROCESSING ISSUES WITH LEAD, DETERMINED THAT SALES WERE 6 MONTH/YEAR CONTRACTS, MAIN ACCT IS BEING CLOSED MERCHANT TTRIED PROCESSING AND FUNDS HELD HAS BEEN NOTIFIED BY SECURITY THEY ARE BEING TERMINATED<br>Date 16-MAR-2012<br>User Type CO<br>User BMOU<br>Comments SALES - 1. PROVIDE VALID VIEWING WEBSITE, SCREEN SHOTS, MOCK UPS TO SUPPORT INTERNET SALES NO SITE PROVIDED<br>Date 04-NOV-2010<br>User Type AU |

CONFIDENTIAL

PX 27, 2550

|  |  | User EMAU<br>Comments PP DBA STATE=TX,PRIN STATE=NH |
|---|---|---|
| YES | C) PREVIOUS PROCESSOR | no |
| YES | D) IS ACCT IN REV IN OTHR DPT? | no |
| YES | E) EVALUATE AUTHORIZATIONS | good auths |
| YES | F) FINANCIAL POS SCREEN REVWD | $/$ |
| YES | G) ORDERED/EVALUATED REAUTHS | not required |
| YES | H) REV HIST (RMW/FTMS REVWS) | never previously reviewed |
| YES | I) D & B REPORT PULLED | fast data confirms buisiness |
| YES | J) PERSONAL CRDT REPORT PULLED | not required |
| YES | K) OBTAINED BANK REFERENCE | BOA |
| YES | L) VALIDATED TRANSACTIONS | not required |
| YES | M) F/E LIMITS CHECKED & RESET | Y |
| YES | N) SUMMARY/ANALYSIS | 65515 hit funding<br>larger than normal batch and is this even qualifed? See whats going on<br><br>please see comments section<br><br>4/3<br>Called 8883929994 and had to leave a message regarding funds on hold.<br><br>SPoke to merchant who stated they offer newsleet and consulting services on how to trade penny stocks that are good for 6 months for $299 and 1 year for $499. Requested invoices, looking to close.<br><br>Advised merchant that because of the NDX we will |

CONFIDENTIAL

PX 27, 2551

| | | have to close the account. waiting for merchant to stop processing.<br><br>Merchant tried to get a related account on board:<br><br>The account was flagged by the Credit Officer the day after it was submitted and subsequently rejected pending information. AIS(BOSS) should have informed the AE.<br><br>The account was submitted as 100% Internet however, no website was keyed (not sure how it passed QC). Credit must have access to the website and view it before it can be approved. I explained this earlier today to Yahsa Riley. We?ll need that Website address before we can consider.<br><br>Now that I look at the batch attempts, it appears that the merchant tired to process over $100K in a few days. The account was only submitted for $177K in annual sales? The salesperson needs to be engaged to find out what is going on here.<br><br><br>4/20<br>Closing account, holding funds in reserve until merchant finds a new processor.<br><br>Sent termination letter<br><br>Secure and Terminate |
| YES | O) DECISION | Secure and Terminate |
| NO | P) IF TERMINATE CHK & PROCEED | |
| NO | Q) GNF'D & ATTACHED TO REVIEW | |
| NO | R) TMF'D & ATTACHED TO REVIEW | |
| ███████ | | |
| NO | T) FCRA LETTER NEEDED? | |

CONFIDENTIAL
PX 27, 2552

| NO | U) ALLIANCE PARTNER NOTIFIED? | |
|----|-------------------------------|--|
| NO | V) LEASE? IF Y, GO TO NXT STEP | |
| NO | W) AMNT OF LEASE COVERED? | |
| NO | X) RESERVE STRATEGY % | |
| NO | Y) PASTE AGENT NOTFCTN HERE*** | |

**CONFIDENTIAL**

**Attachment HHHH**      **PX 27, 2553**



April 05, 2012

Topstockpicks.Com
251 O Connor Ridge Blvd
Irving, TX , 75038

**RE:Termination for Topstockpicks.Com**

**Merchant #** █████████

Dear Bishop Jeffrey ,

Please be informed that effective thirty days from the above date the merchant processing agreement between Bank of America Merchant Services and Topstockpicks.Com established by the contract dated 11/04/2010 will be terminated. We will no longer purchase any sales drafts representing MasterCard/ Visa sales. You must remove all displays, decals and other materials that indicate acceptance of Mastercard/Visa sales to your customers.

Consistent with the terms of the Agreement, we have established a Termination Reserve Account in the amount of $77,925.00. Additionally, any batches processed going forward will also be held in reserve. These funds will be held for the greater of six months or longer as is consistent with the MasterCard and Visa Rules and Regulations. The funds will be used to fund potential chargebacks. If, in the allotted time frame, there are no chargebacks we will return the funds less cancellation & investigative fees.

Please be advised that obligations to fund any chargebacks resulting from sales processed for the Client by Bank of America Merchant Services survive termination of the agreement between the Client and Bank of America Merchant Services.

Should you have any questions concerning this matter, I can be reached at █████████
Sincerely,

███████████

Risk Management

1307 Walt Whitman Rd, Melville NY 11747

**Attachment HHHH**

<span style="color:red">**CONFIDENTIAL**</span>
**PX 27, 2554**

DocuSign Envelope ID: 239E6398-90A8-49D7-AEA0-E783761E8909

## BAMSBB(SNAP)1605

# PART V: CONFIRMATION PAGE

Please read the Program Guide in its entirety. It describes the terms under which we will provide merchant processing Services to you. From time to time you may have questions regarding the contents of this Program Guide and your Agreement with Bank and Processor (Part I; also referred to below as the "Merchant Agreement") or the contents of your TeleCheck Services Agreement with TeleCheck (Part III). The following information summarizes portions of the Program Guide in order to assist you in answering some of the questions we are most commonly asked. Capitalized terms appearing on this page and not defined have the meanings set forth in Part I or Part III, as applicable; references to "you" and "your" mean the Client and "our," "us" and "we" mean Servicers).

If you have executed the Application and the Merchant Agreement and/or other agreements contained in Parts II and III of this Program Guide or separate agreements with our respective Affiliates (e.g., a leasing agreement with First Data Global Leasing) those agreements and equipment you have elected (collectively, the Application, Merchant Agreement and such other agreements (if any) are referred to below as the "Agreements") via Electronic Process, please also refer to the below Acknowledgement and Covenant Regarding Agreements Executed via Electronic Process.

1. **Your Discount Rates** are assessed on transactions that qualify for certain inter-change rates imposed by MasterCard and Visa. Any transactions that fail to qualify for these rates will be charged higher rates and/or additional fees (see Section 18 of Part I and Section A.3 of Part IV of this Program Guide).

2. **Servicers and TeleCheck may debit your bank account** (also referred to as your Settlement Account) from time to time for amounts owed to them respectively under their Agreements.

3. **There are many reasons why a Chargeback may occur.** When a Chargeback occurs, Servicers or TeleCheck, as applicable, will debit your settlement funds or Settlement Account. For a more detailed discussion regarding Chargebacks, see Section 10 of Part I or see the applicable provisions of Part III.

4. **If you dispute any charge or funding,** you must notify (i) Servicers within 60 days of the date of the statement where the charge or funding appears for Card processing (or a shorter time may apply, as further described in Section 18.10 of Part I), or (ii) TeleCheck, within 30 days of the date of a TeleCheck transaction.

5. **The Merchant Agreement and TeleCheck Services Agreement limit liability to you.** For detailed descriptions of the limitations of liability see Section 20 of Part I; or Section 1.18 of Part III.

6. **Servicers and TeleCheck have assumed certain risks** by agreeing to provide you with Card processing or check services. Accordingly, they may take certain actions to mitigate their risk, including termination of the applicable agreement, and/or hold monies otherwise payable to you (see Part I, Section 23 and Section 24), (see Part III, Sections 1.1, 1.3.2, 1.3.9, 1.6.2, 1.6.7, 1.8.2, 1.8.10, 1.9.2, 1.9.8, 1.13 and 1.14) under certain circumstances.

7. **By executing this Program Guide,** you are authorizing Banc of America Merchant Services, LLC, Bank of America, N.A., First Data Merchant Services Corporation, American Express Travel Related Services Company, Inc. and TeleCheck Services, Inc., as applicable, to obtain financial and credit information regarding your business and the signer and guarantors of the applicable agreements until all your obligations to the providers under those agreements are satisfied.

8. **The Merchant Agreement and TeleCheck Services Agreement each contain provisions** that in the event you terminate those agreements early, you may be responsible for the payment of early termination fees as set forth in Part IV, A.3 under "Additional and Early Termination Fees; Information Regarding Fees, Equipment and IRS Reporting" and Section 1.34 of the TeleCheck Services Agreement.

9. **Reserved.**

### 10. Card Organization Disclosure

**Visa and MasterCard Member Bank Information: Bank of America, N.A.**

The Bank's mailing address is 1231 Durrett Lane, Louisville, KY 40213, and its phone number is 800-430-7161.

**Important Member Bank Responsibilities:**

a) The Bank is the only entity approved to extend acceptance of Card Organization products directly to a Merchant.

b) The Bank must be a principal (signer) to the Agreement.

c) The Bank is responsible for educating Merchants on pertinent Visa and MasterCard rules with which Merchants must comply; but this information may be provided to you by Processor.

d) The Bank is responsible for and must provide settlement funds to the Merchant.

e) The Bank is responsible for all funds held in reserve that are derived from settlement.

**Important Merchant Responsibilities:**

a) Ensure compliance with Cardholder data security and storage requirements.

b) Maintain fraud and Chargebacks below Card Organization thresholds.

c) Review and understand the terms of the Merchant Agreement.

d) Comply with Card Organization Rules.

e) Retain a signed copy of this Disclosure Page.

f) You may download "Visa Regulations" from Visa's website at: http://usa.visa.com/merchants/operations/op_regulations.html

g) You may download "MasterCard Regulations" from MasterCard's website at: http://www.mastercard.com/us/merchant/support/rules.html

### ACKNOWLEDGEMENT AND COVENANT REGARDING AGREEMENTS EXECUTED VIA ELECTRONIC PROCESS

BY YOUR SIGNATURE BELOW, YOU ACKNOWLEDGE AND AGREE THAT (A) YOU HAVE EXECUTED AND INITIALED THE AGREEMENTS BY (I) YOUR SELECTION AND ADOPTION OF AN ELECTRONIC REPRESENTATION OF YOUR SIGNATURE AND INITIALS WITH A PRE-DETERMINED FONT ("ADOPTED SIGNATURE") OR (II) YOUR USE OF A STYLUS OR YOUR FINGER, A COMPUTER MOUSE OR SIMILAR MEANS ("ELECTRONIC PAD SIGNATURE"), (B) USE OF THE ADOPTED SIGNATURE OR POSSIBLE LIMITS ON YOUR ABILITY OR INABILITY TO CONTROL THE DEVICE OR YOUR FINGER TO THE SAME EXTENT THAT YOU WOULD CONTROL A PEN IN YOUR HAND, YOUR ADOPTED SIGNATURE OR ELECTRONIC PAD SIGNATURE MAY NOT RESEMBLE YOUR MANUAL WET SIGNATURE ("WET SIGNATURE"); AND (C) EVEN IF YOUR ADOPTED SIGNATURE OR ELECTRONIC PAD SIGNATURE DOES NOT RESEMBLE YOUR WET SIGNATURE, YOU WILL BE BOUND BY THE TERMS OF THE AGREEMENTS YOU HAVE EXECUTED IN THIS MANNER. YOU COVENANT WITH US AND OUR RESPECTIVE AFFILIATES THAT YOU WILL NOT CONTEST THE ENFORCEABILITY OF ANY OF THE AGREEMENTS EXECUTED BY YOUR ADOPTED SIGNATURE OR ELECTRONIC PAD SIGNATURE BASED ON THE MANNER OF THEIR EXECUTION.

**Print Client's Business Legal Name:** LightHouse Media LLC

By its signature below, Client acknowledges that it received (1) one of the following, as applicable to the Pricing Method set forth on the Application: (i) Qualification Tier Schedule corresponding to the 2-Tier or 3-Tier Pricing Method, (ii) Non-Qualified Rate Schedule for the Visa/MC/Discover/American Express Discount Rate Pricing Method (specific to your Merchant Account(s)), or (iii) the Interchange Rate Schedule for the Visa/MC/Discover IC Pass Thru Pricing Method, (2) the Debit Network Fees Schedule and (3) complete Program Guide (Version BAMSBB(SNAP)1605) consisting of 63 pages (including this confirmation). Client further acknowledges reading and agreeing to all terms in the Program Guide. Upon receipt of a signed facsimile or original of this Confirmation Page by us, Client's Application will be processed. **NO ALTERATIONS OR STRIKE-OUTS TO THE PROGRAM GUIDE WILL BE ACCEPTED.**

**Client's Business Principal:**

**Signature** (Please sign below):

DocuSigned by:

X _Jeffrey Bishop_
— EC3859OC9CA9458...
Jeffrey Bishop

Please Print Name of Signer

| Member LLC | 2/21/2014 |
|---|---|
| Title | Date |

Attachment HHHH

CONFIDENTIAL

PX 27, 2555

DocuSign Envelope ID: 239E6398-90A8-49D7-AEA0-E783761E8909

# MERCHANT PROCESSING APPLICATION AND AGREEMENT (Page 5 of 5)

DBA Name: www.jasonbondpicks.com                                                     Loc. 1 of 1

## (8) TELECHECK RATES, SERVICE FEES, AND SET UP INFORMATION (cont'd)

### TELECHECK REPORT INFORMATION

Funding Report: ☐ Bill To ☐ Location   Delivery Method: ☐ E-Mail ☐ Fax ☐ US Mail

Contact Name: _____   Contact Telephone #: _____

Report Fax #: _____   Report E-Mail Address: _____

Batch Closing Options: _____ ☐ am ☐ pm   Format: ☐ CSV (E-Mail only) ☐ PDF

### TELECHECK BANKING INFORMATION

Funding: ☐ Per Bill To ☐ Per Location

| ACH Credits to TeleCheck by Subscriber (For Invoice Payment): | ABA Transit #: _____ ☐ Same as above or | Account #: _____ ☐ Same as above or |
| --- | --- | --- |
| Debits/Credits (Settlement) to Subscriber by TeleCheck and/or Franking Information: | ABA Transit #: _____ | Account #: _____ |

Special Instructions which are part of this Agreement:

Please note on separate funding check or bank letterhead the designated TeleCheck Service. A separate funding check or bank letterhead/logo for TeleCheck Services is NOT required UNLESS Merchant will be using different banking account(s) for TeleCheck Services.

## (9) AGREEMENT APPROVAL

APPLICABLE IF MERCHANT ACCEPTS AMERICAN EXPRESS® CARDS: By signing below, I represent that I have read and am authorized to sign and submit this application for the above entity, which agrees to be bound by the American Express® Card Acceptance Agreement ("Agreement"), and that all information provided herein is true, complete, and accurate. I authorize First Data Merchant Services Corporation and American Express Travel Related Services Company, Inc. ("AXP") and AXP's agents and Affiliates to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer reporting agencies from time to time, and disclose such information to their agent, subcontractors, Affiliates and other parties for any purpose permitted by law. I authorize and direct First Data Merchant Services Corporation and AXP and AXP agents and Affiliates to inform me directly, or inform the entity above, about the report and the reasons of reports about me that they have requested from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I also authorize AXP to use the reports on me from consumer reporting agencies for marketing and administrative purposes. I am able to read and understand the English language. Please read the American Express Privacy Statement at http://www.americanexpress.com/privacy to learn more about how American Express protects your privacy and how American Express uses your information. I understand that I may opt out of marketing communications by visiting this website or contacting American Express at 1-(800)-528-5200. I understand that upon AXP's approval of the application, the entity will be provided with the Agreement and materials welcoming it either to AXP's program for First Data Merchant Services Corporation to perform services for AXP or to AXP's standard Card acceptance program which has different servicing terms (e.g. different speeds of pay). I understand that if the entity does not qualify for the First Data Merchant Services Corporation servicing program that the entity may be enrolled in AXP's standard Card acceptance program, and the entity may terminate the Agreement. By accepting the American Express Card for the purchase of goods and/or services, or otherwise indicating its intention to be bound, the entity agrees to be bound by the Agreement.

APPLICABLE TO ALL MERCHANTS: By signing below, each of the undersigned represents that they have read and are authorized to sign this Merchant Processing Application and Agreement ("Merchant Processing Application") and submit it along with the About Merchant's Business document ("AMB"), which is attached hereto and made a part of this Merchant Processing Application by reference thereto (references to this Merchant Processing Application include the AMB), for the above named Client ("Client") and that all information provided in this Merchant Processing Application is true, complete, and accurate. Client acknowledges having received and read a copy of (i) the Non-Qualified Rate Schedule (specific to Client's Industry), Interchange Rate Schedule or Qualification Tier Rate Schedule, as applicable to Client's Pricing Method, (ii) the Debit Network Fees Schedule, (iii) the Program Guide, consisting of Parts I-V (which includes terms and conditions for each of the services, Operating Procedures, Additional Agreements (as defined below), Additional Important Information for Card Processing, and a Confirmation Page), and (iv) the Merchant Processing Application, consisting of Sections 1-11, (together, the Merchant Processing Application, the attachments and schedules and Parts I and IV of the Program Guide are referred to in this Section 9 as the "Merchant Agreement"), as modified from time to time in accordance with the applicable provisions of the Program Guide, and agrees to be bound by all provisions as printed therein. This signature page also serves as the signature page for the American Express® Card Acceptance Agreement (for purposes of this paragraph, the "American Express Agreement"), which appears in Part III of the Program Guide, as well as the TeleCheck Services Agreement, appearing in Part III of the Program Guide (for purposes of this paragraph, together, the American Express Agreement and TeleCheck Services Agreement are the "Additional Agreements"), if selected; the Client being "You" and "Your" for the purposes of the American Express Agreement and "Subscriber" for the purposes of the TeleCheck Services Agreement.

By signing below, each of the undersigned authorizes Banc of America Merchant Services, LLC ("Processor") and Bank of America, N.A. ("Bank") (together, Processor and Bank are "Servicers" and also referred to as "our," "us" and "we" in this Section 9) to (a) request and obtain from consumer reporting agencies, individual and business credit reports (collectively, "Credit Reports"), in connection with the approval of this Merchant Processing Application and any maintenance, updating, renewal or extension of the Merchant Agreement (if this Merchant Processing Application is approved), and (b) exchange Credit Reports and any other information about each of the undersigned personally with First Data Merchant Services Corporation, TeleCheck Services, Inc. and any other credit providers, to the extent such parties provide services that Client has selected on this Merchant Processing Application (or as hereafter elected by Client). Each of the undersigned furthermore agrees that all references, including banks and financial reporting agencies, may release any and all individual and business credit financial information to us. Each of the undersigned further authorizes us to disclose any information obtained from any source in connection with this Merchant Processing Application, including Credit Reports, to any governmental, administrative or regulatory entity, upon request, or to each other and our respective vendors and Affiliates, as necessary to provide the products and services elected under the Merchant Agreement, or to comply with applicable law or order, including, without limitation, the USA PATRIOT Act. It is our practice to obtain certain information in order to verify your identity while processing your Merchant Processing Application, as described in the USA PATRIOT Act.

Applicable for TeleCheck ICA/CBP Warranty Verification within AMB: By signing below, Subscriber and each personal guarantor (if any) represents and warrants that the answers provided in the TeleCheck ICA/CBP Warranty/Verification section of the AMB are true and correct.

Card Services Electronic Funding Authorization: Client hereby designates the bank account identified below in the Card Banking Information subsection of this Section 9 as the Settlement Account (as defined in the Merchant Agreement) for purposes of the Merchant Agreement, including, but not limited to, Section 18.7 (Part I of the Program Guide) and the Electronic Funding Authorization set forth in Part IV, Section A.1 of the Program Guide, and by signing below, each of the undersigned, on behalf of Client, hereby authorizes Servicers to credit and debit such bank account via ACH transactions as further described in and subject to the terms of those Sections.

Client certifies, under penalties of perjury, that the federal taxpayer identification number and corresponding filing name provided herein are correct.

THIS MERCHANT PROCESSING APPLICATION AND AGREEMENT HAS BEEN EXECUTED ON BEHALF OF AND BY THE AUTHORIZED MANAGEMENT OF CLIENT AS OF THE EFFECTIVE DATE.

Client's Business Principal: (Please sign below)

X Signature  *Jeffry Bishop*

Print Name  Jeffrey Bishop   ...DC9CA9458...   Date 2/21/2014

Title: ☐ Pres. ☐ V.P. ☐ Member L.L.C. ☐ Owner ☐ Partner ☐ Other: _____

X Signature _____

Print Name _____   Date _____

Title: ☐ Pres. ☐ V.P. ☐ Member L.L.C. ☐ Owner ☐ Partner ☐ Other: _____

PROCESSOR/BANK: Banc of America Merchant Services, LLC
Bank of America, N.A.
By: Banc of America Merchant Services, LLC, for itself and for and on behalf of Bank of America, N.A., pursuant to a limited power of attorney

X Signature _____   Date: _____

Approved TeleCheck Manager

IF TELECHECK SERVICES HAVE BEEN SELECTED, PLEASE SIGN BELOW:

X Signature _____

## CARD BANKING INFORMATION

First/Last Contact Name: Manager                         Phone #: 8005551212

Bank Name: ▇▇▇▇▇▇▇     Account Name: _____

ABA #: ▇▇▇▇▇▇▇     Account #: ▇▇▇▇▇▇▇

☐ Attach a copy of Funding Check or Bank Letterhead/Logo signed by a Bank Officer with typed ABA # and Account #. Must include Bank name & address.

## (10) TELECHECK ACH AUTHORIZATION

ACH Debit and Credits Authorization: Subscriber authorizes its financial institution to pay and charge to its account the amount(s) due TeleCheck under this Agreement and to accept all credits and debits made to its account by TeleCheck via electronic funds transfer in connection with TeleCheck's service(s) under this Agreement. This authorization will remain in effect until 30 days after revoked in writing.

X Signature _____   Authorized Signature on TeleCheck Account for ACH   Print Name/Title: _____   Date: _____

| BAMS(SNAP)1605 | (11) PERSONAL GUARANTY | BAMS(SNAP)1702 |
| --- | --- | --- |

In exchange for Banc of America Merchant Services, LLC, Bank of America, N.A., and American Express' acceptance of, as applicable, the Agreement and/or American Express Card Acceptance Agreement, the undersigned unconditionally guarantees performance of the Client's obligations under the foregoing Agreements, and payment of all sums due thereunder, and in the event of default, hereby waives notice of default and agrees to indemnify the other parties for any and all amounts due from Client under any of the foregoing Agreements. Furthermore, I understand that this is a Guaranty of payment and not of collection and that Banc of America, N.A., Banc of America Merchant Services, LLC, and American Express are relying upon this Guaranty in entering into, as applicable, the Agreement and American Express Card Acceptance Agreement.

Signature (Please sign below):

X *Jeffry Bishop*
----EC3859DC9CA9458...                    , an individual

X _____ (Please sign below)
                                        , an individual

CONFIDENTIAL

**Attachment HHHH**   PX 27, 2556

DocuSign Envelope ID: 239E6398-90A8-49D7-AEA0-E783761E8909

## MERCHANT PROCESSING APPLICATION AND AGREEMENT (Page 1 of 5)

**Bank of America**
**Merchant Services**

### COMPLETE SECTIONS (1-11)

Merchant #: __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __

TeleCheck Subscriber #: __ __ — __ __ __ __ __ __ __   Add'l TeleCheck Product Subscriber #: __ __ __ __ __ __ __ __ __   Loc. 1 of 1

BAMS(SNAP)1605 | **(1) TELL US ABOUT YOUR BUSINESS** | BAMS(SNAP)1702

Client (Your Business LEGAL Name):
LightHouse Media LLC

Store #:

☐ Same as Legal Name **or** Provide DBA/Outlet Name:
www.jasonbondpicks.com

First/Last Contact Name:
Matt Watabe

| (No P.O. Box) Legal Address: | Suite #: | City: | State: | Zip Code: |
|---|---|---|---|---|
| 835 E LAMAR NUM 263 | | ARLINGTON | TX | 76011 |

| (No P.O. Box) DBA Address: | Suite #: | City: | State: | Zip Code: |
|---|---|---|---|---|
| 835 E LAMAR NUM 263 | | ARLINGTON | TX | 76011 |

Your Business Phone:
8556774440

☐ Same as Business Phone **or**
Merchant's Customer Service Phone: 8556774440

Your Fax Phone:

Select One for Retrieval Requests:
☐ (02) Dedicated 24 Hour Fax   X☐ (03) No fax; mail   ☐ (05) eIDs

Your E-Mail Address: *(Required for IP or TeleCheck)*
jeff@bishop.me

Your Customer Service E-Mail Address:

Website Address:
www.jasonbondpicks.com

### (2) MASTERCARD* / VISA* / DISCOVER* / AMERICAN EXPRESS* ONEPOINT

Your Total Cash and Credit Sales: *(For All Outlets)*   $ 2,500,000.00

Estimated MasterCard/Visa Average Ticket/Sales Amount: $ 300.00

Estimated Discover Average Ticket for this Outlet: $ 300.00

Total Annual MasterCard/Visa Volume: *(For All Outlets)*   $ 2,400,000.00

Estimated American Express Average Ticket for this Outlet: $ 300.00

Annual MasterCard/Visa Volume for this Outlet: *(For Multiple Outlets Only)* $ _____

Total Annual Discover Volume: *(For All Outlets)*   $ 50,000.00

Est. Discover Annual Sales Volume for this Outlet: *(For Multiple Outlets Only)* $ _____

Total Annual American Express Volume: *(For All Outlets)*   $ 50,000.00

Est. American Express Annual Sales Volume for this Outlet: *(For Multiple Outlets Only)* $ _____

Highest Ticket Amount: $ 600.00

### (3) ENTITLEMENTS

X☐ MasterCard   X☐ Visa   X☐ Discover (Including Diners Club International*, JCB, UnionPay and BCard)

☐ Voyager Fleet   Annual Voyager Volume: $ _____   Participation in Voyager Tax Exempt Program: ☐ Yes ☐ No *(if yes, additional request form required)*

☐ WEX Full Acquiring   Annual WEX Volume: $ _____   ☐ WEX (Non-Full Svc)   ☐ MasterCard Fleet

X☐ American Express OnePoint/Full Service (EDC)   ☐ American Express ESA/Pass Through: __ __ __ — __ __ __ __ — __ __ __   **or**   ☐ Existing SE # __ __ __ — __ __ __ __ — __ __ __

American Express Cap # _____   Franchise Name: _____

☐ IATA/ARC Code: __ __ — __ __ — __ __ — __ __ __ (for MCC 4722 only)

Check one for ESA/Pass Through: ☐ Split Dial ☐ Single Settle ☐ EDC ☐ PIP ☐ Reverse PIP   ☐ EBT (SNAP) FNS # (XREF): __ __ — __ __ — __ __ __

☐ Debit Package __ __ __ __ — __ __ __ __ — __ __ __   ☐ *Gift Card   *A separate Set-up Form is required.

### (4) PROVIDE MORE BUSINESS DATA

State Incorp. DE   Month/Year Started: 01/2012   ☐ Sole Ownership ☐ Partnership ☐ Public Corp. ☐ Private Corp. X☐ L.L.C. ☐ Franchisee Owned

Check one: TIN Type: X☐ EIN (Fed Tax ID #) ☐ SSN   D&B #: _____   No. of Employees: 3

#### IMPORTANT IRS INFORMATION

☐ Non-Profit   ☐ Non-Profit/Tax Exempt as described in 26 USC Section 501(c)(3) OR a Tribal (Native American) government or Tribal government-owned.   ☐ Gov't. Entity
If tax exempt, provide copy of IRS Determination Letter; if Tribal government, provide evidence of tribal recognition, and proof of tribal ownership if separate entity.

**NOTE:** Failure to provide accurate information may result in a withholding of merchant funding per IRS regulations (See Part IV, Section A.3 of your Program Guide for further information).

| Name *(as it appears on your income tax return)*** | X☐ Federal Tax ID#: *(as it appears on your income tax return)*** | ☐ I certify that I am a foreign entity/nonresident alien. *(If checked, please attach IRS Form W-8.)* |
|---|---|---|
| Lighthouse Media LLC | | |

**If Client is a disregarded entity and has provided its owner's taxpayer identity name and Federal ID above, then please attach an IRS Form W-9.

Mag Swipe 0 % + Keyed Manually 100 % = 100% Product/Services You Sell: Business Services - Financial Services Consulting

POS Card Present *(MAG Swipe and/or Manual Imprint)* 0 % + Mail Order/Direct Marketing 0 % + Phone Order 10 % + Internet 90 % = 100%

Do you use any third party to store, process or transmit cardholder data? ☐ Yes X☐ No *(Examples include, but not limited to: web hosting companies, Electronic Data Capture, Loyalty programs)*

If yes, give name/address: _____

Please identify any Software used for storing, transmitting, or processing Card Transactions or Authorization Requests: _____

Client Initials: JB

CONFIDENTIAL

Attachment HHHH   PX 27, 2557

DocuSign Envelope ID: 239E5398-90A8-49D7-AEA0-E78376 1E8909

# MERCHANT PROCESSING APPLICATION AND AGREEMENT

(Page 2 of 5)

DBA Name: www.jasonbondpicks.com

BAMS(SNAP)1605

BAMS(SNAP)Corp:Fee1702

Loc.: __ of 1

## (5) DESCRIBE EQUIPMENT DETAILS

Specify Security Code: ( )

Network: ☐  ( ) CARDnet* ☐  ☐  ( ) Nashville  ☐ Bypass  X Other: Compass

| Equipment Type (i.e., Terminal/VAR/Internet) | QTY | IP | Model Code and Name | Unit Price w/o Tax | For Customer-Owned Equipment Track Version/Serial # |
|---|---|---|---|---|---|
Rental • Purchase Cost-Owned • Lease* Installment Purchase (circle one) | Terminal | 1 | | ECOMMERCE | GGE4WEB SERVICE API (IEC \$.00 | $ |
| | | | | | $ |
| | | | | | $ |
| | | | | | $ |
| | | | | | $ |

Installation/ ☐ MAG/MIG to Train  X Sales Rep. to Train
Training:  X No Merchant Training ☐ Installer / In-House

The Install/rent Purchase plan is a 3 month option only.

*A separate lease agreement with First Data Merchant Services Corporation (through the business unit, First Data Global Leasing) is required and contains the terms and conditions for leased equipment.

NOTE: Any Special Instructions must be included on About Merchant's Business document.

First/Last Contact Name: _____  Contact Phone #: 855577444D  Best Time to Call: ☐ am ☐ pm

Imprinter Purchase: ☐ Yes  X No  If Yes $ _____ (w/o Tax)  Wireless Provider: ☐ GPRS AT&T  or ☐ CDMA Sprint

Check one: ☐ Gateway Solutions ☐ Dial Solutions ☐ Global Gateway (FDGG) ☐ VSAT** ☐ Frame ☐ Other: _____  ☐ IC Verify Serial #

VAR/Internet/Software: Name: _____  (Nashville Only: Product ID #  Vendor ID #

NOTE: **Requires separate agreement between Client and the VSAT provider prior to implementation of this telecommunications protocol.

## (6) PROVIDE YOUR OWNER INFORMATION

Owner/Partner/Officer Name: Jeffrey Bishop
Social Security #: XXXXXXXX
D.O.B.: XXXXXXXX
Home Phone: _____
% of Ownership: 50

Home Address: _____
City: Lee
State: NH  Zip: 03861  Country: USA

Owner/Partner/Officer Name: _____
Social Security #: _____
D.O.B.: _____
Home Phone: _____
% of Ownership:

Home Address: _____
City: _____
State: _____  Zip: _____  Country:

## (7) ACQUIRING FEE SCHEDULE

### Start-Up Fees (One-Time Charge)

**Non-Taxable Fees:**

| | | | |
|---|---|---|---|
| Account Set-up Fee | (339) $ 0.0 | | |
| Reprogramming Fee | (31A) $ | | |
| Debit Set-up Fee | (31B) $ | | |
| Mobile Pay Web Set-up Fee FEE PER TID $ | (31H) _____ TOTAL | | |
| $ ____ x ____ = $ | (62S) | | |
| Mobile Pay App Set-up Fee (appears on statement as "FD Mobile Pay Set-Up Fee") | | | |
| FEE PER TID $ ____ # OF TIDs ____ | | | |
| $ ____ x ____ = $ | | | |
| PAYWare Mobile Set-up Fee | (L76) $ | | |
| Load Fee (Clover) | (2ML) $ | | |
| Wireless Fee (terminal download) | (31E) $ | | |
| Miscellaneous Fee | (31J) $ | | |
| *Equip. Purchase (ACH) | $ | | |
| Other: | ( ) | | |
| Total Amount | $ ____ web tax | | |

*You will be charged the applicable State/City/Local Sales Tax.

**Maintenance Fees\*\***

| | | | |
|---|---|---|---|
| X Annual Maintenance Fee (49D) (billed in November) or | 50.0 $ | | |
| ☐ Quarterly Maintenance Fee | (49B) $ | | |

**Fraud Flex Detect**

| | |
|---|---|
| FDGG Offering | |
| Set-up Fee | (L32) $ |
| Monthly Fee | (35A) $ |
| Transaction Fee | (L35) $ |

### Billed Monthly Fees (If Applicable)

| | |
|---|---|
| Monthly Service Charge | (335) $ 0.0 |
| Minimum Processing Fee | (953) $ 25.0 |
| Wireless Monthly Fee | (30M) _____ TOTAL |
| FEE PER TID $ ____ X # OF TIDs ____ = $ | |
| ClientLine* (OnLine Reporting) | (32R) $ |
| Paper Statement Fee | (323) $ |
| Premium Equip Service Program ☐ Yes X No (per TID) | (32U) $ |
| Monthly PCI Support Package** | (48A) $ |
| TransArmor Monthly Fee | (30L) $ 0.0 |
| TransArmor Minimum Monthly Fee | (959) $ |
| PAYWare Mobile Monthly Svc Fee | (L77) $ |
| Mobile Pay App Version | (32Y) _____ TOTAL |
| (appears on statement as "FD Mobile Pay Monthly Fee") | |
| FEE PER TID $ ____ X # OF TIDs ____ = $ | |
| Mobile Pay Web Version (Single User) | (398) $ |
| FEE PER TID $ ____ X # OF TIDs ____ = $ | |
| Mobile Pay Web Version (Multi User) | (396) _____ TOTAL |
| FEE PER TID $ ____ X # OF TIDs ____ = $ | |
| Clover Services Fee | (26T) $ |
| Clover Services Fee add'l tablets | ( ) $ |
| Other: | ( ) $ |
| Other: | ( ) $ |
| Other: | ( ) $ |

**Billed Annual Fees (If Applicable)**

| | |
|---|---|
| Other: | ( ) $ |
| Other: | ( ) $ |
| Other: | ( ) $ |

### Internet

**Start-Up Fees**

| | | |
|---|---|---|
| FDGG Set-up Fee | | (31X) |
| FEE PER TID $ ____ x # OF TIDs ____ = TOTAL $ | | |
| Global Gateway e4 Set-up Fee | | (40B) |
| FEE PER TID $ 99.0  x # OF TIDs 1 = TOTAL $ 99.00 | | |
| Cybersource SBB/SBC Set-up Fee | | (44O) |
| FEE PER TID $ ____ x # OF TIDs ____ = TOTAL $ | | |
| Skipjack Gateway | | (44H) |
| FEE PER TID $ ____ x # OF TIDs ____ = TOTAL $ | | |
| Internet Set-up Fee | | (30R) |
| FEE PER TID $ ____ x # OF TIDs ____ = TOTAL $ | | |

**Billed Monthly Fees**

| | | |
|---|---|---|
| FDGG | | (31Z) |
| FEE PER TID $ ____ x # OF TIDs ____ = TOTAL $ | | |
| Global Gateway e4 | | (40A) |
| FEE PER TID $ 16.0  x # OF TIDs 1 = TOTAL $ 16.00 | | |
| Cybersource SBB/SBC Monthly Fee | | (44I) |
| FEE PER TID $ ____ x # OF TIDs ____ = TOTAL $ | | |
| Skipjack Gateway | | (44G) |
| FEE PER TID $ ____ x # OF TIDs ____ = TOTAL $ | | |
| Internet Service Fee | | (39A) |
| FEE PER TID $ ____ x # OF TIDs ____ = TOTAL $ | | |

**Trans/Other Fees**

| | |
|---|---|
| Internet/FDGG, MasterCard, Visa, Discover, American Express, Check | (03R, 04R, 06I, 07I, 435, L19) $ 0.05 |
| Global Gateway e4 | (0FC) $ |
| Skipjack | (03R, 04R, 06I, 07I, 435) $ |
| Cybersource SBB/SBC | (03R, 04R, 06I, 07I, 435) $ |

Client Initials ____

**CONFIDENTIAL**

Attachment HHHH

PX 27, 2558

DocuSign Envelope ID: 239E6398-90A8-49D7-AEA0-E783761E8909

# MERCHANT PROCESSING APPLICATION AND AGREEMENT (Page 3 of 5)

| DBA Name: www.jasonbondpicks.com | Pricing Type: 020 Electronic Commerce-Basic | Global Fee Table # Commerce-Basic | Schedule Version: BAMS MVD.S13.1IC Net | Loc.¹ of ¹ |
|---|---|---|---|---|

BAMS(SNAP)1605 | **(7) ACQUIRING FEE SCHEDULE (cont'd)** | BAMS(SNAP)CorpFee1702

## Discount Fees (Based On Gross Transaction Volume)

**Accept all MasterCard, Visa and Discover Transactions** *(presumed, unless any selections below are checked)*

| MasterCard Acceptance | Visa Acceptance | Discover Acceptance |
|---|---|---|
| ☐ Accept MasterCard Credit transactions only | ☐ Accept Visa Credit transactions only | ☐ Accept Discover Credit transactions only |
| ☐ Accept MasterCard Non-PIN Debit trans. only | ☐ Accept Visa Non-PIN Debit trans. only | ☐ Accept Discover Non-PIN Debit trans. only |

See Part I, Section 1.9 of the Program Guide for details regarding limited acceptance. You are responsible for distinguishing Credit from Non-PIN Debit Cards. Even if you have agreed to limit your acceptance of certain cards as outlined above, you must continue to accept all foreign issued cards, whether Credit or Non-PIN Debit. If you agree to limit your acceptance to a particular type of card and, whether intentionally or in error, accept another type of transaction, the resulting transaction will downgrade to the highest cost interchange plus the applicable Non-Qualified Surcharge (See Part I, Section 18.1 of the Program Guide).

| Pricing Method: *(Select One)* | MasterCard/Visa/Discover Discount Rate | MasterCard/Visa/Discover 2-Tier | MasterCard/Visa/Discover 3-Tier | MasterCard/Visa/Discover IC Pass Thru — You will be charged the applicable interchange rate from MasterCard, Visa or Discover, plus a MasterCard Assessment Fee (273) of .11%, plus (237) of 0.02%, a Visa Assessment Fee (274) of .11%, or a Discover Assessment Fee (294) of .105%, plus any other fees indicated on this Service Fee Schedule |
|---|---|---|---|---|
| **QUALIFIED DISCOUNT RATES** | | | | |
| Interchange Plus | | | | ☐ G $49,564,527 (key as-0) |
| | | | | X N $53,563,528 (key as-0) |
| MasterCard/Visa/Discover Credit Discount Rate | (440, 444, 984) | % | % | 0.25 % |
| MasterCard/Visa/Discover Non-PIN Debit Discount Rate | (690, 694, 948) | % | % | 0.25 % |
| Regulated Non-PIN Debit Sales Discount Rate¹ | (27D) | % | % | % |
| Regulated Non-PIN Debit Auth and Return Transaction Fee¹ | (0CD, 28D) | $ | $ | $ |
| MasterCard World/Visa Reward/Discover Prem. Incremental Sales Discount | (660, 664, 7AA) | | | |
| **MID-QUALIFIED INCREMENTAL DISCOUNT RATES** (Does not apply to MasterCard / Visa / Discover 2-Tier) | | | | |
| MasterCard/Visa/Discover Incremental Credit Discount Rate | (810, 814, 990) | | % | % |
| MasterCard/Visa/Discover Incremental Non-PIN Debit Discount Rate | (870, 874, 968) | | % | % |
| MasterCard World/Visa Reward/Discover Prem. Incremental Sales Discount | (670, 674, 7AE) | | % | % |
| **NON-QUALIFIED INCREMENTAL DISCOUNT RATES** | | | | |
| MasterCard/Visa/Discover Incremental Credit Discount Rate | (820, 824, 994) | | % | % |
| MasterCard/Visa/Discover Incremental Non-PIN Debit Discount Rate | (880, 864, 978) | | % | % |
| MasterCard World/Visa Reward/Discover Prem. Incremental Sales Discount | (680, 684, 7AI) | | % | % |
| MasterCard/Visa/Discover Auth & Return Trans Fee | (10A, 10D) (002, 006) (10J, 016) | $ | $ | $ $0.0 |
| **Non-Qual Surcharge Fee** (Key 0-340, 341, 20B) *(Excluding interchange pass-through fees,see Part I, Section 18.1 of the Program Guide)* Applies to Non-qualified MasterCard, Visa, Discover Credit, and/or Non-PIN Debit Transactions. | (340) | % | | |

| DEBIT RATES | | Credit Discount Rate | Trans Fee | Auth Fee (10P) | |
|---|---|---|---|---|---|
| Network Plus PIN Debit (key 0-590, 0-590, 0-593, 0-597, 0.0014-18O) | (018, 42R) | 2.89 % (key 0-570)** | $ 0.15 | $ 0.05 | |
| Debit Sales Discount Rate³ | (120) | 1.95 % | $ 0.15 | | |
| Debit Sales Transaction Fee³ | (12A) | % | $ | $ | |
| Debit Return Transaction Fee³ | (12S) | % | $ | $ | |

| AMERICAN EXPRESS | | Credit Discount Rate | Trans Fee | Monthly Fee (Flat Fee) |
|---|---|---|---|---|
| American Express OnePoint⁴ | | 2.89 % (key 0-670)** | $ 0.15 | $ |
| American Express OnePoint Gift Card / Pre-Paid⁴ | | 1.95 % | $ 0.15 | $ |
| American Express ESA /Pass-Through Fees | | % | $ | $ * |

¹Applies to Non-PIN / signature Debit transactions identified by Issuers and Card Organizations as being subject to the June 29, 2011 Final Rule on Debit Card Interchange.
²MasterCard will assess an additional 0.02% for all consumer and commercial credit transactions of $1,000 or greater.
³Applies to all Debit Card transactions (e.g., PIN, Non-Pin, PIN-less, signature) regardless of Issuer or Card Organization.
*American Express Monthly Flat Fee or Discount Rate may apply, billed separately by American Express.
**Retail, Restaurant, Travel Agency and Tour Operator merchants will be charged an additional 0.30% on non-swiped American Express transactions.
⁴Additional 0.40% applies to cards issued outside the U.S.


Client Initials ___DS___  JB

**CONFIDENTIAL**

DocuSign Envelope ID: 239E6398-90A8-49D7-AEA0-E783761E8909

## MERCHANT PROCESSING APPLICATION AND AGREEMENT (Page 4 of 5)

DBA Name: www.jasonbondpicks.com                                                     Loc. 1 of 1

| BAMS(SNAP)1605 | (7) ACQUIRING FEE SCHEDULE (cont'd) | BAMS(SNAP)CorpFee1702 |

### WEX Full Acquiring Fees

WEX Auth Fee    (0D4) $_____

WEX Sales
Discount    (840) _____%

WEX Refund
Discount    (841) _____%

WEX Chargeback
Discount    (842) _____%

WEX Chargeback
Reversal Disc't    (843) _____%

WEX
Chargeback Fee (29H) $_____

WEX
Retrieval Fee    (29I) $_____

### Buypass Fees

Datawire Micronode
☐ Yes  ☐ No

Datawire Micronode
Monthly Fee    (354) $_____
                            (each)

#### Authorization Fees

Voyager    (10W) $_____

WEX (Non-Full Svc)
                    (0D4) $_____

#### Other Payment Fees

**Voyager:**

Sales
Disc't Rate    (766) _____%

Credit
Disc't Rate    (767) _____%

### Early Termination Fee

**Note: See Program Guide, Part IV, Section A.3, "Early Termination Fee" for complete information.**

Early Termination Fee: $500.00 :

Applies per location. This term replaces second paragraph in its entirety under "Early Termination Fee" in Section A.3 of Part IV of the Program Guide, unless left blank, in which case that paragraph is unchanged and still applies.

### Other Fees

| | | |
|---|---|---|
| Chargeback Fee | (205,725,20L) | $25.00 |
| MasterCard Cross Border Fee USD | (605) | 0.4 % |
| Cross Border Fee Non-USD | (606, 607, 608) | 0.0080 % |
| Visa International Svc Fee | (22A) | 0.4 % |
| MasterCard/Visa/Discover/American Express Voice Auth | (10B,10E,10K,10Q, 039, 03A, 049, 04A, 079,07A ,069, 06A) | $0.95 |
| EBT | (18E, 18I, 02X, 18H) | $_____ |
| AVS | (405, 406, 407, 408, 03B, 03C, 04B, 04C, 07B, 07C, 06B, 06C) | $0.05 |
| MasterCard AVS Card Not Present | (10Z) | $0.0075 |
| MasterCard Acquirer AVS Billing | (0FB) | $0.0050 |
| ACH Reject Fee | (401) | $25.00 |
| Batch Settlement Fee | (227) | $0.0 |
| MasterCard/Visa Ntwk Access Fee | (504,505) | $0.0269 |
| Discover Data Usage Fee | (22E) | $0.0185 |
| Visa Zero Amt + AVS Fee | (10X) | $0.025 |
| Visa Zero Amount Fee | (10Y) | $0.025 |
| Visa Misuse of Auth Fee | (04G) | $0.045 |
| Visa Zero Floor Limit | (04I) | $0.1 |
| Visa Partial Auth NP Trans Fee | (12D) | $0.01 |
| Visa US Debit Integrity Trans Fee | (238) | $0.1 |

| | | |
|---|---|---|
| Visa Fixed Acquirer Network Fee | (NF1, NF2) | See FANF Table on Rate Schedule |
| Visa Int'l Acquirer Fee (for MCC codes 5962,5966,5967 only) | (22F) | 0.45 % |
| MasterCard Processing Integrity Fee | (04F) | $0.055 |
| MasterCard License Volume Fee§ (818) | | $0.0050 % |
| MasterCard US Acct Status Inq Service Interregional | (11G) | $0.03 |
| MasterCard US Acct Status Inq Service Intraregional | (11H) | $0.0025 |
| MasterCard CVC 2 Fee | (11M) | $0.0025 |
| MasterCard Auth Suspect Fraud Reversal Rebate | (03N) | $0.015 |
| Discover Network Auth Fee | (0BC) | $0.0025 |
| Discover Int'l Service Fee | (22H) | 0.55 % |
| TransArmor Token & Encryption | (12E) | $_____ |
| TransArmor Encryption | (12F) | $_____ |
| TransArmor Token | (12G) | $0.0 |
| MasterCard Global ePricing Svc | (897) | _____% |
| Visa Global ePricing Svc | (898) | _____% |
| Other: | ( ) | $_____ |

§ This fee is based on a good faith effort to recover and allocate among our customers MasterCard's annual fees for licensing and third party processing and calculated by multiplying your settled MasterCard dollar volume by the above percentage rate (which rate may be adjusted to reflect changes in those MasterCard fees and/or our allocation). This fee will be charged daily, weekly or monthly, depending on your merchant account profile.

## (8) TELECHECK RATES, SERVICE FEES, AND SET UP INFORMATION

**TeleCheck Services, Inc.**
P.O. Box 4514
Houston, TX 77210-4514
1-800-366-1054

# of Physical TeleCheck Locations: _____

| TeleCheck Product | Average Check Amount | Monthly Check Volume | Warranty Max | Max Check Amount | Inquiry Rate Fee | Transaction Fee | Monthly Minimum | CROC Fee | Statement / Processing Fee | December Risk Surcharge | CBP Confirmation Letter | Set-Up Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ECA Warranty | $____ | $____ | $____ | | ____% | $____ | $____ | $____ | $____ | ____% | | |
| ECA Verification | $____ | $____ | | $____ | | $____ | $____ | $____ | $____ | | | |
| Lockbox Pro21 Warranty | $____ | $____ | $____ | | ____% | $____ | $____ | $____ | $____ | ____% | | |
| Lockbox Pro21 Verification | $____ | $____ | | $____ | | $____ | $____ | $____ | $____ | | | |
| e-Deposit Warranty | $____ | $____ | $____ | | ____% | $____ | $____ | $____ | $____ | ____% | | |
| e-Deposit Settlement Only | $____ | $____ | | $____ | | $____ | $____ | $____ | $____ | | | |
| ICA Warranty | $____ | $____ | $____ | | ____% | $____ | $____ | $____ | $____ | ____% | | $____ |
| ICA Verification | $____ | $____ | | $____ | | $____ | $____ | $____ | $____ | | | $____ |
| CBP Warranty | $____ | $____ | $____ | | ____% | $____ | $____ | $____ | $____ | ____% | $____ | $____ |
| CBP Verification | $____ | $____ | | $____ | | $____ | $____ | $____ | $____ | | $____ | $____ |
| Paper Warranty | $____ | $____ | $____ | | ____% | $____ | $____ | $____ | $____ | ____% | | |
| Paper Verification | $____ | $____ | | $____ | | $____ | $____ | $____ | $____ | | | |
| Check Cashing Warranty | $____ | $____ | $____ | | ____% | $____ | $____ | $____ | $____ | ____% | | |
| Check Cashing Verification | $____ | $____ | | $____ | | $____ | $____ | $____ | $____ | | | |
| Mail Order Warranty | $____ | $____ | $____ | | ____% | $____ | $____ | $____ | $____ | ____% | | |
| COD Warranty | $____ | $____ | $____ | | ____% | $____ | $____ | $____ | $____ | ____% | | |

**See TeleCheck Agreement for definitions, warranty requirements and any additional fees.**
**Note: See Part III, Section 1.31, "Damages" of the TeleCheck Agreement for early termination fees/liquidated damages.**

### TELECHECK BILL TO INFORMATION

| Your Head Office/Bill To Name: | First/Last Contact Name: | Phone Number: |

| Address: | Suite # | City: | State: | Zip: | Your Fax Phone: |

☐ TeleCheck Auto Settle Time: _____ **hh ET** (Must be at least 1 hour after Card Auto Settle Time)    Existing Subscriber No.: _ _ _ _ _ _ _ _

Client Initials [DS: JB]

CONFIDENTIAL

**Attachment HHHH**    PX 27, 2560

# ADDITIONAL OUTLET FORM
## SHIPPING INSTRUCTIONS
(Page 2 of 3)

Ship Terminal / Start-up Kit To: ☐ Outlet/DBA ☐ Head Office ☐ Do Not Ship ☐ No Welcome Kit and Supplies ☐ No Welcome Kit ☐ Other -- (See Below)

Name: _____   Attention: _____

Address: _____   City: _____ State: _____ Zip: _____

Delayed Start Date: _____   Delayed Ship Date: _____

Do you use any third party to store, process or transmit cardholder data? *(Examples include, but not limited to web hosting companies, Electronic Data Capture, Loyalty programs)*

☒ No  ☐ Yes   If yes, give name/address: _____

Please identify any Software used for storing, transmitting, or processing Card Transactions or Authorization Requests: _____

Network: ☐ ( 206) CARD*net** ☐ ( ) Nashville ☐ Bypass ☒ Other: **compass**        Specify Security Code: ( 5083 )

| Rental • Purchase Cost-Owned • Lease¹ Installment Purchase *(circle one)* | QTY | IP | Equipment Type *(i.e., Terminal/VAR/Internet)* | Retail • Restaurant • MOTO/Internet Lodging • Supermarket • Car Rental Quick Service Restaurant • Petro | Model Code and Name | Unit Purchase Price *(w/o Tax)* | Monthly Payment Due *(w/o Tax)* | For Customer-Owned Equipment Track/ Version/ Serial # |
|---|---|---|---|---|---|---|---|---|
| R P ⊗ L¹ I | 1 | ☐ | PAYEEZY | R MO⊗/I L S C QSR P | ⟨G54WBS⟩ | $ 0 | $ | |
| R P C L¹ I | | ☐ | | R Re MOTO/I L S C QSR P | | $ | $ | |
| R P C L¹ I | | ☐ | | R Re MOTO/I L S C QSR P | | $ | $ | |
| R P C L¹ I | | ☐ | | R Re MOTO/I L S C QSR P | | $ | $ | |
| R P C L¹ I | | ☐ | | R Re MOTO/I L S C QSR P | | $ | $ | |
| R P C L¹ I | | ☐ | | R Re MOTO/I L S C QSR P | | $ | $ | |
| R P C L¹ I | | ☐ | | R Re MOTO/I L S C QSR P | | $ | $ | |

The Installment Purchase option allows you to make 3 equal monthly payments.

¹A separate approval by, and non-cancelable lease agreement with, First Data Merchant Services Corporation (through its business unit, First Data Global Leasing) are required; that lease agreement contains the terms and conditions for leased equipment.

Check one: ☐ Gateway Solutions ☐ Dial Solutions ☐ Global Gateway ☐ Payeezy Gateway ☐ VSAT** ☐ Frame ☐ Other: _____ ☐ IC Verify Serial #_____

VAR/Internet/Software: Name: _____ (Nashville Only: Product ID #_____ Vendor ID #_____)

NOTE: **Requires separate agreement between Client and its VSAT provider prior to implementation of this telecommunications protocol.

Network: ☐ Nashville ☐ CARDnet ☐ Bypass ☐ Other: _____

☐ PNS ☐ Netconnect   Email Address: _____          Client #: _____   Division #: _____

C/O - IC
Verify Serial # _____   ESN # _____   MAN # _____   Software Product ID # _____   Software Vendor ID # _____

Holds Paper: ☐ Merchant ☐ Processor   Imprinter Purchase: Amount $ 50.00 x Qty ___ = Total $ _____ (w/o tax) Plates: ☐ Short ☐ Long

Wireless Service Provider: ☐ GPRS AT&T or ☐ CDMA Sprint

## TERMINAL FEATURES

☐ Auto Settle Time _____ hh ET *(military)*
☐ Bar Tab
☐ Clerk/Server Entry
☐ Debit Cash Back
Delayed Ship Date: _____
☐ Dial Prefix: ☐ Dial 9 ☐ Other: _____
☐ Dial Suffix: _____
☐ QSR-CR/SMT Amt. $ _____ *(Convenience/Small Ticket)*
☐ QSR Print Option _____
☐ Invoice Number
☐ Multi-Trans *(PC/Register/Software only)*

☐ Remove Ticket #
☐ Retail Gas
☐ Retail With Tip
☐ Ship Method *(Overnight)*
☐ Tip % Option
☐ Verify Amount Prompt
☐ E-Commerce
☐ Remove Room #
☐ No Server/ Ticket ID
☐ If IP _____ *(List Current Provider)*
☐ Partial Approval
☐ Purchase w/Balance Return

☐ Standalone Balance Inquiry
☐ Amex Prepaid Program Preference *(Choose One)*
☐ Partial Auth
☐ Balance Back
☐ Other _____

PINPad:
☐ DES Encryption
☐ DUKPT
☐ Access Code
# _____

Terminal Features: *(cont'd)*

|  | Key Disable or | Password Protect |
|---|---|---|
| Credits | ☐ | ☐ |
| Voids | ☐ | ☐ |
| Forces | ☐ | ☐ |
| Reviews | ☐ | ☐ |
| Bal/Settle | ☐ | ☐ |
| Auth Only | ☐ | ☐ |
| Reports | ☐ | ☐ |
| Tip Adjustment | ☐ | ☐ |

### PLEASE VERIFY SELECTED FEATURES ARE AVAILABLE UNDER THE ALLIANCE, NETWORK, PRODUCT & APPLICATION

Comments: _____
(NOTE: Completing the Comments field will result in a 48 hour terminal programming delay)

## Buypass Attributes                                                Specials

Bank FIID: _____ Group FIID: _____   ACH Sum ID #: _____   _____
Confirmation Letter: ☐ Yes ☐ No   Password: ☐ 111111 ☐ 123456   Velocity Chain #: _____   _____
Duplicate Protection: ☐ On ☐ Off   ☐ Other: _____   Velocity Count: _____   _____
Variable Cut: ☐ Yes ☐ No   Prop ID: _____   Velocity Amount: $ _____   _____
Cut Time: _____ (military)   Daylight Savings: ☐ Yes ☐ No   Velocity Amount: $ _____   _____

NOTE: If attributes are not chosen, then the generic defaults will apply.          BAMS/FDSGenNAddLo1808(ia)

CONFIDENTIAL

## ADDITIONAL OUTLET FORM
(Page 1 of 3)

New Merchant #: _____   Xref External # Required? ☐ Yes ☒ No   Store # included Xref External #? ☐ Yes ☒ No

**Note:** *These fields are NOT to be used to embed the store # in the north MID#.*

### HIERARCHY

Corp #: _____   Chain #: _____   Tie-To #: 372288802880

### SALES INFORMATION

| Sales Rep ID | RM Name | Submitter's Name | |
|---|---|---|---|
| BRCN | JESSICA CEDENO | NIRICA WHITTICK | Submitter's Phone #: (954) 851-7267 |

### TELL US ABOUT YOUR BUSINESS

Your DBA/Outlet Name: *(Maximum 24 Characters)*   B I O T E C H   B R E A K

Your Business Legal Name (Client): RAGINGBULLDOT COM LLC

Name of Signer: JEFFREY BISHOP   Title of Signer: MEMBER LLC

First/Last Contact Name: JORDAN REYNA   Address: (No P.O.Box) 835 E LAMAR BLVD   Suite #: 263   City: ARLINGTON   State: TX   Zip: 76011   Store #: _____

Your Business Phone #: (855) 590-7694   Merchant Customer Service Phone #: (855) 590-7694

Web Site Address: www.biotechbreakouts.com   E-Mail Address: jordan@ragingbull.com   Fax #: _____

Customer Service E-Mail Address: _____

| | | |
|---|---|---|
| Annual MasterCard®/Visa Volume $ 2,000,000 | MasterCard/Visa Average Ticket $ 300.00 | Pricing Type (3 digit #) 0 2 0 |
| Annual Discover® Volume $ 50,000 | Discover Average Ticket $ 300.00 | MCC: 7399 |
| Annual American Express Volume $ 50,000 | American Express Average Ticket $ 300.00 | |
| TeleCheck Annual Volume $ 0 | | |

Products/Services You Sell: BUSINESS SERVICES

Seasonal? ☐ Yes ☒ No

If Yes, select the months in which the business is open: ☐ JAN ☐ FEB ☐ MAR ☐ APR ☐ MAY ☐ JUN ☐ JUL ☐ AUG ☐ SEP ☐ OCT ☐ NOV ☐ DEC

### BILL TO INFORMATION

Head Office/Bill To Name: LIGHTHOUSE MEDIA LLC

Business Phone #: (855) 981-8370   Address: 835 E LAMAR BLVD # 263   First/Last Contact Name: JORDAN REYNA

City: ARLINGTON   State: TX   Zip: 76011

**PLEASE COMPLETE EACH SECTION BELOW:**

POS Card Swipe _____% + Manual Imprint _____% + Mail Order _____% + Phone Order _____% + Internet 100 % = 100%   Mag Swipe _____% + Keyed 100 % = 100%

Mail Statements to: ☐ 01 Outlet ☒ 02 Bill To - No Recap ☐ 07 Suppress Statement ☐ 08 Recap / Non Statement
*(Recap Code)* ☐ 09 Bill To/Statement + Recap ☐ 10 Recap Chain/Statement to Outlet Bill To

Merchant Type (4 digit #) 8 0 0 0

Entity Type: ☐ Private Corporation ☐ Public Corporation ☐ Sole Proprietorship ☐ Partnership ☐ Franchisee Owned ☒ LLC

Check one: TIN Type: ☒ EIN (Fed Tax ID #) ☐ SSN   D&B #: _____   No. of Employees: _____

### IMPORTANT IRS INFORMATION

☐ Non-Profit   ☐ Non-Profit/Tax Exempt as described in 26 USC Section 501(c)(3) OR a Tribal (Native American) government or Tribal government-owned. ☐ Gov't. Entity
If tax exempt, provide copy of IRS Determination Letter; if Tribal government, provide evidence of tribal recognition, and proof of tribal ownership if separate entity.

**NOTE:** Failure to provide accurate information may result in withholding of merchant funding per IRS regulations (See Part IV, Section A.3 of your Program Guide for further information).

Name (as it appears on your income tax return)[†] RAGINGBULLDOT COM LLC   ☒ Federal Tax ID#: (as it appears on your income tax return)[†] _____   ☐ I certify that I am a foreign entity/nonresident alien. (If checked, please attach IRS Form W-8.)

[†]If Client is a disregarded entity under IRS regulations and has provided its owner's taxpayer filing name and Federal Tax ID above, then please attach an IRS Form W-9.

### OTHER ENTITLEMENTS

☐ ECA® Warranty   ☐ ECA Verification   ☐ Lockbox Pro21 Warranty   ☐ Lockbox Pro21 Verification   ☐ e-Deposit Warranty   ☐ e-Deposit Settlement Only
☐ ICA Warranty   ☐ ICA Verification   ☐ CBP Warranty   ☐ CBP Verification   ☐ Paper Warranty   ☐ Paper Verification
☐ Check Cashing Warranty   ☐ Check Cashing Verification   ☐ Mail Order Warranty   ☐ COD Warranty   ☐ Remote Pay Warranty   ☐ Remote Pay Verification
☐ Other: _____   Existing Subscriber #: _____

☒ MasterCard   ☒ Visa   ☒ Discover, (Including Diners Club International®, JCB, UnionPay and Bcard)   ☐ American Express® (AXP) (includes credit and prepaid cards)
☒ Discover Full Service Processing   ☒ AXP OptBlue℠
☐ Gift Card (see attached addendum) SE #_____   ☐ AXP Direct:
Discover SE # (if retained): _____   American Express® Service Type (check one)
☐ Split Dial ☐ Single Settle ☐ EDC ☐ PIP ☐ Reverse IP
American Express Cap #: _____
MC Registration Program ID: _____   Franchise Name: _____
☐ PIN Debit # _____   ☐ EBT (SNAP) FNS # (XREF): _____   ☐ IATA/ARC Code: _____ (for MCC 4722 Only)

☐ Voyager Fleet   Annual Voyager Vol.: $ _____   Participation in Voyager Tax Exempt Program: ☐ Yes ☐ No (If yes, additional request form required)
☐ WEX Full Acquiring   Annual WEX Volume: $ _____   ☐ WEX (Non-Full Svc) (requires separate form)   ☐ MasterCard Fleet

BAMS/FDSGenNAddLo1808(la)

CONFIDENTIAL

Attachment HHHH   PX 27, 2562

# A D D I T I O N A L   O U T L E T   F O R M
**(Page 2 of 3)**

## SHIPPING INSTRUCTIONS

Ship Terminal / Start-up Kit To: ☐ Outlet/DBA  ☐ Head Office  ☐ Do Not Ship  ☐ No Welcome Kit and Supplies  ☐ No Welcome Kit  ☐ Other – (See Below)

Name: _____  Attention: _____

Address: _____  City: _____  State: ____  Zip: _____

Delayed Start Date: _____  Delayed Ship Date: _____

Do you use any third party to store, process or transmit cardholder data?  *(Examples include, but not limited to web hosting companies, Electronic Data Capture, Loyalty programs)*
☒No  ☐ Yes  If yes, give name/address: _____

Please identify any Software used for storing, transmitting, or processing Card Transactions or Authorization Requests: _____

Network: ☐ (206) CARD*net** ☐ ( ) Nashville  ☐ ( ) Buypass  ☒Other: compass        Specify Security Code: (  5083  )

| Rental • Purchase Cust.-Owned • Lease* Installment Purchase *(circle one)* | QTY | IP | Equipment Type *(i.e., Terminal/VAR/Internet)* | Retail • Restaurant • MOTO/Internet Lodging • Supermarket • Car Rental Quick Service Restaurant • Petro | Model Code and Name | Unit Purchase Price *(w/o Tax)* | Monthly Payment Due *(w/o Tax)* | For Customer-Owned Equipment Track/Version/Serial # |
|---|---|---|---|---|---|---|---|---|
| R  P  ☒  Lᴵ  I | 1 | ☐ | PAYEEZY | R  Re  MO☒/I  L  S  C  QSR  P | GWSECM | $ 0 | $ | |
| R  P  C  Lᴵ  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  Lᴵ  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  Lᴵ  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  Lᴵ  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  Lᴵ  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  Lᴵ  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |

*The Installment Purchase option allows you to make 3 equal monthly payments.*

*ᴵA separate approval by and non-cancelable lease agreement with, First Data Merchant Services Corporation (through its business unit, First Data Global Leasing) are required; that lease agreement contains the terms and conditions for leased equipment.

Check one: ☐ Gateway Solutions  ☐ Dial Solutions  ☐ Global Gateway  ☐ Payeezy Gateway  ☐ VSAT**  ☐ Frame  ☐ Other: _____  ☐ IC Verify Serial  # _____

VAR/Internet/Software: Name: _____  (Nashville Only: Product ID # _____  Vendor ID # _____
NOTE: **Requires separate agreement between Client and its VSAT provider prior to implementation of this telecommunications protocol.

Network: ☐ Nashville  ☐ CARDnet  ☐ Buypass  ☐ Other: _____

☐ PNS  ☐ Netconnect  Email Address: _____  Client #: _____  Division #: _____
C/O - IC
Verify Serial # _____  ESN # _____  MAN # _____  Software Product ID # _____
Holds Paper: ☐ Merchant  ☐ Processor  Imprinter Purchase:  Amount $  50.00  x Qty ____ = Total $ _____ (w/o tax)  Plates: ☐ Short ☐ Long  Software Vendor ID # _____
Wireless Service Provider: ☐ GPRS AT&T  or ☐ CDMA Sprint

## TERMINAL FEATURES

☐ Auto Settle Time _____ hh ET *(military)*
☐ Bar Tab
☐ Clerk/Server Entry
☐ Debit Cash Back
Delayed Ship Date: _____
☐ Dial Prefix: _____ ☐ Dial 9 ☐ Other: _____
☐ Dial Suffix: _____
☐ QSR-CR/SMT  Amt. $ _____ *(Convenience/Small Ticket)*
☐ QSR Print Option _____
☐ Invoice Number
☐ Multi-Trans *(PC/Register/Software only)*

☐ Remove Ticket #
☐ Retail Gas
☐ Retail With Tip
☐ Ship Method *(Overnight)*
☐ Tip % Option
☐ Verify Amount Prompt
☐ E-Commerce
☐ Remove Room #
☐ No Server/Ticket ID
  ☐ If IP _____
    *(List Current Provider)*
☐ Partial Approval
☐ Purchase w/Balance Return

☐ Standalone Balance Inquiry
☐ Amex Prepaid Program Preference *(Choose One)*
  ☐ Partial Auth
  ☐ Balance Back
  ☐ Other _____

PINPad:
☐ DES Encryption
☐ DUKPT
☐ Access Code

Terminal Features: *(cont'd)*

| | Key Disable | or | Password Protect |
|---|---|---|---|
| Credits | ☐ | | ☐ |
| Voids | ☐ | | ☐ |
| Forces | ☐ | | ☐ |
| Reviews | ☐ | | ☐ |
| Bal/Settle | ☐ | | ☐ |
| Auth Only | ☐ | | ☐ |
| Reports | ☐ | | ☐ |
| Tip Adjustment ☐ | | | ☐ |

**PLEASE VERIFY SELECTED FEATURES ARE AVAILABLE UNDER THE ALLIANCE, NETWORK, PRODUCT & APPLICATION**

Comments: _____
**(NOTE: Completing the Comments field will result in a 48 hour terminal programming delay)**

## Buypass Attributes

Specials

Bank FIID: _____  Group FIID: _____  Password: ☐ 111111  ☐ 123456  ACH Sum ID #: _____  _____
Confirmation Letter: ☐ Yes  ☐ No  ☐ Other: _____  Velocity Sum #: _____  _____
Duplicate Protection: ☐ On  ☐ Off  Velocity Count: _____
Variable Cut: ☐ Yes  ☐ No  Prop ID: _____  Velocity Amount: $ _____
Cut Time: _____ *(military)*  Daylight Savings: ☐ Yes  ☐ No  Velocity Amount: $ _____

**NOTE: If attributes are not chosen, then the generic defaults will apply.**

BAMS/FDSGenNAddLo1808(ia)

CONFIDENTIAL

## ADDITIONAL OUTLET FORM (Page 2 of 2)

All payments to Client shall be through the Automated Clearing House (ACH) and shall normally be electronically transmitted directly to the demand deposit account ("DDA") indicated below or any successor account designated to receive provisional funding of Client's sales pursuant to the Client's agreement governing merchant card processing services (referred to herein as the "Merchant Agreement") by and among the Client, Processor and Bank. Processor means Banc of America Merchant Services, LLC or First Data Services, LLC, as applicable, and Bank means Bank of America, N.A.; references to "you" and "your" mean Client; references to "Servicers" "our," "us" and "we" mean Processor and Bank. We cannot guarantee the timeliness with which any payment may be credited by Client's depository institution ("DEPOSITORY").

Client hereby authorizes Bank and its authorized representative to access information from the DDA and to initiate credit and/or debit entries by Bank wire or ACH transfer and to authorize DEPOSITORY to block or to initiate, if necessary, reversing entries and adjustments for any original entries made to the DDA and to authorize DEPOSITORY to provide such access and to credit and/or debit or to block the same to such account. This authorization is without respect to the source of any funds in the DDA, is irrevocable and is coupled with an interest. This authority extends to any equipment rental or purchase agreements which may exist with Client as well as to any fees and assessments and Chargeback amounts of whatever kind or nature due under the terms of your Agreement whether arising during or after termination of this Agreement.

This authority is to remain in full force and effect at all times unless and until we have consented to its termination and in such time and in such manner as to afford us and DEPOSITORY a reasonable opportunity to act on it. In addition, Client understands and agrees that it will be charged a reject fee for each ACH which cannot be processed, and all subsequent funding may be suspended until Client either (1) provides written notice that ACHs can be processed or (2) a new electronic funding agreement is signed by Client. In order to insure transactions are properly handled, A COPY OF A BLANK VOIDED CHECK MUST BE INCLUDED. Client's depository must be able to process or accept electronic transfers either via ACH and/or Fed wire (Bank wire) which transfers are processed utilizing the Federal Reserve System. If payment is to be made by Bank wire or Automated Clearing House transfer, please supply the above information.

ABA [ ]  A voided check or bank letter is required if the banking information (above) for the additional location is different from the tie-to location.  DDA [ ]

☒ Fees Same as Tie To Account  ☐ Additional Credit Addendum (Required for accounts that are High Risk/MOTO/Internet or B2B)

☐ Additional Fees due to Industry Type (see attached fee schedule)  ☐ Additional Fees due to Service Entitlements (see attached fee schedule)

**APPLICABLE TO MERCHANTS UNDER AMERICAN EXPRESS OPTBLUE PROGRAM:** To be qualified under this program, you must meet these criteria: (a) your Total Annual American Express volume (listed in Section 2 above) is less than $1,000,000 and (b) your business is not a type prohibited, and is not a franchisee of any franchise excluded, by American Express. In addition, you must continue to qualify for this program, and to do so, your total American Express Card transaction volume cannot exceed certain thresholds, all as further described in Part I, Sections 45.2 and 45.5.4 of the Program Guide. Please also refer to Part I, Sections 45.5.2 – 45.5.3 of the Program Guide to learn about American Express' use of your information and how you may opt out of certain uses.

You further acknowledge and agree that you will not use your merchant account and/or the Services for illegal transactions, for example, those prohibited by the Unlawful Internet Gambling Enforcement Act, 31 U.S.C. Section 5361 et seq, as may be amended from time to time, or processing and acceptance of transactions in certain jurisdictions pursuant to 31 CFR Part 500 et seq, and other laws enforced by the Office of Foreign Assets Control (OFAC).

Client certifies, under penalties of perjury, that the federal taxpayer identification number and corresponding filing name provided herein are correct.

Please add the above mentioned additional location(s) to your system. I understand and agree upon execution of this document, the above mentioned additional location(s) is/are hereby bound by the processing Agreement signed for the above primary location, any agreement attached hereto as well as pricing for the services specified herein. I further acknowledge that all information provided is true and accurate.

Client's Business Principal Signature (please sign here)  JEFFREY BISHOP Please Print Name of Signer  PRESIDENT Title  9/14/17 Date

BAMS/FDSGenNAddLot1808(g)

CONFIDENTIAL

Attachment HHHH  PX 27, 2564

## ADDITIONAL OUTLET FORM (Page 1 of 3)

New Merchant #: _____

Xref External # Required?  ☐ Yes  ☒ No    Store # included Xref External #?  ☐ Yes  ☒ No
**Note:** These fields are NOT to be used to embed the store # in the north MID#.

### HIERARCHY

Corp #: _____    Chain #: _____    Tie-to #: 372288802880

### SALES INFORMATION

| Sales Rep ID | RM Name | Submitter's Name | Submitter's Phone # |
|---|---|---|---|
| BRCN | Jessica Cedeno | Doreen Caudill | (817) 691-3213 |

### TELL US ABOUT YOUR BUSINESS

Your DBA/Outlet Name: *(Maximum 24 Characters)*  `J A S O N B O N D P I C K S . C O M`

| Your Business Legal Name (Client): | Name of Signer: | Title of Signer: |
|---|---|---|
| RAGINGBULLDOTCOM LLC | JEFFREY BISHOP | PRESIDENT |

| First/Last Contact Name: | Address: (No P.O.Box) | Suite #: | City: | State: | Zip: | Store #: |
|---|---|---|---|---|---|---|
| JORDAN REYNA | 62 CALEF HIGHWAY | 233 | LEE | NH | 03861 | |

Your Business Phone #: (855) 981-8370
Merchant Customer Service Phone #: (855) 981-8370
Fax #: _____

Web Site Address: www.jasonbondpicks.com
E-Mail Address: jordan@ragingbull.com
Customer Service E-Mail Address: support@jasonbondpicks.co

| | | Pricing Type (3 digit #) 0 2 0 |
|---|---|---|
| Annual MasterCard/Visa Volume $ 2,000,000 | MasterCard/Visa Average Ticket $ 300.00 | |
| Annual Discover® Volume $ 50,000 | Discover Average Ticket $ 300.00 | MCC: 7399 |
| Annual American Express Volume $ 50,000 | American Express Average Ticket $ 300.00 | |
| TeleCheck Annual Volume $ 0 | | |

Products/Services You Sell: BUSINESS SEVICES

Seasonal?  ☐ Yes  ☒ No
If Yes, select the months in which the business is open:  ☐ JAN  ☐ FEB  ☐ MAR  ☐ APR  ☐ MAY  ☐ JUN  ☐ JUL  ☐ AUG  ☐ SEP  ☐ OCT  ☐ NOV  ☐ DEC

### BILL TO INFORMATION

| Head Office/Bill To Name: RAGINGBULLDOTCOM | First/Last Contact Name: JORDAN REYNA |
|---|---|

| Business Phone #: (855) 981-8370 | Address: 62 CALEF HIGHWAY | City: LEE | State: NH | Zip: 03861 |
|---|---|---|---|---|

**PLEASE COMPLETE EACH SECTION BELOW:**

POS Card Swipe ____% + Manual Imprint ____% + Mail Order ____% + Phone Order ____% + Internet 100 % = 100%    Mag Swipe ____% + Keyed ____% = 100%

Mail Statements to: ☐ 01 Outlet   ☒ 02 Bill To - No Recap   ☐ 07 Suppress Statement   ☐ 08 Recap - No Statement
*(Recap Code)*   ☐ 09 Bill To/Statement + Recap   ☐ 10 Recap Chain/Statement to Outlet Bill To    Merchant Type (4 digit #) 8 0 0 0

Entity Type:  ☐ Private Corporation  ☐ Public Corporation  ☐ Sole Proprietorship  ☐ Partnership  ☐ Franchisee Owned  ☒ LLC

Check one: TIN Type:  ☒ EIN (Fed Tax ID #)  ☐ SSN    D&B #: _____    No. of Employees: _____

#### IMPORTANT IRS INFORMATION

☐ Non-Profit   ☐ Non-Profit/Tax Exempt as described in 26 USC Section 501(c)(3) OR a Tribal (Native American) government or Tribal government-owned.   ☐ Gov't. Entity
If tax exempt, provide copy of IRS Determination Letter; if Tribal government, provide evidence of tribal recognition, and proof of tribal ownership if separate entity.

**NOTE:** Failure to provide accurate information may result in a withholding of merchant funding per IRS regulations (See Part IV, Section A.3 of your Program Guide for further information.)

| Name (as it appears on your income tax return)¹ | ☒ Federal Tax ID#: (as it appears on your income tax return) | ☐ I certify that I am a foreign entity/nonresident alien. (If checked, please attach IRS Form W-8.) |
|---|---|---|
| RAGINGBULLDOTCOM | ███████████ | |

¹If Client is a disregarded entity under IRS regulations and has provided its owner's taxpayer filing name and Federal Tax ID above, then please attach an IRS Form W-9.

### OTHER ENTITLEMENTS

| | | |
|---|---|---|
| ☐ ECA® Warranty | ☐ ECA Verification | ☐ Lockbox Pro21 Warranty   ☐ Lockbox Pro21 Verification   ☐ e-Deposit Warranty   ☐ e-Deposit Settlement Only |
| ☐ ICA Warranty | ☐ ICA Verification | ☐ CBP Warranty   ☐ CBP Verification   ☐ Paper Warranty   ☐ Paper Verification |
| ☐ Check Cashing Warranty | ☐ Check Cashing Verification | ☐ Mail Order Warranty   ☐ COD Warranty   ☐ Remote Pay Warranty   ☐ Remote Pay Verification |

☐ Other: _____    Existing Subscriber #: _____

☒ MasterCard  ☒ Visa  ☒ Discover, (Including Diners Club International®, JCB, UnionPay and BCard)    ☐ American Express® (AXP) (includes credit and prepaid cards)
☒ Discover Full Service Processing    ☒ AXP OptBlue℠
☐ Discover SE # (if retained): _____    ☐ AXP Direct:
☐ Gift Card (see attached addendum)   SE #_____
American Express® Service Type (check one)
☐ Split Dial  ☐ Single Settle  ☐ EDC  ☐ PIP  ☐ Reverse IP
American Express Cap at #: _____
MC Registration Program ID: __ __ __ __ __    Franchise Name: _____
☐ PIN Debit # __ __ __ __ __ __ __ __ __ __    ☐ EBT (SNAP) FNS # (XREF): _____    ☐ IATA/ARC Code: __ __ __ __ __ __ __ __ __ __ (for MCC 4722 Only)
☐ Voyager Fleet    Annual Voyager Vol.: $_____    Participation in Voyager Tax Exempt Program:  ☐ Yes  ☐ No  (if yes, additional request form required)
☐ WEX Full Acquiring    Annual WEX Volume: $_____    ☐ WEX (Non-Full Svc) (requires separate form)    ☐ MasterCard Fleet

BAMS/FDSGenNAddLo1808(la)

CONFIDENTIAL

Attachment HHHH

PX 27, 2565

# ADDITIONAL OUTLET FORM

(Page 2 of 3)

## SHIPPING INSTRUCTIONS

Ship Terminal / Start-up Kit To:  ☐ Outlet / DBA   ☐ Head Office   ☐ Do Not Ship   ☐ No Welcome Kit and Supplies   ☐ No Welcome Kit   ☐ Other – (See Below)

Name: _____   Attention: _____

Address: _____   City: _____ State: _____ Zip: _____

Delayed Start Date: _____   Delayed Ship Date: _____

Do you use any third party to store, process or transmit cardholder data? *(Examples include, but not limited to web hosting companies, Electronic Data Capture, Loyalty programs)*

☒ No   ☐ Yes   If yes, give name/address: _____

Please identify any Software used for storing, transmitting, or processing Card Transactions or Authorization Requests: _____

Network: ☐ (206) CARD*net*^   ☐ ( ___ ) Nashville   ☐ ( ___ ) Buypass   ☒ Other: **Compass**     Specify Security Code: ( _5083_ )

| Rental • Purchase<br>Cust.-Owned • Lease'<br>Installment Purchase<br>*(circle one)* | QTY | IP | Equipment Type<br>(i.e., Terminal/VAR/Internet) | Retail • Restaurant • MOTO/Internet<br>Lodging • Supermarket • Car Rental<br>Quick Service Restaurant • Petro | Model Code and Name | Unit<br>Purchase<br>Price<br>(w/o Tax) | Monthly<br>Payment<br>Due<br>(w/o Tax) | For Customer-Owned<br>Equipment<br>Track / Version/Serial # |
|---|---|---|---|---|---|---|---|---|
| R ⊗ C L¹ I | | ☒ | PAYEZZY | R  Re  MOTO/I  L  S  C  QSR  P | EGHS4M | $ 0.00 | $ | |
| R  P  C  L¹ I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L¹ I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L¹ I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L¹ I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L¹ I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L¹ I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L¹ I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |

*The Installment Purchase option allows you to make 3 equal monthly payments.*

¹A separate approval of, and non-cancelable lease agreement with, First Data Merchant Services Corporation (through its business unit, First Data Global Leasing) are required; that lease agreement contains the terms and conditions for leased equipment.

*Check one:* ☐ Gateway Solutions  ☐ Dial Solutions  ☐ Global Gateway  ☒ Payeezy Gateway  ☐ VSAT**  ☐ Frame  ☐ Other:_____  ☐ IC Verify Serial  # _____

VAR/Internet/Software:  Name: _____ (Nashville Only: Product ID # _____  Vendor ID # _____ )

NOTE: **Requires separate agreement between Client and its VSAT provider prior to implementation of this telecommunications protocol.

Network: ☐ Nashville   ☐ CARDnet   ☐ Buypass   ☐ Other: _____

☐ PNS   ☐ Netconnect    Email Address: _____   Client #: _____   Division #: _____

C/O - IC
Verify Serial # _____  ESN # _____  MAN # _____  Software Product ID # _____  Software Vendor ID # _____

Holds Paper: ☐ Merchant  ☐ Processor   Imprinter Purchase:  Amount $ _50.00_  x  Qty ____ = Total $ _0.00_ (w/o tax)  Plates: ☐ Short  ☐ Long

Wireless Service Provider: ☐ GPRS AT&T  or  ☐ CDMA Sprint

## TERMINAL FEATURES

☐ Auto Settle Time _____ hh  ET (military)
☐ Bar Tab
☐ Clerk / Server Entry
☐ Debit Cash Back
Delayed Ship Date: _____
☐ Dial Prefix: ☐ Dial 9  ☐ Other: _____
☐ Dial Suffix: _____
☐ QSR-CR/SMT  Amt. $ _____ *(Convenience/Small Ticket)*
☐ QSR Print Option _____
☐ Invoice Number
☐ Multi-Trans *(PC/Register/Software only)*

☐ Remove Ticket #
☐ Retail Gas
☐ Retail With Tip
☐ Ship Method *(Overnight)*
☐ Tip % Option
☐ Verify Amount Prompt
☐ E-Commerce
☐ Remove Room #
☐ No Server/Ticket ID
  ☐ If IP _____
    *(List Current Provider)*
☐ Partial Approval
☐ Purchase w/Balance Return

☐ Standalone Balance Inquiry
☐ Amex Prepaid Program Preference *(Choose One)*
  ☐ Partial Auth
  ☐ Balance Back
  ☐ Other _____

PINPad:
☐ DES Encryption
☐ DUKPT
☐ Access Code
  # _____

Terminal Features: *(contd)*

| | Key<br>Disable | *or* | Password<br>Protect |
|---|---|---|---|
| Credits | ☐ | | ☐ |
| Voids | ☐ | | ☐ |
| Forces | ☐ | | ☐ |
| Reviews | ☐ | | ☐ |
| Bal/Settle | ☐ | | ☐ |
| Auth Only | ☐ | | ☐ |
| Reports | ☐ | | ☐ |
| Tip Adjustment | ☐ | | ☐ |

### PLEASE VERIFY SELECTED FEATURES ARE AVAILABLE UNDER THE ALLIANCE, NETWORK, PRODUCT & APPLICATION

Comments: _____
**(NOTE: Completing the Comments field will result in a 48 hour terminal programming delay)**

## Buypass Attributes

Specials

Bank FIID: _____  Group FIID #: _____
Confirmation Letter:  ☐ Yes  ☐ No
Duplicate Protection:  ☐ On  ☐ Off
Variable Cut:  ☐ Yes  ☐ No
Cut Time: _____ (military)

Password: ☐ 111111  ☐ 123456
☐ Other: _____
Prop ID: _____
Daylight Savings: ☐ Yes  ☐ No

ACH Sum ID #: _____
Velocity Chain #: _____
Velocity Count: _____
Velocity Amount: $ _____

_____
_____
_____
_____
_____
_____

**NOTE: If attributes are not chosen, then the generic defaults will apply.**     BAMS/FDSGenNAddLo1808(la)

CONFIDENTIAL

# ADDITIONAL OUTLET FORM
(Page 1 of 1)

All payments to Client shall be through the Automated Clearing House (ACH) and shall normally be electronically transmitted directly to the demand deposit account ("DDA") indicated below or any successor account designated to receive provisional funding of Client's sales pursuant to the Client's agreement governing merchant card processing services (referred to herein as the "Merchant Agreement") by and among the Client, Processor and Bank. Processor means Banc of America Merchant Services, LLC or First Data Services, LLC, as applicable, and Bank means Bank of America, N.A.; references to "you" and "your" mean Client; references to "Servicers" "our," "us" and "we" mean Processor and Bank. We cannot guarantee the timeliness with which any payment may be credited by Client's depository institution ("DEPOSITORY").

Client hereby authorizes Bank and its authorized representative to access information from the DDA and to initiate credit and/or debit entries by Bank wire or ACH transfer and to authorize DEPOSITORY to block or to initiate, if necessary, reversing entries and adjustments for any original entries made to the DDA and to authorize DEPOSITORY to provide such access and to credit and/or debit or to block the same to such account. This authorization is without respect to the source of any funds in the DDA, is irrevocable and is coupled with an interest. This authority extends to any equipment rental or purchase agreements which may exist with Client as well as to any fees and assessments and Chargeback amounts of whatever kind or nature due under the terms of your Agreement whether arising during or after termination of this Agreement.

This authority is to remain in full force and effect at all times unless and until we have consented to its termination and in such time and in such manner as to afford us and DEPOSITORY a reasonable opportunity to act on it. In addition, Client understands and agrees that it will be charged a reject fee for each ACH which cannot be processed, and all subsequent funding may be suspended until Client either (1) provides written notice that ACHs can be processed or (2) a new electronic funding agreement is signed by Client. In order to insure transactions are properly handled, A COPY OF A BLANK VOIDED CHECK MUST BE INCLUDED, Client's depository must be able to process or accept electronic transfers either via ACH and/or Fed wire (Bank wire) which transfers are processed utilizing the Federal Reserve System. If payment is to be made by Bank wire or Automated Clearing House transfer, please supply the above information.

| ABA | ██████████ | DDA | ██████████ |
|-----|-----|-----|-----|

A voided check or bank letter is required if the banking information (above) for the additional location is different from the tie-to location.

X Fees Same as Tie To Account

☐ Additional Credit Addendum
    (Required for accounts that are High Risk/MOTO/Internet or B2B)

☐ Additional Fees due to Industry Type (see attached fee schedule)

☐ Additional Fees due to Service Entitlements (see attached fee schedule)

**APPLICABLE TO MERCHANTS UNDER AMERICAN EXPRESS OPTBLUE PROGRAM:** To be qualified under this program, you must meet these criteria: (a) your Total Annual American Express volume (listed in Section 2 above) is less than $1,000,000 and (b) your business is not a type prohibited, and is not a franchise of any franchise excluded, by American Express. In addition, you must continue to qualify for this program, and to do so, your total American Express Card transaction volume cannot exceed certain thresholds, all as further described in Part I, Sections 45.2 and 45.5.4 of the Program Guide. Please also refer to Part I, Sections 45.5.2 – 45.5.3 of the Program Guide to learn about American Express' use of your information and how you may opt out of certain uses.

You further acknowledge and agree that you will not use your merchant account and/or the Services for illegal transactions, for example, those prohibited by the Unlawful Internet Gambling Enforcement Act, 31 U.S.C. Section 5361 et seq, as may be amended from time to time, or processing and acceptance of transactions in certain jurisdictions pursuant to 31 CFR Part 500 et seq, and other laws enforced by the Office of Foreign Assets Control (OFAC).

Client certifies, under penalties of perjury, that the federal taxpayer identification number and corresponding filing name provided herein are correct.

**Please add the above mentioned additional location(s) to your system. I understand and agree upon execution of this document, the above mentioned additional location(s) is/are hereby bound by the processing Agreement signed for the above primary location, any agreement attached hereto as well as pricing for the services specified herein. I further acknowledge that all information provided is true and accurate.**

| Client's Business Principal Signature *(please sign here)* | JEFFREY BISHOP | PREDISENT | 11/21/17 |
|-----|-----|-----|-----|
| | Please Print Name of Signer | Title | Date |

BAMS/FDSClientAddLlocation

CONFIDENTIAL

**Attachment HHHH**     PX 27, 2567

## PAYEEZY<sup>SM</sup> SERVICES ADDENDUM

### BANC OF AMERICA MERCHANT SERVICES, LLC

THIS PAYEEZY SERVICES ADDENDUM ("Payeezy Addendum") amends the terms of the Program Guide ("Agreement" and, specifically, referring to the term Agreement as defined in Part I of the Program Guide) among you ("Client"), Banc of America Merchant Services, LLC ("Processor") and Bank of America, N.A. ("Bank") (collectively Processor and Bank are the "Servicers") to include the Payeezy Services (defined below).  You agree to comply with the terms set forth in this Payeezy Addendum in connection with receiving the Payeezy Services.  Capitalized terms used but not defined in this Payeezy Addendum are defined in the Agreement.

1.  **Internal/Sales Information:**
    Merchant Number: _____
    Sales Rep. Name:  Jessica Cedeno
    Sales Rep. Phone Number:  817.691.3213
    Sales Rep. Email Address:  jessica.cedeno@bankofamericamerchant.com

2.  **Client's Business Information:**
    Client's Business' Legal Name:  RAGINGBULLDOTCOM
    Client's DBA Name:  JASON BOND PICKS , Com
    First/Last Contact Name:  Jeffrey Bishop ( or Jordan Reyna)        Title:  President
    Your Business Phone:  855.494.3551        Your Business Fax:  N/A
    Your Business Email Address:  jordan@ragingbull.com

3.  **Payeezy Services.**

3.1  Services.  The Payeezy Services are an electronic gateway messenger system ("Payeezy Services") that will allow you to manage Card transaction information being transmitted when processing your payment transactions, and includes the following functionality: (i) a web-based application programming interface ("API") that allows third-party applications to process transactions through the Payeezy Services system and supports a range of processing functions (e.g., purchase, refund, pre-authorization functions) and further allows you to implement custom business logic to manage these functions; (ii) a securely hosted web payment form (a "Payment Page") designed to accept Internet-based eCommerce transactions, redirecting the consumer to a payment form hosted by the gateway that uses a "Checkout" button on your website to submit payment posting requests to a designated URL and display payment acceptance details and authentication information on your website, the appearance of which and payment options displayed on the Payment Page may be configured by you using an online management interface provided by Processor; and (iii) a real-time payment manager ("RPM") hosted application that is able to turn any Internet connected personal computer with a standard web browser into a point of sale device to process retail and MO/TO payments, allowing your employees to input payment transactions in a MO/TO, call center or back office environment, or to swipe Cards in a retail point of sale environment.  Receipts for RPM processed transactions are provided, and can be printed or emailed to the cardholder.  RPM is also a centralized administrative tool through which you may access its Payeezy Services account (i.e., user administration, gateway reporting, and hosted payment page configurations).

3.2  Provider.  The Payeezy Services are provided to you by Processor and not Bank.  Bank is not liable to you in any way with respect to the Payeezy Services.  For the purposes of this Payeezy Addendum, the words "we", "our" and "us" refer only to the Processor and not the Bank.

4.  **Payeezy Services Disclaimer.**  EXCEPT AS EXPRESSLY PROVIDED IN THIS ADDENDUM, THE PAYEEZY SERVICES ARE PROVIDED "AS IS" AND PROCESSOR MAKES NO REPRESENTATIONS OR WARRANTIES (EXPRESS OR IMPLIED) WITH REGARD TO THE PAYEEZY SERVICES, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF ACCURACY, NON-INFRINGEMENT OR THAT THEY WILL FUNCTION UNINTERRUPTED OR ERROR-FREE; AND ANY AND ALL SUCH REPRESENTATIONS OR WARRANTIES (EXPRESS OR IMPLIED) ARE DISCLAIMED.

5.  **Fees.**  Payment of fees for the Payeezy Services will be as set forth in the Agreement.  The fees for processing transactions related to the Payeezy Services are described on Schedule A to this Payeezy Addendum.  In addition to the fees described on Schedule A to this Payeezy Addendum, you will be responsible for all additional costs and expenses as set forth in the Agreement.

6.  **Sublicense; Intellectual Property; Representations and Warranties.**

6.1  Processor grants to you a non-transferable, non-assignable, non-exclusive, limited, royalty-free, revocable sub-license during the term of this Payeezy Addendum to use the Payeezy Services and the associated software ("Software") and documentation (including Updates thereto, as defined below), trademarks or service marks identified in the Operating Procedures for the sole purpose of submitting transactions for processing using the Payeezy Services; and all subject to the terms of this Payeezy

Attachment HHHH        PX 27, 2568        CONFIDENTIAL

Addendum and the Agreement. You may only use the Payeezy Services in connection with the processing services you receive under the Agreement. You have no right, title or interest in or to the Payeezy Services, any related software, materials, documentation, or derivative works thereof, and nothing in this Payeezy Addendum or the Agreement assigns, transfers or creates any such right, title or interest for you (whether express or implied, or by estoppel or otherwise). Any and all right, title or interests associated with the Payeezy Services that are not expressly granted by Processor within this Payeezy Addendum are expressly withheld. You will not take any action inconsistent with the ownership, title or license rights associated with the Payeezy Services. You will not file any action, in any forum, challenging ownership of the Payeezy Services, any related software, materials, documentation or derivative works thereof. Breach of this Section constitutes a material breach of this Payeezy Addendum and the Agreement, and we may immediately suspend or terminate your use of the Payeezy Services, this Payeezy Addendum or the Agreement in the event of such breach.

6.2   You will not, and will not permit others to: (i) sell, distribute, lease, license, sublicense or otherwise disseminate the Payeezy Services or any portion thereof; (ii) copy, modify, enhance, translate, supplement, create derivative works from, reverse engineer, decompile or otherwise reduce to human-readable form the Payeezy Services or any portion thereof; (iii) use altered versions of the Payeezy Services or portion thereof; (iv) use, operate or combine the Payeezy Services or any related software, materials or documentation, or any derivative works thereof with other products, materials or services in a manner inconsistent with this Payeezy Addendum or the Agreement; or (v) other that intended by its nature, use the Payeezy Services, or any portion thereof, as a standalone or non-integrated program. You will not permit others to access the Payeezy Services, any related software, materials or documentation, or derivative works thereof. You will not remove, alter, modify, relocate or erase any copyright notice or other legend(s) denoting our or other third parties' proprietary interests in the Payeezy Services.

6.3   Processor reserves the right to alter, immediately suspend or upon notice terminate the Payeezy Services in the event you violate the terms of this Payeezy Addendum, the Agreement or we terminate any agreement with third parties that are involved in providing the Payeezy Services; or we are otherwise unable to continue to provide the Payeezy Services.

6.4   From time to time we may release updates ("Updates") to the Software, which must be installed and integrated on your systems within 30 days of receipt of such Updates. You agree that failure to install Updates in a timely fashion may impair the functionality of the Payeezy Services, and associated Services provided under the Agreement and accessed through the Payeezy Services. Processor will have no liability for Customer's failure to properly install the most current version of the Software or any Update, and will have no obligation to provide support or services for outdated versions of the Software.

6.5   Payeezy Services Representations, Warranties. You represent and warrant that you have all necessary right, title and interest (including, without limitation, intellectual property interest) in and to any logos, custom digital images or other images that you use or provide for us to use on your behalf in connection with the creation of your electronic gift cards, standard gift cards or card carriers and/or the Payeezy Services.

7.   **Termination.** In addition to the termination rights set forth in the Agreement, this Payeezy Addendum will automatically terminate upon any termination of the Agreement. Upon termination or expiration of this Payeezy Amendment, all licenses granted hereunder will immediately terminate and you will either return or destroy the Software, certifying such destruction in writing to Processor.

8.   **Full Force and Effect.** The Agreement remains in effect as amended and supplemented by this Payeezy Addendum. In the event of any conflict between the terms of this Payeezy Addendum and the Agreement, this Payeezy Addendum will control with respect to the Payeezy Services. References to the Agreement after the date of this Payeezy Addendum include this Payeezy Addendum.

By signing below, you acknowledge that you have read, understand and agree to comply with the terms set forth in this Payeezy Addendum.

Client's Business Principal:

Signature: 

x _____    Title: President    Date: 11/21/17

*The party signing this Payeezy Addendum must be the same party signing the Agreement.*

Printed Name: Jeffrey Bishop

**CONFIDENTIAL**

Attachment HHHH    PX 27, 2569

**Schedule A**

**Fees for Payeezy Services**

**Fees**

Initial Set-Up Fee (per location) (40B)                    $ 99.00

Monthly Fee (per location) (40A)                           $ 16.00

Payeezy Transaction Processing Fee (per authorization) (0FC)   $ .05

**Attachment HHHH**

CONFIDENTIAL

**PX 27, 2570**

## ADDITIONAL OUTLET FORM
(Page 1 of 3)

New Merchant #: _____

Xref External # Required? ☐ Yes ☒ No.   Store # included Xref External #? ☐ Yes ☒ No
**Note:** These fields are NOT to be used to embed the store # in the north MID#.

### HIERARCHY

Corp #:

Chain #:   Tie-To # 372288802880

### SALES INFORMATION

| Sales Rep ID | RM Name | Submitter's Name | |
|---|---|---|---|
| BRCN | JESSICA CEDENO | NIRICA WHITTICK | Submitter's Phone #: (954) 851-7267 |

### TELL US ABOUT YOUR BUSINESS

Your DBA/Outlet Name: (Maximum 24 Characters)   `P E N N Y   P R O`

Your Business Legal Name: (Client):
RAGINGBULLDOT COM LLC

Name of Signer: JEFFREY BISHOP   Title of Signer: MEMBER LLC

First/Last Contact Name: JORDAN REYNA

Address: (No P.O.Box) 835 E LAMAR BLVD   Suite #: 238   City: ARLINGTON   State: TX   Zip: 76011   Store #:

Your Business Phone #: (855) 977-0947

Merchant Customer Service Phone #: (855) 977-0947

Web Site Address: www.pennypro.com

Fax #:

E-Mail Address: jordan@ragingbull.com

Customer Service E-Mail Address: support@pennypro.com

| | | | |
|---|---|---|---|
| Annual MasterCard/Visa Volume $ 2,000,000 | MasterCard/Visa Average Ticket $ 300.00 | | Pricing Type (3 digit #) 0 2 0 |
| Annual Discover* Volume $ 50,000 | Discover Average Ticket $ 300.00 | | MCC: 7399 |
| Annual American Express Volume $ 50,000 | American Express Average Ticket $ 300.00 | | |
| TeleCheck Annual Volume $ 0 | | | |

Products/Services You Sell: BUSINESS SERVICES

Seasonal? ☐ Yes ☒ No
If Yes, select the months in which the business is open: ☐ JAN ☐ FEB ☐ MAR ☐ APR ☐ MAY ☐ JUN ☐ JUL ☐ AUG ☐ SEP ☐ OCT ☐ NOV ☐ DEC

### BILL TO INFORMATION

Head Office/Bill To Name: LIGHTHOUSE MEDIA LLC   First/Last Contact Name: JORDAN REYNA

Business Phone #: (855) 981-8370   Address: 835 E LAMAR BLVD # 263   City: ARLINGTON   State: TX   Zip: 76011

**PLEASE COMPLETE EACH SECTION BELOW:**

POS Card Swipe _____% + Manual Imprint _____% + Mail Order _____% + Phone Order _____% + Internet 100 % = 100%   Mag Swipe _____% + Keyed 100 % = 100%

Mail Statements to: ☐ 01 Outlet  ☒ 02 Bill To - No Recap  ☐ 07 Suppress Statement  ☐ 08 Recap - No Statement
(Recap Code) ☐ 09 Bill To/Statement + Recap  ☐ 10 Recap Chain/Statement to Outlet Bill To

Entity Type: ☐ Private Corporation  ☐ Public Corporation  ☐ Sole Proprietorship  ☐ Partnership  ☐ Franchisee Owned  ☒ LLC   Merchant Type (4 digit #) 8 0 0 0

Check one: TIN Type: ☒ EIN (Fed Tax ID #)  ☐ SSN   D&B #: _____   No. of Employees: _____

### IMPORTANT IRS INFORMATION

☐ Non-Profit   ☐ Non-Profit/Tax Exempt as described in 26 USC Section 501(c)(3) OR a Tribal (Native American) government or Tribal government-owned.   ☐ Gov't. Entity
If tax exempt, provide copy of IRS Determination Letter; if Tribal government, provide evidence of tribal recognition, and proof of tribal ownership if separate entity.

**NOTE:** Failure to provide accurate information may result in withholding of merchant funding per IRS regulations (See Part IV, Section A.3 of your Program Guide for further information).

Name (as it appears on your income tax return): RAGINGBULLDOT COM LLC

☒ Federal Tax ID#: (as it appears on your income tax return) ████████   ☐ I certify that I am a foreign entity/nonresident alien. (if checked, please attach IRS Form W-8.)

*If Client is a disregarded entity under IRS regulations and has provided its owner's taxpayer filing name and Federal Tax ID above, then please attach an IRS Form W-9.

### OTHER ENTITLEMENTS

☐ ECA* Warranty   ☐ ECA Verification   ☐ Lockbox Pro21 Warranty   ☐ Lockbox Pro21 Verification   ☐ e-Deposit Warranty   ☐ e-Deposit Settlement Only
☐ ICA Warranty   ☐ ICA Verification   ☐ CBP Warranty   ☐ CBP Verification   ☐ Paper Warranty   ☐ Paper Verification
☐ Check Cashing Warranty   ☐ Check Cashing Verification   ☐ Mail Order Warranty   ☐ COD Warranty   ☐ Remote Pay Warranty   ☐ Remote Pay Verification
☐ Other: _____

☒ MasterCard  ☑ Visa  ☑ Discover, (Including Diners Club International®, JCB, UnionPay and BCard)   Existing Subscriber #: _____

☑ Discover Full Service Processing

Discover SE # (if retained): _____

☐ Gift Card (see attached addendum)   SE #: _____

MC Registration Program ID: _____

☐ PIN Debit *   ☐ EBT (SNAP) FNS # (XREF): _____

☐ American Express® (AXP) (includes credit and prepaid cards)
☑ AXP OptBlue℠
☐ AXP Direct:
American Express® Service Type (check one)
☐ Split Dial  ☐ Single Settle  ☑ EDC  ☐ PIP  ☐ Reverse IP
American Express Cap #: _____
Franchise Name: _____
☐ IATA/ARC Code: _____

☐ Voyager Fleet   Annual Voyager Vol.: $ _____   Participation in Voyager Tax Exempt Program: ☐ Yes ☐ No (if yes, additional request form required)
☐ WEX Full Acquiring   Annual WEX Volume: $ _____   ☐ WEX (Non-Full Svc) (requires separate form)   ☐ MasterCard Fleet   (for MCC 4722 Only)

BAMS/FDSGenNAddLo1808(la)

CONFIDENTIAL

Attachment HHHH   PX 27, 2571

# ADDITIONAL OUTLET FORM
## SHIPPING INSTRUCTIONS
(Page 2 of 3)

Ship Terminal / Start-up Kit To: ☐ Outlet/DBA   ☐ Head Office   ☐ Do Not Ship   ☒ No Welcome Kit and Supplies   ☐ No Welcome Kit   ☐ Other — (See Below)

Name: _____   Attention: _____

Address: _____   City: _____

Delayed Start Date: _____   State: ___   Zip: ___

Do you use any third party to store, process or transmit cardholder data?   *(Examples include, but not limited to web hosting companies, Electronic Data Capture, Loyalty programs)*

☒ No   ☐ Yes   If yes, give name/address: _____

Please identify any Software used for storing, transmitting, or processing Card Transactions or Authorization Requests:

Network: ☐ (206) CARD*net*   ☐ ( ___ ) Nashville   ☐ ( ___ ) Buypass   ☒ Other: __compass__   Specify Security Code: ( __5083__ )

| Rental • Purchase Cust.-Owned • Lease¹ Installment Purchase (circle one) | QTY | IP | Equipment Type (i.e., Terminal/VAR/Internet) | Retail • Restaurant • MOTO/Internet Lodging • Supermarket • Car Rental Quick Service Restaurant • Petro | Model Code and Name | Unit Purchase Price (w/o Tax) | Monthly Payment Due (w/o Tax) | For Customer-Owned Equipment Track/Version/Serial # |
|---|---|---|---|---|---|---|---|---|
| R P ☒ C L¹ I | 1 | ☐ | PAYEEZY | R Re MOTO/I L S C QSR P | GWSECM | $0 | $ | |
| R P C L¹ I | | ☐ | | R Re MOTO/I L S C QSR P | | $ | $ | |
| R P C L¹ I | | ☐ | | R Re MOTO/I L S C QSR P | | $ | $ | |
| R P C L¹ I | | ☐ | | R Re MOTO/I L S C QSR P | | $ | $ | |
| R P C L¹ I | | ☐ | | R Re MOTO/I L S C QSR P | | $ | $ | |
| R P C L¹ I | | ☐ | | R Re MOTO/I L S C QSR P | | $ | $ | |
| R P C L¹ I | | ☐ | | R Re MOTO/I L S C QSR P | | $ | $ | |

*The Installment Purchase option allows you to make 3 equal monthly payments.*

¹A separate approval by, and non-cancelable lease agreement with, First Data Merchant Services Corporation (through its business unit, First Data Global Leasing) are required; that lease agreement contains the terms and conditions for leased equipment.

Check one: ☐ Gateway Solutions   ☐ Dial Solutions   ☒ Global Gateway   ☐ Payeezy Gateway   ☐ VSAT**   ☐ Frame.   ☐ Other: _____   ☐ IC Verify Serial #: _____

NOTE: **Requires separate agreement between Client and its VSAT provider prior to implementation of this telecommunications protocol. (Nashville Only: Product ID # _____   Vendor ID # _____)

Network: ☐ Nashville   ☐ CARDnet   ☐ Buypass   ☐ Other: _____

☐ PNS   ☐ Netconnect   Email Address: _____   Client #: _____   Division #: _____

C/O – IC

Verify Serial # _____   ESN # _____   MAN # _____   Software Product ID # _____   Software Vendor ID # _____

Holds Paper: ☐ Merchant   ☐ Processor   Imprinter Purchase:   Amount $ __50.00__   x  Qty ___ = Total $ _____ (w/o tax)   Plates: ☐ Short   ☐ Long

Wireless Service Provider: ☐ GPRS AT&T   or   ☐ CDMA Sprint

## TERMINAL FEATURES

☐ Auto Settle Time ___ hh ET (military)

☐ Bar Tab

☐ Clerk/Server Entry

☐ Debit Cash Back

Delayed Ship Date: _____

☐ Dial Prefix: ☐ Dial 9   ☐ Other: ___

☐ Dial Suffix: ___

☐ QSR-CR/SMT  Amt. $ ___ (Convenience/Small Ticket)

☐ QSR Print Option ___

☐ Invoice Number

☐ Multi-Trans (PC/Register/Software only)

☐ Remove Ticket #

☐ Retail Gas

☐ Retail With Tip

☐ Ship Method (Overnight)

☐ Tip % Option

☐ Verify Amount Prompt

☐ E-Commerce

☐ Remove Room #

☐ No Server/Ticket ID

☐ If IP ___ (List Current Provider)

☐ Partial Approval

☐ Purchase w/Balance Return

☐ Standalone Balance Inquiry

☐ Amex Prepaid Program Preference (Choose One)

☐ Partial Auth

☐ Balance Back

☐ Other ___

PINPad:

☐ DES Encryption

☐ DUKPT

☐ Access Code

# _____

Terminal Features: (cont'd)

| | Key Disable | or | Password Protect |
|---|---|---|---|
| Credits | ☐ | | ☐ |
| Voids | ☐ | | ☐ |
| Forces | ☐ | | ☐ |
| Reviews | ☐ | | ☐ |
| Bal/Settle | ☐ | | ☐ |
| Auth Only | ☐ | | ☐ |
| Reports | ☐ | | ☐ |
| Tip Adjustment | ☐ | | ☐ |

### PLEASE VERIFY SELECTED FEATURES ARE AVAILABLE UNDER THE ALLIANCE, NETWORK, PRODUCT & APPLICATION

Comments: _____

(NOTE: Completing the Comments field will result in a 48 hour terminal programming delay)

### Buypass Attributes

Bank FIID: ___   Group FIID: ___

Confirmation Letter:   ☐ Yes   ☐ No   Password: ☐ 111111   ☐ 123456   ACH Sum ID #: _____

Duplicate Protection:   ☐ On   ☐ Off   ☐ Other: _____   Velocity Chain #: _____

Variable Cut:   ☐ Yes   ☐ No   Prop ID: _____   Velocity Count: _____

Cut Time: ___ (military)   Daylight Savings: ☐ Yes  ☐ No   Velocity Amount: $ _____

Specials
_____
_____
_____
_____
_____

NOTE: If attributes are not chosen, then the generic defaults will apply.

BAMS/FDSGenNAddLo1808(la)

CONFIDENTIAL

PX 27, 2572

## ADDITIONAL OUTLET FORM
(Page 1 of 3)

All payments to Client shall be through the Automated Clearing House (ACH) and shall normally be electronically transmitted directly to the demand deposit account ("DDA") indicated below or any successor account designated to receive provisional funding of Client's sales pursuant to the Client's agreement governing merchant card processing services (referred to herein as the "Merchant Agreement") by and among the Client, Processor and Bank. Processor means Banc of America Merchant Services, LLC or First Data Services, LLC, as applicable, and Bank means Bank of America, N.A.; references to "you" and "your" mean Client; references to "Services" "our," "us" and "we" mean Processor and Bank. We cannot guarantee the timeliness with which any payment may be credited by Client's depository institution ("DEPOSITORY").

Client hereby authorizes Bank and its authorized representative to access information from the DDA and to initiate credit and/or debit entries by Bank wire or ACH transfer and to authorize DEPOSITORY to block or to initiate, if necessary, reversing entries and adjustments for any original entries made to the DDA and to authorize DEPOSITORY to provide such access and to credit and/or debit or to block the same to such account. This authorization is without respect to the source of any funds in the DDA, is irrevocable and is coupled with an interest. This authority extends to any equipment rental or purchase agreements which may exist with Client as well as to any fees and assessments and Chargeback amounts of whatever kind or nature due under the terms of your Agreement whether arising during or after termination of this Agreement.

This authority is to remain in full force and effect at all times unless and until we have consented to its termination and in such time and in such manner as to afford us and DEPOSITORY a reasonable opportunity to act on it. In addition, Client understands and agrees that it will be charged a reject fee for each ACH which cannot be processed, and all subsequent funding may be suspended until Client either (1) provides written notice that ACHs can be processed or (2) a new electronic funding agreement is signed by Client. In order to insure transactions are properly handled, A COPY OF A BLANK VOIDED CHECK MUST BE INCLUDED. Client's depository must be able to process or accept electronic transfers either via ACH and/or Fed wire (Bank wire) which transfers are processed utilizing the Federal Reserve System. If payment is to be made by Bank wire or Automated Clearing House transfer, please supply the above information.

**ABA** ▓▓▓▓▓▓▓▓▓          **DDA** ▓▓▓▓▓▓▓▓▓

A voided check or bank letter is required if the banking information (above) for the additional location is different from the tie-to location.

☒ Fees Same as Tie To Account

☐ Additional Fees due to Industry Type *(see attached fee schedule)*

☐ Additional Credit Addendum (Required for accounts that are High Risk/MOTO/Internet or B2B)

☐ Additional Fees due to Service Entitlements *(see attached fee schedule)*

**APPLICABLE TO MERCHANTS UNDER AMERICAN EXPRESS OPTBLUE PROGRAM:** To be qualified under this program, you must meet these criteria: (a) your Total Annual American Express volume (listed in Section 2 above) is less than $1,000,000 and (b) your business is not a type prohibited, and is not a franchise or (2) a new franchise excluded, by American Express. In addition, you must continue to qualify for this program, and to do so, your total American Express Card transaction volume cannot exceed certain thresholds, all as further described in Part I, Sections 45.2 and 45.6.4 of the Program Guide. Please also refer to Part I, Sections 45.5.2 – 45.5.3 of the Program Guide to learn about American Express' use of your information and how you may opt out of certain uses.

You further acknowledge and agree that you will not use your merchant account and/or the Services for illegal transactions, for example, those prohibited by the Unlawful Internet Gambling Enforcement Act, 31 U.S.C. Section 5361 et seq, as may be amended from time to time, or processing and acceptance of transactions in certain jurisdictions pursuant to 31 CFR Part 500 et seq. and other laws enforced by the Office of Foreign Assets Control (OFAC).

Client certifies, under penalties of perjury, that the federal taxpayer identification number and corresponding filing name provided herein are correct.

Please add the above mentioned additional location(s) to your system. I understand and agree upon execution of this document, the above mentioned additional location(s) is/are hereby bound by the processing Agreement signed for the above primary location, any agreement attached hereto as well as pricing for the services specified herein. I further acknowledge that all information provided is true and accurate.

Client's Business Principal Signature *(please sign here)* _____

Please Print Name of Signer: **JEFFREY BISHOP**

Title: PRESIDENT

Date: 9/14/17

BAMS/FDGCenN/AddLot1806(a)

CONFIDENTIAL

Attachment HHHH

PX 27, 2573

## ADDITIONAL OUTLET FORM

(Page 1 of 3)

New Merchant #: _____

Xref External # Required?  ☐ Yes  ☒ No     Store # included Xref External #?  ☐ Yes  ☒ No
Note: These fields are NOT to be used to embed the store # in the north MID#.

### HIERARCHY

Corp #: _____

Chain #: _____

Tie-To #: 372288802880

### SALES INFORMATION

| Sales Rep ID | RM Name | Submitter's Name | Submitter's Phone # |
|---|---|---|---|
| BRCN | JESSICA CEDENO | NIRICA WHITTICK | (954) 851-7267 |

Your DBA/Outlet Name: (Maximum 24 Characters)  | P | E | T | R | A |  | P | I | C | K | S | | | | | | | | | | | | | |

Your Business Legal Name (Client):
RAGINGBULLDOT COM LLC

Name of Signer:
JEFFREY BISHOP

Title of Signer:
MEMBER LLC

First/Last Contact Name:
JORDAN REYNA

Address: (No P.O.Box)
835 E LAMAR BLVD

Suite #:
238

City:
ARLINGTON

State:
TX

Zip:
76011

Store #: _____

Your Business Phone #: (855) 979-9243

Merchant Customer Service Phone #: (855) 979-9243

Fax #: _____

Web Site Address: www.petrapicks.com

E-Mail Address: jordan@ragingbull.com

Customer Service E-Mail Address: _____

| | | Pricing Type (3 digit #) | 0 | 2 | 0 |
|---|---|---|---|---|---|
| Annual MasterCard/Visa Volume | $ 2,000,000 | MasterCard/Visa Average Ticket | $ 300.00 | | |
| Annual Discover® Volume | $ 50,000 | Discover Average Ticket | $ 300.00 | MCC: 7399 | |
| Annual American Express Volume | $ 50,000 | American Express Average Ticket | $ 300.00 | | |
| TeleCheck Annual Volume | $ 0 | | | | |

Products/Services You Sell: BUSINESS SERVICES

Seasonal?  ☐ Yes  ☒ No
If Yes, select the months in which the business is open:  ☐ JAN  ☐ FEB  ☐ MAR  ☐ APR  ☐ MAY  ☐ JUN  ☐ JUL  ☐ AUG  ☐ SEP  ☐ OCT  ☐ NOV  ☐ DEC

### BILL TO INFORMATION

Head Office/Bill To Name: LIGHTHOUSE MEDIA LLC

| Business Phone #: (855) 981-8370 | Address: 835 E LAMAR BLVD # 263 | First/Last Contact Name: MATT WATABE | |
|---|---|---|---|
| | | City: ARLINGTON | State: TX | Zip: 76011 |

PLEASE COMPLETE EACH SECTION BELOW:

POS Card Swipe _____% + Manual Imprint _____% + Mail Order _____% + Phone Order _____% + Internet 100 % = 100%     Mag Swipe _____% + Keyed 100 % = 100%

Mail Statements to: ☐ 01 Outlet  ☒ 02 Bill To - No Recap  ☐ 07 Suppress Statement  ☐ 08 Recap - No Statement
(Recap Code)  ☐ 09 Bill To/Statement + Recap  ☐ 10 Recap Chain/Statement to Outlet Bill To

Merchant Type (4 digit #) 8 0 0 0

Entity Type:  ☐ Private Corporation  ☐ Public Corporation  ☐ Sole Proprietorship  ☐ Partnership  ☐ Franchisee Owned  ☒ LLC

Check one: TIN Type: ☒ EIN (Fed Tax ID #)  ☐ SSN   D&B #: _____

No. of Employees: _____

### IMPORTANT IRS INFORMATION

☐ Non-Profit     ☐ Non-Profit/Tax Exempt as described in 26 USC Section 501(c)(3) OR a Tribal (Native American) government or Tribal government-owned.  ☐ Gov't. Entity
If tax exempt, provide copy of IRS Determination Letter; if Tribal government, provide evidence of tribal recognition, and proof of tribal ownership if separate entity.

NOTE: Failure to provide accurate information may result in a withholding of merchant funding per IRS regulations. (See Part IV, Section A.3 of your Program Guide for further information.)

Name (as it appears on your income tax return)
RAGINGBULLDOT COM LLC

☒ Federal Tax ID#: (as it appears on your income tax return)
[REDACTED]

☐ I certify that I am a foreign entity/nonresident alien.
(If checked, please attach IRS Form W-8.)

§If Client is a disregarded entity under IRS regulations and has provided its owner's taxpayer filing name and Federal Tax ID above, then please attach an IRS Form W-9.

### OTHER ENTITLEMENTS

| | | | |
|---|---|---|---|
| ☐ ECA® Warranty | ☐ ECA Verification | ☐ Lockbox Pro21 Warranty | ☐ Lockbox Pro21 Verification | ☐ e-Deposit Warranty | ☐ e-Deposit Settlement Only |
| ☐ ICA Warranty | ☐ ICA Verification | ☐ CBP Warranty | ☐ CBP Verification | ☐ Paper Warranty | ☐ Paper Verification |
| ☐ Check Cashing Warranty | ☐ Check Cashing Verification | ☐ Mail Order Warranty | ☐ COD Warranty | ☐ Remote Pay Warranty | ☐ Remote Pay Verification |
| ☐ Other: _____ | | | |

Existing Subscriber to: _____

☑ MasterCard  ☑ Visa  ☑ Discover, (Including Diners Club International®, JCB, UnionPay and Bcard)
☑ Discover Full Service Processing

☐ American Express® (AXP) (includes credit and prepaid cards)
☑ AXP OptBlue℠
☐ AXP Direct:

Discover SE # (if retained): _____

American Express® Service Type (check one)
☐ Split Dial  ☐ Single Settle  ☐ EDC  ☐ PIP  ☐ Reverse IP

☐ Gift Card (see attached addendum)  SE # _____

American Express Cap #: _____

MC Registration Program ID: _____

Franchise Name: _____

☐ PIN Debit # _____   ☐ EBT (SNAP) FNS # (XREF): _____

☐ IATA/ARC Code: ___ ___ ___ ___ ___ ___ ___ (for MCC 4722 Only)

☐ Voyager Fleet       Annual Voyager Vol.: $ _____
☐ WEX Full Acquiring   Annual WEX Volume: $ _____

Participation in Voyager Tax Exempt Program: ☐ Yes  ☐ No (if yes, additional request form required)
☐ WEX (Non-Full Svc) (requires separate form)  ☐ MasterCard Fleet

BAMS/FDSGenNAddLo1808(la)

CONFIDENTIAL

# ADDITIONAL OUTLET FORM
## SHIPPING INSTRUCTIONS
(Page 2 of 3)

Ship Terminal / Start-up Kit To: ☐ Outlet/DBA  ☐ Head Office  ☐ Do Not Ship  ☐ No Welcome Kit and Supplies  ☐ No Welcome Kit  ☐ Other – (See Below)

Name: _____  Attention: _____

Address: _____  City: _____ State: ___ Zip: _____

Delayed Start Date: _____  Delayed Ship Date: _____

Do you use any third party to store, process or transmit cardholder data? *(Examples include, but not limited to web hosting companies, Electronic Data Capture, Loyalty programs)*

☒ No  ☐ Yes  If yes, give name/address: _____

Please identify any Software used for storing, transmitting, or processing Card Transactions or Authorization Requests: _____

Network: ☐ (206) CARDnet*  ☐ (   ) Nashville  ☐ (   ) Buypass  ☒ Other: compass   Specify Security Code: ( 5083 )

| Rental • Purchase Cust.-Owned • Lease* Installment Purchase (circle one) | QTY | IP | Equipment Type (i.e., Terminal/VAR/Internet) | Retail • Restaurant • MOTO/Internet Lodging • Supermarket • Car Rental Quick Service Restaurant • Petro | Model Code and Name | Unit Purchase Price (w/o Tax) | Monthly Payment Due (w/o Tax) | For Customer-Owned Equipment Track/ Version/Serial # |
|---|---|---|---|---|---|---|---|---|
| R P ⊗ L¹ I | 1 | ☐ | PAYEEZY | R Re MO⊗O/I L S C QSR P | QS4WR3 | $0 | $ | |
| R P C L¹ I | | ☐ | | R Re MOTO/I L S C QSR P | | $ | $ | |
| R P C L¹ I | | ☐ | | R Re MOTO/I L S C QSR P | | $ | $ | |
| R P C L¹ I | | ☐ | | R Re MOTO/I L S C QSR P | | $ | $ | |
| R P C L¹ I | | ☐ | | R Re MOTO/I L S C QSR P | | $ | $ | |
| R P C L¹ I | | ☐ | | R Re MOTO/I L S C QSR P | | $ | $ | |
| R P C L¹ I | | ☐ | | R Re MOTO/I L S C QSR P | | $ | $ | |

*The Installment Purchase option allows you to make 3 equal monthly payments.*

¹A separate approval by, and non-cancelable lease agreement with, First Data Merchant Services Corporation (through its business unit, First Data Global Leasing) are required; the lease agreement contains the terms and conditions for leased equipment.

Check one: ☐ Gateway Solutions  ☐ Dial Solutions  ☐ Global Gateway  ☐ Payeezy Gateway  ☐ VSAT**  ☐ Frame  ☐ Other: _____  ☐ IC Verify Serial #_____

VAR/Internet/Software: Name: _____ (Nashville Only: Product ID #_____  Vendor ID #_____)

NOTE: **Requires separate agreement between Client and its VSAT provider prior to implementation of this telecommunications protocol.

Network: ☐ Nashville  ☐ CARDnet  ☐ Buypass  ☐ Other: _____

☐ PNS  ☐ Netconnect  Email Address: _____  Client #: _____  Division #: _____

C/O - IC
Verify Serial # _____  ESN # _____  MAN # _____  Software Product ID # _____  Software Vendor ID # _____

Holds Paper: ☐ Merchant ☐ Processor  Imprinter Purchase: Amount $ 50.00  x Qty ___ = Total $ _____ (w/o tax)  Plates: ☐ Short ☐ Long

Wireless Service Provider: ☐ GPRS AT&T or ☐ CDMA Sprint

## TERMINAL FEATURES

☐ Auto Settle Time ___ hh ET (military)
☐ Bar Tab
☐ Clerk/Server Entry
☐ Debit Cash Back
Delayed Ship Date: _____
☐ Dial Prefix: ☐ Dial 9 ☐ Other: _____
☐ Dial Suffix: _____
☐ QSR-CR/SMT Amt. $ _____ (Convenience/Small Ticket)
☐ QSR Print Option _____
☐ Invoice Number
☐ Multi-Trans (PC/Register/Software only)

☐ Remove Ticket #
☐ Retail Gas
☐ Retail With Tip
☐ Ship Method (Overnight)
☐ Tip % Option
☑ Verify Amount Prompt
☐ E-Commerce
☐ Remove Room #
☐ No Server/ Ticket ID
   ☐ If IP _____ (List Current Provider)
☐ Partial Approval
☐ Purchase w/Balance Return

☐ Standalone Balance Inquiry
☐ Amex Prepaid Program Preference (Choose One)
   ☐ Partial Auth
   ☐ Balance Back
   ☐ Other _____

PINPad:
☐ DES Encryption
☐ DUKPT
☐ Access Code
   # _____

Terminal Features: (cont'd)

| | Key Disable | or | Password Protect |
|---|---|---|---|
| Credits | ☐ | | ☐ |
| Voids | ☐ | | ☐ |
| Forces | ☐ | | ☐ |
| Reviews | ☐ | | ☐ |
| Bal/Settle | ☐ | | ☐ |
| Auth Only | ☐ | | ☐ |
| Reports | ☐ | | ☐ |
| Tip Adjustment | ☐ | | ☐ |

PLEASE VERIFY SELECTED FEATURES ARE AVAILABLE UNDER THE ALLIANCE, NETWORK, PRODUCT & APPLICATION

Comments: _____
(NOTE: Completing the Comments field will result in a 48 hour terminal programming delay)

### Buypass Attributes

Bank FIID: _____ Group FIID: _____
Confirmation Letter: ☐ Yes ☐ No
Duplicate Protection: ☐ On ☐ Off
Variable Cut: ☐ Yes ☐ No
Cut Time: _____ (military)

Password: ☐ 111111 ☐ 123456
☐ Other: _____
Prop ID: _____
Daylight Savings: ☐ Yes ☐ No

ACH Sum ID #: _____
Velocity Chain #: _____
Velocity Count: _____
Velocity Amount: $ _____

Specials
_____
_____
_____
_____
_____

NOTE: If attributes are not chosen, then the generic defaults will apply.

BAMS/FDSGenNAddLo1808(la)

CONFIDENTIAL
PX 27, 2575

**ADDITIONAL OUTLET FORM** (Page 2 of 3)

All payments to Client shall be through the Automated Clearing House (ACH) and shall normally be electronically transmitted directly to the demand deposit account ("DDA") indicated below or any successor account designated to receive provisional funding of Client's sales pursuant to the Client's agreement governing merchant card processing services (referred to herein as the "Merchant Agreement") by and among the Client, Processor and Bank. Processor means Banc of America Merchant Services, LLC or First Data Services, LLC, as applicable, and Bank means Bank of America, N.A.; references to "you" and "your" mean Client; references to "Servicers" "our," "us" and "we" mean Processor and Bank". We cannot guarantee the timeliness with which any payment may be credited to Client's depository institution ("DEPOSITORY").

Client hereby authorizes Bank and its authorized representative to access information from the DDA and to initiate credit and/or debit entries by Bank wire or ACH transfer and to authorize DEPOSITORY to block or to initiate, if necessary, reversing entries and adjustments for any original entries made to the DDA and to authorize DEPOSITORY to provide such access and to credit and/or debit or to block the same to such account. This authorization is without respect to the source of any funds in the DDA, is irrevocable and is coupled with an interest. This authority extends to any equipment rental or purchase agreements which may exist with Client as well as to any fees and assessments and Chargeback amounts of whatever kind or nature due under the terms of your Agreement whether arising during or after termination of this Agreement.

This authority is to remain in full force and effect at all times unless and until we have consented to its termination and in such time and in such manner as to afford us and DEPOSITORY a reasonable opportunity to act on it. In addition, Client understands and agrees that it will be charged a reject fee for each ACH which cannot be processed, and all subsequent funding may be suspended until Client either (1) provides written notice that ACHs can be processed or (2) a new electronic funding agreement is signed by Client. In order to insure transactions are properly handled, A COPY OF A BLANK VOIDED CHECK MUST BE INCLUDED. Client's depository must be able to process or accept electronic transfers either via ACH and/or Fed wire (Bank wire) which transfers are processed utilizing the Federal Reserve System. If payment is to be made by Bank wire or Automated Clearing House transfer, please supply the above information.

| ABA | ████████ | DDA | ████████ |

A voided check or bank letter is required if the banking information (above) for the additional location is different from the tie-to location.

☒ Fees Same as Tie To Account

☐ Additional Fees due to Industry Type (see attached fee schedule)

☐ Additional Credit Addendum
(Required for accounts that are High Risk/MOTO/Internet or B2B)

☐ Additional Fees due to Service Entitlements (see attached fee schedule)

**APPLICABLE TO MERCHANTS UNDER AMERICAN EXPRESS OPTBLUE PROGRAM:** To be qualified under this program, you must meet these criteria: (a) your Total Annual American Express volume (listed in Section 2 above) is less than $1,000,000 and (b) your business is not a type prohibited, and is not a franchise of any franchise excluded, by American Express. In addition, you must continue to qualify for this program, and to do so, your total American Express Card transaction volume cannot exceed certain thresholds, all as further described in Part I, Sections 45.2 and 45.5.4 of the Program Guide. Please also refer to Part I, Sections 45.5.2 – 45.5.3 of the Program Guide to learn about American Express' use of your information and how you may opt out of certain uses.

You further acknowledge and agree that you will not use your merchant account and/or the Services for illegal transactions, for example, those prohibited by the Unlawful Internet Gambling Enforcement Act, 31 U.S.C. Section 5361 et seq, as may be amended from time to time, or processing and acceptance of transactions in certain jurisdictions pursuant to 31 CFR Part 500 et seq. and other laws enforced by the Office of Foreign Assets Control (OFAC).

Client certifies, under penalties of perjury, that the federal taxpayer identification number and corresponding filing name provided herein are correct.

Please add the above mentioned additional location(s) to your system. I understand and agree upon execution of this document, the above mentioned additional location(s) is/are hereby bound by the processing Agreement signed for the above primary location, any agreement attached hereto as well as pricing for the services specified herein. I further acknowledge that all information provided is true and accurate.

| Client's Business Principal Signature *(please sign here)* | JEFFREY BISHOP | PRESIDENT | 12/14/17 |
| | Please Print Name of Signer | Title | Date |

BAMS/FDSGenNAddLo1808(ie)

CONFIDENTIAL

PX 27, 2576

# ADDITIONAL OUTLET FORM
(Page 1 of 3)

New Merchant #: _____

Xref External # Required? ☐ Yes ☒ No    Store # Included Xref External #? ☐ Yes ☒ No
*Note: These fields are NOT to be used to embed the store # in the north MID#.*

## HIERARCHY

Corp #: _____    Chain #: _____

Tie-To #: 372288802880

## SALES INFORMATION

| Sales Rep ID | RM Name | Submitter's Name | Submitter's Phone # |
|---|---|---|---|
| BRCN | JESSICA CEDENO | NIRICA WHITTICK | (954) 851-7267 |

## TELL US ABOUT YOUR BUSINESS

Your DBA/Outlet Name: *(Maximum 24 Characters)*  T O P   S T O C K   P I C K S

Your Business Legal Name: (Client): RAGINGBULLDOT COM LLC

Name of Signer: JEFFREY BISHOP    Title of Signer: MEMBER LLC

First/Last Contact Name: JORDAN REYNA

Address: (No P.O.Box) 835 E LAMAR BLVD    Suite #: 238    City: ARLINGTON    State: TX    Zip: 76011    Store #: _____

Your Business Phone #: (855) 494-3551

Merchant Customer Service Phone #: (855) 494-3551    Fax #: _____

Web Site Address: www.topstockpicks.com

E-Mail Address: jordan@ragingbull.com    Customer Service E-Mail Address: _____

| | | | | Pricing Type (3 digit #): 0 2 0 |
|---|---|---|---|---|
| Annual MasterCard/Visa Volume | $ 2,000,000 | MasterCard/Visa Average Ticket | $ 300.00 | |
| Annual Discover® Volume | $ 50,000 | Discover Average Ticket | $ 300.00 | MCC: 7399 |
| Annual American Express Volume | $ 50,000 | American Express Average Ticket | $ 300.00 | |
| TeleCheck Annual Volume | $ 0 | | | |

Products/Services You Sell: BUSINESS SERVICES

Seasonal? ☐ Yes ☒ No
If Yes, select the months in which the business is open: ☐ JAN ☐ FEB ☐ MAR ☐ APR ☐ MAY ☐ JUN ☐ JUL ☐ AUG ☐ SEP ☐ OCT ☐ NOV ☐ DEC

## BILL TO INFORMATION

Head Office/Bill To Name: LIGHTHOUSE MEDIA LLC    First/Last Contact Name: JORDAN REYNA

Business Phone #: (855) 981-8370    Address: 835 E LAMAR BLVD # 263    City: ARLINGTON    State: TX    Zip: 76011

*PLEASE COMPLETE EACH SECTION BELOW:*

POS Card Swipe ____% + Manual Imprint ____% + Mail Order ____% + Phone Order ____% + Internet 100 % = 100%    Mag Swipe ____% + Keyed 100 % = 100%

Mail Statements to: ☐ 01 Outlet  ☒ 02 Bill To - No Recap  ☐ 07 Suppress Statement  ☐ 08 Recap - No Statement
(Recap Code)  ☐ 09 Bill To/Statement + Recap  ☐ 10 Recap Chain/Statement to Outlet Bill To

Merchant Type (4 digit #): 8 0 0 0

Entity Type: ☐ Private Corporation  ☐ Public Corporation  ☐ Sole Proprietorship  ☐ Partnership  ☐ Franchisee Owned  ☒ LLC

Check one: TIN Type: ☒ EIN (Fed Tax ID #)  ☐ SSN    D&B #: _____    No. of Employees: _____

### IMPORTANT IRS INFORMATION

☐ Non-Profit  ☐ Non-Profit/Tax Exempt as described in 26 USC Section 501(c)(3) OR a Tribal (Native American) government or Tribal government-owned.  ☐ Gov't. Entity
If tax exempt, provide copy of IRS Determination Letter; if Tribal government, provide evidence of tribal recognition, and proof of tribal ownership if separate entity.
NOTE: Failure to provide accurate information may result in a withholding of merchant funding per IRS regulations. (See Part IV, Section A.3 of your Program Guide for further information.)

Name (as it appears on your income tax return) RAGINGBULLDOT COM LLC

☒ Federal Tax ID#: (as it appears on your income tax return) ██████████    ☐ I certify that I am a foreign entity/nonresident alien. (if checked, please attach IRS Form W-8.)

*If Client is a disregarded entity under IRS regulations and has provided its owner's taxpayer filing name and Federal Tax ID above, then please attach an IRS Form W-9.

## OTHER ENTITLEMENTS

☐ ECA® Warranty  ☐ ECA Verification  ☐ Lockbox Pro21 Warranty  ☐ Lockbox Pro21 Verification  ☐ e-Deposit Warranty  ☐ e-Deposit Settlement Only
☐ ICA Warranty  ☐ ICA Verification  ☐ CBP Warranty  ☐ CBP Verification  ☐ Paper Warranty  ☐ Paper Verification
☐ Check Cashing Warranty  ☐ Check Cashing Verification  ☐ Mail Order Warranty  ☐ COD Warranty  ☐ Remote Pay Warranty  ☐ Remote Pay Verification
☐ Other: _____

☒ MasterCard  ☒ Visa  ☒ Discover, (Including Diners Club International®, JCB, UnionPay® and BCard)    ☐ American Express® (AXP) (includes credit and prepaid cards)
☒ Discover Full Service Processing    ☒ AXP OptBlue℠
☐ AXP Direct:
Discover SE # (if retained): _____    American Express® Service Type (check one) ☐ Split Dial ☐ Single Settle ☐ EDC ☐ PIP ☐ Reverse IP
☐ Gift Card (see attached addendum)    SE # _____    American Express Cap #: _ _ _ _ _ _ _ _ _ _
MC Registration Program ID: _____    Franchise Name: _____
☐ PIN Debit #  _____    ☐ EBT (SNAP) FNS # (XREF): _____    ☐ IATA/ARC Code: _____
☐ Voyager Direct    Annual Voyager Vol.: $_____    Participation in Voyager Tax Exempt Program: ☐ Yes ☐ No  (if yes, additional request form required)    (for MCC 4722 Only)
☐ WEX Full Acquiring    Annual WEX Volume: $_____    ☐ WEX (Non-Full Svc) (requires separate form)  ☐ MasterCard Fleet

BAMS/FDSGenNAddLo1808(la)

CONFIDENTIAL

Attachment HHHH    PX 27, 2577

# ADDITIONAL OUTLET FORM (Page 2 of 3)
## SHIPPING INSTRUCTIONS

Ship Terminal / Start-up Kit To: ☐ Outlet/DBA  ☐ Head Office  ☐ Do Not Ship  ☐ No Welcome Kit and Supplies  ☐ No Welcome Kit  ☐ Other – (See Below)

Name: _____  Attention: _____

Address: _____  City: _____  State: ___  Zip: ___

Delayed Start Date: _____  Delayed Ship Date: _____

Do you use any third party to store, process or transmit cardholder data? *(Examples include, but not limited to web hosting companies, Electronic Data Capture, Loyalty programs)*

☒ No  ☐ Yes  If yes, give name/address: _____

Please identify any Software used for storing, transmitting, or processing Card Transactions or Authorization Requests: _____

Network: ☐ (206) CARD*net* ☐ ( ) Nashville ☐ ( ) Buypass  ☒ Other: __compass__   Specify Security Code: ( 5083 )

| Rental · Purchase Cust.-Owned · Lease¹ Installment Purchase *(circle one)* | QTY | IP | Equipment Type (i.e., Terminal/VAR/Internet) | Retail · Restaurant · MOTO/Internet Lodging · Supermarket · Car Rental Quick Service Restaurant · Petro | Model Code and Name | Unit Purchase Price (w/o Tax) | Monthly Payment Due (w/o Tax) | For Customer-Owned Equipment Track / Version/ Serial # |
|---|---|---|---|---|---|---|---|---|
| R  P  ☒  L¹  I | 1 | ☐ | PAYEEZY | R  Re  MO⊗/I  L  S  C  QSR  P | | $ 0 | $ | |
| R  P  C  L¹  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L¹  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L¹  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L¹  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L¹  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L¹  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L¹  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |

*The Installment Purchase option allows you to make 3 equal monthly payments.*

¹A separate approval by, and non-cancellable lease agreement with, First Data Merchant Services Corporation (through its business unit, First Data Global Leasing) are required; the lease agreement contains the terms and conditions for leased equipment.

Check one: ☐ Gateway Solutions  ☐ Dial Solutions  ☐ Global Gateway  ☐ Payeezy Gateway  ☐ VSAT**  ☐ Frame  ☐ Other: _____  ☐ IC Verify Serial  #_____

VAR/Internet/Software:  Name: _____ (Nashville Only: Product ID #_____  Vendor ID #_____)

NOTE: **Requires separate agreement between Client and its VSAT provider prior to implementation of this telecommunications protocol.

Network: ☐ Nashville  ☐ CARDnet  ☐ Buypass  ☐ Other: _____

☐ PNS  ☐ Netconnect  Email Address: _____  Client #: _____  Division #: _____

C/O - IC
Verify Serial # _____  ESN # _____  MAN # _____  Software Product ID # _____  Software Vendor ID # _____

Holds Paper: ☐ Merchant  ☐ Processor  Imprinter Purchase:  Amount $ 50.00  x  Qty ___ = Total $ _____ (w/o tax)  Plates: ☐ Short  ☐ Long

Wireless Service Provider: ☐ GPRS AT&T  or  ☐ CDMA Sprint

## TERMINAL FEATURES

☐ Auto Settle Time _____ hh ET (military)

☐ Bar Tab

☐ Clerk / Server Entry

☐ Debit Cash Back

Delayed Ship Date: _____

☐ Dial Prefix: ☐ Dial 9  ☐ Other: _____

☐ Dial Suffix: _____

☐ QSR-CR/SMT  Aml. $_____ *(Convenience/Small Ticket)*

☐ QSR Print Option _____

☐ Invoice Number

☐ Multi-Trans *(PC/Register/Software only)*

☐ Remove Ticket #

☐ Retail Gas

☐ Retail With Tip.

☐ Ship Method *(Overnight)*

☐ Tip % Option

☐ Verify Amount Prompt

☐ E-Commerce

☐ Remove Room #

☐ No Server/ Ticket ID

☐ If IP _____ *(List Current Provider)*

☐ Partial Approval

☐ Purchase w/Balance Return

☐ Standalone Balance Inquiry

☐ Amex Prepaid Program Preference (Choose One)

☐ Partial Auth

☐ Balance Back

☐ Other _____

PINPad:

☐ DES Encryption

☐ DUKPT

☐ Access Code

# _____

Terminal Features: *(cont'd)*

| | Key Disable | or | Password Protect |
|---|---|---|---|
| Credits | ☐ | | ☐ |
| Voids | ☐ | | ☐ |
| Forces | ☐ | | ☐ |
| Reviews | ☐ | | ☐ |
| Bal/Settle | ☐ | | ☐ |
| Auth Only | ☐ | | ☐ |
| Reports | ☐ | | ☐ |
| Tip Adjustment | ☐ | | ☐ |

PLEASE VERIFY SELECTED FEATURES ARE AVAILABLE UNDER THE ALLIANCE, NETWORK, PRODUCT & APPLICATION

Comments: _____
(NOTE: Completing the Comments field will result in a 48 hour terminal programming delay)

## Buypass Attributes

| | | | | | Specials |
|---|---|---|---|---|---|
| Bank FIID: _____  Group FIID: _____ | | | | | _____ |
| Confirmation Letter: ☐ Yes  ☐ No | Password: ☐ 111111  ☐ 123456 | ACH Sum ID #: _____ | | | _____ |
| Duplicate Protection: ☐ On  ☐ Off | ☐ Other: _____ | Velocity Chain #: _____ | | | _____ |
| Variable Cut: ☐ Yes  ☐ No | Prop ID: _____ | Velocity Count: _____ | | | _____ |
| Cut Time: _____ (military) | Daylight Savings: ☐ Yes  ☐ No | Velocity Amount: $ _____ | | | _____ |

NOTE: If attributes are not chosen, then the generic defaults will apply.

BAMS/FDSGenNAddLo1808(ia)

CONFIDENTIAL

PX 27, 2578

## ADDITIONAL OUTLET FORM (Page 2 of 2)

All payments to Client shall be through the Automated Clearing House (ACH) and shall normally be electronically transmitted directly to the demand deposit account ("DDA") indicated below or any successor account designated to receive provisional funding of Client's sales pursuant to the Client's agreement governing merchant card processing services (referred to herein as the "Merchant Agreement") by and among the Client, Processor and Bank. Processor means Banc of America Merchant Services, LLC or First Data Services, LLC, as applicable, and Bank means Banc of America, N.A.; references to "you" and "your" mean Client; references to "Servicers" "our," "us" and "we" mean Processor and Bank. We cannot guarantee the timeliness with which any payment may be credited by Client's depository institution ("DEPOSITORY").

Client hereby authorizes Bank and its authorized representative to access information from the DDA and to initiate credit and/or debit entries by Bank wire or ACH transfer and to authorize DEPOSITORY to block or to initiate, if necessary, reversing entries and adjustments for any original entries made to the DDA and to authorize DEPOSITORY to provide such access and to credit and/or debit or to block the same to such account. This authorization is without respect to the source of any funds in the DDA, is irrevocable and is coupled with an interest. This authority extends to any equipment rental or purchase agreements which may exist with Client as well as to any fees and assessments and Chargeback amounts of whatever kind or nature due under the terms of your Agreement whether arising during or after termination of this Agreement.

This authority is to remain in full force and effect at all times unless and until we have consented to its termination and in such time and in such manner as to afford us and DEPOSITORY a reasonable opportunity to act on it. In addition, Client understands and agrees that it will be charged a reject fee for each ACH which cannot be processed, and all subsequent funding may be suspended until Client either (1) provides written notice that ACHs can be processed or (2) a new electronic funding agreement is signed by Client. In order to insure transactions are properly handled, A COPY OF A BLANK VOIDED CHECK MUST BE INCLUDED. Client's depository must be able to process or accept electronic transfers either via ACH and/or Fed wire (Bank wire) which transfers are processed utilizing the Federal Reserve System. If payment is to be made by Bank wire or Automated Clearing House transfer, please supply the above information.

**ABA** ██████████  
A voided check or bank letter is required if the banking information (above) for the additional location is different from the tie-to location.

**DDA** ██████████████████████

☒ Fees Same as Tie To Account

☐ Additional Fees due to Industry Type *(see attached fee schedule)*

☐ Additional Credit Addendum  
(Required for accounts that are High Risk/MOTO/Internet or B2B)

☐ Additional Fees due to Service Entitlements *(see attached fee schedule)*

**APPLICABLE TO MERCHANTS UNDER AMERICAN EXPRESS OPTBLUE PROGRAM:** To be qualified under this program, you must meet these criteria: (a) your Total Annual American Express volume (listed in Section 2 above) is less than $1,000,000 and (b) your business is not a type prohibited, and is not a franchise of any franchise excluded, by American Express. In addition, you must continue to qualify for this program, and if you do so, your total American Express Card transaction volume cannot exceed certain thresholds, all as further described in Part I, Sections 45.2 and 45.5.4 of the Program Guide. Please also refer to Part I, Sections 45.5.2 – 45.5.3 of the Program Guide to learn about American Express' use of your information and how you may opt out of certain uses.

You further acknowledge and agree that you will not use your merchant account and/or the Services for illegal transactions, for example, those prohibited by the Unlawful Internet Gambling Enforcement Act, 31 U.S.C. Section 5361 et seq, as may be amended from time to time, or processing and acceptance of transactions in certain jurisdictions pursuant to 31 CFR Part 500 et seq. and other laws enforced by the Office of Foreign Assets Control (OFAC).

**Client certifies, under penalties of perjury, that the federal taxpayer identification number and corresponding filing name provided herein are correct.**

Please add the above mentioned additional location(s) to your system. I understand and agree upon execution of this document, the above mentioned additional location(s) is/are hereby bound by the processing Agreement signed for the above primary location, any agreement attached hereto as well as pricing for the services specified herein. I further acknowledge that all information provided is true and accurate.

| Client's Business Principal Signature *(please sign here)* | JEFFREY BISHOP | ✓ PRESIDENT | 9/14/17 |
|---|---|---|---|
| | *Please Print Name of Signer* | *Title* | *Date* |

BAMS/FDSGenNAdcLo1608(lla)

CONFIDENTIAL
**PX 27, 2579**

**Mer#:** ███████   **DBA:** WWW.JASONBONDPICKS.COM   **LGL:** LIGHTHOUSE MEDIA LLC

**Comments -    (Entity: CO    User: APRI )   Time Created:  26-FEB-2014 18:13:08**

    QUARTERLY/ANNUAL SUBSCRIPTION (H) 5964, JAN 2012
    INET 90% MOTO 10% VOL 2.5M, A/T 300, RISK 320K (90D NDX 50%)
    MMMN. VALID GNF ON SIGNER/DIFF BIZ & ALLIANCE. PGY/MBR, LLC
    VER LGL INCORP 01/03/2014 PER DE SOS SITE
    PC 720 W/+ LINES. FD INQ - RMW SHOWS STAT 02 BOA ACCT FOR
    SIGNER/DIFF LGL 313254796888 DBA: BLUEWAVE ADVISORS - PROC
    HIGH VOL/RISK NOT SUPPORTED
    FILES ON AMA INCL NOV/DEC PAYPAL STMTS FOR DBA, 2012 TAX
    RETURN FOR PATRIOT PUBLISHING/111K REV. 2013 P&L/2.3M REV
    WWW.JASONBONDPICKS.COM (SEE RMW)
    BOA BANKING/PER CITRIX : DEPOSIT ACCOUNT : █████████
    DATE OPENED : 2014-02-04. ACCOUNT BALANCE : $ 23,608.19

SALES - DECLINED
VERY HIGH RISK BUSINESS MODEL. BANKING/OVERALL PROFILE DOES
NOT SUPPORT RISK. NO OPTIONS AVAILABLE; NO TERMS WARRANTED.

_____


**Mer#:** ███████   **DBA:** BIOTECHBREAKOUTS.COM       **LGL:** RAGINGBULLDOT COM LLC
**Mer#:** █████     **DBA:** PETRAPICKS.COM            **LGL:** RAGINGBULLDOT COM LLC
**Mer#:** █████     **DBA:** PENNYPRO.COM              **LGL:** RAGINGBULLDOT COM LLC
**Mer#:** █████     **DBA:** WEEKLYMONEYMULTIPLIER.COM **LGL:** RAGINGBULLDOT COM LLC

**Comments -    (Entity: CO    User: DANA )   Time Created:  29-SEP-2017 11:11:19**
    100% INTERNET - BUSINESS SERVICES, NOT ELSEWHERE
    VOL=$8.4M | AT=$300 | RISK=$429.723
    TIE TO O/B 2/2014; SAME LEGAL NAME & SIGNOR; PROC. CLEAN
    YTD PROC=$12.1M
    LONGEVITY: TIE TO O/B 2014
    WEBSITE: WWW.BIOTECHBREAKOUTS.COM (CHECKLIST COMPLETE)
    PR RELATIONSHIP #372288802880
    IIID+ RATED
    CURRENT RISK=$1,339,186
    PEAK RISK=$1,673,633
     RECOMMEND WAIVING CALL SHEET & F/S
    EMAILED PR FOR CONCURRENCE.

**Comments -    (Entity: CO    User: DANA )   Time Created:  29-SEP-2017 11:43:19**
    APPROVED CONCURRENCE ATTACHED TO ACTIMIZE
    PER P.R. ANALYST,
    PLEASE APPROVE ALL MIDS FOR THIS RELATIONSHIP.
    THEY WERE ALL PROCESSING UNDER THE SAME MID BUT WE ARE
    WORKING ON SEPARATING THEM OUT INTO DIFFERENT MIDS THAT WILL
    BE CHAINED TOGETHER.

CONFIDENTIAL

THERE SHOULD BE 4 NEW MIDS WHICH, WHEN ADDED TO THE ORIGINAL
WILL BE 5 MIDS PROCESSING TOGETHER ON ONE CHAIN.

**Comments -   (Entity: CO   User: MIGA ) Time Created:  02-OCT-2017 14:18:21**
AS PER NOTES, THIS IS NOT NEW VOLUME, RATHER AN EXCERCISE
TO BREAKOUT PROCESSING UNDER 5 MIDS INSTEAD OF 2 WAIVERS
GRANTED


**Comments -   (Entity: SY   User: MAIS ) Time Created:  02-OCT-2017 14:36:19**
FOLLOWING MERCHANTS WERE APPROVED ON 10/02/2017
# of Outlets   :   4
From Merchant # : ████████      To Merchant # : ██████████
Legal name    : RAGINGBULLDOT COM LLC
Principal name : BISHOP      JEFFREY
Major relation : N    PR Account :     Rating : III C
              Outlets     Client    Cumulative
Sales ($M)    8400.000    10493.62    18893.62
Risk  ($M)     27.720     238.670     266.390
Same lgl entity :   Letter head reqd:   Contr Addm :
Common Principal:   Same business   :
Analyst ID     : ANAL  Officer ID    : BRPR

_____


**Mer#:** ████████  **DBA:** JASONBONDPICKS.COM  **LGL: RAGINGBULLDOT COM LLC**

**Comments -   (Entity: CO   User: GHI2 ) Time Created:  27-NOV-2017 08:51:17**
SAME SIGNER/NOB & LGL
TIE-TO PROCESSING CLEAN YTD $13M
EXISTING PR RELATIONSHIP: RAGING BULL.COM
D+ III RATED ENTITY W/ CA AMOUNT OF $4M
HIGH RISK INTERNET, BUSINESS SRVCS/ONLINE TRADING WEBINAR
WWW.JASONBONDPICKS.COM XLIST & SCREEN SHOTS IN ACTIMIZE
VOL 2.1M, AT .300, RISK 47.763
11/27 - EMIALED ANALYST FOR APPROVAL TO BOARD ADDITIONAL
VOLUME & RISK

**Comments -   (Entity: CO   User: GHI2 ) Time Created:  28-NOV-2017 14:37:18**
NO ADDITIONAL INFO IS REQUIRED AT THIS ITME- THIS ACCOUNT IS
PENDING APPROVAL FORM THE RELATIONSHIP'S ANALYST

**Comments -   (Entity: CO   User: DANA ) Time Created:  18-DEC-2017 09:07:46**
PR CONCURRENCE ATTACHED.
SEE CO COMMENTS

**Attachment HHHH**

CONFIDENTIAL



**VIA FEDEX**

July 2, 2019

Jordan Reyna
RagingBull.Com LLC (f/k/a Lighthouse Media LLC)
62 Calef Highway
Lee, NH 03861

<div align="center">

**NOTICE OF TERMINATION**
**RagingBull.com (MID: 372288802880)**

</div>

Dear Jordan**:**

We are writing pursuant to the Merchant Processing Application and Agreement, including the Program Guide thereto (as amended from time to time, collectively, the "**Merchant Agreement**") entered into by and among **RagingBull.com (formerly known as Lighthouse Media LLC)** ("**you**"), Banc of America Merchant Services, LLC ("**BAMS**"), and Bank of America, N.A. ("**Bank**" and together with BAMS, "**we**" or "**us**") on or around February 21, 2014.  Upon review of your merchant account, it has been determined that we cannot continue providing services under the Merchant Agreement.  Accordingly, we will terminate the Merchant Agreement effective thirty-five (35) days from the date of this letter (the "**Termination Date**").  You should make alternative arrangements for accepting card payments prior to the Termination Date.

In connection with the termination of your Merchant Agreement and in accordance with your Merchant Agreement, we will be increasing the Reserve Account by an additional amount of **Three Hundred Thousand and 00/100 Dollars ($300,000.00)**, for a total Reserve Account amount of **Eight Hundred Thousand and 00/100 Dollars ($800,000)**.  This is the amount we believe is necessary to cover any unbilled processing costs plus our estimated exposure based on reasonable criteria for chargebacks, unshipped merchandise and/or unfulfilled services as applicable, and any other liabilities anticipated under the Merchant Agreement. We will begin funding the additional amount of the Reserve Account effective **July 8, 2019** by holdback of **25%** of daily deposits until the Reserve Account is fully funded.  In general, we will attempt to collect amounts that you owe to us in the same manner that we collect such amounts today.  However, we reserve the right, at any time, to collect any amounts by debiting the Reserve Account or in any other manner permitted under the Merchant Agreement.

After the Termination Date, all sales and refunds must be submitted to your new service provider.  If any sales are processed through your merchant account with us after the Termination Date, we will divert those sales to a Reserve Account and any refunds without an offsetting sale will be rejected.  Any funds moved into the Reserve Account will be returned to you after the expiration of all chargeback periods and after we have determined that there will be no further exposure or liability to us arising from the transactions that you have submitted through us.  Depending upon the activity in your account, this period should be less than ten months from your final processing date.

Mail Code NC1-028-15-01, 150 North College Street
Charlotte, North Carolina 28255

**CONFIDENTIAL**
**PX 27, 2582**

Certain obligations under the Merchant Agreement survive termination, including your financial responsibility to reimburse us for any chargebacks, fines, fees, and/or assessments that arise from or relate to the transactions you submit to us for processing, even if received after the Termination Date.

Nothing contained herein shall be deemed a waiver of any rights we may have under the Merchant Agreement or otherwise, and we expressly reserve all such rights.

If you have any questions, please feel free to contact us.

Sincerely,

█████████
Bank of America Merchant Services Credit Risk Department

**CERTIFICATION OF COMPLIANCE**
Pursuant to 28 U.S.C. § 1746

I, _Allison Rossi_, certify the following with respect to the Federal Trade Commission's ("FTC") Civil Investigative Demand directed to Esquire Bank, N.A. (the "Company") (FTC File No. 2023073) (the "CID"):

1.    The Company has identified all documents, information, and/or tangible things ("responsive information") in the Company's possession, custody, or control responsive to the CID and either:

(a) provided such responsive information to the FTC; or

(b) for any responsive information not provided, given the FTC written objections setting forth the basis for withholding the responsive information.

2.    I verify that the responses to the CID are complete and true and correct to my knowledge.

I certify under penalty of perjury that the foregoing is true and correct.

Date: _8/21/2020_

_Allison Rossi_
Signature

_Allison Rossi_
Printed Name

_Compliance Officer_
Title

## Form of Certificate of Compliance*

I/We do certify that all of the documents, information and tangible things required by the attached Civil Investigative Demand which are in the possession, custody, control, or knowledge of the person to whom the demand is directed have been submitted to a custodian named herein.

If a document or tangible thing responsive to this Civil Investigative Demand has not been submitted, the objections to its submission and the reasons for the objection have been stated.

If an interrogatory or a portion of the request has not been fully answered or a portion of the report has not been completed, the objections to its submission and the reasons for the objections have been stated.

Signature _Allison Rossi_

Title _Compliance Officer_

Sworn to before me this day

_Patrishaw Dooknah_
Notary Public

PATRISHAW DOOKNAH
Notary Public, State of New York
No. 01DO6186264
Qualified in Queens County
Commission Expires April 26, 20_24_

*In the event that more than one person is responsible for complying with this demand, the certificate shall identify the documents for which each certifying individual was responsible. In place of a sworn statement, the above certificate of compliance may be supported by an unsworn declaration as provided for by 28 U.S.C. § 1746.

FTC Form **144-Back** (rev. 11/17)

**MERCHANT APPLICATION AND AGREEMENT**
DEBIT/CREDIT CARD AND ACH SERVICES

Agent Office / Sales Rep Name: 5  SMB Global LLC/Tyler Heugly

| LEGAL BUSINESS INFORMATION | | | | | |
|---|---|---|---|---|---|

| Legal Name (Ownership Entity): RagingBull.com, LLC | | | | | |
|---|---|---|---|---|---|
| Legal Address: 62 CALEF HWY STE 233 | | City: LEE | | State: NH | Zip: 03861 |
| Telephone: (833) 265-1270 | | Fax: | | | |

| Federal Tax ID: | IRS Tax Filing Name: RagingBull.com, LLC | | How long in business? Years 7 | Months 10 |
|---|---|---|---|---|

| ☐ Sole Proprietorship | ☐ Partnership | ☑ Limited Liability | ☐ Corporation | ☐ Government | ☐ Non-profit |
|---|---|---|---|---|---|

Have you ever processed credit cards in the past? ☑ Yes ☐ No  If yes, under what name: RagingBull.com (Stripe)

| Product or Service Sold: Financial Education | Website: ragingbull.com |
|---|---|
| Business Email: jordan@ragingbull.com | Customer Service #: (833) 265-1270 |

| DBA INFORMATION ☑ Check to use Legal Information as DBA Information | | | | |
|---|---|---|---|---|
| DBA Name: RagingBull.com | Telephone: | | Fax: | |
| Address (No P.O. Box #): | City: | | State: | Zip: |

ELECTRONIC DEBIT/CREDIT AUTHORIZATION (By providing this information, you are authorizing the Bank to initiate ACH debit and credit transactions to said account)

| Routing # | Account # |
|---|---|
| Name on account matches: ☐ DBA  ☑ Legal | Please provide a voided check or bank letter confirming your Transit # (ABA Routing) and Account # (DDA). |

OWNERS OR OFFICERS (Individuals with equity ownership of 25% or more must be disclosed) (Signer must have equity ownership of 50% or more, or provide verification they are an authorized signer for the legal entity)

| 1) First Name: Jeff | Last Name: Bishop | Title: CEO | | |
|---|---|---|---|---|
| Mobile #: | Email Address: jeff@ragingbull.com | Ownership % 65 | | |
| Home Address (No P.O. Box #): | City: Lee | | State: NH | Zip: 03861 |
| Date of Birth (mm/dd/yyyy): | SSN: | Driver's Lic #: | | State: |
| 2) First Name: Jason | Last Name: Bond | Title: Co-owner | | |
| Mobile #: | Email Address: jason@ragingbull.com | Ownership % 25 | | |
| Home Address (No P.O. Box #): | City: Durham | | State: NH | Zip: 03824 |
| Date of Birth (mm/dd/yyyy): | SSN: | Driver's Lic #: | | State: |
| 3) First Name: | Last Name: | Title: | | |
| Mobile #: | Email Address: | Ownership % | | |
| Home Address (No P.O. Box #): | City: | | State: | Zip: |
| Date of Birth (mm/dd/yyyy): | SSN: | Driver's Lic #: | | State: |
| 4) First Name: | Last Name: | Title: | | |
| Mobile #: | Email Address: | Ownership % | | |
| Home Address (No P.O. Box #): | City: | | State: | Zip: |
| Date of Birth (mm/dd/yyyy): | SSN: | Driver's Lic #: | | State: |

MANAGEMENT (Person Authorized to make financial decisions on behalf of the organization) - If this individual is NOT already mentioned above as an OWNER OR OFFICER, please complete the section below.

| 1) First Name: | Last Name: | Title: | | |
|---|---|---|---|---|
| Mobile #: | Email Address: | Ownership % | | |
| Home Address (No P.O. Box #): | City: | | State: | Zip: |
| Date of Birth (mm/dd/yyyy): | SSN: | Driver's Lic #: | | State: |

**BANK DISCLOSURE**

**Definitions:** "Merchant Application" means this Merchant Application between Esquire Bank, Nuvei Technologies ("Nuvei") and Merchant.
"Merchant Agreement" means this Merchant Application once approved and accepted by Nuvei and its third party service providers, together with the Merchant Terms and Conditions.

**Member Bank Information:** Esquire Bank, 100 Jericho Quadrangle Suite 100 Jericho, NY 11753

**Important Member Bank Responsibilities under the Merchant Terms and Conditions:**
1. The Bank is the only entity approved to extend acceptance of the use of Card Association products by a Merchant.
3. The Bank is responsible for and must provide settlement funds to the Merchant.
5. The Bank is responsible for all funds held in reserve.

2. The Bank must be a party (signer) to the Merchant Agreement.
4. The Bank is responsible for educating Merchants on pertinent Visa and MasterCard Rules with which Merchants must comply; this information may be provided to the merchant by the Processor.

**Important Merchant Responsibilities:**
1. Ensure compliance with cardholder data security and storage requirements.
3. Review and understand the terms of the Merchant Agreement.
5. Retain a signed copy of this Disclosure Page.

2. Maintain fraud and charge-backs below Card Association thresholds.
4. Comply with Card Association rules.

**Card Association Rules:**
Download "Visa Rules" at: http://usa.visa.com/merchants/operations/op_regulations.html

Download "MasterCard Rules" at: http://www.mastercard.com/us/merchant/support/rules.html

**ACH Definitions:** "Merchant ACH Agreement" means this Merchant Application once approved and accepted by Nuvei and its third party service providers, together with the Merchant Terms and Conditions for ACH and Check 21. Bank is not party to or responsible for any services provided under the Merchant ACH Agreement.

1. Maintain fraud and returned items below NACHA thresholds.

2. Comply with NACHA rules - Download "NACHA Rules" at https://www.nacha.org/rules

| ☑ I agree to the terms outlined above | Authorized Signor: | Title: CEO | Date: 11/22/2019 |
|---|---|---|---|

Agent8002-ESQUIRE-MBA-ACH-2018S10

Nuvei Technologies is a registered ISO of Esquire Bank, Jericho, NY.

1/4

Scanned with CamScanner

**Attachment IIII**   PX 27, 2586

## CONTINUING PERSONAL GUARANTY PROVISION – PERSONAL GUARANTOR

By signing below, each individual or entity ("Guarantor") jointly and severally (if there is more than one Guarantor) and unconditionally guarantees to Nuvei and BANK the prompt payment and full and complete performance of all obligations of the Merchant identified above pursuant to the Merchant Agreement, as amended from time to time, including, without limitation, all promises and covenants of the Merchant, payment of all amounts payable by the Merchant under the Merchant Agreement, including, without limitation, charges, interest, costs and other expenses, such as attorney's fees and court costs. This means, among other things, that Nuvei or BANK can demand performance or payment from any Guarantor if the Merchant fails to perform any obligation or pay what the Merchant owes under the Merchant Agreement. Each Guarantor agrees that his or her liability under this guaranty will not be limited or canceled because: (1) the Merchant Agreement cannot be enforced against the Merchant for any reason, including, without limitation, bankruptcy proceedings; (2) either Nuvei or BANK agrees to changes or modifications to the Merchant Agreement, with or with-out notice to Guarantor; (3) Nuvei or BANK releases any other Guarantor or the Merchant from any obligation under the Merchant Agreement; (4) any law, regulation, or order of any public authority affects the rights of either Nuvei, Merchant or BANK under the Merchant Agreement, and/or (5) anything else happens that may affect the rights of either Nuvei or BANK against the Merchant or any other Guarantor. Each Guarantor further agrees that: (a) Nuvei and BANK each may delay enforcing any of its rights under this guaranty without losing such rights and hereby waives any applicable Statute of Limitations; (b) Nuvei and BANK each can demand payment from such Guarantor without first seeking payment from the Merchant or any other Guarantor or from any security held by the BANK; and (c) such Guarantor will pay all court costs, attorney's fees and collection costs incurred by either Nuvei or the BANK in connection with the enforcement of the Merchant Agreement or this Guaranty, whether or not there is a lawsuit, and such additional fees and costs as may be directed by a court. If the Merchant is a corporation or limited liability company, this Guaranty must be executed by a principal or authorized representative of Merchant. Guarantor agrees and acknowledges having read the merchant Terms and Conditions found at document.nuvei.com/v.fmba102018 and the ACH and Check 21 Terms and Conditions

| | | | |
|---|---|---|---|
| Signature X: _(signature)_ | Print Name: **Jeff Bishop** | Date: 11/22/2019 |
| Signature X: _(signature)_ | Print Name: **Jason Bond** | Date: 11/22/2019 |

### SALES PROFILE - Debit/Credit Card Service

| Transaction Types | Swipe: % | | eComm: % 85 | | MOTO/Keyed: % 15 | | Must Equal 100% |
|---|---|---|---|---|---|---|---|
| Visa/Discover/Mastercard | Monthly Volume: $ 7,000,000.00 | | Avg Ticket $ 550.00 | | High Ticket: $ 5,000.00 | | Max Daily Auth Count: 1,000.00 |
| AMEX | Monthly Volume: $ 80,000.00 | | Avg Ticket: $ 550.00 | | High Ticket: $ 5,000.00 | | Max Daily Auth Count: 100.00 |
| UnionPay | Monthly Volume: $ | | Avg Ticket: $ | | High Ticket: $ | | Max Daily Auth Count: |

### SCHEDULE A FEES

| Tiered | Qualified | Discount and Surcharge + Mid-Qualified | + Non-Qualified | Qualified | Transaction Mid-Qualified | Non-Qualified | Authorization |
|---|---|---|---|---|---|---|---|
| Visa, M/C, Discover Debit Card | % | % | % | $ | $ | $ | |
| Visa, M/C, Discover Credit Card | % | % | % | $ | $ | $ | $ |
| AMEX Credit Card | % | % | % | $ | | | $ |

| Cost Plus | Discount | | Transaction | Authorization |
|---|---|---|---|---|
| Visa, M/C, Discover | 1.50 % | | $ 0.15 | $ 0.15 |
| AMEX Credit Card | 1.50 % | | $ 0.15 | $ 0.15 |

| Flat Rate | Discount | Transaction | Authorization |
|---|---|---|---|
| Visa, M/C, Discover | % | $ | $ |
| AMEX Credit Card | % | $ | $ |

| Multi Currency Pricing (MCP) | | Transaction | Authorization |
|---|---|---|---|
| Visa, M/C | | $ | $ |

| UnionPay | Discount | Transaction | Authorization |
|---|---|---|---|
| UnionPay | % | $ | $ |

| Additional Services | Transaction | | |
|---|---|---|---|
| PIN-Based (Online) Debit | $ | ☐ Debit Network Fee | |
| EBT | $ | EBT #: | |

| AMEX Existing Account | Discount | | |
|---|---|---|---|
| AMEX Network Access | 0.15% | Account Number: | |
| AMEX Non-Swipe | 0.30% | | |

### OTHER SERVICE FEES

| | | | |
|---|---|---|---|
| Set-Up: one-time $ 0.00 | Account on File: monthly $ 25.00 | Account Services: annual $ 0.00 | Batch: per $ 0.30 |
| Minimum Discount: monthly $ 35.00 | Online Reporting: monthly $ 0.00 | Chargeback: Per $ 35.00 | Online CB Re-Presentment: monthly $ |
| Retrieval: per $ 35.00 | Address Verification: per $ 0.95 | BIN (Basis Points): volume % | |

### GATEWAY FEES (Nuvei)

| | | | |
|---|---|---|---|
| Set-Up: one-time $ | Service: monthly $ | Transaction: per $ | Address Verification: per $ |
| 3D Secure: per $ | MaxMind: per $ | | |

### TOKENIZATION FEES

| | | | |
|---|---|---|---|
| Set-Up: one-time $ | Service: monthly $ | On File: per $ | Registration: per $ |
| Deletion: per $ | Update: per $ | Transaction: per $ | De-tokenization: per $ |

### ACCOUNT UPDATER FEES

| | | | |
|---|---|---|---|
| Set-Up: one-time $ | Service: monthly $ | Request: per $ | Update: per $ |

Scanned with CamScanner

**Attachment IIII**    **PX 27, 2587**

**PCI PAYMENT APPLICATION COMPLIANCE**
(Note: ONLY APPLICATIONS THAT COMPLY WITH CARD BRAND SECURITY STANDARDS WILL BE PERMITED. A list of valid applications is availble at : www.pcistandards.org)

1. Do you store credit card numbers?  ☑ Yes    ☐ No

2. Do you use any third party payment application to store, transmit or process cardholder data?  ☑ Yes   ☐ No   If Yes, Name: Authorize.Net _____ Version: _____

* PCI Monthly Fee (if applicable)  $ 19.95  per eComm/MOTO MID per month $_____ per Retail MID per month. Additional PCI terms set out in the online merchant agreement.

**AMERICAN EXPRESS COMMUNICATION**

☑ By checking this box, Merchant opts out of receiving future commercial marketing communications from American Express.

Note that you may continue to receive marketing communications while American Express updates its records to reflect your choice. Opting out of commercial marketing communications will not preclude you from receiving important transactional or relationship messages from American Express.

**SITE SURVEY (Requred for all merchants)**

1. Zone:  ☑ Business District   ☐ Industrial   ☐ Residential

2. Approximate Square Footage: ☐ 0-250  ☐ 251-500  ☑ 501-2,000  ☐ 2,001 plus

3. Location: ☐ Mail  ☑ Office  ☐ Home  ☐ Shopping Area  ☐ Mixed  ☐ Apartment  ☐ Isolated

4. Are all your products / services delivered immediately?  ☑ Yes  ☐ No

Agent Signature X: Tyler Hougly

**SALES PROFILE - ACH Debit (Sale) Transactions**

| High Ticket Amount | Max Daily Count | Max Daily Volume | Max Monthly Count | Max Monthly Volume |
|---|---|---|---|---|
| $ |  | $ |  | $ |

**ACH Services**

|  | Prearranged Debit | Business to Business | Telephone Initiated | Internet Initiated |
|---|---|---|---|---|
| Transaction | $ | $ | $ | $ |
| Representments | $ | $ | $ | $ |
| Returned Item | $ | $ | $ | $ |
| Non-Sufficient Funds | $ | $ | $ | $ |

**Service Fees**

| Setup Fee: $ |  | Monthly Fee: $ |
|---|---|---|

**MERCHANT APPLICATION AND AGREEMENT ACCEPTANCE**

By executing this Merchant Application on behalf of the merchant described above ("Merchant"), the undersigned individual(s) represent(s), warrant(s), and acknowledge(s) that: (i) All information contained in this Merchant Application ("Application") in true, correct and complete as of the date of this Application; (ii) If the Merchant is a corporation, limited liability company, or partnership, the individual(s) executing this Application have the requisite legal power and authority to complete and submit this Application on behalf of the Merchant and to make and provide the acknowledgements, authorizations and agreements set forth herein on behalf of the Merchant and individual; (iii) The information contained in this Application is provided for the purpose of obtaining, or maintaining, a merchant account for the Merchant with the Bank and Nuvei for payment processing services and with Nuvei and its third party service providers for ACH and Check 21 services. The Bank, Nuvei and its third party service providers will rely on the information provided herein in their application approval process and in setting the Discount Rate, Approved Average Ticket, and Approved Monthly Payment Card Volume for payment processing services, and the rates, fees and charges for the ACH and Check 21 services payable by the Merchant; (iv) The Bank, Nuvei and its third party service providers are authorized to investigate, either through their own agents or credit bureaus/agencies, the credit of the Merchant and each person listed on this Application; (v) The Bank and Nuvei will determine and notify the Merchant of all rates, fees and charges payable by the Merchant pursuant to the Merchant Terms and Conditions and the ACH and Check 21 Terms and Conditions; (vi) The Merchant agrees to pay all such rates, fees and charges; see The Merchant Agreement will not take effect until Merchant has been approved by the Bank, Nuvei and its third party service providers and a merchant number has been issued to Merchant; (vii) The Merchant on whose behalf this Application is being submitted acknowledges that if this Application is being submitted to Esquire Bank as the Member Bank, Nuvei is also a party to this Merchant Agreement; (viii) Merchant will sign all agreements, authorizations, consents and documents requested by Nuvei third party providers for the purposes of the provision of the ACH and Check 21 services to the Merchant; (ix) The undersigned has read and understood the Merchant Agreement and agrees, on behalf of the Merchant, to be bound by such Merchant Agreement.

You have the option of accepting MasterCard credit cards, Visa credit cards, American Express credit cards, Discover credit cards; MasterCard signature debit cards (MasterMoney Cards) or Visa signature debit cards (Check Cards), and debit cards issued by Discover. You may elect to accept any or all of these card types for payment. If you do not specifically indicate otherwise, your Application will be processed to accept ALL MasterCard, Visa, American Express and Discover card types. Elected Visa, Discover, or MC card types NOT to accept: _____

Merchant acknowledges having read and agreed to the terms and conditions of the online Merchant Agreement. If Merchant was unable to access such agreement online, Merchant acknowledges having been provided a copy by Nuvei and having read and agreed to same.

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT: To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: when you open an account, we may ask you for information that will allow us to identify you, including a copy of your driver's license or other identifying documents.

Signature X: _____   Print Name: Jeff Bishop   Title: CEO   Date: 11/22/2019

Signature X: _____   Print Name: Jason Bond   Title: Co-owner   Date: 11/22/2019

Scanned with CamScanner

Attachment IIII        PX 27, 2588

**SERVICES QUESTIONNAIRE** (REQUIRED FOR ECOMM, MOTO, KEYED > 30% OR FUTURE DELIVERY MERCHANTS)

1. What percentage of sales are Business to: _____ % Businesses (B2B) __100__ % Consumer (B2C)

2. Method of Marketing (check all that apply):  ☐ Direct Mail/Brochure/Catalog  ☐ Newspaper/Magazine  ☑ Social Media
☐ Television/Radio  ☑ Internet  ☐ Outbound Telemarketing  ☐ Phone Book/Yellow Pages  ☐ Trade Shows

3. Ecommerce Merchants - % of customer base: __90__ % US _____ % Canada __1__ % Other: __9__ (Must Equal 100%)

4. Cards are charged on the:  ☑ Day of Order  ☐ Day of Shipment  ☐ Other _____

5. Do you require a deposit for a future delivery? ☐ Yes  ☑ No  If yes, percent of sale required __100__ % or flat fee $ _____
Is final payment due before fulfillment? ☐ Yes  ☐ No  If Yes, number of days: _____

6. Does your billing strategy involve automatic, negative option billing? ☑ Yes  ☐ No

7. Does your business offer a product guarantee or warrantee? ☑ Yes  ☐ No  If yes, is it a:  ☐ Replacement  ☐ Refund  ☐ Partial Refund

8. Refund Policy: Within # of Days:  ☑ Up to 30 days  ☐ 31-90 Days  ☐ Greater than 90 days  ☐ No Refunds

9. Does your business offer recurring billing? ☑ Yes  ☐ No  If yes, what is the frequency?  ☐ Weekly  ☐ Monthly  ☑ Quarterly  ☑ Annually  ☐ Other: _____

10. How is the card payment information entered into the payment system?  ☐ Merchant  ☑ Consumer  ☐ Other: _____

11. Is card payment information entered via the Internet? ☑ Yes  ☐ No  If yes, is the payment channel encrypted by SSL or better? ☑ Yes  ☐ No

**INVENTORY/SHIPPING** (not applicable for non-physical goods)

12. Do you own the product/inventory? ☑ Yes  ☐ No  If no, name of company who does _____ (Provide a copy of sales agreement)

13. Where is the product stored/shipped from?  ☑ Business Location  ☐ Own Warehouse  ☐ Fulfillment Center (If Fulfillment provide a copy of agreement)

Warehouse or Fulfillment Details

Company Name: _____

Address: _____   City: _____   State: _____ Zip: _____

Contact Name: _____   Contact Phone: _____

14. Method of delivery:  ☐ US Postal  ☐ Fedex  ☐ UPS  ☐ Courier  ☐ Other _____

**GATEWAY and TERMINAL: SETUP and CODING**

| Gateway: Authorize.Net | ☑ Data/Var Sheet Required | | | *Signed purchase agreement required | | | |
|---|---|---|---|---|---|---|---|
| Mobile Car Reader: | Quantity: | ☐ Reprogram | ☐ Buy | "Bill to: ☐ Nuvei | ☐ Partner ☐ Merchant | Ship: ☐ 2Day $10.50 ☐ Next $19.99 ☐ Overnight $29.99 | |
| Terminal Make/Model: | Quantity: | ☐ Reprogram | ☐ Buy | "Bill to: ☐ Nuvei | ☐ Partner ☐ Merchant | Ship: ☐ 2Day $10.50 ☐ Next $19.99 ☐ Overnight $29.99 | |
| Terminal Make/Model: | Quantity: | ☐ Reprogram | ☐ Buy | "Bill to: ☐ Nuvei | ☐ Partner ☐ Merchant | Ship: ☐ 2Day $10.50 ☐ Next $19.99 ☐ Overnight $29.99 | |

| Communication Method: ☐ Dial  ☐ IP  ☐ Wireless (new SIM provided) | Terminal Setup ☐ Retail  ☐ MOTO | TIP ☐ receipt  ☐ Time of Sale | PIN Debit ☐ Yes  ☐ No |
|---|---|---|---|

| CCV: ☐ Yes  ☐ No | Small Ticket ☐ Yes  ☐ No | Fraud Control Last Four Prompt ☐ Yes ☐ No | Capture Method: ☐ Terminal ☐ Host | Password Protect Refund: ☐ Yes  ☐ No |
|---|---|---|---|---|

Multi MID: ☐ Yes  ☐ No  If Yes, Other Mid: _____

| Ship To: ☐ DBA  ☐ Legal  ☐ Other  If Other, fill in address information | Attn: | | Telephone: | |
|---|---|---|---|---|
| Other Address (No P.O. Box #): | City: | State: | Zip: | |

Notes:
Please send VAR Sheet to tyler@smbglobalpayments.com

Scanned with CamScanner

Attachment IIII      PX 27, 2589

DocuSign Envelope ID: 21D45F96-1FD4-4DBD-860B-10B24952EEAE

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:00 PM 12/08/2016
FILED 01:00 PM 12/08/2016
SR 20166976482 - File Number 5459512

# STATE OF DELAWARE
## CERTIFICATE OF AMENDMENT

1. Name of Limited Liability Company:

   Lighthouse Media, LLC

2. The Certificate of Formation of the limited liability company is hereby amended as follows:

   The name of the Limited Liability Company is: RagingBull.com, LLC.

IN WITNESS WHEREOF, the undersigned have executed this Certificate on the ___7th___ day of ___December___, A.D. 2016

By: _Jeff Bishop_____
   Authorized Person(s)

Name: _Jeff Bishop_____
   Print or Type

**Attachment IIII**          PX 27, 2590

**Amendment to**
**Operating Agreement**

THIS AMENDMENT (the "Amendment") to the Operating Agreement of Lighthouse Media, LLC (the "Company") is entered into effective as of February 1, 2014, among the Company and the individuals and entities listed on Schedule A (individually "Member" and collectively referred to as the "Members").

R E C I T A L S

A.    The Members desire to enter into this Amendment as of the date hereof to amend the Operating Agreement dated as of February 1, 2014.

B.    Capitalized terms not otherwise defined in this Amendment shall have their respective meanings as set forth in the Operating Agreement.

**NOW THEREFORE**, for good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, the parties agree as follows:

1.01    Article II of the Operating Agreement is hereby amended to include the following:

2.06    <u>Permissible Activities</u>.  The Company is permitted to engage in the following relating to any of the foregoing, including, without limitation:

(a) to invest and reinvest such portion of the Company's assets directly or indirectly within a broad range of financial instruments, securities and transactions, including, without limitation, equities, options, fixed income, derivatives, swaps, convertible securities of U.S. and non-U.S. issuers, distressed debt securities, trade claims, convertible debt securities, loans secured and unsecured, recourse and nonrecourse to the borrower and guaranteed and non-guaranteed and other instruments (all such items collectively being called herein a "Security" or "Securities");

(b) to utilize a variety of investment techniques including, but not limited to, short selling, purchase and sale writing of options on securities (both covered and naked options), and the use of borrowed funds for investment or leverage purposes;

(c) to engage in such other lawful Securities or other transactions of any kind or nature as the Members may from time to time determine;

(d) to acquire a long position or a short position with respect to any Security and to make purchases or sales increasing, decreasing or liquidating such position or changing from a long position to a short position or from a short position to a long position, without any limitation as to the frequency of the fluctuation in such positions or as to the frequency of the changes in the nature of such positions;

379090.1

- 1 -

**Attachment IIII**             PX 27, 2591

(e) to purchase Securities and hold them for investment; and

(f) to enter into custodial arrangements with banks and brokers, wherever located, regarding Securities owned beneficially by the Company;

**IN WITNESS WHEREOF**, the parties have executed this Amendment as of the date first written above.

Jason P. Bond

MFA HOLDINGS CORP.

By: :
    Name:  Allan Marshall
    Title:   President

SHERWOOD VENTURES, LLC

By:
    Name:  Jeffrey M. Bishop
    Title:  Sole Member

379090.1

- 2 -

**Attachment IIII**          **PX 27, 2592**



**Date:** October 21, 2019                    *For Internal Use Only*

**Title:** Product Matrix (Current)

**Objective:**  List all current product offerings by Raging Bull, including details of each service, price points and where it fits in the overall organization.

***Jason Bond: Co-Founder of Raging Bull (Small Cap Stock Trader and he sells option contracts)***

**Jason Bond Picks**:  Small Cap Swing Trading (Momentum Stocks)

   o  ==Description:==  Jason Bond Picks is based around small cap stock swing trading, with an emphasis on stocks that are priced at $10/share and below.  In this program, swing trading refers to an average hold period of about 3-5 days. The securities Jason is trading in this program are extremely volatile, due to a lack of liquidity and a lack of trading volume.  He is only taking long positions here (buying the stock) he will not short any of these stocks or trade options on them.

   o  ==What's Included?== (Features):

- Jason Bond's Strategy Course
- Penny Stocks 101 Course
- Swing for the Fences (E-Book)
- The Basics of Swing Trading (Video Lesson Series)
- How to Trade Like a Pro (Video Lesson Series)
- The House Always Wins (Video Lesson Series)
- Jason's Portfolio (updates every 5 minutes) displaying all current holdings and their performance
- Trade recommendations: About 5-10 each week (average)
  - Via Text and Email, when to get into each trade and when to sell out.

   o  ==Pricing Options:==

- Retails online for $1497 annually
- $79/30 day trial (renews at $297)
- $297/QTR
- $699/Annual
- $997 LT upgrade (for current members)
- $1500 LT upgrade (for current members)

- $1997 LT upgrade (for current members)

**Weekly Windfalls**:  Selling Options (You are the House!)

o <mark>Description:</mark> Weekly Windfalls is a program focused on selling options (WEEKLY CONTRACTS), which with most online brokers will require Level 3 Options Clearance.  When you sell options (write the contract) the odds of a profitable trade are about 67%-73%, so right off the bat the chances of you consistently hitting winning trades is much higher than most of our other services. Option contracts expire worthless 70%-80% of the time, and since Jason is selling the options, this works in his favor.  Every time the option contracts that Jason sells expires, he will hit a max profit of 100%!

o <mark>Strategies:</mark>

- Credit Spreads, Vertical Spreads, Debit Spreads
- Selling a Bullish Put:  To be profitable on this trade, Jason would need the stock price to INCREASE
- Selling a Bearish Call:  To be profitable on this trade, Jason would need the stock price to DECREASE.

o <mark>What's Included:</mark> (Features)

- Live Portfolio with all current holdings (updated in real time)
- Options Selling Guide:  Jason's had written lessons, designed to educate clients on how to sell options, the pricing mechanics and an overview of Jason's strategy with each of these trades
- Training Videos
- Trade alerts (1-2 new trades per day)
  - Sent via text and email, when to get in and when to get out of each trade)

o <mark>Pricing Options:</mark>

- $1497/Annual
- $2499 LT
- $1000 LT upgrade for all current WWF clients

Jeff Bishop: Co-Founder and CEO of Raging Bull/Head Options Trader

**Total Alpha**:  Options trading encompassing all of strategies

o <mark>Description:</mark>  Total Alpha is Jeff Bishop's options trading service that offers more advanced options strategies in comparison to some of our other services. Not only will he be taking long positions on puts and calls here ("directional option trading") but he will also be using spreads, straddles, iron condors and will even sell option contracts (both naked and covered).  Some of these trades will

require up to level 4 clearance from your online broker.  This is the most advanced service we currently offer for options trading

- ○ ==What's Included?== (Features):

  - Live Portfolio (updated in real time) displaying all current holdings and it also shows you all of Jeff's upcoming (pending) trades that he is considering
  - Stock Options Explained Course:  Jeff's handwritten lessons (with accompanying videos) on how to trade options.
  - Jeff's brand-new training video library
  - Daily Newsletters sent over email giving Jeff's outlook on the markets, macroeconomics conditions to watch, current trades, as well as some insights and education on trading
  - ***NOTE***:  Jeff will not always alert trades via text and email, refer clients to the live portfolio and the transparency that is involved there with all pending and future trades Jeff is looking to enter.

- ○ ==Pricing Options:==

  - $1497/Annual
  - $2499/LT
  - $997 LT upgrade for annual TA members

**Bullseye Trade:**  Options Trading (Directional) – NOTE:  In some cases, this will be included in Total Alpha!!  But it is also sold as its own service

- ○ ==Description:==  This service is designed to offer Jeff's best option pick each week, delivered to client's pre-market, every Monday morning via email.  There is only one trade alerted each week.  These trades will only be recommendations for long positions on puts and calls (Buy to Open/Sell to Close).

- ○ ==What's Included?== (Features):

  - The only guaranteed feature of this service is the weekly email alert each Monday morning (premarket).  Sent out around 9AM EST.

- ○ ==Pricing:==

  - $399/Annual
  - $599 LT

**Attachment IIII**          PX 27, 2595

***Kyle Dennis:  Biotech Stock Expert, Options Trader, former MRM student turned Millionaire Trader***

**Dollar Ace**:  Kyle's newest Options Trading Service (Directional Option Trading)

○  <mark>Description:</mark>  Kyle has developed a proprietary scanner that specifically searches for unusual options activity.  For instance, Kyle is looking for heavy volume traded on specific option contracts in one day.  This will indicate that market participants know that an event will occur that will affect the overall stock price of the company by the expiration date of the contracts that were bought/sold.  Within his scanning, he is specifically looking for options contracts priced at $1 or below and focusing on weekly and monthly contracts.

○  <mark>What's Included?</mark> (Features):

● Kyle's Live Portfolio updated in real time.  Shows all current holdings
● Trade Alert Videos:  Videos that accompany each trade alert, breaking down the trade and Kyle's reason for executing it (about 2-3 minutes long).
● Kyle's Video training library
● Trade alerts
  ○ Sent via text and email, when to enter and when to exit each trade (he will send about 3-5 trade alerts each week)

○  <mark>Pricing:</mark>

● $1497/Annual
● $2499/LT
● $1000 upgrade to LT for current DA members.

**Option Rocket**: Kyle's Original Options trading service, focusing on long positions on puts and calls (Directional Option Trading)

○  <mark>Description:</mark> This is a directional option trading service that Kyle still operates. There are no specific characteristics surrounding the program.  It is very similar to Nathan's Weekly Money Multiplier service and covers all sectors of the market.

○  <mark>What's Included?</mark> (Features):

● IGNITE Options Strategy:  Video lesson series Kyle has put together that breaks down his strategy, step by step
● Live Portfolio, updated in real time
● Kyle's Trading Academy:  Comprehensive educational suite designed to train clients on swing trading, option trading and some background on the biotech sector of the market.
● Trade alerts
  ○ Delivered via email and text, when to enter and when to exit

**Attachment IIII**            **PX 27, 2596**

○ He will typically send about 3 trades per week on average

○ <mark>Pricing Options:</mark>

- $1497/Annual
- $1997/LT
- $599 LT upgrade for current annual members

**FDA Insiders**: Stock Trading Service focused on the Biotech sector of the market (think pharma, medical device, life science companies etc.)

○ <mark>Description:</mark> This is a stock trading service focused on small to mid-cap stocks in the biotech sector of the market.  Kyle is looking to catch momentum swings on these stocks based off FDA testing results (all major pharma and biotech sectors are subject to tests by the FDA before their new products/pharmaceuticals can hit the shelves for consumer use). Whether the FDA decides to pass or fail the company during testing, there are ripple effects in relation to the overall price of the stock.  Pass=upward swing in the stock. Fail=downward swing in the stock.  Kyle wants to capture these entries at the perfect time.

○ <mark>What's Included</mark>? (Features):

- Weekly Watch Lists: stocks to watch for the upcoming trading week
- Video Watch List:  Video version of Kyle's Weekly Watch list with more insights into the stocks he is suggesting keeping an eye on
- Portfolio that updates every 5 minutes, displaying all current holdings and their performance
- Kyle's Trading Academy
- Trade alerts
  ○ Delivered email and text, when to buy and when to sell for each trade
  ○ Typically sends 3-5 trades per week

○ <mark>Pricing Options:</mark>

- $297/QTR
- $799/Annual
- $1497/LT

**Sniper Report**:  Research oriented service, focused on long term stock trading and monthly research briefings about emerging technology, cannabis and other emerging sectors in the market

○ <mark>Description:</mark>  This is a front-end service focused on monthly research reports written by Kyle and distributed to members.  The strategy here is Buy and Hold, Kyle is looking for long term growth in all the trades he makes in this service.  He

is looking for emerging technology stocks that are on the brink of innovative breakthroughs that will carry the stock much higher in the next few years.

- o ==What's Included==? (Features):

  - Monthly Research reports
  - Access to Kyle's portfolio, updated every 5 minutes
  - Monthly VIP Videos
  - Kyle's Trading Academy
  - Trade alerts
    - Sent via text and email, when to get in and when to get out
    - Typically sends around 1 trade alert per month.

- o ==Pricing Options:==

  - $97/annual
  - $297/LT

***Nathan Bear:  Options Trader, former MRM client turned Millionaire Trader***

**Weekly Money Multiplier**: Options trading service, originally crafted by Jeff Bishop, who has now turned the reigns over to Nathan Bear.  Directional option trading service (long positions on puts and calls)

- o ==Description:==  This is a directional options trading service, that has been a staple of our company since the beginning.  This is Jeff's original service that has now been passed to Nathan to take over long term.  Its focused solely on buying option contracts, either puts or calls.  Nathan trades monthly contracts, so your typical hold period is anywhere from a few days to three weeks.  He is swing trading these options.  Nathan is a Fibonacci trader (he looks for patterns, TPS-Trend-Patter-Squeeze, to determine his ideal entries on each trade)

- o ==What's Included?== (Features):

  - Nathan's live portfolio, updated in real time
  - Jeff Bishop's Stock Options Explained course
  - Live Weekly training with Nathan Bear for all members (archived on the dashboard for later viewing)
  - Jeff's Options Mastermind video library
  - Nathan's portfolio update videos
  - Nathan's training video library
  - Trade alerts
    - Delivered via text and email, when to get into each trade and when to get out

- o Pricing:

  - $499/QTR
  - $999/annual
  - $1497/annual
  - $2499/LT
  - $999 upgrade to LT for current members

**Davis Martin:  The SPY (S&P 500 Index ETF) Day Trader, Options trader**

<span style="color:red">**Daily Deposits (Daily Profit Machine) & Overnight Installments**</span>:  This is an options trading service focused specifically on trading the SPY.  Davis day trades these weekly option contracts, looking to enter and exit the trade in the same trading day.

- o <mark>Description:</mark> This is one of our only true "day trading" services.  Davis is only focused on trading options on the SPY.  The SPY is the ticker symbol for the S&P 500 Index ETF.  The S&P 500 is one of the most important indexes in the world, comprised of the 500 highest rated stocks, according to the Standard and Poor's Credit Rating agency.  This also happens to be one of the most liquid indexes to trade, due to the heavy amount of trading volume that occurs on this index and its individual stocks day in and day out.  The high liquidity allows for easy entries and exits, as there is always demand for stocks and options that are being traded on this index.

- o <mark>Strategy:</mark>  Davis determines his entries using the 10 and 20 Exponential Moving Average lines on his charts, he is looking for specific crossovers and patterns in relation to these two trend lines

- o <mark>What's Included?</mark> (Features):

  - Trade Alerts:
    - o Davis sends his initial trade alert each morning via email at 9AM EST.
    - o Once Davis's trade plan is triggered, he will alert the members via text and email, explaining his entry and the price of the contract he bought (either a put or a call).
    - o He does not alert the exit, but he does send an email recapping the trade and his performance
  - Overnight Installments:
    - o This is the newest feature of Davis's program and focuses on longer hold trades, that are not necessarily related to the SPY.  Davis will alert 1-3 of these trades each week, with the intent of holding them overnight before exiting the position.  These are directional option trades (long positions on puts and calls).  These alerts are alerted via email and text, when to get in and when to get out.

- Premarket Videos:
  - Davis sends out premarket videos each morning, breaking down his research and where he envisions the SPY to open once the opening bell rings
- Video Lessons:
  - Davis has a full video lesson series available to members, breaking down his strategy and how he determines his entries and exits based on his charts and use of trend lines
- Pricing Options:
  - $297/QTR
  - $799/Annual
  - $1497/LT
  - $699 LT upgrade for current annual members

**_Ben Sturgill:  IPO Trader:_**

**IPO Pay Day**:  This is a service based around IPO's (Initial Public Offering).  An initial public offering is exactly what it sounds like, it is the first day that shares of a newly listed public company are offered to the public for purchase.  With most IPO's, there is heavy initial trading volume and a high level of volatility.  This allows Ben to capture the swings and profit off these trades quickly.

- ○ ==Description:== IPO Payday is all based around a calendar.  Before a company can go public, they first need to announce their intent to do so and hire banks and lawyers to determine where they will price their shares, and how many shares they will be offering.  Ben will send all members a calendar with the following items:  When the company filed its IPO, the day it will start trading, when option contracts will be available to trade on this newly listed stock and the date the lock up period ends (this allows insiders of the company to sell the shares they have accumulated while the company was still a private firm).  Ben will also send an executive summary of each IPO, breaking down the details for clients so they are fully prepared for each launch.

- ○ ==What's Included?== (Features):

  - A trading plan sent by Ben to all clients determining his action on each IPO
  - This will determine IF and HOW he will trade each IPO
  - This will be based off a Red Light, Yellow Light, Green Light System
  - Red Light - - not planning to trade the IPO currently
  - Yellow Light – keeping an eye on initial performance, will determine if it is an appropriate play after a few days/weeks of trading
  - Green Light – he WILL trade this IPO
  - Ben's Live Portfolio, updated in real time

- Trade alerts
  - Delivered via email and text, when to get into each trade and when to exit each trade.
- Pricing Options:
  - $999/Annual
  - Additional $999 for LT (Total $1998)

***Jeff Williams:  Penny Stock Expert, former elementary school teacher (similar story to Jason Bond)***

**SuperNova/Boost:**  This service is based around penny stock trading

o  <mark>Description:</mark> Penny stocks typically go for $2 and below per share.  Like Jason Bond Picks, these securities are extremely illiquid due to a lack of trading volume on them during market hours.  This directly affect the stock's volatility.  With illiquid securities, you will always have more volatility and more dramatic swings in price.  These stocks are all listed on major exchanges, so they are not pink sheets (think Wolf of Wall Street if you need a reference as to what a pink sheet is).  The overall health of the market has very little impact on penny stocks, so whether the market is up or down, that does not necessarily mean that penny stocks will be affected in the same fashion.

o  <mark>What's Included?</mark> (Features)

- Live Chatroom where Jeff trades live daily, at 3:30 PM EST
- Jeff's trade of the day comes out at 3:30 PM EST, every day, and he will be in his chatroom during that time, trading the pick live with all members.
- Live portfolio, updated in real time
- Video Watch Lists
- Penny Stock Millionaire (Beginner's Guide)
- Innovative Trading Tools (Intermediate Guide)
- Small Account Success (Advanced Guide)
- Supernova Video Library series (training videos updated weekly)
- The Pot Report (Don't get too excited Teddy)
- Trade alerts
  - Delivered via email and text
  - When to get in and out of each trade

o  <mark>Pricing Options:</mark>

- $799/Annual (Profit Prism/Penny Pro)
- $799/ (Profit Prism/ Penny Pro → SuperNova) Upgrade
- $1499/Annual
- $2499/LT
- $1000/ Upgrade from Annual to LT

***Dave Lukas:  Real Estate Investor turned option trader***

**Option Profit Planner**: Dave Lukas sells options (vertical and credit spreads) very similar to Jason in WWF, however he is on much longer cycles.  He is selling contracts that expire 6 months out, with a typical hold period of 2.9 months on average

- Description:
    - This is a newsletter service with trades and educational videos, released at 5pm EST to all members every Sunday of each week.
    - These orders are placed on Sunday Night!

- What's Included:
    - Video analysis
    - Market commentary
    - Trade positions
    - Friday Training Presentations

- Education:
    - Simple moving average line breakdown and how he uses these trend lines to determine proper entries
    - How to set up your scanner to find the best trades
    - Factor Energy Theory
    - He sells out of the money options, about 30% below the "In the Money" puts.
    - Learning Curve?
        - 1 month, Dave teaches each week

- Statistics:

91% of all trades he executes turns a profit
    - 6% return on risk
    - Level 3 options clearance is required by most brokers to trade these options
    - This is a risk averse strategy with very little drawdown

- Positions:
    - Dave will add 8-10 new positions each month and hold 20-30 open positions at any given time

**Attachment IIII**          **PX 27, 2602**

o    Pricing:
     $999/annual
     $999/LT (additional, for current clients)

**Social Media Integration (Marvin/ ELliott) :**

If you have a customer that wants to ask "Jason", "Jeff", "Kyle" a question these are the links to their respective messengers

m.me/WeeklyMoneyMultiplier

m.me/JasonBondPicks

m.me/kylewdennis

team at m.me/ragingbulltrading

**Attachment IIII**          **PX 27, 2603**

**Option Level Clearances from Brokerage Houses and what you can/cannot do with each designation:**

**Level One:** This allows you to trade cash-backed trades such as calls and puts and that are not bought on margin. You can also write covered calls. To get this type of permission you must have the stocks already in your account and the only options you can buy, or sell are those of the stocks you already own. Also, the number of options contracts you can buy, or sell is limited to your long stock position. This means that if you own 100 shares of ABC, you can only trade one ABC option for each 100 shares of ABC that you own.

**Level Two:** This gives you Level One capability and also allows you to trade any number of puts or calls that you want (as long as you have the cash or margin buying power), including options on stocks, ETFs, or the indexes.

**Level Three:** This level of approval allows you do everything you can in Level Two and to trade *spreads*. You cannot do anything *naked* such as uncovered shorting.

**Level Four:** This grants you options approval for everything in Level Three and allows you to write naked calls and naked puts.

**Attachment IIII**                    PX 27, 2604

Webinar/ EBOOK Links

RagingBull Options Trading Library

Guru Service FQ&A

Note and Transfer Policy

Testimonial Chat Pulls

Service Testimonials - Check Slack Channels

## The Basics of Trading a Stock - Order Types

***CANNED RESPONSES***

Dear Irina,

Thank you for your purchase of the upgrade to Millionaire Roadmap.  I am pleased I was able to assist you in this purchase. I wish you great success with your Raging Bull service and am ready to help you in any way I can.

In addition, I am available to you to answer any questions you might have about your current service or any future services.  I would appreciate a call if you are contemplating another service.  I will do my best to bring you any discounts or special offers that are available.

Good luck and great trading,

Jeff

**Attachment IIII**       PX 27, 2605

Jeffrey Dean Brown
VIP Services
**Ragingbull.com**
603 263-6414 *primary*



**Ragingbull** ⌄

🔍 Search...

📢 Feedback about this page?   🔔   ❓   👤

- 🏠 Home
- 💳 Payments
- ⇅ Balance
- 👤 Customers
- 🏷 Products
- **Reports**

- 🖊 Atlas
- ⦾ Radar
- 💧 Sigma
- ◉ Billing
- ☁ Connect
- 🖨 Terminal

- 💬 Support
- 📷 Developers
- ○ View test data

- ⚙ Settings

| Aug 2019 ⇅ | Aug 1, 2019 → Aug 31, 2019 |

### Activity summary
Provides a breakdown by reporting category for your activity, including all transactions except for payouts. Itemized downloads include attribution dates, related charge IDs, customer IDs, etc.

↓ Download...

| | | |
|---|---|---|
| Charges ℹ | Count | 6,217 |
| | Gross amount | $8,682,994.97 |
| Refunds ℹ | Count | 429 |
| | Gross amount | -$457,888.21 |
| Disputes ℹ | Count | 50 |
| | Gross amount | -$53,333.12 |
| | Fees ℹ | -$750.00 |
| Dispute reversals ℹ | Count | 18 |
| | Gross amount | $25,762.00 |
| | Fees ℹ | $270.00 |
| Additional Stripe fees ℹ | Count | 140 |
| | Gross amount | -$74,930.60 |
| Network costs ℹ | Count | 73 |
| | Gross amount | -$176,602.16 |
| Net activity | 6,927 | $7,945,522.88 |

**Attachment IIII**

**PX 27, 2607**



**Ragingbull** ⌄

- Home
- Payments
- Balance
- Customers
- Products
- **Reports**
- Atlas
- Radar
- Sigma
- Billing
- Connect
- Terminal
- Support
- Developers
- View test data
- Settings

Search...

Feedback about this page?

Sep 2019 ⇅   Sep 1, 2019 → Sep 30, 2019

## Activity summary

Provides a breakdown by reporting category for your activity, including all transactions except for payouts. Itemized downloads include attribution dates, related charge IDs, customer IDs, etc.

↓ Download...

| | | | |
|---|---|---|---|
| Charges | Count | 5,020 | |
| | Gross amount | | $5,563,751.04 |
| Refunds | Count | 411 | |
| | Gross amount | | -$471,285.00 |
| Disputes | Count | 48 | |
| | Gross amount | | -$57,402.68 |
| | Fees | | -$720.00 |
| Dispute reversals | Count | 33 | |
| | Gross amount | | $24,513.36 |
| | Fees | | $495.00 |
| Additional Stripe fees | Count | 136 | |
| | Gross amount | | -$50,866.01 |
| Network costs | Count | 69 | |
| | Gross amount | | -$109,231.71 |
| Net activity | | 5,717 | $4,899,254.00 |

**Attachment IIII**

**PX 27, 2608**



**PX 27, 2609**



**PX 27, 2610**

| From: | Suz Kenney |
|---|---|
| To: | Deidra Olds; Tracy Effertz |
| Cc: | Kayla Murphy; Merchant_Services; Rob Leary |
| Subject: | RE: Industry Inquiry - Investment Education/Publisher |
| Date: | Friday, January 3, 2020 5:34:37 PM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |
| | image009.png |
| | image010.png |
| | image011.png |
| | image012.png |
| | image013.png |
| | image014.png |
| | image015.png |
| | image016.png |
| | image017.png |
| | image018.png |
| | image019.png |
| | image020.png |
| | image022.png |
| | image023.png |
| | image024.png |
| | image025.png |
| | image026.png |
| | image027.png |

Hi Deidra,

Thank you so much. We will put together a full package to submit for concurrence.

In regards to the processing gap, this is an error that occurred in the Excel spreadsheet that was used to track ratios, and all processing history is actually from 2019. We will be sure to include all of the processing history in the file and will update the Processing Summary accordingly.

Thanks again!



**Suz Kenney**
SAP Underwriter

T (877) 462-7486 Ext:4745



This e-mail message and any attachments are strictly confidential and may contain information that is exempt from disclosure under applicable law. If you are not the intended recipient, please immediately notify the sender by return e-mail and then delete the e-mail. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

**From:** Deidra Olds [mailto:Deidra.Olds@esqbank.com]
**Sent:** January 3, 2020 3:12 PM
**To:** Tracy Effertz
**Cc:** Kayla Murphy; Merchant_Services; Suz Kenney; Rob Leary
**Subject:** RE: Industry Inquiry - Investment Education/Publisher

[External email -- Courriel externe]

Hi Tracy,

Performed a google search of the merchant and Jason Bond. I found the following:
- The merchant has multiple websites.  Please provide a list of all websites.
- Why were Nov, Dec 17 and Jan 18 processing history and then Aug, Sept and Oct 2019 processing provided. Why such a gap?

At this time we will move forward.  Please provide all the bank statements and processing statements for all the merchant's businesses and websites in addition to the due diligence.  Thanks.

Regards,
Deidra

**From:** Tracy Effertz <teffertz@nuvei.com>
**Sent:** Friday, January 3, 2020 3:38 PM
**To:** Deidra Olds <Deidra.Olds@esqbank.com>
**Cc:** Kayla Murphy <kmurphy@nuvei.com>; Merchant_Services <MerchantServices@esqbank.com>; Suz Kenney <skenney@nuvei.com>; Rob Leary <rleary@nuvei.com>
**Subject:** RE: Industry Inquiry - Investment Education/Publisher

Hi Deidra,

Happy New Year to you. Do we have any updates on this account? We are in a time crunch unfortunately as we may lose them to competition and are hoping for some news. 😊

Thank you so much!



**Tracy Effertz**
Senior SAP Underwriter

T (877) 462-7486  Ext:8730



This e-mail message and any attachments are strictly confidential and may contain information that is exempt from disclosure under applicable law. If you are not the intended recipient, please immediately notify the sender by return e-mail and then delete the e-mail. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

---

**From:** Suz Kenney
**Sent:** January 2, 2020 10:31 AM
**To:** Kayla Murphy: Deidra Olds: Merchant_Services
**Cc:** Rob Leary
**Subject:** RE: Industry Inquiry - Investment Education/Publisher

Hello Deidra,

In Kayla's absence, I am checking in to see if there is a status update regarding the industry inquiry for Ragingbull.com LLC.

Please let me know if I can provide anything additional to assist in the review.

Thank you!



**Suz Kenney**
SAP Underwriter

T (877) 462-7486 Ext:4745



This e-mail message and any attachments are strictly confidential and may contain information that is exempt from disclosure under applicable law. If you are not the intended recipient, please immediately notify the sender by return e-mail and then delete the e-mail. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

---

**From:** Kayla Murphy
**Sent:** December 27, 2019 12:42 PM
**To:** Deidra Olds: Suz Kenney: Merchant_Services
**Cc:** Rob Leary
**Subject:** RE: Industry Inquiry - Investment Education/Publisher

Deidra,

Please see attached.  I was able to get November statements as well as reporting showing the chargeback reason codes per month.



**Kayla Murphy**
Director, SAP Underwriting

T (877) 462-7486 Ext:4675



This e-mail message and any attachments are strictly confidential and may contain information that is exempt from disclosure under applicable law. If you are not the intended recipient, please immediately notify the sender by return e-mail and then delete the e-mail. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

---

**From:** Deidra Olds <Deidra.Olds@esqbank.com>
**Sent:** Thursday, December 26, 2019 9:51 AM
**To:** Kayla Murphy <kmurphy@nuvei.com>; Suz Kenney <skenney@nuvei.com>; Merchant_Services <MerchantServices@esqbank.com>
**Cc:** Rob Leary <rleary@nuvei.com>
**Subject:** RE: Industry Inquiry - Investment Education/Publisher

[External email -- Courriel externe]

Hi Kayla,

**Attachment IIII**          **PX 27, 2612**

We are still researching this, however I hope to have a response to you no later than tomorrow.  Did this merchant provide November processing statements?  Please provide the metrics when you get a moment.  Also, what are the chargeback reason codes?  Thanks.

Regards,
Deidra

---

**From:** Kayla Murphy <kmurphy@nuvei.com>
**Sent:** Thursday, December 26, 2019 10:13 AM
**To:** Suz Kenney <skenney@nuvei.com>; Merchant_Services <MerchantServices@esqbank.com>
**Cc:** Deidra Olds <Deidra.Olds@esqbank.com>; Rob Leary <rleary@nuvei.com>
**Subject:** RE: Industry Inquiry - Investment Education/Publisher

Good morning!  Hope everyone had a great holiday!  Just wondering if Esquire has had time yet to review this inquiry.

Thank you,


**Kayla Murphy**
Director, SAP Underwriting



T (877) 462-7486 Ext:4675

This e-mail message and any attachments are strictly confidential and may contain information that is exempt from disclosure under applicable law. If you are not the intended recipient, please immediately notify the sender by return e-mail and then delete the e-mail. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

---

**From:** Suz Kenney <skenney@nuvei.com>
**Sent:** Friday, December 20, 2019 12:35 PM
**To:** merchantservices@esqbank.com
**Cc:** Deidra Olds <Deidra.Olds@esqbank.com>; Kayla Murphy <kmurphy@nuvei.com>; Rob Leary <rleary@nuvei.com>
**Subject:** Industry Inquiry - Investment Education/Publisher

Hello!

Will Esquire consider merchants that offers investment education/training services?

We received a large submission ($3MM monthly volume) for Ragingbull.com LLC, who sells multiple investment training products through their website and via MOTO sales. Their URL is www.ragingbull.com

The merchant is not a registered Investment Advisor through the SEC due to the fact that they qualify as a Publisher, per the following SEC guidelines:

> "Publishers are excluded from the Act, but only if a publication: (i) provides only impersonal advice (i.e., advice not tailored to the individual needs of a specific client); 27 (ii) is "bona fide," (containing disinterested commentary and analysis rather than promotional material disseminated by someone touting particular securities); and (iii) is of general and regular circulation (rather than issued from time to time in response to episodic market activity)." (https://www.sec.gov/about/offices/oia/oia_investman/rplaze-042012.pdf)

The merchant's services do include "watchlists" of trades and visibility into the Trainers' trade picks, but all education/training is impersonal and not tailored to any specific student. The merchant also sends out newsletters on a regular basis; these are not circulated in response to market activity.

Below are examples of a few of the training products offered:

- Smoke Signals - https://app.ragingbull.com/checkout/package/smoke-signals-promo-night?utm_source=internal-matrix&utm_medium=nhc-live&utm_campaign=smoke-signals-live-checkout&utm_content=smoke-signals-live-checkout-12_19_19&utm_term=nhc
- Weekly Money Multiplier - https://app.ragingbull.com/checkout/xCMAZ88C6YuofNnUt515
- Jason Bond Picks - https://app.ragingbull.com/checkout/jbp-yr

The merchant is currently processing through Stripe, who allows all of their marketing sites for different products to redirect to the main URL (www.ragingbull.com). However, the merchant is in the process of cleaning up their traffic/marketing tactics so that all payments are made on the main URL with no redirects.

Below is the merchant's Stripe processing history from the past six months:

| Previous Processor | Stripe | | | | | | | | | | |
| Merchant: | Ragingbull | | | | | | | | | | |

| Month | $ Sales | # Sales | A/T | $ Credits | Credit Ratio ($) | # Credits | Credit Ratio (#) | $ Cbks | Cbk Ratio ($) | # Cbks | Cbk Ratio (#) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Oct-19 | $5,778,508 | 7894 | $732 | $429,105 | 7.43% | 456 | 5.78% | $53,299 | 0.92% | 38 | 0.48% |
| Sep-19 | $6,092,439 | 5479 | $1,112 | $471,285 | 7.74% | 411 | 7.50% | $57,402 | 0.94% | 48 | 0.88% |
| Aug-19 | $9,194,216 | 6696 | $1,373 | $457,888 | 4.98% | 429 | 6.41% | $53,333 | 0.58% | 50 | 0.75% |
| Jan-18 | $6,895,979 | 5467 | $1,261 | $261,305 | 3.79% | 306 | 5.60% | $77,547 | 1.12% | 77 | 1.41% |
| Dec-17 | $4,650,689 | 5492 | $847 | $141,250 | 3.04% | 222 | 4.04% | $30,719 | 0.66% | 42 | 0.76% |
| Nov-17 | $3,615,623 | 4004 | $903 | $133,293 | 3.69% | 190 | 4.75% | $22,141 | 0.61% | 23 | 0.57% |
| Average | $6,037,909 | 5,839 | $1,034 | $315,688 | 5.23% | 336 | 5.75% | $49,074 | 0.81% | 46 | 0.79% |

As you can see, the current volume is much higher than the requested volume. If approved, the merchant plans to initially only move a portion of their volume over to Nuvei. At a later date, they plan to remove the remainder of their volume over and have confirmed that they will notify Nuvei before doing so.

Please let me know if I can provide any additional information for consideration.

Thank you,



**Suz Kenney**
SAP Underwriter

T (877) 462-7486 Ext:4745



This e-mail message and any attachments are strictly confidential and may contain information that is exempt from disclosure under applicable law. If you are not the intended recipient, please immediately notify the sender by return e-mail and then delete the e-mail. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

**Please consider the environment before printing this email.**
*Confidentiality Notice: The information contained in this e-mail and any attachments are privileged, confidential and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete it from any drives or storage media and destroy any printouts of the e-mail and attachment.*
**Please Note: Emails sent to this address may be read by a designated Esquire Bank employee.**

| | |
|---|---|
| **From:** | Suz Kenney |
| **To:** | Mary Donovan; Sherry Bonaparte; Brittany Swanda |
| **Cc:** | SAPesc; David Whitely; Kayla Murphy; Rob Leary |
| **Subject:** | RE: Approval Request - RagingBull.com |
| **Date:** | Monday, March 23, 2020 9:55:49 AM |
| **Attachments:** | image016.png |
| | image017.png |
| | image018.png |
| | image019.png |
| | image020.png |
| | image007.png |
| | image009.png |
| | image011.png |
| | image013.png |
| | image015.png |

Good Morning Mary,

I notated in my Executive Summary that the merchant only plans to move $3MM of their volume over to Nuvei at this time, and they will keep their existing Stripe account open for the remainder of their volume. Once their Nuvei account is successfully up and running, the merchant plans to move their remaining volume over to eventually process up to $7MM per month.

The merchant has updated their website to remove all mentions of 'lifetime' memberships. Below are the updated checkout links for the products that previously had this wording:

Daily Profit Machine – https://app.ragingbull.com/checkout/package/daily-deposits
Sniper Reports – https://app.ragingbull.com/checkout/package/sniper-report
Weekly Money Multiplier – https://app.ragingbull.com/checkout/package/wmm-strategy-site?utm_source=wmm&utm_medium=homepage&utm_content=click-from-wmm-homepage?utm_source=wmm&utm_medium=menu&utm_content=click-from-wmm-menu

Please let me know if I can provide anything else to assist in the review.

Thank you,



**Suz Kenney**
SAP Underwriter



**T** (877) 462-7486 Ext:4745

This e-mail message and any attachments are strictly confidential and may contain information that is exempt from disclosure under applicable law. If you are not the intended recipient, please immediately notify the sender by return e-mail and then delete the e-mail. If you are not the intended recipient, you are hereby no ified that any dissemination, distribution or copying of  his communication is strictly prohibited.

**From:** Mary Donovan [mailto:Mary.Donovan@esqbank.com]
**Sent:** March 18, 2020 9:10 AM
**To:** Suz Kenney; Sherry Bonaparte; Brittany Swanda
**Cc:** SAPesc; David Whitely; Kayla Murphy; Rob Leary
**Subject:** RE: Approval Request - RagingBull.com

**Attachment IIII**           **PX 27, 2615**

[External email -- Courriel externe]

Good afternoon,

Please see application status below:

| fNoteSub | | | |
|---|---|---|---|
| Date | Note By | Note | Status |
| 3/18/2020 11:58:26 AM | Donovan | Pending – Please advise when lifetime membership is removed, not acceptable. Please clarify the $3M M/V requested, as the Stripe processing indicates an amount over $6.4M. | Pending |

Regards,

**From:** Suz Kenney <skenney@nuvei.com>
**Sent:** Thursday, March 12, 2020 1:01 PM
**To:** Merchant_Services <MerchantServices@esqbank.com>
**Cc:** SAPesc <SAPesc@merchant-support.com>; David Whitely <dwhitely@nuvei.com>; Kayla Murphy <kmurphy@nuvei.com>; Rob Leary <rleary@nuvei.com>
**Subject:** Approval Request - RagingBull.com

Hello,

We are looking to board this account. This merchant sells investment education services. Please see below profile and find the attached documentation supporting approval:

**Years in Business:** 6 years
**Industry Type:** Investment Education
**Monthly Volume:** $3,000,000
**Estimated Exposure:** $2,049,900
**Risk Mitigation:** 10% reserve capped at $1,500,000

Please let me know if you have any questions.

Thank you,



**Suz Kenney**
SAP Underwriter

T (877) 462-7486 Ext:4745



This e-mail message and any attachments are strictly confidential and may contain information that is exempt from disclosure under applicable law. If you are not the intended recipient, please immediately notify the sender by return e-mail and then delete the e-mail. If you are not the intended recipient, you are hereby no ified that any dissemination, distribution or copying of  his communication is strictly prohibited.

**Please consider the environment before printing this email.**

*Confidentiality Notice: The information contained in this e-mail and any attachments are privileged, confidential and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete it from any drives or storage media and destroy any printouts of the e-mail and attachment.*

**Please Note: Emails sent to this address may be read by a designated Esquire Bank employee.**

**Attachment IIII**

**PX 27, 2617**

**JASON BOND PICKS**
winning small cap swing trades

ARTICLES

REGISTER FOR FREE TRAINING

# Don't Just Beat the Market, Crush It!

Let's put the power in your hands. I do the work, find, and reveal up to 10 simple trades each week that can make you a killing. Learn my system. Trade my system. Keep all the profits.

JOIN NOW     LEARN MORE     WATCH VIDEO






Verified results     Verified results     Verified results     Verified results

JASON BOND PICKS

## 3 Step Process



**STEP 1**
Dial in On 7 Core Video Lessons

**STEP 2**
Jumpstart Each Day with My Daily Watchlist Primer

**STEP 3**
Get My Real-Time Trade Alerts Sent Via SMS & Email

JOIN NOW     LEARN MORE



## Join My Community

FROM $250K IN DEBT TO STOCK TRADING MILLIONAIRE

## Here's How I Did It



## Because of our crazy story, we've been all over the media—including Time Square!

-$250,000 IN DEBT     FOUND A MENTOR: JEFF BISHOP     BECAME A MILLIONAIRE     SECURING MY SON'S FUTURE     SHARING THE WEALTH     LARGER THAN LIFE!

## Jason Bond has been featured on

 
  



WANT TO LEARN MORE?

## Let's Get Started

FIRST NAME     PHONE     EMAIL

GET STARTED

JASON BOND PICKS     JOIN MY COMMUNITY

©2020 Jason Bond Picks. All Rights Reserved. 62 Calef Hwy #233 Lee, NH 03861 · 1-833-265-3270

Home  |  Login  |  Articles  |  Terms & Conditions  |  Privacy Policy  |  Refund Policy  |  Affiliates  |
Contact Us



## JASON BOND PICKS
winning small cap swing trades

# Don't Just Beat the Market... *Crush It*

## Start Trading Like A Pro... with **Jason Bond Picks**

*"My family purchased a subscription and have never regretted it, we have learned so much and made gains we never thought we could. Thank you Mr. Bond."* - William M.

### Your Jason Bond Picks subscription includes immediate access to:

- **Trading Strategy Course:** Jason walks you through his trading method. Includes lifetime access to these powerful educational resources!

- **Jason's Daily Trading Watchlist:** Jason's trading strategy for each trading day and the trades he is looking at.

- **Video Training Bundle:** *The Basics of Swing Trading, Penny Stocks 101, The House Always Wins, Stock Options Explained* (this package alone previously sold for $4,996!)

- **Real-Time Trade Alerts:** SMS alerts of all Jason's buys and sells as they happen.

- **Live Portfolio:** Access to Jason's live portfolio on-screen in real-time – so you can see how my trades affect my portfolio as a whole.

- **Access to Jason's Tools for Trading:** Jason shares details of the tools he personally uses, all of which are designed to help you become a better, more confident, and in-the-know trader!

- **Day Trading Playbook:** You've probably heard of success stories of great traders, and wondered how you could get into it, how you could potentially change your future, use your profits as a nest egg for retirement, or vacations, or your kid's education. Let Jason teach you how.

- **Investor Updates:** In addition to SMS updates Jason emails his ideas, thoughts, and commentary with every major trading development, along with potential trades he is following and that could turn into the next big winner!

- **Watch a Real $ Trader:** See exactly how Jason trades up to 10 simple trades each week.

- **Gain:** The knowledge and expertise from a real trader, first hand, and learn to trade with Jason's system. Become a better, more confident trader. Learn how to manage investment risk and make the kinds of trades Jason personally used to make massive financial profits from your own trades!

Already, a number of *Jason Bond Picks* subscribers have used what they learned to make their own massively successful trades and bring home the profits of their trades, or even paying for the cost of their subscription!

### Receive an instant $5,095 discount right now off the regular full price!

**That means that you can claim your *Jason Bond Picks* membership today for only $1,497!**

*"Jason Bond is REAL! I've been following some of Jason's trades... The teaching method and instruction is impeccable and easy to follow. I am thankful to have discovered Jason's excellent program!"* - Jeff W.

*"4 out of my last 5 trades have made me $$$. Was skeptical at first but I have fully recovered my membership fee after 3 trades. Highly recommend!"* - Ian A.

**If you prefer to place your order by phone or have any questions, our VIP Concierge Team are here to serve you, 24/7 at 833-785-0452**

Refund Policy: Jason Bond Picks delivers time-sensitive training and education, and thus a strict "no refund" policy is in place. If you wish to stop your service, please cancel prior to the renewal date listed on your profile to avoid renewing. Cancelling on/after the renewal date is considered a late cancellation and does not constitute a refund



**1** REVIEW
**Your Order**

JASON BOND PICKS

Your **Jason Bond Picks** subscription includes immediate access to:

| | |
|---|---|
| Video Training Collection | ~~$4,996~~ $0 |
| Jason Bond Picks Subscription | ~~$1,596~~ $1,497 |

You are saving $5,095!

**Total: $1,497**

**2** ENTER YOUR
**Account Details**

LOGGED IN AS
**Buttercup Dayton**
adixwood@gmail.com

**3** ENTER YOUR
**Credit Card Details**

Card number          MM / YY

Buttercup Dayton

Address 1

Address 2

City

State/Province

United States ▾

Zip Code

**ADD CARD**

**4** **Place Your Order**

JASON BOND PICKS

Your **Jason Bond Picks** subscription includes immediate access to:

| | |
|---|---|
| Video Training Collection | ~~$4,996~~ $0 |
| Jason Bond Picks Subscription | ~~$1,596~~ $1,497 |

You are saving $5,095!

**Total: $1,497**

Your subscription will automatically renew at $1,497 **every year** unless you cancel your subscription PRIOR to your renewal date. Your first renewal will take place on the **6th of March 2021**.

SECURE PAYMENT   Safe & Secure SSL Encrypted

**PLACE MY ORDER**

Terms & Conditions

RagingBull.com, LLC owns and maintains the website known as JasonBondPicks.com ("the Site") subject to your compliance with the terms and conditions set forth in this Agreement. By using the Site, you agree to be bound by these terms and conditions. If you do not

Copyright © Raging Bull. All Rights Reserved.   Disclaimer   Terms & Conditions   Refund Policy

Address: 62 Calef Hwy. #233 Lee, NH 03861

Questions? Call our VIP Concierge Team on standby: 833-785-0452

**Attachment IIII**

PX 27, 2619

| 2018 | Federal Statements | Page 1 |
| --- | --- | --- |

**Ragingbull.com, LLC**

**Statement 1**
**Form 1065, Line 20**
**Other Deductions**

**Statement 2**
**Form 1065, Schedule K, Line 11**
**Other Income (Loss)**

**Statement 3**
**Form 1065, Schedule K, Line 13a**
**Charitable Contributions**

**Statement 4**
**Form 1065, Schedule K, Line 20c**
**Other Reportable Items**

DocuSign Envelope ID: 239E6398 90A8 49D7 AEA0 E783761E8909

# MERCHANT PROCESSING APPLICATION AND AGREEMENT (Page 1 of 5)

**Bank of America** Merchant Services

## COMPLETE SECTIONS (I-II)

Merchant #: _____

TeleCheck Subscriber #: _____   Add'l TeleCheck Product Subscriber #: _____   Loc. 1 of 1

BAMS(SNAP)1605   **(I) TELL US ABOUT YOUR BUSINESS**   BAMS(SNAP)1702

Client (Your Business LEGAL Name):   Store #:
LightHouse Media LLC

☐ Same as Legal Name *or* Provide DBA/Outlet Name:   First/Last Contact Name:
www.jasonbondpicks.com   Matt Watabe

| (No P.O. Box) Legal Address: | Suite #: | City: | State: | Zip Code: |
|---|---|---|---|---|
| 835 E LAMAR  NUM 263 | | ARLINGTON | TX | 76011 |

| (No P.O. Box) DBA Address: | Suite #: | City: | State: | Zip Code: |
|---|---|---|---|---|
| 835 E LAMAR  NUM 263 | | ARLINGTON | TX | 76011 |

Your Business Phone:   ☐ Same as Business Phone *or*
8556774440   Merchant's Customer Service Phone: 8556774440

Your Fax Phone:   Select One for Retrieval Requests:
☐ (02) Dedicated 24 Hour Fax   X☐ (03) No fax; mail   ☐ (05) eIDs

Your E-Mail Address: *(Required for IP or TeleCheck)*   Your Customer Service E-Mail Address:   Website Address:
jeff@bishop.me   www.jasonbondpicks.com

## (2) MASTERCARD* / VISA* / DISCOVER* / AMERICAN EXPRESS* ONEPOINT

| | | |
|---|---|---|
| Your Total Cash and Credit Sales: *(For All Outlets)* | $ 2,500,000.00 | Estimated MasterCard/Visa Average Ticket/Sales Amount: $ 300.00 |
| | | Estimated Discover Average Ticket for this Outlet: $ 300.00 |
| Total Annual MasterCard/Visa Volume: *(For All Outlets)* | $ 2,400,000.00 | Estimated American Express Average Ticket for this Outlet: $ 300.00 |
| | | Annual MasterCard/Visa Volume for this Outlet: *(For Multiple Outlets Only)* $ |
| Total Annual Discover Volume: *(For All Outlets)* | $ 50,000.00 | Est. Discover Annual Sales Volume for this Outlet: *(For Multiple Outlets Only)* $ |
| | | Est. American Express Annual Sales Volume for this Outlet: *(For Multiple Outlets Only)* $ |
| Total Annual American Express Volume: *(For All Outlets)* | $ 50,000.00 | Highest Ticket Amount: $ 600.00 |

## (3) ENTITLEMENTS

X☐ MasterCard   X☐ Visa   X☐ Discover (Including Diners Club International*, JCB, UnionPay and BCcard)

☐ Voyager Fleet   Annual Voyager Volume: $ _____   Participation in Voyager Tax Exempt Program: ☐ Yes  ☐ No *(if yes, additional request form required)*

☐ WEX Full Acquiring   Annual WEX Volume: $ _____   ☐ WEX (Non-Full Svc)   ☐ MasterCard Fleet

X☐ American Express   ☐ American Express
OnePoint/Full Service (EDC)   ESA/Pass Through: _____   *or*   ☐ Existing SE # _____

American Express Cap # _____   Franchise Name: _____

☐ IATA/ARC Code: _____ (for MCC 4722 only)

Check one for ESA/Pass Through: ☐ Split Dial  ☐ Single Settle  ☐ EDC  ☐ PIP  ☐ Reverse PIP   ☐ EBT  (SNAP)  FNS # (XREF): _____

☐ Debit Package _____   ☐ *Gift Card   *A separate Set-up Form is required.

## (4) PROVIDE MORE BUSINESS DATA

State Incorp. DE   Month/Year Started: 01/2012   ☐ Sole Ownership  ☐ Partnership  ☐ Public Corp.  ☐ Private Corp.  X☐ L.L.C.  ☐ Franchisee Owned

Check one: TIN Type: X☐ EIN (Fed Tax ID #)  ☐ SSN   D&B #: _____   No. of Employees: 3

### IMPORTANT IRS INFORMATION

☐ Non-Profit   ☐ Non-Profit/Tax Exempt as described in 26 USC Section 501(c)(3) OR a Tribal (Native American) government or Tribal government-owned.   ☐ Gov't. Entity
if tax exempt, provide copy of IRS Determination Letter; if Tribal government, provide evidence of tribal recognition, and proof of tribal
ownership if separate entity.
**NOTE:** Failure to provide accurate information may result in a withholding of merchant funding per IRS regulations (see Part IV, Section A.3 of your Program Guide for further information).

| Name *(as it appears on your income tax return)*** | X☐ Federal Tax ID#: *(as it appears on your income tax return)*** | ☐ I certify that I am a foreign entity/nonresident alien. *(if checked, please attach IRS Form W-8.)* |
|---|---|---|
| Lighthouse Media LLC | XXXXXX | |

**If Client is a disregarded entity and has provided its owner's taxpayer filing name and Federal Tax ID above, then please attach an IR

Mag Swipe 0 % + Keyed Manually 100 % = 100% Products/Services You Sell: Business Services  Financial Services Consulting

POS Card Present (MAG Swipe and/or Manual Imprint) 0 % + Mail Order/Direct Marketing 0 % + Phone Order 10 % + Internet 90 % = 100%

Do you use any third party to store, process or transmit cardholder data? ☐ Yes  X☐ No  *(Examples include, but not limited to: web hosting companies, Electronic Data Capture, Loyalty programs)*

If yes, give name/address: _____

Please identify any Software used for storing, transmitting, or processing Card Transactions or Authorization Requests: _____

Client Initials [DS] JB

**PX 27, 2621**

DocuSign Envelope ID: 239E6398 90A8 49D7 AEA0 E783761E8909

# MERCHANT PROCESSING APPLICATION AND AGREEMENT (Page 2 of 5)

DBA Name: www.jasonbondpicks.com     Loc. 1 of 1

BAMS(SNAP)1605     **(5) DESCRIBE EQUIPMENT DETAILS**     BAMS(SNAP)CorpFee1702

Network: ☐ (     ) CARD*net** ☐ (     ) Nashville ☐ (     ) Buypass ☒ Other: Compass     Specify Security Code: (     )

| Rental • Purchase Cust.•Owned • Lease* Installment Purchase (circle one) | QTY | IP | Equipment Type (i.e., Terminal/VAR/Internet) | Retail • Restaurant •MOTO/Internet Lodging • Supermarket • Car Rental Quick Service Restaurant • Petro | Model Code and Name | Unit Price w/o Tax | For Customer-Owned Equipment Track / Version/Serial # |
|---|---|---|---|---|---|---|---|
| Purchase | 1 | ☐ | Terminal | ECOMMERCE | GGE4WEB SERVICE API (EC | $ 00 | |
| | | ☐ | | | | $ | |
| | | ☐ | | | | $ | |
| | | ☐ | | | | $ | |
| | | ☐ | | | | $ | |

*The installment Purchase plan is a 3 month option only.*

*A separate lease agreement with First Data Merchant Services Corporation (through its business unit, First Data Global Leasing) is required and c

**NOTE: Any Special Instructions must be included on About Merchant's Business document.**

Installation / Training:
☐ MAG/MIG to Train     ☐ Sales Rep. to Train     *(Receive training via phone, 1-800-430-7162, M-F 8:00 am - 10:00 pm EST & Sat. 10:00 am - 2:00 pm EST)*
☒ No Merchant Training     ☐ Installer / In-House     *(Check training via phone, 1-800-366-1054, M-F 8:00 am - 10:00 pm EST & Sat. 10:00 am - 2:00 pm EST)*

First/Last Contact Name: _____     Contact Phone #: 8556774440     Best Time To Call: ☐ am ☐ pm

Imprinter Purchase: ☐ Yes ☒ No x Qty: _____ x Qty: _____ = $ _____ (w/o Tax)     Wireless Provider: ☐ GPRS AT&T  *or*  ☐ CDMA Sprint

*Check one:* ☐ Gateway Solutions ☐ Dial Solutions ☐ Global Gateway (FDGG) ☐ VSAT** ☐ Frame ☐ Other: _____     ☐ IC Verify Serial # _____

VAR/Internet/Software: Name: _____     (Nashville Only: Product ID # _____)     Vendor ID # _____

NOTE: **Requires separate agreement between Client and its VSAT provider prior to implementation of this telecommunications protocol.

## (6) PROVIDE YOUR OWNER INFORMATION

| Owner/Partner/Officer Name: Jeffrey Bishop | D.O.B.: XXXXXXXX | Social Security #: XXXXXX | Home Phone: | % of Ownership: 50 |
|---|---|---|---|---|
| Home Address: | City: Lee | | State: NH  Zip: | Country: USA |
| Owner/Partner/Officer Name: | D.O.B.: | Social Security #: | Home Phone: | % of Ownership: |
| Home Address: | City: | | State:  Zip: | Country: |

## (7) ACQUIRING FEE SCHEDULE

### Start-Up Fees (One-Time Charge)

**Non-Taxable Fees:**
Account Set-up Fee (339) $ 0.0
Reprogramming Fee (31A) $ _____
Debit Set-up Fee (31B) $ _____
Mobile Pay Web Set-up Fee (31H)
FEE PER TID _____ # OF TIDs _____ TOTAL
$ _____ x _____ = $ _____
Mobile Pay App Set-up Fee (62S)
*(appears on statement as "FD Mobile Pay Set Up Fee")*
FEE PER TID _____ # OF TIDs _____ TOTAL
$ _____ x _____ = $ _____
PAYWare Mobile Set-up Fee (L76) $ _____
Load Fee (Clover) (2ML) $ _____
Wireless Fee (terminal download) (31E) $ _____
Miscellaneous Fee (31J) $ _____
*Equip. Purchase (ACH) $ _____
Other: _____ (     )
_____ $ _____
Total Amount $ _____ w/o tax
*You will be charged the applicable State/City/Local Sales Tax.*

**Maintenance Fees**
☒ Annual Maintenance Fee (49D) $ 50.00
*(billed in November)*  **or**
☐ Quarterly Maintenance Fee (49B) $ _____

**Fraud Flex Detect**
FDGG Offering
Set-up Fee (L32) $ _____
Monthly Fee (35A) $ _____
Transaction Fee (L35) $ _____

### Billed Monthly Fees (If Applicable)

Monthly Service Charge (335) $ 0.0
*(will also be billed inactive months for seasonal merchants)*
Minimum Processing Fee (953) $ 25.00
Wireless Monthly Fee (30M)  TOTAL
FEE PER TID $ _____ X # OF TIDs _____ = $ _____
ClientLine* (OnLine Reporting) (32R) $ _____
Paper Statement Fee (323) $ _____
Premium Equip Service Program
☐ Yes ☒ No (per TID) (32U) $ _____
Monthly PCI Support Package** (49A) $ 0.0
TransArmor Monthly Fee (30L) $ _____
TransArmor Minimum Monthly Fee (959) $ _____
PAYWare Mobile Monthly Svc Fee (L77) $ _____
Mobile Pay App Version (32Y)  TOTAL
*(appears on statement as "FD Mobile Pay Monthly Fee")*
FEE PER TID $ _____ X # OF TIDs _____ = $ _____
Mobile Pay Web Version (Single User) (398)  TOTAL
FEE PER TID $ _____ X # OF TIDs _____ = $ _____
Mobile Pay Web Version (Multi User) (396)  TOTAL
FEE PER TID $ _____ X # OF TIDs _____ = $ _____
Clover Services Fee (2ST) $ _____
  Clover Services Fee add'l tablets (     ) $ _____
Other: _____ (     ) $ _____
Other: _____ (     ) $ _____
Other: _____ (     ) $ _____
Other: _____ (     ) $ _____

### Billed Annual Fees (If Applicable)

Other: _____ (     ) $ _____
Other: _____ (     ) $ _____
Other: _____ (     ) $ _____

### Internet

**Start-Up Fees**
FDGG Set-up Fee (31X)
FEE PER TID $ _____ x # OF TIDs _____ = TOTAL $ _____
Global Gateway e4 Set-up Fee (40B)
FEE PER TID $ 99.00 x # OF TIDs 1 = TOTAL $ 99.00
Cybersource SBB/SBC Set-up Fee (44O)
FEE PER TID $ _____ x # OF TIDs _____ = TOTAL $ _____
Skipjack Gateway (44H)
FEE PER TID $ _____ x # OF TIDs _____ = TOTAL $ _____
Internet Set-up Fee (30R)
FEE PER TID $ _____ x # OF TIDs _____ = TOTAL $ _____

**Billed Monthly Fees**
FDGG (31Z)
FEE PER TID $ _____ x # OF TIDs _____ = TOTAL $ _____
Global Gateway e4 (40A)
FEE PER TID $ 16.0 x # OF TIDs 1 = TOTAL $ 16.00
Cybersource SBB/SBC Monthly Fee (44I)
FEE PER TID $ _____ x # OF TIDs _____ = TOTAL $ _____
Skipjack Gateway (44G)
FEE PER TID $ _____ x # OF TIDs _____ = TOTAL $ _____
Internet Service Fee (394)
FEE PER TID $ _____ x # OF TIDs _____ = TOTAL $ _____

**Trans/Other Fees**
Internet/FDGG, MasterCard, Visa, Discover, American Express, Check (03R, 04R, 06I, 07I, 435, L19) $ 0.05
Global Gateway e4 (0FC) $ _____
Skipjack (03R, 04R, 06I, 07I, 435) $ _____
Cybersource SBB/SBC (03R, 04R, 06I, 07I, 435) $ _____

** If you are a Level 4 Merchant, as defined in Part I, Section 32 of the Program Guide, (a) we must receive validation of your PCI compliance b with us, and annually each August 1st thereafter, through your use of the PCI Compliance Support Package (as described in that Section 32), which Quarterly Compliance or Monthly PCI Support Package fee options (each of which is charged per Merchant Number) and (b) for any year in which a $40 supplemental fee ("Supplemental Fee") or if an Annual Maintenance Fee applies, the Annual Maintenance Fee will be increased by the Supplemental

Client Initials: JB ─DS

**Attachment JJJJ**

# PX 27, 2622

DocuSign Envelope ID: 239E6398 90A8 49D7 AEA0 E783761E8909

## M E R C H A N T   P R O C E S S I N G   A P P L I C A T I O N   A N D   A G R E E M E N T   (Page 3 of 5)

| DBA Name: www.jasonbondpicks.com | Pricing Type: 020 Electronic Commerce Basic | Global Fee Table # | Schedule Version: BAMS.MVD.S13.1.IC_Net | Loc.¹ of ¹ |

| BAMS(SNAP)1605 | **(7) A C Q U I R I N G   F E E   S C H E D U L E   (cont'd)** | BAMS(SNAP)CorpFee1702 |

### Discount Fees (Based On Gross Transaction Volume)

**Accept all MasterCard, Visa and Discover Transactions** (presumed, unless any selections below are checked)

| **MasterCard Acceptance** | **Visa Acceptance** | **Discover Acceptance** |
|---|---|---|
| ☐ Accept MasterCard Credit transactions only | ☐ Accept Visa Credit transactions only | ☐ Accept Discover Credit transactions only |
| ☐ Accept MasterCard Non-PIN Debit trans. only | ☐ Accept Visa Non-PIN Debit trans. only | ☐ Accept Discover Non-PIN Debit trans. only |

See Part I, Section 1.9 of the Program Guide for details regarding limited acceptance. You are responsible for distinguishing Credit from Non-PIN Debit Cards. Even if you have agreed to limit your acceptance of certain cards as outlined above, you must continue to accept all foreign issued cards, whether Credit or Non-PIN Debit. If you agree to limit your acceptance to a particular type of card and, whether intentionally or in error, accept another type of transaction, the resulting transaction will downgrade to the highest cost interchange plus the applicable Non-Qualified Surcharge (See Part I, Section 18.1 of the Program Guide).

**MasterCard/Visa/Discover IC Pass Thru**
You will be charged the applicable interchange rate from MasterCard, Visa or Discover, plus a MasterCard Assessment Fee (273) of .11%, plus (237) 0.02%,² a Visa Assessment Fee (274) of .11%, or a Discover Assessment Fee (234) of .105%, plus any other fees indicated on this Service Fee Schedule.

| **Pricing Method:** (Select One) | | MasterCard/Visa/Discover Discount Rate | MasterCard/Visa/Discover 2-Tier | MasterCard/Visa/Discover 3-Tier | |
|---|---|---|---|---|---|
| **QUALIFIED DISCOUNT RATES** | | | | | |
| Interchange Plus | | | | | ☐ G 549,564,527 (key as-0) |
| | | | | | ☒ N 553,563,528 (key as-0) |
| MasterCard/Visa/Discover Credit Discount Rate | (440, 444, 984) | _____ % | _____ % | _____ % | 0.25 % |
| MasterCard/Visa/Discover Non-PIN Debit Discount Rate | (690, 694, 948) | _____ % | _____ % | _____ % | 0.25 % |
| Regulated Non-PIN Debit Sales Discount Rate¹ | (27D) | _____ % | _____ % | _____ % | |
| Regulated Non-PIN Debit Auth and Return Transaction Fee¹ | (0CD, 28D) | $ _____ | $ _____ | $ _____ | |
| MasterCard World/Visa Reward/Discover Prem. Incremental Sales Discount | (660, 664, 7AA) | | | _____ % | |
| **MID-QUALIFIED INCREMENTAL DISCOUNT RATES** (Does not apply to MasterCard / Visa / Discover 2 Tier) | | | | | |
| MasterCard/Visa/Discover Incremental Credit Discount Rate | (810, 814, 990) | | | _____ % | |
| MasterCard/Visa/Discover Incremental Non-PIN Debit Discount Rate | (870, 874, 968) | | | _____ % | |
| MasterCard World/Visa Reward/Discover Prem. Incremental Sales Discount | (670, 674, 7AE) | | | _____ % | |
| **NON-QUALIFIED INCREMENTAL DISCOUNT RATES** | | | | | |
| MasterCard/Visa/Discover Incremental Credit Discount Rate | (820, 824, 994) | | _____ % | _____ % | |
| MasterCard/Visa/Discover Incremental Non-PIN Debit Discount Rate | (880, 864, 978) | | _____ % | _____ % | |
| MasterCard World/Visa Reward/Discover Prem. Incremental Sales Discount | (680, 684, 7AI) | | | _____ % | |
| MasterCard/Visa/Discover Auth & Return Trans Fee | (10A, 10D) (002, 006) (10J, 016) | $ _____ | $ _____ | $ _____ | $ 0.0 |
| Non-Qual Surcharge Fee (Key 0-340, 341, 20B) (30D) (Excluding interchange pass-through fees, see Part I, Section 18.1 of the Program Guide) Applies to Non-qualified MasterCard, Visa, Discover Credit, and/or Non-PIN Debit Transactions. | | _____ % | | | |
| **DEBIT RATES** | | | | | |
| Network Plus PIN Debit (key 0-590, 0-593, 0-597, 0.0014-18O) | (018, 42R) | $ _____ | $ _____ | $ _____ | $ _____ |
| Debit Sales Discount Rate³ | (120) | _____ % | _____ % | _____ % | |
| Debit Sales Transaction Fee³ | (124) | $ _____ | $ _____ | $ _____ | |
| Debit Return Transaction Fee³ | (125) | $ _____ | $ _____ | $ _____ | |

¹Applies to Non-PIN / signature Debit transactions identified by issuers and Card Organizations as being subject to the June 29, 2011 Final Rule on Debit Card Interchange.
²MasterCard will assess an additional 0.02% for all consumer and commercial credit transactions of $1,000 or greater.
³Applies to all Debit Card transactions (e.g., PIN, Non-Pin, PIN-less, signature) regardless of issuer or Card Organization.

| **AMERICAN EXPRESS** | | Credit Discount Rate | Trans Fee | Auth Fee (10P) | Monthly Fee (Flat Fee) |
|---|---|---|---|---|---|
| American Express OnePoint⁴ | | 2.89 % (key 0-570)** | $ 0.15 | $ 0.05 | |
| American Express OnePoint Gift Card / Pre-Paid⁴ | | 1.95 % | $ 0.15 | | |
| American Express ESA/Pass-Through Fees | | _____ % | $ _____ * | $ _____ | $ _____ * |

*American Express Monthly Flat Fee or Discount Rate may apply, billed separately by American Express.
**Retail, Restaurant, Travel Agency and Tour Operator merchants will be charged an additional 0.30% on non-swiped American Express transactions.

⁴Additional 0.40% applies to cards issued outside the U.S.


Client Initials

DocuSign Envelope ID: 239E6398 90A8 49D7 AEA0 E783761E8909

# MERCHANT PROCESSING APPLICATION AND AGREEMENT (Page 4 of 5)

DBA Name: www.jasonbondpicks.com                                     Loc. 1 of 1

| BAMS(SNAP)1605 | (7) ACQUIRING FEE SCHEDULE (cont'd) | BAMS(SNAP)CorpFee1702 |

## WEX Full Acquiring Fees

WEX Auth Fee      (0D4) $_____

WEX Sales
Discount          (840) _____%

WEX Refund
Discount          (841) _____%

WEX Chargeback
Discount          (842) _____%

WEX Chargeback
Reversal Disc't   (843) _____%

WEX
Chargeback Fee (29H) $_____

WEX
Retrieval Fee     (29I) $_____

## Buypass Fees

Datawire Micronode
☐ Yes  ☐ No

Datawire Micronode
Monthly Fee    (354) $_____
                         (each)

### Authorization Fees

Voyager    (10W) $_____

WEX (Non-Full Svc)
                (0D4) $_____

### Other Payment Fees

**Voyager:**
Sales
Disc't Rate    (766) _____%

Credit
Disc't Rate    (767) _____%

## Other Fees

Chargeback Fee          (205,725,20L) $25.00
MasterCard Cross Border Fee USD (605) 0.4 %
Cross Border Fee Non-USD
                         (606, 607, 608) $0.0080 %
Visa International Svc Fee        (22A) 0.4 %
MasterCard/Visa/Discover/American Express
Voice Auth       (10B,10E,10K,10Q, 039,
              03A, 049, 04A, 079,07A ,069, 06A) $0.95
EBT                        (18E, 18I, 02X, 18H) $_____
AVS       (405, 406, 407, 408, 03B, 03C,
             04B, 04C, 07B, 07C, 06B, 06C) $0.05
MasterCard AVS Card Not Present (10Z) $0.0075
MasterCard Acquirer AVS Billing  (0FB) $0.0050
ACH Reject Fee                   (401) $25.00
Batch Settlement Fee             (227) $0.0
MasterCard/Visa Ntwk Access Fee (504, 505) $0.0269
Discover Data Usage Fee          (22E) $0.0185
Visa Zero Amt + AVS Fee          (10X) $0.025
Visa Zero Amount Fee             (10Y) $0.025
Visa Misuse of Auth Fee          (04G) $0.045
Visa Zero Floor Limit            (04I) $0.1
Visa Partial Auth NP Trans Fee   (12D) $0.01
Visa US Debit Integrity Trans Fee (238) $0.1

Visa Fixed Acquirer          See FANF Table on
Network Fee      (NF1, NF2) Rate Schedule
Visa Int'l Acquirer Fee      (22F) 0.45 %
(for MCC codes 5962,5966,5967 only)
MasterCard Processing
Integrity Fee               (04F) $0.055
MasterCard License Volume Fee§(818) 0.0050%
MasterCard US Acct Status Inq
Service Interregional       (11G) $0.03
MasterCard US Acct Status Inq
Service Intraregional       (11H) $0.025
MasterCard CVC 2 Fee        (11M) $0.0025
MasterCard Auth Suspect
Fraud Reversal Rebate       (03N) $0.015
Discover Network Auth Fee   (0BC) $0.0025
Discover Int'l Service Fee  (22H) 0.55 %
TransArmor Token &
Encryption                  (12E) $_____
TransArmor Encryption       (12F) $_____
TransArmor Token            (12G) $0.0
MasterCard Global ePricing Svc (897) _____%
Visa Global ePricing Svc       (898) _____%
Other: _____     (   ) $_____

## Early Termination Fee

**Note: See Program Guide, Part IV, Section A.3, "Early Termination Fee" for complete information.**

Early Termination Fee: $500.00   :

Applies per location. This term replaces second paragraph in its entirety under "Early Termination Fee" in Section A.3 of Part IV of the Program Guide, unless left blank, in which case that paragraph is unchanged and still applies.

§This fee is based on a good faith effort to recover and allocate among our customers MasterCard's annual fees for licensing and third party processing and the above percentage rate (which rate may be adjusted to reflect changes in those MasterCard fees and/or our allocation). This fee will be ch

## (8) TELECHECK RATES, SERVICE FEES, AND SET UP INFORMATION

**TeleCheck Services, Inc.**
P.O. Box 4514
Houston, TX 77210-4514
1-800-366-1054

# of Physical TeleCheck Locations: _____

| TeleCheck Product | Average Check Amount | Monthly Check Volume | Warranty Max | Max Check Amount | Inquiry Rate Fee | Transaction Fee | Monthly Minimum | CROC Fee | Statement/ Processing Fee | December Risk Surcharge | CBP Confirmation Letter | Set-Up Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ECA Warranty | $_____ | $_____ | $_____ | | _____% | $_____ | $_____ | $_____ | $_____ | _____% | | |
| ECA Verification | $_____ | $_____ | | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | | | |
| Lockbox Pro21 Warranty | $_____ | $_____ | $_____ | | _____% | $_____ | $_____ | $_____ | $_____ | _____% | | |
| Lockbox Pro21 Verification | $_____ | $_____ | | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | | | |
| e-Deposit Warranty | $_____ | $_____ | $_____ | | _____% | $_____ | $_____ | $_____ | $_____ | _____% | | |
| e-Deposit Settlement Only | $_____ | $_____ | | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | | | |
| ICA Warranty | $_____ | $_____ | $_____ | | _____% | $_____ | $_____ | $_____ | $_____ | _____% | | $_____ |
| ICA Verification | $_____ | $_____ | | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | | | $_____ |
| CBP Warranty | $_____ | $_____ | $_____ | | _____% | $_____ | $_____ | $_____ | $_____ | _____% | $_____ | $_____ |
| CBP Verification | $_____ | $_____ | | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | | $_____ | $_____ |
| Paper Warranty | $_____ | $_____ | $_____ | | _____% | $_____ | $_____ | $_____ | $_____ | _____% | | |
| Paper Verification | $_____ | $_____ | | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | | | |
| Check Cashing Warranty | $_____ | $_____ | $_____ | | _____% | $_____ | $_____ | $_____ | $_____ | _____% | | |
| Check Cashing Verification | $_____ | $_____ | | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | | | |
| Mail Order Warranty | $_____ | $_____ | $_____ | | _____% | $_____ | $_____ | $_____ | $_____ | _____% | | |
| COD Warranty | $_____ | $_____ | $_____ | | _____% | $_____ | $_____ | $_____ | $_____ | _____% | | |

See TeleCheck Agreement for definitions, warranty requirements and any additional fees.
Note: See Part III, Section 1.31, "Damages" of the TeleCheck Agreement for early termination fees/ liquidated damages.

## TELECHECK BILL TO INFORMATION

Your Head Office/Bill To Name: _____    First/Last Contact Name: _____    Phone Number: _____

Address: _____   Suite # _____   City: _____   State: _____   Zip: _____   Your Fax Phone: _____

☐ TeleCheck Auto Settle Time: _____ hh ET  (Must be at least 1 hour after Card Auto Settle Time)   Existing Subscriber No.: _ _ _ _ _ _ _ _ _

Client Initials JB

**Attachment JJJJ**

**PX 27, 2624**

10417905-FISV-000017

DocuSign Envelope ID: 239E6398 90A8 49D7 AEA0 E783761E8909

# MERCHANT PROCESSING APPLICATION AND AGREEMENT (Page 5 of 5)

DBA Name: www.jasonbondpicks.com                                   Loc. 1   of 1

## (8) TELECHECK RATES, SERVICE FEES, AND SET UP INFORMATION (cont'd)

### TELECHECK REPORT INFORMATION

Funding Report: ☐ Bill To ☐ Location   Delivery Method: ☐ E-Mail ☐ Fax ☐ US Mail

Contact Name: _____   Contact Telephone #: _____

Report Fax #: _____   Report E-Mail Address: _____

Batch Closing Options: _____ ☐ am ☐ pm   Format: ☐ CSV (E-Mail only) ☐ PDF

### TELECHECK BANKING INFORMATION

Funding: ☐ Per Bill To ☐ Per Location

| ACH Credits to TeleCheck by Subscriber (For Invoice Payment): | ABA Transit #: _ _ _ _ _ _ _ _ _ ☐ Same as above or | Account #: _____ ☐ Same as above or |
|---|---|---|
| Debits/Credits (Settlement) to Subscriber by TeleCheck and/or Franking Information: | ABA Transit #: _ _ _ _ _ _ _ _ _ | Account #: _____ |

Special Instructions which are part of this Agreement:

Please note on separate funding check or bank letterhead the designated TeleCheck Service. A separate funding check or bank letterhead/logo for TeleCheck Services is NOT required UNLESS Merchant will be using different banking account(s) for TeleCheck Services.

### (9) AGREEMENT APPROVAL

APPLICABLE IF MERCHANT ACCEPTS AMERICAN EXPRESS® CARDS: By signing below, I represent that I have read and am authorized to sign and submit this application for the above entity, which agrees to be bound by the American Express® Card Acceptance Agreement ("Agreement"), and that all information provided herein is true, complete, and accurate. I authorize First Data Merchant Services Corporal American Express Travel Related Services Company, Inc. ("AXP") and AXP's agents and Affiliates to verify the information in this application and receive and exchange i requesting reports from consumer reporting agencies from time to time, and disclose such information to their agent, subcontractors, Affiliates and other parties direct First Data Merchant Services Corporation and AXP and AXP agents and Affiliates to inform me directly, or inform the entity above, about the contents reporting agencies. Such information will include the name and address of the agency furnishing the report. I also authorize AXP to use the reports on me fr administrative purposes. I am able to read and understand the English language. Please read the American Express Privacy Statement at http://www.americanexpress.com/ Express protects your privacy and how American Express uses your information. I understand that I may opt out of marketing communications by visiting th 5200. I understand that upon AXP's approval of the application, the entity will be provided with the Agreement and materials welcoming it either to AXP's program for Fi perform services for AXP or to AXP's standard Card acceptance program which has different servicing terms (e.g. different speeds of pay). I understand Services Corporation servicing program that the entity may be enrolled in AXP's standard Card acceptance program, and the entity may terminate the Agreement. By accepting the purchase of goods and/or services, or otherwise indicating its intention to be bound, the entity agrees to be bound by the Agreement.

APPLICABLE TO ALL MERCHANTS: By signing below, each of the undersigned represents that they have read and are authorized to sign the Merchant Processing Application and Agreemen sing Application") and submit it along with the About Merchant's Business document ("AMB"), which is attached hereto and made a part of this Merchant Proc to this Merchant Processing Application include the AMB), for the above named Client ("Client") and that all information provided in this Merchant Process acknowledges having received and read a copy of (i) the Non-Qualified Rate Schedule (specific to Client's industry), Interchange Rate Schedule or Qualificat Method, (ii) the Debit Network Fees Schedule, (iii) the Program Guide, consisting of Parts I-V (which includes terms and conditions for each o below), Additional Important Information for Card Processing, and a Confirmation Page), and (iv) the Merchant Processing Application, consisting of Se its attachments and schedules and Parts I and IV of the Program Guide are referred to in this Section 9 as the "Merchant Agreement"), as modified fro the Program Guide, and agrees to be bound by all provisions as printed therein. This signature page also serves as the signature page to the American E * Card Acceptance Agreement (for purposes of this paragraph, the "American Express Agreement"), which appears in Part II of the Program Guide, as well as the TeleCheck Services Agreement, appearing in Part II together, the American Express Agreement and TeleCheck Services Agreement are the "Additional Agreements"), if selected; the Client being "You" and "Subscriber" for the purposes of the TeleCheck Services Agreement.

By signing below, each of the undersigned authorizes Banc of America Merchant Services, LLC ("Processor") and Bank of America, N.A. ("Bank") (together, Pr as "our," "us" and "we" in this Section 9) to (a) request and obtain from consumer reporting agencies, individual and business credit reports (collec Merchant Processing Application and any maintenance, updating, renewal or extension of the Merchant Agreement (if this Merchant Processing Application is app other information about each of the undersigned personally with First Data Merchant Services Corporation, TeleCheck Services, Inc. and any other service provid Client has selected on this Merchant Processing Application (or as hereafter elected by Client). Each of the undersigned furthermore agrees that all may release any and all individual and business credit financial information to us. Each of the undersigned further authorizes us to disclose any inform tion obtained from any source in connection with this Merchant Processing Application, including Credit Reports, to any governmental, administrative or regulatory entity, upon request, or to each other and our respective vendors and Affiliates, as necessary to provide the products and services elected under the Merchant Agreement, or to comply with applicable law or order, including, without limitation, the USA PATRIOT Act. It verify your identity while processing your Merchant Processing Application, as described in the USA PATRIOT Act.

Applicable for TeleCheck ICA/CBP Warranty Verification within AMB: By signing below, Subscriber and each personal guarantor (if any) represents and warrants that the answers provided in the TeleCheck ICA/CBP WarrantyVerification section of the AMB are true and correct.

Card Services Electronic Funding Authorization: Client hereby designates the bank account identified below in the Card Banking Information subsection of this Section 9 as the Settlement Account in the Merchant Agreement) for purposes of the Merchant Agreement, including, but not limited to, Section 18.7 (Part I of the Program Guide) and the Electr A.1 of the Program Guide, and by signing below, each of the undersigned, on behalf of Client, hereby authorizes Services to credit and debit such bank acc subject to the terms of those Sections.

Client certifies, under penalties of perjury, that the federal taxpayer identification number and corresponding filing number provided herein ac THIS MERCHANT PROCESSING APPLICATION AND AGREEMENT HAS BEEN EXECUTED ON BEHALF OF AND BY THE AUTHORIZED MANAGEMENT OF CLIENT AS OF THE EFFECTIVE DATE.

Client's Business Principal: (Please sign below)

X Signature _Jeffrey Bishop_

Print Name Jeffrey Bishop ___9CA9458___ Date 2/21/2014

Title: ☐ Pres. ☐ V.P. ☐ Member L.L.C. ☐ Owner ☐ Partner ☐ Other: _____

X Signature _____

Print Name _____ Date _____

Title: ☐ Pres. ☐ V.P. ☐ Member L.L.C. ☐ Owner ☐ Partner ☐ Other: _____

PROCESSOR:   Banc of America Merchant Services, LLC
BANK:   Bank of America, N.A.
By: Banc of America Merchant Services, LLC, for itself and for and on behalf of Bank of America, N.A., pursuant to a limited power of attorney

X Signature _____ Date: _____

Approved TeleCheck Manager

IF TELECHECK SERVICES HAVE BEEN SELECTED, PLEASE SIGN BELOW:

X Signature _____

## CARD BANKING INFORMATION

First/Last Contact Name: Manager   Phone #: 8005551212

Bank Name: _____   Account Name: _____

ABA #: XXXXXX▉   Account #: XXXXXXXXX▉

☐ Attach a copy of Funding Check or Bank Letterhead/Logo signed by a Bank Officer with typed ABA # and Account #. Must include Bank name & address.

## (10) TELECHECK ACH AUTHORIZATION

ACH Debit and Credits Authorization: Subscriber authorizes its financial institution to pay and charge to its account the amount(s) due TeleCheck under this Agreement and to accept all credits and debi made to its account by TeleCheck via electronic funds transfer in connection with TeleCheck's service(s) under this Agreement. This authorization will

X Signature _____ Print Name/Title: _____ Date: _____

Authorized Signature on TeleCheck Account for ACH

BAMS(SNAP)1605   (11) PERSONAL GUARANTY   BAMS(SNAP)1702

In exchange for Banc of America Merchant Services, LLC, Bank of America, N.A., and American Express' acceptance of, as applicable, the Agreement and/or American Express Card A undersigned unconditionally guarantees performance of the Client's obligations under the foregoing Agreements, and payment of all sums due thereunder, and in the event of default, hereby waives notice of default and agrees to indemnify the other parties for any and all amounts due from Client under any of the foregoing Agreements. I understand that this is a Guaranty of payment and not of collection and that Banc of America, N.A., Banc of America Merchant Services, LLC, and American Express are relying upon this Guaranty in entering into, as applicable, the Agreement and American Express Card Acceptance Agreement.

Signature (Please sign below):

X _Jeffrey Bishop_ ___EC3859DC9CA9458___ , an individual

Signature (Please sign below):

X _____ , an individual

Confidential



# Amendment to
# Bank of America Merchant Services application
# By and Between
# Bank of America Merchant Services
# And Lighthouse Media LLC - 372288802880

This Amendment ("Amendment') is made and entered into by and between Bank of America Merchant Services and the acquiring bank identified in the Agreement (collectively, "Servicers") and Lighthouse Media LLC having corporate offices located at 835 E Lamar Num 263 Arlington, TX 76011  ("Client") as of this 25 day of February, 2017 (the "Amendment Effective Date"), to amend and supplement that certain Bank of America Merchant Services application between the parties dated 25 February, 2014 (the "Agreement").

In consideration of the mutual covenants herein contained, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Servicers and Client do hereby agree as follows:

**I.        Term.**  The Term of the Agreement is hereby extended to three (3) year(s) from the Amendment Effective Date (the "Amendment Term").

**II.       Two Months Free Processing.**  Servicers will refund Servicer's fees paid by Client during the immediately preceding two month period, up to a maximum of $200.00.  This amount will be issued as a credit to Client's monthly invoice and shall not include any third party fees for which Client is responsible, including without limitation, any fees of any card association, card issuer or debit network.

**III.      Termination Fee.**  If Client terminates the Agreement or otherwise ceases processing for at least ninety (90) days during the Amendment Term, Client is obligated to pay five hundred dollars ($ 500.00).

**IV.      Agreement Confirmation.**  Except as otherwise amended hereby, the Agreement is hereby ratified in all respects and shall remain in full force and effect.

        IN WITNESS WHEREOF, the parties hereto have caused this Amendment to be duly executed by their authorized officers, all as of the day and year first written above.

**Bank of America Merchant Services**                    **Lighthouse Media LLC**

**BY: Matt Morgan**                                               **BY:** _Matthew Watabe_   **Matthew Watabe**

**TITLE: Client Relations Specialist**                      **TITLE:**     **Financial Director**

**DATE: September 27, 2016**                               **DATE:**     **10/10/2016**

## PX 27, 2626

DocuSign Envelope ID: 239E6398 90A8 49D7 AEA0 E783761E8909

**BAMSBB(SNAP)1605** **PART V: CONFIRMATION PAGE**

Please read the Program Guide in its entirety. It describes the terms under which we will provide merchant processing Services to y questions regarding the contents of this Program Guide and your Agreement with Bank and Processor (Part I; also referred to below the contents of your TeleCheck Services Agreement with TeleCheck (Part III). The following information summarizes portions of the you in answering some of the questions we are most commonly asked. Capitalized terms appearing on this page and not defined have the or Part III, as applicable; references to "you" and "your" mean the Client and "our," "us" and "we" mean Servicers).

If you have executed the Application and the Merchant Agreement and/or other agreements contained in Parts II and III of this Prog with our respective Affiliates (e.g., a leasing agreement with First Data Global Leasing) for services and equipment you have executed (col Agreement and such other agreements (if any) are referred to below as the "Agreements") via Electronic Process, please also refer to t                     ment and Covenant Regarding Agreements Executed via Electronic Process.

1. **Your Discount Rates** are assessed on transactions that qualify for certain inter-change rates imposed by MasterCard and Visa. Any transactions that fail to qualify for these rates will be charged higher rates and/or additional fees (see Section 18 of Part I and Section A.3 of Part IV of this Program Guide).

2. **Servicers and TeleCheck may debit your bank account** (also referred to as your Settlement Account) from time to time for amounts owed to them respectively under their Agreements.

3. **There are many reasons why a Chargeback may occur.** When a Chargeback occurs, Servicers or TeleCheck, as applicable, will debit your settlement funds or Settlement Account. For a more detailed discussion regarding Chargebacks, see Section 10 of Part I or see the applicable provisions of Part III.

4. **If you dispute any charge or funding**, you must notify (i) Servicers within 60 days of the date of the statement where the charge or funding appears for Card processing (or a shorter time may apply, as further described in Section 18.10 of Part I), or (ii) TeleCheck, within 30 days of the date of a TeleCheck transaction.

5. **The Merchant Agreement and TeleCheck Services Agreement limit liability to you.** For detailed descriptions of the limitations of liability see Section 20 of Part I; or Section 1.18 of Part III.

6. **Servicers and TeleCheck have assumed certain risks** by agreeing to provide you with Card processing or check services. Accordingly, they may take certain actions to mitigate their risk, including termination of the applicable agreement, and/or hold monies otherwise payable to you (see Part I, Section 23 and Section 24), (see Part III, Sections 1.1, 1.3.2, 1.3.9, 1.6.2, 1.6.7, 1.8.2, 1.8.10, 1.9.2, 1.9.8, 1.13 and 1.14) under certain circumstances.

7. **By executing this Program Guide**, you are authorizing Banc of America Merchant Services, LLC, Bank of America, N.A., First Data Merchant Services Corporation, American Express Travel Related Services Company, Inc. and TeleCheck Services, Inc., as applicable, to obtain financial and credit information regarding your business and the signer and guarantors of the applicable agreements until all your obligations to the providers under those agreements are satisfied.

8. **The Merchant Agreement and TeleCheck Services Agreement each contain provi-sions** that in the event you terminate those agreements early, you may be responsible for the payment of early termination fees as set forth in Part IV, A.3 under "Additional and Early Termination Fees; Information Regarding Fees, Equipment and IRS Report-ing" and Section 1.34 of the TeleCheck Services Agreement.

9. **Reserved.**

10. **Card Organization Disclosure**

**Visa and MasterCard Member Bank Information: Bank of America, N.A.**

The Bank's mailing address is 1231 Durrett Lane, Louisville, KY 40213, and its phone number is 800-430-7161.

**Important Member Bank Responsibilities:**

a) The Bank is the only entity approved to extend acceptance of Card Organization products directly to a Merchant.

b) The Bank must be a principal (signer) to the Agreement.

c) The Bank is responsible for educating Merchants on pertinent Visa and MasterCard rules with which Merchants must comply; but this information may be provided to you by Processor.

d) The Bank is responsible for and must provide settlement funds to the Merchant.

e) The Bank is responsible for all funds held in reserve that are derived from settlement.

**Important Merchant Responsibilities:**

a) Ensure compliance with Cardholder data security and storage requirements.

b) Maintain fraud and Chargebacks below Card Organization thresholds.

c) Review and understand the terms of the Merchant Agreement.

d) Comply with Card Organization Rules.

e) Retain a signed copy of this Disclosure Page.

f) You may download "Visa Regulations" from Visa's website at: http://usa.visa.com/merchants/operations/op_regulations.html

g) You may download "MasterCard Regulations" from MasterCard's website at: http://www.mastercard.com/us/merchant/support/rules.html

**ACKNOWLEDGEMENT AND COVENANT REGARDING AGREEMENTS EXECUTED VIA ELECTRONIC PROCESS**

BY YOUR SIGNATURE BELOW, YOU ACKNOWLEDGE AND AGREE THAT (A) YOU HAVE EXECUTED AND INITIALED THE AGREEMENTS BY (I) YOUR SELECTION AND ADOPTION OF AN ELECTRONIC REPRESENTATION OF YOUR SIGNATURE AND INITIALS WITH A PRE-DETERMINED FONT ("ADOPTED SIGNATURE") OR (II) YOUR USE OF A STYLUS OR YOUR FINGER, A COMPUTER MOUSE OR SIMILAR MEANS ("ELECTRONIC PAD SIGNATURE"), (B) USE OF THE ADOPTED SIGNATURE OR POSSIBLE LIMITS ON YOUR ABILITY OR INABILITY TO CONTROL THE DEVICE OR YOUR FINGER TO THE SAME EXTENT THAT YOU WOULD CONTROL A PEN IN YOUR HAND, YOUR ADOPTED SIGNATURE OR ELECTRONIC PAD SIGNATURE MAY NOT RESEMBLE YOUR MANUAL WET SIGNATURE ("WET SIGNATURE"); AND (C) EVEN IF YOUR ADOPTED SIGNATURE OR ELECTRONIC PAD SIGNATURE DOES NOT RESEMBLE YOUR WET SIGNATURE, YOU WILL BE BOUND BY THE TERMS OF THE AGREEMENTS YOU HAVE EXECUTED IN THIS MANNER. YOU COVENANT WITH US AND OUR RESPECTIVE AFFILIATES THAT YOU WILL NOT CONTEST THE ENFORCEABILITY OF ANY OF THE AGREEMENTS EXECUTED BY YOUR ADOPTED SIGNATURE OR ELECTRONIC PAD SIGNATURE BASED ON THE MANNER OF THEIR EXECUTION.

**Print Client's Business Legal Name:** LightHouse Media LLC

By its signature below, Client acknowledges that it received (1) one of the following, as applicable to the Pricing Method set forth o Tier Schedule corresponding to the 2-Tier or 3-Tier Pricing Method, (ii) Non-Qualified Rate Schedule for the Visa/MC/Discover/American E Method (specific to your Merchant Account(s)), or (iii) the Interchange Rate Schedule for the Visa/MC/Discover IC Pass Thru Pricing M Schedule and (3) complete Program Guide (Version BAMSBB(SNAP)1605) consisting of 63 pages (including this confirmation). Client further ack and agreeing to all terms in the Program Guide. Upon receipt of a signed facsimile or original of this Confirmation Page by us, Client's Application NO ALTERATIONS OR STRIKE-OUTS TO THE PROGRAM GUIDE WILL BE ACCEPTED.

**Client's Business Principal:**

**Signature** (Please sign below):

DocuSigned by:

X *Jeffrey Bishop*
EC3889DC9CA9458

Jeffrey Bishop

Please Print Name of Signer

Member LLC          2/21/2014
Title                Date

Confidential

Attachment JJJJ

PX 27, 2627

10417905-FISV-000020

# ADDITIONAL OUTLET FORM (Page 1 of 3)

New Merchant #: _____

Xref External # Required? ☐ Yes ☒ No     Store # included Xref External #? ☐ Yes ☒ No
**Note:** These fields are NOT to be used to embed the store # in the north MID#.

## HIERARCHY

Corp #: _____   Chain #: _____   Tie-To #: _____

## SALES INFORMATION

| Sales Rep ID | RM Name | Submitter's Name | Submitter's Phone # |
|---|---|---|---|
| BRCN | JESSICA CEDENO | NIRICA WHITTICK | |

## TELL US ABOUT YOUR BUSINESS

Your DBA/Outlet Name: (Maximum 24 Characters)  B I O T E C H   B R E A K

| Your Business Legal Name (Client): | Name of Signer: | Title of Signer: |
|---|---|---|
| RAGINGBULLDOT COM LLC | JEFFREY BISHOP | MEMBER LLC |

| First/Last Contact Name: | Address: (No P.O.Box) | Suite #: | City: | State: | Zip: | Store #: |
|---|---|---|---|---|---|---|
| JORDAN REYNA | 835 E LAMAR BLVD | 263 | ARLINGTON | TX | 76011 | |

Your Business Phone #: (855) 590-7694     Merchant Customer Service Phone #: (855) 590-7694     Fax #: _____

Web Site Address: www.biotechbreakouts.com     E-Mail Address: jordan@ragingbull.com     Customer Service E-Mail Address: _____

| Annual MasterCard*/Visa Volume | $ 2,000,000 | MasterCard/Visa Average Ticket | $ 300.00 | Pricing Type (3 digit #) 0 2 0 |
|---|---|---|---|---|
| Annual Discover* Volume | $ 50,000 | Discover Average Ticket | $ 300.00 | MCC: 7399 |
| Annual American Express Volume | $ 50,000 | American Express Average Ticket | $ 300.00 | |
| TeleCheck Annual Volume | $ 0 | | | |

Products/Services You Sell: BUSINESS SERVICES

Seasonal? ☐ Yes ☒ No
If Yes, select the months in which the business is open: ☐ JAN ☐ FEB ☐ MAR ☐ APR ☐ MAY ☐ JUN ☐ JUL ☐ AUG ☐ SEP ☐ OCT ☐ NOV ☐ DEC

## BILL TO INFORMATION

Head Office/Bill To Name: LIGHTHOUSE MEDIA LLC

| Business Phone #: (855) 981-8370 | Address: 835 E LAMAR BLVD # 263 | First/Last Contact Name: JORDAN REYNA |
|---|---|---|
| | | City: ARLINGTON   State: TX   Zip:76011 |

**PLEASE COMPLETE EACH SECTION BELOW:**

POS Card Swipe ____% + Manual Imprint ____% + Mail Order ____% + Phone Order ____% + Internet 100 % = 100%     Mag Swipe ____% + Keyed 100 % = 100%

Mail Statements to: ☐ 01 Outlet   ☒ 02 Bill To - No Recap   ☐ 07 Suppress Statement   ☐ 08 Recap - No Statement
(Recap Code)   ☐ 09 Bill To/Statement + Recap   ☐ 10 Recap Chain/Statement to Outlet Bill To     Merchant Type (4 digit #) 8 0 0 0

Entity Type: ☐ Private Corporation ☐ Public Corporation ☐ Sole Proprietorship ☐ Partnership ☐ Franchisee Owned ☒ LLC

Check one: TIN Type: ☒ EIN (Fed Tax ID #) ☐ SSN   D&B #: _____     No. of Employees: _____

### IMPORTANT IRS INFORMATION

☐ Non-Profit   ☐ Non-Profit/Tax Exempt as described in 26 USC Section 501(c)(3) OR a Tribal (Native American) government or Tribal government-owned. ☐ Gov't. Entity
If tax exempt, provide copy of IRS Determination Letter; if Tribal government, provide evidence of tribal recognition, and proof of tribal ownership if separate entity.
**NOTE:** Failure to provide accurate information may result in a withholding of merchant funding per IRS regulations  (See Part IV, Section A.3 of your Program Guide for further information.)

| Name (as it appears on your income tax return)[1] | ☒ Federal Tax ID#: (as it appears on your income tax return)[1] | ☐ I certify that I am a foreign entity/nonresident alien. (if checked, please attach IRS Form W-8.) |
|---|---|---|
| RAGINGBULLDOT COM LLC | | |

[1]If Client is a disregarded entity under IRS regulations and has provided its owner's taxpayer filing name and Federal Tax ID above, then please attach an IRS Form W-9.

## OTHER ENTITLEMENTS

| ☐ ECA* Warranty | ☐ ECA Verification | ☐ Lockbox Pro21 Warranty | ☐ Lockbox Pro21 Verification | ☐ e-Deposit Warranty | ☐ e-Deposit Settlement Only |
|---|---|---|---|---|---|
| ☐ ICA Warranty | ☐ ICA Verification | ☐ CBP Warranty | ☐ CBP Verification | ☐ Paper Warranty | ☐ Paper Verification |
| ☐ Check Cashing Warranty | ☐ Check Cashing Verification | ☐ Mail Order Warranty | ☐ COD Warranty | ☐ Remote Pay Warranty | ☐ Remote Pay Verification |
| ☐ Other: | | Existing Subscriber #: | | | |

☒ MasterCard ☑ Visa ☑ Discover, (including Diners Club International*, JCB, UnionPay and BCard)
☑ Discover Full Service Processing

Discover SE # (if retained): _____

☐ Gift Card (see attached addendum)   SE # _____

MC Registration Program ID: _____

☐ PIN Debit # _____   ☐ EBT (SNAP) FNS # (XREF): _____

☐ American Express* (AXP) (includes credit and prepaid cards)
☑ AXP OptBlue**
☐ AXP Direct: _____
American Express* Service Type (check one)
☐ Split Dial ☐ Single Settle ☐ EDC ☐ PIP ☐ Reverse IP
American Express Cap #: _____
Franchise Name: _____
☐ IATA/ARC Code: _____ (for MCC 4722 Only)

| ☐ Voyager Fleet | Annual Voyager Vol.: $ _____ | Participation in Voyager Tax Exempt Program: ☐ Yes ☐ No  (If yes, additional request form required) |
|---|---|---|
| ☐ WEX Full Acquiring | Annual WEX Volume: $ _____ | ☐ WEX (Non-Full Svc) (requires separate form)   ☐ MasterCard Fleet |

BAMS/FDSGenNAddLo1808(la)

**Attachment JJJJ**

10417905-FISV-000089

PX 27, 2628

# ADDITIONAL OUTLET FORM
**(Page 2 of 3)**

## SHIPPING INSTRUCTIONS

Ship Terminal / Start-up Kit To: ☐ Outlet / DBA  ☐ Head Office  ☐ Do Not Ship  ☐ No Welcome Kit and Supplies  ☐ No Welcome Kit  ☐ Other – (See Below)

Name: _____   Attention: _____

Address: _____   City: _____   State: _____ Zip: _____

Delayed Start Date: _____   Delayed Ship Date: _____

Do you use any third party to store, process or transmit cardholder data? *(Examples include, but not limited to web hosting companies, Electronic Data Capture, Loyalty programs)*

☒ No  ☐ Yes   If yes, give name/address: _____

Please identify any Software used for storing, transmitting, or processing Card Transactions or Authorization Requests: _____

Network: ☐ ( 206 ) CARD*net** *  ☐ ( ) Nashville  ☐ ( ) Bypass  ☒ Other: compass    Specify Security Code: ( 5083 )

| Rental • Purchase Cust.-Owned • Lease[1] Installment Purchase *(circle one)* | QTY | IP | Equipment Type (i.e., Terminal/VAR/Internet) | Retail • Restaurant • MOTO/Internet Lodging • Supermarket • Car Rental Quick Service Restaurant • Petro | Model Code and Name | Unit Purchase Price (w/o Tax) | Monthly Payment Due (w/o Tax) | For Customer-Owned Equipment Track / Version / Serial # |
|---|---|---|---|---|---|---|---|---|
| R  P  ☒ L[1]  I | 1 | ☐ | PAYEEZY | R  Re  MO☒/I  L  S  C  QSR  P | GWSECM | $ 0 | $ | |
| R  P  C  L[1]  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L[1]  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L[1]  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L[1]  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L[1]  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L[1]  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |

*The Installment Purchase option allows you to make 3 equal monthly payments.*

[1] A separate approval by, and non-cancelable lease agreement with, First Data Merchant Services Corporation (through its business unit, First Data Global Leasing) are required; that lease agreement contains the terms and conditions for leased equipment.

Check one: ☐ Gateway Solutions  ☐ Dial Solutions  ☐ Global Gateway  ☐ Payeezy Gateway  ☐ VSAT**  ☐ Frame  ☐ Other: _____   ☐ IC Verify Serial  # _____

VAR / Internet / Software:  Name: _____   (Nashville Only:  Product ID # _____   Vendor ID # _____

NOTE: **Requires separate agreement between Client and its VSAT provider prior to implementation of this telecommunications protocol.

Network: ☐ Nashville  ☐ CARDnet  ☐ Buypass  ☐ Other: _____

☐ PNS  ☐ Netconnect   Email Address: _____   Client #: _____   Division #: _____

C/O – IC
Verify Serial # _____   ESN # _____   MAN # _____   Software Product ID # _____

Holds Paper: ☐ Merchant  ☐ Processor   Imprinter Purchase:  Amount $ 50.00   x QTY ____ = Total $ ____(w/o tax)  Plates: ☐ Short  ☐ Long

Software Vendor ID # _____

Wireless Service Provider: ☐ GPRS AT&T  or  ☐ CDMA Sprint

## TERMINAL FEATURES

☐ Auto Settle Time _____ hh ET (military)
☐ Bar Tab
☐ Clerk / Server Entry
☐ Debit Cash Back
Delayed Ship Date: _____
☐ Dial Prefix: ☐ Dial 9 ☐ Other: _____
☐ Dial Suffix: _____
☐ QSR-CR/SMT  Amt. $_____ (Convenience / Small Ticket)
☐ QSR Print Option _____
☐ Invoice Number
☐ Multi-Trans *(PC/Register/Software only)*

☐ Remove Ticket #
☐ Retail Gas
☐ Retail With Tip
☐ Ship Method *(Overnight)*
☐ Tip % Option
☐ Verify Amount Prompt
☐ E-Commerce
☐ Remove Room #
☐ No Server / Ticket ID
   ☐ If IP _____
   *(List Current Provider)*
☐ Partial Approval
☐ Purchase w/Balance Return

☐ Standalone Balance Inquiry
☐ Amex Prepaid Program Preference *(Choose One)*
   ☐ Partial Auth
   ☐ Balance Back
   ☐ Other _____

PINPad:
☐ DES Encryption
☐ DUKPT
☐ Access Code
   # _____

Terminal Features: *(cont'd)*

|  | Key Disable | or | Password Protect |
|---|---|---|---|
| Credits | ☐ | | ☐ |
| Voids | ☐ | | ☐ |
| Forces | ☐ | | ☐ |
| Reviews | ☐ | | ☐ |
| Bal/Settle | ☐ | | ☐ |
| Auth Only | ☐ | | ☐ |
| Reports | ☐ | | ☐ |
| Tip Adjustment | ☐ | | ☐ |

**PLEASE VERIFY SELECTED FEATURES ARE AVAILABLE UNDER THE ALLIANCE, NETWORK, PRODUCT & APPLICATION**

Comments: _____
(NOTE: Completing the Comments field will result in a 48 hour terminal programming delay)

### Buypass Attributes

Bank FIID: _____  Group FIID: _____
Confirmation Letter:  ☐ Yes  ☐ No
Duplicate Protection:  ☐ On  ☐ Off
Variable Cut:  ☐ Yes  ☐ No
Cut Time: _____ (military)

Password: ☐ 111111  ☐ 123456
☐ Other: _____
Prop ID: _____
Daylight Savings: ☐ Yes  ☐ No

ACH Sum ID # _____
Velocity Chain #: _____
Velocity Count: _____
Velocity Amount: $ _____

Specials
_____
_____
_____
_____

**NOTE: If attributes are not chosen, then the generic defaults will apply.**

BAMS/FDSGenNAddLo1808(ia)

Confidential

**Attachment JJJJ**

PX 27, 2629

## ADDITIONAL OUTLET FORM (Page 2 of 3)

All payments to Client shall be through the Automated Clearing House (ACH) and shall normally be electronically transmitted directly to the demand deposit account ("DDA") indicated below or any successor account designated to receive provisional funding of Client's sales pursuant to the Client's agreement governing merchant card processing services (referred to herein as the "Merchant Agreement") by and among the Client, Processor and Bank. Processor means Banc of America Merchant Services, LLC or First Data Services, LLC, as applicable, and Bank means Bank of America, N.A.; references to "you" and "your" mean Client; references to "Servicers" "our," "us" and "we" mean Processor and Bank. We cannot guarantee the timeliness with which any payment may be credited by Client's depository institution ("DEPOSITORY").

Client hereby authorizes Bank and its authorized representative to access information from the DDA and to initiate credit and/or debit entries by Bank wire or ACH transfer and to authorize DEPOSITORY to block or to initiate, if necessary, reversing entries and adjustments for any original entries made to the DDA and to authorize DEPOSITORY to provide such access and to credit and/or debit or to block the same to such account. This authorization is without respect to the source of any funds in the DDA, is irrevocable and is coupled with an interest. This authority extends to any equipment rental or purchase agreements which may exist with Client as well as to any fees and assessments and Chargeback amounts of whatever kind or nature due under the terms of your Agreement whether arising during or after termination of this Agreement.

This authority is to remain in full force and effect at all times unless and until we have consented to its termination and in such time and in such manner as to afford us and DEPOSITORY a reasonable opportunity to act on it. In addition, Client understands and agrees that it will be charged a reject fee for each ACH which cannot be processed, and all subsequent funding may be suspended until Client either (1) provides written notice that ACHs can be processed or (2) a new electronic funding agreement is signed by Client. In order to insure transactions are properly handled, A COPY OF A BLANK VOIDED CHECK MUST BE INCLUDED. Client's depository must be able to process or accept electronic transfers either via ACH and/or Fed wire (Bank wire) which transfers are processed utilizing the Federal Reserve System. If payment is to be made by Bank wire or Automated Clearing House transfer, please supply the above information.

ABA [ ]   A voided check or bank letter is required if the banking information (above) for the additional location is different from the tie-to location.   DDA [ ]

[X] Fees Same as Tie To Account

[ ] Additional Fees due to Industry Type *(see attached fee schedule)*

[ ] Additional Credit Addendum (Required for accounts that are High Risk/MOTO/Internet or B2B)

[ ] Additional Fees due to Service Entitlements *(see attached fee schedule)*

**APPLICABLE TO MERCHANTS UNDER AMERICAN EXPRESS OPTBLUE PROGRAM:** To be qualified under this program, you must meet these criteria: (a) your Total Annual American Express volume (listed in Section 2 above) is less than $1,000,000 and (b) your business is not a type prohibited, and is not a franchisee of any franchise excluded, by American Express. In addition, you must continue to qualify for this program, and to do so, your total American Express Card transaction volume cannot exceed certain thresholds, all as further described in Part I, Sections 45.2 and 45.5.4 of the Program Guide. Please also refer to Part I, Sections 45.5.2 – 45.5.3 of the Program Guide to learn about American Express' use of your information and how you may opt out of certain uses.

You further acknowledge and agree that you will not use your merchant account and/or the Services for illegal transactions, for example, those prohibited by the Unlawful Internet Gambling Enforcement Act, 31 U.S.C. Section 5361 et seq, as may be amended from time to time, or processing and acceptance of transactions in certain jurisdictions pursuant to 31 CFR Part 500 et seq, and other laws enforced by the Office of Foreign Assets Control (OFAC).

Client certifies, under penalties of perjury, that the federal taxpayer identification number and corresponding filing name provided herein are correct.

Please add the above mentioned additional location(s) to your system. I understand and agree upon execution of this document, the above mentioned additional location(s) is/are hereby bound by the processing Agreement signed for the above primary location, any agreement attached hereto as well as pricing for the services specified herein. I further acknowledge that all information provided is true and accurate.

| Client's Business Principal Signature *(please sign here)* | JEFFREY BISHOP *Please Print Name of Signer* | PRESIDENT *Title* | 9/14/17 *Date* |

BAMS/FDSGenN/AddLot80B(to)

**Attachment JJJJ**

10417905-FISV-000091

# PX 27, 2630

# ADDITIONAL OUTLET FORM

(Page 1 of 3)

New Merchant #: _____

Xref External # Required? ☐ Yes ☒ No     Store # included Xref External #? ☐ Yes ☒ No
**Note:** These fields are NOT to be used to embed the store # in the north MID#.

## HIERARCHY

Corp #: _____                    Chain #: _____                    Tie-To #: _____

## SALES INFORMATION

| Sales Rep ID | RM Name | | Submitter's Name | | | | Submitter's Phone # |
|---|---|---|---|---|---|---|---|
| **BRCN** | **JESSICA CEDENO** | | **NIRICA WHITTICK** | | | | |

## TELL US ABOUT YOUR BUSINESS

Your DBA/Outlet Name: *(Maximum 24 Characters)*    **B I O T E C H    B R E A K**

Your Business Legal Name (Client):          Name of Signer:                Title of Signer:

**RAGINGBULLDOT COM LLC**          **JEFFREY BISHOP**              **MEMBER LLC**

| First/Last Contact Name: | Address: (No P.O.Box) | | Suite #: | City: | | State: | Zip: | Store #: |
|---|---|---|---|---|---|---|---|---|
| **JORDAN REYNA** | **835 E LAMAR BLVD** | | 263 | **ARLINGTON** | | **TX** | **76011** | |

Your Business
Phone #: **(855) 590-7694**

Merchant Customer
Service Phone #:   **(855) 590-7694**          Fax #: _____

Web Site
Address: **www.biotechbreakouts.com**

E-Mail
Address: **jordan@ragingbull.com**

Customer Service
E-Mail Address: _____

| | | | |
|---|---|---|---|
| Annual MasterCard/Visa Volume | $ **2,000,000** | MasterCard/Visa Average Ticket | $ **300.00** |
| Annual Discover* Volume | $ **50,000** | Discover Average Ticket | $ **300.00** |
| Annual American Express Volume | $ **50,000** | American Express Average Ticket | $ **300.00** |
| TeleCheck Annual Volume | $ **0** | | |

Pricing Type *(3 digit #)* **0  2  0**
MCC: **7399**

Products/Services You Sell: **BUSINESS SERVICES**

Seasonal? ☐ Yes ☒ No
If Yes, select the months in which the business is open:  ☐ JAN  ☐ FEB  ☐ MAR  ☐ APR  ☐ MAY  ☐ JUN  ☐ JUL  ☐ AUG  ☐ SEP  ☐ OCT  ☐ NOV  ☐ DEC

## BILL TO INFORMATION

Head Office/Bill To Name: **LIGHTHOUSE MEDIA LLC**

First/Last Contact Name: **JORDAN REYNA**

Business Phone #: **(855) 981-8370**     Address: **835 E LAMAR BLVD # 263**

City: **ARLINGTON**          State: **TX**     Zip: **76011**

**PLEASE COMPLETE EACH SECTION BELOW:**

POS Card Swipe ____ % + Manual Imprint ____ % + Mail Order ____ % + Phone Order ____ % + Internet **100** % = 100%     Mag Swipe ____ % + Keyed ____ % = 100%

Mail Statements to: ☐ 01 Outlet     ☒ 02 Bill To - No Recap     ☐ 07 Suppress Statement      ☐ 08 Recap - No Statement
*(Recap Code)*        ☐ 09 Bill To/Statement + Recap      ☐ 10 Recap Chain/Statement to Outlet Bill To

Merchant Type *(4 digit #)* **8  0  0  0**

Entity Type: ☐ Private Corporation  ☐ Public Corporation  ☐ Sole Proprietorship  ☐ Partnership  ☐ Franchisee Owned  ☒ LLC

Check one: TIN Type: ☒ EIN (Fed Tax ID #)   ☐ SSN    D&B #: _____                    No. of Employees: _____

## IMPORTANT IRS INFORMATION

☐ Non-Profit      ☐ Non-Profit/Tax Exempt as described in 26 USC Section 501(c)(3) OR a Tribal (Native American) government or Tribal government-owned.     ☐ Gov't. Entity
If tax exempt, provide copy of IRS Determination Letter; if Tribal government, provide evidence of tribal recognition, and proof of tribal
ownership if separate entity.

**NOTE:** Failure to provide accurate information may result in a withholding of merchant funding per IRS regulations (See Part IV, Section A.3 of your Program Guide for further information.)

Name *(as it appears on your income tax return)*§     ☒ Federal Tax ID#: *(as it appears on your income tax return)*[1]     ☐ I certify that I am a foreign entity/nonresident alien.
**RAGINGBULLDOT COM LLC**                                      *(if checked, please attach IRS Form W-8.)*

§If Client is a disregarded entity under IRS regulations and has provided its owner's taxpayer filing name and Federal Tax ID above, then please attach an IRS Form W-9.

## OTHER ENTITLEMENTS

| | | | | |
|---|---|---|---|---|
| ☐ ECA* Warranty | ☐ ECA Verification | ☐ Lockbox Pro21 Warranty | ☐ Lockbox Pro21 Verification | ☐ e-Deposit Warranty | ☐ e-Deposit Settlement Only |
| ☐ ICA Warranty | ☐ ICA Verification | ☐ CBP Warranty | ☐ CBP Verification | ☐ Paper Warranty | ☐ Paper Verification |
| ☐ Check Cashing Warranty | ☐ Check Cashing Verification | ☐ Mail Order Warranty | ☐ COD Warranty | ☐ Remote Pay Warranty | ☐ Remote Pay Verification |
| ☐ Other: | | Existing Subscriber #: | | | |

☐ MasterCard  ☐ Visa  ☐ Discover, *(Including Diners Club International*, JCB, UnionPay and BCard)*
☐ Discover Full Service Processing

☐ American Express® (AXP) (includes credit and prepaid cards)
☐ AXP OptBlue℠

Discover SE # *(if retained)*: _____

☐ AXP Direct: _____
American Express® Service Type *(check one)*

☐ Gift Card *(see attached addendum)*   SE # _____

☐ Split Dial  ☐ Single Settle  ☐ EDC  ☐ PIP  ☐ Reverse IP

MC Registration Program ID: _____

American Express Cap #: _____
Franchise Name: _____

☐ PIN Debit #: _____        ☐ EBT (SNAP) FNS # (XREF): _____

☐ IATA/ARC Code: _____                    (for MCC 4722 Only)

☐ Voyager Fleet     Annual Voyager Vol.: $ _____          Participation in Voyager Tax Exempt Program:  ☐ Yes  ☐ No  *(if yes, additional request form required)*
☐ WEX Full Acquiring     Annual WEX Volume: $ _____      ☐ WEX (Non-Full Svc) *(requires separate form)*     ☐ MasterCard Fleet

BAMS/FDSGenNAddLo1808(la)

# ADDITIONAL OUTLET FORM

(Page 2 of 3)

## SHIPPING INSTRUCTIONS

Ship Terminal / Start-up Kit To: ☐ Outlet/DBA ☐ Head Office ☐ Do Not Ship ☐ No Welcome Kit and Supplies ☐ No Welcome Kit ☐ Other – (See Below)

Name: _____ Attention: _____

Address: _____ City: _____ State: _____ Zip: _____

Delayed Start Date: _____ Delayed Ship Date: _____

Do you use any third party to store, process or transmit cardholder data? *(Examples include, but not limited to web hosting companies, Electronic Data Capture, Loyalty programs)*

☒No ☐ Yes  If yes, give name/address: _____

Please identify any Software used for storing, transmitting, or processing Card Transactions or Authorization Requests: _____

Network: ☐ (206) CARD*net*® ☐ ( ) Nashville ☐ ( ) Buypass ☒ Other: compass   Specify Security Code: ( 5083 )

| Rental • Purchase Cust.-Owned • Lease* Installment Purchase *(circle one)* | QTY | IP | Equipment Type *(i.e., Terminal/VAR/Internet)* | Retail • Restaurant • MOTO/Internet Lodging • Supermarket • Car Rental Quick Service Restaurant • Petro | Model Code and Name | Unit Purchase Price (w/o Tax) | Monthly Payment Due (w/o Tax) | For Customer-Owned Equipment Track/Version/Serial # |
|---|---|---|---|---|---|---|---|---|
| R  P  ☒ L¹  I | 1 | ☐ | PAYEEZY | R  Re  MO☒/I  L  S  C  QSR  P | | $ 0 | $ | |
| R  P  C  L¹  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L¹  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L¹  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L¹  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L¹  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L¹  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L¹  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |

The Installment Purchase option allows you to make 3 equal monthly payments.

¹A separate approval by, and non-cancelable lease agreement with, First Data Merchant Services Corporation (through its business unit, First Data Global Leasing) are required; that lease agreement contains the terms and conditions for leased equipment.

Check one: ☐ Gateway Solutions  ☐ Dial Solutions  ☐ Global Gateway  ☐ Payeezy Gateway  ☐ VSAT** ☐ Frame  ☐ Other:_____  ☐ IC Verify Serial # _____

VAR/Internet/Software: Name: _____ (Nashville Only: Product ID # _____ Vendor ID # _____ )

NOTE: **Requires separate agreement between Client and its VSAT provider prior to implementation of this telecommunications protocol.

Network: ☐ Nashville  ☐ CARDnet  ☐ Buypass  ☐ Other: _____

☐ PNS  ☐ Netconnect  Email Address: _____ Client #: _____ Division #: _____

C/O - IC
Verify Serial # _____ ESN # _____ MAN # _____  Software Product ID # _____  Software Vendor ID # _____

Holds Paper: ☐ Merchant  ☐ Processor   Imprinter Purchase:   Amount $ 50.00  x  Qty _____ = Total $_____ (w/o tax)  Plates: ☐ Short  ☐ Long

Wireless Service Provider: ☐ GPRS AT&T  or  ☐ CDMA Sprint

## TERMINAL FEATURES

☐ Auto Settle Time _____ hh ET (military)
☐ Bar Tab
☐ Clerk/Server Entry
☐ Debit Cash Back
Delayed Ship Date: _____
☐ Dial Prefix: ☐ Dial 9  ☐ Other: _____
☐ Dial Suffix: _____
☐ QSR-CR/SMT Amt. $_____ *(Convenience/Small Ticket)*
☐ QSR Print Option_____
☐ Invoice Number
☐ Multi-Trans *(PC/Register/Software only)*

☐ Remove Ticket #
☐ Retail Gas
☐ Retail With Tip
☐ Ship Method *(Overnight)*
☐ Tip % Option
☐ Verify Amount Prompt
☐ E-Commerce
☐ Remove Room #
☐ No Server/Ticket ID
☐ If IP _____ *(List Current Provider)*
☐ Partial Approval
☐ Purchase w/Balance Return

☐ Standalone Balance Inquiry
☐ Amex Prepaid Program Preference *(Choose One)*
☐ Partial Auth
☐ Balance Back
☐ Other _____

PINPad:
☐ DES Encryption
☐ DUKPT
☐ Access Code
# _____

Terminal Features: *(cont'd)*

| | Key Disable | Password or Protect |
|---|---|---|
| Credits | ☐ | ☐ |
| Voids | ☐ | ☐ |
| Forces | ☐ | ☐ |
| Reviews | ☐ | ☐ |
| Bal/Settle | ☐ | ☐ |
| Auth Only | ☐ | ☐ |
| Reports | ☐ | ☐ |
| Tip Adjustment | ☐ | ☐ |

PLEASE VERIFY SELECTED FEATURES ARE AVAILABLE UNDER THE ALLIANCE, NETWORK, PRODUCT & APPLICATION

Comments: _____
(NOTE: Completing the Comments field will result in a 48 hour terminal programming delay)

### Buypass Attributes

Bank FIID: _____ Group FIID: _____
Confirmation Letter:  ☐ Yes  ☐ No
Duplicate Protection:  ☐ On  ☐ Off
Variable Cut:  ☐ Yes  ☐ No
Cut Time: _____ (military)

Password: ☐ 111111  ☐ 123456
☐ Other: _____
Prop ID: _____
Daylight Savings: ☐ Yes  ☐ No

ACH Sum ID #: _____
Velocity Chain #: _____
Velocity Count: _____
Velocity Amount: $ _____

### Specials

_____

NOTE: If attributes are not chosen, then the generic defaults will apply.

BAMS/FDSGenNAddLo1808(ia)

10417905-FISV-000093

Attachment JJJJ

PX 27, 2632

## PAYEEZY<sup>SM</sup> SERVICES ADDENDUM

### BANC OF AMERICA MERCHANT SERVICES, LLC

**THIS PAYEEZY SERVICES ADDENDUM** ("Payeezy Addendum") amends the terms of the Program Guide ("Agreement") and, specifically, referring to the term Agreement as defined in Part I of the Program Guide) among you ("Client"), Banc of America Merchant Services, LLC ("Processor") and Bank of America, N.A. ("Bank") (collectively Processor and Bank are the "Servicers") to include the Payeezy Services (defined below). You agree to comply with the terms set forth in this Payeezy Addendum in connection with receiving the Payeezy Services. Capitalized terms used but not defined in this Payeezy Addendum are defined in the Agreement.

1. **Internal/Sales Information:**
   Merchant Number: _____
   Sales Rep. Name: Jessica Cedeno
   Sales Rep. Phone Number: 817.691.3213
   Sales Rep. Email Address: jessica.cedeno@bankofamericamerchant.com

2. **Client's Business Information:**
   Client's Business' Legal Name: LIGHTHOUSE MEDIA LLC
   Client's DBA Name: BIOTECH BREAKOUTS
   First/Last Contact Name: Jeffrey Bishop (or Jordan Reyna)　　　　　Title: Managing Member / Owner
   Your Business Phone: 855.590.7694　　　　　Your Business Fax: _____
   Your Business Email Address: jordan@ragingbull.com

3. **Payeezy Services.**

3.1 Services. The Payeezy Services are an electronic gateway messenger system ("Payeezy Services") that will allow you to manage Card transaction information being transmitted when processing your payment transactions, and includes the following functionality: (i) a web-based application programming interface ("API") that allows third-party applications to process transactions through the Payeezy Services system and supports a range of processing functions (e.g., purchase, refund, pre-authorization functions) and further allows you to implement custom business logic to manage these functions; (ii) a securely hosted web payment form (a "Payment Page") designed to accept Internet-based eCommerce transactions, redirecting the consumer to a payment form hosted by the gateway that uses a "Checkout" button on your website to submit payment posting requests to a designated URL and display payment acceptance details and authentication information on your website, the appearance of which and payment options displayed on the Payment Page may be configured by you using an online management interface provided by Processor; and (iii) a real-time payment manager ("RPM") hosted application that is able to turn any Internet connected personal computer with a standard web browser into a point of sale device to process retail and MO/TO payments, allowing your employees to input payment transactions in a MO/TO, call center or back office environment, or to swipe Cards in a retail point of sale environment. Receipts for RPM processed transactions are provided, and can be printed or emailed to the cardholder. RPM is also a centralized administrative tool through which you may access its Payeezy Services account (i.e., user administration, gateway reporting, and hosted payment page configurations).

3.2 Provider. The Payeezy Services are provided to you by Processor and not Bank. Bank is not liable to you in any way with respect to the Payeezy Services. For the purposes of this Payeezy Addendum, the words "we", "our" and "us" refer only to the Processor and not the Bank.

4. **Payeezy Services Disclaimer.** EXCEPT AS EXPRESSLY PROVIDED IN THIS ADDENDUM, THE PAYEEZY SERVICES ARE PROVIDED "AS IS" AND PROCESSOR MAKES NO REPRESENTATIONS OR WARRANTIES (EXPRESS OR IMPLIED) WITH REGARD TO THE PAYEEZY SERVICES, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF ACCURACY, NON-INFRINGEMENT OR THAT THEY WILL FUNCTION UNINTERRUPTED OR ERROR-FREE; AND ANY AND ALL SUCH REPRESENTATIONS OR WARRANTIES (EXPRESS OR IMPLIED) ARE DISCLAIMED.

5. **Fees.** Payment of fees for the Payeezy Services will be as set forth in the Agreement. The fees for processing transactions related to the Payeezy Services are described on Schedule A to this Payeezy Addendum. In addition to the fees described on Schedule A to this Payeezy Addendum, you will be responsible for all additional costs and expenses as set forth in the Agreement.

6. **Sublicense; Intellectual Property; Representations and Warranties.**

6.1 Processor grants to you a non-transferable, non-assignable, non-exclusive, limited, royalty-free, revocable sub-license during the term of this Payeezy Addendum to use the Payeezy Services and the associated software ("Software") and documentation (including Updates thereto, as defined below), trademarks or service marks identified in the Operating Procedures for the sole purpose of submitting transactions for processing using the Payeezy Services; and all subject to the terms of this Payeezy

BAMS (Form) - Payeezy Merchant Agmt Template Pgm Guide (02.03.16) IA.docx

Page 1 of 3

10417905-FISV-000095

Attachment JJJJ　　**PX 27, 2634**

Addendum and the Agreement. You may only use the Payeezy Services in connection with the processing services you receive under the Agreement. You have no right, title or interest in or to the Payeezy Services, any related software, materials, documentation, or derivative works thereof; and nothing in this Payeezy Addendum or the Agreement assigns, transfers or creates any such right, title or interest for you (whether express or implied, or by estoppel or otherwise). Any and all right, title or interests associated with the Payeezy Services that are not expressly granted by Processor within this Payeezy Addendum are expressly withheld. You will not take any action inconsistent with the ownership, title or license rights associated with the Payeezy Services. You will not file any action, in any forum, challenging ownership of the Payeezy Services, any related software, materials, documentation or derivative works thereof. Breach of this Section constitutes a material breach of this Payeezy Addendum and the Agreement, and we may immediately suspend or terminate your use of the Payeezy Services, this Payeezy Addendum or the Agreement in the event of such breach.

6.2    You will not, and will not permit others to: (i) sell, distribute, lease, license, sublicense or otherwise disseminate the Payeezy Services or any portion thereof; (ii) copy, modify, enhance, translate, supplement, create derivative works from, reverse engineer, decompile or otherwise reduce to human-readable form the Payeezy Services or any portion thereof; (iii) use altered versions of the Payeezy Services or portion thereof; (iv) use, operate or combine the Payeezy Services or any related software, materials or documentation, or any derivative works thereof with other products, materials or services in a manner inconsistent with this Payeezy Addendum or the Agreement; or (v) other that intended by its nature, use the Payeezy Services, or any portion thereof, as a standalone or non-integrated program. You will not permit others to access the Payeezy Services, any related software, materials or documentation, or derivative works thereof. You will not remove, alter, modify, relocate or erase any copyright notice or other legend(s) denoting our or other third parties' proprietary interests in the Payeezy Services.

6.3    Processor reserves the right to alter, immediately suspend or upon notice terminate the Payeezy Services in the event you violate the terms of this Payeezy Addendum, the Agreement or we terminate any agreement with third parties that are involved in providing the Payeezy Services; or we are otherwise unable to continue to provide the Payeezy Services.

6.4    From time to time we may release updates ("Updates") to the Software, which must be installed and integrated on your systems within 30 days of receipt of such Updates. You agree that failure to install Updates in a timely fashion may impair the functionality of the Payeezy Services, and associated Services provided under the Agreement and accessed through the Payeezy Services. Processor will have no liability for Customer's failure to properly install the most current version of the Software or any Update, and will have no obligation to provide support or services for outdated versions of the Software.

6.5    Payeezy Services Representations, Warranties. You represent and warrant that you have all necessary right, title and interest (including, without limitation, intellectual property interest) in and to any logos, custom digital images or other images that you use or provide for us to use on your behalf in connection with the creation of your electronic gift cards, standard gift cards or card carriers and/or the Payeezy Services.

7.    **Termination.** In addition to the termination rights set forth in the Agreement, this Payeezy Addendum will automatically terminate upon any termination of the Agreement. Upon termination or expiration of this Payeezy Amendment, all licenses granted hereunder will immediately terminate and you will either return or destroy the Software, certifying such destruction in writing to Processor.

8.    **Full Force and Effect.** The Agreement remains in effect as amended and supplemented by this Payeezy Addendum. In the event of any conflict between the terms of this Payeezy Addendum and the Agreement, this Payeezy Addendum will control with respect to the Payeezy Services. References to the Agreement after the date of this Payeezy Addendum include this Payeezy Addendum.

**By signing below, you acknowledge that you have read, understand and agree to comply with the terms set forth in this Payeezy Addendum.**

Client's Business Principal:

Signature:

X _____    Title: Managing Member    Date: 9/14/17

*The party signing this Payeezy Addendum must be the same party signing the Agreement.*

Printed Name: Jeffrey Bishop

BAMS (Form) - Payeezy Merchant Agent Template Pgm Guide (02.03.16) iA.**docx**

Page 2 of 3

10417905-FISV-000096

**Attachment JJJJ**    **PX 27, 2635**

**Schedule A**

**Fees for Payeezy Services**

Fees

| | |
|---|---|
| Initial Set-Up Fee (per location) (40B) | $ 99.00 |
| Monthly Fee (per location) (40A) | $ 16.00 |
| Payeezy Transaction Processing Fee (per authorization) (0FC) | $ .05 |

BAMS (Form) - Payeezy Merchant Agmt Template Pgm Guide (02.03.16) IA.docx

Confidential

10417905-FISV-000097

**Attachment JJJJ**

**PX 27, 2636**

# Account List

**9/10/2020**

Information is displayed at the Outlet Level.

**MSA**

| | Account Number | ABA | Funding Agency | Status |
|---|---|---|---|---|
| 1 | ███████ | ███████ | BANK OF AMERICA NA | |
| 2 | ███████ | ███████ | JPMORGAN CHASE BANK, NA | Active |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000098

**PX 27, 2637**

# Expert Notes

9/10/2020 ████████████████ MSA

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 1 | 5/26/2020 | 12:37:13 | Batch Load   Misc Salesforce Case Number: 56685203 .Case Not | | ser |
| 2 | | | e: *sls*tate titchenal*  email mass request from rep Joseph | | ser |
| 3 | | | Long to close 6 mids  chain and all other mids on the chain | | ser |
| 4 | | | 372288802880  accounts closed  no etfs | | ser |
| 5 | 3/27/2020 | 16:35:47 | OTHER BAMS DST Case  55282620, null  null  null  null  n | | |
| 6 | | | ull  null  Authenticated By:null  null  Brenda goodwin Wi | | |
| 7 | | | nn CMS  Tt  Anthony Bell after he was transferred from Elis | | |
| 8 | | | cia Diaz who had TLv with a OTC sent to the email on file  a | | |
| 9 | | | sking to change the email as that person no longer works in | | |
| 10 | | | that department.  he could verify the old email address and | | |
| 11 | | | nothing was showing in the fraud tool for rapport so I chang | | |
| 12 | | | ed the email address on file  sent the auto response | | |
| 13 | 11/19/2019 | 12:45:22 | Batch Load   Misc RSMS Project (Base): RS KRIDER.  Sent an e | | 226 |
| 14 | | | mail to Jordan advising that the reserve remains on the acco | | 226 |
| 15 | | | unt for one year. according to the letter they recd from Sec | | 226 |
| 16 | | | urity Risk, that was put into effect as of July 5th.  right | | 226 |
| 17 | | | now 25% has been collected which would be $75k however they | | 226 |
| 18 | | | are no longer processing through any of the accounts.  he ha | | 226 |
| 19 | | | s no other questions at this time. | | 226 |
| 20 | 11/12/2019 | 14:09:32 | Batch Load   Misc RSMS Project (Base): RS KRIDER:  Received | | 226 |
| 21 | | | a voicemail from Jordan and returned his call,  wanted to kn | | 226 |
| 22 | | | ow about the reserve and how long to full fill it.  Do show | | 226 |
| 23 | | | that its at 25% but will have to check with Security Risk du | | 226 |
| 24 | | | e to merchant is only processing refunds on one | | 226 |
| 25 | | | Batch Load   Misc of the account and the others have not had | | 226 |
| 26 | | | any further activity. also wanted to check on a line of cre | | 226 |
| 27 | | | dit that they had. advised would need to get that info from | | 226 |
| 28 | | | the Bank and i found a 8004321000 phone number in google for | | 226 |
| 29 | | | BofA New Hampshire.  sent to him via email. | | 226 |
| 30 | 4/30/2019 | 14:19:49 | OTHER BAMS DST Case  43945733, null  null  null  null  n | | |
| 31 | | | ull  null  Authenticated By:null  null  Robinson, Racquel | | |
| 32 | | | CMS Top Pre Verification  Anothony Bell inquiring on why he | | |
| 33 | | | r received two cases for the same sale, advised  to respond | | |
| 34 | | | to both. | | |
| 35 | 4/30/2019 | 11:21:37 | OTHER BAMS DST Case  43945733, null  null  null  null  n | | |
| 36 | | | ull  null  Authenticated By:null  null  Anothony Bell inq | | |
| 37 | | | uiring on why her received two cases for the same sale, | | |
| 38 | 3/12/2019 | 11:08:17 | Batch Load   Misc RSMS Project (Base): RS. I need to get our | | b09 |
| 39 | | | company phone number added to all billing descriptors asap. | | b09 |
| 40 | | | We have some old numbers on file but would like to use this | | b09 |
| 41 | | | number for each descriptor going forward.  (833) 2651270  W | | b09 |
| 42 | | | ill call in the next min or two.  Thanks,  Jordan  tt Jordan | | b09 |
| 43 | | | , said he | | b09 |
| 44 | | | Batch Load   Misc wanted to add a support # to the descripto | | b09 |
| 45 | | | rs on all of the accounts to try and help with disputes. The | | b09 |
| 46 | | | y want to try and resolve the issue with the customer before | | b09 |
| 47 | | | it gets to that point. I updated the phone # on all account | | b09 |
| 48 | | | s with 8332651270. Adv it should take 24 hours to complete t | | b09 |
| 49 | | | he update. | | b09 |
| 50 | 3/5/2019 | 13:10:47 | Batch Load   Misc RSMS Project (Trigger Word): RSErica,  Yes | | b09 |
| 51 | | | , Id like to proceed through your channels to get Visa Verif | | b09 |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000099

# PX 27, 2638

# Expert Notes

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 52 | | | ied (VV) setup.  Ill check out that link. Thanks for your h | | b09 |
| 53 | | | elp on that.   Wed also like to explore any similar verifica | | b09 |
| 54 | | | tions like VV for other card providers (AMEX, Mastercard). D | | b09 |
| 55 | | | o you have any connections there?  Jordan  Jordan,  Im sendi | | b09 |
| 56 | | | ng the request | | b09 |
| 57 | | | Batch Load   Misc to our product team now. Ive asked for the | | b09 |
| 58 | | | m to contact you via email and keep me informed throughout t | | b09 |
| 59 | | | his process. I also mentioned you are interested in options | | b09 |
| 60 | | | for MasterCard and Discover. Im not sure if they can assist | | b09 |
| 61 | | | with those but it doesnt hurt to ask.  If you have any other | | b09 |
| 62 | | | questions in the meantime please let me know.  Thank you, | | b09 |
| 63 | | | Erica Hoover | | b09 |
| 64 | 3/5/2019 | 10:35:07 | Batch Load   Misc RSMS Project (Trigger Word): RSGood afern | | b09 |
| 65 | | | oon Jordan,  Have you had any further communication with Vis | | b09 |
| 66 | | | a since the last email below? Im just trying to gage an unde | | b09 |
| 67 | | | rstanding of where you are with this.   In addition to the V | | b09 |
| 68 | | | erified by Visa, have you had a chance to complete the addit | | b09 |
| 69 | | | ional velocity filters | | b09 |
| 70 | | | Batch Load   Misc within Payeezy to verify AVS(address verif | | b09 |
| 71 | | | ication).          Thank you,  Erica Hoover  Jan has a | | b09 |
| 72 | | | dvised BAMS partner sales has the ability to resell the Firs | | b09 |
| 73 | | | t Data services of Cardinal Commerce and would need to engag | | b09 |
| 74 | | | e them to complete Verified by Visa.  Waiting on a reply fro | | b09 |
| 75 | | | m Jordan. | | b09 |
| 76 | 3/4/2019 | 15:57:51 | Batch Load   Misc RSMS Project (Trigger Word): RSper notes " | | b09 |
| 77 | | | lower" is referencing a last name. currently working with th | | b09 |
| 78 | | | e client and determining steps for verified by visa | | b09 |
| 79 | 2/25/2019 | 17:50:39 | OTHER Internet Solution Case  41756206, Auth: basic Name: jo | | bri |
| 80 | | | rdan rauina  Title: directo of finance  Issue: customer is n | | bri |
| 81 | | | ot able to log in on the account,  tried the forgot password | | bri |
| 82 | | | option but is not working, never got the email , customer i | | bri |
| 83 | | | s locked out  needs to get access on the system.  RX: go ahe | | bri |
| 84 | | | ad and unlocked the user on the payeezy system then she was | | bri |
| 85 | | | able to log in on the terminal to process transactions    M | | bri |
| 86 | | | id:  Phone number:03861  8559818370  9725331496 | | bri |
| 87 | 2/25/2019 | 12:00:20 | Batch Load   Misc RSMS Project (Base): RStt Jordan, interest | | b09 |
| 88 | | | ed in setting up verified by visa to secure his transactions | | b09 |
| 89 | | | more to help with chargebacks and also wanted to know if th | | b09 |
| 90 | | | ere was a tutorial on how to set up velocity filters on his | | b09 |
| 91 | | | Payeezy portal. I emailed him a helpful link to answer his q | | b09 |
| 92 | | | uestions and if he needed more info I would set up a call wi | | b09 |
| 93 | | | th the payeezy help desk. I advised him verified by visa and | | b09 |
| 94 | | | mastercard secure code would all be set up himself and can | | b09 |
| 95 | | | do it the portal through payeezy. | | b09 |
| 96 | 2/14/2019 | 18:46:14 | Batch Load   Misc Salesforce Case Number: 41411847 .Case Not | | 731 |
| 97 | | | e: ShanaKirkland*SBSS*Per Compliance Risk Mgr, remove Discov | | 731 |
| 98 | | | er entitlement due to Discover terminations. | | 731 |
| 99 | 2/13/2019 | 09:26:44 | Batch Load   Misc RSMS Project (Base): RSErica,  Quick quest | | b09 |
| 100 | | | ion. We normally handle chargebacks several at a time on the | | b09 |
| 101 | | | same day. Is it better to handle 10 chargebacks over the sp | | b09 |
| 102 | | | an of two days or better to spread it out over a week? Multi | | b09 |

JR-b80

Confidential

Attachment JJJJ

10417905-FISV-000100

PX 27, 2639

# Expert Notes

███████████████

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 103 | | | ple weeks worth of chargebacks handled in a short period tim | | b09 |
| 104 | | | e had an adverse effect on our merchant status.  Jordan  Hi | | b09 |
| 105 | | | Jordan,  I dont believe | | b09 |
| 106 | | | Batch Load   Misc it makes a difference on how many you hand | | b09 |
| 107 | | | le over a certain time period. If you have a large amount of | | b09 |
| 108 | | | chargebacks against the business that poses a concern, the | | b09 |
| 109 | | | Risk department would notify you and myself and request a re | | b09 |
| 110 | | | mediation plan. You are already working on this now so I wou | | b09 |
| 111 | | | ld say you shouldnt have any concern at this point.   Thank | | b09 |
| 112 | | | you,  Erica Hoover | | b09 |
| 113 | 2/11/2019 | 08:34:17 | Batch Load   Misc RSMS Project (Base): Lets hold off on any | | b09 |
| 114 | | | changes at least until tomorrow. Ill comment back here then. | | b09 |
| 115 | | | Thanks for the help on this. | | b09 |
| 116 | 2/7/2019 | 14:34:32 | Batch Load   Misc RSMS Project (Base): RSI did have another | | b09 |
| 117 | | | question. Is there a way to remove Discover card from our be | | b09 |
| 118 | | | ing one of the card types we accept? We no longer want to do | | b09 |
| 119 | | | business with them.   Jordan  You certainly have a choice a | | b09 |
| 120 | | | s to which cards you would like to accept. However from look | | b09 |
| 121 | | | ing at the accounts theres only 1 that doesnt accept Discove | | b09 |
| 122 | | | r cards currently.   The accounts that do have Discover | | b09 |
| 123 | | | Batch Load   Misc card are full serviced through us and woul | | b09 |
| 124 | | | dnt go through Discover.    Can I ask the reason behind not | | b09 |
| 125 | | | wanting to accept Discover?   Erica Hoover  They disconnect | | b09 |
| 126 | | | ed us without any warning on the JasonBondPicks.com account. | | b09 |
| 127 | | | Now they are allowing clients to issue disputes on any of o | | b09 |
| 128 | | | ur brands and not allowing us an opportunity to defend ourse | | b09 |
| 129 | | | lves and possibly win. WE are seeing an uptick in disputes | | b09 |
| 130 | | | Batch Load   Misc from Discover card members and its really | | b09 |
| 131 | | | hurting our merchant status. We do so little biz through the | | b09 |
| 132 | | | m that they are not work keeping around any longer, especial | | b09 |
| 133 | | | ly considering how they dropped us on Jason Bond Picks witho | | b09 |
| 134 | | | ut any warning or opportunity to remedy and unknown issues. | | b09 |
| 135 | | | Oh wow! I can definitely understand why you wouldnt want to | | b09 |
| 136 | | | deal with Discover any longer. If you would like | | b09 |
| 137 | | | Batch Load   Misc to have it removed I can do that for you t | | b09 |
| 138 | | | oday.  After I make the updates to the account, you would be | | b09 |
| 139 | | | required to contact the Payeezy helpdesk for a parameter up | | b09 |
| 140 | | | date on each so the system recognizes the change.  Or, I ca | | b09 |
| 141 | | | n set the accounts for  auto parameter updatesŽ if you wish. | | b09 |
| 142 | | | This means the gateways will automatically push the update | | b09 |
| 143 | | | overnight after the batch completes.  Erica Hoover | | b09 |
| 144 | 2/7/2019 | 13:32:41 | Batch Load   Misc RSMS Project (Base): RSThank you for the c | | b09 |
| 145 | | | larification.  As for the AVS, we have Firstdata setup to r | | b09 |
| 146 | | | equire avs so thats odd. However, there are some rare charge | | b09 |
| 147 | | | s where we charge on behalf of the client per their consent | | b09 |
| 148 | | | with the info we have on file, excluding the security code. | | b09 |
| 149 | | | We do this on a rare occasion so those | | b09 |
| 150 | | | Batch Load   Misc may be the charges you are seeing without | | b09 |
| 151 | | | avs requirements. Orders taken directly from our order forms | | b09 |
| 152 | | | require zip code verification, security code...etc.  Thanks | | b09 |
| 153 | | | , Jordan  Likewise, thank you for the clarification! If the | | b09 |

**JR-b80**

Confidential                        **Attachment JJJJ**                        10417905-FISV-000101

**PX 27, 2640**

# Expert Notes

9/10/2020                                              ██████████████                                              MSA

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 154 | | | y any further questions I will be in touch.   Have a great r | | b09 |
| 155 | | | est of your day!  Erica Hoover | | b09 |
| 156 | 2/7/2019 | 13:26:50 | Batch Load   Misc RSMS Project (Base): RSGood speaking with | | b09 |
| 157 | | | you last week. I did have some questions about some odd debi | | b09 |
| 158 | | | ts from BAMS of Feb 4, 2018. Their description says "deposit | | b09 |
| 159 | | | " while its actually debiting our account. Normally these de | | b09 |
| 160 | | | posits are credits. Can you check on this please and clarify | | b09 |
| 161 | | | ?  Good afternoon Jordan,  I appreciate you reaching out! In | | b09 |
| 162 | | | reviewing the below, those are your processing fees | | b09 |
| 163 | | | Batch Load   Misc that are billed monthly around the 2nd of | | b09 |
| 164 | | | each month. If the 2nd falls on a weekend, it will delay unt | | b09 |
| 165 | | | il the next business day, which in this case was on 2/4.   I | | b09 |
| 166 | | | ts funny you had reach out because I was actually getting re | | b09 |
| 167 | | | ady to email you in regards to the merchant account for jaso | | b09 |
| 168 | | | nbondpicks.com. Our support analysts had found that you have | | b09 |
| 169 | | | some transactions downgrading due to not providing | | b09 |
| 170 | | | Batch Load   Misc AVS(address verification) at the time of a | | b09 |
| 171 | | | uthorization. We just want to verify if there is an issue th | | b09 |
| 172 | | | at caused the information to not be provided. If you are awa | | b09 |
| 173 | | | re of this and understand the downgrades I will advise.   We | | b09 |
| 174 | | | just want to make sure you are aware of how to get the best | | b09 |
| 175 | | | possible rate for your transactions.   If you have any ques | | b09 |
| 176 | | | tions please let me know.  Thank you,  Erica Hoover | | b09 |
| 177 | 2/5/2019 | 11:02:16 | Batch Load   Misc Salesforce Case Number: 40852049 .Case Not | | 032 |
| 178 | | | e: 02/05/19 Tim Wilt ACH Reject 16 Account Frozen Already wo | | 032 |
| 179 | | | rked by Customer service, Funding hold was released. | | 032 |
| 180 | 2/1/2019 | 11:58:27 | Batch Load   Misc RSMS Project (Base): RStt Jordan, introduc | | b09 |
| 181 | | | ed myself as their assigned relationship specialist for the | | b09 |
| 182 | | | accounts going forward. He was very happy to hear of this an | | b09 |
| 183 | | | d asked me to send my contact info to him so they could file | | b09 |
| 184 | | | it where it needs to go. He said everything is going well w | | b09 |
| 185 | | | ith the processing at this time and no questions or concerns | | b09 |
| 186 | | | . | | b09 |
| 187 | 1/31/2019 | 20:06:42 | ACH REJECT Represent to Funding, WOD 01/30, DR $8,795.00, R1 | | EJ |
| 188 | | | 6 | | EJ |
| 189 | 1/30/2019 | 23:12:56 | ACH REJECT Case Created, WOD 01/30, DR $8,795.00, R16 | | EJ |
| 190 | 1/30/2019 | 18:43:14 | Batch Load   Misc Salesforce Case Number: 40765489 .Case Not | | 081 |
| 191 | | | e: received response from merch. called him on the phone and | | 081 |
| 192 | | | verified accounts. updated in MM. | | 081 |
| 193 | 1/30/2019 | 17:47:17 | Batch Load   Misc Salesforce Case Number: 40765489 .Case Not | | 081 |
| 194 | | | e: Yanique Charles *CMS* received an escalated request to up | | 081 |
| 195 | | | date DDA on file. sent an email to requester Jordan@ragingbu | | 081 |
| 196 | | | ll.com to inquire on the best time to speak with him regardi | | 081 |
| 197 | | | ng request | | 081 |
| 198 | 1/25/2019 | 14:05:01 | OTHER BAMS DST Case  40528712, Rachael Clevinger/CMS/tt: Ant | | |
| 199 | | | hony Bell/Top Level Batch   Merchant needed help locating a | | |
| 200 | | | transaction to research a chargeback, merchant was able to l | | |
| 201 | | | ocate it by going back far enough. | | |
| 202 | 1/3/2019 | 14:57:30 | OTHER BAMS DST Case  39583297, Petrona Ferguson /CMS/Basic/T | | |
| 203 | | | T/Anthony Call  to verify if he can still submit information | | |
| 204 | | | for case # Case # 883457538401 $93.98 | | |

JR-b80

Confidential                        **Attachment JJJJ**                        10417905-FISV-000102

**PX 27, 2641**

# Expert Notes

███████████████

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MSA

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 205 | 6/5/2018 | 14:56:20 | Batch Load   Misc Salesforce Case Number: 32629174 .Case Not | | 074 |
| 206 | | | e: Justin Matthews/SBS SRSpoke with merchant and payeezy. Wa | | 074 |
| 207 | | | s advised that avs info wasnt being sent from website to pay | | 074 |
| 208 | | | eezy causing the downgrades. Merchant will work with payeezy | | 074 |
| 209 | | | to get this resolved. | | 074 |
| 210 | 6/5/2018 | 13:16:22 | OTHER Internet Solution Case  32790493, Jordan called becaus | | |
| 211 | | | e his transactions were being downgraded because there was n | | |
| 212 | | | o AVS information passed  he states that his site is passing | | |
| 213 | | | that information  advised we would need to see the code req | | |
| 214 | | | uest that the site is sending to see if there is an issue on | | |
| 215 | | | the gw side | | |
| 216 | 6/5/2018 | 13:15:04 | OTHER Internet Solution Case  32790493, Jordan called becaus | | |
| 217 | | | e his transactions were being downgraded because there was n | | |
| 218 | | | o AVS information passed he states that his site is passing | | |
| 219 | | | that information advised we would need to see the code reque | | |
| 220 | | | st that the site is sending to see if there is an issue on t | | |
| 221 | | | he gw side | | |
| 222 | 6/4/2018 | 17:25:12 | Batch Load   Misc Salesforce Case Number: 32629174 .Case Not | | 074 |
| 223 | | | e: Justin Matthews/SBS SRReceived email from merchant that s | | 074 |
| 224 | | | he will be back in office on Tuesday and will call to discus | | 074 |
| 225 | | | s this issue then. | | 074 |
| 226 | 6/1/2018 | 16:47:18 | Batch Load   Misc Salesforce Case Number: 32656054 .Case Not | | 105 |
| 227 | | | e: Jessica Kelstrom/CMS/Per email request from Ashley Geesam | | 105 |
| 228 | | | an, I called the location to advise of their downgrading but | | 105 |
| 229 | | | it led to their customer service. I sent an email to the em | | 105 |
| 230 | | | ail on file advising of the downgrades. | | 105 |
| 231 | 6/1/2018 | 15:51:18 | Batch Load   Misc Salesforce Case Number: 32629174 .Case Not | | 074 |
| 232 | | | e: Justin Matthews/SBS SRCalled merchant to discuss transact | | 074 |
| 233 | | | ion downgrades, left message. Attempt 3. Emailed merchant at | | 074 |
| 234 | | | jordan@ragingbull.com. Attempt 4. Case Closed with max atte | | 074 |
| 235 | | | mpts. | | 074 |
| 236 | 5/31/2018 | 17:34:15 | Batch Load   Misc Salesforce Case Number: 32629174 .Case Not | | 074 |
| 237 | | | e: Justin Matthews/SBS SRReceived request to contact merchan | | 074 |
| 238 | | | t in regards to transaction downgrades caused by not supplyi | | 074 |
| 239 | | | ng an AVS response at authorization of Ecom transactions. Ca | | 074 |
| 240 | | | lled merchant and left message. Attempt 1. Also emailed merc | | 074 |
| 241 | | | hant at jordan@ragingbull.com. Attempt 2. | | 074 |
| 242 | 4/16/2018 | 18:31:17 | Batch Load   Misc Salesforce Case Number: 31551626 .Case Not | | b11 |
| 243 | | | e: margaret hennessy cms 4sv dda tt anthony bell adv they pa | | b11 |
| 244 | | | y cb fee of 25.00 adv there is a fee if you do not respond t | | b11 |
| 245 | | | o a cb from visa and that I did not know what that was at th | | b11 |
| 246 | | | is time | | b11 |
| 247 | 4/16/2018 | 17:37:15 | OTHER Chargeback  31550411, tt: Anthony Bell Verified:basic | | |
| 248 | | | xfer to cs to discuss cb fess associated with pre arb/arb ca | | |
| 249 | | | ses | | |
| 250 | 4/16/2018 | 17:34:13 | OTHER Chargeback  31550411, CASE:CB580930081501    tt: Anth | | |
| 251 | | | ony Bell Verified:basic Summary:Merch adv of crdt /adv of ac | | |
| 252 | | | cept with DM/adv of possible rt rqst | | |
| 253 | 4/12/2018 | 16:48:13 | Batch Load   Misc Salesforce Case Number: 31464933 .Case Not | | ser |
| 254 | | | e: Christian Morse /SBS/ added legal contact name to Amex OB | | ser |
| 255 | | | entitlement per request from Risk | | ser |

JR-b80

Confidential 　　　　　　　　　　　**Attachment JJJJ**　　　10417905-FISV-000103

## PX 27, 2642

# Expert Notes

███████████████

MSA

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 256 | 2/26/2018 | 17:38:14 | Batch Load   Misc Salesforce Case Number: 30211288 .Case Not | | 179 |
| 257 | | | e: Katie Hollifield/ SBS /AVS/DBA/ TT BC Jessica Cedeno  Upd | | 179 |
| 258 | | | ated merchants descriptor # and bill to # to 855.590.7694 | | 179 |
| 259 | 2/26/2018 | 12:25:50 | OTHER BAMS L1 CASE  30195596, jordan reyna verfied basic,top | | ett |
| 260 | | | otc email(0000455563)  merchant calling remove the phone nu | | ett |
| 261 | | | mber on the description  and but other x's or the email for | | ett |
| 262 | | | all 6 account 372288802880(support@RAGINGBULL.COM) 372829131 | | ett |
| 263 | | | 880(support@TOPSTOCKPICKS.COM) 372829132888(support@PENNYPRO | | ett |
| 264 | | | .COM) 372829133886(support@PETRAPICKS.COM) 372829134884(supp | | ett |
| 265 | | | ort@JASONBONDPICKS.COM) 372829130882(support@BIOTECHBREAKOUT | | ett |
| 266 | | | S.COM) merchant also wants to know whyso customer say the c. | | ett |
| 267 | | | s is the merchant personal 9725331496 but it wanst on the de | | ett |
| 268 | | | scriptor and merchant would like to have it fix  advice time | | ett |
| 269 | | | rame submitted ticket number 30193710 on mid(372288802880) | | ett |
| 270 | 2/6/2018 | 12:01:19 | Batch Load   Misc Salesforce Case Number: 29302523 .Case Not | | 159 |
| 271 | | | e: Venesa.Bombard/sbs sr/ Address update completed. Reached | | 159 |
| 272 | | | out to Jordan to see if there was still an issue regarding t | | 159 |
| 273 | | | he phone number. Waiting for response. | | 159 |
| 274 | 1/29/2018 | 12:05:18 | Batch Load   Misc Salesforce Case Number: 29302523 .Case Not | | 159 |
| 275 | | | e: Venesa.Bombard/sbs sr/ Request submitted rejected pending | | 159 |
| 276 | | | additional information. Merchant needs to provide additiona | | 159 |
| 277 | | | l documentation. ticket states: PLEASE PROVIDE ONE OF THE FO | | 159 |
| 278 | | | LLOWING WITH THE DBA NAME & ADDRESS MATCH: UTILITY BILL, BUS | | 159 |
| 279 | | | INESS LICENSE, DBA CERTIFICATE, TAX RETURNS, ARTICLES OF INC | | 159 |
| 280 | | | ORPORATION, PROCESSING STATEMENT, BUSINESS BANK STATEMENT, E | | 159 |
| 281 | | | XECUTED LIEN, OR WORK ORDER ISSUED BY UTILITY COMPANY. | | 159 |
| 282 | 1/25/2018 | 19:26:09 | Batch Load   Misc Salesforce Case Number: 29302523 .Case Not | | 159 |
| 283 | | | e: Venesa.Bombard/sbs sr/ TT Jordan Reyna and reviewed downg | | 159 |
| 284 | | | raded transactions due to missing AVS information on biotech | | 159 |
| 285 | | | account. Also updated phone number on all 6 accounts in cha | | 159 |
| 286 | | | in to his number for best contact 972.533.1496. Submitted up | | 159 |
| 287 | | | date to update address on file to match head office account. | | 159 |
| 288 | 1/24/2018 | 13:48:37 | DEPOSIT INQUIRY | | 234 |
| 289 | 1/24/2018 | 13:48:20 | OTHER BAMS L1 CASE  29371089, tt anthony bell ,bookeeper bas | | |
| 290 | | | ic;verif last deposit . verif dda merchant would like to hav | | |
| 291 | | | e mailing address changed updated on the account updated the | | |
| 292 | | | address for the merchant ; merchant has muliple accounts he | | |
| 293 | | | is needing to do this for . | | |
| 294 | 1/24/2018 | 13:08:13 | Batch Load   Misc Salesforce Case Number: 29302523 .Case Not | | 159 |
| 295 | | | e: Venesa.Bombard/sbs sr/ Received email from Jordan, he is | | 159 |
| 296 | | | currently out of the office and not able to return my call. | | 159 |
| 297 | | | I requested a best time to contact him regarding the issue o | | 159 |
| 298 | | | f missing transaction information and how to prevent the iss | | 159 |
| 299 | | | ue from continuing. Waiting for response to complete request | | 159 |
| 300 | | | . | | 159 |
| 301 | 1/23/2018 | 14:37:17 | Batch Load   Misc Salesforce Case Number: 29302523 .Case Not | | 159 |
| 302 | | | e: Venesa.Bombard/SBS SR/ FIRST ATTEMPT Regarding AVS missin | | 159 |
| 303 | | | g from transactions causing higher rates. Left message with | | 159 |
| 304 | | | Nathan provided phone number and office hours. | | 159 |
| 305 | | | Batch Load   Misc Salesforce Case Number: 29302523 .Case Not | | 159 |
| 306 | | | e: Venesa.Bombard/SBS SR/ SECOND ATTEMPT Sent Call back Cust | | 159 |

JR-b80

Confidential

**Attachment JJJJ**

10417905-FISV-000104

# PX 27, 2643

# Expert Notes

█████████████████

**MSA**

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 307 | | | omer Service email to merchant at address on file. | | 159 |
| 308 | 1/22/2018 | 13:07:33 | DEPOSIT INQUIRY | | NA0 |
| 309 | 11/29/2017 | 14:59:57 | TRANSACTION RESEARCH BAMS L1 CASE  27971436, jordan reyna/ad | | ing |
| 310 | | | ministrative assisnt/vrfd basic/merch said cc#3009 being cha | | ing |
| 311 | | | rged twice/advised the merch only once/merch seeing that on | | ing |
| 312 | | | his end aswell | | ing |
| 313 | 11/8/2017 | 13:51:17 | Batch Load   Misc Salesforce Case Number: 27479265 .Case Not | | 411 |
| 314 | | | e: kcampbell sbs 4sv tt bc jessica cedeno wanted to confirm | | 411 |
| 315 | | | the email address on file is jordan@ragingbull.com | | 411 |
| 316 | 10/27/2017 | 16:36:23 | Batch Load   Misc Salesforce Case Number: 27208099 .Case Not | | 341 |
| 317 | | | e: HollyDorn*SBS*TT  4sv  rep code:  BC Jessica Cedeno added | | 341 |
| 318 | | | a location.  Merchant states Payeezy GW is not showing corr | | 341 |
| 319 | | | ect descriptor.  Updated to 5DOM/FGN and the date, in MM. | | 341 |
| 320 | 10/4/2017 | 14:44:09 | Batch Load   Misc Salesforce Case Number: 26661174 .Case Not | | 110 |
| 321 | | | e: Bernard K. *SBS* tt Jessica Cedeno. BC called in to corre | | 110 |
| 322 | | | ct the DBA name on the merchant account. Updated DBA name pe | | 110 |
| 323 | | | r request. BC states she is unable to view thee account in s | | 110 |
| 324 | | | alesforce. Advised new account may take up 2448hrs. to popul | | 110 |
| 325 | | | ate in salesforce. Nothing further. | | 110 |
| 326 | | | Batch Load   Misc Salesforce Case Number: 26661292 .Case Not | | 408 |
| 327 | | | e: Desiree.McCulloughSBS/4sv CAI/TT  Jessica Cedeno BC calle | | 408 |
| 328 | | | d in needed the DBA contact updated to Jordan Reyna and the | | 408 |
| 329 | | | Bill to contact to be Jeffrey Bishop.  Made the change for t | | 408 |
| 330 | | | he Bill to as the DBA contact was Jordan Reyna. | | 408 |
| 331 | 10/2/2017 | 13:42:33 | Batch Load   Misc Salesforce Case Number: 26578534 .Case Not | | 115 |
| 332 | | | e: Cameron Collins/SBS/4sv tt:BC Jessica Cedeno to see if th | | 115 |
| 333 | | | e account was approved. Advised that the account is still pe | | 115 |
| 334 | | | nding credit approval. | | 115 |

**JR-b80**

Confidential                                    **Attachment JJJJ**        10417905-FISV-000105

## PX 27, 2644

## Expert Notes

Print All Notes

| | User |
|---|---|
| 1 | bamuser |
| 2 | bamuser |
| 3 | bamuser |
| 4 | bamuser |
| 5 | Goodwin Winn, B |
| 6 | Goodwin Winn, B |
| 7 | Goodwin Winn, B |
| 8 | Goodwin Winn, B |
| 9 | Goodwin Winn, B |
| 10 | Goodwin Winn, B |
| 11 | Goodwin Winn, B |
| 12 | Goodwin Winn, B |
| 13 | bamd226 |
| 14 | bamd226 |
| 15 | bamd226 |
| 16 | bamd226 |
| 17 | bamd226 |
| 18 | bamd226 |
| 19 | bamd226 |
| 20 | bamd226 |
| 21 | bamd226 |
| 22 | bamd226 |
| 23 | bamd226 |
| 24 | bamd226 |
| 25 | bamd226 |
| 26 | bamd226 |
| 27 | bamd226 |
| 28 | bamd226 |
| 29 | bamd226 |
| 30 | Robinson, Racqu |
| 31 | Robinson, Racqu |
| 32 | Robinson, Racqu |
| 33 | Robinson, Racqu |
| 34 | Robinson, Racqu |
| 35 | Robinson, Racqu |
| 36 | Robinson, Racqu |
| 37 | Robinson, Racqu |
| 38 | bamab09 |
| 39 | bamab09 |
| 40 | bamab09 |
| 41 | bamab09 |
| 42 | bamab09 |
| 43 | bamab09 |
| 44 | bamab09 |
| 45 | bamab09 |
| 46 | bamab09 |
| 47 | bamab09 |
| 48 | bamab09 |
| 49 | bamab09 |
| 50 | bamab09 |
| 51 | bamab09 |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000106

**PX 27, 2645**

**Expert Notes**

9/10/2020 ██████████████ MSA

Print All Notes

| | User |
|---|---|
| 52 | bamab09 |
| 53 | bamab09 |
| 54 | bamab09 |
| 55 | bamab09 |
| 56 | bamab09 |
| 57 | bamab09 |
| 58 | bamab09 |
| 59 | bamab09 |
| 60 | bamab09 |
| 61 | bamab09 |
| 62 | bamab09 |
| 63 | bamab09 |
| 64 | bamab09 |
| 65 | bamab09 |
| 66 | bamab09 |
| 67 | bamab09 |
| 68 | bamab09 |
| 69 | bamab09 |
| 70 | bamab09 |
| 71 | bamab09 |
| 72 | bamab09 |
| 73 | bamab09 |
| 74 | bamab09 |
| 75 | bamab09 |
| 76 | bamab09 |
| 77 | bamab09 |
| 78 | bamab09 |
| 79 | Sanabria Sanche |
| 80 | Sanabria Sanche |
| 81 | Sanabria Sanche |
| 82 | Sanabria Sanche |
| 83 | Sanabria Sanche |
| 84 | Sanabria Sanche |
| 85 | Sanabria Sanche |
| 86 | Sanabria Sanche |
| 87 | bamab09 |
| 88 | bamab09 |
| 89 | bamab09 |
| 90 | bamab09 |
| 91 | bamab09 |
| 92 | bamab09 |
| 93 | bamab09 |
| 94 | bamab09 |
| 95 | bamab09 |
| 96 | bam0731 |
| 97 | bam0731 |
| 98 | bam0731 |
| 99 | bamab09 |
| 100 | bamab09 |
| 101 | bamab09 |
| 102 | bamab09 |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000107

PX 27, 2646

**Expert Notes**

Print All Notes

|     | User |
|-----|------|
| 103 | bamab09 |
| 104 | bamab09 |
| 105 | bamab09 |
| 106 | bamab09 |
| 107 | bamab09 |
| 108 | bamab09 |
| 109 | bamab09 |
| 110 | bamab09 |
| 111 | bamab09 |
| 112 | bamab09 |
| 113 | bamab09 |
| 114 | bamab09 |
| 115 | bamab09 |
| 116 | bamab09 |
| 117 | bamab09 |
| 118 | bamab09 |
| 119 | bamab09 |
| 120 | bamab09 |
| 121 | bamab09 |
| 122 | bamab09 |
| 123 | bamab09 |
| 124 | bamab09 |
| 125 | bamab09 |
| 126 | bamab09 |
| 127 | bamab09 |
| 128 | bamab09 |
| 129 | bamab09 |
| 130 | bamab09 |
| 131 | bamab09 |
| 132 | bamab09 |
| 133 | bamab09 |
| 134 | bamab09 |
| 135 | bamab09 |
| 136 | bamab09 |
| 137 | bamab09 |
| 138 | bamab09 |
| 139 | bamab09 |
| 140 | bamab09 |
| 141 | bamab09 |
| 142 | bamab09 |
| 143 | bamab09 |
| 144 | bamab09 |
| 145 | bamab09 |
| 146 | bamab09 |
| 147 | bamab09 |
| 148 | bamab09 |
| 149 | bamab09 |
| 150 | bamab09 |
| 151 | bamab09 |
| 152 | bamab09 |
| 153 | bamab09 |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000108

**PX 27, 2647**

# Expert Notes

█████████████

9/10/2020

Print All Notes

MSA

| | User |
|---|---|
| 154 | bamab09 |
| 155 | bamab09 |
| 156 | bamab09 |
| 157 | bamab09 |
| 158 | bamab09 |
| 159 | bamab09 |
| 160 | bamab09 |
| 161 | bamab09 |
| 162 | bamab09 |
| 163 | bamab09 |
| 164 | bamab09 |
| 165 | bamab09 |
| 166 | bamab09 |
| 167 | bamab09 |
| 168 | bamab09 |
| 169 | bamab09 |
| 170 | bamab09 |
| 171 | bamab09 |
| 172 | bamab09 |
| 173 | bamab09 |
| 174 | bamab09 |
| 175 | bamab09 |
| 176 | bamab09 |
| 177 | bam0032 |
| 178 | bam0032 |
| 179 | bam0032 |
| 180 | bamab09 |
| 181 | bamab09 |
| 182 | bamab09 |
| 183 | bamab09 |
| 184 | bamab09 |
| 185 | bamab09 |
| 186 | bamab09 |
| 187 | ACHREJ |
| 188 | ACHREJ |
| 189 | ACHREJ |
| 190 | BAMR081 |
| 191 | BAMR081 |
| 192 | BAMR081 |
| 193 | BAMR081 |
| 194 | BAMR081 |
| 195 | BAMR081 |
| 196 | BAMR081 |
| 197 | BAMR081 |
| 198 | Clevinger, Rach |
| 199 | Clevinger, Rach |
| 200 | Clevinger, Rach |
| 201 | Clevinger, Rach |
| 202 | Ferguson, Petro |
| 203 | Ferguson, Petro |
| 204 | Ferguson, Petro |

JR-b80

Confidential

**Attachment JJJJ**

10417905-FISV-000109

**PX 27, 2648**

# Expert Notes

████████████

9/10/2020                                                                        **MSA**
Print All Notes

|  | User |
|---|---|
| 205 | BAMW074 |
| 206 | BAMW074 |
| 207 | BAMW074 |
| 208 | BAMW074 |
| 209 | BAMW074 |
| 210 | Burke III, Dona |
| 211 | Burke III, Dona |
| 212 | Burke III, Dona |
| 213 | Burke III, Dona |
| 214 | Burke III, Dona |
| 215 | Burke III, Dona |
| 216 | Burke III, Dona |
| 217 | Burke III, Dona |
| 218 | Burke III, Dona |
| 219 | Burke III, Dona |
| 220 | Burke III, Dona |
| 221 | Burke III, Dona |
| 222 | BAMW074 |
| 223 | BAMW074 |
| 224 | BAMW074 |
| 225 | BAMW074 |
| 226 | bamw105 |
| 227 | bamw105 |
| 228 | bamw105 |
| 229 | bamw105 |
| 230 | bamw105 |
| 231 | BAMW074 |
| 232 | BAMW074 |
| 233 | BAMW074 |
| 234 | BAMW074 |
| 235 | BAMW074 |
| 236 | BAMW074 |
| 237 | BAMW074 |
| 238 | BAMW074 |
| 239 | BAMW074 |
| 240 | BAMW074 |
| 241 | BAMW074 |
| 242 | bamab11 |
| 243 | bamab11 |
| 244 | bamab11 |
| 245 | bamab11 |
| 246 | bamab11 |
| 247 | Cowley, Alice |
| 248 | Cowley, Alice |
| 249 | Cowley, Alice |
| 250 | Cowley, Alice |
| 251 | Cowley, Alice |
| 252 | Cowley, Alice |
| 253 | bamuser |
| 254 | bamuser |
| 255 | bamuser |

**JR-b80**

Confidential                              **Attachment JJJJ**                    10417905-FISV-000110
**PX 27, 2649**

# Expert Notes

█████████████

9/10/2020                                                                                    MSA
Print All Notes

|     | User |
|-----|------|
| 256 | bamw179 |
| 257 | bamw179 |
| 258 | bamw179 |
| 259 | Pickett, Cynthi |
| 260 | Pickett, Cynthi |
| 261 | Pickett, Cynthi |
| 262 | Pickett, Cynthi |
| 263 | Pickett, Cynthi |
| 264 | Pickett, Cynthi |
| 265 | Pickett, Cynthi |
| 266 | Pickett, Cynthi |
| 267 | Pickett, Cynthi |
| 268 | Pickett, Cynthi |
| 269 | Pickett, Cynthi |
| 270 | BAMR159 |
| 271 | BAMR159 |
| 272 | BAMR159 |
| 273 | BAMR159 |
| 274 | BAMR159 |
| 275 | BAMR159 |
| 276 | BAMR159 |
| 277 | BAMR159 |
| 278 | BAMR159 |
| 279 | BAMR159 |
| 280 | BAMR159 |
| 281 | BAMR159 |
| 282 | BAMR159 |
| 283 | BAMR159 |
| 284 | BAMR159 |
| 285 | BAMR159 |
| 286 | BAMR159 |
| 287 | BAMR159 |
| 288 | BAMW234 |
| 289 | Valdez, Briana |
| 290 | Valdez, Briana |
| 291 | Valdez, Briana |
| 292 | Valdez, Briana |
| 293 | Valdez, Briana |
| 294 | BAMR159 |
| 295 | BAMR159 |
| 296 | BAMR159 |
| 297 | BAMR159 |
| 298 | BAMR159 |
| 299 | BAMR159 |
| 300 | BAMR159 |
| 301 | BAMR159 |
| 302 | BAMR159 |
| 303 | BAMR159 |
| 304 | BAMR159 |
| 305 | BAMR159 |
| 306 | BAMR159 |

**JR-b80**

Confidential                          **Attachment JJJJ**      10417905-FISV-000111
                                                         **PX 27, 2650**

**Expert Notes**

Print All Notes

MSA

| | User |
|---|---|
| 307 | BAMR159 |
| 308 | TRDWNA0 |
| 309 | Walling, Kriste |
| 310 | Walling, Kriste |
| 311 | Walling, Kriste |
| 312 | Walling, Kriste |
| 313 | bamd411 |
| 314 | bamd411 |
| 315 | bamd411 |
| 316 | bamc341 |
| 317 | bamc341 |
| 318 | bamc341 |
| 319 | bamc341 |
| 320 | BAMR110 |
| 321 | BAMR110 |
| 322 | BAMR110 |
| 323 | BAMR110 |
| 324 | BAMR110 |
| 325 | BAMR110 |
| 326 | bamd408 |
| 327 | bamd408 |
| 328 | bamd408 |
| 329 | bamd408 |
| 330 | bamd408 |
| 331 | bamw115 |
| 332 | bamw115 |
| 333 | bamw115 |
| 334 | bamw115 |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000112

**PX 27, 2651**

## ADDITIONAL OUTLET FORM
(Page 1 of 3)

New Merchant #: _____

Xref External # Required? ☐Yes ☒No     Store # included Xref External #? ☐Yes ☒No
**Note:** These fields are NOT to be used to embed the store # in the north MID#.

### HIERARCHY

Corp #: _____     Chain #: _____     Tie-To #: _____

### SALES INFORMATION

| Sales Rep ID | RM Name | Submitter's Name | Submitter's Phone # |
|---|---|---|---|
| BRCN | Jessica Cedeno | Doreen Caudill | |

### TELL US ABOUT YOUR BUSINESS

Your DBA/Outlet Name: (Maximum 24 Characters) | J A S O N B O N D P I C K S . C O M

Your Business Legal Name (Client): RAGINGBULLDOTCOM LLC
Name of Signer: JEFFREY BISHOP
Title of Signer: PRESIDENT

First/Last Contact Name: JORDAN REYNA
Address: (No P.O.Box) 62 CALEF HIGHWAY   Suite #: 233   City: LEE   State: NH   Zip: 03861   Store #:

Your Business Phone #: (855) 981-8370
Merchant Customer Service Phone #: (855) 981-8370   Fax #:

Web Site Address: www.jasonbondpicks.com
E-Mail Address: jordan@ragingbull.com
Customer Service E-Mail Address: support@jasonbondpicks.co

| | | | | |
|---|---|---|---|---|
| Annual MasterCard/Visa Volume | $ 2,000,000 | MasterCard/Visa Average Ticket $ 300.00 | Pricing Type (3 digit #) 0 2 0 | |
| Annual Discover* Volume | $ 50,000 | Discover Average Ticket $ 300.00 | MCC: 7399 | |
| Annual American Express Volume | $ 50,000 | American Express Average Ticket $ 300.00 | | |
| TeleCheck Annual Volume | $ 0 | | | |

Products/Services You Sell: BUSINESS SEVICES

Seasonal? ☐Yes ☒No
If Yes, select the months in which the business is open: ☐JAN ☐FEB ☐MAR ☐APR ☐MAY ☐JUN ☐JUL ☐AUG ☐SEP ☐OCT ☐NOV ☐DEC

### BILL TO INFORMATION

Head Office/Bill To Name: RAGINGBULLDOTCOM
First/Last Contact Name: JORDAN REYNA

Business Phone #: (855) 981-8370   Address: 62 CALEF HIGHWAY   City: LEE   State: NH   Zip: 03861

**PLEASE COMPLETE EACH SECTION BELOW:**

POS Card Swipe ____% + Manual Imprint ____% + Mail Order ____% + Phone Order ____% + Internet 100 % = 100%   Mag Swipe ____% + Keyed ____% = 100%

Mail Statements to: ☐ 01 Outlet   ☒ 02 Bill To - No Recap   ☐ 07 Suppress Statement   ☐ 08 Recap - No Statement
(Recap Code)   ☐ 09 Bill To/Statement + Recap   ☐ 10 Recap Chain/Statement to Outlet Bill To
Merchant Type (4 digit #) 8 0 0 0

Entity Type: ☐ Private Corporation ☐ Public Corporation ☐ Sole Proprietorship ☐ Partnership ☐ Franchisee Owned ☒ LLC

Check one: TIN Type: ☒EIN (Fed Tax ID #)  ☐ SSN     D&B #: _____     No. of Employees: _____

### IMPORTANT IRS INFORMATION

☐ Non-Profit   ☐ Non-Profit/Tax Exempt as described in 26 USC Section 501(c)(3) OR a Tribal (Native American) government or Tribal government-owned.   ☐ Gov't. Entity
If tax exempt, provide copy of IRS Determination Letter; if Tribal government, provide evidence of tribal recognition, and proof of tribal ownership if separate entity.

**NOTE:** Failure to provide accurate information may result in a withholding of merchant funding per IRS regulations (See Part IV, Section A.9 of your Program Guide for further information.)

Name (as it appears on your income tax return)†
RAGINGBULLDOTCOM

☒ Federal Tax ID#: (as it appears on your income tax return)†     ☐ I certify that I am a foreign entity/nonresident alien. (If checked, please attach IRS Form W-8.)

†If Client is a disregarded entity under IRS regulations and has provided its owner's taxpayer filing name and Federal Tax ID above, then please attach an IRS Form W-9.

### OTHER ENTITLEMENTS

| | | | | | |
|---|---|---|---|---|---|
| ☐ ECA* Warranty | ☐ ECA Verification | ☐ Lockbox Pro21 Warranty | ☐ Lockbox Pro21 Verification | ☐ e-Deposit Warranty | ☐ e-Deposit Settlement Only |
| ☐ ICA Warranty | ☐ ICA Verification | ☐ CBP Warranty | ☐ CBP Verification | ☐ Paper Warranty | ☐ Paper Verification |
| ☐ Check Cashing Warranty | ☐ Check Cashing Verification | ☐ Mail Order Warranty | ☐ COD Warranty | ☐ Remote Pay Warranty | ☐ Remote Pay Verification |

☐ Other: _____     Existing Subscriber #: _____

☒ MasterCard  ☒ Visa  ☒ Discover, (Including Diners Club International*, JCB, UnionPay and BCcard)
☒ Discover Full Service Processing

Discover SE # (if retained): _____

☐ Gift Card (see attached addendum)   SE # _____

MC Registration Program ID: _____

☐ PIN Debit # _____     ☐ EBT (SNAP) FNS # (XREF): _____

☐ American Express* (AXP) (includes credit and prepaid cards)
☒ AXP OptBlue℠
☐ AXP Direct:
American Express* Service Type (check one)
☐ Split Dial ☐ Single Settle ☐ EDC ☐ PIP ☐ Reverse IP
American Express Cap #: _____
Franchise Name: _____
☐ IATA/ARC Code: _____ (for MCC 4722 Only)

☐ Voyager Fleet   Annual Voyager Vol.: $_____   Participation in Voyager Tax Exempt Program: ☐ Yes ☐ No (if yes, additional request form required)
☐ WEX Full Acquiring   Annual WEX Volume: $_____   ☐ WEX (Non-Full Svc) (requires separate form)   ☐ MasterCard Fleet

BAMS/FDSGenNAddLo1808(la)

**Attachment JJJJ**

10417905-FISV-000021

## PX 27, 2652

# ADDITIONAL OUTLET FORM

(Page 2 of 3)

## SHIPPING INSTRUCTIONS

Ship Terminal / Start-up Kit To: ☐ Outlet / DBA   ☐ Head Office   ☐ Do Not Ship   ☐ No Welcome Kit and Supplies   ☐ No Welcome Kit   ☐ Other – (See Below)

Name: _____   Attention: _____

Address: _____   City: _____ State: ___ Zip: ___

Delayed Start Date: _____   Delayed Ship Date: _____

Do you use any third party to store, process or transmit cardholder data? *(Examples include, but not limited to web hosting companies, Electronic Data Capture, Loyalty programs)*

☒No   ☐ Yes   If yes, give name/address: _____

Please identify any Software used for storing, transmitting, or processing Card Transactions or Authorization Requests: _____

Network: ☐ (206) CARD*net^*   ☐ ( ) Nashville   ☐ ( ) Buypass   ☒ Other: __Compass__   Specify Security Code: ( 5083 )

| Rental • Purchase Cust.-Owned • Lease¹ Installment Purchase *(circle one)* | QTY | IP | Equipment Type *(i.e., Terminal/VAR/Internet)* | Retail • Restaurant • MOTO/Internet Lodging • Supermarket • Car Rental Quick Service Restaurant • Petro | Model Code and Name | Unit Purchase Price *(w/o Tax)* | Monthly Payment Due *(w/o Tax)* | For Customer-Owned Equipment Track/Version/Serial # |
|---|---|---|---|---|---|---|---|---|
| R ☒ C L¹ I | ☒ | | PAYEZZY | R Re MOTO/I L S C QSR P | EGHS4M | $ 0.00 | $ | |
| R P C L¹ I | ☐ | | | R Re MOTO/I L S C QSR P | | $ | $ | |
| R P C L¹ I | ☐ | | | R Re MOTO/I L S C QSR P | | $ | $ | |
| R P C L¹ I | ☐ | | | R Re MOTO/I L S C QSR P | | $ | $ | |
| R P C L¹ I | ☐ | | | R Re MOTO/I L S C QSR P | | $ | $ | |
| R P C L¹ I | ☐ | | | R Re MOTO/I L S C QSR P | | $ | $ | |
| R P C L¹ I | ☐ | | | R Re MOTO/I L S C QSR P | | $ | $ | |

*The Installment Purchase option allows you to make 3 equal monthly payments.*

*¹A separate approval by, and non-cancelable lease agreement with, First Data Merchant Services Corporation (through its business unit, First Data Global Leasing) are required; that lease agreement contains the terms and conditions for leased equipment.*

*Check one:* ☐ Gateway Solutions   ☐ Dial Solutions   ☐ Global Gateway   ☒ Payeezy Gateway   ☐ VSAT**   ☐ Frame   ☐ Other: _____   ☐ IC Verify Serial  # _____

VAR/Internet/Software: Name: _____   (Nashville Only: Product ID # _____   Vendor ID # _____ )

NOTE: **Requires separate agreement between Client and its VSAT provider prior to implementation of this telecommunications protocol.

Network: ☐ Nashville   ☐ CARDnet   ☐ Buypass   ☐ Other: _____

☐ PNS   ☐ Netconnect   Email Address: _____   Client #: _____   Division #: _____

C/O - IC
Verify Serial # _____   ESN # _____   MAN # _____   Software Product ID # _____   Software Vendor ID # _____

Holds Paper: ☐ Merchant   ☐ Processor   Imprinter Purchase:   Amount $ __50.00__   x Qty ___ = Total $ _0.00_ (w/o tax)   Plates: ☐ Short   ☐ Long

Wireless Service Provider: ☐ GPRS AT&T   or   ☐ CDMA Sprint

## TERMINAL FEATURES

☐ Auto Settle Time _____ hh ET (military)

☐ Bar Tab

☐ Clerk / Server Entry

☐ **Debit Cash Back**

Delayed Ship Date: _____

☐ Dial Prefix: ☐ Dial 9 ☐ Other:_____

☐ Dial Suffix: _____

☐ QSR-CR/SMT  Amt. $ _____ *(Convenience/Small Ticket)*

☐ QSR Print Option _____

☐ Invoice Number

☐ Multi-Trans *(PC/Register/Software only)*

☐ Remove Ticket #

☐ Retail Gas

☐ Retail With Tip

☐ Ship Method *(Overnight)*

☐ Tip % Option

☐ Verify Amount Prompt

☐ E-Commerce

☐ Remove Room #

☐ No Server/ Ticket ID

☐ If IP _____ *(List Current Provider)*

☐ Partial Approval

☐ Purchase w/Balance Return

☐ Standalone Balance Inquiry

☐ Amex Prepaid Program Preference *(Choose One)*

☐ Partial Auth

☐ Balance Back

☐ Other _____

PINPad:

☐ DES Encryption

☐ DUKPT

☐ Access Code

# _____

### Terminal Features: *(cont'd)*

| | Key Disable | or | Password Protect |
|---|---|---|---|
| Credits | ☐ | | ☐ |
| Voids | ☐ | | ☐ |
| Forces | ☐ | | ☐ |
| Reviews | ☐ | | ☐ |
| Bal/Settle | ☐ | | ☐ |
| Auth Only | ☐ | | ☐ |
| Reports | ☐ | | ☐ |
| Tip Adjustment ☐ | | | |

### PLEASE VERIFY SELECTED FEATURES ARE AVAILABLE UNDER THE ALLIANCE, NETWORK, PRODUCT & APPLICATION

Comments: _____
(NOTE: Completing the Comments field will result in a 48 hour terminal programming delay)

## Buypass Attributes

| | | | | Specials |
|---|---|---|---|---|
| Bank FIID: ___ Group FIID: ___ | Password: ☐ 111111 ☐ 123456 | ACH Sum ID #: ___ | | _____ _____ |
| Confirmation Letter: ☐ Yes ☐ No | | Velocity Chain #: ___ | | _____ _____ |
| Duplicate Protection: ☐ On ☐ Off | ☐ Other: ___ | Velocity Count: ___ | | _____ _____ |
| Variable Cut: ☐ Yes ☐ No | Prop ID: ___ | Velocity Amount: $ ___ | | _____ _____ |
| Cut Time: ___ (military) | Daylight Savings: ☐ Yes ☐ No | | | _____ _____ |

NOTE: If attributes are not chosen, then the generic defaults will apply.

BAMS/FDSGenNAddLo1808(la)

**Attachment JJJJ**

# A D D I T I O N A L   O U T L E T   F O R M

(Page 1 of 1)

All payments to Client shall be through the Automated Clearing House (ACH) and shall normally be electronically transmitted directly to the demand deposit account ("DDA") indicated below or any successor account designated to receive provisional funding of Client's sales pursuant to the Client's agreement governing merchant card processing (referred to herein as the "Merchant Agreement") by and among the Client, Processor and Bank. Processor means Banc of America Merchant Services, LLC or First Data Services, LLC, as applicable, and Bank means Bank of America, N.A.; references to "you" and "your" mean Client; references to "Servicers" "our," "us" and "we" mean Processor and Bank. We cannot guarantee the timeliness with which any payment may be credited by Client's depository institution ("DEPOSITORY").

Client hereby authorizes Bank and its authorized representative to access information from the DDA and to initiate credit and/or debit entries by Bank wire or ACH transfer and to authorize DEPOSITORY to block or to initiate, if necessary, reversing entries and adjustments for any original entries made to the DDA and to authorize DEPOSITORY to provide such access and to credit and/or debit or to block the same to such account. This authorization is without respect to the source of any funds in the DDA, is irrevocable and is coupled with an interest. This authority extends to any equipment rental or purchase agreements which may exist with Client as well as to any fees and assessments and Chargeback amounts of whatever kind or nature due under the terms of your Agreement whether arising during or after termination of this Agreement.

This authority is to remain in full force and effect at all times unless and until we have consented to its termination and in such time and in such manner as to afford us and DEPOSITORY a reasonable opportunity to act on it. In addition, Client understands and agrees that it will be charged a reject fee for each ACH which cannot be processed, and all subsequent funding may be suspended until Client either (1) provides written notice that ACHs can be processed or (2) a new electronic funding agreement is signed by Client. In order to insure transactions are properly handled, A COPY OF A BLANK VOIDED CHECK MUST BE INCLUDED. Client's depository must be able to process or accept electronic transfers either via ACH and/or Fed wire (Bank wire) which transfers are processed utilizing the Federal Reserve System. If payment is to be made by Bank wire or Automated Clearing House transfer, please supply the above information.

| ABA | ███████████████ | DDA | ███████████████ |
|---|---|---|---|

A voided check or bank letter is required if the banking information (above) for the additional location is different from the tie-to location.

☒ Fees Same as Tie To Account

☐ Additional Fees due to Industry Type *(see attached fee schedule)*

☐ Additional Credit Addendum
(Required for accounts that are High Risk/MOTO/Internet or B2B)

☐ Additional Fees due to Service Entitlements *(see attached fee schedule)*

**APPLICABLE TO MERCHANTS UNDER AMERICAN EXPRESS OPTBLUE PROGRAM:** To be qualified under this program, you must meet these criteria: (a) your Total Annual American Express volume (listed in Section 2 above) is less than $1,000,000 and (b) your business is not a type prohibited, and is not a franchise of any franchise excluded, by American Express. In addition, you must continue to qualify for this program, and to do so, your total American Express Card transaction volume cannot exceed certain thresholds, all as further described in Part I, Sections 45.2 and 45.5.4 of the Program Guide. Please also refer to Part I, Sections 45.5.2 – 45.5.3 of the Program Guide to learn about American Express' use of your information and how you may opt out of certain uses.

You further acknowledge and agree that you will not use your merchant account and/or the Services for illegal transactions, for example, those prohibited by the Unlawful Internet Gambling Enforcement Act, 31 U.S.C. Section 5361 et seq, as may be amended from time to time, or processing and acceptance of transactions in certain jurisdictions pursuant to 31 CFR Part 500 et seq, and other laws enforced by the Office of Foreign Assets Control (OFAC).

Client certifies, under penalties of perjury, that the federal taxpayer identification number and corresponding filing name provided herein are correct.

Please add the above mentioned additional location(s) to your system. I understand and agree upon execution of this document, the above mentioned additional location(s) is/are hereby bound by the processing Agreement signed for the above primary location, any agreement attached hereto as well as pricing for the services specified herein. I further acknowledge that all information provided is true and accurate.

| ✓ _Bishop_ (signature) | JEFFREY BISHOP | PREDISENT | ✓ 11/21/17 |
|---|---|---|---|
| Client's Business Principal Signature *(please sign here)* | *Please Print Name of Signer* | *Title* | *Date* |

BAMS FDSCenAdd...180byie

**Attachment JJJJ**

# PX 27, 2654

PAYEEZY[SM] SERVICES ADDENDUM

**BANC OF AMERICA MERCHANT SERVICES, LLC**

**THIS PAYEEZY SERVICES ADDENDUM** ("Payeezy Addendum") amends the terms of the Program Guide ("Agreement" and, specifically, referring to the term Agreement as defined in Part I of the Program Guide) among you ("Client"), Banc of America Merchant Services, LLC ("Processor") and Bank of America, N.A. ("Bank") (collectively Processor and Bank are the "Servicers") to include the Payeezy Services (defined below).  You agree to comply with the terms set forth in this Payeezy Addendum in connection with receiving the Payeezy Services.  Capitalized terms used but not defined in this Payeezy Addendum are defined in the Agreement.

1. **Internal/Sales Information:**
   Merchant Number: _____
   Sales Rep. Name: Jessica Cedeno
   Sales Rep. Phone Number: 817.691.3213
   Sales Rep. Email Address: jessica.cedeno@bankofamericamerchant.com

2. **Client's Business Information:**
   Client's Business' Legal Name: RAGINGBULLDOTCOM
   Client's DBA Name: JASON BOND PICKS , Com
   First/Last Contact Name: Jeffrey Bishop ( or Jordan Reyna)        Title: President
   Your Business Phone: 855.494.3551        Your Business Fax: N/A
   Your Business Email Address: jordan@ragingbull.com

3. **Payeezy Services.**

3.1  Services.  The Payeezy Services are an electronic gateway messenger system ("Payeezy Services") that will allow you to manage Card transaction information being transmitted when processing your payment transactions, and includes the following functionality: (i) a web-based application programming interface ("API") that allows third-party applications to process transactions through the Payeezy Services system and supports a range of processing functions (e.g., purchase, refund, pre-authorization functions) and further allows you to implement custom business logic to manage these functions; (ii) a securely hosted web payment form (a "Payment Page") designed to accept Internet-based eCommerce transactions, redirecting the consumer to a payment form hosted by the gateway that uses a "Checkout" button on your website to submit payment posting requests to a designated URL and display payment acceptance details and authentication information on your website, the appearance of which and payment options displayed on the Payment Page may be configured by you using an online management interface provided by Processor; and (iii) a real-time payment manager ("RPM") hosted application that is able to turn any Internet connected personal computer with a standard web browser into a point of sale device to process retail and MO/TO payments, allowing your employees to input payment transactions in a MO/TO, call center or back office environment, or to swipe Cards in a retail point of sale environment.  Receipts for RPM processed transactions are provided, and can be printed or emailed to the cardholder.  RPM is also a centralized administrative tool through which you may access its Payeezy Services account (i.e., user administration, gateway reporting, and hosted payment page configurations).

3.2  Provider.  The Payeezy Services are provided to you by Processor and not Bank.  Bank is not liable to you in any way with respect to the Payeezy Services.  For the purposes of this Payeezy Addendum, the words "we", "our" and "us" refer only to the Processor and not the Bank.

4. **Payeezy Services Disclaimer.**  EXCEPT AS EXPRESSLY PROVIDED IN THIS ADDENDUM, THE PAYEEZY SERVICES ARE PROVIDED "AS IS" AND PROCESSOR MAKES NO REPRESENTATIONS OR WARRANTIES (EXPRESS OR IMPLIED) WITH REGARD TO THE PAYEEZY SERVICES, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF ACCURACY, NON-INFRINGEMENT OR THAT THEY WILL FUNCTION UNINTERRUPTED OR ERROR-FREE; AND ANY AND ALL SUCH REPRESENTATIONS OR WARRANTIES (EXPRESS OR IMPLIED) ARE DISCLAIMED.

5. **Fees.**  Payment of fees for the Payeezy Services will be as set forth in the Agreement.  The fees for processing transactions related to the Payeezy Services are described on Schedule A to this Payeezy Addendum.  In addition to the fees described on Schedule A to this Payeezy Addendum, you will be responsible for all additional costs and expenses as set forth in the Agreement.

6. **Sublicense; Intellectual Property; Representations and Warranties.**

6.1  Processor grants to you a non-transferable, non-assignable, non-exclusive, limited, royalty-free, revocable sub-license during the term of this Payeezy Addendum to use the Payeezy Services and the associated software ("Software") and documentation (including Updates thereto, as defined below), trademarks or service marks identified in the Operating Procedures for the sole purpose of submitting transactions for processing using the Payeezy Services; and all subject to the terms of this Payeezy

Confidential

**Attachment JJJJ**

10417905-FISV-000024

PX 27, 2655

Addendum and the Agreement. You may only use the Payeezy Services in connection with the processing services you receive under the Agreement. You have no right, title or interest in or to the Payeezy Services, any related software, materials, documentation, or derivative works thereof, and nothing in this Payeezy Addendum or the Agreement assigns, transfers or creates any such right, title or interest for you (whether express or implied, or by estoppel or otherwise). Any and all right, title or interests associated with the Payeezy Services that are not expressly granted by Processor within this Payeezy Addendum are expressly withheld. You will not take any action inconsistent with the ownership, title or license rights associated with the Payeezy Services. You will not file any action, in any forum, challenging ownership of the Payeezy Services, any related software, materials, documentation or derivative works thereof. Breach of this Section constitutes a material breach of this Payeezy Addendum and the Agreement, and we may immediately suspend or terminate your use of the Payeezy Services, this Payeezy Addendum or the Agreement in the event of such breach.

6.2    You will not, and will not permit others to: (i) sell, distribute, lease, license, sublicense or otherwise disseminate the Payeezy Services or any portion thereof; (ii) copy, modify, enhance, translate, supplement, create derivative works from, reverse engineer, decompile or otherwise reduce to human-readable form the Payeezy Services or any portion thereof; (iii) use altered versions of the Payeezy Services or portion thereof; (iv) use, operate or combine the Payeezy Services or any related software, materials or documentation, or any derivative works thereof with other products, materials or services in a manner inconsistent with this Payeezy Addendum or the Agreement; or (v) other that intended by its nature, use the Payeezy Services, or any portion thereof, as a standalone or non-integrated program. You will not permit others to access the Payeezy Services, any related software, materials or documentation, or derivative works thereof. You will not remove, alter, modify, relocate or erase any copyright notice or other legend(s) denoting our or other third parties' proprietary interests in the Payeezy Services.

6.3    Processor reserves the right to alter, immediately suspend or upon notice terminate the Payeezy Services in the event you violate the terms of this Payeezy Addendum, the Agreement or we terminate any agreement with third parties that are involved in providing the Payeezy Services; or we are otherwise unable to continue to provide the Payeezy Services.

6.4    From time to time we may release updates ("Updates") to the Software, which must be installed and integrated on your systems within 30 days of receipt of such Updates. You agree that failure to install Updates in a timely fashion may impair the functionality of the Payeezy Services, and associated Services provided under the Agreement and accessed through the Payeezy Services. Processor will have no liability for Customer's failure to properly install the most current version of the Software or any Update, and will have no obligation to provide support or services for outdated versions of the Software.

6.5    Payeezy Services Representations, Warranties. You represent and warrant that you have all necessary right, title and interest (including, without limitation, intellectual property interest) in and to any logos, custom digital images or other images that you use or provide for us to use on your behalf in connection with the creation of your electronic gift cards, standard gift cards or card carriers and/or the Payeezy Services.

7.     **Termination.** In addition to the termination rights set forth in the Agreement, this Payeezy Addendum will automatically terminate upon any termination of the Agreement. Upon termination or expiration of this Payeezy Amendment, all licenses granted hereunder will immediately terminate and you will either return or destroy the Software, certifying such destruction in writing to Processor.

8.     **Full Force and Effect.** The Agreement remains in effect as amended and supplemented by this Payeezy Addendum. In the event of any conflict between the terms of this Payeezy Addendum and the Agreement, this Payeezy Addendum will control with respect to the Payeezy Services. References to the Agreement after the date of this Payeezy Addendum include this Payeezy Addendum.

**By signing below, you acknowledge that you have read, understand and agree to comply with the terms set forth in this Payeezy Addendum.**

Client's Business Principal:

Signature:

X _B.Shp_____    Title: President_____    Date: 11/21/17

*The party signing this Payeezy Addendum must be the same party signing the Agreement.*

Printed Name: **Jeffrey Bishop**_____

DAMG (Form) - Payeezy Merchant Agent Template Pynt Guide (02.03.16) u.docx

Page 2 of 3

**Attachment JJJJ**    **PX 27, 2656**

10417905-FISV-000025

<u>**Schedule A**</u>

**Fees for Payeezy Services**

**Fees**

Initial Set-Up Fee (per location) (40B)                    $ 99.00

Monthly Fee (per location) (40A)                          $ 16.00

Payeezy Transaction Processing Fee (per authorization) (0FC)   $ .05

BAMS (Form) - Payeezy Merchant Agmt Template Pgm Guide (02.03.16) IA.docx

Page 3 of 3

Confidential                    **Attachment JJJJ**          10417905-FISV-000026

**PX 27, 2657**

9/10/2020

## Account List

MSA

Information is displayed at the Outlet Level.

| | Account Number | ABA | Funding Agency | Status |
|---|---|---|---|---|
| 1 | ███████ | ███████ | BANK OF AMERICA NA | |
| 2 | ███████ | ███████ | JPMORGAN CHASE BANK, NA | Active |

**JR-b80**

**Page 1**

Confidential

**Attachment JJJJ**

10417905-FISV-000027

**PX 27, 2658**

# Expert Notes

9/10/2020             ████████████            MSA

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 1 | 5/23/2020 | 17:39:07 | Batch Load   Misc Salesforce Case Number: 56378110 .Case Not | | 086 |
| 2 | | | e: *sls*tate titchenal* email mass request from rep Joseph | | 086 |
| 3 | | | Long to close 6 mids  chain and all other mids on the chain | | 086 |
| 4 | | | 372288802880  accounts closed  no etfs | | 086 |
| 5 | 5/20/2020 | 12:42:13 | Batch Load   Misc Salesforce Case Number: 56378110 .Case Not | | 086 |
| 6 | | | e: *sls*tate titchenal* request pending | | 086 |
| 7 | 5/12/2020 | 17:20:10 | Batch Load   Misc Salesforce Case Number: 56378059 .Case Not | | 364 |
| 8 | | | e: Amanda Stout/SLS Sr/Top OTC/*SUPE*/ TT:  Anthony Bell  ca | | 364 |
| 9 | | | lling to inquire if there is a report the merchant can pull | | 364 |
| 10 | | | to see their RPP balance. Advised that reporting is not dire | | 364 |
| 11 | | | ctly accessible to the merchants and offered to send the rep | | 364 |
| 12 | | | ort information to date. Advised the merchant can pull the b | | 364 |
| 13 | | | ank adjustment detail from clientline to see all adjustments | | 364 |
| 14 | | | made on the account. Send report summary of RPP to email on | | 364 |
| 15 | | | file. | | 364 |
| 16 | 5/12/2020 | 14:28:01 | OTHER BAMS DST Case  56372127, null   null  null  null  n | | |
| 17 | | | ull  null  Authenticated By:null  null  Merchant requeste | | |
| 18 | | | d a more concrete statement instead of report. Per request h | | |
| 19 | | | er requested a supervisor. I got a supervisor on the line to | | |
| 20 | | | further assist him. | | |
| 21 | 5/12/2020 | 14:09:21 | OTHER BAMS DST Case  56372127, null   null  null  null  n | | |
| 22 | | | ull  null  Authenticated By:null  null  They also request | | |
| 23 | | | ed a report based off that funding report. The report wasn't | | |
| 24 | | | sufficient enough evidence from what was shown. | | |
| 25 | 5/12/2020 | 13:47:36 | OTHER BAMS DST Case  56372127, null   null  null  null  n | | |
| 26 | | | ull  null  Authenticated By:null  null  Joseph Long // To | | |
| 27 | | | p w/ FDOTC // TT: Anthony Bell // CSS  Merchant has called i | | |
| 28 | | | n from MID: ████████ to close this merchant account plus | | |
| 29 | | | four others that are chained to this account. The MIDs that | | |
| 30 | | | are listed are ███████████████████ | | |
| 31 | | | ████████████  He has been top verified through FD | | |
| 32 | | | OTC and multi MID verify by verbalizing same DDA. He also ca | | |
| 33 | | | lled in to see if he could received reserved amount from cas | | |
| 34 | | | h position report. Senior support Cameron is getting in touc | | |
| 35 | | | h with security to see when the amount will be released back | | |
| 36 | | | to him. | | |
| 37 | 5/12/2020 | 13:24:58 | Remedy Account Reviewed General Question QuickTicket Anthony | | 219 |
| 38 | | | Bell/basic/calling to close merchant accounts/and would lik | | 219 |
| 39 | | | e reserve back / corporate chain statement w reserve balance | | 219 |
| 40 | | | connected to Joseph nfq no 360 case due to internet solution | | 219 |
| 41 | | | case error/nfq | | 219 |
| 42 | 4/24/2020 | 15:06:30 | OTHER BAMS DST Case  56010261, null   null  null  null  n | | |
| 43 | | | ull  null  Authenticated By:null   null  serling juste css | | |
| 44 | | | top with fdotc spoke to Jordan Reyna called to cancel the l | | |
| 45 | | | ine of credit on 4/27 credit removed I advised we are bams a | | |
| 46 | | | nd provided their # | | |
| 47 | 4/22/2020 | 14:33:57 | OTHER Internet Solution Case  55958625, Product / Solution | | |
| 48 | | | Payeezy   Password Reset, Password / Login Assistance   JOR | | |
| 49 | | | DAN REYNA   8555151083  jordan@ragingbull.com   Authenticat | | |
| 50 | | | ed By:Agent   Top Level  See Case Classification for Call De | | |
| 51 | | | scription | | |

**JR-b80**

Confidential         **Attachment JJJJ**         10417905-FISV-000028

# PX 27, 2659

# Expert Notes

████████████

9/10/2020                                                                                                                              MSA

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 52 | 4/20/2020 | 14:24:33 | OTHER Internet Solution Case  55910260, Product / Solution | | |
| 53 | | | Payeezy   Login Issue  Anthony Bell  null  null   Authen | | |
| 54 | | | ticated By:IVR   Basic Level  See Case Classification for Ca | | |
| 55 | | | ll Description | | |
| 56 | 4/3/2020 | 12:18:52 | OTHER BAMS DST Case  55410330, null  null  null  null  n | | |
| 57 | | | ull  null  Authenticated By:null  null  Laura Rhyne/DSTCM | | |
| 58 | | | S/Liberty Lake/3403137 tt anthony Bell  top/otc assisted wit | | |
| 59 | | | h pulling statements within clientline | | |
| 60 | 3/27/2020 | 16:28:30 | OTHER BAMS DST Case  55282441, null  null  null  null  n | | |
| 61 | | | ull  null  Authenticated By:null  null  Brenda goodwin Wi | | |
| 62 | | | nn CMS  Tt  Anthony Bell after he was transferred from Elis | | |
| 63 | | | cia Diaz who had TLv with a OTC sent to the email on file  a | | |
| 64 | | | sking to change the email as that person no longer works in | | |
| 65 | | | that department.  he could verify the old email address and | | |
| 66 | | | nothing was showing in the fraud tool for rapport so I chang | | |
| 67 | | | ed the email address on file | | |
| 68 | 3/27/2020 | 16:08:05 | OTHER BAMS DST Case  55281271, null  null  null  null  n | | |
| 69 | | | ull  null  Authenticated By:null  null  Eliscia Diaz / CS | | |
| 70 | | | S1 / Top  FDOTC Transaction ID: 0005144549 / TT  B Anthony | | |
| 71 | | | BellB B   Merchant calling because he is needing to update t | | |
| 72 | | | he email on file he also is wanting to know about the RPP on | | |
| 73 | | | file, attempted to connect with risk about getting detailed | | |
| 74 | | | information got t o voicemail left VM asking them to reach | | |
| 75 | | | out to merchant. Then got over to Brenda with ACT for assist | | |
| 76 | | | ance with updating the email on file. | | |
| 77 | 3/27/2020 | 15:21:29 | DEPOSIT INQUIRY | | 579 |
| 78 | 3/27/2020 | 15:21:24 | OTHER BAMS L1 CASE  55280864, Funding   Deposit/Batch  Info | | |
| 79 | | | rmation/Missing  Anthony Bell  null  null   Authenticated | | |
| 80 | | | By:Agent   Top Level  TT: Anthony Bell /bookkeeping  AUTH ; | | |
| 81 | | | basic ; top; ID:0005144549  ISSUE: mer need to get the min | | |
| 82 | | | reserve on the acct and need to update the email address  RE | | |
| 83 | | | S: Connect to acct spec ; Alicia | | |
| 84 | 1/6/2020 | 17:53:33 | OTHER BAMS DST Case  52743651, null  null  null  null  n | | |
| 85 | | | ull  null  Authenticated By:null  null  Logan Avery/ CSS | | |
| 86 | | | / TT. Anthony BillB / Top Level: Basic   Merchant called in | | |
| 87 | | | to get a explanation on how refunds work. | | |
| 88 | 1/6/2020 | 17:30:53 | OTHER BAMS DST Case  52742962, null  null  null  null  n | | |
| 89 | | | ull  null  Authenticated By:null  null  Logan Avery/ CSS | | |
| 90 | | | / TT. Anthony BillB / Top Level: BasicB  Merchant called in | | |
| 91 | | | to get a explanation on how refunds work. | | |
| 92 | 1/6/2020 | 17:29:10 | OTHER BAMS DST Case  52742896, null  null  null  null  n | | |
| 93 | | | ull  null  Authenticated By:null  null  Logan Avery/ CSS | | |
| 94 | | | / TT. Anthony BillB / Top Level: BasicB  Merchant called in | | |
| 95 | | | to get a explanation on how refunds work. | | |
| 96 | 12/20/2019 | 16:32:21 | Batch Load  Misc Salesforce Case Number: 52259710 .Case Not | | ser |
| 97 | | | e: Gidden, Donnett SLSOutbound  Michael Bowers, Dm approved | | ser |
| 98 | | | Batch Load  Misc Salesforce Case Number: 52259711 .Case Not | | ser |
| 99 | | | e: Gidden, Donnett SLSOutbound  Michael Bowers, Rtam approve | | ser |
| 100 | | | d | | ser |
| 101 | 12/4/2019 | 11:52:21 | Batch Load  Misc Salesforce Case Number: 51652577 .Case Not | | ser |
| 102 | | | e: Mullings, Tanya SLSOutbound  Kayla Smith, RTAM approved | | ser |

**JR-b80**

Confidential                                               **Attachment JJJJ**      10417905-FISV-000029

**PX 27, 2660**

## Expert Notes

9/10/2020 ████████████ MSA

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 103 | | | Batch Load   Misc Salesforce Case Number: 51652576 .Case Not | | ser |
| 104 | | | e: Mullings, Tanya SLSOutbound  Kayla Smith, DM approved | | ser |
| 105 | 11/19/2019 | 12:45:22 | Batch Load   Misc RSMS Project (Base): RS KRIDER.  Sent an e | | 226 |
| 106 | | | mail to Jordan advising that the reserve remains on the acco | | 226 |
| 107 | | | unt for one year. according to the letter they recd from Sec | | 226 |
| 108 | | | urity Risk, that was put into effect as of July 5th.  right | | 226 |
| 109 | | | now 25% has been collected which would be $75k however they | | 226 |
| 110 | | | are no longer processing through any of the accounts.  he ha | | 226 |
| 111 | | | s no other questions at this time. | | 226 |
| 112 | 11/12/2019 | 14:09:32 | Batch Load   Misc RSMS Project (Base): RS KRIDER:  Received | | 226 |
| 113 | | | a voicemail from Jordan and returned his call,  wanted to kn | | 226 |
| 114 | | | ow about the reserve and how long to full fill it.  Do show | | 226 |
| 115 | | | that its at 25% but will have to check with Security Risk du | | 226 |
| 116 | | | e to merchant is only processing refunds on one | | 226 |
| 117 | | | Batch Load   Misc of the account and the others have not had | | 226 |
| 118 | | | any further activity. also wanted to check on a line of cre | | 226 |
| 119 | | | dit that they had. advised would need to get that info from | | 226 |
| 120 | | | the Bank and i found a 8004321000 phone number in google for | | 226 |
| 121 | | | BofA New Hampshire.  sent to him via email. | | 226 |
| 122 | 10/16/2019 | 10:57:28 | OTHER Internet Solution Case  49979488, Product / Solution | | |
| 123 | | | Payeezy   Login Issue  Anthony Bell   null  null  Authen | | |
| 124 | | | ticated By:Agent   Basic Level  See Case Classification for | | |
| 125 | | | Call Description | | |
| 126 | 8/19/2019 | 10:42:03 | OTHER Internet Solution Case  47823266, Product / Solution | | |
| 127 | | | Business Track + BT Mobile   Enroll/Setup   Anthony Bell | | |
| 128 | | | 4695710915   anthony@ragingbull.com   Authenticated By:Agent | | |
| 129 | | | Basic Level   Anthony Bell/Accountant called about User ID | | |
| 130 | | | cl.watabem7  Had Merchant try incognito screen. Merchant l | | |
| 131 | | | ocked himself out. Advised of the 30 minutes login. Advised | | |
| 132 | | | the PW criteria. Advised to call if after 1st attempt to cha | | |
| 133 | | | nge the PW did not work. NFA | | |
| 134 | 8/15/2019 | 11:03:52 | OTHER BAMS DST Case  47727350, null   null  null  null  n | | |
| 135 | | | ull   null   Authenticated By:null   null  Serling juste css | | |
| 136 | | | top with last deposit spoke to Anthony Bell called about ad | | |
| 137 | | | justment coming out to the cash account/deposit rpp cash acc | | |
| 138 | | | ount 6 different account mid  first data stop processing for | | |
| 139 | | | high chargebacks  his funding going in a reserve account $3 | | |
| 140 | | | 7.000  was taken out from his account wanted to know is ther | | |
| 141 | | | e is a way for him  to see how much he has on the reserve an | | |
| 142 | | | d if he going to have it back emailed risk advised customer | | |
| 143 | | | anthony@ragingbull.com  4695710915 for follow up | | |
| 144 | 8/12/2019 | 15:00:06 | OTHER BAMS DST Case  47586966, null  null  null  null  n | | |
| 145 | | | ull   null   Authenticated By:null   null  Holly Harris/CSS/ | | |
| 146 | | | funded.  this merchant is calling in for an update on a disp | | |
| 147 | | | ute. Went over claim. | | |
| 148 | 5/24/2019 | 12:19:03 | OTHER Internet Solution Case  44866229, Product / Solution | | |
| 149 | | | Business Track + BT Mobile   Enroll/Setup   Christopher Low | | |
| 150 | | | er   8284351995   austin@ragingbull.com   Authenticated By:A | | |
| 151 | | | gent   Top Level   Verification successful, Transaction ID:00 | | |
| 152 | | | 03208140 | | |
| 153 | 5/24/2019 | 12:18:08 | OTHER Internet Solution Case  44866229, Product / Solution | | |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000030

# PX 27, 2661

## Expert Notes

9/10/2020 ▮▮▮▮▮▮▮▮ MSA

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 154 | | | Business Track + BT Mobile   Enroll/Setup   Christopher Low | | |
| 155 | | | er  8284351995  austin@ragingbull.com  Authenticated By:A | | |
| 156 | | | gent  Basic Level  Christopher Lower   Support Agent. Verif | | |
| 157 | | | ied basic with IVR. Account status 218. Stated locked, too m | | |
| 158 | | | any attempts. Verified top with OTC to the email. Reset pass | | |
| 159 | | | word. Merchant was able to log in and reset. NFAN | | |
| 160 | 4/17/2019 | 11:40:52 | OTHER Internet Solution Case  43528647, Product / Solution | | |
| 161 | | | Business Track + BT Mobile   Real Time Authorization Manage | | |
| 162 | | | r Login Issues  Anthony Bell  null  null  Authenticated | | |
| 163 | | | By:Agent  Top Level  Anthony Bell(Bookeeper) requested log | | |
| 164 | | | in assistance, merchant did not know their password, verifie | | |
| 165 | | | d top otc:, password reset merchant disconnected. | | |
| 166 | 4/16/2019 | 14:22:44 | OTHER Internet Solution Case  43491756, Product / Solution | | |
| 167 | | | Business Track + BT Mobile  Enroll/Setup  Anthony Bell | | |
| 168 | | | null  null  Authenticated By:Agent  Basic Level  Anthony | | |
| 169 | | | Bell  Bookeeper Could not log into business track. Could no | | |
| 170 | | | t verify TOP and said he would call back later. NFAN | | |
| 171 | 4/3/2019 | 09:45:40 | OTHER Internet Solution Case  43033426, Jordan Reyna Finance | | eja |
| 172 | | | director. Calling to get the user unlocked. Access successf | | eja |
| 173 | | | ully. | | eja |
| 174 | 3/12/2019 | 11:08:17 | Batch Load   Misc RSMS Project (Base): RS. I need to get our | | b09 |
| 175 | | | company phone number added to all billing descriptors asap. | | b09 |
| 176 | | | We have some old numbers on file but would like to use this | | b09 |
| 177 | | | number for each descriptor going forward.  (833) 2651270  W | | b09 |
| 178 | | | ill call in the next min or two.  Thanks,  Jordan  tt Jordan | | b09 |
| 179 | | | , said he | | b09 |
| 180 | | | Batch Load   Misc wanted to add a support # to the descripto | | b09 |
| 181 | | | rs on all of the accounts to try and help with disputes. The | | b09 |
| 182 | | | y want to try and resolve the issue with the customer before | | b09 |
| 183 | | | it gets to that point. I updated the phone # on all account | | b09 |
| 184 | | | s with 8332651270. Adv it should take 24 hours to complete t | | b09 |
| 185 | | | he update. | | b09 |
| 186 | 3/5/2019 | 13:10:47 | Batch Load   Misc RSMS Project (Trigger Word): RSErica,  Yes | | b09 |
| 187 | | | , Id like to proceed through your channels to get Visa Verif | | b09 |
| 188 | | | ied (VV) setup.  Ill check out that link. Thanks for your h | | b09 |
| 189 | | | elp on that.  Wed also like to explore any similar verifica | | b09 |
| 190 | | | tions VV for other card providers (AMEX, Mastercard). D | | b09 |
| 191 | | | o you have any connections there?  Jordan  Jordan,  Im sendi | | b09 |
| 192 | | | ng the request | | b09 |
| 193 | | | Batch Load   Misc to our product team now. Ive asked for the | | b09 |
| 194 | | | m to contact you via email and keep me informed throughout t | | b09 |
| 195 | | | his process. I also mentioned you are interested in options | | b09 |
| 196 | | | for MasterCard and Discover. Im not sure if they can assist | | b09 |
| 197 | | | with those but it doesnt hurt to ask.  If you have any other | | b09 |
| 198 | | | questions in the meantime please let me know.  Thank you, | | b09 |
| 199 | | | Erica Hoover | | b09 |
| 200 | 3/5/2019 | 10:35:07 | Batch Load   Misc RSMS Project (Trigger Word): RSGood afltern | | b09 |
| 201 | | | oon Jordan,  Have you had any further communication with Vis | | b09 |
| 202 | | | a since the last email below? Im just trying to gage an unde | | b09 |
| 203 | | | rstanding of where you are with this.  In addition to the V | | b09 |
| 204 | | | erified by Visa, have you had a chance to complete the addit | | b09 |

**JR-b80**

Confidential                    **Attachment JJJJ**              10417905-FISV-000031

**PX 27, 2662**

## Expert Notes

9/10/2020                                                              MSA

Print All Notes

██████████████

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 205 | | | ional velocity filters | | b09 |
| 206 | | | Batch Load   Misc within Payeezy to verify AVS(address verif | | b09 |
| 207 | | | ication).         Thank you,  Erica Hoover  Jan has a | | b09 |
| 208 | | | dvised BAMS partner sales has the ability to resell the Firs | | b09 |
| 209 | | | t Data services of Cardinal Commerce and would need to engag | | b09 |
| 210 | | | e them to complete Verified by Visa.  Waiting on a reply fro | | b09 |
| 211 | | | m Jordan. | | b09 |
| 212 | 3/4/2019 | 15:57:51 | Batch Load   Misc RSMS Project (Trigger Word): RSper notes " | | b09 |
| 213 | | | lower" is referencing a last name. currently working with th | | b09 |
| 214 | | | e client and determining steps for verified by visa | | b09 |
| 215 | 3/4/2019 | 11:02:00 | OTHER BAMS DST Case  41982949, RTAR request approved | | |
| 216 | 3/1/2019 | 14:22:36 | OTHER BAMS DST Case  41929512, SangWan, Jodi CMS Outbound o? | | |
| 217 | | | = Christopher Lower DM, approved | | |
| 218 | 2/26/2019 | 17:46:04 | OTHER BAMS DST Case  41801249, Larry Johnson CMS Outbound  C | | |
| 219 | | | rystal Engelmann, DM, RTAM, Approved | | |
| 220 | 2/25/2019 | 12:00:20 | Batch Load   Misc RSMS Project (Base): RStt Jordan, interest | | b09 |
| 221 | | | ed in setting up verified by visa to secure his transactions | | b09 |
| 222 | | | more to help with chargebacks and also wanted to know if th | | b09 |
| 223 | | | ere was a tutorial on how to set up velocity filters on his | | b09 |
| 224 | | | Payeezy portal. I emailed him a helpful link to answer his q | | b09 |
| 225 | | | uestions and if he needed more info I would set up a call wi | | b09 |
| 226 | | | th the payeezy help desk. I advised him verified by visa and | | b09 |
| 227 | | | mastercard secure code would all be set up himself and can | | b09 |
| 228 | | | do it on the portal through payeezy. | | b09 |
| 229 | 2/13/2019 | 09:26:44 | Batch Load   Misc RSMS Project (Base): RSErica,  Quick quest | | b09 |
| 230 | | | ion. We normally handle chargebacks several at a time on the | | b09 |
| 231 | | | same day. Is it better to handle 10 chargebacks over the sp | | b09 |
| 232 | | | an of two days or better to spread it out over a week? Multi | | b09 |
| 233 | | | ple weeks worth of chargebacks handled in a short period tim | | b09 |
| 234 | | | e had an adverse effect on our merchant status.  Jordan  Hi | | b09 |
| 235 | | | Jordan,  I dont believe | | b09 |
| 236 | | | Batch Load   Misc it makes a difference on how many you hand | | b09 |
| 237 | | | le over a certain time period. If you have a large amount of | | b09 |
| 238 | | | chargebacks against the business that poses a concern, the | | b09 |
| 239 | | | Risk department would notify you and myself and request a re | | b09 |
| 240 | | | mediation plan. You are already working on this now so I wou | | b09 |
| 241 | | | ld say you shouldnt have any concern at this point.   Thank | | b09 |
| 242 | | | you,  Erica Hoover | | b09 |
| 243 | 2/13/2019 | 09:26:28 | OTHER BAMS DST Case  41360924, twanza trench  cms 4sv  tt an | | |
| 244 | | | thony bell wanted to  get details on a chargeback and retrie | | |
| 245 | | | val but he then figured out what the issue was | | |
| 246 | 2/11/2019 | 08:34:17 | Batch Load   Misc RSMS Project (Base): Lets hold off on any | | b09 |
| 247 | | | changes at least until tomorrow. Ill comment back here then. | | b09 |
| 248 | | | Thanks for the help on this. | | b09 |
| 249 | 2/7/2019 | 14:34:32 | Batch Load   Misc RSMS Project (Base): RSI did have another | | b09 |
| 250 | | | question. Is there a way to remove Discover card from our be | | b09 |
| 251 | | | ing one of the card types we accept? We no longer want to do | | b09 |
| 252 | | | business with them.   Jordan  You certainly have a choice a | | b09 |
| 253 | | | s to which cards you would like to accept. However from look | | b09 |
| 254 | | | ing at the accounts theres only 1 that doesnt accept Discove | | b09 |
| 255 | | | r cards currently.   The accounts that do have Discover | | b09 |

**JR-b80**

Confidential                              **Attachment JJJJ**          10417905-FISV-000032

# PX 27, 2663

## Expert Notes

████████████████

9/10/2020                                                                                                      MSA

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 256 | | | Batch Load   Misc card are full serviced through us and woul | | b09 |
| 257 | | | dnt go through Discover.    Can I ask the reason behind not | | b09 |
| 258 | | | wanting to accept Discover?   Erica Hoover  They disconnect | | b09 |
| 259 | | | ed us without any warning on the JasonBondPicks.com account. | | b09 |
| 260 | | | Now they are allowing clients to issue disputes on any of o | | b09 |
| 261 | | | ur brands and not allowing us an opportunity to defend ourse | | b09 |
| 262 | | | lves and possibly win. WE are seeing an uptick in disputes | | b09 |
| 263 | | | Batch Load   Misc from Discover card members and its really | | b09 |
| 264 | | | hurting our merchant status. We do so little biz through the | | b09 |
| 265 | | | m that they are not work keeping around any longer, especial | | b09 |
| 266 | | | ly considering how they dropped us on Jason Bond Picks witho | | b09 |
| 267 | | | ut any warning or opportunity to remedy and unknown issues. | | b09 |
| 268 | | | Oh wow! I can definitely understand why you wouldnt want to | | b09 |
| 269 | | | deal with Discover any longer. If you would like | | b09 |
| 270 | | | Batch Load   Misc to have it removed I can do that for you t | | b09 |
| 271 | | | oday.  After I make the updates to the account, you would be | | b09 |
| 272 | | | required to contact the Payeezy helpdesk for a parameter up | | b09 |
| 273 | | | date on each so the system recognizes the change.   Or, I ca | | b09 |
| 274 | | | n set the accounts for  auto parameter updatesŽ if you wish. | | b09 |
| 275 | | | This means the gateways will automatically push the update | | b09 |
| 276 | | | overnight after the batch completes.   Erica Hoover | | b09 |
| 277 | 2/7/2019 | 13:32:41 | Batch Load   Misc RSMS Project (Base): RSThank you for the c | | b09 |
| 278 | | | larification.   As for the AVS, we have Firstdata setup to r | | b09 |
| 279 | | | equire avs so thats odd. However, there are some rare charge | | b09 |
| 280 | | | s where we charge on behalf of the client per their consent | | b09 |
| 281 | | | with the info we have on file, excluding the security code. | | b09 |
| 282 | | | We do this on a rare occasion so those | | b09 |
| 283 | | | Batch Load   Misc may be the charges you are seeing without | | b09 |
| 284 | | | avs requirements. Orders taken directly from our order forms | | b09 |
| 285 | | | require zip code verification, security code...etc.  Thanks | | b09 |
| 286 | | | , Jordan  Likewise, thank you for the clarification! If the | | b09 |
| 287 | | | y any further questions I will be in touch.   Have a great r | | b09 |
| 288 | | | est of your day!  Erica Hoover | | b09 |
| 289 | 2/7/2019 | 13:26:50 | Batch Load   Misc RSMS Project (Base): RSGood speaking with | | b09 |
| 290 | | | you last week. I did have some questions about some odd debi | | b09 |
| 291 | | | ts from BAMS of Feb 4, 2018. Their description says "deposit | | b09 |
| 292 | | | " while its actually debiting our account. Normally these de | | b09 |
| 293 | | | posits are credits. Can you check on this please and clarify | | b09 |
| 294 | | | ?  Good afternoon Jordan,  I appreciate you reaching out! In | | b09 |
| 295 | | | reviewing the below, those are your processing fees | | b09 |
| 296 | | | Batch Load   Misc that are billed monthly around the 2nd of | | b09 |
| 297 | | | each month. If the 2nd falls on a weekend, it will delay unt | | b09 |
| 298 | | | il the next business day, which in this case was on 2/4.   I | | b09 |
| 299 | | | ts funny you had reach out because I was actually getting re | | b09 |
| 300 | | | ady to email you in regards to the merchant account for jaso | | b09 |
| 301 | | | nbondpicks.com. Our support analysts had found that you have | | b09 |
| 302 | | | some transactions downgrading due to not providing | | b09 |
| 303 | | | Batch Load   Misc AVS(address verification) at the time of a | | b09 |
| 304 | | | uthorization. We just want to verify if there is an issue th | | b09 |
| 305 | | | at caused the information to not be provided. If you are awa | | b09 |
| 306 | | | re of this and understand the downgrades I will advise.   We | | b09 |

**JR-b80**

Confidential                              **Attachment JJJJ**                     10417905-FISV-000033

**PX 27, 2664**

# Expert Notes

9/10/2020                                                                                                    MSA

Print All Notes

████████████

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 307 | | | just want to make sure you are aware of how to get the best | | b09 |
| 308 | | | possible rate for your transactions.   If you have any ques | | b09 |
| 309 | | | tions please let me know.  Thank you,  Erica Hoover | | b09 |
| 310 | 2/1/2019 | 11:58:27 | Batch Load   Misc RSMS Project (Base): RStt Jordan, introduc | | b09 |
| 311 | | | ed myself as their assigned relationship specialist for the | | b09 |
| 312 | | | accounts going forward. He was very happy to hear of this an | | b09 |
| 313 | | | d asked me to send my contact info to him so they could file | | b09 |
| 314 | | | it where it needs to go. He said everything is going well w | | b09 |
| 315 | | | ith the processing at this time and no questions or concerns | | b09 |
| 316 | | | . | | b09 |
| 317 | 1/30/2019 | 09:23:52 | OTHER BAMS DST Case  40759485, ADIAHA ASHBY basic LEVEL VERI | | |
| 318 | | | F TT Jordan Reyna called regarding mid numbers ████████████ | | |
| 319 | | | ████████████ | | |
| 320 | 1/25/2019 | 10:15:15 | Batch Load   Misc Salesforce Case Number: 40473994 .Case Not | | 311 |
| 321 | | | e: anhbarrows/sbs/erchant provided signed completed form and | | 311 |
| 322 | | | voided check updated in MM, forward doc to bams audit and c | | 311 |
| 323 | | | ontract, email merchant to advise of completion | | 311 |
| 324 | 1/7/2019 | 16:20:28 | OTHER BAMS DST Case  39802402, Alecia Wright CMS 4sv TT:  An | | |
| 325 | | | thony Bell / Top veri/Charge back inquiry . Realized it was | | |
| 326 | | | for a different MID. I pulled the MID and assisted the merch | | |
| 327 | | | ant with the cb. | | |
| 328 | 12/31/2018 | 10:47:48 | OTHER Internet Solution Case  39411662, Anthony Bell / Book | | |
| 329 | | | Keeper / Verified basic / He was unable to log into Payeezy. | | |
| 330 | | | I removed the lock on his account and he logged back in. NF | | |
| 331 | | | AN. | | |
| 332 | 12/27/2018 | 15:10:00 | OTHER Internet Solution Case  39234187, TT Anthony Bell   Me | | |
| 333 | | | rch was locked out. Unlocked account and they were able to l | | |
| 334 | | | ogin. | | |
| 335 | 12/21/2018 | 14:07:02 | Batch Load   Misc Salesforce Case Number: 38811266 .Case Not | | 408 |
| 336 | | | e: Desiree.McCulloughSrSBS/4sv OTC 943933/TT Jordan Reyna Ca | | 408 |
| 337 | | | lled the merchant to advise of the downgrades due to not inc | | 408 |
| 338 | | | luding AVS at the time of the transactions.  The merchant ad | | 408 |
| 339 | | | vised occasionally they receive calls from customers advisin | | 408 |
| 340 | | | g their payment | | 408 |
| 341 | | | Batch Load   Misc has not gone through.  The merchant will t | | 408 |
| 342 | | | hen hand key the transactions and that seems to be when the | | 408 |
| 343 | | | downgrades occur.  The merchant advised they have received c | | 408 |
| 344 | | | alls like this in the past.  Emailed the requester back and | | 408 |
| 345 | | | advised of the conversation.  No further action taken.  Clos | | 408 |
| 346 | | | ing ticket. | | 408 |
| 347 | 12/18/2018 | 16:01:36 | Batch Load   Misc Salesforce Case Number: 38811266 .Case Not | | 408 |
| 348 | | | e: Desiree.McCulloughSrSBS Received an email from Kevin McCa | | 408 |
| 349 | | | rthy advising the merchant is receiving downgrades due to no | | 408 |
| 350 | | | t providing AVS at the time of ecomm transactions.  Called o | | 408 |
| 351 | | | ut to the location and left a message on the general inbox. | | 408 |
| 352 | | | Also sent an email to the address on file asking the mercha | | 408 |
| 353 | | | nt to call back. | | 408 |
| 354 | 12/17/2018 | 09:39:43 | OTHER BAMS DST Case  38799549, TAQUISHA JONES*CMS*TT Jordan | | |
| 355 | | | Reyna *4SV/FDOTC [0002157963 ] merchant inquiring about  dis | | |
| 356 | | | cover being moved off the account for mid ████████ and | | |
| 357 | | | wondering why needing an explanation  provided the discover | | |

JR-b80

Confidential                          **Attachment JJJJ**                 10417905-FISV-000034

## PX 27, 2665

## Expert Notes

Print All Notes

MSA

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 358 | | | merchant service number 1 800 347 2683 and instruct to call | | |
| 359 | | | back once he settled with discover | | |
| 360 | 12/6/2018 | 21:00:30 | OTHER Internet Solution Case  38452004, Jordan Reyna/Directo | | |
| 361 | | | r of Finance||questions regarding pmt types on specific Vter | | |
| 362 | | | minal||checked terminal   advise to contact merch serv/pmt t | | |
| 363 | | | ypes not showing on account||ended call|| | | |
| 364 | 9/27/2018 | 11:15:00 | OTHER Internet Solution Case  36174227, Merchant was a direc | | |
| 365 | | | tor of finance he was getting a high number of declines base | | |
| 366 | | | d on the code 530 do not honor he wanted to know if this wou | | |
| 367 | | | ld be something incorrect on the account and I told him that | | |
| 368 | | | is a generic decline with the bank or card issuer I told hi | | |
| 369 | | | m he could reach out to an RM if they see anything th | | |
| 370 | | | at would raise a red flag in merchant manager but as far as | | |
| 371 | | | I could see its just a generic decline, also he wanted some | | |
| 372 | | | advice on avs and cvv2 filters, hedidn't have avs turned on | | |
| 373 | | | so I told him that might be worth looking into.  NFAN | | |
| 374 | 9/25/2018 | 16:14:24 | 4STEP JORDAN REYNA CALLE DIN WANT TO KNOW IF WE HAVE WHER IS | | 365 |
| 375 | | | THEY DO RECURRING CHARGES AND THEY GET  A NEW CARD IF | | 365 |
| 376 | | | THE SYSTEM WOULD UP DATE IT CALL CREDI T CARD UP DATE NO | | 365 |
| 377 | 9/24/2018 | 16:35:23 | OTHER BAMS Retention  36084033, ret/mmebius/4551374: 4sv. Sp | | |
| 378 | | | oke with JORDAN REYNA (director of finance) in regards to ra | | |
| 379 | | | te review completed on 09/18/18. Merchant is requesting to | | |
| 380 | | | get copy of pricing reductions, current rate and monthly fee | | |
| 381 | | | s. Per request sent re pricing letter through secure email | | |
| 382 | | | address on file.  Merchant OK. | | |
| 383 | 9/24/2018 | 16:09:22 | DEPOSIT INQUIRY | | 249 |
| 384 | 9/24/2018 | 16:09:09 | OTHER BAMS Retention  36084033, NAME: Jordon Reyna   AUTH: | | |
| 385 | | | Basic/top lvl fdotc Verification successful, Transaction ID: | | |
| 386 | | | 0001518808   REASON:  Merchant wanting to know what his curr | | |
| 387 | | | ent rates/fees for processing is. merchant wanted to find ou | | |
| 388 | | | t if there can be a document provided to them that would sho | | |
| 389 | | | w there current rates/fees and changes. merch states its tow | | |
| 390 | | | ard the end of year and they are reviewing what the company | | |
| 391 | | | is being charged for processing   RESOLUTION: informed merch | | |
| 392 | | | of the sales discount rate for processing.  reviewed monthl | | |
| 393 | | | y fees and additional charges for processing.  transfer to r | | |
| 394 | | | etention specialist Michael. case #36084033 | | |
| 395 | 9/24/2018 | 16:08:49 | OTHER BAMS L1 CASE  36084033, NAME: Jordon Reyna   AUTH:  Ba | | |
| 396 | | | sic/top lvl fdotc Verification successful, Transaction ID:00 | | |
| 397 | | | 01518808   REASON:  Merchant wanting to know what his curren | | |
| 398 | | | t rates/fees for processing is. merchant wanted to find out | | |
| 399 | | | if there can be a document provided to them that would show | | |
| 400 | | | there current rates/fees and changes. merch states its towar | | |
| 401 | | | d the end of year and they are reviewing what the company is | | |
| 402 | | | being charged for processing   RESOLUTION: informed merch o | | |
| 403 | | | f the sales discount rate for processing.  reviewed monthly | | |
| 404 | | | fees and additonal charges for processing.  transfer to rete | | |
| 405 | | | ntion specialist Michael. case #36084033 | | |
| 406 | 9/24/2018 | 15:51:11 | OTHER BAMS L1 CASE  36083001, Caller Name:  Jordan Reyna  Ca | | |
| 407 | | | llback Number: 972 533 1496 Basic Completed: YES IVR  Top Le | | |
| 408 | | | vel Authentication: FDOTC  OTC: Email  Verification successf | | |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000035

## PX 27, 2666

# Expert Notes

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 409 | | | ul, Transaction ID:0001518683 Reason for the Call: the merch | | |
| 410 | | | ant called in asking for his percentage, while giving the me | | |
| 411 | | | rchant a detailed breakdown of the fees and rates, the merch | | |
| 412 | | | ant disconnects, due to high call volume, no call backs. | | |
| 413 | 9/18/2018 | 12:06:00 | OTHER BAMS Retention  35828324,   Inbound call   4 Step Veri | | |
| 414 | | | fied    Discount 0.85 will be 0.80 PCI 19.95 will be 15.95 c | | |
| 415 | | | hargeback fee to 25.00 to 15.00 Hi Sean,   Jordon Reyna dire | | |
| 416 | | | ctor of finance called me back he accepted the new rates. He | | |
| 417 | | | would like you to call him at ▮▮▮▮▮▮▮. What he is goi | | |
| 418 | | | ng to ask you is if they have a new BC on his account I did | | |
| 419 | | | explain that I could always help him on the rates and fees. | | |
| 420 | | | He ask if you could reach out to him  Current Pricing Plan I | | |
| 421 | | | nterchange Plus changed to Interchange Plus.  Current Pricin | | |
| 422 | | | g Type 020 Electronic Commerce Basic (MC:089 VI:077 DISC:317 | | |
| 423 | | | ) changed to 020 Electronic Commerce Basic (MC:089 VI:077 DI | | |
| 424 | | | SC:317).  Current Billback 0.00 changed to 0.00.  Current Cr | | |
| 425 | | | edit Qual Rate 0.85 changed to 0.80.  Current Credit Qual Au | | |
| 426 | | | th Fee 0.00 changed to 0.00.  Current Credit Qual Trans Fee | | |
| 427 | | | 0.00 changed to 0.00.  Current Debit Qual Rate 0.85 changed | | |
| 428 | | | to 0.80.  Current Debit Qual Auth Rate 0.00 changed to 0.00. | | |
| 429 | | | Current Debit Qual Trans Fee 0.00 changed to 0.00.  Curren | | |
| 430 | | | t Regulated Debit Qual Rate 0.85 changed to 0.80.  Current R | | |
| 431 | | | egulated Debit Qual Auth Fee 0.00 changed to 0.00.  Current | | |
| 432 | | | Regulated Debit Qual Trans Fee 0.00 changed to 0.00. | | |
| 433 | 9/18/2018 | 12:04:57 | OTHER BAMS Retention  35828324,   Inbound call   4 Step Veri | | |
| 434 | | | fied    Discount 0.85 will be 0.80 PCI 19.95 will be 15.95 c | | |
| 435 | | | hargeback fee to 25.00 to 15.00 Hi Sean,   Jordon Reyna  chi | | |
| 436 | | | ef fin offerer called me back he accepted the new rates. He | | |
| 437 | | | would like you to call him at ▮▮▮▮▮▮▮. What he is goin | | |
| 438 | | | g to ask you is if they have a new BC on his account I did e | | |
| 439 | | | xplain that I could always help him on the rates and fees. H | | |
| 440 | | | e ask if you could reach out to him  Current Pricing Plan In | | |
| 441 | | | terchange Plus changed to Interchange Plus.  Current Pricing | | |
| 442 | | | Type 020 Electronic Commerce Basic (MC:089 VI:077 DISC:317) | | |
| 443 | | | changed to 020 Electronic Commerce Basic (MC:089 VI:077 DIS | | |
| 444 | | | C:317).  Current Billback 0.00 changed to 0.00.  Current Cre | | |
| 445 | | | dit Qual Rate 0.85 changed to 0.80.  Current Credit Qual Aut | | |
| 446 | | | h Fee 0.00 changed to 0.00.  Current Credit Qual Trans Fee 0 | | |
| 447 | | | .00 changed to 0.00.  Current Debit Qual Rate 0.85 changed t | | |
| 448 | | | o 0.80.  Current Debit Qual Auth Rate 0.00 changed to 0.00. | | |
| 449 | | | Current Debit Qual Trans Fee 0.00 changed to 0.00.  Current | | |
| 450 | | | Regulated Debit Qual Rate 0.85 changed to 0.80.  Current Re | | |
| 451 | | | gulated Debit Qual Auth Fee 0.00 changed to 0.00.  Current R | | |
| 452 | | | egulated Debit Qual Trans Fee 0.00 changed to 0.00. | | |
| 453 | 9/18/2018 | 11:15:43 | OTHER BAMS Retention  35828324,   Inbound call   4 Step Veri | | |
| 454 | | | fied    Discount 0.85 will be 0.80 PCI 19.95 will be 15.95 c | | |
| 455 | | | hargeback fee to 25.00 to 15.00 Hi Sean,   Jordon Reyna call | | |
| 456 | | | ed me back he accepted the new rates. He would like you to c | | |
| 457 | | | all him at ▮▮▮▮▮▮▮. What he is going to ask you is if | | |
| 458 | | | they have a new BC on his account I did explain that I could | | |
| 459 | | | always help him on the rates and fees. He ask if you could | | |

JR-b80

Confidential                                   **Attachment JJJJ**          10417905-FISV-000036

# PX 27, 2667

**Expert Notes**

███████████████

9/10/2020                                                                                                                  MSA

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 460 | | | reach out to him  Current Pricing Plan Interchange Plus chan | | |
| 461 | | | ged to Interchange Plus.  Current Pricing Type 020 Electroni | | |
| 462 | | | c Commerce Basic (MC:089 VI:077 DISC:317) changed to 020 Ele | | |
| 463 | | | ctronic Commerce Basic (MC:089 VI:077 DISC:317).  Current Bi | | |
| 464 | | | llback 0.00 changed to 0.00.  Current Credit Qual Rate 0.85 | | |
| 465 | | | changed to 0.80.  Current Credit Qual Auth Fee 0.00 changed | | |
| 466 | | | to 0.00.  Current Credit Qual Trans Fee 0.00 changed to 0.00 | | |
| 467 | | | .  Current Debit Qual Rate 0.85 changed to 0.80.  Current De | | |
| 468 | | | bit Qual Auth Rate 0.00 changed to 0.00.  Current Debit Qual | | |
| 469 | | | Trans Fee 0.00 changed to 0.00.  Current Regulated Debit Qu | | |
| 470 | | | al Rate 0.85 changed to 0.80.  Current Regulated Debit Qual | | |
| 471 | | | Auth Fee 0.00 changed to 0.00.  Current Regulated Debit Qual | | |
| 472 | | | Trans Fee 0.00 changed to 0.00. | | |
| 473 | 9/18/2018 | 10:49:32 | OTHER BAMS Retention  35828324, Hi Sean,  I have made three | | |
| 474 | | | attempts to contact them and left messages I am  closing my | | |
| 475 | | | request.  If you can get ahold of them you can offer on the | | |
| 476 | | | rates Discount 0.85 will be 0.80 PCI 19.95 will be 15.95 Thi | | |
| 477 | | | s is what we can offer they have really good rates  This is | | |
| 478 | | | an annual savings $4187.00 Please let me know and I will key | | |
| 479 | | | the new rates  Belinda Jones | | |
| 480 | 9/17/2018 | 10:37:41 | OTHER BAMS Retention  35828324, Outbound call   Left a voice | | |
| 481 | | | mail requesting a call back | | |
| 482 | 9/14/2018 | 13:42:30 | OTHER BAMS Retention  35828324,   Outbound call   Left a voi | | |
| 483 | | | cemail requesting a call back. | | |
| 484 | 9/12/2018 | 15:25:53 | OTHER Internet Solution Case  35768304, Merchant was checkin | | |
| 485 | | | g to see if payeezy stores credit card info on the system fo | | |
| 486 | | | r third party informed no we don't store info for third part | | |
| 487 | | | ies   director of finance | | |
| 488 | 9/11/2018 | 14:32:13 | OTHER BAMS L1 CASE  35730261, TT: Jordon Reyna VERIFY: basic | | |
| 489 | | | , CB: (855) 515 1083 ISSUE: merch state he heard about a  2% | | |
| 490 | | | raise for multiple chargeback and the merchant wouldnt be a | | |
| 491 | | | ble to reopen the account. RESOLUTION: adv of the vcr and pr | | |
| 492 | | | ovide with bc foti number. | | |
| 493 | 9/5/2018 | 09:42:36 | Remedy No New Ticket Incorrect Screen Pop QuickTicket tt:  ( | | 385 |
| 494 | | | 855) 515 1083 | | 385 |
| 495 | 8/30/2018 | 15:10:21 | OTHER BAMS L1 CASE  35457349, CALLER anthony bell TITLE  CAL | | |
| 496 | | | LBACK PHONE#  AUTH ivr basic  ISSUE needs more inforamtion o | | |
| 497 | | | n a retrieval for $2999.00 RESOLUTION provided chargeback ph | | |
| 498 | | | one#/ivr and connected to chargeback support specialist joe | | |
| 499 | 8/21/2018 | 16:21:00 | OTHER Internet Solution Case  35215154, merchant was the dir | | |
| 500 | | | ector of finance  merchant wanted to know if there was any f | | |
| 501 | | | unction to update expired card info. I consulted with Chris | | |
| 502 | | | and advised there was not. this ended the call. | | |
| 503 | 8/21/2018 | 16:20:10 | OTHER Internet Solution Case  35215154, eGate: merchant was | | |
| 504 | | | asking about auto update of expired cards on Payeezy   advis | | |
| 505 | | | ed Payeezy does not have any inherent card account updater f | | |
| 506 | | | unctionality | | |
| 507 | 8/21/2018 | 16:16:57 | OTHER Internet Solution Case  35214936, Jordon (dir of finan | | |
| 508 | | | ce) called about an auto CC# update feature advised the GW d | | |
| 509 | | | id not offer anything like that he stated his DEV saw it in | | |
| 510 | | | conjuncture with the dev portal provided the phone number fo | | |

**JR-b80**

Confidential                                                    **Attachment JJJJ**         10417905-FISV-000037

**PX 27, 2668**

# Expert Notes

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 511 | | | r portal support | | |
| 512 | 7/31/2018 | 11:33:01 | OTHER Internet Solution Case  34224066, Accountant called in | | |
| 513 | | | b/c they could not log in to BT. the login was locked from | | |
| 514 | | | too many attempts. sent otc and reset password. they were ab | | |
| 515 | | | le to log in successfully. | | |
| 516 | 7/30/2018 | 15:39:52 | OTHER BAMS L1 CASE  34201813, tt: Jordan reyna, director ver | | ier |
| 517 | | | . BASIC TOP W OTP Transaction ID:0001135997 I provided merch | | ier |
| 518 | | | ant discover entitlement number at his request NFA | | ier |
| 519 | 7/30/2018 | 15:32:06 | OTHER BAMS L1 CASE  34201532, AUTHEN:Basic and T /W OTC =Ver | | |
| 520 | | | ification successful, Transaction ID:0001135737 TITLE: Jorda | | |
| 521 | | | n Reyna  ISSUE: he is calling bcuz he is looking for his  MC | | |
| 522 | | | C/ SE Code for his mids and card types  RESOLU: He was provi | | |
| 523 | | | ded the info from MM/profile call is compl.. | | |
| 524 | 7/30/2018 | 10:29:46 | OTHER Internet Solution Case  34186643, First/ Last name: An | | |
| 525 | | | thony Bell    Position w/ company: Accountant         Reason | | |
| 526 | | | for the call: wanted to know if Dispute Manager was down. | | |
| 527 | | | Solution: Explained to merchant to that we are experie | | |
| 528 | | | ncing an update on the website and to try throughout the day | | |
| 529 | | | to access Dispute Manager. Did not need further assistance. | | |
| 530 | 7/24/2018 | 17:39:17 | Batch Load  Misc Salesforce Case Number: 34064448 .Case Not | | 337 |
| 531 | | | e: AsiaGarland/CMS/4SV/TT  Anthony Bell called in because he | | 337 |
| 532 | | | is receiving chargeback through mail, and he doesnt want to | | 337 |
| 533 | | | anymore, I went to merchant ,manager and updated this and | | 337 |
| 534 | | | I reached out to senior support to verify I was making the c | | 337 |
| 535 | | | orrect change and they confirmed | | 337 |
| 536 | 7/17/2018 | 14:29:03 | OTHER Internet Solution Case  33859615, admin locked out. un | | |
| 537 | | | lock acct. | | |
| 538 | 7/12/2018 | 12:00:45 | Batch Load  Misc Salesforce Case Number: 33743643 .Case Not | | 106 |
| 539 | | | e: sbissramcms  TT Dequeonne, the merchant inquiring of a du | | 106 |
| 540 | | | plicated wire transfer check. Advised to take call over to T | | 106 |
| 541 | | | elecheck | | 106 |
| 542 | | | Batch Load   Misc Salesforce Case Number: 33742716 .Case Not | | 149 |
| 543 | | | e: Dequeonne Harrison*CMS*Basic*TT*Jordan Reyna called in re | | 149 |
| 544 | | | garding a duplicate payment on June 25 $4500¼ June 26th  I a | | 149 |
| 545 | | | dvised that we need to get to Telecheck for further assistan | | 149 |
| 546 | | | ce. | | 149 |
| 547 | 7/11/2018 | 18:37:13 | Batch Load   Misc Salesforce Case Number: 33726867 .Case Not | | 113 |
| 548 | | | e: Denna LoweryMora*SBS*TT*Jessica Cedeno En 09256  3rd part | | 113 |
| 549 | | | add on  send link for Bamszones that provides the instructi | | 113 |
| 550 | | | on on how to get on the listing | | 113 |
| 551 | 6/26/2018 | 16:42:18 | Batch Load  Misc Salesforce Case Number: 33332048 .Case Not | | 336 |
| 552 | | | e: Denise Coke*CMS*4SV*Detail transaction*TT: Anthony Bell i | | 336 |
| 553 | | | nquired how his acct is setup for chargeback disputes. Merch | | 336 |
| 554 | | | ant would this info to be emailed. Merchant has email option | | 336 |
| 555 | | | setup for chargeback/retrieval and statement. | | 336 |
| 556 | 6/13/2018 | 18:40:01 | OTHER Internet Solution Case  33037172, Your outage Form ID | | ins |
| 557 | | | is 154128 Caller could not login and neither could I, advise | | ins |
| 558 | | | d merch of site update and to try again in an hour or two, s | | ins |
| 559 | | | ubmitted an outage form | | ins |
| 560 | 6/10/2018 | 13:53:53 | OTHER BAMS L1 CASE  32934739, Anthony Bell Accountant  Basic | | ers |
| 561 | | | Login Assistance for clientline did explain hrs of  operat | | ers |

JR-b80

Confidential

**Attachment JJJJ**

10417905-FISV-000038

**PX 27, 2669**

# Expert Notes

████████████████████

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 562 | | | ion & provided direct num. will call tomorrow Stated needed | | ers |
| 563 | | | dispute Manager | | ers |
| 564 | 6/5/2018 | 12:41:01 | OTHER BAMS L1 CASE  32788425, Jordan Reyna/ver basic/callng | | |
| 565 | | | about email from Jessica kelstron about downgraded charges/c | | |
| 566 | | | alling to take care of/per Jessica have merchant reply via e | | |
| 567 | | | mail/merchant emailed Jessica/nfq | | |
| 568 | 6/5/2018 | 12:31:45 | OTHER BAMS L1 CASE  32788425, Jordan Reyna/ver basic/callng | | |
| 569 | | | about email from Jessica kelstron about downgraded charges/c | | |
| 570 | | | alling to take care of/per Jessica have merchant reply via e | | |
| 571 | | | mail/merchant emailed Jessica/nfq | | |
| 572 | 5/23/2018 | 12:28:10 | OTHER Internet Solution Case  32504072, caller wanted to kno | | |
| 573 | | | w what is going to show on the customers card when they purc | | |
| 574 | | | hase something from each website, called edesk and chris sai | | |
| 575 | | | d if they purchase under the terminal it would show up as th | | |
| 576 | | | at business name | | |
| 577 | 5/7/2018 | 17:26:04 | DEPOSIT INQUIRY | | 052 |
| 578 | 5/7/2018 | 17:25:37 | OTHER BAMS L1 CASE  32071817, Part 1:tt Kaitlyn from CB/Anth | | |
| 579 | | | ony Bell Basic verf Top w/batch 5/3 Issue Merchant is trying | | |
| 580 | | | to verify the total # of cb's from 4/2/18 5/1/18 as the rep | | |
| 581 | | | orts he's pulling are giving him two different amounts. One | | |
| 582 | | | amount is  5444.87 from the bank deposit/bank deposit adjust | | |
| 583 | | | ment reports and the other amount is  3646.87 from the charg | | |
| 584 | | | eback listing/funding reconciliation report. Merchants in to | | |
| 585 | | | tal from the reports there are 208 transactions for both cha | | |
| 586 | | | rgebacks and reversals, the chargebacks total 116 and the re | | |
| 587 | | | versals total 92. Resolution Reviewed the clientline reporti | | |
| 588 | | | ng tool to view the reports that the merchant was viewing. R | | |
| 589 | | | eached out to edesk, tt Crystal, advised if he's got questio | | |
| 590 | | | ns on chargeback's we should get him to chargebacks. Advised | | |
| 591 | | | that the sales/funding category in BT shows everything that | | |
| 592 | | | the merchant has processed so if the merchant was questioni | | |
| 593 | | | ng specifically the chargeback/reversal amounts then he shou | | |
| 594 | | | ld be using the disputes category and not the sales/funding | | |
| 595 | | | category. Advised merchant could also access dispute manager | | |
| 596 | | | to view his chargebacks/reversals/retrievals and that there | | |
| 597 | | | may be a report within DM that allows him to create a repor | | |
| 598 | | | t of the chargebacks/reversals/retrievals. Reviewed this inf | | |
| 599 | | | o w/merchant and merchant states that it just seems his char | | |
| 600 | | | gebacks are off and that he actively uses DM. Merchant wants | | |
| 601 | | | to see the chargeback case #'s in the reports and states th | | |
| 602 | | | at the chargeback listing hasn't been working, but when merc | | |
| 603 | | | hant attempted to pull that report during our call he was ab | | |
| 604 | | | le to access that report. Even with access that chargeback l | | |
| 605 | | | isting report merchant still was seeing some kind of discrep | | |
| 606 | | | ancy between the reports. Advised I would reach out to charg | | |
| 607 | | | ebacks and see if an agent in that department can confirm th | | |
| 608 | | | e amount of chargebacks in that time period and see if they | | |
| 609 | | | could assist us with navigating DM. Reached out to cb's, tt | | |
| 610 | | | David | | |
| 611 | 5/7/2018 | 17:25:35 | OTHER BAMS L1 CASE  32071817, Part 2:, advised he was not ab | | |
| 612 | | | le to pull a report during that time frame but he can assist | | |

**JR-b80**

**Page 12**

**Attachment JJJJ**

# PX 27, 2670

**Expert Notes**

███████████████

9/10/2020                                                                                                                                    MSA

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 613 | | | with navigating DM and show the merchant how to access each | | |
| 614 | | | case one by one so that he could add up the cases himself a | | |
| 615 | | | nd compare what DM has in regards to the reporting tool. Dav | | |
| 616 | | | id gave assistance with navigating DM, merchant states he th | | |
| 617 | | | inks he may have found the answer to his questions and did n | | |
| 618 | | | ot need David's services any further. Inquired with merchant | | |
| 619 | | | on what he was viewing in regards to the report he had now, | | |
| 620 | | | merchant states it's a bank deposit adjustment summary, onl | | |
| 621 | | | y included chbck/reversals. He didn't export to excel file a | | |
| 622 | | | nd it gives the listing for that day which gives the chargeb | | |
| 623 | | | ack associated w/that. Advised if there were still questions | | |
| 624 | | | regarding the discrepancies I could submit a research ticke | | |
| 625 | | | t to have an agent further investigate account, merchant dec | | |
| 626 | | | lined request. Advised we are open 24/7 and if merchant need | | |
| 627 | | | ed us to submit a research ticket to call us back and reques | | |
| 628 | | | t it. nfq. | | |
| 629 | 5/7/2018 | 17:21:23 | TT: COURTNEY W/ BAMS C W/ ANTHONY BELL TOP LEVEL BATCH TOTAL | | WA8 |
| 630 | | | , CHARGEBACK LISTING REPORT WANTS TO VERIFY C HARGEBACKS | | WA8 |
| 631 | 5/7/2018 | 15:31:08 | OTHER Chargeback  32070812, TT Anthony Bell. Basic auth IVR. | | |
| 632 | | | Calling with  funding question | | |
| 633 | 5/7/2018 | 15:28:46 | OTHER BAMS L1 CASE  32070705, merchant called to try and ver | | |
| 634 | | | ify the total # and amt of his chargebacks from 4/2/18 5/1/1 | | |
| 635 | | | 8 as the reports he are pulling are giving him 2 different a | | |
| 636 | | | mounts. he has a total of 208 chargebacks but doesnt know if | | |
| 637 | | | the total amount is 5444.87 or 3646.87 | | |
| 638 | 5/3/2018 | 17:37:50 | TRANSACTION RESEARCH BAMS L1 CASE  31994847, Speaking with: | | |
| 639 | | | Jordon Reyna (Title): Financial director Authentication: Bas | | |
| 640 | | | ic Description: Called in to see if we received transactions | | |
| 641 | | | from Payeezy, just batched out today  Resolution: Advise, g | | |
| 642 | | | ive it 24 hours for us to see it on our side | | |
| 643 | 4/30/2018 | 16:26:23 | Batch Load   Misc Salesforce Case Number: 31885403 .Case Not | | 903 |
| 644 | | | e: Crystal Harper SBS tt Jordan 4sv assisted with questions | | 903 |
| 645 | | | regarding downgrading transactions and best practices for hi | | 903 |
| 646 | | | s business. Merchant updated filters while we were talking a | | 903 |
| 647 | | | nd requested follow up to ensure they were functioning prope | | 903 |
| 648 | | | rly. | | 903 |
| 649 | | | Batch Load   Misc Salesforce Case Number: 31885403 .Case Not | | 903 |
| 650 | | | e: Crystal Harper SBS  left message at the number on file an | | 903 |
| 651 | | | d sent follow up email to email address on file regarding tr | | 903 |
| 652 | | | ansaction downgrades. | | 903 |
| 653 | 4/30/2018 | 12:02:55 | DEPOSIT INQUIRY | | 009 |
| 654 | 4/30/2018 | 12:02:49 | OTHER BAMS L1 CASE  31884855, Basic verf// lauren payeezy// | | |
| 655 | | | cb fee// Jordan reyna// top verf last deposit//merchant want | | |
| 656 | | | ed to know how much was his fee for chargebacks I advised it | | |
| 657 | | | was 25.00// he had additional questions about regarding cb | | |
| 658 | | | // trnf to cb for them to answer his question// trng to laur | | |
| 659 | | | a//nfa | | |
| 660 | 4/30/2018 | 12:01:08 | Remedy Dispute Resolution Chargeback QuickTicket tt:  (855) | | 385 |
| 661 | | | 515 1083 verified basic & top Jahar BAMS cs  Jordan Reyna i | | 385 |
| 662 | | | nq how the fee for arb is accessed /adv arb fees are accesse | | 385 |
| 663 | | | d by visa or mc /inq if he decides to accept dispute does he | | 385 |

**JR-b80**

Confidential                                                      **Attachment JJJJ**              10417905-FISV-000040

**PX 27, 2671**

## Expert Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 664 | | | still get charged the fee /adv he will not be charged arb f | | 385 |
| 665 | | | ee if accepting dispute | | 385 |
| 666 | 4/30/2018 | 11:44:24 | OTHER Internet Solution Case  31883825, Merchant called in, | | |
| 667 | | | verified basic. Had gotten several declines and wanted to kn | | |
| 668 | | | ow if it came from Payeezy. Advised all declines were from t | | |
| 669 | | | he cardholders bank. Transferred to Customer Service for que | | |
| 670 | | | stions in regards to fees. | | |
| 671 | 4/25/2018 | 13:20:44 | Remedy Dispute Resolution Chargeback QuickTicket tt Anthony | | 699 |
| 672 | | | Bell (Verified Basic) checking status. Adv the issuing bank | | 699 |
| 673 | | | filed a credit cb on 4/25/18 returning the funds for this tr | | 699 |
| 674 | | | ansaction back into the merchant's account. | | 699 |
| 675 | 4/24/2018 | 12:07:07 | OTHER Internet Solution Case  31747195, Called in to have ac | | |
| 676 | | | count unlocked. Unlocked the account. | | |
| 677 | 4/18/2018 | 11:27:28 | OTHER BAMS L1 CASE  31602085, Verify: Basic/ TOP OTC: Verifi | | |
| 678 | | | cation successful, Transaction ID:0000624265  TT: JORDAN REY | | |
| 679 | | | NA admin    Reason: merchant wanted to confirm if some check | | |
| 680 | | | deposits went thru 10,000 2/5 9733  Resolution: advised me | | |
| 681 | | | rchant that i woulld need to connect him over to the banking | | |
| 682 | | | part of bank of america and provided bank number and connec | | |
| 683 | | | ted caller | | |
| 684 | 4/18/2018 | 11:27:25 | DEPOSIT INQUIRY | | L57 |
| 685 | 4/17/2018 | 14:34:33 | OTHER BAMS L1 CASE  31576421, TT: jordan reyna  (admin)  VER | | |
| 686 | | | IFY: basic,FDOTC> TransactionID:00000621478 CB: (855) 515 10 | | |
| 687 | | | 83 ISSUE: caller want to remove chargeback delivery option, | | |
| 688 | | | state he signed up for clientline and want to go papaer less | | |
| 689 | | | . RESOLUTION: made change in merchant manager | | |
| 690 | 4/17/2018 | 14:23:07 | Remedy Internal Transfer Customer Service QuickTicket tt: | | N65 |
| 691 | | | jordan reyna was trasnferred to cust svc mer want his acct t | | N65 |
| 692 | | | o be set up as paperless.basic verified. | | N65 |
| 693 | 4/5/2018 | 13:42:12 | OTHER Internet Solution Case  31256497,  needs to update/con | | |
| 694 | | | firm merchant descriptors. >> referred to BAMS | | |
| 695 | 3/9/2018 | 11:09:18 | Batch Load  Misc Salesforce Case Number: 30549977 .Case Not | | 411 |
| 696 | | | e: Kcampbell sbs 4sv tt bc Jessica Cedeno requested to remov | | 411 |
| 697 | | | e phone number entirely from merchant descriptor | | 411 |
| 698 | 3/5/2018 | 07:02:58 | OTHER BAMS L1 CASE  30330737, ** | | |
| 699 | 3/2/2018 | 15:44:16 | Batch Load  Misc Salesforce Case Number: 30367427 .Case Not | | 134 |
| 700 | | | e: Gary Price SBS:Rep: g09256 Jesssica Cedeno called in to c | | 134 |
| 701 | | | onfirm DBA and if the merchant she also needs to know doe th | | 134 |
| 702 | | | e merchant need to have an phone number on their web site or | | 134 |
| 703 | | | if an email contact will work, called  SR Rep Team and a ph | | 134 |
| 704 | | | one number does need to be on the web site | | 134 |
| 705 | 3/2/2018 | 10:26:32 | OTHER BAMS L1 CASE  30332246, tt Jordan reyna calling about | | |
| 706 | | | cards declining verified deposit amount for top gave numerou | | |
| 707 | | | s reasons and offered issuer also suggested calling client f | | |
| 708 | | | or another form of payment .. assoited merch on clientline a | | |
| 709 | | | nd adding realtime auth merch also wants to receive disputes | | |
| 710 | | | only thru ids wants no paper adjusted in mm called payeezy | | |
| 711 | | | for merch abt randon cards showing full card numbers payeezy | | |
| 712 | | | adv random numbers and not actual cd numbers merch ok all i | | |
| 713 | | | ssues resolved | | |
| 714 | 2/28/2018 | 15:42:16 | Batch Load  Misc Salesforce Case Number: 30193710 .Case Not | | 101 |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000041

# PX 27, 2672

# Expert Notes

9/10/2020                                                                                                                          MSA

████████████████

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 715 | | | e: ddunsmore. sent another follow up email to the business c | | 101 |
| 716 | | | onsultant. Merchant had spoken with them to assist with this | | 101 |
| 717 | | | issue. | | 101 |
| 718 | 2/27/2018 | 12:51:17 | Batch Load   Misc Salesforce Case Number: 30193710 .Case Not | | 101 |
| 719 | | | e: ddunsmore. Called Jordan.  Merchant indicate issue was re | | 101 |
| 720 | | | solved with call from business consultant yesterday.  I do s | | 101 |
| 721 | | | ee what call was made to correct.  Merchant is wanting to s | | 101 |
| 722 | | | ee if they can change the customer service phone number to e | | 101 |
| 723 | | | mail support only.  I have sent an email to the business con | | 101 |
| 724 | | | sultant to verify | | 101 |
| 725 | 2/26/2018 | 17:38:14 | Batch Load   Misc Salesforce Case Number: 30211210 .Case Not | | 179 |
| 726 | | | e: Katie Hollifield/ SBS /AVS/DBA/ TT BC Jessica Cedeno  Upd | | 179 |
| 727 | | | ated merchants descriptor # and bill to # to 855.515.1083 | | 179 |
| 728 | 2/26/2018 | 12:58:22 | Batch Load   Misc ████████ support@PETRAPICKS.COM) | | ser |
| 729 | | | ████ support@JASONBONDPICKS.COM) ████ support@BIO | | ser |
| 730 | | | TECHBREAKOUTS.COM) merchant also wants to know whyso custome | | ser |
| 731 | | | r say the c.s is the merchant personal ████████ but it wan | | ser |
| 732 | | | st on the descriptor and merchant would like to have it fix | | ser |
| 733 | | | callback ███████ | | ser |
| 734 | | | Batch Load   Misc Salesforce Case Number: 30193710 .Case Not | | ser |
| 735 | | | e: jordan reyna verfied basic,top otc email(0000455563) merc | | ser |
| 736 | | | hant calling remove the phone number on the description  and | | ser |
| 737 | | | but other xs or the email for all 6 account ████████ (su | | ser |
| 738 | | | pport@RAGINGBULL.COM) ████████ support@TOPSTOCKPICKS.COM | | ser |
| 739 | | | ) ████████ (support@PENNYPRO.COM) | | ser |
| 740 | 2/26/2018 | 12:34:00 | OTHER BAMS L1 CASE  30195979, Name: Jordan Reyna Position: a | | |
| 741 | | | cct Admin. Auth: basic toplevel: Issue: Merchant wants to be | | |
| 742 | | | able to response to chargeback online.  Merchant was not ab | | |
| 743 | | | le to login to clientline because there is someone in his bu | | |
| 744 | | | siness that in charge for the chargeback, merchant did not h | | |
| 745 | | | ave the login paswrd. resolution: merchant was unable to rea | | |
| 746 | | | ch out to that person and will call us back. | | |
| 747 | 2/26/2018 | 12:26:57 | Remedy Internal Transfer Customer Service QuickTicket tt Jor | | 212 |
| 748 | | | dan Reyna basic verified. trns to cs. He wants all cbs loade | | 212 |
| 749 | | | d on DM only. So nothing mailed. Needs acct set to EIDS only | | 212 |
| 750 | | | may need an RM to do this for him. | | 212 |
| 751 | 2/26/2018 | 12:17:03 | OTHER BAMS L1 CASE  30195091, jordan reyna verfied basic,top | | ett |
| 752 | | | otc email(0000455563)  merchant calling remove the phone nu | | ett |
| 753 | | | mber on the description  and but other x's or the email for | | ett |
| 754 | | | all 6 account ████████ (support@RAGINGBULL.COM, | | ett |
| 755 | | | ████ (support@TOPSTOCKPICKS.COM) ████████ support@PENNYPRO | | ett |
| 756 | | | .COM) 372829133886(support@PETRAPICKS.COM) ████████ supp | | ett |
| 757 | | | ort@JASONBONDPICKS.COM) ████████ support@BIOTECHBREAKOUT | | ett |
| 758 | | | S.COM) merchant also wants to know whyso customer say the c. | | ett |
| 759 | | | s is the merchant personal ████████ but it wanst on the de | | ett |
| 760 | | | scriptor and merchant would like to have it fix  advice time | | ett |
| 761 | | | rame submitted ticket number 30193710 on mid ████████ ) | | ett |
| 762 | 2/22/2018 | 13:55:13 | Batch Load   Misc Salesforce Case Number: 30119903 .Case Not | | 181 |
| 763 | | | e: Brenda Goodwin Winn SBBS  SR  Rcvd Caller Jessica Cedano | | 181 |
| 764 | | | From katie Katie had verifed Jessica BC by her SF Id  asking | | 181 |
| 765 | | | for assiatance to doing an Ad loc  I have emeiled her the p | | 181 |

JR-b80

Confidential                                          **Attachment JJJJ**                    10417905-FISV-000042

**PX 27, 2673**

# Expert Notes

9/10/2020                                                                                                                    MSA

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 766 | | | re Ad loc paperwork so she can have the merchant fill it out | | 181 |
| 767 | | | Batch Load   Misc Salesforce Case Number: 30117220 .Case Not | | 179 |
| 768 | | | e: Katie Hollifield/ SBS /AVS/DBA/ TT BC Jessica Cedeno BC n | | 179 |
| 769 | | | eeds add location done on account transferred to Add loc lin | | 179 |
| 770 | | | e senior Brenda G. | | 179 |
| 771 | 1/25/2018 | 19:26:09 | Batch Load   Misc Salesforce Case Number: 29415857 .Case Not | | 159 |
| 772 | | | e: Venesa.Bombard/sbs sr/ TT Jordan Reyna and reviewed downg | | 159 |
| 773 | | | raded transactions due to missing AVS information on biotech | | 159 |
| 774 | | |  account. Also updated phone number on all 6 accounts in cha | | 159 |
| 775 | | | in to his number for best contact ▮▮▮▮▮ Submitted up | | 159 |
| 776 | | | date to update address on file to match head office account. | | 159 |
| 777 | 1/24/2018 | 13:43:56 | DEPOSIT INQUIRY | | 234 |
| 778 | 1/24/2018 | 13:43:46 | OTHER BAMS L1 CASE  29370939, tt anthony bell ,bookeeper bas | | |
| 779 | | | ic;verif last deposit . verif dda merchant would like to hav | | |
| 780 | | | e mailing address changed updated on the account updated the | | |
| 781 | | |  address for the merchant ; merchant has muliple accounts he | | |
| 782 | | |  is needing to do this for . | | |
| 783 | 12/15/2017 | 16:36:25 | Batch Load   Misc Salesforce Case Number: 28483333 .Case Not | | 109 |
| 784 | | | e: tt BC Cedeno, Jessica who requested an update of addition | | 109 |
| 785 | | | al location pending credit approval, called snr support Just | | 109 |
| 786 | | | in who located the analyst for this account and sent an emai | | 109 |
| 787 | | | l copied me and the BCs manager.... case closed | | 109 |
| 788 | 12/13/2017 | 20:23:20 | Batch Load   Misc Salesforce Case Number: 28428021 .Case Not | | ser |
| 789 | | | e: Resolved | | ser |
| 790 | 12/12/2017 | 18:44:09 | Batch Load   Misc Salesforce Case Number: 28393572 .Case Not | | 134 |
| 791 | | | e: Gary Price SBS: Rep: g09256 Jessica Cedeno  called in for | | 134 |
| 792 | | |  DBA update she sent me update form signed by the merchant | | 134 |
| 793 | | | updated per request | | 134 |
| 794 | 12/8/2017 | 14:37:55 | OTHER BAMS L1 CASE  28298610, CALLER: Anthony bell  TITLE: b | | |
| 795 | | | ookkeeper  AUTH: basic // batch total 6040.00 // dda  REASON | | |
| 796 | | | : merch  called to update dba and bill to address  also need | | |
| 797 | | | s help signing into business track  RESOLUTION: rev acct ed | | |
| 798 | | | ucated  merch and updated bill to address via merch manger d | | |
| 799 | | | ba address in another state submitted a req in MCS : BAMSMF3 | | |
| 800 | | | BPOE6R01, SPOKE TO BUSINESS TRACK WHO advised me there is kn | | |
| 801 | | | own issue and merch should try back in 1 hours , | | |
| 802 | 12/8/2017 | 14:37:30 | DEPOSIT INQUIRY | | 265 |
| 803 | 12/8/2017 | 14:27:02 | OTHER Internet Solution Case  28298082, Customer service rep | | |
| 804 | | |  calling to connect merchant, informed of outage for BT | | |
| 805 | 11/30/2017 | 11:00:54 | Batch Load   Misc Salesforce Case Number: 27824920 .Case Not | | 731 |
| 806 | | | e: SKirkland*SBS3*MID has generated, however, stuck in pendi | | 731 |
| 807 | | | ng credit since 11/24. Advised BC to confirm if any knowledg | | 731 |
| 808 | | | e of why pending credit review since am unable to see her co | | 731 |
| 809 | | | ntracts. | | 731 |
| 810 | 11/29/2017 | 14:57:24 | TRANSACTION RESEARCH BAMS L1 CASE  27971199, jordan reyna/ad | | ing |
| 811 | | | ministrative assisnt/vrfd basic/2 card holders calling sayin | | ing |
| 812 | | | g they've been charged twice from two separate accounts in t | | ing |
| 813 | | | he amounts of 99.00 and 699.00. merch could only see one cha | | ing |
| 814 | | | rge/cardholder seeing it as 4. 2 charges from this merch acc | | ing |
| 815 | | | ount and another MID ▮▮▮▮▮▮ called edesk Debbie/she a | | ing |
| 816 | | | dvised them being charged 99.00 on the merch act ending in ▮ | | ing |

**JR-b80**

**Page 16**

**Attachment JJJJ**

# PX 27, 2674

**Expert Notes**

9/10/2020                                                                                                                    MSA

█████████████

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 817 | | | █ and 699.00 ending in ██. merch sees the same. wanted to | | ing |
| 818 | | | clarify/ another account MID███████ merch said cc# | | ing |
| 819 | | | being charged twice/advised the merch only once | | ing |
| 820 | 11/29/2017 | 09:48:07 | DEPOSIT INQUIRY | | NA0 |
| 821 | 11/22/2017 | 12:55:16 | Batch Load   Misc Salesforce Case Number: 27824920 .Case Not | | 731 |
| 822 | | | e: SKirkland*SBS3*MSC updated needed per BOS on BAMSBKNXK11A | | 731 |
| 823 | | | 001. Updated and replied to email sent to Doreen on her | | 731 |
| 824 | | | behalf and as back up while ooo. Attached add locs forms wi | | 731 |
| 825 | | | th information needed and advised to upload or notify me if | | 731 |
| 826 | | | new ticket is needed since I am unable to update the ticket | | 731 |
| 827 | | | on her behalf. | | 731 |
| 828 | 11/21/2017 | 17:44:16 | Batch Load   Misc Salesforce Case Number: 27695002 .Case Not | | 120 |
| 829 | | | e: dcaudill: sr sbs: submitted add loc for bus cons. jessica | | 120 |
| 830 | | | cedeno. Tracking # BAMSBKNXK11A001 | | 120 |
| 831 | 11/16/2017 | 17:12:17 | Batch Load   Misc Salesforce Case Number: 27695002 .Case Not | | 120 |
| 832 | | | e: dcaudill:sr sbs: spoke with field mgr jessica cedeno. she | | 120 |
| 833 | | | did not have time to go thru doing mpa with me. i emailed h | | 120 |
| 834 | | | er the add loc form, she will complete and return to me to s | | 120 |
| 835 | | | ubmit add loc. | | 120 |
| 836 | | | Batch Load   Misc Salesforce Case Number: 27694531 .Case Not | | 115 |
| 837 | | | e: Cameron Collins/SBS/4sv tt:BC Jessica Cedeno to get add l | | 115 |
| 838 | | | oc completed. Transferred over to Sr. Doreen on the add loc | | 115 |
| 839 | | | team. | | 115 |
| 840 | 11/15/2017 | 16:44:17 | Batch Load   Misc Salesforce Case Number: 27508896 .Case Not | | 125 |
| 841 | | | e: byron stingley sr sbs tt Jorday Reyna 4sv dda advised of | | 125 |
| 842 | | | transactions downgrading and advised how to correct with AVS | | 125 |
| 843 | 11/15/2017 | 14:52:16 | Batch Load   Misc Salesforce Case Number: 27508896 .Case Not | | 125 |
| 844 | | | e: byron stingley sr sbs called the merchant  was advised to | | 125 |
| 845 | | | send an email to reach Jordan Reyna  sent email to jordan@r | | 125 |
| 846 | | | agingbull.com and advise to contact me about merchant accoun | | 125 |
| 847 | | | t | | 125 |
| 848 | 11/13/2017 | 11:38:02 | OTHER Internet Solution Case  27574555, Advised client on ho | | |
| 849 | | | w to integrate their shopping carts for each of their termin | | |
| 850 | | | als and set up accepting CVV information for the bank and se | | |
| 851 | | | tting up cvv filters. | | |
| 852 | 11/13/2017 | 11:16:10 | OTHER Internet Solution Case  27572926, basic Jessica is new | | |
| 853 | | | client manager for this account 5 accounts chained Jessica | | |
| 854 | | | recently adjusted soft descriptors previous login connected | | |
| 855 | | | to email jeff@bishop.me Jessica stated new email=jordan@ragi | | |
| 856 | | | ngbull.com merchant needs api link assistance Jessica does n | | |
| 857 | | | ot know current merchant administrator login jordanreyee mer | | |
| 858 | | | chant login misspelled and should be jordanreyna top salespe | | |
| 859 | | | rson yes Jordan Reyna=controller on site who is managing api | | |
| 860 | | | integration Jeffrey Bishop=owner Jessica called Jordan to c | | |
| 861 | | | onfirm if login name can remain jordanreyee Jordan said logi | | |
| 862 | | | n can remain jordanreyee apparently merchant administrator c | | |
| 863 | | | reated login ending with ee since actual name was unknown pr | | |
| 864 | | | omote jordanreyee from merchant to merchant administrator jo | | |
| 865 | | | rdanreyee email=jordan@ragingbull.com Jessica then asked Jor | | |
| 866 | | | dan if he would like to call us back since Jessica is late f | | |
| 867 | | | or another meeting Jordan will call api back to get credenti | | |

**JR-b80**

Confidential

**Attachment JJJJ**                  10417905-FISV-000044

**PX 27, 2675**

# Expert Notes

9/10/2020

████████

MSA

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 868 | | | als for each of 5 chained subterminals # and hours api | | |
| 869 | 11/13/2017 | 11:15:09 | OTHER Internet Solution Case  27572926, basic Jessica is new | | |
| 870 | | | client manager for this account 5 accounts chained Jessica | | |
| 871 | | | recently adjusted soft descriptors previous login connected | | |
| 872 | | | to email jeff@bishop.me Jessica stated new email=jordan@ragi | | |
| 873 | | | ngbull.com merchant needs api link assistance Jessica does n | | |
| 874 | | | ot know current merchant administrator login jordanreyee mer | | |
| 875 | | | chant login misspelled and should be jordanreyee for salespe | | |
| 876 | | | rson yes Jordan Reyna=controller on site who is managing api | | |
| 877 | | | integration Jeffrey Bishop=owner Jessica called Jordan to c | | |
| 878 | | | onfirm if login name can remain jordanreyee Jordan said logi | | |
| 879 | | | n can remain jordanreyee apparently merchant administrator c | | |
| 880 | | | reated login ending with ee since actual name was unknown pr | | |
| 881 | | | omote jordanreyee from merchant to merchant administrator jo | | |
| 882 | | | rdanreyee email=jordan@ragingbull.com Jessica then asked Jor | | |
| 883 | | | dan if he would like to call us back since Jessica is late f | | |
| 884 | | | or another meeting Jordan will call api back # and hours api | | |
| 885 | 11/13/2017 | 11:13:52 | OTHER Internet Solution Case  27572926, basic Jessica is new | | |
| 886 | | | client manager for this account 5 accounts chained previous | | |
| 887 | | | login connected to email jeff@bishop.me new email jordan@ra | | |
| 888 | | | gingbull.com merchant needs api link assistance Jessica does | | |
| 889 | | | not know merchant administrator login jordanreyee merchant | | |
| 890 | | | login misspelled and should be jordanreyna top salesperson y | | |
| 891 | | | es Jordan Reyna=controller on site who is managing api integ | | |
| 892 | | | ration Jeffrey Bishop=owner Jessica called Jordan to confirm | | |
| 893 | | | if login name can remain jordanreyee Jordan said login can | | |
| 894 | | | remain jordanreyee apparently merchant administrator created | | |
| 895 | | | login ending with ee since actual name was unknown promote | | |
| 896 | | | jordanreyee from merchant to merchant administrator Jessica | | |
| 897 | | | then asked Jordan if he would like to call us back since Jes | | |
| 898 | | | sica is late for another meeting Jordan will call api back # | | |
| 899 | | | and hours api | | |
| 900 | 11/13/2017 | 11:10:28 | OTHER Internet Solution Case  27572926, basic 5 accounts cha | | |
| 901 | | | ined previous login connected to email jeff@bishop.me new em | | |
| 902 | | | ail jordan@ragingbull.com merchant needs api link assistance | | |
| 903 | | | Jessica does not know jordanreyee merchant login misspelled | | |
| 904 | | | and should be jordanreyna top salesperson yes Jordan Reyna= | | |
| 905 | | | controller on site Jeffrey Bishop=owner Jessica called Jorda | | |
| 906 | | | n to confirm if login name can remain jordanreyee Jordan sai | | |
| 907 | | | d login can remain jordanreyee promote jordanreyee from merc | | |
| 908 | | | hant to merchant administrator Jessica then asked Jordan if | | |
| 909 | | | he would like to call us back since Jessica is late for anot | | |
| 910 | | | her meeting | | |
| 911 | 11/13/2017 | 11:08:27 | OTHER Internet Solution Case  27572926, basic 5 accounts cha | | |
| 912 | | | ined previous login connected to email jeff@bishop.me new em | | |
| 913 | | | ail jordan@ragingbull.com merchant needs api link assistance | | |
| 914 | | | Jessica does not know jordanreyee merchant login misspelled | | |
| 915 | | | and should be jordanreyna top salesperson yes Jordan Reyna= | | |
| 916 | | | controller on site Jeffrey Bishop=owner Jessica called Jorda | | |
| 917 | | | n to confirm if login name can remain jordanreyee Jordan sai | | |
| 918 | | | d login can remain jordanreyee promote jordanreyee from merc | | |

JR-b80

Confidential

**Attachment JJJJ**

10417905-FISV-000045

# PX 27, 2676

# Expert Notes

**MSA**

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 919 | | | hant to merchant administrator | | |
| 920 | 11/9/2017 | 09:44:51 | DEPOSIT INQUIRY | | NA0 |
| 921 | 11/8/2017 | 13:51:17 | Batch Load   Misc Salesforce Case Number: 27479214 .Case Not | | 411 |
| 922 | | | e: kcampbell sbs 4sv tt bc Jessica Cedeno requested to updat | | 411 |
| 923 | | | e the email address to jordan@ragingbull.com | | 411 |
| 924 | 11/8/2017 | 12:18:25 | OTHER Internet Solution Case  27476677, merchant has 5 termi | | |
| 925 | | | nals but is routing all traffic from different websites thro | | |
| 926 | | | ugh only one, causing chargebacks because of DBA mismatch. a | | |
| 927 | | | dvised BC of this and explained that admin would need to log | | |
| 928 | | | in to get API creds for the 4 terminals not in use, and hav | | |
| 929 | | | e their web developer update each website to point transacti | | |
| 930 | | | ons to the correct terminal | | |
| 931 | 11/6/2017 | 11:27:21 | MISCELLANEOUS Crimson Support  , 11/6/2017 8:24 AM  TT: Maxi | | |
| 932 | | | ne, Jessica Cedo, Verified:B Basic, request to change descri | | |
| 933 | | | ptor on account. Provided BC with 800 430 7178 BC Support nu | | |
| 934 | | | mber. | | |
| 935 | 11/6/2017 | 09:18:18 | Batch Load  Misc Salesforce Case Number: 27397600 .Case Not | | 188 |
| 936 | | | e: Maxine Rowe SBS TT Jessica BC requested to update the spe | | 188 |
| 937 | | | lling in the descriptor field, update descriptor warm transf | | 188 |
| 938 | | | er call to clover help desk for assistance Renee took over t | | 188 |
| 939 | | | he call | | 188 |
| 940 | 10/31/2017 | 13:24:15 | Batch Load   Misc Salesforce Case Number: 27207936 .Case Not | | 341 |
| 941 | | | e: HollyDorn*SBS  received form and updated DBA name and des | | 341 |
| 942 | | | criptor. | | 341 |
| 943 | 10/30/2017 | 20:30:06 | Batch Load   Misc Salesforce Case Number: 27251862 .Case Not | | 115 |
| 944 | | | e: Cameron Collins/SBS/4sv tt:BC Jessica Cedeno to get the d | | 115 |
| 945 | | | ba updated. Updated per the received documents. | | 115 |
| 946 | 10/27/2017 | 16:36:23 | Batch Load   Misc Salesforce Case Number: 27207936 .Case Not | | 341 |
| 947 | | | e: HollyDorn*SBS*TT  4sv  rep code:  BC Jessica Cedeno added | | 341 |
| 948 | | | a location.  Merchant states Payeezy GW is not showing corr | | 341 |
| 949 | | | ect descriptor.  Updated to 5DOM/FGN and the date, in MM.  W | | 341 |
| 950 | | | ill update DBA name on *2880 when I receive the legal form s | | 341 |
| 951 | | | igned/dated, then I will change the descriptor to the same n | | 341 |
| 952 | | | ame. | | 341 |
| 953 | 10/5/2017 | 11:52:20 | Batch Load   Misc Salesforce Case Number: 26584133 .Case Not | | 071 |
| 954 | | | e: Tamieka Mothersill, SBSS, third attempt, left message wit | | 071 |
| 955 | | | h employee, Donald. | | 071 |
| 956 | | | Batch Load   Misc Salesforce Case Number: 26584133 .Case Not | | 071 |
| 957 | | | e: Tamieka Mothersill, SBSS, Email: Good morning Ashley,  I | | 071 |
| 958 | | | made several attempts to contact the merchant  and I left m | | 071 |
| 959 | | | essages with my direct contact number and our customer servi | | 071 |
| 960 | | | ce phone number. I have also sent an email to the merchants | | 071 |
| 961 | | | email address on file advising them on the issue.  Best rega | | 071 |
| 962 | | | rds, | | 071 |
| 963 | 10/4/2017 | 16:36:22 | Batch Load   Misc Salesforce Case Number: 26584133 .Case Not | | 071 |
| 964 | | | e: Tamieka Mothersill, SBSS, second attempt, no answer. Noti | | 071 |
| 965 | | | ced that contact person was updated on file. Resent email to | | 071 |
| 966 | | | the new contact name on file. | | 071 |
| 967 | 10/4/2017 | 15:40:24 | Batch Load   Misc Salesforce Case Number: 26661232 .Case Not | | 408 |
| 968 | | | e: The street was listed was Lamar Num but should have been | | 408 |
| 969 | | | Lamar Blvd #263.  Made that change in the system. | | 408 |

**JR-b80**

Confidential                                                       **Attachment JJJJ**                    10417905-FISV-000046

**PX 27, 2677**

# Expert Notes

9/10/2020 ████████████ MSA

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 970 | 10/4/2017 | 14:44:09 | Batch Load   Misc Salesforce Case Number: 26661232 .Case Not | | 408 |
| 971 | | | e: Desiree.McCulloughSBS/4sv CAI/TT  Jessica Cedeno BC calle | | 408 |
| 972 | | | d in needed the DBA contact updated to Jordan Reyna and the | | 408 |
| 973 | | | Bill to contact to be Jeffrey Bishop.  Made those changes in | | 408 |
| 974 | | | the system. | | 408 |
| 975 | 10/4/2017 | 13:48:12 | Batch Load   Misc Salesforce Case Number: 26584133 .Case Not | | 071 |
| 976 | | | e: Tamieka Mothersill, SBSS, first attempt, merchant not ava | | 071 |
| 977 | | | ialble. Left message with my direct phone number and our cus | | 071 |
| 978 | | | tomer service phone number. Sent email to email address on f | | 071 |
| 979 | | | ile advising that transactions are downgrading due to not pr | | 071 |
| 980 | | | oviding AVS at the time of transaction. | | 071 |
| 981 | 10/2/2017 | 14:57:44 | DEPOSIT INQUIRY | | NA0 |
| 982 | 9/29/2017 | 14:00:18 | Batch Load   Misc Salesforce Case Number: 26529999 .Case Not | | 169 |
| 983 | | | e: Thelma Bright SBS SW BC Cedeno, Jessica wanted to know wh | | 169 |
| 984 | | | o can she email for the ladd location that is pend cred appr | | 169 |
| 985 | | | . I advised  she can reach out to her  RSC  if she dont know | | 169 |
| 986 | | | her credit contact. And her RSC can help with the pending r | | 169 |
| 987 | | | easons | | 169 |
| 988 | 9/28/2017 | 17:28:08 | Batch Load   Misc Salesforce Case Number: 26511368 .Case Not | | 104 |
| 989 | | | e: Jocelyn Peacock/SBS/4sv EN /TT: Jessica a bc called becau | | 104 |
| 990 | | | se she wanted to know the status of this merchants add locat | | 104 |
| 991 | | | ions, I advised that the four locations were currently pendi | | 104 |
| 992 | | | ng credit approval, I did send her an email with this inform | | 104 |
| 993 | | | ation along with the merchant id numbers for the accounts. | | 104 |
| 994 | 8/31/2017 | 14:46:12 | Batch Load   Misc Salesforce Case Number: 25838212 .Case Not | | 133 |
| 995 | | | e: SBS Snr** N. Whitticks/w Cameron and BC  Jessica Cedeno n | | 133 |
| 996 | | | eeds add loc for4 locations for payeezy set up in order to i | | 133 |
| 997 | | | dentify revenue from each acct. all info will remain the sam | | 133 |
| 998 | | | e. Rep will provide the payeezy addendums for each location | | 133 |
| 999 | 8/31/2017 | 13:50:21 | Batch Load   Misc Salesforce Case Number: 25837442 .Case Not | | 115 |
| 1000 | | | e: Cameron Collins/SBS/4sv tt: BC Jessica Cedeno to get an a | | 115 |
| 1001 | | | dd loc completed. Transferred over to Sr. Nirica from the ad | | 115 |
| 1002 | | | d loc team | | 115 |
| 1003 | 8/9/2017 | 10:38:42 | OTHER Internet Solution Case  25250125, can multiple URLs be | | |
| 1004 | | | added in Payeezy? advs integrations send requests to Payeez | | |
| 1005 | | | y; where those requests are coming from are not important  j | | |
| 1006 | | | ust that they're being sent to the correct location, in a co | | |
| 1007 | | | rrect format, with correct credentials. this merchant has 4 | | |
| 1008 | | | different businesses  is there a way to differentiate b/n th | | |
| 1009 | | | em in Payeezy if they only have one MID? no.  advs transacti | | |
| 1010 | | | ons can be sorted by reference numbers, unless the merchant' | | |
| 1011 | | | s websites/integrations haven't passed us any reference #s. | | |
| 1012 | | | are they actually processing on Authorize.net on this accou | | |
| 1013 | | | nt? unlikely (report sorted by TID shows only one in clientl | | |
| 1014 | | | ine for the month of july). | | |
| 1015 | 8/8/2017 | 11:40:29 | OTHER Internet Solution Case  25221248, Wants to know if pay | | |
| 1016 | | | eezy has fraud flex detect. Advised it does not. Wants to | | |
| 1017 | | | know what it has. Advised true avs and cvv filters. Wants | | |
| 1018 | | | to know if this merchant has multiple accounts under this on | | |
| 1019 | | | e.  Advised only this one. Wants to know if has both payeez | | |
| 1020 | | | y and authorize.net. Advised does. | | |

**JR-b80**

**Page 20**

Confidential

**Attachment JJJJ**

10417905-FISV-000047

# PX 27, 2678

# Expert Notes

9/10/2020                                                                                                           **MSA**

██████████████

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 1021 | 8/8/2017 | 09:20:58 | OTHER Internet Solution Case  25214850, bank rep called in w | | |
| 1022 | | | anted to know how many merchant numbers were associated with | | |
| 1023 | | | this payeezy. advised there was only the one MID. no furthe | | |
| 1024 | | | r assistance needed. | | |
| 1025 | 8/3/2017 | 15:52:24 | Batch Load   Misc Salesforce Case Number: 25127480 .Case Not | | 115 |
| 1026 | | | e: Cameron Collins/SBS/4sv tt: BC Jessica Cedeno to verify t | | 115 |
| 1027 | | | he legal signer on the account. Advised of who the legal sig | | 115 |
| 1028 | | | ner is. | | 115 |
| 1029 | 7/27/2017 | 13:36:16 | OTHER Internet Solution Case  24963109, verified basic verif | | |
| 1030 | | | ied top Verification successful, Transaction ID:0000011006 s | | |
| 1031 | | | ent password reset | | |
| 1032 | 7/27/2017 | 13:25:49 | OTHER Internet Solution Case  24962534, verified basic. advi | | |
| 1033 | | | sed having the person call back with access to the email | | |
| 1034 | 7/26/2017 | 15:05:27 | OTHER Internet Solution Case  24938374, Admin doesn't use pa | | |
| 1035 | | | yeezy much Advised him to have admin use forgot password and | | |
| 1036 | | | if he can't login to have him call Advised he might want to | | |
| 1037 | | | request to have another person made to be admin | | |
| 1038 | 7/12/2017 | 16:39:10 | Batch Load   Misc Salesforce Case Number: 24603736 .Case Not | | 169 |
| 1039 | | | e: Thelma Bright SBS SW BC Cedeno, Jessica wanted to know wh | | 169 |
| 1040 | | | ich software merchant is using advised payezzy  they use  au | | 169 |
| 1041 | | | th.net couple of times but they are using pay ezzy everyday | | 169 |
| 1042 | | | .Bc also wanted to know if this account is chain to any othe | | 169 |
| 1043 | | | r .I advised  no its not chain | | 169 |
| 1044 | 7/12/2017 | 15:23:30 | OTHER Internet Solution Case  24601373, Advised bank rep on | | |
| 1045 | | | how bank response works for transactions. Advised on how dec | | |
| 1046 | | | lines are natural and are not always in control by the gatew | | |
| 1047 | | | ay. | | |
| 1048 | 5/6/2017 | 18:19:00 | COMMENTS ████████     RPP activated by Collections for $15 | | hus |
| 1049 | | | 0000batch | | hus |
| 1050 | 5/5/2017 | 19:18:00 | COMMENTS ROR By ACH request for $222014.5 approved by Manage | | KER |
| 1051 | | | mentRMECK47093 | | KER |
| 1052 | 3/28/2017 | 14:13:53 | Remedy No New Ticket Full Ticket Completed QuickTicket 37228 | | 145 |
| 1053 | | | 8802880 MATT WATABE TITLE FINANCIAL DIRECTOR   MERCHANT IS | | 145 |
| 1054 | | | CALLING  ON THE ENTITLLMENT  AND BEST SECURITY TO FOLLOW | | 145 |
| 1055 | 3/28/2017 | 14:08:08 | Remedy Internal Transfer Customer Service QuickTicket tt: ( | | 009 |
| 1056 | | | 855) 981 8370 calling about verify by visa info so transfere | | 009 |
| 1057 | | | d to cs | | 009 |
| 1058 | 3/28/2017 | 11:16:02 | OTHER BAMS L1 CASE  22149403, MID: ████████     Name: Matt W | | |
| 1059 | | | atabe Title: Financial Advisor  Authentication: Basic//2nd l | | |
| 1060 | | | evel( DDA) Issue: Merchant wanted to know how to add the ver | | |
| 1061 | | | ified by visa....MC secure code... disc protect by  Resoluti | | |
| 1062 | | | on: Adv merchant that he would have to contact chargeback an | | |
| 1063 | | | d press opts 5 | | |
| 1064 | 3/28/2017 | 11:15:34 | OTHER BAMS L1 CASE  22149403, MID: ████████     Name: Matt W | | |
| 1065 | | | atabe Title: Financial Advisor  Authentication: Basic//2nd l | | |
| 1066 | | | evel( DDA) Issue: Merchant wanted to know how to add the ver | | |
| 1067 | | | ified by visa....MC secure code... disc protect by  Resoluti | | |
| 1068 | | | on: Adv merchant that he would have to contact chargeback an | | |
| 1069 | | | d press opts 5 | | |
| 1070 | 3/28/2017 | 10:55:10 | Remedy No New Ticket Account Reviewed QuickTicket   mathew w | | 163 |
| 1071 | | | agaee called re status adv of vbv mcsecure code disc protect | | 163 |

**JR-b80**

Confidential                                                        10417905-FISV-000048

**Attachment JJJJ**        **PX 27, 2679**

## Expert Notes

█████████████

9/10/2020                                                                                                                                  **MSA**

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 1072 | | | buy amex safekey | | 163 |
| 1073 | 3/28/2017 | 10:49:16 | OTHER BAMS L1 CASE  22148274, spoke matthew watabe, financia | | |
| 1074 | | | l director, soft phone basic,  trying to improve sales proce | | |
| 1075 | | | ss with customer disputes. he wants to know if he implemente | | |
| 1076 | | | d an electric signature if that would help him if he was eve | | |
| 1077 | | | r in a dispute. Reached out to Laura from cb's and she advis | | |
| 1078 | | | ed that it would not help do to the fact that it is card not | | |
| 1079 | | |  present.  Jan from cb's said that w/it being card not prese | | |
| 1080 | | | nt it is 100% risk to the business, and if he has the visa o | | |
| 1081 | | | r mastercard secure code that will help but is not 100% | | |
| 1082 | 3/1/2017 | 13:29:33 | Remedy 000000036825065 bamm106 RET//Left msg for Matthew in | | 106 |
| 1083 | | | re to Legal Name change | | 106 |
| 1084 | 2/13/2017 | 15:50:12 | Batch Load   Misc Salesforce Case Number: 20794244 .Case Not | | 408 |
| 1085 | | | e: Reached out to the merchant once the legal name was updat | | 408 |
| 1086 | | | ed.  The merchant advised that the DBA needed to be updated | | 408 |
| 1087 | | | also.  Had the merchant fill out the form to include the DBA | | 408 |
| 1088 | | | .  Updated the DBA and sent the form to scanning. | | 408 |
| 1089 | 2/13/2017 | 14:30:16 | Remedy 000000036825065 bamm106 RET//Left msg for Matthew in | | 106 |
| 1090 | | | regards to the Legal Name change that was completed | | 106 |
| 1091 | 2/9/2017 | 11:55:10 | Batch Load   Misc Salesforce Case Number: 20794244 .Case Not | | 408 |
| 1092 | | | e: Received the form back from the merchant.  Verified the l | | 408 |
| 1093 | | | egal name/tax id with the IRS portal. Submitted a MSC ticke | | 408 |
| 1094 | | | t for the legal name update. | | 408 |
| 1095 | 2/7/2017 | 17:16:29 | OTHER BAMS L1 CASE  21110370, acct. update inquiry | | |
| 1096 | 2/7/2017 | 17:15:49 | OTHER BAMS L1 CASE  21110370, MID:372288802880 Name:matthew | | |
| 1097 | | | watabe Title:financial director Authentication:basic  Issue: | | |
| 1098 | | | trying to reach desiree mccullough ext.3415408/in regards to | | |
| 1099 | | | updating acct. info Resolution: contacted desiree mccullou | | |
| 1100 | | | h, advised merchant desiree has received documents will subm | | |
| 1101 | | | ited request next 24 48hrs will email merchant w/update | | |
| 1102 | 2/7/2017 | 16:52:50 | Remedy No New Ticket Incorrect Screen Pop QuickTicket tt: Ma | | D06 |
| 1103 | | | tthew Watabe (Financial Director), ver basic, called in requ | | D06 |
| 1104 | | | esting to speak w/ Desiree McCullough, merch disconnected pr | | D06 |
| 1105 | | | ior to reaching Desiree | | D06 |
| 1106 | 1/31/2017 | 11:57:23 | Batch Load   Misc Salesforce Case Number: 20794244 .Case Not | | 408 |
| 1107 | | | e: Received documents back.  Verified the new legal name/tax | | 408 |
| 1108 | | | id with the IRS matching tool.  The information came back a | | 408 |
| 1109 | | | s not a match.  Emailed the merchant and advised due to the | | 408 |
| 1110 | | | incorrect match I would not be able to update the legal name | | 408 |
| 1111 | | | unless he provides a SS4 or a 147C.  Provided the merchant | | 408 |
| 1112 | | | instructions on how to obtain a 147C.  At this time there is | | 408 |
| 1113 | | |  nothing more that can be done.  Closing ticket. | | 408 |
| 1114 | 1/30/2017 | 13:32:51 | Remedy 000000036825065 bamm106 RET//Attempted to leave msg f | | 106 |
| 1115 | | | or Matt   courtesy call   would not go to vm | | 106 |
| 1116 | 1/26/2017 | 12:24:11 | Batch Load   Misc Salesforce Case Number: 20349043 .Case Not | | 163 |
| 1117 | | | e: Meleik Hyman SBS, set changes made back to normal, mcht i | | 163 |
| 1118 | | | s understand old name and msc has been submited | | 163 |
| 1119 | 1/25/2017 | 11:51:08 | Remedy 000000092371108 RM Received documents back.  Verified | | 408 |
| 1120 | | | the new legal name/tax id with the IRS matching tool.  The | | 408 |
| 1121 | | | information came back as not a match.  Emailed the merchant | | 408 |
| 1122 | | | and advised due to the incorrect match I would not be able t | | 408 |

**JR-b80**

**Page 22**

**PX 27, 2680**

# Expert Notes

9/10/2020                                                                                                                 MSA

██████████████████

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 1123 | | | o update the legal name unless he provides a SS4 or a 147C. | | 408 |
| 1124 | | | Provided the merchant instructions on how to obtain a 147C. | | 408 |
| 1125 | | | At this time there is nothing more that can be done.  Closin | | 408 |
| 1126 | | | g ticket. | | 408 |
| 1127 | 1/24/2017 | 15:52:11 | Batch Load   Misc have an SS4 so merchant will provide the f | | 408 |
| 1128 | | | orm along with a W9 and the business certificate with the st | | 408 |
| 1129 | | | ate of Delaware.  Advised the merchant due to the account ba | | 408 |
| 1130 | | | sed in Texas was not sure if that would work but I would sub | | 408 |
| 1131 | | | mit for the request and if denied we would need other docume | | 408 |
| 1132 | | | ntation. | | 408 |
| 1133 | | | Batch Load   Misc Salesforce Case Number: 20794244 .Case Not | | 408 |
| 1134 | | | e: Reached out to the merchant who advised he sent the forms | | 408 |
| 1135 | | | already into another associate.  Merchant will have them fi | | 408 |
| 1136 | | | lled out again and sent back to me to update the legal busin | | 408 |
| 1137 | | | ess name.  Once received will submit for the update.  Mercha | | 408 |
| 1138 | | | nt did not | | 408 |
| 1139 | 1/24/2017 | 14:57:02 | Remedy 000000092371108 RM Reached out to the merchant who ad | | 408 |
| 1140 | | | vised he sent the forms already into another associate.  Mer | | 408 |
| 1141 | | | chant will have them filled out again and sent back to me to | | 408 |
| 1142 | | | update the legal business name.  Once received will submit f | | 408 |
| 1143 | | | or the update.  Merchant did not have an SS4 so merchant wil | | 408 |
| 1144 | | | l provide the form along with a W9 and the business certifi | | 408 |
| 1145 | | | cate with the state of Delaware.  Advised the merchant due t | | 408 |
| 1146 | | | o the account based in Texas was not sure if that would work | | 408 |
| 1147 | | | but I would submit for the request and if denied we would n | | 408 |
| 1148 | | | eed other documentation. | | 408 |
| 1149 | 1/24/2017 | 12:18:01 | Remedy 000000092371108 RM | | 408 |
| 1150 | 1/24/2017 | 09:30:08 | Remedy 000000092371108 RM | | 061 |
| 1151 | 1/23/2017 | 16:21:43 | DEPOSIT INQUIRY | | 570 |
| 1152 | | | Remedy Account Changes Business/Legal Name QuickTicket tt: | | 570 |
| 1153 | | | (855) 981 8370 MID: ████████        TT: Mathew Watabe  Positio | | 570 |
| 1154 | | | n  Finance Manager  Verified:  Basic  2nd DDA  Top Level: 3 | | 570 |
| 1155 | | | transactions   CIR Need to change legal Name TO  Raging Bull | | 570 |
| 1156 | | | .com,LLC/Submitted ticket to RM 92371108 | | 570 |
| 1157 | 1/23/2017 | 16:13:48 | Remedy 000000092371108 RM MID: ████████        TT: Mathew Wata | | 570 |
| 1158 | | | be  Position  Finance Manager  Verified:  Basic  2nd DDA  To | | 570 |
| 1159 | | | p Level: 3 transactions   CIR Need to change legal Name TO | | 570 |
| 1160 | | | Raging Bull.com,LLC | | 570 |
| 1161 | 12/30/2016 | 16:47:06 | Batch Load   Misc Salesforce Case Number: 20353051 .Case Not | | 295 |
| 1162 | | | e: Kim Dodman SBS Submitted LBN update request in MSC as per | | 295 |
| 1163 | | | email from BC Meleik Hyman. | | 295 |
| 1164 | 12/30/2016 | 11:11:08 | Batch Load   Misc Salesforce Case Number: 20349043 .Case Not | | 163 |
| 1165 | | | e: Meleik Hyman SBS, Called mcht 4 step, sent form to update | | 163 |
| 1166 | | | DBA. mcht wants a reply by email when form is sent to BAMS | | 163 |
| 1167 | 12/30/2016 | 10:34:12 | MELEIK HYMAN SBS, CALLED MCHT 4 STEP, UPDATE DBA | | 163 |
| 1168 | 12/30/2016 | 10:22:49 | Remedy 000000092095789 RM Meleik Hyman SBS, Called mcht 4 st | | 163 |
| 1169 | | | ep, sent form to update DBA. mcht wants a reply by email whe | | 163 |
| 1170 | | | n form is sent to BAMS | | 163 |
| 1171 | 12/29/2016 | 18:26:02 | DEPOSIT INQUIRY | | E3X |
| 1172 | 12/29/2016 | 18:26:00 | Remedy Account Changes Business/Legal Name QuickTicket tt: | | E3X |
| 1173 | | | (855) 981 8370 Matthew Watabe, Accountant, calling to change | | E3X |

**JR-b80**

Confidential                                           **Attachment JJJJ**              10417905-FISV-000050

# PX 27, 2681

# Expert Notes

9/10/2020                                                                                                          MSA

▮▮▮▮▮▮▮▮▮▮▮▮

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 1174 | | | legal business name. Opened RM 92095789 | | E3X |
| 1175 | 12/29/2016 | 18:24:44 | Remedy 000000092095789 RM Matthew Watabe, basic, second lvl | | E3X |
| 1176 | | | tax id and top lvl 3 transactions.  Needs to change legal na | | E3X |
| 1177 | | | me of the business. | | E3X |
| 1178 | 12/8/2016 | 13:49:03 | Remedy 000000036798831 bamc405 mmorgan/ret/1377 Matt Watabe, | | 405 |
| 1179 | | | financial director, 4sv DDA  wanted to know if the credit | | 405 |
| 1180 | | | for the vintage was credited yet. found the credit on Dec 2. | | 405 |
| 1181 | 12/8/2016 | 13:49:01 | provided informaiton to merchant. no further questions. | | 405 |
| 1182 | 12/7/2016 | 15:31:44 | Remedy No New Ticket Account Reviewed QuickTicket Matthew wa | | 45A |
| 1183 | | | tabe/Financial Director/Basic/ general question about if the | | 45A |
| 1184 | | | y change bank acct number how hard is that process and what | | 45A |
| 1185 | | | all would be needed advised would need new acct info stated | | 45A |
| 1186 | | | will remain BAMS | | 45A |
| 1187 | 12/7/2016 | 15:22:38 | DEPOSIT INQUIRY | | DB4 |
| 1188 | 12/7/2016 | 15:22:35 | Remedy Account Reviewed General Question QuickTicket tt: (8 | | DB4 |
| 1189 | | | 55) 981 8370 ver basic sec with DDA Mat Watabe asked process | | DB4 |
| 1190 | | | of changnig DBA name | | DB4 |
| 1191 | 10/14/2016 | 16:47:32 | Remedy 000000036744715 bamc405 mmorgan/ret/1377 Matt Watabe, | | 405 |
| 1192 | | | financial director, talked and received contract renewal ba | | 405 |
| 1193 | | | ck for 3 year extension. contract extednted to 2/25/2020 | | 405 |
| 1194 | 10/6/2016 | 12:28:41 | Remedy 000000036744715 bamc405 mmorgan/ret/1377 left message | | 405 |
| 1195 | | | on voicemail. final attempt. | | 405 |
| 1196 | 10/5/2016 | 13:06:08 | Batch Load  Misc Salesforce Case Number: 18502427 .Case Not | | 125 |
| 1197 | | | e: byron Stingley sr sbs called and left voicemail for merch | | 125 |
| 1198 | | | ant about downgrading transactions also sent email to owner | | 125 |
| 1199 | | | about downgrades as I keep getting the merchants voicemail. | | 125 |
| 1200 | 10/5/2016 | 11:19:13 | DEPOSIT INQUIRY | | 216 |
| 1201 | 10/5/2016 | 11:19:10 | Remedy Products MyClientLine QuickTicket tt:  matthew watab | | 216 |
| 1202 | | | e director/  basic 2nd dda/  wanted a report from bt.com to | | 216 |
| 1203 | | | detail CB in total amount deducted/  not able to find report | | 216 |
| 1204 | | | but walked thru how to find in weekly overview | | 216 |
| 1205 | 10/4/2016 | 13:02:08 | Batch Load  Misc Salesforce Case Number: 18502427 .Case Not | | 125 |
| 1206 | | | e: byron Stingley sr sbs called phone number on file left vo | | 125 |
| 1207 | | | ice mail about downgrades | | 125 |
| 1208 | 10/3/2016 | 10:33:58 | AUTHORIZATION INQUIRY | | M45 |
| 1209 | 9/29/2016 | 14:40:19 | Remedy Dispute Resolution Chargeback QuickTicket tt: (855) | | 113 |
| 1210 | | | 981 8370 | | 113 |
| 1211 | 9/29/2016 | 13:38:02 | Remedy 000000036744715 bamc405 mmorgan/ret/1377 left message | | 405 |
| 1212 | | | on voicemail. | | 405 |
| 1213 | 9/28/2016 | 14:34:38 | Remedy Account Reviewed General Question QuickTicket tt: MAT | | 052 |
| 1214 | | | T WATABE (855) 981 8370 MATT WATABE: director/ basic, second | | 052 |
| 1215 | | | : dda/ matt called in today because he wanted to know if an | | 052 |
| 1216 | | | email he received was vaild or not. confirmed there was note | | 052 |
| 1217 | | | s stating someone did try to reach out. he also wanted to kn | | 052 |
| 1218 | | | ow what the length of his contract was with us. | | 052 |
| 1219 | 9/27/2016 | 13:43:13 | Remedy 000000036744715 bamc405 mmorgan/ret/1377 left message | | 405 |
| 1220 | | | asked to send an email to: support@jasonbondpicks.com | | 405 |
| 1221 | 9/20/2016 | 14:11:54 | Remedy 000000036744715 bamc405 mmorgan/ret/1377 left message | | 405 |
| 1222 | | | on voicemail. | | 405 |
| 1223 | 9/12/2016 | 10:35:56 | DEPOSIT INQUIRY | | 40X |
| 1224 | | | Remedy Account Reviewed General Question QuickTicket tt: (8 | | 40X |

JR-b80

Confidential                                        **Attachment JJJJ**                    10417905-FISV-000051

**PX 27, 2682**

## Expert Notes

9/10/2020                                                                                                          MSA

██████████████

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 1225 | | | 55) 981 8370 matt watabe/fin direct/basic  wants to add webs | | 40X |
| 1226 | | | ite onto descriptor/told merch he can only have 22 character | | 40X |
| 1227 | | | s/ | | 40X |
| 1228 | 9/8/2016 | 12:37:07 | Remedy 000000036743582 bamc406 COLSON/RET/1330 4SV TT Matt W | | 406 |
| 1229 | | | atabe he had e mailed and was frustrated that no one had cal | | 406 |
| 1230 | | | led him back on his equipment issue.  He was looking to add | | 406 |
| 1231 | | | some equipment so he could be able to process at trade shows | | 406 |
| 1232 | | | .  I advised him on the process to adding a new acct due to | | 406 |
| 1233 | | | the fact this account is Moto and he is looking  to have a r | | 406 |
| 1234 | | | etail acct.  He understood then I transferred him to John in | | 406 |
| 1235 | | | PS to discuss equipment options. | | 406 |
| 1236 | 9/6/2016 | 16:56:11 | Batch Load  Misc Salesforce Case Number: 18034325 .Case Not | | 166 |
| 1237 | | | e: rene farrington sbs submitted waterflow ticket to PS to c | | 166 |
| 1238 | | | ontact merch to disucss processing options and pricing. | | 166 |
| 1239 | 9/6/2016 | 16:44:47 | Remedy 000000090689592 RM rene farrington sbs submitted wate | | 166 |
| 1240 | | | rflow ticket to PS to contact merch to disucss processing op | | 166 |
| 1241 | | | tions and pricing. | | 166 |
| 1242 | 9/2/2016 | 16:09:51 | Remedy No New Ticket Full Ticket Completed QuickTicket MID: | | C01 |
| 1243 | | | ████████      DBA:  Lighthouse Media LLC/ 835 E Lamar Num | | C01 |
| 1244 | | | 23 Arlington, TX 76011    CONTACT NAME: Matt Watabe ( Financ | | C01 |
| 1245 | | | ial Dir)   VERIFY 1st & 2nd Level w/ DDA    ISSUE:  the mer | | C01 |
| 1246 | | | currently is processing on the website / mer will be doing | | C01 |
| 1247 | | | tradeshows and would like to also process via Mobile Pay/ th | | C01 |
| 1248 | | | e mer would like to verify waht his options are at this poin | | C01 |
| 1249 | | | t/ the information on procing and all the details that would | | C01 |
| 1250 | | | be involved  /  ACTION TAKEN: I did submit a ticket to the | | C01 |
| 1251 | | | SBS Dept/ provided the mer with the ticket # and adv the mer | | C01 |
| 1252 | | | that he will be contacted in 1 2 bus days by the SBS Dept | | C01 |
| 1253 | 9/2/2016 | 16:06:09 | Remedy 000000090689592 RM ISSUE:  the mer currently is proce | | C01 |
| 1254 | | | ssing on the website / mer will be doing tradeshows and woul | | C01 |
| 1255 | | | d like to also process via Mobile Pay / the mer would llike | | C01 |
| 1256 | | | to verify what his options are at this point/ the informatio | | C01 |
| 1257 | | | n pricing and all the details that would be involved | | C01 |
| 1258 | 9/2/2016 | 16:01:36 | Remedy No New Ticket Full Ticket Completed QuickTicket test | | C01 |
| 1259 | 9/2/2016 | 16:01:06 | Remedy No New Ticket Full Ticket Completed QuickTicket test | | C01 |
| 1260 | 8/8/2016 | 17:12:44 | Remedy 000000036727441 bamc406 COLSON/RET/1330 4SV TT  Jeff | | 406 |
| 1261 | | | Bishop (owner) he wanted to have a rate review run on the ac | | 406 |
| 1262 | | | count since they had not done one since the account opened. | | 406 |
| 1263 | | | Reviewed the account with him and discussed the pricing he h | | 406 |
| 1264 | | | as on the account.  Showed him on the statements were he cou | | 406 |
| 1265 | | | ld see the cost of interchange.  Offered to lower Credit & | | 406 |
| 1266 | 8/8/2016 | 17:12:42 | Debit DR from .97% to .85%.  He accepted the new rates 8/8/1 | | 406 |
| 1267 | | | 6. | | 406 |
| 1268 | 8/2/2016 | 12:22:38 | Batch Load  Misc MOT (SusanE/Priority Merchants): Called Jo | | 313 |
| 1269 | | | rdan Reyna/ DM verified bill to/email he has called in regar | | 313 |
| 1270 | | | ding CHBKs several times requesting a "Status" field on Disp | | 313 |
| 1271 | | | ute manager to view for resolution on each case. Provided Gl | | 313 |
| 1272 | | | obal Gateway # for web support on return policy for buss. Pr | | 313 |
| 1273 | | | ovided my direct # if needed. | | 313 |
| 1274 | 8/1/2016 | 10:45:59 | Batch Load  Misc MOT (SusanE/Priority Merchants): Top Proce | | b25 |
| 1275 | | | ssing.. MID............██████Contact Name...:JEFFREY | | b25 |

JR-b80

Page 25

**Attachment JJJJ**

10417905-FISV-000052

## PX 27, 2683

# Expert Notes

9/10/2020 ████████████ MSA

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 1276 | | | BISHOP Contact Phone..:8559818370 Head Outlet..... MID.... | | b25 |
| 1277 | | | ........ ████████ Contact Name...:JEFFREY BISHOP Contact | | b25 |
| 1278 | | | Phone..:8559818370 | | b25 |
| 1279 | 7/27/2016 | 13:40:39 | Remedy 000000036717886 bamw126 RET OUTBOUND  TT JORDAN RANA | | 126 |
| 1280 | | | , office assistant ,deals with all the funds and cbs, had a | | 126 |
| 1281 | | | lot of questions about cases that were already open and thei | | 126 |
| 1282 | | | r status xferred to Trish in cb dept to have his questions a | | 126 |
| 1283 | | | nswered for him. | | 126 |
| 1284 | 7/25/2016 | 13:55:30 | Remedy 000000036717886 bamw126 RET OUTBOUND  LEFT MSG. Adv t | | 126 |
| 1285 | | | hat returning vall to Matt adv see they called in about cbs | | 126 |
| 1286 | | | and wanted to make sure everything was answered correctly fo | | 126 |
| 1287 | | | r him. | | 126 |
| 1288 | 7/21/2016 | 16:58:18 | Remedy No New Ticket Account Reviewed QuickTicket tt:  jorda | | J39 |
| 1289 | | | n reina  adv merch to respond to the RT request adv ermch th | | J39 |
| 1290 | | | ey preserve chbk representation rights adv merch no way to tr | | J39 |
| 1291 | | | ack cases won or lost | | J39 |
| 1292 | 7/13/2016 | 11:56:34 | Remedy No New Ticket Incorrect Screen Pop QuickTicket wrong | | 228 |
| 1293 | | | acct | | 228 |
| 1294 | 4/7/2016 | 13:02:10 | Batch Load   Misc Salesforce Case Number: 15632650 .Case Not | | BVG |
| 1295 | | | e: Elizabeth Carvalho/ SBS/ rcvd ticket regarding request fo | | BVG |
| 1296 | | | r VAR sheet. Ticket was created 04/01/16, per notes on 04/05 | | BVG |
| 1297 | | | /16 merchant called in again and VAR sheet was created for a | | BVG |
| 1298 | | | uth.net. No further action needed. Closing ticket. | | BVG |
| 1299 | 4/7/2016 | 12:42:14 | Remedy 000000088641831 RM Elizabeth Carvalho/ SBS/ rcvd tick | | 7 |
| 1300 | | | et regarding request for VAR sheet. Ticket was created 04/01 | | 7 |
| 1301 | | | /16, per notes on 04/05/16 merchant called in again and VAR | | 7 |
| 1302 | | | sheet was created for auth.net. No further action needed. Cl | | 7 |
| 1303 | | | osing ticket. | | 7 |
| 1304 | 4/6/2016 | 14:41:41 | GAF 000000015960157has been submitted for 20.00 as aDebit wi | | 1 |
| 1305 | | | th a Fee Sequence of D43 Programming Fee witha status of Pen | | 1 |
| 1306 | | | ding Approval. customer owned softwarebuild | | 1 |
| 1307 | 4/5/2016 | 18:19:12 | Batch Load   Misc Salesforce Case Number: 15635536 .Case Not | | 046 |
| 1308 | | | e: De Jesus, Jonathan *sbs* tt Matt 4sv wanted to add auth.n | | 046 |
| 1309 | | | et. Advised the 20.00 fee and customer agreed. Added the fil | | 046 |
| 1310 | | | e and sent var sheet to email. Submitted gaf 20.00 | | 046 |
| 1311 | 4/5/2016 | 17:30:12 | GAF has been submitted for 20.00 as a Debit with aFee Sequen | | 1 |
| 1312 | | | ce of D43 Programming Fee with a status of Pending Approval. | | 1 |
| 1313 | | | customer owned software build | | 1 |
| 1314 | 4/5/2016 | 17:12:11 | Remedy Call Transfer Relationship Manager QuickTicket tt:  ( | | 0 |
| 1315 | | | 855) 981 8370   matthew watabe financial director verified b | | 0 |
| 1316 | | | asic checking  merchant is requesting var sheet information | | 0 |
| 1317 | | | to connect to authorized .net connected to acct specialist j | | 0 |
| 1318 | | | onathan | | 0 |
| 1319 | 4/5/2016 | 09:31:29 | Remedy No New Ticket Account Reviewed QuickTicket also tried | | 8 |
| 1320 | | | to reach out to merchant by the phone # on file but no resp | | 8 |
| 1321 | | | onse. please accurately advise merchant if they call back ab | | 8 |
| 1322 | | | out the descriptor change. | | 8 |
| 1323 | 4/5/2016 | 09:27:14 | Remedy No New Ticket Account Reviewed QuickTicket The MSC ma | | 8 |
| 1324 | | | inentance request was rejected      Product review shows | | 8 |
| 1325 | | | Insufficient/Incorrect data    (Please confirm the DBA name | | 8 |
| 1326 | | | as in MSC ticket DBA name is  www.jasonbondpicks.com but in | | 8 |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000053

# PX 27, 2684

## Expert Notes

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 1327 | | | merchant manager DBA name is LIGHTHOUSE MEDIA LLC) I resubm | 8 | |
| 1328 | | | itted the maintenance request and notated    Re smart guide | 8 | |
| 1329 | | | The Descriptor must match either the DBA Name or Legal | 8 | |
| 1330 | | | Business Name on the merchant s account....  The legal busin | 8 | |
| 1331 | | | ess name is lighthouse media llc but I also updated the dba | 8 | |
| 1332 | | | a nd is approved and now reflects in msa and merchant manage | 8 | |
| 1333 | | | r....  Please update.   If merchant calls back please advise | 8 | |
| 1334 | | | it may take 24 48 business hours more to | 8 | |
| 1335 | 4/5/2016 | 09:26:59 | process.   New traking # is BAMSMKQLDOIBC01 | 8 | |
| 1336 | 4/4/2016 | 13:32:02 | Remedy No New Ticket Account Reviewed QuickTicket Matthew Wa | 5 | |
| 1337 | | | tabe requesting a var sheet per notes ticket submitted to rm | 5 | |
| 1338 | | | advised can take 3 bus days verified t | 5 | |
| 1339 | 4/4/2016 | 13:31:59 | he phone number to reach him at advised would be coming from | 5 | |
| 1340 | | | bams not sure what number going to be calling from merchant | 5 | |
| 1341 | | | understood that was all he wanted to know | 5 | |
| 1342 | 4/1/2016 | 16:48:39 | Remedy No New Ticket Account Reviewed QuickTicket ttmatt wat | 6 | |
| 1343 | | | abe   needed va sheet   submitted tckt to rm | 6 | |
| 1344 | 4/1/2016 | 16:47:53 | Remedy 000000088641831 RM tt matt   needed var sheet for tu | 6 | |
| 1345 | | | es 4/5 | 6 | |
| 1346 | 4/1/2016 | 15:08:00 | DEPOSIT INQUIRY | 2 | |
| 1347 | 4/1/2016 | 15:07:59 | Remedy Account Changes Business/Legal Name QuickTicket tt: M | 2 | |
| 1348 | | | att Watbe (855) 981 8370 Matt Watbe: Finance Director> Basic | 2 | |
| 1349 | | | , Second: DDA, Top: Three Transactions> DBA CHANGE ON THE AC | 2 | |
| 1350 | | | COUNT WAS ALREADY SUBMITTED TO US TODAY | 2 | |
| 1351 | 4/1/2016 | 15:00:45 | Remedy 000000003219606 Global Gateway Level 1 Verified basic | 3 | |
| 1352 | | | . Merchant wants Life House Media to be the DBA. Financial D | 3 | |
| 1353 | | | irector. Verified DDA. Connected with Brooke(CS) for further | 3 | |
| 1354 | | | assistance. 4/1/2016 3:00:40 PM merxnj3 | 3 | |
| 1355 | 4/1/2016 | 14:55:05 | DEPOSIT INQUIRY | 8 | |
| 1356 | 4/1/2016 | 14:53:43 | Remedy No New Ticket Account Reviewed QuickTicket Matthew Wa | 8 | |
| 1357 | | | tabe called in to update the dba name and descriptor on file | 8 | |
| 1358 | | | ...basic, 2nd and top level authentication verified.  submit | 8 | |
| 1359 | | | ted name change in remedy and descriptor change in MSC...Tr | 8 | |
| 1360 | | | acking # is BAMSM8RWC6L0L01.... | 8 | |
| 1361 | 4/1/2016 | 14:38:31 | Account Change ticket 000000021333831 for DBA Namewas submit | 1 | |
| 1362 | | | ted 04/01/16 14:38:24 and is Approve. | 1 | |
| 1363 | 4/1/2016 | 14:38:20 | Account Change ticket 000000021333831 for DBA Namewas submit | 1 | |
| 1364 | | | ted 04/01/16 14:38:16 and is Approve. | 1 | |
| 1365 | 3/22/2016 | 14:27:00 | Remedy 000000036644581 bamc405 mmorgan/ret/1377 merch | 5 | |
| 1366 | 3/22/2016 | 14:26:59 | ant Matthew Watabe emailed back stating there were no issues | 5 | |
| 1367 | | | . | 5 | |
| 1368 | 3/22/2016 | 13:16:23 | Remedy 000000036644581 bamc405 mmorgan/ret/1377 sentanother | 5 | |
| 1369 | | | email trying to reach Matt Watabe who called in last week. | 5 | |
| 1370 | 3/18/2016 | 16:00:24 | Remedy 000000036644581 bamc405 mmorgan/ret/1377 sentan email | 5 | |
| 1371 | | | to Matt Watabe. | 5 | |
| 1372 | 3/17/2016 | 12:50:43 | Remedy Account Reviewed General Question QuickTicket tt: (8 | 1 | |
| 1373 | | | 55) 981 8370 tt: Matt Watabe   Financial Deirector  verifed | 1 | |
| 1374 | | | basic  wants to be PCI compliant gave number and connected | 1 | |
| 1375 | | | to Transarmor | 1 | |
| 1376 | 3/17/2016 | 12:40:25 | Remedy Account Reviewed General Question QuickTicket TT: MAT | 4 | |
| 1377 | | | T WATABE   financial director  Vrfy:Basic Reason: Wanted to | 4 | |

**JR-b80**

**Page 27**

**Attachment JJJJ**

**PX 27, 2685**

# Expert Notes

MSA

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 1378 | | | speak to someone to go over some questions about PCI com pli | | 4 |
| 1379 | | | ance  Resolution: Line dropped once he placed me on hold | | 4 |
| 1380 | 3/16/2016 | 15:21:13 | Remedy Account Reviewed General Question QuickTicket tt: (8 | | 3 |
| 1381 | | | 55) 981 8370 tt: matthew watabe, fin dir/vfy: basic/inq re p | | 3 |
| 1382 | | | rocedure for dba chg/explained procedure. | | 3 |
| 1383 | 6/24/2015 | 11:35:18 | Remedy 000000036415681 bam0108 ret;  outbound call to mercha | | 8 |
| 1384 | | | nt.  got an ans machine | | 8 |
| 1385 | 6/8/2015 | 13:52:18 | Remedy 000000036415681 bam0108 ret;  outbound call to mercha | | 8 |
| 1386 | | | nt.  ivr had me on hold for 2 mins.  disconnected. | | 8 |
| 1387 | 5/21/2015 | 13:15:57 | Remedy 000000036415681 bam0108 ret;  outbound call to mercha | | 8 |
| 1388 | | | nt ,  no ans | | 8 |
| 1389 | 5/19/2015 | 10:39:22 | Remedy Call Transfer Relationship Manager QuickTicket tt: ( | | 1 |
| 1390 | | | 855) 527 4257 TT: Matthew watabe     VFd: basic, Tax id , to | | 1 |
| 1391 | | | p(trans)    Reason: wanted to update the phone number to 855 | | 1 |
| 1392 | | | 981 8370, Needs to update discriptor as well. xfd to Linda | | 1 |
| 1393 | | | in bpu | | 1 |
| 1394 | 4/15/2015 | 17:12:59 | Remedy Account Reviewed General Question QuickTicket tt: (8 | | 0 |
| 1395 | | | 55) 527 4257 tt Mathew Watabe Financial Dir at www.jasonbond | | 0 |
| 1396 | | | picks.com.  merchant would like to help with my client line. | | 0 |
| 1397 | | | merchant enrolled but got locked out.  Advise merchant to | | 0 |
| 1398 | | | await 30 min and try again.  Verified basic. Provided mycli | | 0 |
| 1399 | | | entline phone number. | | 0 |
| 1400 | 1/5/2015 | 10:24:52 | Batch Load   Misc email request from Ashley  I Geesaman, Coo | | ser |
| 1401 | | | rdinator, Interchange Investigations, asking I contact the c | | ser |
| 1402 | | | lient RE:  merchant account caused an increase in interchang | | ser |
| 1403 | | | e for 12/25. The transactions are clearing at Visa Eirf.  Th | | ser |
| 1404 | | | e transactions are downgrading due to the Customer Service P | | ser |
| 1405 | | | hone Number not being present at settlement. | | ser |
| 1406 | | | Batch Load   Misc Also the merchant does not have the MOTO/E | | ser |
| 1407 | | | commerce Indicator of a 1 present at settlement. The merchan | | ser |
| 1408 | | | t has the MOTO/Ecomm Indicator at authorization, however the | | ser |
| 1409 | | | y did not provide it at settlement. Please make sure the mer | | ser |
| 1410 | | | chant is aware of the downgrades.  I attempted to contact th | | ser |
| 1411 | | | e client and was not able to speak to them.  kma | | ser |
| 1412 | 12/29/2014 | 09:40:36 | Batch Load   Misc received email from ashley for account upd | | 088 |
| 1413 | | | ate asisnged to kyle | | 088 |
| 1414 | 8/12/2014 | 10:03:40 | Remedy 000000035912668 bam0027 RET NOTES TriggerWord TT/DM ( | | 7 |
| 1415 | | | MATT WATABE FINANCIAL DIR@          IN REF TO GETTING IN | | 7 |
| 1416 | | | TOUCH WITH GGE4 TECK SUPPORT LAST WEEK HE STATED THEY WERE | | 7 |
| 1417 | | | ABLE TO GET THAT RESOLVED AND NO OTHER QUESTIONS OR CONCERNS | | 7 |
| 1418 | | | AT THIS TIME. | | 7 |
| 1419 | 8/8/2014 | 15:49:36 | Remedy Call Transfer Tech Desk QuickTicket tt:matt watabe, f | | 5 |
| 1420 | | | inancial dir/trying to log into fd gateway/gave # & xfer to | | 5 |
| 1421 | | | gge4 tech james to asst with resetting pswrd/ | | 5 |
| 1422 | 8/6/2014 | 13:38:16 | Remedy Call Transfer Sales Support QuickTicket tt:  (855) 67 | | 7 |
| 1423 | | | 7 4440 matt watsbe director  wants to start a new acct. new | | 7 |
| 1424 | | | dda and new  acct. associted with this acct.  xfered to sal | | 7 |
| 1425 | | | es charles | | 7 |
| 1426 | 8/6/2014 | 11:58:16 | Batch Load   Misc DebV/3403544/BPU  Spoke to Rep Charles Dal | | 253 |
| 1427 | | | ton ID#  V12926, he requested July statement, rates and fees | | 253 |
| 1428 | | | for merchant. | | 253 |

**JR-b80**

Confidential                        **Attachment JJJJ**          10417905-FISV-000055

## PX 27, 2686

# Expert Notes

9/10/2020                                                                                                      MSA

█████████████████

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 1429 | 7/13/2014 | 20:13:00 | COMMENTS 372288802880   RPP activated by Collections for $0b | | hus |
| 1430 | | | atch | | hus |
| 1431 | 7/7/2014 | 20:02:00 | COMMENTS 372288802880   RPP activated by Collections for $83 | | hus |
| 1432 | | | 89.69batch | | hus |
| 1433 | 6/29/2014 | 19:46:00 | COMMENTS 372288802880   RPP activated by Collections for $45 | | hus |
| 1434 | | | 367.81batch | | hus |
| 1435 | 6/27/2014 | 14:26:25 | Remedy 000000035820396 bam0027 RET NOTES TriggerWord TT/DM ( | | 7 |
| 1436 | | | MATTHEW WATABE@███████FINANCE DIRECTOR) HE WAS TRYING | | 7 |
| 1437 | | | TO GET HIS CHARGEBACK INFO ON MYCLIENTLINE AND GETTING AN ER | | 7 |
| 1438 | | | ROR MESSAGE, SO I CONF HIM OVER TO (CLIENTLINE TECH SUPPORT | | 7 |
| 1439 | | | ROBERT) TO ASSIST. NO OTHER QUESTIONS OR CONCERNS AT THIS T | | 7 |
| 1440 | | | IME. | | 7 |
| 1441 | 6/27/2014 | 13:40:42 | Remedy 000000035820396 bam0027 RET NOTES TriggerWord 1ST ATT | | 7 |
| 1442 | | | EMPT I ATTEMPTED TO REACH (MATT@855 677 4440) IN REGARDS TO | | 7 |
| 1443 | | | QUESTIONS ON THE ACCOUNT BUT I ENDED UP IN THE BILLING DEPT' | | 7 |
| 1444 | | | S VOICEMAIL SO I LEFT MY NAME AND NUMBER REQUESTING A CALLB | | 7 |
| 1445 | | | ACK | | 7 |
| 1446 | 6/27/2014 | 11:29:08 | Batch Load   Misc 4sv tax id   MCL tech desk requesting to u | | 227 |
| 1447 | | | pdate the CB indicator so that the merchant can view his CBs | | 227 |
| 1448 | | | in dispute manager. Updated MM. | | 227 |
| 1449 | 6/26/2014 | 14:24:40 | Remedy Funding / Deposit Reconciliation QuickTicket tt: matt | | 8 |
| 1450 | | | watabe cash director (855) 677 4440 tt matt watabe cash dir | | 8 |
| 1451 | | | ector 2nd level chking;is wondering where he can see where h | | 8 |
| 1452 | | | is RPP is going to? $4068.90 april $192.90 may   i advised | | 8 |
| 1453 | | | that the $4068.90 was taken out of his deposit on 05/01/14 a | | 8 |
| 1454 | | | nd he said it cleared it all up.. | | 8 |
| 1455 | 6/26/2014 | 13:18:35 | DEPOSIT INQUIRY | | 4 |
| 1456 | 6/18/2014 | 19:11:00 | COMMENTS 372288802880   RPP activated by Collections for $74 | | hus |
| 1457 | | | 151.01batch | | hus |
| 1458 | 6/2/2014 | 15:38:57 | FREEFORM Remedy Statements Reconciliation QuickTicket tt:  ( | | 6 |
| 1459 | | | 855) 677 4440 Matt Watabe (Director)/2nd Lvl (DDA)/Statement | | 6 |
| 1460 | | | Questions about April and his RPP and Adjustments/Went over | | 6 |
| 1461 | | | instire statement | | 6 |
| 1462 | 5/29/2014 | 15:12:38 | FREEFORM Remedy Statements Reconciliation QuickTicket tt: Ma | | 1 |
| 1463 | | | tt Watabe (855) 677 4440 berified basic & DAA calling trying | | 1 |
| 1464 | | | to understand statement and adjustments and RPP acct placed | | 1 |
| 1465 | | | on hold to review acct and lost the call | | 1 |
| 1466 | 5/29/2014 | 14:56:41 | FREEFORM Remedy Call Transfer Security / Fraud QuickTicket t | | 7 |
| 1467 | | | t: Matt Watabe (855) 677 4440 tt:  Matt Watabe (855) 677 44 | | 7 |
| 1468 | | | 40  Matt Watabe (director), Larry Dugan (CPA) basic, dda; ca | | 7 |
| 1469 | | | lling abo ut statements, wants to understand the adjustments | | 7 |
| 1470 | | | , explained they had RPP set up and that they will need to s | | 7 |
| 1471 | | | peak with collections | | 7 |
| 1472 | 5/28/2014 | 12:40:39 | FREEFORM INFORMED MERCHANT COL IS NOT HANDLING THIS ACCT | | 1 |
| 1473 | 5/28/2014 | 12:31:50 | FREEFORM Remedy Rate/Fees Fee/Rate Inquiry QuickTicket tt: | | 3 |
| 1474 | | | (855) 677 4440 matt watae &larry dugan fee inquiry wanted to | | 3 |
| 1475 | | | know what made up an adj amout for $2278.00 was not able to | | 3 |
| 1476 | | | come up with that figure  they do have a rpp acct  suggeste | | 3 |
| 1477 | | | d to call them & talk to them about it but while i trf them | | 3 |
| 1478 | | | i lost them did give the ph# to them but if they should call | | 3 |
| 1479 | | | bk pleas e tell them sorry | | 3 |

**JR-b80**

Page 29

# Expert Notes

**9/10/2020**                                                                                              **MSA**

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 1480 | 5/23/2014 | 18:56:00 | COMMENTS 372288802880   RPP activated by Collections for $95 | | hus |
| 1481 | | | 018.71batch | | hus |
| 1482 | 5/22/2014 | 15:45:17 | FREEFORM Remedy 000000035711199 bam0032 Ret  Need a passcord | | 2 |
| 1483 | | | or ext to get through, tried business directory, but did no | | 2 |
| 1484 | | | t find Matt Wanabe | | 2 |
| 1485 | 5/16/2014 | 15:49:00 | FREEFORM Remedy 000000035711199 bam0032 Ret  Need a passcord | | 2 |
| 1486 | | | o | | 2 |
| 1487 | 5/16/2014 | 15:48:59 | FREEFORM r ext to get through, tried business directory, but | | 2 |
| 1488 | | | did not find Matt Wanabe | | 2 |
| 1489 | 5/11/2014 | 18:52:00 | COMMENTS 372288802880   RPP activated by Collections for $10 | | hus |
| 1490 | | | 9321.21batch | | hus |
| 1491 | 5/8/2014 | 15:23:40 | FREEFORM Remedy 000000035711199 bam0032 Ret  Need a passcord | | 2 |
| 1492 | | | or ext to get through, tried business directory, but did no | | 2 |
| 1493 | | | t find Matt Wanabe | | 2 |
| 1494 | 5/6/2014 | 18:52:15 | FREEFORM Remedy Statements Reconciliation QuickTicket tt: ma | | 6 |
| 1495 | | | tthew watable (855) 677 4440 spoke with matthew watabe verif | | 6 |
| 1496 | | | ied basic explained how to understand fee section on stateme | | 6 |
| 1497 | | | nt | | 6 |
| 1498 | 5/1/2014 | 18:55:00 | COMMENTS 372288802880   RPP activated by Collections for $13 | | hus |
| 1499 | | | 5818.1batch | | hus |
| 1500 | 5/1/2014 | 17:27:43 | FREEFORM Remedy Rate/Fees Fee/Rate Inquiry QuickTicket tt: M | | 6 |
| 1501 | | | att Watabe fin dir; (855) 677 4440 ;  Basic DDA;  Inq what f | | 6 |
| 1502 | | | ees where going to be thier 1st mo. Infrmd gross sales & fee | | 6 |
| 1503 | | | s that wl l be deduct from dda. | | 6 |
| 1504 | 4/18/2014 | 10:55:24 | Batch Load   Misc Deleted and readded DS. Advised PTS to res | | 015 |
| 1505 | | | ubmit | | 015 |
| 1506 | 4/14/2014 | 18:46:00 | COMMENTS 372288802880   RPP activated by Collections for $15 | | hus |
| 1507 | | | 0000batch | | hus |
| 1508 | 4/1/2014 | 14:41:57 | FREEFORM Remedy No New Ticket Account Reviewed QuickTicket m | | 2 |
| 1509 | | | atthew watabe   fin dir called to inq ab his ggwye4 svs. | | 2 |

**JR-b80**

Confidential                    **Attachment JJJJ**          10417905-FISV-000057

**PX 27, 2688**

# Expert Notes

Print All Notes

| | User |
|---|---|
| 1 | bam2086 |
| 2 | bam2086 |
| 3 | bam2086 |
| 4 | bam2086 |
| 5 | bam2086 |
| 6 | bam2086 |
| 7 | bamu364 |
| 8 | bamu364 |
| 9 | bamu364 |
| 10 | bamu364 |
| 11 | bamu364 |
| 12 | bamu364 |
| 13 | bamu364 |
| 14 | bamu364 |
| 15 | bamu364 |
| 16 | Long, Joseph |
| 17 | Long, Joseph |
| 18 | Long, Joseph |
| 19 | Long, Joseph |
| 20 | Long, Joseph |
| 21 | Long, Joseph |
| 22 | Long, Joseph |
| 23 | Long, Joseph |
| 24 | Long, Joseph |
| 25 | Long, Joseph |
| 26 | Long, Joseph |
| 27 | Long, Joseph |
| 28 | Long, Joseph |
| 29 | Long, Joseph |
| 30 | Long, Joseph |
| 31 | Long, Joseph |
| 32 | Long, Joseph |
| 33 | Long, Joseph |
| 34 | Long, Joseph |
| 35 | Long, Joseph |
| 36 | Long, Joseph |
| 37 | BAMW219 |
| 38 | BAMW219 |
| 39 | BAMW219 |
| 40 | BAMW219 |
| 41 | BAMW219 |
| 42 | Juste, Serling |
| 43 | Juste, Serling |
| 44 | Juste, Serling |
| 45 | Juste, Serling |
| 46 | Juste, Serling |
| 47 | Oakes, Daniel |
| 48 | Oakes, Daniel |
| 49 | Oakes, Daniel |
| 50 | Oakes, Daniel |
| 51 | Oakes, Daniel |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000058

**PX 27, 2689**

**Expert Notes**

9/10/2020                                                                                                                                    MSA

Print All Notes

|     | User            |
| --- | --------------- |
| 52  | James, Kodie    |
| 53  | James, Kodie    |
| 54  | James, Kodie    |
| 55  | James, Kodie    |
| 56  | Rhyne, Laura    |
| 57  | Rhyne, Laura    |
| 58  | Rhyne, Laura    |
| 59  | Rhyne, Laura    |
| 60  | Goodwin Winn, B |
| 61  | Goodwin Winn, B |
| 62  | Goodwin Winn, B |
| 63  | Goodwin Winn, B |
| 64  | Goodwin Winn, B |
| 65  | Goodwin Winn, B |
| 66  | Goodwin Winn, B |
| 67  | Goodwin Winn, B |
| 68  | Diaz, Eliscia   |
| 69  | Diaz, Eliscia   |
| 70  | Diaz, Eliscia   |
| 71  | Diaz, Eliscia   |
| 72  | Diaz, Eliscia   |
| 73  | Diaz, Eliscia   |
| 74  | Diaz, Eliscia   |
| 75  | Diaz, Eliscia   |
| 76  | Diaz, Eliscia   |
| 77  | FDMP579         |
| 78  | Ramoo, Vena     |
| 79  | Ramoo, Vena     |
| 80  | Ramoo, Vena     |
| 81  | Ramoo, Vena     |
| 82  | Ramoo, Vena     |
| 83  | Ramoo, Vena     |
| 84  | Avery, Logan    |
| 85  | Avery, Logan    |
| 86  | Avery, Logan    |
| 87  | Avery, Logan    |
| 88  | Avery, Logan    |
| 89  | Avery, Logan    |
| 90  | Avery, Logan    |
| 91  | Avery, Logan    |
| 92  | Avery, Logan    |
| 93  | Avery, Logan    |
| 94  | Avery, Logan    |
| 95  | Avery, Logan    |
| 96  | bamuser         |
| 97  | bamuser         |
| 98  | bamuser         |
| 99  | bamuser         |
| 100 | bamuser         |
| 101 | bamuser         |
| 102 | bamuser         |

JR-b80

Confidential

**Attachment JJJJ**

10417905-FISV-000059

**PX 27, 2690**

# Expert Notes

Print All Notes

| | User |
|---|---|
| 103 | bamuser |
| 104 | bamuser |
| 105 | bamd226 |
| 106 | bamd226 |
| 107 | bamd226 |
| 108 | bamd226 |
| 109 | bamd226 |
| 110 | bamd226 |
| 111 | bamd226 |
| 112 | bamd226 |
| 113 | bamd226 |
| 114 | bamd226 |
| 115 | bamd226 |
| 116 | bamd226 |
| 117 | bamd226 |
| 118 | bamd226 |
| 119 | bamd226 |
| 120 | bamd226 |
| 121 | bamd226 |
| 122 | Clare, Brian |
| 123 | Clare, Brian |
| 124 | Clare, Brian |
| 125 | Clare, Brian |
| 126 | Saur, Brenton " |
| 127 | Saur, Brenton " |
| 128 | Saur, Brenton " |
| 129 | Saur, Brenton " |
| 130 | Saur, Brenton " |
| 131 | Saur, Brenton " |
| 132 | Saur, Brenton " |
| 133 | Saur, Brenton " |
| 134 | Juste, Serling |
| 135 | Juste, Serling |
| 136 | Juste, Serling |
| 137 | Juste, Serling |
| 138 | Juste, Serling |
| 139 | Juste, Serling |
| 140 | Juste, Serling |
| 141 | Juste, Serling |
| 142 | Juste, Serling |
| 143 | Juste, Serling |
| 144 | Harris, Holly |
| 145 | Harris, Holly |
| 146 | Harris, Holly |
| 147 | Harris, Holly |
| 148 | Tatro, Lauren |
| 149 | Tatro, Lauren |
| 150 | Tatro, Lauren |
| 151 | Tatro, Lauren |
| 152 | Tatro, Lauren |
| 153 | Tatro, Lauren |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000060

**PX 27, 2691**

**Expert Notes**

Print All Notes

| | User |
|---|---|
| 154 | Tatro, Lauren |
| 155 | Tatro, Lauren |
| 156 | Tatro, Lauren |
| 157 | Tatro, Lauren |
| 158 | Tatro, Lauren |
| 159 | Tatro, Lauren |
| 160 | Hebb, Robert |
| 161 | Hebb, Robert |
| 162 | Hebb, Robert |
| 163 | Hebb, Robert |
| 164 | Hebb, Robert |
| 165 | Hebb, Robert |
| 166 | James, Kodie |
| 167 | James, Kodie |
| 168 | James, Kodie |
| 169 | James, Kodie |
| 170 | James, Kodie |
| 171 | Callejas Galici |
| 172 | Callejas Galici |
| 173 | Callejas Galici |
| 174 | bamab09 |
| 175 | bamab09 |
| 176 | bamab09 |
| 177 | bamab09 |
| 178 | bamab09 |
| 179 | bamab09 |
| 180 | bamab09 |
| 181 | bamab09 |
| 182 | bamab09 |
| 183 | bamab09 |
| 184 | bamab09 |
| 185 | bamab09 |
| 186 | bamab09 |
| 187 | bamab09 |
| 188 | bamab09 |
| 189 | bamab09 |
| 190 | bamab09 |
| 191 | bamab09 |
| 192 | bamab09 |
| 193 | bamab09 |
| 194 | bamab09 |
| 195 | bamab09 |
| 196 | bamab09 |
| 197 | bamab09 |
| 198 | bamab09 |
| 199 | bamab09 |
| 200 | bamab09 |
| 201 | bamab09 |
| 202 | bamab09 |
| 203 | bamab09 |
| 204 | bamab09 |

**JR-b80**

Page 34

Confidential

**Attachment JJJJ**

10417905-FISV-000061

**PX 27, 2692**

# Expert Notes

███████████████

Print All Notes

MSA

| | User |
|---|---|
| 205 | bamab09 |
| 206 | bamab09 |
| 207 | bamab09 |
| 208 | bamab09 |
| 209 | bamab09 |
| 210 | bamab09 |
| 211 | bamab09 |
| 212 | bamab09 |
| 213 | bamab09 |
| 214 | bamab09 |
| 215 | BAMSAdmin, Prod |
| 216 | BAMSAdmin, Prod |
| 217 | BAMSAdmin, Prod |
| 218 | BAMSAdmin, Prod |
| 219 | BAMSAdmin, Prod |
| 220 | bamab09 |
| 221 | bamab09 |
| 222 | bamab09 |
| 223 | bamab09 |
| 224 | bamab09 |
| 225 | bamab09 |
| 226 | bamab09 |
| 227 | bamab09 |
| 228 | bamab09 |
| 229 | bamab09 |
| 230 | bamab09 |
| 231 | bamab09 |
| 232 | bamab09 |
| 233 | bamab09 |
| 234 | bamab09 |
| 235 | bamab09 |
| 236 | bamab09 |
| 237 | bamab09 |
| 238 | bamab09 |
| 239 | bamab09 |
| 240 | bamab09 |
| 241 | bamab09 |
| 242 | bamab09 |
| 243 | Trench, Twanza |
| 244 | Trench, Twanza |
| 245 | Trench, Twanza |
| 246 | bamab09 |
| 247 | bamab09 |
| 248 | bamab09 |
| 249 | bamab09 |
| 250 | bamab09 |
| 251 | bamab09 |
| 252 | bamab09 |
| 253 | bamab09 |
| 254 | bamab09 |
| 255 | bamab09 |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000062

# PX 27, 2693

# Expert Notes

Print All Notes

| | User |
|---|---|
| 256 | bamab09 |
| 257 | bamab09 |
| 258 | bamab09 |
| 259 | bamab09 |
| 260 | bamab09 |
| 261 | bamab09 |
| 262 | bamab09 |
| 263 | bamab09 |
| 264 | bamab09 |
| 265 | bamab09 |
| 266 | bamab09 |
| 267 | bamab09 |
| 268 | bamab09 |
| 269 | bamab09 |
| 270 | bamab09 |
| 271 | bamab09 |
| 272 | bamab09 |
| 273 | bamab09 |
| 274 | bamab09 |
| 275 | bamab09 |
| 276 | bamab09 |
| 277 | bamab09 |
| 278 | bamab09 |
| 279 | bamab09 |
| 280 | bamab09 |
| 281 | bamab09 |
| 282 | bamab09 |
| 283 | bamab09 |
| 284 | bamab09 |
| 285 | bamab09 |
| 286 | bamab09 |
| 287 | bamab09 |
| 288 | bamab09 |
| 289 | bamab09 |
| 290 | bamab09 |
| 291 | bamab09 |
| 292 | bamab09 |
| 293 | bamab09 |
| 294 | bamab09 |
| 295 | bamab09 |
| 296 | bamab09 |
| 297 | bamab09 |
| 298 | bamab09 |
| 299 | bamab09 |
| 300 | bamab09 |
| 301 | bamab09 |
| 302 | bamab09 |
| 303 | bamab09 |
| 304 | bamab09 |
| 305 | bamab09 |
| 306 | bamab09 |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000063

**PX 27, 2694**

# Expert Notes

Print All Notes

| | User |
|---|---|
| 307 | bamab09 |
| 308 | bamab09 |
| 309 | bamab09 |
| 310 | bamab09 |
| 311 | bamab09 |
| 312 | bamab09 |
| 313 | bamab09 |
| 314 | bamab09 |
| 315 | bamab09 |
| 316 | bamab09 |
| 317 | Ashby, Adiaha |
| 318 | Ashby, Adiaha |
| 319 | Ashby, Adiaha |
| 320 | bamw311 |
| 321 | bamw311 |
| 322 | bamw311 |
| 323 | bamw311 |
| 324 | Wright, Alecia |
| 325 | Wright, Alecia |
| 326 | Wright, Alecia |
| 327 | Wright, Alecia |
| 328 | Harry, Jessica |
| 329 | Harry, Jessica |
| 330 | Harry, Jessica |
| 331 | Harry, Jessica |
| 332 | Llewellyn, Jeb |
| 333 | Llewellyn, Jeb |
| 334 | Llewellyn, Jeb |
| 335 | bamd408 |
| 336 | bamd408 |
| 337 | bamd408 |
| 338 | bamd408 |
| 339 | bamd408 |
| 340 | bamd408 |
| 341 | bamd408 |
| 342 | bamd408 |
| 343 | bamd408 |
| 344 | bamd408 |
| 345 | bamd408 |
| 346 | bamd408 |
| 347 | bamd408 |
| 348 | bamd408 |
| 349 | bamd408 |
| 350 | bamd408 |
| 351 | bamd408 |
| 352 | bamd408 |
| 353 | bamd408 |
| 354 | Jones, Taquisha |
| 355 | Jones, Taquisha |
| 356 | Jones, Taquisha |
| 357 | Jones, Taquisha |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000064

## PX 27, 2695

**Expert Notes**

█████████████

9/10/2020                                                                                                          MSA

Print All Notes

| | User |
|---|---|
| 358 | Jones, Taquisha |
| 359 | Jones, Taquisha |
| 360 | Lyles, Kevin |
| 361 | Lyles, Kevin |
| 362 | Lyles, Kevin |
| 363 | Lyles, Kevin |
| 364 | Pepper, Kristop |
| 365 | Pepper, Kristop |
| 366 | Pepper, Kristop |
| 367 | Pepper, Kristop |
| 368 | Pepper, Kristop |
| 369 | Pepper, Kristop |
| 370 | Pepper, Kristop |
| 371 | Pepper, Kristop |
| 372 | Pepper, Kristop |
| 373 | Pepper, Kristop |
| 374 | BAMC365 |
| 375 | BAMC365 |
| 376 | BAMC365 |
| 377 | Mebius, Michael |
| 378 | Mebius, Michael |
| 379 | Mebius, Michael |
| 380 | Mebius, Michael |
| 381 | Mebius, Michael |
| 382 | Mebius, Michael |
| 383 | BAMW249 |
| 384 | Jean, Stephanie |
| 385 | Jean, Stephanie |
| 386 | Jean, Stephanie |
| 387 | Jean, Stephanie |
| 388 | Jean, Stephanie |
| 389 | Jean, Stephanie |
| 390 | Jean, Stephanie |
| 391 | Jean, Stephanie |
| 392 | Jean, Stephanie |
| 393 | Jean, Stephanie |
| 394 | Jean, Stephanie |
| 395 | Jean, Stephanie |
| 396 | Jean, Stephanie |
| 397 | Jean, Stephanie |
| 398 | Jean, Stephanie |
| 399 | Jean, Stephanie |
| 400 | Jean, Stephanie |
| 401 | Jean, Stephanie |
| 402 | Jean, Stephanie |
| 403 | Jean, Stephanie |
| 404 | Jean, Stephanie |
| 405 | Jean, Stephanie |
| 406 | Beckford, Miche |
| 407 | Beckford, Miche |
| 408 | Beckford, Miche |

**JR-b80**

Confidential

**Attachment JJJJ**                    10417905-FISV-000065

**PX 27, 2696**

# Expert Notes

Print All Notes

| | User |
|---|---|
| 409 | Beckford, Miche |
| 410 | Beckford, Miche |
| 411 | Beckford, Miche |
| 412 | Beckford, Miche |
| 413 | Jones, Belinda |
| 414 | Jones, Belinda |
| 415 | Jones, Belinda |
| 416 | Jones, Belinda |
| 417 | Jones, Belinda |
| 418 | Jones, Belinda |
| 419 | Jones, Belinda |
| 420 | Jones, Belinda |
| 421 | Jones, Belinda |
| 422 | Jones, Belinda |
| 423 | Jones, Belinda |
| 424 | Jones, Belinda |
| 425 | Jones, Belinda |
| 426 | Jones, Belinda |
| 427 | Jones, Belinda |
| 428 | Jones, Belinda |
| 429 | Jones, Belinda |
| 430 | Jones, Belinda |
| 431 | Jones, Belinda |
| 432 | Jones, Belinda |
| 433 | Jones, Belinda |
| 434 | Jones, Belinda |
| 435 | Jones, Belinda |
| 436 | Jones, Belinda |
| 437 | Jones, Belinda |
| 438 | Jones, Belinda |
| 439 | Jones, Belinda |
| 440 | Jones, Belinda |
| 441 | Jones, Belinda |
| 442 | Jones, Belinda |
| 443 | Jones, Belinda |
| 444 | Jones, Belinda |
| 445 | Jones, Belinda |
| 446 | Jones, Belinda |
| 447 | Jones, Belinda |
| 448 | Jones, Belinda |
| 449 | Jones, Belinda |
| 450 | Jones, Belinda |
| 451 | Jones, Belinda |
| 452 | Jones, Belinda |
| 453 | Jones, Belinda |
| 454 | Jones, Belinda |
| 455 | Jones, Belinda |
| 456 | Jones, Belinda |
| 457 | Jones, Belinda |
| 458 | Jones, Belinda |
| 459 | Jones, Belinda |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000066

## PX 27, 2697

**Expert Notes**

Print All Notes

| | User |
|---|---|
| 460 | Jones, Belinda |
| 461 | Jones, Belinda |
| 462 | Jones, Belinda |
| 463 | Jones, Belinda |
| 464 | Jones, Belinda |
| 465 | Jones, Belinda |
| 466 | Jones, Belinda |
| 467 | Jones, Belinda |
| 468 | Jones, Belinda |
| 469 | Jones, Belinda |
| 470 | Jones, Belinda |
| 471 | Jones, Belinda |
| 472 | Jones, Belinda |
| 473 | Jones, Belinda |
| 474 | Jones, Belinda |
| 475 | Jones, Belinda |
| 476 | Jones, Belinda |
| 477 | Jones, Belinda |
| 478 | Jones, Belinda |
| 479 | Jones, Belinda |
| 480 | Jones, Belinda |
| 481 | Jones, Belinda |
| 482 | Jones, Belinda |
| 483 | Jones, Belinda |
| 484 | Brooks, Gary |
| 485 | Brooks, Gary |
| 486 | Brooks, Gary |
| 487 | Brooks, Gary |
| 488 | Lubin, Patricia |
| 489 | Lubin, Patricia |
| 490 | Lubin, Patricia |
| 491 | Lubin, Patricia |
| 492 | Lubin, Patricia |
| 493 | FDMP385 |
| 494 | FDMP385 |
| 495 | DeVillier, Vict |
| 496 | DeVillier, Vict |
| 497 | DeVillier, Vict |
| 498 | DeVillier, Vict |
| 499 | Hess, Zachary |
| 500 | Hess, Zachary |
| 501 | Hess, Zachary |
| 502 | Hess, Zachary |
| 503 | Lord, Christoph |
| 504 | Lord, Christoph |
| 505 | Lord, Christoph |
| 506 | Lord, Christoph |
| 507 | Burke III, Dona |
| 508 | Burke III, Dona |
| 509 | Burke III, Dona |
| 510 | Burke III, Dona |

**JR-b80**

Confidential

**Attachment JJJJ**

**PX 27, 2698**

# Expert Notes

█████████████

Print All Notes

| | User |
|---|---|
| 511 | Burke III, Dona |
| 512 | MacCrehan, Tris |
| 513 | MacCrehan, Tris |
| 514 | MacCrehan, Tris |
| 515 | MacCrehan, Tris |
| 516 | Hoosier, Loudan |
| 517 | Hoosier, Loudan |
| 518 | Hoosier, Loudan |
| 519 | Armstrong, Legg |
| 520 | Armstrong, Legg |
| 521 | Armstrong, Legg |
| 522 | Armstrong, Legg |
| 523 | Armstrong, Legg |
| 524 | Hargrave, Brean |
| 525 | Hargrave, Brean |
| 526 | Hargrave, Brean |
| 527 | Hargrave, Brean |
| 528 | Hargrave, Brean |
| 529 | Hargrave, Brean |
| 530 | bamw337 |
| 531 | bamw337 |
| 532 | bamw337 |
| 533 | bamw337 |
| 534 | bamw337 |
| 535 | bamw337 |
| 536 | Moelin, Tyvin |
| 537 | Moelin, Tyvin |
| 538 | bamc106 |
| 539 | bamc106 |
| 540 | bamc106 |
| 541 | bamc106 |
| 542 | BAMW149 |
| 543 | BAMW149 |
| 544 | BAMW149 |
| 545 | BAMW149 |
| 546 | BAMW149 |
| 547 | bamm113 |
| 548 | bamm113 |
| 549 | bamm113 |
| 550 | bamm113 |
| 551 | bamw336 |
| 552 | bamw336 |
| 553 | bamw336 |
| 554 | bamw336 |
| 555 | bamw336 |
| 556 | Jenkins, Brian |
| 557 | Jenkins, Brian |
| 558 | Jenkins, Brian |
| 559 | Jenkins, Brian |
| 560 | Clowers, Lakia |
| 561 | Clowers, Lakia |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000068

**PX 27, 2699**

**Expert Notes**

███████████████

9/10/2020                                                                                                                    MSA
Print All Notes

|     | User |
|-----|------|
| 562 | Clowers, Lakia |
| 563 | Clowers, Lakia |
| 564 | Hose, Shannon |
| 565 | Hose, Shannon |
| 566 | Hose, Shannon |
| 567 | Hose, Shannon |
| 568 | Hose, Shannon |
| 569 | Hose, Shannon |
| 570 | Hose, Shannon |
| 571 | Hose, Shannon |
| 572 | Parker, Rebecca |
| 573 | Parker, Rebecca |
| 574 | Parker, Rebecca |
| 575 | Parker, Rebecca |
| 576 | Parker, Rebecca |
| 577 | BAMV052 |
| 578 | Amesbury, Court |
| 579 | Amesbury, Court |
| 580 | Amesbury, Court |
| 581 | Amesbury, Court |
| 582 | Amesbury, Court |
| 583 | Amesbury, Court |
| 584 | Amesbury, Court |
| 585 | Amesbury, Court |
| 586 | Amesbury, Court |
| 587 | Amesbury, Court |
| 588 | Amesbury, Court |
| 589 | Amesbury, Court |
| 590 | Amesbury, Court |
| 591 | Amesbury, Court |
| 592 | Amesbury, Court |
| 593 | Amesbury, Court |
| 594 | Amesbury, Court |
| 595 | Amesbury, Court |
| 596 | Amesbury, Court |
| 597 | Amesbury, Court |
| 598 | Amesbury, Court |
| 599 | Amesbury, Court |
| 600 | Amesbury, Court |
| 601 | Amesbury, Court |
| 602 | Amesbury, Court |
| 603 | Amesbury, Court |
| 604 | Amesbury, Court |
| 605 | Amesbury, Court |
| 606 | Amesbury, Court |
| 607 | Amesbury, Court |
| 608 | Amesbury, Court |
| 609 | Amesbury, Court |
| 610 | Amesbury, Court |
| 611 | Amesbury, Court |
| 612 | Amesbury, Court |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000069

**PX 27, 2700**

**Expert Notes**

Print All Notes

| | User |
|---|---|
| 613 | Amesbury, Court |
| 614 | Amesbury, Court |
| 615 | Amesbury, Court |
| 616 | Amesbury, Court |
| 617 | Amesbury, Court |
| 618 | Amesbury, Court |
| 619 | Amesbury, Court |
| 620 | Amesbury, Court |
| 621 | Amesbury, Court |
| 622 | Amesbury, Court |
| 623 | Amesbury, Court |
| 624 | Amesbury, Court |
| 625 | Amesbury, Court |
| 626 | Amesbury, Court |
| 627 | Amesbury, Court |
| 628 | Amesbury, Court |
| 629 | MERXWA8 |
| 630 | MERXWA8 |
| 631 | Helferstay, Kai |
| 632 | Helferstay, Kai |
| 633 | Lomax, Angelo |
| 634 | Lomax, Angelo |
| 635 | Lomax, Angelo |
| 636 | Lomax, Angelo |
| 637 | Lomax, Angelo |
| 638 | Eccleston Bramw |
| 639 | Eccleston Bramw |
| 640 | Eccleston Bramw |
| 641 | Eccleston Bramw |
| 642 | Eccleston Bramw |
| 643 | bam0903 |
| 644 | bam0903 |
| 645 | bam0903 |
| 646 | bam0903 |
| 647 | bam0903 |
| 648 | bam0903 |
| 649 | bam0903 |
| 650 | bam0903 |
| 651 | bam0903 |
| 652 | bam0903 |
| 653 | BAMV009 |
| 654 | Downie, Jauhara |
| 655 | Downie, Jauhara |
| 656 | Downie, Jauhara |
| 657 | Downie, Jauhara |
| 658 | Downie, Jauhara |
| 659 | Downie, Jauhara |
| 660 | FDMP385 |
| 661 | FDMP385 |
| 662 | FDMP385 |
| 663 | FDMP385 |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000070

**PX 27, 2701**

# Expert Notes

Print All Notes

| | User |
|---|---|
| 664 | FDMP385 |
| 665 | FDMP385 |
| 666 | Tatro, Lauren |
| 667 | Tatro, Lauren |
| 668 | Tatro, Lauren |
| 669 | Tatro, Lauren |
| 670 | Tatro, Lauren |
| 671 | FDMP699 |
| 672 | FDMP699 |
| 673 | FDMP699 |
| 674 | FDMP699 |
| 675 | Barnhart, Micha |
| 676 | Barnhart, Micha |
| 677 | White Mated, Le |
| 678 | White Mated, Le |
| 679 | White Mated, Le |
| 680 | White Mated, Le |
| 681 | White Mated, Le |
| 682 | White Mated, Le |
| 683 | White Mated, Le |
| 684 | FDMWL57 |
| 685 | Lubin, Patricia |
| 686 | Lubin, Patricia |
| 687 | Lubin, Patricia |
| 688 | Lubin, Patricia |
| 689 | Lubin, Patricia |
| 690 | FDMCN65 |
| 691 | FDMCN65 |
| 692 | FDMCN65 |
| 693 | Hull, Russell |
| 694 | Hull, Russell |
| 695 | bamd411 |
| 696 | bamd411 |
| 697 | bamd411 |
| 698 | Myers, Debra |
| 699 | bam1134 |
| 700 | bam1134 |
| 701 | bam1134 |
| 702 | bam1134 |
| 703 | bam1134 |
| 704 | bam1134 |
| 705 | Myers, Debra |
| 706 | Myers, Debra |
| 707 | Myers, Debra |
| 708 | Myers, Debra |
| 709 | Myers, Debra |
| 710 | Myers, Debra |
| 711 | Myers, Debra |
| 712 | Myers, Debra |
| 713 | Myers, Debra |
| 714 | bam2101 |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000071

**PX 27, 2702**

**Expert Notes**

Print All Notes

|     | User |
|-----|------|
| 715 | bam2101 |
| 716 | bam2101 |
| 717 | bam2101 |
| 718 | bam2101 |
| 719 | bam2101 |
| 720 | bam2101 |
| 721 | bam2101 |
| 722 | bam2101 |
| 723 | bam2101 |
| 724 | bam2101 |
| 725 | bamw179 |
| 726 | bamw179 |
| 727 | bamw179 |
| 728 | bamuser |
| 729 | bamuser |
| 730 | bamuser |
| 731 | bamuser |
| 732 | bamuser |
| 733 | bamuser |
| 734 | bamuser |
| 735 | bamuser |
| 736 | bamuser |
| 737 | bamuser |
| 738 | bamuser |
| 739 | bamuser |
| 740 | Louis, Neemy |
| 741 | Louis, Neemy |
| 742 | Louis, Neemy |
| 743 | Louis, Neemy |
| 744 | Louis, Neemy |
| 745 | Louis, Neemy |
| 746 | Louis, Neemy |
| 747 | FDM1212 |
| 748 | FDM1212 |
| 749 | FDM1212 |
| 750 | FDM1212 |
| 751 | Pickett, Cynthi |
| 752 | Pickett, Cynthi |
| 753 | Pickett, Cynthi |
| 754 | Pickett, Cynthi |
| 755 | Pickett, Cynthi |
| 756 | Pickett, Cynthi |
| 757 | Pickett, Cynthi |
| 758 | Pickett, Cynthi |
| 759 | Pickett, Cynthi |
| 760 | Pickett, Cynthi |
| 761 | Pickett, Cynthi |
| 762 | bamd181 |
| 763 | bamd181 |
| 764 | bamd181 |
| 765 | bamd181 |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000072

**PX 27, 2703**

# Expert Notes

████████████████

Print All Notes

| | User |
|---|---|
| 766 | bamd181 |
| 767 | bamw179 |
| 768 | bamw179 |
| 769 | bamw179 |
| 770 | bamw179 |
| 771 | BAMR159 |
| 772 | BAMR159 |
| 773 | BAMR159 |
| 774 | BAMR159 |
| 775 | BAMR159 |
| 776 | BAMR159 |
| 777 | BAMW234 |
| 778 | Valdez, Briana |
| 779 | Valdez, Briana |
| 780 | Valdez, Briana |
| 781 | Valdez, Briana |
| 782 | Valdez, Briana |
| 783 | BAMR109 |
| 784 | BAMR109 |
| 785 | BAMR109 |
| 786 | BAMR109 |
| 787 | BAMR109 |
| 788 | bamuser |
| 789 | bamuser |
| 790 | bam1134 |
| 791 | bam1134 |
| 792 | bam1134 |
| 793 | bam1134 |
| 794 | Smith, Shainna |
| 795 | Smith, Shainna |
| 796 | Smith, Shainna |
| 797 | Smith, Shainna |
| 798 | Smith, Shainna |
| 799 | Smith, Shainna |
| 800 | Smith, Shainna |
| 801 | Smith, Shainna |
| 802 | BAMW265 |
| 803 | Burke, David |
| 804 | Burke, David |
| 805 | bam0731 |
| 806 | bam0731 |
| 807 | bam0731 |
| 808 | bam0731 |
| 809 | bam0731 |
| 810 | Walling, Kriste |
| 811 | Walling, Kriste |
| 812 | Walling, Kriste |
| 813 | Walling, Kriste |
| 814 | Walling, Kriste |
| 815 | Walling, Kriste |
| 816 | Walling, Kriste |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000073

**PX 27, 2704**

# Expert Notes

Print All Notes

| | User |
|---|---|
| 817 | Walling, Kriste |
| 818 | Walling, Kriste |
| 819 | Walling, Kriste |
| 820 | TRDWNA0 |
| 821 | bam0731 |
| 822 | bam0731 |
| 823 | bam0731 |
| 824 | bam0731 |
| 825 | bam0731 |
| 826 | bam0731 |
| 827 | bam0731 |
| 828 | bam1120 |
| 829 | bam1120 |
| 830 | bam1120 |
| 831 | bam1120 |
| 832 | bam1120 |
| 833 | bam1120 |
| 834 | bam1120 |
| 835 | bam1120 |
| 836 | bamw115 |
| 837 | bamw115 |
| 838 | bamw115 |
| 839 | bamw115 |
| 840 | bam1125 |
| 841 | bam1125 |
| 842 | bam1125 |
| 843 | bam1125 |
| 844 | bam1125 |
| 845 | bam1125 |
| 846 | bam1125 |
| 847 | bam1125 |
| 848 | Naugle, Steven |
| 849 | Naugle, Steven |
| 850 | Naugle, Steven |
| 851 | Naugle, Steven |
| 852 | Seigel, Lyle |
| 853 | Seigel, Lyle |
| 854 | Seigel, Lyle |
| 855 | Seigel, Lyle |
| 856 | Seigel, Lyle |
| 857 | Seigel, Lyle |
| 858 | Seigel, Lyle |
| 859 | Seigel, Lyle |
| 860 | Seigel, Lyle |
| 861 | Seigel, Lyle |
| 862 | Seigel, Lyle |
| 863 | Seigel, Lyle |
| 864 | Seigel, Lyle |
| 865 | Seigel, Lyle |
| 866 | Seigel, Lyle |
| 867 | Seigel, Lyle |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000074

**PX 27, 2705**

**Expert Notes**

9/10/2020 █████████ MSA

Print All Notes

| | User |
|---|---|
| 868 | Seigel, Lyle |
| 869 | Seigel, Lyle |
| 870 | Seigel, Lyle |
| 871 | Seigel, Lyle |
| 872 | Seigel, Lyle |
| 873 | Seigel, Lyle |
| 874 | Seigel, Lyle |
| 875 | Seigel, Lyle |
| 876 | Seigel, Lyle |
| 877 | Seigel, Lyle |
| 878 | Seigel, Lyle |
| 879 | Seigel, Lyle |
| 880 | Seigel, Lyle |
| 881 | Seigel, Lyle |
| 882 | Seigel, Lyle |
| 883 | Seigel, Lyle |
| 884 | Seigel, Lyle |
| 885 | Seigel, Lyle |
| 886 | Seigel, Lyle |
| 887 | Seigel, Lyle |
| 888 | Seigel, Lyle |
| 889 | Seigel, Lyle |
| 890 | Seigel, Lyle |
| 891 | Seigel, Lyle |
| 892 | Seigel, Lyle |
| 893 | Seigel, Lyle |
| 894 | Seigel, Lyle |
| 895 | Seigel, Lyle |
| 896 | Seigel, Lyle |
| 897 | Seigel, Lyle |
| 898 | Seigel, Lyle |
| 899 | Seigel, Lyle |
| 900 | Seigel, Lyle |
| 901 | Seigel, Lyle |
| 902 | Seigel, Lyle |
| 903 | Seigel, Lyle |
| 904 | Seigel, Lyle |
| 905 | Seigel, Lyle |
| 906 | Seigel, Lyle |
| 907 | Seigel, Lyle |
| 908 | Seigel, Lyle |
| 909 | Seigel, Lyle |
| 910 | Seigel, Lyle |
| 911 | Seigel, Lyle |
| 912 | Seigel, Lyle |
| 913 | Seigel, Lyle |
| 914 | Seigel, Lyle |
| 915 | Seigel, Lyle |
| 916 | Seigel, Lyle |
| 917 | Seigel, Lyle |
| 918 | Seigel, Lyle |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000075

**PX 27, 2706**

# Expert Notes

Print All Notes

|     | User          |
|-----|---------------|
| 919 | Seigel, Lyle  |
| 920 | TRDWNA0       |
| 921 | bamd411       |
| 922 | bamd411       |
| 923 | bamd411       |
| 924 | Dyke, Michael |
| 925 | Dyke, Michael |
| 926 | Dyke, Michael |
| 927 | Dyke, Michael |
| 928 | Dyke, Michael |
| 929 | Dyke, Michael |
| 930 | Dyke, Michael |
| 931 | Murray, Rene  |
| 932 | Murray, Rene  |
| 933 | Murray, Rene  |
| 934 | Murray, Rene  |
| 935 | bam0188       |
| 936 | bam0188       |
| 937 | bam0188       |
| 938 | bam0188       |
| 939 | bam0188       |
| 940 | bamc341       |
| 941 | bamc341       |
| 942 | bamc341       |
| 943 | bamw115       |
| 944 | bamw115       |
| 945 | bamw115       |
| 946 | bamc341       |
| 947 | bamc341       |
| 948 | bamc341       |
| 949 | bamc341       |
| 950 | bamc341       |
| 951 | bamc341       |
| 952 | bamc341       |
| 953 | BAMR071       |
| 954 | BAMR071       |
| 955 | BAMR071       |
| 956 | BAMR071       |
| 957 | BAMR071       |
| 958 | BAMR071       |
| 959 | BAMR071       |
| 960 | BAMR071       |
| 961 | BAMR071       |
| 962 | BAMR071       |
| 963 | BAMR071       |
| 964 | BAMR071       |
| 965 | BAMR071       |
| 966 | BAMR071       |
| 967 | bamd408       |
| 968 | bamd408       |
| 969 | bamd408       |

**JR-b80**

Confidential                      **Attachment JJJJ**            10417905-FISV-000076

**PX 27, 2707**

## Expert Notes

█████████████████

Print All Notes

|  | User |
|---|---|
| 970 | bamd408 |
| 971 | bamd408 |
| 972 | bamd408 |
| 973 | bamd408 |
| 974 | bamd408 |
| 975 | BAMR071 |
| 976 | BAMR071 |
| 977 | BAMR071 |
| 978 | BAMR071 |
| 979 | BAMR071 |
| 980 | BAMR071 |
| 981 | TRDWNA0 |
| 982 | bam0169 |
| 983 | bam0169 |
| 984 | bam0169 |
| 985 | bam0169 |
| 986 | bam0169 |
| 987 | bam0169 |
| 988 | bamw104 |
| 989 | bamw104 |
| 990 | bamw104 |
| 991 | bamw104 |
| 992 | bamw104 |
| 993 | bamw104 |
| 994 | bam1133 |
| 995 | bam1133 |
| 996 | bam1133 |
| 997 | bam1133 |
| 998 | bam1133 |
| 999 | bamw115 |
| 1000 | bamw115 |
| 1001 | bamw115 |
| 1002 | bamw115 |
| 1003 | Oakes, Daniel |
| 1004 | Oakes, Daniel |
| 1005 | Oakes, Daniel |
| 1006 | Oakes, Daniel |
| 1007 | Oakes, Daniel |
| 1008 | Oakes, Daniel |
| 1009 | Oakes, Daniel |
| 1010 | Oakes, Daniel |
| 1011 | Oakes, Daniel |
| 1012 | Oakes, Daniel |
| 1013 | Oakes, Daniel |
| 1014 | Oakes, Daniel |
| 1015 | Hill, Peter |
| 1016 | Hill, Peter |
| 1017 | Hill, Peter |
| 1018 | Hill, Peter |
| 1019 | Hill, Peter |
| 1020 | Hill, Peter |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000077

## PX 27, 2708

# Expert Notes

Print All Notes

|  | User |
|---|---|
| 1021 | Rea, Kaitlyn |
| 1022 | Rea, Kaitlyn |
| 1023 | Rea, Kaitlyn |
| 1024 | Rea, Kaitlyn |
| 1025 | bamw115 |
| 1026 | bamw115 |
| 1027 | bamw115 |
| 1028 | bamw115 |
| 1029 | Stone, Matthew |
| 1030 | Stone, Matthew |
| 1031 | Stone, Matthew |
| 1032 | Stone, Matthew |
| 1033 | Stone, Matthew |
| 1034 | Snyder, Theresa |
| 1035 | Snyder, Theresa |
| 1036 | Snyder, Theresa |
| 1037 | Snyder, Theresa |
| 1038 | bam0169 |
| 1039 | bam0169 |
| 1040 | bam0169 |
| 1041 | bam0169 |
| 1042 | bam0169 |
| 1043 | bam0169 |
| 1044 | Naugle, Steven |
| 1045 | Naugle, Steven |
| 1046 | Naugle, Steven |
| 1047 | Naugle, Steven |
| 1048 | batchusr |
| 1049 | batchusr |
| 1050 | RMECKER |
| 1051 | RMECKER |
| 1052 | FDMD145 |
| 1053 | FDMD145 |
| 1054 | FDMD145 |
| 1055 | FDMD009 |
| 1056 | FDMD009 |
| 1057 | FDMD009 |
| 1058 | Holmes, Tiffany |
| 1059 | Holmes, Tiffany |
| 1060 | Holmes, Tiffany |
| 1061 | Holmes, Tiffany |
| 1062 | Holmes, Tiffany |
| 1063 | Holmes, Tiffany |
| 1064 | Holmes, Tiffany |
| 1065 | Holmes, Tiffany |
| 1066 | Holmes, Tiffany |
| 1067 | Holmes, Tiffany |
| 1068 | Holmes, Tiffany |
| 1069 | Holmes, Tiffany |
| 1070 | FDMA163 |
| 1071 | FDMA163 |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000078

# PX 27, 2709

# Expert Notes

Print All Notes

|      | User          |
|------|---------------|
| 1072 | FDMA163       |
| 1073 | Taylor, Tasha |
| 1074 | Taylor, Tasha |
| 1075 | Taylor, Tasha |
| 1076 | Taylor, Tasha |
| 1077 | Taylor, Tasha |
| 1078 | Taylor, Tasha |
| 1079 | Taylor, Tasha |
| 1080 | Taylor, Tasha |
| 1081 | Taylor, Tasha |
| 1082 | BAMM106       |
| 1083 | BAMM106       |
| 1084 | bamd408       |
| 1085 | bamd408       |
| 1086 | bamd408       |
| 1087 | bamd408       |
| 1088 | bamd408       |
| 1089 | BAMM106       |
| 1090 | BAMM106       |
| 1091 | bamd408       |
| 1092 | bamd408       |
| 1093 | bamd408       |
| 1094 | bamd408       |
| 1095 | Webb, Jamilya |
| 1096 | Webb, Jamilya |
| 1097 | Webb, Jamilya |
| 1098 | Webb, Jamilya |
| 1099 | Webb, Jamilya |
| 1100 | Webb, Jamilya |
| 1101 | Webb, Jamilya |
| 1102 | FDMTD06       |
| 1103 | FDMTD06       |
| 1104 | FDMTD06       |
| 1105 | FDMTD06       |
| 1106 | bamd408       |
| 1107 | bamd408       |
| 1108 | bamd408       |
| 1109 | bamd408       |
| 1110 | bamd408       |
| 1111 | bamd408       |
| 1112 | bamd408       |
| 1113 | bamd408       |
| 1114 | BAMM106       |
| 1115 | BAMM106       |
| 1116 | BAMW163       |
| 1117 | BAMW163       |
| 1118 | BAMW163       |
| 1119 | BAMD408       |
| 1120 | BAMD408       |
| 1121 | BAMD408       |
| 1122 | BAMD408       |

JR-b80

Confidential

**Attachment JJJJ**

10417905-FISV-000079

**PX 27, 2710**

# Expert Notes

███████████████

Print All Notes

| | User |
|---|---|
| 1123 | BAMD408 |
| 1124 | BAMD408 |
| 1125 | BAMD408 |
| 1126 | BAMD408 |
| 1127 | bamd408 |
| 1128 | bamd408 |
| 1129 | bamd408 |
| 1130 | bamd408 |
| 1131 | bamd408 |
| 1132 | bamd408 |
| 1133 | bamd408 |
| 1134 | bamd408 |
| 1135 | bamd408 |
| 1136 | bamd408 |
| 1137 | bamd408 |
| 1138 | bamd408 |
| 1139 | BAMD408 |
| 1140 | BAMD408 |
| 1141 | BAMD408 |
| 1142 | BAMD408 |
| 1143 | BAMD408 |
| 1144 | BAMD408 |
| 1145 | BAMD408 |
| 1146 | BAMD408 |
| 1147 | BAMD408 |
| 1148 | BAMD408 |
| 1149 | BAMD408 |
| 1150 | BAMT061 |
| 1151 | FDMP570 |
| 1152 | FDMP570 |
| 1153 | FDMP570 |
| 1154 | FDMP570 |
| 1155 | FDMP570 |
| 1156 | FDMP570 |
| 1157 | FDMP570 |
| 1158 | FDMP570 |
| 1159 | FDMP570 |
| 1160 | FDMP570 |
| 1161 | bamd295 |
| 1162 | bamd295 |
| 1163 | bamd295 |
| 1164 | BAMW163 |
| 1165 | BAMW163 |
| 1166 | BAMW163 |
| 1167 | BAMW163 |
| 1168 | BAMW163 |
| 1169 | BAMW163 |
| 1170 | BAMW163 |
| 1171 | FDMFE3X |
| 1172 | FDMFE3X |
| 1173 | FDMFE3X |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000080

**PX 27, 2711**

**Expert Notes**

Print All Notes

| | User |
|---|---|
| 1174 | FDMFE3X |
| 1175 | FDMFE3X |
| 1176 | FDMFE3X |
| 1177 | FDMFE3X |
| 1178 | BAMC405 |
| 1179 | BAMC405 |
| 1180 | BAMC405 |
| 1181 | BAMC405 |
| 1182 | FDMP45A |
| 1183 | FDMP45A |
| 1184 | FDMP45A |
| 1185 | FDMP45A |
| 1186 | FDMP45A |
| 1187 | FDMDDB4 |
| 1188 | FDMDDB4 |
| 1189 | FDMDDB4 |
| 1190 | FDMDDB4 |
| 1191 | BAMC405 |
| 1192 | BAMC405 |
| 1193 | BAMC405 |
| 1194 | BAMC405 |
| 1195 | BAMC405 |
| 1196 | bam1125 |
| 1197 | bam1125 |
| 1198 | bam1125 |
| 1199 | bam1125 |
| 1200 | FDMA216 |
| 1201 | FDMA216 |
| 1202 | FDMA216 |
| 1203 | FDMA216 |
| 1204 | FDMA216 |
| 1205 | bam1125 |
| 1206 | bam1125 |
| 1207 | bam1125 |
| 1208 | FDACM45 |
| 1209 | FDMN113 |
| 1210 | FDMN113 |
| 1211 | BAMC405 |
| 1212 | BAMC405 |
| 1213 | FDMN052 |
| 1214 | FDMN052 |
| 1215 | FDMN052 |
| 1216 | FDMN052 |
| 1217 | FDMN052 |
| 1218 | FDMN052 |
| 1219 | BAMC405 |
| 1220 | BAMC405 |
| 1221 | BAMC405 |
| 1222 | BAMC405 |
| 1223 | FDMW40X |
| 1224 | FDMW40X |

**JR-b80**

Confidential

**Attachment JJJJ**

**PX 27, 2712**

# Expert Notes

    ████████████    

Print All Notes

| | User |
|---|---|
| 1225 | FDMW40X |
| 1226 | FDMW40X |
| 1227 | FDMW40X |
| 1228 | BAMC406 |
| 1229 | BAMC406 |
| 1230 | BAMC406 |
| 1231 | BAMC406 |
| 1232 | BAMC406 |
| 1233 | BAMC406 |
| 1234 | BAMC406 |
| 1235 | BAMC406 |
| 1236 | bam1166 |
| 1237 | bam1166 |
| 1238 | bam1166 |
| 1239 | BAM1166 |
| 1240 | BAM1166 |
| 1241 | BAM1166 |
| 1242 | FDMFC01 |
| 1243 | FDMFC01 |
| 1244 | FDMFC01 |
| 1245 | FDMFC01 |
| 1246 | FDMFC01 |
| 1247 | FDMFC01 |
| 1248 | FDMFC01 |
| 1249 | FDMFC01 |
| 1250 | FDMFC01 |
| 1251 | FDMFC01 |
| 1252 | FDMFC01 |
| 1253 | FDMFC01 |
| 1254 | FDMFC01 |
| 1255 | FDMFC01 |
| 1256 | FDMFC01 |
| 1257 | FDMFC01 |
| 1258 | FDMFC01 |
| 1259 | FDMFC01 |
| 1260 | BAMC406 |
| 1261 | BAMC406 |
| 1262 | BAMC406 |
| 1263 | BAMC406 |
| 1264 | BAMC406 |
| 1265 | BAMC406 |
| 1266 | BAMC406 |
| 1267 | BAMC406 |
| 1268 | bamd313 |
| 1269 | bamd313 |
| 1270 | bamd313 |
| 1271 | bamd313 |
| 1272 | bamd313 |
| 1273 | bamd313 |
| 1274 | fdmab25 |
| 1275 | fdmab25 |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000082

**PX 27, 2713**

# Expert Notes

████████████████

Print All Notes

| | User |
|---|---|
| 1276 | fdmab25 |
| 1277 | fdmab25 |
| 1278 | fdmab25 |
| 1279 | BAMW126 |
| 1280 | BAMW126 |
| 1281 | BAMW126 |
| 1282 | BAMW126 |
| 1283 | BAMW126 |
| 1284 | BAMW126 |
| 1285 | BAMW126 |
| 1286 | BAMW126 |
| 1287 | BAMW126 |
| 1288 | FDMDJ39 |
| 1289 | FDMDJ39 |
| 1290 | FDMDJ39 |
| 1291 | FDMDJ39 |
| 1292 | FDM6228 |
| 1293 | FDM6228 |
| 1294 | F1XUBVG |
| 1295 | F1XUBVG |
| 1296 | F1XUBVG |
| 1297 | F1XUBVG |
| 1298 | F1XUBVG |
| 1299 | EC027 |
| 1300 | EC027 |
| 1301 | EC027 |
| 1302 | EC027 |
| 1303 | EC027 |
| 1304 | CDY1 |
| 1305 | CDY1 |
| 1306 | CDY1 |
| 1307 | BAMR046 |
| 1308 | BAMR046 |
| 1309 | BAMR046 |
| 1310 | BAMR046 |
| 1311 | CDY1 |
| 1312 | CDY1 |
| 1313 | CDY1 |
| 1314 | CN130 |
| 1315 | CN130 |
| 1316 | CN130 |
| 1317 | CN130 |
| 1318 | CN130 |
| 1319 | SSC08 |
| 1320 | SSC08 |
| 1321 | SSC08 |
| 1322 | SSC08 |
| 1323 | SSC08 |
| 1324 | SSC08 |
| 1325 | SSC08 |
| 1326 | SSC08 |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000083

**PX 27, 2714**

**Expert Notes**

Print All Notes

| | User |
|---|---|
| 1327 | SSC08 |
| 1328 | SSC08 |
| 1329 | SSC08 |
| 1330 | SSC08 |
| 1331 | SSC08 |
| 1332 | SSC08 |
| 1333 | SSC08 |
| 1334 | SSC08 |
| 1335 | SSC08 |
| 1336 | SN015 |
| 1337 | SN015 |
| 1338 | SN015 |
| 1339 | SN015 |
| 1340 | SN015 |
| 1341 | SN015 |
| 1342 | MC456 |
| 1343 | MC456 |
| 1344 | MC456 |
| 1345 | MC456 |
| 1346 | BF052 |
| 1347 | BF052 |
| 1348 | BF052 |
| 1349 | BF052 |
| 1350 | BF052 |
| 1351 | MRNJ3 |
| 1352 | MRNJ3 |
| 1353 | MRNJ3 |
| 1354 | MRNJ3 |
| 1355 | SSC08 |
| 1356 | SSC08 |
| 1357 | SSC08 |
| 1358 | SSC08 |
| 1359 | SSC08 |
| 1360 | SSC08 |
| 1361 | CDY1 |
| 1362 | CDY1 |
| 1363 | CDY1 |
| 1364 | CDY1 |
| 1365 | MM405 |
| 1366 | MM405 |
| 1367 | MM405 |
| 1368 | MM405 |
| 1369 | MM405 |
| 1370 | MM405 |
| 1371 | MM405 |
| 1372 | LC031 |
| 1373 | LC031 |
| 1374 | LC031 |
| 1375 | LC031 |
| 1376 | KS564 |
| 1377 | KS564 |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000084

**PX 27, 2715**

# Expert Notes

███████████████

Print All Notes

MSA

| | User |
|---|---|
| 1378 | KS564 |
| 1379 | KS564 |
| 1380 | DS563 |
| 1381 | DS563 |
| 1382 | DS563 |
| 1383 | KR108 |
| 1384 | KR108 |
| 1385 | KR108 |
| 1386 | KR108 |
| 1387 | KR108 |
| 1388 | KR108 |
| 1389 | SC321 |
| 1390 | SC321 |
| 1391 | SC321 |
| 1392 | SC321 |
| 1393 | SC321 |
| 1394 | TGCV0 |
| 1395 | TGCV0 |
| 1396 | TGCV0 |
| 1397 | TGCV0 |
| 1398 | TGCV0 |
| 1399 | TGCV0 |
| 1400 | bamuser |
| 1401 | bamuser |
| 1402 | bamuser |
| 1403 | bamuser |
| 1404 | bamuser |
| 1405 | bamuser |
| 1406 | bamuser |
| 1407 | bamuser |
| 1408 | bamuser |
| 1409 | bamuser |
| 1410 | bamuser |
| 1411 | bamuser |
| 1412 | bam2088 |
| 1413 | bam2088 |
| 1414 | CR027 |
| 1415 | CR027 |
| 1416 | CR027 |
| 1417 | CR027 |
| 1418 | CR027 |
| 1419 | JM465 |
| 1420 | JM465 |
| 1421 | JM465 |
| 1422 | JS687 |
| 1423 | JS687 |
| 1424 | JS687 |
| 1425 | JS687 |
| 1426 | bamd253 |
| 1427 | bamd253 |
| 1428 | bamd253 |

**JR-b80**

**Page 58**

**Attachment JJJJ**

10417905-FISV-000085

# PX 27, 2716

# Expert Notes

Print All Notes

| | User |
|---|---|
| 1429 | batchusr |
| 1430 | batchusr |
| 1431 | batchusr |
| 1432 | batchusr |
| 1433 | batchusr |
| 1434 | batchusr |
| 1435 | CR027 |
| 1436 | CR027 |
| 1437 | CR027 |
| 1438 | CR027 |
| 1439 | CR027 |
| 1440 | CR027 |
| 1441 | CR027 |
| 1442 | CR027 |
| 1443 | CR027 |
| 1444 | CR027 |
| 1445 | CR027 |
| 1446 | bamc227 |
| 1447 | bamc227 |
| 1448 | bamc227 |
| 1449 | MHX48 |
| 1450 | MHX48 |
| 1451 | MHX48 |
| 1452 | MHX48 |
| 1453 | MHX48 |
| 1454 | MHX48 |
| 1455 | JDCA4 |
| 1456 | batchusr |
| 1457 | batchusr |
| 1458 | KNW56 |
| 1459 | KNW56 |
| 1460 | KNW56 |
| 1461 | KNW56 |
| 1462 | GP661 |
| 1463 | GP661 |
| 1464 | GP661 |
| 1465 | GP661 |
| 1466 | AM087 |
| 1467 | AM087 |
| 1468 | AM087 |
| 1469 | AM087 |
| 1470 | AM087 |
| 1471 | AM087 |
| 1472 | AS811 |
| 1473 | MW323 |
| 1474 | MW323 |
| 1475 | MW323 |
| 1476 | MW323 |
| 1477 | MW323 |
| 1478 | MW323 |
| 1479 | MW323 |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000086

**PX 27, 2717**

**9/10/2020**                           **Expert Notes**                           **MSA**

Print All Notes

|      | User    |
|------|---------|
| 1480 | batchusr |
| 1481 | batchusr |
| 1482 | TW032 |
| 1483 | TW032 |
| 1484 | TW032 |
| 1485 | TW032 |
| 1486 | TW032 |
| 1487 | TW032 |
| 1488 | TW032 |
| 1489 | batchusr |
| 1490 | batchusr |
| 1491 | TW032 |
| 1492 | TW032 |
| 1493 | TW032 |
| 1494 | SDR86 |
| 1495 | SDR86 |
| 1496 | SDR86 |
| 1497 | SDR86 |
| 1498 | batchusr |
| 1499 | batchusr |
| 1500 | BF606 |
| 1501 | BF606 |
| 1502 | BF606 |
| 1503 | BF606 |
| 1504 | bam2015 |
| 1505 | bam2015 |
| 1506 | batchusr |
| 1507 | batchusr |
| 1508 | KC262 |
| 1509 | KC262 |

**JR-b80**

Confidential                           **Attachment JJJJ**                           10417905-FISV-000087

**PX 27, 2718**

## ADDITIONAL OUTLET FORM

(Page 1 of 3)

New Merchant #: _____

Xref External # Required? ☐ Yes ☒ No     Store # included Xref External #? ☐ Yes ☒ No
Note: These fields are NOT to be used to embed the store # in the north MIDs.

### HIERARCHY

Corp #: _____

Chain #: _____     Tie-To #: _____

### SALES INFORMATION

| Sales Rep ID | RM Name | Submitter's Name | Submitter's Phone # |
|---|---|---|---|
| BRCN | JESSICA CEDENO | NIRICA WHITTICK | |

### TELL US ABOUT YOUR BUSINESS

Your DBA/Outlet Name: (Maximum 24 Characters)   | P | E | N | N | Y | | P | R | O | | | | | | | | | | | | | | |

Your Business Legal Name: (Client):
RAGINGBULLDOT COM LLC

Name of Signer:
JEFFREY BISHOP

Title of Signer:
MEMBER LLC

| First/Last Contact Name: | Address: (No P.O.Box) | Suite #: | City: | State: | Zip: | Store #: |
|---|---|---|---|---|---|---|
| JORDAN REYNA | 835 E LAMAR BLVD | 238 | ARLINGTON | TX | 76011 | |

Your Business Phone #: (855) 977-0947

Merchant Customer Service Phone #: (855) 977-0947

Fax #: _____

Web Site Address: www.pennypro.com

E-Mail Address: jordan@ragingbull.com

Customer Service E-Mail Address: support@pennypro.com

| | | MasterCard/Visa Average Ticket | $ 300.00 | |
|---|---|---|---|---|
| Annual MasterCard/Visa Volume | $ 2,000,000 | | | Pricing Type (3 digit #) 0 2 0 |
| Annual Discover* Volume | $ 50,000 | Discover Average Ticket | $ 300.00 | MCC: 7399 |
| Annual American Express Volume | $ 50,000 | American Express Average Ticket | $ 300.00 | |
| TeleCheck Annual Volume | $ 0 | | | |

Products/Services You Sell: BUSINESS SERVICES

Seasonal? ☐ Yes ☒ No
If Yes, select the months in which the business is open: ☐ JAN ☐ FEB ☐ MAR ☐ APR ☐ MAY ☐ JUN ☐ JUL ☐ AUG ☐ SEP ☐ OCT ☐ NOV ☐ DEC

### BILL TO INFORMATION

Head Office/Bill To Name: LIGHTHOUSE MEDIA LLC

| Business Phone #: (855) 981-8370 | Address: 835 E LAMAR BLVD # 263 | First/Last Contact Name: JORDAN REYNA |
|---|---|---|

PLEASE COMPLETE EACH SECTION BELOW:     City: ARLINGTON     State: TX     Zip: 76011

POS Card Swipe _____% + Manual Imprint _____% + Mail Order _____% + Phone Order _____% + Internet 100 % = 100%     Mag Swipe _____ % + Keyed 100 % = 100%

Mail Statements to: ☐ 01 Outlet   ☒ 02 Bill To - No Recap   ☐ 07 Suppress Statement   ☐ 08 Recap - No Statement
(Recap Code)   ☐ 09 Bill To/Statement + Recap   ☐ 10 Recap Chain/Statement to Outlet Bill To

Merchant Type (4 digit #) 8 0 0 0

Entity Type: ☐ Private Corporation ☐ Public Corporation ☐ Sole Proprietorship ☐ Partnership ☐ Franchisee Owned ☒ LLC

Check one: TIN Type: ☒ EIN (Fed Tax ID #)   ☐ SSN   D&B #: _____     No. of Employees: _____

### IMPORTANT IRS INFORMATION

☐ Non-Profit   ☐ Non-Profit/Tax Exempt as described in 26 USC Section 501(c)(3) OR a Tribal (Native American) government or Tribal government-owned,   ☐ Gov't. Entity
If tax exempt, provide copy of IRS Determination Letter; if Tribal government, provide evidence of tribal recognition, and proof of tribal ownership if separate entity.
NOTE: Failure to provide accurate information may result in withholding of merchant funding per IRS regulations (See Part IV, Section A.3 of your Program Guide for further information.)

Name (as it appears on your income tax return)[1]
RAGINGBULLDOT COM LLC

☒ Federal Tax ID#: (as it appears on your income tax return)[1]

☐ I certify that I am a foreign entity/nonresident alien. (If checked, please attach IRS Form W-8.)

[1]If Client is a disregarded entity under IRS regulations and has provided its owner's taxpayer filing name and Federal Tax ID above, then please attach an IRS Form W-9.

### OTHER ENTITLEMENTS

| | | | | | |
|---|---|---|---|---|---|
| ☐ ECA* Warranty | ☐ ECA Verification | ☐ Lockbox Pro21 Warranty | ☐ Lockbox Pro21 Verification | ☐ e-Deposit Warranty | ☐ e-Deposit Settlement Only |
| ☐ ICA Warranty | ☐ ICA Verification | ☐ CBP Warranty | ☐ CBP Verification | ☐ Paper Warranty | ☐ Paper Verification |
| ☐ Check Cashing Warranty | ☐ Check Cashing Verification | ☐ Mail Order Warranty | ☐ COD Warranty | ☐ Remote Pay Warranty | ☐ Remote Pay Verification |
| ☐ Other: | | | | | |

☑ MasterCard   ☑ Visa   ☑ Discover, (Including Diners Club International®, JCB, UnionPay and BCard)

☑ Discover Full Service Processing

Discover SE # (if retained): _____

☐ Gift Card (see attached addendum)   SE #: _____

MC Registration Program ID: _____

☐ PIN Debit # _____     ☐ EBT (SNAP) FNS # (XREF): _____

Existing Subscriber #: _____

☐ American Express® (AXP) (includes credit and prepaid cards)
☑ AXP OptBlue™
☐ AXP Direct:

American Express® Service Type (check one)
☐ Split Dial ☐ Single Settle ☑ EDC ☐ P/P ☐ Reverse IP

American Express Cap #: _____
Franchise Name: _____
☐ IATA/ARC Code: _____     (for MCC 4722 Only)

☐ Voyager Fleet   Annual Voyager Vol.: $ _____
☐ WEX Full Acquiring   Annual WEX Volume: $ _____

Participation in Voyager Tax Exempt Program: ☐ Yes ☐ No (if yes, additional request required)
☐ WEX (Non-Full Svc) (requires separate form)   ☐ MasterCard Fleet

BAMS/FDSGenNAddLo1808(la)

# ADDITIONAL OUTLET FORM
## SHIPPING INSTRUCTIONS
(Page 2 of 3)

Ship Terminal / Start-up Kit To: ☐ Outlet/DBA  ☐ Head Office  ☐ Do Not Ship  ☐ No Welcome Kit and Supplies  ☐ No Welcome Kit  ☐ Other — (See Below)

Name: _____  Attention: _____

Address: _____  City: _____  State: _____  Zip: _____

Delayed Start Date: _____  Delayed Ship Date: _____

Do you use any third party to store, process or transmit cardholder data?  *(Examples include, but not limited to web hosting companies, Electronic Data Capture, Loyalty programs)*

☒ No  ☐ Yes  If yes, give name/address: _____

Please identify any Software used for storing, transmitting, or processing Card Transactions or Authorization Requests:

Network: ☐ (206) CARD*net*  ( ___ ) Nashville  ☐ ( ___ ) Buypass  ☒ Other: __compass__   Specify Security Code: ( __5083__ )

| Rental • Purchase Cust.-Owned • Lease* Installment Purchase *(circle one)* | QTY | IP | Equipment Type *(i.e. Terminal/VAR/Internet)* | Retail • Restaurant • MOTO/Internet Lodging • Supermarket • Car Rental Quick Service Restaurant • Petro | Model Code and Name | Unit Purchase Price (w/o Tax) | Monthly Payment Due (w/o Tax) | For Customer-Owned Equipment Track/Version/Serial # |
|---|---|---|---|---|---|---|---|---|
| R P X L¹ I | 1 | ☐ | PAYEEZY | R Re MOX/I L S C QSR P | GWSE CM | $0 | $ | |
| R P C L¹ I | | ☐ | | R Re MOTO/I L S C QSR P | | $ | $ | |
| R P C L¹ I | | ☐ | | R Re MOTO/I L S C QSR P | | $ | $ | |
| R P C L¹ I | | ☐ | | R Re MOTO/I L S C QSR P | | $ | $ | |
| R P C L¹ I | | ☐ | | R Re MOTO/I L S C QSR P | | $ | $ | |
| R P C L¹ I | | ☐ | | R Re MOTO/I L S C QSR P | | $ | $ | |
| R P C L¹ I | | ☐ | | R Re MOTO/I L S C QSR P | | $ | $ | |

*The Installment Purchase option allows you to make 3 equal monthly payments.*

¹A separate approval by and non-cancelable lease agreement with, First Data Merchant Services Corporation (through its business unit, First Data Global Leasing) are required; that lease agreement contains the terms and conditions for leased equipment.

Check one: ☐ Gateway Solutions  ☐ Dial Solutions  ☐ Global Gateway  ☐ Payeezy Gateway  ☐ VSAT**.  ☐ Frame.  ☐ Other: _____  ☐ IC Verify Serial # _____

VAR/Internet/Software:  Name: _____  (Nashville Only — Product ID # _____  Vendor ID # _____ )

NOTE: **Requires separate agreement between Client and its VSAT provider prior to implementation of this telecommunications protocol.

Network: ☐ Nashville  ☐ CARDnet  ☐ Buypass  ☐ Other: _____

☐ PNS  ☐ Netconnect  Email Address: _____  Client #: _____  Division #: _____

C/O - IC  Verify Serial # _____  ESN # _____  MAN # _____  Software Product ID # _____  Software Vendor ID # _____

Holds Paper: ☐ Merchant  ☐ Processor  Imprinter Purchase: Amount $ __50.00__  x Qty _____  = Total $ _____  (w/o tax)  Plates: ☐ Short  ☐ Long

Wireless Service Provider: ☐ GPRS AT&T  or  ☐ CDMA Sprint

## TERMINAL FEATURES

☐ Auto Settle Time _____ hh ET (military)
☐ Bar Tab
☐ Clerk/Server Entry
☐ Debit Cash Back
Delayed Ship Date: _____
☐ Dial Prefix: ☐ Dial 9  ☐ Other: _____
☐ Dial Suffix: _____
☐ QSR-CR/SMT Amt. $ _____ (Convenience/Small Ticket)
☐ QSR Print Option
☐ Invoice Number
☐ Multi-Trans (PC/Register/Software only)

☐ Remove Ticket #
☐ Retail Gas
☐ Retail With Tip
☐ Ship Method (Overnight)
☐ Tip % Option
☐ Verify Amount Prompt
☐ E-Commerce
☐ Remove Room #
☐ No Server/Ticket ID
☐ If IP _____ (List Current Provider)
☐ Partial Approval
☐ Purchase w/Balance Return

☐ Standalone Balance Inquiry
☐ Amex Prepaid Program Preference (Choose One)
  ☐ Partial Auth
  ☐ Balance Back
  ☐ Other _____

PINPad:
☐ DES Encryption
☐ DUKPT
☐ Access Code
# _____

| Terminal Features: *(cont'd)* | Key Disable | or | Password Protect |
|---|---|---|---|
| Credits | ☐ | | ☐ |
| Voids | ☐ | | ☐ |
| Forces | ☐ | | ☐ |
| Reviews | ☐ | | ☐ |
| Bal/Settle | ☐ | | ☐ |
| Auth Only | ☐ | | ☐ |
| Reports | ☐ | | ☐ |
| Tip Adjustment | ☐ | | ☐ |

**PLEASE VERIFY SELECTED FEATURES ARE AVAILABLE UNDER THE ALLIANCE, NETWORK, PRODUCT & APPLICATION**

Comments: _____

(NOTE: Completing the Comments field will result in a 48 hour terminal programming delay)

### Buypass Attributes

Bank FIID: _____  Group FIID: _____
Confirmation Letter:  ☐ Yes  ☐ No
Duplicate Protection:  ☐ On  ☐ Off
Variable Cut:  ☐ Yes  ☐ No
Cut Time: _____ (military)

Password: ☐ 111111  ☐ 123456
☐ Other: _____
Prop ID: _____
Daylight Savings: ☐ Yes  ☐ No

ACH Sum ID #: _____
Velocity Chain #: _____
Velocity Count: _____
Velocity Amount: $ _____

**Specials**
_____
_____
_____
_____
_____

NOTE: If attributes are not chosen, then the generic defaults will apply.

BAMS/FDSGenNAddLo1808(ia)

**Attachment JJJJ**

10417905-FISV-000127

PX 27, 2720

## ADDITIONAL OUTLET FORM
(Page 2 of 3)

All payments to Client shall be through the Automated Clearing House (ACH) and shall normally be electronically transmitted directly to the demand deposit account ("DDA") indicated below or any successor account designated to receive provisional funding of Client's sales pursuant to the Client's agreement governing merchant card processing services (referred to herein as the "Merchant Agreement") by and among the Client, Processor and Bank. Processor means Banc of America Merchant Services, LLC or First Data Services, LLC, as applicable, and Bank means Bank of America, N.A.; references to "you" and "your" mean Client; references to "Services" "our," "us" and "we" mean Processor and Bank. We cannot guarantee the timeliness with which any payment may be credited by Client's depository institution ("DEPOSITORY").

Client hereby authorizes Bank and its authorized representative to access information from the DDA and to initiate credit and/or debit entries by Bank wire or ACH transfer and to authorize DEPOSITORY to block or to initiate, if necessary, reversing entries and adjustments for any original entries made to the DDA and to authorize DEPOSITORY to provide such access and to credit and/or debit or to block the same to such account. This authorization is without respect to the source of any funds in the DDA, is irrevocable and is coupled with an interest. This authority extends to any equipment rental or purchase agreements which may exist with Client as well as to any fees and assessments and Chargeback amounts of whatever kind or nature due under the terms of your Agreement whether arising during or after termination of this Agreement.

This authority is to remain in full force and effect at all times unless and until we have consented to its termination and in such time and in such manner as to afford us and DEPOSITORY a reasonable opportunity to act on it. In addition, Client understands and agrees that it will be charged a reject fee for each ACH which cannot be processed, and all subsequent funding may be suspended until Client either (1) provides written notice that ACHs can be processed or (2) a new electronic funding agreement is signed by Client. In order to insure transactions are properly handled, A COPY OF A BLANK VOIDED CHECK MUST BE INCLUDED. Client's depository must be able to process or accept electronic transfers either via ACH and/or Fed wire (Bank wire) which transfers are processed utilizing the Federal Reserve System. If payment is to be made by Bank wire or Automated Clearing House transfer, please supply the above information.

ABA ██████████████          DDA ██████████████

A voided check or bank letter is required if the banking information (above) for the additional location is different from the tie-to location.

☒ Fees Same as Tie To Account          ☐ Additional Credit Addendum
                                          (Required for accounts that are High Risk/MOTO/Internet or B2B)

☐ Additional Fees due to Industry Type (see attached fee schedule)          ☐ Additional Fees due to Service Entitlements (see attached fee schedule)

**APPLICABLE TO MERCHANTS UNDER AMERICAN EXPRESS OPTBLUE PROGRAM:** To be qualified under this program, you must meet these criteria: (a) your Total Annual American Express volume (listed in Section 2 above) is less than $1,000,000 and (b) your business is not a type prohibited, and is not a franchisee of any franchise excluded, by American Express. In addition, you must continue to qualify for this program, and to do so, your total American Express Card transaction volume cannot exceed certain thresholds, all as further described in Part I, Sections 45.2 and 45.5.4 of this Program Guide. Please also refer to Part I, Sections 45.5.2 – 45.5.3 of the Program Guide to learn about American Express' use of your information and how you may opt out of certain uses.

You further acknowledge and agree that you will not use your merchant account and/or the Services for illegal transactions, for example, those prohibited by the Unlawful Internet Gambling Enforcement Act, 31 U.S.C. Section 5361 et seq, as may be amended from time to time, or processing and acceptance of transactions in certain jurisdictions pursuant to 31 CFR Part 500 et seq. and other laws enforced by the Office of Foreign Assets Control (OFAC).

Client certifies, under penalties of perjury, that the federal taxpayer identification number and corresponding filing name provided herein are correct.

Please add the above mentioned additional location(s) to your system. I understand and agree upon execution of this document, the above mentioned additional location(s) is/are hereby bound by the processing Agreement signed for the above primary location, any agreement attached hereto as well as pricing for the services specified herein. I further acknowledge that all information provided is true and accurate.

_____          JEFFREY BISHOP          PRESIDENT          9/14/17
Client's Business Principal Signature (please sign here)          Please Print Name of Signer          Title          Date

BAMS/FDSGenNAddLo18036(a)

Confidential

**Attachment JJJJ**          10417905-FISV-000128

**PX 27, 2721**

# ADDITIONAL OUTLET FORM

(Page 1 of 3)

New Merchant #:_____

Xref External # Required? ☐Yes ☒No    Store # included Xref External #? ☐Yes ☒No
Note: These fields are NOT to be used to embed the store # in the north MID#.

## HIERARCHY

Corp #:

Chain #:    Tie-To #:

## SALES INFORMATION

| Sales Rep ID | RM Name | Submitter's Name | Submitter's Phone # |
|---|---|---|---|
| BRCN | JESSICA CEDENO | NIRICA WHITTICK | |

## TELL US ABOUT YOUR BUSINESS

Your DBA/Outlet Name: (Maximum 24 Characters)   P E N N Y P R O

Your Business Legal Name (Client):
RAGINGBULLDOT COM LLC

Name of Signer: JEFFREY BISHOP    Title of Signer: MEMBER LLC

| First/Last Contact Name: JORDAN REYNA | Address: (No P.O.Box) 835 E LAMAR BLVD | Suite #: 238 | City: ARLINGTON | State: TX | Zip: 76011 | Store #: |
|---|---|---|---|---|---|---|

Your Business Phone #: (855) 977-0947

Merchant Customer Service Phone #: (855) 977-0947    Fax #:

Web Site Address: www.pennypro.com

E-Mail Address: jordan@ragingbull.com

Customer Service E-Mail Address: support@pennypro.com

| Annual MasterCard/Visa Volume | $ 2,000,000 | MasterCard/Visa Average Ticket | $ 300.00 | Pricing Type (3 digit #) 0  2  0 |
|---|---|---|---|---|
| Annual Discover* Volume | $ 50,000 | Discover Average Ticket | $ 300.00 | MCC: 7399 |
| Annual American Express Volume | $ 50,000 | American Express Average Ticket | $ 300.00 | |
| TeleCheck Annual Volume | $ 0 | | | |

Products/Services You Sell: BUSINESS SERVICES

Seasonal? ☐Yes ☒No

If Yes, select the months in which the business is open: ☐JAN ☐FEB ☐MAR ☐APR ☐MAY ☐JUN ☐JUL ☐AUG ☐SEP ☐OCT ☐NOV ☐DEC

## BILL TO INFORMATION

Head Office/Bill To Name: LIGHTHOUSE MEDIA LLC

Business Phone #: (855) 981-8370    Address: 835 E LAMAR BLVD # 263

First/Last Contact Name: JORDAN REYNA

City: ARLINGTON    State: TX    Zip: 76011

PLEASE COMPLETE EACH SECTION BELOW:

POS Card Swipe ____% + Manual Imprint ____% + Mail Order ____% + Phone Order ____% + Internet 100 % = 100%    Mag Swipe ____% + Keyed____% = 100%

Mail Statements to: ☐ 01 Outlet    ☒ 02 Bill To - No Recap    ☐ 07 Suppress Statement    ☐ 08 Recap - No Statement
(Recap Code)    ☐ 09 Bill To/Statement + Recap    ☐ 10 Recap Chain/Statement to Outlet Bill To

Entity Type: ☐ Private Corporation ☐ Public Corporation ☐ Sole Proprietorship ☐ Partnership ☐ Franchisee Owned ☒ LLC

Merchant Type (4 digit #) 8  0  0  0

Check one: TIN Type: ☒EIN (Fed Tax ID #)  ☐SSN   D&B #:

No. of Employees:_____

### IMPORTANT IRS INFORMATION

☐ Non-Profit   ☐ Non-Profit/Tax Exempt as described in 26 USC Section 501(c)(3) OR a Tribal (Native American) government or Tribal government-owned.  ☐ Gov't. Entity
If tax exempt, provide copy of IRS Determination Letter; if Tribal government, provide evidence of tribal recognition, and proof of tribal ownership if separate entity.

NOTE: Failure to provide accurate information may result in a withholding of merchant funding per IRS regulations (See Part IV, Section A.3 of your Program Guide for further information.)

Name (as it appears on your income tax return)[1]
RAGINGBULLDOT COM LLC

☒ Federal Tax ID#: (as it appears on your income tax return)[1]

☐ I certify that I am a foreign entity/nonresident alien.
(If checked, please attach IRS Form W-8.)

[1] If Client is a disregarded entity under IRS regulations and has provided its owner's taxpayer filing name and Federal Tax ID above, then please attach an IRS Form W-9.

## OTHER ENTITLEMENTS

| | | | | | |
|---|---|---|---|---|---|
| ☐ ECA* Warranty | ☐ ECA Verification | ☐ Lockbox Pro21 Warranty | ☐ Lockbox Pro21 Verification | ☐ e-Deposit Warranty | ☐ e-Deposit Settlement Only |
| ☐ ICA Warranty | ☐ ICA Verification | ☐ CBP Warranty | ☐ CBP Verification | ☐ Paper Warranty | ☐ Paper Verification |
| ☐ Check Cashing Warranty | ☐ Check Cashing Verification | ☐ Mail Order Warranty | ☐ COD Warranty | ☐ Remote Pay Warranty | ☐ Remote Pay Verification |
| ☐ Other:_____ | | Existing Subscriber #: | | | |

☐ MasterCard   ☐ Visa   ☐ Discover, (Including Diners Club International*, JCB, UnionPay and 8Ccard)

☐ Discover Full Service Processing

Discover SE # (if retained):_____

☐ American Express* (AXP) (includes credit and prepaid cards)
☐ AXP OptBlue**
☐ AXP Direct:

☐ Gift Card (see attached addendum)   SE #_____

American Express* Service Type (check one)
☐ Split Dial  ☐ Single Settle  ☐ EDC  ☐ PIP  ☐ Reverse IP

MC Registration Program ID:_____

American Express Cap #:_____
Franchise Name:_____

☐ PIN Debit #_____   ☐ EBT (SNAP) FNS # (XREF):_____

☐ IATA/ARC Code:_____ _____ (for UCC 4722 Only)

☐ Voyager Fleet   Annual Voyager Vol.: $_____

☐ WEX Full Acquiring   Annual WEX Volume: $_____

Participation in Voyager Tax Exempt Program: ☐Yes ☐No (if yes, additional request form required)
☐ WEX (Non-Full Svc) (requires separate form)   ☐ MasterCard Fleet

BAMS/FDSGenNAddLo1808(la)

Attachment JJJJ    PX 27, 2722

# ADDITIONAL OUTLET FORM

(Page 2 of 3)

## SHIPPING INSTRUCTIONS

Ship Terminal / Start-up Kit To: ☐ Outlet/DBA   ☐ Head Office   ☐ Do Not Ship   ☐ No Welcome Kit and Supplies   ☐ No Welcome Kit   ☐ Other – (See Below)

Name: _____   Attention: _____

Address: _____   City: _____ State: _____ Zip: _____

Delayed Start Date: _____   Delayed Ship Date: _____

Do you use any third party to store, process or transmit cardholder data? *(Examples include, but not limited to web hosting companies, Electronic Data Capture, Loyalty programs)*

☒ No   ☐ Yes   If yes, give name/address: _____

Please identify any Software used for storing, transmitting, or processing Card Transactions or Authorization Requests: _____

Network: ☐ (206) CARD*net*®   ☐ ( _____ ) Nashville   ☐ ( _____ ) Buypass   ☒ Other: **compass**   Specify Security Code: ( **5083** )

| Rental • Purchase Cust.-Owned • Lease* Installment Purchase *(circle one)* | | | Equipment Type *(i.e., Terminal/VAR/Internet)* | Retail • Restaurant • MOTO/Internet Lodging • Supermarket • Car Rental Quick Service Restaurant • Petro | Model Code and Name | Unit Purchase Price *(w/o Tax)* | Monthly Payment Due *(w/o Tax)* | For Customer-Owned Equipment Track / Version/ Serial # |
|---|---|---|---|---|---|---|---|---|
| R  P  ☒  L¹  I | QTY 1 | IP ☐ | PAYEEZY | R  Re  MO☒/I  L  S  C  QSR  P | | $ 0 | $ | |
| R  P  C  L¹  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L¹  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L¹  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L¹  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L¹  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L¹  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L¹  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |

*The Installment Purchase option allows you to make 3 equal monthly payments.*

¹A separate approval by, and non-cancelable lease agreement with, First Data Merchant Services Corporation (through its business unit, First Data Global Leasing) are required; that lease agreement contains the terms and conditions for leased equipment.

Check one: ☐ Gateway Solutions  ☐ Dial Solutions  ☐ Global Gateway  ☐ Payeezy Gateway  ☐ VSAT**  ☐ Frame  ☐ Other: _____   ☐ IC Verify Serial # _____

VAR/Internet/Software: Name: _____   (Nashville Only: Product ID # _____   Vendor ID # _____ )

NOTE: **Requires separate agreement between Client and its VSAT provider prior to implementation of this telecommunications protocol.

Network: ☐ Nashville   ☐ CARDnet   ☐ Buypass   ☐ Other: _____

☐ PNS   ☐ Netconnect   Email Address: _____

C/O - IC   _____ Client #: _____   Division #: _____

Verify Serial # _____   ESN # _____   MAN # _____   Software Product ID # _____   Software Vendor ID # _____

Holds Paper: ☐ Merchant  ☐ Processor   Imprinter Purchase:   Amount $ **50.00**   x  Qty _____ = Total $ _____ (w/o tax)  Plates: ☐ Short  ☐ Long

Wireless Service Provider: ☐ GPRS AT&T  or  ☐ CDMA Sprint

## TERMINAL FEATURES

☐ Auto Settle Time _____ hh ET (military)

☐ Bar Tab

☐ Clerk /Server Entry

☐ Debit Cash Back

Delayed Ship Date: _____

☐ Dial Prefix: ☐ Dial 9  ☐ Other: _____

☐ Dial Suffix: _____

☐ QSR-CR/SMT  Amt. $ _____ *(Convenience/Small Ticket)*

☐ QSR Print Option _____

☐ Invoice Number

☐ Multi-Trans *(PC/Register/Software only)*

☐ Remove Ticket #

☐ Retail Gas

☐ Retail With Tip

☐ Ship Method *(Overnight)*

☐ Tip % Option

☐ Verify Amount Prompt

☐ E-Commerce

☐ Remove Room #

☐ No Server/ Ticket ID

☐ If IP _____ *(List Current Provider)*

☐ Partial Approval

☐ Purchase w/Balance Return

☐ Standalone Balance Inquiry

☐ Amex Prepaid Program Preference *(Choose One)*

☐ Partial Auth

☐ Balance Back

☐ Other _____

PINPad:

☐ DES Encryption

☐ DUKPT

☐ Access Code   # _____

Terminal Features: *(cont'd)*

| | Key Disable | *or* Password Protect |
|---|---|---|
| Credits | ☐ | ☐ |
| Voids | ☐ | ☐ |
| Forces | ☐ | ☐ |
| Reviews | ☐ | ☐ |
| Bal/Settle | ☐ | ☐ |
| Auth Only | ☐ | ☐ |
| Reports | ☐ | ☐ |
| Tip Adjustment | ☐ | ☐ |

PLEASE VERIFY SELECTED FEATURES ARE AVAILABLE UNDER THE ALLIANCE, NETWORK, PRODUCT & APPLICATION

Comments: _____

(NOTE: Completing the Comments field will result in a 48 hour terminal programming delay)

## Buypass Attributes

Bank FIID: _____  Group FIID: _____

Confirmation Letter:   ☐ Yes   ☐ No

Duplicate Protection:   ☐ On   ☐ Off

Variable Cut:   ☐ Yes   ☐ No

Cut Time: _____ (military)

Password: ☐ 111111  ☐ 123456

☐ Other: _____

Prop ID: _____

Daylight Savings: ☐ Yes  ☐ No

ACH Sum ID #: _____

Velocity Chain #: _____

Velocity Count: _____

Velocity Amount: $ _____

**Specials**

_____  _____
_____  _____
_____  _____
_____  _____

NOTE: If attributes are not chosen, then the generic defaults will apply.

BAMS/FDSGenNAddLo1808(ia)

**Attachment JJJJ**   **PX 27, 2723**

All payments to Client shall be through the Automated Clearing House (ACH) and shall normally be electronically transmitted directly to the demand deposit account ("DDA") indicated below or any successor account designated to receive provisional funding of Client's sales pursuant to the Client's agreement governing merchant card processing services (referred to herein as the "Merchant Agreement") by and among the Client, Processor and Bank. Processor means Banc of America Merchant Services, LLC or First Data Services, LLC, as applicable, and Bank means Bank of America, N.A.; references to "you" and "your" mean Client; references to "Servicers" "our," "us" and "we" mean Processor and Bank." We cannot guarantee the timeliness with which any payment may be credited by Client's depository institution ("DEPOSITORY").

Client hereby authorizes Bank and its authorized representative to access information from the DDA and to initiate credit and/or debit entries by Bank wire or ACH transfer and to authorize DEPOSITORY to block or to initiate, if necessary, reversing entries and adjustments for any original entries made to the DDA and to authorize DEPOSITORY to provide such access and to credit and/or debit or to block the same to such account. This authorization is without respect to the source of any funds in the DDA, is irrevocable and is coupled with an interest. This authority extends to any equipment rental or purchase agreements which may exist with Client as well as to any fees and assessments and Chargeback amounts of whatever kind or nature due under the terms of your Agreement whether arising during or after termination of this Agreement.

This authority is to remain in full force and effect at all times unless and until we have consented to its termination and in such time and in such manner as to afford us and DEPOSITORY a reasonable opportunity to act on it. In addition, Client understands and agrees that it will be charged a reject fee for each ACH which cannot be processed, and all subsequent funding may be suspended until Client either (1) provides written notice that ACHs can be processed or (2) a new electronic funding agreement is signed by Client. In order to insure transactions are properly handled, A COPY OF A BLANK VOIDED CHECK MUST BE INCLUDED. Client's depository must be able to process or accept electronic transfers either via ACH and/or Fed wire (Bank wire) which transfers are processed utilizing the Federal Reserve System. If payment is to be made by Bank wire or Automated Clearing House transfer, please supply the above information.

ABA ████ █████    DDA ████████

A voided check or bank letter is required if the banking information (above) for the additional location is different from the tie-to location.

☒ Fees Same as Tie To Account

□ Additional Fees due to Industry Type *(see attached fee schedule)*

□ Additional Credit Addendum (Required for accounts that are High Risk/MOTO/internet or B2B)

□ Additional Fees due to Service Entitlements *(see attached fee schedule)*

APPLICABLE TO MERCHANTS UNDER AMERICAN EXPRESS OPTBLUE PROGRAM: To be qualified under this program, you must meet these criteria: (a) your Total Annual American Express volume (listed in Section 2 above) is less than $1,000,000 and (b) your business is not a type prohibited, and is not a franchisee of any franchise excluded, by American Express. In addition, you must continue to qualify for this program, and to do so, your total American Express Card transaction volume cannot exceed certain thresholds, all as further described in Part I, Sections 45.2 and 45.5.4 of the Program Guide. Please also refer to Part I, Sections 45.5.2 – 45.5.3 of the Program Guide to learn about American Express' use of your information and how you may opt out of certain uses.

You further acknowledge and agree that you will not use your merchant account and/or the Services for illegal transactions, for example, those prohibited by the Unlawful Internet Gambling Enforcement Act, 31 U.S.C. Section 5361 et seq, as may be amended from time to time, or processing and acceptance of transactions in certain jurisdictions pursuant to 31 CFR Part 500 et seq, and other laws enforced by the Office of Foreign Assets Control (OFAC).

Client certifies, under penalties of perjury, that the federal taxpayer identification number and corresponding filing name provided herein are correct.

Please add the above mentioned additional location(s) to your system. I understand and agree upon execution of this document, the above mentioned additional location(s) is/are hereby bound by the processing Agreement signed for the above primary location, any agreement attached hereto as well as pricing for the services specified herein. I further acknowledge that all information provided is true and accurate.

Client's Business Principal Signature *(please sign here)*

JEFFREY BISHOP
Please Print Name of Signer

PRESIDENT
Title

9/14/17
Date

BAMS/FDSGenNAddL51808(w)

10417905-FISV-000131

Attachment JJJJ

PX 27, 2724

## Minor Status Change
### (Address Update Only – Do not use for DBA Name Change)
*Bank of America Merchant Services*

| MID #: | ████████ | Date: | 01/25/2018 | Effective Date: | |

Business DBA/Legal Name: pennypro.com

*Person Requesting Change: Jordan Reyna  Title: Finance Officer  Phone #: 972-533-1496

*Person should be Owner, Officer or Legal Contact. Does not include Manager, Clerk etc.

**Recap Code:** From: _____ To: _____
= None   01=Mail to Outlet   02 = Stmt -> Bill to, No Recap   07 = Suppress Stmts+Recap
08 = Prodce Recap, No Stmts   09 = Mail to Bill To   10 = Recap Corp Stmt Outlt   30 = DBA Recap->Bill To

**ACH Roll-Up Indicator:** From: _____ To: _____

0 = No Roll-up   1 = Roll-up by transaction type   2 = Roll-up by net   3 = Net Transfer EOM
Channel Specific:   7 = Deposit Batch   8 = Net Fee Trans

**Chargeback/Ret.Media Address:** From: _____ To: _____

0 = None   1 = BilTo Addr/BilTo Addr   2 = DBA Addr/DBA Addr   3 = BilTo Addr/DBA Addr   4 = DBA Addr/BilTo Addr

| Field | Current Value | New Value |
|---|---|---|
| DBA Attention (Contact Name): | | |
| DBA Address: | 835 E Lamar Blvd ste 263 | 62 Calef Highway #233 |
| DBA City: | Arlington | Lee |
| DBA State: | Texas | New Hampsire |
| DBA Zip: | 76011 | 03861 |
| DBA Phone: | | |
| Bill To Name Change: | | |
| Bill To Attention (Contact Name): | | |
| Bill To Address: | | |
| Bill To City: | | |
| Bill To State: | | |
| Bill To Zip: | | |
| Bill To Phone: | | |
| Descriptor Change: | | |
| Store #: | | |
| Fax Type: | | |
| Fax #: | | |
| Country: | | |
| URL (Website): | | |
| E-Mail Address: | | |

**This form should be submitted through the Merchant Service Center for expedited processing**

Please allow 48 hours upon receipt to process all status changes.

Revised 07/14/11

10417905-FISV-000132

**Attachment JJJJ**

**PX 27, 2725**

## Account List

**MSA**

Information is displayed at the Outlet Level.

| | Account Number | ABA | Funding Agency | Status |
|---|---|---|---|---|
| 1 | ██████ | ██████ | BANK OF AMERICA NA | |
| 2 | ██████ | ██████ | JPMORGAN CHASE BANK, NA | Active |

**JR-b80**

**Page 1**

# Expert Notes

9/10/2020              ███████████            MSA

Print All Notes

| # | Date | Time | Note Text | Rep | NID |
|---|------|------|-----------|-----|-----|
| 1 | 5/26/2020 | 12:37:13 | Batch Load   Misc Salesforce Case Number: 56685122 .Case Not | | ser |
| 2 | | | e: *sls*tate titchenal*  email mass request from rep Joseph | | ser |
| 3 | | | Long to close 6 mids  chain and all other mids on the chain | | ser |
| 4 | | | ██████████ accounts closed  no etfs | | ser |
| 5 | 3/27/2020 | 16:34:41 | OTHER BAMS DST Case  55282600, null  null  null  null  n | | |
| 6 | | | ull  null  Authenticated By:null  null  Brenda goodwin Wi | | |
| 7 | | | nn CMS   Tt  Anthony Bell after he was transferred from Elis | | |
| 8 | | | cia Diaz who had TLv with a OTC sent to the email on file  a | | |
| 9 | | | sking to change the email as that person no longer works in | | |
| 10 | | | that department.  he could verify the old email address and | | |
| 11 | | | nothing was showing in the fraud tool for rapport so I chang | | |
| 12 | | | ed the email address on file  sent the auto response | | |
| 13 | 11/19/2019 | 12:45:22 | Batch Load   Misc RSMS Project (Base): RS KRIDER.  Sent an e | | 226 |
| 14 | | | mail to Jordan advising that the reserve remains on the acco | | 226 |
| 15 | | | unt for one year. according to the letter they recd from Sec | | 226 |
| 16 | | | urity Risk, that was put into effect as of July 5th.  right | | 226 |
| 17 | | | now 25% has been collected which would be $75k however they | | 226 |
| 18 | | | are no longer processing through any of the accounts.  he ha | | 226 |
| 19 | | | s no other questions at this time. | | 226 |
| 20 | 11/12/2019 | 14:09:32 | Batch Load   Misc RSMS Project (Base): RS KRIDER:  Received | | 226 |
| 21 | | | a voicemail from Jordan and returned his call,  wanted to kn | | 226 |
| 22 | | | ow about the reserve and how long to full fill it.  Do show | | 226 |
| 23 | | | that its at 25% but will have to check with Security Risk du | | 226 |
| 24 | | | e to merchant is only processing refunds on one | | 226 |
| 25 | | | Batch Load   Misc of the account and the others have not had | | 226 |
| 26 | | | any further activity. also wanted to check on a line of cre | | 226 |
| 27 | | | dit that they had. advised would need to get that info from | | 226 |
| 28 | | | the Bank and i found a 8004321000 phone number in google for | | 226 |
| 29 | | | BofA New Hampshire.  sent to him via email. | | 226 |
| 30 | 3/12/2019 | 11:08:17 | Batch Load   Misc RSMS Project (Base): RS. I need to get our | | b09 |
| 31 | | | company phone number added to all billing descriptors asap. | | b09 |
| 32 | | | We have some old numbers on file but would like to use this | | b09 |
| 33 | | | number for each descriptor going forward.  (833) 2651270  W | | b09 |
| 34 | | | ill call in the next min or two.  Thanks,  Jordan  tt Jordan | | b09 |
| 35 | | | , said he | | b09 |
| 36 | | | Batch Load   Misc wanted to add a support # to the descripto | | b09 |
| 37 | | | rs on all of the accounts to try and help with disputes. The | | b09 |
| 38 | | | y want to try and resolve the issue with the customer before | | b09 |
| 39 | | | it gets to that point. I updated the phone # on all account | | b09 |
| 40 | | | s with 8332651270. Adv it should take 24 hours to complete t | | b09 |
| 41 | | | he update. | | b09 |
| 42 | 3/5/2019 | 13:10:47 | Batch Load   Misc RSMS Project (Trigger Word): RSErica,  Yes | | b09 |
| 43 | | | , Id like to proceed through your channels to get Visa Verif | | b09 |
| 44 | | | ied (VV) setup.  Ill check out that link. Thanks for your h | | b09 |
| 45 | | | elp on that.  Wed also like to explore any similar verifica | | b09 |
| 46 | | | tions like VV for other card providers (AMEX, Mastercard). D | | b09 |
| 47 | | | o you have any connections there?  Jordan  Jordan,  Im sendi | | b09 |
| 48 | | | ng the request | | b09 |
| 49 | | | Batch Load   Misc to our product team now. Ive asked for the | | b09 |
| 50 | | | m to contact you via email and keep me informed throughout t | | b09 |
| 51 | | | his process. I also mentioned you are interested in options | | b09 |

JR-b80

Confidential       **Attachment JJJJ**       10417905-FISV-000134

**PX 27, 2727**

# Expert Notes

9/10/2020                                                                                                                                MSA

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 52 | | | for MasterCard and Discover. Im not sure if they can assist | | b09 |
| 53 | | | with those but it doesnt hurt to ask.  If you have any other | | b09 |
| 54 | | | questions in the meantime please let me know.  Thank you, | | b09 |
| 55 | | | Erica Hoover | | b09 |
| 56 | 3/5/2019 | 10:35:07 | Batch Load   Misc RSMS Project (Trigger Word): RSGood afternn | | b09 |
| 57 | | | oon Jordan,  Have you had any further communication with Vis | | b09 |
| 58 | | | a since the last email below? Im just trying to gage an unde | | b09 |
| 59 | | | rstanding of where you are with this.   In addition to the V | | b09 |
| 60 | | | erified by Visa, have you had a chance to complete the addit | | b09 |
| 61 | | | ional velocity filters | | b09 |
| 62 | | | Batch Load   Misc within Payeezy to verify AVS(address verif | | b09 |
| 63 | | | ication).           Thank you,  Erica Hoover  Jan has a | | b09 |
| 64 | | | dvised BAMS partner sales has the ability to resell the Firs | | b09 |
| 65 | | | t Data services of Cardinal Commerce and would need to engag | | b09 |
| 66 | | | e them to complete Verified by Visa.  Waiting on a reply fro | | b09 |
| 67 | | | m Jordan. | | b09 |
| 68 | 3/4/2019 | 15:57:51 | Batch Load   Misc RSMS Project (Trigger Word): RSper notes " | | b09 |
| 69 | | | lower" is referencing a last name. currently working with th | | b09 |
| 70 | | | e client and determining steps for verified by visa | | b09 |
| 71 | 2/28/2019 | 09:28:25 | Batch Load   Misc Salesforce Case Number: 41866661 .Case Not | | 086 |
| 72 | | | e: *note from 2/27*cms*tate titchenal* tt anthony bell top v | | 086 |
| 73 | | | batch case890450155801  reviewed status / info... not able | | 086 |
| 74 | | | to win with situation / docs  ok | | 086 |
| 75 | 2/25/2019 | 12:00:20 | Batch Load   Misc RSMS Project (Base): RStt Jordan, interest | | b09 |
| 76 | | | ed in setting up verified by visa to secure his transactions | | b09 |
| 77 | | | more to help with chargebacks and also wanted to know if th | | b09 |
| 78 | | | ere was a tutorial on how to set up velocity filters on his | | b09 |
| 79 | | | Payeezy portal. I emailed him a helpful link to answer his q | | b09 |
| 80 | | | uestions and if he needed more info I would set up a call wi | | b09 |
| 81 | | | th the payeezy help desk. I advised him verified by visa and | | b09 |
| 82 | | | mastercard secure code would all be set up himself and can | | b09 |
| 83 | | | do it on the portal through payeezy. | | b09 |
| 84 | 2/14/2019 | 18:46:14 | Batch Load   Misc Salesforce Case Number: 41427517 .Case Not | | 731 |
| 85 | | | e: ShanaKirkland*SBSS*Per Compliance Risk Mgr, remove Discov | | 731 |
| 86 | | | er entitlement due to Discover terminations. | | 731 |
| 87 | 2/13/2019 | 09:26:44 | Batch Load   Misc RSMS Project (Base): RSErica,  Quick quest | | b09 |
| 88 | | | ion. We normally handle chargebacks several at a time on the | | b09 |
| 89 | | | same day. Is it better to handle 10 chargebacks over the sp | | b09 |
| 90 | | | an of two days or better to spread it out over a week? Multi | | b09 |
| 91 | | | ple weeks worth of chargebacks handled in a short period tim | | b09 |
| 92 | | | e had an adverse effect on our merchant status.  Jordan  Hi | | b09 |
| 93 | | | Jordan,  I dont believe | | b09 |
| 94 | | | Batch Load   Misc it makes a difference on how many you hand | | b09 |
| 95 | | | le over a certain time period. If you have a large amount of | | b09 |
| 96 | | | chargebacks against the business that poses a concern, the | | b09 |
| 97 | | | Risk department would notify you and myself and request a re | | b09 |
| 98 | | | mediation plan. You are already working on this now so I wou | | b09 |
| 99 | | | ld say you shouldnt have any concern at this point.   Thank | | b09 |
| 100 | | | you,  Erica Hoover | | b09 |
| 101 | 2/11/2019 | 08:34:17 | Batch Load   Misc RSMS Project (Base): Lets hold off on any | | b09 |
| 102 | | | changes at least until tomorrow. Ill comment back here then. | | b09 |

JR-b80

Confidential                                    **Attachment JJJJ**                          10417905-FISV-000135

# PX 27, 2728

# Expert Notes

███████████

MSA

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 103 | | | Thanks for the help on this. | | b09 |
| 104 | 2/7/2019 | 14:34:32 | Batch Load   Misc RSMS Project (Base): RSI did have another | | b09 |
| 105 | | | question. Is there a way to remove Discover card from our be | | b09 |
| 106 | | | ing one of the card types we accept? We no longer want to do | | b09 |
| 107 | | | business with them.   Jordan  You certainly have a choice a | | b09 |
| 108 | | | s to which cards you would like to accept. However from look | | b09 |
| 109 | | | ing at the accounts theres only 1 that doesnt accept Discove | | b09 |
| 110 | | | r cards currently.   The accounts that do have Discover | | b09 |
| 111 | | | Batch Load   Misc card are full serviced through us and woul | | b09 |
| 112 | | | dnt go through Discover.   Can I ask the reason behind not | | b09 |
| 113 | | | wanting to accept Discover?   Erica Hoover  They disconnect | | b09 |
| 114 | | | ed us without any warning on the JasonBondPicks.com account. | | b09 |
| 115 | | | Now they are allowing clients to issue disputes on any of o | | b09 |
| 116 | | | ur brands and not allowing us an opportunity to defend ourse | | b09 |
| 117 | | | lves and possibly win. WE are seeing an uptick in disputes | | b09 |
| 118 | | | Batch Load   Misc from Discover card members and its really | | b09 |
| 119 | | | hurting our merchant status. We do so little biz through the | | b09 |
| 120 | | | m that they are not work keeping around any longer, especial | | b09 |
| 121 | | | ly considering how they dropped us on Jason Bond Picks witho | | b09 |
| 122 | | | ut any warning or opportunity to remedy and unknown issues. | | b09 |
| 123 | | | Oh wow! I can definitely understand why you wouldnt want to | | b09 |
| 124 | | | deal with Discover any longer. If you would like | | b09 |
| 125 | | | Batch Load   Misc to have it removed I can do that for you t | | b09 |
| 126 | | | oday.  After I make the updates to the account, you would be | | b09 |
| 127 | | | required to contact the Payeezy helpdesk for a parameter up | | b09 |
| 128 | | | date on each so the system recognizes the change.  Or, I ca | | b09 |
| 129 | | | n set the accounts for  auto parameter updatesŽ if you wish. | | b09 |
| 130 | | | This means the gateways will automatically push the update | | b09 |
| 131 | | | overnight after the batch completes.  Erica Hoover | | b09 |
| 132 | 2/7/2019 | 13:32:41 | Batch Load   Misc RSMS Project (Base): RSThank you for the c | | b09 |
| 133 | | | larification.   As for the AVS, we have Firstdata setup to r | | b09 |
| 134 | | | equire avs so thats odd. However, there are some rare charge | | b09 |
| 135 | | | s where we charge on behalf of the client per their consent | | b09 |
| 136 | | | with the info we have on file, excluding the security code. | | b09 |
| 137 | | | We do this on a rare occasion so those | | b09 |
| 138 | | | Batch Load   Misc may be the charges you are seeing without | | b09 |
| 139 | | | avs requirements. Orders taken directly from our order forms | | b09 |
| 140 | | | require zip code verification, security code...etc.  Thanks | | b09 |
| 141 | | | , Jordan  Likewise, thank you for the clarification! If the | | b09 |
| 142 | | | y any further questions I will be in touch.   Have a great r | | b09 |
| 143 | | | est of your day! Erica Hoover | | b09 |
| 144 | 2/7/2019 | 13:26:50 | Batch Load   Misc RSMS Project (Base): RSGood speaking with | | b09 |
| 145 | | | you last week. I did have some questions about some odd debi | | b09 |
| 146 | | | ts from BAMS of Feb 4, 2018. Their description says "deposit | | b09 |
| 147 | | | " while its actually debiting our account. Normally these de | | b09 |
| 148 | | | posits are credits. Can you check on this please and clarify | | b09 |
| 149 | | | ? Good afternoon Jordan, I appreciate you reaching out! In | | b09 |
| 150 | | | reviewing the below, those are your processing fees | | b09 |
| 151 | | | Batch Load   Misc that are billed monthly around the 2nd of | | b09 |
| 152 | | | each month. If the 2nd falls on a weekend, it will delay unt | | b09 |
| 153 | | | il the next business day, which in this case was on 2/4.  I | | b09 |

JR-b80

Confidential                                   **Attachment JJJJ**                    10417905-FISV-000136

## PX 27, 2729

# Expert Notes

9/10/2020                                                                                                          MSA

Print All Notes

████████████████

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 154 | | | ts funny you had reach out because I was actually getting re | | b09 |
| 155 | | | ady to email you in regards to the merchant account for jaso | | b09 |
| 156 | | | nbondpicks.com. Our support analysts had found that you have | | b09 |
| 157 | | | some transactions downgrading due to not providing | | b09 |
| 158 | | | Batch Load   Misc AVS(address verification) at the time of a | | b09 |
| 159 | | | uthorization. We just want to verify if there is an issue th | | b09 |
| 160 | | | at caused the information to not be provided. If you are awa | | b09 |
| 161 | | | re of this and understand the downgrades I will advise.   We | | b09 |
| 162 | | | just want to make sure you are aware of how to get the best | | b09 |
| 163 | | | possible rate for your transactions.   If you have any ques | | b09 |
| 164 | | | tions please let me know.  Thank you,  Erica Hoover | | b09 |
| 165 | 2/1/2019 | 11:58:27 | Batch Load   Misc RSMS Project (Base): RStt Jordan, introduc | | b09 |
| 166 | | | ed myself as their assigned relationship specialist for the | | b09 |
| 167 | | | accounts going forward. He was very happy to hear of this an | | b09 |
| 168 | | | d asked me to send my contact info to him so they could file | | b09 |
| 169 | | | it where it needs to go. He said everything is going well w | | b09 |
| 170 | | | ith the processing at this time and no questions or concerns | | b09 |
| 171 | | | . | | b09 |
| 172 | 1/30/2019 | 19:39:23 | Batch Load   Misc Salesforce Case Number: 40793339 .Case Not | | ser |
| 173 | | | e: Yanique Charles *CMS* received an email request to update | | ser |
| 174 | | | DDA on file. Reached out to merch Jordan via phone and veri | | ser |
| 175 | | | fied account. Updated in MM. | | ser |
| 176 | 6/21/2018 | 12:56:25 | Batch Load   Misc Salesforce Case Number: 33157242 .Case Not | | 123 |
| 177 | | | e: Daron Fredericks SBS SR email form Ashley Geesaman Analys | | 123 |
| 178 | | | t Talked with merchant and emailed back and forth going over | | 123 |
| 179 | | | issue, they will contact Payeezy for  adding the AVS. | | 123 |
| 180 | 6/20/2018 | 16:43:13 | Batch Load   Misc Salesforce Case Number: 33157242 .Case Not | | 123 |
| 181 | | | e: Daron Fredericks SBS SR email form Ashley Geesaman Analys | | 123 |
| 182 | | | t. Called and emailed merchant about the added AVS for bette | | 123 |
| 183 | | | r security and help with downgrades. | | 123 |
| 184 | 4/12/2018 | 16:48:13 | Batch Load   Misc Salesforce Case Number: 31464976 .Case Not | | ser |
| 185 | | | e: Christian Morse /SBS/ added legal contact name to Amex OB | | ser |
| 186 | | | entitlement per request from Risk | | ser |
| 187 | 3/9/2018 | 11:09:18 | Batch Load   Misc Salesforce Case Number: 30550052 .Case Not | | 411 |
| 188 | | | e: Kcampbell sbs 4sv tt bc Jessica Cedeno requested to remov | | 411 |
| 189 | | | e phone number entirely from merchant descriptor. | | 411 |
| 190 | 2/26/2018 | 17:38:14 | Batch Load   Misc Salesforce Case Number: 30211241 .Case Not | | 179 |
| 191 | | | e: Katie Hollifield/ SBS /AVS/DBA/ TT BC Jessica Cedeno  Upd | | 179 |
| 192 | | | ated merchants descriptor # and bill to # to 855.977.0947 | | 179 |
| 193 | 2/26/2018 | 12:20:20 | OTHER BAMS L1 CASE  30195296, jordan reyna verfied basic,top | | ett |
| 194 | | | otc email(0000455563)  merchant calling remove the phone nu | | ett |
| 195 | | | mber on the description  and but other x's or the email for | | ett |
| 196 | | | all 6 account████████(support@RAGINGBULL.COM) | | ett |
| 197 | | | ████(support@TOPSTOCKPICKS.COM)████████support@PENNYPRO | | ett |
| 198 | | | .COM)████████support@PETRAPICKS.COM)████████supp | | ett |
| 199 | | | ort@JASONBONDPICKS.COM)████████support@BIOTECHBREAKOUT | | ett |
| 200 | | | S.COM) merchant also wants to know whyso customer say the c. | | ett |
| 201 | | | s is the merchant personal ████████but it wanst on the de | | ett |
| 202 | | | scriptor and merchant would like to have it fix  advice time | | ett |
| 203 | | | rame submitted ticket number 30193710 on mid(████████) | | ett |
| 204 | 1/25/2018 | 19:26:09 | Batch Load   Misc Salesforce Case Number: 29415828 .Case Not | | 159 |

JR-b80

Confidential                        **Attachment JJJJ**                    10417905-FISV-000137

# PX 27, 2730

# Expert Notes

█████████████

**9/10/2020**                                                                                                       **MSA**

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 205 | | | e: Venesa.Bombard/sbs sr/ TT Jordan Reyna and reviewed downg | | 159 |
| 206 | | | raded transactions due to missing AVS information on biotech | | 159 |
| 207 | | | account. Also updated phone number on all 6 accounts in cha | | 159 |
| 208 | | | in to his number for best contact 972.533.1496. Submitted up | | 159 |
| 209 | | | date to update address on file to match head office account. | | 159 |
| 210 | 1/24/2018 | 13:54:40 | DEPOSIT INQUIRY | | 234 |
| 211 | 1/24/2018 | 13:54:28 | OTHER BAMS L1 CASE  29371485, tt anthony bell ,bookeeper bas | | |
| 212 | | | ic;verif last deposit . verif dda merchant would like to hav | | |
| 213 | | | e mailing address changed updated on the account updated the | | |
| 214 | | | address for the merchant ; merchant has muliple accounts he | | |
| 215 | | | is needing to do this for . | | |
| 216 | 11/8/2017 | 13:51:17 | Batch Load   Misc Salesforce Case Number: 27479309 .Case Not | | 411 |
| 217 | | | e: kcampbell sbs 4sv tt bc jessica cedeno verified the email | | 411 |
| 218 | | | address | | 411 |
| 219 | 10/27/2017 | 16:36:23 | Batch Load   Misc Salesforce Case Number: 27208123 .Case Not | | 341 |
| 220 | | | e: HollyDorn*SBS*TT  4sv  rep code:  BC Jessica Cedeno added | | 341 |
| 221 | | | a location.  Merchant states Payeezy GW is not showing corr | | 341 |
| 222 | | | ect descriptor.  Updated to 5DOM/FGN and the date, in MM. | | 341 |
| 223 | 10/4/2017 | 14:44:09 | Batch Load   Misc Salesforce Case Number: 26661397 .Case Not | | 408 |
| 224 | | | e: Desiree.McCulloughSBS/4sv CAI/TT  Jessica Cedeno BC calle | | 408 |
| 225 | | | d in needed the DBA contact updated to Jordan Reyna and the | | 408 |
| 226 | | | Bill to contact to be Jeffrey Bishop.  Made those changes in | | 408 |
| 227 | | | the system. | | 408 |
| 228 | 10/2/2017 | 13:42:33 | Batch Load   Misc Salesforce Case Number: 26578503 .Case Not | | 115 |
| 229 | | | e: Cameron Collins/SBS/4sv tt:BC Jessica Cedeno to see if th | | 115 |
| 230 | | | e account was approved. Advised that the account is still pe | | 115 |
| 231 | | | nding credit approval. | | 115 |

**JR-b80**

Confidential                                **Attachment JJJJ**                    10417905-FISV-000138

**PX 27, 2731**

**Expert Notes**

Print All Notes

| | User |
|---|---|
| 1 | bamuser |
| 2 | bamuser |
| 3 | bamuser |
| 4 | bamuser |
| 5 | Goodwin Winn, B |
| 6 | Goodwin Winn, B |
| 7 | Goodwin Winn, B |
| 8 | Goodwin Winn, B |
| 9 | Goodwin Winn, B |
| 10 | Goodwin Winn, B |
| 11 | Goodwin Winn, B |
| 12 | Goodwin Winn, B |
| 13 | bamd226 |
| 14 | bamd226 |
| 15 | bamd226 |
| 16 | bamd226 |
| 17 | bamd226 |
| 18 | bamd226 |
| 19 | bamd226 |
| 20 | bamd226 |
| 21 | bamd226 |
| 22 | bamd226 |
| 23 | bamd226 |
| 24 | bamd226 |
| 25 | bamd226 |
| 26 | bamd226 |
| 27 | bamd226 |
| 28 | bamd226 |
| 29 | bamd226 |
| 30 | bamab09 |
| 31 | bamab09 |
| 32 | bamab09 |
| 33 | bamab09 |
| 34 | bamab09 |
| 35 | bamab09 |
| 36 | bamab09 |
| 37 | bamab09 |
| 38 | bamab09 |
| 39 | bamab09 |
| 40 | bamab09 |
| 41 | bamab09 |
| 42 | bamab09 |
| 43 | bamab09 |
| 44 | bamab09 |
| 45 | bamab09 |
| 46 | bamab09 |
| 47 | bamab09 |
| 48 | bamab09 |
| 49 | bamab09 |
| 50 | bamab09 |
| 51 | bamab09 |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000139

**PX 27, 2732**

**Expert Notes**

██████████████

9/10/2020                                                                                                    MSA
Print All Notes

|     | User    |
|-----|---------|
| 52  | bamab09 |
| 53  | bamab09 |
| 54  | bamab09 |
| 55  | bamab09 |
| 56  | bamab09 |
| 57  | bamab09 |
| 58  | bamab09 |
| 59  | bamab09 |
| 60  | bamab09 |
| 61  | bamab09 |
| 62  | bamab09 |
| 63  | bamab09 |
| 64  | bamab09 |
| 65  | bamab09 |
| 66  | bamab09 |
| 67  | bamab09 |
| 68  | bamab09 |
| 69  | bamab09 |
| 70  | bamab09 |
| 71  | bam2086 |
| 72  | bam2086 |
| 73  | bam2086 |
| 74  | bam2086 |
| 75  | bamab09 |
| 76  | bamab09 |
| 77  | bamab09 |
| 78  | bamab09 |
| 79  | bamab09 |
| 80  | bamab09 |
| 81  | bamab09 |
| 82  | bamab09 |
| 83  | bamab09 |
| 84  | bam0731 |
| 85  | bam0731 |
| 86  | bam0731 |
| 87  | bamab09 |
| 88  | bamab09 |
| 89  | bamab09 |
| 90  | bamab09 |
| 91  | bamab09 |
| 92  | bamab09 |
| 93  | bamab09 |
| 94  | bamab09 |
| 95  | bamab09 |
| 96  | bamab09 |
| 97  | bamab09 |
| 98  | bamab09 |
| 99  | bamab09 |
| 100 | bamab09 |
| 101 | bamab09 |
| 102 | bamab09 |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000140

**PX 27, 2733**

**Expert Notes**

Print All Notes

| | User |
|---|---|
| 103 | bamab09 |
| 104 | bamab09 |
| 105 | bamab09 |
| 106 | bamab09 |
| 107 | bamab09 |
| 108 | bamab09 |
| 109 | bamab09 |
| 110 | bamab09 |
| 111 | bamab09 |
| 112 | bamab09 |
| 113 | bamab09 |
| 114 | bamab09 |
| 115 | bamab09 |
| 116 | bamab09 |
| 117 | bamab09 |
| 118 | bamab09 |
| 119 | bamab09 |
| 120 | bamab09 |
| 121 | bamab09 |
| 122 | bamab09 |
| 123 | bamab09 |
| 124 | bamab09 |
| 125 | bamab09 |
| 126 | bamab09 |
| 127 | bamab09 |
| 128 | bamab09 |
| 129 | bamab09 |
| 130 | bamab09 |
| 131 | bamab09 |
| 132 | bamab09 |
| 133 | bamab09 |
| 134 | bamab09 |
| 135 | bamab09 |
| 136 | bamab09 |
| 137 | bamab09 |
| 138 | bamab09 |
| 139 | bamab09 |
| 140 | bamab09 |
| 141 | bamab09 |
| 142 | bamab09 |
| 143 | bamab09 |
| 144 | bamab09 |
| 145 | bamab09 |
| 146 | bamab09 |
| 147 | bamab09 |
| 148 | bamab09 |
| 149 | bamab09 |
| 150 | bamab09 |
| 151 | bamab09 |
| 152 | bamab09 |
| 153 | bamab09 |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000141

**PX 27, 2734**

# Expert Notes

█████████████

MSA

Print All Notes

| | User |
|---|---|
| 154 | bamab09 |
| 155 | bamab09 |
| 156 | bamab09 |
| 157 | bamab09 |
| 158 | bamab09 |
| 159 | bamab09 |
| 160 | bamab09 |
| 161 | bamab09 |
| 162 | bamab09 |
| 163 | bamab09 |
| 164 | bamab09 |
| 165 | bamab09 |
| 166 | bamab09 |
| 167 | bamab09 |
| 168 | bamab09 |
| 169 | bamab09 |
| 170 | bamab09 |
| 171 | bamab09 |
| 172 | bamuser |
| 173 | bamuser |
| 174 | bamuser |
| 175 | bamuser |
| 176 | bam1123 |
| 177 | bam1123 |
| 178 | bam1123 |
| 179 | bam1123 |
| 180 | bam1123 |
| 181 | bam1123 |
| 182 | bam1123 |
| 183 | bam1123 |
| 184 | bamuser |
| 185 | bamuser |
| 186 | bamuser |
| 187 | bamd411 |
| 188 | bamd411 |
| 189 | bamd411 |
| 190 | bamw179 |
| 191 | bamw179 |
| 192 | bamw179 |
| 193 | Pickett, Cynthi |
| 194 | Pickett, Cynthi |
| 195 | Pickett, Cynthi |
| 196 | Pickett, Cynthi |
| 197 | Pickett, Cynthi |
| 198 | Pickett, Cynthi |
| 199 | Pickett, Cynthi |
| 200 | Pickett, Cynthi |
| 201 | Pickett, Cynthi |
| 202 | Pickett, Cynthi |
| 203 | Pickett, Cynthi |
| 204 | BAMR159 |

JR-b80

Confidential

**Attachment JJJJ**

10417905-FISV-000142

**PX 27, 2735**

**Expert Notes**

████████████

**MSA**

Print All Notes

|      | User          |
|------|---------------|
| 205  | BAMR159       |
| 206  | BAMR159       |
| 207  | BAMR159       |
| 208  | BAMR159       |
| 209  | BAMR159       |
| 210  | BAMW234       |
| 211  | Valdez, Briana |
| 212  | Valdez, Briana |
| 213  | Valdez, Briana |
| 214  | Valdez, Briana |
| 215  | Valdez, Briana |
| 216  | bamd411       |
| 217  | bamd411       |
| 218  | bamd411       |
| 219  | bamc341       |
| 220  | bamc341       |
| 221  | bamc341       |
| 222  | bamc341       |
| 223  | bamd408       |
| 224  | bamd408       |
| 225  | bamd408       |
| 226  | bamd408       |
| 227  | bamd408       |
| 228  | bamw115       |
| 229  | bamw115       |
| 230  | bamw115       |
| 231  | bamw115       |

**JR-b80**

Confidential                                        **Attachment JJJJ**                          10417905-FISV-000143

**PX 27, 2736**

## ADDITIONAL OUTLET FORM (Page 1 of 3)

New Merchant #: _____

Xref External # Required? ☐ Yes ☒ No    Store # included Xref External #? ☐ Yes ☒ No
**Note:** These fields are NOT to be used to embed the store # in the north MID#.

### HIERARCHY

Corp #: _____    Chain #: _____    Tie-To #: _____

### SALES INFORMATION

| Sales Rep ID | RM Name | Submitter's Name | Submitter's Phone # |
|---|---|---|---|
| **BRCN** | **JESSICA CEDENO** | **NIRICA WHITTICK** | |

### TELL US ABOUT YOUR BUSINESS

Your DBA/Outlet Name: (Maximum 24 Characters)  | P | E | T | R | A |   | P | I | C | K | S |

Your Business Legal Name (Client):
**RAGINGBULLDOT COM LLC**

Name of Signer: **JEFFREY BISHOP**    Title of Signer: **MEMBER LLC**

First/Last Contact Name: **JORDAN REYNA**
Address: (No P.O.Box) **835 E LAMAR BLVD**   Suite #: **238**   City: **ARLINGTON**   State: **TX**   Zip: **76011**   Store #:

Your Business Phone #: **(855) 979-9243**
Merchant Customer Service Phone #: **(855) 979-9243**   Fax #:

Web Site Address: **www.petrapicks.com**
E-Mail Address: **jordan@ragingbull.com**   Customer Service E-Mail Address:

| Annual MasterCard/Visa Volume | $ 2,000,000 | MasterCard/Visa Average Ticket | $ 300.00 | Pricing Type (3 digit #) 0 2 0 |
| Annual Discover® Volume | $ 50,000 | Discover Average Ticket | $ 300.00 | MCC: 7399 |
| Annual American Express Volume | $ 50,000 | American Express Average Ticket | $ 300.00 | |
| TeleCheck Annual Volume | $ 0 | | | |

Products/Services You Sell: **BUSINESS SERVICES**

Seasonal? ☐ Yes ☒ No
If Yes, select the months in which the business is open: ☐ JAN ☐ FEB ☐ MAR ☐ APR ☐ MAY ☐ JUN ☐ JUL ☐ AUG ☐ SEP ☐ OCT ☐ NOV ☐ DEC

### BILL TO INFORMATION

Head Office/Bill To Name: **LIGHTHOUSE MEDIA LLC**    First/Last Contact Name: **MATT WATABE**

Business Phone #: **(855) 981-8370**   Address: **835 E LAMAR BLVD # 263**   City: **ARLINGTON**   State: **TX**   Zip: **76011**

**PLEASE COMPLETE EACH SECTION BELOW:**

POS Card Swipe ____ % + Manual Imprint ____ % + Mail Order ____ % + Phone Order ____ % + Internet **100** % = 100%    Mag Swipe ____ % + Keyed **100** % = 100%

Mail Statements to: ☐ 01 Outlet  ☒ 02 Bill To - No Recap  ☐ 07 Suppress Statement  ☐ 08 Recap - No Statement
(Recap Code) ☐ 09 Bill To/Statement + Recap  ☐ 10 Recap Chain/Statement to Outlet Bill To    Merchant Type (4 digit #) **8 0 0 0**

Entity Type: ☐ Private Corporation ☐ Public Corporation ☐ Sole Proprietorship ☐ Partnership ☐ Franchise Owned ☒ LLC

Check one: TIN Type: ☒ EIN (Fed Tax ID #)  ☐ SSN   D&B #: _____   No. of Employees: ____

### IMPORTANT IRS INFORMATION

☐ Non-Profit  ☐ Non-Profit/Tax Exempt as described in 26 USC Section 501(c)(3) OR a Tribal (Native American) government or Tribal government-owned.  ☐ Gov't. Entity
If tax exempt, provide copy of IRS Determination Letter; if Tribal government, provide evidence of tribal recognition, and proof of tribal ownership if separate entity.
NOTE: Failure to provide accurate information may result in a withholding of merchant funding per IRS regulations. (See Part IV, Section A.3 of your Program Guide for further information.)

Name (as it appears on your income tax return)†
**RAGINGBULLDOT COM LLC**
☒ Federal Tax ID#: (as it appears on your income tax return)†   ☐ I certify that I am a foreign entity/nonresident alien.
(if checked, please attach IRS Form W-8.)

†If Client is a disregarded entity under IRS regulations and has provided its owner's taxpayer filing name and Federal Tax ID above, then please attach an IRS Form W-9.

### OTHER ENTITLEMENTS

| | | | | | |
|---|---|---|---|---|---|
| ☐ ECA® Warranty | ☐ ECA Verification | ☐ Lockbox Pro21 Warranty | ☐ Lockbox Pro21 Verification | ☐ e-Deposit Warranty | ☐ e-Deposit Settlement Only |
| ☐ ICA Warranty | ☐ ICA Verification | ☐ CBP Warranty | ☐ CBP Verification | ☐ Paper Warranty | ☐ Paper Verification |
| ☐ Check Cashing Warranty | ☐ Check Cashing Verification | ☐ Mail Order Warranty | ☐ COD Warranty | ☐ Remote Pay Warranty | ☐ Remote Pay Verification |

☐ Other: _____    Existing Subscriber #: _____

☑ MasterCard  ☑ Visa  ☑ Discover, (Including Diners Club International®, JCB, UnionPay and BCard)
☑ Discover Full Service Processing
☐ American Express® (AXP) (includes credit and prepaid cards)
☑ AXP OptBlue℠

Discover SE # (if retained): _____
☐ AXP Direct: _____

☐ Gift Card (see attached addendum)   SE # _____
American Express® Service Type (check one)
☐ Split Dial ☐ Single Settle ☐ EDC ☐ PIP ☐ Reverse IP

MC Registration Program ID: _____
American Express Cap #: _____
Franchise Name: _____

☐ PIN Debit # _____   ☐ EBT (SNAP) FNS # [XREF]: _____
☐ IATA/ARC Code: _____ (for MCC 4722 Only)

☐ Voyager Fleet   Annual Voyager Vol.: $ _____   Participation in Voyager Tax Exempt Program: ☐ Yes ☐ No (if yes, additional request form required)
☐ WEX Full Acquiring   Annual WEX Volume: $ _____   ☐ WEX (Non-Full Svc) (requires separate form)   ☐ MasterCard Fleet

BAMS/FDSGenNAddLo1808(ia)

**Attachment JJJJ**

10417905-FISV-000145

## PX 27, 2737

# ADDITIONAL OUTLET FORM

**(Page 2 of 3)**

## SHIPPING INSTRUCTIONS

Ship Terminal / Start-up Kit To: ☐ Outlet/DBA   ☐ Head Office   ☐ Do Not Ship   ☐ No Welcome Kit and Supplies   ☐ No Welcome Kit   ☐ Other – (See Below)

Name: _____   Attention: _____

Address: _____   City: _____   State: _____ Zip: _____

Delayed Start Date: _____   Delayed Ship Date: _____

Do you use any third party to store, process or transmit cardholder data? *(Examples include, but not limited to web hosting companies, Electronic Data Capture, Loyalty programs)*

☒ No  ☐ Yes   If yes, give name/address: _____

Please identify any Software used for storing, transmitting, or processing Card Transactions or Authorization Requests: _____

Network: ☐ (206) CARD*net*   ☐ ( ) Nashville   ☐ ( ) Buypass   ☒ Other: compass   Specify Security Code: ( 5083 )

| Rental • Purchase Cust.-Owned • Lease* Installment Purchase *(circle one)* | QTY | IP | Equipment Type (i.e., Terminal/VAR/Internet) | Retail • Restaurant • MOTO/Internet Lodging • Supermarket • Car Rental Quick Service Restaurant • Petro | Model Code and Name | Unit Purchase Price (w/o Tax) | Monthly Payment Due (w/o Tax) | For Customer-Owned Equipment Track / Version/ Serial # |
|---|---|---|---|---|---|---|---|---|
| R P C L† I | 1 | ☐ | PAYEEZY | R MOTO/I L S C QSR P | GWSECM | $ 0 | $ | |
| R P C L† I | | ☐ | | R Re MOTO/I L S C QSR P | | $ | $ | |
| R P C L† I | | ☐ | | R Re MOTO/I L S C QSR P | | $ | $ | |
| R P C L† I | | ☐ | | R Re MOTO/I L S C QSR P | | $ | $ | |
| R P C L† I | | ☐ | | R Re MOTO/I L S C QSR P | | $ | $ | |
| R P C L† I | | ☐ | | R Re MOTO/I L S C QSR P | | $ | $ | |
| R P C L† I | | ☐ | | R Re MOTO/I L S C QSR P | | $ | $ | |

The Installment Purchase option allows you to make 3 equal monthly payments.

†A separate approval by, and non-cancellable lease agreement with, First Data Merchant Services Corporation (through its business unit, First Data Global Leasing) are required; that lease agreement contains the terms and conditions for leased equipment.

Check one: ☐ Gateway Solutions   ☐ Dial Solutions   ☐ Global Gateway   ☐ Payeezy Gateway   ☐ VSAT**   ☐ Frame   ☐ Other: _____   ☐ IC Verify Serial # _____

VAR/Internet/Software: Name: _____   (Nashville Only: Product ID # _____   Vendor ID # _____

NOTE: **Requires separate agreement between Client and its VSAT provider prior to implementation of this telecommunications protocol.

Network: ☐ Nashville   ☐ CARDnet   ☐ Buypass   ☐ Other: _____

☐ PNS   ☐ Netconnect   Email Address: _____   Client #: _____   Division #: _____

C/O - IC
Verify Serial # _____   ESN # _____   MAN # _____   Software Product ID # _____

Holds Paper: ☐ Merchant   ☐ Processor   Imprinter Purchase:   Amount $ 50.00   x Qty _____ = Total $ _____ (w/o tax)   Plates: ☐ Short   ☐ Long

Wireless Service Provider: ☐ GPRS AT&T  or  ☐ CDMA Sprint

## TERMINAL FEATURES

☐ **Auto Settle Time** _____ hh ET (military)

☐ **Bar Tab**

☐ **Clerk/Server Entry**

☐ **Debit Cash Back**

Delayed Ship Date: _____

☐ Dial Prefix: ☐ Dial 9  ☐ Other: _____

☐ Dial Suffix: _____

☐ QSR-CR/SMT Amt. $ _____ *(Convenience/Small Ticket)*

☐ QSR Print Option _____

☐ Invoice Number

☐ Multi-Trans *(PC/Register/Software only)*

☐ Remove Ticket #

☐ Retail Gas

☐ Retail With Tip

☐ Ship Method *(Overnight)*

☐ Tip % Option

☐ Verify Amount Prompt

☐ E-Commerce

☐ Remove Room #

☐ No Server/ Ticket ID

☐ If IP _____ *(List Current Provider)*

☐ Partial Approval

☐ Purchase w/Balance Return

☐ Standalone Balance Inquiry

☐ Amex Prepaid Program Preference *(Choose One)*
☐ Partial Auth
☐ Balance Back
☐ Other _____

**PINpad:**
☐ DES Encryption
☐ DUKPT
☐ Access Code
# _____

**Terminal Features:** *(cont'd)*

| | Key Disable | or | Password Protect |
|---|---|---|---|
| Credits | ☐ | | ☐ |
| Voids | ☐ | | ☐ |
| Forces | ☐ | | ☐ |
| Reviews | ☐ | | ☐ |
| Bal/Settle | ☐ | | ☐ |
| Auth Only | ☐ | | ☐ |
| Reports | ☐ | | ☐ |
| Tip Adjustment | ☐ | | ☐ |

**PLEASE VERIFY SELECTED FEATURES ARE AVAILABLE UNDER THE ALLIANCE, NETWORK, PRODUCT & APPLICATION**

Comments: _____

(NOTE: Completing the Comments field will result in a 48 hour terminal programming delay)

## Buypass Attributes

Specials

Bank FIID: _____   Group FIID: _____   Password: ☐ 111111   ☐ 123456   ACH Sum ID #: _____

Confirmation Letter: ☐ Yes   ☐ No   ☐ Other: _____   Velocity Chain #: _____   _____

Duplicate Protection: ☐ On   ☐ Off   Prop ID: _____   Velocity Count: _____   _____

Variable Cut: ☐ Yes   ☐ No   Velocity Amount: $ _____   _____

Cut Time: _____ (military)   Daylight Savings: ☐ Yes   ☐ No

NOTE: If attributes are not chosen, then the generic defaults will apply.

BAMS/FDSGenNAddLo1808(la)

**Attachment JJJJ**

**PX 27, 2738**

10417905-FISV-000146

**A D D I T I O N A L   O U T L E T   F O R M**   (Page 1 of 1)

All payments to Client shall be through the Automated Clearing House (ACH) and shall normally be electronically transmitted directly to the demand deposit account ("DDA") indicated below or any successor account designated to receive provisional funding of Client's sales pursuant to the Client's agreement governing merchant card processing services (referred to herein as the "Merchant Agreement") by and among the Client, Processor and Bank. Processor means Banc of America Merchant Services, LLC or First Data Services, LLC, as applicable, and Bank means Bank of America, N.A.; references to "you" and "your" mean Client; references to "Servicers" "our," "us" and "we" mean Processor and Bank. We cannot guarantee the timeliness with which any payment may be credited by Client's depository institution ("DEPOSITORY").

Client hereby authorizes Bank and its authorized representative to access information from the DDA and to initiate credit and/or debit entries by Bank wire or ACH transfers and to authorize DEPOSITORY to block or to initiate, if necessary, reversing entries and adjustments for any original entries made to the DDA and to authorize DEPOSITORY to provide such access and to credit and/or debit or to block the same to such account. This authorization is without respect to the source of any funds in the DDA, is irrevocable and is coupled with an interest. This authority extends to any equipment rental or purchase agreements which may exist with Client as well as to any fees and assessments and Chargeback amounts of whatever kind or nature due under the terms of your Agreement whether arising during or after termination of this Agreement.

This authority is to remain in full force and effect at all times unless and until we have consented to its termination and in such time and in such manner as to afford us and DEPOSITORY a reasonable opportunity to act on it. In addition, Client understands and agrees that it will be charged a reject fee for each ACH which cannot be processed, and all subsequent funding may be suspended until Client either (1) provides written notice that ACHs can be processed or (2) a new electronic funding agreement is signed by Client. In order to insure transactions are properly handled, A COPY OF A BLANK VOIDED CHECK MUST BE INCLUDED. Client's depository must be able to process or accept electronic transfers either via ACH and/or Fed wire (Bank wire) which transfers are processed utilizing the Federal Reserve System. If payment is to be made by Bank wire or Automated Clearing House transfer, please supply the above information.

ABA  [REDACTED]          DDA  [REDACTED]

A voided check or bank letter is required if the banking information for the additional location is different from the tie-to location.

[X] Fees Same as Tie To Account          [ ] Additional Credit Addendum
                                                (Required for accounts that are High Risk/MOTO/Internet or B2B)

[ ] Additional Fees due to Industry Type (see attached fee schedule)   [ ] Additional Fees due to Service Entitlements (see attached fee schedule)

**APPLICABLE TO MERCHANTS UNDER AMERICAN EXPRESS OPTBLUE PROGRAM:** To be qualified under this program, you must meet these criteria: (a) your Total Annual American Express volume (listed in Section 2 above) is less than $1,000,000 and (b) your business is not a type prohibited, and is not a franchise of any franchise excluded, by American Express. In addition, you must continue to qualify for this program, and to do so, your total American Express Card transaction volume cannot exceed certain thresholds, all as further described in Part I, Sections 45.2 and 45.5.4 of the Program Guide. Please also refer to Part I, Sections 45.5.2 – 45.5.3 of the Program Guide to learn about American Express' use of your information and how you may opt out of certain uses.

You further acknowledge and agree that you will not use your merchant account and/or the Services for illegal transactions, for example, those prohibited by the Unlawful Internet Gambling Enforcement Act, 31 U.S.C. Section 5361 et seq, as may be amended from time to time, or processing and acceptance of transactions in certain jurisdictions pursuant to 31 CFR Part 500 et seq. and other laws enforced by the Office of Foreign Assets Control (OFAC).

Client certifies, under penalties of perjury, that the federal taxpayer identification number and corresponding filing name provided herein are correct.

Please add the above mentioned additional location(s) to your system. I understand and agree upon execution of this document, the above mentioned additional location(s) is/are hereby bound by the processing Agreement signed for the above primary location, any agreement attached hereto as well as pricing for the services specified herein. I further acknowledge that all information provided is true and accurate.

_____                    JEFFREY BISHOP          ✓ PRESIDENT           9/14/17
Client's Business Principal Signature (please sign here)   Please Print Name of Signer      Title                Date

BAMS/FDSGenNAddL61808(a)

# ADDITIONAL OUTLET FORM

(Page 1 of 3)

New Merchant #: _____

Xref External # Required? ☐ Yes ☒ No    Store # included Xref External #? ☐ Yes ☒ No
Note: These fields are NOT to be used to embed the store # in the north MID#.

## HIERARCHY

Corp #: _____

Chain #: _____    Tie-To #: 372288802880

## SALES INFORMATION

| Sales Rep ID | RM Name | Submitter's Name | | Submitter's Phone # |
|---|---|---|---|---|
| **BRCN** | **JESSICA CEDENO** | **NIRICA WHITTICK** | | |

## TELL US ABOUT YOUR BUSINESS

Your DBA/Outlet Name: (Maximum 24 Characters)   `P E T R A P I C K S`

Your Business Legal Name (Client):
**RAGINGBULLDOT COM LLC**

Name of Signer: **JEFFREY BISHOP**    Title of Signer: **MEMBER LLC**

| First/Last Contact Name: | Address: (No P.O.Box) | | Suite #: | City: | State: | Zip: | Store #: |
|---|---|---|---|---|---|---|---|
| **JORDAN REYNA** | **835 E LAMAR BLVD** | | 238 | **ARLINGTON** | **TX** | **76011** | |

Your Business Phone #: **(855) 979-9243**

Merchant Customer Service Phone #: **(855) 979-9243**    Fax #: _____

Web Site Address: **www.petrapicks.com**

E-Mail Address: **jordan@ragingbull.com**    Customer Service E-Mail Address: _____

| Annual MasterCard/Visa Volume | $ **2,000,000** | MasterCard/Visa Average Ticket | $ **300.00** | Pricing Type (3 digit #) **0 2 0** |
|---|---|---|---|---|
| Annual Discover® Volume | $ **50,000** | Discover Average Ticket | $ **300.00** | MCC: **7399** |
| Annual American Express Volume | $ **50,000** | American Express Average Ticket | $ **300.00** | |
| TeleCheck Annual Volume | $ **0** | | | |

Products/Services You Sell: **BUSINESS SERVICES**

Seasonal? ☐ Yes ☒ No

If Yes, select the months in which the business is open: ☐ JAN ☐ FEB ☐ MAR ☐ APR ☐ MAY ☐ JUN ☐ JUL ☐ AUG ☐ SEP ☐ OCT ☐ NOV ☐ DEC

## BILL TO INFORMATION

Head Office/Bill To Name: **LIGHTHOUSE MEDIA LLC**

First/Last Contact Name: **MATT WATABE**

Business Phone #: **(855) 981-8370**    Address: **835 E LAMAR BLVD # 263**    City: **ARLINGTON**    State: **TX**    Zip: **76011**

**PLEASE COMPLETE EACH SECTION BELOW:**

POS Card Swipe ____% + Manual Imprint ____% + Mail Order ____% + Phone Order ____% + Internet **100** % = 100%    Mag Swipe ____% + Keyed ____% = 100%

Mail Statements to: ☐ 01 Outlet    ☒ 02 Bill To - No Recap    ☐ 07 Suppress Statement    ☐ 08 Recap - No Statement
(Recap Code)    ☐ 09 Bill To/Statement + Recap    ☐ 10 Recap Chain/Statement to Outlet Bill To    Merchant Type (4 digit #) **8 0 0 0**

Entity Type: ☐ Private Corporation ☐ Public Corporation ☐ Sole Proprietorship ☐ Partnership ☐ Franchisee Owned ☒ LLC

Check one: TIN Type: ☒ EIN (Fed Tax ID #)   ☐ SSN   D&B #: _____    No. of Employees: _____

## IMPORTANT IRS INFORMATION

☐ Non-Profit    ☐ Non-Profit/Tax Exempt as described in 26 USC Section 501(c)(3) OR a Tribal (Native American) government or Tribal government-owned.    ☐ Gov't. Entity
If tax exempt, provide copy of IRS Determination Letter; if Tribal government, provide evidence of tribal recognition, and proof of tribal
ownership if separate entity.

NOTE: Failure to provide accurate information may result in a withholding of merchant funding per IRS regulations (See Part IV, Section A.3 of your Program Guide for further information.)

Name (as it appears on your income tax return)[1]
**RAGINGBULLDOT COM LLC**

☒ Federal Tax ID#: (as it appears on your income tax return)[1]    ☐ I certify that I am a foreign entity/nonresident alien.
(If checked, please attach IRS Form W-8.)

[1]If Client is a disregarded entity under IRS regulations and has provided its owner's taxpayer filing name and Federal Tax ID above, then please attach an IRS Form W-9.

## OTHER ENTITLEMENTS

| | | | | |
|---|---|---|---|---|
| ☐ ECA® Warranty | ☐ ECA Verification | ☐ Lockbox Pro21 Warranty | ☐ Lockbox Pro21 Verification | ☐ e-Deposit Warranty | ☐ e-Deposit Settlement Only |
| ☐ ICA Warranty | ☐ ICA Verification | ☐ CBP Warranty | ☐ CBP Verification | ☐ Paper Warranty | ☐ Paper Verification |
| ☐ Check Cashing Warranty | ☐ Check Cashing Verification | ☐ Mail Order Warranty | ☐ COD Warranty | ☐ Remote Pay Warranty | ☐ Remote Pay Verification |
| ☐ Other: _____ | | Existing Subscriber #: _____ | | | |

☐ MasterCard  ☐ Visa  ☐ Discover, (including Diners Club International®, JCB, UnionPay and BCcard)

☐ Discover Full Service Processing

Discover SE # (if retained): _____

☐ Gift Card (see attached addendum)   SE # _____

MC Registration Program ID: _____

☐ PIN Debit # _____    ☐ EBT (SNAP) FNS # [XREF]: _____

☐ American Express® (AXP) (includes credit and prepaid cards)
☐ AXP OptBlue℠
☐ AXP Direct: _____
American Express® Service Type (check one)
☐ Split Dial  ☐ Single Settle  ☐ EDC  ☐ PIP  ☐ Reverse IP
American Express Cap #: _____
Franchise Name: _____
☐ IATA/ARC Code: _____ (for MCC 4722 Only)

| ☐ Voyager Fleet | Annual Voyager Vol.: $ _____ | Participation in Voyager Tax Exempt Program: ☐ Yes ☐ No (If yes, additional request form required) |
|---|---|---|
| ☐ WEX Full Acquiring | Annual WEX Volume: $ _____ | ☐ WEX (Non-Full Svc) (requires separate form)    ☐ MasterCard Fleet |

BAMS/FDSGenNAddLo1808(la)

Attachment JJJJ

10417905-FISV-000148

**PX 27, 2740**

# ADDITIONAL OUTLET FORM

(Page 2 of 3)

## SHIPPING INSTRUCTIONS

Ship Terminal / Start-up Kit To: ☐ Outlet/DBA   ☐ Head Office   ☐ Do Not Ship   ☐ No Welcome Kit and Supplies   ☐ No Welcome Kit   ☐ Other – (See Below)

Name: _____

Address: _____

Attention: _____

City: _____ State: _____ Zip: _____

Delayed Start Date: _____

Delayed Ship Date: _____

Do you use any third party to store, process or transmit cardholder data? *(Examples include, but not limited to web hosting companies, Electronic Data Capture, Loyalty programs)*

☒No  ☐ Yes  If yes, give name/address: _____

Please identify any Software used for storing, transmitting, or processing Card Transactions or Authorization Requests: _____

Network: ☐ (206) CARD*net*®   ☐ ( ) Nashville   ☐ ( ) Buypass   ☒ Other: compass

Specify Security Code: ( 5083 )

| Rental • Purchase Cust.-Owned • Lease[1] Installment Purchase *(circle one)* | QTY | IP | Equipment Type *(i.e., Terminal/VAR/Internet)* | Retail • Restaurant • MOTO/Internet Lodging • Supermarket • Car Rental Quick Service Restaurant • Petro | Model Code and Name | Unit Purchase Price *(w/o Tax)* | Monthly Payment Due *(w/o Tax)* | For Customer-Owned Equipment Track / Version/Serial # |
|---|---|---|---|---|---|---|---|---|
| R  P  ☒ L¹  I | 1 | ☐ | PAYEEZY | R  Re  MO☒/I  L  S  C  QSR  P | | $ 0 | $ | |
| R  P  C  L¹  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L¹  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L¹  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L¹  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L¹  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L¹  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L¹  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |

*The Installment Purchase option allows you to make 3 equal monthly payments.*

[1]A separate approval by, and non-cancelable lease agreement with, First Data Merchant Services Corporation (through its business unit, First Data Global Leasing) are required; that lease agreement contains the terms and conditions for leased equipment.

Check one: ☐ Gateway Solutions  ☐ Dial Solutions  ☐ Global Gateway  ☐ Payeezy Gateway  ☐VSAT**  ☐ Frame  ☐ Other:_____  ☐ IC Verify Serial #_____

VAR/Internet/Software: Name: _____ (Nashville Only: Product ID #_____ Vendor ID #_____)

NOTE: **Requires separate agreement between Client and its VSAT provider prior to implementation of this telecommunications protocol.

Network: ☐ Nashville  ☐ CARDnet  ☐ Buypass  ☐ Other: _____

☐ PNS  ☐ Netconnect  Email Address: _____  Client #: _____  Division #: _____

C/O - IC

Verify Serial #_____ ESN #_____ MAN #_____   Software Product ID #_____   Software Vendor ID #_____

Holds Paper: ☐ Merchant  ☐ Processor   Imprinter Purchase:   Amount $ 50.00   x  Qty _____ = Total $_____(w/o tax)  Plates: ☐ Short  ☐ Long

Wireless Service Provider: ☐ GPRS AT&T  or ☐ CDMA Sprint

## TERMINAL FEATURES

☐ Auto Settle Time _____ hh ET (military)
☐ Bar Tab
☐ Clerk / Server Entry
☐ Debit Cash Back
Delayed Ship Date: _____
☐ Dial Prefix: ☐ Dial 9  ☐ Other:_____
☐ Dial Suffix: _____
☐ QSR-CR/SMT Amt. $_____ *(Convenience/Small Ticket)*
☐ QSR Print Option_____
☐ Invoice Number
☐ Multi-Trans *(PC/Register/Software only)*

☐ Remove Ticket #
☐ Retail Gas
☐ Retail With Tip
☐ Ship Method *(Overnight)*
☐ Tip % Option
☐ Verify Amount Prompt
☐ E-Commerce
☐ Remove Room #
☐ No Server/ Ticket ID
☐ If IP _____ *(List Current Provider)*
☐ Partial Approval
☐ Purchase w/Balance Return

☐ Standalone Balance Inquiry
☐ Amex Prepaid Program Preference *(Choose One)*
☐ Partial Auth
☐ Balance Back
☐ Other _____

PINPad:
☐ DES Encryption
☐ DUKPT
☐ Access Code
#_____

| Terminal Features: *(cont'd)* | Key Disable | Password *or* Protect |
|---|---|---|
| Credits | ☐ | ☐ |
| Voids | ☐ | ☐ |
| Forces | ☐ | ☐ |
| Reviews | ☐ | ☐ |
| Bal/Settle | ☐ | ☐ |
| Auth Only | ☐ | ☐ |
| Reports | ☐ | ☐ |
| Tip Adjustment ☐ | | ☐ |

PLEASE VERIFY SELECTED FEATURES ARE AVAILABLE UNDER THE ALLIANCE, NETWORK, PRODUCT & APPLICATION

Comments: _____

**(NOTE: Completing the Comments field will result in a 48 hour terminal programming delay)**

### Buypass Attributes

Bank FIID: _____ Group FIID: _____
Confirmation Letter:  ☐ Yes  ☐ No
Duplicate Protection:  ☐ On  ☐ Off
Variable Cut:  ☐ Yes  ☐ No
Cut Time: _____ (military)

Password: ☐ 111111  ☐ 123456
☐ Other: _____
Prop ID: _____
Daylight Savings: ☐ Yes  ☐ No

ACH Sum ID #: _____
Velocity Chain #: _____
Velocity Count: _____
Velocity Amount: $ _____

**Specials**

NOTE: If attributes are not chosen, then the generic defaults will apply.

BAMS/FDSGenNAddLo1808(ia)

10417905-FISV-000149

Attachment JJJJ

PX 27, 2741

## A D D I T I O N A L   O U T L E T   F O R M

(Page 2 of 2)

All payments to Client shall be through the Automated Clearing House (ACH) and shall normally be electronically transmitted directly to the demand deposit account ("DDA") indicated below or any successor account designated to receive provisional funding of Client's sales pursuant to the Client's agreement governing merchant card processing services (referred to herein as the "Merchant Agreement") by and among the Client, Processor and Bank. Processor means Banc of America Merchant Services, LLC or First Data Services, LLC, as applicable, and Bank means Bank of America, N.A.; references to "you" and "your" mean Client; references to "Servicers" "our," "us" and "we" mean Processor and Bank." We cannot guarantee the timeliness with which any payment may be credited by Client's depository institution ("DEPOSITORY").

Client hereby authorizes Bank and its authorized representative to access information from the DDA and to initiate credit and/or debit entries by Bank wire or ACH transfer and to authorize DEPOSITORY to block or to initiate, if necessary, reversing entries and adjustments for any original entries made to the DDA and to authorize DEPOSITORY to provide such access and to credit and/or debit or to block the same to such account. This authorization is without respect to the source of any funds in the DDA, is irrevocable and is coupled with an interest. This authority extends to any equipment rental or purchase agreements which may exist with Client as well as to any fees and assessments and Chargeback amounts of whatever kind or nature due under the terms of your Agreement whether arising during or after termination of this Agreement.

This authority is to remain in full force and effect at all times unless and until we have consented to its termination and in such time and in such manner as to afford us and DEPOSITORY a reasonable opportunity to act on it. In addition, Client understands and agrees that it will be charged a reject fee for each ACH which cannot be processed, and all subsequent funding may be suspended until Client either (1) provides written notice that ACHs can be processed or (2) a new electronic funding agreement is signed by Client. In order to insure transactions are properly handled, A COPY OF A BLANK VOIDED CHECK MUST BE INCLUDED. Client's depository must be able to process or accept electronic transfers either via ACH and/or Fed wire (Bank wire) which transfers are processed utilizing the Federal Reserve System. If payment is to be made by Bank wire or Automated Clearing House transfer, please supply the above information.

**ABA** ▮▮▮ ▮▮▮ ▮▮▮▮    **DDA** ▮ ▮▮▮▮ ▮▮ ▮▮▮

A voided check or bank letter is required if the banking information (above) for the additional location is different from the tie-to location.

☒ Fees Same as Tie To Account

☐ Additional Fees due to Industry Type *(see attached fee schedule)*

☐ Additional Credit Addendum
(Required for accounts that are High Risk/MOTO/Internet or B2B)

☐ Additional Fees due to Service Entitlements *(see attached fee schedule)*

**APPLICABLE TO MERCHANTS UNDER AMERICAN EXPRESS OPTBLUE PROGRAM:** To be qualified under this program, you must meet these criteria: (a) your Total Annual American Express volume (listed in Section 2 above) is less than $1,000,000 and (b) your business is not a type prohibited, and is not a franchisee of any franchise excluded, by American Express. In addition, you must continue to qualify for this program, and to do so, your total American Express Card transaction volume cannot exceed certain thresholds, all as further described in Part I, Sections 45.2 and 45.5.4 of the Program Guide. Please also refer to Part I, Sections 45.5.2 – 45.5.3 of the Program Guide to learn about American Express' use of your information and how you may opt out of certain uses.

You further acknowledge and agree that you will not use your merchant account and/or the Services for illegal transactions, for example, those prohibited by the Unlawful Internet Gambling Enforcement Act, 31 U.S.C. Section 5361 et seq, as may be amended from time to time, or processing and acceptance of transactions in certain jurisdictions pursuant to 31 CFR Part 500 et seq. and other laws enforced by the Office of Foreign Assets Control (OFAC).

Client certifies, under penalties of perjury, that the federal taxpayer identification number and corresponding filing name provided herein are correct.

Please add the above mentioned additional location(s) to your system. I understand and agree upon execution of this document, the above mentioned additional location(s) is/are hereby bound by the processing Agreement signed for the above primary location, any agreement attached hereto as well as pricing for the services specified herein. I further acknowledge that all information provided is true and accurate.

Client's Business Principal Signature *(please sign here)*

JEFFREY BISHOP
Please Print Name of Signer

✓ PRESIDENT
Title

9/14/17
Date

BAMS/FDSGenAddLo1808(a)

10417905-FISV-000150

Attachment JJJJ

PX 27, 2742

## PAYEEZY<sup>SM</sup> SERVICES ADDENDUM

### BANC OF AMERICA MERCHANT SERVICES, LLC

**THIS PAYEEZY SERVICES ADDENDUM** ("Payeezy Addendum") amends the terms of the Program Guide ("Agreement" and, specifically, referring to the term Agreement as defined in Part I of the Program Guide) among you ("Client"), Banc of America Merchant Services, LLC ("Processor") and Bank of America, N.A. ("Bank") (collectively Processor and Bank are the "Servicers") to include the Payeezy Services (defined below). You agree to comply with the terms set forth in this Payeezy Addendum in connection with receiving the Payeezy Services. Capitalized terms used but not defined in this Payeezy Addendum are defined in the Agreement.

---

1. **Internal/Sales Information:**
   Merchant Number: _____
   Sales Rep. Name: Jessica Cedeno
   Sales Rep. Phone Number: 817.691.3213
   Sales Rep. Email Address: jessica.cedeno@bankofamericamerchant.com

2. **Client's Business Information:**
   Client's Business' Legal Name: LIGHTHOUSE MEDIA LLC
   Client's DBA Name: PETRA PICKS
   First/Last Contact Name: Jeffrey Bishop (or Jordan Reyna)     Title: Managing Member / Owner
   Your Business Phone: 855.979.9243     Your Business Fax: _____
   Your Business Email Address: jordan@ragingbull.com

3. **Payeezy Services.**

3.1 Services. The Payeezy Services are an electronic gateway messenger system ("Payeezy Services") that will allow you to manage Card transaction information being transmitted when processing your payment transactions, and includes the following functionality: (i) a web-based application programming interface ("API") that allows third-party applications to process transactions through the Payeezy Services system and supports a range of processing functions (e.g., purchase, refund, pre-authorization functions) and further allows you to implement custom business logic to manage these functions; (ii) a securely hosted web payment form (a "Payment Page") designed to accept Internet-based eCommerce transactions, redirecting the consumer to a payment form hosted by the gateway that uses a "Checkout" button on your website to submit payment posting requests to a designated URL and display payment acceptance details and authentication information on your website, the appearance of which and payment options displayed on the Payment Page may be configured by you using an online management interface provided by Processor; and (iii) a real-time payment manager ("RPM") hosted application that is able to turn any Internet connected personal computer with a standard web browser into a point of sale device to process retail and MO/TO payments, allowing your employees to input payment transactions in a MO/TO, call center or back office environment, or to swipe Cards in a retail point of sale environment. Receipts for RPM processed transactions are provided, and can be printed or emailed to the cardholder. RPM is also a centralized administrative tool through which you may access its Payeezy Services account (i.e., user administration, gateway reporting, and hosted payment page configurations).

3.2 Provider. The Payeezy Services are provided to you by Processor and not Bank. Bank is not liable to you in any way with respect to the Payeezy Services. For the purposes of this Payeezy Addendum, the words "we", "our" and "us" refer only to the Processor and not the Bank.

4. **Payeezy Services Disclaimer.** EXCEPT AS EXPRESSLY PROVIDED IN THIS ADDENDUM, THE PAYEEZY SERVICES ARE PROVIDED "AS IS" AND PROCESSOR MAKES NO REPRESENTATIONS OR WARRANTIES (EXPRESS OR IMPLIED) WITH REGARD TO THE PAYEEZY SERVICES, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF ACCURACY, NON-INFRINGEMENT OR THAT THEY WILL FUNCTION UNINTERRUPTED OR ERROR-FREE; AND ANY AND ALL SUCH REPRESENTATIONS OR WARRANTIES (EXPRESS OR IMPLIED) ARE DISCLAIMED.

5. **Fees.** Payment of fees for the Payeezy Services will be as set forth in the Agreement. The fees for processing transactions related to the Payeezy Services are described on Schedule A to this Payeezy Addendum. In addition to the fees described on Schedule A to this Payeezy Addendum, you will be responsible for all additional costs and expenses as set forth in the Agreement.

6. **Sublicense; Intellectual Property; Representations and Warranties.**

6.1 Processor grants to you a non-transferable, non-assignable, non-exclusive, limited, royalty-free, revocable sub-license during the term of this Payeezy Addendum to use the Payeezy Services and the associated software ("Software") and documentation (including Updates thereto, as defined below), trademarks or service marks identified in the Operating Procedures for the sole purpose of submitting transactions for processing using the Payeezy Services; and all subject to the terms of this Payeezy

BAMS (Form) - Payeezy Merchant Agmt Template Pgm Guide (02.03.16) IA.**docx**

Page 1 of 3

Attachment JJJJ     10417905-FISV-000151     PX 27, 2743

Addendum and the Agreement. You may only use the Payeezy Services in connection with the processing services you receive under the Agreement. You have no right, title or interest in or to the Payeezy Services, any related software, materials, documentation, or derivative works thereof; and nothing in this Payeezy Addendum or the Agreement assigns, transfers or creates any such right, title or interest for you (whether express or implied, or by estoppel or otherwise). Any and all right, title or interests associated with the Payeezy Services that are not expressly granted by Processor within this Payeezy Addendum are expressly withheld. You will not take any action inconsistent with the ownership, title or license rights associated with the Payeezy Services. You will not file any action, in any forum, challenging ownership of the Payeezy Services, any related software, materials, documentation or derivative works thereof. Breach of this Section constitutes a material breach of this Payeezy Addendum and the Agreement, and we may immediately suspend or terminate your use of the Payeezy Services, this Payeezy Addendum or the Agreement in the event of such breach.

6.2 You will not, and will not permit others to: (i) sell, distribute, lease, license, sublicense or otherwise disseminate the Payeezy Services or any portion thereof; (ii) copy, modify, enhance, translate, supplement, create derivative works from, reverse engineer, decompile or otherwise reduce to human-readable form the Payeezy Services or any portion thereof; (iii) use altered versions of the Payeezy Services or portion thereof; (iv) use, operate or combine the Payeezy Services or any related software, materials or documentation, or any derivative works thereof with other products, materials or services in a manner inconsistent with this Payeezy Addendum or the Agreement; or (v) other that intended by its nature, use the Payeezy Services, or any portion thereof, as a standalone or non-integrated program. You will not permit others to access the Payeezy Services, any related software, materials or documentation, or derivative works thereof. You will not remove, alter, modify, relocate or erase any copyright notice or other legend(s) denoting our or other third parties' proprietary interests in the Payeezy Services.

6.3 Processor reserves the right to alter, immediately suspend or upon notice terminate the Payeezy Services in the event you violate the terms of this Payeezy Addendum, the Agreement or we terminate any agreement with third parties that are involved in providing the Payeezy Services; or we are otherwise unable to continue to provide the Payeezy Services.

6.4 From time to time we may release updates ("Updates") to the Software, which must be installed and integrated on your systems within 30 days of receipt of such Updates. You agree that failure to install Updates in a timely fashion may impair the functionality of the Payeezy Services, and associated Services provided under the Agreement and accessed through the Payeezy Services. Processor will have no liability for Customer's failure to properly install the most current version of the Software or any Update, and will have no obligation to provide support or services for outdated versions of the Software.

6.5 Payeezy Services Representations, Warranties. You represent and warrant that you have all necessary right, title and interest (including, without limitation, intellectual property interest) in and to any logos, custom digital images or other images that you use or provide for us to use on your behalf in connection with the creation of your electronic gift cards, standard gift cards or card carriers and/or the Payeezy Services.

7. **Termination.** In addition to the termination rights set forth in the Agreement, this Payeezy Addendum will automatically terminate upon any termination of the Agreement. Upon termination or expiration of this Payeezy Amendment, all licenses granted hereunder will immediately terminate and you will either return or destroy the Software, certifying such destruction in writing to Processor.

8. **Full Force and Effect.** The Agreement remains in effect as amended and supplemented by this Payeezy Addendum. In the event of any conflict between the terms of this Payeezy Addendum and the Agreement, this Payeezy Addendum will control with respect to the Payeezy Services. References to the Agreement after the date of this Payeezy Addendum include this Payeezy Addendum.

**By signing below, you acknowledge that you have read, understand and agree to comply with the terms set forth in this Payeezy Addendum.**

Client's Business Principal:

Signature:

X _____ Title: Managing Member      Date: 9/14/17

*The party signing this Payeezy Addendum must be the same party signing the Agreement.*

Printed Name: Jeffrey Bishop

BAMS (Form) - Payeezy Merchant Agmt Template Pgm Guide (02.03.16) iA.docx

Page 2 of 3

Confidential

**Attachment JJJJ**     **PX 27, 2744**

**Schedule A**

**Fees for Payeezy Services**

Fees

| | |
|---|---|
| Initial Set-Up Fee (per location) (40B) | $ 99.00 |
| Monthly Fee (per location) (40A) | $ 16.00 |
| Payeezy Transaction Processing Fee (per authorization) (0FC) | $ .05 |

BAMS (Form) - Payeezy Merchant Agmt Template Pgm Guide (02.03.16) IA.docx

Page 3 of 3

Attachment JJJJ

**PX 27, 2745**

## Minor Status Change
### (Address Update Only – Do not use for DBA Name Change)
**Bank of America Merchant Services**

| MID #: | ███████████ | **Date:** | 01/25/2018 | **Effective Date:** | |
|---|---|---|---|---|---|

**Business DBA/Legal Name:** petrapicks.com

**\*Person Requesting Change:** Jordan Reyna   **Title:** Finance Officer   **Phone #:** 972-533-1496

\*Person should be Owner, Officer or Legal Contact. Does not include Manager, Clerk etc.

**Recap Code:** From: _____ To: _____
= None   01=Mail to Outlet   02 = Stmt -> Bill to, No Recap   07 = Suppress Stmts+Recap
08 = Prodce Recap, No Stmts   09 = Mail to Bill To   10 = Recap Corp Stmt Outlt   30 = DBA Recap->Bill To

**ACH Roll-Up Indicator:** From: _____ To: _____
0 = No Roll-up   1 = Roll-up by transaction type   2 = Roll-up by net   3 = Net Transfer EOM
Channel Specific:   7 = Deposit Batch   8 = Net Fee Trans

**Chargeback/Ret.Media Address:** From: _____ To: _____
0 = None   1 = BilTo Addr/BilTo Addr   2 = DBA Addr/DBA Addr   3 = BilTo Addr/DBA Addr   4 = DBA Addr/BilTo Addr

| Field | Current Value | New Value |
|---|---|---|
| DBA Attention (Contact Name): | | |
| DBA Address: | 835 E Lamar Blvd ste 263 | 62 Calef Highway #233 |
| DBA City: | Arlington | Lee |
| DBA State: | Texas | New Hampsire |
| DBA Zip: | 76011 | 03861 |
| DBA Phone: | | |
| Bill To Name Change: | | |
| Bill To Attention (Contact Name): | | |
| Bill To Address: | | |
| Bill To City: | | |
| Bill To State: | | |
| Bill To Zip: | | |
| Bill To Phone: | | |
| Descriptor Change: | | |
| Store #: | | |
| Fax Type: | | |
| Fax #: | | |
| Country: | | |
| URL (Website): | | |
| E-Mail Address: | | |

**This form should be submitted through the Merchant Service Center for expedited processing**

Please allow 48 hours upon receipt to process all status changes.

Revised 07/14/11

Confidential

**Attachment JJJJ**

10417905-FISV-000154

PX 27, 2746

## Account List

9/10/2020                                                                                                MSA

Information is displayed at the Outlet Level.

| | Account Number | ABA | Funding Agency | Status |
|---|---|---|---|---|
| 1 | ██████ | ██████ | BANK OF AMERICA NA | |
| 2 | ██████ | ██████ | JPMORGAN CHASE BANK, NA | Active |

**JR-b80**

**Page 1**

Confidential                                                                    10417905-FISV-000155

**Attachment JJJJ**         PX 27, 2747

# Expert Notes

9/10/2020                                                                                                           MSA

████████████████

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 1 | 5/26/2020 | 12:37:13 | Batch Load   Misc Salesforce Case Number: 56685123 .Case Not | | ser |
| 2 | | | e: *sls*tate titchenal*  email mass request from rep Joseph | | ser |
| 3 | | | Long to close 6 mids  chain and all other mids on the chain | | ser |
| 4 | | | ███████████ accounts closed  no etfs | | ser |
| 5 | 3/27/2020 | 16:31:31 | OTHER BAMS DST Case  55282522, null  null  null  null  n | | |
| 6 | | | ull  null  Authenticated By:null  null  Brenda goodwin Wi | | |
| 7 | | | nn CMS  Tt  Anthony Bell after he was transferred from Elis | | |
| 8 | | | cia Diaz who had TLv with a OTC sent to the email on file  a | | |
| 9 | | | sking to change the email as that person no longer works in | | |
| 10 | | | that department.  he could verify the old email address and | | |
| 11 | | | nothing was showing in the fraud tool for rapport so I chang | | |
| 12 | | | ed the email address on file  sent the auto response | | |
| 13 | 11/19/2019 | 12:45:22 | Batch Load   Misc RSMS Project (Base): RS KRIDER.  Sent an e | | 226 |
| 14 | | | mail to Jordan advising that the reserve remains on the acco | | 226 |
| 15 | | | unt for one year. according to the letter they recd from Sec | | 226 |
| 16 | | | urity Risk, that was put into effect as of July 5th.  right | | 226 |
| 17 | | | now 25% has been collected which would be $75k however they | | 226 |
| 18 | | | are no longer processing through any of the accounts.  he ha | | 226 |
| 19 | | | s no other questions at this time. | | 226 |
| 20 | 11/12/2019 | 14:09:32 | Batch Load   Misc RSMS Project (Base): RS KRIDER:  Received | | 226 |
| 21 | | | a voicemail from Jordan and returned his call,  wanted to kn | | 226 |
| 22 | | | ow about the reserve and how long to full fill it.  Do show | | 226 |
| 23 | | | that its at 25% but will have to check with Security Risk du | | 226 |
| 24 | | | e to merchant is only processing refunds on one | | 226 |
| 25 | | | Batch Load   Misc of the account and the others have not had | | 226 |
| 26 | | | any further activity. also wanted to check on a line of cre | | 226 |
| 27 | | | dit that they had. advised would need to get that info from | | 226 |
| 28 | | | the Bank and i found a 8004321000 phone number in google for | | 226 |
| 29 | | | BofA New Hampshire.  sent to him via email. | | 226 |
| 30 | 3/15/2019 | 12:44:42 | OTHER BAMS DST Case  42437966, CatHubin/CSS/Top Pre Ver Texl | | |
| 31 | | | D/TT Jason Reyna    merch called to remove Discover entitlem | | |
| 32 | | | ent from a couple of MIDs. Removed in MM, advised Payeezy wo | | |
| 33 | | | uld update within 24hrs, does not want to set up Auto Param | | |
| 34 | | | updates, advised to call tech support for update. Notified R | | |
| 35 | | | S E Hoover. | | |
| 36 | 3/12/2019 | 11:08:17 | Batch Load   Misc RSMS Project (Base): RS. I need to get our | | b09 |
| 37 | | | company phone number added to all billing descriptors asap. | | b09 |
| 38 | | | We have some old numbers on file but would like to use this | | b09 |
| 39 | | | number for each descriptor going forward.  (833) 2651270  W | | b09 |
| 40 | | | ill call in the next min or two.  Thanks,  Jordan  tt Jordan | | b09 |
| 41 | | | , said he | | b09 |
| 42 | | | Batch Load   Misc wanted to add a support # to the descripto | | b09 |
| 43 | | | rs on all of the accounts to try and help with disputes. The | | b09 |
| 44 | | | y want to try and resolve the issue with the customer before | | b09 |
| 45 | | | it gets to that point. I updated the phone # on all account | | b09 |
| 46 | | | s with 8332651270. Adv it should take 24 hours to complete t | | b09 |
| 47 | | | he update. | | b09 |
| 48 | 3/5/2019 | 13:10:47 | Batch Load   Misc RSMS Project (Trigger Word): RSErica,  Yes | | b09 |
| 49 | | | , Id like to proceed through your channels to get Visa Verif | | b09 |
| 50 | | | ied (VV) setup.   Ill check out that link. Thanks for your h | | b09 |
| 51 | | | elp on that.   Wed also like to explore any similar verifica | | b09 |

JR-b80

Page 1

Confidential

**Attachment JJJJ**

# PX 27, 2748

## Expert Notes

9/10/2020 ▓▓▓▓▓▓▓▓▓ MSA

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 52 | | | tions like VV for other card providers (AMEX, Mastercard). D | | b09 |
| 53 | | | o you have any connections there?  Jordan  Jordan,  Im sendi | | b09 |
| 54 | | | ng the request | | b09 |
| 55 | | | Batch Load   Misc to our product team now. Ive asked for the | | b09 |
| 56 | | | m to contact you via email and keep me informed throughout t | | b09 |
| 57 | | | his process. I also mentioned you are interested in options | | b09 |
| 58 | | | for MasterCard and Discover. Im not sure if they can assist | | b09 |
| 59 | | | with those but it doesnt hurt to ask.  If you have any other | | b09 |
| 60 | | | questions in the meantime please let me know.  Thank you, | | b09 |
| 61 | | | Erica Hoover | | b09 |
| 62 | 3/5/2019 | 10:35:07 | Batch Load   Misc RSMS Project (Trigger Word): RSGood aftern | | b09 |
| 63 | | | oon Jordan,  Have you had any further communication with Vis | | b09 |
| 64 | | | a since the last email below? Im just trying to gage an unde | | b09 |
| 65 | | | rstanding of where you are with this.   In addition to the V | | b09 |
| 66 | | | erified by Visa, have you had a chance to complete the addit | | b09 |
| 67 | | | ional velocity filters | | b09 |
| 68 | | | Batch Load   Misc within Payeezy to verify AVS(address verif | | b09 |
| 69 | | | ication).         Thank you,  Erica Hoover  Jan has a | | b09 |
| 70 | | | dvised BAMS partner sales has the ability to resell the Firs | | b09 |
| 71 | | | t Data services of Cardinal Commerce and would need to engag | | b09 |
| 72 | | | e them to complete Verified by Visa.  Waiting on a reply fro | | b09 |
| 73 | | | m Jordan. | | b09 |
| 74 | 3/4/2019 | 15:57:51 | Batch Load   Misc RSMS Project (Trigger Word): RSper notes " | | b09 |
| 75 | | | lower" is referencing a last name. currently working with th | | b09 |
| 76 | | | e client and determining steps for verified by visa | | b09 |
| 77 | 2/25/2019 | 12:00:20 | Batch Load   Misc RSMS Project (Base): RStt Jordan, interest | | b09 |
| 78 | | | ed in setting up verified by visa to secure his transactions | | b09 |
| 79 | | | more to help with chargebacks and also wanted to know if th | | b09 |
| 80 | | | ere was a tutorial on how to set up velocity filters on his | | b09 |
| 81 | | | Payeezy portal. I emailed him a helpful link to answer his q | | b09 |
| 82 | | | uestions and if he needed more info I would set up a call wi | | b09 |
| 83 | | | th the payeezy help desk. I advised him verified by visa and | | b09 |
| 84 | | | mastercard secure code would all be set up himself and can | | b09 |
| 85 | | | do it on the portal through payeezy. | | b09 |
| 86 | 2/13/2019 | 09:26:44 | Batch Load   Misc RSMS Project (Base): RSErica,  Quick quest | | b09 |
| 87 | | | ion. We normally handle chargebacks several at a time on the | | b09 |
| 88 | | | same day. Is it better to handle 10 chargebacks over the sp | | b09 |
| 89 | | | an of two days or better to spread it out over a week? Multi | | b09 |
| 90 | | | ple weeks worth of chargebacks handled in a short period tim | | b09 |
| 91 | | | e had an adverse effect on our merchant status.  Jordan  Hi | | b09 |
| 92 | | | Jordan,  I dont believe | | b09 |
| 93 | | | Batch Load   Misc it makes a difference on how many you hand | | b09 |
| 94 | | | le over a certain time period. If you have a large amount of | | b09 |
| 95 | | | chargebacks against the business that poses a concern, the | | b09 |
| 96 | | | Risk department would notify you and myself and request a re | | b09 |
| 97 | | | mediation plan. You are already working on this now so I wou | | b09 |
| 98 | | | ld say you shouldnt have any concern at this point.   Thank | | b09 |
| 99 | | | you,  Erica Hoover | | b09 |
| 100 | 2/11/2019 | 08:34:17 | Batch Load   Misc RSMS Project (Base): Lets hold off on any | | b09 |
| 101 | | | changes at least until tomorrow. Ill comment back here then. | | b09 |
| 102 | | | Thanks for the help on this. | | b09 |

**JR-b80**

Page 2

Confidential

**Attachment JJJJ**

10417905-FISV-000157

**PX 27, 2749**

# Expert Notes

██████████████

9/10/2020                                                                                                                                    MSA

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 103 | 2/7/2019 | 14:34:32 | Batch Load   Misc RSMS Project (Base): RSI did have another | | b09 |
| 104 | | | question. Is there a way to remove Discover card from our be | | b09 |
| 105 | | | ing one of the card types we accept? We no longer want to do | | b09 |
| 106 | | | business with them.   Jordan  You certainly have a choice a | | b09 |
| 107 | | | s to which cards you would like to accept. However from look | | b09 |
| 108 | | | ing at the accounts theres only 1 that doesnt accept Discove | | b09 |
| 109 | | | r cards currently.   The accounts that do have Discover | | b09 |
| 110 | | | Batch Load   Misc card are full serviced through us and woul | | b09 |
| 111 | | | dnt go through Discover.   Can I ask the reason behind not | | b09 |
| 112 | | | wanting to accept Discover?   Erica Hoover  They disconnect | | b09 |
| 113 | | | ed us without any warning on the JasonBondPicks.com account. | | b09 |
| 114 | | | Now they are allowing clients to issue disputes on any of o | | b09 |
| 115 | | | ur brands and not allowing us an opportunity to defend ourse | | b09 |
| 116 | | | lves and possibly win. WE are seeing an uptick in disputes | | b09 |
| 117 | | | Batch Load   Misc from Discover card members and its really | | b09 |
| 118 | | | hurting our merchant status. We do so little biz through the | | b09 |
| 119 | | | m that they are not work keeping around any longer, especial | | b09 |
| 120 | | | ly considering how they dropped us on Jason Bond Picks witho | | b09 |
| 121 | | | ut any warning or opportunity to remedy and unknown issues. | | b09 |
| 122 | | | Oh wow! I can definitely understand why you wouldnt want to | | b09 |
| 123 | | | deal with Discover any longer. If you would like | | b09 |
| 124 | | | Batch Load   Misc to have it removed I can do that for you t | | b09 |
| 125 | | | oday.  After I make the updates to the account, you would be | | b09 |
| 126 | | | required to contact the Payeezy helpdesk for a parameter up | | b09 |
| 127 | | | date on each so the system recognizes the change.   Or, I ca | | b09 |
| 128 | | | n set the accounts for  auto parameter updatesŽ if you wish. | | b09 |
| 129 | | | This means the gateways will automatically push the update | | b09 |
| 130 | | | overnight after the batch completes.   Erica Hoover | | b09 |
| 131 | 2/7/2019 | 13:32:41 | Batch Load   Misc RSMS Project (Base): RSThank you for the c | | b09 |
| 132 | | | larification.   As for the AVS, we have Firstdata setup to r | | b09 |
| 133 | | | equire avs so thats odd. However, there are some rare charge | | b09 |
| 134 | | | s where we charge on behalf of the client per their consent | | b09 |
| 135 | | | with the info we have on file, excluding the security code. | | b09 |
| 136 | | | We do this on a rare occasion so those | | b09 |
| 137 | | | Batch Load   Misc may be the charges you are seeing without | | b09 |
| 138 | | | avs requirements. Orders taken directly from our order forms | | b09 |
| 139 | | | require zip code verification, security code...etc.  Thanks | | b09 |
| 140 | | | , Jordan  Likewise, thank you for the clarification! If the | | b09 |
| 141 | | | y any further questions I will be in touch.   Have a great r | | b09 |
| 142 | | | est of your day!  Erica Hoover | | b09 |
| 143 | 2/7/2019 | 13:26:50 | Batch Load   Misc RSMS Project (Base): RSGood speaking with | | b09 |
| 144 | | | you last week. I did have some questions about some odd debi | | b09 |
| 145 | | | ts from BAMS of Feb 4, 2018. Their description says "deposit | | b09 |
| 146 | | | " while its actually debiting our account. Normally these de | | b09 |
| 147 | | | posits are credits. Can you check on this please and clarify | | b09 |
| 148 | | | ?  Good afternoon Jordan,  I appreciate you reaching out! In | | b09 |
| 149 | | | reviewing the below, those are your processing fees | | b09 |
| 150 | | | Batch Load   Misc that are billed monthly around the 2nd of | | b09 |
| 151 | | | each month. If the 2nd falls on a weekend, it will delay unt | | b09 |
| 152 | | | il the next business day, which in this case was on 2/4.  I | | b09 |
| 153 | | | ts funny you had reach out because I was actually getting re | | b09 |

**JR-b80**

**Page 3**

**Expert Notes**

9/10/2020                                                                                    MSA

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 154 | | | ady to email you in regards to the merchant account for jaso | | b09 |
| 155 | | | nbondpicks.com. Our support analysts had found that you have | | b09 |
| 156 | | | some transactions downgrading due to not providing | | b09 |
| 157 | | | Batch Load   Misc AVS(address verification) at the time of a | | b09 |
| 158 | | | uthorization. We just want to verify if there is an issue th | | b09 |
| 159 | | | at caused the information to not be provided. If you are awa | | b09 |
| 160 | | | re of this and understand the downgrades I will advise.   We | | b09 |
| 161 | | | just want to make sure you are aware of how to get the best | | b09 |
| 162 | | | possible rate for your transactions.   If you have any ques | | b09 |
| 163 | | | tions please let me know.  Thank you, Erica Hoover | | b09 |
| 164 | 2/1/2019 | 11:58:27 | Batch Load   Misc RSMS Project (Base): RStt Jordan, introduc | | b09 |
| 165 | | | ed myself as their assigned relationship specialist for the | | b09 |
| 166 | | | accounts going forward. He was very happy to hear of this an | | b09 |
| 167 | | | d asked me to send my contact info to him so they could file | | b09 |
| 168 | | | it where it needs to go. He said everything is going well w | | b09 |
| 169 | | | ith the processing at this time and no questions or concerns | | b09 |
| 170 | | | . | | b09 |
| 171 | 1/30/2019 | 19:39:23 | Batch Load   Misc Salesforce Case Number: 40793340 .Case Not | | ser |
| 172 | | | e: Yanique Charles *CMS* received an email request to update | | ser |
| 173 | | | DDA on file. Reached out to merch Jordan via phone and veri | | ser |
| 174 | | | fied account. Updated in MM. | | ser |
| 175 | 4/12/2018 | 16:48:13 | Batch Load   Misc Salesforce Case Number: 31464977 .Case Not | | ser |
| 176 | | | e: Christian Morse /SBS/ added legal contact name to Amex OB | | ser |
| 177 | | | entitlement per request from Risk | | ser |
| 178 | 2/26/2018 | 17:38:14 | Batch Load   Misc Salesforce Case Number: 30211224 .Case Not | | 179 |
| 179 | | | e: Katie Hollifield/ SBS /AVS/DBA/ TT BC Jessica Cedeno  Upd | | 179 |
| 180 | | | ated merchants descriptor # and bill to # to 855.979.9243 | | 179 |
| 181 | 2/26/2018 | 12:22:10 | OTHER BAMS L1 CASE  30195410, jordan reyna verfied basic,top | | ett |
| 182 | | | otc email(0000455563)  merchant calling remove the phone nu | | ett |
| 183 | | | mber on the description  and but other x's or the email for | | ett |
| 184 | | | all 6 account ████████(support@RAGINGBULL.COM) | | ett |
| 185 | | | (support@TOPSTOCKPICKS.COM)████████support@PENNYPRO | | ett |
| 186 | | | .COM)████████support@PETRAPICKS.COM)████████supp | | ett |
| 187 | | | ort@JASONBONDPICKS.COM)████████support@BIOTECHBREAKOUT | | ett |
| 188 | | | S.COM) merchant also wants to know whyso customer say the c. | | ett |
| 189 | | | s is the merchant personal ████████but it wanst on the de | | ett |
| 190 | | | scriptor and merchant would like to have it fix  advice time | | ett |
| 191 | | | rame submitted ticket number 30193710 on mic████████) | | ett |
| 192 | 1/25/2018 | 19:26:09 | Batch Load   Misc Salesforce Case Number: 29415839 .Case Not | | 159 |
| 193 | | | e: Venesa.Bombard/sbs sr/ TT Jordan Reyna and reviewed downg | | 159 |
| 194 | | | raded transactions due to missing AVS information on biotech | | 159 |
| 195 | | | account. Also updated phone number on all 6 accounts in cha | | 159 |
| 196 | | | in to his number for best contact ████████  Submitted up | | 159 |
| 197 | | | date to update address on file to match head office account. | | 159 |
| 198 | 1/24/2018 | 13:57:58 | DEPOSIT INQUIRY | | 234 |
| 199 | 1/24/2018 | 13:57:46 | OTHER BAMS L1 CASE  29371666, tt anthony bell ,bookeeper bas | | |
| 200 | | | ic;verif last deposit . verif dda merchant would like to hav | | |
| 201 | | | e mailing address changed updated on the account updated the | | |
| 202 | | | address for the merchant ; merchant has muliple accounts he | | |
| 203 | | | is needing to do this for . | | |
| 204 | 11/8/2017 | 13:51:17 | Batch Load   Misc Salesforce Case Number: 27479383 .Case Not | | 411 |

JR-b80

Confidential

**Attachment JJJJ**

10417905-FISV-000159

**PX 27, 2751**

## Expert Notes

███████████████

**MSA**

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 205 | | | e: kcampbell sbs 4sv tt bc Jessica Cedeno wanted to verify t | | 411 |
| 206 | | | he email address as jordan@ragingbull.com | | 411 |
| 207 | 11/8/2017 | 12:00:34 | OTHER Internet Solution Case  27474867, called to ask about | | |
| 208 | | | the chaining / advised about chaining / xfer to api | | |
| 209 | 10/4/2017 | 14:44:09 | Batch Load   Misc Salesforce Case Number: 26661449 .Case Not | | 408 |
| 210 | | | e: Desiree.McCulloughSBS/4sv CAI/TT  Jessica Cedeno BC calle | | 408 |
| 211 | | | d in needed the DBA contact updated to Jordan Reyna and the | | 408 |
| 212 | | | Bill to contact to be Jeffrey Bishop.  Made those changes in | | 408 |
| 213 | | | the system. | | 408 |
| 214 | 10/2/2017 | 13:42:33 | Batch Load   Misc Salesforce Case Number: 26578474 .Case Not | | 115 |
| 215 | | | e: Cameron Collins/SBS/4sv tt:BC Jessica Cedeno to see if th | | 115 |
| 216 | | | e account was approved. Advised that the account is still pe | | 115 |
| 217 | | | nding credit approval. | | 115 |

**JR-b80**

Confidential                                    **Attachment JJJJ**              10417905-FISV-000160

**PX 27, 2752**

**Expert Notes**

Print All Notes

| | User |
|---|---|
| 1 | bamuser |
| 2 | bamuser |
| 3 | bamuser |
| 4 | bamuser |
| 5 | Goodwin Winn, B |
| 6 | Goodwin Winn, B |
| 7 | Goodwin Winn, B |
| 8 | Goodwin Winn, B |
| 9 | Goodwin Winn, B |
| 10 | Goodwin Winn, B |
| 11 | Goodwin Winn, B |
| 12 | Goodwin Winn, B |
| 13 | bamd226 |
| 14 | bamd226 |
| 15 | bamd226 |
| 16 | bamd226 |
| 17 | bamd226 |
| 18 | bamd226 |
| 19 | bamd226 |
| 20 | bamd226 |
| 21 | bamd226 |
| 22 | bamd226 |
| 23 | bamd226 |
| 24 | bamd226 |
| 25 | bamd226 |
| 26 | bamd226 |
| 27 | bamd226 |
| 28 | bamd226 |
| 29 | bamd226 |
| 30 | Hubin, Cat |
| 31 | Hubin, Cat |
| 32 | Hubin, Cat |
| 33 | Hubin, Cat |
| 34 | Hubin, Cat |
| 35 | Hubin, Cat |
| 36 | bamab09 |
| 37 | bamab09 |
| 38 | bamab09 |
| 39 | bamab09 |
| 40 | bamab09 |
| 41 | bamab09 |
| 42 | bamab09 |
| 43 | bamab09 |
| 44 | bamab09 |
| 45 | bamab09 |
| 46 | bamab09 |
| 47 | bamab09 |
| 48 | bamab09 |
| 49 | bamab09 |
| 50 | bamab09 |
| 51 | bamab09 |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000161

**PX 27, 2753**

**Expert Notes**

████████████████

9/10/2020                                                                                                                              **MSA**

Print All Notes

|     | User     |
| --- | -------- |
| 52  | bamab09  |
| 53  | bamab09  |
| 54  | bamab09  |
| 55  | bamab09  |
| 56  | bamab09  |
| 57  | bamab09  |
| 58  | bamab09  |
| 59  | bamab09  |
| 60  | bamab09  |
| 61  | bamab09  |
| 62  | bamab09  |
| 63  | bamab09  |
| 64  | bamab09  |
| 65  | bamab09  |
| 66  | bamab09  |
| 67  | bamab09  |
| 68  | bamab09  |
| 69  | bamab09  |
| 70  | bamab09  |
| 71  | bamab09  |
| 72  | bamab09  |
| 73  | bamab09  |
| 74  | bamab09  |
| 75  | bamab09  |
| 76  | bamab09  |
| 77  | bamab09  |
| 78  | bamab09  |
| 79  | bamab09  |
| 80  | bamab09  |
| 81  | bamab09  |
| 82  | bamab09  |
| 83  | bamab09  |
| 84  | bamab09  |
| 85  | bamab09  |
| 86  | bamab09  |
| 87  | bamab09  |
| 88  | bamab09  |
| 89  | bamab09  |
| 90  | bamab09  |
| 91  | bamab09  |
| 92  | bamab09  |
| 93  | bamab09  |
| 94  | bamab09  |
| 95  | bamab09  |
| 96  | bamab09  |
| 97  | bamab09  |
| 98  | bamab09  |
| 99  | bamab09  |
| 100 | bamab09  |
| 101 | bamab09  |
| 102 | bamab09  |

**JR-b80**

Confidential                              **Attachment JJJJ**          10417905-FISV-000162

**PX 27, 2754**

## Expert Notes

█████████████

Print All Notes

|     | User     |
| --- | -------- |
| 103 | bamab09  |
| 104 | bamab09  |
| 105 | bamab09  |
| 106 | bamab09  |
| 107 | bamab09  |
| 108 | bamab09  |
| 109 | bamab09  |
| 110 | bamab09  |
| 111 | bamab09  |
| 112 | bamab09  |
| 113 | bamab09  |
| 114 | bamab09  |
| 115 | bamab09  |
| 116 | bamab09  |
| 117 | bamab09  |
| 118 | bamab09  |
| 119 | bamab09  |
| 120 | bamab09  |
| 121 | bamab09  |
| 122 | bamab09  |
| 123 | bamab09  |
| 124 | bamab09  |
| 125 | bamab09  |
| 126 | bamab09  |
| 127 | bamab09  |
| 128 | bamab09  |
| 129 | bamab09  |
| 130 | bamab09  |
| 131 | bamab09  |
| 132 | bamab09  |
| 133 | bamab09  |
| 134 | bamab09  |
| 135 | bamab09  |
| 136 | bamab09  |
| 137 | bamab09  |
| 138 | bamab09  |
| 139 | bamab09  |
| 140 | bamab09  |
| 141 | bamab09  |
| 142 | bamab09  |
| 143 | bamab09  |
| 144 | bamab09  |
| 145 | bamab09  |
| 146 | bamab09  |
| 147 | bamab09  |
| 148 | bamab09  |
| 149 | bamab09  |
| 150 | bamab09  |
| 151 | bamab09  |
| 152 | bamab09  |
| 153 | bamab09  |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000163

PX 27, 2755

**Expert Notes**

Print All Notes

| | User |
|---|---|
| 154 | bamab09 |
| 155 | bamab09 |
| 156 | bamab09 |
| 157 | bamab09 |
| 158 | bamab09 |
| 159 | bamab09 |
| 160 | bamab09 |
| 161 | bamab09 |
| 162 | bamab09 |
| 163 | bamab09 |
| 164 | bamab09 |
| 165 | bamab09 |
| 166 | bamab09 |
| 167 | bamab09 |
| 168 | bamab09 |
| 169 | bamab09 |
| 170 | bamab09 |
| 171 | bamuser |
| 172 | bamuser |
| 173 | bamuser |
| 174 | bamuser |
| 175 | bamuser |
| 176 | bamuser |
| 177 | bamuser |
| 178 | bamw179 |
| 179 | bamw179 |
| 180 | bamw179 |
| 181 | Pickett, Cynthi |
| 182 | Pickett, Cynthi |
| 183 | Pickett, Cynthi |
| 184 | Pickett, Cynthi |
| 185 | Pickett, Cynthi |
| 186 | Pickett, Cynthi |
| 187 | Pickett, Cynthi |
| 188 | Pickett, Cynthi |
| 189 | Pickett, Cynthi |
| 190 | Pickett, Cynthi |
| 191 | Pickett, Cynthi |
| 192 | BAMR159 |
| 193 | BAMR159 |
| 194 | BAMR159 |
| 195 | BAMR159 |
| 196 | BAMR159 |
| 197 | BAMR159 |
| 198 | BAMW234 |
| 199 | Valdez, Briana |
| 200 | Valdez, Briana |
| 201 | Valdez, Briana |
| 202 | Valdez, Briana |
| 203 | Valdez, Briana |
| 204 | bamd411 |

JR-b80

Confidential

**Attachment JJJJ**

10417905-FISV-000164

**PX 27, 2756**

**Expert Notes**

█████████████

Print All Notes

|     | User |
|-----|------|
| 205 | bamd411 |
| 206 | bamd411 |
| 207 | Kelley, Clarenc |
| 208 | Kelley, Clarenc |
| 209 | bamd408 |
| 210 | bamd408 |
| 211 | bamd408 |
| 212 | bamd408 |
| 213 | bamd408 |
| 214 | bamw115 |
| 215 | bamw115 |
| 216 | bamw115 |
| 217 | bamw115 |

**JR-b80**

Confidential                **Attachment JJJJ**          10417905-FISV-000165

**PX 27, 2757**

# ADDITIONAL OUTLET FORM
(Page 1 of 3)

New Merchant #: _____

Xref External # Required? ☐ Yes ☒ No        Store # included Xref External #? ☐ Yes ☒ No
**Note:** These fields are NOT to be used to embed the store # in the north MID#.

## HIERARCHY

Corp #:                          Chain #:                          Tie-To #:

## SALES INFORMATION

| Sales Rep ID | RM Name | | Submitter's Name | Submitter's Phone # |
|---|---|---|---|---|
| **BRCN** | **JESSICA CEDENO** | | **NIRICA WHITTICK** | |

## TELL US ABOUT YOUR BUSINESS

Your DBA/Outlet Name: (Maximum 24 Characters)  **T O P   S T O C K   P I C K S**

Your Business Legal Name (Client):
**RAGINGBULLDOT COM LLC**

Name of Signer: **JEFFREY BISHOP**        Title of Signer: **MEMBER LLC**

First/Last Contact Name: **JORDAN REYNA**

| Address: (No P.O.Box) | Suite #: | City: | State: | Zip: | Store #: |
|---|---|---|---|---|---|
| **835 E LAMAR BLVD** | **238** | **ARLINGTON** | **TX** | **76011** | |

Your Business Phone #: **(855) 494-3551**

Merchant Customer Service Phone #: **(855) 494-3551**        Fax #:

Web Site Address: **www.topstockpicks.com**

E-Mail Address: **jordan@ragingbull.com**        Customer Service E-Mail Address:

| Annual MasterCard/Visa Volume | $ **2,000,000** | MasterCard/Visa Average Ticket | $ **300.00** | Pricing Type (3 digit #) **0  2  0** |
|---|---|---|---|---|
| Annual Discover Volume | $ **50,000** | Discover Average Ticket | $ **300.00** | MCC: **7399** |
| Annual American Express Volume | $ **50,000** | American Express Average Ticket | $ **300.00** | |
| TeleCheck Annual Volume | $ **0** | | | |

Products/Services You Sell: **BUSINESS SERVICES**

Seasonal? ☐ Yes ☒ No
If Yes, select the months in which the business is open: ☐ JAN ☐ FEB ☐ MAR ☐ APR ☐ MAY ☐ JUN ☐ JUL ☐ AUG ☐ SEP ☐ OCT ☐ NOV ☐ DEC

## BILL TO INFORMATION

Head Office/Bill To Name: **LIGHTHOUSE MEDIA LLC**

First/Last Contact Name: **JORDAN REYNA**

Business Phone #: **(855) 981-8370**        Address: **835 E LAMAR BLVD # 263**        City: **ARLINGTON**        State: **TX**        Zip: **76011**

**PLEASE COMPLETE EACH SECTION BELOW:**

POS Card Swipe ____ % + Manual Imprint ____ % + Mail Order ____ % + Phone Order ____ % + Internet **100** % = 100%        Mag Swipe ____ % + Keyed **100** % = 100%

Mail Statements to: ☐ 01 Outlet  ☒ 02 Bill To - No Recap  ☐ 07 Suppress Statement  ☐ 08 Recap - No Statement
(Recap Code) ☐ 09 Bill To/Statement + Recap  ☐ 10 Recap Chain/Statement to Outlet Bill To

Merchant Type (4 digit #) **8  0  0  0**

Entity Type: ☐ Private Corporation  ☐ Public Corporation  ☐ Sole Proprietorship  ☐ Partnership  ☐ Franchises Owned  ☒ LLC

Check one: TIN Type: ☒ EIN (Fed Tax ID #)  ☐ SSN    D&B #: _____        No. of Employees: _____

### IMPORTANT IRS INFORMATION

☐ Non-Profit  ☐ Non-Profit/Tax Exempt as described in 26 USC Section 501(c)(3) OR a Tribal (Native American) government or Tribal government-owned. ☐ Gov't. Entity
If tax exempt, provide copy of IRS Determination Letter; if Tribal government, provide evidence of tribal recognition, and proof of Tribal ownership if separate entity.
**NOTE:** Failure to provide accurate information may result in a withholding of merchant funding per IRS regulations. (See Part IV, Section A.3 of your Program Guide for further information.)

Name (as it appears on your income tax return)†
**RAGINGBULLDOT COM LLC**

☒ Federal Tax ID#: (as it appears on your income tax return)†

☐ I certify that I am a foreign entity/nonresident alien. (if checked, please attach IRS Form W-8.)

†If Client is a disregarded entity under IRS regulations and has provided its owner's taxpayer filing name and Federal Tax ID above, then please attach an IRS Form W-9.

## OTHER ENTITLEMENTS

| | | | | | |
|---|---|---|---|---|---|
| ☐ ECA* Warranty | ☐ ECA Verification | ☐ Lockbox Pro21 Warranty | ☐ Lockbox Pro21 Verification | ☐ e-Deposit Warranty | ☐ e-Deposit Settlement Only |
| ☐ ICA Warranty | ☐ ICA Verification | ☐ CBP Warranty | ☐ CBP Verification | ☐ Paper Warranty | ☐ Paper Verification |
| ☐ Check Cashing Warranty | ☐ Check Cashing Verification | ☐ Mail Order Warranty | ☐ COD Warranty | ☐ Remote Pay Warranty | ☐ Remote Pay Verification |
| ☐ Other: | | | | | |

☑ MasterCard  ☑ Visa  ☑ Discover, (Including Diners Club International*, JCB, UnionPay and BCard)[]

☑ Discover Full Service Processing

Discover SE # (if retained): _____

☐ Gift Card (see attached addendum)  SE # _____

MC Registration Program ID: _____

☐ PIN Debit # _____        ☐ EBT (SNAP) FNS # (XREF): _____

Existing Subscriber #: _____

☐ American Express* (AXP) (includes credit and prepaid cards)
☑ AXP OptBlue℠
☐ AXP Direct: _____
American Express* Service Type (check one)
☐ Split Dial  ☐ Single Settle  ☐ EDC  ☐ PIP  ☐ Reverse IP
American Express Cap #: _____
Franchise Name: _____
☐ IATA/ARC Code: _____ (for MCC 4722 Only)

☐ Voyager Fleet    Annual Voyager Vol.: $ _____        Participation in Voyager Tax Exempt Program: ☐ Yes ☐ No (If yes, additional request form required)
☐ WEX Full Acquiring    Annual WEX Volume: $ _____        ☐ WEX (Non-Full Svc) (requires separate form)  ☐ MasterCard Fleet

BAMS/FDSGenNAddLo1808(la)

Confidential

**Attachment JJJJ**

10417905-FISV-000167

# PX 27, 2758

# ADDITIONAL OUTLET FORM   (Page 2 of 3)
## SHIPPING INSTRUCTIONS

Ship Terminal / Start-up Kit To: ☐ Outlet/DBA  ☐ Head Office  ☐ Do Not Ship  ☐ No Welcome Kit and Supplies  ☐ No Welcome Kit  ☐ Other – (See Below)

Name: _____  Attention: _____

Address: _____  City: _____  State: _____  Zip: _____

Delayed Start Date: _____  Delayed Ship Date: _____

Do you use any third party to store, process or transmit cardholder data? *(Examples include, but not limited to web hosting companies, Electronic Data Capture, Loyalty programs)*

☒ No  ☐ Yes   If yes, give name/address: _____

Please identify any Software used for storing, transmitting, or processing Card Transactions or Authorization Requests: _____

Network: ☐ (206) CARD*net®  ☐ Nashville  ☐ Buypass  ☒ Other: **compass**   Specify Security Code: ( 5083 )

| Rental • Purchase Cust.-Owned • Lease† Installment Purchase *(circle one)* | QTY | IP | Equipment Type *(i.e., Terminal/VAR/Internet)* | Retail • Restaurant • MOTO/Internet Lodging • Supermarket • Car Rental Quick Service Restaurant • Petro | Model Code and Name | Unit Purchase Price *(w/o Tax)* | Monthly Payment Due *(w/o Tax)* | For Customer-Owned Equipment Track/ Version/Serial # |
|---|---|---|---|---|---|---|---|---|
| R  P  C  L†  I ☒ | 1 | ☐ | PAYEEZY | R  Re  MOTO/I  L  S  C  QSR  P | | $ 0 | $ | |
| R  P  C  L†  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L†  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L†  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L†  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L†  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L†  I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |

*The Installment Purchase option allows you to make 3 equal monthly payments.*

†A separate approval by and non-cancelable lease agreement with, First Data Merchant Services Corporation (through its business unit, First Data Global Leasing) are required; that lease agreement contains the terms and conditions for leased equipment.

Check one: ☐ Gateway Solutions  ☐ Dial Solutions  ☐ Global Gateway  ☐ Payeezy Gateway  ☐ VSAT**  ☐ Frame  ☐ Other: _____  ☐ IC Verify Serial  # _____

VAR/Internet/Software: Name: _____ (Nashville Only: Product ID # _____)   Vendor ID # _____

NOTE: **Requires separate agreement between Client and its VSAT provider prior to implementation of this telecommunications protocol.

Network: ☐ Nashville  ☐ CARDnet  ☐ Buypass  ☐ Other: _____

☐ PNS  ☐ Netconnect   Email Address: _____   Client #: _____  Division #: _____

C/O - IC
Verify Serial # _____  ESN # _____  MAN # _____  Software Product ID # _____  Software Vendor ID # _____

Holds Paper: ☐ Merchant  ☐ Processor   Imprinter Purchase: Amount $ 50.00  x Qty _____ = Total $ _____ (w/o tax)  Plates: ☐ Short  ☐ Long

Wireless Service Provider: ☐ GPRS AT&T  or ☐ CDMA Sprint

## TERMINAL FEATURES

☐ Auto Settle Time _____ hh ET (military)
☐ Bar Tab
☐ Clerk/Server Entry
☐ **Debit Cash Back**
Delayed Ship Date: _____
☐ Dial Prefix: ☐ Dial 9  ☐ Other: _____
☐ Dial Suffix: _____
☐ QSR-CR/SMT  Amt. $ _____ *(Convenience/Small Ticket)*
☐ QSR Print Option
☐ Invoice Number
☐ Multi-Trans *(PC/Register/Software only)*

☐ Remove Ticket #
☐ Retail Gas
☐ Retail With Tip.
☐ Ship Method *(Overnight)*
☐ Tip % Option
☐ Verify Amount Prompt
☐ E-Commerce
☐ Remove Room #
☐ No Server/ Ticket ID
☐ If IP _____ *(List Current Provider)*
☐ Partial Approval
☐ Purchase w/Balance Return

☐ Standalone Balance Inquiry
☐ Amex Prepaid Program Preference *(Choose One)*
  ☐ Partial Auth
  ☐ Balance Back
  ☐ Other _____

PINPad:
☐ DES Encryption
☐ DUKPT
☐ Access Code
   # _____

Terminal Features: *(cont'd)*

|  | Key Disable | or | Password Protect |
|---|---|---|---|
| Credits | ☐ | | ☐ |
| Voids | ☐ | | ☐ |
| Forces | ☐ | | ☐ |
| Reviews | ☐ | | ☐ |
| Bal/Settle | ☐ | | ☐ |
| Auth Only | ☐ | | ☐ |
| Reports | ☐ | | ☐ |
| Tip Adjustment | ☐ | | ☐ |

**PLEASE VERIFY SELECTED FEATURES ARE AVAILABLE UNDER THE ALLIANCE, NETWORK, PRODUCT & APPLICATION**

Comments: _____
(NOTE: Completing the Comments field will result in a 48 hour terminal programming delay)

## Buypass Attributes

Bank FIID: _____  Group FIID: _____
Confirmation Letter:  ☐ Yes  ☐ No
Duplicate Protection:  ☐ On  ☐ Off
Variable Cut:  ☐ Yes  ☐ No
Cut Time: _____ (military)

Password: ☐ 111111  ☐ 123456
☐ Other: _____
Prop ID: _____
Daylight Savings: ☐ Yes  ☐ No

ACH Sum ID #: _____
Velocity Chain #: _____
Velocity Count: _____
Velocity Amount: $ _____

Specials
_____
_____
_____
_____
_____

NOTE: If attributes are not chosen, then the generic defaults will apply.

BAMS/FDSGenNAddLo1808(la)

## ADDITIONAL OUTLET FORM

(Page 2 of 3)

All payments to Client shall be through the Automated Clearing House (ACH) and shall normally be electronically transmitted directly to the demand deposit account ("DDA") indicated below or any successor account designated to receive provisional funding of Client's sales pursuant to the Client's agreement governing merchant card processing services (referred to herein as the "Merchant Agreement") by and among the Client, Processor and Bank. Processor means Banc of America Merchant Services, LLC or First Data Services, LLC, as applicable, and Bank means Bank of America, N.A.; references to "you" and "your" mean Client; references to "Services" "our," "us" and "we" mean Processor and Bank. We cannot guarantee the timeliness with which any payment may be credited by Client's depository institution ("DEPOSITORY").

Client hereby authorizes Bank and its authorized representative to access information from the DDA and to initiate credit and/or debit entries by Bank wire or ACH transfer and to authorize DEPOSITORY to block or to initiate, if necessary, reversing entries and adjustments for any original entries made to the DDA and to authorize DEPOSITORY to provide such access and to credit and/or debit or to block the same to such account. This authorization is without respect to the source of any funds in the DDA, is irrevocable and is coupled with an interest. This authority extends to any equipment rental or purchase agreements which may exist with Client as well as to any fees and assessments and Chargeback amounts of whatever kind or nature due under the terms of your Agreement whether arising during or after termination of this Agreement.

This authority is to remain in full force and effect at all times unless and until we have consented to its termination and in such time and in such manner as to afford us and DEPOSITORY a reasonable opportunity to act on it. In addition, Client understands and agrees that it will be charged a reject fee for each ACH which cannot be processed, and all subsequent funding may be suspended until Client either (1) provides written notice that ACHs can be processed or (2) a new electronic funding agreement is signed by Client. In order to insure transactions are properly handled, A COPY OF A BLANK VOIDED CHECK MUST BE INCLUDED. Client's depository must be able to process or accept electronic transfers either via ACH and/or Fed wire (Bank wire) which transfers are processed utilizing the Federal Reserve System. If payment is to be made by Bank wire or Automated Clearing House transfer, please supply the above information.

ABA ▮▮▮ ▮▮▮ ▮▮▮          DDA ▮▮ ▮▮▮▮ ▮▮▮

*A voided check or bank letter is required if the banking information (above) for the additional location is different from the tie-to location.*

☒ Fees Same as Tie To Account

☐ Additional Fees due to Industry Type *(see attached fee schedule)*

☐ Additional Credit Addendum
(Required for accounts that are High Risk/MOTO/Internet or B2B)

☐ Additional Fees due to Service Entitlements *(see attached fee schedule)*

**APPLICABLE TO MERCHANTS UNDER AMERICAN EXPRESS OPTBLUE PROGRAM:** To be applicable under this program, you must meet these criteria: (a) your Total Annual American Express volume (listed in Section 2 above) is less than $1,000,000 and (b) your business is not a type prohibited, and is not a franchise of any franchise excluded, by American Express. In addition, you must continue to qualify for this program, and to do so, your total American Express Card transaction volume cannot exceed certain thresholds, all as further described in Part I, Sections 45.2 and 45.5.4 of the Program Guide. Please also refer to Part I, Sections 45.5.2 – 45.5.3 of the Program Guide to learn about American Express' use of your information and how you may opt out of certain uses.

You further acknowledge and agree that you will not use your merchant account and/or the Services for illegal transactions, for example, those prohibited by the Unlawful Internet Gambling Enforcement Act, 31 U.S.C. Section 5361 et seq, as may be amended from time to time, or processing and acceptance of transactions in certain jurisdictions pursuant to 31 CFR Part 500 et seq. and other laws enforced by the Office of Foreign Assets Control (OFAC).

Client certifies, under penalties of perjury, that the federal taxpayer identification number and corresponding filing name provided herein are correct.

Please add the above mentioned additional location(s) to your system. I understand and agree upon execution of this document, the above mentioned additional location(s) is/are hereby bound by the processing Agreement signed for the above primary location, any agreement attached hereto as well as pricing for the services specified herein. I further acknowledge that all information provided is true and accurate.

| Client's Business Principal Signature *(please sign here)* | JEFFREY BISHOP<br>*Please Print Name of Signer* | ✓ PRESIDENT<br>*Title* | 9/14/17<br>*Date* |

BAMS/FDSGenNAddLo16030a)

**Attachment JJJJ**

10417905-FISV-000169

**PX 27, 2760**

# ADDITIONAL OUTLET FORM

(Page 1 of 3)

New Merchant #: _____

Xref External # Required? ☐ Yes ☒ No    Store # included Xref External #? ☐ Yes ☒ No

Note: These fields are NOT to be used to embed the store # in the north MID#.

## HIERARCHY

Corp #: _____    Chain #: _____    Tie-To #: _____

## SALES INFORMATION

| Sales Rep ID | RM Name | Submitter's Name | | Submitter's Phone # |
|---|---|---|---|---|
| BRCN | JESSICA CEDENO | NIRICA WHITTICK | | |

## TELL US ABOUT YOUR BUSINESS

Your DBA/Outlet Name: (Maximum 24 Characters)  `T O P  S T O C K  P I C K S`

Your Business Legal Name (Client):

**RAGINGBULLDOT COM LLC**

Name of Signer: **JEFFREY BISHOP**    Title of Signer: **MEMBER LLC**

| First/Last Contact Name: | Address: (No P.O.Box) | Suite #: | City: | State: | Zip: | Store #: |
|---|---|---|---|---|---|---|
| JORDAN REYNA | 835 E LAMAR BLVD | 238 | ARLINGTON | TX | 76011 | |

Your Business Phone #: (855) 494-3551    Merchant Customer Service Phone #: (855) 494-3551    Fax #:

Web Site Address: www.topstockpicks.com

E-Mail Address: jordan@ragingbull.com    Customer Service E-Mail Address:

| Annual MasterCard/Visa Volume | $ 2,000,000 | MasterCard/Visa Average Ticket | $ 300.00 | Pricing Type (3 digit #) 0  2  0 |
|---|---|---|---|---|
| Annual Discover® Volume | $ 50,000 | Discover Average Ticket | $ 300.00 | MCC: 7399 |
| Annual American Express Volume | $ 50,000 | American Express Average Ticket | $ 300.00 | |
| TeleCheck Annual Volume | $ 0 | | | |

Products/Services You Sell: **BUSINESS SERVICES**

Seasonal? ☐ Yes ☒ No

If Yes, select the months in which the business is open:  ☐ JAN  ☐ FEB  ☐ MAR  ☐ APR  ☐ MAY  ☐ JUN  ☐ JUL  ☐ AUG  ☐ SEP  ☐ OCT  ☐ NOV  ☐ DEC

## BILL TO INFORMATION

Head Office/Bill To Name: **LIGHTHOUSE MEDIA LLC**    First/Last Contact Name: **JORDAN REYNA**

Business Phone #: (855) 981-8370    Address: 835 E LAMAR BLVD # 263    City: ARLINGTON    State: TX    Zip: 76011

**PLEASE COMPLETE EACH SECTION BELOW:**

POS Card Swipe ____% + Manual Imprint ____% + Mail Order ____% + Phone Order ____% + Internet 100 % = 100%    Mag Swipe ____% + Keyed ____% = 100%

Mail Statements to: ☐ 01 Outlet  ☒ 02 Bill To - No Recap  ☐ 07 Suppress Statement  ☐ 08 Recap - No Statement
(Recap Code)  ☐ 09 Bill To/Statement + Recap  ☐ 10 Recap Chain/Statement to Outlet Bill To

Merchant Type (4 digit #) 8  0  0  0

Entity Type: ☐ Private Corporation  ☐ Public Corporation  ☐ Sole Proprietorship  ☐ Partnership  ☐ Franchisee Owned  ☒ LLC

Check one: TIN Type: ☒ EIN (Fed Tax ID #)  ☐ SSN    D&B #: _____    No. of Employees: _____

## IMPORTANT IRS INFORMATION

☐ Non-Profit    ☐ Non-Profit/Tax Exempt as described in 26 USC Section 501(c)(3) OR a Tribal (Native American) government or Tribal government-owned.    ☐ Gov't. Entity
If tax exempt, provide copy of IRS Determination Letter; if Tribal government, provide evidence of tribal recognition, and proof of tribal ownership if separate entity.

NOTE: Failure to provide accurate information may result in a withholding of merchant funding per IRS regulations. (See Part IV, Section A.3 of your Program Guide for further information.)

Name (as it appears on your income tax return)†    **RAGINGBULLDOT COM LLC**

☒ Federal Tax ID#: (as it appears on your income tax return)§    ☐ I certify that I am a foreign entity/nonresident alien. (if checked, please attach IRS Form W-8.)

†If Client is a disregarded entity under IRS regulations and has provided its owner's taxpayer filing name and Federal Tax ID above, then please attach an IRS Form W-9.

## OTHER ENTITLEMENTS

| ☐ ECA® Warranty | ☐ ECA Verification | ☐ Lockbox Pro21 Warranty | ☐ Lockbox Pro21 Verification | ☐ e-Deposit Warranty | ☐ e-Deposit Settlement Only |
|---|---|---|---|---|---|
| ☐ ICA Warranty | ☐ ICA Verification | ☐ CBP Warranty | ☐ CBP Verification | ☐ Paper Warranty | ☐ Paper Verification |
| ☐ Check Cashing Warranty | ☐ Check Cashing Verification | ☐ Mail Order Warranty | ☐ COD Warranty | ☐ Remote Pay Warranty | ☐ Remote Pay Verification |

☐ Other: _____    Existing Subscriber #: _____

☐ MasterCard  ☐ Visa  ☐ Discover, (Including Diners Club International®, JCB, UnionPay and BCcard)

☐ Discover Full Service Processing

Discover SE # (if retained): _____

☐ American Express® (AXP) (includes credit and prepaid cards)
☐ AXP OptBlue℠
☐ AXP Direct: _____

☐ Gift Card (see attached addendum)  SE # _____

American Express® Service Type (check one)
☐ Split Dial  ☐ Single Settle  ☐ EDC  ☐ PIP  ☐ Reverse IP
American Express Cap #: _____

MC Registration Program ID: _____

Franchise Name: _____

☐ PIN Debit #: _____    ☐ EBT (SNAP) FNS # (XREF): _____

☐ IATA/ARC Code: _____ (for MCC 4722 Only)

☐ Voyager Fleet    Annual Voyager Vol.: $ _____    Participation in Voyager Tax Exempt Program: ☐ Yes ☐ No (if yes, additional request form required)

☐ WEX Full Acquiring    Annual WEX Volume: $ _____    ☐ WEX (Non-Full Svc) (requires separate form)    ☐ MasterCard Fleet

BAMS/FDSGenNAddLo1808(la)

# A D D I T I O N A L   O U T L E T   F O R M

(Page 2 of 3)

## SHIPPING INSTRUCTIONS

Ship Terminal / Start-up Kit To: ☐ Outlet/DBA   ☐ Head Office   ☐ Do Not Ship   ☐ No Welcome Kit and Supplies   ☐ No Welcome Kit   ☐ Other – (See Below)

Name: _____   Attention: _____

Address: _____   City: _____   State: _____ Zip: _____

Delayed Start Date: _____   Delayed Ship Date: _____

Do you use any third party to store, process or transmit cardholder data? *(Examples include, but not limited to web hosting companies, Electronic Data Capture, Loyalty programs)*

☒No  ☐Yes  If yes, give name/address: _____

Please identify any Software used for storing, transmitting, or processing Card Transactions or Authorization Requests: _____

Network: ☐ (206) CARD*net*®   ☐ ( ____ ) Nashville   ☐ ( ____ ) Buyass   ☒Other: **compass**   Specify Security Code: ( **5083** )

| Rental • Purchase Cust.-Owned • Lease† Installment Purchase *(circle one)* | QTY | IP | Equipment Type (i.e., Terminal/VAR/Internet) | Retail • Restaurant • MOTO/Internet Lodging • Supermarket • Car Rental Quick Service Restaurant • Petro | Model Code and Name | Unit Purchase Price (w/o Tax) | Monthly Payment Due (w/o Tax) | For Customer-Owned Equipment Track / Version/ Serial # |
|---|---|---|---|---|---|---|---|---|
| R  P ☒ L† I | 1 | ☐ | PAYEEZY | R  Re  MO☒/I  L  S  C  QSR  P | | $ 0 | $ | |
| R  P  C  L† I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L† I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L† I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L† I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L† I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L† I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |
| R  P  C  L† I | | ☐ | | R  Re  MOTO/I  L  S  C  QSR  P | | $ | $ | |

*The Installment Purchase option allows you to make 3 equal monthly payments.*

†A separate approval by, and non-cancelable lease agreement with, First Data Merchant Services Corporation (through its business unit, First Data Global Leasing) are required; that lease agreement contains the terms and conditions for leased equipment.

Check one: ☐ Gateway Solutions  ☐ Dial Solutions  ☐ Global Gateway  ☐ Payeezy Gateway  ☐ VSAT**  ☐ Frame  ☐ Other:_____  ☐ IC Verify Serial # _____

VAR/Internet/Software: Name: _____  (Nashville Only: Product ID # _____   Vendor ID # _____ )

NOTE: **Requires separate agreement between Client and its VSAT provider prior to implementation of this telecommunications protocol.

Network: ☐ Nashville  ☐ CARDnet  ☐ Buypass  ☐ Other: _____

☐ PNS  ☐ Netconnect  Email Address: _____   Client #: _____   Division #: _____

C/O - IC

Verify Serial # _____   ESN # _____   MAN # _____   Software Product ID # _____   Software Vendor ID # _____

Holds Paper: ☐ Merchant  ☐ Processor   Imprinter Purchase:  Amount $ 50.00  x  Qty _____ = Total $ _____ (w/o tax) Plates: ☐ Short  ☐ Long

Wireless Service Provider: ☐ GPRS AT&T  or  ☐ CDMA Sprint

## TERMINAL FEATURES

☐ Auto Settle Time _____ hh ET
(military)

☐ Bar Tab

☐ Clerk / Server Entry

☐ Debit Cash Back

Delayed Ship Date: _____

☐ Dial Prefix: ☐ Dial 9  ☐ Other: _____

☐ Dial Suffix: _____

☐ QSR-CR/SMT Amt. $_____
(Convenience/Small Ticket)

☐ QSR Print Option_____

☐ Invoice Number

☐ Multi-Trans *(PC/Register/Software only)*

☐ Remove Ticket #

☐ Retail Gas

☐ Retail With Tip

☐ Ship Method *(Overnight)*

☐ Tip % Option

☐ Verify Amount Prompt

☐ E-Commerce

☐ Remove Room #

☐ No Server/ Ticket ID

☐ If IP _____
(List Current Provider)

☐ Partial Approval

☐ Purchase w/Balance Return

☐ Standalone Balance Inquiry

☐ Amex Prepaid Program
Preference *(Choose One)*

☐ Partial Auth

☐ Balance Back

☐ Other _____

PINPad:

☐ DES Encryption

☐ DUKPT

☐ Access Code

# _____

| Terminal Features: *(cont'd)* | Key Disable | or | Password Protect |
|---|---|---|---|
| Credits | ☐ | | ☐ |
| Voids | ☐ | | ☐ |
| Forces | ☐ | | ☐ |
| Reviews | ☐ | | ☐ |
| Bal/Settle | ☐ | | ☐ |
| Auth Only | ☐ | | ☐ |
| Reports | ☐ | | ☐ |
| Tip Adjustment ☐ | | | ☐ |

**PLEASE VERIFY SELECTED FEATURES ARE AVAILABLE UNDER THE ALLIANCE, NETWORK, PRODUCT & APPLICATION**

Comments: _____

(NOTE: Completing the Comments field will result in a 48 hour terminal programming delay)

## Buypass Attributes

| | | Specials |
|---|---|---|
| Bank FIID: _____ Group FIID: _____ | Password: ☐ 111111  ☐ 123456 | |
| Confirmation Letter: ☐ Yes  ☐ No | | ACH Sum ID #: _____ |
| Duplicate Protection: ☐ On  ☐ Off | ☐ Other: _____ | Velocity Chain #: _____ |
| Variable Cut: ☐ Yes  ☐ No | Prop ID: _____ | Velocity Count: _____ |
| Cut Time: _____ (military) | Daylight Savings: ☐ Yes  ☐ No | Velocity Amount: $ _____ |

NOTE: If attributes are not chosen, then the generic defaults will apply.

BAMS/FDSGenNAddLo1808(ia)

10417905-FISV-000177

**Attachment JJJJ**   **PX 27, 2762**

## A D D I T I O N A L   O U T L E T   F O R M

All payments to Client shall be through the Automated Clearing House (ACH) and shall normally be electronically transmitted directly to the demand deposit account ("DDA") indicated below or any successor account designated to receive provisional funding of Client's sales pursuant to the Client's agreement governing merchant card processing services (referred to herein as the "Merchant Agreement") by and among the Client, Processor and Bank. Processor means Banc of America Merchant Services, LLC or First Data Services, LLC, as applicable, and Bank means Bank of America, N.A.; references to "you" and "your" mean Client; references to "Servicers" "our," "us" and "we" mean Processor and Bank." We cannot guarantee the timeliness with which any payment may be credited by Client's depository institution ("DEPOSITORY").

Client hereby authorizes Bank and its authorized representative to access information from the DDA and to initiate credit and/or debit entries by Bank wire or ACH transfer and to authorize DEPOSITORY to block or to initiate, if necessary, reversing entries and adjustments for any original entries made to the DDA and to authorize DEPOSITORY to provide such access and to credit and/or debit or to block the same to such account. This authorization is without respect to the source of any funds in the DDA, is irrevocable and is coupled with an interest. This authority extends to any equipment rental or purchase agreements which may exist with Client as well as to any fees and assessments and Chargeback amounts of whatever kind or nature due under the terms of your Agreement whether arising during or after termination of this Agreement.

This authority is to remain in full force and effect at all times unless and until we have consented to its termination and in such time and in such manner as to afford us and DEPOSITORY a reasonable opportunity to act on it. In addition, Client understands and agrees that it will be charged a reject fee for each ACH which cannot be processed, and all subsequent funding may be suspended until Client either (1) provides written notice that ACHs can be processed or (2) a new electronic funding agreement is signed by Client. In order to insure transactions are properly handled, A COPY OF A BLANK VOIDED CHECK MUST BE INCLUDED. Client's depository must be able to process or accept electronic transfers either via ACH and/or Fed wire (Bank wire) which transfers are processed utilizing the Federal Reserve System. If payment is to be made by Bank wire or Automated Clearing House transfer, please supply the above information.

ABA ▆█  A voided check or bank letter is required if the banking information (above) for the additional location is different from the tie-to location.

DDA ▆██ █ ▆ █

☒ Fees Same as Tie To Account

☐ Additional Fees due to Industry Type (see attached fee schedule)

☐ Additional Credit Addendum (Required for accounts that are High Risk/MOTO/Internet or B2B)

☐ Additional Fees due to Service Entitlements (see attached fee schedule)

**APPLICABLE TO MERCHANTS UNDER AMERICAN EXPRESS OPTBLUE PROGRAM:** To be qualified under this program, you must meet these criteria: (a) your Total Annual American Express volume (listed in Section 2 above) is less than $1,000,000 and (b) your business is not a type prohibited, and is not a franchisee of any franchise excluded, by American Express. In addition, you must continue to qualify for this program, and to do so, your total American Express Card transaction volume cannot exceed certain thresholds, all as further described in Part I, Sections 45.2 and 45.5.4 of the Program Guide. Please also refer to Part I, Sections 45.5.2 – 45.5.3 of the Program Guide to learn about American Express' use of your information and how you may opt out of certain uses.

You further acknowledge and agree that you will not use your merchant account and/or the Services for illegal transactions, for example, those prohibited by the Unlawful Internet Gambling Enforcement Act, 31 U.S.C. Section 5361 et seq, as may be amended from time to time, or processing and acceptance of transactions in certain jurisdictions pursuant to 31 CFR Part 500 et seq. and other laws enforced by the Office of Foreign Assets Control (OFAC).

Client certifies, under penalties of perjury, that the federal taxpayer identification number and corresponding filing name provided herein are correct.

Please add the above mentioned additional location(s) to your system. I understand and agree upon execution of this document, the above mentioned additional location(s) is/are hereby bound by the processing Agreement signed for the above primary location, any agreement attached hereto as well as pricing for the services specified herein. I further acknowledge that all information provided is true and accurate.

Client's Business Principal Signature (please sign here)

JEFFREY BISHOP
Please Print Name of Signer

✓ PRESIDENT
Title

9|14|17
Date

BAMS/FDS/GenNAddLot808(ts)

10417905-FISV-000178

Attachment JJJJ

**PX 27, 2763**

## Account List

Information is displayed at the Outlet Level.

| | Account Number | ABA | Funding Agency | Status |
|---|---|---|---|---|
| 1 | ███████ | ███████ | BANK OF AMERICA NA | |
| 2 | ███████ | ███████ | JPMORGAN CHASE BANK, NA | Active |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000179

PX 27, 2764

## Expert Notes

9/10/2020                                                                                                      MSA

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 1 | 5/26/2020 | 12:37:13 | Batch Load   Misc Salesforce Case Number: 56685121 .Case Not | | ser |
| 2 | | | e: *sls*tate titchenal*  email mass request from rep Joseph | | ser |
| 3 | | | Long to close 6 mids  chain and all other mids on the chain | | ser |
| 4 | | | accounts closed  no etfs | | ser |
| 5 | 3/27/2020 | 16:32:48 | OTHER BAMS DST Case  55282563, null  null  null  null  n | | |
| 6 | | | ull  null  Authenticated By:null  null  Brenda goodwin Wi | | |
| 7 | | | nn CMS   Tt  Anthony Bell after he was transferred from Elis | | |
| 8 | | | cia Diaz who had TLv with a OTC sent to the email on file  a | | |
| 9 | | | sking to change the email as that person no longer works in | | |
| 10 | | | that department.  he could verify the old email address and | | |
| 11 | | | nothing was showing in the fraud tool for rapport so I chang | | |
| 12 | | | ed the email address on file  sent the auto response | | |
| 13 | 11/19/2019 | 12:45:22 | Batch Load   Misc RSMS Project (Base): RS KRIDER.  Sent an e | | 226 |
| 14 | | | mail to Jordan advising that the reserve remains on the acco | | 226 |
| 15 | | | unt for one year. according to the letter they recd from Sec | | 226 |
| 16 | | | urity Risk, that was put into effect as of July 5th.  right | | 226 |
| 17 | | | now 25% has been collected which would be $75k however they | | 226 |
| 18 | | | are no longer processing through any of the accounts.  he ha | | 226 |
| 19 | | | s no other questions at this time. | | 226 |
| 20 | 11/12/2019 | 14:09:32 | Batch Load   Misc RSMS Project (Base): RS KRIDER:  Received | | 226 |
| 21 | | | a voicemail from Jordan and returned his call,  wanted to kn | | 226 |
| 22 | | | ow about the reserve and how long to full fill it.  Do show | | 226 |
| 23 | | | that its at 25% but will have to check with Security Risk du | | 226 |
| 24 | | | e to merchant is only processing refunds on one | | 226 |
| 25 | | | Batch Load   Misc of the account and the others have not had | | 226 |
| 26 | | | any further activity. also wanted to check on a line of cre | | 226 |
| 27 | | | dit that they had. advised would need to get that info from | | 226 |
| 28 | | | the Bank and i found a 8004321000 phone number in google for | | 226 |
| 29 | | | BofA New Hampshire.  sent to him via email. | | 226 |
| 30 | 5/14/2019 | 17:21:57 | OTHER Internet Solution Case  44513211, Product / Solution | | |
| 31 | | | Payeezy/FDGG   Login Issue   Anthony Bell   null  null  A | | |
| 32 | | | uthenticated By:Agent   Basic Level  Anthony Bell Book Keepe | | |
| 33 | | | r called in and was locked out due to secondary login attemp | | |
| 34 | | | t email, told him to 15 minutes, NFAN | | |
| 35 | 3/12/2019 | 11:08:17 | Batch Load   Misc RSMS Project (Base): RS. I need to get our | | b09 |
| 36 | | | company phone number added to all billing descriptors asap. | | b09 |
| 37 | | | We have some old numbers on file but would like to use this | | b09 |
| 38 | | | number for each descriptor going forward.  (833) 2651270  W | | b09 |
| 39 | | | ill call in the next min or two.  Thanks,  Jordan  tt Jordan | | b09 |
| 40 | | | , said he | | b09 |
| 41 | | | Batch Load   Misc wanted to add a support # to the descripto | | b09 |
| 42 | | | rs on all of the accounts to try and help with disputes. The | | b09 |
| 43 | | | y want to try and resolve the issue with the customer before | | b09 |
| 44 | | | it gets to that point. I updated the phone # on all account | | b09 |
| 45 | | | s with 8332651270. Adv it should take 24 hours to complete t | | b09 |
| 46 | | | he update. | | b09 |
| 47 | 3/5/2019 | 13:10:47 | Batch Load   Misc RSMS Project (Trigger Work): RSErica,  Yes | | b09 |
| 48 | | | , Id like to proceed through your channels to get Visa Verif | | b09 |
| 49 | | | ied (VV) setup.  Ill check out that link. Thanks for your h | | b09 |
| 50 | | | elp on that.  Wed also like to explore any similar verifica | | b09 |
| 51 | | | tions like VV for other card providers (AMEX, Mastercard). D | | b09 |

JR-b80

Confidential

**Attachment JJJJ**

10417905-FISV-000180

# PX 27, 2765

# Expert Notes

9/10/2020                                                                                                                      **MSA**

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 52 | | | o you have any connections there?  Jordan  Jordan,  Im sendi | | b09 |
| 53 | | | ng the request | | b09 |
| 54 | | | Batch Load   Misc to our product team now. Ive asked for the | | b09 |
| 55 | | | m to contact you via email and keep me informed throughout t | | b09 |
| 56 | | | his process. I also mentioned you are interested in options | | b09 |
| 57 | | | for MasterCard and Discover. Im not sure if they can assist | | b09 |
| 58 | | | with those but it doesnt hurt to ask.  If you have any other | | b09 |
| 59 | | | questions in the meantime please let me know.  Thank you, | | b09 |
| 60 | | | Erica Hoover | | b09 |
| 61 | 3/5/2019 | 10:35:07 | Batch Load   Misc RSMS Project (Trigger Word): RSGood aftern | | b09 |
| 62 | | | oon Jordan,  Have you had any further communication with Vis | | b09 |
| 63 | | | a since the last email below? Im just trying to gage an unde | | b09 |
| 64 | | | rstanding of where you are with this.   In addition to the V | | b09 |
| 65 | | | erified by Visa, have you had a chance to complete the addit | | b09 |
| 66 | | | ional velocity filters | | b09 |
| 67 | | | Batch Load   Misc within Payeezy to verify AVS(address verif | | b09 |
| 68 | | | ication).        Thank you,  Erica Hoover  Jan has a | | b09 |
| 69 | | | dvised BAMS partner sales has the ability to resell the Firs | | b09 |
| 70 | | | t Data services of Cardinal Commerce and would need to engag | | b09 |
| 71 | | | e them to complete Verified by Visa.  Waiting on a reply fro | | b09 |
| 72 | | | m Jordan. | | b09 |
| 73 | 3/4/2019 | 15:57:51 | Batch Load   Misc RSMS Project (Trigger Word): RSper notes " | | b09 |
| 74 | | | lower" is referencing a last name. currently working with th | | b09 |
| 75 | | | e client and determining steps for verified by visa | | b09 |
| 76 | 2/25/2019 | 12:00:20 | Batch Load   Misc RSMS Project (Base): RStt Jordan, interest | | b09 |
| 77 | | | ed in setting up verified by visa to secure his transactions | | b09 |
| 78 | | | more to help with chargebacks and also wanted to know if th | | b09 |
| 79 | | | ere was a tutorial on how to set up velocity filters on his | | b09 |
| 80 | | | Payeezy portal. I emailed him a helpful link to answer his q | | b09 |
| 81 | | | uestions and if he needed more info I would set up a call wi | | b09 |
| 82 | | | th the payeezy help desk. I advised him verified by visa and | | b09 |
| 83 | | | mastercard secure code would all be set up himself and can | | b09 |
| 84 | | | do it on the portal through payeezy. | | b09 |
| 85 | 2/13/2019 | 09:26:44 | Batch Load   Misc RSMS Project (Base): RSErica,  Quick quest | | b09 |
| 86 | | | ion. We normally handle chargebacks several at a time on the | | b09 |
| 87 | | | same day. Is it better to handle 10 chargebacks over the sp | | b09 |
| 88 | | | an of two days or better to spread it out over a week? Multi | | b09 |
| 89 | | | ple weeks worth of chargebacks handled in a short period tim | | b09 |
| 90 | | | e had an adverse effect on our merchant status.  Jordan  Hi | | b09 |
| 91 | | | Jordan,  I dont believe | | b09 |
| 92 | | | Batch Load   Misc it makes a difference on how many you hand | | b09 |
| 93 | | | le over a certain time period. If you have a large amount of | | b09 |
| 94 | | | chargebacks against the business that poses a concern, the | | b09 |
| 95 | | | Risk department would notify you and myself and request a re | | b09 |
| 96 | | | mediation plan. You are already working on this now so I wou | | b09 |
| 97 | | | ld say you shouldnt have any concern at this point.  Thank | | b09 |
| 98 | | | you,  Erica Hoover | | b09 |
| 99 | 2/11/2019 | 08:34:17 | Batch Load   Misc RSMS Project (Base): Lets hold off on any | | b09 |
| 100 | | | changes at least until tomorrow. Ill comment back here then. | | b09 |
| 101 | | | Thanks for the help on this. | | b09 |
| 102 | 2/7/2019 | 14:34:32 | Batch Load   Misc RSMS Project (Base): RSI did have another | | b09 |

**JR-b80**

Page 2

10417905-FISV-000181

**PX 27, 2766**

## Expert Notes

MSA

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 103 | | | question. Is there a way to remove Discover card from our be | | b09 |
| 104 | | | ing one of the card types we accept? We no longer want to do | | b09 |
| 105 | | | business with them.   Jordan  You certainly have a choice a | | b09 |
| 106 | | | s to which cards you would like to accept. However from look | | b09 |
| 107 | | | ing at the accounts theres only 1 that doesnt accept Discove | | b09 |
| 108 | | | r cards currently.   The accounts that do have Discover | | b09 |
| 109 | | | Batch Load   Misc card are full serviced through us and woul | | b09 |
| 110 | | | dnt go through Discover.    Can I ask the reason behind not | | b09 |
| 111 | | | wanting to accept Discover?   Erica Hoover  They disconnect | | b09 |
| 112 | | | ed us without any warning on the JasonBondPicks.com account. | | b09 |
| 113 | | | Now they are allowing clients to issue disputes on any of o | | b09 |
| 114 | | | ur brands and not allowing us an opportunity to defend ourse | | b09 |
| 115 | | | lves and possibly win. WE are seeing an uptick in disputes | | b09 |
| 116 | | | Batch Load   Misc from Discover card members and its really | | b09 |
| 117 | | | hurting our merchant status. We do so little biz through the | | b09 |
| 118 | | | m that they are not work keeping around any longer, especial | | b09 |
| 119 | | | ly considering how they dropped us on Jason Bond Picks witho | | b09 |
| 120 | | | ut any warning or opportunity to remedy and unknown issues. | | b09 |
| 121 | | | Oh wow! I can definitely understand why you wouldnt want to | | b09 |
| 122 | | | deal with Discover any longer. If you would like | | b09 |
| 123 | | | Batch Load   Misc to have it removed I can do that for you t | | b09 |
| 124 | | | oday.  After I make the updates to the account, you would be | | b09 |
| 125 | | | required to contact the Payeezy helpdesk for a parameter up | | b09 |
| 126 | | | date on each so the system recognizes the change.  Or, I ca | | b09 |
| 127 | | | n set the accounts for  auto parameter updatesŽ if you wish. | | b09 |
| 128 | | | This means the gateways will automatically push the update | | b09 |
| 129 | | | overnight after the batch completes.   Erica Hoover | | b09 |
| 130 | 2/7/2019 | 13:32:41 | Batch Load   Misc RSMS Project (Base): RSThank you for the c | | b09 |
| 131 | | | larification.   As for the AVS, we have Firstdata setup to r | | b09 |
| 132 | | | equire avs so thats odd. However, there are some rare charge | | b09 |
| 133 | | | s where we charge on behalf of the client per their consent | | b09 |
| 134 | | | with the info we have on file, excluding the security code. | | b09 |
| 135 | | | We do this on a rare occasion so those | | b09 |
| 136 | | | Batch Load   Misc may be the charges you are seeing without | | b09 |
| 137 | | | avs requirements. Orders taken directly from our order forms | | b09 |
| 138 | | | require zip code verification, security code...etc.  Thanks | | b09 |
| 139 | | | , Jordan  Likewise, thank you for the clarification! If the | | b09 |
| 140 | | | y any further questions I will be in touch.   Have a great r | | b09 |
| 141 | | | est of your day! Erica Hoover | | b09 |
| 142 | 2/7/2019 | 13:26:50 | Batch Load   Misc RSMS Project (Base): RSGood speaking with | | b09 |
| 143 | | | you last week. I did have some questions about some odd debi | | b09 |
| 144 | | | ts from BAMS of Feb 4, 2018. Their description says "deposit | | b09 |
| 145 | | | " while its actually debiting our account. Normally these de | | b09 |
| 146 | | | posits are credits. Can you check on this please and clarify | | b09 |
| 147 | | | ? Good afternoon Jordan,  I appreciate you reaching out! In | | b09 |
| 148 | | | reviewing the below, those are your processing fees | | b09 |
| 149 | | | Batch Load   Misc that are billed monthly around the 2nd of | | b09 |
| 150 | | | each month. If the 2nd falls on a weekend, it will delay unt | | b09 |
| 151 | | | il the next business day, which in this case was on 2/4.  I | | b09 |
| 152 | | | ts funny you had reach out because I was actually getting re | | b09 |
| 153 | | | ady to email you in regards to the merchant account for jaso | | b09 |

JR-b80

**Page 3**

Confidential                    **Attachment JJJJ**                    10417905-FISV-000182

**PX 27, 2767**

## Expert Notes

9/10/2020                                                                                                                    MSA

█████████████████

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 154 | | | nbondpicks.com. Our support analysts had found that you have | | b09 |
| 155 | | | some transactions downgrading due to not providing | | b09 |
| 156 | | | Batch Load  Misc AVS(address verification) at the time of a | | b09 |
| 157 | | | uthorization. We just want to verify if there is an issue th | | b09 |
| 158 | | | at caused the information to not be provided. If you are awa | | b09 |
| 159 | | | re of this and understand the downgrades I will advise.   We | | b09 |
| 160 | | | just want to make sure you are aware of how to get the best | | b09 |
| 161 | | | possible rate for your transactions.   If you have any ques | | b09 |
| 162 | | | tions please let me know.  Thank you,  Erica Hoover | | b09 |
| 163 | 2/1/2019 | 11:58:27 | Batch Load  Misc RSMS Project (Base): RStt Jordan, introduc | | b09 |
| 164 | | | ed myself as their assigned relationship specialist for the | | b09 |
| 165 | | | accounts going forward. He was very happy to hear of this an | | b09 |
| 166 | | | d asked me to send my contact info to him so they could file | | b09 |
| 167 | | | it where it needs to go. He said everything is going well w | | b09 |
| 168 | | | ith the processing at this time and no questions or concerns | | b09 |
| 169 | | | . | | b09 |
| 170 | 1/30/2019 | 19:39:23 | Batch Load  Misc Salesforce Case Number: 40793341 .Case Not | | ser |
| 171 | | | e: Yanique Charles *CMS* received an email request to update | | ser |
| 172 | | | DDA on file. Reached out to merch Jordan via phone and veri | | ser |
| 173 | | | fied account. Updated in MM. | | ser |
| 174 | 1/23/2019 | 15:35:15 | OTHER BAMS L1 CASE  40425353, ███████████ jordan reyna veer | | ett |
| 175 | | | ified basic/top called into see about getting his DDA update | | ett |
| 176 | | | d I sent him the docs and let him know the time frame. ████ | | ett |
| 177 | | | ████████████████ | | ett |
| 178 | 1/23/2019 | 15:25:07 | OTHER Internet Solution Case  40424793, Jordan Reyna (Owner) | | |
| 179 | | | calling for assistance changing checking account on file. W | | |
| 180 | | | arm connected to Matt (BAMS). | | |
| 181 | 1/7/2019 | 15:17:23 | OTHER Internet Solution Case  39798037, TT Stephen Bell   Wa | | |
| 182 | | | nted to confirm if they had visa checkout or other tokenatio | | |
| 183 | | | n on their account.  Advised they do not.  He wanted to know | | |
| 184 | | | if they would work with doing recurring transactions.  Chec | | |
| 185 | | | ked with Todd in API and confirmed those transactions would | | |
| 186 | | | only work for the one time.  NFAN | | |
| 187 | 1/7/2019 | 15:13:19 | OTHER Internet Solution Case  39798338, confirmed that api r | | |
| 188 | | | ecurring w/ tokenization would not be compatible with digita | | |
| 189 | | | l wallets | | |
| 190 | 1/7/2019 | 14:47:56 | OTHER BAMS DST Case  39796732, Alecia Wright CMS 4sv TT:  An | | |
| 191 | | | thony Bell /Top veri/ Charge back inquiry. I research the co | | |
| 192 | | | mpliance code and call the merchant back and informed him of | | |
| 193 | | | the compliance regulation that he violated. | | |
| 194 | 1/7/2019 | 11:29:11 | OTHER BAMS Retention  38570510, Ret) bherrell/ out bound cal | | ell |
| 195 | | | l final attempt called the phone number on file and it is no | | ell |
| 196 | | | t working | | ell |
| 197 | 12/31/2018 | 15:26:08 | OTHER BAMS Retention  38570510, Ret) bherrell/ 2nd attempt o | | ell |
| 198 | | | ut bound call the phone # on file is not working agian I cal | | ell |
| 199 | | | led and get a busy sound | | ell |
| 200 | 12/20/2018 | 13:35:28 | TT : DENNISE MICHLICE, ANTHONY BELL, AUDREY CB AGENT VERIFI | | TB4 |
| 201 | | | ED BASICS                      RECEIVED BAMS | | TB4 |
| 202 | | | ACCOUNT ON DV SITE, CONNECTED TO CB DIRECT. | | TB4 |
| 203 | 12/20/2018 | 13:31:59 | OTHER BAMS DST Case  38931255, Denise Coke*CMS*Top level/Dep | | |
| 204 | | | osit*TT Anthony Bell called for chargeback information on ca | | |

**JR-b80**

Confidential                                    **Attachment JJJJ**                    10417905-FISV-000183

**PX 27, 2768**

# Expert Notes

9/10/2020                                                                                                                                              MSA

▓▓▓▓▓▓▓▓▓▓▓▓

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 205 | | | se CB ▓▓▓▓▓/$999.00. Information was provided | | |
| 206 | 12/17/2018 | 18:26:30 | OTHER BAMS DST Case  38824976, Maleka codling*cms*tt Jordan | | ing |
| 207 | | | reyna* basic bus add bus name* merchant called in regards to | | ing |
| 208 | | | getting discover entitlement added back to his account. not | | ing |
| 209 | | | es indicate the discover entitlement shouldn&#39;t be added | | ing |
| 210 | | | back to the account. merchant advised he spoke with discover | | ing |
| 211 | | | and they told him to call payeezy or merchangt services to | | ing |
| 212 | | | add it back. Merchant has other accounts with bams that aren | | ing |
| 213 | | | &#39;t having this issue with the entitlement. Contacted All | | ing |
| 214 | | | ison in senior support who advised there is a compliance iss | | ing |
| 215 | | | ue with the entitlement so security/risk shut down the abili | | ing |
| 216 | | | ty for him to accept discover. Merchant contact # | | ing |
| 217 | | | .***received email back from Michael who advised we should n | | ing |
| 218 | | | ot be adding the entitlement to the account because discover | | ing |
| 219 | | | is stating theres too many chargebacks, and they don&#39;t | | ing |
| 220 | | | have a good standing with the bbb bureau.also he advised mer | | ing |
| 221 | | | chant has called several times tryig nto get this added back | | ing |
| 222 | | | and was told this previously**** | | ing |
| 223 | 12/17/2018 | 15:29:42 | Remedy Dispute Resolution Chargeback QuickTicket tt:  (855) | | 310 |
| 224 | | | 981 7370 Devonne Flu CMS*verif*email **Jordan reyna wants to | | 310 |
| 225 | | | know why discover no longer wants to do business with him, | | 310 |
| 226 | | | discover mid ▓▓▓** provide the mid, merchant wants to cal t | | 310 |
| 227 | | | hem to see what can happen. Advice the reason the mid was re | | 310 |
| 228 | | | move was due to high chargebacks. | | 310 |
| 229 | 12/12/2018 | 13:43:55 | OTHER BAMS Retention  38570510, Ret)bherrell/ 1st attempt ou | | ell |
| 230 | | | tbound call the phone # on file is not working today | | ell |
| 231 | 12/10/2018 | 08:43:51 | OTHER BAMS Retention  38570510, Retention Case created becau | | |
| 232 | | | se of TriggerWord: SALES | | |
| 233 | 12/7/2018 | 16:57:19 | Batch Load   Misc Salesforce Case Number: 38444171 .Case Not | | 045 |
| 234 | | | e: Rob Ebbighausen *SBS SR* Merchant emailed me back to call | | 045 |
| 235 | | | him. called and verified went over AVS downgrades. Merchant | | 045 |
| 236 | | | said they are working on their POS to resolve that and othe | | 045 |
| 237 | | | r issues. Also asked me about Discover not working on their | | 045 |
| 238 | | | account the | | 045 |
| 239 | | | Batch Load   Misc other day so they called into support and | | 045 |
| 240 | | | had it fixed. I checked notes and advised we had removed at | | 045 |
| 241 | | | discovers request and that it  would most likely be removed | | 045 |
| 242 | | | again shortly. Said he had received tracking on a package fr | | 045 |
| 243 | | | om discover. I advised that would most likely be the notice | | 045 |
| 244 | | | about it. | | 045 |
| 245 | 12/7/2018 | 15:05:29 | Batch Load   Misc Salesforce Case Number: 38444171 .Case Not | | 045 |
| 246 | | | e: Rob Ebbighausen *SBS SR* email request from settlement re | | 045 |
| 247 | | | p Ashley  I Geesaman. Merchants sales downgrading for doing | | 045 |
| 248 | | | AVS at time of sale. Sent email to address on file | | 045 |
| 249 | | | Batch Load   Misc Salesforce Case Number: 38444171 .Case Not | | 045 |
| 250 | | | e: Rob Ebbighausen *SBS SR* email request from settlment rep | | 045 |
| 251 | | | Ashley  I Geesaman. Merchants sales downgrading for doing A | | 045 |
| 252 | | | VS at time of sale. called but number on file is disconnecte | | 045 |
| 253 | | | d or not in service. | | 045 |
| 254 | 12/7/2018 | 14:16:56 | OTHER BAMS DST Case  38460968, Donnett Mungin/cms/Top verifi | | |
| 255 | | | cation  TT  Jordan called to add discover and diners club | | |

**JR-b80**

Confidential                                        **Attachment JJJJ**                         10417905-FISV-000184

**PX 27, 2769**

# Expert Notes

9/10/2020                                                                                                    MSA

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 256 | | | to account called regional partner sales there was no answer | | |
| 257 | | | advised to give number to merchant by /Asia Verification su | | |
| 258 | | | ccessful, Transaction ID:0002089625 | | |
| 259 | 12/7/2018 | 10:42:53 | XSALES DAWN HEGGESTAD 509 455 1428 TT JORDAN REYNA ADDING DI | | 180 |
| 260 | | | SCOVER | | 180 |
| 261 | 12/5/2018 | 11:13:16 | Batch Load   Misc Salesforce Case Number: 38361441 .Case Not | | 010 |
| 262 | | | e: Jennelle Paluck  SBS SR  Per compliance Michael Park remo | | 010 |
| 263 | | | ved Discover from teh account. Do not readd. | | 010 |
| 264 | 9/5/2018 | 09:49:03 | Remedy Dispute Resolution Retrieval QuickTicket tt:  (855) 9 | | 385 |
| 265 | | | 81 7370 verified basic ivr Anthony Bell states these are for | | 385 |
| 266 | | | the same trans /adv amex can req docs /states he may do a r | | 385 |
| 267 | | | efund for 1 trans /adv would send in all the charges for thi | | 385 |
| 268 | | | s customer for this cc for all 4 cases and proof of refund f | | 385 |
| 269 | | | or 1 of the trans, if they were to dispute they could only d | | 385 |
| 270 | | | o it for the same # of trans not for more | | 385 |
| 271 | 8/30/2018 | 15:18:01 | OTHER Chargeback  35457776, Xfrd frm: cs,  TT: Anthony Bell, | | |
| 272 | | | Case# RT130938715, Basic IVR, , called for how to respond . | | |
| 273 | | | Include any and all information on tran for a complete rebu | | |
| 274 | | | ttal. , Adv DD, Adv Case# on all pages,Adv Scan TF (2 3 BD), | | |
| 275 | | | Adv Case Clsd, | | |
| 276 | 5/4/2018 | 10:08:13 | Batch Load   Misc Salesforce Case Number: 31886305 .Case Not | | 010 |
| 277 | | | e: Jennelle paluck  SBS SR Attempted to call merchant to rev | | 010 |
| 278 | | | iew AVS info  number on file is not valid but left two messa | | 010 |
| 279 | | | ges on an alternative number and sent an email | | 010 |
| 280 | 5/2/2018 | 16:39:12 | Batch Load   Misc Salesforce Case Number: 31886305 .Case Not | | 010 |
| 281 | | | e: Jennelle Paluck  left merchant a message to call back abo | | 010 |
| 282 | | | ut Payment notification. AVS should be ran for best rates. | | 010 |
| 283 | 4/12/2018 | 16:48:13 | Batch Load   Misc Salesforce Case Number: 31464934 .Case Not | | ser |
| 284 | | | e: Christian Morse /SBS/ added legal contact name to Amex OB | | ser |
| 285 | | | entitlement per request from Risk | | ser |
| 286 | 2/26/2018 | 17:38:14 | Batch Load   Misc Salesforce Case Number: 30211263 .Case Not | | 179 |
| 287 | | | e: Katie Hollifield/ SBS /AVS/DBA/ TT BC Jessica Cedeno  Upd | | 179 |
| 288 | | | ated merchants descriptor # and bill to # to | | 179 |
| 289 | 2/26/2018 | 12:23:37 | OTHER BAMS L1 CASE  30195492, jordan reyna verfied basic,top | | ett |
| 290 | | | otc email( )  merchant calling remove the phone nu | | ett |
| 291 | | | mber on the description  and but other x's or the email for | | ett |
| 292 | | | all 6 account (support@RAGINGBULL.COM) | | ett |
| 293 | | | (support@TOPSTOCKPICKS.COM) support@PENNYPRO | | ett |
| 294 | | | .COM) support@PETRAPICKS.COM) supp | | ett |
| 295 | | | ort@JASONBONDPICKS.COM) support@BIOTECHBREAKOUT | | ett |
| 296 | | | S.COM) merchant also wants to know whyso customer say the c. | | ett |
| 297 | | | s is the merchant personal but it wanst on the de | | ett |
| 298 | | | scriptor and merchant would like to have it fix  advice time | | ett |
| 299 | | | rame submitted ticket number 30193710 on mid( ) | | ett |
| 300 | 2/26/2018 | 11:55:48 | Remedy No New Ticket Full Ticket Completed QuickTicket tt: | | 229 |
| 301 | | | | | 229 |
| 302 | 1/25/2018 | 19:26:09 | Batch Load   Misc Salesforce Case Number: 29415814 .Case Not | | 159 |
| 303 | | | e: Venesa.Bombard/sbs sr/ TT Jordan Reyna and reviewed downg | | 159 |
| 304 | | | raded transactions due to missing AVS information on biotech | | 159 |
| 305 | | | account. Also updated phone number on all 6 accounts in cha | | 159 |
| 306 | | | in to his number for best contac Submitted up | | 159 |

JR-b80

Page 6

Confidential

Attachment JJJJ

10417905-FISV-000185

PX 27, 2770

**Expert Notes**

█████████████████

9/10/2020                                                                                                                                              MSA

Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 307 | | | date to update address on file to match head office account. | | 159 |
| 308 | 1/24/2018 | 14:01:25 | OTHER BAMS L1 CASE  29371838, tt anthony bell ,bookeeper bas | | |
| 309 | | | ic;merchant wanted to verify the bill to address on this acc | | |
| 310 | | | ount .  advised merchant bill to address was and is correct | | |
| 311 | 1/2/2018 | 12:06:09 | DEPOSIT INQUIRY | | NA0 |
| 312 | 12/13/2017 | 20:23:20 | Batch Load   Misc Salesforce Case Number: 28428413 .Case Not | | 143 |
| 313 | | | e: Stephani Henne / SBS / 4SV TT BC Jessica Cedeno inquired | | 143 |
| 314 | | | if merchants account had been approved by Credit. | | 143 |
| 315 | 12/12/2017 | 18:44:09 | Batch Load   Misc Salesforce Case Number: 28393165 .Case Not | | 134 |
| 316 | | | e: Gary Price SBS: Rep: g09256 Jessica Cedeno  called in to | | 134 |
| 317 | | | see if the account has been approved | | 134 |

**JR-b80**

Confidential                                   **Attachment JJJJ**          10417905-FISV-000186

**PX 27, 2771**

**Expert Notes**

Print All Notes

| | User |
|---|---|
| 1 | bamuser |
| 2 | bamuser |
| 3 | bamuser |
| 4 | bamuser |
| 5 | Goodwin Winn, B |
| 6 | Goodwin Winn, B |
| 7 | Goodwin Winn, B |
| 8 | Goodwin Winn, B |
| 9 | Goodwin Winn, B |
| 10 | Goodwin Winn, B |
| 11 | Goodwin Winn, B |
| 12 | Goodwin Winn, B |
| 13 | bamd226 |
| 14 | bamd226 |
| 15 | bamd226 |
| 16 | bamd226 |
| 17 | bamd226 |
| 18 | bamd226 |
| 19 | bamd226 |
| 20 | bamd226 |
| 21 | bamd226 |
| 22 | bamd226 |
| 23 | bamd226 |
| 24 | bamd226 |
| 25 | bamd226 |
| 26 | bamd226 |
| 27 | bamd226 |
| 28 | bamd226 |
| 29 | bamd226 |
| 30 | Pepper, Kristop |
| 31 | Pepper, Kristop |
| 32 | Pepper, Kristop |
| 33 | Pepper, Kristop |
| 34 | Pepper, Kristop |
| 35 | bamab09 |
| 36 | bamab09 |
| 37 | bamab09 |
| 38 | bamab09 |
| 39 | bamab09 |
| 40 | bamab09 |
| 41 | bamab09 |
| 42 | bamab09 |
| 43 | bamab09 |
| 44 | bamab09 |
| 45 | bamab09 |
| 46 | bamab09 |
| 47 | bamab09 |
| 48 | bamab09 |
| 49 | bamab09 |
| 50 | bamab09 |
| 51 | bamab09 |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000187

**PX 27, 2772**

# Expert Notes

████████████████

Print All Notes

| | User |
|---|---|
| 52 | bamab09 |
| 53 | bamab09 |
| 54 | bamab09 |
| 55 | bamab09 |
| 56 | bamab09 |
| 57 | bamab09 |
| 58 | bamab09 |
| 59 | bamab09 |
| 60 | bamab09 |
| 61 | bamab09 |
| 62 | bamab09 |
| 63 | bamab09 |
| 64 | bamab09 |
| 65 | bamab09 |
| 66 | bamab09 |
| 67 | bamab09 |
| 68 | bamab09 |
| 69 | bamab09 |
| 70 | bamab09 |
| 71 | bamab09 |
| 72 | bamab09 |
| 73 | bamab09 |
| 74 | bamab09 |
| 75 | bamab09 |
| 76 | bamab09 |
| 77 | bamab09 |
| 78 | bamab09 |
| 79 | bamab09 |
| 80 | bamab09 |
| 81 | bamab09 |
| 82 | bamab09 |
| 83 | bamab09 |
| 84 | bamab09 |
| 85 | bamab09 |
| 86 | bamab09 |
| 87 | bamab09 |
| 88 | bamab09 |
| 89 | bamab09 |
| 90 | bamab09 |
| 91 | bamab09 |
| 92 | bamab09 |
| 93 | bamab09 |
| 94 | bamab09 |
| 95 | bamab09 |
| 96 | bamab09 |
| 97 | bamab09 |
| 98 | bamab09 |
| 99 | bamab09 |
| 100 | bamab09 |
| 101 | bamab09 |
| 102 | bamab09 |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000188

**PX 27, 2773**

# Expert Notes

██████████████

Print All Notes

| | User |
|---|---|
| 103 | bamab09 |
| 104 | bamab09 |
| 105 | bamab09 |
| 106 | bamab09 |
| 107 | bamab09 |
| 108 | bamab09 |
| 109 | bamab09 |
| 110 | bamab09 |
| 111 | bamab09 |
| 112 | bamab09 |
| 113 | bamab09 |
| 114 | bamab09 |
| 115 | bamab09 |
| 116 | bamab09 |
| 117 | bamab09 |
| 118 | bamab09 |
| 119 | bamab09 |
| 120 | bamab09 |
| 121 | bamab09 |
| 122 | bamab09 |
| 123 | bamab09 |
| 124 | bamab09 |
| 125 | bamab09 |
| 126 | bamab09 |
| 127 | bamab09 |
| 128 | bamab09 |
| 129 | bamab09 |
| 130 | bamab09 |
| 131 | bamab09 |
| 132 | bamab09 |
| 133 | bamab09 |
| 134 | bamab09 |
| 135 | bamab09 |
| 136 | bamab09 |
| 137 | bamab09 |
| 138 | bamab09 |
| 139 | bamab09 |
| 140 | bamab09 |
| 141 | bamab09 |
| 142 | bamab09 |
| 143 | bamab09 |
| 144 | bamab09 |
| 145 | bamab09 |
| 146 | bamab09 |
| 147 | bamab09 |
| 148 | bamab09 |
| 149 | bamab09 |
| 150 | bamab09 |
| 151 | bamab09 |
| 152 | bamab09 |
| 153 | bamab09 |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000189

**PX 27, 2774**

## Expert Notes

Print All Notes

|     | User |
| --- | --- |
| 154 | bamab09 |
| 155 | bamab09 |
| 156 | bamab09 |
| 157 | bamab09 |
| 158 | bamab09 |
| 159 | bamab09 |
| 160 | bamab09 |
| 161 | bamab09 |
| 162 | bamab09 |
| 163 | bamab09 |
| 164 | bamab09 |
| 165 | bamab09 |
| 166 | bamab09 |
| 167 | bamab09 |
| 168 | bamab09 |
| 169 | bamab09 |
| 170 | bamuser |
| 171 | bamuser |
| 172 | bamuser |
| 173 | bamuser |
| 174 | Beckett, Matthe |
| 175 | Beckett, Matthe |
| 176 | Beckett, Matthe |
| 177 | Beckett, Matthe |
| 178 | Kershner, Micha |
| 179 | Kershner, Micha |
| 180 | Kershner, Micha |
| 181 | Llewellyn, Jeb |
| 182 | Llewellyn, Jeb |
| 183 | Llewellyn, Jeb |
| 184 | Llewellyn, Jeb |
| 185 | Llewellyn, Jeb |
| 186 | Llewellyn, Jeb |
| 187 | Dyke, Michael |
| 188 | Dyke, Michael |
| 189 | Dyke, Michael |
| 190 | Wright, Alecia |
| 191 | Wright, Alecia |
| 192 | Wright, Alecia |
| 193 | Wright, Alecia |
| 194 | Herrell, Beverl |
| 195 | Herrell, Beverl |
| 196 | Herrell, Beverl |
| 197 | Herrell, Beverl |
| 198 | Herrell, Beverl |
| 199 | Herrell, Beverl |
| 200 | DOMXTB4 |
| 201 | DOMXTB4 |
| 202 | DOMXTB4 |
| 203 | Coke Josephs, D |
| 204 | Coke Josephs, D |

**JR-b80**

**Attachment JJJJ**

# PX 27, 2775

**Expert Notes**

| | User |
|---|---|
| 205 | Coke Josephs, D |
| 206 | Codling, Maleka |
| 207 | Codling, Maleka |
| 208 | Codling, Maleka |
| 209 | Codling, Maleka |
| 210 | Codling, Maleka |
| 211 | Codling, Maleka |
| 212 | Codling, Maleka |
| 213 | Codling, Maleka |
| 214 | Codling, Maleka |
| 215 | Codling, Maleka |
| 216 | Codling, Maleka |
| 217 | Codling, Maleka |
| 218 | Codling, Maleka |
| 219 | Codling, Maleka |
| 220 | Codling, Maleka |
| 221 | Codling, Maleka |
| 222 | Codling, Maleka |
| 223 | BAMW310 |
| 224 | BAMW310 |
| 225 | BAMW310 |
| 226 | BAMW310 |
| 227 | BAMW310 |
| 228 | BAMW310 |
| 229 | Herrell, Beverl |
| 230 | Herrell, Beverl |
| 231 | Swain, Steve |
| 232 | Swain, Steve |
| 233 | bam2045 |
| 234 | bam2045 |
| 235 | bam2045 |
| 236 | bam2045 |
| 237 | bam2045 |
| 238 | bam2045 |
| 239 | bam2045 |
| 240 | bam2045 |
| 241 | bam2045 |
| 242 | bam2045 |
| 243 | bam2045 |
| 244 | bam2045 |
| 245 | bam2045 |
| 246 | bam2045 |
| 247 | bam2045 |
| 248 | bam2045 |
| 249 | bam2045 |
| 250 | bam2045 |
| 251 | bam2045 |
| 252 | bam2045 |
| 253 | bam2045 |
| 254 | Gidden, Donnett |
| 255 | Gidden, Donnett |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000191

**PX 27, 2776**

# Expert Notes

████████████

Print All Notes

|  | User |
|---|---|
| 256 | Gidden, Donnett |
| 257 | Gidden, Donnett |
| 258 | Gidden, Donnett |
| 259 | BAMD180 |
| 260 | BAMD180 |
| 261 | bam2010 |
| 262 | bam2010 |
| 263 | bam2010 |
| 264 | FDMP385 |
| 265 | FDMP385 |
| 266 | FDMP385 |
| 267 | FDMP385 |
| 268 | FDMP385 |
| 269 | FDMP385 |
| 270 | FDMP385 |
| 271 | Dorcak, Joseph |
| 272 | Dorcak, Joseph |
| 273 | Dorcak, Joseph |
| 274 | Dorcak, Joseph |
| 275 | Dorcak, Joseph |
| 276 | bam2010 |
| 277 | bam2010 |
| 278 | bam2010 |
| 279 | bam2010 |
| 280 | bam2010 |
| 281 | bam2010 |
| 282 | bam2010 |
| 283 | bamuser |
| 284 | bamuser |
| 285 | bamuser |
| 286 | bamw179 |
| 287 | bamw179 |
| 288 | bamw179 |
| 289 | Pickett, Cynthi |
| 290 | Pickett, Cynthi |
| 291 | Pickett, Cynthi |
| 292 | Pickett, Cynthi |
| 293 | Pickett, Cynthi |
| 294 | Pickett, Cynthi |
| 295 | Pickett, Cynthi |
| 296 | Pickett, Cynthi |
| 297 | Pickett, Cynthi |
| 298 | Pickett, Cynthi |
| 299 | Pickett, Cynthi |
| 300 | BAMW229 |
| 301 | BAMW229 |
| 302 | BAMR159 |
| 303 | BAMR159 |
| 304 | BAMR159 |
| 305 | BAMR159 |
| 306 | BAMR159 |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000192

**PX 27, 2777**

**Expert Notes**

Print All Notes

MSA

| | User |
|---|---|
| 307 | BAMR159 |
| 308 | Valdez, Briana |
| 309 | Valdez, Briana |
| 310 | Valdez, Briana |
| 311 | TRDWNA0 |
| 312 | BAMW143 |
| 313 | BAMW143 |
| 314 | BAMW143 |
| 315 | bam1134 |
| 316 | bam1134 |
| 317 | bam1134 |

**JR-b80**

Confidential

**Attachment JJJJ**

10417905-FISV-000193

**PX 27, 2778**

| Action: | User: | Date: |
|---|---|---|
| Approved As Is | Tyler Glass | 4/24/2019 4:35:00 PM |

**Comments:**

Jason Bond is an individual who has made a fortune on Wallstreet with his investment picks operates website www.JasonBondPicks that you can become a member and receive trade and stock tips. There is a quarterly or annual subscription.
- Merchant YTD processing grew to $36.8M with an AT of $728, and activity history shows an acceptable credit ratio of 2.62%. However, a CB issue with ratio of 4%. $500K LOC as collateral.
- Bank: Merchant no longer has a bank account with BofA as the bank decided to exit the relationship
- Merchant ran a big promo in December that caused sales to spike more than double its monthly average. When sales normalized in Jan, the CB rate jumped up to 7.6% but has since decreased each month with a ratio of 3.6% in April.
- BAMS and JV have had a call with the merchant every 1-1.5 months to discuss the chargeback issue. Analyst scheduling another call with the merchant in early May.

Recommend to maintain rating and cycle. Continue working with merchant to reduce chargeback levels.

| Save | | **Locked** |
|---|---|---|

## ⊟ FDMS SCO - Ed Wang ✅

| Action: | User: | Date: |
|---|---|---|
| Approve With Followups | Ed Wang | 4/28/2019 9:21:00 PM |

**Comments:**

I remain concerned with the Cb levels and reputational concerns for the JV and bank.  Agree there is comfort with the internally prepared financials that show strong profits, but now that the bank has decided to exit the treasury relationship, we need to discuss with bams what is bams position.

**Follow up:**

Call with bams JV to include Ed.  To decide next steps.

| Followup Priority: | Followup Due Date: |
|---|---|
| High | 5/16/2019 |

**Comments:**

I remain concerned with the Cb levels and reputational concerns for the JV and bank.  Agree there is comfort with the internally prepared financials that show strong profits, but now that the bank has decided to exit the treasury relationship, we need to discuss with bams what is bams position.

**Follow up:**

Call with bams JV to include Ed.  To decide next steps.

| Followup Priority: | Followup Due Date: |
|---|---|
| High | 5/16/2019 |
| Save | | **Locked** |

## cknowledgement

### ⊟ Analyst - Tyler Glass ✅

| Action: | User: | Date: |
|---|---|---|
| Acknowledged | Tyler Glass | 4/29/2019 4:23:00 PM |

**Comments:**

| Save | | **Locked** |
|---|---|---|

## lliance Bank Approval

### ⊟ Alliance Bank Signor - BAMS Alliance BAMS Alliance ✅

| Action: | User: | Date: |
|---|---|---|
| Approve | Jennifer Coleman | 5/8/2019 5:14:00 PM |

**Comments:**

BAMS concurs with maintaining as is for now with D+ credit rating and quarterly review cycle, but agree that we should follow-up to discuss new developments internally before discussing with the merchant, due 5/16/19.  We need to continue the open dialogue with the merchant, with the last call having taken place on 3/12/19.  We are due to have another discussion with the merchant, so the sooner we discuss internally the better.



## Credit Officer - Tyler Glass ✅

**Action:** Approved As Is   **User:** Tyler Glass   **Date:** 1/31/2019 4:28:00 PM

**Comments:**
Jason Bond is an individual who has made a fortune on Wallstreet with his investment picks operates website www.JasonBondPicks that you can become a member and receive trade and stock tips. There is a quarterly or annual subscription.
- Merchant YTD processing grew to $34M with an AT of $735, and activity history shows an acceptable credit ratio of 2.23%. However, a CB issue with ratio of over 3.56%. $500K LOC as collateral.
- BOA debit DDA since Feb 2014 with a current balance of $31K and average of $1.9M, on 1/30/19.
- FYE 2018 financials are supportive, as evidenced within review.
- As of 1/2019, chargebacks jumped to 7% for the month due to a huge spike in December sales and an influx of Discover chargebacks following the disentitlement. We had a call with the merchant who sympathized with our concerns. They explained some methods they will start using to try to reduce chargebacks. That they have begun sending customers Renewal Reminders, they are making it easier for their customers to cancel their account, automatically submitting and Discover refunds that come back, trying to increase their BBB rating, and working on making their billing descriptors as specific as possible with a CS phone number.

Recommend to maintain rating and cycle. Continue working with merchant to reduce chargeback levels. CA increased to $11.75M

**Save**   **Locked**

## FDMS SCO - Ed Wang ✅

**Action:** Approve With Followups   **User:** Ed Wang   **Date:** 2/16/2019 2:50:00 PM

**Comments:**
Despite the good financials (internally prepared), I remain concerned with the growing CB levels and risk.
Let's set up internal call with BAMS to discuss next steps. Agree this one will be difficult to increase the reserve given bank relationship.
Should we be concerned with reputational risks here? High disputes = dissatisfied customers.

**Follow up:**
Call with bams credit to go over this account and next steps.

**Followup Priority:** High   **Followup Due Date:** 3/28/2019

**Save**   **Locked**

**Follow up:**
Call with bams credit to go over this account and next steps.

**Followup Priority:** High   **Followup Due Date:** 3/28/2019

**Save**   **Locked**

## cknowledgement

### Analyst - Tyler Glass ✅

**Action:** Acknowledged   **User:** Tyler Glass   **Date:** 2/19/2019 2:53:00 PM

**Comments:**

**Save**   **Locked**

## lliance Bank Approval

### Alliance Bank Signor - BAMS Alliance BAMS Alliance ✅

**Action:** Approve   **User:** Jennifer Coleman   **Date:** 3/28/2019 5:42:00 PM

**Comments:**
Recommendation is to maintain as is with D+ credit rating and quarterly cycle, while continuing to work with the merchant to reduce c/b. Calls with the merchant are held every 4-6 weeks to obtain updates, and each call is a bit more encouraging. The latest call took place on Tue 3/19, which revealed additional steps the merchant is taking, including but not limited to the roll-out of renewal notifications and a 30-day guarantee trial period for certain high-c/b products that do not auto-renew. Recommendation is also to increase the CA from $6.6M to $11.75M due to increased volume the merchant realized last Nov/Dec following a large promotion. The financial profile supports this increased level of exposure as reflected in the continued profitability, positive EBITDA, healthy liquidity, and low leverage.

BAMS Credit VP (Cindy Jordan): Agree, need to continue to make sure dispute rate goes down. Based on the last call, nothing sounded unusual that would prompt other actions. Makes sense to keep rating the same with the increase in the CA based on the increased volume.



| Action: | User: | Date: |
|---|---|---|
| Approved As Is | Tyler Glass | 10/30/2018 2:15:00 PM |

**Comments:**

Jason Bond is an individual who has made a fortune on Wallstreet with his investment picks operates website www.JasonBondPicks that you can become a member and receive trade and stock tips. There is a quarterly or annual subscription.
- Merchant YTD processing grew to $27.3M with an AT of $719, and activity history shows an acceptable credit ratio of 1.76%, however, a CB issue with ratio of over 3.94%. $500K LOC as collateral.
- BOA debit DDA since Feb 2014 with a current balance of $1.3M and average of $643K on 10/30/18.
- Merchant reveals a very stable operation with revenue of $18.5M and a net profit of $8M. EBITDA covered the minor $9K interest expense handily.
- Cash balance at the end of the period was $914K with no deferred revenue. Cash was enough to cover all liabilities. LT Debt (internal) of $557K with no current portion reported. Liquidity was sound and TNE was positive but not wholly supportive at $1.8M.

Recommend to maintain rating and cycle. Continue working with merchant to reduce chargeback levels.

**Save**                                                                                     **Locked**

---

## ⊟ FDMS SCO - Ed Wang ✅

| Action: | Assign To: | User: | Date: |
|---|---|---|---|
| Assign to Another User | Kasner, Martin (FDMS SCO) | Ed Wang | 12/2/2018 10:43:00 PM |

**Comments:**

**Save**                                                                                     **Locked**

---

## ⊟ FDMS SCO - Martin Kasner ✅

| Action: | User: | Date: |
|---|---|---|
| Approved As Is | Martin Kasner | 12/27/2018 9:47:00 AM |

**Comments:**

The financial profile of Raging Bull remains sound. We have been working with the subject to reduce their chargeback ratio to acceptable levels. At the same time Discover wants to remove Discover entitlement and terminate the merchant. This is not our risk. BAMS has made a decision to maintain the relationship, rating , cycle, and continue to reduce chargeback levels.

**Save**                                                                                     **Locked**

---

## ⊟ FDMS SCO - Martin Kasner ✅

| Action: | User: | Date: |
|---|---|---|
| Approved As Is | Martin Kasner | 12/27/2018 9:47:00 AM |

**Comments:**

The financial profile of Raging Bull remains sound. We have been working with the subject to reduce their chargeback ratio to acceptable levels. At the same time Discover wants to remove Discover entitlement and terminate the merchant. This is not our risk. BAMS has made a decision to maintain the relationship, rating , cycle, and continue to reduce chargeback levels.

**Save**                                                                                     **Locked**

---

## Acknowledgement

### ⊟ Analyst - Tyler Glass ✅

| Action: | User: | Date: |
|---|---|---|
| Acknowledged | Tyler Glass | 1/2/2019 11:52:00 AM |

**Comments:**

**Save**                                                                                     **Locked**

---

## Alliance Bank Approval

### ⊟ Alliance Bank Signor - BAMS Alliance BAMS Alliance ✅

| Action: | User: | Date: |
|---|---|---|
| Approve | Jennifer Coleman | 1/11/2019 6:04:00 PM |

**Comments:**

Concur with recommendation to maintain as is with D+ credit rating and quarterly review cycle, leaving reserve at $500K. Please ensure the Jan'19 review is routed to BAMS in a timely fashion.

**Save**                                                                                     **Locked**

---

Confidential

**Attachment JJJJ**

**PX 27, 2781**



| | Approved As Is | Martin Kasner | 7/31/2018 4:33:00 PM |

**Comments:**
- There are no concerns with Raging Bulls financial profile.
- Analyst has been working closely with merchant and BC towards reducing chargebacks. We have separated each entity into its own MID in an attempt to reduce cardholder confusion/chargebacks. After 3 consecutive months (Oct-Dec 2-17) of a positive trend in chargeback reduction, January levels increased again. March experienced a CB ratio of 5.07% with $134K in chargebacks. Merchant states they have taken steps to tighten security and have consulted with Chargebacks911, a remediation and loss recovery company.
- 6/14/18 BC comments: We feel we need to hold off on reserve considering the productive call with the merchant on 5/23/18 which confirmed merchant's cooperation and commitment to reduce c/b. Expectations are for c/b to reduce to a more manageable level within 3-4 months following their hiring of a fraud prevention team, along with internal adjustments to policy and procedures with the merchant's customer support team.
- At this point, hold off on increasing the reserve. Let's maintain as is and set up a conference call to review their progress or lack of on their chargebacks.

Save    **Locked**

### Credit Officer - Tyler Glass ✓

**Action:** Approved As Is   **User:** Tyler Glass   **Date:** 8/17/2018 10:50:00 AM

**Comments:**
Merchant signed with Verifi in early July to work towards reducing chargebacks. This comes after they tried working with another 3rd party fraud prevention team that did not meet their needs.

Next follow up call with the merchant will be scheduled between 9/17-9/21 to monitor CB rates.

Agree with recommendation.

Save    **Locked**

### FDMS SCO - Ed Wang ✓

**Action:** Approved As Is   **User:** Ed Wang   **Date:** 8/29/2018 5:47:00 PM

**Comments:**
To address ongoing CB issues at call in Sept.
The level of disputes presents reputational risk for the JV and Bank.
No credit profile concerns.
I'm still thinking we should increase the reserve by $500k - $1M.

Save    Locked

**Comments:**
To address ongoing CB issues at call in Sept.
The level of disputes presents reputational risk for the JV and Bank.
No credit profile concerns.
I'm still thinking we should increase the reserve by $500k - $1M.

Save    **Locked**

## :knowledgement

### Analyst - Tyler Glass ✓

**Action:** Acknowledged   **User:** Tyler Glass   **Date:** 9/7/2018 10:31:00 AM

**Comments:**

Save    **Locked**

## liance Bank Approval

### Alliance Bank Signor - BAMS Alliance BAMS Alliance ✓

**Action:** Approve   **User:** Jennifer Coleman   **Date:** 9/24/2018 3:38:00 PM

**Comments:**
Concur to maintain as is with D+ credit rating and quarterly review cycle, and leaving reserve at $500K. It's noted that c/b remain high as the merchant has tried a couple of solutions to help reduce incoming c/b, having just started with Verifi in early Aug'18 after their first fraud prevention team was not effective. Per conversation with the merchant on 9/18/18, they continue to work with Verifi to refine descriptors in order to detect more c/b before they occur, so it will take some time to see any significant results. In the meantime, agree that this remains an ongoing concern due to the potential for reputational risk from the high c/b, especially since this is due in part to the nature of the subscription business, re: buyer's remorse. Regardless, the merchant remains diligent to combat the high c/b, and there are no immediate concerns at this time. Further, since the financial profile remains steady, it may be best to view our position according to MLR which is closer to $425K, thus the existing reserve in place is more than adequate.

Here's how I calculated MLR: Peak NDX times (credit + c/b ratios) of $298K + Peak Operating risk of $84K + Discount risk of $43K = MLR of $425K.

**Attachment JJJJ**

**PX 27, 2782**

| Approved As Is ⌄ | Tyler Glass | 4/24/2018 1:08:00 PM |

**Comments:**

- Merchant YTD processing grew to $21.3M with an AT of $693, and activity history shows an acceptable credit ratio of 1.89%, however, a CB issue with ratio of over 3.35%. Monthly CB levels decreased from over 7% in October to about 1.64% in December, however show up again to 5.1% in March 2018. Monthly fee and $500K LOC in collateral.
- Q1 3/31/18 financial statements reflect a very stable profile as usual and evidenced within the review.
- Analyst has been working closely with merchant and BC towards reducing chargebacks. We have separated each entity into its own MID in an attempt to reduce cardholder confusion/chargebacks. After 3 consecutive months (Oct-Dec 2-17) of a positive trend in chargeback reduction, January levels increased again. March experienced a CB ratio of 5.07% with $134K in chargebacks. Merchant states they have taken steps to tighten security and have consulted with Chargebacks911, a remediation and loss recovery company.

Recommend to increased our collateral position. At this point, there is no confidence that the chargeback rate will significantly improve to acceptable levels.

| Save | | **Locked** |

---

### ⊟ FDMS SCO - Ed Wang ✅ ─────────────────────────────

**Action:** Approve With Followups ⌄  | **User:** Ed Wang | **Date:** 4/25/2018 3:13:00 PM

**Comments:**

My comments from the last record stands 3/29/18

"Red Folder to JV. I don't see any improvement in CB levels to warrant a maintain as is approach. For the April review, please obtain FY 2017 and current PFS of the guarantor. An updated bank reference from ML would be good as well. I do believe a higher reserve requirement is needed. The high CB levels concern me. Please also revisit the CB reduction plan and CB reasons. Has that changed? Would not surprise me if online press reported negative feedback. Please submit April review via red folder."

The CB level is unacceptable.  I am concerned with the product/service this company is selling. Nature of business is subject to high dispute rates and the company can't get it under control.  I would increase the reserve to cover 50% of peak risk at a minimum and require CB to be reduced to 1% in 90 days or we exit.

Financial profile is not supportive give nominal TNW as presented.

Finally, the NDX could be > 50 days since I suspect the bulk of volume is annual billings.

**Follow up:**
Secure 50% of peak risk and require CB's to be under 1% in 3 months or we exit

---

**Follow up:**

Secure 50% of peak risk and require CB's to be under 1% in 3 months or we exit

Let's obtain alignment from BAMS and BANA.

Please set up call with BAMS credit ist week of May to kick off the process.

**Followup Priority:** High ⌄ | **Followup Due Date:** 5/17/2018

| Save | | **Locked** |

---

### :knowledgement

### ⊟ Analyst - Tyler Glass ✅ ─────────────────────────────

**Action:** Acknowledged ⌄ | **User:** Tyler Glass | **Date:** 4/25/2018 4:51:00 PM

**Comments:**

| Save | | **Locked** |

---

### liance Bank Approval

### ⊟ Alliance Bank Signor - BAMS Alliance BAMS Alliance ✅ ──────────────

**Action:** Approve ⌄ | **User:** Jennifer Coleman | **Date:** 5/3/2018 5:27:00 PM

**Comments:**

Concur with recommendation to maintain D+ credit rating and quarterly review cycle, and also to move to increase the reserve to 50% of peak risk, or about $2.9M.  This strategy is in line with the approved structure upon initial boarding in 2014, making the increase in reserve necessary due to continued growth in volume.  In addition, the concerns identified during initial underwriting, which prompted the initial 50% reserve requirement, or $150K, have not yet been alleviated.  The merchant continues to operate in a high risk industry, and the high c/b levels have yet to be resolved after nearly a year of remediation efforts by both BAMS and the merchant.  Since there is not much confidence that the c/b rates will improve enough to acceptable levels, an increase in reserve is necessary.  As part of the follow-up to notify the bank and merchant of the increase, let's be sure to obtain updated BAML relationship information on the owner PG, Jeff Bishop.

**Attachment JJJJ**

# PX 27, 2783

**Action:** Approved As 1s

**User:** Tyler Glass

**Date:** 1/30/2018 1:43:00 PM

**Comments:**

- Jason Bond Picks allows members to receive trade and stock tips from Jason Bond who made a fortune on Wallstreet with his investment picks.
- Merchant YTD processing grew to $16.9M with an AT of $681, and activity history shows an acceptable credit ratio of 1.39%, however, a CB issue with ratio of over 2.95%. YTD CB levels decreased from over 7% in October to about 1.5% in December however shut up again to 3.6% in January 2018. Monthly fee and $500K LOC in collateral.
- BOA debit DDA since Feb 2014 with a current balance of $1.1M and average of $606K on 12/11/17.
- IS: Huge revenue growth to $16M and a bottom line that doubled to $7.8M. EBITDA of $7.9M covered interest by nearly 400x.
- BS: The cash position at year end was $585K). No deferred revenue or LT Debt explicitly stated (no notes provided). As a result of negative cash, liquidity was strained. TNW was positive but not wholly supportive at $740K due to partner draws of over $11.6M.
- Analyst has been working closely with merchant and BC towards reducing chargebacks. We have separated each entity into its own MID in an attempt to reduce cardholder confusion/chargebacks. After 3 consecutive months (Oct-Dec 2-17) of a positive trend in chargeback reduction, January levels increased again. Merchant states they have taken steps to tighten security and have consulted with Chargebacks911, a remediation and loss recovery company. We are starting to see a good sample size for each MID and until January were seeing solid trends in the YTD CB ratios.

Subsequent to completing the ABBR wizard, the merchant emailed analyst with explanation to the negative cash balance, along with updated balance sheet. Email attached.

Recommend to maintain on D+ and Semi-annual cycle for now while continuing to keep a close eye on the chargeback levels. Current month CA overline. As such, increasing CA to $6.6M.

Save | Locked

---

## ⊟ FDMS SCO - Ed Wang ✅

**Action:** Approve With Followups

**User:** Ed Wang

**Date:** 2/12/2018 5:37:00 PM

**Comments:**

In all, I am not comfortable with the CB levels, the growing exposure and business model.
Appears this is mostly an annual membership model, so our 50 day NDX could understate risk.
I draw comfort from the BANA relationship and PG, but the level of risk is clearly not supported by the financials.
I am inclined to increase the collateral - seeking JV credit comments on next steps.

**Follow up:**

Growing risk exposure is not supported - seek JV credit concurrence to increase reserve.
Validate NDX - seek alignment from JV credit.

I am inclined to increase the collateral - seeking JV credit comments on next steps.

**Follow up:**

Growing risk exposure is not supported - seek JV credit concurrence to increase reserve.
Validate NDX - seek alignment from JV credit.

**Followup Priority:** High

**Followup Due Date:** 3/15/2018

Save | Locked

---

## knowledgement

### ⊟ Analyst - Tyler Glass ✅

**Action:** Acknowledged

**User:** Tyler Glass

**Date:** 2/13/2018 4:42:00 PM

**Comments:**

Save | Locked

---

## liance Bank Approval

### ⊟ Alliance Bank Signor - BAMS Alliance BAMS Alliance ✅

**Action:** Approve

**User:** Jennifer Coleman

**Date:** 2/22/2018 3:33:00 PM

**Comments:**

It's understandable to be concerned with the liquidity trends, growth in volume and exposure, and volatile c/b activity.  However, BAMS feel the current reserve amount is sufficient given the banking relationship, particularly the ML relationship with the owners, which adds value.  If we have a PG, recommend obtaining PFS of owners to ensure continued support.  Also, it appears merchant is actively working to get a handle on the recent jump in c/b. As such, concur with recommendation to maintain D+ credit rating, with recommendation to move to a quarterly review cycle in order to monitor the c/b activity more closely and ensure they are able to reverse the increase, especially considering there were a solid 3 consecutive months of improvements. Let's re-evaluate the need to increase the reserve at the next review in Apr'18 (under new quarterly cycle).  Also concur with increase in CA to $6.6M.

Confidential

**Attachment JJJJ**

**PX 27, 2784**

**Action:** Approve With Followups

**User:** Rosemarie Mecker

**Date:** 7/11/2017 5:32:00 PM

**Comments:**

•Jasonbondpicks operates under the legal entity and BAMS merchant on record under Lighthouse Media, who's principal owners are Alan Marshall and Jeff Bishop and recently on 12/2016, the legal name Lighthouse Media in RMW was recently changed to Ragingbull.com. Prior analyst spoke with owner Jeff Bishop who stated the legal name was changed and they called customer service to Raging Bull. Jason Bond Picks allows members to receive trade and stock tips from Jason Bond who made a fortune on Wallstreet with his investment picks.
•At time of boarding, a $150K collateral was required along with a signed PG on the majority owner, Jeff Bishop, and set on monthly discount.
•Interim 7/11/17 and fiscal 12/31/16 financial results show increased revenue with profit and strong EBITDA, plus improved cash position and supportive TNW and WC. However it should be noted most profits are pulled out of the business in the form of partner draws.
•However, processing history is unsatisfactory. For the last 15 months, monthly CB is anywhere between 1 to 7% and YTD at 2.53% for mostly card not present/fraud due to descriptor issue. However, merchant aggressively addressing and winning reversals, 40% of CB count, where a decision to increase the reserve to $500K which partially mitigates BAMS potential risk exposure. Added comfort is the large Merrill Lynch investment relationship with the 2 owners, a total of $10M, plus the current BOA deposit balance of $1.2M reported on 7/11/17.

Merchant is given 90 days from May 2017 to improve CB situation and if continues, look to increase reserve collateral, while continue to monitor results and bank balance on merchant and personal relationships.

Recommend to keep on D+ ratign and adjust to Q cycle for close monitoring and set I/u for Sept to decision if increasing the reserve collateral is warranted.

**Follow up:**

Monitor CB situation and if ratio continue to be on over 1% ratio to decision if reserve of $500K needs to be increased with concurrence from BAMS JV and informing Merrill Lynch banker and BAMS team.

**Followup Priority:** High

**Followup Due Date:** 9/19/2017

Save                                                                                                   Locked

---

### ⊟ FDMS SCO - Ed Wang 🔵

**Action:** Approve With Followups

**User:** Ed Wang

**Date:** 7/26/2017 6:30:00 PM

**Comments:**

Agree. There is value and support with the bank relationship and decent financials. However, high risk business, poor processing and what could be understated NDX creates concerns. Circle back in Sept after the 90 day period to make final call.

**Follow up:**

Monitor CB situation and if ratio continue to be on over 1% ratio to decision if reserve of $500K needs to be increased with concurrence from BAMS JV and informing Merrill Lynch banker and BAMS team.

Validate NDX. I think we have more annual memberships vs monthly. 50 day NDX does not reflect that.

**Followup Priority:** High

**Followup Due Date:** 9/19/2017

Save                                                                                                   Locked

---

## cknowledgement

### ⊟ Analyst - Rosemarie Mecker 🔵

**Action:** Acknowledged

**User:** Tyler Glass

**Date:** 7/27/2017 5:40:00 PM

**Comments:**

Save                                                                                                   Locked

---

## lliance Bank Approval

### ⊟ Alliance Bank Signor - BAMS Alliance BAMS Alliance 🔵

**Action:** Approve with Conditions

**User:** Stacy Mabry

**Date:** 7/28/2017 9:00:00 AM

**Comments:**

We need to monitor based on improvement of the CB % not necessarily the 1% mark as the target September is only a month away. Yes review the NDX to verify if correct - based on previous conversations with the merchant I believe it is.

Save                                                                                                   Locked

**Attachment JJJJ**          **PX 27, 2785**

| Legal name | RAGING BULL.COM | | **DBA** | WWW.JASONBONDPICKS.COM |
|---|---|---|---|---|

| Month | Sales | Current Exposure |
|---|---|---|
| Jun 17 | $1,312,849 | $2,019,752 |
| May 17 | $993,428 | $1,541,072 |
| Apr 17 | $763,378 | $1,696,609 |
| Mar 17 | $1,353,649 | $1,996,876 |
| Feb 17 | $457,380 | $1,339,406 |
| Jan 17 | $446,732 | $1,095,599 |
| Dec 16 | $1,228,011 | $1,589,977 |
| Nov 16 | $674,388 | $1,065,564 |
| Oct 16 | $726,164 | $1,234,241 |
| Sep 16 | $964,683 | $1,274,274 |
| Aug 16 | $585,437 | $789,920 |
| Jul 16 | $376,763 | $757,634 |
| Jun 16 | $730,370 | $891,410 |

| | Annualized Total | Average Ticket |
|---|---|---|
| Total | $9,882,862 | $564 |
| Annualized: Refund Ratio | Chargeback Ratio | |
| | 1.35% | 2.60% |

| Date: | | July | 2017 |
|---|---|---|---|
| Location (City/State) | | ARLINGTON, TX | |
| Website: | | http://www.jasonbondpicks.com | |
| Alliance Name: | | Banc of America Merchant Services | |
| Marker Name: | | BAMS  890 | |
| Clearing Name: | | 098   Bank of America | |

| Live Since: | Feb 2014 | Credit Rating: | D+ |
|---|---|---|---|
| Co. Start Date: | Feb 2013 | Industry Rating | III |
| | **S&P** **Moodys** | Trend: | Stable |
| Agency Rating: | | Purpose: | Interim |
| Ticker: | | Review Cycle: | S |
| Price: | | Annual Review: | Jul |
| Range: | | | |

| | % | Days |
|---|---|---|
| NDX Assumptions: | 100 | 50 |

| Exposure: | NDX | Operating Risk | Discount Risk | Collateral | Net Risk |
|---|---|---|---|---|---|
| Current | $1,975,134 | $18,361 | $26,257 | $500,000 | $1,519,752 |
| Peak | $1,658,569 | $12,091 | $26,257 | $500,000 | $1,196,917 |

| Other or Most Likely Risk: | $0 | | CA Amount: | $2,400,000 |
|---|---|---|---|---|

| Financial Highlights: (Date) | 7/11/2017 (6M) | 12/31/2016 (12M) | 12/31/2015 (12M) | |
|---|---|---|---|---|
| Thousands       Sales: | $5,606 | $6,459 | $3,170 | $0 |
| EBITDA: | $3,187 | $3,829 | $2,293 | $0 |
| EBITDA/Int.: | 289.73 | N/A | N/A | N/A |
| Net Income: | $3,176 | $3,829 | $2,293 | $0 |
| Unrestricted Cash & Equiv: | $1,011 | $574 | $105 | $0 |
| Deferred Rev: | $0 | $0 | $0 | $0 |
| TNW: | $1,304 | $861 | $257 | $0 |
| Debt/TNW: | 0.60 | 1.04 | 0.13 | N/A |
| Current Ratio: | 0.00 | 53.18 | 3.38 | 0.00 |

**Merchant Background/Ownership:**

•Jason Bond is an individual who has made a fortune on Wallstreet with his investment picks operates website www.JasonBondPicks that you can become a member and receive trade and stock tips. There is a quarterly or annual subscription.

•On 2012, Jasonbondpicks operates under the legal entity and BAMS merchant on record under Lighthouse Media, who's principal owners are Alan Marshall and Jeff Bishop.

•Recently on 12/2016, the legal name Lighthouse Media in RMW was recently changed to Ragingbull.com.  Prior analyst spoke with owner Jeff Bishop who stated the legal name was changed and they called customer service to Raging Bull. No tax ID change therefore the customer service rep said no new contracts were needed.

•From reviewing the website of Raging Bull.com it appears there are 4 entities under Raging Bull: Top Stocks, Jason Bond, Biotech Breakouts and Penny Pro. Analyst confirmed through merchant, BAMS is processing for all 4 websites and all linked to Raging Bull.

**Processing Results, Trends, Risk Dynamics, Collateral Description, URL Review, PCI level & status:**

•PR add in April 2014 by a CI referral as a Red folder. D+ rating and S cycle. Account initially declined, was re-evaluated as the company's owners have significant ML relationships, where a collateral for $150K was determined at boarding plus a signed PG of partial owner, Jeff Bishop.

•Sigend to process an annual volume of $2.8M with an AT of $300 and risk assumptions set at 100%/ 45 days based on a blend of quarterly and annual memberships.

•Merchant YTD processing grew to $9.9M with an AT of $600, and activity history shows an acceptable credit ratio of 1.3%, however, a Cb issue with continued ratio of over 2% adn a monhtly ratio between 2% to as high as 7% for mostly reason of card not present, with a large portion of CB being reversed, 40% of total CBs.

• Merchant settles on monthly discount and is not found on the June 2017 PCI distribution list.

• The website provides information on the company, contact info and how to become a member. Upon google there was no negative information found.

**Bank/Trade/Agency Comments:**

BOA debit DDA since Feb 2014 with a current balance of  $1.2M and average of $443K on 7/11/17.

Under the Merrill Lynch, banker provided verbally under the personal accounts of both owners: Jeff Bishop has close to $3M in investments and under Alan Marsh is over $7M in total investments.

Revised:  09/30/09

**Attachment JJJJ**

10417905-FISV-001684

**PX 27, 2786**

Financial Commentary:

Interim PR reveiw is performed based on a non-comparable over 6 month results ending 7/11/17:
•Revenue for the interim period ending 7/11/17 of $ 5.6M is trending higher each month when compared to the 12 months ending 12/31/16.
•And with operating expenses of $2.4M, where the largest expense related to subcontractors of $937K and advertising of $535K, results to a large net profit and EBITDA  of $3.2M for the period and adequately covered  the interest expense of $11K.
•Total assets of $2.1M reported, primarily driven by cash on hand of $1.0M and an additional non current asset that was not recorded the prior year of $1M labeled as TSP and PP purchase, which more than covers TL of $779K. No deferred revenue or customer deposits reported.
•TNW stood at a positive position of $1.3M and WC at $1.0M..
•It should be noted that significant profits are pulled out the business to the various owners as "partner draws"

Recent Events/Noteworthy Items/Actions taken:

•With continued CB issue posting on the account and with concurrence from FD and BAMS JV, reserve collateral of $150K was increased to $500K, which partially mitigates BAMS risk exposure along with owner's large Merrill Lynch investment relationship, totaling to $10M.  Cash reserve was later on replaced by a BOA issue letter of credit whihc is filed in NCCTS.
•In Depth KYC: • Prior to Feb 2014 the company was owned by Patriot Publishing. In Feb 2014 a new entity was formed Lighthouse Media, where current owing is broken down as follows and confirmed by Jeff Bishop: 25% Jason Bond, 25% MFA holding ( Allan Marshall company) and 50% Sherwood Ventures, with Jeff Bishop as 90% owner in Sherwood Ventures but there is an agreement in place that he is 100% owner in the 50% ownership in Lighthouse Media now called Raging Bull. There other 10% has no ownership in Lighthouse Media. Jason Bond did not sign contract as Jeff is majority owner but all owners are the signors on the bank accounts etc.

Action/Strategy/Recommendation:

•Jason Bond Picks allows members to receive trade and stock tips from Jason Bond who made a fortune on Wallstreet with his investment picks.
•At time of boarding, a $150K collateral was required along with a signed PG on the majority owner, Jeff Bishop, and set on monthly discount.
•Financial results show increased revenue  with profit and strong EBITDA, plus improved cash position and supportive TNW and WC. However it should be noted most profits are pulled out of the business in the form of partner draws.
•However, processing history is unsatisfactory. For the last 15 months, monthly CB is anywhere between 1 to 7% and YTD at 2.53% for mostly card not present/fraud due to descriptor issue.  However, merchant aggressively addressing and winning reversals, 40% of CB count.
Merchant is given 90 days from May 2017 to improve CB situation and if continues, look to increase reserve collateral, while continue to monitor results and balance on merchant and personal relationships.

Analyst Name:    Rosemarie Mecker

Revised:  09/30/09

**Attachment JJJJ**

10417905-FISV-001685

**PX 27, 2787**

**FOR ALL COLLATERAL REGARDLESS OF TYPE**                    COLLATERAL REQUIRED: ☐ Yes ☑ No

| MERCHANT LEGAL NAME | RAGING BULL.COM |
|---|---|
| MERCHANT # | ▉▉▉▉▉ |

☐ **5MM AND OVER CASH COLLATERAL**

| BANK STATEMENT ATTACHED | ☐ Yes ☐ No |
|---|---|
| BANK NAME | |
| NAME OF ACCOUNT | |
| AMOUNT | |

☐ **CD's, SAVINGS AND MONEY MARKET ACCOUNTS**

| BANK NAME | | |
|---|---|---|
| COPY OF FULLY EXECUTED ACKNOWLEDGEMENT FORM IN PR FILE | | ☐ Yes ☐ No |
| COPY OF SCREENSHOT PAGE WITH ACCOUNT NUMBER, DEPOSITOR, AMOUNT, SIGNATURE AND STAMP OF BANK OFFICER IN PR FILE | | ☐ Yes ☐ No |
| ENCLOSED CARS SCREEN | | ☐ Yes ☐ No |
| EXPIRATION DATE | ☐ AUTO RENEWAL   **OR** | ☐ EXPIRATION DATE: |
| PRINCIPAL AMOUNT | **AS OF:** | |
| STD FORMAT ☐ Yes ☐ No  If No, explain non std (provisions) | | |
| COMMENTS: | | |

☐ **LETTERS OF CREDIT**

| ENCLOSED CARS SCREEN | ☐ Yes ☐ No | |
|---|---|---|
| ISSUING BANK NAME | | |
| BANK FDC RATING | | |
| EXPIRATION DATE | ☐ AUTO RENEWAL   **OR** | ☐ EXPIRATION DATE: |
| MATURITY DATE: | **DRAW REQUIREMENTS:** | |
| COPY OF L/C IN PR FILE | ☐ Yes ☐ No | |
| AMOUNT | | |
| COMMENTS: | | |

☐ **GUARANTEES**

| | LIMITED | UNLIMITED |
|---|---|---|
| ☐   PERSONAL (Guarantee Name) | ☐ | ☐ |
| ☐   CORPORATE (Guarantee Name) | ☐ | ☐ |
| ☐   BANK INDEMNIFICATION | ☐ | ☐ |
| COPY OF GUARANTY FORM(S) IN PR FILE | ☐ Yes ☐ No | |
| CARS COMMENT SCREEN NOTES GUARANTEE | ☐ Yes ☐ No | |
| COMMENTS: | | |

☐ **INVESTMENT ACCOUNTS**

| ENCLOSED ACCOUNT SUMMARY SCREEN | ☐ Yes ☐ No | |
|---|---|---|
| BANK NAME | | |
| INVESTMENT RESTRICTIONS ADHERED TO | ☐ Yes ☐ No | |
| NVESTMENT ACCOUNT ADJUSTMENT FORM ATTACHED | ☐ Yes ☐ No | |
| MOUNT | | |

☐ **MISCELLANEOUS COLLATERAL**

| COPY OF RECENT APPRAISAL ATTACHED | ☐ Yes ☐ No | |
|---|---|---|
| AMOUNT | | |

| IF NO TO ANY OF THE ABOVE, EXPLAIN: | |
|---|---|
| ANALYST SIGNATURE: | DATE: |
| STAMP: | |

Confidential

**Attachment JJJJ**          10417905-FISV-001686

## PX 27, 2788

| Legal name | RAGING BULL.COM | | DBA | WWW.JASONBONDPICKS.COM |
|---|---|---|---|---|

| Month | Sales | Current Exposure |
|---|---|---|
| Dec 17 | $4,718,050 | $5,772,790 |
| Nov 17 | $1,380,863 | $2,189,803 |
| Oct 17 | $1,100,064 | $3,033,504 |
| Sep 17 | $2,798,890 | $3,404,928 |
| Aug 17 | $793,439 | $1,355,055 |
| Jul 17 | $779,529 | $1,697,699 |
| Jun 17 | $1,312,849 | $2,024,233 |
| May 17 | $993,428 | $1,541,072 |
| Apr 17 | $763,378 | $1,696,609 |
| Mar 17 | $1,353,649 | $1,996,876 |
| Feb 17 | $457,380 | $1,339,406 |
| Jan 17 | $446,732 | $1,095,599 |
| Dec 16 | $1,228,011 | $1,589,977 |

| | Annualized Total | Average Ticket |
|---|---|---|
| Total | $16,898,251 | $681 |
| Annualized: Refund Ratio | Chargeback Ratio | |
| | 1.39% | 2.96% |

| Date: | **January** | **2018** |
|---|---|---|
| Location (City/State) | ARLINGTON, TX | |
| Website: | http://www.jasonbondpicks.com | |
| Alliance Name: | Banc of America Merchant Services | |
| Marker Name: | BAMS  890 | |
| Clearing Name: | 098   Bank of America | |

| Live Since: | Feb 2014 | Credit Rating: | D+ |
|---|---|---|---|
| Co. Start Date: | Feb 2013 | Industry Rating | III |
| | **S&P** | **Moodys** | **Trend:** | Stable |
| Agency Rating: | | | Purpose: | Interim |
| Ticker: | | | Review Cycle: | S |
| Price: | | | Annual Review: | Jul |
| Range: | | | | |

| | | NDX Assumptions: | % | Days |
|---|---|---|---|---|
| | | | 100 | 50 |

| Exposure: | NDX | Operating Risk | Discount Risk | Collateral | Net Risk |
|---|---|---|---|---|---|
| Current | $5,638,625 | $39,804 | $94,361 | $500,000 | $5,272,790 |
| Peak | $5,638,625 | $39,804 | $94,361 | $500,000 | $5,272,790 |
| Other or Most Likely Risk: | $0 | | CA Amount: | $4,000,000 | |

| Financial Highlights: (Date) | 12/31/2017 (12M) | 9/30/2017 (9M) | 12/31/2016 (12M) | 9/30/2016 (9M) |
|---|---|---|---|---|
| Thousands             Sales: | $15,968 | $9,910 | $6,459 | $4,232 |
| EBITDA: | $7,856 | $5,836 | $3,829 | $2,682 |
| EBITDA/Int.: | 392.80 | 389.07 | N/A | 223.50 |
| Net Income: | $7,836 | $5,821 | $3,829 | $2,670 |
| Unrestricted Cash & Equiv: | $85 | $2,430 | $574 | $706 |
| Deferred Rev: | $0 | $0 | $0 | $0 |
| TNW: | $740 | $3,359 | $861 | $939 |
| Debt/TNW: | 1.06 | 0.22 | 1.04 | 1.01 |
| Current Ratio: | 0.40 | 195.54 | 53.18 | 101.71 |

**Merchant Background/Ownership:**

•Jason Bond is an individual who has made a fortune on Wallstreet with his investment picks operates website www.JasonBondPicks that you can become a member and receive trade and stock tips. There is a quarterly or annual subscription.

•On 2012, Jasonbondpicks operates under the legal entity and BAMS merchant on record under Lighthouse Media, who's principal owners are Alan Marshall and Jeff Bishop.

•In Depth KYC: • Prior to Feb 2014 the company was owned by Patriot Publishing. In Feb 2014 a new entity was formed Lighthouse Media, where current owing is broken down as follows and confirmed by Jeff Bishop: 25% Jason Bond, 25% MFA holding ( Allan Marshall company) and 50% Sherwood Ventures, with Jeff Bishop as 90% owner in Sherwood Ventures but there is an agreement in place that he is 100% owner in the 50% ownership in Lighthouse Media now called Raging Bull. There other 10% has no ownership in Lighthouse Media. Jason Bond did not sign contract as Jeff is majority owner but all owners are the signors on the bank accounts etc.

**Processing Results, Trends, Risk Dynamics, Collateral Description, URL Review, PCI level & status:**

•PR add in April 2014 by a CI referral as a Red folder. D+ rating and S cycle. Account initially declined, was re-evalulated as the company's owners have significant ML relationships, where a collateral for $150K was determined at boarding plus a signed PG of partial owner, Jeff Bishop.

•Sigend to process an annual volume of $2.8M with an AT of $300 and risk assumptions set at 100%/50 days based on a blend of quarterly and annual memberships.

•Merchant YTD processing grew to $16.9M with an AT of $681, and activity history shows an acceptable credit ratio of 1.39%, however, a CB issue with ratio of over 2.95%. YTD CB levels decreased from over 7% in October to about 1.5% in December however shot up again to 3.6% in January 2018.

• Merchant settles on monthly discount and is not found on the December 2017 PCI distribution list.

• The website provides information on the company, contact info and how to become a member. Upon google there was no negative information found.

**Bank/Trade/Agency Comments:**

BOA debit DDA since Feb 2014 with a current balance of  $1.1M and average of $606K on 12/11/17.

Under the Merrill Lynch, banker provided verbally under the personal accounts of both owners: Jeff Bishop has close to $3M in investments and under Alan Marsh is over $7M in total investments.

Revised:  09/30/09

**Attachment JJJJ**

10417905-FISV-001687

**PX 27, 2789**

Financial Commentary:
Internally prepared FYE 12/31/17 financial statements provided for review.
IS
- Revenue increased nearly 150% year over year to $16M.
- Operating expenses totaled $8.1M and helped contribute to a net income of $7.8M, more than double the previous year at $3.8M.
- EBITDA was similar at $7.9M and covered interest expense of $20K by nearly 400x.
BS
- Cash balance at the end of the year was reported as a negative of ($85K). No deferred revenue reported.
- Only LT Liability is "LM Purchase of ISM" for $680K.
- As a result of negative cash, liquidity was strained with ($142K) in WC. With current assets a negative number, the current ratio cannot be computed.
- TNW was still positive but not wholly supportive at $740K due to partner draws of $11.6M.

Recent Events/Noteworthy Items/Actions taken:
- Analyst has been working closely with merchant and BC towards reducing chargebacks. We have separated each entity into its own MID in an attempt to reduce cardholder confusion/chargebacks. After 3 consecutive months (Oct-Dec 2-17) of a positive trend in chargeback reduction, January levels increased again. Merchant states they have taken steps to tighten security and have consulted with Chargebacks911, a remediation and loss recovery company.

Action/Strategy/Recommendation:
- Merchant YTD processing grew to $16.9M with an AT of $681, and activity history shows an acceptable credit ratio of 1.39%, however, a CB issue with ratio o over 2.95%. YTD CB levels decreased from over 7% in October to about 1.5% in December however shot up again to 3.6% in January 2018. Monthly fee and $500K LOC in collateral.
- IS: Huge revenue growth to $16M and a bottom line that doubled to $7.8M. EBITDA of $7.9M covered interest by nearly 400x.
- BS: The cash position at year end was ($85K). No deferred revenue or LT Debt explicitly stated (no notes provided). As a result of negative cash, liquidity was strained. TNW was positive but not wholly supportive at $740K due to partner draws of over $11.6M.
- Analyst has been working closely with merchant and BC towards reducing chargebacks. We have separated each entity into its own MID in an attempt to reduce cardholder confusion/chargebacks. After 3 consecutive months (Oct-Dec 2-17) of a positive trend in chargeback reduction, January levels increased again. Merchant states they have taken steps to tighten security and have consulted with Chargebacks911, a remediation and loss recovery company.

Analyst Name:    Tyler Glass

Revised:  09/30/09

Confidential

**Attachment JJJJ**

10417905-FISV-001688

**PX 27, 2790**

**FOR ALL COLLATERAL REGARDLESS OF TYPE**                      COLLATERAL REQUIRED: ☐ Yes  ☑ No

| MERCHANT LEGAL NAME | RAGING BULL.COM |
|---|---|
| MERCHANT # | ▮▮▮▮ |

☐ **5MM AND OVER CASH COLLATERAL**

| BANK STATEMENT ATTACHED | ☐ Yes ☐ No |
|---|---|
| ANK NAME | |
| NAME OF ACCOUNT | |
| AMOUNT | |

☐ **CD's, SAVINGS AND MONEY MARKET ACCOUNTS**

| BANK NAME | | | |
|---|---|---|---|
| COPY OF FULLY EXECUTED ACKNOWLEDGEMENT FORM IN PR FILE | | ☐ Yes ☐ No | |
| COPY OF SCREENSHOT PAGE WITH ACCOUNT NUMBER, DEPOSITOR, AMOUNT, SIGNATURE AND STAMP OF BANK OFFICER IN PR FILE | | ☐ Yes ☐ No | |
| ENCLOSED CARS SCREEN | | ☐ Yes ☐ No | |
| EXPIRATION DATE | ☐ AUTO RENEWAL | OR | ☐ EXPIRATION DATE: |
| PRINCIPAL AMOUNT | | AS OF: | |
| STD FORMAT ☐ Yes ☐ No  If No, explain non std (provisions) | | | |
| COMMENTS: | | | |

☐ **LETTERS OF CREDIT**

| ENCLOSED CARS SCREEN | ☐ Yes ☐ No | | |
|---|---|---|---|
| ISSUING BANK NAME | | | |
| BANK FDC RATING | | | |
| EXPIRATION DATE | ☐ AUTO RENEWAL | OR | ☐ EXPIRATION DATE: |
| MATURITY DATE: | | DRAW REQUIREMENTS: | |
| COPY OF L/C IN PR FILE | ☐ Yes ☐ No | | |
| AMOUNT | | | |
| COMMENTS: | | | |

☐ **GUARANTEES**

| | LIMITED | UNLIMITED |
|---|---|---|
| ☐ PERSONAL (Guarantee Name) | ☐ | ☐ |
| ☐ CORPORATE (Guarantee Name) | ☐ | ☐ |
| ☐ BANK INDEMNIFICATION | ☐ | ☐ |
| COPY OF GUARANTY FORM(S) IN PR FILE | ☐ Yes ☐ No | |
| CARS COMMENT SCREEN NOTES GUARANTEE | ☐ Yes ☐ No | |
| COMMENTS: | | |

☐ **INVESTMENT ACCOUNTS**

| ENCLOSED ACCOUNT SUMMARY SCREEN | ☐ Yes ☐ No |
|---|---|
| BANK NAME | |
| NVESTMENT RESTRICTIONS ADHERED TO | ☐ Yes ☐ No |
| NVESTMENT ACCOUNT ADJUSTMENT FORM ATTACHED | ☐ Yes ☐ No |
| AMOUNT | |

☐ **MISCELLANEOUS COLLATERAL**

| COPY OF RECENT APPRAISAL ATTACHED | ☐ Yes ☐ No |
|---|---|
| AMOUNT | |

| IF NO TO ANY OF THE ABOVE, EXPLAIN: | | |
|---|---|---|
| ANALYST SIGNATURE: STAMP: | | DATE: |

| Legal name | RAGING BULL.COM | | **DBA** | WWW.JASONBONDPICKS.COM | |
|---|---|---|---|---|---|

| Month | Sales | Current Exposure |
|---|---|---|
| Mar 18 | $2,636,547 | $3,910,756 |
| Feb 18 | $1,720,363 | $3,367,365 |
| Jan 18 | $2,289,569 | $5,566,875 |
| Dec 17 | $4,718,050 | $5,772,790 |
| Nov 17 | $1,380,863 | $2,189,803 |
| Oct 17 | $1,100,064 | $3,033,504 |
| Sep 17 | $2,798,890 | $3,404,928 |
| Aug 17 | $793,439 | $1,355,055 |
| Jul 17 | $779,529 | $1,697,699 |
| Jun 17 | $1,312,849 | $2,024,233 |
| May 17 | $993,428 | $1,541,072 |
| Apr 17 | $763,378 | $1,696,609 |
| Mar 17 | $1,353,649 | $1,996,876 |

| | Annualized Total | Average Ticket |
|---|---|---|
| Total | $21,286,969 | $693 |
| Annualized: Refund Ratio | Chargeback Ratio | |
| | 1.89% | 3.35% |

| Date: | April | 2018 |
|---|---|---|
| Location (City/State) | ARLINGTON, TX | |
| Website: | http://www.jasonbondpicks.com | |
| Alliance Name: | Banc of America Merchant Services | |
| Marker Name: | BAMS 890 | |
| Clearing Name: | 098   Bank of America | |

| Live Since: | Feb 2014 | Credit Rating: | D+ |
|---|---|---|---|
| Co. Start Date: | Feb 2013 | Industry Rating | III |
| | S&P | Moodys | Trend: | Stable |
| Agency Rating: | | | Purpose: | Interim |
| Ticker: | | Review Cycle: | Q |
| Price: | | Annual Review: | Jul |
| Range: | | | |

| | | % | Days |
|---|---|---|---|
| NDX Assumptions: | | 100 | 50 |

| Exposure: | NDX | Operating Risk | Discount Risk | Collateral | Net Risk |
|---|---|---|---|---|---|
| Current | $3,783,456 | $74,569 | $52,731 | $500,000 | $3,410,756 |
| Peak | $5,638,625 | $46,600 | $52,731 | $500,000 | $5,237,956 |
| Other or Most Likely Risk: | $0 | | CA Amount: | $6,600,000 | |

| Financial Highlights: (Date) | 3/31/2018 (3M) | 12/31/2017 (12M) | 12/31/2016 (12M) | 12/31/2015 (12M) |
|---|---|---|---|---|
| Thousands     Sales: | $7,414 | $15,968 | $6,459 | $3,170 |
| EBITDA: | $4,055 | $7,856 | $3,829 | $2,293 |
| EBITDA/Int.: | 1,351.67 | 392.80 | N/A | N/A |
| Net Income: | $4,052 | $7,836 | $3,829 | $2,293 |
| Unrestricted Cash & Equiv: | $1,855 | $85 | $574 | $105 |
| Deferred Rev: | $0 | $0 | $0 | $0 |
| TNW: | $2,751 | $740 | $861 | $257 |
| Debt/TNW: | 0.25 | 1.06 | 1.04 | 0.13 |
| Current Ratio: | 49.24 | 0.40 | 53.18 | 3.38 |

**Merchant Background/Ownership:**

•Jason Bond is an individual who has made a fortune on Wallstreet with his investment picks operates website www.JasonBondPicks that you can become a member and receive trade and stock tips. There is a quarterly or annual subscription.

•On 2012, Jasonbondpicks operates under the legal entity and BAMS merchant on record under Lighthouse Media, who's principal owners are Alan Marshall and Jeff Bishop.

•In Depth KYC: • Prior to Feb 2014 the company was owned by Patriot Publishing. In Feb 2014 a new entity was formed Lighthouse Media, where current owing is broken down as follows and confirmed by Jeff Bishop: 25% Jason Bond, 25% MFA holding ( Allan Marshall company) and 50% Sherwood Ventures, with Jeff Bishop as 90% owner in Sherwood Ventures but there is an agreement in place that he is 100% owner in the 50% ownership in Lighthouse Media now called Raging Bull. There other 10% has no ownership in Lighthouse Media. Jason Bond did not sign contract as Jeff is majority owner but all owners are the signors on the bank accounts etc.

**Processing Results, Trends, Risk Dynamics, Collateral Description, URL Review, PCI level & status:**

•PR add in April 2014 by a CI referral as a Red folder. D+ rating and S cycle. Account initially declined, was re-evalulated as the company's owners have significant ML relationships, where a collateral for $150K was determined at boarding plus a signed PG of partial owner, Jeff Bishop.

•Sign to process an annual volume of $2.8M with an AT of $300 and risk assumptions set at 100%/50 days based on a blend of quarterly and annual memberships.

•Merchant YTD processing grew to $21.3M with an AT of $693, and activity history shows an acceptable credit ratio of 1.89%, however, a CB issue with ratio of over 3.35%. Monthly CB levels decreased from over 7% in October to about 1.64% in December, however shot up again to 5.1% in March 2018.

• Merchant settles on monthly discount and is not found on the March 2018 PCI distribution list.

• The website provides information on the company, contact info and how to become a member. Upon google there was no negative information found.

**Bank/Trade/Agency Comments:**

BOA debit DDA since Feb 2014 with a current balance of $808K and average of $1.3MK on 4/25/18.

Under the Merrill Lynch, banker provided verbally under the personal accounts of both owners: Jeff Bishop has close to $3M in investments and under Alan Marsh is over $7M in total investments.

Revised: 09/30/09

**Attachment JJJJ**

10417905-FISV-001690

PX 27, 2792

Financial Commentary:
Internally prepared FYE 12/31/17 financial statements provided for review.
IS
- Revenue for the Q1 interim period totaled $7.4M.
- Operating expenses totaled $3.4M and helped contribute to a net income of $4.1M.
- EBITDA was similar at $4.1M and covered interest expense of $3K handily.
BS
- Cash balance at the end of the year was reported as a negative of $1.9M. No deferred revenue reported.
- Only LT Liability is "LM Purchase of ISM" for $645K.
- Liquidity was sound with $1.8M in WC and a current ratio of 49:1.
- TNW was positive at $2.8M.

Recent Events/Noteworthy Items/Actions taken:
- Analyst has been working closely with merchant and BC towards reducing chargebacks. We have separated each entity into its own MID in an attempt to reduce cardholder confusion/chargebacks. After 3 consecutive months (Oct-Dec 2-17) of a positive trend in chargeback reduction, January levels increased again. March experienced a CB ratio of 5.07% with $134K in chargebacks. Merchant states they have taken steps to tighten security and have consulted with Chargebacks911, a remediation and loss recovery company.

Action/Strategy/Recommendation:
- Merchant YTD processing grew to $21.3M with an AT of $693, and activity history shows an acceptable credit ratio of 1.89%, however, a CB issue with ratio of over 3.35%. Monthly CB levels decreased from over 7% in October to about 1.64% in December, however shot up again to 5.1% in March 2018. Monthly fee and $500K LOC in collateral.
- Q1 3/31/18 financial statements reflect a very stable profile as usual and evidenced within the review.
- Analyst has been working closely with merchant and BC towards reducing chargebacks. We have separated each entity into its own MID in an attempt to reduce cardholder confusion/chargebacks. After 3 consecutive months (Oct-Dec 2-17) of a positive trend in chargeback reduction, January levels increased again. March experienced a CB ratio of 5.07% with $134K in chargebacks. Merchant states they have taken steps to tighten security and have consulted with Chargebacks911, a remediation and loss recovery company.

Recommend to increased our collateral position. At this point, there is no confidence that the chargeback rate will significantly improve to acceptable levels.

Analyst Name:   Tyler Glass

Revised:  09/30/09

**Attachment JJJJ**

10417905-FISV-001691

**PX 27, 2793**

| FOR ALL COLLATERAL REGARDLESS OF TYPE | | COLLATERAL REQUIRED: | ☐ Yes | ✓ No |
|---|---|---|---|---|

| MERCHANT LEGAL NAME | RAGING BULL.COM |
|---|---|
| MERCHANT # | ▉▉▉▉▉▉▉ |

☐ **5MM AND OVER CASH COLLATERAL**

| BANK STATEMENT ATTACHED | ☐ Yes ☐ No |
|---|---|
| ANK NAME | |
| NAME OF ACCOUNT | |
| AMOUNT | |

☐ **CD's, SAVINGS AND MONEY MARKET ACCOUNTS**

| BANK NAME | | | |
|---|---|---|---|
| COPY OF FULLY EXECUTED ACKNOWLEDGEMENT FORM IN PR FILE | ☐ Yes ☐ No | | |
| COPY OF SCREENSHOT PAGE WITH ACCOUNT NUMBER, DEPOSITOR, AMOUNT, SIGNATURE AND STAMP OF BANK OFFICER IN PR FILE | ☐ Yes ☐ No | | |
| ENCLOSED CARS SCREEN | ☐ Yes ☐ No | | |
| EXPIRATION DATE | ☐ AUTO RENEWAL | OR | ☐ EXPIRATION DATE: |
| PRINCIPAL AMOUNT | | AS OF: | |
| STD FORMAT | ☐ Yes ☐ No  If No, explain non std (provisions) | | |
| COMMENTS: | | | |

☐ **LETTERS OF CREDIT**

| ENCLOSED CARS SCREEN | ☐ Yes ☐ No | | |
|---|---|---|---|
| ISSUING BANK NAME | | | |
| BANK FDC RATING | | | |
| EXPIRATION DATE | ☐ AUTO RENEWAL | OR | ☐ EXPIRATION DATE: |
| MATURITY DATE: | | DRAW REQUIREMENTS: | |
| COPY OF L/C IN PR FILE | ☐ Yes ☐ No | | |
| AMOUNT | | | |
| COMMENTS: | | | |

☐ **GUARANTEES**

| | LIMITED | UNLIMITED |
|---|---|---|
| ☐ PERSONAL (Guarantee Name) | ☐ | ☐ |
| ☐ CORPORATE (Guarantee Name) | ☐ | ☐ |
| ☐ BANK INDEMNIFICATION | ☐ | ☐ |
| COPY OF GUARANTY FORM(S) IN PR FILE | ☐ Yes ☐ No | |
| CARS COMMENT SCREEN NOTES GUARANTEE | ☐ Yes ☐ No | |
| COMMENTS: | | |

☐ **INVESTMENT ACCOUNTS**

| ENCLOSED ACCOUNT SUMMARY SCREEN | ☐ Yes ☐ No |
|---|---|
| BANK NAME | |
| NVESTMENT RESTRICTIONS ADHERED TO | ☐ Yes ☐ No |
| NVESTMENT ACCOUNT ADJUSTMENT FORM ATTACHED | ☐ Yes ☐ No |
| AMOUNT | |

☐ **MISCELLANEOUS COLLATERAL**

| COPY OF RECENT APPRAISAL ATTACHED | ☐ Yes ☐ No |
|---|---|
| AMOUNT | |

| IF NO TO ANY OF THE ABOVE, EXPLAIN: | |
|---|---|
| ANALYST SIGNATURE: STAMP: | DATE: |

Confidential

**Legal name** RAGING BULL.COM     **DBA**  WWW.JASONBONDPICKS.COM

| Month | Sales | Current Exposure |
|---|---|---|
| Jun 18 | $2,134,245 | $4,274,143 |
| May 18 | $3,020,146 | $4,471,461 |
| Apr 18 | $1,977,161 | $3,851,596 |
| Mar 18 | $2,636,547 | $3,910,756 |
| Feb 18 | $1,720,363 | $3,367,365 |
| Jan 18 | $2,289,569 | $5,566,875 |
| Dec 17 | $4,718,050 | $5,772,790 |
| Nov 17 | $1,380,863 | $2,189,803 |
| Oct 17 | $1,100,064 | $3,033,504 |
| Sep 17 | $2,798,890 | $3,404,928 |
| Aug 17 | $793,439 | $1,355,055 |
| Jul 17 | $779,529 | $1,697,699 |
| Jun 17 | $1,312,849 | $2,024,233 |

| | Date: | | July | 2018 |
|---|---|---|---|---|
| | Location (City/State) | | ARLINGTON, TX | |
| | Website: | | http://www.jasonbondpicks.com | |
| | Alliance Name: | | Banc of America Merchant Services | |
| | Marker Name: | | BAMS   890 | |
| | Clearing Name: | | 098   Bank of America | |

| | Annualized Total | Average Ticket |
|---|---|---|
| Total | $25,348,866 | $706 |
| Annualized: Refund Ratio | Chargeback Ratio | |
| | 1.66% | 3.63% |

| | | |
|---|---|---|
| Live Since: | Feb 2014 | Credit Rating: | D+ |
| Co. Start Date: | Feb 2013 | Industry Rating | III |
| | S&P | Moodys | Trend: | Stable |
| Agency Rating: | | | Purpose: | Interim |
| Ticker: | | | Review Cycle: | Q |
| Price: | | | Annual Review: | Jul |
| Range: | | | |

| | % | Days |
|---|---|---|
| NDX Assumptions: | 100 | 50 |

| Exposure: | NDX | Operating Risk | Discount Risk | Collateral | Net Risk |
|---|---|---|---|---|---|
| Current | $4,147,676 | $83,782 | $42,685 | $500,000 | $3,774,143 |
| Peak | $5,638,625 | $48,663 | $42,685 | $500,000 | $5,229,974 |
| Other or Most Likely Risk: | $0 | | CA Amount: | $6,600,000 | |

| Financial Highlights: (Date) | 6/30/2018 (6M) | 12/31/2017 (12M) | 7/11/2017 (6M) | 12/31/2016 (12M) |
|---|---|---|---|---|
| Thousands          Sales: | $14,447 | $15,968 | $5,606 | $6,459 |
| EBITDA: | $6,928 | $7,856 | $3,187 | $3,829 |
| EBITDA/Int.: | 1,385.60 | 392.80 | 289.73 | N/A |
| Net Income: | $6,923 | $7,836 | $3,176 | $3,829 |
| Unrestricted Cash & Equiv: | $1,488 | $85 | $1,011 | $574 |
| Deferred Rev: | $0 | $0 | $0 | $0 |
| TNW: | $2,379 | $740 | $1,304 | $861 |
| Debt/TNW: | 0.29 | 1.06 | 0.60 | 1.04 |
| Current Ratio: | 20.81 | 0.40 | 0.00 | 53.18 |

**Merchant Background/Ownership:**

•Jason Bond is an individual who has made a fortune on Wallstreet with his investment picks operates website www.JasonBondPicks that you can become a member and receive trade and stock tips. There is a quarterly or annual subscription.

•On 2012, Jasonbondpicks operates under the legal entity and BAMS merchant on record under Lighthouse Media, who's principal owners are Alan Marshall and Jeff Bishop.

•In Depth KYC: • Prior to Feb 2014 the company was owned by Patriot Publishing. In Feb 2014 a new entity was formed Lighthouse Media, where current owing is broken down as follows and confirmed by Jeff Bishop: 25% Jason Bond, 25% MFA holding ( Allan Marshall company) and 50% Sherwood Ventures, with Jeff Bishop as 90% owner in Sherwood Ventures but there is an agreement in place that he is 100% owner in the 50% ownership in Lighthouse Media now called Raging Bull. There other 10% has no ownership in Lighthouse Media. Jason Bond did not sign contract as Jeff is majority owner but all owners are the signors on the bank accounts etc.

**Processing Results, Trends, Risk Dynamics, Collateral Description, URL Review, PCI level & status:**

•PR add in April 2014 by a CI referral as a Red folder. D+ rating and S cycle. Account initially declined, was re-evaluated as the company's owners have significant ML relationships, where a collateral for $150K was determined at boarding plus a signed PG of partial owner, Jeff Bishop.

•Sign to process an annual volume of $2.8M with an AT of $300 and risk assumptions set at 100%/50 days based on a blend of quarterly and annual memberships.

•Merchant YTD processing grew to $21.3M with an AT of $693, and activity history shows an acceptable credit ratio of 1.89%, however, a CB issue with ratio of over 3.35%. Monthly CB levels decreased from over 7% in October to about 1.64% in December, however shot up again to 5.1% in March 2018.

• Merchant settles on monthly discount and is not found on the March 2018 PCI distribution list.

• The website provides information on the company, contact info and how to become a member. Upon google there was no negative information found.

**Bank/Trade/Agency Comments:**

BOA debit DDA since Feb 2014 with a current balance of  $808K and average of $1.3MK on 4/25/18.

Under the Merrill Lynch, banker provided verbally under the personal accounts of both owners: Jeff Bishop has close to $3M in investments and under Alan Marsh is over $7M in total investments.

Revised:  09/30/09

**Attachment JJJJ**

10417905-FISV-001693

**PX 27, 2795**

Financial Commentary:

Internally prepared FYE 12/31/17 financial statements provided for review. IS- Revenue for the Q1 interim period totaled $7.4M.
- Operating expenses totaled $3.4M and helped contribute to a net income of $4.1M. - EBITDA was similar at $4.1M and covered interest expense of $3K handily.
BS- Cash balance at the end of the year was reported as a negative of $1.9M. No deferred revenue reported. - Only LT Liability is "LM Purchase of ISM" for $645K.-
Liquidity was sound with $1.8M in WC and a current ratio of 49:1.- TNW was positive at $2.8M. Revenue for the six months interim period totaled $14.4M. Net
income was healthy at $6.9M. EBITDA easily covered $5K in interest expense. The balance sheet is healthy with satisfactory liquidity, leverage and TNW.

---

Recent Events/Noteworthy Items/Actions taken:

- Analyst has been working closely with merchant and BC towards reducing chargebacks. We have separated each entity into its own MID in an attempt to reduce
cardholder confusion/chargebacks. After 3 consecutive months (Oct-Dec 2-17) of a positive trend in chargeback reduction, January levels increased again. March
experienced a CB ratio of 5.07% with $134K in chargebacks. Merchant states they have taken steps to tighten security and have consulted with Chargebacks911, a
remediation and loss recovery company. 6/14/18 JV comments: We feel we need to hold off on reserve considering the productive call with the merchant on 5/23/18
which confirmed merchant's cooperation and commitment to reduce c/b.  Expectations are for c/b to reduce to a more manageable level within 3-4 months following
their hiring of a fraud prevention team, along with internal adjustments to policy and procedures with the merchant's customer support team.

---

Action/Strategy/Recommendation:

•There are no concerns with Raging Bulls financial profile.
•Analyst has been working closely with merchant and BC towards reducing chargebacks. We have separated each entity into its own MID in an attempt to reduce
cardholder confusion/chargebacks. After 3 consecutive months (Oct-Dec 2-17) of a positive trend in chargeback reduction, January levels increased again. March
experienced a CB ratio of 5.07% with $134K in chargebacks. Merchant states they have taken steps to tighten security and have consulted with Chargebacks911, a
remediation and loss recovery company.
•6/14/18 JV comments: We feel we need to hold off on reserve considering the productive call with the merchant on 5/23/18 which confirmed merchant's
cooperation and commitment to reduce c/b.  Expectations are for c/b to reduce to a more manageable level within 3-4 months following their hiring of a fraud
prevention team, along with internal adjustments to policy and procedures with the merchant's customer support team.
•At this point, hold off on increasing the reserve. Let's maintain as is and set up a conference call to review their progress or lack of.

Analyst Name:   Tyler Glass

Revised:  09/30/09

**Attachment JJJJ**

10417905-FISV-001694

**PX 27, 2796**

**FOR ALL COLLATERAL REGARDLESS OF TYPE**                        **COLLATERAL REQUIRED:** ☐ Yes ☑ No

| MERCHANT LEGAL NAME | RAGING BULL.COM |
|---|---|
| MERCHANT # | ▮▮▮▮▮▮ |

☐ **5MM AND OVER CASH COLLATERAL**

| BANK STATEMENT ATTACHED | ☐ Yes ☐ No |
|---|---|
| BANK NAME | |
| NAME OF ACCOUNT | |
| AMOUNT | |

☐ **CD's, SAVINGS AND MONEY MARKET ACCOUNTS**

| BANK NAME | | |
|---|---|---|
| COPY OF FULLY EXECUTED ACKNOWLEDGEMENT FORM IN PR FILE | | ☐ Yes ☐ No |
| COPY OF SCREENSHOT PAGE WITH ACCOUNT NUMBER, DEPOSITOR, AMOUNT, SIGNATURE AND STAMP OF BANK OFFICER IN PR FILE | | ☐ Yes ☐ No |
| ENCLOSED CARS SCREEN | | ☐ Yes ☐ No |
| EXPIRATION DATE | ☐ AUTO RENEWAL    **OR** | ☐ EXPIRATION DATE: |
| PRINCIPAL AMOUNT | | AS OF: |
| STD FORMAT | ☐ Yes ☐ No  If No, explain non std (provisions) | |
| COMMENTS: | | |

☐ **LETTERS OF CREDIT**

| ENCLOSED CARS SCREEN | ☐ Yes ☐ No | |
|---|---|---|
| ISSUING BANK NAME | | |
| BANK FDC RATING | | |
| EXPIRATION DATE | ☐ AUTO RENEWAL    **OR** | ☐ EXPIRATION DATE: |
| MATURITY DATE: | | DRAW REQUIREMENTS: |
| COPY OF L/C IN PR FILE | ☐ Yes ☐ No | |
| AMOUNT | | |
| COMMENTS: | | |

☐ **GUARANTEES**

| | LIMITED | UNLIMITED |
|---|---|---|
| ☐  PERSONAL (Guarantee Name) | ☐ | ☐ |
| ☐  CORPORATE (Guarantee Name) | ☐ | ☐ |
| ☐  BANK INDEMNIFICATION | ☐ | ☐ |
| COPY OF GUARANTY FORM(S) IN PR FILE | ☐ Yes ☐ No | |
| CARS COMMENT SCREEN NOTES GUARANTEE | ☐ Yes ☐ No | |
| COMMENTS: | | |

☐ **INVESTMENT ACCOUNTS**

| ENCLOSED ACCOUNT SUMMARY SCREEN | ☐ Yes ☐ No |
|---|---|
| BANK NAME | |
| INVESTMENT RESTRICTIONS ADHERED TO | ☐ Yes ☐ No |
| NVESTMENT ACCOUNT ADJUSTMENT FORM ATTACHED | ☐ Yes ☐ No |
| MOUNT | |

☐ **MISCELLANEOUS COLLATERAL**

| COPY OF RECENT APPRAISAL ATTACHED | ☐ Yes ☐ No |
|---|---|
| AMOUNT | |

| IF NO TO ANY OF THE ABOVE, EXPLAIN: | |
|---|---|
| ANALYST SIGNATURE: | DATE: |
| STAMP: | |

**Attachment JJJJ**

10417905-FISV-001695

**PX 27, 2797**

| Legal name | RAGING BULL.COM | | DBA | WWW.JASONBONDPICKS.COM |
|---|---|---|---|---|

| Month | Sales | Current Exposure |
|---|---|---|
| Sep 18 | $2,159,970 | $3,809,400 |
| Aug 18 | $2,293,669 | $3,665,328 |
| Jul 18 | $1,877,316 | $3,422,082 |
| Jun 18 | $2,134,245 | $4,274,143 |
| May 18 | $3,020,146 | $4,471,461 |
| Apr 18 | $1,977,161 | $3,851,596 |
| Mar 18 | $2,636,547 | $3,910,756 |
| Feb 18 | $1,720,363 | $3,367,365 |
| Jan 18 | $2,289,569 | $5,566,875 |
| Dec 17 | $4,718,050 | $5,772,790 |
| Nov 17 | $1,380,863 | $2,189,803 |
| Oct 17 | $1,100,064 | $3,033,504 |
| Sep 17 | $2,798,890 | $3,404,928 |

| | Annualized Total | Average Ticket |
|---|---|---|
| Total | $27,307,963 | $719 |
| | Annualized: Refund Ratio | Chargeback Ratio |
| | 1.76% | 3.94% |

| Date: | **October** | **2018** |
|---|---|---|
| Location (City/State): | ARLINGTON, TX | |
| Website: | http://www.jasonbondpicks.com | |
| Alliance Name: | Banc of America Merchant Services | |
| Marker Name: | BAMS  890 | |
| Clearing Name: | 098   Bank of America | |

| Live Since: | Feb 2014 | Credit Rating: | D+ |
|---|---|---|---|
| Co. Start Date: | Feb 2013 | Industry Rating | III |
| | **S&P** | **Moodys** | Trend: | Stable |
| Agency Rating: | | | Purpose: | Interim |
| Ticker: | | | Review Cycle: | Q |
| Price: | | | Annual Review: | Jul |
| Range: | | | | |

| | | % | Days |
|---|---|---|---|
| NDX Assumptions: | | 100 | 50 |

| Exposure: | NDX | Operating Risk | Discount Risk | Collateral | Net Risk |
|---|---|---|---|---|---|
| Current | $3,689,083 | $77,118 | $43,199 | $500,000 | $3,309,400 |
| Peak | $5,638,625 | $51,878 | $43,199 | $500,000 | $5,233,703 |

| Other or Most Likely Risk: | $0 | CA Amount: | $6,600,000 |
|---|---|---|---|

| Financial Highlights: (Date) | 9/30/2018 (9M) | 12/31/2017 (12M) | 9/30/2017 (9M) | 12/31/2016 (12M) |
|---|---|---|---|---|
| Thousands                   Sales: | $18,486 | $15,968 | $9,910 | $6,459 |
| EBITDA: | $7,967 | $7,856 | $5,836 | $3,829 |
| EBITDA/Int.: | 885.22 | 392.80 | 389.07 | N/A |
| Net Income: | $7,958 | $7,836 | $5,821 | $3,829 |
| Unrestricted Cash & Equiv: | $914 | $85 | $2,430 | $574 |
| Deferred Rev: | $0 | $0 | $0 | $0 |
| TNW: | $1,811 | $740 | $3,359 | $861 |
| Debt/TNW: | 0.38 | 1.06 | 0.22 | 1.04 |
| Current Ratio: | 7.00 | 0.40 | 195.54 | 53.18 |

**Merchant Background/Ownership:**

•Jason Bond is an individual who has made a fortune on Wallstreet with his investment picks operates website www.JasonBondPicks that you can become a quarterly and receive trade and stock tips. There is a quarterly or annual subscription.

•On 2012, Jasonbondpicks operates under the legal entity and BAMS merchant on record under Lighthouse Media, who's principal owners are Alan Marshall and Jeff Bishop.

•In Depth KYC: • Prior to Feb 2014 the company was owned by Patriot Publishing. In Feb 2014 a new entity was formed Lighthouse Media, where current owing is broken down as follows and confirmed by Jeff Bishop: 25% Jason Bond, 25% MFA holding ( Allan Marshall company) and 50% Sherwood Ventures, with Jeff Bishop as 90% owner in Sherwood Ventures but there is an agreement in place that he is 100% owner in the 50% ownership in Lighthouse Media now called Raging Bull. There other 10% has no ownership in Lighthouse Media. Jason Bond did not sign contract as Jeff is majority owner but all owners are the signors on the bank accounts etc.

**Processing Results, Trends, Risk Dynamics, Collateral Description, URL Review, PCI level & status:**

•PR add in April 2014 by a CI referral as a Red folder. D+ rating and S cycle. Account initially declined, was re evaluated as the company's owners have significant ML relationships, where a collateral for $150K was determined at boarding plus a signed PG of partial owner, Jeff Bishop.

•Signd to process an annual volume of $2.8M with an AT of $300 and risk assumptions set at 100%/50 days based on a blend of quarterly and annual memberships.

•Merchant YTD processing grew to $27.3M with an AT of $719, and activity history shows an acceptable credit ratio of 1.76%, however, a CB issue with ratio of over 3.94%.

• Merchant settles on monthly discount and is not found on the August 2018 PCI distribution list.

• The website provides information on the company, contact info and how to become a member. Upon google there was no negative information found.

**Bank/Trade/Agency Comments:**

 BOA debit DDA since Feb 2014 with a current balance of  $1.3M and average of $643K on 10/30/18.

 Under the Merrill Lynch, banker provided verbally under the personal accounts of both owners: Jeff Bishop has close to $3M in investments and under Alan Marshall is over $7M in total investments.

Revised:  09/30/09

**Attachment JJJJ**

10417905-FISV-001696

**PX 27, 2798**

Financial Commentary:

Internally prepared 9 month 9/30/18 financial statements provided.

  Merchant reveals a very stable operation with revenue of $18.5M and a net profit of $8M. EBITDA covered the minor $9K interest expense handily.

  Cash balance at the end of the period was $914K with no deferred revenue. Cash was enough to cover all liabilities. LT Debt (internal) of $557K with no current portion reported. Liquidity was sound and TNE was positive but not wholly supportive at $1.8M.

Recent Events/Noteworthy Items/Actions taken:

  Analyst has been working closely with the merchant to reduce chargebacks. Merchant has remained dedicated to improving. They have brought in a 3rd party fraud prevention team, Verifi. There has been some minor improvement, though we still need to do better.

Action/Strategy/Recommendation:

Jason Bond is an individual who has made a fortune on Wallstreet with his investment picks operates website www.JasonBondPicks that you can become a member and receive trade and stock tips. There is a quarterly or annual subscription.

  Merchant YTD processing grew to $27.3M with an AT of $719, and activity history shows an acceptable credit ratio of 1.76%, however, a CB issue with ratio of over 3.94%. $500K LOC as collateral.

  BOA debit DDA since Feb 2014 with a current balance of  $1.3M and average of $643K on 10/30/18.

  Merchant reveals a very stable operation with revenue of $18.5M and a net profit of $8M. EBITDA covered the minor $9K interest expense handily.

  Cash balance at the end of the period was $914K with no deferred revenue. Cash was enough to cover all liabilities. LT Debt (internal) of $557K with no current portion reported. Liquidity was sound and TNE was positive but not wholly supportive at $1.8M.

Recommend to maintain rating and cycle. Continue working with merchant to reduce chargeback levels.

Analyst Name:   Tyler Glass

Revised:  09/30/09

**Attachment JJJJ**

**PX 27, 2799**

**FOR ALL COLLATERAL REGARDLESS OF TYPE**                    **COLLATERAL REQUIRED:** ☐ Yes ☐✓ No

| MERCHANT LEGAL NAME | RAGING BULL.COM |
|---|---|
| MERCHANT # | ▮▮▮▮▮ |

☐ **5MM AND OVER CASH COLLATERAL**

| BANK STATEMENT ATTACHED | ☐ Yes ☐ No |
|---|---|
| ANK NAME | |
| NAME OF ACCOUNT | |
| AMOUNT | |

☐ **CD's, SAVINGS AND MONEY MARKET ACCOUNTS**

| BANK NAME | |
|---|---|
| COPY OF FULLY EXECUTED ACKNOWLEDGEMENT FORM IN PR FILE | ☐ Yes ☐ No |
| COPY OF SCREENSHOT PAGE WITH ACCOUNT NUMBER, DEPOSITOR, AMOUNT, SIGNATURE AND STAMP OF BANK OFFICER IN PR FILE | ☐ Yes ☐ No |
| ENCLOSED CARS SCREEN | ☐ Yes ☐ No |
| EXPIRATION DATE | ☐ AUTO RENEWAL | **OR** | ☐ EXPIRATION DATE: |
| PRINCIPAL AMOUNT | AS OF: |
| STD FORMAT ☐ Yes ☐ No  If No, explain non std (provisions) |
| COMMENTS: |

☐ **LETTERS OF CREDIT**

| ENCLOSED CARS SCREEN | ☐ Yes ☐ No |
|---|---|
| ISSUING BANK NAME | |
| BANK FDC RATING | |
| EXPIRATION DATE | ☐ AUTO RENEWAL | **OR** | ☐ EXPIRATION DATE: |
| MATURITY DATE: | | DRAW REQUIREMENTS: | |
| COPY OF L/C IN PR FILE | ☐ Yes ☐ No |
| AMOUNT | |
| COMMENTS: | |

☐ **GUARANTEES**

| | LIMITED | UNLIMITED |
|---|---|---|
| ☐ PERSONAL (Guarantee Name) | ☐ | ☐ |
| ☐ CORPORATE (Guarantee Name) | ☐ | ☐ |
| ☐ BANK INDEMNIFICATION | ☐ | ☐ |
| COPY OF GUARANTY FORM(S) IN PR FILE | ☐ Yes ☐ No | |
| CARS COMMENT SCREEN NOTES GUARANTEE | ☐ Yes ☐ No | |
| COMMENTS: | | |

☐ **INVESTMENT ACCOUNTS**

| ENCLOSED ACCOUNT SUMMARY SCREEN | ☐ Yes ☐ No |
|---|---|
| BANK NAME | |
| NVESTMENT RESTRICTIONS ADHERED TO | ☐ Yes ☐ No |
| NVESTMENT ACCOUNT ADJUSTMENT FORM ATTACHED | ☐ Yes ☐ No |
| AMOUNT | |

☐ **MISCELLANEOUS COLLATERAL**

| COPY OF RECENT APPRAISAL ATTACHED | ☐ Yes ☐ No |
|---|---|
| AMOUNT | |

| IF NO TO ANY OF THE ABOVE, EXPLAIN: | |
|---|---|
| ANALYST SIGNATURE: STAMP: | DATE: |

10417905-FISV-001698

**Attachment JJJJ**

**PX 27, 2800**

| Legal name | RAGING BULL.COM | | **DBA** | WWW.JASONBONDPICKS.COM |
|---|---|---|---|---|

| Month | Sales | Current Exposure |
|---|---|---|
| Dec 18 | $7,215,296 | $9,950,319 |
| Nov 18 | $3,718,412 | $5,923,803 |
| Oct 18 | $3,172,581 | $4,751,907 |
| Sep 18 | $2,159,970 | $3,809,400 |
| Aug 18 | $2,293,669 | $3,665,328 |
| Jul 18 | $1,877,316 | $3,422,082 |
| Jun 18 | $2,134,245 | $4,274,143 |
| May 18 | $3,020,146 | $4,471,461 |
| Apr 18 | $1,977,161 | $3,851,596 |
| Mar 18 | $2,636,547 | $3,910,756 |
| Feb 18 | $1,720,363 | $3,367,365 |
| Jan 18 | $2,289,569 | $5,566,875 |
| Dec 17 | $4,718,050 | $5,772,790 |

| | Annualized Total | Average Ticket |
|---|---|---|
| Total | $34,215,275 | $735 |
| **Annualized:** Refund Ratio | Chargeback Ratio | |
| | 2.23% | 3.56% |

| Date: | **January** | **2019** |
|---|---|---|
| Location (City/State) | ARLINGTON, TX | |
| Website: | http://www.jasonbondpicks.com | |
| Alliance Name: | Banc of America Merchant Services | |
| Marker Name: | BAMS  890 | |
| Clearing Name: | 098   Bank of America | |

| Live Since: | Feb 2014 | Credit Rating: | D+ |
|---|---|---|---|
| Co. Start Date: | Feb 2013 | Industry Rating | III |
| | **S&P** | **Moodys** | Trend: | Stable |
| Agency Rating: | | | Purpose: | Interim |
| Ticker: | | | Review Cycle: | Q |
| Price: | | | Annual Review: | Jul |
| Range: | | | | |

| | | % | Days |
|---|---|---|---|
| | NDX Assumptions: | 100 | 50 |

| Exposure: | NDX | Operating Risk | Discount Risk | Collateral | Net Risk |
|---|---|---|---|---|---|
| Current | $9,694,237 | $111,776 | $144,306 | $501,096 | $9,449,223 |
| Peak | $9,694,237 | $111,776 | $144,306 | $501,096 | $9,449,223 |
| Other or Most Likely Risk: | $0 | | CA Amount: | $6,614,468 | |

| Financial Highlights: (Date) | 12/31/2018 (12M) | 12/31/2017 (12M) | 12/31/2016 (12M) | 12/31/2015 (12M) |
|---|---|---|---|---|
| Thousands          Sales: | $33,612 | $15,968 | $6,459 | $3,170 |
| EBITDA: | $12,729 | $7,856 | $3,829 | $2,293 |
| EBITDA/Int.: | 848.60 | 392.80 | N/A | N/A |
| Net Income: | $12,714 | $7,836 | $3,829 | $2,293 |
| Unrestricted Cash & Equiv: | $3,255 | $85 | $574 | $105 |
| Deferred Rev: | $0 | $0 | $0 | $0 |
| TNW: | $4,342 | $740 | $861 | $257 |
| Debt/TNW: | 0.13 | 1.06 | 1.04 | 0.13 |
| Current Ratio: | 37.31 | 0.40 | 53.18 | 3.38 |

**Merchant Background/Ownership:**

•Jason Bond is an individual who has made a fortune on Wallstreet with his investment picks operates website www.JasonBondPicks that you can become a member and receive trade and stock tips. There is a quarterly or annual subscription.

•On 2012, Jasonbondpicks operates under the legal entity and BAMS merchant on record under Lighthouse Media, who's principal owners are Alan Marshall and Jeff Bishop.

•In Depth KYC: • Prior to Feb 2014 the company was owned by Patriot Publishing. In Feb 2014 a new entity was formed Lighthouse Media, where current owing is broken down as follows and confirmed by Jeff Bishop: 25% Jason Bond, 25% MFA holding ( Allan Marshall company) and 50% Sherwood Ventures, with Jeff Bishop as 90% owner in Sherwood Ventures but there is an agreement in place that he is 100% owner in the 50% ownership in Lighthouse Media now called Raging Bull. There other 10% has no ownership in Lighthouse Media. Jason Bond did not sign contract as Jeff is majority owner but all owners are the signors on the bank accounts etc.

**Processing Results, Trends, Risk Dynamics, Collateral Description, URL Review, PCI level & status:**

•PR add in April 2014 by a CI referral as a Red folder. D+ rating and S cycle. Account initially declined, was re-evalulated as the company's owners have significant ML relationships, where a collateral for $150K was determined at boarding plus a signed PG of partial owner, Jeff Bishop.

•Sign to process an annual volume of $2.8M with an AT of $300 and risk assumptions set at 100%/50 days based on a blend of quarterly and annual memberships.

•Merchant YTD processing grew to $34M with an AT of $735, and activity history shows an acceptable credit ratio of 2.23%. However, a CB issue with ratio of over 3.56%.

• Merchant settles on monthly discount and is not found on the January 2019 PCI distribution list.

• The website provides information on the company, contact info and how to become a member. Upon google there was no negative information found.

**Bank/Trade/Agency Comments:**

- BOA debit DDA since Feb 2014 with a current balance of  $31K and average of $1.9M, on 1/30/19.

- Merrill Lynch banker provided verbally under the personal accounts of both owners: Jeff Bishop has close to $3M in investments and under Alan Marshall is over $7M in total investments.

Revised:  09/30/09

**Attachment JJJJ**

10417905-FISV-001699

**PX 27, 2801**

Financial Commentary:

Internally prepared FYE 2018 financials provided.

- Merchant reveals a very stable operation with revenue of $33.6M and a net profit of $12.7M. EBITDA covered the minor $15K interest expense handily.

- Cash balance at the end of the period was $3.3M with no deferred revenue. Cash was enough to cover all liabilities. LT Debt (internal) of $468K with no current portion reported. Liquidity was sound and TNW was positive but not wholly supportive at $4.3M.

Recent Events/Noteworthy Items/Actions taken:

- Analyst has been working closely with the merchant to reduce chargebacks. Merchant has remained dedicated to improving. They have brought in a 3rd party fraud prevention team, Verifi. There has been some minor improvement, though we still need to do better. As of 1/2019, chargebacks jumped to 7% for the month due to a huge spike in December sales and an influx of Discover chargebacks following the disentitlement. We had a call with the merchant who sympathized with our concerns. They explained some methods they will start using to try to reduce chargebacks. That they have begun sending customers Renewal Reminders, they are making it easier for their customers to cancel their account, automatically submitting and Discover refunds that come back, trying to increase their BBB rating, and working on making their billing descriptors as specific as possible with a CS phone number.

Action/Strategy/Recommendation:

Jason Bond is an individual who has made a fortune on Wallstreet with his investment picks operates website www.JasonBondPicks that you can become a member and receive trade and stock tips. There is a quarterly or annual subscription.

- Merchant YTD processing grew to $34M with an AT of $735, and activity history shows an acceptable credit ratio of 2.23%. However, a CB issue with ratio of over 3.56%. $500K LOC as collateral.

- BOA debit DDA since Feb 2014 with a current balance of  $31K and average of $1.9M, on 1/30/19.

- FYE 2018 financials are supportive, as evidenced within review.

- As of 1/2019, chargebacks jumped to 7% for the month due to a huge spike in December sales and an influx of Discover chargebacks following the disentitlement. We had a call with the merchant who sympathized with our concerns. They explained some methods they will start using to try to reduce chargebacks. That they have begun sending customers Renewal Reminders, they are making it easier for their customers to cancel their account, automatically submitting and Discover refunds that come back, trying to increase their BBB rating, and working on making their billing descriptors as specific as possible with a CS phone number.

Recommend to maintain rating and cycle. Continue working with merchant to reduce chargeback levels.

Analyst Name:   Tyler Glass

Revised:  09/30/09

| FOR ALL COLLATERAL REGARDLESS OF TYPE | COLLATERAL REQUIRED: ☐ Yes ☑ No |
|---|---|

| MERCHANT LEGAL NAME | RAGING BULL.COM |
|---|---|
| MERCHANT # | ▮▮▮▮▮▮▮ |

☐ **5MM AND OVER CASH COLLATERAL**

| BANK STATEMENT ATTACHED | ☐ Yes ☐ No |
|---|---|
| ANK NAME | |
| AME OF ACCOUNT | |
| MOUNT | |

☐ **CD's, SAVINGS AND MONEY MARKET ACCOUNTS**

| BANK NAME | | | |
|---|---|---|---|
| COPY OF FULLY EXECUTED ACKNOWLEDGEMENT FORM IN PR FILE | | ☐ Yes ☐ No | |
| COPY OF SCREENSHOT PAGE WITH ACCOUNT NUMBER, DEPOSITOR, AMOUNT, SIGNATURE AND STAMP OF BANK OFFICER IN PR FILE | | ☐ Yes ☐ No | |
| ENCLOSED CARS SCREEN | | ☐ Yes ☐ No | |
| EXPIRATION DATE | ☐ AUTO RENEWAL | OR | ☐ EXPIRATION DATE: |
| PRINCIPAL AMOUNT | | AS OF: | |
| STD FORMAT | ☐ Yes ☐ No  If No, explain non-std (provisions) | | |
| COMMENTS: | | | |

☐ **LETTERS OF CREDIT**

| ENCLOSED CARS SCREEN | ☐ Yes ☐ No | | |
|---|---|---|---|
| ISSUING BANK NAME | | | |
| BANK FDC RATING | | | |
| EXPIRATION DATE | ☐ AUTO RENEWAL | OR | ☐ EXPIRATION DATE: |
| MATURITY DATE: | | DRAW REQUIREMENTS: | |
| COPY OF L/C IN PR FILE | ☐ Yes ☐ No | | |
| AMOUNT | | | |
| COMMENTS: | | | |

☐ **GUARANTEES**

| | LIMITED | UNLIMITED |
|---|---|---|
| ☐ PERSONAL (Guarantee Name) | | |
| CORPORATE (Guarantee Name) | | |
| BANK INDEMNIFICATION | | |
| COPY OF GUARANTY FORM(S) IN PR FILE | ☐ Yes ☐ No | |
| CARS COMMENT SCREEN NOTES GUARANTEE | ☐ Yes ☐ No | |
| COMMENTS: | | |

☐ **INVESTMENT ACCOUNTS**

| ENCLOSED ACCOUNT SUMMARY SCREEN | ☐ Yes ☐ No |
|---|---|
| BANK NAME | |
| INVESTMENT RESTRICTIONS ADHERED TO | ☐ Yes ☐ No |
| INVESTMENT ACCOUNT ADJUSTMENT FORM ATTACHED | ☐ Yes ☐ No |
| AMOUNT | |

☐ **MISCELLANEOUS COLLATERAL**

| COPY OF RECENT APPRAISAL ATTACHED | ☐ Yes ☐ No |
|---|---|
| AMOUNT | |

| IF NO TO ANY OF THE ABOVE, EXPLAIN: | |
|---|---|
| ANALYST SIGNATURE: STAMP: | DATE: |

Confidential

**Attachment JJJJ**

| Legal name | RAGING BULL.COM | | DBA | WWW.JASONBONDPICKS.COM | |
|---|---|---|---|---|---|

| Month | Sales | Current Exposure |
|---|---|---|
| Mar 19 | $2,798,146 | $4,864,244 |
| Feb 19 | $2,791,951 | $5,392,753 |
| Jan 19 | $3,618,794 | $8,622,152 |
| Dec 18 | $7,215,296 | $9,806,016 |
| Nov 18 | $3,718,412 | $5,923,803 |
| Oct 18 | $3,172,581 | $4,751,907 |
| Sep 18 | $2,159,970 | $3,809,400 |
| Aug 18 | $2,293,669 | $3,665,328 |
| Jul 18 | $1,877,316 | $3,422,082 |
| Jun 18 | $2,134,245 | $4,274,143 |
| May 18 | $3,020,146 | $4,471,461 |
| Apr 18 | $1,977,161 | $3,851,596 |
| Mar 18 | $2,636,547 | $3,910,756 |

| | Annualized Total | Average Ticket |
|---|---|---|
| Total | $36,777,687 | $728 |
| Annualized: Refund Ratio | Chargeback Ratio | |
| | 2.62% | 4.06% |

| Date: | April | 2019 |
|---|---|---|
| Location (City/State): | ARLINGTON, TX | |
| Website: | http://www.jasonbondpicks.com | |
| Alliance Name: | Banc of America Merchant Services | |
| Marker Name: | BAMS  890 | |
| Clearing Name: | 098   Bank of America | |

| Live Since: | Feb 2014 | Credit Rating: | D+ |
|---|---|---|---|
| Co. Start Date: | Feb 2013 | Industry Rating | III |
| | S&P | Moodys | Trend: | Stable |
| Agency Rating: | | | Purpose: | Interim |
| Ticker: | | Review Cycle: | Q |
| Price: | | Annual Review: | Jul |
| Range: | | | |

| | % | Days |
|---|---|---|
| NDX Assumptions: | 100 | 50 |

| Exposure: | NDX | Operating Risk | Discount Risk | Collateral | Net Risk |
|---|---|---|---|---|---|
| Current | $4,659,447 | $148,834 | $55,963 | $501,096 | $4,363,148 |
| Peak | $9,694,237 | $128,489 | $55,963 | $501,096 | $9,377,593 |

| Other or Most Likely Risk: | $0 | CA Amount: | $11,750,000 |
|---|---|---|---|

| Financial Highlights: (Date) | 3/31/2019 (3M) | 12/31/2018 (12M) | 3/31/2018 (3M) | 12/31/2017 (12M) |
|---|---|---|---|---|
| Thousands              Sales: | $10,459 | $33,612 | $7,414 | $15,968 |
| EBITDA: | $2,175 | $12,729 | $4,055 | $7,856 |
| EBITDA/Int.: | 725.00 | 848.60 | 1,351.67 | 392.80 |
| Net Income: | $2,172 | $12,714 | $4,052 | $7,836 |
| Unrestricted Cash & Equiv: | $1,642 | $3,255 | $1,855 | $85 |
| Deferred Rev: | $0 | $0 | $0 | $0 |
| TNW: | $2,932 | $4,342 | $2,751 | $740 |
| Debt/TNW: | 0.19 | 0.13 | 0.25 | 1.06 |
| Current Ratio: | 12.09 | 37.31 | 49.24 | 0.40 |

**Merchant Background/Ownership:**

•Jason Bond is an individual who has made a fortune on Wallstreet with his investment picks operates website www.JasonBondPicks that you can become a member and receive trade and stock tips. There is a quarterly or annual subscription.
•On 2012, Jasonbondpicks operates under the legal entity and BAMS merchant on record under Lighthouse Media, who's principal owners are Alan Marshall and Jeff Bishop.
•In Depth KYC: • Prior to Feb 2014 the company was owned by Patriot Publishing. In Feb 2014 a new entity was formed Lighthouse Media, where current owing is broken down as follows and confirmed by Jeff Bishop: 25% Jason Bond, 25% MFA holding ( Allan Marshall company) and 50% Sherwood Ventures, with Jeff Bishop as 90% owner in Sherwood Ventures but there is an agreement in place that he is 100% owner in the 50% ownership in Lighthouse Media now called Raging Bull. There other 10% has no ownership in Lighthouse Media. Jason Bond did not sign contract as Jeff is majority owner but all owners are the signors on the bank accounts etc.

**Processing Results, Trends, Risk Dynamics, Collateral Description, URL Review, PCI level & status:**

•PR add in April 2014 by a CI referral as a Red folder. D+ rating and S cycle. Account initially declined, was re-evaluated as the company's owners have significant ML relationships, where a collateral for $150K was determined at boarding plus a signed PG of partial owner, Jeff Bishop.
•Sign to process an annual volume of $2.8M with an AT of $300 and risk assumptions set at 100%/50 days based on a blend of quarterly and annual memberships.
•Merchant YTD processing grew to $36.8M with an AT of $728, and activity history shows an acceptable credit ratio of 2.62%. However, a CB issue with ratio of 4%.
• Merchant settles on monthly discount and is not found on the April 2019 PCI distribution list.
• The website provides information on the company, contact info and how to become a member. Upon google there was no negative information found.

**Bank/Trade/Agency Comments:**

- Bank: Merchant no longer has a bank account with BofA as the bank decided to exit the relationship

**Financial Commentary:**

Revised:  09/30/09

**Attachment JJJJ**

10417905-FISV-001702

PX 27, 2804

Internally prepared Q1 2019 financials provided.
- Merchant reveals a very stable operation with revenue of $10.5M and a net profit of $2.2M. EBITDA covered the minor $3K interest expense handily.
- Cash balance at the end of the period was $1.6M with no deferred revenue. Cash was enough to cover all liabilities more than 3x. LT Debt (internal) of $468K with no current portion reported. Liquidity was sound and TNW was positive but not wholly supportive at $3M.

Recent Events/Noteworthy Items/Actions taken:
- Analyst has been working closely with the merchant to reduce chargebacks. Merchant has remained dedicated to improving. They have brought in a 3rd party fraud prevention team, Verifi. There has been some minor improvement, though we still need to do better. As of 1/2019, chargebacks jumped to 7% for the month due to a huge spike in December sales and an influx of Discover chargebacks following the disentitlement. We had a call with the merchant who sympathized with our concerns. They explained some methods they will start using to try to reduce chargebacks. That they have begun sending customers Renewal Reminders, they are making it easier for their customers to cancel their account, automatically submitting and Discover refunds that come back, trying to increase their BBB rating, and working on making their billing descriptors as specific as possible with a CS phone number.

Action/Strategy/Recommendation:
Jason Bond is an individual who has made a fortune on Wallstreet with his investment picks operates website www.JasonBondPicks that you can become a member and receive trade and stock tips. There is a quarterly or annual subscription.
- Merchant YTD processing grew to $36.8M with an AT of $728, and activity history shows an acceptable credit ratio of 2.62%. However, a CB issue with ratio of 4%. $500K LOC as collateral.
- Bank: Merchant no longer has a bank account with BofA as the bank decided to exit the relationship
- Merchant ran a big promo in December that caused sales to spike more than double its monthly average. When sales normalized in Jan, the CB rate jumped up to 7.6% but has since decreased each month with a ratio of 3.6% in April.
- Analyst scheduling another call with the merchant in early May.

Recommend to maintain rating and cycle. Continue working with merchant to reduce chargeback levels.

Analyst Name:   Tyler Glass

Revised:  09/30/09

**Attachment JJJJ**

| FOR ALL COLLATERAL REGARDLESS OF TYPE | | COLLATERAL REQUIRED: ☐ Yes  ✓ No |
|---|---|---|

| MERCHANT LEGAL NAME | RAGING BULL.COM |
|---|---|
| MERCHANT # | ▮▮▮▮▮ |

☐ **5MM AND OVER CASH COLLATERAL**

| BANK STATEMENT ATTACHED | ☐ Yes  ☐ No |
|---|---|
| ANK NAME | |
| NAME OF ACCOUNT | |
| AMOUNT | |

☐ **CD's, SAVINGS AND MONEY MARKET ACCOUNTS**

| BANK NAME | | | |
|---|---|---|---|
| COPY OF FULLY EXECUTED ACKNOWLEDGEMENT FORM IN PR FILE | | ☐ Yes  ☐ No | |
| COPY OF SCREENSHOT PAGE WITH ACCOUNT NUMBER, DEPOSITOR, AMOUNT, SIGNATURE AND STAMP OF BANK OFFICER IN PR FILE | | ☐ Yes  ☐ No | |
| ENCLOSED CARS SCREEN | | ☐ Yes  ☐ No | |
| EXPIRATION DATE | ☐ AUTO RENEWAL | OR | EXPIRATION DATE: |
| PRINCIPAL AMOUNT | | AS OF: | |
| STD FORMAT  ☐ Yes  ☐ No  If No, explain non std (provisions) | | | |
| COMMENTS: | | | |

☐ **LETTERS OF CREDIT**

| ENCLOSED CARS SCREEN | ☐ Yes  ☐ No | | |
|---|---|---|---|
| ISSUING BANK NAME | | | |
| BANK FDC RATING | | | |
| EXPIRATION DATE | ☐ AUTO RENEWAL | OR | ☐ EXPIRATION DATE: |
| MATURITY DATE: | | DRAW REQUIREMENTS: | |
| COPY OF L/C IN PR FILE | ☐ Yes  ☐ No | | |
| AMOUNT | | | |
| COMMENTS: | | | |

☐ **GUARANTEES**

| | LIMITED | UNLIMITED |
|---|---|---|
| ☐  PERSONAL (Guarantee Name) | ☐ | ☐ |
| ☐  CORPORATE (Guarantee Name) | ☐ | ☐ |
| ☐  BANK INDEMNIFICATION | ☐ | ☐ |
| COPY OF GUARANTY FORM(S) IN PR FILE | ☐ Yes  ☐ No | |
| CARS COMMENT SCREEN NOTES GUARANTEE | ☐ Yes  ☐ No | |
| COMMENTS: | | |

☐ **INVESTMENT ACCOUNTS**

| ENCLOSED ACCOUNT SUMMARY SCREEN | ☐ Yes  ☐ No |
|---|---|
| BANK NAME | |
| NVESTMENT RESTRICTIONS ADHERED TO | ☐ Yes  ☐ No |
| NVESTMENT ACCOUNT ADJUSTMENT FORM ATTACHED | ☐ Yes  ☐ No |
| AMOUNT | |

☐ **MISCELLANEOUS COLLATERAL**

| COPY OF RECENT APPRAISAL ATTACHED | ☐ Yes  ☐ No |
|---|---|
| AMOUNT | |

| IF NO TO ANY OF THE ABOVE, EXPLAIN: | |
|---|---|
| ANALYST SIGNATURE: STAMP: | DATE: |

Confidential

**Attachment JJJJ**

10417905-FISV-001704

**PX 27, 2806**

| Legal name | RAGING BULL.COM | | **DBA** | WWW.JASONBONDPICKS.COM |

| Month | Sales | Current Exposure |
|---|---|---|
| Mar 19 | $2,798,146 | $4,864,244 |
| Feb 19 | $2,791,951 | $5,392,753 |
| Jan 19 | $3,618,794 | $8,622,152 |
| Dec 18 | $7,215,296 | $9,806,016 |
| Nov 18 | $3,718,412 | $5,923,803 |
| Oct 18 | $3,172,581 | $4,751,907 |
| Sep 18 | $2,159,970 | $3,809,400 |
| Aug 18 | $2,293,669 | $3,665,328 |
| Jul 18 | $1,877,316 | $3,422,082 |
| Jun 18 | $2,134,245 | $4,274,143 |
| May 18 | $3,020,146 | $4,471,461 |
| Apr 18 | $1,977,161 | $3,851,596 |
| Mar 18 | $2,636,547 | $3,910,756 |

| | Annualized Total | Average Ticket |
|---|---|---|
| Total | $36,777,687 | $728 |
| **Annualized: Refund Ratio** | | **Chargeback Ratio** |
| | 2.62% | 4.06% |

| Date: | April | 2019 |
|---|---|---|
| **Location (City/State)** | ARLINGTON, TX | |
| **Website:** | http://www.jasonbondpicks.com | |
| **Alliance Name:** | Banc of America Merchant Services | |
| **Marker Name:** | BAMS  890 | |
| **Clearing Name:** | 098   Bank of America | |

| **Live Since:** | Feb 2014 | **Credit Rating:** | D+ |
|---|---|---|---|
| **Co. Start Date:** | Feb 2013 | **Industry Rating** | III |
| | **S&P** | **Moodys** | **Trend:** | Stable |
| **Agency Rating:** | | | **Purpose:** | Interim |
| **Ticker:** | | | **Review Cycle:** | Q |
| **Price:** | | | **Annual Review:** | Jul |
| **Range:** | | | | |

| | % | Days |
|---|---|---|
| NDX Assumptions: | 100 | 50 |

| Exposure: | NDX | Operating Risk | Discount Risk | Collateral | Net Risk |
|---|---|---|---|---|---|
| Current | $4,659,447 | $148,834 | $55,963 | $501,096 | $4,363,148 |
| Peak | $9,694,237 | $128,489 | $55,963 | $501,096 | $9,377,593 |
| Other or Most Likely Risk: | $0 | | CA Amount: | $11,750,000 | |

| Financial Highlights: (Date) | 3/31/2019 (3M) | 12/31/2018 (12M) | 3/31/2018 (3M) | 12/31/2017 (12M) |
|---|---|---|---|---|
| Thousands                 Sales: | $10,459 | $33,612 | $7,414 | $15,968 |
| EBITDA: | $2,175 | $12,729 | $4,055 | $7,856 |
| EBITDA/Int.: | 725.00 | 848.60 | 1,351.67 | 392.80 |
| Net Income: | $2,172 | $12,714 | $4,052 | $7,836 |
| Unrestricted Cash & Equiv: | $1,642 | $3,255 | $1,855 | $85 |
| Deferred Rev: | $0 | $0 | $0 | $0 |
| TNW: | $2,932 | $4,342 | $2,751 | $740 |
| Debt/TNW: | 0.19 | 0.13 | 0.25 | 1.06 |
| Current Ratio: | 12.09 | 37.31 | 49.24 | 0.40 |

**Merchant Background/Ownership:**

•Jason Bond is an individual who has made a fortune on Wallstreet with his investment picks operates website www.JasonBondPicks that you can become a member and receive trade and stock tips. There is a quarterly or annual subscription.

•On 2012, Jasonbondpicks operates under the legal entity and BAMS merchant on record under Lighthouse Media, who's principal owners are Alan Marshall and Jeff Bishop.

•In Depth KYC: • Prior to Feb 2014 the company was owned by Patriot Publishing. In Feb 2014 a new entity was formed Lighthouse Media, where current owing is broken down as follows and confirmed by Jeff Bishop: 25% Jason Bond, 25% MFA holding ( Allan Marshall company) and 50% Sherwood Ventures, with Jeff Bishop as 90% owner in Sherwood Ventures but there is an agreement in place that he is 100% owner in the 50% ownership in Lighthouse Media now called Raging Bull. There other 10% has no ownership in Lighthouse Media. Jason Bond did not sign contract as Jeff is majority owner but all owners are the signors on the bank accounts etc.

**Processing Results, Trends, Risk Dynamics, Collateral Description, URL Review, PCI level & status:**

•PR add in April 2014 by a CI referral as a Red folder. D+ rating and S cycle. Account initially declined, was re-evaluatted as the company's owners have significant ML relationships, where a collateral for $150K was determined at boarding plus a signed PG of partial owner, Jeff Bishop.

•Sign to process an annual volume of $2.8M with an AT of $300 and risk assumptions set at 100%/50 days based on a blend of quarterly and annual memberships.

•Merchant YTD processing grew to $36.8M with an AT of $728, and activity history shows an acceptable credit ratio of 2.62%. However, a CB issue with ratio of 4%.

• Merchant settles on monthly discount and is not found on the April 2019 PCI distribution list.

• The website provides information on the company, contact info and how to become a member. Upon google there was no negative information found.

**Bank/Trade/Agency Comments:**

- Bank: Merchant no longer has a bank account with BofA as the bank decided to exit the relationship

**Financial Commentary:**

Revised:  09/30/09

**Attachment JJJJ**

10417905-FISV-001705

**PX 27, 2807**

Internally prepared Q1 2019 financials provided.
- Merchant reveals a very stable operation with revenue of $10.5M and a net profit of $2.2M. EBITDA covered the minor $3K interest expense handily.
- Cash balance at the end of the period was $1.6M with no deferred revenue. Cash was enough to cover all liabilities more than 3x. LT Debt (internal) of $468K with no current portion reported. Liquidity was sound and TNW was positive but not wholly supportive at $3M.

Recent Events/Noteworthy Items/Actions taken:
- Analyst has been working closely with the merchant to reduce chargebacks. Merchant has remained dedicated to improving. They have brought in a 3rd party fraud prevention team, Verifi. There has been some minor improvement, though we still need to do better. As of 1/2019, chargebacks jumped to 7% for the month due to a huge spike in December sales and an influx of Discover chargebacks following the disentitlement. We had a call with the merchant who sympathized with our concerns. They explained some methods they will start using to try to reduce chargebacks. That they have begun sending customers Renewal Reminders, they are making it easier for their customers to cancel their account, automatically submitting and Discover refunds that come back, trying to increase their BBB rating, and working on making their billing descriptors as specific as possible with a CS phone number.

Action/Strategy/Recommendation:
Jason Bond is an individual who has made a fortune on Wallstreet with his investment picks operates website www.JasonBondPicks that you can become a member and receive trade and stock tips. There is a quarterly or annual subscription.
- Merchant YTD processing grew to $36.8M with an AT of $728, and activity history shows an acceptable credit ratio of 2.62%. However, a CB issue with ratio of 4%. $500K LOC as collateral.
- Bank: Merchant no longer has a bank account with BofA as the bank decided to exit the relationship
- Merchant ran a big promo in December that caused sales to spike more than double its monthly average. When sales normalized in Jan, the CB rate jumped up to 7.6% but has since decreased each month with a ratio of 3.6% in April.
- Analyst scheduling another call with the merchant in early May.

Recommend to maintain rating and cycle. Continue working with merchant to reduce chargeback levels.

Analyst Name:   Tyler Glass

| FOR ALL COLLATERAL REGARDLESS OF TYPE | | COLLATERAL REQUIRED: ☐ Yes ☑ No |
|---|---|---|

| MERCHANT LEGAL NAME | RAGING BULL.COM |
|---|---|
| MERCHANT # | ▆▆▆▆▆▆ |

☐ **5MM AND OVER CASH COLLATERAL**

| BANK STATEMENT ATTACHED | ☐ Yes ☐ No |
|---|---|
| BANK NAME | |
| NAME OF ACCOUNT | |
| AMOUNT | |

☐ **CD's, SAVINGS AND MONEY MARKET ACCOUNTS**

| BANK NAME | | | |
|---|---|---|---|
| COPY OF FULLY EXECUTED ACKNOWLEDGEMENT FORM IN PR FILE | | ☐ Yes ☐ No | |
| COPY OF SCREENSHOT PAGE WITH ACCOUNT NUMBER, DEPOSITOR, | | ☐ Yes ☐ No | |
| AMOUNT, SIGNATURE AND STAMP OF BANK OFFICER IN PR FILE | | | |
| ENCLOSED CARS SCREEN | | ☐ Yes ☐ No | |
| EXPIRATION DATE | ☐ AUTO RENEWAL | OR | ☐ EXPIRATION DATE: |
| PRINCIPAL AMOUNT | | AS OF: | |
| STD FORM: ☐ Yes ☐ No   If No, explain non std (provisions) | | | |
| COMMENTS: | | | |

☐ **LETTERS OF CREDIT**

| ENCLOSED CARS SCREEN | ☐ Yes ☐ No | | |
|---|---|---|---|
| ISSUING BANK NAME | | | |
| BANK FDC RATING | | | |
| EXPIRATION DATE | ☐ AUTO RENEWAL | OR | ☐ EXPIRATION DATE: |
| MATURITY DATE: | | DRAW REQUIREMENTS: | |
| COPY OF L/C IN PR FILE | ☐ Yes ☐ No | | |
| AMOUNT | | | |
| COMMENTS: | | | |

☐ **GUARANTEES**

| | LIMITED | UNLIMITED |
|---|---|---|
| ☐ PERSONAL (Guarantee Name) | ☐ | ☐ |
| ☐ CORPORATE (Guarantee Name) | ☐ | ☐ |
| ☐ BANK INDEMNIFICATION | ☐ | ☐ |
| COPY OF GUARANTY FORM(S) IN PR FILE | ☐ Yes ☐ No | |
| CARS COMMENT SCREEN NOTES GUARANTEE | ☐ Yes ☐ No | |
| COMMENTS: | | |

☐ **INVESTMENT ACCOUNTS**

| ENCLOSED ACCOUNT SUMMARY SCREEN | ☐ Yes ☐ No |
|---|---|
| BANK NAME | |
| INVESTMENT RESTRICTIONS ADHERED TO | ☐ Yes ☐ No |
| INVESTMENT ACCOUNT ADJUSTMENT FORM ATTACHED | ☐ Yes ☐ No |
| AMOUNT | |

☐ **MISCELLANEOUS COLLATERAL**

| COPY OF RECENT APPRAISAL ATTACHED | ☐ Yes ☐ No |
|---|---|
| AMOUNT | |

| IF NO TO ANY OF THE | |
|---|---|
| ABOVE, EXPLAIN: | |
| ANALYST SIGNATURE: | DATE: |
| STAMP: | |

Confidential



**VIA FEDEX**

July 2, 2019

Jordan Reyna
RagingBull.Com LLC (f/k/a Lighthouse Media LLC)
62 Calef Highway
Lee, NH 03861

<div align="center">

**NOTICE OF TERMINATION**
**RagingBull.com (MID: 372288802880)**

</div>

Dear Jordan**:**

We are writing pursuant to the Merchant Processing Application and Agreement, including the Program Guide thereto (as amended from time to time, collectively, the "**Merchant Agreement**") entered into by and among **RagingBull.com (formerly known as Lighthouse Media LLC)** ("**you**"), Banc of America Merchant Services, LLC ("**BAMS**"), and Bank of America, N.A. ("**Bank**" and together with BAMS, "**we**" or "**us**") on or around February 21, 2014.  Upon review of your merchant account, it has been determined that we cannot continue providing services under the Merchant Agreement.  Accordingly, we will terminate the Merchant Agreement effective thirty-five (35) days from the date of this letter (the "**Termination Date**").  You should make alternative arrangements for accepting card payments prior to the Termination Date.

In connection with the termination of your Merchant Agreement and in accordance with your Merchant Agreement, we will be increasing the Reserve Account by an additional amount of **Three Hundred Thousand and 00/100 Dollars ($300,000.00)**, for a total Reserve Account amount of **Eight Hundred Thousand and 00/100 Dollars ($800,000)**.  This is the amount we believe is necessary to cover any unbilled processing costs plus our estimated exposure based on reasonable criteria for chargebacks, unshipped merchandise and/or unfulfilled services as applicable, and any other liabilities anticipated under the Merchant Agreement. We will begin funding the additional amount of the Reserve Account effective **July 8, 2019** by holdback of **25%** of daily deposits until the Reserve Account is fully funded.  In general, we will attempt to collect amounts that you owe to us in the same manner that we collect such amounts today.  However, we reserve the right, at any time, to collect any amounts by debiting the Reserve Account or in any other manner permitted under the Merchant Agreement.

After the Termination Date, all sales and refunds must be submitted to your new service provider.  If any sales are processed through your merchant account with us after the Termination Date, we will divert those sales to a Reserve Account and any refunds without an offsetting sale will be rejected.  Any funds moved into the Reserve Account will be returned to you after the expiration of all chargeback periods and after we have determined that there will be no further exposure or liability to us arising from the transactions that you have submitted through us.  Depending upon the activity in your account, this period should be less than ten months from your final processing date.

<div align="right">

Mail Code NC1 028 15 01, 150 North College Street

Charlotte, North Carolina 28255

</div>

Confidential

<div align="center">

**Attachment JJJJ**

</div>

10417905-FISV-001682

<div align="right">

**PX 27, 2810**

</div>

Certain obligations under the Merchant Agreement survive termination, including your financial responsibility to reimburse us for any chargebacks, fines, fees, and/or assessments that arise from or relate to the transactions you submit to us for processing, even if received after the Termination Date.

Nothing contained herein shall be deemed a waiver of any rights we may have under the Merchant Agreement or otherwise, and we expressly reserve all such rights.

If you have any questions, please feel free to contact us.

Sincerely,

Tyler Glass
Bank of America Merchant Services Credit Risk Department

| (1) Merchant Information and Merchant No. | (2) and (3) Date Account was opened and closed | (2) Reserve Balance | (5) Transaction Information and Chargebacks | (6) ABA / DDA | (7) Third Parties (Banks, ISOs, FIs) | (8) ACH, RCCs, and/or RCPOs |
|---|---|---|---|---|---|---|
| Ragingbulldot Com LLC fka LightHouse Media LLC MID█████ | Keyed 02.25.2014 terminated by BAMS 07.02.2019, effective 08.06.2019 | $47,847.12 (as of 09.21.2020) | FISV-000194 – FISV-000701 | FISV-000027 | | *No* |
| Ragingbulldot Com LLC dba Biotechbreakouts.com MID█████ | Keyed 09.24.2017; terminated by BAMS 07.02.2019, effective 08.06.2019 | *None* | FISV-000703 – FISV-000920 | FISV-000098 | | *No* |
| Ragingbulldot Com LLC dba Weeklymoneymultiplier.com MID█████ | Keyed 09.24.2017; terminated by BAMS 07.02.2019, effective 08.06.2019 | *None* | FISV-000922 – FISV-001094 | FISV-000114 | | *No* |
| Ragingbulldot Com LLC dba Pennypro.com MID█████ | Keyed 09.24.2017; terminated by BAMS 07.02.2019, effective 08.06.2019 | *None* | FISV-001096 – FISV-001285 | FISV-000133 | | *No* |
| Ragingbulldot Com LLC dba Petrapicks.com MID█████ | Keyed 09.24.2017; terminated by BAMS 07.02.2019, effective 08.06.2019 | *None* | FISV-0001287 – FISV-001473 | FISV-000155 | | *No* |

**Attachment JJJJ**

**PX 27, 2812**

| (1) Merchant Information and Merchant No. | (2) and (3) Date Account was opened and closed | (2) Reserve Balance | (5) Transaction Information and Chargebacks | (6) ABA / DDA | (7) Third Parties (Banks, ISOs, FIs) | (8) ACH, RCCs, and/or RCPOs |
|---|---|---|---|---|---|---|
| Ragingbulldot Com LLC dba Jasonbondpicks.com  MID ▮▮▮▮▮▮▮ | Keyed 11.24.2017; terminated by BAMS 07.02.2019, effective 08.06.2019 | *None* | FISV-001475 – FISV-001681 | FISV-000179 | | *No* |

**Attachment JJJJ**

**PX 27, 2813**

**From:**     Gambaro, Michael John (BAMS)(/O=FDC/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS /CN=DF8AAD87-48486877-85256ABD-6EF4D8)
**To:**       Orthner, April
**CC:**
**BCC:**
**Subject:**  RE: Lighthouse Media LLC; www.JasonBondpicks.com 372288802880
**Sent:**     03/27/2014 08:25:34 PM 0000 (GMT)
**Attachments:**

---

I concur.  Please move forward.

---

**From:** Orthner, April
**Sent:** Thursday, March 27, 2014 3:29 PM
**To:** Gambaro, Michael John
**Subject:** FW: Lighthouse Media LLC; www.JasonBondpicks.com 372288802880

Hi, so I think we are all set with this one.

The processing looks acceptable to me, as disputes came down a bit since the $4,795 in December. I have been told that the merchant is looking to pledge $150K up front instead of proceeding with the 30% RPP, so I will confirm and provide the appropriate paperwork. Please concur to move forward with the secured approval.


Thank you,

April Orthner

Credit/Risk Officer
First Data
april.orthner@firstdata.com
www.firstdata.com

 First Data

---

**From:** Orthner, April
**Sent:** Thursday, March 27, 2014 11:27 AM
**To:** Vita, Kristin (BAMS)
**Cc:** Dunn, Jessica (BAMS)
**Subject:** RE: Lighthouse Media LLC; www.JasonBondpicks.com 372288802880

In lieu of the RPP option, a $150K reserve up front is acceptable. In this case, we will need a 12-month, auto-renewing CD pledged to BAMS in the amount of $150K. When providing the January and February PayPal statements, please confirm if the merchant would prefer to pledge a CD instead of setting up the RPP. If everything checks out with the updated processing statements, we will then provide the appropriate reserve paperwork necessary for the approval.


Thank you,

April Orthner

CONFIDENTIAL TREATMENT REQUESTED

10417905-FISV-002787

**Attachment JJJJ**       **PX 27, 2814**

Credit/Risk Officer
First Data
april.orthner@firstdata.com
www.firstdata.com

 First Data.

**From:** Vita, Kristin (BAMS)
**Sent:** Thursday, March 27, 2014 10:50 AM
**To:** Orthner, April
**Subject:** RE: Lighthouse Media LLC; www.JasonBondpicks.com 372288802880

The merchant is willing to put $150k in reserve upfront, and receive 100% of the daily deposits....Would this be acceptable to our Risk department?  Risk can specify,  the type of account the $150k reserve will be sitting in.

Let me know, so I can close the loop with the merchant / FA

Kristin Vita
Regional Sales Manager, Northern States
Bank of America Merchant
Cell #978.478.7882
Fax #402.916.2654

Customer Service & Support # 800.430.7161



**From:** Orthner, April
**Sent:** Wednesday, March 26, 2014 6:04 PM
**To:** Dunn, Jessica (BAMS)
**Cc:** Vita, Kristin (BAMS)
**Subject:** RE: Lighthouse Media LLC; www.JasonBondpicks.com 372288802880

Senior management has reviewed the files on Clientline and the new items provided, including the BOA/Merrill Lynch relationship details. Please note that the merchant has a very high risk business model with rising volume and increasing disputes as shown in the November and December PayPal processing statements.

We can move forward with a partially secured approval contingent upon satisfactory January and February 2014 PayPal statements. A $150K RPP reserve with 30% holdback of net daily deposits is necessary. If the merchant accepts our offer, then please forward Jan. and Feb. 2014 complete processing statements. Upon review and acceptable findings, we will then provide the change of terms notice to set up the RPP reserve and approve the application.

CONFIDENTIAL TREATMENT REQUESTED

**Attachment JJJJ**      **PX 27, 2815**

Thank you,

April Orthner

Credit/Risk Officer
First Data
april.orthner@firstdata.com
www.firstdata.com



---

**From:** Orthner, April
**Sent:** Wednesday, March 26, 2014 9:35 AM
**To:** Dunn, Jessica (BAMS)
**Cc:** Vita, Kristin (BAMS)
**Subject:** RE: Lighthouse Media LLC; www.JasonBondpicks.com 372288802880

Hi, Jessica. Please be advised that the additional documentation is under review by senior management. I will update you once I have new information.

Thank you,

April Orthner

Credit/Risk Officer
First Data
april.orthner@firstdata.com
www.firstdata.com



---

**From:** Dunn, Jessica (BAMS)
**Sent:** Wednesday, March 26, 2014 8:48 AM
**To:** Orthner, April
**Cc:** Vita, Kristin (BAMS)
**Subject:** FW: Lighthouse Media LLC; www.JasonBondpicks.com 372288802880

Good Morning April,
I know it is the end of the month, but I wanted to see if there was a status update for this merchant? thanks!

Tip of the Week:
**Validate the merchant's Tax Filing Name on their tax return, SS4 or 147c documents.  Do not get this information from the Bank**

Thank you,
**Jessica Dunn**

**Attachment JJJJ**          **PX 27, 2816**

Regional Sales Coordinator
Regional Sales and Service Organization
Bank of America Merchant Services
540 Western Maryland Parkway
Hagerstown, MD 21740
Office (301) 766-2564
Fax   (402) 916-2609
Jessica.dunn@bankofamericamerchant.com
-
-
*We **S**implify the boarding process, **O**ptimize your time and help you **S**ucceed!*



**P** Please don't print this e-mail unless you really need to.

---

**From:** Dunn, Jessica (BAMS)
**Sent:** Friday, March 21, 2014 11:07 AM
**To:** Orthner, April
**Cc:** Vita, Kristin (BAMS)
**Subject:** FW: Lighthouse Media LLC; www.JasonBondpicks.com 372288802880

Good Morning April,

Can you please review this request for a decline re-evaluation and advise?   thank you!!


Reminders:
*Make sure all documents needed are uploaded with your deals.
*Utilize all your resources!
*Sell, Sell, Sell!!!


Thank you,
**Jessica Dunn**
Regional Sales Coordinator
Regional Sales and Service Organization
Bank of America Merchant Services
540 Western Maryland Parkway
Hagerstown, MD 21740
Office (301) 766-2564
Fax   (402) 916-2609
Jessica.dunn@bankofamericamerchant.com
-
-
*We **S**implify the boarding process, **O**ptimize your time and help you **S**ucceed!*


Merchant Services

P Please don't print this e-mail unless you really need to.

---

**From:** Vita, Kristin (BAMS)
**Sent:** Friday, March 21, 2014 11:00 AM
**To:** Dunn, Jessica (BAMS)
**Subject:** FW: Lighthouse Media LLC; www.JasonBondpicks.com

Approved.
Do I send in or you?

Kristin Vita
Regional Sales Manager, Northern States
Bank of America Merchant
Cell #978.478.7882
Fax #402.916.2654

Customer Service & Support # 800.430.7161



---

**From:** Zotos, Foti (BAMS)
**Sent:** Friday, March 21, 2014 9:31 AM
**To:** Vita, Kristin (BAMS)
**Cc:** Dunn, Jessica (BAMS)
**Subject:** RE: Lighthouse Media LLC; www.JasonBondpicks.com

Hi Kristin,

Attached you will find the request to re-evaluate the application for Lighthouse Media LLC.  This app was declined for High Risk business Model and no significant bank relationship...I found out earlier in the week, that the principals for Lighthouse Media Alan Marshall, and Jeff Bishop have very significant relationships with ML...The ML client manager reached out to me, to let me know.

Attached you will find the ML statements; Operating Agreement for Lighthouse Media LLC, showing Alan Marshall as a principal

Thank you

---

CONFIDENTIAL TREATMENT REQUESTED

Attachment JJJJ        **PX 27, 2818**

Foti Zotos
Bank of America Merchant Services
AVP, Merchant Services Specialist
foti.zotos@bankofamericamerchant.com
(c) 603.953.6014
(f) 402.916.2583
Customer Service: 800.430.7161

**Bank of America** 〰 **Merchant Services**

   

Terminals          POS          Mobile Pay          Gift Cards

*We have the best solutions in the market place......*

If you are an existing merchant in need of a customer service related to statements, funding, supplies, technical help for your terminal or general questions: Please contact our customer service department for the fastest resolution to your matter.   #800-430-7161.

---

**From:** Dunn, Jessica (BAMS)
**Sent:** Tuesday, March 18, 2014 8:43 AM
**To:** Zotos, Foti (BAMS)
**Cc:** Vita, Kristin (BAMS)
**Subject:** RE: Lighthouse Media LLC; www.JasonBondpicks.com

Hi Foti,

I would submit a decline re-eval form w/the ML banking statements.  I've attached the form for you, complete it and send it over to Kristin to sign off on and she will forward to me

Reminders:
*Make sure all documents needed are uploaded with your deals.
*Utilize all your resources!
*Sell, Sell, Sell!!!

Thank you,
**Jessica Dunn**

**Attachment JJJJ**          **PX 27, 2819**

Regional Sales Coordinator
Regional Sales and Service Organization
Bank of America Merchant Services
540 Western Maryland Parkway
Hagerstown, MD 21740
Office (301) 766-2564
Fax    (402) 916-2609
Jessica.dunn@bankofamericamerchant.com

-
-
*We **S**implify the boarding process, **O**ptimize your time and help you **S**ucceed!*



**P** Please don't print this e-mail unless you really need to.

---

**From:** Zotos, Foti (BAMS)
**Sent:** Monday, March 17, 2014 8:58 PM
**To:** Dunn, Jessica (BAMS)
**Subject:** FW: Lighthouse Media LLC; www.JasonBondpicks.com
**Importance:** High

Jessica,

This account was declined for the following reason:

Reason codes and Comments from CO on account. - Reason codes and Comments from CO on account. - [1] 62 [Desc]
PROFILE DOES NOT SUPPORT RISK [2] [Desc] [3] [Desc] [4] [Desc] [User Type] CO [User ID] APRI [Comment Sequence] 11
[Comments] SALES - DECLINED VERY HIGH RISK BUSINESS MODEL. BANKING/OVERALL PROFILE DO ES NOT SUPPORT RISK.
NO OPTIONS AVAILABLE; NO TERMS WARRANT ED.

It came to my attention that this client has a strong bank relationship with ML; As they currently have $13MM in assets
with ML (see below)...What is the likelihood of this account to be re-considered given  this new information.

Please advise

Thanks

Foti Zotos
Bank of America Merchant Services
AVP, Merchant Services Specialist
foti.zotos@bankofamericamerchant.com
(c) 603.953.6014
(f) 402.916.2583
Customer Service: 800.430.7161

CONFIDENTIAL TREATMENT REQUESTED

**Bank of America**  Merchant Services

  

Terminals            POS            Mobile Pay            Gift Cards

*We have the best solutions in the market place......*

If you are an existing merchant in need of a customer service related to statements, funding, supplies, technical help for your terminal or general questions: Please contact our customer service department for the fastest resolution to your matter.   #800-430-7161.

---

**From:** Cody, Jennifer (BAMS)
**Sent:** Monday, March 17, 2014 4:52 PM
**To:** Zotos, Foti (BAMS)
**Cc:** 'Spinato, Lauren'
**Subject:** RE: Lighthouse Media
**Importance:** High

Foti,

I believe the FA mentioned that they have over $13MM in assets with ML.

Thanks for your assistance,

Jen
Jennifer Cody
VP/Strategic Account Executive
Northeast Business Banking
Bank of America Merchant Services
Office: 201-251-5813
Mobile: 551-804-4133
Fax: 402-916-6990
Customer Service: 1-800-430-7161
Jennifer.cody@bankofamericamerchant.com

---

**From:** Zotos, Foti (BAMS)
**Sent:** Monday, March 17, 2014 4:44 PM
**To:** Cody, Jennifer (BAMS)

10417905-FISV-002794

**Attachment JJJJ**    PX 27, 2821

**Cc:** 'Spinato, Lauren'
**Subject:** RE: Lighthouse Media

I want to test the possibility of approving the application, before talking to the client.
If you could provide me the size of the relationship, I can test the likelihood of approval...don't need account specifics, just ballpark figures.

Thanks

Foti

Sent with Good (www.good.com)

-----Original Message-----
**From:** Cody, Jennifer (BAMS)
**Sent:** Monday, March 17, 2014 04:27 PM Eastern Standard Time
**To:** Zotos, Foti (BAMS)
**Cc:** 'Spinato, Lauren'
**Subject:** RE: Lighthouse Media

Thanks, Foti. I think we should engage our ML partner and perhaps coordinate an internal call to see if the client would still be interested in moving forward and how to best position the deal. Please let us know if you have some availability tomorrow.

Thanks, Jennifer
Jennifer Cody
VP/Strategic Account Executive
Northeast Business Banking
Bank of America Merchant Services
Office: 201-251-5813
Mobile: 551-804-4133
Fax: 402-916-6990
Customer Service: 1-800-430-7161
Jennifer.cody@bankofamericamerchant.com

**From:** Zotos, Foti (BAMS)
**Sent:** Monday, March 17, 2014 4:27 PM
**To:** Cody, Jennifer (BAMS)
**Cc:** 'Spinato, Lauren'
**Subject:** RE: Lighthouse Media

Hi Jennifer,

Risk declined the opportunity profile based on the financial provided and their business model.

At no point in time the bank mentioned to me that there is a significant ML relationship.....I could resubmit if you

10417905-FISV-002795

**Attachment JJJJ**      **PX 27, 2822**

offer me specifics about the relationship.

Foti

Sent with Good (www.good.com)


-----Original Message-----
**From:** Cody, Jennifer (BAMS)
**Sent:** Monday, March 17, 2014 04:05 PM Eastern Standard Time
**To:** Zotos, Foti (BAMS)
**Cc:** Spinato, Lauren
**Subject:** Lighthouse Media

Hi Foti,

We received a call from one of our ML FAs regarding this client that was turned down by BAMS. This is a substantial client of ML and we wanted to understand why risk would not board this account and if there is any possibility we could resubmit.

Thanks, Jen

Jennifer Cody
VP/Strategic Account Executive
Northeast Business Banking
Bank of America Merchant Services
Office: 201-251-5813
Mobile: 551-804-4133
Fax: 402-916-6990
Customer Service: 1-800-430-7161
Jennifer.cody@bankofamericamerchant.com

**Attachment JJJJ**   PX 27, 2823

| | |
|---|---|
| From: | Glass, Tyler(/O=FDC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GLASS, TYLER, FC9LR7889E) |
| To: | Credit Bank Of America |
| CC: | |
| BCC: | |
| Subject: | RAGING BULL.COM - A Merchant Review requires your approval |
| Sent: | 07/28/2017 11:34:40 AM +0100 (GMT) |
| Attachments: | BAMS - RAGING_BULL_COM - ABBR.xlsx; |

The Merchant Review for RAGING BULL.COM below was forwarded for your approval and requires your immediate attention.

Until you are able to gain access through the FDC VPN, we have attached a copy of the Periodic Review Write-up along with the FDC Credit Signor comments. If you are in agreement with the credit signor comments, then there is no need to respond to this e-mail. However, if you have additional comments then please respond to this e-mail and be sure to include your comments so that they can be recorded by the Periodic Review analyst.

In order to record your comments we will require a response before 30 calendar days for red folders and before 90 days for non red folder account. Failure to respond this e-mail with your comments and within these timeframe it will be simply noted in our system that you have not responded and we have assumed that you are in agreement with our comments for which a confirmation e-mail shall be generated.

If you are able gain access to the FDC VPN, then please click the link below to access the review and submit your recommendation. Thank you for your cooperation.

| Relationship Number | Legal Name | |
|---|---|---|
|  | RAGING BULL.COM | Approval Record |

| | | | | |
|---|---|---|---|---|
| Review Importance: | RED FOLDER | Reply To: | Reply To Glass, Tyler (tglass) |
| Relationship Number: |  | Clearing: | 098 - Bank of America |
| DBA Name: | WWW.JASONBONDPICKS.COM | Alliance: | FDCS - Banc of America Merchant Services |
| Legal Name: | RAGING BULL.COM | Marker: | BAMS - 890 |
| Reporting Sic: | 5964 - INTERNET | Credit Rating: | D+ |
| Risk Rating: | III | CA Risk: | 2,400,000.00 |
| Reserve Amount: | 500,000.00 | Current Risk: | 1,993,495.35 |
| Risk Owner: | Shared | Review Date: | 7/31/2017 |

**PRW Approval**

**Rosemarie Mecker - Credit Officer**

| Action: | User: | Date: |
|---|---|---|
| Approve With Followups | Mecker, Rosemarie (RMECKER) | 7/11/2017 |

Comments:

•Jasonbondpicks operates under the legal entity and BAMS merchant on record under Lighthouse Media, who's principal owners are Alan Marshall and Jeff Bishop and recently on 12/2016, the legal name Lighthouse Media in RMW was recently changed to Ragingbull.com. Prior analyst spoke with owner Jeff Bishop who stated the legal name was changed and they called customer service to Raging Bull. Jason Bond Picks allows members to receive trade and stock tips from Jason Bond who made a fortune on Wallstreet with his investment picks. •At time of boarding, a $150K collateral was required along with a signed PG on the majority owner, Jeff Bishop, and set on monthly discount. •Interim 7/11/17 and fiscal 12/31/16 financial results show increased revenue with profit and strong EBITDA, plus improved cash position and supportive TNW and WC. However it should be noted most profits are pulled out of the business in the form of partner draws. •However, processing history is unsatisfactory. For the last 15 months, monthly CB is anywhere between 1 to 7% and YTD at 2.53% for mostly card not present/fraud due to descriptor issue. However, merchant aggressively addressing and winning reversals, 40% of CB count, where a decision to increase the reserve to $500K which partially mitigates BAMS potential risk exposure. Added comfort is the large Merrill Lynch investment relationship with the 2 owners, a total of $10M, plus the current BOA deposit balance of $1.2M reported on 7/11/17. Merchant is given 90 days from May 2017 to improve CB situation and if continues, look to increase reserve collateral, while continue to monitor results and bank balance on merchant and personal relationships. Recommend to keep on D+ ratign and adjust to Q cycle for close monitoring and set f/u for Sept to decision if increasing the reserve collateral is warranted.

Follow up:

Monitor CB situation and if ratio continue to be on over 1% ratio to decision if reserve of $500K needs to be increased with concurrence from BAMS JV and informing Merrill Lynch banker and BAMS team.

| Followup Priority: | Followup Due Date: |
|---|---|
| High | 9/19/2017 |

**Ed Wang - FDMS SCO**

| Action: | User: | Date: |
|---|---|---|
|  |  |  |

| Approve With Followups | Wang, Ed (EWANG) | 7/26/2017 |
|---|---|---|

**Comments:**

Agree. There is value and support with the bank relationship and decent financials. However, high risk business, poor processing and what could be understated NDX creates concerns. Circle back in Sept after the 90 day period to make final call.

**Follow up:**

Monitor CB situation and if ratio continue to be on over 1% ratio to decision if reserve of $500K needs to be increased with concurrence from BAMS JV and informing Merrill Lynch banker and BAMS team. Validate NDX. I think we have more annual memberships vs monthly. 50 day NDX does not reflect that.

| Followup Priority: | Followup Due Date: |
|---|---|
| High | 9/19/2017 |

**Acknowledgement**

**Rosemarie Mecker - Analyst**

| Action: | User: | Date: |
|---|---|---|
| Acknowledged | Glass, Tyler (tglass) | 7/27/2017 |

**Comments:**

.

**Follow up:**

.

| Followup Priority: | Followup Due Date: |
|---|---|
| . | . |

**Alliance Bank Approval**

**BAMS Alliance BAMS Alliance - Alliance Bank Signor**

| Action: | User: | Date: |
|---|---|---|
| . | . | . |

**Comments:**

.

**Follow up:**

.

| Followup Priority: | Followup Due Date: |
|---|---|
| . | . |

10417905-FISV-002899

**Attachment JJJJ**

**PX 27, 2825**

| | |
|---|---|
| **From:** | Glass, Tyler(/O=FDC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=GLASS, TYLER, FC9LR7889E) |
| **To:** | Wang, Ed |
| **CC:** | |
| **BCC:** | |
| **Subject:** | FW: RAGING BULL.COM - A Merchant Review requires your approval |
| **Sent:** | 09/24/2018 07:58:12 PM +0100 (GMT) |
| **Attachments:** | |

---

**From:** Coleman, Jennifer (BAMS) **On Behalf Of** Credit Bank Of America
**Sent:** Monday, September 24, 2018 2:56 PM
**To:** Glass, Tyler; Credit Bank Of America
**Subject:** RE: RAGING BULL.COM - A Merchant Review requires your approval

Concur to maintain as is with D+ credit rating and quarterly review cycle, and leaving reserve at $500K. It's noted that c/b remain high as the merchant has tried a couple of solutions to help reduce incoming c/b, having just started with Verifi in early Aug'18 after their first fraud prevention team was not effective. Per conversation with the merchant on 9/18/18, they continue to work with Verifi to refine descriptors in order to detect more c/b before they occur, so it will take some time to see any significant results. In the meantime, agree that this remains an ongoing concern due to the potential for reputational risk from the high c/b, especially since this is due in part to the nature of the subscription business, re: buyer's remorse. Regardless, the merchant remains diligent to combat the high c/b, and there are no immediate concerns at this time. Further, since the financial profile remains steady, it may be best to view our position according to MLR which is closer to $425K, thus the existing reserve in place is more than adequate.

Here's how I calculated MLR:
- Peak NDX times (credit + c/b ratios) = $298K
- Peak Operating risk =               $  84K
- Discount risk =                     $  43K
- MLR =                               $425K

Thanks,
Jennifer Coleman
AVP, Credit Manager
Risk and Compliance, Bank of America Merchant Services
1231 Durrett Ln, Louisville, KY 40213
Direct: 502.380.9222 (NEW)  Mobile: 502.310.8695
jennifer.coleman@bankofamericamerchant.com

---

**From:** Glass, Tyler [mailto:tyler.glass@firstdata.com]
**Sent:** Saturday, September 08, 2018 6:47 AM
**To:** Credit Bank Of America
**Subject:** RAGING BULL.COM - A Merchant Review requires your approval

The Merchant Review for RAGING BULL.COM below was forwarded for your approval and requires your immediate attention.

Until you are able to gain access through the FDC VPN, we have attached a copy of the Periodic Review Write-up along with the FDC Credit Signor comments. If you are in agreement with the credit signor comments, then there is no need to respond to this e-mail. However, if you have

10417905-FISV-003308

**Attachment JJJJ**   **PX 27, 2826**

additional comments then please respond to this e-mail and be sure to include your comments so that they can be recorded by the Periodic Review analyst.

In order to record your comments we will require a response before 30 calendar days for red folders and before 90 days for non red folder account. Failure to respond this e-mail with your comments and within these timeframe it will be simply noted in our system that you have not responded and we have assumed that you are in agreement with our comments for which a confirmation e-mail shall be generated.

If you are able gain access to the FDC VPN, then please click the link below to access the review and submit your recommendation. Thank you for your cooperation.

| Relationship Number | Legal Name | |
|---|---|---|
| █ | RAGING BULL.COM | Approval Record |

| | | | |
|---|---|---|---|
| **Review Importance:** | Normal | **Reply To:** | Reply To Glass, Tyler (tglass) |
| **Relationship Number:** | █ | **Clearing:** | 098 - Bank of America |
| **DBA Name:** | WWW.JASONBONDPICKS.COM | **Alliance:** | FDCS - Banc of America Merchant Services |
| **Legal Name:** | RAGING BULL.COM | **Marker:** | BAMS - 890 |
| **Reporting Sic:** | 5964 - INTERNET | **Credit Rating:** | D+ |
| **Risk Rating:** | III | **CA Amount:** | 6,600,000.00 |
| **Reserve Amount:** | 500,000.00 | **Current Risk:** | 4,231,458.02 |
| **Risk Owner:** | Shared | **Review Date:** | 7/31/2018 |

**PRW Approval**

| **Martin Kasner - Review Writer** |
|---|
| **Action:** |
| Approved As Is |
| **User:** |
| Kasner, Martin (MKASNER) |
| **Date:** |
| 7/31/2018 |
| **Comments:** |
| • There are no concerns with Raging Bulls financial profile. • Analyst has been working closely with merchant and BC towards reducing chargebacks. We have separated each entity into its own MID in an attempt to reduce cardholder confusion/chargebacks. After 3 consecutive months (Oct-Dec 2-17) of a positive trend in chargeback reduction, January levels increased again. March experienced a CB ratio of 5.07% with $134K in chargebacks. Merchant states they have taken steps to tighten security and have consulted with Chargebacks911, a remediation and loss recovery company. • 6/14/18 JV comments: We feel we need to hold off on reserve considering the productive call with the merchant on 5/23/18 which confirmed merchant's cooperation and commitment to reduce c/b. Expectations are for c/b to reduce to a more manageable level within 3-4 months following their hiring of a fraud prevention team, along with internal adjustments to policy and procedures with the merchant's customer support team. • At this point, hold off on increasing the reserve. Let's maintain as is and |

CONFIDENTIAL TREATMENT REQUESTED

10417905-FISV-003309

set up a conference call to review their progress or lack of on their chargebacks.

**Follow up:**

.

**Followup Priority:**

.

**Followup Due Date:**

.

---

## Tyler Glass – Credit Officer

**Action:**

Approved As Is

**User:**

Glass, Tyler (tglass)

**Date:**

8/17/2018

**Comments:**

Merchant signed with Verifi in early July to work towards reducing chargebacks. This comes after they tried working with another 3rd party fraud prevention team that did not meet their needs. Next follow up call with the merchant will be scheduled between 9/17-9/21 to monitor CB rates. Agree with recommendation.

**Follow up:**

.

**Followup Priority:**

.

**Followup Due Date:**

.

---

## Ed Wang - FDMS SCO

**Action:**

Approved As Is

**User:**

Wang, Ed (EWANG)

**Date:**

8/29/2018

**Comments:**

To address ongoing CB issues at call in Sept. The level of disputes presents reputational risk for the JV and Bank. No credit profile concerns. I'm still thinking we should increase the reserve by $500k - $1M.

**Follow up:**

**Attachment JJJJ** **PX 27, 2828**

```
.
```

**Followup Priority:**
```
.
```

**Followup Due Date:**
```
.
```

## Acknowledgement

**Tyler Glass – Analyst**

**Action:**
```
Acknowledged
```

**User:**
```
Glass, Tyler (tglass)
```

**Date:**
```
9/7/2018
```

**Comments:**
```
.
```

**Follow up:**
```
.
```

**Followup Priority:**
```
.
```

**Followup Due Date:**
```
.
```

## Alliance Bank Approval

**BAMS Alliance BAMS Alliance - Alliance Bank Signor**

**Action:**
```
.
```

**User:**
```
.
```

**Date:**
```
.
```

**Comments:**
```
.
```

**Follow up:**

Attachment JJJJ

PX 27, 2829

.

**Followup Priority:**

.

**Followup Due Date:**

.

CONFIDENTIAL TREATMENT REQUESTED

**Attachment JJJJ**

**PX 27, 2830**

| | |
|---|---|
| **From:** | Glass, Tyler(/O=FDC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=GLASS, TYLER, FC9LR7889E) |
| **To:** | Roach, Kevin R. |
| **CC:** | Thomson, Di H.; Kasner, Martin; Salvi, Jasmine M; Park, Michael (BAMS) |
| **BCC:** | |
| **Subject:** | RE: Response required by 2/13 - Notification of Merchant Closure Request - BUYLUXADDITIVES and USA TECHNOLOGY SERVICES LLC |
| **Sent:** | 02/14/2019 07:13:54 PM 0000 (GMT) |
| **Attachments:** | |

Hi Jasmine and team,

BAMS is aware of this merchant. They have had a chargeback issue for a while and we have been trying to work with them to remediate it.
No actions to be taken at this time.

Thank you,
Tyler Glass

**From:** Roach, Kevin R. <Kevin.Roach@firstdata.com>
**Sent:** Thursday, February 14, 2019 1:54 PM
**To:** Glass, Tyler <Tyler.Glass@firstdata.com>
**Cc:** Thomson, Di H. <Di.Thomson@firstdata.com>; Kasner, Martin <Martin.Kasner@firstdata.com>; Salvi, Jasmine M <JASMINE.SALVI@firstdata.com>; Park, Michael (BAMS) <Michael.Park@bankofamericamerchant.com>
**Subject:** RE: Response required by 2/13 - Notification of Merchant Closure Request - BUYLUXADDITIVES and USA TECHNOLOGY SERVICES LLC

Tyler

See below.   These 2 are part of RAGING BULL.COM

**From:** Salvi, Jasmine M <JASMINE.SALVI@firstdata.com>
**Sent:** Thursday, February 14, 2019 1:32 PM
**To:** Park, Michael (BAMS) <Michael.Park@bankofamericamerchant.com>; BAMSSBS <BAMSSBS@bankofamericamerchant.com>; Kasner, Martin <Martin.Kasner@firstdata.com>; Roach, Kevin R. <Kevin.Roach@firstdata.com>; Pappas, Daniel M. <Daniel.Pappas@firstdata.com>
**Cc:** Thomson, Di H. <Di.Thomson@firstdata.com>; Breier, Brandon <Brandon.Breier@firstdata.com>
**Subject:** RE: Response required by 2/13 - Notification of Merchant Closure Request - BUYLUXADDITIVES and USA TECHNOLOGY SERVICES LLC

Thanks. The locations are monitored by our PR partners. I have added  them to assist.

Marty/Kevin/Daniel- Please assist with the below. The Discover disentitlement is being handle by BAMS. Discover is advising these relationships were terminate by another acquirer for violation of standards.

**Jasmine Salvi**
Director- Risk Monitoring
First Data, 3975 NW 120th Ave, Coral Springs, FL 33065
Office: 954-845-4912

CONFIDENTIAL TREATMENT REQUESTED

**Attachment JJJJ**

10417905-FISV-001789

**PX 27, 2831**

Jasmine.Salvi@firstdata.com | firstdata.com

# First Data.

**From:** Park, Michael (BAMS) <Michael.Park@bankofamericamerchant.com>
**Sent:** Thursday, February 14, 2019 11:29 AM
**To:** BAMSSBS <BAMSSBS@bankofamericamerchant.com>
**Cc:** Salvi, Jasmine M <JASMINE.SALVI@firstdata.com>; Thomson, Di H. <Di.Thomson@firstdata.com>; Breier, Brandon <Brandon.Breier@firstdata.com>; Park, Michael (BAMS) <Michael.Park@bankofamericamerchant.com>
**Subject:** FW: Response required by 2/13 - Notification of Merchant Closure Request - BUYLUXADDITIVES and USA TECHNOLOGY SERVICES LLC
**Importance:** High

SBS Team, please remove Discover entitlement for the two accounts listed below, as soon as possible, and advise when completed.

Risk team, please review these merchants as previously being terminated by another acquirer for Violation of Standards and advise if additional action should be taken on behalf of BAMS.   Please note they have the same address.



1) ▮▮▮▮▮▮▮▮ BIOTECHBREAKOUTS.COM 855-590-7694 NH, 62 Calef Highway #233, Lee, NH 03861 BAMS
▮▮▮▮

2) ▮▮▮▮▮▮▮▮ PENNYPRO.COM 855-977-0947 NH855-977-0947 NH, 62 Calef Highway #233, Lee, NH 03861
BAMS ▮▮▮▮

Thank you,

Michael J Park
Payment Network Compliance Risk Manager
717-451-6689 o/c
Michael.Park@bankofamericamerchant.com

**Bank of America** 〉〉〉 Merchant Services

**From:** NetworkFraud [mailto:networkfraud@discover.com]
**Sent:** Thursday, February 14, 2019 10:46 AM
**To:** Park, Michael (BAMS); NetworkFraud; Anna Huntzinger
**Cc:** Nindi Grewal; George Ferrante
**Subject:** RE: Response required by 2/13 - Notification of Merchant Closure Request - BUYLUXADDITIVES and USA TECHNOLOGY SERVICES LLC
**Importance:** High

Good morning,

Discover acceptance should be terminated regardless, as this merchant has attributes linked to a merchant account that was closed by another acquirer for a Violation of Standards.

Thank you,

CONFIDENTIAL TREATMENT REQUESTED

**George Ferrante** | Payment Services Risk Management
Compliance Control Specialist, Transaction Monitoring
2500 Lake Cook Road, Riverwoods IL 60015
P: 224.405.0673
georgeferrante@discover.com


GLOBAL NETWORK

**From:** Park, Michael (BAMS) [mailto:Michael.Park@bankofamericamerchant.com]
**Sent:** Tuesday, February 12, 2019 2:53 PM
**To:** NetworkFraud <networkfraud@discover.com>; Anna Huntzinger <annahuntzinger@discover.com>
**Cc:** Nindi Grewal <amanindergrewal@discover.com>
**Subject:** [EXTERNAL] RE: Response required by 2/13 - Notification of Merchant Closure Request - BUYLUXADDITIVES and USA TECHNOLOGY SERVICES LLC

**CAUTION EXTERNAL EMAIL**
**DO NOT open attachments or click on links from unknown senders or unexpected emails.**

HI George, I will have our risk team review, although we might need a week or so.   Unless you just want us to terminate Discover acceptance regardless.   Let me know.

Michael J Park
Payment Network Compliance Risk Manager
717-451-6689 o/c
Michael.Park@bankofamericamerchant.com

**Bank of America** Merchant Services

**From:** NetworkFraud [mailto:networkfraud@discover.com]
**Sent:** Tuesday, February 12, 2019 12:08 PM
**To:** Park, Michael (BAMS); NetworkFraud; Anna Huntzinger
**Cc:** Nindi Grewal
**Subject:** RE: Response required by 2/13 - Notification of Merchant Closure Request - BUYLUXADDITIVES and USA TECHNOLOGY SERVICES LLC

Hello,

I don't have details, only that the merchants were closed under another acquirer due to violation of the Acquirer Operating Regulation (Appendix E) and reboarded with Banc of America Merchant Services.

Thank you in advance for your assistance and we look forward to your response.

Payment Services Transaction Monitoring


GLOBAL NETWORK

The information contained in this communication is confidential, is intended only for the use of the recipient named above and may be privileged.

Dissemination, distribution or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender by return e-mail and delete the original.

Thank you,

**George Ferrante** | Payment Services Risk Management
Compliance Control Specialist, Transaction Monitoring
2500 Lake Cook Road, Riverwoods IL 60015
P: 224.405.0673
georgeferrante@discover.com



**From:** Park, Michael (BAMS) [mailto:Michael.Park@bankofamericamerchant.com]
**Sent:** Tuesday, February 12, 2019 9:58 AM
**To:** NetworkFraud <networkfraud@discover.com>; Anna Huntzinger <annahuntzinger@discover.com>
**Cc:** Nindi Grewal <amanindergrewal@discover.com>; George Ferrante <georgeferrante@discover.com>
**Subject:** [EXTERNAL] RE: Response required by 2/13 - Notification of Merchant Closure Request - BUYLUXADDITIVES and USA TECHNOLOGY SERVICES LLC

### CAUTION EXTERNAL EMAIL
### DO NOT open attachments or click on links from unknown senders or unexpected emails.

Good Morning, would you have any further information on why they were closed?

Michael J Park
Payment Network Compliance Risk Manager
717-451-6689 o/c
Michael.Park@bankofamericamerchant.com

**Bank of America** ≋ Merchant Services

**From:** NetworkFraud [mailto:networkfraud@discover.com]
**Sent:** Tuesday, February 12, 2019 10:56 AM
**To:** Anna Huntzinger; Park, Michael (BAMS); BAMSCompliance; Linton, Shannon (BAMS)
**Cc:** Nindi Grewal; George Ferrante; NetworkFraud
**Subject:** Response required by 2/13 - Notification of Merchant Closure Request - BUYLUXADDITIVES and USA TECHNOLOGY SERVICES LLC

Confidential - Restrict Distribution

Hello Banc of America Merchant Services:

**REASON FOR NOTIFICATION:  Merchant was closed with previous acquirer for Violation of Standards**

We recently identified the below account(s) that have ownership attributes linked to a merchant account that was closed by another acquirer for a Violation of Standards. Due to these circumstances, please terminate merchant acceptance.

**Attachment JJJJ**          **PX 27, 2834**

NOTE: If you have evidence that suggests that the merchant(s) below should not be considered for termination, please respond to this notice with additional information to support your claim.

Merchant Account(s):

1)  ████████████, BIOTECHBREAKOUTS.COM 855-590-7694 NH, 62 Calef Highway #233, Lee, NH 03861
2)  ████████████, PENNYPRO.COM 855-977-0947 NH855-977-0947 NH, 62 Calef Highway #233, Lee, NH 03861

*Action Required*

1.  Terminate the merchant account(s) due to violation of the Acquirer Operating Regulation (Appendix E)

2.  Immediately terminate Discover acceptance and provide us with a date of closure for the account by 1/24/19. Closure dates for accounts should be e-mailed to: NetworkFraud@discover.com

If you have questions regarding this notification, please contact NetworkFraud@discover.com.

Thank you in advance for your assistance and we look forward to your response.

Payment Services Transaction Monitoring



The information contained in this communication is confidential, is intended only for the use of the recipient named above and may be privileged. Dissemination, distribution or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender by return e-mail and delete the original.

===

This message w/attachments (message) is intended solely for the use of the intended recipient(s) and may contain information that is privileged, confidential or proprietary. If you are not an intended recipient, please notify the sender, and then please delete and destroy all copies and attachments, and be advised that any review or dissemination of, or the taking of any action in reliance on, the information contained in or attached to this message is prohibited.

Unless specifically indicated, this message is not an offer to sell or a solicitation of any products or services, an official confirmation of any transaction, or an official statement of Sender. Subject to applicable law, Sender may intercept, monitor, review and retain e-communications (EC) traveling through its networks/systems and may produce any such EC to regulators, law enforcement, in litigation and as required by law.

The laws of the country of each sender/recipient may impact the handling of EC, and EC may be archived, supervised and produced in countries other than the country in which you are located. This message cannot be guaranteed to be secure or free of errors or viruses.

References to "Sender" are references to any subsidiary of Banc of America Merchant Services, LLC. Banc of America Merchant Services, LLC is not a bank, does not offer bank deposits, and its services are not guaranteed or insured by the FDIC or any other governmental agency. Attachments that are part of this EC may have additional important disclosures and disclaimers, which you should read.

CONFIDENTIAL TREATMENT REQUESTED

**Attachment JJJJ**   **PX 27, 2835**

| | |
|---|---|
| **From:** | Glass, Tyler(/O=FDC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GLASS, TYLER, FC9LR7889E) |
| **To:** | Credit Bank Of America |
| **CC:** | |
| **BCC:** | |
| **Subject:** | RAGING BULL.COM - A Merchant Review requires your approval |
| **Sent:** | 04/30/2019 11:46:50 AM +0100 (GMT) |
| **Attachments:** | BAMS - RAGING_BULL_COM - ABBR.xlsx; |

The Merchant Review for RAGING BULL.COM below was forwarded for your approval and requires your immediate attention.

Until you are able to gain access through the FDC VPN, we have attached a copy of the Periodic Review Write-up along with the FDC Credit Signor comments. If you are in agreement with the credit signor comments, then there is no need to respond to this e-mail. However, if you have additional comments then please respond to this e-mail and be sure to include your comments so that they can be recorded by the Periodic Review analyst.

In order to record your comments we will require a response before 30 calendar days for red folders and before 90 days for non red folder account. Failure to respond this e-mail with your comments and within these timeframe it will be simply noted in our system that you have not responded and we have assumed that you are in agreement with our comments for which a confirmation e-mail shall be generated.

If you are able gain access to the FDC VPN, then please click the link below to access the review and submit your recommendation. Thank you for your cooperation.

| Relationship Number | Legal Name | |
|---|---|---|
| | RAGING BULL.COM | Approval Record |

| | | | |
|---|---|---|---|
| **Review Importance:** | RED FOLDER | **Reply To:** | Reply To Glass, Tyler (tglass) |
| **Relationship Number:** | | **Clearing:** | 098 - Bank of America |
| **DBA Name:** | WWW.JASONBONDPICKS.COM | **Alliance:** | FDCS - Banc of America Merchant Services |
| **Legal Name:** | RAGING BULL.COM | **Marker:** | BAMS - 890 |
| **Reporting Sic:** | 5964 - INTERNET | **Credit Rating:** | D+ |
| **Risk Rating:** | III | **CA Amount:** | 11,750,000.00 |
| **Reserve Amount:** | 501,096.00 | **Current Risk:** | 4,808,280.82 |
| **Risk Owner:** | Shared | **Review Date:** | 4/30/2019 |

**PRW Approval**

**Tyler Glass - Credit Officer**

| Action: | User: | Date: |
|---|---|---|
| Approved As Is | Glass, Tyler (tglass) | 4/24/2019 |

**Comments:**

Jason Bond is an individual who has made a fortune on Wallstreet with his investment picks operates website www.JasonBondPicks that you can become a member and receive trade and stock tips. There is a quarterly or annual subscription. - Merchant YTD processing grew to $36.8M with an AT of $728, and activity history shows an acceptable credit ratio of 2.62%. However, a CB issue with ratio of 4%. $500K LOC as collateral. - Bank: Merchant no longer has a bank account with BofA as the bank decided to exit the relationship - Merchant ran a big promo in December that caused sales to spike more than double its monthly average. When sales normalized in Jan, the CB rate jumped up to 7.6% but has since decreased each month with a ratio of 3.6% in April. - BAMS and JV have had a call with the merchant every 1-1.5 months to discuss the chargeback issue. Analyst scheduling another call with the merchant in early May. Recommend to maintain rating and cycle. Continue working with merchant to reduce chargeback levels.

**Follow up:**

.

| Followup Priority: | Followup Due Date: |
|---|---|
| . | . |

**Ed Wang - FDMS SCO**

| Action: | User: | Date: |
|---|---|---|
| Approve With Followups | Wang, Ed (EWANG) | 4/28/2019 |

**Comments:**

I remain concerned with the Cb levels and reputational concerns for the JV and bank. Agree there is comfort with the internally prepared financials that show strong profits, but now that the bank has decided to exit the treasury relationship, we need to discuss with bams what is bams position.

**Follow up:**

CONFIDENTIAL TREATMENT REQUESTED

10417905-FISV-001892

**Attachment JJJJ**    **PX 27, 2836**

Call with barns JV to include Ed. To decide next steps.

**Followup Priority:**
High

**Followup Due Date:**
5/16/2019

**Acknowledgement**

**Tyler Glass - Analyst**

**Action:**
Acknowledged

**User:**
Glass, Tyler (tglass)

**Date:**
4/29/2019

**Comments:**
.

**Follow up:**
.

**Followup Priority:**
.

**Followup Due Date:**
.

**Alliance Bank Approval**

**BAMS Alliance BAMS Alliance - Alliance Bank Signor**

**Action:**
.

**User:**
.

**Date:**
.

**Comments:**
.

**Follow up:**
.

**Followup Priority:**
.

**Followup Due Date:**
.

| | |
|---|---|
| **From:** | Glass, Tyler(/O=FDC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GLASS, TYLER, FC9LR7889E) |
| **To:** | Credit Bank Of America |
| **CC:** | |
| **BCC:** | |
| **Subject:** | RAGING BULL.COM - A Merchant Review requires your approval |
| **Sent:** | 05/15/2019 11:46:09 AM +0100 (GMT) |
| **Attachments:** | BAMS - RAGING_BULL_COM - ABBR (6).xlsx; Raging Bull EFMS.JPG; |

The Merchant Review for RAGING BULL.COM below was forwarded for your approval and requires your immediate attention.

Until you are able to gain access through the FDC VPN, we have attached a copy of the Periodic Review Write-up along with the FDC Credit Signor comments. If you are in agreement with the credit signor comments, then there is no need to respond to this e-mail. However, if you have additional comments then please respond to this e-mail and be sure to include your comments so that they can be recorded by the Periodic Review analyst.

In order to record your comments we will require a response before 30 calendar days for red folders and before 90 days for non red folder account. Failure to respond this e-mail with your comments and within these timeframe it will be simply noted in our system that you have not responded and we have assumed that you are in agreement with our comments for which a confirmation e-mail shall be generated.

If you are able gain access to the FDC VPN, then please click the link below to access the review and submit your recommendation. Thank you for your cooperation.

| Relationship Number | Legal Name | |
|---|---|---|
| █████████ | RAGING BULL.COM | Approval Record |

| | | | | |
|---|---|---|---|---|
| **Review Importance:** | RED FOLDER | **Reply To:** | Reply To Glass, Tyler (tglass) |
| **Relationship Number:** | ████████ | **Clearing:** | 098 - Bank of America |
| **DBA Name:** | WWW.JASONBONDPICKS.COM | **Alliance:** | FDCS - Banc of America Merchant Services |
| **Legal Name:** | RAGING BULL.COM | **Marker:** | BAMS - 890 |
| **Reporting Sic:** | 5964 - INTERNET | **Credit Rating:** | D+ |
| **Risk Rating:** | III | **CA Amount:** | 11,750,000.00 |
| **Reserve Amount:** | 501,096.00 | **Current Risk:** | 4,465,483.77 |
| **Risk Owner:** | Shared | **Review Date:** | 7/31/2019 |

**PRW Approval**

**Tyler Glass - Credit Officer**

| Action: | User: | Date: |
|---|---|---|
| Approved As Is | Glass, Tyler (tglass) | 5/10/2019 |

**Comments:**

RagingBull.com is a service for active traders looking for stock picks, ideas, education, etc. The company operates a few websites with focuses on different markets/strategies. Most recent review attached. Financial profile is very stable with large profits, little debt, and plenty of cash/liquidity. We have a $500K LOC on file. The issue with this merchant has been chargebacks. YTD CB ratio by volume is 4%. About 50% of that has been reversed. We have had calls with the merchant every month or so for about a year to try and help them decrease their chargeback volume. They have brought in different fraud prevention teams to help, made changes to some of the policies and procedures, and started issuing refunds more liberally to try and alleviate some of the CBs. The merchant does seem willing and dedicated to fixing the problem. Over time we started to see some improvement from July 2018 - December 2018 as the CB ratio consistently decreased from 6% to 2.4%. However, in December the merchant has a big holiday sale which spiked volume to nearly double what we have seen in one month. Inherently, the CB rate spike in the following couple of months. There is no bank relationship as the bank recently decided to exit the relationship. When we tried to find out why, the bank did not want to share details and our contacts at the merchant did not understand/explain why either. Recommending to escalate account to different parties to try and come together on a strategy.

**Follow up:**

.

| Followup Priority: | Followup Due Date: |
|---|---|
| | |

**Ed Wang - FDMS SCO**

| Action: | User: | Date: |
|---|---|---|
| Approve With Followups | Wang, Ed (EWANG) | 5/14/2019 |

**Comments:**

Per call with Jennifer last week, the concerns remain with the CB levels that has not improved. Cb levels per dollar and transactions remains in

**Attachment JJJJ**          **PX 27, 2838**

the 3%-5% range. Further, the bank decided to terminate the treasury relationship. There is comfort with the financials that show a stable business, not these are internally prepared. Can we obtain audited financials - do the have? Jennifer, can you please loop in Cindy on this one again and even Bob or Mike at this juncture. We need more eyes on this one from bams. My concern is the reputational aspect of the risks. We continue to process for a merchant that has high disputes. The bank got out the dda relationship. Was there concern from the bank on a reputational front? Should bams be concerned?

**Follow up:**

Please review with Bob for his thoughts on next steps. CB issue remains. Bank existed dda relationship.

| Followup Priority: | Followup Due Date: |
|---|---|
| High | 6/6/2019 |

## Acknowledgement

### Tyler Glass - Analyst

| Action: | User: | Date: |
|---|---|---|
| Acknowledged | Glass, Tyler (tglass) | 5/14/2019 |

**Comments:**

.

**Follow up:**

.

| Followup Priority: | Followup Due Date: |
|---|---|
| . | . |

## Alliance Bank Approval

### BAMS Alliance BAMS Alliance - Alliance Bank Signor

| Action: | User: | Date: |
|---|---|---|
| . | . | . |

**Comments:**

.

**Follow up:**

.

| Followup Priority: | Followup Due Date: |
|---|---|
| . | . |

CONFIDENTIAL TREATMENT REQUESTED

**Attachment JJJJ**

**PX 27, 2839**

| | |
|---|---|
| **From:** | Fontana, Thomas (BAMS)/(O=FDC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FONTANA, THOMAS, F7J1PZI5BD) |
| **To:** | Bottari, Robert (BAMS) |
| **CC:** | |
| **BCC:** | |
| **Subject:** | RE: RAGING BULL.COM - Possible Termination |
| **Sent:** | 06/13/2019 08:44:36 PM +0100 (GMT) |
| **Attachments:** | |

If we lose any money here it because we didn't do appropriate due diligence. There is so much negative on this guy, I wonder how we ever approved him. Is this Small Business AA?

**From:** Bottari, Robert (BAMS) <Robert.Bottari@bankofamericamerchant.com>
**Sent:** Thursday, June 13, 2019 3:10 PM
**To:** Fontana, Thomas (BAMS) <Thomas.Fontana@bankofamericamerchant.com>
**Subject:** RAGING BULL.COM - Possible Termination

OK…. It's been a day. So this merchant is in PR. The bank exited the relationship but did not give us a reason (but we thought it was an AML person). CB rate is around 5% over the last year… they tried to reduce it using 2 different vendors but the rate is creeping up (and volume is down month to date June). All financials are internally prepared, we have $500K today but the risk is $4M to $10M peak. Our revenue is around $365K.

Fairly damning YouTube video and if this true…. Then the internal financials could be suspect.
https://www.youtube.com/watch?v=KztpaGgvcQs

My opinion….. exit this relationship. They are not in a CB program but I can see being a reputational issue and if this gets shut down our $500K is not covering the risk.

Thoughts?

**From:** Glass, Tyler <Tyler.Glass@firstdata.com>
**Sent:** Thursday, June 13, 2019 2:57 PM
**To:** Wang, Ed <Ed.Wang@firstdata.com>; Coleman, Jennifer (BAMS) <Jennifer.Coleman@bankofamericamerchant.com>; Jordan, Cynthia (BAMS) <CYNTHIA.JORDAN@bankofamericamerchant.com>; Bottari, Robert (BAMS) <Robert.Bottari@bankofamericamerchant.com>
**Cc:** Credit Bank Of America <JV_Credit@bankofamericamerchant.com>
**Subject:** RE: RAGING BULL.COM - A Merchant Review requires your approval

Most recent review attached and comments below.

### Credit Officer - Tyler Glass

| Action: | User: | Date: |
|---|---|---|
| Approved As Is ▼ | Tyler Glass | 5/10/2019 3:16:00 PM |

Comments:
RagingBull.com is a service for active traders looking for stock picks, ideas, education, etc. The company operates a few websites with focuses on different markets/strategies.

Most recent review attached. Financial profile is very stable with large profits, little debt, and plenty of cash/liquidity. We have a $500K LOC on file.

The issue with this merchant has been chargebacks. YTD CB ratio by volume is 4%. About 50% of that has been reversed.

We have had calls with the merchant every month or so for about a year to try and help them decrease their chargeback volume. They have brought in different fraud prevention teams to help, made changes to some of the policies and procedures, and started issuing refunds more liberally to try and alleviate some of the CBs. The merchant does seem willing and dedicated to fixing the problem.

Over time we started to see some improvement from July 2018 - December 2018 as the CB ratio consistently decreased from 6% to 2.4%.

However, in December the merchant has a big holiday sale which spiked volume to nearly double what we have seen in one month. Inherently, the CB rate spike in the following couple of months.

There is no bank relationship as the bank recently decided to exit the relationship. When we tried to find out why, the bank did not want to share details and our contacts at the merchant did not understand/explain why either.

Recommending to escalate account to different parties to try and come together on a strategy.

| Save | | Locked |
|---|---|---|

### FDMS SCO - Ed Wang

| Action: | User: | Date: |
|---|---|---|
| Approve With Followups ▼ | Ed Wang | 5/14/2019 12:45:00 PM |

Comments:
Per call with Jennifer last week, the concerns remain with the CB levels that has not improved.
Cb levels per dollar and transactions remains in the 3%-5% range.
Further, the bank decided to terminate the treasury relationship.
There is comfort with the financials that show a stable business, not these are internally prepared.
Can we obtain audited financials - do the have?

Jennifer, can you please loop in Cindy on this one again and even Bob or Mike at this juncture. We need more eyes on this one from bams. My concern is the reputational aspect of the risks. We continue to process for a merchant that has high disputes. The bank got out the dda relationship. Was there concern from the bank on a reputational front? Should bams be concerned?

Follow up:
Please review with Bob for his thoughts on next steps. CB issue remains. Bank existed dda relationship.

**From:** Wang, Ed <Ed.Wang@firstdata.com>
**Sent:** Thursday, June 13, 2019 2:42 PM
**To:** Coleman, Jennifer (BAMS) <Jennifer.Coleman@bankofamericamerchant.com>; Jordan, Cynthia (BAMS) <CYNTHIA.JORDAN@bankofamericamerchant.com>; Bottari, Robert (BAMS) <Robert.Bottari@bankofamericamerchant.com>
**Cc:** Credit Bank Of America <JV_Credit@bankofamericamerchant.com>; Glass, Tyler <Tyler.Glass@firstdata.com>

CONFIDENTIAL TREATMENT REQUESTED

10417905-FISV-003190

**Attachment JJJJ**     **PX 27, 2840**

**Subject:** RE: RAGING BULL.COM - A Merchant Review requires your approval

| Save | | Download Risk Report | | Download to Excel | |

### Sales, Chargeback and Credit Stats (USD)

Ratio's Calculated by:
◉ Volume ($)  ○ Items (#)

| Month | Sales, Items | Sales, Volume | Credits, Items | Credits, Volume | Chargebacks, Items | Chargebacks, Volume | Monthly Credit Ratio-$ | Monthly Chargeback Ratio-$ | Avg. Sales Ticket | Avg. Credit | Avg. Chargeback |
|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| May 19 | 1,916 | 1,316,975 | 201 | 143,533 | 67 | 75,889 | 10.89870 % | 5.76240 % | 687.36 | 714.10 | 1,132.67 |
| Apr 19 | 2,995 | 2,475,586 | 207 | 158,638 | 99 | 83,717 | 6.40810 % | 3.38170 % | 826.57 | 766.37 | 845.63 |
| Mar 19 | 3,373 | 2,798,146 | 170 | 140,786 | 140 | 135,418 | 5.03140 % | 4.83950 % | 829.57 | 828.15 | 967.27 |
| Feb 19 | 4,308 | 2,791,951 | 130 | 87,708 | 184 | 151,780 | 3.14150 % | 5.43630 % | 648.09 | 674.68 | 824.89 |
| Jan 19 | 5,492 | 3,618,794 | 161 | 163,500 | 229 | 275,465 | 4.51810 % | 7.61260 % | 658.92 | 1,015.53 | 1,202.90 |
| Dec 18 | 5,070 | 7,215,296 | 142 | 158,721 | 168 | 174,263 | 2.19980 % | 2.41520 % | 1,423.14 | 1,117.75 | 1,037.28 |
| Nov 18 | 4,016 | 3,718,412 | 134 | 89,129 | 110 | 107,354 | 2.39700 % | 2.88710 % | 925.90 | 665.14 | 975.94 |
| Oct 18 | 8,059 | 3,172,581 | 210 | 160,851 | 98 | 82,132 | 5.07000 % | 2.58860 % | 393.67 | 765.95 | 838.08 |
| Sep 18 | 3,662 | 2,159,970 | 33 | 20,783 | 101 | 81,423 | 0.96220 % | 3.76960 % | 559.29 | 629.79 | 806.16 |
| Aug 18 | 2,804 | 2,293,669 | 60 | 42,255 | 109 | 88,735 | 1.84220 % | 3.86870 % | 818.00 | 704.24 | 814.08 |
| Jul 18 | 2,538 | 1,877,316 | 45 | 43,090 | 127 | 113,730 | 2.29530 % | 6.05810 % | 739.68 | 957.56 | 895.51 |
| Jun 18 | 3,912 | 2,134,245 | 22 | 15,923 | 105 | 82,625 | 0.74610 % | 3.87140 % | 545.56 | 723.77 | 786.91 |

**From:** Wang, Ed
**Sent:** Thursday, June 13, 2019 2:34 PM
**To:** Coleman, Jennifer (BAMS); Jordan, Cynthia (BAMS); Bottari, Robert (BAMS)
**Cc:** Credit Bank Of America; Glass, Tyler
**Subject:** RE: RAGING BULL.COM - A Merchant Review requires your approval

Just watched this video on the merchant.  Not exactly a positive review.

https://www.youtube.com/watch?v=KztpaGgvcQs

**From:** Coleman, Jennifer (BAMS)
**Sent:** Wednesday, June 12, 2019 9:47 AM
**To:** Jordan, Cynthia (BAMS); Bottari, Robert (BAMS)
**Cc:** Credit Bank Of America; Wang, Ed; Glass, Tyler
**Subject:** RE: RAGING BULL.COM - A Merchant Review requires your approval

Bob/Cindy,
Just wanted to remind you of what we need to discuss on the call coming up tomorrow.  Any feedback ahead of time would be greatly appreciated and may assist in tomorrow's discussion.

Thank you,
Jennifer Coleman
AVP, Credit Manager
Risk and Compliance, Bank of America Merchant Services
805 N. Whittington Pkwy, Ste 150, Louisville, KY  40222
Direct: 502.380.9222  Mobile: 502.310.8695  Fax: 502.329.4924
jennifer.coleman@bankofamericamerchant.com

**From:** Coleman, Jennifer (BAMS) <Jennifer.Coleman@bankofamericamerchant.com>
**Sent:** Wednesday, May 22, 2019 11:11 AM
**To:** Jordan, Cynthia (BAMS) <CYNTHIA.JORDAN@bankofamericamerchant.com>; Bottari, Robert (BAMS) <Robert.Bottari@bankofamericamerchant.com>
**Cc:** Credit Bank Of America <JV_Credit@bankofamericamerchant.com>; Wang, Ed <Ed.Wang@firstdata.com>; Glass, Tyler <Tyler.Glass@firstdata.com>
**Subject:** RE: RAGING BULL.COM - A Merchant Review requires your approval

Bob/Cindy,
We need to circle back on this relationship.  PR and I had a call back on May 10 and decided we need a fresh perspective on this relationship since there is a case for both maintaining this relationship as well as exiting.

The biggest concern is the consistently high c/b rate ranging from 2-7% over the past year, though the merchant has taken several steps to combat this.  Most of it is friendly c/b due to the company's recurring payment model whereby the c/b opts to c/b the monthly fee rather than simply calling to cancel the subscription.  Several tools have been put into place and the merchant was showing improvement for a couple months until earlier this year when c/b went back up following a promotion in Nov/Dec which spiked sales.  The continue to put tools into place and some improvement has again been seen the past month or two.

The issue is whether we continue to work with the merchant since they are very genuine in wanting to reduce c/b, but with the bank exiting the relationship, there is still cause for concern.  BAMS makes about $365K annually on this relationship, so it is still good business, but it is a high maintenance relationship.

We would like to set up another internal call to discuss further and determine a strategy before setting a call up with the merchant.

Please advise.

Thank you,
Jennifer Coleman

CONFIDENTIAL TREATMENT REQUESTED  10417905-FISV-003191

**Attachment JJJJ**    PX 27, 2841

AVP, Credit Manager
Risk and Compliance, Bank of America Merchant Services
805 N. Whittington Pkwy, Ste 150, Louisville, KY  40222
Direct: 502.380.9222   Mobile: 502.310.8695   Fax: 502.329.4924
Jennifer.coleman@bankofamericamerchant.com

-----Original Appointment-----
**From:** Glass, Tyler <Tyler.Glass@firstdata.com>
**Sent:** Wednesday, May 8, 2019 5:00 PM
**To:** Glass, Tyler; Credit Bank Of America; Coleman, Jennifer (BAMS); Wang, Ed
**Subject:** RAGING BULL.COM - A Merchant Review requires your approval
**When:** Friday, May 10, 2019 1:30 PM-2:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Dial in: (877) 304-0076 with PW: 1474251

Hello Ed and Jennifer,

Per below and prior approvals, I am scheduling an internal call to discuss next steps for Raging Bull.

This Friday at 1:30PM EST. Calendars said no conflicts but let me know if we need to adjust the time.

Thank you,
Tyler Glass

---

**From:** Coleman, Jennifer (BAMS) <Jennifer.Coleman@bankofamericamerchant.com> **On Behalf Of** Credit Bank Of America
**Sent:** Wednesday, May 8, 2019 4:47 PM
**To:** Glass, Tyler <Tyler.Glass@firstdata.com>; Credit Bank Of America <JV_Credit@bankofamericamerchant.com>
**Subject:** RE: RAGING BULL.COM - A Merchant Review requires your approval

BAMS concurs with maintaining as is for now with D+ credit rating and quarterly review cycle, but agree that we should follow-up to discuss new developments internally before discussing with the merchant, with the last call having taken place on 3/12/19.  We need to continue the open dialogue with the merchant, with the last call having taken place on 3/12/19.  We are due to have another discussion with the merchant, so the sooner we discuss internally the better.

Thank you,
Jennifer Coleman
AVP, Credit Manager
Risk and Compliance, Bank of America Merchant Services
805 N. Whittington Pkwy, Ste 150, Louisville, KY  40222
Direct: 502.380.9222   Mobile: 502.310.8695   Fax: 502.329.4924
Jennifer.coleman@bankofamericamerchant.com

**From:** Glass, Tyler <tyler.glass@firstdata.com>
**Sent:** Tuesday, April 30, 2019 6:47 AM
**To:** Credit Bank Of America <JV_Credit@bankofamericamerchant.com>
**Subject:** RAGING BULL.COM - A Merchant Review requires your approval
**Importance:** High

The Merchant Review for RAGING BULL.COM below was forwarded for your approval and requires your immediate attention.

Until you are able to gain access through the FDC VPN, we have attached a copy of the Periodic Review Write-up along with the FDC Credit Signor comments. If you are in agreement with the credit signor comments, then there is no need to respond to this e-mail. However, if you have additional comments then please respond to this e-mail and be sure to include your comments so that they can be recorded by the Periodic Review analyst.

In order to record your comments we will require a response before 30 calendar days for red folders and before 90 days for non red folder account. Failure to respond this e-mail with your comments and within these timeframe it will be simply noted in our system that you have not responded and we have assumed that you are in agreement with our comments for which a confirmation e-mail shall be generated.

If you are able gain access to the FDC VPN, then please click the link below to access the review and submit your recommendation. Thank you for your cooperation.

| Relationship Number | Legal Name | |
|---|---|---|
| ▇▇▇▇▇▇▇ | RAGING BULL.COM | Approval Record |

| | | | | |
|---|---|---|---|---|
| **Review Importance:** | RED FOLDER | | **Reply To:** | Reply To Glass, Tyler (tglass) |
| **Relationship Number:** | ▇▇▇▇▇▇▇ | | **Clearing:** | 098 - Bank of America |
| **DBA Name:** | WWW.JASONBONDPICKS.COM | | **Alliance:** | FDCS - Banc of America Merchant Services |
| **Legal Name:** | RAGING BULL.COM | | **Marker:** | BAMS - 890 |
| **Reporting Sic:** | 5964 - INTERNET | | **Credit Rating:** | D+ |
| **Risk Rating:** | III | | **CA Amount:** | 11,750,000.00 |
| **Reserve Amount:** | 501,096.00 | | **Current Risk:** | 4,808,280.82 |
| **Risk Owner:** | Shared | | **Review Date:** | 4/30/2019 |

**PRW Approval**

**Attachment JJJJ**          **PX 27, 2842**

**Tyler Glass – Credit Officer**

**Action:**
Approved As Is

**User:**
Glass, Tyler (tglass)

**Date:**
4/24/2019

**Comments:**
Jason Bond is an individual who has made a fortune on Wallstreet with his investment picks operates website www.JasonBondPicks that you can become a member and receive trade and stock tips. There is a quarterly or annual subscription. - Merchant YTD processing grew to $36.8M with an AT of $728, and activity history shows an acceptable credit ratio of 2.62%. However, a CB issue with ratio of 4%. $500K LOC as collateral. - Bank: Merchant no longer has a bank account with BofA as the bank decided to exit the relationship - Merchant ran a big promo in December that caused sales to spike more than double its monthly average. When sales normalized in Jan, the CB rate jumped up to 7.6% but has since decreased each month with a ratio of 3.6% in April. - BAMS and JV have had a call with the merchant every 1-1.5 months to discuss the chargeback issue. Analyst scheduling another call with the merchant in early May. Recommend to maintain rating and cycle. Continue working with merchant to reduce chargeback levels.

**Follow up:**
-

**Followup Priority:**

**Followup Due Date:**
-

---

**Ed Wang - FDMS SCO**

**Action:**
Approve With Followups

**User:**
Wang, Ed (EWANG)

**Date:**
4/28/2019

**Comments:**
I remain concerned with the Cb levels and reputational concerns for the JV and bank. Agree there is comfort with the internally prepared financials that show strong profits, but now that the bank has decided to exit the treasury relationship, we need to discuss with bams what is bams position.

**Follow up:**
Call with bams JV to include Ed. To decide next steps.

**Followup Priority:**
High

**Followup Due Date:**
5/16/2019

---

**Acknowledgement**

**Tyler Glass – Analyst**

**Action:**
Acknowledged

**User:**
Glass, Tyler (tglass)

**Date:**
4/29/2019

**Comments:**
-

**Follow up:**
-

**Followup Priority:**
-

**Followup Due Date:**
-

---

**Alliance Bank Approval**

**BAMS Alliance BAMS Alliance – Alliance Bank Signor**

**Attachment JJJJ**          **PX 27, 2843**

**Action:**
.

**User:**
.

**Date:**
.

**Comments:**
.

**Follow up:**
.

**Followup Priority:**
.

**Followup Due Date:**
.

CONFIDENTIAL TREATMENT REQUESTED

**Attachment JJJJ**

**PX 27, 2844**

| | |
|---|---|
| **From:** | Kauffman, Melissa (BAMS)(/O=FDC/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS /CN=3FEAECF4-5E3EF523-85256936-5D3D42) |
| **To:** | Williamson, Dale (BAMS) |
| **CC:** | |
| **BCC:** | |
| **Subject:** | RE: Ragingbull.com 372288802880 |
| **Sent:** | 07/17/2019 06:25:32 PM +0100 (GMT) |
| **Attachments:** | |

I don't think this one would qualify. I can confirm with Tim tomorrow and circle back with you.

Melissa Kauffman
VP, Retention, Small Business
Bank of America Merchant Services
T 301.766.2533  C 240.527.9976
melissa.kauffman@bankofamericamerchant.com
**Bank of America** Merchant Services

**From:** Williamson, Dale (BAMS) <Dale.Williamson@bankofamericamerchant.com>
**Sent:** Wednesday, July 17, 2019 1:19 PM
**To:** Kauffman, Melissa (BAMS) <Melissa.Kauffman@bankofamericamerchant.com>
**Subject:** FW: Ragingbull.com 372288802880

Hey Melissa,

Here is another account of Karen's.

From what Karen has been able to find out the Bank closed their bank account in January due to the excessive chargebacks that they had. Merchant Services has been working with them since this time to try and set a plan in place for the excessive chargebacks........The plan has not worked so the merchant was advised that we will also be closing down their merchant account.

Should this be submitted as an exception to have it excluded from Karen??

Ms. Dale Williamson
VP Retention Manager, Small Business
Bank of America Merchant Services
T: 301.766.2521 F: 402.315.5491
Dale.Williamson@bankofamericamerchant.com
https://www.gotomeet.me/DALEWilliamson

**Bank of America** Merchant Services

**From:** Rider, Karen (BAMS) <Karen.Rider@bankofamericamerchant.com>
**Sent:** Wednesday, July 17, 2019 12:40 PM
**To:** Williamson, Dale (BAMS) <Dale.Williamson@bankofamericamerchant.com>
**Subject:** Ragingbull.com 372288802880

Here is a copy of the letter of termination that was sent. This account is #2 in my top 10.

CONFIDENTIAL TREATMENT REQUESTED

10417905-FISV-002704

**Attachment JJJJ**   **PX 27, 2845**

**Karen Rider**
Senior Client Relations Specialist
Small Business Client Segment
Bank of America Merchant Services
karen.rider@bankofamericamerchant.com
Phone: 301-766-2286
Fax : 402-916-8960

**Bank of America** Merchant Services

**From:**      Anthony Bell(anthony@ragingbull.com)
**To:**        Jordan Reyna
**CC:**        Glass, Tyler; Wang, Ed; Bottari, Robert (BAMS); Jordan, Cynthia (BAMS); Gambaro, Michael John (BAMS);
               Michael Bowers
**BCC:**
**Subject:**   Re: [FDC-External]: Re: Raging Bull Follow up
**Sent:**      08/23/2019 05:15:27 PM +0100 (GMT)
**Attachments:**

---

Hey Tyler,

I talked with our support team manager. He said we'll probably process up to 30 refunds over the course of the next 2-3 months.

As a precaution, we have disconnected FD from our sales system. So only refunds and chargebacks should be processing.

Hope this helps.

On Fri, Aug 23, 2019 at 11:47 AM Jordan Reyna <jordan@ragingbull.com> wrote:
> Thanks Tyler. No payments should come through. Thanks for helping us avoid more chargebacks.
>
> Jordan
>
> On Fri, Aug 23, 2019 at 9:27 AM Anthony Bell <anthony@ragingbull.com> wrote:
>> Thanks Tyler,
>>
>> We have no desire to process sales in FD. Just need to process some refunds.
>>
>> On Fri, Aug 23, 2019 at 11:23 AM Glass, Tyler <Tyler.Glass@firstdata.com> wrote:
>>> Hi Anthony,
>>>
>>>
>>> The accounts have been turned back on so you may process credits.
>>>
>>> As an FYI, if any sales are processed, we will capture those funds.
>>>
>>> We will be monitoring the refund activity.
>>>
>>> If you suspect additional refunds (outside of the amount you referenced below) please let us know.
>>>
>>>
>>> Thank you,
>>>
>>> Tyler Glass
>>>
>>> **From:** Anthony Bell <anthony@ragingbull.com>
>>> **Sent:** Thursday, August 22, 2019 9:29 AM
>>> **To:** Wang, Ed <Ed.Wang@firstdata.com>
>>> **Cc:** Glass, Tyler <Tyler.Glass@firstdata.com>; Jordan Reyna <jordan@ragingbull.com>; Bottari, Robert (BAMS)
>>> <Robert.Bottari@bankofamericamerchant.com>; Jordan, Cynthia (BAMS)
>>> <CYNTHIA.JORDAN@bankofamericamerchant.com>; Gambaro, Michael John (BAMS)

---

CONFIDENTIAL TREATMENT REQUESTED                                                    10417905-FISV-004457

**Attachment JJJJ**      **PX 27, 2847**

<michael.gambaro@bankofamericamerchant.com>; Michael Bowers <michaelb@ragingbull.com>
**Subject:** Re: [FDC-External]: Re: Raging Bull Follow up

Hey Ed,

Just wanted to follow up on this.

On Tue, Aug 20, 2019 at 3:24 PM Anthony Bell <anthony@ragingbull.com> wrote:

> We'll probably need to process about 15 this month, no more than 10 in September, and we might have to do 1 or 2 in October. Clients typically reach out for refunds 20-50 days after being charged for their subscription. Processing with FirstData was terminated around 08/05/2019 I believe, so 60 days from that point would be sufficient.

> I estimate we'll need to do around 25 refunds.

On Tue, Aug 20, 2019 at 3:00 PM Wang, Ed <Ed.Wang@firstdata.com> wrote:

> How much in refunds do you expect to process?

> **Ed Wang**

> VP, Credit Risk – Periodic Review

> Office:  212-515-1062 | Mobile: 516-448-2866

> Ed.wang@firstdata.com



> Fiserv | Join Our Team | Twitter | LinkedIn | Facebook

> FORTUNE Magazine **World's Most Admired Companies**® 2014 | 2015 | 2016 | 2017 | 2018 | 2019

> **From:** Anthony Bell <anthony@ragingbull.com>
> **Sent:** Tuesday, August 20, 2019 2:53 PM
> **To:** Glass, Tyler <Tyler.Glass@firstdata.com>
> **Cc:** Jordan Reyna <jordan@ragingbull.com>; Wang, Ed <Ed.Wang@firstdata.com>; Bottari, Robert (BAMS) <Robert.Bottari@bankofamericamerchant.com>; Jordan, Cynthia (BAMS) <CYNTHIA.JORDAN@bankofamericamerchant.com>; Gambaro, Michael John (BAMS) <michael.gambaro@bankofamericamerchant.com>; Michael Bowers <michaelb@ragingbull.com>
> **Subject:** Re: [FDC-External]: Re: Raging Bull Follow up

**Attachment JJJJ**        **PX 27, 2848**

Our new merchant doesn't allow us to process refunds for charges that doesn't occur on their system. If chargebacks can still come out of our account, why can't we issue refunds as well? The people we can't refund will most likely become chargebacks and we'll have to also get hit with the $25 fee. I feel like it makes sense to allow us to process refunds. We have no intention of processing sales through the terminal.

On Tue, Aug 20, 2019 at 2:24 PM Glass, Tyler <Tyler.Glass@firstdata.com> wrote:

Hi Jordan,

Apologies for not getting back to you sooner.

Are you able to process refunds through the new processor?

The accounts were closed in conjunction with the termination.

Thank you,

Tyler Glass

**From:** Jordan Reyna <jordan@ragingbull.com>
**Sent:** Tuesday, August 20, 2019 2:21 PM
**To:** Glass, Tyler <Tyler.Glass@firstdata.com>
**Cc:** Wang, Ed <Ed.Wang@firstdata.com>; Bottari, Robert (BAMS) <Robert.Bottari@bankofamericamerchant.com>; Jordan, Cynthia (BAMS) <CYNTHIA.JORDAN@bankofamericamerchant.com>; Gambaro, Michael John (BAMS) <michael.gambaro@bankofamericamerchant.com>; Anthony Bell <anthony@ragingbull.com>; Michael Bowers <michaelb@ragingbull.com>
**Subject:** Re: [FDC-External]: Re: Raging Bull Follow up

Tyler,

Anything here? Trying to take care of our clients here.

Jordan

On Fri, Aug 16, 2019 at 7:58 AM Jordan Reyna <jordan@ragingbull.com> wrote:

Tyler,

CONFIDENTIAL TREATMENT REQUESTED

10417905-FISV-004459

**Attachment JJJJ**

**PX 27, 2849**

We have moved our incoming transactions off of Payeezy effective 11 days ago. However, we still use payeezy to refund folks occasionally to prevent chargebacks. I see today that all terminals are shut down and that prevents us from refunding and preventing chargebacks. Can we get that turned back on asap? Without it, you'll see an increase in chargebacks and we had no notification that the terminals would be disabled. This is extremely urgent.


Jordan


On Fri, Jul 26, 2019 at 11:20 AM Jordan Reyna <jordan@ragingbull.com> wrote:

> Our goal is to be full off BAMS by August 5, I believe that's our deadline, correct?


On Fri, Jul 26, 2019 at 11:12 AM Glass, Tyler <Tyler.Glass@firstdata.com> wrote:

>> Hi Jordan,

>> Hope you have been well.

>> Just wanted to check in and see how you guys are doing finding a new processor?

>> I see volume is trending downward but wanted to see if you had a timeframe to be fully transitioned.

>> Thank you,

>> Tyler Glass

>> **From:** Jordan Reyna <jordan@ragingbull.com>
>> **Sent:** Tuesday, July 2, 2019 4:00 PM
>> **To:** Glass, Tyler <Tyler.Glass@firstdata.com>
>> **Cc:** Wang, Ed <Ed.Wang@firstdata.com>; Bottari, Robert (BAMS) <Robert.Bottari@bankofamericamerchant.com>; Jordan, Cynthia (BAMS) <CYNTHIA.JORDAN@bankofamericamerchant.com>; Gambaro, Michael John (BAMS) <michael.gambaro@bankofamericamerchant.com>; Anthony Bell <anthony@ragingbull.com>
>> **Subject:** Re: [FDC-External]: Re: Raging Bull Follow up

>> The proper address is the following.

>> RagingBull.com

>> 62 Calef Hwy STE #233

10417905-FISV-004460

**Attachment JJJJ**            **PX 27, 2850**

Lee, NH 03861

Thanks,

Jordan

On Tue, Jul 2, 2019 at 1:49 PM Glass, Tyler <Tyler.Glass@firstdata.com> wrote:

Hello Jordan,

Thank you for taking some time to speak today.

Per our conversation, please find the attached termination letter.

If you have any questions, please feel free to reach out.

Also, can you confirm the address within the attachment is accurate for sending a hard copy of the letter?

Thank you,

Tyler Glass

-----Original Appointment-----
**From:** Glass, Tyler
**Sent:** Friday, June 28, 2019 3:22 PM
**To:** Jordan Reyna; Wang, Ed; Bottari, Robert (BAMS); Jordan, Cynthia (BAMS); Gambaro, Michael John (BAMS)
**Cc:** Anthony Bell
**Subject:** [FDC-External]: Re: Raging Bull Follow up
**When:** Tuesday, July 2, 2019 3:30 PM-4:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Dial in: (877) 304-0076 with PW: 1474251

Hi Jordan,

Tuesday works well.

10417905-FISV-004461

**Attachment JJJJ**          **PX 27, 2851**

I am sending out an invite for 3:30PM EST on Tuesday.

Talk to you then.

Have a good weekend,

Tyler Glass

---

**From:** Jordan Reyna <jordan@ragingbull.com>
**Sent:** Friday, June 28, 2019 10:57 AM
**To:** Glass, Tyler <Tyler.Glass@firstdata.com>
**Cc:** Anthony Bell <anthony@ragingbull.com>; Coleman, Jennifer (BAMS)
<Jennifer.Coleman@bankofamericamerchant.com>
**Subject:** Re: [FDC-External]: Re: Raging Bull Follow up

Early next week is my soonest availability. Let me know if Tuesday or Wednesday works please.

Jordan

On Fri, Jun 28, 2019 at 7:49 AM Glass, Tyler <Tyler.Glass@firstdata.com> wrote:

Hi Jordan,

Just wanted to follow up.

Do you have any availability today for a call?

Thank you,

Tyler Glass

---

**From:** Glass, Tyler
**Sent:** Thursday, June 27, 2019 5:22 PM
**To:** 'Jordan Reyna' <jordan@ragingbull.com>
**Cc:** Anthony Bell <anthony@ragingbull.com>; Coleman, Jennifer (BAMS)
<Jennifer.Coleman@bankofamericamerchant.com>

CONFIDENTIAL TREATMENT REQUESTED

**Attachment JJJJ**          PX 27, 2852

**Subject:** RE: [FDC-External]: Re: Raging Bull Follow up

Hello Jordan,

Would like to set up a call tomorrow to discuss our go-forward strategy.

What time would you be available tomorrow for a call?

Thank you,

Tyler Glass

**From:** Jordan Reyna <jordan@ragingbull.com>
**Sent:** Tuesday, June 18, 2019 10:07 AM
**To:** Glass, Tyler <Tyler.Glass@firstdata.com>
**Cc:** Anthony Bell <anthony@ragingbull.com>; Coleman, Jennifer (BAMS)
<Jennifer.Coleman@bankofamericamerchant.com>
**Subject:** [FDC-External]: Re: Raging Bull Follow up

Tyler,

Thanks for the follow up. WE are making some adjustments in our conversion flow to partially try
and get our chargeback rate now. WE have grown at such a quick rate that we are learning some
lessons along the way. Right now we are focusing on development and tightening our processes
so we can be an outstanding merchant going forward. Thanks for checking in.

Jordan

On Tue, Jun 18, 2019 at 7:40 AM Glass, Tyler <Tyler.Glass@firstdata.com> wrote:

Hello again,

Can either of you explain why volume is down so significantly?

Are you moving to another processor?

Thank you,

Tyler Glass

CONFIDENTIAL TREATMENT REQUESTED

**Attachment JJJJ**

**PX 27, 2853**

**From:** Glass, Tyler
**Sent:** Thursday, June 13, 2019 2:19 PM
**To:** 'Anthony Bell' <anthony@ragingbull.com>
**Cc:** Coleman, Jennifer (BAMS) <Jennifer.Coleman@bankofamericamerchant.com>; Jordan Reyna <jordan@ragingbull.com>
**Subject:** RE: Raging Bull Follow up

Hi Anthony and Jordan,

I noticed that volume on the account is down significantly from previous months. On pace to do about $500K for June.

Is there a reason for the decline in processing?

Thank you,

Tyler Glass

**From:** Anthony Bell <anthony@ragingbull.com>
**Sent:** Wednesday, April 24, 2019 3:09 PM
**To:** Glass, Tyler <Tyler.Glass@firstdata.com>
**Cc:** Coleman, Jennifer (BAMS) <Jennifer.Coleman@bankofamericamerchant.com>; Jordan Reyna <jordan@ragingbull.com>; Kasner, Martin <Martin.Kasner@firstdata.com>
**Subject:** Re: Raging Bull Follow up

Hey Tyler,

Hope all is going well. Pretty much anytime works for me. Regarding financial statements, see attached. The 2018 Tax Return probably wont be ready until July.

On Wed, Apr 24, 2019 at 2:58 PM Glass, Tyler <Tyler.Glass@firstdata.com> wrote:

Hello Anthony,

Just wanted to follow up for the financials requested below.

**Attachment JJJJ**          PX 27, 2854

In addition, I will look to set up another call soon. Probably late next week or the following week. Any times that work best for you guys?

Thank you,

Tyler Glass

**From:** Glass, Tyler
**Sent:** Monday, April 22, 2019 3:43 PM
**To:** 'Anthony Bell' <anthony@ragingbull.com>
**Cc:** Coleman, Jennifer (BAMS) <Jennifer.Coleman@bankofamericamerchant.com>; Jordan Reyna <jordan@ragingbull.com>; Kasner, Martin <Martin.Kasner@firstdata.com>
**Subject:** RE: Raging Bull Follow up

Hi Anthony,

Can you please forward Q1 2019 financials?

Also, are the tax returns for 2018 available yet?

Thank you,

Tyler Glass

**From:** Anthony Bell <anthony@ragingbull.com>
**Sent:** Wednesday, March 27, 2019 9:53 AM
**To:** Glass, Tyler <Tyler.Glass@firstdata.com>
**Cc:** Coleman, Jennifer (BAMS) <Jennifer.Coleman@bankofamericamerchant.com>; Jordan Reyna <jordan@ragingbull.com>; Kasner, Martin <Martin.Kasner@firstdata.com>
**Subject:** Re: Raging Bull Follow up

Hey Tyler,

I have attached the 2018 Balance Sheet and Income Statement. The 2018 Tax Return will not be completed for a couple months.

10417905-FISV-004465

**Attachment JJJJ**          **PX 27, 2855**

On Tue, Mar 26, 2019 at 2:01 PM Glass, Tyler <Tyler.Glass@firstdata.com> wrote:

Hi Anthony,

Hope you have been well.

Does Raging Bull prepared audited statements? Could you send a copy of that or the FYE 2018 tax return?

Thank you,

Tyler Glass

**From:** Anthony Bell <anthony@ragingbull.com>

**Sent:** Thursday, January 31, 2019 2:59 PM
**To:** Coleman, Jennifer (BAMS) <Jennifer.Coleman@bankofamericamerchant.com>
**Cc:** Glass, Tyler <Tyler.Glass@firstdata.com>; Jordan Reyna <jordan@ragingbull.com>; Kasner, Martin <Martin.Kasner@firstdata.com>
**Subject:** Re: Raging Bull Follow up

Here are the 2018 Financial Statements

On Tue, Jan 29, 2019 at 9:56 AM Coleman, Jennifer (BAMS) <Jennifer.Coleman@bankofamericamerchant.com> wrote:

Me as well.

Jennifer Coleman

AVP, Credit Manager

Risk and Compliance, Bank of America Merchant Services

1231 Durrett Ln, Louisville, KY 40213

Direct: 502.380.9222 (NEW)   Mobile: 502.310.8695

jennifer.coleman@bankofamericamerchant.com

CONFIDENTIAL TREATMENT REQUESTED

10417905-FISV-004466

**Attachment JJJJ**   PX 27, 2856

**From:** Anthony Bell [mailto:anthony@ragingbull.com]
**Sent:** Tuesday, January 29, 2019 8:47 AM
**To:** Glass, Tyler
**Cc:** Jordan Reyna; Kasner, Martin; Coleman, Jennifer (BAMS)
**Subject:** Re: Raging Bull Follow up

That's fine, I'll be able to make it.

On Tue, Jan 29, 2019 at 8:46 AM Glass, Tyler <Tyler.Glass@firstdata.com> wrote:

Hi all,

Changing to 2:30PM EST

Thank you

Tyler Glass

---

**From:** Jordan Reyna <jordan@ragingbull.com>
**Sent:** Thursday, January 24, 2019 12:14 AM
**To:** Glass, Tyler <Tyler.Glass@firstdata.com>
**Cc:** Credit Bank Of America <JV_Credit@bankofamericamerchant.com>
**Subject:** Re: Discover Entitlement - Raging Bull

Let's plan on Thursday next week.

On Wed, Jan 23, 2019 at 2:01 PM Glass, Tyler <Tyler.Glass@firstdata.com> wrote:

Hello Jordan,

Have not heard back from you in a while.

When are you available to jump on the phone this week or next?

Thank you,

Tyler Glass

CONFIDENTIAL TREATMENT REQUESTED

10417905-FISV-004467

**Attachment JJJJ**   PX 27, 2857

**From:** Glass, Tyler
**Sent:** Monday, January 14, 2019 12:09 PM
**To:** 'Jordan Reyna' <jordan@ragingbull.com>
**Subject:** RE: Discover Entitlement - Raging Bull

Hello Jordan,

Just wanted to follow up for the updated financials.

Realized I asked for FYE 2017 below, but am looking for FYE 2018.

Do you have these available to send?

Thank you,

Tyler Glass

**From:** Jordan Reyna <jordan@ragingbull.com>
**Sent:** Monday, January 7, 2019 12:02 PM
**To:** Glass, Tyler <Tyler.Glass@firstdata.com>
**Subject:** Re: Discover Entitlement - Raging Bull

Thanks Tyler. Wish they would give us more clarity on their "external research." A conversation could make all the difference and I think there's a lot of confusion on both ends. I think it would be fair for them to hear us out before giving us the death penalty.

On Mon, Jan 7, 2019 at 9:52 AM Glass, Tyler <Tyler.Glass@firstdata.com> wrote:

Hello Jordan,

Wanted to get back to you regarding the Discover entitlement. Please see below response:

"Hi Tyler, despite BAMS' commitment to work with the client, Discover has

10417905-FISV-004468

**Attachment JJJJ**          PX 27, 2858

advised that they will not allow the merchant to re-enable Discover, based on their business model and external research relating to cardholder complaints."

Sorry we could not help regain the Discover entitlement.

On another note, the account is scheduled to be reviewed again. Can you please send FYE 2017 statements when they are available?

Thank you,

Tyler Glass

**From:** Jordan Reyna <jordan@ragingbull.com>
**Sent:** Friday, December 21, 2018 9:32 AM
**To:** Glass, Tyler <Tyler.Glass@firstdata.com>
**Subject:** Re: Discover Entitlement - Raging Bull

Great, thanks for the update.

On Fri, Dec 21, 2018 at 7:24 AM Glass, Tyler <Tyler.Glass@firstdata.com> wrote:

Jordan,

Saw your email and I've forwarded it to Michael and requested he advise on next steps.

Stay tuned. I will let you know what I hear.

Thank you,

Tyler Glass

**From:** Jordan Reyna <jordan@ragingbull.com>
**Sent:** Friday, December 21, 2018 9:15 AM
**To:** Glass, Tyler <Tyler.Glass@firstdata.com>
**Subject:** Re: Discover Entitlement - Raging Bull

CONFIDENTIAL TREATMENT REQUESTED

**Attachment JJJJ**

**PX 27, 2859**

Sent you Verifi's written reply confirming they do not have access to client credit card information. Please keep me posted as we'd like to get Discover back up and running and hopefully Michael Park can help us with some connections there.

Jordan

On Wed, Dec 19, 2018 at 7:15 AM Jordan Reyna <jordan@ragingbull.com> wrote:

> Tyler,
>
> We no longer have the letter unfortunately. However, thanks for the info regarding the Verifi request. They do not see credit card information. I will get a written letter verifying this. Hopefully this is the only hoop we have to jump through to move this forward. Thanks for your efforts on this so far.
>
> Jordan
>
> On Wed, Dec 19, 2018 at 7:03 AM Glass, Tyler <Tyler.Glass@firstdata.com> wrote:
>
>> Hello Jordan,
>>
>> Please see below response regarding getting Discover entitlement back.
>>
>> "Tyler, we would also need to confirm that the services performed by Verifi do not include access to full cardholder data.  Currently , Verifi is not registered as a TPSP with BAMS.   So, we would need confirmation from Verifi in writing that they do not perform services for any BAMS merchant that includes access to full cardholder data. Otherwise, we would need to get them registered as a TPSP.
>>
>> We would need to confirm this information and get a comfort level from BAMS Credit, before we could reach out to Discover to request a re-enablement of the acceptance."
>>
>> See if you can get the above and I will pass it along.

10417905-FISV-004470

**Attachment JJJJ**

**PX 27, 2860**

Also, were you able to get a copy of that letter from Bank of America?

Thank you,

Tyler Glass

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

--

**Best Wishes,**

**Anthony Bell**

Accountant , RagingBull.com

Email: anthony@ragingbull.com

===
This message w/attachments (message) is intended solely for the use of the intended recipient(s) and may contain information that is privileged, confidential or proprietary. If you are not an intended recipient, please notify the sender, and then please delete and destroy all copies and attachments, and be advised that any review or dissemination of, or the taking of any action in reliance on, the information contained in or attached to this message is prohibited.

Unless specifically indicated, this message is not an offer to sell or a solicitation of any products or services, an official confirmation of any transaction, or an official statement of Sender. Subject to applicable law, Sender may intercept, monitor, review and retain e-communications (EC) traveling through its networks/systems and may produce any such EC to regulators, law enforcement, in litigation and as required by law.

The laws of the country of each sender/recipient may impact the handling of EC, and EC may be archived, supervised and produced in countries other than the country in which you are located. This message cannot be guaranteed to be secure or free of errors or viruses.

10417905-FISV-004471

**Attachment JJJJ**

**PX 27, 2861**

References to "Sender" are references to any subsidiary of Banc of America Merchant Services, LLC. Banc of America Merchant Services, LLC is not a bank, does not offer bank deposits, and its services are not guaranteed or insured by the FDIC or any other governmental agency. Attachments that are part of this EC may have additional important disclosures and disclaimers, which you should read.

--

**Best Wishes,**


**Anthony Bell**

Accountant , RagingBull.com

Email: anthony@ragingbull.com


--

**Best Wishes,**


**Anthony Bell**

Accountant , RagingBull.com

Email: anthony@ragingbull.com


--

**Thank You,**


**Anthony Bell**

**Accountant , RagingBull.com**

**Email: anthony@ragingbull.com**

**Attachment JJJJ**

**PX 27, 2862**

**Cell: 469-571-0915**

--
Thank You,

**Anthony Bell**

**Accountant , RagingBull.com**

**Email: anthony@ragingbull.com**

**Cell: 469-571-0915**

--
Thank You,

**Anthony Bell**

**Accountant , RagingBull.com**

**Email: anthony@ragingbull.com**

**Cell: 469-571-0915**

--
Thank You,

**Anthony Bell**
**Accountant , RagingBull.com**
**Email: anthony@ragingbull.com**
**Cell: 469-571-0915**

--
Thank You,

CONFIDENTIAL TREATMENT REQUESTED

**Attachment JJJJ**     **PX 27, 2863**

Anthony Bell
**Accountant , RagingBull.com**
**Email: anthony@ragingbull.com**
**Cell: 469-571-0915**

**Attachment JJJJ**

**PX 27, 2864**



*Global Investigations*

**Law Enforcement Officer:** Kim, Sung
**Law Enforcement Agency:** Federal Trade Commission - Washington, DC
**Requested On:** Tue, 14 Apr 2020 21:08
**Evidence Gathered On:** Fri, 01 May 2020 0:12
**Law Enforcement Reference:** 2023073

All times indicated in this document refer to time zone GMT

## Registration Information

| User Info | |
|---|---|
| First Name | Jason |
| Middle Name | |
| Last Name | Bond |
| DOB | ▉ |
| CC Statement Name | JASONBOND |
| Email | jason@jasonbondpicks.com, jordan@ragingbull.com |
| **Business Info** | |
| Business Name | Ragingbull.com, LLC |
| URL | http://www.jasonbondpicks.com |
| Customer Service Phone | +1 8559818370 |
| **Account Info** | |
| Account Status | Open |
| Account # | ▉ |
| Account Type | Business - Verified |
| Time Created | Mon, 12 Oct 2009 1:43:22 |
| SSN | |
| SSN | ▉ |
| TIN | ▉ |

## Financial Information

| Summary | |
|---|---|
| Account Balance | USD 0.00 (Primary) |
| Total Amount Sent | USD 2,662,103.00 (Primary) |
| Total Amount Received | USD 5,140,359.51 |
| Amount Received Current Month | |
| Amount Received Month 1 | USD 1,158.40 |
| Amount Received Month 2 | USD 297.00 |
| Amount Received Month 3 | USD 297.00 |
| Pending Balance to be Released | |
| Minimum Reserve Balance | $0.00 USD* (0 % - $0.00 USD) |
| Rolling Reserve Balance | $0.00 USD* (0 % - 0 days) |
| Secure Card Attributes | |
| Billing Address | |
| Secure Card Numbers | |
| Backup Funding Source | |
| Daily Spending Limit | |
| *Pay/Pal Credit* | |
| PP Credit Account Number | |
| Expiration Date | |
| Account Status | |
| Funding Source Availability | |
| Authorized Users | |

### Bank Accounts

| Account # | Status | Bank Name | Name | Bank Info | Routing # |
|---|---|---|---|---|---|
| ▮ | ACTIVE-Primary | | Ragingbull.com, LLC | | ▮ |
| **Type** | | **Bank Name** | **Confirmed** | | **Country** |
| CHECKING | | JPMORGAN CHASE | Confirmed: Instant | | US |
| **Account #** | **Status** | | **Name** | **Bank Info** | **Routing #** |
| ▮ | INACTIVE | | Premium/ Membership | | ▮ |
| **Type** | | **Bank Name** | **Confirmed** | | **Country** |
| SAVINGS | | BANK OF AMERICA, N.A. | Confirmed: Instant | | US |

| Account # | Type | Status | Bank Name | Confirmed / Name | Bank Info | Country | Routing # |
|---|---|---|---|---|---|---|---|
| ▮ | CHECKING | BLOCKED | | Name: www.PennyStockLive.com | | | |
| ▮ | CHECKING | | BANK OF AMERICA N.A. | Confirmed: Instant | | US | |
| ▮ | CHECKING | INACTIVE | | Name: Media Elite Consultants LLC ( www.PennyStockLive.com) | | ▮ | |
| ▮ | CHECKING | | SECURITY SERVICE FCU | Confirmed: Two Random Deposits | | US | |
| ▮ | CHECKING | BLOCKED | | Name: JasonBondPicks | | ▮ | |
| ▮ | CHECKING | INACTIVE | BANK OF AMERICA, N.A. | Confirmed: Instant | | US | |
| ▮ | CHECKING | INACTIVE | bank of america | www.PennyStockLive.com / Confirmed: Instant | | US | ▮ |
| ▮ | CHECKING | INACTIVE | BANK OF AMERICA, N.A. | Confirmed: Two Random Deposits / Name: JasonBondPicks | | | ▮ |

| Type | Bank Name | Confirmed | Country |
|---|---|---|---|
| CHECKING | BANK OF AMERICA, N.A. | Confirmed: Two Random Deposits | US |

## Credit Cards

| Type | Account # | Issuer | Status | Name | Confirmed | Start Date / Issue # | Expiration Date / Currency |
|---|---|---|---|---|---|---|---|
| VISA DEBIT | ▮▮▮ | Bank of America, National Association | INACTIVE-Expired | Romish Abib | Unconfirmed | 30-Aug-10 | 07/2014 — USD |
| VISA DEBIT | ▮▮▮ | Bank of America, National Association | INACTIVE-Expired | Nic Lesmeister | Confirmed | 2-Dec-10 | 07/2017 — USD |
| VISA DEBIT | ▮▮▮ | Bank of America, National Association | ACTIVE | Jason Bond | Unconfirmed | 1-Feb-19 | 09/2023 — USD |
| MASTER_CARD CREDIT | ▮▮▮ | CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION | INACTIVE-Expired | | Unconfirmed: PayPal Code | | USD |
| VISA CREDIT | ▮▮▮ | Capital One Bank (Usa), National Association | INACTIVE-Expired | Jason Bond | Unconfirmed | 10-Aug-16 | 05/2018 — USD |
| VISA CREDIT | ▮▮▮ | Capital One Bank (Usa), National Association | INACTIVE | Jason Bond | Confirmed | 7-Oct-17 | 06/2020 — USD |
| VISA DEBIT | ▮▮▮ | Bank of America, National Association | INACTIVE-Expired | Ramish Habibullah Duboc | Unconfirmed | 1-Apr-10 | 02/2014 — USD |

**Attachment KKKK**

**PX 27, 2868**

This document is sent electronically and does not require any signature.

The information in this document has been processed based on the request from the Law Enforcement Officer named above.

CONFIDENTIALITY NOTICE:

This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**Attachment KKKK**

**PX 27, 2869**



## Global Investigations

**Law Enforcement Officer:** Kim, Sung
**Law Enforcement Agency:** Federal Trade Commission - Washington, DC
**Requested On:** Tue, 14 Apr 2020 21:08
**Evidence Gathered On:** Fri, 01 May 2020 0:11
**Law Enforcement Reference:** 2023073

All times indicated in this document refer to time zone GMT

| Registration Information | |
|---|---|
| *User Info* | |
| First Name | Jeff |
| Middle Name | |
| Last Name | Bishop |
| DOB | ███████ |
| CC Statement Name | ROTOPLAY |
| Email | editor@beaconequityresearch.com |
| *Business Info* | |
| Business Name | BlueWave Advisors, LLC |
| URL | http://rotoplay.com |
| Customer Service Phone | +1 4693616253 |
| *Account Info* | |
| Account Status | Closed |
| Account # | ████████████ |
| Account Type | Business - Unverified |
| Time Created | Mon, 16 Oct 2006 18:55:16 |
| SSN | |
| SSN | ███████ |
| TIN | ███████ |

| Financial Information | |
|---|---|

## Summary

| Summary | |
|---|---|
| Account Balance | USD 0.00 (Primary) |
| Total Amount Sent | USD 415,037.34 (Primary) |
| Total Amount Received | USD 9,915.49 |
| Amount Received Current Month | |
| Amount Received Month 1 | USD 41.30 |
| Amount Received Month 2 | USD 218.03 |
| Amount Received Month 3 | USD 457.44 |
| Pending Balance to be Released | |
| Minimum Reserve Balance | $0.00 USD* (0 % - $0.00 USD) |
| Rolling Reserve Balance | $0.00 USD* (0 % - 0 days) |
| Secure Card Attributes | |
| Billing Address | |
| Secure Card Numbers | |
| Backup Funding Source | |
| Daily Spending Limit | |
| Pay/Pal Credit | |
| PP Credit Account Number | |
| Expiration Date | |
| Account Status | |
| Funding Source Availability | |
| Authorized Users | |

## Bank Accounts

| Account # | Status | Name | Bank Info | Routing # |
|---|---|---|---|---|
| | BLOCKED | BlueWave Advisors | | |
| Type | Bank Name | Confirmed | Country | |
| CHECKING | Bank of America | Confirmed: Two Random Deposits | US | |

## Credit Cards

| Account # | Status | Name | Start Date | Expiration Date |
|---|---|---|---|---|
| Type | Issuer | Confirmed | Issue # | Currency |
| | INACTIVE-Expired | Jeff Bishop | 13-Nov-07 | 09/2009 |

**Attachment KKKK**

**PX 27, 2871**

| Type | Account # | Status | Issuer | Name | Confirmed | Start Date | Issue # | Expiration Date | Currency |
|---|---|---|---|---|---|---|---|---|---|
| MASTER_CARD CREDIT | [REDACTED] | INACTIVE-Expired | | | Unconfirmed | | | | USD |
| AMEX CREDIT | | INACTIVE-Expired | American Express | Jeff Bishop | Confirmed | 30-Jun-09 | | 11/2009 | USD |
| VISA DEBIT | | INACTIVE-Expired | Bank of America, National Association | BlueWave Advisors | Unconfirmed | 10-Nov-06 | | 04/2010 | USD |
| MASTER_CARD CREDIT | [REDACTED] | INACTIVE-Expired | | Jeff Bishop | Confirmed | 30-Mar-10 | | 11/2013 | USD |
| AMEX CREDIT | | INACTIVE-Expired | American Express | Bluewave Advisors | Confirmed | 18-May-09 | | 09/2011 | USD |
| VISA DEBIT | | INACTIVE-Expired | Bank of America, National Association | Jeff Bishop | Confirmed | 1-Jan-70 | | 05/2012 | USD |

This document is sent electronically and does not require any signature.

The information in this document has been processed based on the request from the Law Enforcement Officer named above.

CONFIDENTIALITY NOTICE:

This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.



*Global Investigations*

## Registration Information

**Law Enforcement Officer:** Kim, Sung
**Law Enforcement Agency:** Federal Trade Commission - Washington, DC
**Requested On:** Tue, 14 Apr 2020 21:08
**Evidence Gathered On:** Fri, 01 May 2020 0:13
**Law Enforcement Reference:** 2023073
All times indicated in this document refer to time zone GMT

| User Info | |
|---|---|
| First Name | Jeff |
| Middle Name | |
| Last Name | Bishop |
| DOB | ███ |
| CC Statement Name | PENNYPRO |
| Email | billing@pennypro.com |
| Business Info | |
| Business Name | Insight Media LLC |
| URL | http://www.pennypro.com |
| Customer Service Phone | |
| Account Info | |
| Account Status | Closed |
| Account # | ███ |
| Account Type | Business - Verified |
| Time Created | Mon, 15 Sep 2014 16:23:22 |
| SSN | |
| SSN | ███ |
| TIN | ███ |

## Financial Information

| Summary | |
|---|---|
| Account Balance | USD 0.00 (Primary) |
| Total Amount Sent | USD 46,376.45 (Primary) |
| Total Amount Received | USD 2,374.53 |
| Amount Received Current Month | |
| Amount Received Month 1 | USD 1,200.64 |
| Amount Received Month 2 | USD 874.38 |
| Amount Received Month 3 | USD 299.51 |
| Pending Balance to be Released | |
| Minimum Reserve Balance | $0.00 USD* (0 % - $0.00 USD) |
| Rolling Reserve Balance | $0.00 USD* (0 % - 0 days) |
| Secure Card Attributes | |
| Billing Address | |
| Secure Card Numbers | |
| Backup Funding Source | |
| Daily Spending Limit | |
| PayPal Credit | |
| PP Credit Account Number | |
| Expiration Date | |
| Account Status | |
| Funding Source Availability | |
| Authorized Users | |

### Bank Accounts

| Account # | Status | Bank Name | Name | Bank Info | Routing # |
|---|---|---|---|---|---|
| | INACTIVE | | Insight Media LLC | | |

| Type | | Bank Name | Confirmed | Country |
|---|---|---|---|---|
| CHECKING | | BANK OF AMERICA, N.A. | Confirmed: Instant | US |

| Account # | Status | Name | Bank Info | Routing # |
|---|---|---|---|---|
| | INACTIVE-Primary | Insight Media LLC | | |

| Type | Bank Name | Confirmed | Country |
|---|---|---|---|
| | | Insight Media LLC | |

**Attachment KKKK**    **PX 27, 2874**

| CHECKING | BANK OF AMERICA, N.A. | Confirmed: Instant | | | US |
| --- | --- | --- | --- | --- | --- |

## Credit Cards

| Account # | Status | Name | Start Date | Expiration Date |
| --- | --- | --- | --- | --- |
| Type | Issuer | Confirmed | Issue # | Currency |
| VISA CREDIT | INACTIVE-Expired | Jeff Bishop | 4-Dec-15 | 10/2017 |
| | Capital One Bank (Usa), National Association | Unconfirmed | | USD |

This document is sent electronically and does not require any signature.

The information in this document has been processed based on the request from the Law Enforcement Officer named above.

CONFIDENTIALITY NOTICE:

This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

## #7311223 Callback request from jordan@ragingbull.com



**Submitted**
June 6, 2019, 12:32 PM

**Received via**

**Requester**
Jordan Reyna <jordan@ragingbull.com>

**Status**

**Assignee**

---

**Jordan Reyna**  June 6, 2019, 12:32 PM

dispute resolution criteria

**Internal Tools Bot**  June 6, 2019, 12:32 PM  *Internal note*

Number to call: +
Call requested by: Jordan
Visited page: https://support.stripe.com/contact

**Internal Tools Bot**  June 6, 2019, 12:32 PM  *Internal note*

**Internal Tools Bot**  June 6, 2019, 12:33 PM  *Internal note*

**Internal Tools Bot**  June 6, 2019, 12:39 PM  *Internal note*

**Attachment LLLL**

STRIPE00000376

PX 27, 2876



**Internal Tools Bot**   June 6, 2019, 12:39 PM       Internal note

June 6, 2019, 12:48 PM

Hey J████n,

Thank you for taking the time to take my call there, it was a pleasure speaking to you!

This is Jamie again from Stripe Support!

*Fraudulent:*
For disputes in the "fraudulent" category, the cardholder is claiming that the charge was made without their authorization, often in the case of a stolen credit card. When you provide evidence, you will need to directly address this claim. This means proving that the person who made this payment was indeed the legitimate cardholder.

Usually this involves providing any identifying information you have collected: their name, contact information, a verified billing address, IP address, etc. There's more on that here:

https://stripe.com/docs/disputes/categories#fraudulent

In cases where an in-person service was provided, proving that you completed the service does not prove that the person who received the service was the legitimate cardholder. Ideally you should provide as evidence any physical signature you received from the customer as well as a signed agreement.

For repairs and other physical adjustments, you should also provide pictures of the before-and-after shots of the work completed, as well as the full address where the repairs/installation occurred. Basically, any evidence that proves you were there with the person and the person let you in to do the work.

For events, you should also provide any guest list illustrating the customer was marked as in attendance on the night of the event and ID of the person attending.

I also recommend reviewing the following article on how to make highly compelling evidence for all dispute types:

https://stripe.com/docs/disputes#what-to-submit

*Unrecognized:*
For disputes in the "Unrecognized" category, your customer is claiming they do not recognize the charge on their card statement. I recommend reaching out to your customer to remind them what this charge was for, and to see if they're willing to withdraw the dispute with their bank.

Even if your customer no longer disputes the transaction, you will still need to submit evidence. This evidence should include a full explanation of exactly what the charge was for. It is important that you respond to the dispute

Attachment LLLL

STRIPE00000377

PX 27, 2877

before the evidence deadline. Remember, even when customers withdraw a dispute, it usually still takes the full ~75 days to finalize the case. You may wish to accept the dispute and re-charge the customer instead of waiting for the dispute to finalize.

For more information on further prevention steps, as well as types of evidence recommended to have the dispute overturned, check out the following documentation:

https://stripe.com/docs/disputes/categories#unrecognized

I also recommend reviewing the following article on what constitutes highly compelling evidence for all dispute types:

https://stripe.com/docs/disputes#what to submit

**Credit Not Processed:**
For disputes in the "Credit Not Processed" category, your customer claims you did not refund them for a returned item, or for a cancelled transaction.

For this type of dispute, your evidence should show that you have either credited your client or that no credit was warranted. I recommend checking out the following documentation for further tips on how to address this issue and prevent it in the future:

https://stripe.com/docs/disputes/categories#credit not processed

I also recommend reviewing the following article on how to make highly compelling evidence for all dispute types:

https://stripe.com/docs/disputes#what to submit

**Duplicate:**
For disputes in the "Duplicate" category, your customer claimed you charged them multiple times for the same product or service.

Your evidence should include proof that there either wasn't a duplicate charge or that the duplicate charge was already refunded before the dispute was initiated. I recommend checking out the following documentation for further tips on how to address this issue and prevent it in the future:

https://stripe.com/docs/disputes/categories#duplicate

I also recommend reviewing the following article on how to make highly compelling evidence for all dispute types:

https://stripe.com/docs/disputes#what to submit

**Subscription Cancelled:**
For disputes in the "Subscription Canceled" category, your customer claimed you continued to charge them despite having cancelled a subscription.

For these types of disputes, you will want to show that either you had canceled the subscription and issued a refund (if necessary) before the dispute was initiated, or that keeping the subscription active was part of your agreement with your customer and that the customer was made aware of and agreed to these terms before making a payment. I recommend checking out the following documentation for further tips on how to address this issue and prevent it in the future:

https://stripe.com/docs/disputes/categories#subscription canceled

I also recommend reviewing the following article on how to make highly compelling evidence for all dispute types:

https://stripe.com/docs/disputes#what to submit

**Merchant Policy:**
Both the card networks and issuing banks expect you to have [a reasonable refund policy]/[reasonable terms and conditions] in place. Keep in mind they have a fairly broad latitude on the definition of "reasonable", which may or

Attachment LLLL

STRIPE00000378
PX 27, 2878

may not align with your actual policy. For example, an establishment with a "No Refund" policy that does not deliver a product in a timely manner could still be held accountable by the bank should a dispute arise.

This is in accordance with the Fair Credit Billing Act, as enacted in the U.S. in 1974. At any rate, it's best to make sure your policies are very clearly stated on both your website and within the checkout process, and that you can prove your terms were proactively accepted by your customers.

Ultimately, because banks tend to side with their cardholders, we generally recommend that you maintain an open attitude towards reasonable return requests -- performing a refund may be much less painful than handling a dispute.

I hope this helps to clear things up for you. If there is anything else I can do for you in the meantime, just let me know. Always happy to help!

All the best,
Jamie



Internal note

Support Software by **Zendesk**

Attachment LLLL

STRIPE00000379

PX 27, 2879

Case 1:20-cv-02529-GLR Document 15-1 Filed 120x20 Page 346 of 527

 **#7497996 Chat with Jordan Fantastico (jordan@ragingbull.com)**

| Submitted | Received via | Requester |
|---|---|---|
| June 26, 2019, 2:54 PM | Chat | Jordan Reyna <jordan@ragingbull.com> |



**Jordan Reyna**  June 26, 2019, 2:54 PM                                    Internal note

**Jordan Reyna**  June 26, 2019, 2:54 PM

[Chat conversation with Stripe.]

**Jordan Reyna**  June 26, 2019, 3:02 PM                                    Internal note

Chat started: 2019-06-26 02:53 PM UTC

(02:53:53 PM) Jordan Fantastico (jordan@ragingbull.com): Dispute rates and how to lower them
(02:53:56 PM) *** Ryley joined the chat ***
(02:53:59 PM) Ryley: Hello!
(02:54:02 PM) Jordan Fantastico (jordan@ragingbull.com): howdy
(02:54:35 PM) Jordan Fantastico (jordan@ragingbull.com): i wanted to see if you had any practical tips for how to keep low dispute rate. Currently we offer refunds and switching of services for our clients to try and keep the dispute rate low
(02:54:49 PM) Jordan Fantastico (jordan@ragingbull.com): do you have some other ideas that other clients of yours have adopted to help with this
(02:55:25 PM) Ryley: We do have some documentation on this: https://stripe.com/docs/disputes/prevention
(02:55:44 PM) Ryley: The TL;DR of it all is essentially collect as much customer information as you can during charges.
(02:56:40 PM) Ryley: We also recommend using CVC and zip check if you aren't already
(02:56:56 PM) Ryley: Which helps to avoid disputes for fraudulent use of the card
(02:57:05 PM) Jordan Fantastico (jordan@ragingbull.com): thanks, i'll check out that sheet
(02:57:21 PM) Jordan Fantastico (jordan@ragingbull.com): any other tips that are not included on that page?
(02:58:36 PM) Ryley: If necessary, we do also offer chargeback protection: https://stripe.com/radar/chargeback-protection
(02:59:30 PM) Ryley: We do recommend this is you experience quite a bit of disputes that are not necessarily in your hands. Such as fraudulent disputes, etc.

**Attachment LLLL**

STRIPE00000372

PX 27, 2880

(03:02:01 PM) Jordan Fantastico (jordan@ragingbull.com): thanks, we do have radar currently I believe
(03:02:05 PM) Jordan Fantastico (jordan@ragingbull.com): cool thanks again R
(03:02:06 PM) Jordan Fantastico (jordan@ragingbull.com): take care.
(03:02:17 PM) Ryley: It is my pleasure, and you as well!

**Jordan Reyna**   June 26, 2019, 3:02 PM                                    Internal note

Chat ended: 2019-06-26 03:02 PM UTC

Name: Jordan Fantastico (jordan@ragingbull.com)
Email: jordan@ragingbull.com
Phone: –
Notes: –

---

Support Software by **Zendesk**

Attachment LLLL

STRIPE00000373

**PX 27, 2881**

 **#10789033 Increasing percentage of Stripe failed recurring payments**

| Submitted | Received via | Requester |
|---|---|---|
| April 13, 2020, 8:28 PM | Mail | Austin (austin@ragingbull.com) <austin@ragingbull.com> |



**Austin (austin@ragingbull.com)**  Apr 13, 8:28 PM

Erick,

This is the info from payments that originate on Stripe. As you can see the number of fails is rising, which is to be expected based on the number of transactions also rising but as you can see below, the percentages of Failed payments is also rising.

Stripe Jan Feb March April
Outcome seller message Cost Transactions 747 Cost Transactions 499 Cost Transactions 971 Cost Transactions 681
The bank returned the decline code `do_not_honor`. $19,967.00 71 9.50% $16,428.00 50 10.02% $61,529.00 122 12.56% $36,911.00 118 17.33%
The bank returned the decline code `insufficient_funds`. $11,603.00 39 5.22% $11,170.00 34 6.81% $19,428.00 55 5.66% $14,192.00 43 6.31%
The payment matched one or more of the values in your block lists. $10,498.00 2 0.27% 0.00% $1,190.00 4 0.41% $1,197.00 4 0.59%
The bank returned the decline code `incorrect_number`. $5,461.00 15 2.01% $3,917.00 13 2.61% $10,818.00 29 2.99% $9,685.00 42 6.17%
You requested that Stripe block payments (like this one) for which the customer-entered zip/postal code does not match the code on file with the card-issuing bank. $5,255.00 17 2.28% $1,485.00 5 1.00%
The bank returned the decline code `pickup_card`. $2,275.00 9 1.20% $3,225.00 11 2.20% $5,643.00 20 2.06% $4,862.00 15 2.20%
The bank returned the decline code `stolen_card`. $1,190.00 4 0.54% $594.00 2 0.40% $5,966.00 14 1.44% $5,547.00 21 3.08%
The bank returned the decline code `lost_card`. $893.00 3 0.40% $796.00 2 0.40% $1,087.00 5 0.51% $879.00 7 1.03%
The bank returned the decline code `transaction_not_allowed`. $691.00 3 0.40% $4,176.00 10 2.00% $5,369.00 10 1.03% $3,376.00 10 1.47%
The bank did not return any further details with this decline. $297.00 1 0.13%
The bank returned the decline code `invalid_account`. $97.00 1 0.10%
The bank did not return any further details with this decline. $299.00 1 0.10%
Stripe blocked this payment as too risky.
The bank returned the decline code `service_not_allowed`. $97.00 1 0.15%
The bank returned the decline code `revocation_of_authorization`. $299.00 1 0.10% $297.00 1 0.15%
The bank returned the decline code `processing_error`. $97.00 1 0.10%
The bank returned the decline code `expired_card`. $879.00 7 0.72% $1,575.00 9 1.32%

Grand Total $58,130.00 164 $41,791.00 127 $112,701.00 270 $78,618.00 271

Attachment LLLL

STRIPE00000111

PX 27, 2882

I am also wondering about the 'expired_card' reason code. To me, it seems like the card updater should prevent us from having any of these codes. This makes a little nervous and I would appreciate it if you can pass this along to someone on the Stripe team that can take a look and verifies that there are no issues with the card updater on our account.

Thanks

--

Customer Retention

(833) 265-1270

https://ragingbull.com

█████████████        Apr 15, 9:23 AM                                    Internal note

Hey there,

Thanks for your patience, my name is Emmett here at Stripe

I understand how frustrating declines can be, and while there is no way to completely prevent them from occurring, there are a number of measures you can take to help minimize them.

Declines most commonly result from incorrect or mistyped card information (e.g. incorrect card number or expiration date). In these cases, the best solution would be to direct your customer to double check their card information with their bank, or to use a different card or payment method.

Declines that result from card-issuers' fraud prevention measures are more challenging to manage. Having your customers provide their CVC and postal/ZIP code when checking out can significantly decrease the number of potential bank declines. Collecting your customer's name and billing address can also help to prevent declines.

It's important to note as well, that quite a number of your recent declines have been the result of the same card being tried multiple times. These duplicate entries can inflate the total amount of declines, and skew results.

For one card in particular as an example (Card fingerprint: ████████████████) charges were attempted 19 times this month so far alone, first receiving an error for insufficient_funds, then do_not_honor, then was blocked by your Radar rules.

See the link below for more detail on declines[1].

In regards to the declines with the error stating the card is expired, it is true that Stripe works to automatically update cards wherever possible. That said, we aren't always able to do so. For automatic card updates to be completed successfully, this requires card issuers to participate with the network, which isn't always the case. I've attached a link with more information below[2].

I've also attached a link to a filter of your events page, which shows the successful card updates on your account[3].

I hope this helps clear things up, but if you have any other questions or concerns, please don't hesitate to reach right back out! I'll be happy to help in any way I can!

All the best!
Emmett

[1] https://stripe.com/docs/declines
[2] https://stripe.com/docs/saving_cards#automatic_card_updates
[3] ████████████████████████████████████████████████████

█████████████        Apr 15, 9:23 AM

Attachment LLLL

STRIPE00000112

PX 27, 2883

Hey there,

Thanks for your patience, my name is Emmett here at Stripe

I understand how frustrating declines can be, and while there is no way to completely prevent them from occurring, there are a number of measures you can take to help minimize them.

Declines most commonly result from incorrect or mistyped card information (e.g. incorrect card number or expiration date). In these cases, the best solution would be to direct your customer to double check their card information with their bank, or to use a different card or payment method.

Declines that result from card-issuers' fraud prevention measures are more challenging to manage. Having your customers provide their CVC and postal/ZIP code when checking out can significantly decrease the number of potential bank declines. Collecting your customer's name and billing address can also help to prevent declines.

It's important to note as well, that quite a number of your recent declines have been the result of the same card being tried multiple times. These duplicate entries can inflate the total amount of declines, and skew results.

For one card in particular as an example (Card fingerprint: ██████████ charges were attempted 19 times this month so far alone, first receiving an error for insufficient_funds, then do_not_honor, then was blocked by your Radar rules.

See the link below for more detail on declines[1].

In regards to the declines with the error stating the card is expired, it is true that Stripe works to automatically update cards wherever possible. That said, we aren't always able to do so. For automatic card updates to be completed successfully, this requires card issuers to participate with the network, which isn't always the case. I've attached a link with more information below[2].

I've also attached a link to a filter of your events page, which shows the successful card updates on your account[3].

I hope this helps clear things up, but if you have any other questions or concerns, please don't hesitate to reach right back out! I'll be happy to help in any way I can!

All the best!
Emmett

[1] https://stripe.com/docs/declines
[2] https://stripe.com/docs/saving-cards#automatic-card-updates
[3] ████████████████████████████████████████████████████

**Austin (austin@ragingbull.com)**  Apr 16, 3:35 PM

Emmet,

How would a customer be able to make their initial payment is the card number is wrong? This seems like this would be a compliance issue. If this is happening we need to remedy that as soon as possible.

I have opened up a discussion with our team about enabling the address check prior to the initial purchase, but in order to enable it, they will need to see the effectiveness of this from a fail/pass standpoint and weigh that cost against the potential gain. Please send me any case study info you have on these types of changes. We already require cvc and zip check in order to process transactions.

It would seem as though if they are able to complete the first transaction and do not file a dispute or similar that there would be no reason the bank would not honor the charge due to suspected fraud. If this is the case, again, I will need to see some kind of data to verify that. We are not in the habit of making changes due to speculation and need to develop a specific plan of attack based on the data.

I am less concerned about reason codes that contribute to less that one percent of the overall fails such as transactions that have been tried too many times. We will tackle this methodically and deal with one issue at a time.

Attachment LLLL          STRIPE00000113
PX 27, 2884

For the card updater, here are two examples (Invoice A9E6EDB-0004, Invoice 3998FAD-0014) The first is a Mastercard that was not updated. The second is a card that failed twice because of 'expired card' that did finally go through but there is no record of the card on file being updated. This leads me to believe that there is some sort of issue happening. I will be auditing more cases specifically to see if I can find any consistency with these. In the meantime please send me a list of all of the card issuers that you have a card updater set up with. We may need to consider having a third party do this if Stripes procedure continues to prove insufficient.

Please provide any other actionable steps that Stripe will be taking to ensure the percentage of failed payments remains at least below the industry standard.
Let me know of any other specifics that we may be able to change in Stripe on our end to ensure a higher success rate of recurring payments.

As of now, this is not a sustainable rate of failure for us as a subscription based business. We do wish to continue our partnership with Stripe but need to weigh this cost against the long term vision for our company.

████████████          Apr 17, 8:50 AM
                                                          Internal note
User issue: detailed questions on declines.

Action taken:
As far as I can see, things seem fairly normal, so I pushed back with decline troubleshooting.
They are pushing for some rather niche information at this point however, including case studies on the effect of address collection.

This is likely outside of our scope of support, and they should just be pushed back on again, but they have lightly suggested the possibility of Churning due to this. May benefit from a deeper dive into decline causes.

Additional info:
Resources used:

This case was reviewed by our vendor agents on-site in Dublin, but they couldn't resolve it. Please handle as usual.

████████████          Apr 20, 4:44 PM

Hi Austin,

Eoin from Stripe's priority support team, I'm going to be stepping in for Emmett here.

Apologies in advance for what is going to be a very long email but due to the complexity and need for clarity here I am going to try and separate out your last email into the substantive questions and answer them that way.

**How can a customer make the initial payment if the card number is wrong?**

I'm not sure exactly what is meant by 'initial payment' here but I think I should clarify that this decline is not occurring for cards that have previously succeeded. These 'Incorrect Number' declines occur when a customer inputs incorrect details the first time they are making a charge.

**Please send me any case study info you have on these type of address verifications changes changes.**

There is I'm afraid no case study that shows the unilateral effect of address verification (AVS) other than decreased fraudulent disputes, this is because these checks vary to a large degree by country and card issuer. Our recommendation here is to collect postal verification information (address, zip code) and pass this with the charges. Some AVS checks can fail and the transaction will still succeed depending on the issuing banks decision.

**If they are able to complete the first transaction and do not file a dispute or similar there would be no need for the bank not to honour due to suspected fraud.**

Again I should clarify that the bank are declining multiple charges from the same card only after the initial charge is declined. These instances are people retrying charges on cards that have previously been declined, sometimes

Attachment LLLL
STRIPE00000114
PX 27, 2885

the bank will change the error code after a number of declines. For example if it keeps declining with an insufficient_funds reason the bank will start forcing these declines and they will start declining with a 'do_not_honour' code. Similarly if this happens multiple times we will stop sending the details to the bank as we know it is going to be declined and we will block the charge. To illustrate this point with numbers there have been 931 declines on your account with the reason 'Incorrect Number' however there were only 287 distinct sets of card details used. This means that each of these declines does not represent a singular purchase attempt but rather around a third of that number.

**Invoice A9E6EDB-0004 is a Mastercard card that was not updated.**

With regard to the Card Automatic Updater (CAU) we update a cards details based on information passed on to us from issuing banks by card networks (Visa, Mastercard, Amex etc.). In the case of this card no information was passed to be updated.

**Invoice 3998FAD-0014 is a card that failed twice because of 'expired_card' that did finally go through but there is no record of the card on file being updated.**

As far as I can see this invoice was attempted for a card ending in ▇▇ 3 times and failed all 3 with the last occurrence being on the 7th of April. The subscription was then cancelled on the 8th and as per retry logic automatic collection was turned off. On this same day the customer added a new payment method (card ending in ▇▇ and started a new subscription for Triple Threat which is why payments are now succeeding for this customer.

**Please send me a list of all the card issuers that you have a card updater set up with.**

**Let me know of any other steps that we may be able to change in Stripe on our end to ensure a higher success rate of recurring payments.**

I have two main pieces of advice here to enable you to achieve a higher success rate. Firstly as I said previously our recommendation here is is to pass all address information when checking out. I can see this is being done some of the time but I can't view if you have this set as a requirement and if you do it should reduce some of these 'do_not_honor' declines.

Secondly you can use 3D Secure (3DS) to authenticate payments lowering the chance of declines. If you enable the radar rule 'Request 3D Secure if 3D Secure is recommended for card' this will pass far more charges through 3DS. Passing charges through 3DS makes it much less likely that they are fraudulent and therefore lowers the chance the bank will decline the charge.

Thank you for your patience in reading this and hopefully it was of some use in answering  your questions. I'm sure I didn't touch on everything however so please feel free to ask any further questions. Looking forward to hearing back from you.

Best Wishes,
Eoin


**Austin (austin@ragingbull.com)**  Apr 27, 12:01 PM

Eoin,

I appreciate taking the time to compile this additional information, unfortunately, after reviewing your email and going back over the data, there are additional concerns that have been raised.

Attachment LLLL

STRIPE00000115
PX 27, 2886

9/17/2020                          https://stripe.zendesk.com/tickets/10789033/print

Before we proceed, I would like to clarify that I am only taking into consideration recurring payments. We are not concerned with the failure rate of initial payments as this is currently below our tolerance level and has been considered in our cost of doing business. As a subscription based company, We need to maintain a successful percentage rate for completed recurring of at least 90% not including insufficient fund reason codes.

Based on your statement."These 'Incorrect Number' declines occur when a customer inputs incorrect details the first time they are making a charge" I am even more so under the impression that there is some type of issue on the backend due to the fact that we are having multiple recurring payment failure reasons come back as 'Incorrect number'. And the issue seems to be getting worse every week.

Last week we had 56 payments fail due to "Incorrect Number" which is almost 10% of our recurring transactions that are failing for that reason. Last week alone, over 50% of the total recurring transactions failed from Stripe.

Erick, Please makes sure this request gets attention. Because of the Jump in percentage of failed payments, this is becoming a growing and major concern for the company.

████████████ May 26, 2:38 PM

Hi Austin,

Apologies for the delay in response here but I can assure you I have been looking into this issue further. Specifically digging into the declines with 'incorrect_number' as I certainly appreciate concerns around cases where this occurs on recurring transactions.

I found when looking at cases of 'incorrect_number' declines occurring on recurring transactions these will not be the first failures of this payment. Looking at these cases you will see this happening on a retry of a payment that has previously been declined for another reason (generally insufficient funds).

As per our decline documentation 'card networks have rules in place for how many times you can reattempt a single charge'. The decline codes are set by the bank, they are the best indication we have of why a charge failed but this is far from a perfect system. They are a good guideline for the cause but the bank can return misleading codes, in this case the failures are ultimately likely due to the number of retries or due to the same failure as happened the first time failing again.

In terms of further steps you can take, you can look at your retry logic and try to inform customers of failing payments and give them a realistic time frame in which they can correct this issue with the payment source rather than trying to retry the charge a number of times in a short space of time.

Looking forward to hearing back from you if you have any questions please feel free to get in contact.

Best Wishes,
Eoin

Support Software by **Zendesk**

**Attachment LLLL**

STRIPE00000116
**PX 27, 2887**

1 message

———— Forwarded message ————
From:
Date: Friday, August 28, 2020 at 7:21:20 AM UTC-7
Subject:
To:                    @stripe.com <              @stripe.com>
Cc:

Acknowledged response and sent to Risk.

Warm Regards,

This transmission may contain information that is confidential and/or privileged information.  If you are not the individual or entity to which it is addressed, note that any review, disclosure, copying, retransmission or other use is strictly prohibited.  If you received this transmission in error, please notify the sender immediately and delete the materials from your system.  This transmission is for informational purposes only, and is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction.

If you no longer wish to receive emails like this from us in the future, forward to                          and include "**unsubscribe**" in the subject line.

**From:**
**Sent:** Friday, August 28, 2020 8:08 AM
**To:**
**Cc:**
**Subject:** Re:

Hi

Please let us know if there is anything else we can provide here.

Best regards,

STRIPE00000672

**PX 27, 2888**

**Redacted Version [Unredacted Exhibit Filed Under Seal]**

On August 27, 2020, 8:47 PM GMT+1 ████████████ wrote:

Stripe Team –

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

Thank you!

Please advise.

████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████

*This transmission may contain information that is confidential and/or privileged information. If you are not the individual or entity to which it is addressed, note that any review, disclosure, copying, retransmission or other use is strictly prohibited. If you received this transmission in error, please notify the sender immediately and delete the materials from your system. This transmission is for informational purposes only, and is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction.*

If you no longer wish to receive emails like this from us in the future, forward to ████████████ and include "**unsubscribe**" in the subject line.

**From:** ████████████
**Sent:** Tuesday, August 25, 2020 11:30 AM
**To:** ████████████
**Subject:** ████████████████████████████████

Stripe Team -

The response for the below notification was ████████████

Can you please provide update today?

Warm Regards,

████████████
████████████
████████████

████████████████
████████████████
████████████

*This transmission may contain information that is confidential and/or privileged information. If you are not the individual or entity to which it is addressed, note that any review, disclosure, copying, retransmission or other use is strictly prohibited. If you received this transmission in error, please notify the sender immediately and delete the materials from your system. This transmission is for informational purposes only, and is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction.*

If you no longer wish to receive emails like this from us in the future, forward to ████████████ and include "**unsubscribe**" in the subject line.

**From:** ████████████
**Sent:** Wednesday, August 19, 2020 4:02 PM
**To:** ████████████
**Cc:** ████████████████████████████████
**Importance:** High

Please see below and copy S████████ your response.

████████████████████████████████████████

**Attachment LLLL**

STRIPE00000673

**PX 27, 2889**



Can you please review with STRIPE and provide an update by ███████████

*This transmission may contain information that is confidential and/or privileged information.  If you are not the individual or entity to which it is addressed, note that any review, disclosure, copying, retransmission or other use is strictly prohibited.  If you received this transmission in error, please notify the sender immediately and delete the materials from your system.  This transmission is for informational purposes only, and is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction.*

*"If you no longer wish to receive emails like this from us in the future, forward to* ████████████████ *and include* ***"unsubscribe"*** *in the subject line."*

--
You received this message because you are subscribed to the Google Groups "██████████
To unsubscribe from this group and stop receiving emails from it, send an email to ████████████████████
To view this discussion on the web visit ████████████████████████████
████████████████.

## #13328473 Raging Bull (acct_1DTsNJCSThvwjdTa) Termination Notice

| Submitted | Received via | Requester |
|---|---|---|
| ███████████████ | Web Service | Jeff <accounting@ragingbull.com> |

**CCs**

Jordan Reyna <jordan@ragingbull.com>, Kayla (kaylas@ragingbull.com) <kaylas@ragingbull.com>, Susan <susan@ragingbull.com>, jason pell (jpell@ragingbull.com) <jpell@ragingbull.com>



**stripe**

Hi,

We've identified that your business is in violation of the Stripe Services Agreement, section a.7.b ("Restricted Businesses and Activities") as described here: https://stripe.com/restricted-businesses. These restrictions are firm with no flexibility, therefore we will be required to offboard Raging Bull from Stripe by September 16, 2020. ████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████
████████████████████

We understand you may have to transition to a different payment processor. We are happy to coordinate a call on Monday to answer questions about the offboarding process. Please note that

Attachment LLLL

STRIPE00000001

**PX 27, 2891**

this decision has already been finalized at Stripe, so the call will
be focused on offboarding.

Thanks,

Stripe

[1] https://dashboard.stripe.com/transfers

Stripe, 510 Townsend Street, San Francisco, CA 94103

Internal note

████████████                  Sep 15, 11:19 AM

Hi,

We've identified that your business is in violation of the Stripe Services Agreement, section a.7.b ("Restricted
Businesses and Activities") as described here: https://stripe.com/restricted-businesses. These restrictions are firm
with no flexibility, therefore we will be required to offboard Raging Bull from Stripe by September 16, 2020. ████

We understand you may have to transition to a different payment processor. We are happy to coordinate a call
today (Tuesday) to answer questions about the offboarding process. Please note that this decision has already
been finalized at Stripe, so the call will be focused on offboarding.

Thanks,

Stripe

[1] https://dashboard.stripe.com/transfers

Support Software by **Zendesk**

**Attachment LLLL**

STRIPE00000002

**PX 27, 2892**



**Ben Cunningham <bcunningham@stripe.com>**

## Fwd: MasterCard Chargeback Program
1 message

<table>
<tr><td>To: ▮▮▮▮▮▮▮▮ @stripe.com><br>▮▮▮▮▮▮▮▮ @stripe.com></td><td>Mon, Sep 14, 2020 at 4:46 PM</td></tr>
</table>

For Visibility

---------- Forwarded message ---------
From: <▮▮▮▮ @stripe.com>
Date: Fri, Aug 28, 2020 at 4:07 PM
Subject: MasterCard Chargeback Program
To: <kaylas@ragingbull.com>, Austin <austin@ragingbull.com>, <nickrousseau@stripe.com>

Hello Austin and Kayla,

I just received a notice from our Risk team that Raging Bull did hit the MasterCard Chargeback program for the month of July. Below is the official communication regarding that information.

If you have questions on this item or want to sync with me early next week to brainstorm some quick actions we can take (outside of your ongoing projects to influence this), I'd be happy to setup a session and work through this with you.

We are also available to answer any questions over E-Mail if that is more convenient for you!

Thanks,



RagingBull.com, LLC was identified this month for MasterCard's excessive chargeback program (ECM). MasterCard's program is such that your August 2020 identification is based on chargebacks from the previous month, July 2020, over charges from the month before that, June 2020.

**STATS**
Here are your account's figures passed on to us from Mastercard for July 2020:
- July 2020 Chargeback count: 140
- June 2020 Sales count: 8531
- CB/S ratio: 1.64%

 You can track your dispute activity in the Analytics section of your Dashboard: https://dashboard.stripe.com/dashboard

**THRESHOLDS AND FINES**
Businesses are placed in the Excessive program when they've met or exceeded 100 chargebacks AND a 1.5% or more chargeback-to-sales count ratio for two consecutive months. Fines can be assessed immediately at these levels. For more details about ECM, please refer to our monitoring programs guide here: https://stripe.com/docs/disputes/monitoring-programs#ecm

**NEXT STEPS**
If we have recently been in communication regarding your ECM status, if you have an active remediation plan ongoing, or if your account is no longer active with Stripe, no immediate action is required. Otherwise, expect a follow up note from a chargeback specialist shortly. We will also notify you when we receive the official fine amount.

Please do reach out if you have any questions in the meantime-we're always happy to help.

Attachment LLLL

STRIPE00000695
PX 27, 2893

This user has been internally reviewed by Stripe and rejected for violation of our Terms of Service. Please do not action account. If

risk █████████████

2020 11 Sep 23:02



STRIPE00000697

Attachment LLLL PX 27, 2895



**Redacted Version [Unredacted Exhibit Filed Under Seal]**

Account notes

manages this account's overall experience using Stripe.

**Account manager**

manages this account's support experience.

**Support manager**

is the account executive for this account.

**Account executive**

2020-09-17 00:07 by

This user has been internally reviewed by Stripe and rejected for violation of our Terms of Service. Please do not action account. If you have questions, please ping ___ hours and ___ hours.

2020-09-11 23:02 by

2020-08-28 23:01 by

STRIPE00000698

**PX 27, 2896**

**Attachment LLLL**



**PX 27, 2897**

STRIPE00000699

**Redacted Version [Unredacted Exhibit Filed Under Seal]**

**Attachment LLLL**

Redacted Version [Unredacted Exhibit Filed Under Seal]

PX 27, 2898

Attachment LLLL

00000700

**Redacted Version [Unredacted Exhibit Filed Under Seal]**



2019-12-19 18:05 by

**Attachment LLLL**

STRIPE00000701

**PX 27, 2899**

**PX 27, 2900**



**Redacted Version [Unredacted Exhibit Filed Under Seal]**

**Attachment LLLL**

TRIPE0000702



Redacted Version [Unredacted Exhibit Filed Under Seal]

**PX 27, 2901**

**Attachment LLLL**

**Redacted Version [Unredacted Exhibit Filed Under Seal]**



IPE00000704

**PX 27, 2902**

**Attachment LLLL**

---------- Forwarded message ---------
From: ████████████@stripe.com>
Date: Fri, Sep 18, 2020 at 4:40 PM
Subject: ████████████████████████

Hi Lilah,

Yes, you're right, we've determined -- and communicated to the merchant -- that we'll take ████████ ████████████████████████ Does that address your question?

Thanks

On Fri, Sep 18, 2020 at 9:39 AM < ████████████████ wrote:

Delia,

I see the merchant is still processing refunds. Does Stripe plan to allow ████████████████ ████████████████

Thanks!

STRIPE00000682

**Attachment LLLL** **PX 27, 2903**



*This transmission may contain information that is confidential and/or privileged information. If you are not the individual or entity to which it is addressed, note that any review, disclosure, copying, retransmission or other use is strictly prohibited. If you received this transmission in error, please notify the sender immediately and delete the materials from your system. This transmission is for informational purposes only, and is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction.*

*nd include "**unsubscribe**" in the subject line."*

**From:**
**Sent:** Thursday, September 17, 2020 9:59 AM
**To:** @stripe.com>
**Cc:** S

Sure, next week is fine.

STRIPE00000683
PX 27, 2904

Ideally, if possible, it would be great if you can also address the topic of the ████████████████████ we alert Stripe about. Alternatively, we can tackle the ████████████████████████████ separately.

**From:** ████████████ @stripe.com>
**Sent:** Wednesday, September 16, 2020 5:17 PM
**To:** ████████████████████████████

████████████████████████████████████████

**Subject:** Re: ████████████████████████████

Hi ████

Thanks for the email. I confirm that the merchant has been terminated.

Regarding your second point, thank you for seeking clarification. We're excited about the opportunity to align with you and the team on mutually agreeable processes. We're reviewing this internally now; can we return to you next week w/ a proposal?

Best,

████

On Wed, Sep 16, 2020 at 1:10 PM <████████████████████> wrote:

████

1. Thank you again for the collaborative work. Please confirm that the merchant has been terminated.

**Attachment LLLL**

STRIPE00000684

**PX 27, 2905**

2.  On a separate, more general note – as you know, ███████████████████████████████████████
████████████████████████████

    a.   ████████████████

    b.   ███████████████████████████

████████████████████████████████████████████████████
████████████████████████

4

Looking forward to your perspective/reply,

██

**From:** ████████████████████████
**Sent:** Sunday, September 13, 2020 7:45 AM
**To:** '████████████@stripe.com>; ████████████████
<███████████████████
**Cc:** ██████████████████████
██████████████████████████████
██████████████████████████

TY for the cooperation

**From:** ████████████@stripe.com>
**Sent:** Friday, September 11, 2020 4:00 PM
**To:** ████████████████████
**Cc:** ████████████@stripe.com>;
██████████████████████████████

Hi ██████████,

██████████████████████████████████████ We have notified
ragingbull.com that we have terminated their Stripe account effective September 16, 2020, in accordance
with our standard policy. We will also be taking a reserve over the user's account balance ████████
██████████████████. Please let us know if you have any questions or would like any further
information.

Best,

5

STRIPE00000686
Attachment LLLL
**PX 27, 2907**



On Tue, Sep 8, 2020 at 7:11 PM ███████████ @stripe.com> wrote:

Hi ██████████,

Hope you both had nice long weekends. Thanks for the additional information on Ragingbull.com. We are reviewing this internally and will revert asap.

Thanks,

Delia

On Tue, Sep 8, 2020 at 2:38 PM <███████████████████████> wrote:

███ – I copied █████ email into the original email regarding Ragingbull.com for easier tracking. Please see below from Ofer.

████

Any update on RAGINGBULL.COM?

Both ████ & I reviewed this merchant and we are likely to deem this unqualified under the ███████████

**Attachment LLLL**

STRIPE00000687

**PX 27, 2908**



Attachment LLLL

STRIPE00000688
**PX 27, 2909**





8



This transmission may contain information that is confidential and/or privileged information.  If you are not the individual or entity to which it is addressed, note that any review, disclosure, copying, retransmission or other use is strictly prohibited.  If

STRIPE00000690

*you received this transmission in error, please notify the sender immediately and delete the materials from your system. This transmission is for informational purposes only, and is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction.*

*"If you no longer wish to receive emails like this from us in the future, forward to* ███████████████████████ *and include "***unsubscribe***" in the subject line."*

**From:** ████████████████████████
**Sent:** Wednesday, September 2, 2020 12:43 PM
**To:** ████ @stripe.com' < ████ @stripe.com>
**Cc:** █████████ @stripe.com>; ████████████████████
**Subject:** ████████ ████████████████████████

**From:** ████████████ @stripe.com < ████████████ @stripe.com>
**Sent:** Friday, August 28, 2020 7:08 AM
**To:** ████████████████████████
**Cc:** ████████████████████████
**Subject:** ██████ █████████

Hi ███████████



STRIPE00000691

**Attachment LLLL**

**PX 27, 2912**

██████████████████████████████████████████████████

Please let us know if there is anything else we can provide here.

Best regards,

████████

On August 27, 2020, 8:47 PM GMT+1 ████████████████████ wrote:

Stripe Team –

We still have no acknowledgement or response on this notification.

████████████████████████████████████

Please advise.

Warm Regards,

*This transmission may contain information that is confidential and/or privileged information. If you are not the individual or entity to which it is addressed, note that any review, disclosure, copying, retransmission or other use is strictly prohibited. If you received this transmission in error, please notify the sender immediately and delete the materials from your system. This transmission is for informational purposes only, and is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction.*

If you no longer wish to receive emails like this from us in the future, forward to ████████████████████ and include "**unsubscribe**" in the subject line.

**From:** ████████████████████
**Sent:** Tuesday, August 25, 2020 11:30 AM
**To:** ████████████ @stripe.com' <████████████ @stripe.com>

11

**Attachment LLLL**

STRIPE00000692
**PX 27, 2913**

**Cc:** ██████████████████████████████████████

Stripe Team -

The response for the below notification was ████████████

Can you please provide update today?


Warm Regards,

████████████████████████████████

*This transmission may contain information that is confidential and/or privileged information. If you are not the individual or entity to which it is addressed, note that any review, disclosure, copying, retransmission or other use is strictly prohibited. If you received this transmission in error, please notify the sender immediately and delete the materials from your system. This transmission is for informational purposes only, and is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction.*

If you no longer wish to receive emails like this from us in the future, forward to ████████████████████████ and include "**unsubscribe**" in the subject line.

**From:** ██████████████████████████████
██████████████████████
**Sent:** Wednesday, August 19, 2020 4:02 PM
**To:** ████████████@stripe.com
**Cc:** ██████████████████████████████
██████████████████████████

██████████████████████████████████████

Please see below and copy Suzanne on your response.

The above mentioned merchant account is currently in review. ████████████████████

████████████████████████████████████

████████████████████████████████████████

STRIPE00000693
Attachment LLLL **PX 27, 2914**

**Redacted Version [Unredacted Exhibit Filed Under Seal]**

Can you please review with STRIPE and provide an update

*This transmission may contain information that is confidential and/or privileged information.  If you are not the individual or entity to which it is addressed, note that any review, disclosure, copying, retransmission or other use is strictly prohibited.  If you received this transmission in error, please notify the sender immediately and delete the materials from your system.  This transmission is for informational purposes only, and is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction.*

*"If you no longer wish to receive emails like this from us in the future, forward to* ███████████████████████ *and include "**unsubscribe**" in the subject line."*

--
You received this message because you are subscribed to the Google Groups

To unsubscribe from this group and stop receiving emails from it, send an email to
███████████████████████@stripe.com.
To view this discussion on the web visit

**CERTIFICATION OF COMPLIANCE**
**Pursuant to 28 U.S.C. § 1746**

I, __Karin Reisinger__, certify the following with respect to the Federal Trade

Commission's ("FTC") Civil Investigative Demand directed to TSYS Acquiring Solutions, L.L.C.

(the "Company") (FTC File No. 2023073) (the "CID"):

     1.    The Company has identified all documents, information, and/or tangible things

("responsive information") in the Company's possession, custody, or control responsive to the

CID and either:

          (a) provided such responsive information to the FTC; or

          (b) for any responsive information not provided, given the FTC written objections

              setting forth the basis for withholding the responsive information.

     2.    I verify that the responses to the CID are complete and true and correct to my

knowledge.

I certify under penalty of perjury that the foregoing is true and correct.

Date: __09/11/20__

                                Signature

                                __Karin Reisinger__
                                Printed Name

                                __Contract Administrator__
                                Title

**CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY**
**Pursuant to 28 U.S.C. § 1746**

1.      I, __Karin Reisinger_____ , have personal knowledge of the facts set forth below
        and am competent to testify as follows:

2.      I have authority to certify the authenticity of the records produced by TSYS Acquiring
        Solutions, L.L.C. (the "Company") and attached hereto.

3.      The documents produced and attached hereto by the Company are originals or true copies
        of records of regularly conducted activity that:

        a)      Were made at or near the time of the occurrence of the matters set forth by, or
                from information transmitted by, a person with knowledge of those matters;

        b)      Were kept in the course of the regularly conducted activity of the Company; and

        c)      Were made by the regularly conducted activity as a regular practice of the
                Company.

I certify under penalty of perjury that the foregoing is true and correct.


Date:   __09/11/20_____                  _____
                                                       Signature



| Record Status: | Submitted | Merchant Number: | ▮▮▮▮▮▮▮ | Reload | **Merchant Options** |
|---|---|---|---|---|---|
| Date of Last Activity: | 01/01/1900 | Source: | E-External | | Add |
| User ID: | 5800021 | Merchant Type: | FS | | |

### Merchant Details

| Bank Number: | | DBA Name: | RAGINGBULL.COM |
|---|---|---|---|
| Association: | | Owner Name: | JEFFREY BISHOP |
| BIN: | | Legal Name (00): | RAGINGBULL.COM LLC |
| POS Merchant ID: | | Attn: | JEFF |
| Industry SE: | | Address: | 62 CALEF HWY STE 233 |
| Seller ID: | | | |
| Discover: | | City / State / Country: | LEE / NH / US |
| Authorization and Capture: | | | |
| Clearing and Settlement: | | Postal Code: | 03861-6701 |
| PayPal Ind: | | | |
| JCB: | | Phone: | (833)265-1270 |
| JCB Processing: | N | Manager's Name: | |
| Accept ACH as a Trans: | N | | |
| Sales Code: | | DDA: | ▮▮▮▮▮▮ |
| Merchant Status: | Open | T/R: | |
| Last Maintained: | 07/31/2020 | Amount of Last Deposit: | 0.00 |
| Date of Last Deposit: | 1900-01-01 | | |
| Visa MCC: | 8299 SCHOOLS AND EDUCATIONAL SERVICES, NOT ELSEWHERE CLASSIFIED | | |

### Merchant Terminals

**(Maximum table display is 100 terminals)**

| Print Profile | V Number | Agent | Chain | Store | Terminal | Merchant Name | Model / Alt Build Type | Software / Alt Build Type Desc | Boarded (2nd Sys) |
|---|---|---|---|---|---|---|---|---|---|
| 🖨 | V6306259 | 373311 | 000002 | 0414 | 0001 | RAGINGBULL.COM | Stage Only | Stage Only | Y ( N/A ) |
| 🖨 | V6343273 | 373311 | 000002 | 0428 | 0002 | RAGINGBULL.COM | Stage Only | | Y ( N/A ) |

| Merchant Number: | 934000015750 | Reload | | Association: | 373311 | | Status: | Open |
|---|---|---|---|---|---|---|---|---|
| DBA Name: | RAGINGBULL.COM | | | Bank Number: | 9349 | | | |

| User Bank Number: | 9349 | | | Start Date/Time: | 03/12/2020 11:17:13 |
|---|---|---|---|---|---|
| Branch: | 0000 | Merchant PCI Compliance: | N | Original Board Date: | 03/12/2020 11:17:15 |
| Card Brand MCC Participation: | N | Back End Merchant Only: | N | Date Opened: | 03/12/2020 |
| Visa MCC: | 8299 SCHOOLS AND EDUCATIONAL... | | | Token Zone Name: | NONE |
| Mastercard MCC: | 8299 SCHOOLS AND EDUCATIONAL SERVICES, NOT ELSEWHERE CLASSIFIED | | | | |
| Type of Goods Sold: | | MSR Name: | | Sales Rep Email Address: | |
| Sales Code: | | | | | |
| CWOS Threshold | | Visa Debit Consent CP: | | Visa Debit Consent CNP: | N |
| Debit Return Threshold: | | | | | |
| EBT Return Threshold: | | | | | |
| HC ISO ID | 000003173432 | | | | |

### DBA Information

| Name: | RAGINGBULL.COM | Phone: | (833)265-1270 |
|---|---|---|---|
| Postal Code: | 03861 | Extension: | 0000 |
| City: | (833)265-1270 | P/TWO: | |
| State/Province: | NH | Customer Service Phone: | (833)265-1270 |
| Country: | US | | |
| Merchant Email Address: | JORDAN@RAGINGBULL.COM | DUNS ID: | |
| Merchant Web Site: | http://WWW.RAGINGBULL.COM | Last Credit Check: | 03/12/2020 |



### Addresses and Assigned Usage Codes

| Indicator | Name | Address | Usage Codes |
|---|---|---|---|
| 00 | RAGINGBULL.COM LLC | JEFF<br>62 CALEF HWY STE 233<br>LEE, NH, 03861-6701 | AW, BIL, BT1, BT2, BT3, CBF, CRB, DIS, IMR, IRS, MEM, MIS, MLR, MSG, POS, SHP |
| | Phone: (833)265-1270  Fax:<br>Ship To:  Ship Method: | Email Address:  JEFF@RAGINGBULL.COM<br>Special Handling: | |
| B1 | RAGINGBULL.COM | 62 CALEF HWY 233<br>LEE, NH, 03861-6701 | RCL |
| | Phone:  Fax: | Email Address: JORDAN@RAGINGBULL.COM | |

### Volume & Shipment Information

| | | | |
|---|---|---|---|
| Percentage of Retail: | Average Ticket: | 600 | Delivery Delay: |
| Percentage Key Entered: | 15 | Annual Volume: | 35580000 | Avg# Days Between Order & Ship: |
| Percentage of E-Commerce: | High Ticket: | % of Trans W/Delay Ship or Service: |
| Total Tran Vol Debit: | Total Dollar Debit: | ACH Process Credits Flag: |
| Total Tran Vol Credit: | Total Dollar Credit: | N |

### Primary Owner Information

| | |
|---|---|
| Owner First Name: | |
| Owner Last Name: | |
| Owner Name: | JEFFREY BISHOP |
| Owner Home Address: | |
| Owner Home Postal Code: | |
| Owner Home City: | State: |
| Owner Home Phone: | |
| Date of Birth: | |
| SSN: | |
| Driver's License: | |
| Driver's License Issuing State: | |
| Business License: | |

### Secondary Owner Information

| | |
|---|---|
| Owner Name: | JASON BOND |
| Date of Birth: | |
| SSN: | |
| Driver's License: | |
| Driver's License Issuing State: | |
| Business License: | |

### Additional DBA Information

| | | | |
|---|---|---|---|
| Manager Name: | | Federal Tax ID: | 464420621 |
| Assistant Manager: | | State Tax ID: | |
| Other Contact: | | Years in Business (when opened): | 07 |
| | | C/H Info Security Program: | N |

| | | | |
|---|---|---|---|
| Bank: | BIN: 453057 | Group: |
| Merchant Number: | FE/BE Status: Active/Open | Association: 373311 SMB GLOBAL LLC - G1P |
| POS Merchant ID: | Date Opened: 03/12/2020 | Merchant Type: FS |
| | Date Closed: | Original Board Date: 03/12/2020 |

### Demographics

| | | |
|---|---|---|
| DBA Name: RAGINGBULL.COM | Incorporation: 9 - Limited Liability Companies | Legal Address Name: RAGINGBULL.COM LLC |
| DBA City, State, Country: (833)265-1270, NH, US | Primary Owner: JEFFREY BISHOP | ATTN: JEFF |
| DBA Postal Code: 03861 | Secondary Owner: JASON BOND | Address: 62 CALEF HWY STE 233 |
| DBA Phone/Ext: 833-265-1270 ext 0000 | Visa Descriptor: | City, State, Country: LEE, NH, US |
| DBA Fax: | MasterCard Descriptor: | Postal Code: 03861 |
| Customer Service Number: 833-265-1270 | Manager Name: | Physical Address Name: RAGINGBULL.COM |
| Federal Taxpayer ID: | Assistant Manager: | ATTN: JEFF |
| State Tax ID: | Other Contact: | Address: 62 CALEF HWY 233 |
| Sales Code: | | City, State, Country: LEE, NH, US |
| Sales Representative Name: | | Postal Code: 03861 |
| MC/Visa Number: | DDA: | ChkBr/Retr Addr Name: RAGINGBULL.COM LLC |
| Discover Number (MAP: Y): | TIR: | ATTN: JEFF |
| JCB Number: (Processing: N): | ACH Tran Destination: Merchant | Address: 62 CALEF HWY STE 233 |
| AMEX SE#: | Post Date Days Credit: 0 | City, State, Country: LEE, NH |
| OptBlue Flag: Y | Post Date Days Debit: 0 | Postal Code: 038616701 |
| Seller ID : | | |
| High Volume : | | |
| ACH as a Tran: N | | Statement Address Name: RAGINGBULL.COM LLC |
| PayPal Ind : N | | ATTN: JEFF |
| Merchant E-mail Address: JORDAN@RAGINGBULL.COM | | Address: 62 CALEF HWY STE 233 |
| Merchant Web Address: HTTP://WWW.RAGINGBULL.COM | | City, State, Country: LEE , NH , US |
| MCC/SIC: 8299 SCHOOLS AND EDUCATIONAL SERVICES, NOT ELSEWHERE CLASSIFIED | Statement Delivery: Hold | Postal Code: 03861 |
| | Watch List Indicator: | |

### IRS Data

| | | |
|---|---|---|
| BW Start Date: | BW Balance: | 1099-K Generation: Y |
| BW Stop Date: | BW State Balance: | 1099-K Merchant Copy: P - Paper |
| Exempt Flag: N | BW Deferred Balance: | |
| | BW State Deferred Balance: | |

### Processing Data

| Processors: | | | | | |
|---|---|---|---|---|---|
| Last Processed Batch: | Date | Batch Number | Status | Count | Amount |
| Last Processed Deposit: | Date | | | | Amount |
| | 01/01/1900 | | | | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Bank:** | | **BIN:** 453057 | | **Group:** | |
| **Merchant Number:** | | **FE/BE Status:** Active/Open | | **Association:** 373311 SMB GLOBAL LLC - G1P | |
| **POS Merchant ID:** | | **Date Opened:** 03/12/2020 | | **Merchant Type:** FS | |
| | | **Date Closed:** | | **Original Board Date:** 03/12/2020 | |

**Account Data**

| | | | |
|---|---|---|---|
| **Product Service Description:** | **Primary Owner:** JEFFREY BISHOP | **Secondary Owner:** JASON BOND | |
| **Seasonal:** N | **SSN:** | **SSN:** | |
| **Percentage Key Entered:** 15 | **Date of Birth:** | **Date of Birth:** | |
| **Signed Annual Volume:** 35,580,000 | **Driver's License:** | **Driver's License:** | |
| **Signed Average Ticket:** 600 | **Business License:** | **Business License:** | |
| **Signed High Ticket:** | | | |
| **User Data1:** | **MET Table:** 0000 | **Days Suspend:** 1 | |
| **User Data2:** | **Term of Agreement:** | | |
| **User Data3:** | | | |
| **User Data4:** | | | |
| **User Data5:** | | | |

**Processing Data**

| | | | | | |
|---|---|---|---|---|---|
| **Processors:** | | | | | |
| **Last Processed Batch:** | **Date** | **Batch Number** | **Status** | **Count** | **Amount** |
| | | | | | |
| **Last Processed Deposit:** | **Date** | | | | **Amount** |
| | 01/01/1900 | | | | 0.00 |

**Jason Bond**

1

```
                            Volume:  I
                              Page:  1-201
                          Exhibits:  1-15



              THE STATE OF NEW HAMPSHIRE

           BUREAU OF SECURITIES REGULATION


------------------------------------------------
IN RE:  Investigatory Statement Under Oath

        Jason P. Bond

        Case No. I-2019-000019

------------------------------------------------
          WEDNESDAY, FEBRUARY 19, 2020

            10:00 A.M. TO 3:46 P.M.


   NEW HAMPSHIRE BUREAU OF SECURITIES REGULATION

              STATE HOUSE ANNEX

         25 CAPITAL STREET, 3RD FLOOR

            CONCORD, NEW HAMPSHIRE




Reporter:  Donna J. Whitcomb, RMR

           LCR NO. 143 (RSA 310A:179)
```

**Jones & Fuller Reporting**
**617-451-8900  603-669-7922**

**Attachment NNNN**      **PX 27, 2921**

In re: Jason Bond

Jason Bond
February 19, 2020

---

**Page 2**

```
1
2   A P P E A R A N C E S :
3
4       STATE OF NEW HAMPSHIRE
        DEPARTMENT OF STATE
5       BUREAU OF SECURITIES REGULATION
        By Lydea Irwin, Esquire
6         Noah Abrahams, Esquire
          Eric Forcier, Esquire
7       107 North Main Street, Room 204
        Concord, New Hampshire  03301
8       (603) 271-1463  lydea.irwin@sos.nh.gov

9       GREENBERG TRAURIG, LLP
        By Miriam G. Bahcall, Esquire
10        Brett M. Doran, Esquire
        77 West Wacker Drive, Suite 3100
11      Chicago, Illinois  60601
        (312) 476-5135  bahcallm@gtlaw.com
12      On behalf of Jason Bond.

13

14

15  Also Present:  Susan Trahan, General Counsel
16              and CCO of RagingBull.com, LLC
17
18
19
20
21
22
23
```

---

**Page 4**

```
1   (Exhibits contd.)

2

3                   E X H I B I T S

4   NO.                                       PAGE

5   Exhibit 10  Success Story, Steve Boehm, 11 pgs.   5

6   Exhibit 11  Success Story, Breanne          5

7               Taylor, 10 pgs.

8   Exhibit 12  2014 Schedule D, 3 pgs.         5

9   Exhibit 13  2015 Schedule E, 3 pgs.         5

10  Exhibit 14  2016 Federal Worksheets, 3 pgs. 5

11  Exhibit 15  2017 Schedule D, 4 pgs.         5

12

13

14

15

16      (*Original exhibits returned to Ms. Irwin.)

17

18

19

20

21

22

23
```

---

**Page 3**

```
1           I N D E X

2   EXAMINATION of JASON BOND              PAGE

3   By Ms. Irwin ........................    5

4

5

6

7

8

9

10          E X H I B I T S

11  NO.                                    PAGE

12  Exhibit 1  Advertisement, Pg. 5 of 45   5

13  Exhibit 2  Advertisement, Pg. 9 of 45   5

14  Exhibit 3  Distributions to Jason Bond, 1 pg.   5

15  Exhibit 4  Excerpts 2018, 1040, 3 pgs.  5

16  Exhibit 5  Disclaimer, 3 pgs.           5

17  Exhibit 6  Advertisement Photograph, 1 pg.   5

18  Exhibit 7  Advertisement Photograph, 1 pg.   5

19  Exhibit 8  Text Messages, 5 pgs.        5

20  Exhibit 9  Advertisement, Verified Results, 1 pg. 5

21

22

23
```

---

**Page 5**

```
1    P R O C E E D I N G S
2    (Exhibits 1 through 15 marked for
3   identification.)
4    JASON P. BOND, having been duly sworn
5   by the Court Reporter that his testimony will be the
6   truth, the whole truth and nothing but the truth
7   testified as follows in answer to interrogatories by
8   Ms. Irwin:
9   Q.  Today is February 19th, 2020.  If you
10  would, would you give your name spelling your last
11  name for the record?
12  A.  Jason Philip Bond, B-O-N-D.
13  Q.  My name is Lydea Irwin, I'm a staff
14  attorney here at the New Hampshire Bureau of
15  Securities Regulation.  I'm here with my colleagues,
16  Noah Abrahams and Eric Forcier also staff attorneys
17  with the bureau.  This is case I-2019-000019.  This
18  is an investigatory statement under oath pursuant to
19  statute New Hampshire RSA 421-B.  You must answer my
20  questions, unless they are privileged, your attorney
21  will let you know if the answer to a question is
22  likely to be privileged.  If your attorney does
23  object to a question, don't answer the question
```

---

**Attachment NNNN**

**PX 27, 2922**

Page 6

1  until we have figured out what the objection is.
2    I'm going to ask you some questions,
3  let me finish my question before you start
4  answering.  If you don't understand my question,
5  just let me know and I'll try and rephrase it until
6  we're on the same page.  I need you to know that
7  there are consequences for false statements under
8  oath and that there are both civil and criminal
9  penalties under New Hampshire RSA 421-B.  If we
10  discover that there is something that we need to
11  refer to another agency, we will.  Do you understand
12  everything I've said so far?
13  **A.  I do.**
14  Q.  Okay, please give verbal answers, not head
15  shakes, for the stenographer's purposes.  If you
16  need a break, just ask and that goes for everyone in
17  the room.  Are you under the influence of any drugs
18  or do you suffer from any impairments that would
19  cause you to not understand any questions being
20  asked today?
21  **A.  No.**
22  Q.  And you are here under a subpoena ordered
23  by the New Hampshire Bureau of Securities

Page 7

1  Regulation; is that correct?
2  **A.  Yes.**
3  Q.  We're just going to do some preliminary
4  questions to start off with.  What did you review in
5  preparation for today's statement other than
6  discussions with counsel?
7    **MS. BAHCALL:** Are you asking for
8  documents outside of counsel's purview, so on his
9  own?
10  Q.  Yes, on your own.  Did you look at any
11  documents outside of your review with counsel before
12  coming here today?
13  **A.  Not that I can remember.**
14  Q.  Where do you currently reside?
15  **A.** ███████████████████**, New Hampshire**
16  **03824.**
17  Q.  Do you have any criminal records?
18  **A.  No.**
19  Q.  What's your educational history since high
20  school?  So after high school.
21  **A.  I have a bachelor's in education and a**
22  **master's in education.**
23    **MR. ABRAHAMS:** From where?

Page 8

1  Q.  Oh, from what school?
2  **A.  I graduated SUNY Brockport in Upstate New**
3  **York and then I attended Walden University online.**
4  Q.  What's your employment history since
5  graduation?
6  **A.  I was hired prior to graduation to teach**
7  **in the Webster Central School District elementary**
8  **physical education.  I did that for about ten years**
9  **with a specialization in adaptive physical education**
10  **within the same district.  After that I started what**
11  **is now known as RagingBull.com.**
12  Q.  And do you have a history of securities
13  licensure, have you ever been licensed as a
14  securities professional with a state or with the
15  federal government?
16  **A.  No.**
17  Q.  Have you ever been investigated or are you
18  under investigation by any regulatory authority,
19  state or federal, including but not limited to the
20  SEC, the FTC or any other state regulators besides
21  New Hampshire?
22  **A.  Yes.**
23  Q.  Who?

Page 9

1  **A.  About three years ago I received a**
2  **voluntary inquiry from the SEC, so I'm not sure if**
3  **that qualifies.**
4  Q.  That would qualify.  All right, anything
5  else?
6  **A.  Not to my knowledge.**
7  Q.  Have you ever been deposed or had a
8  statement taken on the record for any matter,
9  including the one you just talked about with the
10  SEC, prior to this one?
11  **A.  No.**
12  Q.  Okay.  You mentioned that you started
13  RagingBull.com, what is RagingBull.com?
14  **A.  RagingBull.com is a website that**
15  **specializes in education, specifically teaching**
16  **people to trade stocks.**
17  Q.  And what is your role at Raging Bull?
18  **A.  I teach people to trade stocks.  I wear**
19  **many hats.  I founded the company so I've seen it**
20  **grow from small to where it is today.  So I'm**
21  **involved in a lot.  But my primary role is teaching**
22  **people to trade, being involved in marketing to --**
23  **to advertise our services.  Those are probably the**

Min-U-Script®

Jones & Fuller Reporting
617-451-8900   603-669-7922

(2) Pages 6 - 9

Attachment NNNN

PX 27, 2923

Page 10

1  two primary but I'm involved in a lot.
2  Q.  Okay.  Do you have a specific title?  I
3  know you said cofounder, but do you have a specific
4  title?
5  A.  I believe it's president.
6  Q.  When did you start working or when did you
7  found Raging Bull?
8  A.  I don't remember exactly, but in the last
9  couple of years it was renamed Raging Bull.
10  Q.  And what was it before then?
11  A.  About ten years ago, again, I can't
12  remember exactly when, but about ten years ago, this
13  is when I left teaching, it started as Penny Stock
14  Buy and it quickly became Jason Bond Picks as it is
15  known today.  And then it transformed into our
16  umbrella company which is Raging Bull.
17  Q.  Do you get a salary from Raging Bull?
18  A.  I don't really know how the accounting
19  works.  I get a distribution from net income at the
20  end of the month.  For tax purposes I think my
21  accountants have it structured where I might.  I
22  don't know, my accountants handle that, but my
23  primary income comes from net income related to

Page 11

1  Raging Bull at the end of the month.
2  Q.  Do you know if that net income is
3  generally based off of subscriptions?  What's the
4  primary income for Raging Bull?
5  A.  That is the primary income, subscriptions.
6  Q.  And you said you are a founder, are you
7  also an owner of Raging Bull?
8  A.  Yes.
9  Q.  Is anyone else an owner of Raging Bull?
10  A.  Yes.
11  Q.  Who else is an owner?
12  A.  Jeff Bishop and Allan Marshall.
13  Q.  Does Raging Bull have a board of
14  directors?
15  A.  I don't know.
16  MR. ABRAHAMS: Well, do you know if
17  Raging Bull is, like, incorporated, an LLC, or some
18  other type of business organization?
19  THE WITNESS: I do.  I believe it's
20  an LLC, RagingBull.com, LLC.
21  BY MS. IRWIN:
22  Q.  Are you, Jeff Bishop, and Allan Marshall
23  members of the LLC or are you managers of the LLC,

Page 12

1  are you both, do you know?
2  A.  I don't know.  I believe -- I don't know,
3  I believe members.
4  Q.  Where is Raging Bull located?
5  A.  Do you mean the LLC?
6  Q.  Yes.
7  A.  I believe Delaware, but I'm not sure.
8  Q.  Where does most of the work at Raging Bull
9  get done?
10  A.  Well, I work from home.  Jeff works from
11  home.  Allan's a passive partner.  We have about 105
12  employees all over the world.  We have an office in
13  Baltimore.  So I guess I would say a lot of remote
14  workers and then an office in Baltimore.
15  MR. ABRAHAMS: Jeff Bishop works from
16  home, do you know where his home is?
17  THE WITNESS: Yes, I do.  He's in New
18  Hampshire as well, in Lee, ▓▓▓▓▓▓▓.  I think
19  it's ▓▓▓▓▓▓▓▓, I'm not sure.
20  MR. ABRAHAMS: And Allan Marshall, do
21  you know where he lives?
22  THE WITNESS: Allan resides in
23  Florida.

Page 13

1  MR. ABRAHAMS: At the office in
2  Baltimore, what occurs there?
3  THE WITNESS: We have customer
4  support in Baltimore, we have teller sales in
5  Baltimore, we have technology operations in
6  Baltimore, we have copywriters in Baltimore.  A lot
7  happens there.
8  MR. ABRAHAMS: Would that be like the
9  administrative side of Raging Bull?
10  THE WITNESS: What do you mean by
11  "administrative"?
12  MR. ABRAHAMS: So you were saying the
13  principal purpose of Raging Bull is to teach people
14  how to trade.  You teach people the trade I'm
15  assuming from home since you said you work from
16  home?
17  THE WITNESS: Yes.
18  MR. ABRAHAMS: So everything other
19  than teaching people the trade is pretty much based
20  out of Baltimore or are there other offices?
21  THE WITNESS: I do not believe there
22  are other offices.  However, no, everything else
23  isn't just based out of Baltimore.  I believe we

Min-U-Script®

Jones & Fuller Reporting
617-451-8900   603-669-7922

(3) Pages 10 - 13

Attachment NNNN

PX 27, 2924

Page 14

1  have about 30 employees there and 75 others
2  elsewhere.
3      MR. ABRAHAMS: Who also may work from
4  home or somewhere else?
5      THE WITNESS: Who do, yeah.  Or maybe
6  remote offices like shared office spaces.
7  BY MS. IRWIN:
8  Q.  Does any teaching, education, come out of
9  the Delaware office?
10 A.  Out of the Delaware?
11 Q.  Out of Baltimore.
12 A.  Okay.
13 Q.  Sorry, Baltimore's in Maryland, not in
14 Delaware.
15     MS. BAHCALL: Your geography is like
16 mine.
17 Q.  Does any teaching or education come out of
18 the Baltimore office?
19 A.  I don't know for sure but I do not think
20 so.
21 Q.  Are there any subsidiaries of Raging Bull?
22 A.  What's a subsidiary?
23 Q.  A smaller company owned by the larger

Page 15

1  company.
2  A.  So Raging Bull owns a smaller company?
3  Q.  Yes.
4  A.  I don't know.  At one point in time we
5  bought Startupcamp.com, but I believe we folded that
6  into the Raging Bull, LLC.  I don't know.
7  Q.  That's all right.
8      MR. ABRAHAMS: So vice versa, does
9  any company own Raging Bull?
10     THE WITNESS: I don't know, but I
11 don't think so.
12 BY MS. IRWIN:
13 Q.  You mentioned Jason Bond Picks, can you
14 describe what Jason Bond Picks is for me?
15 A.  Sure.  So Jason Bond Picks started about
16 ten years ago with an emphasis on small cap stocks,
17 specifically stocks under 10, market cap under 2
18 billion.  I learned how to trade and then I taught
19 my strategy and continue to teach that strategy.  It
20 consists of a curriculum, I don't know exactly, but
21 a few hundred hours worth of video lessons that I've
22 done over the years.  Probably more than that, but
23 that's a safe estimate.

Page 16

1      With those video lessons or my
2  curriculum then I provide usually some sort of watch
3  list.  So I scan for stocks under 10, market caps
4  under 2 billion.  I look for momentum.  And then I
5  provide a more focused daily update of what I think
6  fits the curriculum.
7      And then there are realtime alerts.
8  Over the years there have been many modes of
9  communication, the primary being text and email.
10 For many years Jason Bond Picks had a chat room, it
11 no longer does.  So it is a service designed to
12 teach people how to trade stocks.
13 Q.  Who owns Jason Bond Picks --
14     MS. IRWIN: Sorry.
15     MR. ABRAHAMS: Before you move on,
16 you said it no longer has chat rooms, when did that
17 stop?
18     THE WITNESS: Jason Bond Picks?  I
19 don't remember exactly.  I'd be guessing.
20     MR. ABRAHAMS: Does Jason Bond Picks
21 still exist?
22     THE WITNESS: It does.
23     MR. ABRAHAMS: Okay.

Page 17

1      THE WITNESS: I'd be guessing, but it
2  was around three or four years ago Jason Bond Picks
3  itself lost the chat room component.
4      MR. ABRAHAMS: Okay.
5      MR. FORCIER: Why?
6      THE WITNESS: Chat rooms generally
7  are day traders.  And with the intent to grow the
8  business, that's a very small market.  So swing
9  trading is what Jason Bond Picks always focused on
10 which is, you know, by Jason Bond Picks' definition,
11 a buy and hold for one-to-four days.  This is
12 generally a professional who buys this service.  So
13 it wasn't a huge component of the business model,
14 and something we weren't really looking to scale.
15     MS. IRWIN: All set?
16     MR. FORCIER: Yes.
17     BY MS. IRWIN:
18 Q.  I'll go back to my other question.  Who
19 owns Jason Bond Picks?
20 A.  I don't know, but I believe Raging Bull.
21 Q.  So if you do the daily watch list for
22 Jason Bond Picks, can you describe to me how your
23 day would work as far as what you're doing for Jason

Attachment NNNN

PX 27, 2925

In re: Jason Bond

Jason Bond
February 19, 2020

Page 18

1  Bond Picks in an average day?
2  A.  So assuming I wasn't here this morning, I
3  would have woken up very early, four to five
4  o'clock, and run scans for stocks under 10.
5  Currently that's evolved to mid-cap stocks, too.  So
6  market caps under 10 billion, so stocks above 10 now
7  as well.  I would look for the setups that I teach
8  in my lessons using the scans that I teach in my
9  lessons.
10    Groupon, for example, would have been
11  a name that I would have put on the watch list this
12  morning; a stock that's down 30 percent due to an
13  earnings miss.  So now there's an overreaction to
14  the downside, there's a breakdown in the stock, 30
15  percent down on earnings, and I would start to watch
16  that stock.  I would point to my lessons within the
17  watch list.
18    So I would say I'm watching Groupon,
19  here's why, generally pointing to specific video
20  lessons, and then I would identify that as a buying
21  opportunity in the watch list for myself as a means
22  of teaching.  So I'm connecting my trading to the
23  watch list to the lessons.

Page 19

1    And I would have identified why which
2  in this case with Groupon is they're shaking out
3  management and they're doing a split to the stock to
4  raise the stock price which can cause momentum.  So
5  I would -- I would do what I did which is trade and
6  teach about it.
7  Q.  Do you actually make the trade or do you
8  just add it to your watch list saying I might make
9  this trade?
10  A.  So there's the curriculum, the watch list
11  is a focused snapshot of that day.  So we didn't
12  know about Groupon's earnings until last night.
13  Trading occurs during market hours between 9:30 and
14  4 p.m.  The watch list is generally produced in the
15  evening, but most often early in the morning once I
16  see what's going on.  Then at some point in time
17  during market hours I may or may not make the trade.
18  Q.  Your realtime alerts, how often do you
19  send those out and how do you choose those?
20  A.  So I have the curriculum, I have the watch
21  list.  Generally speaking the realtime alerts would
22  be from the watch list.  So I've identified a zone
23  where I'm interested in buying, which would be

Page 20

1  connected to the lessons, a zone in which I'm
2  interested in selling, which generally with small
3  cap trading is 5 to 20 percent, one to four days.
4  Statistically that's about the best I figured I can
5  do.  And so during market hours you're analyzing the
6  Russell 2000, which is the small cap index, similar
7  to the NASDAQ QQQ, so that's the IWM.  You're
8  looking at a chart, is it trending down, is it
9  trending up --
10    THE REPORTER:  Could you slow down,
11  please?
12    MS. BAHCALL:  Yes, slow down.  I'm
13  having trouble writing it and she's got to type.
14    THE WITNESS:  Sorry.
15  A.  So I'm looking at market trend first, and
16  so if, you know, the market is trending down
17  aggressively, small caps are a leading indicator.
18  If they're selling off, I generally won't get in
19  front of anything then, so I would back off.
20    If the market is sideways or up,
21  again, the small cap market which is the IWM, and
22  then the first thing I teach is let's take a look at
23  the IWM, all right, so -- because I don't want to

Page 21

1  swim against the current.  So a trade would be
2  through a progression of check boxes if you will.
3  So I'd kind of check things off.  The market looks
4  good, the sector looks good, the catalyst is there,
5  the price action looks goods.  So I may or may not
6  take a trade in that scenario.  So it's really a
7  dynamic environment, trading.  There's no set
8  answer.
9  Q.  What are subscribers, like, do you call
10  them "subscribers" for Raging Bull?  People who sign
11  up for your services, what do you call them?
12  A.  In and around the Raging Bull community
13  you will hear people refer to them as "subscribers."
14  I've always referred to them as "clients."  It's
15  possible I've called them subscribers at times,
16  students, subscribers, clients.
17  Q.  How does one become a client of Raging
18  Bull or Jason Bond Picks?
19  A.  Jason Bond Picks offers a quarterly
20  subscription and an annual subscription option.
21  Maybe an unlimited, too.  And somebody would make a
22  purchase.  They would decide that they want to join
23  Jason Bond Picks.  So generally this all starts with

Jones & Fuller Reporting
617-451-8900    603-669-7922

Attachment NNNN

PX 27, 2926

Page 22

1  they've submitted an email somewhere, they've heard
2  about me through an ad or somewhere else. They
3  express they have more interest and then generally
4  move towards a purchase of one of the teaching
5  components, so Jason Bond Picks, any of our other
6  services; that would -- so they could land on the
7  free email list first or just go direct to purchase,
8  it would depend. But that's generally the process.
9  Q. Okay. And is that the same for Raging
10  Bull as well?
11  MR. ABRAHAMS: Well, can I rephrase
12  this question?
13  MS. BAHCALL: Yes.
14  MR. ABRAHAMS: Because -- can you
15  describe first the services that Raging Bull
16  provides, whether they exist today or not, from the
17  beginning when Raging Bull started ten years ago?
18  MS. BAHCALL: Do you mean Raging Bull
19  under the name Raging Bull or under a service like
20  Jason Bond Picks?
21  MR. ABRAHAMS: Well, Jason Bond Picks
22  in now part of the Raging Bull, right? I guess can
23  you describe the structure? Because if Jason Bond

Page 23

1  Picks is separate from Raging Bull --
2  MS. BAHCALL: I didn't mean to
3  confuse you. I just meant your question, whether it
4  was overbroad. If you meant through any service or
5  entity or just do you subscribe to Raging Bull
6  itself and what did they provide? I wasn't sure
7  where you were going with the question.
8  MR. ABRAHAMS: Yeah, I guess do
9  people subscribe just to Raging Bull or don't they
10  have to pick a service?
11  THE WITNESS: I suppose I'll just go
12  back just a little bit. They do pick a service,
13  they can subscribe to Raging Bull, too.
14  MR. ABRAHAMS: Entirely?
15  THE WITNESS: Jason Bond Picks was
16  our only service for a very long period of time. My
17  goal was -- I was studying to be a school principal,
18  so I was doing my second master's degree. I was
19  enrolled, I was in classes. I saw somebody teaching
20  to trade stocks. He disclosed how much money he was
21  making teaching people to trade stocks and I
22  thought, wow --
23  MR. ABRAHAMS: That was my next

Page 24

1  question. Hold on, hold on.
2  MS. BAHCALL: You've answered his
3  question.
4  MR. ABRAHAMS: Well, you can continue
5  but I'm going to ask the question. Because my other
6  question was how did you learn to invest and what is
7  your securities knowledge. So if you want to begin
8  there, that's fine.
9  THE WITNESS: Raging Bull has maybe,
10  I don't know exactly, about ten services now. And
11  then there is Raging Bull Elite which would be a
12  bundle of those services. So to answer your
13  question there is a lot of different services that a
14  person could buy, Jason Bond Picks being one of
15  them.
16  MR. ABRAHAMS: Can you describe all
17  of them? Just list them all.
18  MS. BAHCALL: That ever existed?
19  MR. ABRAHAMS: At least we'll start
20  with what's existing today.
21  THE WITNESS: Raging Bull Elite is
22  our flagship I guess you would say.
23  MR. ABRAHAMS: It's called Raging

Page 25

1  Bull "Leap"?
2  THE WITNESS: Elite. It encompasses
3  every service, for the most part. There could be
4  exception.
5  MR. ABRAHAMS: Okay.
6  THE WITNESS: That's the general idea
7  there. The next step down would be Apex Alliance
8  which is every option service. You have what was
9  generally known as our flagship service, Jason Bond
10  Picks; that's where everything originated. I
11  currently also run Weekly Windfalls. I run Jackpot
12  Trades. For about a month I ran Smoke Signals; that
13  is now closed. There's a lot, so I will do my best,
14  but it's possible I'll miss one or two.
15  MR. ABRAHAMS: Sure.
16  THE WITNESS: There's Biotech
17  Breakouts, FDA Insider, Sniper Report, Fast Five
18  Trades. We're launching Trade With Kyle tomorrow.
19  There is Weekly Money Multiplier, Lotto X, Total
20  Alpha, Dollar Ace, Penny Pro. We had Petra Picks
21  Gold and Platinum; those are retired. We had
22  Options War Room, retired. Millionaire Roadmap,
23  retired. Nucleus, retired. We have IPO Payday,

Attachment NNNN

PX 27, 2927

Page 26

1  Daily Profit Machine. Did I say Dollar Ace?
2     MR. ABRAHAMS: Yes. That's enough,
3  just so I have a better understanding of what you
4  mean if someone is buying Raging Bull Elite.
5     THE WITNESS: Yeah, it's a lot.
6     MR. FORCIER: May I ask a followup
7  question?
8     MR. ABRAHAMS: Yes.
9     MR. FORCIER: You've named a lot of
10 different services, but do they generally follow the
11 same model where you find a stock that you like out
12 there, you send it out to the subscribers or clients
13 and tie it to a video? How do they differ from each
14 other? Because I don't want to have to go
15 necessarily to each one of them and say what do they
16 do, but I do want to know how they differ from each
17 other and why one would pick one and not the other
18 or get all of them. Just help me understand how
19 they interact with each other and how they differ
20 from each other, please.
21    THE WITNESS: They differ from each
22 other based on strategy. Some traders really like
23 options, won't ever trade stocks. Some will never

Page 27

1  trade an option. Within Options Weekly Windfalls
2  sells premium which is a very conservative options
3  strategy. Whereas something like Dollar Ace looks
4  at unusual option activity and is a more aggressive
5  options strategy. So trading styles often originate
6  with the guru.
7     So the evolution of Raging Bull was
8  many of my students went on to be very successful
9  traders and we determine success by their profits.
10 And their strategies often were wildly different
11 than mine. We would tell their story, people would
12 express interest in their strategy, and that is
13 where we decided we needed an umbrella because it's
14 no longer just Jason Bond Picks.
15    MR. FORCIER: Okay, so I want to say
16 that back to you to make sure I understand what you
17 just said. So each one of these is a little bit
18 different in terms of what they recommend to
19 subscribers to look at for certain securities, but
20 they're the same in the sense that they analyze
21 certain securities and send out to subscribers
22 alerts based on an analysis of certain securities it
23 recommends that they look at them or buy them, is

Page 28

1  that fair, is that the commonality between all of
2  them?
3     THE WITNESS: Well, I don't think we
4  ever recommend that anybody buys or sells anything.
5  The commonality between all of them is you have, as
6  you know, a curriculum, a daily update, sometimes a
7  weekly update, sometimes multiple day update.
8     So you have a curriculum, you have a
9  touch point which is more frequent. But not, you
10 know, the trader actually buying or selling
11 anything. And then you have the culminating point
12 which is, okay, I've taught you. I've shown you
13 what I'm looking at and here's me doing it now, good
14 or bad, and then we're going to go back and teach
15 about that the next day.
16    So each one has that commonality.
17 Each one's intention -- traders, you know, our
18 gurus, our goal is to successfully navigate the
19 markets and we judge success by their curriculum,
20 how well they teach in their daily updates and then,
21 you know, performance. So what a user does with
22 that information is entirely up to them. But that's
23 the general framework. And then each one differs

Page 29

1  based on strategy.
2     And strategies amongst traders can be
3  wildly different. There's day trading, swing
4  trading, longterm trading, there's options, there's
5  stocks within options, there's buying or selling.
6  You could be naked or do a vertical spread. You can
7  be shorting stocks. You can be shorting penny
8  stocks. So there's -- and amongst the trading
9  community, our clients, people have preferences of
10 what they like.
11    So our service has evolved from
12 literally my first student going on to make a
13 million dollars. And we asked him, Would you like
14 to teach, you know, what you do? He had a
15 bachelor's in biology, was studying to be a doctor.
16 So Biotech Breakouts was born.
17    MR. FORCIER: Who is that?
18    THE WITNESS: That's Kyle Dennis.
19    MR. FORCIER: Okay.
20    THE WITNESS: Biotech Breakouts was
21 born. And that's kind of how the model evolved over
22 ten years.
23    MR. FORCIER: So is it fair to say

Attachment NNNN

PX 27, 2928

Page 30

1 that these different services, there's somebody
2 behind there that was once a student or an employee
3 of yours or are you running each one of these
4 subscriptions, how does that work?  Who's the
5 strategist behind each one of these?  I know that's,
6 like, three questions but...
7   **MS. BAHCALL:** Okay, pick one.
8   **MR. FORCIER:** Pick one, I'll follow
9 up with him, I'm sure.
10   **THE WITNESS:** Most of our gurus came
11 from Jason Bond Picks and Millionaire Roadmap; those
12 were our only two services for a very long period of
13 time, I'd be guessing, but about six or seven years
14 is what I believe.  So Kyle came from my services,
15 Kyle Dennis.  Nathan Bear came from my services.
16 Ben Sturgill is a family friend, so he worked for
17 the company in a different capacity and runs IPO
18 Payday.  Petra evolved from my services, Petra
19 Picks.
20   **MR. FORCIER:** Could you spell that
21 for the record?
22   **THE WITNESS:** Petra Picks, P-E-T-R-A.
23 I'm sorry, her service is called Petra Picks, her

Page 31

1 name is Petra Hess.
2   **MR. FORCIER:** H-E-S-S?
3   **THE WITNESS:** H-E-S-S.
4   **MR. FORCIER:** Okay, thank you.
5   **THE WITNESS:** Many of them came from
6 my services.
7   **MR. FORCIER:** You call them "gurus,"
8 tell me what a guru is?
9   **THE WITNESS:** It's a teacher.
10   **MR. FORCIER:** An employee?
11   **THE WITNESS:** I'm not sure what their
12 contracts say, but it would be either an employee or
13 a contractor.
14   **MR. FORCIER:** So they are being
15 compensated in one form or another by Raging Bull or
16 Jason Bond Picks.  Whether it's a contractor or an
17 employee, you're hiring gurus to oversee certain
18 subscriptions.
19   **THE WITNESS:** They would be paid from
20 Raging Bull, not Jason Bond Picks.
21   **MR. FORCIER:** Okay.
22   **THE WITNESS:** That's the parent
23 company, so I believe that's where payment comes

Page 32

1 from.  And they are contracted to teach their
2 trading strategies, yes.
3   **MR. FORCIER:** Have any gurus ceased
4 doing business with you, or any of your entities in
5 the past two years, quit being a guru?
6   **THE WITNESS:** Yes.
7   **MR. FORCIER:** Could you list them for
8 me?
9   **THE WITNESS:** Petra Hess, retired.
10 Davis Martin was let go.  Just gurus who have moved
11 on, not services that were closed?
12   **MR. FORCIER:** Yes.
13   **THE WITNESS:** Keith Kern.
14   **MR. FORCIER:** K-E-R-N?
15   **THE WITNESS:** Correct.  However, I'm
16 not sure if that was within the last two years.  I
17 believe it was.
18   **MR. FORCIER:** Okay.
19   **MS. IRWIN:** Was he let go or did he
20 retire?
21   **THE WITNESS:** I don't remember.
22   **MS. BAHCALL:** That's fine.  If you
23 don't remember, it's okay.

Page 33

1   **MR. FORCIER:** Anybody else?
2   **THE WITNESS:** There may be, but I
3 can't remember.  Keith Kern, Petra Hess, Davis.
4 It's possible, we have a lot of services; that's
5 what I remember right now.
6   **MR. FORCIER:** Okay.  To make it
7 easier for us, and I think for you, could we make a
8 request here that we get in writing from you an
9 understanding of each one of these subscriptions and
10 who is the guru or gurus behind it and whether it's
11 retired or active or not.
12   We could do it painstakingly here
13 today off your memory, but we'd like to understand
14 the different subscribers and what they're
15 subscribing to and who is the guru behind each one
16 of them.  From your memory is not a fair thing to do
17 right now, necessarily, but would you be willing to
18 put in writing for us a brief understanding of each
19 one of those, I call them "silos," but each one of
20 those different subscribers or services and who's
21 the guru behind each one.  Because doing it by
22 memory is tough but...
23   **MS. BAHCALL:** Okay, I'll tell you

Attachment NNNN

PX 27, 2929

Page 34

1  what, at the end we'll obviously look at it and
2  we'll provide you with a response. Why don't we
3  just agree that -- I mean, we'll make a note, but at
4  the end maybe you guys follow up and say what we're
5  looking for so we don't lose in translation or him
6  try to remember and my writing.
7      MR. FORCIER: My problem is if you
8  said, no, I don't want you to do that, then I'd try
9  to get it out of him today. But you tell me, yes,
10 then I will --
11     MS. BAHCALL: Obviously we'll work
12 with you.
13     MR. FORCIER: It's better than trying
14 to go painstakingly through each one and understand
15 the gurus, but if that's something you're willing to
16 provide we can sort of move on from describing each
17 and every one of those.
18     MS. BAHCALL: Yes, that's fine.
19     MR. FORCIER: There probably will be
20 more things by then but...
21     MS. BAHCALL: That's my point.
22     BY MS. IRWIN:
23 Q.  So you mentioned you talked to a gentleman

Page 35

1  who was teaching securities and he was making a lot
2  of money and that's why you decided to go into
3  teaching trading. Who was that gentleman?
4  A.  I don't believe I said I talked to a
5  gentleman. I believe I said I saw somebody --
6  Q.  Okay.
7  A.  -- doing it online. It was Tim Sykes.
8      MR. FORCIER: Could you spell that
9  last name, please.
10     THE WITNESS: Tim Sykes, S-Y-K-E-S.
11     MR. FORCIER: Thank you.
12 Q.  How did you find out about Tim Sykes?
13 A.  I was a quarter million dollars in debt,
14 or something along those lines, studying to be a
15 principal with the goal of making more money, had a
16 roofing business, coaching sports, and I was trying
17 to figure out how to trade stocks. He was bragging
18 about his business doing well. I believe he was
19 formerly a hedge fund manager. And I thought, wow,
20 if I could learn how to trade stocks, I know how to
21 teach.
22 Q.  Okay. So how did you learn to trade
23 stocks?

Page 36

1  A.  For a long time trial and error.
2  Primarily Jeff taught me.
3  Q.  How did you meet Jeff?
4  A.  Online. Trading communities similar to
5  Tim Sykes.
6  Q.  And what sort of things did he teach you?
7  A.  Jeff taught me pretty much everything I
8  said so far. What to look for -- I mean, I can get
9  into specifics with regard to Groupon had bad news
10 today, falls 30 percent. Provided they're not going
11 bankrupt there will be a buying opportunity there
12 soon, so that's called a "breakdown."
13     Company has great news because they
14 latched on to a larger company. So some $3 stock
15 has news with Apple or Google, stock goes to 6;
16 there's going to be a buying opportunity there
17 somewhere. So he taught me a strategy, you know,
18 how to trade.
19     Over time I evolved it to breakdowns
20 and breakouts and then everything in between which I
21 call "continuation patterns." So he taught me what
22 to look for whether it was small cap stocks or, you
23 know, ETF trading. It's a lot. It was a long run.

Page 37

1  Q.  And about when did you start trading and
2  learning from Jeff? I understand it was maybe two
3  different time frames but...
4      MS. BAHCALL: Two questions, when did
5  you first start trading and then when did you start
6  working with Jeff?
7      MS. IRWIN: Yes, perfect.
8  A.  So I taught from 2001 to 2011. Somewhere
9  in there I started trying to trade, so I was still a
10 teacher. I don't remember the exact dates but it
11 wasn't 2001, 2002, it would have been after then I
12 started to try and learn how to trade. I think it
13 was more towards 2008, 2009. I had reached out to
14 Jeff. Yeah, so I don't know when I opened my first
15 account but it was -- it was somewhere between
16 2001-2010.
17     Middle of my teaching career I was
18 trying to find ways to make money. I was -- you
19 know, $2,000 Etrade account, a Charles Schwab
20 account, trying to trade penny stocks. Had a little
21 community around that was called Stock Network
22 Online. I reached out to Jeff. I was actually
23 trying to sell Stock Network Online for $5,000. I

Attachment NNNN   PX 27, 2930

Page 38

1  remember that being a lot of money to me.  I ended
2  up writing for Jeff as like a consultant for a long
3  time.
4      Really ratcheted it down in about
5  2011 when I realized how well Tim Sykes was doing
6  teaching people to trade.  I remember doing
7  presentations in my master's class to be a
8  principal, and I thought, wow, you know, I would
9  just -- if I can learn to trade there's unlimited
10  opportunity there was my thinking.
11      And that was around 2011 where --
12  2010-2011, don't remember exactly, where I thought I
13  really need to learn how to trade, you know, like
14  where I know this so well I can teach it with
15  conviction and I'm going to build a business around
16  that.  So my intention was learn to trade and build
17  a business.  And I need to be good and so good that
18  I can keep people's business for their lifetime.
19  Q.  Did you take any classes other than
20  learning from Tim Sykes and Jeff Bishop?
21  A.  I wouldn't say that I learned from Tim.
22  What I saw Tim doing was disclosing how much money
23  he was making from memberships.  I have studied

Page 39

1  Tim's material.  I've studied a myriad of people's
2  materials -- could you rephrase your question?
3  Q.  Did you take any classes?
4  A.  I guess it would depend on what
5  constitutes a class.  A subscription to Tim Syke's
6  service or other services that are similar?
7  Q.  Did you ever sit in a room with a teacher
8  and a blackboard?  Let's start there.
9  A.  Not that I can remember.
10  Q.  Did you do any online classes with a
11  teacher and homework?
12  A.  I joined subscriptions similar to mine in
13  which there are lessons and I would study them and I
14  would read the daily updates.  So if that
15  constitutes a class...
16  Q.  Did you do anything where you would get a
17  grade or certificate at the end?
18  A.  Not that I can remember.
19  Q.  So other than Jeff teaching you classes,
20  for the most part you were self-taught from other
21  services and other, I'm going to call them "gurus,"
22  using your language?
23  A.  Yes, I would say that I was self-taught.

Page 40

1  Q.  Okay.  When you first started trading how
2  much were you making?
3  A.  I mean, the very first brokerage accounts
4  when I was a school teacher, I don't think anything.
5  You know, it was a thousand dollars on some triple
6  O1 penny stock.  Pipe dreams, you know, usually
7  those ended really badly.  I don't know -- you know,
8  maybe that was maybe back in 2005.  I remember back
9  then, you know, giving it a try.  I had a friend
10  that was trading penny stocks.  I thought, you know,
11  I would give it a try.  I would usually lose the
12  money and then say I'll never do that again.  So
13  that was like the early days.
14      When I left teaching -- so I had been
15  writing for Jeff.  I had left teaching with the
16  intention of -- at the time it was called Penny
17  Stock Live and teaching people to trade.  I had a
18  $5,000 E-Trade account.  I remember Jeff saying, you
19  know, nobody will take you seriously with a $5,000
20  account.  He funded, just a rough guess, about a
21  quarter million.  I don't have the years in front of
22  me though I believe we have provided them.
23      I remember very early on I was wildly

Page 41

1  successful.  I think, again, I believe you guys have
2  everything, but it feels -- I believe a hundred
3  percent return in the first year.  Again, this is
4  way back so I'd just be guessing.  But it was about
5  a quarter million.
6  Q.  So you want to say like 2011, 2012?
7  A.  2012, I think.  In and around there.
8  Q.  And what account were you trading in at
9  the time?
10  A.  This was Jeff Bishop's.
11  Q.  Jeff Bishop's account, okay.
12  A.  Yeah.
13  Q.  I don't think we have that.  I think we
14  only went back to 2014, could we --
15      MS. BAHCALL:  Your request started at
16  2014.
17      MS. IRWIN:  Yes, I think we're going
18  to extend that to try and get that account, if we
19  can, back in 2012.
20      MS. BAHCALL:  We'll look and see what
21  we have and we can talk.
22      BY MS. IRWIN:
23  Q.  I'm going to go back to talking about --

Attachment NNNN

PX 27, 2931

Page 42

1  so you knew you wanted to teach stocks kind of
2  before you met Jeff Bishop, is that correct?  Am I
3  understanding that correctly or was it about the
4  same time?
5  A.  I don't remember.
6  Q.  Okay.  And you met him online, correct?
7  A.  Yeah.  Yeah, I had called him to buy that
8  business.
9  Q.  And you had your website that you wanted
10  to start teaching in.  Did Jeff also have a website
11  that he was doing similar things in?
12  A.  Jeff had different businesses at the time.
13  Penny Stock Live was one of his assets.
14  Q.  Okay.
15  A.  And I was a consultant and took over Penny
16  Stock Live and started to build it into what we know
17  today as Jason Bond Picks.
18  Q.  And was Jeff Bishop also a guru teaching
19  people or was he just kind of -- he just owned the
20  websites?
21  MS. BAHCALL:  At the time or now?
22  MS. IRWIN:  At the time.
23  A.  Yeah, back in around 2011, 2012, I was,

Page 43

1  you know, the only teacher of trading, yeah.
2  Q.  When did you guys decide to move to New
3  Hampshire?  I know you were teaching in New York,
4  when did you decide to move to New Hampshire and
5  why?
6  A.  So I taught from 2001 to about 2011 and
7  like the first, second year of my trading profits
8  which, you know, we'll provide, I don't remember
9  exactly, but you know, I got out of the gate really
10  strong.  And it varied year from year which you guys
11  will see.  But in 2011-'12 my wife and I had been
12  kind of doing the Dave Ramsey thing which was trying
13  to pay off all our debt.  We both paid for college.
14  So we sold our house, moved into an
15  apartment.  I left my teaching career, which was
16  very scary.  And so we started this business doing
17  the debt snowball, learning to trade.  This was in
18  or around 2011, 2012.  We ended up partnering with
19  that Tim Sykes guy for a short three-month period of
20  time.  I wasn't owner or anything.
21  Somewhere in around 2013, so I was
22  doing well, he had caught wind that I was doing
23  well.  Jeff had known him from other business

Page 44

1  relationships and now I was a guru on Tim's website.
2  That lasted about three months.  I just wasn't
3  making good money and working harder than I had ever
4  done in my life.  So I went kind of out on my own
5  with Jeff, still not an owner, I don't believe, just
6  as a consultant but not under Tim and Jeff, just
7  under Jeff.
8  The business really started to take
9  off.  So I left my teaching career, I think, 2011, I
10  think.  2012 I'm out and running.  I don't remember
11  exactly but the first year I don't think went too
12  well.  Trading went well but nobody was listening.
13  Second year things started to get better.  In 2013,
14  these are just rough guesses, 2014, things are
15  getting better, it's growing.
16  New York State isn't a very tax
17  friendly state.  As a really strong Dave Ramsey
18  believer I started to shift towards, you know, I
19  didn't want debt anymore.  After carrying a quarter
20  million for ten years and not being able to get out
21  from under that, I started to think if this business
22  continues to grow, this paying what was about 10
23  percent state income tax was a bad idea.

Page 45

1  So this is like 2014-2015.  My wife's
2  pregnant with our son, Noah.  She's a teacher as
3  well, first grade teacher for ten years in the same
4  school district.  So I had left my career, she
5  maintained hers so we had income because we weren't
6  sure if my business would work.  Once it was
7  established it did, and Noah was born, the offset
8  was daycare was as expensive as her salary so -- and
9  then we decided that she wouldn't go back.  We
10  didn't have a lot of reason to stay.  We have no
11  family in New York so...
12  We had just built a house, which was
13  unfortunate, but I left to be closer to Jeff.  We
14  liked the Seacoast better, too.  It turned out it
15  was nicer, in our opinion, than Upstate New York.
16  So to be closer to Jeff to grow the business and to
17  get away from state income tax.
18  Q.  Okay.
19  A.  And I think we moved here when Noah was
20  under a year old, so that was somewhere around 2015.
21  Q.  Okay.
22  MS. BAHCALL:  Could you look for a
23  time for a good break?  It's been like an hour.

Attachment NNNN

PX 27, 2932

Page 46

1    **MS. IRWIN:** Now, is a great time.
2    (A brief recess was taken.)
3    **MS. IRWIN:** We'll go back on the
4    record.
5    **BY MS. IRWIN:**
6  Q.   All right, I'm going to jump right back
7    in.
8    **MR. FORCIER:** Before we begin let me
9    ask a clarifying question.  You testified that you
10   started with $5,000 of your own money, then
11   eventually Mr. Bishop provided you with 250,000,
12   rough estimate, you said, correct?
13   **THE WITNESS:** Correct.
14   **MR. FORCIER:** And did he give you
15   that by transferring to your account or did you
16   trade his funds in his account?
17   **THE WITNESS:** I traded his funds in
18   his account.
19   **MR. FORCIER:** So he gave you, for
20   example, like log-in credentials and you would log
21   in as him to trade in his account, it wasn't
22   actually your funds.
23   **THE WITNESS:** Correct.

Page 47

1    **MR. FORCIER:** Okay, I wanted to make
2    sure I understood that.  And then you proved
3    successful, you said you maybe doubled it in a year,
4    weren't sure of the exact numbers but you did very
5    well.
6    **THE WITNESS:** Correct.
7    **MR. FORCIER:** Did you get to keep the
8    profits or did you give it back to Mr. Bishop, how
9    did that work out?
10   **THE WITNESS:** He offered.  I was more
11   interested in him teaching me.  I declined.
12   **MR. FORCIER:** So it's fair to say you
13   made him a bunch of money while learning through him
14   and through his account.
15   **THE WITNESS:** That is correct.
16   **MR. FORCIER:** Okay, I just wanted to
17   understand that a little bit clearer because I
18   wasn't sure if he gave you the money and you made
19   money with it.  Thank you.
20   **BY MS. IRWIN:**
21   Q.   All right, a while back we had talked
22   about becoming a subscriber to one of the services.
23   When you sign up to become a subscriber, what

Page 48

1    information do you have to give Raging Bull or
2    whichever service you're subscribing to?
3    **A.   I don't know exactly what's on the form.**
4    Q.   Okay.
5    **A.   The basic stuff that you would provide**
6    **when you purchase.  I don't know exactly, though,**
7    **what's there.  Name, email, address.**
8    **MS. BAHCALL:** She doesn't want your
9    guesses, if you know tell her.  They don't deal in
10   guesses.
11   **A.   Yeah, I don't know.**
12   Q.   That's fine.  If you don't know, that's
13   fine.
14       Do you know if they have to give you
15   any information about the size of their account or
16   what they're looking to trade in other than, you
17   know, you kind of get a guess because they're buying
18   Biotech Breakouts and not Penny Stock Pro?
19   **A.   I do not believe we collect that type of**
20   **information.**
21   Q.   Do you, or Jason Bond Picks, do you
22   communicate with your subscribers, your clients?
23   **A.   Yes.**

Page 49

1  Q.   And how do you communicate with them?
2    **A.   Video lessons, daily updates or watch**
3    **lists.  So email.  It's also posted to the website**
4    **at times.  Text and email alerts.  If there's a chat**
5    **room, a chat room.  Possibly social media.  Those**
6    **were the primary modes of communication.**
7    Q.   Do you ever communicate, do you personally
8    ever communicate directly with the subscribers?
9    **A.   It is not our general practice to do that.**
10   Q.   Do you ever reply to someone's post on
11   Twitter?
12   **A.   I have.**
13   Q.   Do you ever reply to posts on Facebook?
14   **A.   I have.**
15   Q.   LinkedIn?
16   **A.   I don't think so.  I don't think so.  But**
17   **not me personally.  I don't think so.**
18   Q.   How do you decide what to reply to?
19   **A.   There is no rubric.  I don't have an**
20   **answer.**
21   Q.   Okay.  When you say you communicate via
22   email, who writes the emails?
23   **A.   It would depend on the email.  My watch**

Attachment NNNN

PX 27, 2933

Page 50

1  list, myself.  Trade alerts, myself.
2  Q.   Perfect.  Do you send the emails?
3  **A.   Sometimes, yes; sometimes, no.**
4  Q.   Okay.  Let's say the watch list, would you
5  send the watch list email or does that get sent to
6  somebody else who sends it?
7  **A.   Generally me.  Could be both.**
8     MR. FORCIER: May I ask, Lydea?
9     MS. IRWIN: Yes.
10    MR. FORCIER: For the emails you
11 don't write yourself, I presume other gurus are
12 writing emails?
13    THE WITNESS: Are you asking about
14 other services?
15    MR. FORCIER: Sure.
16    THE WITNESS: Are you asking if
17 they're writing for me, other gurus?
18    MR. FORCIER: Well, my next question
19 will be do you review every email before it goes
20 out?  My first question is do gurus send their own
21 emails to their subscribers of their particular
22 service?
23    THE WITNESS: Generally, yes.

Page 51

1     MR. FORCIER: Okay, what's the
2  oversight of your gurus, is there a manager that
3  reviews them ahead of time before they send them
4  out, do you review them, does anybody?
5     THE WITNESS: I do not believe
6  there's a review process.  But emails get reviewed
7  in a sense that we all see what goes out.  So I
8  suppose that would be reviewing after the fact.
9     So we hire very talented writers,
10 marketers.  We have meetings regularly on what we
11 want to see written.  So that would be our general
12 practice in that we trust the people who are sending
13 communications to send what is the company's
14 mission.
15    MR. FORCIER: Okay, so is it fair to
16 say that a guru may or may not work with a writer in
17 helping write their emails?
18    THE WITNESS: Correct, a guru may or
19 may not work with a writer.
20    MR. FORCIER: But in terms of the
21 content of that email prior to it being sent out to
22 subscribers, that's up to the guru without any sort
23 of oversight, unless there's a problem after the

Page 52

1  fact when you receive it.
2     THE WITNESS: I don't know if there
3  is a formal review process.  I do not think so.  So
4  to answer your question -- could you ask your
5  question again?
6     MR. FORCIER: Sure.  Let's read it
7  back.
8     THE REPORTER: "MR. FORCIER:  Okay,
9  so is it fair to say that a guru may or may not work
10 with a writer in helping write their emails?
11    "THE WITNESS: Correct, a guru may or
12 may not work with a writer.
13    "MR. FORCIER: But in terms of the
14 content of that email prior to it being sent out to
15 subscribers, that's up to the guru without any sort
16 of oversight, unless there's a problem after the
17 fact when you received it?
18    THE WITNESS: Gurus have permission
19 to send without somebody reviewing the email.
20    MR. FORCIER: Okay, and it's a very
21 general question because we're talking about a lot
22 of services, but do the gurus all or some actually
23 trade in real money accounts in the products that

Page 53

1  they're pushing out to their subscribers?
2     THE WITNESS: As a general practice,
3  yes.
4     MR. FORCIER: Okay, so as a general
5  practice these gurus are, in fact, purchasing
6  themselves the securities that they are sending out
7  to subscribers to review?
8     THE WITNESS: Yes.
9     MR. FORCIER: Okay.  Do you have any
10 way of checking in to see if these gurus are, in
11 fact, buying what they say they're buying to their
12 subscribers?
13    THE WITNESS: Yes, we have a company
14 policy, handbook, for compliance in which I believe
15 it says there could be periodical reviews.  I
16 believe that is in the handbook.
17    MR. FORCIER: Are you aware of any
18 periodic reviews that have been done on a guru?
19    THE WITNESS: Yes, when I gave away a
20 Porsche for my first client hitting a million
21 dollars we had our accountants do a full audit.
22    MR. FORCIER: Who was that again?
23    THE WITNESS: Kyle Dennis.

**Attachment NNNN**

**PX 27, 2934**

Page 54

1    **MR. FORCIER:** So your accountants did
2 a full audit of his personal brokerage accounts to
3 ensure that he did make the million that he said he
4 made?
5    **THE WITNESS:** And taxes, as I recall,
6 yes.
7    **MR. FORCIER:** I imagine that's so
8 long ago that you don't have that information
9 anymore to show me how he made a million?
10    **MS. IRWIN:** I don't think we ever
11 asked for that.
12    **MR. FORCIER:** No, but I'm asking now.
13 If that information's still available to show me
14 that.
15    **THE WITNESS:** I don't know.
16    **MS. IRWIN:** If we asked for that in a
17 request, would that be available?
18    **MS. BAHCALL:** We don't know.  Make
19 the request and, obviously, we'll check if it's
20 available and we'll work with you to get you the
21 documents you're looking for.
22    **MR. FORCIER:** Do we have this policy
23 handbook?  I haven't seen every document in this

Page 55

1 case, so I apologize, but I don't know if I've seen
2 a policy handbook or compliance manual.
3    **MS. BAHCALL:** There was no policy
4 handbook requested.
5    **MR. FORCIER:** So we'd like to request
6 that.
7    **MS. BAHCALL:** I told you there would
8 be a list.  You knew there was going to a list.  I
9 warned him.
10    **MR. FORCIER:** So you mentioned that
11 you remember having accountants do a periodic review
12 or a review of Kyle's trading records.  Can you name
13 another guru that had a periodic review or review of
14 any kind of their personal brokerage statements?
15    **THE WITNESS:** In Kyle's case it was
16 more of a formal audit.  We regularly look at P&L
17 from many of our traders; that would be the only
18 other time that I can think of.
19    **MR. FORCIER:** How do you look at the
20 profit and loss of a trader if it's in their
21 individual account?  Take me through an example of
22 how you would do that.
23    **THE WITNESS:** I might ask you for a

Page 56

1 screenshot of your P&L.
2    **MR. FORCIER:** So as a guru you would
3 ask me to log into my personal brokerage account and
4 go to some snapshot page so I can show you my profit
5 and loss for the year and screenshot it for you?
6    **THE WITNESS:** That's one way, yes.
7    **MR. FORCIER:** Do you keep a record of
8 those reviews?
9    **THE WITNESS:** So I wouldn't call them
10 "reviews."  Often it's a conversation of, How are
11 you doing?  Often it's a piece that's used in an
12 email.  So I wouldn't call it a periodical review
13 done by me.
14    **MR. FORCIER:** Okay, but we did talk
15 about periodic reviews that are part of the policy
16 handbook, right?
17    **THE WITNESS:** Could you clarify?
18    **MR. FORCIER:** Sure.  Moments ago you
19 testified that you believed the policy handbook or
20 compliance manual calls for periodic reviews.
21    **THE WITNESS:** I believe what I said
22 was it says in the policy handbook that a trader
23 could be asked to provide his trading records at

Page 57

1 Raging Bull's discretion.
2    **MR. FORCIER:** Okay.
3    **THE WITNESS:** So not on a schedule.
4    **MR. FORCIER:** And I'm trying to
5 understand how often that revision of the policy
6 handbook has been implemented on gurus.  We talked
7 about Kyle Dennis, which was a version of that, and
8 now we talked about P&L snapshots by email that you
9 said are not periodic reviews.  So have there been
10 any periodic reviews aside from what we just talked
11 about with Kyle Dennis?
12    **THE WITNESS:** Not to my knowledge.
13    **MR. ABRAHAMS:** Who makes the decision
14 to review, is it the owners, you, Jeff and Allan?
15    **THE WITNESS:** Our compliance
16 department is growing, and so a handbook has been
17 put in place as a part of that.  A compliance
18 handbook I believe is what it is called, I believe.
19 And I believe it would be our compliance team.  But
20 it could come from anyone.  I would imagine that it
21 could come from anyone.
22    **MR. ABRAHAMS:** Like for the informal
23 conversations through email, it could be any of the

Attachment NNNN            PX 27, 2935

In re: Jason Bond

Jason Bond
February 19, 2020

Page 58

1  gurus between other gurus?
2     **THE WITNESS:** I'll correct myself.
3  It would likely be the compliance department or
4  management asking for a review to be done of a
5  trader.
6     **MR. ABRAHAMS:** And management is you,
7  Jeff Bishop, and Allan Marshall.
8     **THE WITNESS:** I would think if anyone
9  raised concerns or wanted to see records, it could
10  come from anywhere.  But generally speaking I think
11  that would be general practice, yes.
12     **MR. FORCIER:** But to be clear for the
13  record, you can't remember a periodic review taking
14  place with any of the gurus aside from what we
15  talked about with Mr. Dennis?
16     **MS. BAHCALL:** I think he's being
17  confused the term "periodic."  He said they would
18  on occasion ask to review to confirm.  And so maybe
19  that's -- "periodic," do you know what I mean?  I
20  think it's being confused.
21     **MR. FORCIER:** Sure.  I think we
22  covered it, but if there's confusion I want to make
23  sure there is no confusion.  I think I understand

Page 59

1  what you said, but I'm going to go back to the
2  beginning of it just to make sure the record is
3  clear.  There is a policy handbook in place that
4  calls for periodic reviews at the discretion of
5  Raging Bull management, yes or no?
6     **THE WITNESS:** They're periodic if
7  they're called for.  So maybe "periodic" is the
8  wrong word.  A review can be called for at the
9  discretion of management.
10     **MR. FORCIER:** Okay, so the policy
11  allows for a review at the discretion of management.
12  And other than a review of Kyle Dennis, you don't
13  believe a review as called for in the policy
14  handbook has taken place, yes, or no?
15     **THE WITNESS:** I don't believe the
16  policy handbook says it has to take place but can.
17  And to answer your question, I don't believe any
18  have.
19     **MR. FORCIER:** Okay.  But you did talk
20  about emails you received that would have profit and
21  loss snapshots, and you do recall some of those
22  occurring?
23     **THE WITNESS:** Yes.

Page 60

1     **MR. FORCIER:** Do you have any number
2  in your head about how many they have done, is it a
3  large number or is it very infrequent or something
4  in between?
5     **THE WITNESS:** Well, if we're going to
6  talk about somebody making a million dollars
7  trading, we would ask the trader for proof of that.
8  So they would send over their brokerage, possibly
9  tax returns.
10     **MR. FORCIER:** I appreciate that but
11  it doesn't necessarily answer my question about how
12  frequent you engage in this profit and loss email
13  back and forth.
14     **THE WITNESS:** I don't know.
15     **MR. FORCIER:** You don't know.
16     **BY MS. IRWIN:**
17  Q.  When was the handbook written?
18  A.  **I don't remember but recently.**
19  Q.  Okay, 2019 maybe, 2018?
20  A.  **Somewhere, yeah.**
21     **MR. FORCIER:** Let me just follow up.
22  I'm sorry it's going back and forth here, but I
23  don't want to take breaks and do multiple -- I want

Page 61

1  to be efficient.  So if you're having trouble going
2  back and forth let me know.
3     **THE WITNESS:** No, I'm okay.
4     **MR. FORCIER:** But I want to make sure
5  I get my questions in.  So I want to understand the
6  vetting process for gurus.  Do you do a criminal
7  background check?
8     **THE WITNESS:** I don't know.
9     **MR. FORCIER:** Tell me how you vet
10  them to make sure they're somebody you want to be
11  associated with your company?
12     **THE WITNESS:** I don't know that
13  there's a guideline for that.
14     **MR. FORCIER:** You can see I'm asking
15  questions about concerns about gurus and how they
16  operate and what their oversight is.  It's pretty
17  clear what I'm asking about.
18     **THE WITNESS:** Yes, sir.
19     **MR. FORCIER:** So I want to tie it
20  down a little bit more and understand the oversight
21  of gurus.  Is there anything I'm failing to
22  understand about how they're monitored?  Is there
23  anything more that you do to make sure that what

**Jones & Fuller Reporting**
617-451-8900   603-669-7922

**Attachment NNNN**

**PX 27, 2936**

In re: Jason Bond

Jason Bond
February 19, 2020

Page 62

1    they're saying in their emails is true?
2      THE WITNESS: We hire really good
3    people, first of all.  Many of the gurus grew from
4    my service and I was looking at their trading
5    records over the years in a progression.
6      For example, Kyle Dennis was the
7    first student to pass a million dollars.  We gave
8    him a Porsche.  There was an auditing process done
9    by our accounting firm.  So as Kyle has grown to $7
10   million in trading profits, we've looked at those
11   tax records, brokerage statements.  Similar for
12   Nathan Bear.  So that is one way that we keep track
13   of how these traders are doing.  As far as
14   structured system as you're pointing out, no, it's
15   simply not in place right now.
16     MR. FORCIER: All right, I'm going to
17   dwell on that a little bit and probably write
18   questions down.  We'll talk about it a little bit
19   later, but I want Lydea to continue, so thank you.
20     BY MS. IRWIN:
21   Q.  Back to your scheduled programming.
22     So you talked about how you -- in the
23   mornings you'd go through and at night you go

Page 63

1    through and run a search for $10 stocks or less than
2    $10 stocks?  I forget the word you used.
3    A.  A scan?
4    Q.  A scan, okay.  How do you decide which
5    stocks to talk about and trade?
6    A.  Based on my lessons.  So I teach about
7    breakdowns.  This morning Groupon is a good example
8    of that.  It crashed because they're doing poorly;
9    they had an unprofitable quarter.  That meets the
10   criteria of an oversold stock; there's usually panic
11   selling.  So I pick the stocks based on the lessons.
12   So I not only teach the setups that I'm looking for,
13   but I teach the scans.  And then I run the scans
14   myself and then I trade those stocks.
15   Q.  I imagine a scan will come back with
16   hundreds of stocks.  How many stocks do you normally
17   get in a scan?
18   A.  It could be -- it could be six, seven
19   hundred at time.  A scan can be -- you can add
20   parameters.  So a scan can be very narrow, it can
21   very broad.  So it would depend.
22   Q.  Once you got your scan and let's say you
23   have a hundred stocks, how would you narrow that

Page 64

1    down?  What sort of things do you look for, are you
2    getting knowledge from outside sources?
3    A.  When you say knowledge from outside
4    sources, the news?
5    Q.  Yes, that would be an outside source.
6    A.  So a scan filters down into patterns.
7    Technical trading is trading that is done by looking
8    at patterns.  And then you can go one step further
9    and you can read the fundamentals.  So you can go to
10   EDGAR and read the SEC filings, you can see past
11   history of institutional buying or inside management
12   buying.  So if a CEO is accumulating a large
13   position of stock, that would be called "catalyst"
14   if the CEO is buying.  They sell for many reasons,
15   they only buy for one.
16     MS. BAHCALL: Slow down.
17     THE WITNESS: Sorry.
18   A.  So a technical trader looks at patterns
19   and then could dig into -- doesn't necessarily need
20   to do a technical analysis, trading is kind of
21   without fundamental trading, but you could go the
22   EDGAR route and look at the fundamentals.  You could
23   also look at the news history and see if there's

Page 65

1    catalyst.
2      A biotech stock could have an FDA
3    ruling in two weeks; there's going to be speculation
4    about it being positive or negative.  Generally
5    there is a run up into the ruling as people
6    anticipate good news, so there's catalysts.  So you
7    look for patterns, then you look for catalysts, and
8    you determine which ones are the most favorable.
9    Q.  Okay.  Do you have any favorite stocks
10   that you like to look at?  You don't have to tell me
11   which ones, just, yes, or no, I have favorites.
12   A.  As a trader you can definitely fall in a
13   pattern of trading something if it's working for you
14   consistently until it's not.  So, yes.
15   Q.  You have specific stocks that you like to
16   look at maybe more than others?
17   A.  Yes.
18   Q.  Does Jeff ever tell you, hey, check out
19   this stock?  Do any of the other gurus tell you
20   should look at this stock?
21   A.  As a general practice, no.  But we
22   definitely talk about trading across our trading
23   community.  So I think the answer to that would be,

Jones & Fuller Reporting
617-451-8900   603-669-7922

Attachment NNNN

PX 27, 2937

In re: Jason Bond

Jason Bond
February 19, 2020

---

Page 66

1　yes.  But as a general rule I find, you know, my
2　trades.  But we all talk, you know, stocks.
3　Q.  Has a company ever paid you to talk about
4　their stock?
5　A.  Back in 2008, 2009, 2010 I was in IR while
6　I was still a school teacher, so investor relations.
7　From the time I started Penny Stock Live on, no.
8　Q.  Has a company ever given you stocks to
9　talk about their stocks or given you a better price
10　on their stock?
11　A.  What time frame?
12　Q.  Since you started Raging Bull?
13　A.  No.
14　Q.  Have you ever told any of the other gurus,
15　hey, you should look at this stock other than the
16　general talk that you mentioned?
17　A.  Could you clarify?
18　Q.  You mentioned that you have kind of a
19　general chat between you and the gurus about, you
20　know, good stocks.  But have you ever said to, say,
21　Davis Martin, I know he doesn't work there anymore,
22　but have you ever said to Davis, hey, you should
23　check out O, X, Y?  I'm making up a stock but...

---

Page 67

1　A.  Wouldn't that be the same as just talking
2　about stocks?
3　Q.  Well, specifically to a targeted person, a
4　targeted stock to a targeted person?
5　A.  I don't remember.
6　Q.  Okay.  What accounts do you trade in when
7　you're trading for Jason Bond Picks?
8　A.  Currently?
9　Q.  Yes.
10　A.  Currently Jason Bond Picks is out of my
11　personal TD Ameritrade account.
12　Q.  What did you used to use?
13　A.  What time frame?
14　Q.  Prior to TD Ameritrade.
15　A.  So there was a short period of time where
16　I was using TD Ameritrade's thinkorswim paperMoney.
17　There is a Raging Bull, LLC, E-Trade account that I
18　did most of my trading from over the years.  Prior
19　to that I believe it was Jeff's E-Trade account.
20　So the progression from there to now
21　is Jeffs E-Trade account, the business E-Trade
22　account, personal TD Ameritrade account.  I
23　currently have a tastyworks account, too, but that's

---

Page 68

1　not Jason Bond Picks, that's Weekly Windfalls.
2　Q.  T-A-S-T-Y?
3　A.  Tastyworks, yeah.
4　MR. FORCIER:  Do you still use the
5　Raging Bull, LLC, account with E-Trade?
6　THE WITNESS:  Ben Sturgill is trading
7　out of that right now.
8　MR. FORCIER:  Can you spell that last
9　name?
10　THE WITNESS:  I spelled that earlier.
11　Do you want it again?
12　THE REPORTER:  No, thanks.
13　THE WITNESS:  Ben Sturgill from IPO
14　Payday is using that account right now.  So, no.
15　MR. FORCIER:  He is using the Raging
16　Bull E-Trade account?
17　THE WITNESS:  Correct.
18　BY MS. IRWIN:
19　Q.  So that goes to my next question.  Do
20　other people trade in these accounts?
21　A.  Generally, no.  Generally, no.
22　Q.  So your personal TD Ameritrade, that's
23　under your name?

---

Page 69

1　A.  And my wife.
2　MR. ABRAHAMS:  Are those the only
3　two?  Are you and your wife the only two people that
4　have trading authority in that account?
5　THE WITNESS:  Yes, to my knowledge,
6　yes.  Yeah.
7　BY MS. IRWIN:
8　Q.  Do you have accounts that you trade in for
9　personal or nonbusiness reasons?
10　A.  Yes.
11　Q.  And what are those trading accounts?
12　A.  The TD Ameritrade account.
13　Q.  Okay.
14　A.  Tastyworks has been only business so far.
15　So the TD Ameritrade account.
16　Q.  So to clarify, the TD Ameritrade you use
17　for both personal and business?  You're trading the
18　same things you do for Jason Bond Picks in the TD
19　Ameritrade, but you're also trading non-Jason Bond
20　Picks things in there?
21　A.  I think that's accurate, yeah.
22　Q.  So it's a little bit of both.
23　A.  Yeah, I might see something that I want to

---

Attachment NNNN　　　PX 27, 2938

Page 70

1  trade that's not related to Jason Bond Picks that I
2  would pick up.
3  Q.  Okay.  So people who sign up for your
4  service, do they ever see your accounts?  If they
5  sign up for Jason Bond Picks, would they ever see
6  your account?
7  A.  As a general practice we live stream our
8  accounts.
9  Q.  Okay.  When you're live streaming your TD
10 Ameritrade account, would people then see non-Jason
11 Bond Picks trades in there?
12 A.  It's possible.
13 Q.  Do you ever trade in or use a virtual
14 trading account?
15 A.  I have.
16 Q.  I know there's multiple options, which
17 options have you used?
18 A.  The only one I can remember is TD
19 Ameritrade's thinkorswim paperMoney.
20    MR. ABRAHAMS:  And you said you are
21 not currently using that virtual trader?
22    THE WITNESS:  Correct, I've been real
23 money trading.  Most of my career has been real

Page 71

1  money trading.  I think twice I made a move to
2  simulated trading.
3     BY MS. IRWIN:
4  Q.  Do you know when you were doing simulated
5  trading?
6  A.  The first time I do not.  It was -- I'm
7  not even sure I used TD Ameritrade.  I don't
8  remember.  But I do remember simulated trading in
9  the past -- or paper trading one other time.  More
10 recently in and around the time of this inquiry
11 period.  So what was that?  I think March to May
12 2019, I believe.
13 Q.  Why did you decide to do virtual trading?
14 A.  I don't remember.  There are a lot of
15 reasons but I don't remember exactly.
16 Q.  When you switched to virtual trading did
17 you make it clear to everyone who was following your
18 live streams that you were virtual trading as
19 opposed to actual trading?
20 A.  Yes, yeah.  Very clear.
21 Q.  And when you were virtual trading, did you
22 ever send out stock alerts on the trades that you
23 were doing virtual trading on?

Page 72

1  A.  Can you repeat that?
2  Q.  When you were virtual trading, did you
3  ever send a realtime alert or an email about one of
4  the stocks that you were only purchasing in your
5  virtual trading account?
6  A.  So did I send realtime alerts on the
7  virtual trades?
8  Q.  Yes.
9  A.  Yes.
10 Q.  Did you make it clear that you were
11 virtual trading and not actual trading in those
12 alerts?
13 A.  I don't remember if every alert said if it
14 did or it didn't.  But it would have been made clear
15 that this was a virtual account.
16 Q.  Have you ever used a virtual account and
17 described the transactions as if you were trading in
18 a non-virtual account?
19 A.  Can you rephrase that?
20 Q.  Have you ever made it less than clear that
21 you were using a virtual trading account?  I don't
22 know if I made that better or worse.
23 A.  Well, I guess I think that would be

Page 73

1  subjective.  I made it very clear that I was trading
2  out of a virtual trading account.  If somebody
3  doesn't read that information, then I think it would
4  be subjective.  But it would be very clear across my
5  readership that I was not using real money if I was
6  not using real money.  So I may have talked about
7  this trade did this, win or lose.  But if it was not
8  real money I wouldn't say -- I wouldn't say that it
9  was real money if that's what you're asking.
10 Q.  So you would never say I made 300 percent
11 profit on X, Y, Z today by selling at 250 without
12 making it clear this was a virtual trading account?
13 A.  Are you asking if every single text and
14 email said this was virtual trading?
15 Q.  Yes.
16 A.  I do not believe so.
17 Q.  So you would have to read either on the
18 website or get -- were alerts sent out?  So if I'm
19 only checking my phone, would I have gotten an alert
20 that said all of the alerts today will be based off
21 of a virtual trading account?
22 A.  I don't remember it.  I don't think so.
23 It just wouldn't be -- it wouldn't be my protocol.

Attachment NNNN

PX 27, 2939

Page 74

1  Q.  How would you tell people that you were
2  trading in a virtual trading account?
3  **A.  Loudly.  In the daily watch list**
4  **generally; that's my primary mode of communication.**
5  **And likely repeatedly.  I don't remember exactly how**
6  **I conveyed it, but I would not have made the move**
7  **from real money to paperMoney and not made it**
8  **abundantly clear.  The definition of "abundantly**
9  **clear" could be subjective, but I'm -- I'm a**
10  **stickler on stuff like that so it would be clear.**
11  **It would be hard to miss, I think.**
12  Q.  Do you know if any of the other gurus use
13  virtual trading accounts?
14  **A.  I don't know.**
15      MR. FORCIER: May I ask a question?
16  Earlier you said we live stream our accounts.  I
17  just want to know who you meant by "we"?
18      THE WITNESS: As a general practice
19  most of the traders live stream the portfolio or
20  their full trading platform, some version of a
21  trading account to the people who subscribe for
22  those services.
23      MR. FORCIER: As a general practice?

Page 75

1      THE WITNESS: Yes, sir.
2      BY MS. IRWIN:
3  Q.  We talked about a realtime trade alert,
4  what's the purpose of a realtime trade alert?
5  **A.  It reinforces the daily watch list which**
6  **reinforces the education.  So a realtime trade alert**
7  **is -- it's the end game.  It's the culminating**
8  **point.  So the basketball team has their strategy,**
9  **they practice it and then they play their game.**
10  **This is the game.  You're in a realtime environment**
11  **and applying, you know, your lessons and that daily**
12  **watch list.**
13  Q.  What's the purpose on the -- I guess why
14  would I sign up for a realtime trade alert?  I know
15  what your purpose is, but what would the client's
16  purpose -- what would they get out of the realtime
17  trade alert?
18  **A.  It reinforces the watch list and the video**
19  **lessons.  So as a teaching component the three go**
20  **together really nicely.  So I can't speak to exactly**
21  **what all our clients get out of the trade alerts,**
22  **but my vision of it is I'm walking the walk.  I've**
23  **taught it, I've narrowed it down, and now I'm doing**

Page 76

1  it.
2  Q.  How quickly are the realtime trade alerts
3  sent out after you make a trade?
4  **A.  That varies.**
5  Q.  Generally.
6  **A.  The general practice is as quickly as**
7  **possible.**
8  Q.  Okay.  Minutes, five minutes, ten minutes,
9  half an hour?
10  **A.  As a general rule as quick as possible, I**
11  **couldn't say, but seconds, minutes.  Could be an**
12  **hour.  If I'm in a meeting and an order fills while**
13  **I'm in a meeting, as a general rule as quickly as**
14  **possible.**
15  Q.  Do you write the alerts?
16  **A.  Yes.**
17  Q.  Okay.  Do you send the alerts?
18  **A.  As a general rule, yes.**
19  Q.  Okay, when it's not you who would send the
20  alerts?
21  **A.  I could ask for help from anybody.  As a**
22  **general rule I send the alerts.**
23      MR. FORCIER: I'm not sure if you

Page 77

1  covered this, but have you ever placed a trade prior
2  to the alert?
3      THE WITNESS: Our protocol is to have
4  lessons, do a daily watch list, make the trade, send
5  the alert.
6      MR. FORCIER: Okay, make the trade,
7  then send the alert.
8      THE WITNESS: That's correct.
9      MR. FORCIER: Have you ever sent the
10  alert then made the trade?
11      THE WITNESS: As a general rule, no.
12  But, yes.
13      MR. FORCIER: But generally your
14  practice is to purchase the security prior to an
15  email or text message that goes out to subscribers?
16      THE WITNESS: That is correct.
17      MR. FORCIER: And do your subscribers
18  know that you purchased it prior to the alert?
19      THE WITNESS: That is correct.
20      MR. FORCIER: Does the alert
21  basically say I just bought X, Y, Z for a certain
22  price?
23      THE WITNESS: Yeah.  So when I'm

Attachment NNNN

PX 27, 2940

Page 78

1  trading real money, my buy alerts generally say I
2  bought X, Y, Z.
3      MR. FORCIER: For a certain price?
4      THE WITNESS: Yes, sir.
5      MR. FORCIER: And your gurus, same
6  practice generally?
7      THE WITNESS: Yes, sir.
8      MR. FORCIER: And how do you ensure
9  that they haven't -- never mind. We'll continue,
10  I'll probably get to that later.
11      BY MS. IRWIN:
12  Q.  Are all the realtime trade alerts actually
13  traded? Have you ever made a realtime trade alert
14  on a trade that you haven't made or have no plans of
15  making?
16  A.  A simulated trade. I don't know how you
17  consider that, so there's that. I guess could you
18  be more specific, real money, simulated trade?
19  Q.  When you're using a real money account and
20  you send out a realtime trade alert, have you ever
21  not purchased -- or have you ever not made the
22  purchase and sent out an alert saying I purchased?
23  A.  No, not that I can remember, no. Yeah,

Page 79

1  that would be misleading, yeah.
2  Q.  And all the realtime trade alerts that you
3  make for Jason Bond Picks are done in that TD
4  Ameritrade account, correct?
5      MS. BAHCALL: At what period of time?
6      MS. IRWIN: Currently.
7  A.  Right now today I'm trading out of my TD
8  Ameritrade account for Jason Bond Picks.
9  Q.  You mentioned that you are also involved
10  in Weekly Windfalls?
11  A.  Yes.
12  Q.  Do you send out the realtime trade alerts
13  for Weekly Windfalls?
14  A.  Yes.
15  Q.  Do you make the trades for Weekly
16  Windfalls when you send out a realtime trade alert?
17  A.  Yes.
18  Q.  Which account are you trading those in?
19  A.  Right now?
20  Q.  Right now.
21  A.  I just opened -- or it was opened but not
22  being used, tastyworks account. Yes, I'm using
23  tastyworks for that. And that's probably in the

Page 80

1  last week or two that I started using it.
2  Q.  And before the tastyworks account what
3  were you using?
4  A.  TD Ameritrade, my personal account.
5  Q.  Same questions for Jackpot Trades, do you
6  make the trades?
7  A.  Yes. Not always.
8  Q.  Do you send out the alerts?
9  A.  Yes.
10  Q.  Which account are you trading in?
11  A.  The TD Ameritrade account.
12      MR. FORCIER: Let me ask something
13  because it just occurred to me. When you actually
14  sell a position, are you alerting your customers
15  prior to or after selling a position?
16      THE WITNESS: As a general rule we
17  buy and alert, we sell and alert.
18      MR. FORCIER: You buy and then do the
19  alert; you sell and then do the alert?
20      THE WITNESS: That's correct.
21      BY MS. IRWIN:
22  Q.  Same questions for Weekly Money
23  Multiplier, do you make the trades?

Page 81

1  A.  Yes.
2  Q.  Do you send out the alerts?
3  A.  Yes.
4  Q.  And you're trading in the TD Ameritrade
5  account?
6  A.  TD -- I was in TD. I've moved that
7  service to Weekly Windfalls as of this moment --
8  I've moved that service to tastyworks.
9  Q.  Okay. Are there any services I'm missing
10  that you're involved in?
11  A.  I ran Smoke Signals for about a month.
12      MS. BAHCALL: Are you talking about
13  now?
14  Q.  You said that one's retired. So just the
15  ones that are currently available.
16  A.  My offerings are Jackpot Trades, Jason
17  Bond Picks, Weekly Windfalls; those are my
18  offerings.
19  Q.  Because Weekly Money Multiplier is moved.
20  A.  I never ran that; that's Nathan Bear.
21  Q.  I have WMM?
22      MR. ABRAHAMS: Do you mean
23  Millionaire Roadmap?

Attachment NNNN

PX 27, 2941

Page 82

1    THE WITNESS: It's retired but I did.
2    BY MS. IRWIN:
3  Q.  Okay, that's good.  How many subscribers
4  does Jason Bond Picks have?
5  A.  Paying subscribers?
6  Q.  Uh-hum.
7  A.  I believe about 7,000.  I don't check
8  often.
9  Q.  And how many of those subscribers watch
10  the classes?
11  A.  I don't know.
12  Q.  How many watch your live trainings?
13  A.  I don't know.
14  Q.  Your live trainings are, just to clarify,
15  these are your actual money accounts at this time?
16  A.  Live "training" or "trading"?
17  Q.  Trading.
18    MS. BAHCALL: Oh, I heard "training."
19    MS. IRWIN: Sorry.
20    MR. ABRAHAMS: Do you mean in the
21  live training are you using your real money account?
22    MS. IRWIN: Yes.
23    THE WITNESS: In live trainings?

Page 83

1    MR. ABRAHAMS: In live trainings.
2    THE WITNESS: So if I'm training
3  during the day and trading, right now I'm trading
4  with real money so they would see real money.  Which
5  is 99 percent of my history in this company.  There
6  were two brief windows where I was not streaming
7  real money and it was abundantly clear.  So as a
8  general rule we teach real trading and we stream
9  real money portfolios.  That was an evolution.
10    BY MS. IRWIN:
11  Q.  I know you don't have the chat room
12  available anymore for Jason Bond Picks, did you ever
13  have a chat room for Jason Bond Picks?
14  A.  Yes.
15  Q.  When you had a chat room, did you ever
16  answer questions from the clients?
17  A.  Yes.
18  Q.  And did you ever personalize any of the
19  trainings?
20  A.  No.
21  Q.  Okay, I am going to pull up our very first
22  exhibit and I'm not sure which one it is.
23  A.  Could you clarify "personalize"?

Page 84

1  Q.  If someone asks a question about a
2  specific stock, would you look at that stock?
3  A.  I would.
4  Q.  Okay.  If someone asked a question about a
5  specific, I've heard the term "candle" thrown out?
6  A.  Yeah.
7  Q.  If someone wants to talk about a specific
8  strategy or chart, would you go more in depth on
9  those?
10  A.  Yeah, absolutely.  So if clients were
11  asking questions specific to the daily watch list
12  and the curriculum as it relates to a realtime
13  environment, the answer is, yes.
14  Q.  Okay.  If someone ever asks you about a
15  stock that is not really in your wheelhouse, would
16  you talk about it?
17  A.  As a general rule the answer to that would
18  be I'm not an investment advisor, so I can't
19  comment.
20  Q.  This is marked as Exhibit 7, it's the
21  seventh thing in there.
22    MR. FORCIER: Before you show him
23  that, do you instruct your gurus to answer that

Page 85

1  question the same way, "I'm not an investment
2  advisor"?
3    THE WITNESS: As a general rule we're
4  not investment advisors.  So we have our strategy
5  and then we have our daily update, if you will, and
6  then we have our trades.  And as a general rule the
7  goal is to stick to that, right.  So if somebody --
8  as a general rule, yes, that is our practice.
9    MR. FORCIER: And is that practice in
10  writing to a guru where it says don't answer those
11  questions, see policy handbook rule one, something
12  like that, or is it just an oral communication to
13  your gurus or something different?
14    THE WITNESS: I don't know.
15    MR. FORCIER: If I'm a subscriber to
16  one of your gurus or yourself who is very successful
17  in trading securities, clearly it's going to be very
18  tempting for me to ask about all kinds of stocks, so
19  you must get that all the time.
20    THE WITNESS: You can ask about
21  stocks.  And, generally speaking, all of our gurus
22  are well trained in Japanese candlesticks.  So we
23  all trade very similar patterns, right, like all

Attachment NNNN

PX 27, 2942

Page 86

1  traders.
2      So if you ask me about a $7 stock,
3  and it was a reverse head and shoulders, I could
4  comment on that as it relates to my curriculum or
5  not.  If you asked me about Berkshire Hathaway,
6  that's not related to my service, I'm not an
7  investment advisor.  If you asked me to review your
8  portfolio, that's not part of my service.  I'm not
9  an investment advisor.
10     So with regard to your question, do I
11 answer questions?  That is the point of the chat
12 rooms, to answer questions about trading specific to
13 strategies that we teach.
14     **MS. IRWIN:** All set?
15     **MR. FORCIER:** Yes.
16     **MR. DORAN:** Lydea, is it okay if I
17 write on these?
18     **MS. BAHCALL:** Are you going to
19 collect these back?
20     **MS. IRWIN:** No, those are yours.
21     The marked ones are going to be going
22 with you but (spoken to the reporter).
23     **MR. FORCIER:** They're all documents

Page 87

1  they gave us, right?
2      **MS. IRWIN:** Yes, or that we pulled
3  from the internet.
4      **MR. DORAN:** Okay, thank you.
5      **BY MS. IRWIN:**
6  Q.  So this has been marked as Exhibit 7.  Do
7   you recognize this picture?
8  **A.  I do.**
9  Q.  Can you describe the picture, what it is?
10 **A.  This would be related to the Millionaire**
11 **Roadmap, I believe.**
12 Q.  I will submit to you that this was a
13  picture pulled off of your Jason Bond Picks' website
14  from 2018.
15 **A.  Okay.**
16 Q.  Can you just read this second sentence
17  paragraph, whatever it is?
18 **A.  (Reading)**
19 Q.  Would you read it out loud for the record?
20 **A.  "Accelerate your trading profits and**
21 **elevate your investing success with my exclusive,**
22 **highly-personalized mentoring and mastermind**
23 **program."**

Page 88

1  Q.  When you say "highly-personalized
2  mentoring program" in this ad, what do you mean by
3  that?
4  **A.  This service was the evolution of our live**
5  **streaming trading accounts.  I don't remember**
6  **exactly when we started live streaming, but this was**
7  **the evolution.  So what I mean by this is I'm going**
8  **to show you how I do what I do for the first time**
9  **ever.**
10 Q.  And so how is that personalized?
11 **A.  Over the years I would get requests from**
12 **people to come to my house, for example, and look**
13 **over my shoulder.  So as -- and, of course, we can't**
14 **do that to scale.  And so over the years as**
15 **technology improved and as I grew in my confidence,**
16 **my thought process was, well, you can't come here,**
17 **but I can just let you look at my E-Trade account.**
18 Q.  So as it relates to this ad, when you say
19  personalized, it's not personalized to the client,
20  it's personalized to you?
21 **A.  That's an accurate statement.**
22 Q.  When you had the chat room do you know how
23  many people would be active in those chat rooms?

Page 89

1  **A.  At what time frame?**
2  Q.  When you had the chat rooms.  So let's say
3   the last four months of the chat room for Jason Bond
4   Picks, about how many people were active?
5  **A.  I don't remember.**
6  Q.  Okay.  Do you participate in any of the
7   chat rooms for any of the other services?
8  **A.  It's possible that I would go through**
9  **those rooms, yes.**
10 Q.  Do any of your services have chat rooms?
11 **A.  Jackpot Trades does not, Jason Bond Picks**
12 **does not, weekly Windfalls does not, Raging Bull**
13 **Elite does.  And since I'm an owner of Raging Bull**
14 **Elite, and I participate in that service, I would**
15 **say that that one is, you know, the one, if I'm in**
16 **one, it would be that.**
17 Q.  Weekly Money Multiplier, that one had a
18  chat room.  Did you ever participate in that chat
19  room?
20 **A.  I could be wrong but I do not believe**
21 **Weekly Money Multiplier had a chat room.**
22 Q.  Sorry, I'm going to let your attorneys
23  confer for a second.

Min-U-Script®

Jones & Fuller Reporting
617-451-8900   603-669-7922

(22) Pages 86 - 89

Attachment NNNN

PX 27, 2943

Page 90

1    **MS. BAHCALL:** That was the one with
2  the transcript.
3    **THE WITNESS:** That would have been
4  Millionaire Roadmap.
5    **MR. DORAN:** We get them confused,
6  too.
7    **THE WITNESS:** I'm nearly certain.  I
8  can't say for sure but I'm pretty -- I'm almost
9  certain.
10    **MS. BAHCALL:** Why don't you show it
11  to him and ask him.  He knows better.  I mean, I
12  could have gotten the name mixed up.
13    **MS. IRWIN:** Is it Millionaire
14  Roadmap?
15    **BY MS. IRWIN:**
16  Q.  Okay, we're going to show you what is
17  marked as Exhibit 8.
18    **MR. ABRAHAMS:** This is part of the
19  production that your counsel provided to us for the
20  week of April 15th to the 19th.
21    **MS. BAHCALL:** Easter week, yes.
22    **MR. ABRAHAMS:** So this is Millionaire
23  Roadmap?

Page 91

1    **MS. IRWIN:** Is that what we decided
2  as -- we think that's Millionaire Roadmap?
3    **MS. BAHCALL:** Is that Weekly Money
4  Multiplier?
5    **THE WITNESS:** I'm next to certain
6  Weekly Money Multiplier never had a chat room.  Jeff
7  would not have had any time to be in a chat room
8  so --
9    **MR. ABRAHAMS:** This one also includes
10  Nathan Bear.
11    **THE WITNESS:** So Weekly Money
12  Multiplier during most periods of time was included
13  in your purchase of Millionaire Roadmap, so there
14  could be references to Weekly Money Multiplier.
15    **MS. IRWIN:** That might be it.
16    **BY MS. IRWIN:**
17  Q.  So this is actually Weekly Money
18  Multiplier?
19  **A.  It's a melting pot of Jason Bond Picks,**
20  **Weekly Money Multiplier.  It's a melting pot.  It**
21  was, you know, a coaching program where people could
22  **get closer and ask questions about the strategies**
23  **they were learning.  So if you were a Weekly**

Page 92

1  **Multiplier client, you could drop in here and if**
2  **Jeff was around ask him a question.  Nathan Bear**
3  **helped out a lot in here, you could ask him a**
4  **question.  So it was a melting pot if you will.**
5  Q.  So this is Millionaire Roadmap's chat
6  room?
7  **A.  I believe that's what this is.  I'm not**
8  **certain but I'm --**
9  Q.  It's likely Millionaire Roadmap.
10  **A.  It is likely, yes.  Yes, that's correct.**
11    **MS. IRWIN:** Okay, Noah?
12    **MR. ABRAHAMS:** Sure.  Looking at
13  Exhibit 8 I'd just like to ask a few questions.
14  This was live streamed, this coaching session,
15  right?
16    **THE WITNESS:** This would be a live
17  environment.
18    **MR. ABRAHAMS:** Okay.
19    **THE WITNESS:** There would likely be
20  some form of a video stream as well.  I wouldn't
21  know who at the time from this.
22    **MR. ABRAHAMS:** Okay, and so you'll be
23  asked -- or people can questions or make

Page 93

1  comments while you are doing your live coaching?
2    **THE WITNESS:** Yes, sir.
3    **MR. ABRAHAMS:** Okay.  So then it's
4  safe to say that you are Jason Bond and you're the
5  person responding if I see the handle "Jason Bond,"
6  right?
7    **THE WITNESS:** Correct.
8    **MR. ABRAHAMS:** So if you look down to
9  April 15th, 8:32 a.m. if you find a Max H-O-R?
10    **THE WITNESS:** Yes.
11    **MR. ABRAHAMS:** He asks:  "Jason
12  thoughts on BOXL" and then you respond at 8:33:
13  "BOXL is going, said it was my favorite but missed
14  it early"; is that correct, what you said?
15    **THE WITNESS:** Yes.
16    **MR. ABRAHAMS:** So first, B-O-X-L,
17  what is that?
18    **THE WITNESS:** That's a stock.
19    **MR. ABRAHAMS:** That you had -- that's
20  part of your service?
21    **THE WITNESS:** So if I said it was my
22  favorite, while I can't be sure, my guess is I
23  either said it in this room earlier or in the daily

Min-U-Script®

Jones & Fuller Reporting
617-451-8900   603-669-7922

(23) Pages 90 - 93

Attachment NNNN

PX 27, 2944

Page 94

1 watch list or in a previous daily watch list. But
2 this doesn't indicate where I said that it was my
3 favorite.
4     MR. ABRAHAMS: And then you say,
5 "BOXL is going." Can you just describe what you
6 mean, what you're trying to say to this person?
7     THE WITNESS: I don't know for sure
8 but my guess is it's working. You know, it's moving
9 up; that's my guess.
10     MR. ABRAHAMS: So you're telling Max
11 H-O-R that it's worth holding, buying, selling?
12     THE WITNESS: So in this scenario I
13 don't know which chart pattern it is and I don't
14 know if I alerted it or not. So that context is
15 difficult to say from reading this.
16     MR. ABRAHAMS: Right below your
17 B-O-X-L comment, it's at 8:33, Robert Row he asked:
18 "JB think there is a bounce coming in CREG." So,
19 again, C-R-E-G that's --
20     THE WITNESS: Yeah, that's CREG. I
21 don't know if I was trading it at the time but it's
22 a stock that I've traded.
23     MR. ABRAHAMS: In your service?

Page 95

1     THE WITNESS: Correct.
2     MR. ABRAHAMS: Now, if you look below
3 at your handle, Jason Bond at 8:33, is this your
4 response to him: "Maybe but pick a bottom and get
5 out if it breaks"?
6     THE WITNESS: That is me.
7     MR. ABRAHAMS: Do you know if that's
8 in response to Robert Row?
9     THE WITNESS: I don't but I assume,
10 yes.
11     MR. ABRAHAMS: And then again at 8:33
12 later on you say: "too early for oversold so that's
13 dead cat on CREG if you play it"; is that a further
14 response to Robert Row?
15     THE WITNESS: So -- I think so, yeah.
16     MR. ABRAHAMS: And then -- so what
17 are you telling Robert Row?
18     THE WITNESS: So Groupon crashed this
19 morning, the first day of crash is a dead cat
20 bounce. He's asking is this your oversold strategy,
21 the most prevalent lesson on my website in which
22 once it sets up, if it breaks the bottom you're out
23 for a stop loss.

Page 96

1     So I believe what he's asking is --
2 Robert says, is there a bounce? So a bounce would
3 be when a crashing stock goes back up. So is CREG,
4 you know, a bounce candidate? And what I'm saying
5 is first day a stock crashes it's a dead cat. So if
6 it does bounce it's just a short squeeze. It's not
7 going to be a clean bounce and it probably won't
8 stick.
9     The oversold pattern that I teach
10 is -- well, it looks like a fish hook so I often
11 refer to it there. So I'm indicating this isn't
12 necessarily -- it is oversold technically, so on a
13 chart the relative strength index would indicate
14 oversold, this is a dead cat bounce. So within
15 oversold there's different kinds of bounces.
16     MR. ABRAHAMS: Okay. And then I
17 guess, again, do you have any reason to believe that
18 you're telling this person to hold it, sell it, buy
19 it?
20     THE WITNESS: No, it appears -- well,
21 no, Max says, "I'm in at 3.55"; it doesn't say what.
22 What I am saying here is based on the lesson, fish
23 hook lesson, it's oversold. It's a dead cat,

Page 97

1 though. It's not the cleanest oversold setup. So
2 in any scenario to my teaching, it is a sell if it
3 breaks the bottom. So if there's an identifiable
4 bottom somewhere -- I can't see the chart, so I
5 can't say, but it sounds like what I'm saying.
6     So I'm basically reinforcing the
7 lessons on the website. This may have been on my
8 watch list in which I may have said, hey, dead cat
9 bounce, but not one that I want to hold.
10     MR. ABRAHAMS: And when somebody like
11 Robert Row is talking about C-R-E-G, are you then
12 pulling up the C-R-E-G chart?
13     THE WITNESS: It's possible. I may
14 not even have been the person streaming at the time.
15 So I could be in the room talking with clients but
16 not the person streaming.
17     MR. ABRAHAMS: Can you explain that?
18     THE WITNESS: So we have a live
19 streaming component. This was a melting pot of
20 trainers so our clients were getting access to me,
21 to Kyle, they were getting access to Nathan. And
22 "access" means they can ask questions about the
23 strategies in realtime. And we can only stream one

Attachment NNNN

PX 27, 2945

Page 98

1  person's portfolio at a time.
2      So in Millionaire Roadmap maybe
3  Nathan was streaming; that doesn't necessarily mean
4  he was teaching or even in the room.  He could be
5  streaming but at his kid's play at school.  So what
6  I mean is there's a general stream component, any
7  trader can take it.  There's a chat where everyone
8  can participate and ask questions.
9      And clients who join this service
10 were, you know, getting a more intimate environment
11 where -- you know, pretty much in most scenarios you
12 can't talk to Nate.  You know, they can't write,
13 they can't call Nate, they can't go to his house.
14 But if they drop to chat and say could you
15 explain this TPS system?  Or I'm looking at Apple, I
16 think it makes the TPS, do you agree?  That's kind
17 of what's happening here.
18     So I may jump in and say, hey, I want
19 the stream because I see Groupon's crashing right
20 now and it's a dead cat.  So I'm going to get out if
21 it goes below here and it could take a bounce to
22 there and then Nate might pull it back to himself.
23 So I hope that answered your question.

Page 99

1      MR. ABRAHAMS: I think so.
2      MR. FORCIER: Let me ask a question
3  before we move on.  For BOXL and CREG here, those
4  are two securities that were on your watch list or
5  you're not sure?
6      THE WITNESS: I'm not sure.
7      MR. FORCIER: I think you said
8  earlier if it wasn't a security on your watch list
9  you were probably going to answer something like I
10 don't provide investment advice but you would
11 comment on securities that are on your watch list;
12 is that fair to say what you said earlier?
13     THE WITNESS: No, not fair to say.
14     MR. FORCIER: Okay.
15     THE WITNESS: So I will say this.  I
16 do a watch list most every day.  It could be ten
17 stocks, it could be three stocks.  I look at 700
18 stocks every morning.  After ten years of looking at
19 all of the small caps on the market, I know
20 almost -- well, I can't say every name but I know a
21 lot of names.  I've traded these stocks at some
22 point in time.  So I'm familiar with these stocks.
23     So I have a master watch list, I have

Page 100

1  a micro watch list, and I have live interaction with
2  clients about what's happening in realtime.  There's
3  news, minute to minute good and bad.  I have
4  scanners running that show up to a thousand stocks
5  at any moment under ten and I sort on that master
6  watch list by stocks under ten, liquidity over a
7  million or two million dollars.  And so at any given
8  time I could be looking at a thousand stocks in a
9  small cap space.
10     MR. FORCIER: Let me ask it more
11 directly.
12     THE WITNESS: Sure.
13     MR. FORCIER: This reads to me as if
14 one of your subscribers is asking you for advice
15 about a specific security and you're specifically
16 responding to that request for advice giving them
17 specific advice about security.  How is that not
18 investment advice to you, if it isn't?
19     THE WITNESS: So I have a curriculum
20 in which I cover my strategy.  I have a daily
21 primer.  I don't know if these were on the daily
22 primer or the daily watch list or the daily update
23 and then I have the realtime alerts.  Without

Page 101

1  knowing if those were positions that I was trading
2  on the watch list, it's very difficult to say.
3      MR. FORCIER: So let's just play that
4  out.  Let's just say these are on your watch list,
5  to you that differentiates it being investment
6  advice or not?
7      THE WITNESS: No, I'm teaching
8  trading, I'm not an investment advisor.  So this is
9  my way of teaching trading.
10     MR. ABRAHAMS: So if it's on your
11 watch list or if it's on something that you've
12 alerted or emailed or maybe even blogged about in an
13 email, you take the position that you can comment on
14 that security; is that fair to say?
15     MR. FORCIER: Without giving
16 investment advice?
17     MR. ABRAHAMS: Well, I mean,
18 regardless of investment advice.
19     THE WITNESS: This is how I teach
20 trading.
21     MR. ABRAHAMS: Okay.
22     THE WITNESS: So if I understand what
23 is going on with a stock as it relates to my

Attachment NNNN

PX 27, 2946

In re: Jason Bond

Jason Bond
February 19, 2020

Page 102

1 strategy, I will comment on it.
2   MR. ABRAHAMS: Okay. And then the
3 strategy being whatever the service is focused on
4 like for penny stocks?
5   THE WITNESS: Yeah, these are small
6 caps here. I've traded these stocks. I know these
7 stocks. I know the patterns that they're talking
8 about. I understand the language that they're
9 referring to. People are trying to learn trading
10 and I'm teaching them my trading strategy.
11   MR. FORCIER: But isn't it fair to
12 say that some people just want to make a lot of
13 money like you did and just follow what you did and
14 not necessarily learn?
15   THE WITNESS: I think that's fair to
16 say.
17   MR. FORCIER: I mean, you made a lot
18 of money trading, people are following you. Isn't
19 it possible that people are just following you and
20 not actually undergoing the education component?
21   THE WITNESS: Are you asking if I
22 think people side-by-side trade?
23   MR. FORCIER: Sure.

Page 103

1   THE WITNESS: I mean, I don't know
2 what people do, but I think people probably
3 side-by-side trade. I can't speak to who or why.
4   This is an education service, though.
5 I mean, I strongly suggest studying my video
6 lessons. So if someone decides not to watch the
7 video lessons, I can't speak to why they would do
8 that.
9   MR. FORCIER: And everybody in this
10 chat room that we're looking at here, they'd be paid
11 subscribers, correct?
12   THE WITNESS: I believe this is
13 Millionaire Roadmap subscribers, correct. And those
14 are paying subscribers.
15   MS. BAHCALL: Can we look at a place
16 for lunch, it's 12:10?
17   MS. IRWIN: Yes.
18   MS. BAHCALL: I don't know if you're
19 done with this doc, obviously find a good stopping
20 point for you.
21   MR. FORCIER: This is fine for me if
22 it is for you?
23   MS. IRWIN: Do you want to ask a

Page 104

1 couple more questions?
2   MR. FORCIER: Do you want to finish
3 up on this exhibit?
4   MR. ABRAHAMS: Yes, I mean --
5   MS. BAHCALL: It's up to you, no
6 pressure.
7   MS. IRWIN: Why don't we take a brake
8 now. We'll decide how much we're going to cover on
9 that and then we'll break for an hour.
10   MS. BAHCALL: An hour's good.
11   MS. IRWIN: I think we're off the
12 record.
13   (A luncheon recess was taken.)
14   MS. IRWIN: All right, we'll go back
15 on the record.
16   MR. ABRAHAMS: So we'll continue with
17 Exhibit 8. So if you could flip to the second page.
18 Look at April 16th at 11:22 a.m., Tom Dav, D-A-V?
19   THE WITNESS: Yes.
20   MR. ABRAHAMS: He asks "ICON has nice
21 room above there JB" and then -- is it safe to
22 assume that "JB" he is trying to associate that to
23 you, Jason Bond?

Page 105

1   THE WITNESS: Yes.
2   MR. ABRAHAMS: If you look further
3 down on 11:24 a.m., Jason Bond, you say: "ICON over
4 2 and watch out, we got a big stick chart like PRPO
5 was yesterday" and just describe what that means.
6   THE WITNESS: Without having the
7 chart in front of me, it's difficult. But I imagine
8 a "big stick" is a breakout, "2" would be the
9 resistance area technically. So basically a supply
10 line where people are looking to sell the stock.
11 And it's known that in a breakout once a resistance
12 point is taken out, you know, there's often blue sky
13 or range. So I think that's probably what I'm
14 talking about, but without the context it's
15 difficult.
16   MR. ABRAHAMS: Okay. So then Tom Dav
17 would likely want to sell after this comment; is
18 that what you...
19   THE WITNESS: No, I'm not saying buy,
20 sell, hold. In fact, if we read his line, I don't
21 think he even makes it clear if he's done any of
22 those three. Again, I'm kind of going back to the
23 teaching here. He's saying nice room above there

Min-U-Script®

Jones & Fuller Reporting
617-451-8900   603-669-7922

(26) Pages 102 - 105

Attachment NNNN

PX 27, 2947

Page 106

1  JB. Again, without the chart here we're just
2  speculating. But my two main patterns are
3  breakdowns in stocks when they just absolutely fall
4  apart and break outs when they were screaming
5  higher. And I explained why in a breakout you could
6  have a big stick move. And it look likes I'm
7  comparing it to PRPO. So kind of giving some
8  reference to PRPO which I'm guessing was either
9  alerted or on the watch list or discussed the
10  previous day.
11     **MR. ABRAHAMS:** And have you taken
12  positions in ICON before?
13     **THE WITNESS:** I don't remember.
14     **MR. ABRAHAMS:** Do you remember if
15  that was on the watch list?
16     **THE WITNESS:** I don't.
17     **MR. ABRAHAMS:** Okay, moving on to the
18  next page. Towards the top on April 16th at 1:08
19  p.m., Eric S-T-O, says "JB, RWLK near the 61.8 fib
20  level. Worth a shot or what?" April 16th at 1:09
21  p.m. you say: "Eric, I'm on the fence, it's heavy,
22  let's see if it turns up into power hour."
23     Can you just describe what he's

Page 107

1  asking and what your response is referring to?
2     **THE WITNESS:** Fibonacci retracement
3  is a --
4     **THE REPORTER:** Cold you say that
5  again a little slower, please.
6     **THE WITNESS:** I'm sorry. Fibonacci,
7  F-I-B-O-N-A-C-C-I.
8     **THE REPORTER:** Thank you.
9     **THE WITNESS:** Fibonacci retracement
10  is a technical analysis term. 61.8 fib --
11     **MS. BAHCALL:** Slower still. If I'm
12  having trouble, she's having trouble.
13     **MR. FORCIER:** Okay, I'm not talking
14  because we'd be really bad.
15     **THE WITNESS:** 61.8 fib is a level of
16  support, so a demand line in trading. It's a tool
17  used in breakouts. So if a stock goes from 2 to 10,
18  we can't reference the last six months of price
19  action for supply and demand lines so we use a
20  Fibonacci tool. And the 61.8 line is the third buy
21  zone per Fibonacci's rules.
22     So what he's asking is it's
23  approaching the third demand line. And as it goes

Page 108

1  with Fibonacci, the higher the demand -- the higher
2  the demand people want in at a higher level; that's
3  good. 50 percent, still good. 61 percent, that's
4  kind of like the last area if you're using the
5  Fibonacci tool to watch for a buy zone. And we as
6  traders play off of those three levels.
7     So if a stock goes from 2 to 10, you
8  don't necessarily want to chase it. But once it
9  settles into 33, 50 or 61, you know, that's what I
10  teach. So he's asking me, it's getting close to
11  there. This is a stock that I've traded before. I
12  don't know if it was on a watch list or if I was
13  trading it at the time.
14     It appears I'm not in. I'm saying,
15  you know, it looks heavy which means it appears it's
16  going to break that support. And in the case of
17  this one, they do a lot of stock offerings, so I'm
18  sure I had that in the back my head that they raise
19  a lot of capital.
20     **MR. ABRAHAMS:** And so this comment
21  would be seen as good to buy RWLK?
22     **THE WITNESS:** So it is our general
23  practice not to advise. So, no, it would not be

Page 109

1  seen as that comment. In fact, what I'm saying is,
2  and I'm guessing it's on the watch list but maybe
3  not, but it's defintiely a stock that I would have
4  been talking about a level a lot. Especially if it
5  was in a fib. Because if it's in a fib it must have
6  broken out meaning it made some sort of huge move.
7  They must have had good news.
8     I'm sure I was thinking this
9  company's likely to raise capital over night,
10  dilution, crushes the stock. Especially in stocks
11  under ten. And so a lot of people want to trade
12  stocks that are going higher, not knowing that these
13  companies release this news often with the intention
14  to raise capital because they're not profitable.
15     So when I'm saying it's heavy, yeah,
16  I think from my lessons, you know, I've taught
17  heavy. You know, a dilution into a breakout, you
18  know, this is something to be aware of. So if it
19  turns up off of the 61.8 line, that means buyers are
20  showing up and there's some conviction there. If it
21  blows it out of the water, then technically speaking
22  it wouldn't even be in consideration from the
23  levels. So, again, not having the chart I'm just

Min-U-Script®

Jones & Fuller Reporting
617-451-8900   603-669-7922

(27) Pages 106 - 109

Attachment NNNN

PX 27, 2948

In re: Jason Bond

Jason Bond
February 19, 2020

Page 110

1  doing my best.
2     MR. ABRAHAMS: Okay.  Further down,
3  April 16th, 1:13 p.m., Eric Sto, again, same person
4  again asks: "JB, how about ODP?  Fish hook?"  It
5  looks like you respond:  "Man ODP just always hard
6  to trade I think."  And I think this is a further
7  response:  "But ya worth a shot above 2.47, that's
8  one when I trade I go big and play for 3%."  Is ODP
9  one -- so I guess you have traded ODP?
10     THE WITNESS: I believe that's Office
11  Depot and I don't know, I think so.
12     MR. ABRAHAMS: Do you know if it
13  would be on the watch list or had ever been on the
14  watch list?
15     THE WITNESS: I don't know.  But I
16  definitely know I've talked about ODP over the
17  years.  I believe it's Office Depot but I'm not
18  sure.
19     MR. ABRAHAMS: And are you telling
20  this person it's good to buy, sell or hold?
21     THE WITNESS: No, I'm not providing
22  investment advice or saying that it's good to buy,
23  sell or hold.  So fish hook -- so the client clearly

Page 111

1  has watched the lessons and knows my strategies.
2  "Fish hook" is a breakdown in a stock price.
3     This morning Groupon stock is down 30
4  percent on poor earnings.  ODP, he's saying fish
5  hook, so something caused ODP to crash.  It's Office
6  Depot, they're generally not profitable either.  So
7  maybe an earnings miss.  So he's connecting my
8  lessons to the environment right there saying, Is it
9  a fish hook?
10     And I'm saying but, yeah -- I'm
11  saying ODP really heavy, meaning when I teach look
12  for breakdowns, Groupon usually bounces back because
13  it's not a concern for going to bankruptcy.  I don't
14  think ODP is either, but some stocks have a history
15  of crashing and then investors gobble them up fast.
16  So that makes a whipsaw or fish hook on an oversold
17  chart attractive.
18     ODP hardly ever bounces back, so
19  based on my history of trading I'm saying, hey, man,
20  listen, in my experience this one's hard to trade.
21  In other words, yeah, great, it crashed but nobody
22  cares.  It usually just trades sideways and then it
23  crashes again.  It's Office Depot.

Page 112

1     MR. ABRAHAMS: So worth a shot above
2  2.47, is that telling the person to get in at 2.47
3  or get out at 2.47?
4     THE WITNESS: So in my lessons a fish
5  hook has an identifiable pivot point.  2.47 was
6  likely the pivot point.  Without seeing the chart I
7  can't say.  But you can be very specific with a
8  breakdown in a chart to say, like, okay, when I
9  teach, when I provide my daily watch list, this is
10  in play above 2.47, this is not in play below 2.47.
11  2.47 likely the low.
12     And so if you have a crashing stock
13  making new lows, nobody can predict how far it will
14  go.  It could go to a dollar.  So as a trader you
15  try to identify that pivot point.  I don't know,
16  because I don't have the chart, but worth a shot
17  above 2.47 saying, yeah, it's oversold.  Generally
18  doesn't bounce, but 2.47's the pivot.
19     If I trade a stock that doesn't
20  bounce much, I go big.  So Groupon maybe I trade
21  with $30,000.  Here, maybe I go in with $100,000.
22  And that's because it's not going to bounce.  I'm
23  only playing for 3 percent versus 10 percent.  All

Page 113

1  having been previously taught in my lessons.  Every
2  one of those points previously taught in my lessons.
3  So I'm just in a live environment commenting.  And
4  if it was on the watch list or not, I don't know.
5     MR. ABRAHAMS: Okay.  Moving on to
6  the next page, the very top at April 16th, 1:45 p.m.
7  ram gan says: "JB, RWLK will it bounce back to
8  5-ish?"  Just a few lines down at 1:46 p.m. you say:
9  "@ram" signaling, I guess, that person's handle,
10  "that's a weak candle this afternoon."  Can you just
11  describe what a candle is, what you're telling this
12  person?
13     THE WITNESS: Japanese candlesticks
14  are what are used to -- it's kind of like the
15  language of price action in a chart.  It's the
16  language of technical analysis.  So a technical
17  analyst is somebody who isn't too concerned about
18  the fundamentals of a company but more concerned
19  about what the actual price action is saying.  And
20  one way of reading the price action is to use
21  Japanese candlesticks.
22     MR. ABRAHAMS: And then so a weak
23  candle would be?

Jones & Fuller Reporting
617-451-8900   603-669-7922

Attachment NNNN            PX 27, 2949

Page 114

1   THE WITNESS: So if a stock opens at
2   $3, that would be the top of the real body.  And if
3   it's trading down on the day, it would show up as
4   red.  Down on the minute, it would show up as red.
5   So in any context if a stock is heavy
6   or weak or heading lower, the candle would be
7   blatantly red meaning that the software fills in the
8   rectangle with red.  And so it's letting you know
9   that there are more buyers than sellers in this one
10  minute period of time.  It would depend on the
11  period of time that you're looking at.
12   MR. ABRAHAMS: So a weak candle can
13  be associated with going in the red?
14   THE WITNESS: A weak candle would be
15  associated with -- it's not strong.  A weak
16  candlestick would be there are more sellers than
17  buyers.  There are many ways that I think you could
18  define that, but that's essentially what's
19  happening.
20   MS. IRWIN: Sorry, before you move
21  on, how does that answer the question will it bounce
22  back?
23   THE WITNESS: If there are more

Page 115

1   sellers than buyers, it can't bounce.  If we go back
2   to the previous line and where the client -- the
3   previous client on April 16, 1:08 p.m. said:  RWLK
4   near the 61 fib 8 line at one o'clock, worth a shot
5   or what?  I'm guessing it was on the watch list.
6   Certainly we talked about RWLK a lot --
7   (Reporter interrupts)
8   THE WITNESS: I'm not certain if it
9   was on the watch list, but it's a stock that I'm
10  sure was active at the time.  If it was in fib it
11  had some sort of good news.
12   The client asks me, "worth a shot or
13  what?"  On the fence it's heavy is the same as
14  that's a weak candle.  It's heavy like it's, you
15  know, people are pounding it.  You know, so you can
16  see with the chart if, you know, if it looks like
17  buyers are outweighing sellers and vice versa.
18   So I think the context there was the
19  same 45 minutes later.  Like here I'm saying it's
20  heavy, 45 minutes later somebody's asking me again.
21  I'm saying, you know, it's a weak candle this
22  afternoon.  A weak candle in the afternoon could be
23  an indication that somebody knows something we don't

Page 116

1   know.  And usually with a breakout on stocks under
2   10, they're not profitable companies.  These
3   companies release good news, stock price goes crazy,
4   and then they raise money, and then it creates bag
5   holders.  So I'm teaching that.
6   And it's a really important lesson,
7   too, because -- well, it's irrelevant but that's
8   what I'm teaching and that is already taught in my
9   lessons, so I'm just reinforcing it in realtime.
10  Like it's presenting weak and it is said that show
11  me a chart and I can tell you the news.  And it's
12  often the case with breakout stocks under 10.  If
13  they look weak, somebody knows that an offering is
14  coming.
15   So that is what I'm trying to say
16  there.  It's not to say don't buy, it's not to say
17  don't sell it.  I'm not giving investment advice.
18  I'm just pointing out that's what it's showing us.
19  That's what the candle is showing us.
20   MR. ABRAHAMS: Okay, do you want to
21  flip to the last page?  One more example, April
22  18th, 8:05 a.m., Jimmy Lin, he says:  "@Jason, where
23  would you stop out for FBIO?"  And it looks like you

Page 117

1   respond at 8:06 a.m.:  "@jimmy it's at that range
2   sadly, we'll see if it holds these levels."  So
3   again just briefly describe how you're responding to
4   Jimmy Lin.
5   THE WITNESS: So in a daily watch
6   list, generally speaking, I'm referring to lessons
7   or pointing out where I think, you know, I'm likely
8   to buy it, what my goals are, where I'm likely to
9   sell it, where the stop loss is.  And so I'm
10  answering -- if I'm saying "sadly," then I'm likely
11  in that trade.  Because I'm -- and I don't know
12  because we don't have that in front of us, but if
13  I'm saying "sadly," you know, I'm sad, it's not
14  working.  I'm losing money.  So my guess, he's
15  asking, hey, you're in FBIO and it's pressing levels
16  that you said was the stop loss and I'm kind of --
17   MR. ABRAHAMS: And "stop loss" means
18  get out?
19   THE WITNESS: Stop loss as a trader
20  is where you take your loss if you're strategy
21  doesn't work.  So I've taught strategy, I've
22  reinforced the strategy in the daily watch list.
23  Now, I'm taking a trade so I can teach and, darn it,

Attachment NNNN

PX 27, 2950

In re: Jason Bond

Jason Bond
February 19, 2020

---

Page 118

1  it's not working.  So he's pointing out what do you
2  think and I'm pointing out it's not looking good and
3  we'll see if it holds these levels.
4     MR. ABRAHAMS: And FBIO is one that
5  you have traded before?
6     THE WITNESS: I recognize -- I'm
7  sorry.
8     MR. ABRAHAMS: And this is in -- this
9  is Millionaire Roadmap?
10    THE WITNESS: Yeah, I don't know, but
11 I recognize the name.  I recognize all of these
12 names.
13    MR. ABRAHAMS: Okay, that's it for
14 Exhibit 8.  Do you have any questions?
15    MR. FORCIER: On Exhibit 8, no.
16    BY MS. IRWIN:
17 Q.  I'm just going to go back to some kind of
18 general information question.  Do you ever hold
19 meetups where you and some of the clients meet with
20 maybe some other gurus in person?
21 A.  Yes.
22 Q.  And how often do you hold these meetups?
23 A.  Presently?  Right now once a year.

---

Page 119

1  Q.  Have you ever held them more often than
2  once a year?
3  A.  Yes.
4  Q.  And how often have you held them in the
5  past?
6  A.  Maybe four or six times a year we would
7  have Master Minds.  Could have been more, could have
8  been less.  There wasn't a set number.  Usually we
9  shop for a quarter, sometimes it was more, sometimes
10 it was less.  That was a component of Millionaire
11 Roadmap.
12 Q.  Okay.  Where are they normally held?
13 A.  Where?
14 Q.  Yes.
15 A.  All over the country.
16 Q.  Okay.  And you said multiple times a year
17 but currently at like one a year?
18 A.  Yeah, we don't offer the Millionaire
19 Roadmap anymore.  We do one main conference which is
20 next week in Orlando.
21 Q.  How many people attend or how many people
22 have attended in the past, what's an average
23 attendance number?

---

Page 120

1  A.  It would depend on the meetup.
2  Millionaire Roadmap meetup could be 20 to 50.  I
3  gave away a Porsche in Atlanta once; that was 250.
4  This one is 700.  So, you know, it would depend on
5  the nature of the meetup.  So those are the ones
6  that we have done.
7  Q.  How much do they generally cost for a
8  subscriber, slash, client?
9  A.  Millionaire Roadmap meetups, I don't
10 remember for sure, but I'm nearly certain they were
11 free as a part of your subscription.  I can't
12 remember if we charged people for Atlanta or not
13 when I gave away the second Porsche.  This one is a
14 $100 fee in Orlando and I just found out today,
15 actually, that that's a deposit.  So they actually
16 get their $100 back, so I guess technically it's
17 free.
18 Q.  And what normally happens at one of these
19 meetups?
20 A.  Typical conference setting:  Maybe a big
21 TV, hook the laptop to the TV, live trading, Q and A
22 about strategy.  That's basically the same thing
23 that's happening in that chat room experience or

---

Page 121

1  that conferencing online experience but in person.
2  And so we're projecting, we're teaching, fielding
3  questions about strategies.  There's usually, you
4  know, breakfast, lunch, dinner, booze provided so
5  that -- you know, beverages.
6     One time I gave away -- two times I
7  gave away Porsches, once in Vegas, once in Atlanta.
8  We bring in a keynote speaker so... So Terrell
9  Owens came in.  And so it just depends, you know,
10 but it's a gathering of people who are interested in
11 learning more about our trading strategies that are
12 clients already.  This one is the first time ever
13 that we've opened enrollment to people who might not
14 have bought a Raging Bull subscription but want to
15 attend our conference.
16 Q.  Do you have different seminars for
17 beginners, intermediate, expert traders, people who
18 have been with the service for a long time, is
19 everyone in kind of the same room?
20 A.  For the most part I think everyone's in
21 the same room, yeah.
22 Q.  You mentioned Terrell Owens coming.  I've
23 noticed on your website you occasionally have some,

---

Jones & Fuller Reporting
617-451-8900   603-669-7922

Attachment NNNN

PX 27, 2951

In re: Jason Bond

Jason Bond
February 19, 2020

Page 122

1   let's say, famous celebrity endorsements.  How would
2   you go about getting a celebrity endorsement, do
3   they contact you?
4   A.  Well, I'll just speak to the most recent
5   one, Daymond John.  One of the guys inside of our
6   company knew Ted who manages Daymond John's
7   businesses and they're in the education space
8   teaching people to build businesses.  And he liked
9   my Weekly Windfall strategy, Daymond's actually a
10  trader.  So we met and I think the arrangement there
11  was that he would get a certain percentage of the
12  revenues, you know, from -- for, I guess, using his
13  likeness.  So that was that one.
14      So it really depends.  This year in
15  Florida Mike Alstott, the Hall of Fame full back
16  from Tampa Bay is actually a Raging Bull customer
17  and trader.  Whereas his friend, and I forget his
18  name, but also a Hall of Famer, is not a trader or a
19  Raging Bull customer.  So Mike's speaking as a
20  keynote from the perspective of a customer and the
21  other guy is not.  And I'm not sure if there's any
22  compensation for their attendance.
23      Derek Brooks I think is his name.

Page 123

1   I'm certain he probably gets a fee for speaking.  So
2   it would just depend on the situation.
3   Q.  Does Jason Bond Picks have an affiliates
4   program?
5   A.  Yeah, yeah.
6   Q.  Can you explain to me what the affiliates
7   program is?
8   A.  Currently?
9   Q.  Uh-hum.
10  A.  I don't know what our affiliate setup is
11  now.  Or even if we have one.  But I believe we
12  still do.
13  Q.  Let's start basics, what's an affiliate?
14  A.  An affiliate could be any number of
15  things, but generally somebody who likes the service
16  and is a reseller of the service.  And then there
17  would be some sort of payment, right, commission for
18  the amount of sales that they generate.
19  Q.  Okay.  I know you're not sure if you
20  currently have an affiliates program, but you used
21  to have an affiliates program, correct?  You may
22  still have one?
23  A.  I'm pretty sure we do, yeah.  From the

Page 124

1   getgo, you know, this was something that we worked
2   on very early on.
3   Q.  Do you know how many affiliates you have?
4   A.  I do not.
5   Q.  Do you know if the affiliates are active
6   in the chat rooms and the live trainings?
7   A.  I know of a few guys who are affiliates,
8   customers, and would be in the chat rooms, yeah.
9   Q.  Are you involved in determining what
10  advertisements are going to go out for Jason Bond
11  Picks?
12  A.  I wear many hats but not directly.  I'm
13  involved in everything.  I'm not in charge of that.
14  Q.  Do you see what goes out as far as
15  advertisements; do they run it by you before they
16  put it up?
17  A.  Not always.
18  Q.  How about testimonials, do you ever get a
19  chance to choose the testimonials that are put on
20  your website?
21  A.  Yes.
22  Q.  How do you pick the testimonials?
23  A.  I don't know.  I guess it depends on what

Page 125

1   type we're looking for:  Text, video, both.  I don't
2   know.  I have so many that's -- you know, by nature
3   they're good.  They're a testimonial so I don't
4   know.
5   Q.  Do you verify any of your testimonials?
6   If someone says I made a 100 million dollars, do you
7   ever verify that before putting it on the website?
8   A.  I think that depends.  And in what time
9   frame because it's changed.  So it would depend on
10  what and when.
11  Q.  So what was the standard and then what is
12  the standard now?
13  A.  Well, I don't know that there was ever a
14  standard.  But if you said on Twitter, Hey, JB, fish
15  hook crushed it on Groupon 20 percent, thanks.  I'm
16  not looking for verification on that.  If you said,
17  Hey, JB, I made a million dollars and I want to
18  claim my Porsche, you get to talk to our
19  accountants.  It's case by case.
20      And the Milestones program, brokerage
21  statements, tax returns.  Not audits, you know, but
22  the larger the claim the more looking into it, you
23  know, in general, I think.  So, again, 5 percent Y,

Attachment NNNN

PX 27, 2952

In re: Jason Bond

Jason Bond
February 19, 2020

---

Page 126

1   X, Z, thanks.  Great.  You know, I won a Porsche.
2   So I don't know that there's a policy but I think
3   everybody in the company kind of has a touch point
4   there, you know, with regard to following up on
5   stuff like that.
6   Q.  Okay.  Let's say I wanted a Porsche or a
7   Mac Book, because I think that's one of the things
8   that you do in the rewards program, would you check
9   to make sure -- obviously you said your accountants
10  would check to make sure they actually made that
11  money, correct?
12  A.  With Kyle's Porsche we had the accountants
13  do that.  With Nathan we did not.  He provided his
14  statements, his brokerage statements.  With a client
15  who hit a milestone in the Milestones program when
16  it was around, some sort of proof.  A screenshot of
17  a brokerage statement, tax returns; something along
18  those lines that we could, you know, more than just,
19  you know, take your word for it.  So that was the --
20  I believe that was spelled out on the page.
21  Q.  Do you ever check to make sure that
22  they're in the trades that they're making; that
23  they're actually following your -- so if they're

---

Page 127

1   saying Jason Bond Picks, thank you, let's get me a
2   Mac Book, do you ever check to make sure, yes,
3   you're actually following Jason Bond Picks.  You're
4   not doing something else and just trying to get a
5   computer from me?  Or do you just check, no, you
6   made a $100,000?
7   A.  The process in the Milestones was to look
8   at the period of time they had been a customer and
9   their verified trading profits from that period of
10  time.  However, we did not go line by line and
11  examine their trades.
12  Q.  Would you be able to tell if someone was
13  trading in a virtual trading account versus an
14  actual trading account?
15  A.  Not in all cases.  I can't say for
16  certain.
17      MR. ABRAHAMS:  Do you keep records of
18  verifying any of the profits that customers
19  potentially allege that they have made?
20      THE WITNESS:  Yeah, I believe there
21  are records of the Milestones program specifically.
22  Because generally if the program was set up where
23  they submitted it themselves to Twitter, so it was

---

Page 128

1   kind of made public.  So there's that record, unless
2   they have deleted it.  But we'd grab a screenshot of
3   it, too, or some provided tax return or images
4   internally that they didn't want out in public.  So
5   with that program, yes, I believe we have a record
6   of that.
7       BY MS. IRWIN:
8   Q.  I'm going to show you what's been marked
9   as Exhibit 9.  It looks like this.  Do you recognize
10  this document?
11  A.  I do.
12  Q.  Or this picture, you recognize the
13  picture?
14  A.  I do.
15  Q.  Okay.  Can you describe for us what this
16  is a picture of?
17  A.  These are four video testimonials from
18  Raging Bull clients that were submitted as a result
19  of the Milestones program.
20  Q.  Okay.  Underneath it says "Verified
21  Results," do you know how you guys went about
22  verifying these results?
23  A.  Customer support as well as myself at

---

Page 129

1   times would receive the submissions and review them.
2   Q.  And what were you looking for in these?
3   A.  When they joined, specifically, and then
4   some form of proof that they had made the profits
5   they're claiming to have made.
6   Q.  I'll take that back.
7       And then this is Exhibit 5, it's the
8   Raging Bull disclaimer.  I'm looking at the last
9   page where it says, Notice.  First of all, do you
10  recognize this document?
11  A.  I do.
12  Q.  Would you mind turning to the last page.
13  It's halfway through, before the tax returns.
14      That section where it says Notice, it
15  says, "Testimonials are believed to be true based on
16  the representations of the persons providing the
17  testimonials but facts stated in testimonials have
18  not been independently audited or verified."
19      Do you know why there's a difference
20  in the disclaimer notice regarding testimonials and
21  the screenshot I just showed you about verified
22  testimonials?
23  A.  I don't.

---

Jones & Fuller Reporting
617-451-8900   603-669-7922

Attachment NNNN

PX 27, 2953

In re: Jason Bond

Jason Bond
February 19, 2020

---

Page 130

1 Q.  Do you know if the majority of
2 testimonials on your website are verified versus
3 unverified?
4 A.  That would depend on the nature of the
5 testimonial.  The Milestones programs were.  I can
6 go back to what I said previously.  So I guess the
7 answer is, no.
8 Q.  Okay.  I'm going to take that back and
9 show you two more exhibits.  These are marked
10 Exhibit 10 and 11; they're the stapled bits, success
11 stories.  Do you recognize these?
12 A.  I know what these are.  I recognize the
13 one from Breanne here.  I know what this is but have
14 not seen this before to my knowledge (indicating).
15 Q.  Would you explain for the record what
16 these are?
17 A.  I believe these are testimonials, success
18 stories, as it said on the page, that clients do
19 with a writer.  So they can submit their story if
20 they want to.  And I believe that's what these are.
21 Q.  Do you know if anyone who submits a
22 success story is compensated for their stories?
23 A.  I don't.  I think they get a hat or -- I

---

Page 131

1 don't know, you know, I think there's merchandise in
2 there, though.  I don't know exactly.  But I'm
3 pretty sure there's a T-shirt there or something
4 like that if you fill out a success story.
5 Q.  Do you know if any of the testimonials
6 receive compensation other than the story ones?
7 A.  I don't know.
8 Q.  Do you know if any of the testimonials --
9 A.  I'm sorry, can we go back?
10 Q.  Yes.
11 A.  Could you say that one again?
12 Q.  Do you know if any of the testimonials
13 receive compensation other than the success stories
14 where you believe they get some sort of hat,
15 merchandise?
16 A.  Well, in the Milestones program, which is
17 a rewards program, you get a -- you know, the reward
18 for hitting the level.  Here I don't know exactly
19 what it is but it's something.  Nothing else that I
20 can think of.
21 Q.  Okay.  Do you know if any of the affiliate
22 program members provide testimonials?
23 A.  Yeah.  Over the years we've had affiliates

---

Page 132

1 that have provided testimonials, yes.
2 Q.  Do you know if those testimonials mention
3 that they're affiliates?
4 A.  I do not know.
5 Q.  Do you ever have testimonials that are
6 written, acted out by or performed by paid actors?
7 A.  I don't know.  I don't know.  It's our
8 general practice not to.  The company's grown a lot
9 in the last couple of years, so I don't know if that
10 initiative has been taken.
11 Q.  Do you know if any of the images used on
12 your website for the people behind the testimonials,
13 if they're stock images or if they are actual images
14 of the people?
15 A.  It's our general practice to use the
16 images of the people.  Some people aren't
17 comfortable with that, so there are stock photos at
18 times.
19 Q.  Do you ever make it clear this is a stock
20 photo or this is a person?
21 A.  I don't know really.  It's not something
22 I'm involved in.
23 Q.  I'm going to ask you about some of your

---

Page 133

1 fellow gurus.  How did you meet Kyle Dennis?
2 A.  I met Kyle Dennis for the first time when
3 I gave him the Porsche.
4 Q.  And to your knowledge what are Kyle
5 Dennis' qualifications for being a stock trading
6 guru?
7 A.  He's a brilliant young man.  He's made
8 about $8 million trading and he's 28 years old.  I
9 generally -- in trading making a lot of money as a
10 trader doesn't necessarily qualify you to be a guru.
11 Personable is certainly a qualification because
12 you're teaching and often, you know, answering
13 questions.  But having a system that led to those
14 profits that others would be interested in learning
15 about.  So, you know, personality traits I guess you
16 would say.
17 Q.  To your knowledge has Kyle Dennis ever
18 taken any classes in economics, or trading or --
19 again, by "classes" I mean something where you would
20 get a grade or a certificate?
21 A.  I don't know.
22 Q.  How about Nathan Bear, how did you meet
23 Nathan Bear?

---

Jones & Fuller Reporting
617-451-8900   603-669-7922

Attachment NNNN

PX 27, 2954

In re: Jason Bond

Jason Bond
February 19, 2020

Page 134

1  A.  I can't remember where I met Nate
2  initially, but he was a subscriber.  He joined maybe
3  in 2015, I believe.  I gave him a Porsche so there
4  was that.  He may have come to Master Minds prior to
5  that as a client, I can't remember, but definitely
6  that would be at least the first time I met him in
7  person.
8  Q.   And what are the qualities that Nathan
9  Bear has that would make him a guru?
10  A.  Well, he has a phenomenal trading strategy
11  once again.  I taught him continuation patterns
12  which are the patterns between a dump and a
13  breakout.  So either breakdown or breakout or it's
14  continuing somewhere.  He took that and created an
15  options strategy.  He trades small caps, too, but
16  he -- he used John Carter's squeeze strategy to
17  really just become a phenomenal trader.
18       So he made, again, I don't remember
19  exactly, but $600,000 two years ago, 600 three years
20  ago, 600 two years ago.  Again, just guessing on
21  numbers but that's close.  And about 1.4 million
22  dollars last year.  So, again, qualification of him
23  by performance.  But also he has probably one of the

Page 135

1  most popular systems within Raging Bull.
2       So having a system that somebody else
3  could learn from and -- and then being, you know,
4  patient teaching trading.  Trading alone is
5  stressful, so having the characteristic of being
6  patient is a quality we look for.  So, again, being
7  personable, having something that is useful to teach
8  and being able to teach it.  And it's a rare
9  combination.
10  Q.   And same question I asked before.  To your
11  knowledge does Nathan Bear have any -- has he taken
12  any classes or anything that would provide him with
13  a grade or certificate in trading or stocks or
14  economy?
15  A.  I don't know.
16  Q.   Jeff Williams, how did you meet Jeff
17  Williams?
18  A.  I interviewed against Jeff Williams in
19  2001 to be a school teacher; that's how I met him.
20  Q.   And how did he end up joining Raging Bull?
21  A.  Out of that site I sold Jeff, the site, I
22  sold Jeff Bishop.  I initiated that sale.  Jeff
23  Williams was, I guess, informally my business

Page 136

1  partner.  So we were teaching together and, you
2  know, I approached Jeff to buy my site for $5,000.
3  And Jeff Williams kind of introduced me to the world
4  of stocks.  So that's how.
5  Q.   Okay.  And same question, to your
6  knowledge, does Jeff Williams have any expertise or
7  training certificates, classes in trading, economy,
8  stocks?
9  A.  I don't know.
10  Q.   And how about Ben Sturgill, how did you
11  meet Ben Sturgill?
12  A.  I met Ben when I moved to New Hampshire.
13  Q.   And how did he become involved in Raging
14  Bull?
15  A.  Ben was some form of pastor at the
16  University of New Hampshire.  I don't know what his
17  official title was there but something along those
18  lines.  And he decided that he wanted to work within
19  Raging Bull so he changed careers.
20  Q.   And same question, does he have any
21  certificates, extra knowledge about stocks, classes?
22  A.  I don't know.
23  Q.   Same questions, Taylor Conway, how did you

Page 137

1  meet Taylor?
2  A.  Taylor was my third student to make a
3  million dollars.
4  Q.   And what makes him --
5       MS. IRWIN: Go ahead.
6       MR. ABRAHAMS: So how did you verify
7  Taylor Conway's making a million dollars?
8       THE WITNESS: Tax returns.
9       MR. ABRAHAMS: To show trading
10  profit?
11       THE WITNESS: Brokerage statements
12  and tax returns.
13       BY MS. IRWIN:
14  Q.   What does he have that makes him a good
15  teacher for Raging Bull?
16  A.  Discipline.
17  Q.   Same question, does he have any knowledge,
18  teaching certificates, classes in trading or stocks,
19  economy?
20  A.  I don't know.
21  Q.   How did you meet Petra Hess?
22  A.  A client of mine.
23  Q.   She was a client?

**Attachment NNNN**

**PX 27, 2955**

Page 138

1  A.  Correct.

2  Q.  Did she also make a million dollars?

3  A.  She said that, yes, and we had no reason

4  to believe otherwise.

5  Q.  So you did not verify that Petra had made

6  a million dollars?

7  A.  No.

8  Q.  Why did you bring Petra onto the team?

9  A.  When I was running the Millionaire Roadmap

10  she was a person who was in that chat room and

11  people really liked her.  We didn't have a strategy

12  that was, I guess you would say slower pace, like

13  long-term trading.  Seemed like a good fit.

14  Q.  So Petra had a trading strategy prior to

15  coming onto Raging Bull?

16  A.  Yes, yeah.

17  Q.  And to your knowledge does Petra have any

18  classes, training, certificates in stocks, trading,

19  economy?

20  A.  I don't know.

21  Q.  How about Davis Martin, how did you meet

22  Davis Martin?

23  A.  Through Jeff.  He was a customer of Top

Page 139

1  Stocks Picks at the time I believe it was called.

2  Or maybe through Steve, a former guru.  And he

3  wanted to have his own newsletter.

4  Q.  And why did you decide to bring in Davis

5  Martin?

6  A.  Jeff liked his persistence.  And just kept

7  knocking on the door type guy.

8  Q.  And to your knowledge did he have any

9  classes, training, certificates in stocks, trading

10  or the economy?

11  A.  I don't know.

12  Q.  Okay.  Why was Mr. Martin let go?

13  A.  So the main thing was the Daymond John

14  deal was sensitive; they had to review all

15  communications to the Raging Bull community prior to

16  the communications going out.  And I believe one of

17  Davis' deals was -- he kind of acted as an affiliate

18  within Raging Bull, so he wasn't an owner or

19  anything.  So to be motivated to cross sell other

20  services I believe he would get a commission of

21  other sales.  And so he had jumped the gun and

22  announced the Daymond John deal before anyone else.

23  And on a personal level this was a very big deal for

Page 140

1  me, getting a partnership with Daymond John.  So I

2  was furious to say the least.

3  MS. IRWIN:  One more.

4  MR. FORCIER:  I want to go back to

5  Petra but I'll wait till you're done.

6  MS. IRWIN:  Okay.

7  BY MS. IRWIN:

8  Q.  Dave Lukas, how did you meet Dave Lukas?

9  A.  We met Dave, I believe, through a pod

10  cast.  I believe we were on his pod cast, Jeff and

11  I.  I believe, I can't remember exactly.

12  Q.  And what made you bring Dave Lukas on to

13  the team, what qualities does he have that makes him

14  a good guru?

15  A.  He's a phenomenal business man as his main

16  profession.  He has a strategy that we really liked

17  that we didn't have.  Like Davis he was persistent

18  in that he couldn't grow his trading business, you

19  know, and he had other businesses that required all

20  of his time.  So I think he was looking for somebody

21  to do customer support, somebody to do everything

22  that surrounds teaching trading.  That's what I

23  recall.

Page 141

1  Q.  To your knowledge does Mr. Lukas have any

2  classes, qualifications, certificates, trainings in

3  trading, the economy, et cetera?

4  A.  I don't know.

5  MS. IRWIN:  Go ahead.

6  MR. FORCIER:  Did you know that,

7  unless it's a different Petra, did you know that

8  Petra was charged with a crime in Ontario, fraud?

9  THE WITNESS:  Yes, we were aware of

10  that.

11  MR. FORCIER:  When did you first

12  learn of that?

13  THE WITNESS:  I don't remember.

14  MR. FORCIER:  Did you know of that

15  prior to her hiring?

16  THE WITNESS:  No, it was brought to

17  us from one of her members, as I recall.

18  MR. FORCIER:  Was she actually

19  convicted of fraud?  All I could find online was

20  charging of fraud; do you know?

21  THE WITNESS:  I do believe to know.

22  We confronted her with it and our understanding is

23  that she was not.

Attachment NNNN

PX 27, 2956

In re: Jason Bond

Jason Bond
February 19, 2020

Page 142

1  **MR. FORCIER:** She was not.  So I
2  found charges.  I don't mean to say that she was
3  ever convicted, I don't know.  I was wondering what
4  you know.
5  **THE WITNESS:** Our understanding is
6  she wasn't.  That's what she told us, so we looked
7  into it as well.
8  **MR. FORCIER:** So you confirmed that
9  she was acquitted of the charges?
10  **THE WITNESS:** I don't know if that's
11  the word.  I don't know if we "confirmed."  I
12  believe -- I believe we confirmed.
13  **MR. FORCIER:** Did you become aware of
14  any other criminal charges or criminal records of
15  any of your other gurus?
16  **THE WITNESS:** Yes.
17  **MR. FORCIER:** Who?
18  **THE WITNESS:** I forget his last name,
19  it will come to me.  Carl -- we'll get it.  It was a
20  long time ago.  Again, a client brought to us that
21  he was a convicted sex offender.
22  **MR. FORCIER:** Oh.
23  **THE WITNESS:** We didn't know when we

Page 143

1  hired him.  We let him go.
2  **MS. IRWIN:** Well, even sex offenders
3  can trade the stock market well, right?
4  **THE WITNESS:** It was a unique
5  situation.
6  **MR. FORCIER:** Any other gurus or
7  employees that turned out to have criminal records
8  that you learned at any time before or after their
9  hiring?
10  **THE WITNESS:** Not that I can
11  remember, no.
12  **MR. FORCIER:** Why did Petra retire,
13  do you know?
14  **THE WITNESS:** I believe she said she
15  was ready to be done.  Just tired of the process.
16  Petra ran a chat room, it's all day every day
17  answering questions.  I don't know exactly but I
18  believe she was just ready to be done.
19  We did ask her if she was going out
20  to run her own newsletter; that's happened before.
21  And she said she was not.  To our knowledge she
22  didn't go out and start her own.
23  **MR. FORCIER:** Sounds to me as if it

Page 144

1  was an amicable parting, though, was it?
2  **THE WITNESS:** Sorry, go ahead.
3  **MR. FORCIER:** It what was an amicable
4  parting, correct?
5  **THE WITNESS:** It was, yes that's
6  correct.  That was my understanding.  And I was
7  involved in those emails.
8  **MR. FORCIER:** Amicable from your
9  side, apparently.
10  **MS. BAHCALL:** You never know from the
11  other side.
12  **MR. FORCIER:** That's why I figured
13  I'd ask directly.  Okay.
14  **THE WITNESS:** She brought it to us.
15  She said she was ready to be done.
16  **BY MS. IRWIN:**
17  Q.  It sounds like many of your gurus were
18  brought on because they did well in the stock
19  market; is that correct?
20  A.  As a general rule that was just kind of
21  how it unfolded.  You know, when I started this
22  business my goal was to be the man; be so good at
23  this and just -- my goal was to make more than the

Page 145

1  principal made in subscriptions, right.  You know,
2  just -- there was an upside here and, I mean, it
3  just kind of unfolded.  It's not the -- it is not
4  the prerequisite.  Trading can be taught without a
5  history of making millions of dollars, but I think
6  it certainly helps and speaks to expertise.
7  Somebody who can consistently make money trading
8  year, after year, after year.
9  When I set out I didn't have a
10  record, right?  Some of the gurus just evolved that
11  way because they came through the funnel, so it
12  would seem like that was the prerequisite.  But Kyle
13  was the first guru and it just made sense.  And then
14  it just all kind of snowballed from there as far as
15  how we found talent.
16  Q.  So each one of your gurus has a slightly
17  different strategy; is that correct?
18  A.  Yes, that's correct.
19  Q.  And did they come up with their strategies
20  on their own prior to coming to Raging Bull or were
21  they hired and then kind of coached into a strategy?
22  A.  I think it's case by case.  There's no
23  set...

Jones & Fuller Reporting
617-451-8900   603-669-7922

Attachment NNNN

PX 27, 2957

Page 146

1  Q.   Some of them came on with a strategy and
2  you said, run with it, and some of them you brought
3  on because you wanted them to teach and you said
4  here's a strategy for you to teach?
5  **A.   I can't think of anyone -- Dave Lukas came**
6  **on, he had a strategy.  Ben had a history of trading**
7  **IPOs.  A lot of the guys like Nathan and Kyle came**
8  **through my system and that -- they may have traded**
9  **before, you know, so it's hard to say if they had a**
10  **strategy.  I think their first trade probably wasn't**
11  **placed through Jason Bond Picks.  So you could -- I**
12  **think it's hard to answer.**
13  Q.   Okay.  What's Lighthouse Media?
14  **A.   I believe that's our old LLC before -- at**
15  **some period of time that was an LLC.  I'm not**
16  **certain if I was on it or not.  Prior to Raging Bull**
17  **LLC, I believe.**
18  Q.   So to your knowledge that's just a Jeff
19  Bishop, LLC?
20  **A.   I think it was Jeff, myself and Allan.  I**
21  **think that was -- I think that was Raging Bull.**
22  **What has become Raging Bull, I think.**
23  Q.   You wouldn't know where it was registered,

Page 147

1  would you?
2  **A.   So when you mean "registered" like where**
3  **the mailbox is or what state it's registered out of?**
4  Q.   What state, corporate registration?
5  **A.   I imagine everything would be Delaware,**
6  **but I don't know.  So I guess I shouldn't --**
7  MS. BAHCALL: She doesn't want you to
8  just give a blind guess.  If you have a general
9  practice or something, tell her; if not, I don't
10  know.
11  **A.   I don't know.**
12  Q.   That's fine.  To your knowledge Lighthouse
13  Media, did it do anything other than become Raging
14  Bull?
15  **A.   I don't know.**
16  Q.   What is Jason Bond, LLC?
17  **A.   I don't know.**
18  Q.   Do you ever get paid by Jason Bond, LLC?
19  **A.   I don't know.**
20  Q.   Do you know what Happy Mountains Holding,
21  LLC, is?
22  **A.   No.**
23  Q.   That's fine.  Do you know what Sherwood

Page 148

1  Ventures is?
2  **A.   One of Jeff's LLCs.**
3  Q.   How about Blue Wave Advisors?
4  **A.   One of Jeff's old LLCs.  Or one of Jeff's,**
5  **I don't know if it's old.**
6  Q.   Okay, I was going to ask you if your wife
7  got paid by Jason Bond, LLC, but I'm going to guess
8  you don't know the answer to that question?
9  **A.   Is she an employee of?**
10  Q.   Of Jason Bond, LLC?
11  MR. ABRAHAMS: Or a member.
12  Q.   Or a member?
13  **A.   I don't know, but I don't think so.**
14  Q.   I'm going to ask you a couple more
15  questions about Jason Bond, LLC.  Does Jason Bond,
16  LLC, have its own trading accounts?
17  **A.   I don't know.**
18  Q.   I'm going to pull up what is marked as
19  Exhibit 4, excerpts from the 2018 Jason Bond tax
20  return.  If you'll just look on that first page --
21  I'll take these out of your way.
22  MS. IRWIN: So there's a group of
23  '14, '15, '16 and '17.

Page 149

1  MS. BAHCALL: Yeah.
2  MS. IRWIN: '18, is earlier than
3  that.  '18 is separate from the other ones.
4  MR. DORAN: It will say 1040, 2018 at
5  the top.  And what's the exhibit we're doing for
6  this one?
7  MS. IRWIN: This is Exhibit 4.
8  MR. DORAN: Okay, thank you.
9  MS. IRWIN: It should say Schedule E,
10  'form 1040, 2018.
11  MR. DORAN: Yes.
12  MS. IRWIN: It wasn't grouped with
13  the other tax returns.
14  MR. DORAN: It's probably over in
15  that pile.
16  BY MS. IRWIN:
17  Q.   Do you recognize this document?
18  **A.   Yes.**
19  Q.   Okay.  I'll let you know that this was
20  provided to us by your attorneys.  This is excerpts
21  from your 2018 tax returns.  I just want to look at
22  Box 28.  This is income from partnerships and S
23  Corporations.  "A" lists Ragingbull.com, LLC, and

Min-U-Script®

Jones & Fuller Reporting
617-451-8900   603-669-7922

(37) Pages 146 - 149

Attachment NNNN

PX 27, 2958

In re: Jason Bond

Jason Bond
February 19, 2020

Page 150

1   "B" lists Jason Bond, LLC.  Does that look familiar?
2   **A.   Yes.**
3   Q.   Does that refresh your memory as to what
4   Jason Bond, LLC, is?
5   **A.   Yeah.  I think it's for tax purposes.  My**
6   **accountant set it up, so that's what I think.**
7   Q.   In "G" we've got an income from Raging
8   Bull of $1,040,733, and an income from Jason Bond,
9   LLC, of $2,012,265.  Do you know how Jason Bond is
10  giving you income?  And by "Jason Bond" I mean Jason
11  Bond, LLC.
12  **A.   My understanding is my income comes from**
13  **Raging Bull.  I think Jason Bond, LLC, is for tax**
14  **purposes.  So maybe something to do with taking a**
15  **salary but I don't know.**
16  Q.   Okay.
17  **A.   My accountants do all of this.**
18  Q.   That's fine.  Can you look at the second
19  page there?  Yes, just turn the next page.
20     This is the Form 8949, that includes
21  short-term transactions, and in Column (h) it has a
22  loss of $157,706.  To your knowledge in the year
23  2018 did you have trading losses of $157,706 or

Page 151

1   thereabouts?
2   **A.   In that TD Ameritrade account, yes.**
3   Q.   Do you have other accounts that you trade
4   in?
5   **A.   The E-Trade account I believe was used in**
6   **2018 as well.**
7   Q.   But the E-Trade account is a Raging Bull
8   account?
9   **A.   Correct.**
10  Q.   So the E-Trade account, whatever money you
11  make in the E-Trade account is not your money; is
12  that correct?
13  **A.   It's -- I have -- it's divided by the**
14  **percentage of ownership of the business.  So the**
15  **money that goes in to use for trading is based on**
16  **those percentages.  The money that goes out, and it**
17  **goes out to the -- and, well, I don't know how the**
18  **accountants do it, but I assume by distributions.**
19  Q.   Okay.  All right, I think that's all I
20  need from that exhibit, so I will take that back for
21  now.  We might look at it again but for now...
22     **MR. ABRAHAMS:** So what money funds
23  the Raging Bull account in E-Trade, is that from

Page 152

1   subscriptions?
2      **THE WITNESS:** Jeff, Allen, myself
3   fund that account.  So we will -- I don't know where
4   the money comes from, it comes from our bank
5   account.  The money that comes into our bank account
6   is from subscriptions so...  Jeff, Allan and I fund
7   that account.
8      **MR. ABRAHAMS:** All set.
9      **BY MS. IRWIN:**
10  Q.   I had a question and it's gone.
11     How much money do you generally make
12  trading stocks?  Let's start with 2019, how much
13  money did you make trading stocks?
14  **A.   Between the E-Trade account and the TD**
15  **Ameritrade account, I believe it was around 280,000**
16  **last year.**
17  Q.   How about 2018?
18  **A.   2018 was the first year I posted a**
19  **combined loss.  I don't remember what that number**
20  **was but I -- it would be whatever E-Trade and TD**
21  **Ameritrade matched up to be.**
22     **MR. FORCIER:** Did both E-Trade and
23  Ameritrade lose that year?  Did one do well but the

Page 153

1   other one did so bad it made up for the gains in the
2   other account?  Because we see Ameritrade here with
3   a minus a hundred something thousand, so I'm trying
4   to get a sense.  Is it greater than that number
5   because E-Trade was also a loss or is it less than
6   that number because E-Trade was a winner that year?
7      **THE WITNESS:** I can't remember what
8   E-Trade was at but I believe it was like minus
9   20,000 or something along those lines.
10     **MR. FORCIER:** E-Trade?
11     **THE WITNESS:** Yeah, I believe E-Trade
12  was at a loss, too.
13     **MR. FORCIER:** So roughly a couple
14  hundred thousand dollar loss in 2018?
15     **THE WITNESS:** I think so.
16     **MR. FORCIER:** And your only posted
17  loss, the only year that you posted a loss?
18     **THE WITNESS:** Yeah, yeah.  That is
19  correct.
20     **MR. FORCIER:** Okay.  I just wanted to
21  make sure I understood that right.  Sorry, Lydea, go
22  head.
23

Jones & Fuller Reporting
617-451-8900   603-669-7922

(38) Pages 150 - 153

**Attachment NNNN**

**PX 27, 2959**

In re: Jason Bond

Jason Bond
February 19, 2020

Page 154

1    BY MS. IRWIN:
2    Q.  Okay, so 2018 was a loss.  Do you know how
3    much, approximately, in 2017 you made?
4    **A.  I think 283,000.  Around that**
5    **neighborhood.**
6    Q.  Instead of continuing, have you ever made
7    more than $500,000 in a year in stock trading?
8    **A.  No, no.**
9    Q.  What's the average account size that
10   you're trading?  I know you have two accounts.
11   **A.  It varied over the years.  Early on Jeff**
12   **seeded that 250.  Over time I think I may have used**
13   **Jeff's account for a few years, then moved to a**
14   **business account, I can't remember exactly, but I**
15   **wanted to do $100,000 so I could speak to a number**
16   **that seemed more reasonable.**
17   **You know, as a school teacher when I**
18   **started all this, $5,000 was a -- was more, you**
19   **know, than I -- you know, it was a lot of money.  So**
20   **it went to $100,000 for like three, maybe four years**
21   **straight.  And then that was easy for me to see, oh,**
22   **I'm up 360 percent because the account's at 460,000,**
23   **or I'm up 200 percent -- or 100 percent because the**

Page 155

1    **account's at 200,000.  So I did $100,000 for years**
2    **and that went on for several years, maybe three,**
3    **maybe four.**
4    **And then over time, you know, so many**
5    **gurus came on, they're all trading out of their own**
6    **accounts and it didn't matter anymore, like, how**
7    **much -- or what.  And so then I would trade**
8    **personally.  You know it was just -- there was a set**
9    **system for about four years.  I wanted to see how**
10   **big I could grow a hundred and then over time it**
11   **doesn't matter.**
12   Q.  Let's say 2019 what was the combined total
13   of your average account balance?
14   **A.  I'm trying to think back to 2019.**
15   **I want to say that was seeded at --**
16   **I'm pretty sure $200,000.  Because I turned that**
17   **into 500 pretty quickly and I remember that.  And it**
18   **was around 150 percent return.**
19   MR. FORCIER:  Let me ask something.
20   You keep referring to "seeded," so do you start each
21   year with a certain balance to see what you can do
22   that year?
23   THE WITNESS:  Yeah, that was kind of

Page 156

1    my thought for about five or six years running.  It
2    was always a hundred and then that year, and I don't
3    know why, I believe it started at 200.
4    MR. FORCIER:  So in years where you
5    had made money, you would take out the difference
6    and you'd start back at a hundred on January 1st.
7    THE WITNESS:  Yeah, and some times
8    halfway through the year, too.  There was a year
9    where I made 363 and I think six months into the
10   year I took 200 out and reset back to 100.  And then
11   got as high as I could and then reset back to 100.
12   MR. FORCIER:  And all these people
13   that we talk about, the first three that made a
14   million and two of which I think got Porsches, maybe
15   not the third one, did they make that money doing
16   what you did in mimicking your trades or did they
17   take your strategy and apply it to some other stocks
18   or both or a hybrid; do you know?
19   THE WITNESS:  I have never looked
20   line for line so I don't know.  But what I do know
21   is I played a large role in teaching them how to
22   trade and that their strategies evolved different
23   from mine over time.

Page 157

1    MR. FORCIER:  But you can't sit here
2    and tell me how much of the million that they made
3    was just following you and literally mimmicking your
4    trades and how much of it is applying your teachings
5    and doing their own thing.
6    THE WITNESS:  I cannot tell you that.
7    MR. FORCIER:  I didn't think you
8    could.  But, okay, I was just curious about that.
9    MR. ABRAHAMS:  How long was Kyle
10   Dennis a subscriber for?
11   THE WITNESS:  Kyle was a
12   subscriber -- so we're in 2020.  I think about six
13   years now.  He joined.  He turned his 15,000 into
14   7500.  He was defeated, he quit, he unsubscribed.
15   Tried a few other things and then he circled back.
16   And in and around that time I had launched the
17   Millionaire Roadmap.  He joined.  So about six
18   years, I think.
19   MR. ABRAHAMS:  And what about Taylor?
20   THE WITNESS:  I have the date on when
21   Taylor joined.  But I think it's like '15 or '16.
22   I'm leaning towards '16 on him.
23   MR. ABRAHAMS:  16 years?

Attachment NNNN

PX 27, 2960

In re: Jason Bond

Jason Bond
February 19, 2020

Page 158

1    THE WITNESS: No, no, 2016 he joined.
2    So like three or four years ago.
3    MR. ABRAHAMS: And then Davis Martin,
4    he was also --
5    MS. IRWIN: No.
6    MR. ABRAHAMS: No?
7    THE WITNESS: Nathan Bear, one of the
8    Porsche winners?  Nathan joined in 2015, I'm pretty
9    sure.  It was either 2015 or 2016 but I seem to
10   recall 2015.
11   MR. ABRAHAMS: And those three people
12   were audited, like, fully audited?
13   THE WITNESS: I don't know what a
14   full audit is.  Kyle was the only one that received
15   an audit.
16   MR. ABRAHAMS: Okay.
17   THE WITNESS: We didn't want to give
18   the Porsche away.  So, you know, we were hoping.
19   MR. ABRAHAMS: Okay.  So do you know
20   how much Taylor or Nathan started with?
21   THE WITNESS: I do.
22   MR. ABRAHAMS: Okay, so you do keep
23   records of where they began and whatever they

Page 159

1    reached in order to claim that they had made a
2    certain amount of profit?
3    THE WITNESS: If it's a scenario
4    where we're giving away a Porsche, we have to have
5    that data.  So, yes, if, you know, if -- we have a
6    lot of clients, we don't ask what they started with,
7    you know.  The watch list wouldn't say everybody
8    comment below, so it's unique.  I'm not sure if I
9    answered that correctly.
10   MR. FORCIER: I'm not sure either.
11   BY MS. IRWIN:
12   Q.  How much did Taylor start with, do you
13   know?
14   A.  Taylor started with $10,000.
15   Q.  And he got that up to a million dollars?
16   A.  Yeah.
17   Q.  Okay.  And how much did Nathan Bear start
18   with?
19   A.  $37,000.
20   Q.  And he also got that up to a million
21   dollars?
22   A.  Yes, yeah.
23   Q.  And you mentioned that Kyle started with

Page 160

1    $15,000?
2    A.  That's correct.
3    Q.  Now, I just want to make sure I have this
4    right.  Kyle started with $15,000, brought that up
5    to $750,000 --
6    A.  No, I'm sorry, he lost $7500.
7    Q.  That makes so much more sense.
8    A.  Yeah.
9    Q.  Okay.
10   A.  Kyle started and lost half of his account
11   and quit.  So his subscription would show that he
12   left.  And so then he came back and then he started
13   to have success.
14   Q.  Okay, that's why I was confused because I
15   thought he somehow made a whole bunch of money and
16   then was like, no, this sucks, I'm out.
17   A.  No.
18   Q.  That doesn't make any sense, okay.
19   All right, do you consider yourself a
20   millionaire?
21   A.  By definition I am.  So I don't put a ton
22   of thought into it, but by definition I am.  So,
23   yes.

Page 161

1    Q.  Have you personally had actual realized
2    gains of a million dollars from trading stocks?
3    A.  If we add it up in this moment, I can't
4    say.
5    Q.  Do you think you'd come close?
6    A.  I definitely passed a million many times
7    and for a while wavered from, and I'd be guessing,
8    but 1.4 million down and then back up.  So I don't
9    know where I am as of this moment so... I don't put
10   a lot of emphasis into it anymore.
11   Q.  Okay.  On your website -- I'm going to
12   show you what's been marked as Exhibit 6 which is a
13   picture.  Do you recognize this picture?
14   A.  I do.
15   Q.  Do you want to say what it is for the
16   record?
17   A.  This picture is me standing in front of my
18   Christmas tree with a check of $232,000 that we
19   doled out to charities, most of which were selected
20   by Jason Bond Picks' clients in the year 2017.
21   Q.  Okay.  So you donated all of that money to
22   charity?
23   A.  In the check?

Min-U-Script®

Jones & Fuller Reporting
617-451-8900   603-669-7922

(40) Pages 158 - 161

Attachment NNNN

PX 27, 2961

Page 162

1 Q. Yes.

2 **A.  Correct.**

3 Q.  And all that money came from the E-Trade

4 account, correct?

5 **A.  That is correct.**

6 Q.  And the E-Trade account was not your

7 personal trading account?

8 **A.  It was the business account.**

9 Q.  And were those all the profits that were

10 made in that business account that year?

11 **A.  No.**

12 Q.  What were the other profits?

13 **A.  As seen in the image, the total year was**

14 **$283,568 and 9 pennies.  The check is $232,048 and I**

15 **can't read the pennies, but I believe 28 cents.**

16 Q.  So it was almost all of the profits made

17 that year?

18 **A.  That's correct.**

19 Q.  And do you know who it was donated to?

20 **A.  (Pause)**

21 Q.  You don't have to guess.

22 **A.  Yeah, I know some but not all.**

23 Q.  Okay, that's fine.

Page 163

1 **MR. FORCIER:** Would you be able to

2 show us through paperwork how that money was

3 donated, prove to us essentially?

4 **THE WITNESS:** Absolutely.

5 **MR. FORCIER:** Okay, we'll put that on

6 the list.

7 **MS. BAHCALL:** I think you got that

8 one, actually.

9 **MS. TRAHAN:** The Vanguard.

10 **MS. IRWIN:** We weren't sure that

11 that's what the Vanguard was.

12 **MR. DORAN:** It may not be because of

13 the time frame.

14 **THE WITNESS:** We didn't have a

15 Vanguard account.  We just send the checks from

16 Raging Bull bank account.  The clients picked the

17 charities, we picked a few.  So there were about 15

18 charities.  We let clients pick about ten.  I had a

19 few favorites, Jeff had a few favorites; that's how

20 we decided.

21 The reason it's not 283 is because we

22 had to pull the money to send the donations for them

23 to hit in the tax year.  I ended up making another

Page 164

1 $50,000 between when we sent the checks, and that

2 money just stayed in the account or was distributed.

3 **BY MS. IRWIN:**

4 Q.  That's totally fine.  So on your website

5 there's a picture of you on a NASDAQ billboard?

6 **A.  Yes.**

7 Q.  Did you or Raging Bull or any of the

8 companies associated with your Raging Bull pay for

9 your picture to be on the NASDAQ billboard?

10 **A.  Yes.**

11 Q.  On your website there is a picture of you

12 on the floor of the New York Stock Exchange getting

13 interviewed by a company.  Why were you on the floor

14 of the New York Stock Exchange?

15 **A.  Are you referring to the Cheddar**

16 **interview?  We got on Cheddar.**

17 Q.  Who is Cheddar?

18 **A.  Cheddar is -- I believe they -- they say**

19 **they are financial news for millennials or like, you**

20 **know, an improved CNBC.**

21 Q.  Why did they interview you and Jeff?

22 **A.  This is the guy who built BuzzFeed, I**

23 **believe.  Jeff knew him or Jeff reached out to him.**

Page 165

1 **It's common practice for me to reach out to**

2 **everyone.  And for stuff like that, you know, if --**

3 **we're interesting people, would you like to have us**

4 **on the show?  I don't know what we wrote, but it's**

5 **probably along those lines.**

6 Q.  So you asked them to be interviewed, they

7 did not come to you to interview you.

8 **A.  Yeah, we reached out to be on Cheddar,**

9 **yeah.**

10 Q.  Did you have to pay them at all?

11 **A.  Not to my knowledge.  I do not think so.**

12 Q.  Have you ever spoken at Harvard Business

13 School?

14 **A.  Well, I spoke in a Harvard building.**

15 Q.  Were you ever asked by Harvard Business

16 School to come and speak to their students?

17 **A.  I hired a company that advertised I would**

18 **be speaking at Harvard faculty lounge.  We were**

19 **under the impression that we were.**

20 **MR. FORCIER:** I feel like you want to

21 say a little more about that; tell us more about

22 what happened.  I'm really curious.

23 **THE WITNESS:** We went to a really

Min-U-Script®

Jones & Fuller Reporting
617-451-8900   603-669-7922

(41) Pages 162 - 165

Attachment NNNN

PX 27, 2962

Page 166

1  prestigious master mind in Orlando for financial
2  publishers.  He was there.  He had packages that
3  included the NASDAQ, Harvard, and it was a funnel to
4  eventually graduate to getting on television like
5  CNBC and whatnot.
6      And he had a record of doing that
7  with his clients.  It was $5,000 to join that
8  package.  We were going to do -- I remember an
9  infomercial with him, we were really taken by this
10  guy.  And, you know, and the presentation at Harvard
11  was like the Super Bowl, you know, but it didn't
12  turn out well.
13      MR. FORCIER:  So you thought you were
14  going to be speaking to faculty and it ended up
15  being just using space at Harvard?
16      THE WITNESS:  Yeah.
17      MR. FORCIER:  So you feel like what
18  you paid for was not delivered.
19      THE WITNESS:  Yeah, I talked to the
20  Wall Street Journal about this.  I feel like I got
21  scammed.  That's only something you realize once you
22  kind of get there and you still don't know, you
23  know.  But where there's smoke there's fire and we

Page 167

1  figured that out.  That's what that was, though.
2  That's what that guy does and still to this day
3  but -- I was actually going into it really proud,
4  you know.  Anyway, that's what that was.  So, no, I
5  wasn't asked by Harvard.
6      BY MS. IRWIN:
7  Q.  Do you, Jeff Bishop, or Raging Bull own
8      either a jet or a plane?
9  A.  We own jet miles.
10  Q.  Can you explain what jet miles is?
11  A.  It's like a membership to a -- it's like a
12      timeshare to a jet, I guess, would be one way of
13      explaining it.
14  Q.  Okay.
15  A.  Very common.  Unless you fly about 200
16      hours a year, it's not reasonable to buy one.  So we
17      have that, a membership of an airline.
18  Q.  Do you own a Tesla Model X?
19  A.  I do.
20  Q.  Who pays for the Tesla?
21  A.  I bought it cash.
22  Q.  Okay.  I'm going to go back to the
23      disclaimer real quick which is Exhibit 5.  So right

Page 168

1  at the top there the disclaimer says that you are
2  not qualified to provide investment advice.  If
3  you're not qualified to provide investment advice,
4  what makes you qualified to teach trading
5  strategies?
6  A.  I think my success as a trader qualifies
7      me to run a newsletter about trading.  I think my
8      master's in education qualifies me to teach anything
9      I'm proficient at.  I think one is considered
10      proficient in the trading world if they're
11      profitable.
12  Q.  Your newsletter, when you say "newsletter"
13      what are you considering a newsletter?
14  A.  Everything that I do.  Raging Bull on
15      down.  Video lessons, the watch list, the, you know,
16      the daily correspondence about what's going on.
17      Everything is -- you know, it's education, it's a
18      newsletter, so everything.  It's what makes it up
19      when I send an email links to watch list.  It's
20      scans, it's, you know, it's here's how I'm doing on
21      the year, good or bad.  You know, I just made
22      200,000, I just lost a quarter million, here's what
23      happened.  That's what a newsletter is to me.

Page 169

1      (Interruption - discussion off the
2      record.)
3      BY MS. IRWIN:
4  Q.  When I think of a newsletter I think of
5      something I get daily, regularly.  When you're
6      sending emails are you sending them at regular time
7      periods?
8  A.  It varies.  Yeah, so in the morning, often
9      I send a midday update.  So a watch list in the
10      morning usually, at night if I can get it done, but
11      things change overnight in this world.  So in the
12      morning I send an E-Letter.  Midday I send an
13      E-Letter, usually, not today.  I'll send a daily
14      wrap-up.  I'll send research reports that I or, you
15      know, my team have compiled.
16      So there's some things that are kind
17      of regularly and there's others that are specific to
18      the nature of -- for example, Monday night I taught
19      for three hours.  So afterwards I'll produce the
20      recording and then send that out, so that's specific
21      to Monday night.  And then Mondays if I'm doing it
22      every Monday.  So it varies.
23  Q.  Would you consider the text message alerts

Min-U-Script®

Jones & Fuller Reporting
617-451-8900   603-669-7922

(42) Pages 166 - 169

Attachment NNNN

PX 27, 2963

Page 170

1  part of your newsletter?
2  A.  Yeah, absolutely.  It's really hard to
3  teach real money trading without real money trading.
4  There's a saying in trading like, you know,
5  hindsight's 2020.  And there's a lot of people in
6  our industry that, you know, they have the best
7  algorithm but they don't actually trade, you know.
8  So to teach trading, to send an E-Letter, to send a
9  newsletter, it is in my opinion, you know, having
10  realtime alerts brings life to that process.
11     MS. BAHCALL: Can you look for kind
12  of a break?
13     MS. IRWIN: Yes, do you want to take
14  a quick break right now?
15     MS. BAHCALL: Yes.
16     (A brief recess was taken.)
17  BY MS. IRWIN:
18  Q.  So we're going to go back on the record.
19  You're still under oath.
20  A.  Yes.
21  Q.  Okay.  Let's see, a couple of followup
22  questions.  Are you or Raging Bull or any of the
23  smaller, I guess they're not companies, what did we

Page 171

1  call them, "services"?  Are any of you associated
2  with an accredited university, college, training
3  program?
4  A.  Not to my knowledge.
5  Q.  Is Raging Bull accredited as a university,
6  teaching school?
7  A.  I don't know.  I don't think so.
8     MR. FORCIER: Or even broader, is it
9  accredited in any way by any state or federal agency
10  that you know of?  Accredited as an educational
11  institute of any kind?
12     THE WITNESS: Not that I know of.
13     MR. FORCIER: Okay.
14     BY MS. IRWIN:
15  Q.  Is all of your trading done at your home
16  here in New Hampshire?
17  A.  No.
18  Q.  Where else do you trade?
19  A.  From my phone.  So if I'm away from home
20  on business or -- so it could be my phone, my
21  laptop.  Mostly at home.
22  Q.  The majority of time you'd be in New
23  Hampshire doing your trades?

Page 172

1  A.  Yes, yeah.
2  Q.  Do you any of the other gurus besides you,
3  and I know Jeff Bishop lives here in New Hampshire,
4  does anyone else live here in New Hampshire?
5     MS. BAHCALL: Are you talking about
6  the other gurus now?
7     MS. IRWIN: The other gurus, yes.
8  A.  Ben just moved, so he did.
9  Q.  Okay.
10  A.  He resides in Florida now.  I don't think
11  so.
12  Q.  The corporate accounts like the E-Trade
13  account, I know you mentioned that it was Ben, Ben
14  Sturgill occasionally trades in the Raging Bull
15  account; is that correct?
16  A.  That's correct.
17  Q.  Does anyone else have access or trade in
18  the corporate accounts?
19  A.  Has access.  I assume Jeff Allen and I
20  could get in there if we needed to because
21  everybody's on the account.  Ben has access, he can
22  get in there.  He's currently trading the account.
23  To my knowledge nobody else is trading that account.

Page 173

1  Q.  To your knowledge does everyone else have
2  either their own LLC that they're using or are using
3  their personal accounts?
4  A.  Yeah, to my knowledge everyone else is
5  using personal accounts or in their business name.
6  Q.  I just want to talk quickly about your
7  distributions from Raging Bull.  I have what's
8  marked as Exhibit 3.  It's just a copy.  I'm going
9  to represent to you that that is a printout of the
10  Excel spreadsheet that was provided to us by your
11  attorneys.  And mostly I don't -- this is just kind
12  of for reference for your purposes.  I want to
13  clarify, the distributions made to you by Raging
14  Bull, are they all made to you personally, are some
15  of them made to Jason Bond, LLC?
16  A.  I don't know.
17  Q.  Okay.  Distributions, is that mostly from
18  subscription income?  Does that also include the
19  corporate trading account?
20  A.  Yes, this is mostly from subscription
21  income and it goes from the Raging Bull bank account
22  to my personal bank account.  My understanding of
23  Jason Bond, LLC, my accountants set that up when

Attachment NNNN

PX 27, 2964

Page 174

1  Trump took office, something to do with me moving
2  from New York to New Hampshire. So my understanding
3  is it's tax related.
4      If there were trading profits that
5  didn't go to charity, for example, I believe 2016
6  was $363,000 in trading profits. I believe they
7  would have gone out with a distribution.
8  Q.  Okay.
9  A.  Which a distribution is from subscription
10  income. So it could be a portion of the
11  distribution.
12  Q.  Now, do you get a portion of the
13  subscription income from the other gurus as well or
14  do they get to keep their own subscription income?
15      MS. BAHCALL: Could you rephrase
16  that?
17      MS. IRWIN: Yes.
18  Q.  Each guru has their own service, correct?
19  A.  Correct.
20  Q.  The services each bring in their own
21  subscription income to Raging Bull, correct?
22  A.  Correct.
23  Q.  Do the gurus get to keep all of the

Page 175

1  associated subscription income from their associated
2  services?
3  A.  They do not, they get a percentage.
4  Q.  And the other percentage goes Raging Bull?
5  A.  Correct.
6  Q.  And that would then get split between the
7  three owners as a distribution, correct?
8  A.  Correct.
9  Q.  So your distributions are not just from
10  Jason Bond Picks, they are also from Biotech
11  Breakouts, a percentage of it might be coming from
12  Biotech Breakouts, correct?
13  A.  Correct.
14  Q.  This is kind of an out there question. If
15  I were a customer and I wanted to make a million
16  dollars, why would I look at any of your videos if I
17  can follow along with your trades? And I know you
18  made a million dollars, so if you can make a million
19  dollars I can just copy you and make a million
20  dollars, why would I watch your videos?
21      MS. BAHCALL: You realize that's
22  incredibly speculative, right?
23      MS. IRWIN: Yes.

Page 176

1  Q.  Yes, if you can answer it. If not, if
2  you're like I have no idea, this is just a --
3  A.  Well, so we're not in the business of
4  suggesting that you'll make a million dollars
5  parallel trading. So I think that's the answer.
6      You know, we're in the business of
7  running this newsletter, sending out, you know,
8  consistent regular daily watch lists, you know,
9  morning recap, afternoon recap. So we're in the
10  business of teaching trades -- teaching trading
11  through these E-Letters.
12      We're not in the business of saying,
13  you know -- are we aware that people parallel trade? I
14  mean, of course. I subscribe to other newsletters
15  that I parallel trade with, but that's not our
16  messaging. Our messaging is we're in the newsletter
17  that teaches trading. I sign my emails, "The Diary
18  of a Real Money Trader." I'm trying to teach people
19  how to trade.
20      And we refer to it as "cherry
21  picking." You can cherry pick a trade or two but I
22  just -- I don't know any amazing traders that do
23  that, you know, and that's something that I teach.

Page 177

1  Like that, you know, is on the record. It's just
2  that is not a strategy.
3      So if somebody wants to try and make
4  a living trying something like that, that's -- you
5  know, that's just not something that I can speak to,
6  it would really be up to the individual. But, you
7  know, we're publishing this information about real
8  money traders for good or bad, you know. And
9  then teaching through that process.
10      So why would somebody do it? The
11  same reason I bought a treadmill and don't use it,
12  it's hard, but I don't. And I even bought the nice
13  ones this time thinking it would be different and I
14  have both Pelotons in my basement and don't use
15  them. So I think it's the same thing. This is
16  really what -- people want that, we all do. But
17  that's -- that's the most accurate way of describing
18  it. We think we can do that. I don't think
19  anything easy like that actually works.
20      But, again, you know, we don't --
21  when somebody joins there's a welcome email and it
22  says the next step is, you know, study the
23  curriculum. And if you skip that step and do it

Attachment NNNN

PX 27, 2965

In re: Jason Bond

Jason Bond
February 19, 2020

Page 178

1  your own way, then it's your own way.  And that's
2  the best I can answer that.  I don't know that
3  there's any specific answer, but that's -- that's
4  what comes to mind.
5  Q.  Another speculative question.  If you
6  don't want to answer it you don't have to.  Do you
7  think Raging Bull and associated services would be
8  as popular today as they are if you did not provide
9  realtime alerts and over-the-shoulder trading?
10     MS. BAHCALL: What do you mean by
11  "over the shoulder"?
12     MS. IRWIN: Watching his trades.
13     MS. BAHCALL: If you can answer.
14     MS. IRWIN: Yes.
15  A.  Well, I can answer.  We grew this without
16  over-the-shoulder trading, kind of developed out of
17  that, and it was wildly successful and wildly
18  popular.  As a teacher of trading, as a trader, any
19  technology that comes to light that makes teaching
20  easier, we're going to adopt.  And so we will get
21  better and better at teaching trading as technology
22  makes it easier and easier.
23     I mean, it used to be that if you

Page 179

1  were a publisher you would send a physical piece of
2  mail about Apple stock.  Now we can send it in two
3  seconds.  So would we be more popular if we had
4  email accessible to us?  I think so, because it's
5  more meaningful.
6     Trading is a realtime thing.  So
7  technology over the ten years that I've been doing
8  this has gotten better.  It wasn't the case early on
9  that we could stream portfolios live to people as
10  easily as we can nowadays.  So I think we're trying
11  to improve as technology improves and that makes
12  people enjoy the experience more.
13     But they enjoyed it when it was just
14  an E-Letter in the morning of my watch list pointing
15  to the lessons with the trade alerts and then a chat
16  room evolved from that and then live streaming
17  evolved from that.  So I hope that answered the
18  question because it was popular before we had things
19  like that in place.
20  Q.  When did you start doing the realtime
21  trade alerts?
22  A.  Right from the getgo.  I just copied the
23  other business model that was bragging about how

Page 180

1  much newsletter income he was making.
2  Q.  When did you start doing the live
3  streaming?
4  A.  I don't know exactly.
5  Q.  Approximate time frame?
6  A.  So --
7  Q.  If you don't even know an approximate,
8  that's fine.
9     MS. BAHCALL: Let her finish her
10  question.  Take a breath, and then answer.
11  Q.  If you don't know an approximate time
12  frame, that's fine.  But if you can give me a
13  general time frame that would be great.
14  A.  Where it became a practice was when we
15  launched Millionaire Roadmap.  One of the components
16  that you got when you joined Millionaire Roadmap was
17  a scheduled live training.  So Jay will be in the
18  chat room with the live stream up trading from 11 to
19  12 on Tuesday.
20     Over time that evolved to, hey, I
21  know you're going to lunch, Jay, would you mind just
22  leaving it up?  I guess I can leave my E-Trade
23  account up.  To, hey, it would just be better if we

Page 181

1  could watch you all day long.  So the customers kind
2  of pushed the pace there.  It just started with a
3  scheduled trading which evolved to a scheduled
4  everyday stream.
5     Not every service has a live stream
6  component.  Some of them are slow moving services so
7  there's no reason to pay attention to every -- you
8  know.
9  Q.  So you said it started with Millionaire
10  Roadmap.
11  A.  There may have been other live streams
12  before that.
13  Q.  The general practice started with
14  Millionaire Roadmap.  When did you guys start with
15  Millionaire Roadmap?
16  A.  I think 2015.
17  Q.  And when did you guys start adding the
18  chat rooms in?  Again, generally.
19  A.  I mean, right from day one.  Very early
20  on.  I don't know if it was there on day one, but
21  our competition had it.  It is a widely used tool,
22  you know, so we added it as a means of providing a
23  better service for our customers.

Attachment NNNN

PX 27, 2966

Page 182

1  Q.   Is there any reason the stocks you pick
2  and put in your watch list would be better than any
3  of the other hundreds in your -- I forgot what you
4  call it, the search you do?
5     MR. ABRAHAMS: The scan.
6  Q.   In the scan?
7  A.   Yes.
8  Q.   Could you explain why those ten might be
9  better than the --
10 A.   As you're running your scan as a technical
11 analyst you're looking for patterns.  So a pattern
12 immediately can present better than another pattern.
13 If a stock has fallen, like Groupon is probably down
14 another 20 percent.  So if Groupon's down 50 percent
15 in a week, there's an overreaction of emotion in the
16 marketplace and it presents a buying opportunity.
17    And it looks like a fish hook.  Just
18 straight down or a cut to a hand, lots of blood
19 initially and then you put a Band-Aid on it and the
20 blood stops.  So that pattern's going to be very
21 obvious.  Like, when you're scanning through and
22 there's 20 on a page and I'm scanning through 40
23 pages of stocks, 800 stocks, it's going to be very

Page 183

1  easy to see something that just fell really sharply.
2     And then what makes that better is if
3  you go over here and you start reading filings and
4  you see that the CEO is buying a ton of shares into
5  that drop.  Well, he probably has an ace up his
6  sleeve like some sort of good news.
7     And it is often the case that a stock
8  that performs very poorly in a short period of time,
9  could have the CEO buy shares or insiders buy shares
10 like the COO or CFO, and then a week after the bad
11 news announce really amazing news and it whipsaws
12 all the way back up to the initial dropping price.
13    And so when you're scanning through
14 it what makes it better is if a stock's only fell 3
15 percent in a week, there's 800 to pick from.  I
16 don't know what's going on inside that company and I
17 can't read EDGAR filings all day long.  But what I
18 can do is, all right, clearly something bad happened
19 here.  Let me see what it is.
20    Pier 1 Imports recently fell like
21 that, but they said we're going bankrupt, so
22 probably not going to trade that for a whipsaw
23 because it's just going to bear flag out and go down

Page 184

1  lower which they eventually announced bankruptcy.
2  And so that one stands out visually and then you
3  start to dig through the filings.  So this shortens
4  the search and then what makes it better is what you
5  find next.  Could be EDGAR, could be the news
6  releases, could be the history of the stock.
7     Blue Apron this morning or yesterday
8  announced that they're looking for a buyer.  They're
9  probably not going to get a buyer.  And then they
10 said, and if we can't find one we're going to raise
11 capital.  It's just a nice way of saying we're going
12 to dilute the stock again at a depressed level.
13    So you learn those things over time.
14 Like, Blue Apron's lying.  They're probably not
15 going to be bought and they're just trying to soften
16 the fact that they're going to dilute.  So that's
17 kind of -- each one's different, right, it's hard.
18 And then that doesn't make it better or worse but
19 you're trying to narrow down why a stock would go up
20 in one to four days 5 to 10 percent, 5 to 20
21 percent.  And there are ways that you can narrow it
22 down and that's kind of the process with that
23 service that I do.

Page 185

1  Q.   If I watched all of your videos, became an
2  expert in Jason Bond Picks' trading strategy, would
3  I be able to do all of that on my own?
4  A.   I don't know.
5  Q.   Should I be able to do all of that on my
6  own?
7  A.   Well, I'm biased.  I'm a really good
8  teacher and I put a lot of heart and soul into that.
9  So I would think you would have an advantage over
10 somebody who hadn't studied.  Could you do it?  I
11 mean, I lost money in 2018.  You know, it's the
12 stock market, it's hard.  I don't know.  I really
13 don't, you know, so...
14 Q.   That's fine.
15 A.   There's no way to really answer that one I
16 don't think.
17 Q.   Did you post anywhere -- did people know
18 that you lost money in 2018?
19 A.   Yeah, yeah, I talk about the winners and
20 losers as a good teacher would so...
21 Q.   Did that ever -- I mean, obviously, why
22 would you want that in your advertising, but that
23 didn't make it into any of the advertising?

Attachment NNNN

PX 27, 2967

Page 186

1  **A. I mean, it certainly could. I've seen a**
2  **lot of success being one of the few people that**
3  **talks about winning and losing. A lot of success.**
4  **Transparency is not something that I hide from. You**
5  **know, I am very transparent and I think that these**
6  **are the things that traders are going through.**
7  **So does it make it into a YouTube ad?**
8  **Probably not. Could I put my losses into the**
9  **YouTube ad? I could. And I think that I would get**
10 **just as many or more subscribers because that is**
11 **what the life of a trader is. So I had a bad**
12 **January. I posted my summary on January to my**
13 **members. It was bad. And now I'm crushing it in**
14 **February so far. That could change. And I just**
15 **tell that story as it unfolds.**
16 Q. So even your trading strategy isn't
17 perfect.
18 **A. No trading is perfect.**
19 **MR. ABRAHAMS:** Do you guarantee
20 profits?
21 **THE WITNESS:** No.
22 **MR. ABRAHAMS:** Do you guarantee
23 stocks that will perform well?

Page 187

1  **THE WITNESS:** No. However, I don't
2  know if this qualifies. I believe one of our
3  traders, I believe they gave an extra six months
4  membership if a trade didn't work out or something
5  like that so...
6  **MR. FORCIER:** If a trade didn't work
7  out, like if you mimic what I'm doing and you fail
8  I'll recover? I'll give you the money you've lost?
9  **THE WITNESS:** No, no, I think it was,
10 hey, I've got a trade idea. I'm really confident on
11 this one, and if it doesn't work out you can have an
12 extra year membership; something along those lines.
13 I don't remember exactly what it was. And I don't
14 know if that qualifies as a guarantee. But it's not
15 a guarantee that a trade will do well. But there
16 was the word "guarantee" and there was a trade in
17 there so...
18 **MR. FORCIER:** Well, one of your gurus
19 found a particular security that they felt very
20 strongly about to the point where they said we'll
21 cover your losses if you don't win on this?
22 **THE WITNESS:** No, they said that
23 you'll get an extension of your membership I believe

Page 188

1  is what it was.
2  **MR. FORCIER:** If you don't perform on
3  this pick?
4  **THE WITNESS:** If the trade doesn't
5  perform how I think it will.
6  **MS. IRWIN:** Eric, did you have some
7  questions about --
8  **MR. FORCIER:** Yeah, we're almost
9  done. This office is going to close before long and
10 we're almost done. I appreciate your patience
11 throughout this; it's been a long one. I do have a
12 few more questions. I do want to learn more about
13 the penny stock service, is there one of the
14 services that provides analysis of penny stocks?
15 **THE WITNESS:** I don't know if I'd
16 refer to it as analysis but, yeah, Penny Pro trades
17 penny stocks.
18 **MR. FORCIER:** That was the one I was
19 looking for. Penny Tro --
20 **MS. BAHCALL:** Try that three times.
21 **MR. FORCIER:** Say that again for me?
22 **THE WITNESS:** Penny Pro trades penny
23 stocks.

Page 189

1  **MS. BAHCALL:** Seriously?
2  **MS. IRWIN:** That's the whole name?
3  **THE WITNESS:** No, no, that's what it
4  does. You asked which one trades penny stocks,
5  Penny Pro.
6  **MR. FORCIER:** Penny Pro Trades Penny
7  Stocks?
8  **THE WITNESS:** No, just Penny Pro.
9  **MR. FORCIER:** Penny Pro trades penny
10 stocks.
11 **THE WITNESS:** Yes, sir.
12 **MR. FORCIER:** Who was the guru behind
13 Penny Pro?
14 **THE WITNESS:** Jeff Williams.
15 **MR. FORCIER:** And does his analysis
16 and his teachings focus on penny stocks?
17 **THE WITNESS:** Yes, sir.
18 **MR. FORCIER:** And what's a penny
19 stock to you?
20 **THE WITNESS:** I mean, I think
21 Investopedia defines it as a market cap under 2
22 billion, therefore, the price could change. To me
23 it's under $10, to a lot of people it's, you know, a

Min-U-Script®

Jones & Fuller Reporting
617-451-8900   603-669-7922

(47) Pages 186 - 189

Attachment NNNN

PX 27, 2968

Page 190

1   true penny. So it varies widely. But to me it's
2   under $10, market cap under 2 billion.
3       MR. FORCIER: Fair to say usually
4   thinly traded?
5       THE WITNESS: Not fair to say.
6       MR. FORCIER: Okay, so some penny
7   stocks are heavily traded, some are not.
8       THE WITNESS: Correct.
9       MR. FORCIER: Okay. And, sorry, who
10  was it that runs Penny Pro, which guru?
11      THE WITNESS: Jeff Williams.
12      MR. FORCIER: Does he run any of the
13  other services besides Penny Pro?
14      THE WITNESS: So Profit Prism, I
15  think. I think that's what it's called now. And
16  maybe Super Nova. I don't know if that's retired or
17  not. I don't follow along with that. Those ones.
18  But I think those are the three that might be
19  active. It's any variety of those three.
20      MR. FORCIER: Okay. Do any of the
21  services focus on thinly traded stocks for any
22  reason?
23      THE WITNESS: No.

Page 191

1       MR. FORCIER: Has anybody ever
2   accused you, one of your members or anybody of
3   manipulating stock prices or pumping and dumping
4   stocks?
5       THE WITNESS: Has anybody accused me,
6   for example, on Twitter?
7       MR. FORCIER: Sure, we'll start
8   there.
9       THE WITNESS: Yes.
10      MR. FORCIER: Has anyone -- I mean, I
11  can see Twitter, too. There's a lot of commentary
12  out there.
13      THE WITNESS: Yes, sir.
14      MR. FORCIER: There's plenty of
15  naysayers out there against your business model;
16  fair to say? I've read them, you've read them.
17  When people are successful people look at it is one
18  way to look at it. But there are people out there
19  that are concerned that your outfit is somehow
20  engaging in manipulating stocks. Is it fair to say
21  that you've read commentary out there of people
22  complaining about that?
23      THE WITNESS: I've read positive and

Page 192

1   negative comments.
2       MR. FORCIER: Have you ever
3   looked into making sure Mr. Williams is not
4   manipulating penny stocks as he's talking about in
5   his platform?
6       THE WITNESS: I don't look closely at
7   what Mr. Williams is doing. When I trade small
8   caps, for example, I'll have a -- on my scanners,
9   you know, they offer a liquidity screen. So I might
10  start the morning at a million dollars, you know,
11  have to trade at a million dollars to be in
12  consideration. Maybe as the day goes on I bump that
13  to five million dollars. I'm not sure what Jeff
14  does over there.
15      What I will say is if I'm trading,
16  you know, a rocket pattern, a breakout, it could do
17  a hundred million dollars in price action on day
18  one. Stock goes from 2 to 10, everybody on Wall
19  Street appears to be trading the name. Two days
20  later, the Fibonacci tool is considered to be a rest
21  and retest tool. And when it's resting liquidity
22  volume goes down.
23      But as a trader you know that that

Page 193

1   trade is packed with short sellers. And there is,
2   you know, traders that are looking to buy. Short
3   sellers to get out of their position have to buy
4   stock. So as a trader you're trying to always
5   predict when is a stock going to move. So massive
6   liquidity shrinks up, then often you see the retest
7   of the high and that's where the stock gets active
8   again.
9       How Mr. William trades, and you know,
10  have we looked that over? I haven't. So what his
11  guidelines are or how he's trading are what you
12  consider to be thinly traded, it's hard for me to
13  speak to but, you know.
14      MR. FORCIER: I think you've answered
15  my question and I'll have a few more along these
16  lines, so sorry to cut you off. Other than for time
17  sake I want to get through a series of questions
18  about Mr. Williams. So is it my understanding that
19  Mr. Williams as part of the Penny Pro service will
20  pick a security in realtime, send a text message out
21  to people indicating what security he has just
22  purchased?
23      THE WITNESS: Yes, sir, that's

Attachment NNNN

PX 27, 2969

In re: Jason Bond

Jason Bond
February 19, 2020

---

Page 194

1  accurate.
2      **MR. FORCIER:** Okay, and then that
3  same penny stock he will sell before he sends out a
4  text message saying I have just sold this penny
5  stock?
6      **THE WITNESS:** He will have provided
7  his goals within the buy alert.  And I would think
8  if those goals were met, he would do that.
9      **MR. FORCIER:** Aside from the goals of
10  the buy alert, just will he sell that security that
11  he did a buy alert for prior to telling his
12  membership base I have sold it?
13      **THE WITNESS:** As a general rule?
14      **MR. FORCIER:** Yeah.
15      **THE WITNESS:** All of Raging Bull buys
16  and alerts, sells and alerts.  So he will have done
17  that as well.
18      **MR. FORCIER:** Okay, so buys and then
19  tells the public we bought?
20      **THE WITNESS:** Yes.
21      **MR. FORCIER:** Sells and then tells
22  the public we sold?
23      **THE WITNESS:** When you refer to the

---

Page 195

1  "public" you mean subscribers?
2      **MR. FORCIER:** That's what I meant,
3  thank you.
4      **THE WITNESS:** Yeah, that's why I was
5  asking that.
6      **MR. FORCIER:** That's what I meant,
7  and the answer is, yes?
8      **THE WITNESS:** Yeah.
9      **MR. FORCIER:** Okay.  And you've never
10  checked into the penny stocks that Mr. Williams is
11  trading to make sure he is adhering to what he's
12  saying in the messages?
13      **THE WITNESS:** Have I looked at his
14  trading statements?  No.
15      **MR. FORCIER:** A random question I
16  wanted to ask at the beginning.  Have you ever been
17  sued?  I know it's a loaded question.
18      **THE WITNESS:** I'm just trying to
19  think.  I don't think so.
20      **MR. FORCIER:** Have Raging Bull or any
21  of the entities been sued?
22      **THE WITNESS:** Raging Bull, I don't
23  know.  What are entities?

---

Page 196

1      **MR. FORCIER:** I meant different
2  product lines or services; have they been separately
3  sued somehow?
4      **THE WITNESS:** I don't think so but I
5  don't know.
6      **MR. FORCIER:** Have you ever sat in a
7  deposition before like this?
8      **MS. IRWIN:** Asked and answered.
9      **MR. FORCIER:** Just wanted to make
10  sure.  I wrote it down and I wanted to make sure
11  before I finish the day here.
12      **MS. IRWIN:** While he's looking I have
13  two more.
14      **BY MS. IRWIN:**
15  Q.   When you were describing penny stocks it
16  seemed to cover the same thing as your small cap
17  stocks.  Do you consider small cap stocks to be
18  penny stocks?
19  **A.   Yeah, I think I do, yeah.  I don't put a**
20  **lot of thought into it.  But depending on what**
21  **Google search you do as to what a penny stock is it**
22  **can vary widely.  I consider anything under a market**
23  **cap of 2 billion to be a penny stock.**

---

Page 197

1  Q.   So if I said Jason Bond Picks teaches you
2  how to buy and sell penny stocks, that would be an
3  accurate statement in your mind?
4  **A.   Jason Bond Picks teaches currently?  Jason**
5  **Bond Picks teaches -- well, I mean, I'm in Apple**
6  **this morning, so it's not right -- that's a mega cap**
7  **so it's not defined.  But as a general rule when it**
8  **started it was Penny Stock Live, so my focus was**
9  **penny stocks, and then we called it Jason Bond Picks**
10  **so that we could broaden my focus.**
11      **At the time, you know, a $3 stock**
12  **seemed super expensive.  Now it's just everything.**
13  **But, you know, my main focus over the years was**
14  **stocks under 10, market cap under 2 billion, and I**
15  **consider those penny stocks.  So I teach people how**
16  **to trade, you know, small caps.  We can also call**
17  **them penny stocks in my language.**
18      **MS. IRWIN:** I have one more.
19  Q.   When you include a goal in your realtime
20  trade alerts, do you ever sell before you hit that
21  goal?
22  A.   Yes, yeah.
23      **MR. FORCIER:** My very last question,

---

**Attachment NNNN**

**PX 27, 2970**

In re: Jason Bond

Jason Bond
February 19, 2020

Page 198

1  I think.  Unless Noah asks something that triggers
2  another question.  Do you keep backups or
3  recordings, copies of the live streaming?
4     **THE WITNESS:** What time frame, all
5  of it?
6     **MR. FORCIER:** Start there, I
7  suppose, yeah.  Do you have recordings going
8  back how far?
9     **THE WITNESS:** Well, so we have
10  recordings.  Right now at home my tastyworks
11  portfolio is streaming, my TD Ameritrade account is
12  streaming.  Assuming that my cats didn't knock the
13  internet out, they're still streaming, or TD didn't
14  kick me out, they're still streaming.  I don't
15  record that all day long; they are huge files, high
16  definition files.
17     If I weren't here and I was at home
18  and I saw a spread trade that I wanted to make on
19  Apple for Weekly Windfalls and I'm about to sell put
20  apple -- I want to make Apple -- sorry (spoken to
21  the reporter).
22     If I was at home right now and I was
23  about to make a trade on Apple, I might jump on the

Page 199

1  microphone, hit the record button so that I could
2  then send that file with, you know, my daily wrap
3  up.  So not only did I alert you but, you know,
4  here's what I was seeing in realtime.  So that would
5  vary.
6     But when we have scheduled trainings
7  like in the elite room, I might be scheduled on a
8  Tuesday morning to come in and teach a particular
9  topic.  I would show up, hit record, you know,
10  generally, unless I forget, and then we put that
11  into the subscriber's dashboard so there's a record
12  of it.  So, yeah, we have, you know.
13     **MR. FORCIER:** It sounds like you have
14  some recordings but not all?
15     **THE WITNESS:** A lot of recordings.
16     **MR. FORCIER:** You must have a hard
17  drive full of recordings then?
18     **THE WITNESS:** Well, yeah.  I mean,
19  they're recorded on our servers so -- and locally
20  as well so.  But we upload them and then ship them
21  off.
22     **MR. FORCIER:** Ship them off?
23     **THE WITNESS:** To, like, they go to --

Page 200

1  we have a Vmail account.  So if I record a video and
2  I feel like it's meaningful, I upload the Vmail,
3  paste it to the website so it would exist on the
4  website, Vmail, my computer.
5     **MR. FORCIER:** Okay, thank you.
6     **MS. IRWIN:** Thank you, I think we are
7  all set.
8     **MR. FORCIER:** Thank you very much.
9     **THE WITNESS:** Thank you.
10     **MS. IRWIN:** We're off the record.
11     (Whereupon the proceedings concluded
12  at 3:46 p.m.)
13
14
15
16
17
18
19
20
21
22
23

Page 201

1           C E R T I F I C A T E
2     I, Donna J. Whitcomb, Licensed Court Reporter
3  No. 143 in and for the State of New Hampshire, do
4  hereby certify that JASON P. BOND, the witness whose
5  investigatory statement under oath is hereinbefore
6  set forth, was duly sworn by me and is a true record
7  of the testimony given by the witness to the best of
8  my skill and ability.
9     I further certify that I am neither related to
10  or employed by any of the parties in or counsel to
11  this action, nor am I financially interested in the
12  outcome of this action.
13     In witness whereof, I have hereunto set my hand
14  this 9th day of March, 2020.
15
16
17
18           Donna J. Whitcomb, RMR
19           LCR No. 143 (RSA 310-:173)
20
21
22
23

Attachment NNNN

PX 27, 2971

3

OFFICIAL TRANSCRIPT PROCEEDING

FEDERAL TRADE COMMISSION


MATTER NO.      2023073

TITLE           RAGING BULL LLC

DATE            RECORDED:  AUGUST 24, 2020
                TRANSCRIBED:  NOVEMBER 19, 2020
PAGES           1 THROUGH 18


        MIND OF THE WOLF PROMO (2020-08-24_14-14-59)

---

1        FEDERAL TRADE COMMISSION
2
3  In the Matter of:          )
4  Raging Bull LLC            )  Matter No. 2023073
5                             )
6  -----------------------------)
7                             Date Unknown
8
9
10
11        The following transcript was produced from a
12 digital file provided to For The Record, Inc. on
13 November 17, 2020.
14
15
16
17
18
19
20
21
22
23
24
25

---

2

1        FEDERAL TRADE COMMISSION
2              I N D E X
3
4  RECORDING:                              PAGE:
5  Mind of the Wolf Promo (2020-08-24_14-14-59)    4
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

4

1              P R O C E E D I N G S
2              -  -  -  -  -  -
3    MIND OF THE WOLF PROMO (2020-08-24_14-14-59))
4        (Musical intro.)
5        JORDAN BELFORT:  All right, guys.  Jordan
6  Belfort here, the Wolf of Wall Street.  I got a great
7  interview subject for you right now, great story.  I
8  got a guy named Kyle Dennis.  Listen to this.  Ready?
9  Thirty years old, trader, investor, advisor to other
10 people, teaches them to trade and make money.  And the
11 story goes that Kyle has taken $15,000 and turned it
12 into a million.
13        And I'm not saying it's bullshit, but
14 typically when I hear these types of stories, I find
15 it a bit hard to believe, but, listen, I've heard good
16 things about Kyle, so I'm here to interview Kyle and
17 see what's what, and let's see if it's truth, as they
18 say, or Memorex.  Some of you are probably too young
19 to know what that means, but the older people knows
20 it's a commercial where you would kind of call
21 bullshit on something and it turned out to be true.
22 We'll see here.
23        So, Kyle, I'm going to -- I'm going to drill
24 you.  I'm going to ask you some questions.
25        KYLE DENNIS:  Sure, that's what I'm here

---

Mind of the Wolf Promo (2020-08-24_14-14-59)

Raging Bull LLC                                                      8/24/2020

---

5

1  for.  Thanks for having me.  I mean, it's 100 percent
2  true, but take all your questions, and --
3      JORDAN BELFORT:  All right.  Well, first --
4  first of all, so -- so you're 30 years old, right?
5      KYLE DENNIS:  Yep, just turned 30.
6      JORDAN BELFORT:  Started with $15,000.
7      KYLE DENNIS:  Correct.  Yeah, that was about
8  2012 or so when I -- when I, you know, graduated from
9  college.
10      JORDAN BELFORT:  Where'd you go to school?
11      KYLE DENNIS:  UCLA.
12      JORDAN BELFORT:  UCLA.
13      KYLE DENNIS:  Studied biology, yeah.
14      JORDAN BELFORT:  Okay.  And what was the
15  first stock that you bought?  Was it -- like, you just
16  said, I'm going to deposit 15 grand in an account, and
17  here's my first pick, and, bam, it goes up, or was
18  there a trial-and-error point here?  What happened
19  exactly?
20      KYLE DENNIS:  It was terrible, actually.  I
21  put money -- I forget the name of the company.  It
22  was on the pink sheets.  I put money into it, and it
23  had -- they had, like, a device that would sniff out
24  bombs at the airport.  Who knows the validity of this
25  tech or anything like that, but put money in that, and

---

7

1  you're familiar, you'll know there's phase one, phase
2  two, phase three, FDA approval.  And those for stocks
3  are excellent because when you hit those dates or you
4  get these run-ups into those dates, you can really
5  have big returns, just on the run-up.  You don't even
6  need to hold it through the actual trial, you know,
7  trial release date, the data that comes out.  Just
8  those 20 to 30 percent run-ups could be huge.  And,
9  so, that started -- started me building my account
10  back up from the negative 8,000 that I had to break
11  even, and then it's -- I've expanded to other things
12  trading now, but that was initially what got me
13  started.
14      JORDAN BELFORT:  But conversely, though,
15  unless you know what you're actually doing, you can't
16  just look at any company and say, oh, it's about to go
17  to -- into a phase one or phase two trial because if
18  those phase one or phase two trials -- let's just say
19  they -- they end up going badly or even they might not
20  get approval, maybe something might happen, you got a
21  problem on your hands, right, because the company's
22  typically got little or no earnings.
23      KYLE DENNIS:  Mm-hmm.
24      JORDAN BELFORT:  They're betting their
25  future on these approvals and getting to the next

---

6

1  it actually worked out in my favor.  I made 50 percent
2  on it.
3      So it encouraged me to put in, you know, to
4  some other stocks, and those ended up doing terrible.
5  I lost half my account, almost quit trading, glad I
6  didn't because it ended up working out for me, but I
7  definitely wasn't an easy pass when I first started.
8      JORDAN BELFORT:  Okay.  So what was it that
9  gave you this, you know, epiphany that -- or ability
10  suddenly to -- to, you know, make millions of dollars
11  after you almost lost everything?
12      KYLE DENNIS:  Well, after I lost about half
13  my account, I figured I should focus on a particular
14  industry.  I studied biology.  I thought, well, maybe
15  these biotech stocks I'll know a little bit extra on
16  them, and I'll do better than the average person.
17      JORDAN BELFORT:  Well, wait, that's all --
18  okay, now -- now you're in trouble, buddy, okay,
19  because I have a degree in biology, all right, and
20  minor in chemistry, so you better be the real deal,
21  pal, okay, because, you know, I'm an expert at this.
22  So let's hear it, come on, let's go.  I'm ready.
23      KYLE DENNIS:  Yeah, so what I figured when I
24  first started, I didn't know much at all, but I found
25  out that there's these certain catalyst states, since

---

8

1  phase.  Ultimately, I guess, the cash-out is the big
2  thing that's hopefully one day a big pharma company,
3  they'll do a marketing deal with us or take us over,
4  right?
5      KYLE DENNIS:  Yeah, exactly, but what I
6  found out is if you just play the -- the hype into the
7  event, it kind of limits my risk.  Don't get me wrong,
8  I made plenty of mistakes, but when I started in 2012,
9  2013, the biotech sector was just -- it was even
10  better than it was right today.  It was just on fire.
11  So my mistakes that I made were limited a little bit
12  when I first started.  I got a little lucky.  I've
13  learned a lot --
14      JORDAN BELFORT:  Rising tide lifts all ships
15  basically?
16      KYLE DENNIS:  Exactly.  I definitely got
17  lucky on that front, and I've learned a lot to avoid
18  the pitfalls since then.
19      JORDAN BELFORT:  Okay.  And, so -- so I
20  appreciate that.  You say you got lucky, you're --
21  you're in an up market.  I'm a big believer, by the
22  way, in sector place, and I love -- I'm going to tell
23  you I do love the biotech sector right now.  I think,
24  you know, it's the ultimate defensive play right now
25  in -- in -- in the days of coronavirus, right, and a

---

2 (Pages 5 to 8)

Attachment 0000        PX 27, 2973

Mind of the Wolf Promo (2020-08-24_14-14-59)

Raging Bull LLC                                                    8/24/2020

---

9

1  lot of money's pouring in those, a lot of exciting
2  things happening there.
3          But, of course, one thing about a rising
4  tide is it doesn't lift all -- it doesn't lift all
5  ships equally, and there's still going to be ships
6  that somehow submerge when the tide rises.  How do you
7  know which ones to pick and which ones not to pick?
8          KYLE DENNIS:  So I really focus on catalyst
9  states.  I really focus on ones that have upcoming
10  trials, because that's when the hype comes.  Once that
11  trial is over with, the -- that -- those can go way
12  down, either, you know, because the trial came out and
13  it -- and it stunk, or there's just not as much
14  interest after it's had good trial results.  There
15  might be several years until some news comes out
16  again.  So I really focus on stuff that has upcoming
17  news.
18          Right now, it's great because of the
19  coronavirus stuff going around, huge focus on biotechs
20  and the drugs that they're developing in all
21  industries.  Politicians, how it's set up, and
22  insurance, how it's set up, they can charge an
23  absolute fortune when they get -- you know, when they
24  get these things approved --
25          JORDAN BELFORT:  Sure.

---

10

1          KYLE DENNIS:  -- so there's been a lot of
2  interest in the sector.
3          JORDAN BELFORT:  Right.  So in the case like
4  a Remdesivir, that it was like $3,000 for each dose of
5  it, right, from Gilead, but I guess what you're saying
6  is, is that I think what you said you've kind of found
7  this niche in the sense that it's not even about how
8  the trial comes out.  It simply is as the trial date
9  approaches, when they're about to start the trial,
10  there is kind of a flurry of announcements that drive
11  up the price of these stocks, so it's really not a
12  matter of you -- if it -- if it does well (inaudible)
13  that's a big point of risk there, how the trial
14  actually ends up going, right?
15          If the trial ends up going poorly, the
16  stocks crater; if the trial ends up having a great
17  result, the stocks shoot up wildly.  So on a play, is
18  -- saying you're not looking to get greedy and -- and
19  play through the home run through the trial.  You're
20  going to get in, have a bump, and then move out?
21          KYLE DENNIS:  Absolutely, yeah, because you
22  probably could be a better guess that -- having a
23  biochemistry degree which ones do better and which
24  ones don't.  I don't -- I don't know anything about
25  whether a drug will actually work.  I'm not a

---

11

1  scientist on that aspect.  I don't have a Ph.D. or
2  anything.  I'm just playing that hype.
3          JORDAN BELFORT:  I got it.
4          KYLE DENNIS:  So it's more common sense
5  than it is about chemistry or science.  And typically
6  I'm not a huge investor, per se.  I'm more just
7  continually looking for the next date, so after I get
8  through this -- this trade here, I go on for six weeks
9  further and look for new companies and just rinse and
10  repeat more than taking a stand on something and
11  saying this is my company forever.
12          JORDAN BELFORT:  How did you get involved
13  with mentoring other people or doing -- how do you --
14  do you have people that follow your recommendations?
15          KYLE DENNIS:  Yeah, so I -- I run a site
16  that I give out some stock picks and teach.  I got
17  involved with it, actually, for a company called
18  Raging Bull.  They ran a contest for the first trader
19  in their network to make a million and they'd give
20  them a Porsche, and I won that, and they did a whole
21  audit and this whole expansive thing (inaudible) --
22          JORDAN BELFORT:  What kind of Porsche?
23          KYLE DENNIS:  It was a 911, a black one.
24          JORDAN BELFORT:  Okay.
25          KYLE DENNIS:  It goes not as I liked.  I

---

12

1  don't have it anymore, but it -- it was pretty great.
2  But they did a whole audit and everything, and I came
3  on board as one of their first student teachers, and
4  I've been doing that since 2015.
5          JORDAN BELFORT:  Really?
6          KYLE DENNIS:  I have, like, four or five
7  different little services I run.
8          JORDAN BELFORT:  Wow.
9          KYLE DENNIS:  Teach people how to trade,
10  show them what I'm going.
11          JORDAN BELFORT:  So if there's one service,
12  what would you rec-- -- so anyone that's listening to
13  this, what would you recommend, they want to, like
14  find out more?  I'm interested.  I'm -- I'd kind of
15  like to follow you.  It's a very intriguing strategy.
16  And, again, I respect the fact that you say nothing's
17  a guarantee.
18          And it's not, like, about a get-rich-quick
19  scheme, but it's about steadily being abreast of
20  what's going on, and the strategy seems to make -- it
21  does make sense to me, so it's just about kind of
22  basic, double, basic, double, maybe every once in a
23  while one is a triple or something, but you're not
24  getting greedy here and just building wealth over a
25  five- to ten-year period.  Is that basically the

---

3 (Pages 9 to 12)

Attachment 0000                    PX 27, 2974

Mind of the Wolf Promo (2020-08-24_14-14-59)

Raging Bull LLC                                                              8/24/2020

---

13

1  story?
2       KYLE DENNIS:  Yeah, that's the story.  I run
3  a service called Fast Five, which basically it's a --
4  a service where I put out my best idea on Monday
5  mornings at 10:00 a.m. Eastern, like my highest
6  conviction idea.  It has to do with a catalyst.  Last
7  week, we did this INO one that I'm talking about, and
8  I do that every Monday, just one trade, because I want
9  to see people get their feet wet, learn from the
10 educational videos, see the trade, see the catalyst
11 and the reasons why I'm entering something.
12      And the goal is just to be out by Friday, so
13 kind of like a regular work week, get your feet wet
14 and learn, and that's where I like to -- to guide
15 people to join, especially if they don't know me yet.
16      JORDAN BELFORT:  Got it.  So how about, come
17 on, do something special for the people, because
18 (inaudible) have a lot of people going to watch this,
19 right?  And I want you to do something awesome.  Why
20 don't you give something away, come on, give someone a
21 trial, or anything you can do for free here?  Come on,
22 put your money where your mouth is.  Let's -- let's
23 see it.
24      KYLE DENNIS:  Sure, so I'd love to give your
25 audience there a $49 offer for the year.  They'll get

---

14

1  all my e-books and training.  I have four of them,
2  specifically one in the biotech space that I teach how
3  to look through these ideas on your own if you want
4  and a full money-back guarantee for 30 days, so
5  there's no risk.
6       JORDAN BELFORT:  Okay.
7       KYLE DENNIS:  You know, it's less than a
8  dollar a trade a year, every Monday at 10:00 a.m., and
9  no risk at all.  You get your money back if you don't
10 like me and you want to kick me to the curb, you know,
11 see me later, that's fine, we'll give you your money
12 back.
13      JORDAN BELFORT:  Love it.  All right.  Well,
14 I think it's a fair deal.  I'm -- I'm sold.  And, you
15 know, I'm an easy sell, but still, I like that.  So
16 you're going to put your money where your mouth is,
17 right, 49 bucks.  And every Monday you -- well, how
18 does it work?  So every Monday, you put out your best
19 five ideas?
20      KYLE DENNIS:  Every Monday, I put out my
21 best one idea.
22      JORDAN BELFORT:  Best one idea.
23      KYLE DENNIS:  Yeah, just one idea.  Every
24 Monday --
25      JORDAN BELFORT:  Why not five?

---

15

1       KYLE DENNIS:  Sorry, what was that?
2       JORDAN BELFORT:  Isn't it called the Five,
3  you said, I thought?
4       KYLE DENNIS:  Oh, because five days in a
5  week.
6       JORDAN BELFORT:  Five --
7       KYLE DENNIS:  I'm trying to get out before
8  Friday.
9       JORDAN BELFORT:  -- (inaudible).
10      KYLE DENNIS:  Yeah, yeah, before Friday.
11 There you go, a little play on words.
12      JORDAN BELFORT:  (Inaudible) times, I got
13 it.  All right.  So and how do they -- what's the
14 link?  How do they get it?  How do they find you?
15 What is it, your website?
16      KYLE DENNIS:  Right under this, it'll be
17 FastFiveTrades.com.
18      JORDAN BELFORT:  Okay.
19      KYLE DENNIS:  Or you can click the link
20 under the video and come on board.  Again, it's
21 absolutely free, get your money back if you don't like
22 me, and keep all the free training as well.
23      JORDAN BELFORT:  (Inaudible) listen --
24 listen, I love to see a guy doing well.  I like the
25 fact that you're doing it in the space that to me

---

16

1  makes sense.  You're not talking crazy here.  I like
2  the idea.  I think it makes sense, and I love that
3  you're willing to do it and, you know, give people a
4  chance to get their toe in the water.
5       So you have to say to yourself, what's the
6  worst that could happen.  If it doesn't work out, you
7  get your -- you know, your guarantee, you cash it in,
8  right, and then you lose nothing.  But on the upside,
9  you can actually find a great source of investment
10 advice that can serve you very well over the long
11 term, right?  No guarantees, though?
12      KYLE DENNIS:  Exactly.  Yeah, no -- I can't
13 guarantee --
14      JORDAN BELFORT:  Other than you're --
15 other than getting back your money if it doesn't
16 work, right --
17      KYLE DENNIS:  -- getting back your money if
18 it doesn't work, but other than that, no guarantees
19 because there's no guarantees in the market.
20      JORDAN BELFORT:  I love it, though.  No, I
21 like the idea, and I think the strategy makes a lot of
22 sense, buddy.  My book, 49 bucks, if you can't lay out
23 $49 to get an idea, especially when it's guaranteed,
24 you probably shouldn't be investing in the stock
25 market at all.  Just my advice.  49 bucks ain't that

---

4 (Pages 13 to 16)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Attachment OOOO   PX 27, 2975

Mind of the Wolf Promo (2020-08-24_14-14-59)

Raging Bull LLC                                                    8/24/2020

17

1    much, especially for the amount of money that you
2    could possibly make and the fact that it's guaranteed.
3    If you don't like the advice, it doesn't work for you,
4    cash in the guarantee.  There you go.
5         (The video recording was concluded.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

18

1         CERTIFICATE OF TRANSCRIPTIONIST
2
3         I, Sara J. Vance, do hereby certify that the
4    foregoing proceedings and/or conversations were
5    transcribed by me via CD, videotape, audiotape or
6    digital recording, and reduced to typewriting under my
7    supervision; that I had no role in the recording of
8    this material; and that it has been transcribed to the
9    best of my ability given the quality and clarity of
10   the recording media.
11        I further certify that I am neither counsel
12   for, related to, nor employed by any of the parties to
13   the action in which these proceedings were
14   transcribed; and further, that I am not a relative or
15   employee of any attorney or counsel employed by the
16   parties hereto, nor financially or otherwise
17   interested in the outcome of the action.
18
19   DATE:  11/19/2020
20             SARA J. VANCE, CERT
21
22
23
24
25

5 (Pages 17 to 18)

Attachment 0000                **PX 27, 2976**

**3**

OFFICIAL TRANSCRIPT PROCEEDING

FEDERAL TRADE COMMISSION


MATTER NO.    2023073

TITLE         RAGING BULL LLC

DATE          RECORDED:  DATE UNKNOWN
              TRANSCRIBED:  NOVEMBER 13, 2020
PAGES         1 THROUGH 9


2X WORLD SERIES CHAMP JOSE CANSECO TALK ABOUT JASON
BOND PICKS   JASON BOND PICKS REVIEW

---

1            FEDERAL TRADE COMMISSION
2
3    In the Matter of:              )
4    Raging Bull LLC                )  Matter No. 2023073
5                                   )
6    ----------------------------)
7                                      Date Unknown
8
9
10
11        The following transcript was produced from a
12   digital file provided to For The Record, Inc. on
13   November 12, 2020.
14
15
16
17
18
19
20
21
22
23
24
25

---

**2**

1            FEDERAL TRADE COMMISSION
2                 I N D E X
3
4    RECORDING:                              PAGE:
5    2x World Series Champ Jose Canseco Talk
6    About Jason Bond Picks Jason Bond Picks Review    4
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

**4**

1              P R O C E E D I N G S
2              -    -    -    -    -
3        2X WORLD SERIES CHAMP JOSE CANSECO TALK
4    ABOUT JASON BOND PICKS   JASON BOND PICKS REVIEW
5            (Music).
6        JOSE CANSECO:  Hi.  I'm Jose Canseco,
7    two-time World Series champ, 1986 Rookie of the Year,
8    1988 MVP, 41st player to ever hit 40 home runs and
9    steal 40 bases, six-time All Star, 462 home runs, hit
10   some of the longest home runs in history.
11       I have, actually, believe it or not, in
12   1999, I started my own firm called Canseco Financial,
13   and actually, how I did that, obviously, I funded it
14   and I pulled two of the best stockbrokers from Morgan
15   Stanley and Dean Witter and one of the best brokers,
16   which I can't even mention where he was from for legal
17   reasons, and he was heading up the firm, but, of
18   course, with the, you know, market diving basically
19   within six to eight months we were closed, just like
20   most of the -- of the small stock firms were actually
21   closed, but I -- I did some -- have experience.
22       I did travel a lot and I was on CNBC quite a
23   bit with Maria Bartiromo, I think that was her name,
24   she was gorgeous.  I always had a crush on her, so I
25   went on there quite a bit.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Attachment PPPP          **PX 27, 2977**

2x World Series Champ Jose Canseco Talk About Jason Bond Picks   Jason Bond Picks Review
Raging Bull LLC                                                                 11/18/2020

---

5

1       The biggest thing is his experience.  I -- I
2   think he can show you again, just like baseball, the
3   do's and don'ts, the land mines, what could happen if
4   you make this decision, what could happen if you make
5   that decision, give you a little bit of -- of insight
6   on the things he's -- he's been through, the history
7   he's been through, what he's confronted, whether it
8   be, you know, you know, stock markets profiting or
9   stock markets diminishing and -- and falling.
10      I think to make more of -- of an educated
11  not -- not guess, but I think to make and develop more
12  of an educated strategy.  When he's doing all the
13  right things, absolutely, I think you'd want to try to
14  mimic that.  I think you want to try to structure your
15  game plan that way.  I mean 400 percent, this is
16  incredible.  You don't see that every day, so he's got
17  to be doing something right.
18      I -- I think he can educate these younger
19  traders on, you know, you know, his philosophy, his
20  approach, how -- what does he do, does he investigate
21  a trade, does he look for news media.  Obviously, he's
22  doing his due diligence greatly in some way, shape, or
23  form to where he's got a 400 percent increase.  That's
24  just incredible.
25      (Music).

---

6

1       JOSE CANSECO:  You know what, I think the
2   value is great.  I wish I would have had a mentor.  I
3   really didn't have one back then because I was kind of
4   like a new breed type baseball player with the power
5   and speed and all that, but -- but anything in life in
6   general and any, you know, aspect of business that
7   you're actually in, you'd need a -- you definitely
8   need a mentor because I think a mentor is going to
9   show you where all the downfalls are, all the land
10  mines are.
11      I think they're going to educate you and
12  warn you on what could happen if you make this
13  decision, if you take these steps, if you go that
14  route.  So I -- I think it's very important to have a
15  mentor so you can basically make good educated
16  decisions, for sure.  You know, there are a lot of
17  books being written and a lot of people saying, you
18  know, I can teach you the right way and show you the
19  right -- right route, but there's rarely an individual
20  that says, okay, I'm going to show you where all the
21  land mines are because I've done it wrong, I stepped
22  on all these land mines, and I don't want you to go
23  that route.
24      So I think a mentor could do two things.
25  Yes, he could show you the proper way and educate you

---

7

1   and give you his experience, but on the other side, he
2   could also show you where if you take this route it's
3   going to be the wrong way, I'm going to show you where
4   the land mines are, I'm going to show you where all
5   the downfalls are and try to prevent that new broker
6   to go down that -- that icy route.
7       (Music).
8       JOSE CANSECO:  I would probably try to get
9   every information possible from him in every possible
10  scenario and try to educate myself more and more and
11  more because obviously this mentor is going to have
12  way more experience.  I think a lot of times, you
13  know, there's difference in philosophy, there's
14  difference in, you know, when you buy stock, when you
15  actually trade it, if you short it or have it go long.
16  So I think a more experienced trader would have a
17  mentor, would have more -- more of an advantage in the
18  sense of the experience he brings.
19      (Music).
20      JOSE CANSECO:  I think the most important
21  thing is, you know, don't buy or trade a stock just --
22  just on a whim, just on, you know, second- or
23  third-hand information.  Do your homework, do your due
24  diligence, find out what's going on with the actual
25  company.

---

8

1       (Music.)
2       JOSE CANSECO:  I was the first guy to ever
3   go into spring training camp in '88 and sailed into
4   the 40/40, and the media laughed at me.  That year, I
5   actually did the 40/40, first player ever, and was
6   rated at the time the best player in the world.
7       (Music.)
8       JOSE CANSECO:  Well, Jason Bond's definitely
9   worth looking into.  A 400 percent increase is just
10  miraculous, and hopefully he can keep it up there.  It
11  looks like he knows what he's doing, so I would
12  definitely give him a chance.  Look him up and see how
13  he can help you out.
14      (Music.)
15      (The recording was concluded.)
16
17
18
19
20
21
22
23
24
25

---

2 (Pages 5 to 8)

Attachment PPPP   PX 27, 2978

2x World Series Champ Jose Canseco Talk About Jason Bond Picks   Jason Bond Picks Review
Raging Bull LLC                                                                    11/18/2020

9

```
 1              CERTIFICATE OF TRANSCRIPTIONIST
 2
 3         I, Sara J. Vance, do hereby certify that the
 4    foregoing proceedings and/or conversations were
 5    transcribed by me via CD, videotape, audiotape or
 6    digital recording, and reduced to typewriting under my
 7    supervision; that I had no role in the recording of
 8    this material; and that it has been transcribed to the
 9    best of my ability given the quality and clarity of
10    the recording media.
11              I further certify that I am neither counsel
12    for, related to, nor employed by any of the parties to
13    the action in which these proceedings were
14    transcribed; and further, that I am not a relative or
15    employee of any attorney or counsel employed by the
16    parties hereto, nor financially or otherwise
17    interested in the outcome of the action.
18
19    DATE:  11/16/2020
20              SARA J. VANCE, CERT
21
22
23
24
25
```

3 (Page 9)

Attachment PPPP

PX 27, 2979

**3**

OFFICIAL TRANSCRIPT PROCEEDING

FEDERAL TRADE COMMISSION


MATTER NO.     2023073

TITLE          RAGING BULL LLC

DATE           RECORDED:  DATE UNKNOWN
               TRANSCRIBED:  NOVEMBER 13, 2020
PAGES          1 THROUGH 25


TOUCHDOWN WITH TOP TRADERS - MIKE ALSTOTT

---

1  FEDERAL TRADE COMMISSION
2
3  In the Matter of:          )
4  Raging Bull LLC            )  Matter No. 2023073
5                             )
6  -----------------------------)
7                             Date Unknown
8
9
10
11      The following transcript was produced from a
12  digital file provided to For The Record, Inc. on
13  November 12, 2020.
14
15
16
17
18
19
20
21
22
23
24
25

---

**2**

1  FEDERAL TRADE COMMISSION
2            I N D E X
3
4  RECORDING:                          PAGE:
5  Touchdown With Top Traders - Mike Alstott      4
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

**4**

1         P R O C E E D I N G S
2         -  -  -  -  -
3     TOUCHDOWN WITH TOP TRADERS - MIKE ALSTOTT
4        (Music).
5        BEN STURGILL:  Welcome to WealthWise
6  Podcast.  I'm your host, Ben Sturgill.  Join me as I
7  interview successful people who build wealthy lives:
8  self-made millionaires, entrepreneurs, traders,
9  authors, and experts.  Discover the mind set and
10  motivation that makes wealthy people tick and learn
11  new ways to apply these ideas, lessons, and successes
12  to help you become more successful and live a
13  wealthier and richer life.
14        Hello and welcome to today's WealthWise
15  podcast.  We occasionally like to add guest interviews
16  from traders and experts from Raging Bull's Elite
17  Traders Chatroom that we think that you will enjoy.
18  In the Raging Bull Elite Chatroom, we hold live
19  trading sessions with Raging Bull's traders, Elite
20  members, and our invited guests.  These sessions are
21  hosted from Raging Bull's traders and one of our
22  special guests.  It's my pleasure to welcome you to
23  the WealthWise Podcast.
24        JEFF WILLIAMS:  Hey, guys and gals, Jeff
25  Williams here from the Profit Prism Program, and I am

---

Attachment QQQQ    PX 27, 2980

Touchdown With Top Traders - Mike Alstott

Raging Bull LLC                                                    11/18/2020

5

1   honored and thrilled to be joined today by Mike
2   Alstott from the Tampa Bay Buccaneers, one of the best
3   fullbacks of all time.  They call him the A-Train.  He
4   had a 12-year career with the Tampa Bay Buccaneers.
5   He's a six-time Pro-Bowler, a three-time All-Pro, and
6   a Super Bowl champion.
7       Mike, it really is a pleasure to have you
8   here.  I'm thrilled to have this interview with you.
9   I want to start off this interview by just having you
10  talk a little bit about your career, your profession
11  at the NFL level, and then I want to talk about how
12  you're getting involved in the Profit Prism Program.
13      So, Mike, if you don't mind, tell us about
14  your NFL career.  What was that like, and -- and how
15  did you get into the -- into football?
16      MIKE ALSTOTT:  Well, first of all, thank you
17  for having me --
18      JEFF WILLIAMS:  A pleasure.
19      MIKE ALSTOTT:  -- and it's an honor to be
20  here and -- and to be speaking with you, someone who I
21  watch every day, and now we get to, you know, have a
22  conversation, and it's great.  But just, you know,
23  childhood dream.  It -- that's what it was, you know,
24  starting playing football when I was six years old,
25  you know, played peewee football like every -- you

6

1   know, kind of like everybody else did, and then just
2   had the aspirations to go on and play -- you know,
3   wanted to play at my dream high school, and then went
4   on to Purdue, and then was very fortunate.  But I
5   think it was a lot of hard work.  You know, I had --
6       JEFF WILLIAMS:  (Inaudible).
7       MIKE ALSTOTT:  -- I had the dream to be an
8   NFL player, just like we all did.  Remember second --
9   second grade where, you know, we were starting to
10  write and then you write, well, what do you want to do
11  when you grow up, right?  And I still have the piece
12  of paper today, I wanted to go to Joliet Catholic and
13  play football, I wanted to go a division in college,
14  and -- and then I wanted to play in the NFL.
15      But it wasn't just words.  It was something
16  that I -- I think I can hang my hat on a little bit
17  was my work ethic and my passion, and I didn't always
18  have the -- the greatest talents of everybody else,
19  but, you know, heart and hard work, I think, overcame
20  a -- a lot of the -- the obstacles, and obviously
21  having great people in my life, so --
22      JEFF WILLIAMS:  Yeah.
23      MIKE ALSTOTT:  -- I got -- I got -- I got to
24  say that, you know, great coaches, great family, great
25  support, you know, it -- it -- and everything with it.

7

1   But, you know, again, also blessed.  I was also
2   blessed, didn't really have any major injuries until
3   later in my career, but, you know, again, it was just
4   something that I came -- I call it work --
5       JEFF WILLIAMS:  Mm-hmm.
6       MIKE ALSTOTT:  -- but, you know, especially
7   when I was in the NFL, I came to work every day with a
8   dream.
9       JEFF WILLIAMS:  Yeah.
10      MIKE ALSTOTT:  You know, every day was a
11  dream for me, and I -- and I recognize that even more
12  after it's gone for the last 12, 13 years that I've
13  been out, and I missed it, but, again, I -- I'm very
14  blessed to play until I was 34 years old and be able
15  to play with the guys that I did, and to do -- and to
16  be -- to work towards one common goal as a team.
17      JEFF WILLIAMS:  Yeah.
18      MIKE ALSTOTT:  And I think that's -- that's
19  -- that's huge, is the word "team," because everything
20  that we have accomplished we accomplished together.
21      JEFF WILLIAMS:  I mean, that's amazing.
22  Congratulations on -- on having that all come true,
23  your dreams came true.  And I think this is
24  interesting here because now we have someone like Mike
25  Alstott who's been an amazing NFL fullback for all

8

1   these years and, you know, kind of like myself in a
2   way and maybe like a lot of people out there right
3   now, so you had a passion, you did something you
4   excelled at at a very high level, and now here you
5   are, coming into something brand new, like myself.
6       And I taught phys-ed for 12 years.  I didn't
7   go to school to be a trader or to be a Wall Street
8   analyst.  I really didn't have a whole lot of
9   financial background, and here I am now trading
10  stocks.  And here you are on the Profit Prism Program.
11      So tell me about that transition from
12  exceeding at a Super Bowl level and the NFL to now
13  coming into something that's kind of brand new for you
14  and getting involved in trading stocks.
15      MIKE ALSTOTT:  Yeah, it's like anything
16  else, you know, just having a mind set, having a
17  focus, wanting to be -- didn't want to get out there
18  into the work field and -- and -- and sitting in a
19  desk and chair or, you know, doing sales, because I
20  always got to stay busy, you know?
21      JEFF WILLIAMS:  Yeah.
22      MIKE ALSTOTT:  Coach high school football, I
23  get to be on the run, I'm head coach, so, you know,
24  and I always, you know, look into getting something
25  and -- and make money.  And I always thought, you

2 (Pages 5 to 8)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555
**Attachment QQQQ**   **PX 27, 2981**

Touchdown With Top Traders - Mike Alstott

Raging Bull LLC                                                    11/18/2020

9

1    know, hey, working from the computer for whatever
2    hours I possibly can, and -- and being able to do it.
3    So I did get involved before Profit Prism in -- in
4    other platforms, and truthfully, it -- it -- it didn't
5    go well because maybe a lot of different scenarios,
6    but coming into Profit Prism and you, I mean, I've
7    been coached by a coach, you know?  Seeing him,
8    hearing him, you know, illustrating it, drawing on the
9    grease board, and -- and seeing in the films, and
10   that's what you do each and every day, right?
11        JEFF WILLIAMS:  Yeah.
12        MIKE ALSTOTT:  You had your TV screens; you
13   had your charts; you were showing us what to do;
14   you're learning the terminology like me learning a new
15   playbook and everything like that, and diving in is --
16   is perfect.  And there's nothing else out there like
17   what you do, you know, for your -- your Profit Prism
18   community.  And, again, it's a team.  And -- and
19   reading all the chats on the right-hand side,
20   everybody's trying to help everybody else, and when --
21   when it comes in, and you can't answer every question,
22   right?
23        So when -- when it's all done on the
24   right-hand side and everybody's chatting in, you know
25   what -- you know, Mike might have a question, and

10

1    you're not seeing it because you're looking at the
2    charts and doing everything, but, you know, there's
3    other people in the Profit community that are
4    answering those questions.
5        JEFF WILLIAMS:  Yeah.
6        MIKE ALSTOTT:  Try this, try that, do this,
7    do this, and then, you know what I mean, it's just --
8    it's close, up-front, personable.  It's -- you know
9    what it reminds me of my playing days, you know?
10   You're our coach, right?  And, you know, we trust you.
11   You're -- you know, you're a great person.  You -- you
12   lead us straight, and -- and the thing is it's just --
13   you know, it feels good.  And -- and Profit Prism,
14   there's only one Profit Prism.  There's -- they don't
15   have them out there --
16        JEFF WILLIAMS:  Yeah.
17        MIKE ALSTOTT:  -- now nobody's doing what
18   you do and spending the time with us.
19        JEFF WILLIAMS:  Aw, that's great.  So first
20   off, I really appreciate those comments.  There's a
21   couple things I want to touch on there that you made
22   that are really great points.  I mean, you know, a lot
23   of people are -- are at home right now, they're
24   looking for something else to do and maybe got laid
25   off of work or trying to supplement income, so this is

11

1    something that you can do from home, really from
2    anywhere if you have a -- you know, a laptop or a
3    smart phone or, you know, iPad, you can just -- and
4    you can be in the chat room, and the chat room itself,
5    you know, I think this is really unique, and I want to
6    touch upon that, maybe just a little bit more.
7        Profit Prism is really a system -- you know,
8    I've been doing this now for 11 years personally, and
9    one of the things that I've always had a passion for,
10   Mike, was educating people.  You know, that was my
11   background when I first started, was teaching.  So if
12   being able to do this right now, every day, live
13   stream, myself, my portfolios, my charts, to literally
14   teach people not just -- not just give them alerts but
15   teach them why and how I'm doing a trade, how does
16   that help somebody like you who's just getting
17   involved in the market when you can actually look over
18   someone's shoulder and hear them and see them, why
19   they're making a trade?  How does that help you in
20   your transition to trading now?
21        MIKE ALSTOTT:  Well, first (inaudible)
22   people have to be guided, and -- and -- and you're the
23   guy that is guiding us, and so, you know, a lot of
24   people don't know how to start, and all the people
25   know how to end and what's in between, right?  And,

12

1    so, we get on there every morning, we're looking at a
2    chart, you're seeing, you know, what the market's
3    doing, and how it's going and maybe some trends and
4    stuff like that, but -- and you're -- you're answering
5    those question.  What do you think about this stock?
6    What do you think about that?
7        Well, I don't like it because, you know
8    what, it's less stair-stepping, it's higher high,
9    higher low, lower high, lower low, and all that stuff.
10   And those things -- those words start to sink in, and
11   then you start to see, you know, the stepping stone of
12   what's going on and -- and -- and the target range and
13   stuff like that that you're teaching us, right?  So,
14   again, we can take that, you know, to this repetition.
15   Everything's repetition in -- in humans, right?
16        So, again, we're hearing it each and every
17   day, each and every day, maybe we can, you know, when
18   you do have your lunch break, we can still look at the
19   -- the charts and see what's going on and see how it's
20   going before we get in there, our 2:30 session, and --
21   and finish the day and -- and what we want to do.
22   But, again, Jeff, it's just, you know, it's the
23   personable, you know, aspect of what you're giving us
24   in the coaching and us taking it.
25        And, you know, obviously you have a lot of

3 (Pages 9 to 12)

Attachment QQQQ          PX 27, 2982

Touchdown With Top Traders - Mike Alstott

Raging Bull LLC                                                    11/18/2020

---

13

1  clients in -- in your community that have been with
2  you for years, and they -- they understand what I'm
3  saying, and I've only been in a short period of time,
4  but I get it, you know, because I -- again, you're our
5  coach, I'm going to call you Coach, and you're
6  coaching me how to -- how to do a new industry and I
7  need it.  I need to be a visual guy.  And a lot of
8  people are like that, you need to be a visual guy, you
9  need to see him, and -- and you're straightforward,
10  like you said earlier in your question, is, you know
11  what you're showing us your accounts of --
12         JEFF WILLIAMS:  Yeah.
13         MIKE ALSTOTT:  -- of what you're trading,
14  right?  There's -- there's nothing secret about it,
15  right?  You're -- you know, again, it's all
16  straightforward and, you know, that's -- that's the
17  beauty behind what you offer us.
18         JEFF WILLIAMS:  Yeah, I think that's one of
19  the things that I really try to do with clients, and,
20  you know, again, I've seen other services out there,
21  and -- and first off, it's amazing to even hear you
22  talking about what you're talking about.  I know that
23  you haven't been involved in the market very long, but
24  I already hear you talking about higher highs and
25  higher lows and consolidation and charting skills.  I

---

14

1  mean, that's great.  As a -- as a leader here, as a
2  coach as you say, I always try to make the service
3  really transparent.  You know, there's a lot of
4  services out there right now that, again, they'll give
5  you alerts and they'll talk about all the great things
6  that they do, but sometimes things don't go well in
7  the markets.  How -- I mean, you've seen me obviously
8  make winning trades and you've seen me make trades
9  that don't go well.
10         Do you think there is something that you can
11  take away when I explain those stocks that don't go
12  well?  Do you think there is -- there's value in that
13  as somebody who's transparent like myself and, hey,
14  listen, Mike, this didn't go well today, here's what I
15  learned from that.  Does that help you as a trader as
16  you're just getting involved in the markets?
17         MIKE ALSTOTT:  Yeah, because I want to -- I
18  want to understand, me, the why's and how's.
19         JEFF WILLIAMS:  Yeah.
20         MIKE ALSTOTT:  Right?  Why'd it go like
21  this?  How -- how can I fix it, or how can I, you
22  know, prevail from it?  And, you know, but, again, I
23  love -- the thing is because I'm competitive.
24         JEFF WILLIAMS:  Sure.
25         MIKE ALSTOTT:  I want 1,000 percent, right?

---

15

1         JEFF WILLIAMS:  Yeah.
2         MIKE ALSTOTT:  But, again, I got to be
3  brought back down to reality in this new field that
4  I'm, you know, trying to crack into, and you're --
5  you're that reminder each and every day, hey, take our
6  profits, all right?  Don't be greedy, right?  And if
7  it -- if it does, you know, we're not always not going
8  to win, right?
9         JEFF WILLIAMS:  Yeah.
10         MIKE ALSTOTT:  That's -- that's human
11  nature, and that's -- that's what it is, right?  So,
12  again, try to limit your risk.
13         JEFF WILLIAMS:  Yep.
14         MIKE ALSTOTT:  And, you know, and take your
15  profits and move on to the next one, or, you know, you
16  know, take your, you know, 5 percent loss --
17         JEFF WILLIAMS:  Yeah.
18         MIKE ALSTOTT:  -- and move on to the next
19  one, and -- and so that's what I'm learning more and
20  more each and every day with this.  You know, I'm
21  learning all the charts and --
22         JEFF WILLIAMS:  Great.
23         MIKE ALSTOTT:  -- what you say and
24  everything we do, but, again, even -- you're like, oh,
25  I don't want to give up 100 bucks; oh, I don't want to

---

16

1  give up this; I don't want to give up that.  But, you
2  know what, it's like, well, I'm sitting on it, I'm
3  sitting on it, and I'm sitting on it.  Well, I'm
4  losing out on these other --
5         JEFF WILLIAMS:  Yes.
6         MIKE ALSTOTT:  -- bits of opportunities that
7  -- that I lost and that I could have made it up three
8  times, you know, before.
9         JEFF WILLIAMS:  Yeah.  Well, I've got two
10  more things, if you don't mind, and I appreciate your
11  time today.
12         MIKE ALSTOTT:  Yeah.
13         JEFF WILLIAMS:  So one thing is a lot of
14  people look for Profit Prism as kind of an entry-level
15  service, and, you know, they think at -- about it as a
16  -- they hear Profit Prism or penny stocks and
17  buy/trade but it's not just about penny stocks.  So
18  what I want you to comment on, if you don't mind,
19  someone who's brand new, I mean, how do you feel this
20  service as an entry-level service for someone like
21  yourself?
22         Do you feel like, you know, things are going
23  over your head, or do you feel like you're really able
24  to grasp the concept that I teach in the chat room for
25  someone who's really just, you know, getting involved

---

4 (Pages 13 to 16)

**Attachment QQQQ**      PX 27, 2983

Touchdown With Top Traders - Mike Alstott

Raging Bull LLC                                                                11/18/2020

---

17

1   in the market?
2       MIKE ALSTOTT:  Well, you're an educator.  I
3   mean, that's your background and that's what you're
4   doing each and every day to us.  And -- and second of
5   all, I'm not trading Apple.
6       JEFF WILLIAMS:  Yeah.
7       MIKE ALSTOTT:  I'm not trading Apple, you
8   know, I don't -- whatever that price is and -- and
9   Google and all those things.  That -- that's too much.
10  I mean, I came into this with $1,000, right?
11      JEFF WILLIAMS:  Okay, okay.
12      MIKE ALSTOTT:  And I'm up to 3,200 now.
13      JEFF WILLIAMS:  Wow.
14      MIKE ALSTOTT:  Right?  I did -- I did the --
15  you know, I -- and, again, I'm going to say it, I'm
16  not on every day, right?  I'm busy and everything like
17  that, but I try to get on at least three, four times a
18  week, but -- but, again, it's -- it's a situation
19  where, you know, I want to build my pot, build a pot,
20  and that's the satisfaction of it.
21      JEFF WILLIAMS:  Yeah.
22      MIKE ALSTOTT:  Anybody can -- you know, the
23  big dogs can come in and throw $100,000 and sit on
24  stocks for how long ever they want to do and have it
25  in their big portfolio, but this is interesting

---

18

1   hearing you, seeing you, and -- and building it up.
2   That's the satisfaction of it.  So, again, I'm just
3   like everybody else coming into this thing.  You know,
4   I was part of that $500 challenge, you know what I
5   mean --
6       JEFF WILLIAMS:  Yeah.
7       MIKE ALSTOTT:  -- and built it up.  But,
8   again, it's fun.  I love learning, and -- and I love
9   conquering something else, you know, you know, in
10  life.
11      JEFF WILLIAMS:  That's great.
12      MIKE ALSTOTT:  And being a part of -- and,
13  again, I -- I really believe a team, you know what I
14  mean?
15      JEFF WILLIAMS:  Yeah.
16      MIKE ALSTOTT:  You know, I know we're all
17  sitting at our own computers and desks and stuff like
18  that, but, you know, there -- it is a team community,
19  and I love how you have it.
20      JEFF WILLIAMS:  Great.  So --
21      MIKE ALSTOTT:  It's great.
22      JEFF WILLIAMS:  -- the last thing, then, as
23  far as a takeaway for some people that might be on the
24  edge of looking at maybe getting involved in the
25  Profit Prism, can we talk about the fact that, you

---

19

1   know, we give realtime alerts at the Profit Prism
2   Program.  Obviously, if you're home, I send you those
3   alerts, email and text message.  He already commented
4   on the -- the trading community, which I think really
5   is separating itself from all the other services out
6   there.  When you come into that chatroom, you know,
7   I'm obviously live-streaming my portfolio, my audio,
8   but like you commented a couple times, if I'm not
9   there, which, hey, I take a lunch break like everybody
10  else, I'm kind of a part-time trader.
11      MIKE ALSTOTT:  Of course.
12      JEFF WILLIAMS:  There are other people out
13  there in that room, not -- you know --
14      MIKE ALSTOTT:  Right.
15      JEFF WILLIAMS:  -- above my moderators, but
16  they're there to help you out, so that chatroom has a
17  lot of value within itself.  And then the small
18  portfolio challenges that we -- we just talked about
19  and I want to circle back to in a minute here, but so
20  I do these small account challenges for people that
21  obviously are unaware of the Profit Prism Program.
22  And I like to align myself with what I feel is the
23  majority of the people trading out there.
24      Like you said, there's some people out there
25  that trade $100,000 portfolios, and they go after

---

20

1   Amazon and they try to make 2 or 3 percent in a year,
2   but that's not where I think most people are, and I
3   think where most people are right now is they have
4   just a little bit of money.  So you said, Mike, you
5   took a $1,000 portfolio and built it up to over
6   $3,000.  Is that true?  Is that what I heard?
7       MIKE ALSTOTT:  Yeah, 3,200, yep.
8       JEFF WILLIAMS:  Wow.
9       MIKE ALSTOTT:  And, no, but that's the
10  satisfaction.  I get excited when I make -- make a
11  trade and make 50 bucks.
12      JEFF WILLIAMS:  That's phenomenal.
13      MIKE ALSTOTT:  Right?
14      JEFF WILLIAMS:  Yeah.
15      MIKE ALSTOTT:  And, you know, you know,
16  anything over 100, man, that's -- that's -- that's
17  like doing cartwheels, right?
18      JEFF WILLIAMS:  Yeah.
19      MIKE ALSTOTT:  And -- but, again, we're --
20  that's just more for the next trade, more for the next
21  trade, more for the next trade.  And, so, again, it's
22  -- it's the whole gamut of what you offer, you know
23  what I mean?  Your coaching skills, you've been live
24  to us, seeing -- we're seeing your portfolio, your
25  challenges, the chat and the community that you offer

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Attachment QQQQ**       **PX 27, 2984**

21

1   us, and like you said just a minute ago, when you do
2   take a lunch break, which you deserve, obviously,
3   right, like everybody else, but everybody else is
4   still in the chat --
5       JEFF WILLIAMS:  Yeah.
6       MIKE ALSTOTT:  -- and they're guiding each
7   other because, you know what, you have assistant
8   coaches underneath you and -- that are -- that have
9   learned and helping -- helping us newbies, you know.
10  And I -- I read all that.  I read all that.  And,
11  hey, what about this stock?  And I'm on my computer
12  freaking checking out that stock, seeing what's going
13  on, and -- and how it's doing and trying to make an
14  educated decision, but I really don't do anything
15  without hearing you first.
16      JEFF WILLIAMS:  Yeah.
17      MIKE ALSTOTT:  I mean, that's how much, you
18  know, faith I have in Profit Prism and -- and what you
19  offer --
20      JEFF WILLIAMS:  Wow.
21      MIKE ALSTOTT:  -- you know, in a face-to-
22  face situation each and every day, but I -- I love
23  your service.
24      JEFF WILLIAMS:  Okay.
25      MIKE ALSTOTT:  I love your service, and I

22

1   love your passion, and -- and, again, you know your
2   people, you're personable.  It's not like you're just
3   sitting like a zombie, just sitting there, right?
4   You're -- you're talking to people, you know, chatting
5   away and -- and doing different stuff -- stuff.  It's
6   very entertaining, you know.  So...
7       JEFF WILLIAMS:  That's great.  So I think
8   it's kind of safe to say, but for anybody who's out
9   there that might be on the fence, I mean, you've tried
10  other services, you're on Profit Prism now, you've
11  seen that Mike's had success.
12      Mike, would you recommend this service to
13  anybody else out there who is just looking to get
14  involved in the market?
15      MIKE ALSTOTT:  No question.
16      JEFF WILLIAMS:  Oh, wow.
17      MIKE ALSTOTT:  No question.  I mean, it's
18  worth every -- every penny, and then you don't -- you
19  don't need to bankroll -- a huge bankroll to get
20  involved and -- and be satisfied in what you're doing.
21  It's like as you get bigger and bigger, you can get --
22  you can do more and more --
23      JEFF WILLIAMS:  Yeah.
24      MIKE ALSTOTT:  -- but, again, you're -- you
25  say entry-level; I say final stage for me.  You know

23

1   what I mean?
2       JEFF WILLIAMS:  Yeah.
3       MIKE ALSTOTT:  It's just more -- it's -- if
4   it grows and it grows, right, you can take more out,
5   whatever --
6       JEFF WILLIAMS:  Wow.
7       MIKE ALSTOTT:  -- and then just keep on
8   doing the challenges and -- and doing it, though, but,
9   you know, everybody's looking to make, you know, $500,
10  you know, $1,000, whatever --
11      JEFF WILLIAMS:  Yeah.
12      MIKE ALSTOTT:  -- you know, extra a month,
13  and you know what, the perfect place is you.
14      JEFF WILLIAMS:  Man, they call him the A-
15  Train.  Gang, he's a Super Bowl champ, a six-time Pro-
16  Bowler, a three-time All-Pro.  He's Mike Alstott from
17  the Tampa Bay Buccaneers.
18      Mike, it has been a pleasure talking to you.
19  Thanks for being on the Profit Prism Program and
20  listen -- to be with me today.  I really appreciate
21  it.  Thanks so much for your time, and I wish you all
22  the luck going forward.
23      MIKE ALSTOTT:  I apprec- -- thank you, Jeff.
24  I appreciate you, and I'm honored to be a part of your
25  team.  Thank you.

24

1       JEFF WILLIAMS:  Absolutely, man.  Thank you.
2   (Music.)
3       BEN STURGILL:  Well, that's a wrap for this
4   episode.  Thanks for listening.  I invite you to visit
5   WealthWisePodcasts.com to discover more episodes and
6   learn what it means to create, build, and lead a
7   wealthier life.
8       Also remember to subscribe to the WealthWise
9   Newsletter and join me on the next episode as we share
10  more stories from our guests on the wisdom behind
11  wealth and how you can create yours.  WealthWise
12  Podcast is brought to you by RagingBull.com, helping
13  traders succeed through education, resources and where
14  you can watch real traders make trades live.
15      (The recording was concluded.)
16
17
18
19
20
21
22
23
24
25

6 (Pages 21 to 24)

Attachment QQQQ          PX 27, 2985

Touchdown With Top Traders - Mike Alstott

Raging Bull LLC                                                      11/18/2020



25

```
 1          CERTIFICATE OF TRANSCRIPTIONIST
 2
 3          I, Sara J. Vance, do hereby certify that the
 4    foregoing proceedings and/or conversations were
 5    transcribed by me via CD, videotape, audiotape or
 6    digital recording, and reduced to typewriting under my
 7    supervision; that I had no role in the recording of
 8    this material; and that it has been transcribed to the
 9    best of my ability given the quality and clarity of
10    the recording media.
11          I further certify that I am neither counsel
12    for, related to, nor employed by any of the parties to
13    the action in which these proceedings were
14    transcribed; and further, that I am not a relative or
15    employee of any attorney or counsel employed by the
16    parties hereto, nor financially or otherwise
17    interested in the outcome of the action.
18
19    DATE:  11/16/2020
20                SARA J. VANCE, CERT
21
22
23
24
25
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Attachment QQQQ**    **PX 27, 2986**

3

```
      OFFICIAL TRANSCRIPT PROCEEDING

         FEDERAL TRADE COMMISSION


MATTER NO.      2023073

TITLE           RAGING BULL LLC

DATE            RECORDED:  DATE UNKNOWN
                TRANSCRIBED:  NOVEMBER 19, 2020
PAGES           1 THROUGH 10


        JASON BOND SPEECH (UNDATED)
```

```
1              FEDERAL TRADE COMMISSION
2
3   In the Matter of:          )
4   Raging Bull LLC            )  Matter No. 2023073
5                              )
6   ----------------------------)
7                                 Date Unknown
8
9
10
11        The following transcript was produced from a
12  digital file provided to For The Record, Inc. on
13  November 17, 2020.
14
15
16
17
18
19
20
21
22
23
24
25
```

2

```
1              FEDERAL TRADE COMMISSION
2                  I N D E X
3
4   RECORDING:                            PAGE:
5   Jason Bond Speech (Undated)             4
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

4

```
1              P R O C E E D I N G S
2                 -   -   -   -   -
3        JASON BOND SPEECH (UNDATED)
4        HOST:  Cofounder of RagingBull.com, our
5   featured speaker teaches stock trading and streams his
6   real-money portfolio during market hours with returns
7   of 239 percent and $239,143.43 for 2017 year-to-date
8   and over 330 percent and over $330,000 in 2016.  He
9   has trained over 10,000 paying clients, traded live
10  head-to-head against the world champion in New York
11  City's Times Square, has been featured in Forbes,
12  Investing.com, TheStreet, and on the floor of the New
13  York Stock Exchange.
14        Please welcome Jason Bond.
15        Have fun.
16        (Cheers and applause.)
17        JASON BOND:  Harvard Herd, yeah, let me hear
18  it.
19        (Cheers and applause.)
20        JASON BOND:  All right, seriously, louder
21  than that.  Let me hear it.
22        (Cheers and applause.)
23        JASON BOND:  All right.  All right, so,
24  first and foremost, Harvard Business School, thank you
25  so much for having me here to tell my story, how I
```

1 (Pages 1 to 4)

**Attachment RRRR**        PX 27, 2987

Jason Bond Speech (Undated)

Raging Bull LLC                                                                 11/19/2020

---

5

1   went from an elementary schoolteacher teaching
2   physical education to little kids with a quarter
3   million dollars in debt -- my wife was also a teacher,
4   with her master's, and we were just burdened by this
5   debt -- to just five years later building a $30
6   million company, teaching people to trade stocks,
7   something I knew nothing about, and how that has
8   transformed my life.
9       So let's rewind a little.  See if you can
10  fill in the blank, dit-dit-a-dit-dit...
11      AUDIENCE: Dit-dit.
12      JASON BOND:  Yeah, but with more energy,
13  man.  Dit-dit-a-dit-dit.
14      AUDIENCE: Dit-dit.
15      JASON BOND:  Yeah.  So from 2001 to 2011,
16  that was my life.  I went to college.  I did what I
17  was told.  I was the first in my family to do so, and
18  I paid for it myself.  My wife did the same.  We were
19  burdened with student loans, and I spent my days
20  teaching kids how to move.  I'm guessing you can
21  figure it out by now, I was a physical education
22  teacher, and I coached a lot of sports.
23      These kids came into the gym and I just
24  transformed that energy into them, and we had a great
25  time, but after eight years, I watched this show on

---

6

1   television, Dave Ramsey.  Who's heard of him?  All
2   right.  So Fox Business, I'm watching, and he says,
3   credit cards are bad, student loans are bad, mortgages
4   are bad.
5       And I had just recently done my taxes in
6   April, and I saw it for the first time ever -- I
7   didn't know what it was -- Quicken came with this tax
8   return, so I punched it in, it took all my numbers,
9   and net worth, what is net worth?  Minus 250,000 or
10  so.  I'm, wait a second.  So I'm -- I'm roughly 33
11  years old at the time.  I've seen this Dave Ramsey
12  thing, and I'm thinking, goodness gracious, I have to
13  do something about that.
14      So I thought it might be a scam.  I
15  subscribed to the Dave Ramsey stuff.  My wife and I
16  basically offloaded all of our debt.  We did what he
17  said, little credit card to the biggest debt.  When we
18  got to our house, which was only a small ranch for
19  $100,000-something, two teachers who paid for their
20  master's degree can do, we decided to sell it and go
21  into a small apartment.  So we got to zero.
22      When I got to zero, what's the first thing I
23  did?  Bigger house, we can afford a $300,000 house
24  now, you now?  So, anyways, we fell into that trap.
25  It was at that moment that I realized I needed to

---

7

1   transition, I needed to transform, I couldn't go back
2   to teaching.
3       I rolled over one morning, and I looked at
4   my wife, and I said, Pam, I would like to do something
5   else.  I don't know what it is, but this just isn't
6   going to work.  We're never going to be out of debt
7   this way.  We'll fall back into the same trap.  She
8   said go for it.
9       So I learned how to trade stocks.  This
10  was something surprisingly from a former physical
11  education degree, so far away from what I knew it was
12  unbelievable, but I was good at it.  I'm a great
13  teacher, and I had -- a lot of energy.  I took that to
14  the world.  I now have clients in over 70 countries.
15      In the last five years -- I left teaching in
16  2011 -- so I guess it's six years now -- my company is
17  worth $30 million.  I'm a multimillionaire.  I have
18  zero debt.  I don't owe anybody anything.  I have a
19  credit score of nothing.  It doesn't go to zero; it
20  evaporates.  And I love what I do.
21      Probably my biggest success so far was
22  taking another UCLA graduate -- well, I didn't go to
23  UCLA but he did -- a UCLA graduate who was burdened
24  with $80,000 in student loans, and he signed up for my
25  service -- my service is fairly expensive.  It's

---

8

1   $5,000 a year.  Some would look at that at the age of
2   24 and never do it.  He signed up for my service.
3       He has turned, fully audited, $15,000 into
4   just shy of $3 million.  He's 27 years old.  We gave
5   him a brand new Porsche as a reward for his success,
6   and that is how I landed on the floor of the New York
7   Stock Exchange being interviewed with my business
8   partner and co-owner Jeff Bishop, who is here today.
9       Jeff, can you raise your hand?
10  I couldn't have done it without him.
11      (Applause.)
12      JASON BOND:  So that's my story, and to
13  sum it up for you, I loved being an elementary
14  schoolteacher.  I don't think that I would have left
15  teaching kids and coaching sports if it weren't for
16  seeing Dave Ramsey on TV that one day, looking at my
17  wife and she saying, yes, I might like a bigger
18  diamond ring than the one you bought on your teaching
19  salary.
20      And breaking out into the world, it was
21  scary, it was hard, but it's the best thing that I've
22  ever done.  And while every day I struggle to stay on
23  top -- because it is an eat-what-you-kill business --
24  I like that fight.  I liked it when I was a teacher,
25  and I like it in business, and Harvard Business

---

2 (Pages 5 to 8)

**Attachment RRRR**          PX 27, 2988

Raging Bull LLC                                                                11/19/2020

---

9

1      School, thank you for letting me share it with you.
2              HOST:  Jason Bond.
3              (Cheers and applause.)
4              JASON BOND:  Thank you.
5              (Cheers and applause.)
6              JASON BOND:  Thank you.
7              HOST:  Jason Bond.  Yeah.
8              JASON BOND:  Thank you so much, man.
9              HOST: Great.  Great job.
10             JASON BOND:  Thank you, everyone.
11             HOST:  Jason Bond.
12             (The video recording was concluded.)
13
14
15
16
17
18
19
20
21
22
23
24
25

---

10

1              CERTIFICATE OF TRANSCRIPTIONIST
2
3          I, Sara J. Vance, do hereby certify that the
4      foregoing proceedings and/or conversations were
5      transcribed by me via CD, videotape, audiotape or
6      digital recording, and reduced to typewriting under my
7      supervision; that I had no role in the recording of
8      this material; and that it has been transcribed to the
9      best of my ability given the quality and clarity of
10     the recording media.
11         I further certify that I am neither counsel
12     for, related to, nor employed by any of the parties to
13     the action in which these proceedings were
14     transcribed; and further, that I am not a relative or
15     employee of any attorney or counsel employed by the
16     parties hereto, nor financially or otherwise
17     interested in the outcome of the action.
18
19     DATE:  11/19/2020
20                 SARA J. VANCE, CERT
21
22
23
24
25

---

3 (Pages 9 to 10)

**Attachment RRRR**          PX 27, 2989

## IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
## IN AND FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.

RAGINGBULL.COM, LLC, a Delaware limited
liability company, JASON BOND, an individual,
and JEFF BISHOP, an individual,

      Plaintiffs,

v.

DAVID JAFFEE, doing business as Best Stock
Strategy, an individual,

      Defendant.

_____/

## COMPLAINT

    Plaintiffs, RagingBull.com, LLC, Jason Bond, and Jeff Bishop sue Defendant David Jaffee

and in support allege the following.

### PARTIES, JURISDICTION, AND VENUE

    1.    Plaintiff RagingBull.com, LLC is a limited liability company with three members:

Jason Bond, Jeff Bishop, and Allan Marshall.

    2.    Plaintiff Jason Bond is a citizen of New Hampshire.

    3.    Plaintiff Jeff Bishop is a citizen of New Hampshire.

    4.    Allan Marshall is a citizen of Florida.

    5.    David Jaffee is a resident and citizen of Florida.

    6.    This Court has jurisdiction over the action pursuant to section 26.012 of the Florida

Statutes, because the matter in controversy exceeds $15,000, exclusive of interest, costs, and fees.

**Attachment SSSS**        **PX 27, 2990**

7.     Venue in Miami-Dade County, Florida is proper under sections 47.011 and 47.021 of the Florida Statutes because Jaffee resides in Miami-Dade County, Florida and because this action accrued in Miami-Dade County, Florida.

8.     This Court has personal jurisdiction over Jaffee under Florida Statutes section 48.193 because Jaffee is a resident and citizen of Miami-Dade County, Florida and undertakes substantial activity here.

<div align="center">BACKGROUND</div>

9.     RagingBull.com is a successful trading-education business, which helps individuals improve their trading skills.

10.     Jason Bond and Jeff Bishop are successful stock traders, and they are members of RagingBull.com.

11.     As part owners of RagingBull.com, Plaintiffs Jason Bond and Jeff Bishop also educate stock traders through on-line courses.

12.     Jaffee offers advice on stock trading through YouTube, books, and a blog.

13.     When it comes to giving stock-trading advice, Jaffee does business as Best Stock Strategy, LLC.

14.     Although Jaffee uses the Best Stock Strategy, LLC moniker, there is no entity incorporated as Best Stock Strategy, LLC; nor has Jaffee registered that moniker as a fictitious name.

15.     In any event, the Best Stock Strategy LLC violates Florida Statutes section 865.09, which bars the use of "LLC" as part of a fictitious business name, even if registered, because only properly incorporated limited liability companies can use "LLC" in their names.

GELBER SCHACHTER & GREENBERG, P.A.
1221 BRICKELL AVENUE • SUITE 2010 • MIAMI, FLORIDA 33131 • WWW.GSGPA.COM

**Attachment SSSS**                    **PX 27, 2991**

16.     Jaffee uses the Best Stock Strategy, LLC moniker to run a website called "www.beststockstrategy.com." He also runs a YouTube channel called Best Stock Strategy.

17.     Jaffee also operates davidjaffee.com.

18.     Through these websites and media platforms, Jaffee markets himself as the "Best [Stock-Trading] Coach for You" and markets Best Stock Strategy as the "only" legitimate stock market coach.

19.     Accordingly, Jaffee on the one hand and RagingBull.com, Jeff Bishop, and Jason Bond on the other hand are direct competitors.

### JAFFEE CREATES THE BEST STOCK STRATEGY YOUTUBE CHANNEL

20.     Jaffee, through the Best Stock Strategy channel, began to post YouTube videos with stock-trading advice about two years ago, in or around November of 2016.

21.     At first, these videos consisted of Jaffee appearing on camera providing insight into Jaffee's strategies and work habits.

22.     These videos struggled to gain views from the public. Indeed, a few times Jaffee received a few hundred views, but more often than not Jaffee's first videos garnered only dozens of views.

23.     Then, on July 23, 2017, Jaffee released a video in which he called "day trading, penny stocks and forex," which are all strategies to trade in the market, "scams." *See* https://www.youtube.com/watch?v=Dch4xkdIrBg. Thirty-two thousand persons viewed this video, far above Jaffe's average viewership by orders of magnitude.

24.     After posting this video, Jaffee returned to his previous tactic of offering his advice through his YouTube channel without calling anyone a scam. Viewership returned to normal, with only a handful of viewers looking at his videos.

GELBER SCHACHTER & GREENBERG, P.A.
1221 BRICKELL AVENUE • SUITE 2010 • MIAMI, FLORIDA 33131 • WWW.GSGPA.COM

**Attachment SSSS**

**PX 27, 2992**

**JAFFEE DEFAMES OTHERS TO INCREASE VIEWERSHIP**

25.     Apparently concluding that he could increase his viewership and injure his competitors by making defamatory statements, Jaffee began posting provocative videos in March of 2018.

26.     These videos targeted Jaffee's well-known competitors, like Warrior Trading, RagingBull.com, Jason Bond, Jeff Bishop, and Option Alpha in order to increase his viewership.

27.     For instance, on March 18, 2018, Jaffee uploaded a video, titled "Napoleon Hill is a fraud and scam artist," in which he defames Napoleon Hill, the author of *Think and Grow Rich*. *See* https://www.youtube.com/watch?v=KoDlEGSyPF0.

28.     That video received over seven-thousand views.

29.     In September of 2018, Jaffee posted a video in which he made defamatory comments against Timothy Sykes—a penny-stock trader—and Warrior Trading, stating that they were fraudulent.

30.     In the comment section of the September 2018 video, Jaffee defamed another competitor, Adam Khoo, calling him a "scam and fraud too."

31.     These are just examples, but throughout 2018 Jaffee called most of his competitors—including Warrior Trading, Timothy Sykes, Ross Cameron, Sky View Trading, Ricky Gutierrez, and Kirk du Plessis—scam artist, fraudsters, and criminals.

**JAFFEE CONSTANTLY DEFAMES JASON BOND AND JEFF BISHOP**

32.     Jaffee's flippant indifference toward defamation law did not leave RagingBull.com untouched.

33.     To the contrary, Jaffee has constantly defamed Jason Bond and Jeff Bishop in his videos, calling them criminals, fraudsters, and scam artists.

GELBER SCHACHTER & GREENBERG, P.A.
1221 BRICKELL AVENUE • SUITE 2010 • MIAMI, FLORIDA 33131 • WWW.GSGPA.COM

**Attachment SSSS**          **PX 27, 2993**

34.     In a video posted on YouTube on October 21, 2018, Jaffee states that Jason Bond pays to get fake customer testimonials. *See* https://www.youtube.com/watch?v=JezUerecw_s.

35.     In a video posted four days later, Jaffee calls Jason Bond a criminal twice. *See* https://www.youtube.com/watch?v=ruDuRzmMdaE.

36.     This video had over four-thousand views.

37.     In another video from the same day, Jaffee calls Jason Bond a criminal and states that Jason Bond does not "even trade." *See* https://www.youtube.com/watch?v=dMMsCukFmBM.

38.     That video gained over seven-thousand views

39.     The next day, on October 26, 2018, Jaffee uploaded a video on the Best Stock Strategy channel calling Jason Bond a criminal, stating that Jason Bond should be in "jail," and stating that Jason Bond is a fraud. *See* https://www.youtube.com/watch?v=FK4v3o7tsMk.

40.     On Halloween of 2018, Jaffee uploaded a video, which he titled "Jason Bond Raging Bull Kyle Dennis Jeff Bishop FRAUD, SCAM CRIMINALS."

41.     In that video, which is no longer up, Jaffee called Jason Bond, RagingBull.com, and Jeff Bishop "criminals" at least five times, stated that they should be in jail or in prison another four times, and asserted that they create "fake testimonials." Jaffee also called Jeff Bishop a "scam artist" and accused Plaintiffs of being "fraudulent."

42.     Before being removed, that video had ten of thousands of views.

43.     On November 1, 2018, Jaffee posted another video on Best Stock Strategy's YouTube channel, in which he again calls Jason Bond a criminal. *See* https://www.youtube.com/watch?v=b4LitxurewE.

GELBER SCHACHTER & GREENBERG, P.A.
1221 BRICKELL AVENUE • SUITE 2010 • MIAMI, FLORIDA 33131 • WWW.GSGPA.COM

**Attachment SSSS**          **PX 27, 2994**

44.     On a video uploaded on November 2, 2018, Jaffee says the following about Jeff Bishop and Jason Bond: "Those guys are complete criminals and they belong in jail." *See* https://www.youtube.com/watch?v=EUAxEfnOOWo.

45.     Two days later, in yet another video, which is now taken down, Jaffee called Jason Bond a criminal and stated that Jason Bond does not "trade at all."

46.     In the comments section to that video, Jaffee wrote, "Warrior Trading, Tim Sykes, Jason Bond, those are scumbags who deserve to be in prison and have zero redeemable qualities."

47.     On November 21, 2018, Jaffee once again called Jason Bond a criminal in a video.

48.     Finally, on Christmas Day 2018, Jaffee uploaded yet another video calling Jason Bond, among others, a "criminal" and telling Jason Bond's students that they were "fraud" victims.

49.     In the comments section, a commentator asked Jaffee if he was worried about getting sued for his ridiculous statements, and Jaffee responded, "No, I accept that risk."

50.     All of the statements made by Jaffee as to RagingBull.com, Jason Bond, and Jeff Bishop are false.

51.     Throughout these videos, Jaffee requests that his viewers share, comment on, and like the videos.

52.     These videos received thousands of views each, and some received tens of thousands of views.

### Jaffee Gets Sued and Enjoined

53.     Jaffee's defamatory behavior led to Warrior Trading and Ross Cameron suing Jaffee in federal court in January of 2019.

54.     As a result of that litigation, Jaffee has been enjoined from defaming Warrior Trading and Ross Cameron.

GELBER SCHACHTER & GREENBERG, P.A.
1221 BRICKELL AVENUE • SUITE 2010 • MIAMI, FLORIDA 33131 • WWW.GSGPA.COM

**Attachment SSSS**          **PX 27, 2995**

55.     Consequently, Jaffee has removed some of the defamatory videos, especially when they mention Warrior Trading and Ross Cameron.

56.     Nonetheless, some of the videos that single out Plaintiffs are still available as of the filing of this Complaint.

57.     Plaintiffs requested that Jaffee remove all videos defaming them, and though Jaffee removed some after being enjoined, he has not removed all of the defamatory videos.

58.     All conditions precedent to this lawsuit have been performed.

### COUNT I (DEFAMATION PER SE)

59.     Plaintiffs incorporate allegations 1 through 58.

60.     Defendant published numerous false and defamatory statements about Plaintiffs.

61.     Each of Defendant's statements were false.

62.     Defendant's statements constitute defamation per se because they asserted and implied that Plaintiffs are criminals, engaged in criminal conduct, or engaged in fraudulent conduct or because they were words that tend to injure a person in his office, occupation, business, or employment.

63.     Defendant made these statements at least negligently.

64.     Defendant's statements actually damaged Plaintiffs, including lost profits, reputational harm, and humiliation, mental anguish, and suffering.

WHEREFORE, Plaintiffs RagingBull.com, Jeff Bishop, and Jason Bond request that judgment be entered in their favor and against Defendant David Jaffee for (a) an injunction barring Jaffee's publication of false statements against Plaintiffs, (b) damages, including actual, consequential, presumed, and punitive damages, (c) attorneys' fees and costs, and (d) any and all such other and further relief as this Court deems just and proper.

GELBER SCHACHTER & GREENBERG, P.A.
1221 BRICKELL AVENUE • SUITE 2010 • MIAMI, FLORIDA 33131 • WWW.GSGPA.COM

**Attachment SSSS**                    **PX 27, 2996**

## COUNT II (DEFAMATION)

65.     Plaintiffs incorporate allegations 1 through 58.

66.     Defendant published numerous false and defamatory statements about Plaintiffs.

67.     Each of Defendant's statements were false.

68.     Defendant's statements were defamatory.

69.     Defendant made these statements at least negligently.

70.     Defendant's statements actually damaged Plaintiffs, including lost profits, reputational harm, and humiliation, mental anguish, and suffering.

WHEREFORE, Plaintiffs RagingBull.com, Jeff Bishop, and Jason Bond request that judgment be entered in their favor and against Defendant David Jaffee for (a) an injunction barring Jaffee's publication of false statements against Plaintiffs, (b) damages, including actual, consequential, presumed, and punitive damages, (c) attorneys' fees and costs, and (d) any and all such other and further relief as this Court deems just and proper.

## JURY DEMAND

Plaintiffs request a trial by jury on those issues triable by jury.

GELBER SCHACHTER & GREENBERG, P.A.
1221 BRICKELL AVENUE • SUITE 2010 • MIAMI, FLORIDA 33131 • WWW.GSGPA.COM

**Attachment SSSS**          **PX 27, 2997**

Dated this 30th day of January 2019.    Respectfully Submitted,

*/s/Adam M. Schachter*
ADAM M. SCHACHTER
Florida Bar No. 647101
aschachter@gsgpa.com
FREDDY FUNES
Florida Bar No. 87932
ffunes@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131
Telephone: (305) 728-0950
Facsimile: (305) 728-0951
E-service: efilings@gsgpa.com

*Counsel for Plaintiffs*

GELBER SCHACHTER & GREENBERG, P.A.
1221 BRICKELL AVENUE • SUITE 2010 • MIAMI, FLORIDA 33131 • WWW.GSGPA.COM

**Attachment SSSS**    **PX 27, 2998**

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN
AND FOR MIAMI-DADE COUNTY,
FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 19-003110 CA 30

RAGINGBULL.COM, LLC, a Delaware limited
liability company, JASON BOND, an individual,
and JEFF BISHOP, an individual,

     Plaintiffs,

v.

DAVID JAFFEE, doing business as Best Stock
Strategy, an individual,

     Defendant.

_____/

### DECLARATION OF JASON BOND

     I, Jason Bond, being of sound mind hereby declare the following statement based upon my personal knowledge:

    1.     I am over 18 years of age and reside in New Hampshire.

    2.     Like Jeff Bishop, I am an owner of RagingBull.com, LLC.

    3.     RagingBull.com educates its clients and customers about trading stock.

    4.     To educate its customers and clients, RagingBull.com offers courses, lessons, and material on trading stock, penny stocks, options, and other forms of financial instruments.

    5.     Today, I trade stock, but before that I was an elementary-school teacher who decided to learn how to trade stock.

    6.     Through stock trading, I became successful, and I now seek to teach others how to trade stock.

7.      Through RagingBull.com, I have taught thousands of students.

8.      In 2018, I learned that David Jaffee was posting videos disparaging me and RagingBull.com. I have seen some of those videos and have read some of the comments made by David Jaffee in his comments section.

9.      For instance, I am aware that Mr. Jaffee asserts that I and RagingBull.com pay for "fake" testimonials from customers. This is not true.

10.     RagingBull.com, in fact, hires a company, called Trustpilot, to gather reviews from customers. These reviews' authenticity is verified by Trustpilot.

11.     Mr. Jaffee also states that RagingBull.com and I are criminals and states that I do not trade stock. These statements are false too. I do trade, and neither I nor RagingBull.com are criminals.

12.     Mr. Jaffee calls me and RagingBull.com scam artists, and he says that I was trying to defraud and scam innocent persons. This is false. I am not a scam artist, and neither is RagingBull.com. We provide educational material and lessons regarding trading to our customers, and that is not a scam. Nor is that a fraud, and neither I nor RagingBull.com has ever defrauded anyone.

13.     Mr. Jaffee also states that I deserve to be in prison. Again, this is false, since I have not done anything wrong and have committed no crime.

14.     From what I have seen, Mr. Jaffee believes himself a competitor to RagingBull.com, since he states that he is the only person who can teach anyone how to make money through trades in the market.

15.     Mr. Jaffee's statements will significantly harm RagingBull.com's reputation, as well as my reputation.

16.     RagingBull.com and my reputation are invaluable to RagingBull.com's goodwill.

Under penalty of perjury, I declare that I have read the foregoing declaration and that the facts stated in it are true.

Dated: March 11, 2019

*Jason Bond*
_____
JASON BOND

3

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN
AND FOR MIAMI-DADE COUNTY,
FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 19-003110 CA 30

RAGINGBULL.COM, LLC, a Delaware limited
liability company, JASON BOND, an
individual, and JEFF BISHOP, an individual.

      Plaintiffs,

v.

DAVID JAFFEE, doing business as Best Stock
Strategy, an individual,

      Defendant.
_____/

## DECLARATION OF JEFF BISHOP

I, Jeff Bishop, being of sound mind hereby declare the following statement based upon

my personal knowledge:

1.    I am over 18 years of age and reside in New Hampshire.

2.    I am one of the owners of RagingBull.com, LLC.

3.    RagingBull.com is a business that educates its clients and customers about trading

stock.

4.    RagingBull.com offers its clients several courses, lessons, and material on trading

stock, penny stocks, options, and other forms of financial instruments.

5.    I am a trader with about 20 years of experience. Though I have dabbled in every

aspect of the financial market, I focus on trading options and exchange-traded funds.

6.  I am not only a trader, I am also an educator on trading. As an educator, I founded popular financial education websites like WeeklyMoneyMultiplier.com and RagingBull.com. Along with Jason Bond and others, I offer courses and material to educate our clients and customers through RagingBull.com.

7.  I do not know David Jaffee, but I know that he runs a website called beststockstrategy.com and has a YouTube channel called "Best Stock Strategy." On his YouTube channel, Mr. Jaffee appears to give viewers advice on trading stock, and he repeatedly tries to sell his courses and material.

8.  Mr. Jaffee tries to compete against RagingBull.com, and he attempts to gain clients by defaming larger, better-known educators.

9.  I have read and seen some of the statements that Mr. Jaffee has made against RagingBull.com, Jason Bond, and me. I have also read and been shown statements made by Mr. Jaffee in the comments section to his videos.

10.  The statements made by Mr. Jaffee are false.

11.  Neither I nor RagingBull.com has ever paid for fake testimonials. To the contrary, RagingBull.com and I use Trustpilot to gather verified reviews. Trustpilot hosts reviews for many businesses, and Trustpilot allows someone to review RagingBull.com only if that person has actually used RagingBull.com's services.

12.  Neither I nor RagingBull.com, moreover, are scam artists, and neither I nor RagingBull.com has ever scammed or defrauded innocent people. RagingBull.com's business is to educate and provide educational resources to its clients and customers, which is not in any way a fraud or scam.

2

13.    RagingBull.com is not a fraud, does not commit fraud, and has never committed fraud. This is true about me as well.

14.    RagingBull.com's goodwill is critical to its business. Clients will not seek RagingBull.com's services unless they can trust RagingBull.com. The same is true for my reputation, which is intertwined with RagingBull.com's goodwill, since I am an educator and our clients must believe in me if they are to trust my teachings.

15.    The exchange between Jaffee and a RagingBull.com's client on Jaffee's YouTube channel underscores this point. I have reviewed the comments section to one of Jaffee's videos, and Mr. Jaffee clearly convinced one of RagingBull.com's customers to drop our services. That comment can be found at https://www.youtube.com/watch?v=xHPvPD2elMA&t=3s. That conduct is highly disconcerting and will damage our business.

Under penalty of perjury, I declare that I have read the foregoing declaration and that the facts stated in it are true.

Dated: April __, 2019

JEFF BISHOP

3

Declaration of Emmett Moore

June 15, 2019

To whom it may concern:

My name is Emmett Moore, and I am a resident of San Diego, California. I make the following statements based on my personal knowledge. I am the owner of a financial review website named "TradingSchools.Org."

The purpose of this website is to provide a public forum in which consumers may express their opinions regarding "investment schools" and "investment educators."

In addition to providing an open forum where individuals may freely express their opinions, we also write investigative reports regarding many of these so-called investment educational companies.

Beginning in 2015 through 2019, we have written three articles regarding Raging Bull LLC.

Our first article detailed how Raging Bull LLC was essentially "pumping" highly dubious investments in worthless penny stocks. These penny stocks are not investment quality products, rather these are companies that are not listed in the public domain and not deemed worthy for public consumption by the Securities and Exchange Commission (SEC).

In order for this scheme to profit the promotional company, like Raging Bull LLC, they must employ a wide-ranging social media marketing campaign that lures the financially unsophisticated into investing in these worthless securities.

The scheme is simple but effective -- hire multitudes of social media personalities and pay them to create glowing reviews of the investments and post these investment endorsements on YouTube and Twitter.

The following page contains 12 images of persons that were hired on Fiverr.com to create videos which were posted on YouTube that purport that Raging Bull LLC investment products made them incredible investment profits. These individuals are typically paid $5 to $50 per video, per product endorsement.

For a more in-depth demonstration of what these videos promise, and what they look like, please see the videos that I presented for the court. (Video A, Video B)

**Attachment SSSS**          **PX 27, 3005**



In addition to using paid endorsements to promote unlicensed and unregistered securities, Raging Bull LLC also routinely attempts to deceive the public by posting YouTube videos that purport that the "investment advisors" at Raging Bull LLC have been endorsed and invited by Harvard University.

Please see video C, where Raging Bull LLC claims Harvard endorsements in a video presentation that was widely promoted on YouTube.

However, in our investigation, we discovered that Harvard University was completely unaware of any company named Raging Bull LLC and had never endorsed any investments by this company. This was confirmed by speaking directly with Alan Garber, Ph.D., the provost of Harvard University.

Additionally, we were contacted by Rick Calixto, the executive director of the Harvard University Trademark Program and he notified us that Harvard University had issued a cease and desist letter to Raging Bull LLC for using their trademark and image in a phony YouTube video.

If this were not outrageous enough, we also recently discovered that yet another unlicensed and unregistered "investment advisor" of Raging Bull LLC was recently indicted for embezzlement and fraud. Please see video D where a nationally syndicated news outlet broadcast a highly damning report and described a Raging Bull LLC "investment advisor" as a "stone cold criminal."

This is only the tip of the proverbial iceberg. On the TradingSchools.Org blog, there are literally hundreds of registered complaints alleging investment fraud.

A simple Google search of Raging Bull LLC and their affiliated business reveal a virtual cornucopia of consumer complaints spanning many years.

Raging Bull LLC is apparently quite upset that consumers are speaking out publicly. In fact, they are now threatening their own paying customers with a stream of cease and desist letters claiming that any attempt at a "chargeback" of their credit card purchases somehow constitutes defamation.

I can literally expound for hours on the allegedly fraudulent schemes of this company. Nearly every day is yet another YouTube video of private jets, exotic vacations, expensive sports cars, and endless stories of how everyone is "getting rich" by investing in worthless penny stocks. The following visuals are just a small sampling...



| 2019 January | | | | |
|---|---|---|---|---|
| **MONDAY** | **TUESDAY** | **WEDNESDAY** | **THURSDAY** | **FRIDAY** |
| 31<br>New Years Day<br>Markets Closed | 01<br>Success.<br>+102%<br>SPY 1/7 245 Calls | 02<br>Success.<br>+118%<br>SPY 1/9 247 Calls | 03<br>Success.<br>+63%<br>SPY 1/9 249 Calls | 04<br>Success.<br>121%<br>SPY 1/11 252 Calls |
| 07<br>Success.<br>+40%<br>SPY 1/14 257 Calls | 08<br>Success.<br>+60%<br>SPY 1/14 258 Calls | 09<br>Success.<br>+41%<br>SPY 1/16 256 Puts | 10<br>Success.<br>+78%<br>SPY 1/16 257 Calls | 11<br>Success.<br>+106%<br>SPY 1/18 258 Calls |
| 14<br>MLK Day  Markets<br>Closed | 15<br>Success.<br>+20%<br>SPY 1/22 258 Calls | 16<br>Success.<br>+74%<br>SPY 1/22 261 Calls | 17<br>Success.<br>53%<br>SPY 1/22 259 Puts | 18<br>Success.<br>+81%<br>SPY 1/25 262 Calls |
| 21<br>Success.<br>+119%<br>SPY 1/25 262 Calls | 22<br>Success.<br>+61%<br>SPY 1/28 263 Calls | 23<br>Success.<br>+42%<br>SPY 1/30 263 Puts | 24<br>Success.<br>+17%<br>SPY 1/30 263 Puts | 25<br>Success.<br>+102%<br>SPY 1/30 266 Calls |
| 28<br>Success.<br>+102%<br>SPY 2/4 265 Calls | 29<br>Success.<br>+78%<br>SPY 2/4 265 Calls | 30<br>Success.<br>+52%<br>SPY 2/4 266 Calls | 31<br>Success.<br>+134%<br>SPY 2/4 267 Calls | 01 |

**Please note that Raging Bull LLC claimed that on January 1, 2019, they achieved an investment return of 102%. This is impossible because financial markets were closed**





Data as of: 09/21/2018

See your monthly and quarterly total returns:

| | | YTD | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ■ | 3291 | 2742.17% | 28.91% | 54.11% | 31.10% | 63.82% | 33.26% | 94.48% | 5.85% | 40.51% | 72.79% |
| | | | Q1 Performance 160.45% | | | Q2 Performance 324.65% | | | Q3 Performance 48.72% | | |





It is my hope that this Court will recognize what is happening -- this sort of marketing is a blatant misrepresentation of responsible investing. There is no such thing as "getting rich quick" and these sorts of promotional materials represent the worst the internet has to offer.

It is also my hope that this Court will deny plaintiffs' motion. By stripping Mr. Jaffee of his right to speak openly about Raging Bull, it is creating a potentially dangerous environment where innocent investors could further be harmed.

Plaintiffs' have also publicly posted on social media that "they will make an example of Mr. Jaffee" and "they have the best lawyers money can buy" whereas Mr. Jaffee is desperately attempting to defend himself Pro Per.

I respectfully request that this Court deny Plaintiffs' motion to strip Mr. Jaffee of his right to speak freely regarding his opinions of Raging Bull LLC. If this Court were to grant Plaintiffs' motion, I am afraid that Plaintiffs would simply use this as a public cudgel to warn all others that

also attempt to speak openly about their experiences. This would have a significant chilling effect.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 15, 2019.

Thank You,

Emmett Moore
TradingSchools.Org
June 18, 2019

-1-

DECLARATION OF SYDNEY S. BUDINA REGARDING A RAGING BULL

I, Sydney S. Budina, declare as follows:

1. My name is Sydney S. Budina and I am over 18 years of age. I make this declaration voluntarily and based upon my own personal knowledge regarding the matters set forth herein.

2. I purchased a membership and subscriptions in following programs of Raging Bull:
   a) PennyPro (Jeff Williams)
   b) BiotechBreakouts (Kyle Dennis)
   c) PetraPicks (Petra Hess)

3. After a various months of personal experience in private chat room of PennyPro and one try with PetraPicks, I decided try another program named BiotechBreakouts and in a few days was clear that all three programs are misleading the traders, pumping and dumping stocks, defrauding and scamming people. I assumed my loses and my stupidity for not to do enough Due Diligence and I didn't complained about this fraudulent company (Raging Bull), till my credit card was charged with $2,999 following year without my authorization after I canceled the autopay on my account months ago. They didn't refund the money even when I contacted them a few minutes after the automatic charge was processed and I received the alert from my bank regarding the charge. I contacted Kyle Dennis who was just laughing and saying that he can not do anything about that., that is the problem between me and the company. Raging Bull has very poor customer service (with fake names and photos)  who is just lying to the customers. I contacted them in various occasions, they are rude and tell the customer that they do not do refunds.. I had to dispute the charge with the bank and the bank after various weeks recognized the fraudulent charge and returned the money to my account.

4. After that I started to contact other victims through social media and I discovered that there are hundreds of victims. I was able to collect so far hundreds of testimonials of people who were defrauded the same way.

5.  My personal opinion and conclusion:

Raging Bull owners and employees are violating various federal and state securities laws, giving financial advice without proper license.

They are misrepresenting, misleading and false advertising.

**Attachment SSSS**          PX 27, 3012

-2-

They are committing forgery   and falsify documents to have a maximum number of subscribers and members to be able to pump a stocks and then exit them before they let their subscribers know, then stocks dive and the subscribers lost all the money and are stacked with the stocks worth nothing for months.

They are committing a wire fraud, not allowing to cancel autopay or reactivating autopay after deactivated by customers, etc.

6. Some examples: cherry-pick profitable stock selections or showing selected gains, banning members/subscribers who complains from the access to the public chatroom during the membership/subscription, not allowing members/subscribers to contact the company through the chat on any of  Raging Bull websites during your membership/subscription, ignoring people who complained or requested a refund, customer service personnel is fake (using false names and Shutter stock photos) and lying, pumping stocks, giving investment advice, sending alerts to members/subscribers late, ignoring and cutting off the people who lost money following instructions of the trainers, charging subscription or subscription renewal without members/subscribers consent, activating an automatic payment of members/subscribers even after they deactivated autopay on Raging Bull website, not sending confirmation about autopay cancelation, not giving refund to all the people who requested them, losing entire portfolios of many people, etc.

7. I am sure that Raging Bull, their employees and owners with all the help of people that were scammed and defrauded will be investigated, closed down and all the owners will end up in prison for all the money that they have stolen from people not just charging these huge amounts of money promising something that they don't deliver, advertising facts that are not true, stealing money from people's  bank accounts, but the worst for me was when I have to listen and read the horrible stories of the people that contacted me telling me about losing hundred of thousand of dollars, whole life saving, following investment instructions and recommendations of Raging Bull "mentors" or "gurus".

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 5.31.2019

_____

Sydney S. Budina

**Attachment SSSS**       **PX 27, 3013**

**CERTIFICATE OF SERVICE**

I, David Jaffee, hereby certify I have served a true and correct copy of this Opposition to Temporary Injunction on the plaintiffs by service of their attorney of record via email & the court's e-filing system to::

Adam Schachter
1221 Brickell Ave #2010
Miami, FL 33131

Email Address: aschachter@gsgpa.com

DATED at Miami, Florida this 18 day of June, 2019.

*/s/ David Jaffee*

_____
David Jaffee
Defendant, *pro se*

**Attachment SSSS**      PX 27, 3014





## Franchise Tax Account Status

As of : 11/19/2020 08:13:43

**This page is valid for most business transactions but is not sufficient for filings with the Secretary of State**

| | |
|---|---|
| **BLUEWAVE ADVISORS, LLC** | |
| **Texas Taxpayer Number** | ▮▮▮▮▮▮ |
| **Mailing Address** | 5380 OLD BULLARD RD # 600-182 TYLER, TX 75703-3607 |
| ❓ **Right to Transact Business in Texas** | FRANCHISE TAX ENDED |
| **State of Formation** | TX |
| **Effective SOS Registration Date** | 03/13/2006 |
| **Texas SOS File Number** | 0800626401 |
| **Registered Agent Name** | KAREN A MEREDITH |
| **Registered Office Street Address** | 251 O'CONNOR RIDGE BLVD STE. 370 IRVING, TX 75038 |

**Attachment TTTT**          **PX 27, 3015**

## Public Information Report

**Public Information Report**
**BLUEWAVE ADVISORS, LLC**
Report Year :2013

Information on this site is obtained from the most recent Public Information Report (PIR) processed by the Secretary of State (SOS). PIRs filed with annual franchise tax reports are forwarded to the SOS. After processing, the SOS sends the Comptroller an electronic copy of the information, which is displayed on this web site. The information will be updated as changes are received from the SOS.

You may order a copy of a Public Information Report from open.records@cpa.texas.gov or Comptroller of Public Accounts, Open Records Section, PO Box 13528, Austin, Texas 78711.

| Title | Name and Address |
|---|---|
| GOVERNING | **JEFF BISHOP** ████████ LEE, NH 03861 |
| DIRECTOR | **JEFFREY BISHOP** ████████ LEE, NH 03861 |
| GOVERNING | **NIC LESMEISTER** ████████ TYLER, TX 75701 |
| GOVERNING | **TERENCE SCOTT** ████████ FAIRPORT, NY 14450 |

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

IM STREET MEDIA, INC.

**Entity Number:**

E0502572007-5

**Entity Type:**

Domestic Corporation (78)

**Entity Status:**

Permanently Revoked

**Formation Date:**

07/17/2007

**NV Business ID:**

NV20071280653

**Termination Date:**

Perpetual

**Annual Report Due Date:**

7/31/2008

### REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

NATIONAL REGISTERED AGENTS, INC.

**Status:**

Active

**Attachment UUUU**          **PX 27, 3017**

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20181908806

**Office or Position:**

**Jurisdiction:**

DELAWARE

**Street Address:**

701 S CARSON ST STE 200, Carson City, NV, 89701, USA

**Mailing Address:**

**Individual with Authority to Act:**

MATTHEW TAYLOR

**Fictitious Website or Domain Name:**

**OFFICER INFORMATION**

☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| President | WILLIAM HERRED | ███████████, CAPITOLA, CA, 95010, USA | 08/30/2007 | Active |
| Secretary | JEFF BISHOP | ███████████, FRISCO, TX, 75034, USA | 08/30/2007 | Active |
| Treasurer | JEFF BISHOP | ███████████, FRISCO, TX, 75034, USA | 08/30/2007 | Active |
| Director | JEFF BISHOP | ███████████, FRISCO, TX, 75034, USA | 08/30/2007 | Active |
| Director | WILLIAM HERRED | ███████████, CAPITOLA, CA, 95010, USA | 08/30/2007 | Active |

< Previous | ... | 1 | 2 | ... | Next > | Page 1 of 2, records 1 to 5 of 6 | [        ] | Go to Page

**CURRENT SHARES**

**Attachment UUUU**          **PX 27, 3018**

| Class/Series | Type | Share Number | Value |
|---|---|---|---|
| | Authorized | 100,000,000 | 0.001000000000 |

**Page 1 of 1, records 1 to 1 of 1**

Number of No Par Value Shares:

**0**

Total Authorized Capital:

**100,000**

Filing History     Name History     Mergers/Conversions

Return to Search     Return to Results

**Attachment UUUU**          PX 27, 3019





## Franchise Tax Account Status

As of : 11/19/2020 08:07:14

**This page is valid for most business transactions but is not sufficient for filings with the Secretary of State**

| | |
|---|---|
| **PATRIOT PUBLISHING, LLC** | |
| **Texas Taxpayer Number** | ████████ |
| **Mailing Address** | 835 E LAMAR BLVD STE 238 ARLINGTON, TX 76011-3504 |
| **❓ Right to Transact Business in Texas** | FRANCHISE TAX ENDED |
| **State of Formation** | TX |
| **Effective SOS Registration Date** | 07/03/2012 |
| **Texas SOS File Number** | 0801621551 |
| **Registered Agent Name** | KAREN A. MEREDITH |
| **Registered Office Street Address** | 251 O'CONNOR RIDGE BLVD., STE. 370 IRVING, TX 75038 |

## Public Information Report

**Public Information Report**
**PATRIOT PUBLISHING, LLC**
Report Year :2015

---

Information on this site is obtained from the most recent Public Information Report (PIR) processed by the Secretary of State (SOS). PIRs filed with annual franchise tax reports are forwarded to the SOS. After processing, the SOS sends the Comptroller an electronic copy of the information, which is displayed on this web site. The information will be updated as changes are received from the SOS.

You may order a copy of a Public Information Report from open.records@cpa.texas.gov or Comptroller of Public Accounts, Open Records Section, PO Box 13528, Austin, Texas 78711.

---

| Title | Name and Address |
|-------|------------------|
| GOVERNING | **JEFF BISHOP** ████████ LEE, NH 03861 |
| MEMBER | **NIC LESMEISTER** ██████████ TYLER, TX 75701 |
| MEMBER | **TERRY SCOTT** ████████████ FAIRPORT, NY 14450 |

**Attachment VVVV**          **PX 27, 3021**





## Franchise Tax Account Status

As of : 11/19/2020 08:07:14

**This page is valid for most business transactions but is not sufficient for filings with the Secretary of State**

|  |  |
|---|---|
| **PATRIOT PUBLISHING, LLC** | |
| **Texas Taxpayer Number** | ███████ |
| **Mailing Address** | 835 E LAMAR BLVD STE 238 ARLINGTON, TX 76011-3504 |
| **❓ Right to Transact Business in Texas** | FRANCHISE TAX ENDED |
| **State of Formation** | TX |
| **Effective SOS Registration Date** | 07/03/2012 |
| **Texas SOS File Number** | 0801621551 |
| **Registered Agent Name** | KAREN A. MEREDITH |
| **Registered Office Street Address** | 251 O'CONNOR RIDGE BLVD., STE. 370 IRVING, TX 75038 |

**Attachment WWWW**          **PX 27, 3022**

# Public Information Report

**Public Information Report**
**PATRIOT PUBLISHING II, LLC**
Report Year :2014

Information on this site is obtained from the most recent Public Information Report (PIR) processed by the Secretary of State (SOS). PIRs filed with annual franchise tax reports are forwarded to the SOS. After processing, the SOS sends the Comptroller an electronic copy of the information, which is displayed on this web site. The information will be updated as changes are received from the SOS.

You may order a copy of a Public Information Report from open.records@cpa.texas.gov or Comptroller of Public Accounts, Open Records Section, PO Box 13528, Austin, Texas 78711.

| Title | Name and Address |
|---|---|
| GOVERNING | **JEFF BISHOP** ███████ . LEE, NH 03861 |
| GOVERNING | **NIC LESMEISTER** ███████ TYLER, TX 75704 |
| GOVERNING | **TERENCE SCOTT** ███████ FAIRPORT, NY 14450 |

**Attachment WWWW**        **PX 27, 3023**





## Franchise Tax Account Status

As of : 11/19/2020 08:09:48

**This page is valid for most business transactions but is not sufficient for filings with the Secretary of State**

| | |
|---|---|
| **STOCK HIDEOUT, LLC** | |
| **Texas Taxpayer Number** | ████████ |
| **Mailing Address** | 4828 S BROADWAY AVE STE 182 TYLER, TX 75703-1312 |
| **❓ Right to Transact Business in Texas** | FRANCHISE TAX ENDED |
| **State of Formation** | NV |
| **Effective SOS Registration Date** | 04/21/2010 |
| **Texas SOS File Number** | 0801259843 |
| **Registered Agent Name** | BLUEWAVE ADVISORS, LLC |
| **Registered Office Street Address** | 4828 S. BROADWAY, STE. 182 TYLER, TX 75703 |

**Attachment XXXX**    **PX 27, 3024**

Public Information Report

**Public Information Report**
**STOCK HIDEOUT, LLC**
Report Year :2013

Information on this site is obtained from the most recent Public Information Report (PIR) processed by the Secretary of State (SOS). PIRs filed with annual franchise tax reports are forwarded to the SOS. After processing, the SOS sends the Comptroller an electronic copy of the information, which is displayed on this web site. The information will be updated as changes are received from the SOS.

You may order a copy of a Public Information Report from open.records@cpa.texas.gov or Comptroller of Public Accounts, Open Records Section, PO Box 13528, Austin, Texas 78711.

| Title | Name and Address |
|---|---|
| DIRECTOR | **BLUEWAVE ADVISORS**<br>4828 S. BROADWAY #182 TYLER, TX 75703 |
| MEMBER | **BLUEWAVE ADVISORS**<br>4828 S. BROADWAY #182 TYLER, TX 75703 |
| DIRECTOR | **JEFF WILLIAMS**<br>███████████ FAIRPORT, NY 14450 |
| MEMBER | **JEFF WILLIAMS**<br>███████████ FAIRPORT, NY 14450 |

**Attachment XXXX**     **PX 27, 3025**





## Franchise Tax Account Status

As of : 11/19/2020 08:45:53

**This page is valid for most business transactions but is not sufficient for filings with the Secretary of State**

| | |
|---|---|
| **TWIN MEDIA, LLC** | |
| **Texas Taxpayer Number** | █████ |
| **Mailing Address** | 3411 PRESTON RD STE C-13 FRISCO, TX 75034-9010 |
| ❓ **Right to Transact Business in Texas** | FRANCHISE TAX ENDED |
| **State of Formation** | TX |
| **Effective SOS Registration Date** | 09/10/2007 |
| **Texas SOS File Number** | 0800869173 |
| **Registered Agent Name** | SCOTT SANCHEZ |
| **Registered Office Street Address** | 3411 PRESTON RD, STE C-13, #16 FRISCO, TX 75034 |

**Attachment YYYY**          **PX 27, 3026**

Public Information Report

**Public Information Report**
**TWIN MEDIA, LLC**
Report Year :Not Available

---

Information on this site is obtained from the most recent Public Information Report (PIR) processed by the Secretary of State (SOS). PIRs filed with annual franchise tax reports are forwarded to the SOS. After processing, the SOS sends the Comptroller an electronic copy of the information, which is displayed on this web site. The information will be updated as changes are received from the SOS.

You may order a copy of a Public Information Report from open.records@cpa.texas.gov or Comptroller of Public Accounts, Open Records Section, PO Box 13528, Austin, Texas 78711.

---

| Title | Name and Address |
|-------|------------------|
| MEMBER | **JEFFREY BISHOP** ███████████ FRISCO, TX 75034 |
| MEMBER | **REGEM SAUL SANCHEZ** ███████████ FRISCO, TX 75207 |
| MEMBER | **REUEL SCOTT SANCHEZ** ███████████ FRISCO, TX 75034 |

**Attachment YYYY**      **PX 27, 3027**





## Franchise Tax Account Status

As of : 11/19/2020 08:12:49

**This page is valid for most business transactions but is not sufficient for filings with the Secretary of State**

| BEACON EQUITY LLC | |
|---|---|
| Texas Taxpayer Number | ██████████ |
| Mailing Address | 2314 PROSPECT DR FRISCO, TX 75036-4431 |
| ❓ Right to Transact Business in Texas | ACTIVE |
| State of Formation | TX |
| Effective SOS Registration Date | 11/09/2020 |
| Texas SOS File Number | 0803823769 |
| Registered Agent Name | STACI POINDEXTER |
| Registered Office Street Address | 2314 PROSPECT DRIVE FRISCO, TX 75036 |

**Attachment ZZZZ**   **PX 27, 3028**

Public Information Report

**Public Information Report Not on File for:**
**BEACON EQUITY LLC**

---

Information obtained from a record or other instrument required by Texas Tax Code Chapter 171 to be filed with the comptroller is confidential and not open to public inspection. The exception is the Public Information Report.

Information contained in a Public Information Report filed with the Comptroller is specifically designated as not confidential by Tax Code Section 171.207. Public Information Reports are filed by corporations, limited liability companies, professional associations and limited partnerships.

You can search these reports through this site. If you get no results from your query, you can order a copy of the Public Information Report from open.records@cpa.texas.gov or by mail at Comptroller of Public Accounts, Open Records Section, PO Box 13528, Austin, Texas 78711.

Call (800) 252-1386 for assistance.

Note: General partner, registered agent and registered office changes must be filed with the Secretary of State. These changes cannot be made by filing a Public Information Report (Form 05-102).

---

**Attachment ZZZZ**

**PX 27, 3029**

**Goode Trades**

The Best Source for Stock Promotion & Penny Stock News and Insight

# The websites of stock promoter Sherwood Ventures LLC (f/k/a Blue Wave Advisors LLC)

One well-known stock promoter is Sherwood Ventures LLC, formerly known as, or whose websites were formerly owned by, Blue Wave Advisors, LLC (see their website). It is a good stock promoter to analyze because unlike some other promoters, they do not change their address and legal entity every year or two. This makes finding their various websites rather easy. The rest of this post below was written before Bluewave changed to Sherwood. To my knowledge all the websites remain under common ownership.

One of the more common mistakes that new penny stock traders make is that they look on websites like StockPromoters.com or HotStocked.com or StockReads.com and then see that (for example) 20 different newsletters are promoting one stock. What matters is not the number of newsletters but how many separate promoters pump the stock and what the reach of those promoters is. (Of course, the most common mistake new penny stock traders make is believing that buying promoted penny stocks is a good idea — most of the time that leads to losses; there is a reason why I started trading penny stocks solely by short selling them and even now I sell short much more often than I buy.)

Following are excerpts from emails I received today promoting PBIO, first from BeaconEquity.com:

> *BeaconEquity.com is a wholly-owned subsidiary of BlueWave Advisors, LLC.BlueWave Advisors has been compensated thirty five thousand dollars from Equities Awareness Group (a non-controlling third party shareholder) for PBIO advertising and promotional services.*

From StockPreacher.com:

> *StockPreacher.com is a wholly-owned subsidiary of BlueWave Advisor,BlueWave Advisors has been compensated thirty five thousand dollars from Equities Awareness Group (a non-controlling third party shareholder) for PBIO advertising and promotional services.*

From MicroStockProfit.com:

> *Microstockprofit.com is a wholly-owned subsidiary of BlueWave Advisors, LLC.BlueWave Advisors has been compensated thirty five thousand dollars from Equities Awareness Group (a non-controlling third party shareholder) for PBIO advertising and promotional services*

From TheLightningPicks.com:

> *TheLightningPicks.com is a wholly-owned subsidiary of BlueWave Advisors, LLC.BlueWave Advisors has been compensated thirty five thousand dollars from Equities Awareness Group (a non-controlling third party shareholder) for PBIO advertising and promotional services.*

From TheHotPennyStocks.com:

**Attachment AAAAA**      **PX 27, 3030**

> *TheHotPennyStocks.com is a wholly-owned subsidiary of BlueWave Advisors, LLC.BlueWave Advisors has been compensated thirty five thousand dollars from Equities Awareness Group (a non-controlling third party shareholder) for PBIO advertising and promotional services.*

From StockRoach.com:

> *BlueWave Advisors, LLC owns seventy five percent of the outstanding membership interests of StockHideout LLC. Stock_Analyzer owns twenty five percent of the outstanding membership interests of StockHideout, LLC.BlueWave Advisors has been compensated thirty five thousand dollars from Equities Awareness Group (a non-controlling third party shareholder) for PBIO advertising and promotional services.*

From StockHideout.com:

> *BlueWave Advisors, LLC owns seventy five percent of the outstanding membership interests of StockHideout LLC. Stock_Analyzer owns twenty five percent of the outstanding membership interests of StockHideout, LLC.BlueWave Advisors has been compensated thirty five thousand dollars from Equities Awareness Group (a non-controlling third party shareholder) for PBIO advertising and promotional services.*

From InvestorSoup.com (on 3/15 — I did not see an email from them today promoting PBIO):

> *Investorsoup.com is a wholly-owned subsidiary of BlueWave Advisors, LLC.Currently BlueWave Advisors has been compensated sixty thousand dollars from Ouisache Advisors (a non-controlling 3rd party) for BARZ advertising and promotion.BlueWave Advisors has been compensated 750,000 Restricted Rule 144 shares from the company for PSID advertising and promotion. BlueWave Advisors has been compensated seventy five thousand dollars from Ouisache Advisors (a non-controlling 3rd party) for VGTL advertising and promotion*

From PennyStockCraze.com (on 3/15 — I did not see an email from them today promoting PBIO):

> *PennyStockCraze.com is a wholly-owned subsidiary of BlueWave Advisors, LLC.Currently BlueWave Advisors has been compensated sixty thousand dollars from Ouisache Advisors (a non-controlling 3rd party) for BARZ advertising and promotion.BlueWave Advisors has been compensated 750,000 Restricted Rule 144 shares from the company for PSID advertising and promotion. BlueWave Advisors has been compensated seventy five thousand dollars from Ouisache Advisors (a non-controlling 3rd party) for VGTL advertising and promotion.*

[Edit 4/5/2012 to add the Tech24.org website]

I just learned about another pump website owned by Blue Wave Advisors, LLC — Tech24.org.
See: [http://www.tech24.org/disclaimer](http://www.tech24.org/disclaimer):

> *Tech24.org is a wholly-owned by BlueWave Advisors, LLC. BlueWave Advisors, LLC is a financial public relations company that is compensated by many of the companies profiled.*

One interesting fact about Blue Wave Advisors, LLC is that the company owns and runs two paid subscription stock alerts services. Those services are TopStockPicks.com / SuperNovaAlerts and JasonBondPicks.com.

**Attachment AAAAA**     **PX 27, 3031**

From TopStockPicks.com disclaimer:

> *TopStockPicks.com is a wholly-owned by BlueWave Advisors, LLC. While BlueWave Advisors, LLC is a compensated investor relations firm, TopStockPicks.com and its newsletter are unbiased.*

From JasonBondPicks.com disclaimer:

> *JasonBondPicks.com is wholly-owned by BlueWave Advisors, LLC (BWA). BWA is a compensated investor relations firm. JasonBondPicks.com (JBP) offers a monthly, paid membership stock alert newsletter. These stock picks are one hundred percent unbiased and JBP is never compensated for them. JBP also runs a free newsletter, which will occasionally send out stock ideas which BWA may receive compensation for.*

From a business perspective, it is a great idea for a stock promoter to have separate paid alerts services so that they can earn money in multiple ways (and they have a captive audience of people on their free stock promotion email lists to upsell their paid services to). That being said, I do not like the situation from the perspective of the guru, because the relationship, while it certainly leads to increased sales, can taint the guru, especially in a situation like with JasonBondPicks.com where Blue Wave sends paid stock promotions to people on his free email list.

[Edit 2013-6-10]: Both JasonBondPicks.com and TopStockPicks.com now disclose ownership by "Patriot Publishing." Perhaps the negative publicity of their ownership by a stock promotion company led to the spinoff. In all likelihood the owners of Patriot Publishing likely remain the same people who own and control Sherwood Ventures.

*Disclaimer: No positions in any stocks mentioned. I have multiple business relationships with Timothy Sykes, co-owner of Profit.ly, which currently provides the platform for JasonBondPicks.com and TopStockPicks.com [update 3/20/2012 — Apparently those newsletters are no longer on Profit.ly or at least are not being sold through Profit.ly — see http://profit.ly/sales/gurus] — please see my terms of use for details. This blog has a terms of use that is incorporated by reference into this post; you can find all my disclaimers and disclosures there as well.*

Michael Goode  /  March 15, 2012  /  All Categories, Microcap, Trading Strategy

---

## 11 thoughts on "The websites of stock promoter Sherwood Ventures LLC (f/k/a Blue Wave Advisors LLC)"

---

**Gary J. Palys**

March 16, 2012 at 12:05 pm

Michael, while BlueWave of course has many newsletters, is there any one that would be best to subscribe to?

Sincerely,
Gary J. Palys

---

 **Michael Goode** ▪

March 16, 2012 at 12:07 pm

Well, part of the point of them having multiple websites/newsletters is so that they can pump a stock with a portion of their newsletters for smaller pumps (for lower compensation) or pump over two days, using different newsletters each day. With Bluewave and other pumpers I follow all the newsletters I can.

**Yaba Qi**

March 16, 2012 at 1:59 pm

> *I follow all the newsletters I can.*

Ouch! Huge cost on your side or do you mutualize?

By the way, neat blog theme. I like it. 🙂

**Michael Goode** 

March 16, 2012 at 2:00 pm

Yaba — let me clarify — I follow all the pump newsletters that I can. They are all free so it doesn't cost me anything 🙂

**Gary J. Palys**

March 16, 2012 at 3:21 pm

Thanks Michael, I subscribed to all of them!

**Preston**

March 16, 2012 at 4:04 pm

Is it safe to say that everybody with some type of alert services, will eventually wind up utilizing both sides. It would seem logical when you think about it, and think of the layers that are being created between the people actually profiting from the stock rising(the original share holders), and the people actually making it rise(the e-mail recievers).

As a trader, the most important thing is figuring out where the niche is, then exploiting it.

Michael, is there ever any chance with all the people getting involved in promoting a stock, that the buy might be better and safer than the short? Or, is shorting it going to always be the best way. All hypothetical of course.

**Michael Goode**

March 16, 2012 at 4:07 pm

Preston — I don't think that is inevitable.

I do buy plenty of pumps. Most pumps will always be poor risk/reward to buy because the pump doesn't happen unless someone really wants to sell a ton of stock. But buying pumps has been a significant chunk of my profits since 2011.

**Attachment AAAAA**　　**PX 27, 3033**

**James**

March 17, 2012 at 4:18 pm

I like your reveal of Bond alerts and its connection to promoters. Maybe some of your readers will wise up to the penny stock game and see it for what it is.

---

**Rawlings**

July 6, 2014 at 4:49 am

Penny stocks are only one of Bonds many programs. Swing, Day and Options are also available. Jason Bond's group is one of the most reputable and most respected groups around. Their education is invaluable. Another highly respected guru, Steve Nisson has also worked with some of the above named. JBP does nothing illegal. nor does he cheat or pump, anyone suspected of pumping or abuse of guide lines is warned then expelled with a refund. The ultimate decision is always up to each individual, he/she makes the choice based on their education and financial level. I have been a member of many investing groups, Jason Bond Picks is above them all. I like the fact you brought up his group.

---

**fadz**

February 26, 2016 at 12:23 am

so if i understand correctly Jason bond (swing trading service ) not the day trade room runned by Luke is a pump ? i personally think that his swing trading strategy is awesome and he is a very good teacher and has very good picks also … just clarify this for me please thx MG!

---

 **Michael Goode** ▲

February 26, 2016 at 1:06 pm

No, he isn't a stock promoter, but his employer (or former employer or whatever) is. Since this blog post the legal entities for both the trading services and for the stock promotion business have changed but I have no reason to believe the actual owner of both businesses has changed. Anyway, it doesn't much matter anymore — Bond pretty much only trades Nasdaq stocks now and the promotion websites listed in this post don't pump nearly as much any more.

This site uses Akismet to reduce spam. [Learn how your comment data is processed](#).

Goode Trades  /  Proudly powered by WordPress

Attachment AAAAA

PX 27, 3034

11/30/2020                                    Blue Wave Advisors

http://bluewaveadvisors.com/                                          Go

47 captures
2 Sep 2006 - 24 Oct 2020

**Email address (required)**

**First name**

**Last name**

Submit

By submitting, you agree to receive donor-related
emails from the Internet Archive. Your privacy is
important to us. We do not sell or trade your
information with anyone.

## About Us

BlueWave Advisors is a strategic consulting firm specializing in
developing and building investor awareness throughout the small cap
market. Our primary goal is to help our clients grow their businesses and
enhance shareholder value through increased visibility and transparency. We
accomplish this by providing exposure for our clients on our community of
investor-targeted Web sites and strategic partnerships and alliances.

In this modern day of mass communication, many companies surprisingly
find it more difficult to gain the attention of new investors. Our programs are
the perfect vehicle to effectively communicate the story of many small-cap
companies to the Street. There are thousands of undiscovered companies
out there vying for a very limited pool of interested investors and capital.

Our job is to deliver market awareness to those undiscovered companies,
showcasing their operations, fundamentals, milestones, achievements and
operations to the growing pool of individual and institutional investors.

Our proprietary resource network delivers strong impact to your bottom line.
We are in the business of producing immediate and measurable results for
our clients.

BlueWave Advisors offers custom programs to a wide array of business
sectors and industries. Our expertise is focused in building effective investor
awareness programs for small NASDAQ, OTCBB and Pink Sheets listed
companies.

## Contact Us

Your Name:

E-mail Adress:

Phone:

Your Message:

Submit

**Attachment BBBBB**          **PX 27, 3035**

12/2/2020                                                          Sherwood Ventures



First name

Last name

Submit

By submitting, you agree to receive donor-related
emails from the Internet Archive. Your privacy is
important to us. We do not sell or trade your
information with anyone.

## About Us

**Sherwood Ventures is a consulting firm with a team of domestic and international marketing professionals that provide awareness on companies and equities trading within the small cap equities and Forex markets.** We deliver unique market awareness to undiscovered companies and products, showcasing their operations, fundamentals, milestones, achievements and operations to the growing pool of individual and institutional investors.

Sherwood Ventures is not a licensed broker, dealer or financial advisor. We provide overviews and insights into viable opportunities that will educate and benefit our target audiences. Our proprietary resource network delivers strong impact to our client's bottom line.

We are in the business of producing immediate and measurable results for our clients. We do this by uniquely reaching individuals on a world-wide scale through the latest communication mediums available.

Our network expands and adapts on a daily basis to the needs and desires of not only our clients, but also our audience. We spend a considerable amount of time and effort to build and maintain the most effective and cutting edge communication platforms available.

To find out how our services and programs could best fit you, please contact us using the form on this page.

## Contact Us

Your Name: _____

E-mail Address _____

Phone: _____

Your message: _____

- [Home](#)
- [Privacy](#)

Attachment CCCCC          PX 27, 3036



# State of New Hampshire
# Department of State



Accepted Date: **10/02/2020**

Business Name: **HAPPY MOUNTAIN HOLDINGS, LLC**

Principal Office Address: ███████ **Lee, NH,** ████

RE: Acceptance of Business Formation

This letter is to confirm the acceptance of the following business formation:

Business ID: ████

Filing #: **5022874**

Effective Date: **10/02/2020**

Payment Transaction #: ███████████

To maintain your business registration in good standing you must maintain a Registered Agent at all times.

You must also file an annual report no later than April 1st of each year. To file your annual report please go to https://quickstart.sos.nh.gov/online/Account.

It is incumbent upon you to keep this office informed of address or email changes to ensure that all communications from our office reaches you.

Please visit our website for helpful information regarding all your business needs. If you require assistance or should you have any questions, you may contact the Corporation Division using the information provided below.

Please reference your Business ID in your communication.

Thank you,

New Hampshire Department of State
Corporation Division

---

**Mailing Address** - Corporation Division, NH Department of State, 107 North Main Street, Room 204, Concord, NH 03301-4989
**Physical Location** - State House Annex, 3rd Floor, Room 317, 25 Capitol Street, Concord, NH
**Phone:** (603)271-3246 | **Fax:** (603)271-3247 | **Email:** corporate@sos.nh.gov | **Website:** sos.nh.gov

**Attachment DDDDD**           **PX 27, 3037**



# State of New Hampshire
# Department of State

Date Submitted

William M. Gardner

Secretary of State

Filed
Date Filed : 10/02/2020 12:37:00 PM
Effective Date : 10/02/2020 12:37:00 PM
Filing # : 5022874   Pages : 2
Business ID : 852790
William M. Gardner
Secretary of State

Form FLLC-1
RSA 304-C:175

APPLICATION FOR REGISTRATION AS A
FOREIGN LIMITED LIABILITY COMPANY

PURSUANT TO THE PROVISIONS of the New Hampshire Limited Liability Company laws, the undersigned hereby applies for registration to transact business in New Hampshire and for that purpose submits the following statement:

FIRST: The name of the limited liability company is:

HAPPY MOUNTAIN HOLDINGS, LLC

SECOND: The name which it proposes to register and do business in New Hampshire is:

HAPPY MOUNTAIN HOLDINGS, LLC

Principal Business Information:

Principal Office Address:

| ███████ | Lee | NH | ████ . |
|---|---|---|---|
| (no. & street) | (city/town) | (state) | (zip code) |

Principal Mailing Address(if different):

| ███████ | Lee | NH | ████ . |
|---|---|---|---|
| (no. & street) | (city/town) | (state) | (zip code) |

Business Phone: NONE

Business Email: NONE

☐ Please check if you would prefer to receive the Annual Report Reminder Notice by email.

THIRD: It is formed under the laws of  Delaware .

FOURTH: The date of its formation is  11/26/2008 .

FIFTH: Describe the nature of the business or purposes to be conducted or promoted in New Hampshire (and if known, list the NAICS Code and Sub Code):

Other / Investments

SIXTH: The name of its registered agent in New Hampshire is:
CORPORATION SERVICE COMPANY (150560) .

The complete address of its registered office IN NEW HAMPSHIRE (agent's business address) is:

| 10 Ferry Street S313 | Concord | NH | 03301 . |
|---|---|---|---|
| (no. & street) | (city/town) | (state) | (zip code) |

---

**Mailing Address -** Corporation Division, NH Department of State, 107 North Main Street, Room 204, Concord, NH 03301-4989
**Physical Location -** State House Annex, 3rd Floor, Room 317, 25 Capitol Street, Concord, NH
**Phone:** (603)271-3246 | **Fax:** (603)271-3247 | **Email:** corporate@sos.nh.gov | **Website:** sos.nh.gov

Form FLLC-1

**Attachment DDDDD**

# PX 27, 3038

APPLICATION FOR REGISTRATION AS A
FOREIGN LIMITED LIABILITY COMPANY

Form FLLC-1
(Cont.)

Manager/Member Information:

| Name | Title | Address |
|------|-------|---------|
| Melissa Maier Bishop Revocable Trust | Member | ███, Lee, NH, |
| Jeffrey M. Bishop Revocable Trust | Member | ███ Lee, NH, ███ |

The period of its duration is:  Perpetual .

Title: Trustee
Signature: Jeff Bishop
Name of Signer: Jeff Bishop
Date signed: 10/02/2020
Effective Date: 10/02/2020 12:37:00 PM

Complete address of person signing: ███ Lee, NH, ███

Note: The sale or offer for sale of membership interests of the limited liability company will comply with the requirements of the New Hampshire Uniform Securities Act (RSA 421-B). The membership interests of the limited liability company: 1) have been registered or when offered will be registered under RSA 421-B; 2) are exempted or when offered will be exempted under RSA 421-B; 3) are or will be offered in a transaction exempted from registration under RSA 421-B; 4) are not securities under RSA 421-B; OR 5) are federal covered securities under RSA 421-B. The statement above shall not by itself constitute a registration or a notice of exemption from registration of securities within the meaning of sections 448 and 461(i)(3) of the United States Internal Revenue Code and the regulation promulgated thereunder.

*Shall be executed on behalf of the foreign limited liability company by a person with authority to do so under the laws of the state or other jurisdiction of its formation, or, if the foreign limited liability company is in the hands of a receiver, executor, or other court appointed fiduciary, trustee, or other fiduciary, it must be signed by that fiduciary.

DISCLAIMER: All documents filed with the Corporation Division become public records and will be available for public inspection in either tangible or electronic form.

**Mailing Address -** Corporation Division, NH Department of State, 107 North Main Street, Room 204, Concord, NH 03301-4989
**Physical Location -** State House Annex, 3rd Floor, Room 317, 25 Capitol Street, Concord, NH
**Phone:** (603)271-3246 | **Fax:** (603)271-3247 | **Email:** corporate@sos.nh.gov | **Website:** sos.nh.gov
Page 2 of 2
Form FLLC-1

**Attachment DDDDD**

**PX 27, 3039**

# State of New Hampshire
# Department of State

CERTIFICATE OF EXISTENCE

OF

**HAPPY MOUNTAIN HOLDINGS, LLC**

This is to certify that **HAPPY MOUNTAIN HOLDINGS, LLC** is registered in this office as a **Delaware Limited Liability Company** to transact business in New Hampshire on 10/2/2020 12:37:00 PM.

Business ID: ██████



IN TESTIMONY WHEREOF,

I hereto set my hand and cause to be affixed

the Seal of the State of New Hampshire,

this 2nd day of October A.D. 2020

William M. Gardner

Secretary of State



# State of New Hampshire
# Department of State



Accepted Date: **05/10/2018**

Business Name: **CAWTHRON BUILDERS LLC**

Principal Office Address: ███████████████

RE: Acceptance of Business Formation

This letter is to confirm the acceptance of the following business formation:

Business ID: ██████

Tracking #: **4095128**

Expiration Date: **Perpetual**

Effective Date: **05/09/2018**

Payment Transaction #: █████████████

To maintain your business registration in good standing, you must maintain a Registered Agent at all times. You must also file an annual report no later than April 1st of each year. To file your annual report please go to https://quickstart.sos.nh.gov/online/Account.

It is incumbent upon you to keep this office informed of address or email changes to ensure that all communications from our office reaches you. There is no charge for address changes.

Please visit our website for helpful information regarding all your business needs. If you require assistance or should you have any questions, you may contact the Corporation Division using the information provided below.

Please reference your Business ID in your communication.

Thank you,

New Hampshire Department of State
Corporation Division

---

**Mailing Address** - Corporation Division, NH Department of State, 107 North Main Street, Room 204, Concord, NH 03301-4989
**Physical Location** - State House Annex, 3rd Floor, Room 317, 25 Capitol Street, Concord, NH
**Phone:** (603)271-3246 | **Fax:** (603)271-3247 | **Email:** corporate@sos.nh.gov | **Website:** sos.nh.gov

**Attachment EEEEE**    **PX 27, 3041**



# State of New Hampshire
# Department of State

| |
|---|
| Filed |
| Date Filed : 05/09/2018 06:37:00 PM |
| Effective Date : 05/09/2018 06:37:00 PM |
| Filing # : 4095128     Pages : 2 |
| Business ID : 794583 |
| William M. Gardner |
| Secretary of State |
| State of New Hampshire |

Form LLC-1
RSA 304-C:31

### CERTIFICATE OF FORMATION
### NEW HAMPSHIRE LIMITED LIABILITY COMPANY

THE UNDERSIGNED, under the New Hampshire Limited Liability Company Laws submits the following certificate of formation:

FIRST: The name of the limited liability company is:

CAWTHRON BUILDERS LLC

Principal Business Information:

Principal Office Address:

|  | Dover | NH |  | . |
|---|---|---|---|---|
| (no. & street) | (city/town) | (state) | (zip code) | |

Principal Mailing Address (if different):

|  | Dover | NH |  | . |
|---|---|---|---|---|
| (no. & street) | (city/town) | (state) | (zip code) | |

Business Phone:  6037318156

Business Email:  ccawthron@kw.com

☑  Please check if you would prefer to receive the Annual Report Reminder Notice by email.

SECOND: Describe the nature of the primary business or purposes (and if known, list the NAICS Code and Sub Code):

23-Construction - 117-New Housing For-Sale Builders

THIRD: The name of the limited liability company's initial registered agent is:
Corey Cawthron                                                                                    .

The complete address of its registered office (agent's business address) is:

|  | Dover | NH |  | . |
|---|---|---|---|---|
| (no. & street) | (city/town) | (state) | (zip code) | |

FOURTH: The management of the limited liability company _is_ vested in a manager or managers.

The period of its duration is:  Perpetual                                                    .

**Mailing Address -** Corporation Division, NH Department of State, 107 North Main Street, Room 204, Concord, NH 03301-4989
**Physical Location -** State House Annex, 3rd Floor, Room 317, 25 Capitol Street, Concord, NH
**Phone:** (603)271-3246 | **Fax:** (603)271-3247 | **Email:** corporate@sos.nh.gov | **Website:** sos.nh.gov

Page 1 of 2                                                                                    Form LLC-1

**Attachment EEEEE**

# PX 27, 3042

CERTIFICATE OF FORMATION NEW HAMPSHIRE
LIMITED LIABILITY COMPANY

Form LLC-1
(Cont.)

| | |
|---|---|
| Title: | Manager |
| Signature: | Corey Cawthron Cawthron |
| Name of Signer: | Corey Cawthron Cawthron |
| Date signed: | 05/09/2018 |
| Effective Date: | 05/09/2018 06:37:00 PM |

Note: The sale or offer for sale of membership interests of the limited liability company will comply with the requirements of the New Hampshire Uniform Securities Act (RSA 421-B). The membership interests of the limited liability company: 1) have been registered or when offered will be registered under RSA 421-B; 2) are exempted or when offered will be exempted under RSA 421-B; 3) are or will be offered in a transaction exempted from registration under RSA 421-B; 4) are not securities under RSA 421-B; OR 5) are federal covered securities under RSA 421-B. The statement above shall not by itself constitute a registration or a notice of exemption from registration of securities within the meaning of sections 448 and 461(i)(3) of the United States Internal Revenue Code and the regulation promulgated thereunder.

 * Must be signed by a manager; if no manager, must be signed by a member.

DISCLAIMER: All documents filed with the Corporation Division become public records and will be available for public inspection in either tangible or electronic form.

Attachment EEEEE

PX 27, 3043

# State of New Hampshire
# Department of State

CERTIFICATE OF EXISTENCE

OF

**CAWTHRON BUILDERS LLC**

This is to certify that **CAWTHRON BUILDERS LLC** is registered in this office as a **New Hampshire Limited Liability Company** to transact business in New Hampshire on 5/9/2018 6:37:00 PM.

Business ID: █████



IN TESTIMONY WHEREOF,

I hereto set my hand and cause to be affixed

the Seal of the State of New Hampshire,

this 9th day of  May A.D. 2018

William M. Gardner

Secretary of State

**Attachment EEEEE**      **PX 27, 3044**



## Introducing The
## All New Sniper Report

This is my most valuable trading newsletter I have ever created. It was strategically developed to only deliver high probable trades with the power to make 100%, 200% 300% return on each trade.



## Only the Top 1% of Trades Make it

This newsletter is unlike anything you've seen before. The only trades that will reach your inbox each month are my most coveted and high probable trades with massive upside potential to maximize your returns while also minimizing your losses. Every month, I will be using the same techniques I used to make over $3 million dollars to screen and find only the best possible trades signals to share with you.* Each trade will come jammed packed with the exact entry and exit points as well as the most important research I uncovered while search for the trade.

## Performance

Attachment FFFFF          PX 27, 3045



## You Can Trust

Trading is all about results and the Sniper Report is no different. Leveraging his years of experience and proven track record, Kyle is utilizing his most effective proprietary trading tactics to screen and find trades that could double or even triple your entire trading account.

## The Sniper Report's Mission

Most traders simply don't have the skills or the time to go as deep as they should to find the type of life changing trades they are looking to find which is why the Sniper Report was created. We wanted give traders the ability to easily and efficiently participate in best-in-class trade alerts with the highest profit potential possible, without any of the hassle of spending countless hours of researching half-baked ideas. Kyle's style of trading allows him to take advantage of huge profit Day Traders only dream of. And now you can too with the confidence of knowing that each opportunity was carefully vetted and screened by a true millionaire trader with the track record to back him up.

## $4000 worth of value
## for just $199 per year!

Supercharge your trading account with world-class trade recommendations delivered directly to your inbox for less than 4 dollars a day. Experience for yourself the feeling of doubling or even tripling your trading from a single trade.

- ⊙ Entry Price Alert
- ⊙ Initial Stop & Loss Target Price
- ⊙ Daily Trade Updates
- ⊙ The Reason Behind the Trade

## Hear From Our Members*



**"I am very blessed to be a part of your service"**

I can honestly say that I am very blessed to be a part of your service. I have made several trades from stocks you provided:

WINT Nov18 $2.5 put +$15,020

CEMP +$950.

**Attachment FFFFF**

**PX 27, 3046**





Attachment GGGGG

PX 27, 3048





## WHAT IS TOTAL ALPHA

Jeff Bishop is a multimillionaire options trader. He is often referred to as the "Mensa" Trader because of his certified geniusness and membership in the high IQ society of the same name. Each trading day he applies that genius to figuring out simple ways for the average trader to profit from reliable – but seemingly complex – options trading strategies.

With Total Alpha Jeff uncovers profitable options trading strategies. He uses these strategies to target profitable trading opportunities, and masterfully applies these trading techniques and to target maximum profits!

## TOTAL ALPHA: GENIUS INCLUDED!

You don't need to be a genius to profit from Total Alpha—leave the heavy lifting to Jeff! Just look at these regular traders who have recently profited from Jeff's no-BS trade alerts and research by joining Total Alpha:

## WHAT JEFF ALERTED

The contract I am looking to buy is the TWTR Sept 27 $42 Call.

Today, I have made the following trades so far:

| Date | Order | Type | Order type | Quantity | Symbol |
|------|-------|------|-----------|----------|--------|
| | 09/09/19 | 11918 | Option | Sell Open | 30 | ROKU Sep 13 '19 $150 Call |
| | | | | Buy Open | 30 | ROKU Sep 13 '19 $115 Call |
| | 09/09/19 | 12757 | Option | Sell Open | 100 | QQQ Sep 13 '19 $192 Call |
| | | | | Buy Open | 100 | QQQ Sep 13 '19 $192 Call |
| | 09/09/19 | 11956 | Option | Sell Open | 30 | SHOP Sep 13 '19 $360 Put |
| | | | | Buy Open | 30 | SHOP Sep 13 '19 $305 Put |

And some new trades for today which highlight my bullish thesis:

Calls

PAGS Nov. 15th $40 call for $1.45

UVXY Nov. 15th $24 call for $1.35

COST Nov. 15th $300 call for $2.55

PTON Nov. 15th $25 call for $0.90

DIS Nov. 1st $129 call for $2.80

## THE RESULT



**Attachment GGGGG**

**PX 27, 3049**



## FEATURED ARTICLE



**ALPHA INSIGHTS**

**CONTRARIAN PLAY –
GLD TRADE REVIEW**

BY JEFF BISHOP | FEB 27, 2020 | EDITORIAL

Sometimes as traders we get so caught up into individual stock stories that we forget about the big picture and the economy. Not me. I've been consistently collecting paychecks with long gold...

# HOW CAN I PROFIT FROM JEFF'S TRADES?

## AS A TOTAL ALPHA MEMBER YOU WILL RECEIVE:

Jeff's Total Alpha trade alerts

Access to Jeff's live streaming portfolio

An account of each new position Jeff trades

Complete transparency – look right over Jeff's shoulder and see the moves he is making in real time!

**TOTAL ALPHA OPTIONS TRADING WITH JEFF ALLOWS YOU TO HARNESS YOUR OWN TRADING TO JEFF'S PROVEN OPTIONS TRADING EXPERIENCE, GAINED IN OVER 20 YEARS OF EVERY CONCEIVABLE REAL-LIFE TRADING SCENARIO!**

DISCOVER SIMPLE WAYS TO PROFIT FROM OPTIONS TRADES AS YOU:

**Attachment GGGGG**      **PX 27, 3050**

Learn the options trading techniques that Jeff personally uses

Discover exactly which trading technique Jeff recommends for every market situation, even including when not to trade!

See how Jeff locks in profits; learn when to exit trades

Learn how to spot the same reliable chart patterns Jeff uses personally to pinpoint trades about to pop!

Grasp the different market conditions to use each of Jeff's trading techniques in

Attend live training sessions with Jeff including member Q&A, recorded for members

## WHAT'S JEFF TRADING RIGHT NOW?

At any moment Jeff has upwards of 10 Total Alpha options trades in play, which he alerts to every Total Alpha member. Every Total Alpha trade is selected personally by Jeff, each one of which you can be assured receives his personal attention not only to pinpoint profitable trades in the first place, but also at the prices that he wants to get in and out of the trade at.

Total Alpha is a complete service designed to pinpoint profitable trades, get in at the right price, and exit with a profit. And at any one moment there are a multitude of trading opportunities for you to take, or simply sit back and watch to see how different trades unfold.

## THE SMART TRADER'S SHORTCUT TO OPTIONS PROFITS SUCCESS

Jeff is not only an experienced and highly successful trader, he is an experienced trading



| Date | Name | Type | Net | From Email Address | Shipping Address | Note |
|---|---|---|---|---|---|---|
| 11/30/2017 | Adrian Budyanto | Instant Transfer Sent | $14,689.30 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 62 Calef Highway Suite #233, Lee, NH 03861, United States | RB aff commission |
| 7/28/2017 | Adrian Budyanto | Instant Transfer Sent | $14,650 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | aff commission |
| 7/28/2017 | Adrian Budyanto | Instant Transfer Sent | $14,870 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | affiliate commissions |
| 9/29/2017 | Adrian Budyanto | Instant Transfer Sent | $24,30 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | aff comm |
| 9/29/2017 | Adrian Budyanto | Instant Transfer Sent | $899.60 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | RagingBull.com LLC Affiliate |
| 9/29/2017 | Amine Rahal | Instant Transfer Sent | $209.10 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | aff commission |
| 7/28/2017 | Amine Rahal | Instant Transfer Sent | $999.20 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | aff commission |
| 6/29/2017 | Amine Rahal | Instant Transfer Sent | $112.57 CAD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | aff comm |
| 6/29/2017 | Amine Rahal | Instant Transfer Sent | $609.72 CAD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | RagingBull.com LLC Affiliate |
| 4/28/2017 | Amine Rahal | Instant Transfer Sent | $209.40 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | RagingBull Affiliate |
| 11/30/2017 | Anne caskie | Instant Transfer Sent | $29.70 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 62 Calef Highway Suite #233, Lee, NH 03861, United States | RB aff commission |
| 10/31/2017 | Anne caskie | Instant Transfer Sent | $29.70 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | 0 aff pay |
| 9/29/2017 | Anne caskie | Instant Transfer Sent | $29.70 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | aff commission |
| 9/29/2017 | Anne caskie | Instant Transfer Sent | $29.70 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | aff commissions |
| 7/28/2017 | Anne caskie | Instant Transfer Sent | $29.70 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | affiliate commissions |
| 6/29/2017 | Anne caskie | Instant Transfer Sent | $29.10 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | aff comm |
| 6/29/2017 | Bart Van Damme | Instant Transfer Sent | $620.73 EUR | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | Aff Comm |
| 11/30/2017 | Biopharmcatalyst | Instant Transfer Sent | $1,907.33 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 62 Calef Highway Suite #233, Lee, NH 03861, United States | RB aff commission |
| 4/28/2017 | Brian Bouton | Instant Transfer Sent | $209.70 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | RagingBull Affiliate |
| 4/28/2017 | Bryon Green | Instant Transfer Sent | $24.50 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | aff comm |
| 6/29/2017 | ClearView Enterprises LLC | Instant Transfer Sent | $179.70 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | aff comm |
| 11/30/2017 | ClearView Enterprises LLC | Instant Transfer Sent | $959.40 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 62 Calef Highway Suite #233, Lee, NH 03861, United States | RB aff commission |
| 10/31/2017 | ClearView Enterprises LLC | Instant Transfer Sent | $119.20 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | ragingbull.com affiliate pay |
| 9/29/2017 | ClearView Enterprises LLC | Instant Transfer Sent | $119.20 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | aff comm |
| 9/29/2017 | ClearView Enterprises LLC | Instant Transfer Sent | $119.60 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | aff commissions |
| 5/30/2017 | Coleman Financial, LLC | Instant Transfer Sent | $229.50 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | affiliate commissions |
| 4/28/2017 | Coleman Financial, LLC | Instant Transfer Sent | $24.50 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | aff comm |
| 5/30/2017 | Coleman Financial, LLC | Instant Transfer Sent | $229.70 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | RagingBull.com LLC Affiliate |
| 11/30/2017 | Eliot Rojas | Instant Transfer Sent | $229.70 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 62 Calef Highway Suite #233, Lee, NH 03861, United States | RB aff commission |
| 6/29/2017 | Ethan Aiken | Credit Card Payment Sent | $229.40 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | Fac CC commission |
| 11/30/2017 | Ethan Aiken | eCheck Sent | $7,080.00 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 62 Calef Highway Suite #233, Lee, NH 03861, United States | aff commissions |
| 10/31/2017 | Ethan Aiken | Instant Transfer Sent | $1,427.70 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | ragingbull.com affiliate pay |
| 7/28/2017 | Ethan Aiken | Instant Transfer Sent | $93,463.30 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | aff commissions |
| 9/29/2017 | Ethan Aiken | Instant Transfer Sent | $3,229.20 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | aff comm |
| 5/30/2017 | Ethan Aiken | Instant Transfer Sent | $5,602.80 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | RagingBull.com Affiliate |
| 4/28/2017 | Ethan Aiken | Instant Transfer Sent | $3,638.00 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | RagingBull Affiliate |
| 4/28/2017 | Gareth Iwan | Instant Transfer Sent | $229.70 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | RagingBull.com LLC Affiliate |
| 11/30/2017 | James Archer | Instant Transfer Sent | $148.50 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 62 Calef Highway Suite #233, Lee, NH 03861, United States | AFFILIATE COMMISSIONS |
| 7/28/2017 | James Lawson | Instant Transfer Sent | $229.40 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | aff comm |
| 11/30/2017 | James Lawson | Instant Transfer Sent | $574.10 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 62 Calef Highway Suite #233, Lee, NH 03861, United States | AFFILIATE COMMISSION |
| 10/31/2017 | James Lawson | Instant Transfer Sent | $151.50 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | RB aff commission |
| 9/29/2017 | James Lawson | Instant Transfer Sent | $36.50 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | RagingBull Affiliate |
| 7/28/2017 | James Lawson | Instant Transfer Sent | $229.70 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | AFFILIATE COMMISSION |
| 6/29/2017 | James Lawson | Instant Transfer Sent | $47.40 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | ragingbull.com affiliate payment |
| 5/30/2017 | James Lawson | Instant Transfer Sent | $1,203.60 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | aff commission |
| 4/28/2017 | James Lawson | Instant Transfer Sent | $1,206.40 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | aff commission |
| 5/30/2017 | James Lawson | Instant Transfer Sent | $508.50 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | aff commissions |
| 4/28/2017 | Joseph Riccardi | Instant Transfer Sent | $157.20 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | RagingBull.com LLC Affiliate |
| 11/30/2017 | Joseph Riccardi | Instant Transfer Sent | $374.10 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 62 Calef Highway Suite #233, Lee, NH 03861, United States | AFFILIATE COMMISSION |
| 10/31/2017 | Joseph Riccardi | Instant Transfer Sent | $31.00 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | aff comm |
| 7/28/2017 | Joseph Riccardi | Instant Transfer Sent | $39.50 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | RagingBull Affiliate |
| 11/30/2017 | keith Kilcourse | Instant Transfer Sent | $229.70 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 62 Calef Highway Suite #233, Lee, NH 03861, United States | AFFILIATE COMMISSION |
| 7/28/2017 | keith Kilcourse | Instant Transfer Sent | $475.50 EUR | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | RB aff commission |
| 11/30/2017 | Kevin Elliott | eCheck Sent | $7,864.90 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 62 Calef Highway Suite #233, Lee, NH 03861, United States | RB affiliate commissions |
| 10/31/2017 | Kevin Elliott | Instant Transfer Sent | $1,218.60 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | ragingbull.com affiliate pay |
| 9/29/2017 | Kevin Elliott | Instant Transfer Sent | $2,248.30 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | aff commission |
| 7/28/2017 | Kevin Elliott | Instant Transfer Sent | $3,122.90 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | aff commissions |
| 5/30/2017 | Kevin Elliott | Instant Transfer Sent | $2,190.10 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | aff comm |
| 4/28/2017 | Kevin Elliott | Instant Transfer Sent | $2,440.10 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | aff comm |
| 4/28/2017 | Kimberly Murray | Instant Transfer Sent | $889.70 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | RagingBull.com LLC Affiliate |
| 11/30/2017 | Kimberly Murray | Instant Transfer Sent | $55,536.89 USD (Travel Rule) | jason@jasonhornbooks.com | Ragingbull.com, LLC, 62 Calef Highway Suite #233, Lee, NH 03861, United States | Affiliate and Invoices |
| 4/28/2017 | Lance Jepsen | Instant Transfer Sent | $307.40 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | RagingBull.com LLC Affiliate, mod invoices and service bonus |
| 10/31/2017 | Lance Jepsen | Instant Transfer Sent | $727.90 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | ragingbull.com affiliate pay |
| 9/29/2017 | Lance Jepsen | Instant Transfer Sent | $553.20 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | aff commission |
| 7/28/2017 | Lance Jepsen | Instant Transfer Sent | $2,340.40 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | aff commissions |
| 9/29/2017 | Lance Jepsen | Instant Transfer Sent | $890.80 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | aff comm |
| 5/30/2017 | Lance Jepsen | Instant Transfer Sent | $4,067.80 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | RagingBull.com Affiliate |
| 4/28/2017 | Lance Jepsen | Instant Transfer Sent | $2,928.50 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | RagingBull Affiliate |
| 11/30/2017 | LUCKY PENNY LANE LLC | Instant Transfer Sent | $42,420.70 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 62 Calef Highway Suite #233, Lee, NH 03861, United States | RB aff commission |
| 4/28/2017 | LUCKY PENNY LANE LLC | Instant Transfer Sent | $889.70 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | aff comm |
| 5/30/2017 | LUCKY PENNY LANE LLC | Instant Transfer Sent | $599.70 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | RagingBull.com LLC Affiliate |
| 11/30/2017 | Matt Dortenzio | Instant Transfer Sent | $399.60 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 62 Calef Highway Suite #233, Lee, NH 03861, United States | RagingBull.com LLC Affiliate |
| 10/31/2017 | Matt Dortenzio | eCheck Sent | $2,686.60 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | RB affiliate commission |
| 9/29/2017 | Matt Dortenzio | Instant Transfer Sent | $239.40 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | ragingbull.com affiliate pay |
| 9/29/2017 | Matt Dortenzio | Instant Transfer Sent | $263.80 USD | jason@jasonhornbooks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #283, Arlington, TX 76011, United States | aff commission |

PX 27, 3053

| Date | Name | Type | Net | From Email Address | Shipping Address | Note |
|---|---|---|---|---|---|---|
| 7/28/2017 | Matt Dortenzio | Instant Transfer Sent | $1,742.60 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #263, Arlington, TX, 76011, United States | aff commission |
| 6/29/2017 | Matt Dortenzio | Instant Transfer Sent | $831.30 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #263, Arlington, TX, 76011, United States | aff comm |
| 5/30/2017 | Matt Dortenzio | Instant Transfer Sent | $1,002.90 USD | jason@jasonhornocsks.com | | RagingBull.com LLC Affiliate |
| 4/28/2017 | Matt Dortenzio | Instant Transfer Sent | $223.50 USD | jason@jasonhornocsks.com | | RagingBull Affiliate |
| 9/30/2017 | matthew galjan | Instant Transfer Sent | $89.10 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #263, Arlington, TX, 76011, United States | aff commission |
| 6/29/2017 | matthew galjan | Instant Transfer Sent | $798.30 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #263, Arlington, TX, 76011, United States | aff comm |
| 5/30/2017 | matthew galjan | Instant Transfer Sent | $209.70 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #263, Arlington, TX, 76011, United States | RagingBull.com LLC Affiliate |
| 6/29/2017 | Michael Falconi | Instant Transfer Sent | $33.75 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #263, Arlington, TX, 76011, United States | Aff Comm |
| 10/31/2017 | Michael Patton | Instant Transfer Sent | $89.10 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #263, Arlington, TX, 76011, United States | rb aff pay |
| 7/28/2017 | Michael Patton | Instant Transfer Sent | $89.10 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #263, Arlington, TX, 76011, United States | AFFILIATE COMMISSIONS |
| 4/28/2017 | Michael Patton | Instant Transfer Sent | $89.10 USD | jason@jasonhornocsks.com | | RagingBull Affiliate |
| 11/30/2017 | MRR | Instant Transfer Sent | $209.70 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 62 Calef Highway, Suite #233, Lee, NH, 03861, United States | RB aff commission |
| 11/30/2017 | NG YU WEI | Instant Transfer Sent | $49.50 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 62 Calef Highway, Suite #233, Lee, NH, 03861, United States | RB aff commission |
| 10/31/2017 | NG YU WEI | Instant Transfer Sent | $24.50 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #263, Arlington, TX, 76011, United States | RB aff pay |
| 9/29/2017 | NG YU WEI | Instant Transfer Sent | $598.30 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #263, Arlington, TX, 76011, United States | aff commission |
| 7/28/2017 | NG YU WEI | Instant Transfer Sent | $1,220.50 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #263, Arlington, TX, 76011, United States | aff commissions |
| 6/29/2017 | NG YU WEI | Instant Transfer Sent | $546.50 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #263, Arlington, TX, 76011, United States | aff comm |
| 5/30/2017 | NG YU WEI | Instant Transfer Sent | $1,548.60 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #263, Arlington, TX, 76011, United States | RagingBull.com LLC Affiliate |
| 4/28/2017 | NG YU WEI | Instant Transfer Sent | $249.00 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #263, Arlington, TX, 76011, United States | RagingBull Affiliate |
| 6/29/2017 | Paul Bacon | Instant Transfer Sent | $239.70 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #263, Arlington, TX, 76011, United States | aff comm |
| 11/30/2017 | PERSINC MEDIA LP | Instant Transfer Sent | $598.80 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #263, Arlington, TX, 76011, United States | RB aff commission |
| 10/31/2017 | PERSINC MEDIA LP | Instant Transfer Sent | $119.40 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #263, Arlington, TX, 76011, United States | raging bull affiliate pay |
| 9/30/2017 | PERSINC MEDIA LP | Instant Transfer Sent | $498.20 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #263, Arlington, TX, 76011, United States | aff commissions |
| 7/28/2017 | PERSINC MEDIA LP | Instant Transfer Sent | $44.70 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #263, Arlington, TX, 76011, United States | Affiliate commissions |
| 6/29/2017 | PERSINC MEDIA LP | Instant Transfer Sent | $485.40 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #263, Arlington, TX, 76011, United States | aff comm |
| 5/30/2017 | PERSINC MEDIA LP | Instant Transfer Sent | $3,377.20 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #263, Arlington, TX, 76011, United States | RagingBull.com LLC Affiliate |
| 4/28/2017 | PERSINC MEDIA LP | Instant Transfer Sent | $546.70 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #263, Arlington, TX, 76011, United States | RagingBull Affiliate |
| 7/28/2017 | Tom Davidson | Instant Transfer Sent | $239.70 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #263, Arlington, TX, 76011, United States | AFFILIATE COMMISSION |
| 6/29/2017 | Tom Davidson | Instant Transfer Sent | $32.70 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #263, Arlington, TX, 76011, United States | Aff Comm |
| 11/30/2017 | Towers Auto | Instant Transfer Sent | $599.60 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 62 Calef Highway, Suite #233, Lee, NH, 03861, United States | Ragingbull affiliate commissions |
| 11/30/2017 | Unconventional Prosperity | eCheck Sent | $9,407.20 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 62 Calef Highway, Suite #233, Lee, NH, 03861, United States | RB Affiliate Commissions |
| 10/31/2017 | Unconventional Prosperity | Instant Transfer Sent | $2,098.90 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #263, Arlington, TX, 76011, United States | ragingbull.com affiliate pay |
| 9/29/2017 | Unconventional Prosperity | Instant Transfer Sent | $422.60 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #263, Arlington, TX, 76011, United States | aff commission |
| 7/28/2017 | Unconventional Prosperity | Instant Transfer Sent | $7,070.30 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #263, Arlington, TX, 76011, United States | aff commissions |
| 6/29/2017 | Unconventional Prosperity | Instant Transfer Sent | $1,168.10 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #263, Arlington, TX, 76011, United States | aff comm |
| 5/30/2017 | Unconventional Prosperity | Instant Transfer Sent | $2,354.50 USD | jason@jasonhornocsks.com | | RagingBull.com LLC Affiliate |
| 4/28/2017 | Unconventional Prosperity | Instant Transfer Sent | $416.60 USD | jason@jasonhornocsks.com | | RagingBull Affiliate |
| 7/28/2017 | Warrior Operating, Inc | Instant Transfer Sent | $239.70 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #263, Arlington, TX, 76011, United States | AFFILIATE COMMISSION |
| 5/30/2017 | Warrior Operating, Inc | Instant Transfer Sent | $267.30 USD | jason@jasonhornocsks.com | | RagingBull.com LLC Affiliate |
| 4/28/2017 | Warrior Operating, Inc | Instant Transfer Sent | $419.40 USD | jason@jasonhornocsks.com | | Affiliate |
| 11/30/2017 | Wayne Vick | Instant Transfer Sent | $599.60 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #263, Arlington, TX, 76011, United States | aff commissions |
| 4/28/2017 | Wayne Vick | Instant Transfer Sent | $74.70 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #263, Arlington, TX, 76011, United States | Affiliate |
| 10/31/2017 | Wes from Tactical Electric | Instant Transfer Sent | $239.70 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #263, Arlington, TX, 76011, United States | ragingbull.com affiliate pay |
| 9/29/2017 | Wes from Tactical Electric | Instant Transfer Sent | $33.70 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #263, Arlington, TX, 76011, United States | aff commission |
| 5/30/2017 | Wes from Tactical Electric | Instant Transfer Sent | $209.70 USD | jason@jasonhornocsks.com | Ragingbull.com, LLC, 835 E Lamar Blvd #263, Arlington, TX, 76011, United States | RagingBull.com LLC Affiliate |

2

**Attachment HHHHH**

PX 27, 3054

# New Comment on Nathan Bear Trading Success Story

**From:** ActiveRain Notification <notification@activerain.com>
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Date:** Wed, 16 Oct 2019 15:53:05 -0400



**Russell Barbour** commented on: Nathan Bear Trading Success Story

Well, that your is your choice and it is clear that you have plenty of time given your extensive presence on social media and related websites. I am just saying that I have never felt 'scammed' by them.

Are you sure you aren't confusing aggressive marketing with fraud? These stock alerts sites mostly operate within the law when it comes to financial advice - they don't need a license. I have been a member of almost all of these types of sites and they don't get shut down.

Most of what you are talking about is related to advertising and not their actual trading. They are really great traders and they have helped a lot of people learn how to trade.

Are you trying to say that this is not true? That Jason's three patterns are not real ? I use them regularly to make money and they are well established technical patterns.

Are you arguing that Kyle's biotech runup strategy is all fake? That he isnt making the trades? If he isn't actually trading them - he is losing out lol. Because I trade them and they work well.

Reply, report, or unsubscribe from this post at http://activerain.com/blogsview/5270869/nathan-bear-trading-success-story

Communication Settings | Privacy Policy

ActiveRain | 2211 Rimland Drive, Suite 124 | Bellingham, WA 98226

**Attachment IIIII**          **PX 27, 3055**

# New Comment on Nathan Bear Trading Success Story

**From:**      ActiveRain Notification <notification@activerain.com>
**To:**        █████████████████
**Date:**      Wed, 16 Oct 2019 16:56:42 -0400



**Russell Barbour** commented on: Nathan Bear Trading Success Story

Haha you are hilarious. I actually have a networth higher than $1MM. You seem to have plenty of time to falsely attack people online though. I promote them because I love the services. If only you were not such a negative person....it must be tiring!

Reply, report, or unsubscribe from this post at http://activerain.com/blogsview/5270869/nathan-bear-trading-success-story

Communication Settings   |   Privacy Policy

ActiveRain  |  2211 Rimland Drive, Suite 124  |  Bellingham, WA 98226

Attachment IIIII                    PX 27, 3056

**Quora**  🔍 Search for questions, people, and topics    **Sign In**



## Russell Barbour
Online Entrepreneur and Stock Trader,
Stockmillionaires.com

Stock trader and internet entrepreneur. I can help you learn how to make money online and avoid the common mistakes that many new stock traders make. If you want a FREE swing trading course from a worl **(more)**

**127 Answers**  0 Questions   0 Shares   4 Posts   141 Followers   152 Following   Edits   Activity

---

### 127 Answers                                              Most Recent ⌄

 **Russell Barbour** · January 2
Online Entrepreneur and Stock Trader, Stockmillionaires.com

**How do people who run nonprofits make a living if they don't make money off of their business?**

The thing about non-profits is that they sound like no-one makes money. But they do. They just draw a salary and then when no profits are left over its a 'non-profit'. So they can set their salary to ensure that there are no profits left!

---

 **Russell Barbour** · November 2, 2019
Online Entrepreneur and Stock Trader, Stockmillionaires.com

**How can I learn to trade pharma and biotech stocks?**

There are a few good trading services out there that have helped me. You can learn their strategies then just trade on your own or follow along with their stock alerts. I highly recommend one like Kyle Dennis's Fortune Forecaster program or something similar **(more)**

---

 **Russell Barbour** · October 29, 2019
Online Entrepreneur and Stock Trader, Stockmillionaires.com

**Is Kyle Dennis legit at trading stocks well?**

Kyle Dennis is legit. I have been a member of his Sniper Report service and I LOVE it. Kyle focuses on trading stocks with upcoming catalysts that also show many positive bullish indications - bullish charts, insiders buying and many other clues that the stock migl **(more)**



---

 **Russell Barbour** · October 7, 2019
Online Entrepreneur and Stock Trader, Stockmillionaires.com

**Will Trump's presidency be the end of his business empire?**

lol, it is hilarious reading some of these answers. All these people saying Trump is a failure, bad business guy or a criminal. Some business failures are normal for a guy of his success. Pointing to some of his failed ventures and saying that they are evidence that he is c **(more)**

---

 **Russell Barbour** · August 16, 2019
Online Entrepreneur and Stock Trader, Stockmillionaires.com

**How do virtual assistants get paid?**

I know some VA's that are getting $100 per hour. This is for very particular skills though like proofreading or freelance writing. Usually, you will only start out at around $15 per

---

### Credentials & Highlights                        More

🎓 PhD from University of Edinburgh
📍 Lives in Los Angeles 2016–present
👁 228K content views 4.7K this month
◇ Active in 1 Space

### Spaces

 **Millionaire Mentors**
Admin · 4 items

### Knows About

📊 **Trading (finance)**
37 answers

📈 **Stock Trading**
31 answers

📉 **Making Money Online**
14 answers

📄 **Penny Stocks**
8 answers

📊 **Swing Trading**
7 answers

View More ⌄

---

**Attachment JJJJJ**                        **PX 27, 3057**



## RECOMMENDATIONS

I created this resource page to easily list recommended stock trading related services, products, and companies that I use and/or those I know are exceptionally valuable. This way you can quickly find great products and services all in one place. You can save thousands of dollars all from this one page! Here is another free resource page that has some useful links to free stuff – all trading related.

Disclaimer: There are affiliate links on this page. This means that if you click through and purchase anything, I could possibly make a commission without adding any extra cost to you.

*Disclosure: There are some affiliate links below, but these are all products I highly recommend. I won't put anything on this page that I haven't verified and/or personally used.*

Don't miss my tutorial on How To Get Free Stock Watch Lists from Millionaire Traders.

### Stock Alerts / Chatrooms

***Jason Bond Picks:*** Jason Bond Picks is a stock alerts and chatroom trading service I've been using for years, and I'm still very happy with the service. They have offer quarterly swing trading alerts and educational subscriptions for $299 per quarter. Read my Jason Bond Picks Review. They also offer a FREE email newsletter that I highly recommend you sign up to receive (they have never sent me any spam just top quality stock picks and research!). Try it for free here and please let me know if you make money from any of the FREE alerts!

### Educational Materials (DVDs, Books, Webinars etc.)

***The Basics of Swing Trading:*** The Basics of Swing Trading DVD is a great resource that helped me make money trading stocks using a swing trading strategy. It is currently available for FREE through my link. I highly recommend the training that you will find in the 16 hrs that shows you how to win at trading from the ground up. Check out my review of this must have DVD.

### Broker/Trading Platform – FREE stock if you signup through my link below!

I use RobinHood as my main broker. This is because I mainly swing trade stocks and don't care so much about execution speed etc. For swing trading RobinHood works well and I highly recommend it. The cool thing is that if you sign up for a free RobinHood account through my link (click here) you can claim a share in a stock for FREE! How cool is that? The price of the share can range from $3.5 all the way to $200 per share! This might not last forever so I would sign up through my link ASAP and claim your FREE SHARE of a stock. The RobinHood App is worth it and who said there is no such thing as a free lunch!

Attachment JJJJJ PX 27, 3058

12/2/2020                                   RECOMMENDATIONS - StockMillionaires.com

**Jeff Bishop Free Ebook**

Check out the Jeff Bishop free eBook download to get hold of one of the best options trading eBooks that I have read. Normally Jeff sells it for $49 but he has started giving it away for free. You will learn the basics of options trading as well as Jeff's 'Money Maker' secret to his options trading success.

## Make Money Online

I supplement my trading account by making extra money online. If you would like to learn some simple tricks to make money blogging, building websites or even for shopping online, check out this useful resource. You will find tons of reviews on affiliate marketing courses, what online surveys can make you money and other side income generating methods. Highly recommended for helping you to build a massive trading account!

**Don't miss this FREE STARTER KIT! (Worth $1000)**





Check out this FREE TRAINING where Jason shows you how to make money over the weekend!



Attachment JJJJJ          PX 27, 3059

12/2/2020                                RECOMMENDATIONS - StockMillionaires.com





## Top Ratings

| Rank | Product | Rating |
|------|---------|--------|
| 1 | Kyle Dennis Review (Biotech Stock Picks) | ★★★★★ READ |
| 2 | Investors Underground Review | ★★★★★ READ |
| 3 | FDA Insider Alerts Review (Biotech Catalyst Alerts) | ★★★★★ READ |
| 4 | Jason Bond Review (Stock Alerts Review) | ★★★★★ READ |
| 5 | Microcap Millionaires Review | ★★★★★ READ |
| 6 | Penny Stock Egghead Review | ★★★★★ READ |
| 7 | Tim Alerts Review – What You Need To Know Before Signing Up | ★★★★★ READ |
| 8 | The Tech Trader Review (Harry Boxer review) | ★★★★★ READ |
| 9 | WallStreet Window Review | ★★★★★ READ |
| 10 | Penny Stock Prophet Review | ★★★★★ READ |

About Stock Millionaires   Blog   Privacy Policy   Disclaimer   Contact/Advertise

**Copyright © 2016 StockMillionaires.com. All rights reserved.**

**Attachment JJJJJ**        **PX 27, 3060**

12/2/2020 RECOMMENDATIONS - StockMillionaires.com

**Disclaimer:** StockMillionaires.com provides information about the stock market, investments, and recommendations to stock services. We not provide investment advice and should not be used as a replacement for investment advice from a qualified professional. Invest and trade at your own risk.



Attachment JJJJJ                    PX 27, 3061