**DECLARATION OF ROBERT SHOMPHE
PURSUANT TO 28 U.S.C. § 1746**

I, Robert Shomphe, hereby state that I have personal knowledge of the facts set forth

below and, if called to testify, I could and would testify as follows:

1.      My name is Robert Shomphe.  I am the President and CEO of Better Business Bureau

Serving New Hampshire ("BBB NH"). My business address is 48 Pleasant St. Concord, NH

03301.

2.      I am qualified to serve as custodian of records for BBB NH.  I am familiar with its record

keeping practices, and therefore make the following representations.

3.      BBB is a private, non-profit corporation whose purpose is to promote fairness and

honesty in the marketplace.  BBB assists the public in resolving complaints about businesses.

This complaint process is used in part to develop reliability reports on companies called BBB

Business Profiles. Business Profiles are designed to guide the public in finding reliable

businesses.  Each business on which we report is rated using an algorithm that includes several

factors including complaints filed against a business and the business responses to those

complaints. The rating scale ranges from A plus through F, with F being the lowest score.

4.      BBB NH receives complaints from the public regarding companies headquartered in New

Hampshire.  We receive complaints via the U.S. mail or electronically.  When complaints are

received, they are entered into a database maintained by BBB NH. We then forward complaints

to the business that is the subject of the case and solicit responses from businesses.  If the

business responds, we forward the business's response to the complaining consumer.  If the

consumer remains unsatisfied, he or she may choose to submit additional comments to BBB,

which again forwards the comments to the business that is the subject of the complaint seeking

1

their rebuttal. When the process is completed, BBB closes the complaint and publishes it to the business's online BBB Business Profile for a time period of 36 months.

5.      Consumer complaints and ensuing communications are entered into BBB NH database at or near the time they are received and by persons who are experienced with this process. As part of the regularly conducted business of BBB NH, we maintain a record of the complaints and responses which are stored in our database. I am familiar with the process by which complaints and subsequent communications are entered into the database because I oversee and supervise this function.

6.      From May 7, 2014 thru November 16, 2020, BBB has received 230 complaints (total complaints received by any BBB in the BBB system) regarding a company called Raging Bull LLC with a mailing address of 62 Calef Highway #233 Lee, NH 03861-6701. The complaint breakdown by year (based on the complaint open date) is as follows: 2014: 3 complaints; 2015: 1 complaint; 2016: 5 complaints; 2017: 6 complaints; 2018: 23 complaints; 2019: 49 complaints; 2020 (thru November 16, 2020): 143 complaints. BBB reports on all complaints for 36 months from the date they were opened. There are currently 195 reportable complaints filed with BBB NH as 13 of the cases outlined above fall outside of our 36-month reporting period, 1 complaint is still pending, and 21 complaints did not meet BBB's Acceptance Policy for processing. Attached as **Attachment A** is a true and correct copy of a portion of the BBB's Acceptance Policy.

7.      BBB NH produced true and correct copies of the complaints that were received against Raging Bull LLC as well as related notes and correspondence to the FTC. From May of 2014, the BBB in Fort Worth, TX (BBB serving Tarrant, Johnson, Hood, Somervell, Wise, Parker, Erath and Palo Pinto Counties) was responsible for handling complaints against Jason Bond

PX 22, 1494

Picks until August 2016 when the Fort Worth BBB merged with the Austin, Texas BBB (BBB Serving the Heart of Texas). In December of 2017 BBB Serving the Heart of Texas transferred their files concerning Jason Bond Picks d/b/a Raging Bull LLC to BBB NH following the relocation of the business's headquarters to BBB NH's service area.

8.      Since December 2017, BBB NH has contacted Raging Bull about each consumer complaint by sending email notifications to various contacts since our initial acquisition of their file. Initially, complaints were sent to Jason Bond at jason@jasonbondpicks.com. On February 22, 2019, we received a request to change the complaint contact to Jordan Reyna at jordan@ragingbull.com. Then, on July 2, 2019 we received another request to change the complaint contact to Michael Bowers at michaelb@ragingbull.com. Most recently, BBB received a request to change the business complaint contact to Kayla Smith at kaylas@ragingbull.com and asked to carbon copy the email address bbb@ragingbull.com regarding all complaints.

9.      On November 5, 2019, Raging Bull also opted to purchase access to BBB's "MyComplaints" Customer Experience Management system in order to streamline their complaint handling process. This allows for 12 month's access from November 1, 2019. The only login access for this system was issued to Michael Bowers, using his email michaelb@ragingbull.com. Of the 196 complaints that BBB required the business to respond to within the past 36 months, there are no complaints that have gone unanswered at this time. Their 195 complaint closures are broken down as follows: 89 closed as resolved, 102 closed as consumer not satisfied with response or did not notify BBB of his/her satisfaction, and 4 closed as unresolved. According to national BBB policy, complaints are closed as unresolved when we find that, although the business did respond to the dispute, they did not make a good faith effort

**PX 22, 1495**

to resolve all complaint issues. 1 complaint is still pending. We continue to receive complaints on a regular basis.

10.     The BBB rating for Raging Bull LLC prior to the company's file transfer to BBB NH in December of 2017 is not available at this time. Since December 2017, the rating reported by BBB NH has changed on multiple occasions and BBB NH has issued Raging Bull LLC a letter grade of "F" on two occasions. These changes were based on factors such as complaint volume and complaint closure type. For example, in December 2017, Raging Bull LLC's rating was an NR ("Not Rated"). On January 15, 2018 the rating was changed to a "B+" and the next day it was changed to an "A-." Then on February 2, 2018, the business's rating was downgraded to an "F" from "A-" based on the growing number of customer complaints and the business's failure to respond to at least one of these complaints. It remained an "F" rating for about 21 months until November 5, 2019 when the business's rating changed from an "F" to a "B". This change was based on Raging Bull LLC providing BBB with updated and verifiable Gross Annual Sales data in the form of their 2018 tax return, which placed them in a larger size category and lowered the weight of the unanswered and unresolved complaints that were factored into their BBB rating. Between November 5, 2019 and April 6, 2020, approximately five months later, the business's rating was progressively reduced from a "B" down to an "F" based on their failure to both answer and/or resolve numerous complaints that had been filed between November 2019 and April 2020 (in the month of March, the rating changed three times; B-, C, and D). On April 6, 2020, Raging Bull LLC was reduced to an "F" again for unanswered complaints. From April 6, 2020 to October 5, 2020 the rating remained an "F". Raging Bull LLC held an "F" rating for approximately 27 of the 34 months between December 2017 and early October 2020.

PX 22, 1496

11.     Between October 5, 2020 and October 20, 2020, Raging Bull LLC was not rated by BBB

NH. This status appeared on the BBB website as "NR." The rating changed from "F" to "NR"

because the business responded to 19 complaints that had been previously closed as unanswered

and/or unresolved. The "NR" remained until the reopened complaints were sufficiently

responded to and reclosed. After responding to these complaints and updating their time in

business, their rating increased to a "B-" on October 21, 2020.  Raging Bull LLC has also

provided BBB with updated financial information that we are in the process of reviewing for

accuracy.

12.     Over the past three years, Raging Bull LLC has asked about its rating and BBB

Accreditation. BBB Accreditation is a symbol of trust and ethics in the marketplace. Prior to

becoming BBB Accredited, businesses must meet BBB's Standards for Accreditation which

include elements such as being in business for a least 6 months, maintaining all required

licensing, maintaining no less than a "B" rating, and making a good faith effort to resolve all

BBB complaints, among others. Businesses that do not meet BBB's Standards for Accreditation

are not eligible to become BBB Accredited. BBB NH has explained to Raging Bull LLC on at

least 5 separate occasions that their company is not eligible for BBB Accreditation as they do not

meet BBB's Standards for Accreditation.

13.     BBB NH has not accredited Raging Bull LLC. This means that, despite their many

requests to become accredited, the business does not meet the eight standards required of a

business to become BBB Accredited. A true and correct copy of BBB's Accreditation Standards

is attached as **Attachment B**.

14.     Additionally, BBB NH learned that Raging Bull was requiring its customers to withdraw

their BBB complaints or mark their complaints as "resolved" in order to obtain a refund from the

**PX 22, 1497**

company. We informed Michael Bowers at Raging Bull LLC that this practice is against BBB's

policies on at least two separate occasions. This practice appears to have stopped as of August 6,

2020 but BBB has asked that consumers notify us with information regarding the continuation of

this practice.

15.     The documents BBB NH provided to the FTC contained in **Attachment C** are true and

correct copies of the originals in the custody of BBB NH.

16.     I further state that the records:

   a.   Were made at or near the time of the occurrence of the transactions or matters

        reflected therein, by, or from information transmitted by, a person with knowledge of

        those matters;

   b.   Were kept in the course of the regularly conducted business activity of BBB NH; and

   c.   Were made and maintained by BBB NH as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

_NW 16_____ , 2020 in Concord, New Hampshire.

Robert Shomphe

**PX 22, 1498**

Better Business Bureau®

# National Complaint Acceptance Guidelines

If a complaint meets the following criteria, it must be accepted by BBB and treated as a complaint for purposes of reporting.

BBBs typically do not impose additional requirements, such as requiring that complaints meet a certain monetary threshold. And, while BBB's strongly encourage consumers to first contact the business, a complaint will not be rejected because the consumer declines to do so.

**Better Business Bureaus accept all complaints that meet the following criteria:**

1. The complaint includes the complainant's name, postal address and an email address.
2. The complaint includes the business's name and provides sufficient information to determine the business's location.
3. The complaint seeks assistance from BBB.
4. The complaint is from a person (or a person's authorized representative) or entity (business-to-business) that had a marketplace "relationship".
5. The complaint relates to a marketplace issue. Typically, the issue complained of must have arisen within the previous 12 months (Note: warranties/guarantees or other extenuating circumstances may supercede this criteria.
6. The complaint must allege a deficiency in the company's marketplace performance with regard to the services or products that the business provided or allegedly agreed to provide.
7. The complaint is not in litigation when filed with BBB and has not been resolved by a previous court action, arbitration, or settlement between the parties.
8. The complaint contains no abusive language.

**Marketplace issues do <u>not</u> include the following:**

1. Employer/employee disputes.
2. Complaints about government agencies (administrative units of local, state, federal, or provincial government).
3. Complaints against individuals who are not engaged in business (e.g., a person who sells his personal car through a classified advertisement).
4. Complaints alleging discrimination or violation of similar statutory/constitutional rights.
5. Complaints seeking criminal penalties or alleging criminal violations, such as:
   a. ***Robbery*** (such as a homeowner alleging that money, jewelry, electronics, etc. were stolen by a contractor who was working in their home).

**Attachment A**          **PX 22, 1499**

b. **Assault/battery** (complainant alleges company personnel threatened physical violence or caused actual physical harm).
c. **Extortion** (the gaining of property or money by almost any kind of force or threat of violence or property damage).
d. **Vandalism** (the intentional destruction of another person's property).
e. **Trespassing** (unlawful intrusion, even if property is not stolen or damaged).

Additionally, because BBB does not make findings of criminal violations or impose criminal penalties, BBB would not pursue complaints that seek solely to have company personnel arrested, jailed, or prosecuted. However, BBB does accept complaints alleging business conduct that might also be considered a criminal violation, such as deceptive advertising, telemarketing fraud, pyramid schemes, identity theft or computer trespass.

The following are examples of what BBB would pursue concerning allegations of business misconduct:

a. **Deceptive advertising** - ads that misrepresent the nature, characteristics, qualities or geographic origin of goods, services or commercial activities.
b. **Telemarketing fraud** - fraud perpetrated over the telephone by a person who is trying to trick a victim for financial gain. Examples include prizes/sweepstakes; advance fee loans; work-at-home schemes; pay-per-call services; slamming; magazine sales; credit card offers; lotteries; business opportunities/franchises; travel/vacations, etc.
c. **Pyramid schemes** - the main characteristic of a pyramid scheme is that participants only make money by recruiting more members. Some pyramid schemes do not involve the sale of products. New participants pay a fee to participate and hope to profit by recruiting others into the system. Chain letters are an example. In product-based pyramid schemes, "distributors" buy products but few products are ever retailed to the public. All "distributors" recruit other distributors and are told they can receive commissions on the purchases of the chain of distributors "below" them.
d. **Identity theft** - when someone steals your personal information and uses it without your permission. Common scams used to steal someone's identity include work-at-home offers, rental schemes, phishing emails, overpayment scams, sudden riches (such as Nigerian letter scams), etc.
e. **Computer trespass** - allegations that someone knowingly uses, causes to be used, or accesses a computer, computer service, or computer network without authorization. Computer trespass can occur by clicking on links in emails from unknown sources, clicking on links in pop-up windows, etc.

> **Note:** Patterns of complaint alleging criminal misconduct while performing services should be addressed with the business and documented with custom text in the BBB Business Profile. Refer to "Addressing Patterns of Complaint" later in this document.

6. Complaints raising issues concerning the competency of doctors, dentists, licensed therapists, veterinarians, Certified Public Accountants in the U.S. or Chartered Accountants in Canada, and lawyers. Competency issues relate to the professional's specialized knowledge, skill, thoroughness or preparation necessary for the professional service. However, BBB does accept complaints such as billing disputes or customer service issues. NOTE: Competency issues that outline a pattern or serious concern should be addressed by BBB and be included in the BBB Business Profile. For example, a company that offered hormone replacement services received a volume and pattern of serious complaints alleging patients were

overdosed with hormones causing many health issues and serious side effects. BBB found a deficiency in the company's marketplace performance based on their business model of pushing contracts for repeat services that did not live up to the advertised claims. Refer to the section titled "Addressing Patterns of Complaint."

7. Complaints that challenge the validity of local, state or federal law. For example, BBBs would not accept a complaint against a cable business seeking a change in rates set by law. BBB would accept a complaint against a cable business alleging its charges were inaccurately computed in accordance with applicable rates.

8. Complaints seeking compensation for personal injury - BBBs do not handle complaints seeking compensation for bodily injury or emotional distress (this includes, but is not limited to: slip and fall accidents, ingesting food or other substances that cause illness, rashes, burns, or allergic reactions caused by use of a product, product defect accidents, mental distress or anxiety suffered as a result of a marketplace transaction, etc.).  These types of complaints are more appropriately handled in the judicial system. While we would not address damages for personal injury, we would handle the customer service aspect of these complaints and allow the complainant to seek a refund.

© 2020, International Association of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US, Canada and Mexico and BBB Institute for Marketplace Trust, Inc. All rights reserved. *In Canada, trademark(s) of the International Association of Better Business Bureaus, used under License.

**Attachment A**                     **PX 22, 1501**

# BBB Code of Business Practices
# (BBB Accreditation Standards)

The BBB Code of Business Practices represents sound advertising, selling and customer service practices that enhance customer trust and confidence in business. The Code is built on the BBB Standards for Trust, eight principles that summarize important elements of creating and maintaining trust in business.

This Code also represents standards for business accreditation by BBB. Businesses based in the United States and Canada that meet these standards and complete application procedures will be accredited by BBB.

