**CERTIFICATION OF COMPLIANCE**
**Pursuant to 28 U.S.C. § 1746**

I, _Allison Rossi_, certify the following with respect to the Federal Trade Commission's ("FTC") Civil Investigative Demand directed to Esquire Bank, N.A. (the "Company") (FTC File No. 2023073) (the "CID"):

1.    The Company has identified all documents, information, and/or tangible things ("responsive information") in the Company's possession, custody, or control responsive to the CID and either:

(a)  provided such responsive information to the FTC; or

(b)  for any responsive information not provided, given the FTC written objections setting forth the basis for withholding the responsive information.

2.    I verify that the responses to the CID are complete and true and correct to my knowledge.

I certify under penalty of perjury that the foregoing is true and correct.

Date: _8/21/2020_

_Allison Rossi_
Signature

_Allison Rossi_
Printed Name

_Compliance Officer_
Title

**PX 27, 2584**

## Form of Certificate of Compliance*

I/We do certify that all of the documents, information and tangible things required by the attached Civil Investigative Demand which are in the possession, custody, control, or knowledge of the person to whom the demand is directed have been submitted to a custodian named herein.

If a document or tangible thing responsive to this Civil Investigative Demand has not been submitted, the objections to its submission and the reasons for the objection have been stated.

If an interrogatory or a portion of the request has not been fully answered or a portion of the report has not been completed, the objections to its submission and the reasons for the objections have been stated.

Signature _Allison Rossi_

Title _Compliance Officer_

Sworn to before me this day

_Patrishaw Dooknah_
Notary Public

PATRISHAW DOOKNAH
Notary Public, State of New York
No. 01DO6186264
Qualified in Queens County
Commission Expires April 28, 20__

*In the event that more than one person is responsible for complying with this demand, the certificate shall identify the documents for which each certifying individual was responsible. In place of a sworn statement, the above certificate of compliance may be supported by an unsworn declaration as provided for by 28 U.S.C. § 1746.

**PX 27, 2585**

**MERCHANT APPLICATION AND AGREEMENT**
DEBIT/CREDIT CARD AND ACH SERVICES

Agent Office / Sales Rep Name: 5  SMB Global LLC/Tyler Heugly

| LEGAL BUSINESS INFORMATION | | | | |
|---|---|---|---|---|
| Legal Name (Ownership Entity): RagingBull.com, LLC | | | | |
| Legal Address: 62 CALEF HWY STE 233 | City: LEE | | State: NH | Zip: 03861 |
| Telephone: (833) 265-1270 | Fax: | | | |
| Federal Tax ID: | IRS Tax Filing Name: RagingBull.com, LLC | | How long in business? Years 7 | Months 10 |
| ☐ Sole Proprietorship   ☐ Partnership   ☑ Limited Liability   ☐ Corporation   ☐ Government   ☐ Non-profit | | | | |
| Have you ever processed credit cards in the past? ☑ Yes ☐ No  If yes, under what name: RagingBull.com (Stripe) | | | | |
| Product or Service Sold: Financial Education | Website: ragingbull.com | | | |
| Business Email: jordan@ragingbull.com | Customer Service #: (833) 265-1270 | | | |

| DBA INFORMATION ☑ Check to use Legal Information as DBA Information | | | |
|---|---|---|---|
| DBA Name: RagingBull.com | Telephone: | Fax: | |
| Address (No P.O. Box #): | City: | State: | Zip: |

**ELECTRONIC DEBIT/CREDIT AUTHORIZATION** (By providing this information, you are authorizing the Bank to initiate ACH debit and credit transactions to said account.)

| Routing # | | Account # | |
|---|---|---|---|
| Name on account matches: ☐ DBA ☑ Legal | | Please provide a voided check or bank letter confirming your Transit # (ABA Routing) and Account # (DDA). | |

**OWNERS OR OFFICERS** (Individuals with equity ownership of 25% or more must be disclosed)(Signer must have equity ownership of 50% or more, or provide verification they are an authorized signer for the legal entity)

| 1) First Name: Jeff | Last Name: Bishop | Title: CEO | | |
|---|---|---|---|---|
| Mobile #: | Email Address: jeff@ragingbull.com | Ownership % 65 | | |
| Home Address (No P.O. Box #): | City: Lee | | State: NH | Zip: 03861 |
| Date of Birth (mm/dd/yyyy): | SSN: | Driver's Lic #: | | State: |
| 2) First Name: Jason | Last Name: Bond | Title: Co-owner | | |
| Mobile #: | Email Address: jason@ragingbull.com | Ownership % 25 | | |
| Home Address (No P.O. Box #): | City: Durham | | State: NH | Zip: 03824 |
| Date of Birth (mm/dd/yyyy): | SSN: | Driver's Lic #: | | State: |
| 3) First Name: | Last Name: | Title: | | |
| Mobile #: | Email Address: | Ownership % | | |
| Home Address (No P.O. Box #): | City: | | State: | Zip: |
| Date of Birth (mm/dd/yyyy): | SSN: | Driver's Lic #: | | State: |
| 4) First Name: | Last Name: | Title: | | |
| Mobile #: | Email Address: | Ownership % | | |
| Home Address (No P.O. Box #): | City: | | State: | Zip: |
| Date of Birth (mm/dd/yyyy): | SSN: | Driver's Lic #: | | State: |

**MANAGEMENT (Person Authorized to make financial decisions on behalf of the organization)** - If this individual is NOT already mentioned above as an OWNER OR OFFICER, please complete the section below.

| 1) First Name: | Last Name: | Title: | | |
|---|---|---|---|---|
| Mobile #: | Email Address: | Ownership % | | |
| Home Address (No P.O. Box #): | City: | | State: | Zip: |
| Date of Birth (mm/dd/yyyy): | SSN: | Driver's Lic #: | | State: |

**BANK DISCLOSURE**

**Definitions:** "Merchant Application" means this Merchant Application between Esquire Bank, Nuvei Technologies ("Nuvei") and Merchant.
"Merchant Agreement" means this Merchant Application once approved and accepted by Nuvei and its third party service providers, together with the Merchant Terms and Conditions.

**Member Bank Information:** Esquire Bank, 100 Jericho Quadrangle Suite 100 Jericho, NY 11753

**Important Member Bank Responsibilities under the Merchant Terms and Conditions:**
1. The Bank is the only entity approved to extend acceptance of the use of Card Association products by a Merchant.
3. The Bank is responsible for and must provide settlement funds to the Merchant.
5. The Bank is responsible for all funds held in reserve.

2. The Bank must be a party (signer) to the Merchant Agreement.
4. The Bank is responsible for educating Merchants on pertinent Visa and MasterCard Rules with which Merchants must comply; this information may be provided to the merchant by the Processor

**Important Merchant Responsibilities:**
1. Ensure compliance with cardholder data security and storage requirements.
3. Review and understand the terms of the Merchant Agreement.
5. Retain a signed copy of this Disclosure Page.

2. Maintain fraud and chargebacks below Card Association thresholds.
4. Comply with Card Association rules.

**Card Association Rules:**
Download "Visa Rules" at: http://usa.visa.com/merchants/operations/op_regulations.html

Download "MasterCard Rules" at: http://www.mastercard.com/us/merchant/support/rules.html

**ACH Definitions:** "Merchant ACH Agreement" means this Merchant Application once approved and accepted by Nuvei and its third party service providers, together with the Merchant Terms and Conditions for ACH and Check 21. Bank is not party to or responsible for any services provided under the Merchant ACH Agreement.

1. Maintain fraud and returned items below NACHA thresholds.

2. Comply with NACHA rules - Download "NACHA Rules" at https://www.nacha.org/rules

| ☑  I agree to the terms outlined above | Authorized Signor: | Title: CEO | Date: 11/22/2019 |
|---|---|---|---|

Agent8002-ESQUIRE-MBA-ACH-2018S10    Nuvei Technologies is a registered ISO of Esquire Bank, Jericho, NY.    1/4

