UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**George L. Russell, III**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-4055

December 9, 2020

MEMORANDUM TO COUNSEL RE:    Federal Trade Commission v.
RagingBull.com, LLC, et al.
Civil Action No. GLR-20-3538

Dear Counsel:

    Today, the Court convened a teleconference to discuss the status of this case. This correspondence memorializes the agreements reached during the call.

    The Court presented various options for how this case may proceed. Parties shall submit a joint status report no later than **noon on Friday, December 11, 2020**, informing the Court about the status of the case. The status report should include any requested modifications to the current briefing schedule or to the hearing set for Friday, December 18, 2020, at 9:30 a.m.

    Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/
George L. Russell, III
United States District Judge