UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **RAGINGBULL.COM, LLC**, et al., <br><br> Defendants. | Case No. 1:20-cv-3538 |

**PLAINTIFF'S NOTICE OF INTENT TO RESPOND**

At 2:14 PM today, December 10, 2020, Defendants RagingBull.com, LLC, Jeffrey M. Bishop, Jason Bond, Sherwood Ventures, LLC, Jason Bond LLC, Winston Research Inc., and Winston Corp., by their counsel, filed a Motion To Stay Enforcement Or Modify Temporary Restraining Order.  ECF No. 28.  The FTC hereby notifies the Court of its intent to respond to that motion and seeks leave to file a response by the end of the day tomorrow, December 11, 2020.  Defendants MFA Holdings Corp. and Kyle Dennis have not joined the motion.

|  |  |
|---|---|
|  | Respectfully submitted,<br><br>Alden F. Abbott<br>General Counsel |
| Dated: December 10, 2020 |   s/Colleen Robbins<br>Colleen Robbins (D. Md. Temp Bar No. 92567)<br>Sung W. Kim (D. Md. Temp Bar No. 814609)<br>Gordon Sommers (D. Md. Temp. Bar No. 814431)<br>Thomas Biesty (D. Md. Temp. Bar No. 814459)<br>Federal Trade Commission<br>600 Pennsylvania Ave., NW<br>Mailstop CC-8528<br>Washington, DC 20580<br>(202) 326-2548; crobbins@ftc.gov<br>(202) 326-2211; skim6@ftc.gov<br>(202) 326-2504; gsommers@ftc.gov<br>(202) 326-3043; tbiesty@ftc.gov<br>(202) 326-3395 (Facsimile)<br><br>*Attorneys for Plaintiff*<br>*Federal Trade Commission* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2020, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send a notice of electronic filing to counsel of record identified on the service list below and via email to the unrepresented Defendants listed below:

David G. Barger
Greenberg Traurig LLP
1750 Tysons Blvd.
Suite 1200
McLean, VA 22102
(703) 749-1300
bargerd@gtlaw.com

Andrew G. Berg
Greenberg Traurig LLP
2101 L Street, NW
Suite 1000
Washington, DC 20037
(202) 331-3100
berga@gtlaw.com

Miriam G. Bahcall
Greenberg Traurig LLP
77 West Wacker Drive
Suite 3100
Chicago, IL 60601
(312) 476-5135
bahcallm@gtlaw.com

*Attorneys for RagingBull.com, LLC*
*Jeffrey M. Bishop, Jason Bond f/k/a Jason P. Kowalik*
*Sherwood Ventures, LLC, Jason Bond, LLC*
*Winston Research Inc., Winston Corp.*

Kyle W. Dennis
kyle@ragingbull.com; kylewdennis@gmail.com

MFA Holdings Corp.
marshall.allan@yahoo.com

s/Colleen Robbins
Colleen Robbins