IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:20-cv-03538 - GLR ) |
| RAGINGBULL.COM, LLC f/k/a LIGHTHOUSE MEDIA LLC, et al., | ) ) ) |
| Defendants. | ) ) ) |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE OF INTENT TO RESPOND**

Defendants RagingBull.com, LLC ("Raging Bull"), Jeffrey M. Bishop, Jason Bond, Sherwood Ventures, LLC, Jason Bond, LLC, Winston Research Inc., and Winston Corp. and Kyle Dennis (collectively, "Defendants"),[1] by and through undersigned counsel, file this response to Plaintiff's Notice of Intent to Respond (DKT 29) in which the FTC indicates they will respond to Defendants' Motion by close of business December 11, 2020. Because time is of the essence to attempt to preserve Defendants' business, and because the FTC has already submitted thousands of pages of materials to the Court in support of its Motion for TRO, Defendants respectfully request that the FTC file its opposition to the relief we request by noon tomorrow.

---

[1] The undersigned counsel do not represent defendant MFA Holdings Corp. Counsel does at present represent Kyle Dennis and mistakenly did not list him as a client in our earlier pleading.

1

Dated: December 10, 2020

Respectfully submitted,

RagingBull.com, LLC, Jeffrey M. Bishop, Jason Bond, Sherwood Ventures, LLC, Jason Bond, LLC, Winston Research Inc., and Winston Corp.

By: /s/ *David G. Barger*
David G. Barger (DCB# 469095)
Greenberg Traurig LLP
1750 Tysons Blvd.
Suite 1200
McLean, VA 22102
Tel: (703) 749-1300
Email: bargerd@gtlaw.com

Andrew G. Berg
2101 L Street, N.W.
Suite 1000
Washington DC 20037
Tel: (202) 331- 3100
Email: berga@gtlaw.com
*Pro Hac Vice Pending*

Miriam G. Bahcall
Greenberg Traurig, LLP
77 West Wacker Drive
Suite 3100
Chicago, IL 60601
Tel: (312) 476-5135
Email: bahcallm@gtlaw.com
*Pro Hac Vice Pending*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of December 2020 a true and accurate copy foregoing DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE was properly served on all parties registered through the ECF system, and a copy of the response was emailed to MFA Holdings Corp. marshall.allan@yahoo.com

/s/ *David Barger*
David G. Barger (DCB# 469095)
Greenberg Traurig LLP
1750 Tysons Blvd.
Suite 1200
McLean, VA 22102
Tel: (703) 749-1300
Email: bargerd@gtlaw.com

*Counsel for Defendants*