**To be accredited by BBB a business or organization affirms that it meets and will abide by the following standards:**

## 1. Build Trust
**Establish and maintain a positive track record in the marketplace.**

**An accredited business or organization agrees to:**
A. Have been operational (actively selling products or services) in any BBB service area for at least the most recent 12 months, unless the principal(s) previously operated a similar business with an eligible record (one that qualifies for BBB accreditation).

B. Fulfill all licensing and bonding requirements of applicable jurisdictions; provide all license and bonding information upon application for BBB accreditation; and provide periodic updates upon request of BBB.

C. Be free from government action that demonstrates a significant failure to support BBB ethical principles in marketplace transactions (this requires a determination by BBB as to the nature of any violation, whether it was caused or condoned by management, and actions taken to resolve underlying issues that led to the government action).

D. Be free of an unsatisfactory rating and maintain at least a B rating at the accrediting BBB and the BBB where it is headquartered, if different.

**Attachment B**                                    **PX 22, 1502**

E. In its relationship with BBB:
- meet all applicable standards within this Code of Business Practices
- cooperate with BBB's activities and efforts to promote voluntary self-regulation within the business' industry
- honor any settlements, agreements or decisions reached as an outcome of a BBB dispute resolution process
- complete the required application and pay all monetary obligations to BBB in a timely manner

## 2.  Advertise Honestly
**Adhere to established standards of advertising and selling.**

**An accredited business or organization agrees to:**
A. Follow federal, state/provincial and local advertising laws.

B. Abide by the BBB Code of Advertising, available at BBB's Web site. Supply, upon request, substantiation for advertising and selling claims. Correct advertising and selling practices, when recommended by BBB.

C. Adhere to applicable BBB industry codes of advertising.

D. Cooperate with BBB self-regulatory programs for the resolution of advertising disputes.

E. Use the BBB name and logos in accordance with BBB policy.

F. Avoid misleading customers by creating the false impression of sponsorship, endorsement, popularity, trustworthiness, product quality or business size through the misuse of logos, trustmarks, pictures, testimonials, or other means.

## 3.  Tell the Truth
**Honestly represent products and services, including clear and adequate disclosures of all material terms.**

**An accredited business or organization agrees to:**
A. Make known all material facts in both written and verbal representations, remembering that misrepresentation may result not only from direct statements but by omitting or obscuring relevant facts.

**Attachment B**                              **PX 22, 1503**

B. Ensure that any written materials are readily available, clear, accurate and complete.

## 4.  Be Transparent
**Openly identify the nature, location, and ownership of the business, and clearly disclose all policies, guarantees and procedures that bear on a customer's decision to buy.**

**An accredited business or organization agrees to:**
A. Upon request, provide BBB with all information required to evaluate compliance with BBB standards. This may include, but is not limited to business name, address and contact information; names and background of principals; business and banking references; licensing and/or professional accreditation; and a complete description of the nature of the business.

B. Clearly disclose to customers:
- direct and effective means to contact the business
- terms of any written contract
- any guarantees or warranties accompanying a product
- any restrictions or limitations imposed (e.g. limited supply, maximum number available per customer)
- the business' return/refund policy
- any recurring commitment into which the customer may be entering, including information on how future billing will occur
- total cost of the transaction, including tax, shipping and handling, and other related charges

C. If selling products or providing services on Web sites or via other electronic means:
- provide any required product labeling information
- disclose the nature and terms of shipping, including any known delays or shortages of stock
- provide an opportunity to review and confirm the transaction before the sale is completed
- provide a receipt summarizing the transaction after the purchase

## 5.  Honor Promises
**Abide by all written agreements and verbal representations.**

**An accredited business or organization agrees to:**

**Attachment B**                          **PX 22, 1504**

A. Fulfill contracts signed and agreements reached.

B. Honor representations by correcting mistakes as quickly as possible.

## 6.  Be Responsive
**Address marketplace disputes quickly, professionally, and in good faith.**

**An accredited business or organization agrees to:**

A. Promptly respond to all complaints forwarded by BBB by:

1.   Resolving the complaint directly with the complainant and notifying BBB, or

2.   Providing BBB with a response that BBB determines:
   - is professional,
   - addresses all of the issues raised by the complainant,
   - includes appropriate evidence and documents supporting the business' position, and
   - explains why any relief sought by the complainant cannot or should not be granted.

B. Make a good faith effort to resolve disputes, which includes mediation if requested by BBB. Other dispute resolution options, including arbitration, may be recommended by BBB when other efforts to resolve a dispute have failed. BBB may consider a business' willingness to participate in recommended dispute resolution options in determining compliance with these standards.

C. Comply with any settlements, agreements or decisions reached as an outcome of a BBB dispute resolution process.

D. Cooperate with BBB in efforts to eliminate the underlying cause of patterns of customer complaints that are identified by BBB.

## 7.  Safeguard Privacy
**Protect any data collected against mishandling and fraud, collect personal information only as needed, and respect the preferences of customers regarding the use of their information.**

**Attachment B**                                    **PX 22, 1505**

**An accredited business or organization agrees to:**

A. Respect Privacy

Businesses conducting e-commerce agree to disclose on their Web site the following:

- what information they collect,
- with whom it is shared,
- how it can be corrected,
- how it is secured,
- how policy changes will be communicated, and;
- how to address concerns over misuse of personal data.

B. Secure Sensitive Data

Businesses that collect sensitive data online (credit card, bank account numbers, Social Security number, salary or other personal financial information, medical history or records, etc.) will ensure that it is transmitted via secure means.

Businesses will make best efforts to comply with industry standards for the protection and proper disposal of all sensitive data, both online and offline.

C. Honor Customer Preferences

Businesses agree to respect customer preferences regarding contact by telephone, fax and e-mail, and agree to remedy the underlying cause of any failure to do so.

## 8. Embody Integrity
**Approach all business dealings, marketplace transactions and commitments with integrity.**

**An accredited business or organization agrees to:**

Avoid involvement, by the business or its principals, in activities that reflect unfavorably on, or otherwise adversely affect the public image of BBB or its accredited businesses.

| From: | Andy Grimes |
|---|---|
| To: | Jamie Hunter; Abygayle Fisher |
| Subject: | Raging Bull LLC |
| Date: | Wednesday, February 20, 2019 3:56:49 PM |

Hello Ladies,

I wanted to pass this along to you both and let you know I have notes on this company. In a nutshell, Jack (Biz Development) was hired in November.. I am not sure if he knows the reputation of this business, but expressed interest in righting their ship. He said they went through a tough growth period due to the success of their business. I know I do not know as much about their business practice as you both may, so help me out here. All I know is Jack is a big fan of what we do as he has used our services in the past, and he seemed sincere in his conversation with me about taking care of their complaints.

As far as I know, this company has a rough past, and they called in to try and fix this. If you think this is a terrible idea, let me know. If there is anything else I can do to help, let me know. Jordan Reyna who is in this thread is their CFO who would be handling the complaint cleanup. Do you guys want to re-open this situation with the company? Jack gave me an ambitious promise of resolving them all quickly.

P.S. Jack said he would like a TOB for the company to be "financial educators"... I told him we don't have that TOB and I would ask for him.

Thoughts? Comments? Concerns?

Thank you,

**Andy Grimes**
*Business Relations Specialist*
**BBB Serving New Hampshire**
(603) 225-5186
BBB.org

**From:** Jordan Reyna [mailto:jordan@ragingbull.com]
**Sent:** Wednesday, February 20, 2019 3:50 PM
**To:** Jack Lizmi <jack@ragingbull.com>
**Cc:** Andy Grimes <andy@bbbnh.org>
**Subject:** Re: Better Business Bureau Rep

Thanks folks.

Andy --- Yes, we are wanting to move into a better standing and improve our rating amongst the BBB. Since we are web based services, we span multiple BBB territories. Would working with you help us cover all of those territories or would we need to be set up there as well? My hope is we can keep it all under one room for the sake of efficiency.

Jordan

On Wed, Feb 20, 2019 at 1:47 PM Jack Lizmi <jack@ragingbull.com> wrote:

> Thank you very much, Andy. Glad we were able to talk. I'm including Jordan Reyna here as well.
>
> Jack
>
> On Wed, Feb 20, 2019 at 3:15 PM Andy Grimes <andy@bbbnh.org> wrote:
>
>> Hi Jack,
>> Appreciate the phone call. My email so you can have my contact info in case you need it. I am working on starting the process to resolve these issues.
>> Best,
>> **Andy Grimes**
>> *Business Relations Specialist*
>> **BBB Serving New Hampshire**
>> (603) 225-5186
>> BBB.org

**Attachment C**          **PX 22, 1507**

| | |
|---|---|
| **From:** | Abygayle Fisher |
| **To:** | Andy Grimes; Jamie Hunter |
| **Subject:** | RE: Raging Bull LLC |
| **Date:** | Thursday, February 21, 2019 10:43:27 AM |

We have a lot of concerns with this business's "Terms and Conditions" and their lack of transparency. They're not technically doing anything "wrong" but the way the conduct business is very deceitful. I'd be willing to talk to Jack (who I think I've talked to before, they submitted an online application while Jamie was in Florida). They also have 4 Unresolved complaints and 2 Unanswered so that make them ineligible. I would also venture to say that they're bordering on having a pattern of complaints.

Please let me know if you have any questions about this!

**Abygayle Fisher**
*Trade Practice Specialist*
**BBB Serving New Hampshire**
(603) 224-1991 ext. 227
BBB.org

**From:** Andy Grimes
**Sent:** Wednesday, February 20, 2019 3:57 PM
**To:** Jamie Hunter <jamie@bbbnh.org>; Abygayle Fisher <Aby@bbbnh.org>
**Subject:** Raging Bull LLC

Hello Ladies,

I wanted to pass this along to you both and let you know I have notes on this company. In a nutshell, Jack (Biz Development) was hired in November.. I am not sure if he knows the reputation of this business, but expressed interest in righting their ship. He said they went through a tough growth period due to the success of their business. I know I do not know as much about their business practice as you both may, so help me out here. All I know is Jack is a big fan of what we do as he has used our services in the past, and he seemed sincere in his conversation with me about taking care of their complaints.

As far as I know, this company has a rough past, and they called in to try and fix this. If you think this is a terrible idea, let me know. If there is anything else I can do to help, let me know. Jordan Reyna who is in this thread is their CFO who would be handling the complaint cleanup. Do you guys want to re-open this situation with the company? Jack gave me an ambitious promise of resolving them all quickly.

P.S. Jack said he would like a TOB for the company to be "financial educators"... I told him we don't have that TOB and I would ask for him.

Thoughts? Comments? Concerns?

Thank you,

**Andy Grimes**
*Business Relations Specialist*
**BBB Serving New Hampshire**
(603) 225-5186
BBB.org

**From:** Jordan Reyna [mailto:jordan@ragingbull.com]
**Sent:** Wednesday, February 20, 2019 3:50 PM
**To:** Jack Lizmi <jack@ragingbull.com>
**Cc:** Andy Grimes <andy@bbbnh.org>
**Subject:** Re: Better Business Bureau Rep

Thanks folks.

Andy --- Yes, we are wanting to move into a better standing and improve our rating amongst the BBB. Since we are web based services, we span multiple BBB territories. Would working

with you help us cover all of those territories or would we need to be set up there as well? My hope is we can keep it all under one room for the sake of efficiency.

Jordan

On Wed, Feb 20, 2019 at 1:47 PM Jack Lizmi <jack@ragingbull.com> wrote:

> Thank you very much, Andy. Glad we were able to talk. I'm including Jordan Reyna here as well.
>
> Jack
>
> On Wed, Feb 20, 2019 at 3:15 PM Andy Grimes <andy@bbbnh.org> wrote:
>
>> Hi Jack,
>> Appreciate the phone call. My email so you can have my contact info in case you need it. I am working on starting the process to resolve these issues.
>> Best,
>> **Andy Grimes**
>> *Business Relations Specialist*
>> **BBB Serving New Hampshire**
>> (603) 225-5186
>> BBB.org

| | |
|---|---|
| **From:** | Jordan Reyna |
| **To:** | Better Business Bureau; Abygayle Fisher |
| **Subject:** | Re: BBB Complaint Case# 16066627 (Ref#10-92047360-16066627-13-3100) |
| **Date:** | Tuesday, March 12, 2019 9:23:46 AM |

Aby,

I wanted to follow up and see where we are on the accreditation process. I have not heard back from you or your team in quite some time on this effort. My understanding was there was a backlog of BBB items that we were unaware of. Have we handled all of them? What are we lacking? Would like to get this squared away by end of week this week.

Jordan

On Tue, Mar 12, 2019 at 6:25 AM Better Business Bureau <concord.af@bbb-email.org> wrote:

Complaint Case #16066627
Consumer: J█ G█ L█

BBB has received further correspondence from the consumer regarding the above-referenced complaint. We ask that you review this additional information and advise us of your findings and intentions.

Generally, resolving a complaint requires both parties to move from their current position to a middle ground. In your response, please state your position, and if possible, indicate what steps can be taken by both parties to resolve this matter.

You can view the details of this correspondence and respond by clicking here. Clicking this link will take you to our website, where you will be able to view and respond to this case directly online.

In the interest of time and good customer relations, we are requesting your response by March 22, 2019. If you are unable to respond using the internet, please respond in writing to the address below.

Thank you for your time and attention. If you have any questions or concerns, please contact us at 603 224-1991 ext 227.

Sincerely,


Abygayle Fisher, Trade Practice Specialist
48 Pleasant St, Concord NH 03301
Phone: 603 224-1991 ext 227
Fax: 603-228-9035
aby@bbbnh.org

_____

Please understand that the consumer's complaint and your response will be publicly posted on the BBB Web site (BBB reserves the right to not post in accordance with BBB policy).

| | |
|---|---|
| **From:** | Jordan Reyna |
| **To:** | Abygayle Fisher |
| **Subject:** | Re: BBB Complaint Case# 16066627 (Ref#10-92047360-16066627-13-3100) |
| **Date:** | Wednesday, March 13, 2019 10:09:04 AM |

I did some digging and found Andy's email. Will jump on that. Stay warm up there!

Jordan

On Tue, Mar 12, 2019 at 9:07 AM Jordan Reyna <jordan@ragingbull.com> wrote:
> Abygayle,
>
> Can you link me to those items that need responses. I cannot locate them to get those resolved.
>
> Jordan
>
> On Tue, Mar 12, 2019 at 8:53 AM Abygayle Fisher <Aby@bbbnh.org> wrote:
>> Jordan,
>>
>>
>> It doesn't look there's been any headway made on the complaints that Andy sent to you at the end of February. Jamie mentioned that she spoke with you and was able to give you some further instructions on how to submit your business response. To date we have not received those responses. This will not automatically make the business eligible for accreditation as there are still 5 complaint cases that BBB deemed Unresolved. A business with Unresolved complaints does not meet BBB's Standards for accreditation. Furthermore, Unresolved complaints aren't normally eligible to be reopened in the same way Unanswered complaints are. This means that the business will not be eligible for accreditation until the most recent Unresolved complaint falls off the record.
>>
>> Please refer back to the email sent by Andy on Feb 22[nd] for links to the unanswered complaints should you still wish to respond to them.
>>
>>
>> Best,
>>
>>
>> **Abygayle Fisher**
>>
>> *Trade Practice Specialist*
>> **BBB Serving New Hampshire**
>> (603) 224-1991 ext. 227
>> BBB.org

**From:** Jordan Reyna [mailto:forwarding@bbb-email.org]
**Sent:** Tuesday, March 12, 2019 9:24 AM
**To:** Better Business Bureau <concord.af@bbb-email.org>; Abygayle Fisher <Aby@bbbnh.org>
**Subject:** Re: BBB Complaint Case# 16066627 (Ref#10-92047360-16066627-13-3100)

Aby,

I wanted to follow up and see where we are on the accreditation process. I have not heard back from you or your team in quite some time on this effort. My understanding was there was a backlog of BBB items that we were unaware of. Have we handled all of them? What are we lacking? Would like to get this squared away by end of week this week.