Scanned with CamScanner

PX 27, 2586

**CONTINUING PERSONAL GUARANTY PROVISION – PERSONAL GUARANTOR**

By signing below, each individual or entity ("Guarantor") jointly and severally (if there is more than one Guarantor) and unconditionally guarantees to Nuvei and BANK the prompt payment and full and complete performance of all obligations of the Merchant identified above pursuant to the Merchant Agreement, as amended from time to time, including, without limitation, all promises and covenants of the Merchant, payment of all amounts payable by the Merchant under the Merchant Agreement, including, without limitation, charges, interest, costs and other expenses, such as attorney's fees and court costs. This means, among other things, that Nuvei or BANK can demand performance or payment from any Guarantor if the Merchant fails to perform any obligation or pay what the Merchant owes under the Merchant Agreement. Each Guarantor agrees that his or her liability under this guaranty will not be limited or canceled because: (1) the Merchant Agreement cannot be enforced against the Merchant for any reason, including, without limitation, bankruptcy proceedings; (2) either Nuvei or BANK agrees to changes or modifications to the Merchant Agreement, with or without notice to Guarantor; (3) Nuvei or BANK releases any other Guarantor or the Merchant from any obligation under the Merchant Agreement; (4) any law, regulation, or order of any public authority affects the rights of either Nuvei, Merchant or BANK under the Merchant Agreement; and/or (5) anything else happens that may affect the rights of either Nuvei or BANK against the Merchant or any other Guarantor. Each Guarantor further agrees that: (a) Nuvei and BANK each may delay enforcing any of its rights under this guaranty without losing such rights and hereby waives any applicable Statute of Limitations; (b) Nuvei and BANK each can demand payment from such Guarantor without first seeking payment from the Merchant or any other Guarantor or from any security held by the BANK; and (c) such Guarantor will pay all court costs, attorney's fees and collection costs incurred by either Nuvei or the BANK in connection with the enforcement of the Merchant Agreement or this Guaranty, whether or not there is a lawsuit, and such additional fees and costs as may be directed by a court. If the Merchant is a corporation or limited liability company, this Guaranty must be executed by a principal or authorized representative of Merchant. Guarantor agrees and acknowledges having read the merchant Terms and Conditions found at document.nuvei.com/v/mba102018 and the ACH and Check 21 Terms and Conditions

| | | | |
|---|---|---|---|
| Signature X | | Print Name: **Jeff Bishop** | Date: 11/22/2019 |
| Signature X | | Print Name: **Jason Bond** | Date: 11/22/2019 |

**SALES PROFILE - Debit/Credit Card Service**

| Transaction Types | Swipe: | % | eComm: | % 85 | MOTO/Keyed: | % 15 | Must Equal 100% |
|---|---|---|---|---|---|---|---|
| Visa/Discover/Mastercard | Monthly Volume: $ 7,000,000.00 | | Avg Ticket $ 550.00 | | High Ticket $5,000.00 | | Max Daily Auth Count: 1,000.00 |
| AMEX | Monthly Volume: $ 80,000.00 | | Avg Ticket $ 550.00 | | High Ticket $5,000.00 | | Max Daily Auth Count: 100.00 |
| UnionPay | Monthly Volume: $ | | Avg Ticket $ | | High Ticket $ | | Max Daily Auth Count: |

**SCHEDULE A FEES**

| Tiered | Discount and Surcharge | | | Transaction | | | Authorization |
|---|---|---|---|---|---|---|---|
| | Qualified | + Mid-Qualified | + Non-Qualified | Qualified | Mid-Qualified | Non-Qualified | |
| Visa, M/C, Discover Debit Card | % | % | % | $ | $ | $ | |
| Visa, M/C, Discover Credit Card | % | % | % | $ | $ | $ | $ |
| AMEX Credit Card | % | % | % | $ | | | $ |

| Cost Plus | Discount | | Transaction | Authorization |
|---|---|---|---|---|
| Visa, M/C, Discover | 1.50 | % | $ 0.15 | $ 0.15 |
| AMEX Credit Card | 1.50 | % | $ 0.15 | $ 0.15 |

| Flat Rate | Discount | Transaction | Authorization |
|---|---|---|---|
| Visa, M/C, Discover | % | $ | $ |
| AMEX Credit Card | % | $ | $ |

| Multi Currency Pricing (MCP) | | Transaction | Authorization |
|---|---|---|---|
| Visa, M/C | | $ | $ |

| UnionPay | Discount | Transaction | Authorization |
|---|---|---|---|
| UnionPay | % | $ | $ |

| Additional Services | Transaction |
|---|---|
| PIN-Based (Online) Debit | $ · ☐ Debit Network Fee |
| EBT | $ · EBT #: |

| AMEX Existing Account | Discount | |
|---|---|---|
| AMEX Network Access | 0.15% | Account Number: |
| AMEX Non-Swipe | 0.30% | |

**OTHER SERVICE FEES**

| | | | |
|---|---|---|---|
| Set-Up: one-time $ 0.00 | Account on File: monthly $ 25.00 | Account Services: annual $0.00 | Batch: per $0.30 |
| Minimum Discount: monthly $ 35.00 | Online Reporting: monthly $0.00 | Chargeback: Per $35.00 | Online CB Re-Presentment: monthly $ |
| Retrieval: per $ 35.00 | Address Verification: per $0.95 | BIN (Basis Points): volume % | |

**GATEWAY FEES (Nuvei)**

| | | | |
|---|---|---|---|
| Set-Up: one-time $ | Service: monthly $ | Transaction: per $ | Address Verification: per $ |
| 3D Secure: per $ | MaxMind: per $ | | |

**TOKENIZATION FEES**

| | | | |
|---|---|---|---|
| Set-Up: one-time $ | Service: monthly $ | On File: per $ | Registration: per $ |
| Deletion: per $ | Update: per $ | Transaction: per $ | De-tokenization: per $ |

**ACCOUNT UPDATER FEES**

| | | | |
|---|---|---|---|
| Set-Up: one-time $ | Service: monthly $ | Request: per $ | Update: per $ |

Scanned with CamScanner

PX 27, 2587

**PCI PAYMENT APPLICATION COMPLIANCE**
(Note: ONLY APPLICATIONS THAT COMPLY WITH CARD BRAND SECURITY STANDARDS WILL BE PERMITED. A list of valid applications is availble at : www.pcistandards.org)

1. Do you store credit card numbers? ☑ Yes ☐ No

2. Do you use any third party payment application to store, transmit or process cardholder data? ☑ Yes ☐ No If Yes, Name: Authorize.Net ___ Version: ___

* PCI Monthly Fee (if applicable) $ 19.95 per eComm/MOTO MID per month $___ per Retail MID per month. Additional PCI terms set out in the online merchant agreement.

**AMERICAN EXPRESS COMMUNICATION**

☑ By checking this box, Merchant opts out of receiving future commercial marketing communications from American Express.

Note that you may continue to receive marketing communications while American Express updates its records to reflect your choice. Opting out of commercial marketing communications will not preclude you from receiving important transactional or relationship messages from American Express.

**SITE SURVEY (Required for all merchants)**

1. Zone: ☑ Business District ☐ Industrial ☐ Residential

2. Approximate Square Footage: ☐ 0-250 ☐ 251-500 ☑ 501-2,000 ☐ 2,001 plus

3. Location: ☐ Mall ☑ Office ☐ Home ☐ Shopping Area ☐ Mixed ☐ Apartment ☐ Isolated

4. Are all your products / services delivered immediately? ☑ Yes ☐ No

Agent Signature X: Tyler Hougly

**SALES PROFILE - ACH Debit (Sale) Transactions**

| High Ticket Amount | Max Daily Count | Max Daily Volume | Max Monthly Count | Max Monthly Volume |
|---|---|---|---|---|
| $ | | $ | | $ |

**ACH Services**

| | Prearranged Debit | Business to Business | Telephone Initiated | Internet Initiated |
|---|---|---|---|---|
| Transaction | $ | $ | $ | $ |
| Representments | $ | $ | $ | $ |
| Returned Item | $ | $ | $ | $ |
| Non-Sufficient Funds | $ | $ | $ | $ |

**Service Fees**

| Setup Fee: $ | | Monthly Fee: $ | |
|---|---|---|---|

**MERCHANT APPLICATION AND AGREEMENT ACCEPTANCE**

By executing this Merchant Application on behalf of the merchant described above ("Merchant"), the undersigned individual(s) represent(s), warrant(s), and acknowledge(s) that: (i) All information contained in this Merchant Application ("Application") is true, correct and complete as of the date of this Application; (ii) If the Merchant is a corporation or partnership, the individual(s) executing this Application have the requisite legal power and authority to complete and submit this Application on behalf of the Merchant and to make and provide the acknowledgements, authorizations and agreements set forth herein on behalf of the Merchant and individual(s). iii) The information contained in this Application is provided for the purpose of obtaining, or maintaining, a merchant account for the Merchant with the Bank and Nuvei for payment processing services and with Nuvei and its third party service providers for ACH and Check 21 services. The Bank, Nuvei and its third party service providers will rely on the information provided herein in their application approval process and in setting the Discount Rate, Approved Average Ticket, and Approved Monthly Payment Card Volume for payment processing services, and the rates, fees and charges for the ACH and Check 21 services payable by the Merchant; (iv) The Bank, Nuvei and its third party service providers are authorized to investigate, either through their own agents or credit bureaus/agencies, the credit of the Merchant and each person listed on this Application; (v) The Bank and Nuvei will determine and notify the Merchant of all rates, fees and charges payable by the Merchant pursuant to the Merchant Terms and Conditions and the ACH and Check 21 Terms and Conditions; (vi) The Merchant agrees to pay all such rates, fees and charges; (vii) The Merchant Agreement will not take effect until Merchant has been approved by the Bank, Nuvei and its third party service providers and a merchant number has been issued to Merchant; (viii) The Merchant on whose behalf this Application is being submitted acknowledges that if this Application is being submitted to Esquire Bank as the Member Bank, Nuvei is also a party to this Merchant Agreement; (ix) Merchant will sign all agreements, authorizations, consents and documents requested by Nuvei third party providers for the purposes of the provision of the ACH and Check 21 services to the Merchant. (x) The undersigned has read and understood the Merchant Agreement and agrees, on behalf of the Merchant, to be bound by such Merchant Agreement.