Jordan

On Tue, Mar 12, 2019 at 6:25 AM Better Business Bureau <concord.af@bbb-email.org> wrote:

> Complaint Case #16066627
> Consumer: J▮ G▮ L▮
>
> BBB has received further correspondence from the consumer regarding the above-referenced complaint. We ask that you review this additional information and advise us of your findings and intentions.
>
> Generally, resolving a complaint requires both parties to move from their current position to a middle ground. In your response, please state your position, and if possible, indicate what steps can be taken by both parties to resolve this matter.
>
> You can view the details of this correspondence and respond by clicking here. Clicking this link will take you to our website, where you will be able to view and respond to this case directly online.
>
> In the interest of time and good customer relations, we are requesting your response by March 22, 2019. If you are unable to respond using the internet, please respond in writing to the address below.
>
> Thank you for your time and attention. If you have any questions or concerns, please contact us at 603 224-1991 ext 227.
>
> Sincerely,
>
> Abygayle Fisher, Trade Practice Specialist

48 Pleasant St, Concord NH 03301
Phone: 603 224-1991 ext 227
Fax: 603-228-9035
aby@bbbnh.org

_____

Please understand that the consumer's complaint and your response will be publicly posted on the BBB Web site (BBB reserves the right to not post in accordance with BBB policy). Please do not include any information that personally identifies your customer. By submitting your response, you are representing that it is a truthful account of your experience with this consumer. The BBB may edit the complaint or your response to protect privacy rights and to remove inappropriate language.

**Attachment C**                                    **PX 22, 1513**

| | |
|---|---|
| **From:** | Jordan Reyna |
| **To:** | Abygayle Fisher; Andy Grimes |
| **Subject:** | Re: Better Business Bureau Rep |
| **Date:** | Thursday, March 14, 2019 10:20:05 AM |
| **Attachments:** | image001.png |

Abygayle,

I understand this. **I am needing help finding the further unresolved complaints**. I have handled all that I can find. **We need your help here** to find those unresolved complaints.

Also, as far as falling off the record, how long does that take?

Jordan

On Thu, Mar 14, 2019 at 8:14 AM Abygayle Fisher <Aby@bbnh.org> wrote:

> Jordan,
>
> Thank you for submitting those responses, I will send them on to the consumers as soon as I can!
>
> As mentioned in my previous email to you, these responses will not automatically make the business eligible for accreditation as there are still 5 complaint cases that BBB deemed Unresolved. A business with Unresolved complaints does not meet BBB's Standards for accreditation. Furthermore, Unresolved complaints aren't normally eligible to be reopened in the same way Unanswered complaints are. This means that the business will not be eligible for accreditation until the most recent Unresolved complaint falls off the record.
>
> Please let me know if you have any further questions!
>
> **Abygayle Fisher**
>
> *Trade Practice Specialist*
> **BBB Serving New Hampshire**
> (603) 224-1991 ext. 227
> BBB.org
>
> **From:** Jordan Reyna [mailto:jordan@ragingbull.com]
> **Sent:** Thursday, March 14, 2019 9:54 AM
> **To:** Andy Grimes <andy@bbbnh.org>; Abygayle Fisher <Aby@bbnh.org>
> **Subject:** Fwd: Better Business Bureau Rep
>
> Hi folks. I have replied to the two outstanding items that Andy mentioned earlier. Are there any others that we need to reply to in order to move forward here?
>
> I hope to hear back from either of you soon so we can move into good standing quickly.
>
> Jordan
>
> ---------- Forwarded message ---------
> From: **Jordan Reyna** <jordan@ragingbull.com>
> Date: Mon, Feb 25, 2019 at 8:39 AM
> Subject: Re: Better Business Bureau Rep
> To: Andy Grimes <andy@bbbnh.org>, Jack Lizmi <jack@ragingbull.com>
>
> Thank you.
>
> On Mon, Feb 25, 2019 at 8:27 AM Andy Grimes <andy@bbbnh.org> wrote:
>
>> Jordan,
>>
>> I have asked Jamie from Operations to give you a call at some point today so you can discuss these with her. I am sorry I am not as helpful in this area, but Jamie is very well versed in our policies and will be able to help you out with this. I gave her your number to call and when she can today, she will.
>>
>> Sincerely,
>>
>> **Andy Grimes**
>>
>> *Business Relations Specialist*
>> **BBB Serving New Hampshire**
>> (603) 225-5186
>> BBB.org

**From:** Jordan Reyna [mailto:jordan@ragingbull.com]
**Sent:** Monday, February 25, 2019 10:01 AM
**To:** Andy Grimes <andy@bbbnh.org>; Jack Lizmi <jack@ragingbull.com>
**Subject:** Re: Better Business Bureau Rep

Andy,

It appears that the two cases you sent are closed and that I cannot comment on them.

image.png



How should we proceed?

Jordan

On Fri, Feb 22, 2019 at 7:34 AM Andy Grimes <andy@bbbnh.org> wrote:

Good Morning Jordan,

Sorry for my delay in responding, I took a personal day yesterday. I have already started the conversation with our operations team to start addressing some of the complaints. If you are available today, give me a call so we can update the information we have on the company. Part of our rating system is based on the size of your company, and currently, we do not have that information. Give me a call so we can start there, we have a bit of work to do before we can Accredit the company.

I have two links you can follow to start working on the complaints. If you need any help with those, I am happy to get you in touch with your case manager.

https://concord.app.bbb.org/complaint/view/16063373/b/54fe9b

https://concord.app.bbb.org/complaint/view/16063372/b/54fe9b

I am in the office until 2 this afternoon, and I do take a lunch around noon. My direct line is below.

Thank you,

**Andy Grimes**

*Business Relations Specialist*
**BBB Serving New Hampshire**
(603) 225-5186
BBB.org

**From:** Jordan Reyna [mailto:jordan@ragingbull.com]
**Sent:** Thursday, February 21, 2019 9:28 AM
**To:** Jack Lizmi <jack@ragingbull.com>
**Cc:** Andy Grimes <andy@bbbnh.org>
**Subject:** Re: Better Business Bureau Rep

Wanting to follow up here Andy.

Thanks,

Jordan

On Wed, Feb 20, 2019 at 1:49 PM Jordan Reyna <jordan@ragingbull.com> wrote:

Thanks folks.

Andy --- Yes, we are wanting to move into a better standing and improve our rating amongst the BBB. Since we are web based services, we span multiple BBB territories. Would working with you help us cover all of those territories or would we need to be set up there as well? My hope is we can keep it all under one room for the sake of efficiency.

Jordan

On Wed, Feb 20, 2019 at 1:47 PM Jack Lizmi <jack@ragingbull.com> wrote:

Thank you very much, Andy. Glad we were able to talk. I'm including Jordan Reyna here as well.

Jack

On Wed, Feb 20, 2019 at 3:15 PM Andy Grimes <andy@bbbnh.org> wrote:

Hi Jack,

Appreciate the phone call. My email so you can have my contact info in case you need it. I am working on starting the process to resolve these issues.

Best,

**Andy Grimes**

*Business Relations Specialist*
**BBB Serving New Hampshire**
(603) 225-5186
BBB.org

**Attachment C**                                    **PX 22, 1516**

| | |
|---|---|
| **From:** | Jordan Reyna |
| **To:** | Abygayle Fisher |
| **Subject:** | Re: BBB Complaint Case# 16066627 (Ref#10-92047360-16066627-17-3100) |
| **Date:** | Tuesday, March 26, 2019 4:28:14 PM |

So you want us to argue with her? Asking her to rescind her false claim is not a payoff at all. I don't appreciate you accusing us of unethical practices. I'd like our account to be removed from you for future handling as we do not appreciate your current methods of assisting us. Your communications are not helpful come off as rude.

Please let us know who our new representative will be going forward.

By giving someone a refund after making defamatory remarks is as good as saying their remarks are true. We cannot honor some spreading falsities. Instead, we asked for someone to meet us in the middle to acknowledge their accusations were false. We are simply wanting the truth to be made known, not honor anyone who slings mud at us.

Jordan

On Tue, Mar 26, 2019 at 2:21 PM Abygayle Fisher <Aby@bbbnh.org> wrote:

> Jordan,
>
>
> The rescission of a complaint, in whole or in part, as a term of the business's proposal is not considered an ethical way to offer a resolution and is against BBB policy. While I completely understand that you feel the consumer's "bait & switch" claim is not truthful, this claim helped summarize *her perception* of the situation and we (you, nor BBB) can tell a her how to feel about her interaction with Raging Bull. If she felt her situation fit into the category of bait and switch, that is her opinion and including it in her complaint response does not automatically make it fact. For lack of better terminology, think of the condition to remove part of the complaint as "paying off" the consumer to pretend to have never felt there was a problem with the interaction with the business. This is an unethical practice. You *can* however, address the "bait and switch" claim by giving business's position  as to why this was not bait and switch, and include the steps you will take to continue to work toward resolving this complaint.
>
>
> Based on this information, we encourage you to revise your response with one that meets BBB policy. Please feel free to send an updated response directly to my email. Let me know if you have any questions or concerns.
>
>
> Best,
>
>
> **Abygayle Fisher**

*Trade Practice Specialist*
**BBB Serving New Hampshire**
(603) 224-1991 ext. 227
BBB.org


**From:** Jordan Reyna [mailto:forwarding@bbb-email.org]
**Sent:** Monday, March 25, 2019 8:57 AM
**To:** Better Business Bureau <concord.af@bbb-email.org>
**Subject:** Re: BBB Complaint Case# 16066627 (Ref#10-92047360-16066627-17-3100)


Client is making false claims. While I know we cannot request her to remove the false claim, we are glad to refund this client if they correct their claim. I have replied to them requesting so. We cannot give a refund to someone who is lying.


On Mon, Mar 25, 2019 at 6:25 AM Better Business Bureau <concord.af@bbb-email.org> wrote:

> Complaint Case #16066627
> Consumer: J█ G█ L█
>
> BBB has received further correspondence from the consumer regarding the above-referenced complaint. We ask that you review this additional information and advise us of your findings and intentions.
>
> Generally, resolving a complaint requires both parties to move from their current position to a middle ground. In your response, please state your position, and if possible, indicate what steps can be taken by both parties to resolve this matter.
>
> You can view the details of this correspondence and respond by clicking here. Clicking this link will take you to our website, where you will be able to view and respond to this case directly online.
>
> In the interest of time and good customer relations, we are requesting your response by April 4, 2019. If you are unable to respond using the internet, please respond in writing to the address below.
>
> Thank you for your time and attention. If you have any questions or concerns, please contact us at 603 224-1991 ext 227.
>
> Sincerely,
>
>
> Abygayle Fisher, Trade Practice Specialist
> 48 Pleasant St, Concord NH 03301

Phone: 603 224-1991 ext 227
Fax: 603-228-9035
aby@bbbnh.org

_____

Please understand that the consumer's complaint and your response will be publicly posted on the BBB Web site (BBB reserves the right to not post in accordance with BBB policy). Please do not include any information that personally identifies your customer. By submitting your response, you are representing that it is a truthful account of your experience with this consumer. The BBB may edit the complaint or your response to protect privacy rights and to remove inappropriate language.

| | |
|---|---|
| **From:** | Jordan Reyna |
| **To:** | Better Business Bureau |
| **Subject:** | Fwd: BBB Complaint Case# 16066627 (Ref#10-92047360-16066627-17-3100) |
| **Date:** | Tuesday, March 26, 2019 4:31:16 PM |

We would like to request a new rep. Abygayle is not a good fit for us. Her handling of our account is subpar. We would like to partner with someone who understands business and avoid accusatory claims. We need an advocate, not another barrier.

I'm glad to hop on a call if necessary to expedite this transition.

Jordan Reyna

---------- Forwarded message ---------
From: **Abygayle Fisher** <Aby@bbbnh.org>
Date: Tue, Mar 26, 2019 at 2:21 PM
Subject: RE: BBB Complaint Case# 16066627 (Ref#10-92047360-16066627-17-3100)
To: Jordan Reyna <jordan@ragingbull.com>

Jordan,

The rescission of a complaint, in whole or in part, as a term of the business's proposal is not considered an ethical way to offer a resolution and is against BBB policy. While I completely understand that you feel the consumer's "bait & switch" claim is not truthful, this claim helped summarize *her perception* of the situation and we (you, nor BBB) can tell a her how to feel about her interaction with Raging Bull. If she felt her situation fit into the category of bait and switch, that is her opinion and including it in her complaint response does not automatically make it fact. For lack of better terminology, think of the condition to remove part of the complaint as "paying off" the consumer to pretend to have never felt there was a problem with the interaction with the business. This is an unethical practice. You *can* however, address the "bait and switch" claim by giving business's position  as to why this was not bait and switch, and include the steps you will take to continue to work toward resolving this complaint.

Based on this information, we encourage you to revise your response with one that meets BBB policy. Please feel free to send an updated response directly to my email. Let me know if you have any questions or concerns.

Best,

**Abygayle Fisher**

**Attachment C**                                              **PX 22, 1520**

*Trade Practice Specialist*
**BBB Serving New Hampshire**
(603) 224-1991 ext. 227
BBB.org


**From:** Jordan Reyna [mailto:forwarding@bbb-email.org]
**Sent:** Monday, March 25, 2019 8:57 AM
**To:** Better Business Bureau <concord.af@bbb-email.org>
**Subject:** Re: BBB Complaint Case# 16066627 (Ref#10-92047360-16066627-17-3100)


Client is making false claims. While I know we cannot request her to remove the false claim, we are glad to refund this client if they correct their claim. I have replied to them requesting so. We cannot give a refund to someone who is lying.