You have the option of accepting MasterCard credit cards, Visa credit cards, American Express credit cards, Discover credit cards; MasterCard signature debit cards (MasterMoney Cards) or Visa signature debit cards (Check Cards), and debit cards issued by Discover. You may elect to accept any or all of these card types for payment. If you do not specifically indicate otherwise, your Application will be processed to accept ALL MasterCard, Visa, American Express and Discover card types. Elected Visa, Discover, or MC card types NOT to accept: ___

Merchant acknowledges having read and agreed to the terms and conditions of the online Merchant Agreement. If Merchant was unable to access such agreement online, Merchant acknowledges having been provided a copy by Nuvei and having read and agreed to same.

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT: To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: when you open an account, we may ask you for information that will allow us to identify you, including a copy of your driver's license or other identifying documents.

| Signature X: | Print Name: Jeff Bishop | Title: CEO | Date: 11/22/2019 |
|---|---|---|---|
| Signature X: | Print Name: Jason Bond | Title: Co-owner | Date: 11/22/2019 |

Scanned with CamScanner

PX 27, 2588

**SERVICES QUESTIONNAIRE** (REQUIRED FOR ECOMM, MOTO, KEYED > 30% OR FUTURE DELIVERY MERCHANTS)

1. What percentage of sales are Business to: _____ % Businesses (B2B)   100   % Consumer (B2C)

2. Method of Marketing (check all that apply):   ☐ Direct Mail/Brochure/Catalog   ☐ Newspaper/Magazine   ☑ Social Media
☐ Television/Radio   ☑ Internet   ☐ Outbound Telemarketing   ☐ Phone Book/Yellow Pages   ☐ Trade Shows

3. Ecommerce Merchants - % of customer base:  90  % US _____ % Canada  1  % Other  9  (Must Equal 100%)

4. Cards are charged on the:   ☑ Day of Order   ☐ Day of Shipment   ☐ Other _____

5. Do you require a deposit for a future delivery? ☐ Yes  ☑ No  If yes, percent of sale required 100 % or flat fee $ _____
Is final payment due before fulfillment? ☐ Yes   ☐ No  If Yes, number of days: _____

6. Does your billing strategy involve automatic, negative option billing? ☑ Yes   ☐ No

7. Does your business offer a product guarantee or warrantee? ☑ Yes   ☐ No   If yes, is it a:  ☐ Replacement   ☐ Refund   ☐ Partial Refund

8. Refund Policy: Within # of Days:   ☑ Up to 30 days   ☐ 31-90 Days   ☐ Greater than 90 days   ☐ No Refunds

9. Does your business offer recurring billing? ☑ Yes   ☐ No   If yes, what is the frequency?  ☐ Weekly   ☐ Monthly   ☑ Quarterly   ☑ Annually   ☐ Other: _____

10. How is the card payment information entered into the payment system?   ☐ Merchant   ☑ Consumer   ☐ Other: _____

11. Is card payment information entered via the Internet? ☑ Yes   ☐ No   If yes, is the payment channel encrypted by SSL or better? ☑ Yes   ☐ No

**INVENTORY/SHIPPING** (not applicable for non-physical goods)

12. Do you own the product/inventory? ☑ Yes   ☐ No   If no, name of company who does _____ (Provide a copy of sales agreement)

13. Where is the product stored/shipped from?   ☑ Business Location   ☐ Own Warehouse   ☐ Fulfillment Center (If Fulfillment provide a copy of agreement)

Warehouse or Fulfillment Details
Company Name: _____
Address: _____     City: _____     State: _____ Zip: _____
Contact Name: _____     Contact Phone: _____

14. Method of delivery:   ☐ US Postal   ☐ Fedex   ☐ UPS   ☐ Courier   ☐ Other _____

**GATEWAY and TERMINAL: SETUP and CODING**

| Gateway: Authorize.Net | ☑ Data/Var Sheet Required | | | *Signed purchase agreement required | | | |
|---|---|---|---|---|---|---|---|
| Mobile Car Reader: | Quantity: | ☐ Reprogram  ☐ Buy | | Bill to: ☐ Nuvei | ☐ Partner ☐ Merchant | Ship: ☐ 2Day $10.50  ☐ Next $19.99  ☐ Overnight $29.99 | |
| Terminal Make/Model: | Quantity: | ☐ Reprogram  ☐ Buy | | Bill to: ☐ Nuvei | ☐ Partner ☐ Merchant | Ship: ☐ 2Day $10.50  ☐ Next $19.99  ☐ Overnight $29.99 | |
| Terminal Make/Model: | Quantity: | ☐ Reprogram  ☐ Buy | | Bill to: ☐ Nuvei | ☐ Partner ☐ Merchant | Ship: ☐ 2Day $10.50  ☐ Next $19.99  ☐ Overnight $29.99 | |

| Communication Method: ☐ Dial  ☐ IP  ☐ Wireless (new SIM provided) | | Terminal Setup ☐ Retail  ☐ MOTO | | TIP: ☐ receipt  ☐ Time of Sale | | PIN Debit ☐ Yes  ☐ No | |
|---|---|---|---|---|---|---|---|
| CCV: ☐ Yes  ☐ No | Small Ticket: ☐ Yes ☐ No | Fraud Control Last Four Prompt ☐ Yes ☐ No | | Capture Method: ☐ Terminal ☐ Host | | Password Protect Refund: ☐ Yes  ☐ No | |

Multi MID: ☐ Yes   ☐ No  If Yes, Other Mid: _____

| Ship To: ☐ DBA  ☐ Legal  ☐ Other  If Other, fill in address information | Attn: | | Telephone: | |
|---|---|---|---|---|
| Other Address (No P.O. Box #): | City: | State: | Zip: | |

Notes:
Please send VAR Sheet to tyler@smbglobalpayments.com

Scanned with CamScanner

PX 27, 2589

DocuSign Envelope ID: 21D45F96-1FD4-4DBD-860B-10B24952EEAE

State of Delaware
Secretary of State
Division of Corporations
Delivered  01:00 PM 12/08/2016
FILED  01:00 PM 12/08/2016
SR 20166976482  - File Number  5459512

## STATE OF DELAWARE
## CERTIFICATE OF AMENDMENT

1.    Name of Limited Liability Company:

   Lighthouse Media, LLC

2.    The Certificate of Formation of the limited liability company is hereby amended as follows:

   The name of the Limited Liability Company is: RagingBull.com, LLC.

IN WITNESS WHEREOF, the undersigned have executed this Certificate on the _____7th_____ day of __December__ , A.D. 2016

By: _Jeff Bishop_____
                     Authorized Person(s)

Name: _Jeff Bishop_____
                     Print or Type

**PX 27, 2590**

**Amendment to**
**Operating Agreement**

THIS AMENDMENT (the "Amendment") to the Operating Agreement of Lighthouse Media, LLC (the "Company") is entered into effective as of February 1, 2014, among the Company and the individuals and entities listed on Schedule A (individually "Member" and collectively referred to as the "Members").

R E C I T A L S

A.      The Members desire to enter into this Amendment as of the date hereof to amend the Operating Agreement dated as of February 1, 2014.

B.      Capitalized terms not otherwise defined in this Amendment shall have their respective meanings as set forth in the Operating Agreement.

**NOW THEREFORE**, for good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, the parties agree as follows:

1.01    Article II of the Operating Agreement is hereby amended to include the following:

2.06    Permissible Activities.  The Company is permitted to engage in the following relating to any of the foregoing, including, without limitation:

(a) to invest and reinvest such portion of the Company's assets directly or indirectly within a broad range of financial instruments, securities and transactions, including, without limitation, equities, options, fixed income, derivatives, swaps, convertible securities of U.S. and non-U.S. issuers, distressed debt securities, trade claims, convertible debt securities, loans secured and unsecured, recourse and nonrecourse to the borrower and guaranteed and non-guaranteed and other instruments (all such items collectively being called herein a "Security" or "Securities");

(b) to utilize a variety of investment techniques including, but not limited to, short selling, purchase and sale writing of options on securities (both covered and naked options), and the use of borrowed funds for investment or leverage purposes;

(c) to engage in such other lawful Securities or other transactions of any kind or nature as the Members may from time to time determine;

(d) to acquire a long position or a short position with respect to any Security and to make purchases or sales increasing, decreasing or liquidating such position or changing from a long position to a short position or from a short position to a long position, without any limitation as to the frequency of the fluctuation in such positions or as to the frequency of the changes in the nature of such positions;

379090.1

- 1 -

**PX 27, 2591**

(e) to purchase Securities and hold them for investment; and

(f) to enter into custodial arrangements with banks and brokers, wherever located, regarding Securities owned beneficially by the Company;

**IN WITNESS WHEREOF**, the parties have executed this Amendment as of the date first written above.

Jason P. Bond

MFA HOLDINGS CORP.