On Mon, Mar 25, 2019 at 6:25 AM Better Business Bureau <concord.af@bbb-email.org> wrote:

> Complaint Case #16066627
> Consumer: J█ G█ L█
>
> BBB has received further correspondence from the consumer regarding the above-referenced complaint. We ask that you review this additional information and advise us of your findings and intentions.
>
> Generally, resolving a complaint requires both parties to move from their current position to a middle ground. In your response, please state your position, and if possible, indicate what steps can be taken by both parties to resolve this matter.
>
> You can view the details of this correspondence and respond by clicking here. Clicking this link will take you to our website, where you will be able to view and respond to this case directly online.
>
> In the interest of time and good customer relations, we are requesting your response by April 4, 2019. If you are unable to respond using the internet, please respond in writing to the address below.
>
> Thank you for your time and attention. If you have any questions or concerns, please contact us at 603 224-1991 ext 227.
>
> Sincerely,
>
>
> Abygayle Fisher, Trade Practice Specialist
> 48 Pleasant St, Concord NH 03301

Phone: 603 224-1991 ext 227
Fax: 603-228-9035
aby@bbbnh.org

_____

Please understand that the consumer's complaint and your response will be publicly posted on the BBB Web site (BBB reserves the right to not post in accordance with BBB policy). Please do not include any information that personally identifies your customer. By submitting your response, you are representing that it is a truthful account of your experience with this consumer. The BBB may edit the complaint or your response to protect privacy rights and to remove inappropriate language.

| | |
|---|---|
| **From:** | Abygayle Fisher |
| **To:** | "Jordan Reyna" |
| **Cc:** | Jamie Hunter |
| **Subject:** | RE: BBB Complaint Case# 16066627 (Ref#10-92047360-16066627-22-2200) |
| **Date:** | Tuesday, April 9, 2019 9:21:00 AM |

Jordan,

Thanks for reaching out! I've gone ahead and made that change for you, please just allow 24 hours for the change to take effect. Please let me know if there are any other changes that need to be made!

Have a great week!

**Abygayle Fisher**
*Trade Practice Specialist*
**BBB Serving New Hampshire**
(603) 224-1991 ext. 227
BBB.org

**From:** Jordan Reyna [mailto:forwarding@bbb-email.org]
**Sent:** Tuesday, April 09, 2019 9:01 AM
**To:** Better Business Bureau <concord.af@bbb-email.org>
**Cc:** LightHouse Media LLC <support@ragingbull.com>
**Subject:** Re: BBB Complaint Case# 16066627 (Ref#10-92047360-16066627-22-2200)

Thanks Abygayle. Can you do me a favor and remove support@ragingbull.com from future BBB notifications? I'll be handling these personally going forward.

Jordan

On Tue, Apr 9, 2019 at 6:22 AM Better Business Bureau <concord.af@bbb-email.org> wrote:

> Complaint Case #16066627
> Consumer: J█  G█  L█
>
> Dear Jordan Reyna,
>
> Thank you for your cooperation with BBB in regards to our complaint process. We have recently received a notification from your customer stating he/she is satisfied with your business's actions. Therefore, we have closed this complaint as RESOLVED in our files.
>
> We encourage you to review the complaint file for any final comments. You can view any additional comments by clicking here.
>
> Thank you for your time and attention regarding this dispute. If you have any questions or concerns please contact us at 603 224-1991 ext 227.
>
> Sincerely,

**Attachment C**          **PX 22, 1523**

Abygayle Fisher, Trade Practice Specialist
48 Pleasant St, Concord, NH
Phone: 603 224-1991 ext 227
Fax: 603-228-9035
aby@bbbnh.org

| | |
|---|---|
| **From:** | Jordan Reyna |
| **To:** | Abygayle Fisher |
| **Cc:** | Jamie Hunter |
| **Subject:** | Re: BBB Complaint Case# 16066627 (Ref#10-92047360-16066627-22-2200) |
| **Date:** | Saturday, May 25, 2019 1:56:18 PM |

Abygayle,

I wanted to make sure all bbb items are being emailed to me directly at
jordan@ragingbull.com. Can you check on that for me please. It's been while since I have
received a complaint.

Jordan

On Tue, Apr 9, 2019 at 7:21 AM Abygayle Fisher <Aby@bbbnh.org> wrote:

> Jordan,
>
>
> Thanks for reaching out! I've gone ahead and made that change for you, please just allow 24 hours
> for the change to take effect. Please let me know if there are any other changes that need to be
> made!
>
>
> Have a great week!
>
>
> **Abygayle Fisher**
>
> *Trade Practice Specialist*
> **BBB Serving New Hampshire**
> (603) 224-1991 ext. 227
> BBB.org
>
>
> **From:** Jordan Reyna [mailto:forwarding@bbb-email.org]
> **Sent:** Tuesday, April 09, 2019 9:01 AM
> **To:** Better Business Bureau <concord.af@bbb-email.org>
> **Cc:** LightHouse Media LLC <support@ragingbull.com>
> **Subject:** Re: BBB Complaint Case# 16066627 (Ref#10-92047360-16066627-22-2200)
>
>
> Thanks Abygayle. Can you do me a favor and remove support@ragingbull.com from future
> BBB notifications? I'll be handling these personally going forward.

**Attachment C**          **PX 22, 1525**

Jordan

On Tue, Apr 9, 2019 at 6:22 AM Better Business Bureau <concord.af@bbb-email.org> wrote:

> Complaint Case #16066627
> Consumer: J██ G██ L██
>
> Dear Jordan Reyna,
>
> Thank you for your cooperation with BBB in regards to our complaint process. We have recently received a notification from your customer stating he/she is satisfied with your business's actions. Therefore, we have closed this complaint as RESOLVED in our files.
>
> We encourage you to review the complaint file for any final comments. You can view any additional comments by clicking here.
>
> Thank you for your time and attention regarding this dispute. If you have any questions or concerns please contact us at 603 224-1991 ext 227.
>
>
> Sincerely,
>
>
> Abygayle Fisher, Trade Practice Specialist
> 48 Pleasant St, Concord, NH
> Phone: 603 224-1991 ext 227
> Fax: 603-228-9035
> aby@bbbnh.org

| | |
|---|---|
| **From:** | Jordan Reyna |
| **To:** | Abygayle Fisher; Jamie Hunter |
| **Subject:** | Re: Raging Bull Report Question |
| **Date:** | Wednesday, June 5, 2019 11:49:33 AM |

I was just thinking, is there a way we could get some sort of roadmap or milestones setup for our account so that we can better guage when we can see improvement on our rating? I know we dug a big hole with not handling past complaints, but wanted to see if we are maybe x amount of resolved complaints away from a bump in our rating...etc. It'd help us look for some light at the end of the tunnel.

Thanks,

Jordan

On Mon, Jun 3, 2019 at 12:25 PM Jordan Reyna <jordan@ragingbull.com> wrote:
Abygayle,

My apology on the Jason Bond removal. I thought that was for the primary contact information. Jason is indeed an owner but a minority owner. RagingBull.com is owned by Sherwood Ventures, LLC, Jason Bond, LLC (minority) and MFA Holdings LLC (minority).

The Legal business name of RagingBull.com is RagingBull.com, LLC and we are setup in Delaware.

Let me know if you have any other questions.

Jordan

On Fri, May 31, 2019 at 7:31 AM Abygayle Fisher <Aby@bbbnh.org> wrote:

Good morning Jordan,

I apologize that it took this long to get back to you, the end of the month is a little bit crazy here in the office so meeting with Jamie took a bit longer than expected. After talking things over with her, taking a look at the business's profile, & going over BBB Policy, it doesn't look like we'd be able to create a new "fresh start" profile for the business. Our commitment to transparency with & to both business and consumers just would allow for us to "erase" 3 years of complaints at a business's request. I'm sure this was not the answer you were hoping for so I'm sorry about that!

After going over the Standard Business Questionnaire that you filled out for us (thank you!), I noticed that you'd removed Jason Bond from the report altogether and we were under the impression that he was the owner of the company. Is this incorrect? If so, would you mind providing a bit more information on the ownership/history of the company? Any

information you can provide would be extremely helpful! With that being said, I've also been unable to find the company registered with the NH Secretary of State's office under any of the business names that we have. We'd like to have the legal business name on file, even if it's kept in our internal files, just so that we have a comprehensive, full report on the business itself.

Thanks in advance for all of your help, I am hopeful that your efforts to improve client communication continue to help the complaint numbers decrease!

Have a great weekend!

**Abygayle Fisher**

*Trade Practice Specialist*
**BBB Serving New Hampshire**
(603) 224-1991 ext. 227
BBB.org

| | |
|---|---|
| **From:** | Jordan Reyna |
| **To:** | Abygayle Fisher |
| **Subject:** | Re: BBB Complaint Case# 16067540 (Ref#10-92047360-16067540-8-3100) |
| **Date:** | Wednesday, June 19, 2019 1:28:45 PM |

Thanks Abygayle. I appreciate the reply. We sincerely are trying our best on this end to make this better. It's just difficult when we don't see our rating creeping up or seeing folks get a little "whackier" than usual.

Your email was encouraging so thank you.

Jordan

On Wed, Jun 19, 2019 at 11:04 AM Abygayle Fisher <Aby@bbbnh.org> wrote:

> Jordan,
>
> Thank you for this feedback, I can definitely see where you're coming from on this one.
>
> I think this is a great opportunity to remind you that BBB does not, by any means, expect Raging Bull to refund each and every customer that files a complaint with us in order for BBB to consider Raging Bull to be making a good faith effort toward resolving their complaints. There are definitely situations, this one being an excellent example, where a refund is not justified and that is completely acceptable. Just because a customer has not done their due diligence to ensure that your services is right for them, does not me a full refund is justified and we understand that. In these cases, we would just ask that you re-outline the service that the consumer originally signed up for, as it would've been described to them, and offer any assistance to them that they might need going forward. Your recent responses have been great so keep it up!
>
> Please give me a call if you have any questions about this or would like to chat more!
>
> Best,
>
> **Abygayle Fisher**
>
> *Trade Practice Specialist*
> **BBB Serving New Hampshire**
> (603) 224-1991 ext. 227
> BBB.org

**From:** Jordan Reyna [mailto:jordan@ragingbull.com]
**Sent:** Wednesday, June 19, 2019 10:50 AM
**To:** Abygayle Fisher <Aby@bbbnh.org>
**Subject:** Fwd: BBB Complaint Case# 16067540 (Ref#10-92047360-16067540-8-3100)


G██ came back with salt an vinegar. We'll fully refund him out, I have done so now. These are the folks that abuse BBB in my opinion to bully businesses.

---------- Forwarded message ---------
From: **Better Business Bureau** <concord.af@bbb-email.org>
Date: Tue, Jun 18, 2019 at 6:20 AM
Subject: BBB Complaint Case# 16067540 (Ref#10-92047360-16067540-8-3100)
To: Jordan Reyna CFO <jordan@ragingbull.com>


Complaint Case #16067540
Consumer: G██ S██

BBB has received further correspondence from the consumer regarding the above-referenced complaint. We ask that you review this additional information and advise us of your findings and intentions.

Generally, resolving a complaint requires both parties to move from their current position to a middle ground. In your response, please state your position, and if possible, indicate what steps can be taken by both parties to resolve this matter.

You can view the details of this correspondence and respond by clicking here. Clicking this link will take you to our website, where you will be able to view and respond to this case directly online.

In the interest of time and good customer relations, we are requesting your response by June 28, 2019. If you are unable to respond using the internet, please respond in writing to the address below.

Thank you for your time and attention. If you have any questions or concerns, please contact us at 603 224-1991 ext 227.

Sincerely,


Abygayle Fisher, Trade Practice Specialist
48 Pleasant St, Concord NH 03301
Phone: 603 224-1991 ext 227
Fax: 603-228-9035
aby@bbbnh.org

---

Please understand that the consumer's complaint and your response will be publicly posted on the BBB Web site (BBB reserves the right to not post in accordance with BBB policy). Please do not include any information that personally identifies your customer. By submitting your response, you are representing that it is a truthful account of your experience with this consumer. The BBB may edit the complaint or your response to protect privacy rights and to remove inappropriate language.

**From:** Jordan Reyna
**To:** Better Business Bureau; Michael Bowers
**Subject:** Re: BBB Complaint Case# 16067540 (Ref#10-92047360-16067540-12-2200)
**Date:** Tuesday, July 2, 2019 9:34:13 AM

Aby,

I wanted to follow up here. Michael Bowers will be our new point of contact on this effort. Feel free to still CC me on future BBB items if you wish. Michael is solid and has a propensity to change things for the better. My hope is that you folks form a great relationship and help us get to where we'd like to be with the BBB going forward.

Jordan

On Tue, Jun 25, 2019 at 9:55 AM Jordan Reyna <jordan@ragingbull.com> wrote:

Abygayle,

Thanks for the update. The client has been fully refunded and we have fulfilled our solution. We have also resolved the D██ B████ item as well.

I wanted to introduce you to Michael Bowers. He will be taking over our support team and will be your future point of contact. Do we need to get him connected with his own BBB login info?

I am going to go over training with him today to make sure he's solid on the process.

Thanks,

Jordan

On Fri, Jun 21, 2019 at 6:25 AM Better Business Bureau <concord.af@bbb-email.org> wrote:

Complaint Case #16067540
Consumer: G██ S████

Dear Jordan Reyna,

Thank you for your cooperation with BBB in regards to our complaint process. We have recently received a notification from your customer stating he/she is satisfied with your business's actions. Therefore, we have closed this complaint as RESOLVED in our files.

We encourage you to review the complaint file for any final comments. You can view any additional comments by clicking here.

Thank you for your time and attention regarding this dispute. If you have any questions or concerns please contact us at 603 224-1991 ext 227.

Sincerely,

Abygayle Fisher, Trade Practice Specialist
48 Pleasant St, Concord, NH
Phone: 603 224-1991 ext 227
Fax: 603-228-9035
aby@bbbnh.org

| | |
|---|---|
| **From:** | Michael Bowers |
| **To:** | Abygayle Fisher |
| **Subject:** | Re: M██████ A████  Case #16068306 |
| **Date:** | Monday, September 16, 2019 2:21:24 PM |



Abygayle,

Thanks so much just wanted to be positive. Much appreciate the quick response time.

Michael Bowers
Director Of Client Services
833-265-1270
https://ragingbull.com/
https://www.linkedin.com/company/ragingbull/
https://www.facebook.com/RagingBullTrading/

On Mon, Sep 16, 2019 at 12:01 PM Abygayle Fisher <Aby@bbbnh.org> wrote:

> Hi Michael!
>
>
> This is a great question! I think the fact that his chargeback was not granted is important information for other consumers to have & is a perfectly acceptable reason for Raging Bull to not extend the offer of a refund to this particular consumer.
>
> Please just outline any support you've given/would be willing to give to this consumer, iterate that his refund request was already denied by a third party and indicate that, for this reason, you're still not willing to offer a refund in his particular case.
>
>
> Please let me know if you have any questions about this!
>
>
> **Abygayle Fisher**
>
> *Trade Practice Specialist*
> **BBB Serving New Hampshire**
> (603) 224-1991 ext. 227
> BBB.org
>
>
> **From:** Michael Bowers [mailto:michaelb@ragingbull.com]

**Sent:** Monday, September 16, 2019 10:40 AM
**To:** Abygayle Fisher <Aby@bbbnh.org>
**Subject:** M████ A██  Case #16068306

RagingBull

[?]

Abygayle,

I am about to send my report for M████ A██  but had a few questions. He currently lost a Chargeback dispute and the bank ruled in our favor. Wondering how to respond to him since he is requesting a refund after losing his bank dispute. Would you be able to tell me what the best action is?

Michael Bowers

Director Of Client Services

833-265-1270

https://ragingbull.com/

https://www.linkedin.com/company/ragingbull/

https://www.facebook.com/RagingBullTrading/

**Attachment C**                                          **PX 22, 1535**

**From:** Michael Bowers
**To:** Better Business Bureau; Abygayle Fisher
**Subject:** Re: BBB Complaint Case# 16068306 (Ref#10-92047360-16068306-12-8100)
**Date:** Monday, September 30, 2019 12:12:39 PM



Let me know if there is something else I can do for the guy. We won't be able to pursue a refund for him at this time being that he lost the dispute and a 3rd party ruled in our favor. Let me know if this needs anymore action from me on my end. Thanks.