By: :

    Name:  Allan Marshall
    Title:   President

SHERWOOD VENTURES, LLC

By:

    Name:  Jeffrey M. Bishop
    Title:  Sole Member

379090.1

- 2 -

**Attachment IIII**          **PX 27, 2592**



**Date:** October 21, 2019 *For Internal Use Only*

**Title:** Product Matrix (Current)

**Objective:** List all current product offerings by Raging Bull, including details of each service, price points and where it fits in the overall organization.

***Jason Bond: Co-Founder of Raging Bull (Small Cap Stock Trader and he sells option contracts)***

**Jason Bond Picks**: Small Cap Swing Trading (Momentum Stocks)

o <mark>Description:</mark> Jason Bond Picks is based around small cap stock swing trading, with an emphasis on stocks that are priced at $10/share and below. In this program, swing trading refers to an average hold period of about 3-5 days. The securities Jason is trading in this program are extremely volatile, due to a lack of liquidity and a lack of trading volume. He is only taking long positions here (buying the stock) he will not short any of these stocks or trade options on them.

o <mark>What's Included?</mark> (Features):

- Jason Bond's Strategy Course
- Penny Stocks 101 Course
- Swing for the Fences (E-Book)
- The Basics of Swing Trading (Video Lesson Series)
- How to Trade Like a Pro (Video Lesson Series)
- The House Always Wins (Video Lesson Series)
- Jason's Portfolio (updates every 5 minutes) displaying all current holdings and their performance
- Trade recommendations: About 5-10 each week (average)
  o Via Text and Email, when to get into each trade and when to sell out.

o <mark>Pricing Options:</mark>

- Retails online for $1497 annually
- $79/30 day trial (renews at $297)
- $297/QTR
- $699/Annual
- $997 LT upgrade (for current members)
- $1500 LT upgrade (for current members)

**Attachment IIII**              **PX 27, 2593**

- $1997 LT upgrade (for current members)

**Weekly Windfalls**:  Selling Options (You are the House!)

o <mark>Description:</mark> Weekly Windfalls is a program focused on selling options (WEEKLY CONTRACTS), which with most online brokers will require Level 3 Options Clearance.  When you sell options (write the contract) the odds of a profitable trade are about 67%-73%, so right off the bat the chances of you consistently hitting winning trades is much higher than most of our other services.  Option contracts expire worthless 70%-80% of the time, and since Jason is selling the options, this works in his favor.  Every time the option contracts that Jason sells expires, he will hit a max profit of 100%!

o <mark>Strategies:</mark>

- Credit Spreads, Vertical Spreads, Debit Spreads
- Selling a Bullish Put:  To be profitable on this trade, Jason would need the stock price to INCREASE
- Selling a Bearish Call:  To be profitable on this trade, Jason would need the stock price to DECREASE.

o <mark>What's Included:</mark> (Features)

- Live Portfolio with all current holdings (updated in real time)
- Options Selling Guide:  Jason's had written lessons, designed to educate clients on how to sell options, the pricing mechanics and an overview of Jason's strategy with each of these trades
- Training Videos
- Trade alerts (1-2 new trades per day)
  - Sent via text and email, when to get in and when to get out of each trade)

o <mark>Pricing Options:</mark>

- $1497/Annual
- $2499 LT
- $1000 LT upgrade for all current WWF clients

Jeff Bishop: Co-Founder and CEO of Raging Bull/Head Options Trader

**Total Alpha**:  Options trading encompassing all of strategies

o <mark>Description:</mark>  Total Alpha is Jeff Bishop's options trading service that offers more advanced options strategies in comparison to some of our other services.  Not only will he be taking long positions on puts and calls here ("directional option trading") but he will also be using spreads, straddles, iron condors and will even sell option contracts (both naked and covered).  Some of these trades will

require up to level 4 clearance from your online broker.  This is the most advanced service we currently offer for options trading

- ○ ==What's Included?== (Features):

  - Live Portfolio (updated in real time) displaying all current holdings and it also shows you all of Jeff's upcoming (pending) trades that he is considering
  - Stock Options Explained Course:  Jeff's handwritten lessons (with accompanying videos) on how to trade options.
  - Jeff's brand-new training video library
  - Daily Newsletters sent over email giving Jeff's outlook on the markets, macroeconomics conditions to watch, current trades, as well as some insights and education on trading
  - **_NOTE_**:  Jeff will not always alert trades via text and email, refer clients to the live portfolio and the transparency that is involved there with all pending and future trades Jeff is looking to enter.

- ○ ==Pricing Options:==

  - $1497/Annual
  - $2499/LT
  - $997 LT upgrade for annual TA members

**Bullseye Trade**:  Options Trading (Directional) – NOTE:  In some cases, this will be included in Total Alpha!!  But it is also sold as its own service

- ○ ==Description:==  This service is designed to offer Jeff's best option pick each week, delivered to client's pre-market, every Monday morning via email.  There is only one trade alerted each week.  These trades will only be recommendations for long positions on puts and calls (Buy to Open/Sell to Close).

- ○ ==What's Included?== (Features):

  - The only guaranteed feature of this service is the weekly email alert each Monday morning (premarket).  Sent out around 9AM EST.

- ○ ==Pricing:==

  - $399/Annual
  - $599 LT

*Kyle Dennis:  Biotech Stock Expert, Options Trader, former MRM student turned Millionaire Trader*

**Dollar Ace**:  Kyle's newest Options Trading Service (Directional Option Trading)

- o  Description:  Kyle has developed a proprietary scanner that specifically searches for unusual options activity.  For instance, Kyle is looking for heavy volume traded on specific option contracts in one day.  This will indicate that market participants know that an event will occur that will affect the overall stock price of the company by the expiration date of the contracts that were bought/sold.  Within his scanning, he is specifically looking for options contracts priced at $1 or below and focusing on weekly and monthly contracts.

- o  What's Included? (Features):

  - Kyle's Live Portfolio updated in real time.  Shows all current holdings
  - Trade Alert Videos:  Videos that accompany each trade alert, breaking down the trade and Kyle's reason for executing it (about 2-3 minutes long).
  - Kyle's Video training library
  - Trade alerts
    - o  Sent via text and email, when to enter and when to exit each trade (he will send about 3-5 trade alerts each week)

- o  Pricing:

  - $1497/Annual
  - $2499/LT
  - $1000 upgrade to LT for current DA members.

**Option Rocket**: Kyle's Original Options trading service, focusing on long positions on puts and calls (Directional Option Trading)

- o  Description: This is a directional option trading service that Kyle still operates.  There are no specific characteristics surrounding the program.  It is very similar to Nathan's Weekly Money Multiplier service and covers all sectors of the market.

- o  What's Included? (Features):

  - IGNITE Options Strategy:  Video lesson series Kyle has put together that breaks down his strategy, step by step
  - Live Portfolio, updated in real time
  - Kyle's Trading Academy:  Comprehensive educational suite designed to train clients on swing trading, option trading and some background on the biotech sector of the market.
  - Trade alerts
    - o  Delivered via email and text, when to enter and when to exit

- He will typically send about 3 trades per week on average

- Pricing Options:

  - $1497/Annual
  - $1997/LT
  - $599 LT upgrade for current annual members

**FDA Insiders**: Stock Trading Service focused on the Biotech sector of the market (think pharma, medical device, life science companies etc.)

- Description: This is a stock trading service focused on small to mid-cap stocks in the biotech sector of the market.  Kyle is looking to catch momentum swings on these stocks based off FDA testing results (all major pharma and biotech sectors are subject to tests by the FDA before their new products/pharmaceuticals can hit the shelves for consumer use). Whether the FDA decides to pass or fail the company during testing, there are ripple effects in relation to the overall price of the stock.  Pass=upward swing in the stock. Fail=downward swing in the stock.  Kyle wants to capture these entries at the perfect time.