Pleasure,


Michael Bowers
Director Of Client Services
833-265-1270
*If you're not already, make sure you sign up for our webinar where RagingBull will be interviewing the greatest trader you've never seen!*
*SIGN UP HERE!*
https://ragingbull.com/
https://www.linkedin.com/company/ragingbull/
https://www.facebook.com/RagingBullTrading/
https://ragingbull.com/orlando-event/



On Mon, Sep 30, 2019 at 12:06 PM Better Business Bureau <concord.af@bbb-email.org> wrote:
> Complaint Case #16068306
> Consumer: M█████ A█████
>
> Thank you for your cooperation in responding to the consumer's complaint.
>
> Following our usual procedure, we notified the consumer of your response and requested notification of whether or not a satisfactory resolution had been reached. Unfortunately, the consumer notified our office they are not satisfied. BBB has determined your company has addressed the issues within the complaint; therefore we have closed this case in our files. This matter will appear in your BBB Business Profile as: "Answered - the business addressed the issues within the complaint, but the consumer remains dissatisfied."
>
> We encourage you to review the complaint file below for any final comments. You can view any additional comments by clicking here.
>
> In the event the consumer contacts BBB again regarding this issue, we may reach out to you to review any new or additional information we've received from the consumer.
>
> We sincerely appreciate your cooperation in addressing this matter and hope we can be of service to you in the future.

Sincerely,

Abygayle Fisher, Trade Practice Specialist
48 Pleasant St, Concord, NH 03301
Phone: 603 224-1991 ext 227
Fax: 603-228-9035
aby@bbbnh.org

| From: | Michael Bowers |
|---|---|
| To: | Abygayle Fisher |
| Subject: | Re: Phone Call Follow Up |
| Date: | Friday, November 1, 2019 12:58:51 PM |



Abygayle,

Thanks a bunch! It was nice to meet you and get to know who I'm working with on the other end of the phone. I appreciate you making the changes to our Profile as well. I think that will help clients contact us before submitting a complaint to BBB and hopefully prevent a good amount of complaints. I look forward to getting our score to the very best it can be, and appreciate you taking the time to help us reach our goal. I am reviewing what you have sent over with Jeff, and will have a decision made shortly. Thanks again. I'll be in touch. Enjoy your weekend!

Pleasure,

Michael Bowers
*Director Of Client Services*
**833-265-1270**
https://ragingbull.com/
https://www.linkedin.com/company/ragingbull/
https://www.facebook.com/RagingBullTrading/
https://ragingbull.com/orlando-event/



On Wed, Oct 30, 2019 at 3:52 PM Abygayle Fisher <Aby@bbbnh.org> wrote:

> Michael,
>
> It was a pleasure speaking with you this afternoon, thank you for taking the time to answer all of my questions! I hope you found our call as helpful as I did.
>
> Please allow up to 24 hours for all of the changes to the business's profile that we went over to go live for you to see publicly. If, after that period, you see anything that looks wrong or funky, just let me know and I'll make the necessary adjustments.
>
> Based on the information we talked about and the extremely quick growth of the company, I

do think it's going to be in everyone's best interest to get some documentation to validate of the business's size. In order for us to make the correct change, we'd like some sort of official documentation that identifies Raging Bull's revenue. This would include Federal filings, state filings, or documents of a similar nature that can prove annual revenues as they relate to the rapid growth of the business. If you could get us a copy of the necessary documents, we would be happy to look them over and let you know if they can be used to provide a clear picture of your gross annual sales. If you could also send over the current number of non-sub-contracted employees, that would be super helpful as well! We don't need names, or anything like that, just the current total of all of the company's employees that are ***not*** working on a 1099 basis!

I've also attached an invoice for access to the MyComplaints that I'm hoping will help you out with the handling of BBB complaints! If you want to just fill it out and send it back to me, I'll get it right over to Michelle so that we can get your access set up ASAP!

Please let me know if you have any other questions, I'm happy to help anywhere I can!

Talk soon,

**Abygayle Fisher**

*Trade Practice Specialist*
**BBB Serving New Hampshire**
(603) 224-1991 ext. 227
BBB.org

**From:** Michael Bowers
**To:** Abygayle Fisher
**Subject:** Re: Lunch With RagingBull
**Date:** Wednesday, February 19, 2020 3:16:15 PM
**Attachments:** image001.gif

Abygayle,

Nice speaking to you today. I will look over Jeff and I's schedule and try to find a time that might work for both parties in the near future. Thanks again for assisting with the few questions I had.

Pleasure,

Michael Bowers
***Director Of Client Services***
**833-265-1270**
https://ragingbull.com/
https://www.linkedin.com/company/ragingbull/
https://www.facebook.com/RagingBullTrading/

On Wed, Feb 19, 2020 at 10:19 AM Abygayle Fisher <Aby@bbbnh.org> wrote:

> Hi Michael!
>
> I apologize for the delay getting back to you on this, yesterday was crazy with the holiday and then our office ended up closing early due to the weather.
>
> Unfortunately, with such short notice, meeting with Jeff today won't fit into our schedule. We absolutely would welcome the opportunity to sit down with someone from Raging Bull, we just have an EXTREMELY small office so coordinating those type of meetings does require a bit of notice for us to make it work on our end.
>
> Please let me know a bit further ahead of time & we'll make something work!
>
> Thanks for understanding!
>
> Best,
>
> **Abygayle Fisher**

*Trade Practice Specialist*
**BBB Serving New Hampshire**
(603) 224-1991 ext. 227
BBB.org

**From:** Michael Bowers <michaelb@ragingbull.com>
**Sent:** Monday, February 17, 2020 1:50 PM
**To:** Abygayle Fisher <Aby@bbbnh.org>
**Subject:** Lunch With RagingBull

Abygayle,

I hope all is well. Its been a while since we spoke. Jeff Bishop wanted me to see if you are available on Wednesday to go to lunch or if he might be able to meet your team. He will be in your area and thought it would be nice to meet you guys. Let me know if that's something you would be interested in. Thanks Abygayle.

Pleasure,

Michael Bowers

***Director Of Client Services***

**833-265-1270**

https://ragingbull.com/

https://www.linkedin.com/company/ragingbull/

**Attachment C**          **PX 22, 1541**

PX 22   1542

Attachment G

| | |
|---|---|
| **From:** | Michael Bowers |
| **To:** | Abygayle Fisher |
| **Subject:** | Re: FW: BBB Complaints |
| **Date:** | Tuesday, March 10, 2020 1:31:25 PM |



Abygayle,

My apologies for a delayed response, I have been out the past few days under the weather. I'll get those ones settled today. Thanks for letting me know.

Pleasure,

Michael Bowers
***Director Of Client Services***
**833-265-1270**
https://ragingbull.com/
https://www.linkedin.com/company/ragingbull/
https://www.facebook.com/RagingBullTrading/



On Mon, Mar 9, 2020 at 12:01 PM Abygayle Fisher <Aby@bbbnh.org> wrote:

> Hi Michael!
>
>
> I'm just following up on the email below, as I haven't seen any responses come through on any of these complaints.
>
> All three of them have been open since January so I really need these to be moved to the top of the priority list or the will be closed as Unresolved. I can only grant 3 more days on rebuttals for these complaints before they close. (They really should've already been closed but I was able to grant a couple extra extensions due to the MyComplaints errors that are occurring but, since you've been sent multiple emails with direct links to the complaints, I just can't hold these any longer.)

**Attachment C**          **PX 22, 1543**

Please let me know if you have any questions.


Best,


**Abygayle Fisher**

*Trade Practice Specialist*
**BBB Serving New Hampshire**
(603) 224-1991 ext. 227
BBB.org





---

**From:** Abygayle Fisher
**Sent:** Wednesday, March 4, 2020 11:12 AM
**To:** Michael Bowers <michaelb@ragingbull.com>
**Subject:** BBB Complaints


Michael,


I hope all is well! I hate that I keep having to send you these emails, as our system should be working but it looks like the updates still haven't been pushed through. I've got 3 complaints that currently need your attention, I've added the links below!


1. https://concord.app.bbb.org/complaint/view/16069601/b/54fe9b
2. https://concord.app.bbb.org/complaint/view/16069798/b/54fe9b
3. https://concord.app.bbb.org/complaint/view/16069725/b/54fe9b


Thanks!

**Abygayle Fisher**

*Trade Practice Specialist*
**BBB Serving New Hampshire**
(603) 224-1991 ext. 227
BBB.org



## Customer Reviews

**Raging Bull LLC (92047360)**
**Consumer:** E█████ D██████   **Display Name:** E████ D.
**Consumer Phone:** ████████████████
**Date Submitted:** 2018-04-01 15:00:50
**Review Type:** negative
**Stars:** 1
**Original Customer Review:**

  E█████ **D.:** 1. On Facebook I objected to a false claim of high profits on options trades on FB and TWTR on JasonBondPics Facebook page. I suggested he post his boast on the page of the service where the trade was called, because after 10 days getting his service he made no trades on either of the two stocks he boasted about. 2. When I called it BS and false, my post was deleted and I was banned from further comment, however I could still see the false or misleading post was still up. Background: I subscribed to JasonBondPicks trade service trial for $49 on March 19, 2018. Yesterday Mar. 31 Jason Bond Picks facebook page was touting that he had used a large profit on an options trade to buy luxury items. I have no doubt that he may have done this trade, or that one of his other sites might have called the trades, I just don't know. What I do know is that his service, Jason Bond Picks, did not. I was further disappointed that these folks removed me rather than fessing up. Furthermore, while the JasonBondPicks current portfolio of holds is actually down by 7-8% (about 20K) I have no idea whether he is up for the years or down as he does not post actual results or track record of any detail. For the week, I reviewed my texts from his service and his trades actually did net a nice profit over all. Why is his marketing machine relying on fake results? My trust in his claims has been broken. He should really be more honest and transparent to prospective and current subscribers.

**Additional Comments:**

  **Business (2018-04-02 13:52:47) :** Thanks for reaching out. E████ has not made an attempt to contact support regarding this issue. We suggest she do so so that we can properly assist her. We do not recommend making false claims on dispute sites as that's counterproductive. Our service is an industry leader due to our results, transparency and support. E█████ can contact our support team at support@jasonbondpicks.com and we'll be glad to assist her there as this is not a platform that we use for practical support issues.

All in all, E████'s comments are not true but I believe that's due to some confusion that we can assist E█████ with when she reaches out to our support team.

  E█████ **D. (2018-04-02 17:23:18) :** I have an email from Daren (Jason Bond Picks) dated Mar. 29 at 2:52PM EDT that I can upload, as well as that screen shot after you banned me and removed my comments. You never even tried to reach out to answer my complaint,, just removed it.

BBB, if you can send me a link for two more uploads I can send them

  **Business (2018-04-03 09:21:48) :** It appears E████ has multiple complaints open. We have replied to the other complaint a few moments ago and are glad to continue via that complaint. Thank you for your time.

  E█████ **D. (2018-04-19 00:55:33) :** I have uploaded proof of my claims, uploaded to BBB: 1 email where I tried to switch services as it is nearly impossible to get a trade at the price Jason Bond suggests (he front runs his clients) - and two screen prints from Facebook page - the real page not a fake - where I call you out for claiming profits that are not in his service, and another a few hours later AFTER my comments were removed and I was banned. I have no reason to lie. But you people are a shameless sales machine. Buyer Beware for Jason Bond Picks.


**Raging Bull LLC (92047360)**
**Consumer:** E███ K████   **Display Name:** E███ K
**Consumer Phone:** ████████████████
**Date Submitted:** 2019-06-19 09:45:31
**Review Type:** negative
**Stars:** 1
**Original Customer Review:**

  E███ **K:** These guys are the WORST. I've lost money with each and every one of their services.

I haven't renewed any.

They're a marketing machine and make all of these wonderful promises about how they'll grow your money. They charge a fortune. I get many, many emails from Raging Bull each day, touting all of their wonderful services, which are often just renamed or reconfigured.

Most recently, I purchased Kyle Davis's fancy service (used to be Biotech Breakouts, then Black Optics). I purchased the chat room and the options service separately. When the chat room lapsed, I didn't renew. The options service lost me lots

of money.  I finally complained about the bad results, and was offered a switch.  Since Daily Profit Machine is the hot ticket now, I asked to be switched to that.

Davis M***** sends out a "trade of the day" on SPY options each morning.  He gives a couple of paragraphs of analysis and then says the trade of the day is SPY [calls or puts, date and strike.  Unfortunately, the emails don't give entries or exits.

I've been in this "service" four days now.  I couldn't trade one of the four because of work commitments.  The other three have been losses.  The first two days, there were self-congratulatory emails about how he got in and out for a profit in literally 4 minutes the first day, 2 minutes the second day.  No email day 3 and no email day 4, so presumably losses.  (I lost money on days 1, 2 and 4.)

I asked the "service" about entry and exit prices and no response.

Cannot recommend.
**Additional Comments:**
        Business (2019-06-19 12:10:58) : *****,

Thanks for reaching out. I have read through all of our interactions with you and I see we have accommodated each of your requests. I indeed see that we have switched you from service to service at your request. Currently you are in the Daily Profit Machine and I see your reference to the Daily Spy Trades. I have to reiterate that we do not guarantee profits on our trades, nor do we ever recommend mirroring trades. Our trades are for observational purposes across the board for all of our services. We provide alerts to show you our strategy (which we teach step-by-step in our educational suite) at work. Yes, we do lose some. Beware of folks who say they don't ever lose. However, we win/profit more consistently than the competition. We'd love to help this service work for you as it has for thousands of other happy clients.

Regarding not receiving emails as of late, we have learned of a tech error that's spanned the last few days that we are working tirelessly to resolve. Our plan is to credit clients an extension for this error. We'd love to hear back from you on ways to improve our standing with you.

Sincerely,

Jordan


**Raging Bull LLC (92047360)**
**Consumer:** ▮ ▮ L        **Display Name:** ▮▮ L
**Consumer Phone:** ▮▮▮▮▮▮▮
**Date Submitted:** 2019-10-23 17:35:33
**Review Type:** negative
**Stars:** 1
**Original Customer Review:**
        ▮▮ L: I have been a participant of several of their programs. I haven't had a good experience.

When I called for the very first time, I informed them that I was new to trading and was looking for work I could do to stay home with my infant daughter. I asked them if Raging Bull could be my mentor so to speak and teach me how to trade. I was told that they could help me and give me the tools necessary to be successful. That never happened.

Along the way of course I've had questions, none of which I could get answered by anyone. I've sent two support requests by email since I've been a member, none of which were answered. The most recent one was sent between 2-3 weeks ago. I've asked questions in the chat/trade rooms. No response. I've asked questions when they have had a live event. No response. There is no number listed on your Raging Bull dashboard just the email support request which I've never gotten a response from. I finally got a response from someone on their Facebook page where I was able to get a number to call.