- What's Included? (Features):

  - Weekly Watch Lists: stocks to watch for the upcoming trading week
  - Video Watch List:  Video version of Kyle's Weekly Watch list with more insights into the stocks he is suggesting keeping an eye on
  - Portfolio that updates every 5 minutes, displaying all current holdings and their performance
  - Kyle's Trading Academy
  - Trade alerts
    - Delivered email and text, when to buy and when to sell for each trade
    - Typically sends 3-5 trades per week

- Pricing Options:

  - $297/QTR
  - $799/Annual
  - $1497/LT

**Sniper Report**:  Research oriented service, focused on long term stock trading and monthly research briefings about emerging technology, cannabis and other emerging sectors in the market

- Description:  This is a front-end service focused on monthly research reports written by Kyle and distributed to members.  The strategy here is Buy and Hold, Kyle is looking for long term growth in all the trades he makes in this service.  He

is looking for emerging technology stocks that are on the brink of innovative breakthroughs that will carry the stock much higher in the next few years.

- **What's Included**? (Features):

  - Monthly Research reports
  - Access to Kyle's portfolio, updated every 5 minutes
  - Monthly VIP Videos
  - Kyle's Trading Academy
  - Trade alerts
    - Sent via text and email, when to get in and when to get out
    - Typically sends around 1 trade alert per month.

- **Pricing Options:**

  - $97/annual
  - $297/LT

***Nathan Bear:  Options Trader, former MRM client turned Millionaire Trader***

**Weekly Money Multiplier**: Options trading service, originally crafted by Jeff Bishop, who has now turned the reigns over to Nathan Bear.  Directional option trading service (long positions on puts and calls)

- **Description:**  This is a directional options trading service, that has been a staple of our company since the beginning.  This is Jeff's original service that has now been passed to Nathan to take over long term.  Its focused solely on buying option contracts, either puts or calls.  Nathan trades monthly contracts, so your typical hold period is anywhere from a few days to three weeks.  He is swing trading these options.  Nathan is a Fibonacci trader (he looks for patterns, TPS-Trend-Patter-Squeeze, to determine his ideal entries on each trade)

- **What's Included?** (Features):

  - Nathan's live portfolio, updated in real time
  - Jeff Bishop's Stock Options Explained course
  - Live Weekly training with Nathan Bear for all members (archived on the dashboard for later viewing)
  - Jeff's Options Mastermind video library
  - Nathan's portfolio update videos
  - Nathan's training video library
  - Trade alerts
    - Delivered via text and email, when to get into each trade and when to get out

- Pricing:

  - $499/QTR
  - $999/annual
  - $1497/annual
  - $2499/LT
  - $999 upgrade to LT for current members

**Davis Martin:  The SPY (S&P 500 Index ETF) Day Trader, Options trader**

<span style="color:red">**Daily Deposits (Daily Profit Machine) & Overnight Installments**</span>:  This is an options trading service focused specifically on trading the SPY.  Davis day trades these weekly option contracts, looking to enter and exit the trade in the same trading day.

- ==Description:== This is one of our only true "day trading" services.  Davis is only focused on trading options on the SPY.  The SPY is the ticker symbol for the S&P 500 Index ETF.  The S&P 500 is one of the most important indexes in the world, comprised of the 500 highest rated stocks, according to the Standard and Poor's Credit Rating agency.  This also happens to be one of the most liquid indexes to trade, due to the heavy amount of trading volume that occurs on this index and its individual stocks day in and day out.  The high liquidity allows for easy entries and exits, as there is always demand for stocks and options that are being traded on this index.

- ==Strategy:== Davis determines his entries using the 10 and 20 Exponential Moving Average lines on his charts, he is looking for specific crossovers and patterns in relation to these two trend lines

- ==What's Included?== (Features):

  - Trade Alerts:
    - Davis sends his initial trade alert each morning via email at 9AM EST.
    - Once Davis's trade plan is triggered, he will alert the members via text and email, explaining his entry and the price of the contract he bought (either a put or a call).
    - He does not alert the exit, but he does send an email recapping the trade and his performance
  - Overnight Installments:
    - This is the newest feature of Davis's program and focuses on longer hold trades, that are not necessarily related to the SPY. Davis will alert 1-3 of these trades each week, with the intent of holding them overnight before exiting the position.  These are directional option trades (long positions on puts and calls).  These alerts are alerted via email and text, when to get in and when to get out.

**Attachment IIII**          PX 27, 2599

- Premarket Videos:
  - Davis sends out premarket videos each morning, breaking down his research and where he envisions the SPY to open once the opening bell rings
- Video Lessons:
  - Davis has a full video lesson series available to members, breaking down his strategy and how he determines his entries and exits based on his charts and use of trend lines
- Pricing Options:
  - $297/QTR
  - $799/Annual
  - $1497/LT
  - $699 LT upgrade for current annual members

***Ben Sturgill:  IPO Trader:***

**IPO Pay Day:**  This is a service based around IPO's (Initial Public Offering).  An initial public offering is exactly what it sounds like, it is the first day that shares of a newly listed public company are offered to the public for purchase.  With most IPO's, there is heavy initial trading volume and a high level of volatility.  This allows Ben to capture the swings and profit off these trades quickly.

o  <mark>Description:</mark> IPO Payday is all based around a calendar.  Before a company can go public, they first need to announce their intent to do so and hire banks and lawyers to determine where they will price their shares, and how many shares they will be offering.  Ben will send all members a calendar with the following items:  When the company filed its IPO, the day it will start trading, when option contracts will be available to trade on this newly listed stock and the date the lock up period ends (this allows insiders of the company to sell the shares they have accumulated while the company was still a private firm).  Ben will also send an executive summary of each IPO, breaking down the details for clients so they are fully prepared for each launch.

o  <mark>What's Included?</mark> (Features):

- A trading plan sent by Ben to all clients determining his action on each IPO
- This will determine IF and HOW he will trade each IPO
- This will be based off a Red Light, Yellow Light, Green Light System
- Red Light - - not planning to trade the IPO currently
- Yellow Light – keeping an eye on initial performance, will determine if it is an appropriate play after a few days/weeks of trading
- Green Light – he WILL trade this IPO
- Ben's Live Portfolio, updated in real time

**Attachment IIII**          **PX 27, 2600**

- Trade alerts
  - Delivered via email and text, when to get into each trade and when to exit each trade.
- Pricing Options:
  - $999/Annual
  - Additional $999 for LT (Total $1998)

***Jeff Williams:  Penny Stock Expert, former elementary school teacher (similar story to Jason Bond)***

**SuperNova/Boost:**  This service is based around penny stock trading

o  <mark>Description:</mark> Penny stocks typically go for $2 and below per share.  Like Jason Bond Picks, these securities are extremely illiquid due to a lack of trading volume on them during market hours.  This directly affect the stock's volatility.  With illiquid securities, you will always have more volatility and more dramatic swings in price.  These stocks are all listed on major exchanges, so they are not pink sheets (think Wolf of Wall Street if you need a reference as to what a pink sheet is).  The overall health of the market has very little impact on penny stocks, so whether the market is up or down, that does not necessarily mean that penny stocks will be affected in the same fashion.

o  <mark>What's Included?</mark> (Features)

- Live Chatroom where Jeff trades live daily, at 3:30 PM EST
- Jeff's trade of the day comes out at 3:30 PM EST, every day, and he will be in his chatroom during that time, trading the pick live with all members.
- Live portfolio, updated in real time
- Video Watch Lists
- Penny Stock Millionaire (Beginner's Guide)
- Innovative Trading Tools (Intermediate Guide)
- Small Account Success (Advanced Guide)
- Supernova Video Library series (training videos updated weekly)
- The Pot Report (Don't get too excited Teddy)
- Trade alerts
  - Delivered via email and text
  - When to get in and out of each trade

o  <mark>Pricing Options:</mark>

- $799/Annual (Profit Prism/Penny Pro)
- $799/ (Profit Prism/ Penny Pro → SuperNova) Upgrade
- $1499/Annual
- $2499/LT
- $1000/ Upgrade from Annual to LT

**Attachment IIII**          **PX 27, 2601**

***Dave Lukas:  Real Estate Investor turned option trader***

**Option Profit Planner**: Dave Lukas sells options (vertical and credit spreads) very similar to Jason in WWF, however he is on much longer cycles.  He is selling contracts that expire 6 months out, with a typical hold period of 2.9 months on average

- ○ ==Description==:
  - This is a newsletter service with trades and educational videos, released at 5pm EST to all members every Sunday of each week.
  - These orders are placed on Sunday Night!