When I have spoken to anyone live I'm not able to get any questions answered. They either apologize and offer me an additional month on one of the services I have or say they'll get back with me with another avenue to take. Two times I was told I'd be called back and no one did. See a pattern here? The only time I have been called by them was to be offered another one of their services to buy.

Raging Bull sends out trading alerts when trades are made so that you can see them. However when you immediately look up that particular trade the price is way above what they got in at. So either the enter price on the alert is false, or there is a huge delay in putting out the alert. Either way, you will never get in the trade at the price they claim to have. The remaining service I have now said in a video that you can still enter the trade at that price and the market may come down and you may get the order filled. It never does. I have never had one order get filled at their price since I've been with Raging Bull.

In a response above Raging Bull states that they don't recommend that you mirror their trades yet in their advertisements they show testimonials of people who say they have done exactly that and have supposedly made double digit returns. This has been one of many questions and of course, it has never been answered. I've been told now by their reps things such as, " Go watch Youtube videos on how to trade" and "We're just a broadcast service". It's all different now that I'm a customer and not a prospect. When I was a prospect it was that I was going to learn how to be a trader thanks to them. Not even close.

It also says in a Raging Bull response above that they give you the tools necessary to be able to implement the strategy in the particular service. I have not found that to be true either at least in my case. In a recent conversation with a rep I asked about a tool that the person in charge of that service uses if I could be given that tool so that I could use it to make my own trades using their successful strategy. I was told that "We do not give that out". So what's the point of your service then?

So really what you are doing is spending hundreds or thousands of dollars and watching them make money all the while you aren't given what you need to be able to implement it yourself.  What you will get mostly from them on a proactive level is just advertisements to buy even more services of theirs. If it's a live training session again, no one answers your questions and you just sit and watch them go over charts and enter trades which later they make money on. I haven't made a single penny with Raging Bull.

All I wanted to do was learn how to trade so I could stay home with my daughter. I was willing to pay and do the work necessary to learn. If that is you as well, Raging Bull is not the answer.
**Additional Comments:**
        **Business (2019-10-28 10:44:05) : \*\*\*\*,**

Michael with RagingBull. I'm sorry you feel as if you haven't gotten the training necessary for you to be successful with our services. I'd be more than happy to speak with you on the phone and point you in the right direction. After reviewing your Account, I see that you have been a member of the Millionaire Roadmap for almost 2 years. Jason B\*\*\* and Jeff B\*\*\*\*\* both did Live Training daily for almost the entire duration of your Subscription. They have since changed that subscription and gave you access to our ELITE Chat Room which has Live Training done by everyone of our Guru's on a weekly basis. I apologize if your questions were missed but, that Chat room has around 600 active members daily and responding to every single question asked is next to impossible but we try our best. After reviewing your Account I see that you have access to over 50 hours of our video training. I haven't spoke with you before but if you haven't fully taken advantage of our Training Materials, then you aren't really giving this service a shot. Our gurus spent a good portion of their lives mastering their strategies and all of the work they have done so you don't have to is available in their training videos. Trading isn't easy and can take years to master. Our services provide you training materials that can help expedite the learning curve. The trade alerts they send out are just that. They're alerts that you can analyze and learn from. Our traders don't win on every trade. Use their wins and losses as a tool. Analyze what they did well, or wrong on a particular trade. Some of my most successful clients haven't placed a single trade in the first few months of joining because they understand they have to comprehend the materials. You have to learn how to walk before you run. Paper trading is a great tool while getting started because you can follow some trades and learn from them with no risk. I'd be more than happy to offer you an extension of your expiring service so that you can actually put sometime into the training materials and try to flip your situation around. As for the testimonials. Those are in fact very real and as the Director of Client Services I have worked with almost everyone of those clients at some point or another. None of them just blindly follow our traders as that would be irresponsible. They use the trade alerts as a tool and their new knowledge of the market to capitalize on trade alerts that are sent. I hope you give your services another shot, because I've worked with many people in your shoes. All it takes is a little direction and some hard work. If you'd like to speak with me at some point, please give us a call at XXX-XXX-XXXX. My name again is Michael. I'd love to point you in the right direction.

Pleasure,

Michael

        J█ L (2019-10-28 18:52:26) : Michael.

This forum isn't the place to have an argument back and forth. I'll say this and be done. It's sad that I had to make a comment here on the BBB website to get a significant response from your company. Very sad indeed. Your response didn't address my concerns of not being able to get questions answered by your service at all. You didn't address why your company didn't respond to my email support

questions. You also didn't address why in your chat rooms no one would ever answer my questions or in live events either. I've watched all of the videos on my dashboard for all the services I used to belong to. If I hadn't done that I wouldn't have had any questions. Questions were part of my effort to learn. I had to send a message to your Facebook page to get a response which sent me to a rep which again got me none of my questions answered.

I know you have to work hard and I have done that, without the help of Raging Bull even though I paid for it. When you have a live training event and simply say, "I researched it and the chart looked good so I got in it" that does not help someone new. What makes a good chart? What makes a good watch list? What tools are you using to find the stocks on your watch list? I was either not responded to or told that I can't have the tool you use. Awesome. Thanks for that. Useless for me and I'm actually willing to do whatever it takes to learn.

And for your last offer that you'd like to see me give it another shot with you guys. I'd just have to renew my services and spend even more money than I already have so far. What a deal. Why after the way your company has been so far would I do that? I've told more than one of your reps and I'll say it here. I don't want anything free.and I don't want to hear "I'm sorry" I want to learn how to trade and I was willing to pay for it. Now you want to give me direction after all this time? I should have gotten that from the start.
    **Business (2019-11-04 17:22:39) : ****,**

Michael again with RagingBull. I was in no way trying to start an argument with you. but rather attempting to steer you in the right direction. After reviewing the messages you sent into our Help Desk. I see that both of your questions to our help desk we're responded to, but our agents never heard back from you. My team would love to assist you, and we sit next to the phone 9 AM EST to 5PM EST Monday through Friday. Give us a call at XXX-XXX-XXXX, and we'd be more than happy to point you in the right direction and try to assist you with any of the questions we might be able to answer for you. As for claiming we never provided you assistance. Lets try to connect soon, because I think walking you through the materials already available to you is going to be extremely valuable to getting you started. Give us a call an we will get you set up. Look forward to working with you.


# Raging Bull LLC (92047360)
**Consumer:** M⬛⬛⬛ M⬛⬛    **Display Name:** M⬛⬛⬛ M.
**Consumer Phone:** ⬛⬛⬛⬛⬛⬛
**Date Submitted:** 2019-11-04 20:56:12
**Review Type:** negative
**Stars:** 1
**Original Customer Review:**
    M⬛⬛⬛ M.: I have been with this service now for almost a year. They are a marketing marvel. They sold me on one lifetime service, then another, and never told me at sign up that there was a renewal fee every year. I signed up with Jeff B***** who then gave it to Nathan B***. I have spent over $2,000 on their services and have made $545 and lost over $4,000 in my limited account. Kyle D***** FDA alerts, Dollar Ace, Bulls Eye Trades, Weekly Money Multiplier. Jeff B***** Bulls eye trade has only paid off once in 6 tries. The thing to know is that they ARE NOT going to help you trade. They show you their slick slides and send out these great alerts that are totally useless since by the time you get it, you miss the jump. I asked them why is it that they don't send out the alert to let you know what they are looking to buy and at what cost. Nope, notta. I made $4,000 on my own and they lost all of it for me in less than a month. Constant emails telling me to sign up for this or this and that they will help make you a profitable trader. Total farce. They are no better than you at throwing a dart and seeing if it goes up or down. Oh yes. You have to cancel BEFORE your renewal date, anytime after and there is no refund, just service for another year.
**Additional Comments:**
    **Business (2019-11-05 10:57:17) : *******,**

Michael with RagingBull.com. I'd like to start by apologizing for the changes made to the Weekly Money Multiplier. Those changes were made with our clients best interests in mind. Jeff B***** is a more volatile trader where as Nathan B*** is a little easier to follow if you are new to options, being that he facilitates simple puts and calls for the most part. The idea is that you will flourish in Jeffs Total Alpha program after learning the basics in Weekly Money Multiplier. We were finding that too many of our members were trying to facilitate Jeffs trades without any real knowledge of options trading. Would love to get on a call with you to see what you are struggling with, so we can attempt to point you in the right direction. Looking at your Account, you have a good amount of training materials and I want to make sure you are utilizing those to the best of your ability. Give my team a call at *********** between 9 AM EST and 5 PM EST. We look forward to working with you and helping you better understand the training materials so you can start to make some returns trading. We look forward to hearing from you.


Pleasure,

Michael

    M⬛⬛⬛ M. (2019-12-06 11:15:47) : I decided to give this more time and this is a total scam.  On my 8K account I am now down to 4.5K thanks to all your great trading deals.

Kyle and Nathan have just about destroyed my confidence.  Kyle totes about having the touch for finding dollar deals and how can you go wrong, right? Dollar Ace and all. My last loss with him was on SNSS. I figured anyone who bought 100,000 shares of something knows something. So WRONG. After buying 1,000k share myself I lost half the investment.  Nathan lets you know all about his investments after he buys them and you will hardly ever get what he got as they never tell you what they are looking at. Nope, at this point I just want all my hard earned money back. You have slick marketing and nothing else. Tried multiple programs and none of these things work. Please refund all my investment monies.

BUSINESS SUMMARY FOR Jason Bond Picks GENERATED ON 05/19/2020

Primary Business NAME: **Jason Bond Picks**

MAIN PHONE:          (855) 981-8370
MAIN FAX:            Unknown

ACCREDITED:      No
BUSINESS ID:     235977059
RATING:          NR

PRIMARY ADDRESS: 835 E Lamar Blvd Ste 263
                 Arlington, TX 76011

MAILING ADDRESS: 835 E Lamar Blvd Ste 263
                 Arlington, TX 76011

FILE OPENED:     05/07/2014
REPORT EXPIRES:  N/A

BILLING ADDRESS: 835 E Lamar Blvd Ste 263
                 Arlington, TX 76011

SIZE OF BUSINESS:  Micro-small

PRIMARY CONTACT: Jason Bond
CMPL CONTACT:    Jordan
BILLING CONTACT:

# of EMPLOYEES:  1

ANNUAL REVENUE:  $0.00

PRIMARY URL: http://www.jasonbondpicks.com
EMAIL: support@jasonbondpicks.com

PRIMARY TOB: Stock Brokers

ADDITIONAL TOBS

BUSINESS NAME(S)/DBAs
BioTech Breakouts
Raging Bull LTD.

ADDITIONAL ADDRESSES
62 Calef Hwy Ste 233
Lee, NH 03861
835 E Lamar Blvd # 263
Arlington, TX 76011
835 E Lamar Blvd Ste 263
Arlington, TX 76011

COMPANY PERSONNEL/CONTACTS
Jordan
Jason Bond
Kyle  Dennis
Jordan

PHONE NUMBERS ON FILE
(855) 515-1083
(855) 527-4257
(855) 590-7694

FAX NUMBERS ON FILE

**Attachment C**                    **PX 22, 1551**    Page 1 of 2

BUSINESS SUMMARY FOR Jason Bond Picks GENERATED ON 05/19/2020

**INQUIRY / COMPLAINT STATISTICS**

| Reliability Report Inquiries for Jason Bond Picks | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
| 2018 | 70 | 51 | 67 | 74 | 55 | 34 | 0 | 0 | 0 | 0 | 0 | 0 | 351 |
| 2017 | 43 | 25 | 22 | 28 | 40 | 36 | 30 | 27 | 30 | 63 | 60 | 151 | 555 |
| 2016 | 0 | 0 | 0 | 11 | 19 | 26 | 30 | 23 | 17 | 12 | 11 | 41 | 190 |

| Jason Bond Picks Inquiry & Complaint Totals | | |
|---|---|---|
| | Past 12 Months | Past 36 Months |
| Reliability Report Inquiries | 0 | 748 |
| Reportable Complaints | 0 | 0 |

**CLOSED COMPLAINTS (LAST 36 MONTHS)**

| Concerning | 110 | 111 | 112 | 120 | 121 | 200 | 300 | 400 | 500 | 600 | 999 |
|---|---|---|---|---|---|---|---|---|---|---|---|

**NATURE OF COMPLAINT (LAST 36 MONTHS)**

| | Past 36 Months |
|---|---|

**CLOSED AS (LAST 36 MONTHS)**

| | Past 36 Months |
|---|---|

**ACCREDITATION DETAILS**

ACCREDITATION STATUS: Not Accredited
DATE JOINED?

BBBONLINE? No

DATE DROPPED:   N/A
DATE REVOKED:   N/A

**Attachment C**          **PX 22, 1552**          Page 2 of 2



# Ad Review Summary

BUSINESS NAME: Jason Bond Picks

Business ID #235977059

ADDRESS: 835 E Lamar Blvd Ste 263

Arlington, TX 76011

PHONE: 8559818370

EMAIL: support@jasonbondpicks.com

URL: HTTP://WWW.JASONBONDPICKS.COM

DATE RECEIVED: 9/8/2017

DATE OPENED: 9/8/2017

DATE CLOSED: 10/5/2017

OUTCOME: business did not respond to concerns, closing as moderate and unsubstantiated.