- ○ ==What's Included==:
  - Video analysis
  - Market commentary
  - Trade positions
  - Friday Training Presentations

- ○ Education:
  - Simple moving average line breakdown and how he uses these trend lines to determine proper entries
  - How to set up your scanner to find the best trades
  - Factor Energy Theory
  - He sells out of the money options, about 30% below the "In the Money" puts.
  - Learning Curve?
    - 1 month, Dave teaches each week

- ○ Statistics:

91% of all trades he executes turns a profit
- ○ 6% return on risk
- ○ Level 3 options clearance is required by most brokers to trade these options
- ○ This is a risk averse strategy with very little drawdown

- Positions:
  - ○ Dave will add 8-10 new positions each month and hold 20-30 open positions at any given time

**Attachment IIII**     **PX 27, 2602**

o    Pricing:
     $999/annual
     $999/LT (additional, for current clients)

**Social Media Integration (Marvin/ ELliott) :**

If you have a customer that wants to ask "Jason", "Jeff", "Kyle" a question these are the links to their respective messengers

m.me/WeeklyMoneyMultiplier

m.me/JasonBondPicks

m.me/kylewdennis

team at m.me/ragingbulltrading

**Option Level Clearances from Brokerage Houses and what you can/cannot do with each designation:**

**Level One:** This allows you to trade cash-backed trades such as calls and puts and that are not bought on margin. You can also write covered calls. To get this type of permission you must have the stocks already in your account and the only options you can buy, or sell are those of the stocks you already own. Also, the number of options contracts you can buy, or sell is limited to your long stock position. This means that if you own 100 shares of ABC, you can only trade one ABC option for each 100 shares of ABC that you own.

**Level Two:** This gives you Level One capability and also allows you to trade any number of puts or calls that you want (as long as you have the cash or margin buying power), including options on stocks, ETFs, or the indexes.

**Level Three:** This level of approval allows you do everything you can in Level Two and to trade *spreads*. You cannot do anything *naked* such as uncovered shorting.

**Level Four:** This grants you options approval for everything in Level Three and allows you to write naked calls and naked puts.

Webinar/ EBOOK Links

RagingBull Options Trading Library

Guru Service FQ&A

Note and Transfer Policy

Testimonial Chat Pulls

Service Testimonials - Check Slack Channels

# The Basics of Trading a Stock - Order Types

### *CANNED RESPONSES*

Dear Irina,

Thank you for your purchase of the upgrade to Millionaire Roadmap.  I am pleased I was able to assist you in this purchase. I wish you great success with your Raging Bull service and am ready to help you in any way I can.

In addition, I am available to you to answer any questions you might have about your current service or any future services.  I would appreciate a call if you are contemplating another service.  I will do my best to bring you any discounts or special offers that are available.

Good luck and great trading,

Jeff

**PX 27, 2605**

Jeffrey Dean Brown
VIP Services
**Ragingbull.com**
603 263-6414 *primary*



**Ragingbull** ∨

Q Search...

⏪ Feedback about this page? 🔔 ❓ 👤

🏠 Home

📷 Payments

↕️ Balance

☎ Customers

🏷 Products

📊 **Reports**

🌓 Atlas

◉ Radar

⚡ Sigma

◉ Billing

◉ Connect

🖨 Terminal

💬 Support

📷 Developers

○ View test data

⚙ Settings

| Aug 2019 ⇅ | Aug 1, 2019 → Aug 31, 2019 |

**Activity summary**
Provides a breakdown by reporting category for your activity, including all transactions except for payouts. Itemized downloads include attribution dates, related charge IDs, customer IDs, etc.

↓ Download...

| | | | |
|---|---|---|---|
| Charges ℹ | Count | 6,217 | |
| | Gross amount | | $8,682,994.97 |
| Refunds ℹ | Count | 429 | |
| | Gross amount | | -$457,888.21 |
| Disputes ℹ | Count | 50 | |
| | Gross amount | | -$53,333.12 |
| | Fees ℹ | | -$750.00 |
| Dispute reversals ℹ | Count | 18 | |
| | Gross amount | | $25,762.00 |
| | Fees ℹ | | $270.00 |
| Additional Stripe fees ℹ | Count | 140 | |
| | Gross amount | | -$74,930.60 |
| Network costs ℹ | Count | 73 | |
| | Gross amount | | -$176,602.16 |
| Net activity | | 6,927 | $7,945,522.88 |

**Attachment IIII**

**PX 27, 2607**



**Ragingbull** ⌄

🔍 Search...

📢 Feedback about this page?

- 🏠 Home
- 📷 Payments
- ⤴ Balance
- 🅾 Customers
- 🏷 Products
- 📊 **Reports**
- 🌓 Atlas
- ◉ Radar
- 🎋 Sigma
- ◉ Billing
- 👤 Connect
- ⊖ Terminal
- 💬 Support
- ▦ Developers
- ⚪ View test data
- ⚙ Settings

| Sep 2019 ⇕ | Sep 1, 2019 → Sep 30, 2019 |

### Activity summary

Provides a breakdown by reporting category for your activity, including all transactions except for payouts. Itemized downloads include attribution dates, related charge IDs, customer IDs, etc.

⬇ Download...

| | | | |
|---|---|---|---|
| Charges 🛈 | Count | 5,020 | |
| | Gross amount | | $5,563,751.04 |
| Refunds 🛈 | Count | 411 | |
| | Gross amount | | -$471,285.00 |
| Disputes 🛈 | Count | 48 | |
| | Gross amount | | -$57,402.68 |
| | Fees 🛈 | | -$720.00 |
| Dispute reversals 🛈 | Count | 33 | |
| | Gross amount | | $24,513.36 |
| | Fees 🛈 | | $495.00 |
| Additional Stripe fees 🛈 | Count | 136 | |
| | Gross amount | | -$50,866.01 |
| Network costs 🛈 | Count | 69 | |
| | Gross amount | | -$109,231.71 |
| Net activity | | 5,717 | $4,899,254.00 |

**Attachment IIII**

**PX 27, 2608**



PX 27, 2609



PX 27, 2610

| | |
|---|---|
| **From:** | Suz Kenney |
| **To:** | Deidra Olds; Tracy Effertz |
| **Cc:** | Kayla Murphy; Merchant_Services; Rob Leary |
| **Subject:** | RE: Industry Inquiry - Investment Education/Publisher |
| **Date:** | Friday, January 3, 2020 5:34:37 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |
| | image009.png |
| | image010.png |
| | image011.png |
| | image012.png |
| | image013.png |
| | image014.png |
| | image015.png |
| | image016.png |
| | image017.png |
| | image018.png |
| | image019.png |
| | image020.png |
| | image022.png |
| | image023.png |
| | image024.png |
| | image025.png |
| | image026.png |
| | image027.png |

Hi Deidra,

Thank you so much. We will put together a full package to submit for concurrence.

In regards to the processing gap, this is an error that occurred in the Excel spreadsheet that was used to track ratios, and all processing history is actually from 2019. We will be sure to include all of the processing history in the file and will update the Processing Summary accordingly.

Thanks again!



**Suz Kenney**
SAP Underwriter



T (877) 462-7486 Ext:4745

This e-mail message and any attachments are strictly confidential and may contain information that is exempt from disclosure under applicable law. If you are not the intended recipient, please immediately notify the sender by return e-mail and then delete the e-mail. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

**From:** Deidra Olds [mailto:Deidra.Olds@esqbank.com]
**Sent:** January 3, 2020 3:12 PM
**To:** Tracy Effertz
**Cc:** Kayla Murphy; Merchant_Services; Suz Kenney; Rob Leary
**Subject:** RE: Industry Inquiry - Investment Education/Publisher

**[External email -- Courriel externe]**

Hi Tracy,

Performed a google search of the merchant and Jason Bond. I found the following:
- The merchant has multiple websites.  Please provide a list of all websites.
- Why were Nov, Dec 17 and Jan 18 processing history and then Aug, Sept and Oct 2019 processing provided. Why such a gap?

At this time we will move forward.  Please provide all the bank statements and processing statements for all the merchant's businesses and websites in addition to the due diligence.  Thanks.

Regards,
Deidra

**From:** Tracy Effertz <teffertz@nuvei.com>
**Sent:** Friday, January 3, 2020 3:38 PM
**To:** Deidra Olds <Deidra.Olds@esqbank.com>
**Cc:** Kayla Murphy <kmurphy@nuvei.com>; Merchant_Services <MerchantServices@esqbank.com>; Suz Kenney <skenney@nuvei.com>; Rob Leary <rleary@nuvei.com>
**Subject:** RE: Industry Inquiry - Investment Education/Publisher

Hi Deidra,

Happy New Year to you. Do we have any updates on this account? We are in a time crunch unfortunately as we may lose them to competition and are hoping for some news. 😊

Thank you so much!


**Tracy Effertz**
Senior SAP Underwriter

T (877) 462-7486  Ext:8730



This e-mail message and any attachments are strictly confidential and may contain information that is exempt from disclosure under applicable law. If you are not the intended recipient, please immediately notify the sender by return e-mail and then delete the e-mail. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

**From:** Suz Kenney
**Sent:** January 2, 2020 10:31 AM
**To:** Kayla Murphy: Deidra Olds: Merchant_Services
**Cc:** Rob Leary
**Subject:** RE: Industry Inquiry - Investment Education/Publisher

Hello Deidra,

In Kayla's absence, I am checking in to see if there is a status update regarding the industry inquiry for Ragingbull.com LLC.