## Timeline

| | Step | On | By | Notes |
|---|---|---|---|---|
| T1a | Find (BBB, Consumer, Competitor, etc.) advertisement with questionable claims. | | | |
| T1b | Review BBB file to see if the claims have been previously challenged and the result. | | | |
| T1c | Use BBB Code of | | | |

---

**BBB® serving the Heart of Texas**

Corporate Office  ●  1805 Rutherford Lane, Ste. 100  ●  Austin, TX 78754  ●  800.621.8566

Austin ● Bryan ● Corpus Christi ● Fort Worth ● Midland ● San Antonio ● Waco

**Attachment C**



|  | Advertising and Internal Interpretive Guide to determine which claims to challenge |  |  |  |
|---|---|---|---|---|
| T1d | Use resources to find other advertisements (print, digital, verbal, etc.) |  |  |  |
| T1f | Contact advertiser (mail, email or phone call [followed up by written correspondence]) and ask for substantiation, modification or discontinuation of claims. Cite BBB Code of Advertising as necessary. |  |  |  |
| T1g | Follow through with letter or call |  |  |  |
| T1h | Report on claims (custom text) in BBB Business Profile if not substantiated, modified or discontinued. If resolved may include the |  |  |  |



| | | | | |
|---|---|---|---|---|
| | matter in the BBB Business Profile (see Standard Reporting Language). | | | |
| 1 | Send Issue to Business (Substantiate) | 09/08/2017 | Anna Ruth | |
| 1a | No Response from Business | | | |
| 1b | Receive and Review Business Response | | | |
| 1c | Send Request for Additional Information | | | |
| 1d | Receive Additional Information | | | |
| 2 | Send Followup to Business | 09/26/2017 | Anna Ruth | |
| 2a | No Response from Business | | | |
| 2b | Receive and Review Business Response | | | |
| 2c | Send Request for Additional Information | | | |
| 2d | Receive Additional Information | | | |
| 3 | Call to Business | | | |



bbb.org

| | | | | |
|---|---|---|---|---|
| 3a | No Response from Business | | | |
| 3b | Receive and Review Business Response | | | |
| 3c | Send Request for Addtional Information | | | |
| 3d | Receive Additional Information | | | |
| 4 | Send Final Notice to Business | | | |
| 4a | No Response from Business | | | |
| 4b | Receive and Review Business Response | | | |
| 4c | Send Request for Addtional Information | | | |
| 4d | Receive Additional Information | | | |
| 5 | Send to A.B. Review Committee | | | |
| 6 | Close Issue | 10/05/2017 | Anna Ruth | |
| 7 | Send Issue to Appropriate Agency | | | |
| 8 | Receive Final Information | | | |



| T2a | Work with the business engaging in conversation about the concerns and working through the issues/claims. Encourage business to discontinue, modify or substantiate their advertised claims. Meet with the business (virtual or in-person). | | | |
|-----|-----|-----|-----|-----|
| T2b | Talk to someone in the industry to obtain knowledge on the subject, if not fully understood by BBB staff. | | | |
| T2c | Contact University Professor about industry and specific claims and ask for help to understand substantiation provided or if modified claims meet standards. | | | |



| | The professor can also help to interpret whether studies substantiate claims. | | | |
|---|---|---|---|---|
| T2d | Secret Shop the business to determine if other claims are being stated. | | | |
| T2e | Coordinate with other BBBs if advertising is regional or national. All BBBs that work with the business (obviously we don't want the business to be confused by more than one BBB contacting them) will receive "credit" for their "work" on the case. | | | |
| T2f | Perform additional research, which could include ASRC (National Advertising Division) case reports, Laws, Guidelines, etc. | | | |



| T2g | Close case and enter custom text in the BBB Business Profile, if appropriate (see Standard Reporting Language). | | | |
|---|---|---|---|---|
| T2h | Coordinate with other BBBs to determine if claims were made nationally or regionally | | | |
| T3a | Send out News Release regarding the business and the claims that were not substantiated, modified or discontinued. | | | |
| T3c | Make a referral to a government agency, ONLY when there are serious [egregious] issues and significant harm. | | | |
| T3c | Develop industry campaign – contacting others in the industry educating them on why these | | | |



| claims do not meet BBB Code of Advertising and asking them to review their advertisements to make sure they are incompliance. | | | |
|---|---|---|---|

## Notes

**Anna Ruth** - 9/27/2017 2:02:47 PM
Jordan (Jason Bond Picks)
Sep 27, 1:23 PM EDT
Thank you. I am replying to the complaint now.

Jordan


**Anna Ruth** - 9/26/2017 4:18:10 PM
From: Anna Ruth
Sent: Tuesday, September 26, 2017 3:14 PM
To: support@jasonbondpicks.com
Cc: Angela Ford <aford@fortworth.bbb.org>; Lance Baptiste <lbaptiste@austin.bbb.org>
Subject: FW: [Jason Bond Picks] Re: re: BBB Advertising Review

Good afternoon,

I haven't received correspondence from you, and am sorry you didn't receive a reply to any requests you sent. I've attached the advertising review and pattern of complaint request to this email. We look forward to your response.

To respond to pending disputes or customer reviews, you may log in at:

http://www.bbb.org/central-texas/login/
Password: BBBB74

Please let me know if you have any questions or need further assistance.

Thank you,
Anna Ruth, Trade Practices Specialist
Better Business Bureau
1805 Rutherford Ln., Ste. 100
Austin, TX 78754

p: 512-206-2825
f: 512-445-2096
bbb.org Start With Trust®



From: Jordan (Support) [mailto:support@jasonbondpicks.com]
Sent: Tuesday, September 26, 2017 2:34 PM
To: Anna Ruth <aruth@austin.bbb.org>
Subject: [Jason Bond Picks] Re: re: BBB Advertising Review

##- Please type your reply above this line -##
Your request (96258) has been solved. To reopen this request, reply to this email. See the latest comments below:

Jordan (Jason Bond Picks)
Sep 26, 3:33 PM EDT
Anna,

I responded multiple times without a reply from you team. Please forward us our login information there and we'll gladly address any current claims.

Jordan

**Anna Ruth** - 9/26/2017 12:47:19 PM
sent second letter via email and mail

**Anna Ruth** - 9/8/2017 4:11:10 PM
found that business is actually requiring affiliates to disclose relationship, so no longer concerned about "native advertising" without identifying-  " No usage of Penny Pro (or its affiliates) mailing address or the handling of consumers credit card information on behalf of Penny Pro (or its affiliates) is permitted. In addition, permanent distinction and identification of oneself as an affiliate is required by providing their (the affiliate) address and a statement of compensation."

🔒 Secure | https://www.jasonbondpicks.com/services/

## "$500 in profits a day keeps the JOB away"

At Jason Bond Picks, we like to say... "$500 in profits a day keeps the job away". And in fact, we have lots of traders raking in over $500 a day... consistently. So, if you want to "fire" your boss someday soon, grab this opportunity to join our team of committed traders today, and start profiting from our proven strategies for making killer trades. Big profits are being made by our members every day. The only question is......how much of that cash do you want to grab for yourself?

▲ $500

     

Start off with any goal you can't do consistently right now. I don't care if it is $100 a day. Study, work hard, and learn everything you can. I hope that you'll start to increase those goals quickly... maybe to even $1,000 a day! I never thought I could make $1,490 a day, trading part-time, but that's what I'm making in 2017. And that's nothing new for me, in 2016 I made over $1,300 a day, trading part-time, from home.

🔒 Secure | https://www.jasonbondpicks.com/services/

### Swing Trading:

✓ Designed to help you make money without being chained to your computer all day

✓ Perfect for working professionals without the time **to day trade** but still want to actively trade the market

✓ 3 – 5 swing trade alerts per week on stocks under $10 with 1 – 4 day hold times

✓ Conservative 5 – 20%, rinse and repeat

✓ All entries and exits in real time by email and text

✓ **Works for small accounts** but is scalable for fat cats

✓ Goal is $100,000 a year in profits

✓ Daily watch list and full access to education suite

### Long-Term Trading:

✓ Designed for the busy professional who wants to make serious money trading and investing in the stock market... but does not have enough time

✓ An extensive **watchlist** of carefully-selected stocks with long-term potential for excellent gains

✓ 3 to 7 open **long-term trades** each week

✓ Returns **exceeding 100%** in just months

✓ **Email & text alerts** delivered to you via email and text message every time Jason buys or sells a stock

✓ **ADDED BONUS:** JACKPOT penny stocks with tenbagger potential. Full research reports. Watch Jason bet big and win big!

**Limited Time Offer.**

Act now and receive Jason's top selling DVD, priced at $1,499 in his store, absolutely FREE. While supplies last.



https://www.jasonbondpicks.com/services/

**Attachment C**

https://www.jasonbondpicks.com/affiliate-agreement/

Affiliate Agreement:

- **PROGRAMS**
  - ○
  - ○
- **QUICK START GUIDE**
- **TESTIMONIALS**
- **BLOG POSTS**
- **LOGIN**
- GET STARTED

# Get Started For **FREE**

[    ] SIGN UP

You can expect 3-4 emails per week! Privacy Policy / Disclaimer

# Affiliate Agreement

## Jason Bond Picks RagingBull.com, LLC. Affiliate Agreement

THIS AGREEMENT (the "Agreement") is made as of the moment of completion of signup for RagingBull, LLC. Affiliate Program, by and between, RagingBull.com, LLC. (the "Company"), and the person signing up for the program (the "Affiliate," and collectively, the "Parties").

WHEREAS Affiliate wishes to include certain materials promoting Company, and to include a link to Company's website within those materials on Affiliate's website;

NOW THEREFORE, in consideration of the mutual promises, covenants, warranties, and other good and valuable consideration set forth herein, the Parties agree as follows:

1. Promotional Materials. Company shall make available to Affiliate certain banner advertisements, button links, text links, and/or other graphic or textual material for display and use on the Affiliate website (the "Promotional Materials"). Affiliate shall display the Promotional Materials on Affiliate's website prominently and as Affiliate sees fit, provided that the manner of display shall be subject to the terms and conditions of this

Agreement. Affiliate shall also include a link from the Promotional Materials to Company's website, as specified by Company.

2. Use of Promotional Materials. The Affiliate's use and display of the Promotional Materials on the Affiliate's site shall conform to the following terms, conditions and specifications:

- 2.1. Affiliate may not use any graphic, textual or other materials to promote Company's website, products or services other than the Promotional Materials, unless Company agrees to such other materials in writing prior to their display.

- 2.2. Affiliate may only use the Promotional Materials for the purpose of promoting Company's website (and the products and services available thereon), and for linking to Company's website.

- 2.3. The Promotional Materials will be used to link only to Company's website, to the specific page and address as specified by Company.

- 2.4. Affiliate will not alter, add to, subtract from, or otherwise modify the Promotional Materials as they are prepared by Company. If Affiliate wishes to alter or otherwise modify the Promotional Materials, Affiliate must obtain prior written consent from Company for such alteration of modification.

- 2.5 No usage of Jason Bond Picks (or its affiliates) mailing address or the handling of consumers credit card information on behalf of Jason Bond Picks (or its affiliates) is permitted. In addition, permanent distinction and identification of oneself as an affiliate is required by providing their (the affiliate) address and a statement of compensation.

3. License. Company hereby grants to Affiliate a nonexclusive, nontransferable license (the "License") to use the Promotional Materials as specified under the terms and conditions of this Agreement. The term of the License shall expire upon the expiration or termination of this Agreement.

4. Intellectual Property. Company retains all right, ownership, and interest in the Promotional Materials, and in any copyright, trademark, or other intellectual property in the Promotional Materials. Nothing in this Agreement shall be construed to grant Affiliate any rights, ownership or interest in the Promotional Materials, or in the underlying intellectual property, other than the rights to use the Promotional Materials granted under the License, as set forth in Section 3.

5. Relationship of Parties. This Agreement shall not be construed to create any employment relationship, agency relationship, or partnership between Company and Affiliate. Affiliate shall provide services for Company as an independent contractor. Affiliate shall have no authority to bind Company into any agreement, nor shall Affiliate be considered to be an agent of Company in any respect.

6. Commissions.

- 6.1. In exchange for Affiliate's display of the Promotional Materials, and for Affiliate's compliance with and performance of the terms and conditions of this Agreement, Company

**Attachment C**                                    **PX 22, 1564**

shall pay to Affiliate a commission (the "Commission") in the amount as stated by the Company. The Company has sole rights to change product pricing and commission percentage at anytime without notice to affiliates.

- 6.2. Company shall keep accurate and up-to-date records of the data used to determine the total amount of Commissions owed to Affiliate. Affiliate shall be given reasonable access to these records upon request. Any discrepancy between the amount of Commissions owed according to these records, and the actual amount of Commissions paid to Affiliate in any period or periods shall be rectified by Company within 14 days of discovering such discrepancy.

- 6.3. Company shall pay all Commissions accrued and payable to Affiliate with seven days of the 15th of the month (the "Commission Payment Date") following a 30 day hold period from the earned date of the Commission. Commissions will only be paid after the required payment and tax information is submitted within the Affiliate account. Information must be submitted by the 5th day of the month to receive the current payment otherwise payment will be held until the next Commission Payment Date.

- 6.4. In the event that Affiliate materially breaches this Agreement and Company terminates this Agreement within 30 days of such breach, then any accrued and payable Commissions owing to Affiliate shall be forfeited, and Company shall not be obligated to pay such Commissions to Affiliate.

    - 6.4.2 Commissions are valid for 90 days following the end of the month that they were accrued. If payment and tax information is not submitted within that time period accrued Commissions will be expired and forfeited.

    - 6.4.3 Commission payments returned for invalid address will be held for 30 days. Company will make one attempt to contact Affiliate to obtain corrected information and resend payment. If no response is received within 30 days payment will be voided and accrued Commissions for that payment will be forfeited.

## 7. Affiliate's Representations and Warranties. Affiliate represents and warrants the following:

- 7.1. Affiliate has the legal authority to enter into this Agreement and to be bound to the promises, covenants, and other duties set forth in this Agreement.

- 7.2. Affiliate's website does not contain any materials that are:

    - 7.2.1. Sexually explicit, obscene, or pornographic;

    - 7.2.2. Offensive, profane, hateful, threatening, harmful, defamatory, libelous, harassing, or discriminatory (whether based on race, ethnicity, creed, religion, gender, sexual orientation, physical disability, or otherwise);

    - 7.2.3. Graphically violent, including any violent video game images; or

    - 7.2.4. Solicitous of any unlawful behavior

- 7.3. Affiliate has obtained any necessary clearances, licenses, or other permission for any intellectual property used on Affiliate's website. Nothing on Affiliate's website infringes upon

**Attachment C**                                    **PX 22, 1565**

the intellectual property rights of any person or entity. No person or entity has brought or threatened an action claiming such infringement, nor does Affiliate have any reason to believe that any person or entity will bring or threaten such a claim in the future.

- 7.4. Affiliate will not use the Promotional Materials in any manner other than those set forth in Section 2 above.

- 7.5. Affiliate will not make any claim to ownership of the Promotional Materials, or of the copyright, trademark, or other intellectual property therein.

- 7.6. Affiliate will not publish or otherwise distribute any advertising materials for Affiliate's website that reference Company or Company's website unless Company gives prior written consent to the distribution of such materials. Affiliate will not use Company's name (or any name that is confusingly similar to Company's name) for any purpose on its website, in its promotional materials, or in any other context except to promote Company's website as specified in this Agreement. Affiliate will not register any domain name that incorporates Company's name, or that is confusingly similar to Company's name.

- 7.7. Affiliate will not engage in the distribution of any unsolicited advertisements (spam) in any way mentioning or referencing Company or Company's websites. This includes but is not limited to violating other websites/companies spam policies with Affiliate advertising efforts.

8. Indemnification. Affiliate shall indemnify Company and hold harmless Company from any claim, damage, lawsuit, action, complaint, or other costs arising out of any breach of Affiliate's warranties set forth in Section 7 above. Affiliate shall also indemnify and hold harmless Company for any damage, loss or other cost arising out of the use or misuse by Affiliate of the Promotional Materials.

9. Confidentiality. Any information that Affiliate is exposed to by virtue of its relationship with Company under this Agreement, which information is not available to the general public, shall be considered to be "Confidential Company Information." Affiliate may not disclose any Confidential Company Information to any person or entity, except where compelled by law, unless Affiliate obtains prior written consent for such disclosure from Company.

10. Term.

- 10.1. This Agreement shall take effect on date of signup and shall remain in full force and effect indefinitely, or until terminated pursuant to this Section 10.

- 10.2. Either Party shall have the right to terminate this Agreement at any time and for any cause and without notice.

11. Taxes. Company shall not be responsible for any taxes owed by Affiliate arising out of Affiliate's relationship with Company as set forth in this Agreement. Company shall not withhold any taxes from the Commissions paid to Affiliate.

12. Limitation of Liability. Company shall not be liable for any loss of profits or costs, or for any direct, indirect, special, incidental or consequential damages, including costs

**Attachment C**                              **PX 22, 1566**

associated with the procurement of substitute goods or services (whether Company was or should have been aware or advised of the possibility of such damage), arising out of or associated with any loss, suspension or interruption of service, termination of this Agreement, use or misuse of the Promotional Materials, or other performance of services under this Agreement.