Please let me know if I can provide anything additional to assist in the review.

Thank you!


**Suz Kenney**
SAP Underwriter


T (877) 462-7486 Ext:4745

This e-mail message and any attachments are strictly confidential and may contain information that is exempt from disclosure under applicable law. If you are not the intended recipient, please immediately notify the sender by return e-mail and then delete the e-mail. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

**From:** Kayla Murphy
**Sent:** December 27, 2019 12:42 PM
**To:** Deidra Olds: Suz Kenney: Merchant_Services
**Cc:** Rob Leary
**Subject:** RE: Industry Inquiry - Investment Education/Publisher

Deidra,

Please see attached.  I was able to get November statements as well as reporting showing the chargeback reason codes per month.


**Kayla Murphy**
Director, SAP Underwriting


T (877) 462-7486 Ext:4675

This e-mail message and any attachments are strictly confidential and may contain information that is exempt from disclosure under applicable law. If you are not the intended recipient, please immediately notify the sender by return e-mail and then delete the e-mail. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

**From:** Deidra Olds <Deidra.Olds@esqbank.com>
**Sent:** Thursday, December 26, 2019 9:51 AM
**To:** Kayla Murphy <kmurphy@nuvei.com>; Suz Kenney <skenney@nuvei.com>; Merchant_Services <MerchantServices@esqbank.com>
**Cc:** Rob Leary <rleary@nuvei.com>
**Subject:** RE: Industry Inquiry - Investment Education/Publisher

[External email -- Courriel externe]

Hi Kayla,

**Attachment IIII**                              **PX 27, 2612**

We are still researching this, however I hope to have a response to you no later than tomorrow.  Did this merchant provide November processing statements?  Please provide the metrics when you get a moment.  Also, what are the chargeback reason codes?  Thanks.

Regards,
Deidra

**From:** Kayla Murphy <kmurphy@nuvei.com>
**Sent:** Thursday, December 26, 2019 10:13 AM
**To:** Suz Kenney <skenney@nuvei.com>; Merchant_Services <MerchantServices@esqbank.com>
**Cc:** Deidra Olds <Deidra.Olds@esqbank.com>; Rob Leary <rleary@nuvei.com>
**Subject:** RE: Industry Inquiry - Investment Education/Publisher

Good morning!  Hope everyone had a great holiday!  Just wondering if Esquire has had time yet to review this inquiry.

Thank you,


**Kayla Murphy**
Director, SAP Underwriting



T (877) 462-7486 Ext:4675

This e-mail message and any attachments are strictly confidential and may contain information that is exempt from disclosure under applicable law. If you are not the intended recipient, please immediately notify the sender by return e-mail and then delete the e-mail. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

**From:** Suz Kenney <skenney@nuvei.com>
**Sent:** Friday, December 20, 2019 12:35 PM
**To:** merchantservices@esqbank.com
**Cc:** Deidra Olds <Deidra.Olds@esqbank.com>; Kayla Murphy <kmurphy@nuvei.com>; Rob Leary <rleary@nuvei.com>
**Subject:** Industry Inquiry - Investment Education/Publisher

Hello!

Will Esquire consider merchants that offers investment education/training services?

We received a large submission ($3MM monthly volume) for Ragingbull.com LLC, who sells multiple investment training products through their website and via MOTO sales. Their URL is www.ragingbull.com

The merchant is not a registered Investment Advisor through the SEC due to the fact that they qualify as a Publisher, per the following SEC guidelines:

> "Publishers are excluded from the Act, but only if a publication: (i) provides only impersonal advice (i.e., advice not tailored to the individual needs of a specific client); 27 (ii) is "bona fide," (containing disinterested commentary and analysis rather than promotional material disseminated by someone touting particular securities); and (iii) is of general and regular circulation (rather than issued from time to time in response to episodic market activity)." (https://www.sec.gov/about/offices/oia/oia_investman/rplaze-042012.pdf)

The merchant's services do include "watchlists" of trades and visibility into the Trainers' trade picks, but all education/training is impersonal and not tailored to any specific student. The merchant also sends out newsletters on a regular basis; these are not circulated in response to market activity.

Below are examples of a few of the training products offered:

- Smoke Signals - https://app.ragingbull.com/checkout/package/smoke-signals-promo-night?utm_source=internal-matrix&utm_medium=nhc-live&utm_campaign=smoke-signals-live-checkout&utm_content=smoke-signals-live-checkout-12_19_19&utm_term=nhc
- Weekly Money Multiplier - https://app.ragingbull.com/checkout/xCMAZ88C6YuofNnUt515
- Jason Bond Picks - https://app.ragingbull.com/checkout/jbp-yr

The merchant is currently processing through Stripe, who allows all of their marketing sites for different products to redirect to the main URL (www.ragingbull.com). However, the merchant is in the process of cleaning up their traffic/marketing tactics so that all payments are made on the main URL with no redirects.

Below is the merchant's Stripe processing history from the past six months:

**Attachment IIII**

| Previous Processor | Stripe | | | | | | | | | | |
| Merchant: | Ragingbull | | | | | | | | | | |

| Month | $ Sales | # Sales | A/T | $ Credits | Credit Ratio ($) | # Credits | Credit Ratio (#) | $ Cbks | Cbk Ratio ($) | # Cbks | Cbk Ratio (#) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Oct-19 | $5,778,508 | 7894 | $732 | $429,105 | 7.43% | 456 | 5.78% | $53,299 | 0.92% | 38 | 0.48% |
| Sep-19 | $6,092,439 | 5479 | $1,112 | $471,285 | 7.74% | 411 | 7.50% | $57,402 | 0.94% | 48 | 0.88% |
| Aug-19 | $9,194,216 | 6696 | $1,373 | $457,888 | 4.98% | 429 | 6.41% | $53,333 | 0.58% | 50 | 0.75% |
| Jan-18 | $6,895,979 | 5467 | $1,261 | $261,305 | 3.79% | 306 | 5.60% | $77,547 | 1.12% | 77 | 1.41% |
| Dec-17 | $4,650,689 | 5492 | $847 | $141,250 | 3.04% | 222 | 4.04% | $30,719 | 0.66% | 42 | 0.76% |
| Nov-17 | $3,615,623 | 4004 | $903 | $133,293 | 3.69% | 190 | 4.75% | $22,141 | 0.61% | 23 | 0.57% |
| Average | $6,037,909 | 5,839 | $1,034 | $315,688 | 5.23% | 336 | 5.75% | $49,074 | 0.81% | 46 | 0.79% |

As you can see, the current volume is much higher than the requested volume. If approved, the merchant plans to initially only move a portion of their volume over to Nuvei. At a later date, they plan to remove the remainder of their volume over and have confirmed that they will notify Nuvei before doing so.

Please let me know if I can provide any additional information for consideration.

Thank you,



**Suz Kenney**
SAP Underwriter

   T (877) 462-7486 Ext:4745

This e-mail message and any attachments are strictly confidential and may contain information that is exempt from disclosure under applicable law. If you are not the intended recipient, please immediately notify the sender by return e-mail and then delete the e-mail. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

**Please consider the environment before printing this email.**
*Confidentiality Notice: The information contained in this e-mail and any attachments are privileged, confidential and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete it from any drives or storage media and destroy any printouts of the e-mail and attachment.*
**Please Note: Emails sent to this address may be read by a designated Esquire Bank employee.**

**Attachment IIII**

| | |
|---|---|
| **From:** | Suz Kenney |
| **To:** | Mary Donovan; Sherry Bonaparte; Brittany Swanda |
| **Cc:** | SAPesc; David Whitely; Kayla Murphy; Rob Leary |
| **Subject:** | RE: Approval Request - RagingBull.com |
| **Date:** | Monday, March 23, 2020 9:55:49 AM |
| **Attachments:** | image016.png |
| | image017.png |
| | image018.png |
| | image019.png |
| | image020.png |
| | image007.png |
| | image009.png |
| | image011.png |
| | image013.png |
| | image015.png |

Good Morning Mary,

I notated in my Executive Summary that the merchant only plans to move $3MM of their volume over to Nuvei at this time, and they will keep their existing Stripe account open for the remainder of their volume. Once their Nuvei account is successfully up and running, the merchant plans to move their remaining volume over to eventually process up to $7MM per month.

The merchant has updated their website to remove all mentions of 'lifetime' memberships. Below are the updated checkout links for the products that previously had this wording:

Daily Profit Machine – https://app.ragingbull.com/checkout/package/daily-deposits
Sniper Reports – https://app.ragingbull.com/checkout/package/sniper-report
Weekly Money Multiplier – https://app.ragingbull.com/checkout/package/wmm-strategy-site?utm_source=wmm&utm_medium=homepage&utm_content=click-from-wmm-homepage?utm_source=wmm&utm_medium=menu&utm_content=click-from-wmm-menu

Please let me know if I can provide anything else to assist in the review.