13. Governing Law. This Agreement shall be construed in accordance with, and governed in all respects by, the laws of the State of Florida, without regard to conflicts of law principles.

14. Counterparts. This Agreement may be executed in several counterparts, each of which shall constitute an original and all of which, when taken together, shall constitute one agreement.

15. Severability. If any part or parts of this Agreement shall be held unenforceable for any reason, the remainder of this Agreement shall continue in full force and effect. If any provision of this Agreement is deemed invalid or unenforceable by any court of competent jurisdiction, and if limiting such provision would make the provision valid, then such provision shall be deemed to be construed as so limited.

16. Notice. Any notice required or otherwise given pursuant to this Agreement shall be in writing and mailed certified return receipt requested, postage prepaid, or delivered by overnight delivery service, addressed as follows: RagingBull.com, LLC, 835 E Lamar Blvd #263, Arlington, TX, 76011

17. Headings. The headings for section herein are for convenience only and shall not affect the meaning of the provisions of this Agreement.

18. Entire Agreement. This Agreement constitutes the entire agreement between Company and Affiliate, and supersedes any prior understanding or representation of any kind preceding the date of this Agreement. There are no other promises, conditions, understandings or other agreements, whether oral or written, relating to the subject matter of this Agreement.

*jb, joined on 5/22 and watching my portfolio turn to the positive. now only $600 down for the year but thinking even in july. video lessons have been key.*

**Scott D.**

## Recent Results

**+$2,440**

Gevo (GEVO)
1/12 - 1/17

**+$1,710**

Diffusion Pharma. (DFFN)
1/11 - 1/13

**Attachment C**          **PX 22, 1567**

**+$3,840**

MYOS RENS (MYOS)
1/12 - 1/13

**+$4,400**

Russell 2000 (IWM)
1/12 - 1/12

**+$1,740**

Diffusion Pharma. (DFFN)
1/11 - 1/11

Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Verified profits from E*TRADE in the portfolio Jason Bond manages.

# Get Started For Free

| Email Address | Join |

You can expect 3-4 alerts per week! Privacy Policy / Disclaimer

## Video Testimonial: Tim

**Attachment C**                                     **PX 22, 1568**



View All Video Testimonials »



©2017 Jason Bond Picks. All Rights Reserved. 835 E. Lamar Blvd. #263 Arlington, TX 76011 - 855-981-8370

- **Home**

- **Terms & Conditions**

- **Disclaimer**
- **Refund Policy**

**Attachment C**                    **PX 22, 1569**

- **Affiliates**

- **Contact us**

  - _

  - _

  - _

  - _

  - .

Focus Retriever

https://ragingbull.com/2017/08/31/one-man-went-250000-debt-making-330000-year-trading-part-time/

- **Our Experts**
- **Latest Stock Picks**
- **Articles**

  o

  o

  o

  o

  o

**Attachment C**                    **PX 22, 1570**

- ○
- ○
- • **Visual Training**

# How One Man Went from $250,000 in Debt to Making $330,000 a Year Trading Part Time



**RagingBull.com**

August 31st, 2017 at 10:30 am

Sponsored Content

We are all familiar with the grind. You work all you can, and still you struggle to get out of debt.

That's exactly what motivated Jason Bond to change everything. He was a school teacher working for peanuts…and struggling to chip away at the $250,000 he owed.

Like many, he turned to trading as his way out. But the last thing Jason wanted to do was trade one grind for another.

So he studied and studied, found a mentor…and studied some more.

What he discovered was that there were just 3 simple trade patterns that offered the most consistent gains. And he's not only used these patterns to get out of debt, he's been posting a profit year after year ever since.

Because of Jason's success, he started building a following. Now, he has over 5,000 students—and is even offering a webinar to teach these 3 simple patterns for free.
This isn't luck. This is good old-fashioned hard work in play. Jason didn't just get lucky, he's been making money every year, using his 3 easy patterns.

I noticed that Jason made $330,000 dollars last year alone (verified trades). The best part? He trades just part time, in his pajamas.

Jason learned that trading doesn't have to be rocket science. He also learned that you don't have to stare at a screen all day to be successful.

Now, the former school teacher teaches his simple method—and shares so many ideas that 5,000 students are signed up to learn from him. These students range from new traders to seasoned investors.

Seems too simple. right? The proof is always in the pudding, so we did some digging, and here's what his students are saying about it:

 **Yamuna P.** Awesome week even while on vacation! $4560 profi on DUST, JDST, DWT and IWM puts. Thanks to MRM and both JBs :)

8 minutes ago · Like · 👍3 people

 **Kevin B.** Thanks Jason for a quick $523 in a few hours. Quickly paid for the membership.

35 minutes ago · Like · 👍12 people

 **Glenn H.** Incredible service Jason. Great education for an inexperienced 51 yr old who wants to learn how to do it right.

2 hour ago · Like · 👍27 people

 **Taylor C.** Exactly 1 year since joining JasonBondPicks.com MRM service. 3 months part time, 9 months full time trading a $35k



5 hour ago · Like · 👍33 people

 **Dicky M.** I joined at 11:45 am this morning and by 3:55 this afternoon I made $1,151.00. Jason and his staff are really good.

9 hour ago · Like · 👍24 people

I've watched this webinar, and I can tell you it doesn't take a lot of time—and you'll walk away with a wealth of knowledge. Here's a link to the free webinar. Jason's even throwing in his best selling DVD, "The Secrets of Swing Trading" ($999 Value),**absolutely free.**

**Attachment C**          **PX 22, 1573**



Neither Raging Bull nor RagingBull.com, LLC (publisher of Raging Bull) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is

**Attachment C**                    PX 22, 1574

represented. Profits and losses reported are actual figures from the portfolios Raging Bull manages on behalf of

RagingBull.com, LLC.

Previous Next

## On Twitter

View image on Twitter



**Attachment C**                    PX 22, 1576

**Jason Bond** @JasonBondPicks
Speaking at Harvard. Never thought it would happen, but through my passion for trading and educating, I made it a reality. Always believe.
7:20 PM - Aug 4, 2017

- 77 Replies

- 1010 Retweets

- 8787 likes

Twitter Ads info and privacy
View image on Twitter

**Attachment C**                    **PX 22, 1577**

**Jason Bond** @JasonBondPicks
No matter what happens in the market, I have the joy of spending time with my son and watching him grow up. That's the real gift of trading.
9:05 AM - Jul 19, 2017

- 88 Replies

- 55 Retweets

- 106106 likes

Twitter Ads info and privacy

## Article Categories

- Biotech Stocks
- Blog
- Day Trading
- ETF Trader
- Featured Contributors
- Large-Cap Stocks
- Marijuana Stocks
- Momentum Stocks
- Options
- Penny Stocks
- Raging Bull podcast
- Small-Cap Stocks
- Sponsored Content
- Swing trading
- Uncategorized
- Visual Training

## Recent Posts

- On the watch: iShares China Large-Cap (FXI) calls
- Raging Bull podcast: Kyle Dennis likes CDTX as a catalyst play
- Commentary: 5 things fund investors should learn from stock traders
- Trader Toolkit Series: Biotech Terminology Part 1

**Attachment C**            **PX 22, 1578**

- <u>Developing your 'trader's mindset'</u>

## Archive

## Never Miss A Post

SIGN UP

Market Movers by TradingView



# Be a Better Stock Trader, Starting Today

Get the expert insights, tips and strategies you need to optimize your trading skills and profiles

**Stock Picks**

## Our Raging Bull Experts have been featured on:

  

    THE HUFFINGTON POST    Seeking Alpha$^{\alpha}$

  



[RagingBull.com](RagingBull.com) is the premier destination for both new or experienced active traders who are looking for stock picks, stock ideas, how to get started trading stocks, and overall stock market education. Our team is comprised of real millionaire stock traders who put their money to work everyday in the markets by actively trading penny stocks, ETF's, options, small-cap stocks and biotech stocks.



by [Davis Martin](Davis Martin) - 6 hours ago



[Read More](Read More)

by RagingBull.com - 6 hours ago

[Read More](Read More)

835 E. Lamar Blvd. #263 Arlington, TX, 76011

RagingBull

- [Our Experts](#)
- [Latest Stock Picks](#)
- [Articles](#)
  - [Marijuana Stocks](#)
  - [Biotech Stocks](#)
  - [ETF Trader](#)
  - [Momentum Stocks](#)
  - [Options](#)
  - [Penny Stocks](#)
  - [Large-Cap Stocks](#)
- [Visual Training](#)

Select Page

- [Our Experts](#)
- [Latest Stock Picks](#)
- [Articles](#)
  - [Marijuana Stocks](#)
  - [Biotech Stocks](#)
  - [ETF Trader](#)
  - [Momentum Stocks](#)
  - [Options](#)
  - [Penny Stocks](#)
  - [Large-Cap Stocks](#)
- [Visual Training](#)

Search …

# Join our Raging Bull affiliate program today and starting making money as much as $20,000 a year!

Your Email  Enter your email address  Get Started

## Raging Bull Affiliate Program

RagingBull.com is built around a group of millionaire traders who have a passion for teaching others how to become successful in the markets. Our goal is to deliver the best and most transparent service possible, and we couldn't do that without the members that we have.

That is why we created our **affiliate program**. We could spend more money on conventional advertising, or we could give you, our devoted member, the chance to make even more money by spreading the word about Raging Bull.  Trust me, we'd much rather pay you!

Maybe you just want to make enough to pay for your membership, or you could use it as a whole new form of income.

Would it shock you to know that our top **affiliate in 2016 made $82,000?**

There is so much potential here, and we are more than happy to reward you for your efforts!

**Signup for the partner program**, it's that easy. Here are a few tips to get you going.

**Getting Started**

The easiest way to build your affiliate base is by sending them to sign up for our free email list. You simply combine your affiliate link with the free email signup link and pass it around, I'll take care of the rest. Your unique affiliate link can be found on your affiliate links page. There will be 3 different link available:

- Sites home page
- Membership description pages
- Free email list

An affiliate link looks like this:

http://www.ragingbull.com/aff?p=**rb001**&w=jbpmain

Where **jbpmain** is the link id, in this case redirect to home page, and **rb001** is the affiliate id. Please note, you will receive the affiliate id by email once you have signup for the program.

When somebody clicks on the link above it'll place a cookie on their computer in the process of signing up for the free email list. If that free client eventually decides to become a premium client, you get 50% of the first sale of this client. Again, do not use our affiliate link above, we are affiliate **rb001** , you might be affiliate **rb0011323** for example. Find your affiliate # on the affiliate link page. That would look like…

http://www.ragingbull.com/aff?p=**rb0011323**&w=jbpmain

Honestly, that's the easiest way to build your affiliate commissions. Share what you like about our services with friends and family, give them the combo link we just taught you above, but with your unique ID and we'll keep them updated about what's happening at Raging Bull.

**Making your first $1000!**

It's extremely simple to get credit for referrals, just give people your member affiliate link and if they sign up you get credit. Other effective marketing includes building a website, running ads or posting to message boards.

**Cover membership cost and make residual cash!**

Affiliate payouts are 50% on the first sale or 20% for Millionaire Roadmap, Biotech Nucleus, and Penny Pro Elite on the first sale (per new client) . So let's say you have 3 friends/family members that you think would benefit from my service. If they sign up, 3 premium clients at $399 is $1,197. We pay the affiliate 50% or $598.50 – in this example you basically cover the cost of your premium subscription by referring 3 clients. 5 clients? You're on your way and just made **your first $1000**! They can then sign up for our affiliate program as well! It's a chain reaction…every person that signs up can then make money by others signing up. Who doesn't love that??

Let's say you want to take it a step further and really build some residual income to cover a car payment, a mortgage or better yet, build a day trading account with more than $25,000. This is how we can help you.

Say you sign up 20 premium clients at $399 is $7,980. We pay you 50% or $3,990.
So simply sending us 20 paying clients would make you $3,990 which definitely covers a luxury car payment. Or better yet, if you only have $1,000 in your trading account, we can help you get to day trading status or above $25,000 in no time just by sending us business.

**Quit Your Job And Work With Me**

In 2016, our **#1 affiliate made $82,000! Our top 3 combined made $186,000**. We urge you to consider the opportunity to work with us, and make yourself some extra money. It's just like what we tell new members of our service…if you're willing to put the work in, the sky's the limit!

Get started as a member affiliate today. Even if you ONLY made $1,000, that's good money. If you believe in our services, it's pretty easy to convert others to new members. Share your experience, tell people how it's changed your life, and show others how they can do the same!

**Important Notes**

1. You must have a PayPal account to participate, there are no exceptions. Our payouts to affiliates will be through PayPal on the last Friday of each month. If your PayPal email is different than your login email, enter it when you subscribe to the partner program. If you are not sure, contact me and we will look in your account.
2. You can track your commissions in the affiliate center. Use your affiliate id and password to connect to the center. Password will be created in the signup process for the partner program.
3. **Your unique affiliate link** redirects to my sales page and tracks your referrals. You MUST use your affiliate link to get credit for the sale. Bookmark the affiliate center for your convenience. I do not manually assign affiliates so please don't ask.
4. You can also create Ads in the affiliate center to optimize where you're getting sales from. Learn more about this »
5. There is a 60-day holding period on affiliate payouts to prevent scams. This means once your referral signs up, I pay you your commission after a 60-day holding period.
6. 50% is a one time payment on the first purchase of any referred client which means if your referral makes a $497 payment you are paid 50% of that payment after the holding period.

## Get your affiliate link and track your affiliate commissions:

Sign Up

 PennyPro Elite

# Be a Better Stock Trader, Starting Today

Get the expert insights, tips and strategies you need to optimize your trading skills and profiles

Stock Picks

## Our Raging Bull Experts have been featured on:



**Get better stock picks and ideas with Raging Bull**

RagingBull.com is the premier destination for both new or experienced active traders who are looking for stock picks, stock ideas, how to get started trading stocks, and overall stock market education. Our team is comprised of real millionaire stock traders who put their money to work everyday in the markets by actively trading penny stocks, ETF's, options, small-cap stocks and biotech stocks.

**Latest Articles**



**Today's trade: Short the iShares Nasdaq Biotechnology ETF (IBB)**

by Keith Kern - 2 hours ago

**Attachment C**                    **PX 22, 1584**

[Read More](#)



**Follow-up: Energous Corp. (WATT), sold on news**

by [Jason Bond](#) - 2 hours ago

[Read More](#)

**Contact Us**

- **Raging Bull**

   835 E. Lamar Blvd. #263 Arlington, TX, 76011

- **[support@ragingbull.com](#)**
- **855-981-8370**

© Copyright 2017, RagingBull - [Refund Policy](#) - [Privacy Policy](#) - [Terms & Conditions](#) - [Disclaimer](#) - [Contact](#) - [Affiliates](#)



# Starting Soon!

## Free Webinar:

**Learn Jason's Winning Stock Trading Strategy "How I Made Over $330,000 in Verified Profits Last Year Trading Part-Time From Home"**

FREE BONUS: Get Access To My Best-Selling Video Course

"The Basics of Swing Trading" (Selling For $997 On My Website Right Now!).

Join Free Webinar
No thanks, I'll do it the hard way.
Privacy Policy | Disclaimer