Thank you,



**Suz Kenney**
SAP Underwriter

**T** (877) 462-7486 Ext:4745



This e-mail message and any attachments are strictly confidential and may contain information that is exempt from disclosure under applicable law. If you are not the intended recipient, please immediately notify the sender by return e-mail and then delete the e-mail. If you are not the intended recipient, you are hereby no ified that any dissemination, distribution or copying of  his communication is strictly prohibited.

**From:** Mary Donovan [mailto:Mary.Donovan@esqbank.com]
**Sent:** March 18, 2020 9:10 AM
**To:** Suz Kenney; Sherry Bonaparte; Brittany Swanda
**Cc:** SAPesc; David Whitely; Kayla Murphy; Rob Leary
**Subject:** RE: Approval Request - RagingBull.com

<span style="color:red">[External email -- Courriel externe]</span>

Good afternoon,

Please see application status below:

| fNoteSub | | | |
|---|---|---|---|
| Date | Note By | Note | Status |
| 3/18/2020 11:58:26 AM | Donovan | Pending – Please advise when lifetime membership is removed, not acceptable. Please clarify the $3M M/V requested, as the Stripe processing indicates an amount over $6.4M. | Pending |

Regards,

**From:** Suz Kenney <skenney@nuvei.com>
**Sent:** Thursday, March 12, 2020 1:01 PM
**To:** Merchant_Services <MerchantServices@esqbank.com>
**Cc:** SAPesc <SAPesc@merchant-support.com>; David Whitely <dwhitely@nuvei.com>; Kayla Murphy <kmurphy@nuvei.com>; Rob Leary <rleary@nuvei.com>
**Subject:** Approval Request - RagingBull.com

Hello,

We are looking to board this account. This merchant sells investment education services. Please see below profile and find the attached documentation supporting approval:

**Years in Business:** 6 years
**Industry Type:** Investment Education
**Monthly Volume:** $3,000,000
**Estimated Exposure:** $2,049,900
**Risk Mitigation:** 10% reserve capped at $1,500,000

Please let me know if you have any questions.

Thank you,



**Suz Kenney**
SAP Underwriter

T (877) 462-7486 Ext:4745



**Attachment IIII**         **PX 27, 2616**

This e-mail message and any attachments are strictly confidential and may contain information that is exempt from disclosure under applicable law. If you are not the intended recipient, please immediately notify the sender by return e-mail and then delete the e-mail. If you are not the intended recipient, you are hereby no ified that any dissemination, distribution or copying of  his communication is strictly prohibited.

**Please consider the environment before printing this email.**

*Confidentiality Notice: The information contained in this e-mail and any attachments are privileged, confidential and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete it from any drives or storage media and destroy any printouts of the e-mail and attachment.*

**Please Note: Emails sent to this address may be read by a designated Esquire Bank employee.**

**Attachment IIII**

**PX 27, 2617**



**JASON BOND PICKS**
winning small cap swing trades

ARTICLES

REGISTER FOR FREE TRAINING →

# Don't Just Beat the Market, Crush It!

Let's put the power in your hands. I do the work, find, and reveal up to 10 simple trades each week that can make you a killing. Learn my system. Trade my system. Keep all the profits.

JOIN NOW    LEARN MORE    ▶ WATCH VIDEO






Verified results

JASON BOND PICKS

## 3 Step Process



**STEP 1**
Dial in On 7 Core Video Lessons

**STEP 2**
Jumpstart Each Day with My Daily Watchlist Primer

**STEP 3**
Get My Real-Time Trade Alerts Sent Via SMS & Email

JOIN NOW    LEARN MORE





## Join My Community

FROM $250K IN DEBT TO STOCK TRADING MILLIONAIRE

# Here's How I Did It



Because of our crazy story, we've been all over the media—including Time Square!

-$250,000 IN DEBT    FOUND A MENTOR JEFF BISHOP    BECAME A MILLIONAIRE    SECURING MY SON'S FUTURE    SHARING THE WEALTH    LARGER THAN LIFE!

# Jason Bond has been featured on












WANT TO LEARN MORE?

## Let's Get Started

FIRST NAME    PHONE    EMAIL

GET STARTED

JASON BOND PICKS    JOIN MY COMMUNITY



# JASON BOND PICKS
winning small cap swing trades

# Don't Just Beat the Market... *Crush It*

## Start Trading Like A Pro... with **Jason Bond Picks**

*"My family purchased a subscription and have never regretted it, we have learned so much and made gains we never thought we could. Thank you Mr. Bond." - William M.*

### Your Jason Bond Picks subscription includes immediate access to:

- **Trading Strategy Course:** Jason walks you through his trading method. Includes lifetime access to these powerful educational resources!

- **Jason's Daily Trading Watchlist:** Jason's trading strategy for each trading day and the trades he is looking at.

- **Video Training Bundle:** *The Basics of Swing Trading, Penny Stocks 101, The House Always Wins, Stock Options Explained* (this package alone previously sold for $4,996!)

- **Real-Time Trade Alerts:** SMS alerts of all Jason's buys and sells as they happen

- **Live Portfolio:** Access to Jason's live portfolio on-screen in real-time – so you can see how my trades affect my portfolio as a whole.

- **Access to Jason's Tools for Trading:** Jason shares details of the tools he personally uses, all of which are designed to help you become a better, more confident, and in-the-know trader!

- **Day Trading Playbook:** You've probably heard of success stories of great traders, and wondered how you could get into it, how you could potentially change your future, use your profits as a nest egg for retirement, or vacations, or your kid's education. Let Jason teach you how.

- **Investor Updates:** In addition to SMS updates Jason emails his ideas, thoughts, and commentary with every major trading development, along with potential trades he is following and that could turn into the next big winner!

- **Watch a Real $ Trader:** See exactly how Jason trades up to 10 simple trades each week.

- **Gain:** The knowledge and expertise from a real trader, first hand, and learn to trade with Jason's system. Become a better, more confident trader. Learn how to manage investment risk and make the kinds of trades Jason personally used to make massive financial profits from your own trades!

Already, a number of *Jason Bond Picks* subscribers have used what they learned to make their own massively successful trades and bring home the profits of their trades, or even paying for the cost of their subscription!

### Receive an instant $5,095 discount right now off the regular full price!

**That means that you can claim your** *Jason Bond Picks* **membership today for only $1,497!**

*"Jason Bond is REAL! I've been following some of Jason's trades... The teaching method and instruction is impeccable and easy to follow. I am thankful to have discovered Jason's excellent program!" - Jeff W.*

*"4 out of my last 5 trades have made me $$$. Was skeptical at first but I have fully recovered my membership fee after 3 trades. Highly recommend!" - Ian A.*

**If you prefer to place your order by phone or have any questions, our VIP Concierge Team are here to serve you, 24/7 at 833-785-0452**

Refund Policy: Jason Bond Picks delivers time-sensitive training and education, and thus a strict "no refund" policy is in place. If you wish to stop your service, please cancel prior to the renewal date listed on your profile to avoid renewing. Cancelling on/after the renewal date is considered a late cancellation and does not constitute a refund



| 2018 | Federal Statements | Page 1 |
|------|:-----------------:|-------:|

**Ragingbull.com, LLC**

**Statement 1**
**Form 1065, Line 20**
**Other Deductions**

| | |
|---|--:|
| Advertising | $ 8,615,519. |
| Bank Charges | 1,009,916. |
| Commissions | 1,453,604. |
| Delivery and Freight | 1,081. |
| Dues and Subscriptions | 108,838. |
| Education/Training | 538. |
| Email Distribution Expense | 75,315. |
| Gifts | 75. |
| Insurance | 38,244. |
| Internet Hosting Expense | 36,285. |
| Legal and Professional | 146,439. |
| Meals | 48,278. |
| Office Expense | 110,203. |
| Outside Services | 9,424,517. |
| Parking and Tolls | 344. |
| Supplies | 174. |
| Travel | 410,704. |
| Utilities | 14,452. |
| Web Development | 613,358. |
| Website Expense | 180,545. |
| Total | $ 22,288,429. |

**Statement 2**
**Form 1065, Schedule K, Line 11**
**Other Income (Loss)**

| | |
|---|--:|
| Form 6781, Part I | $ -207,266. |
| Total | $ -207,266. |

**Statement 3**
**Form 1065, Schedule K, Line 13a**
**Charitable Contributions**

| | |
|---|--:|
| Cash Contributions - 60% Limitation | $ 3,650. |
| Total | $ 3,650. |

**Statement 4**
**Form 1065, Schedule K, Line 20c**
**Other Reportable Items**

| | |
|---|--:|
| Section 199A Qualified Business Income | $ 9,948,429. |
| Section 199A W-2 Wages | 1,336,564. |
| Section 199A Unadjusted Basis | 60,941. |