**SECOND DECLARATION OF REEVE TYNDALL**

**Pursuant to 28 U.S.C. § 1746**

I, Reeve Tyndall, hereby state that I have personal knowledge of the facts set forth below and, if called to testify, I could and would testify as follows:

1. I am a United States citizen. I work as a Senior Investigator for the Federal Trade Commission ("FTC") in the Bureau of Consumer Protection's Division of Marketing Practices. The Division of Marketing Practices investigates persons and entities that may be violating the FTC Act and other laws enforced by the FTC.

2. The following declaration outlines my investigation of RagingBull.com LLC (f/k/a Lighthouse Media LLC), Jeffrey M. Bishop, Jason Bond (f/k/a Jason P. Kowalik), Kyle W. Dennis, Sherwood Ventures LLC, Jason Bond LLC, MFA Holdings Corp., Winston Research Inc., and Winston Corp.

**NOTICE TO DEFENDANTS**

3. I emailed the FTC pleadings to the following recipients on December 7, 2020, at 7:05am ET: Jeff Bishop (jeff@ragingbull.com and [REDACTED]), Jason Bond ([REDACTED], jasonbond4[REDACTED], and jason@ragingbull.com), Kyle Dennis (kyle@ragingbull.com and [REDACTED]), and Allan Marshall [REDACTED]. I received one bounce back from jasonbond4[REDACTED].

**RAGING BULL MARKETING**

4. Since the FTC filed its complaint on December 7, 2020, I have continued to receive marketing emails from Raging Bull to the undercover email address I used to purchase Raging Bull's services. I have received the following emails:

   a) On December 8, 2020 at 2:01pm ET, I received an email from Jason Bond at jason@jasonbondpicks.com. The email stated in part: "Say you started trading with him on January 1st, with a $1,000 account. If you put just 10% of your account in every single trade (LOSERS INCLUDED!)... as of this morning… your account would be sitting at: $267,707." A copy of this email is **Attachment A**.

b) On December 8, 2020 at 3:09pm ET, I received an email from Jeff Bishop at support@ragingbull.com. The email stated in part: "Just $500 in each of these trades would have returned $7,270 in profits.*" A copy of this email is **Attachment B**.

c) On December 8, 2020 at 6:18pm ET, I received an email from Kyle Dennis at Kyle@biotechbreakouts.com. The email included a hyperlink to a sales page for Dollar Ace. The sales page stated in part: "5 minutes options strategy poised to double your money week after week." A copy of this email is **Attachment C**. A screenshot of the Dollar Ace page is below:

5. On December 9, 2020 at approximately 9:00am ET, I visited AOL.com and searched for the phrase "how to day trade." The top sponsored link was an advertisement for Jason Bond Picks. I clicked on the advertisement and it directed me to a sales page for Jason Bond Picks. The page included the following quote: "2021 is Shaping Up To Be A Monster Year For Momentum Stocks. Learn The 3 Simple Stock Trading Patterns I've Used To Dominate The

Market." Below are screenshots of the advertisement and a screenshot of the Jason Bond sales page:

PX 28, 3064

6.      On December 8, 2020, Jeff Bishop posted an article on RagingBull.com titled "Watch for these signals to find a top in WKHS."  According to the author blurb, Mr. Bishop can teach consumers "how to trade and rake in profits while managing risk."  A copy of the article is **Attachment D**.

7.      On December 9, 2020, I located an active Facebook advertisement for Jeff Bishop's Bullseye Trades.  I clicked on the advertisement and the site directed me to a sales page for Bullseye Trades.  The sales page stated in part: "Watch and learn as millionaire guru Jeff Bishop trades his real money with his Bullseye Trades strategy." A screenshot of the Facebook advertisement and sales page are below.



8. On December 9, 2020, I located an active Facebook advertisement for Raging Bull. According to Facebook, the advertisement started running on December 9, 2020 and directed consumers to RagingBull.com. Below is a screenshot of the advertisement:

9. On December 9, 2020, I captured the webpage www.RagingBull.com/experts. A copy of the page is **Attachment E**. The page is still up as of the date of this declaration. The page makes the following statements about the Defendants:

a) **Jason Bond** - "Now a multimillionaire and a highly skilled trader and trading coach in his own right, Jason has trained well over 30,000 people how to find profitable trades."

b) **Jeff Bishop** - "Over the past 20 years Jeff's made multi-millions trading stocks, ETFs, and options. He is renowned as an incredible trader with a deep insight and pulse on the markets. But even greater than his ability as a trader is his skill and passion in teaching others how to trade and rake in profits while managing risk."

c) **Kyle Dennis** – "Kyle Dennis made over $7 million in trading profits by the time he was 28 years old—his trading profits continue to build. He applies his unique background in biotechnology, finance, and technical charting to give him special insights into which trades to pinpoint for highly profitable trades."

10. On December 10, 2020, I logged into the Raging Bull members' site. As of the date of this declaration, the Defendants have not changed the cancellation process outlined in my first declaration.

**ASSETS**

11. On December 9, 2020, I received documents from Eastern Bank pursuant to the Temporary Restraining Order. RagingBull.com LLC maintains a depository account (x4127) at Eastern Bank. According to Eastern Bank:

a) RagingBull.com LLC wired $2,000,000 to "Greenberg Traurig IOTA Retainer" on December 7, 2020 at approximately 2:55pm ET.

b) RagingBull.com LLC had pending transfers of $389,190.04 and $30,000 to Capital One on December 9, 2020. The transactions do not include a description. It appears that RagingBull.com LLC has a Capital One credit card and may have attempted to pay off an outstanding balance.

c) RagingBull.com LLC had a pending transfer of $60,000 to Bill.com on December 9, 2020. The transaction does not include a reason. It appears that Bill.com is an invoice management provider and RagingBull.com LLC may have been attempting to pay an outstanding invoice.

d) RagingBull.com LLC wired $250,000 to Complete Merchant Solutions LLC on October 21, 2020. The payment appears to be related to a new merchant account (see paragraph 12 below).

e) RagingBull.com LLC incurred at least 88 chargeback debits in November 2020. This was just a month after they opened five new merchant accounts with four separate payment processors (see paragraph 12 below).

f) The Defendants applied for a Paycheck Protection Program loan on April 2, 2020. According to application, RagingBull.com LLC applied for the loan. Jeff Bishop signed as president. Sherwood Ventures is listed as 65% owner. Jason Bond is listed as 25% owner. MFA Holdings is 10% owner. The purpose of the loan is listed as "payroll." The average

monthly payroll is listed as $456,737. The number of jobs is listed as 66. The total requested loan amount is $1,141,842.00. RagingBull.com LLC certified the following statement: "The Applicant is not engaged in any activity that is illegal under federal, state or local law." It appears Eastern Bank approved the loan shortly thereafter.

g) RagingBull.com LLC has transferred $18,310,808.36 to Capital One since April 2020. The transfers appear to be payments to one or more credit card accounts at the Capital One.

12. On December 10, 2020, I received documents from Discover, a payments network. According to Discover, Raging Bull opened five new merchant accounts in October 2020. This occurred a month after Stripe, Inc., a payment processor, terminated Raging Bull for high chargebacks.

a) RagingBull.com LLC opened a merchant account with Complete Merchant Solutions LLC (CMS) on or around October 15, 2020. CMS is currently under order with the FTC for violations of consumer protection laws.[1]

b) RagingBull.com LLC opened a merchant account with Cardflex d/b/a Cliq on or around October 20, 2020. Cardflex is currently under order with the FTC for violations of consumer protection laws.[2]

c) RagingBull.com LLC opened a merchant account with Maverick Bankcard on or around October 1, 2020. According to Maverick's website, the payment processor specializes in high risk merchant accounts.[3]

d) RagingBull.com LLC opened two merchant accounts with Electronic Commerce LLC on or around October 7 and October 20, 2020.

---

[1] https://www.ftc.gov/enforcement/cases-proceedings/1723020/ftc-v-complete-merchant-solutions

[2] https://www.ftc.gov/enforcement/cases-proceedings/122-3003/cardflex-payment-solutions

[3] https://www.maverickbankcard.com/payment-processing/high-risk-merchant-account/

## SCREENSHOTS IN COMPLAINT

13. Below is additional information regarding screenshots of Raging Bull ad copy that is the FTF's Complaint (DE 1):

a) Figure 1 is a screenshot of a RagingBull.com Facebook ad featuring Jeff Bishop captured on October 14, 2020. According to Facebook, the advertisement started running on September 14, 2020.

b) Figure 2 is a screenshot of a RagingBull.com sales page captured on October 14, 2020. The sales page appeared after I clicked on the above-mentioned Facebook advertisement.

c) Figure 3 is a screenshot of a Jason Bond Unchained promotional video captured March 25, 2020.

d) Figure 4 is a screenshot of a Weekly Money Multiplier promotional video captured June 10, 2020.

e) Figure 5 is a screenshot of a speech Jason Bond purportedly gave at Harvard University in 2017.

f) Figure 6 is a screenshot of a Fast Five promotional video captured on September 2, 2020.

g) Figure 7 is a screenshot of a Profit Prism promotional video captured June 3, 2020.

h) Figure 8 is a screenshot of a Bullseye Trades order page captured on October 14, 2020.

i) Figure 9 is a screenshot of Trade With Kyle Dennis promotional video captured on May 19, 2020.

## TRUST PILOT

14. O July 31, 2020, the FTC issued a CID to TrustPilot. TrustPilot manages online customer reviews. According to TrustPilot, RagingBull.com signed a contract with TrustPilot in March 2020 to collect and manage customer reviews. The contract was valued at $13,200 and included "custom review invitation emails, embedded review forms and unique links." The

contract further stated that TrustPilot would help solicit customer reviews by creating customer review invitations: "Invitations: Average 10,000 per month, with a max of 120,000 during the subscription period (for all domains combined)."

**NEW HAMPSHIRE ORDER**

15. **Attachment F** is a copy of a Cease and Desist Order issued by the New Hampshire Department of State's Bureau of Securities Regulation on December 7, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 11, 2020.

Reeve Tyndall

Reeve Tyndall

Gmail [redacted]

**Options cleaned you out? Try this**
1 message

**Jason Bond** <jason@jasonbondpicks.com> Tue, Dec 8, 2020 at 2:01 PM
To: [redacted]

Dear Jason Bond Picks Subscriber,

Ignoring the potential of options is going to cost you.

It's not a question anymore, it's a fact.

But for many…

-Options are intimidating

-You've maybe blown up an account or

-Been cleaned out on a trade

If you're one of the lucky ones… you managed to hit a few trades!

I'm here to break to you the cold hard truth: **It won't last.**

I'm not just a bearer of bad news today, though…

**I also brought you a solution.**

Today, I'm going to introduce you to RagingBull's highest conviction daily option strategy.

No, seriously.

In the last 11 months, this man has alerted 175 trades.

Of the 175, he's won 159.

Let that sink in - **That's a 91% win rate.**

These aren't measly 2% or 4% winners either.

Just in the last two weeks, he net 23%, 169% and 64%.

That's not enough?

Ok… let me put it this way.

Say you started trading with him on January 1st, with a $1,000 account.

If you put just 10% of your account in every single trade (LOSERS INCLUDED!)... as of this morning… your account would be sitting at: **$267,707**

I'm not joking.

I did the math, and it checks out.

| | Trade Size (% of acc't) | Date | Profit % | New Account Size |
|---|---|---|---|---|
| Trade 1 | 10% | 6-Jan | 82% | $ 1,082.00 |
| Trade 2 | 10% | | 10% | $ 1,092.82 |
| Trade 3 | 10% | | 40% | $ 1,136.53 |
| Trade 4 | 10% | | 61% | $ 1,205.86 |
| Trade 5 | 10% | | 23% | $ 1,233.60 |
| Trade 6 | 10% | | 15% | $ 1,252.10 |
| Trade 7 | 10% | | 25% | $ 1,283.40 |
| Trade 8 | 10% | | 12% | $ 1,298.80 |
| Trade 9 | 10% | | 22% | $ 1,327.38 |
| Trade 10 | 10% | | 30% | $ 1,367.20 |
| Trade 11 | 10% | | -15% | $ 1,346.69 |
| Trade 12 | 10% | 28-Jan | 112% | $ 1,497.52 |
| Trade 13 | 10% | 3-Feb | 50% | $ 1,572.40 |
| Trade 14 | 10% | | 25% | $ 1,611.71 |
| Trade 15 | 10% | | 12% | $ 1,631.05 |
| Trade 16 | 10% | | 33% | $ 1,684.87 |
| Trade 17 | 10% | | 15% | $ 1,710.14 |

Today, he's teaching a 40 minute session on exactly how he's been able to do this.

And how you can secure these daily option trade alerts for the final few weeks of 2020…

AND ALL OF 2021.

It's free, you just have to **register here**.

Don't ignore this.

Next year at this time, you could be $267,707 richer.

**It starts at today's free session**.

Jason Bond

**Jason Bond**

Unsubscribe from Jason Bond VIP Newsletter

DISCLAIMER: To more fully understand any Ragingbull.com, LLC ("RagingBull") subscription, website, application or other service ("Services"), please review our full disclaimer located at https://ragingbull.com/disclaimer. FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE. Any RagingBull Service offered is for educational and informational purposes only and should NOT be construed as a securities-related offer or solicitation, or be relied upon as personalized investment advice. RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision. RESULTS PRESENTED NOT TYPICAL OR VERIFIED. RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of the persons voluntarily providing the testimonial. However, subscribers' trading results have NOT been tracked or verified and past performance is not necessarily indicative of future results, and the results presented in this communication are NOT TYPICAL. Actual results will vary widely given a variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. Investing in securities is speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment. RAGINGBULL IS NOT AN INVESTMENT ADVISOR OR REGISTERED BROKER. Neither RagingBull nor any of its owners or employees is registered as a securities broker-dealer, broker, investment advisor (IA), or IA representative with the U.S. Securities and Exchange Commission, any state securities regulatory authority, or any self-regulatory organization. WE MAY HOLD SECURITIES DISCUSSED. RagingBull has not been paid directly or indirectly by the issuer of any security mentioned in the Services. However, Ragingbull.com, LLC, its owners, and its employees may purchase, sell, or hold long or short positions in securities of the companies mentioned in this communication.

Click Unsubscribe To Unsubscribe From All RagingBull Emails

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Gmail [redacted]

**2 Costly Mistakes You're About to Make...**
1 message

**Raging Bull Investor** <support@ragingbull.com> Tue, Dec 8, 2020 at 3:09 PM
Reply-To: Raging Bull Investor <support@ragingbull.com>
To: [redacted]

Heads up, [redacted]...

I wanted to personally reach out to tell you that see your name on this list.

***And that's mistake #1…***

Tomorrow, December 9th at 2pm ET, Nathan Bear will premiere his Unbreakable Pattern… The ONE strategy that he's using in 2021 to take his trading to the MOON.

This strategy was responsible for - on average - MORE than 2 100% winners EACH WEEK in November alone.

| | | | |
|---|---|---|---|
| ACB Calls → | 393% | TSLA Calls → | 103% |
| SPY Calls → | 105% | NIO Calls → | 206% |
| SPOT Calls → | 152% | AMD Calls → | 101% |
| SPWR Calls → | 170% | CGC Calls → | 104% |
| AMZN Calls → | 101% | RIOT Calls → | 120% |

***Just $500 in each of these trades would have returned $7,270 in profits.****

...And believe me, there's more where that came from.

If you want to IGNORE a strategy that's simple, yet powerful enough to generate these kinds of returns on a regular basis…

***That would be mistake #2.***

But if you're the ambitious, hungry trader that I think you are… Secure one of these remaining seats is essential.

**Last chance to register is right → HERE.**

Jeff Bishop

**Jeff Bishop**

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from support@ragingbull.com
Unsubscribe from all RagingBull emails

---

**DISCLAIMER**: To more fully understand any Ragingbull.com, LLC ("RagingBull") subscription, website, application or other service ("Services"), please review our full disclaimer located at https://ragingbull.com/disclaimer.

**FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE.** AnyRagingBull Service offered is for educational and informational purposes only and **should NOT beconstrued as a securities-related offer or solicitation, or be relied upon as personalizedinvestment advice.** RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision.

**RESULTS PRESENTED NOT TYPICAL OR VERIFIED.** RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of the persons voluntarily providing the testimonial. **However, subscribers' trading results have NOT been tracked or verified** and past performance is not necessarily indicative of future results, **and the results presented in this communication are NOT TYPICAL.** Actual results will vary widely given a variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. **Investing in securities is speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment.**

**RAGINGBULL IS NOT AN INVESTMENT ADVISOR OR REGISTERED BROKER.** Neither RagingBull nor any of its owners or employees is registered as a securities broker-dealer, broker, investment advisor(IA), or IA representative with the U.S. Securities and Exchange Commission, any state securitiesregulatory authority, or any self-regulatory organization.

**WE MAY HOLD SECURITIES DISCUSSED.** RagingBull has not been paid directly or indirectly by the issuer of any security mentioned in the Services. However, Ragingbull.com, LLC, its owners, and itsemployees may purchase, sell, or hold long or short positions in securities of the companies mentioned inthis communication.

If you have a current active subscription with RagingBull Investor you will need to contact us http://www.ragingbull.com/contact/ if you want to cancel your subscription. Opting out of emails does not remove you from your service at RagingBull Investor.

 **Option Trader Barrels Into MAT Calls**
1 message

**Kyle Dennis** <Kyle@biotechbreakouts.com> Tue, Dec 8, 2020 at 6:18 PM
To: [REDACTED]

Dear [REDACTED]

Nostalgic companies like Hertz, Kodak (**KODK**), and Gamestop (**GME**) have all caught traders' attentions at some point this year.

*Could Mattel (MAT) be next?*

You see, earlier today, at 11:48 AM ET, a trader came in and bought

**4457 MAT Dec20 11th 15.5 Calls**

**They Paid For $0.40 Per Contract**

**For A Total of $178K In Premium**

Now, here's the thing, these options expire in just three days.

Not only that, this trader needs to see the stock close above $15.95 just to break-even.

And if it closes below $15.50… well then they'll lose their entire premium.

I looked up to see if there were any upcoming catalysts and found nothing that would make this a buy for me right now…

That is unless someone knows something I don't.

And that is very possible. After all, why would anyone throw down so much size on options expiring in just three days...unless they had HIGH CONVICTION.

Will this trade work out for them?

We'll know soon enough.

**But right now, I want to show you how I put myself in a position to profit off information like this.**

**Click here to get started.**

If you've ever struggled to come up with trade ideas, then this is a must-watch.

Kyle Dennis

**Kyle Dennis**

*Results presented are not typical and may vary from person to person. Please see our Testimonials Disclaimer here: https://ragingbull.com/disclaimer.

Remove me from Biotech Breakouts Free Newsletter

Click here to unsubscribe and stop receiving exclusive emails from kyle@biotechbreakouts.com

DISCLAIMER: To more fully understand any Ragingbull.com, LLC ("RagingBull") subscription, website, application or other service ("Services"), please review our full disclaimer located at https://ragingbull.com/disclaimer. FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE. Any RagingBull Service offered is for educational and informational purposes only and should NOT be construed as a securities-related offer or solicitation, or be relied upon as personalized investment advice. RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision. RESULTS PRESENTED NOT TYPICAL OR VERIFIED. RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of the persons voluntarily providing the testimonial. However, subscribers' trading results have NOT been tracked or verified and past performance is not necessarily indicative of future results, and the results presented in this communication are NOT TYPICAL. Actual results will vary widely given a variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. Investing in securities is speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment. RAGINGBULL IS NOT AN INVESTMENT ADVISOR OR REGISTERED BROKER. Neither RagingBull nor any of its owners or employees is registered as a securities broker-dealer, broker, investment advisor (IA), or IA representative with the U.S. Securities and Exchange Commission, any state securities regulatory authority, or any self-regulatory organization. WE MAY HOLD SECURITIES DISCUSSED. RagingBull has not been paid directly or indirectly by the issuer of any security mentioned in the Services. However, Ragingbull.com, LLC, its owners, and its employees may purchase, sell, or hold long or short positions in securities of the companies mentioned in this communication.

Click Unsubscribe To Unsubscribe From All RagingBull Emails

62 Calef Hwy #233 Lee, New Hampshire 03861 United States



Total Alpha | Jeff Bishop | December 8th, 2020 |

# Watch for these signals to find a top in WKHS

As long as the Fed backstops the market, stocks can and will continue to trade higher.

And based on what they're saying…they have no intention of putting their foot off the gas.

It's one of the main reasons why some market pundits believe that some stocks and sectors are in bubble territory.

Let's face it – companies like **Workhorse (WKHS)** or **Virgin Galactic (SPCE)** shouldn't be worth what they are.

Heck, Workhorse hasn't sold anything yet!

And when investors finally wake up and realize they're holding onto air, the crash in these stocks will be severe.

Now, I am not writing this to scare you off.

I just want you to have some perspective here. There is a difference between investing and trading.

As long as you stick to trading, then you can trade anything.

That's Why I focus on these four elements:

- Chart patterns
- Volume
- Candlestick formations
- Sentiment

Want to know how I put it all together and position myself to profit?

## Which stocks are we talking about

If I applied the term liberally, *Bubble Stocks* could refer to any chart that is made a parabolic move. That puts Tesla in this category.

However, I want to limit the discussion to stocks that have no business trading where they are.

While I don't always look at fundamentals (especially when trading) these are companies where you look at their current business and scratch your head.

Common indicators include:

- Zero revenues (excluding biotech)
- Excessive cash burn
- Extreme levels of debt
- No products to speak of

Compare Workhorse (WKHS) to LGI Homes (LGIH). Both have the same market capitalization. Yet, LGI is in a strong industry and does billions in sales, generating hundreds of millions in profits.

Then you look at the two charts and can clearly see the extreme move in Workhorse's stock.

THE HOTTEST TRADING IDEAS

Jason Bond Picks | Jason Bond | December 9th

3D Printing Set To Heat Up?

3D printing stocks took off today, and it's one area I think traders will be…

Chart Hunter | JC Parets | December 9th

Small Caps – Big Gains

As I've been pointing out the past few days, I think stocks aren't just going…

PennyPro | Jeff Williams | December 9th

Today's Chart Setups

We are still waiting on an agreement for the next stimulus package and virus infections…

WKHS Weekly Chart

LGIH Weekly Chart

LGIH might be overbought, but WKHS rests entirely on a storyline that may or may not come true.

That's why even the slightest bit of bad news can tank a stock, while worse news sends it in a downward spiral like Nikola (NKLA).

NKLA Weekly Chart

### Volume & candlesticks

Bubble stocks go through a couple of phases. They all tend to end the same way.

The first phase is the initial parabolic move. You can see it in the chart of NKLA where it peaked out at $95.

After that shares tend to trade sideways while investors decide whether the next move is lower or higher.

Tops in stocks tend to contain two key variables: high volume and candlestick reversals.

Here's an example with WKHS.

WKHS Daily Chart

Workhorse ran from below $5 to over $20 in a matter of weeks.

Volume increased from 2,000,000 shares per day (on $3) to 165,000,000 on $20.

In this chart, we got two types of reversal candles.

Reversal candles include dojis, tails, and engulfing candles.

Doji candles occur when the open and close are essentially the same.

Tail candles exhibit long wicks (tails) before closing at or below the open.

Engulfing candles often opens above the previous candle's high or inside its body (open and close) and close below its low.

You can see here how the doji candle closed near the open. The next day, the candle closed well below the lows on similarly high volume.

Both of these indicated a top in the stock and an end to the first phase.

After a short pullback (which was still 20%), shares found a range, trading sideways until they decided on their next direction (which was higher).

Keep in mind, this type of topping formation occurs on different timeframes. Finding it on daily and weekly timeframes certainly means more. But, all reversals start on smaller ones like the hourly chart.

### Sentiment

The other day, I was picking up my kids from a friend's house and the parent stopped outside to say high.

After some small talk, they asked me what I thought about Tesla and NIO.

They knew I traded and I knew they never traded.

It sounds crazy, but when you start hearing about popular stocks from your friends, family, or folks at the grocery store, that's when a stock is nearing its apex.

Big money watches the flows into these stocks and they take advantage of it.

They engineer stock moves to suck in traders like you and me at the top.

That's when they pull out the rug, toppling us to fall flat on our face.

We can fight back against that by deploying technical analysis.

That includes what we discussed here as well as chart patterns like the one I go over in my upcoming workshop.

Don't miss your chance to discover what this pattern can do for you.

Click here to register.

**Author:**

**Jeff Bishop**

One of the best traders anywhere, over the past 20 years Jeff's made multi-millions trading stocks, ETFs, and options. He is renowned as an incredible trader with a deep insight and a sensitive pulse on the markets and the economy. Jeff Bishop is CEO and Co-Founder of RagingBull.com. Even greater than his prowess as a trader is his skill and passion in teaching others how to trade and rake in profits while managing risk.

Learn More

**Leave your comment**

Message*

Your Name* Your Email*

Save my name, email, and website in this browser for the next time I comment.

Comment

## Related Articles:

Search Articles...

**Total Alpha** | **Jeff Bishop** | Dec 7th

Here's How To Play The Surge In Oil

**Total Alpha** | **Jeff Bishop** | Dec 6th

These Indicators Signal A Short-Term Pullback

**Total Alpha** | **Charlie Ngo** | Dec 5th

One strategy + One sector = All winners in November

**Total Alpha** | **Jeff Bishop** | Dec 3rd

1,000% Trade – $50K – Here's How

12/9/2020 Watch for these signals to find a top in WKHS - Raging Bull

Load More Articles
Sitemap
Home
Our Experts
Articles
Stories
Charity
Login
Contact
Support@RagingBull.com
1 (833) 498-5428
62 Calef Hwy. #233 Lee,
NH 03861
Results may not be typical and may vary from person to person. Making money trading stocks takes time, dedication, and hard work. There are inherent risks involved with investing in the stock market, including the loss of your investment. Past performance in the market is not indicative of future results. Any investment is at your own risk.
© Copyright 2020, RagingBull
Refund Policy | Privacy Policy | Terms & Conditions | Disclaimer

https://ragingbull.com/total-alpha/watch-for-these-signals-to-find-a-top-in-wkhs/ 5/5

Attachment D PX 28, 3081

RagingBull
Real Experts. Real Trades. Real Profits
Publications
Trading News
Experts
Log in
Search...
Meet Our Team of Experts

## Jason Bond

**Momentum Stocks & Options On Tech Stocks**

Jason taught himself to trade while working as a full-time gym teacher. Jason's first trading profits grew and eventually allowed him to free himself of over $250,000 in debt.

Now a multimillionaire and a highly skilled trader and trading coach in his own right, Jason has trained well over 30,000 people how to find profitable trades. Jason specializes in swing trades on momentum stocks and buying & selling options on big tech stocks.

Along with Jeff Bishop, Jason co-founded the RagingBull.com Foundation to donate trading profits to charity. The foundation has so far donated over half a million dollars to charity.

 @jasonbondpicks



## Kyle Dennis

**Catalyst Trades, Unusual Options Activity**

**Kyle Dennis made over $7 million in trading profits by the time he was 28 years old—his trading profits continue to build.** He applies his unique background in biotechnology, finance, and technical charting to give him special insights into which trades to pinpoint for highly profitable trades.

Kyle's mission is to reveal to his subscribers how to find, track, and profit from lucrative trades for exceptional profits. Join thousands of traders who follow Kyle every day to learn how to target these high probability trades.

 @kylewdennis

 @kylewdennis

## Jeff Bishop

**Savvy Options Trades, Peerless Market Insights**

**One of the best traders anywhere, Jeff Bishop is CEO and Founder of RagingBull.com. He has two degrees, in finance and in economics, and is a lifetime member of MENSA, the high IQ society.**

Over the past 20 years Jeff's made multi-millions trading stocks, ETFs, and options. He is renowned as an incredible trader with a deep insight and pulse on the markets. But even greater than his ability as a trader is his skill and passion in teaching others how to trade and rake in profits while managing risk.

Jason Bond considers Jeff Bishop to be his greatest mentor, both as a trader and personally.

Together with Jason, Jeff co-founded the RagingBull.com Foundation which donates trading profits to charities and whose mission is expressed as Trading Profits Paid Forward. The foundation has so far donated over half a million dollars to charity.



## Jeff Williams

**Penny Stock Trading**

**Jeff Williams is a full-time day trader with over 15 years experience. Thousands of entry-level and experienced traders alike – day-traders and swing-trade small cap stock traders – credit Jeff with guiding them to small-cap profits and in helping them to turn small accounts into big accounts.**

Jeff's Small Account Challenge shows people how to transform small accounts from a few thousand dollars into $25k, $50k or even $100k. It isn't easy if you've never done it before. Fortunately Jeff's already done it many times!

As part of his service Jeff runs the Day Trading Chat Room each morning with live screen sharing, video feed, along with insightful market commentary. In the afternoons, Jeff works with his students.

Following Jeff and learning his methods allows you to apply what you've learned to your own trades.

 @thepennypro

## Nathan Bear

**Profitable Options Swing Trades**

**Although Nathan Bear has made options trades that resulted in over 1,000% profit, he's "only made a few" he says wryly!**

When it comes to trading options, Nathan is one of the best there is. Period. Utilizing his unique approach incorporating his 3 step "TPS" trading strategy, Nate's options trades have so far made him well over $2 million in trading profits.

Nate's multi-millionaire status that didn't come easy, though. For many years he struggled to master trading before joining RagingBull.com as a student, where he finally found his edge under the guidance of Jason Bond. Nate is a down to earth trader who now imparts his simple trading methods to his trading subscribers to help give them the keys to the trading success they are looking for.

Jason Bond | Kyle Dennis | Jeff Bishop | Jeff Williams | Nathan Bear | Ben Sturgill | Dave Lukas



# Ben Sturgill

**Profitable IPO Trades, SPY Index Trades**

Collegiate and professional basketball player, experienced entrepreneur, a masters degree in teaching, and 15-years plus as a successful trader. **Ben Sturgill is no stranger to the hard work and dedication it takes to succeed in life and in business.**

Ben leads two services at RagingBull. IPO Payday is designed to help you pinpoint, position, and profit from key dates in the life of every IPO. Ben skilfully navigates his subscribers through each phase of successfully trading any IPO. His passion for teaching and skills as a trader carries over to Daily Profit Machine where he guides day and swing traders to profit by trading the SPY.

Ben hosts the RagingBull.com weekly podcast *WealthWise* where he shares thoughts on wealth and success with traders, businesspeople, entrepreneurs, and experts to uncover and share the wisdom needed to live a wealthy life.

 @bensturgill

# Dave Lukas

**Consistent Options Trades**

**Dave's subscribers love his trades because they consistently make money.**

His powerful trading strategy takes just 10-15 minutes on a Sunday to set up, and from that point it pretty much runs on autopilot. Until the following Sunday—another 10-15 minutes… rinse and repeat.

Dave's trades are relatively conservative, and typically develop over months without wild swings. They are perfect for people who don't have the time or inclination to sit glued to a trading screen all day.

Dave developed his trading system with one goal in mind; a reliable trading strategy that didn't take much time to manage.

 @davelukasrb

**Sitemap**

Home
Our Experts
Articles
Stories
Charity
Login

**Contact**

Support@RagingBull.com
1 (833) 498-5428
62 Calef Hwy. #233 Lee, NH 03861



12/9/2020 Experts - Raging Bull

RagingBull

Results may not be typical and may vary from person to person. Making money trading stocks takes time, dedication, and hard work. There are inherent risks involved with investing in the stock market, including the loss of your investment. Past performance in the market is not indicative of future results. Any investment is at your own risk.

© Copyright 2020, RagingBull

Refund Policy | Privacy Policy | Terms & Conditions | Disclaimer

https://ragingbull.com/experts/ 5/5

Attachment E PX 28, 3086

# STATE OF NEW HAMPSHIRE
## DEPARTMENT OF STATE

# BUREAU OF SECURITIES REGULATION

| IN THE MATTER OF: | ) | |
|---|---|---|
| | ) | **ORDER TO CEASE AND DESIST** |
| RagingBull.com,LLC, | ) | |
| Jason Bond a/k/a Jason Kowalik, | ) | |
| Sherwood Ventures, LLC, | ) | |
| Jeffrey M. Bishop, and | ) | **COM2018-000019** |
| MFA Holdings Corp | ) | |
| | ) | |
| Respondents | ) | |
| | ) | |

**NOTICE OF ORDER**

This Order commences an adjudicative proceeding under the provisions of RSA 421-B:6-613.

**LEGAL AUTHORITY AND JURISDICTION**

Pursuant to RSA 421-B:6-604(a)(1), the Secretary of State has the authority to issue and cause to be served an order requiring any person appearing to him to be engaged or about to be engaged in any act or practice constituting a violation of RSA 421-B or any rule or order thereunder, to cease and desist from violations of RSA 421-B.

Pursuant to RSA 421-B:5-508, any person who willfully violates a cease and desist order issued pursuant to RSA 421-B:6-603 or RSA 421-B:6-604 shall be guilty of a class B felony.

Pursuant to RSA 421-B:6-604(d), the Secretary of State has the authority to impose administrative penalties of up to $2,500.00 for a single violation.

Pursuant to RSA 421-B:6-604(g), the Secretary of State may charge the actual cost of an investigation or proceeding for a violation of this chapter or an order issued under this chapter.

## NOTICE OF RIGHT TO REQUEST A HEARING

Under the provisions of RSA 421-B:6-604, the above named respondents have the right to request a hearing on this order to cease and desist.
Any such request for a hearing shall be in writing, shall be signed by the respondents, or by the duly authorized agent of the above named respondents, and shall be delivered either by hand or certified mail, return receipt requested, to the Bureau of Securities Regulation, Department of State, 25 Capitol Street, Concord, New Hampshire 03301.

Under the provisions of RSA 421-B: 6-604(b), within 15 days after receipt of a request in a record from the respondents, the matter will be scheduled for a hearing. If the respondents subject to the order do not request a hearing and none is ordered by the secretary of state within 30 days after the date of service of the order, the order becomes final. If a hearing is requested or ordered, the secretary of state, after notice of and opportunity for hearing to the respondents subject to the order, may modify or vacate the order or extend it until final determination. If the respondents to whom a cease and desist order is issued fails to appear at the hearing after being duly notified, such respondents shall be deemed in default, and the proceeding may be determined against them upon consideration of the cease and desist order, the allegations of which may be deemed to be true.

## STATEMENT OF ALLEGATIONS

The allegations contained in the Staff Petition for Relief dated December 7, 2020 (a copy of which is attached hereto) are incorporated by reference hereto.

## ORDER

WHEREAS, finding it necessary and appropriate and in the public interest, and for the protection of investors and consistent with the intent and purposes of the New Hampshire securities laws, and

WHEREAS, finding that the allegations contained in the Staff Petition, if proved true and correct, form the legal basis for the relief requested,

It is hereby ORDERED, that:

1. The Respondents RagingBull.com,LLC, Jason Bond a/k/a Jason Kowalik, Jeffrey M. Bishop and Sherwood Ventures, LLC (collectively referred to herein as Jeffrey M. Bishop), and MFA Holdings, Corp.are hereby ordered to immediately cease and desist from further violations of RSA 421-B.
2. Respondents shall jointly and severally pay administrative fines and penalties of $2,500 per violation for the aforementioned violations of the N.H. Securities Act.
3. Respondents shall jointly and severally pay the Bureau's costs in an amount to be determined by a hearing officer.
4. Respondents shall jointly and severally pay restitution in an amount to be determined by a hearing officer.

5. The hearing officer may upon hearing, suspend, revoke, or deny any registration or license of the Respondents or bar Respondents from registration or licensure pursuant to N.H. RSA 421-B:6-604

4. Failure to request a hearing within 30 days from receipt off this Order shall result in a default judgment being rendered and administrative penalties being imposed upon the defaulting respondent.

SIGNED,

WILLIAM M. GARDNER
SECRETARY OF STATE
BY HIS DESIGNEE:

Dated: 12.7.2020

Barry J. Glennon, Director
N.H. Bureau of Securities Regulation

**STATE OF NEW HAMPSHIRE**
**BUREAU OF SECURITIES REGULATION**
**DEPARTMENT OF STATE**
**CONCORD, NEW HAMPSHIRE**

**STAFF PETITION FOR RELIEF IN THE MATTER OF:**

**RagingBull.com, LLC,**

**Jason Bond aka Jason Kowalik,**

**Sherwood Ventures, LLC,**

**Jeffrey M. Bishop,**

**and MFA Holdings Corp.**

**Respondents**

**No.COM2018-000019**

## STATEMENT OF FACTS

I. The Bureau of Securities Regulation, Department of State, State of New Hampshire (hereinafter referred to as "the Bureau"), hereby petitions the Director, and makes the following statements of fact:

**Introduction**

1. RagingBull.com, LLC (hereinafter "RB") is a business entity with a principal office address located at 62 Calef Highway, Suite 233, Lee, NH 03861. RB is a Delaware registered limited liability company formed in 2014 under the name Lighthouse Media, LLC. RB sells subscriptions for their online educational services meant to teach securities trading to individual customers through multiple online methods mainly consisting of training videos, text alerts, and livestream real money trading. The principals and owners of RB are MFA Holdings Corp. owned by Allan Marshall, as part owner of RB (hereinafter "MFA"), Sherwood Ventures, LLC owned by Jeffrey M. Bishop, as part owner of RB, and Jeffrey M. Bishop, as a principal of RB (collectively referred to herein as "JB"), and Jason Bond aka Jason Kowalik, as part owner and a principal of RB (hereinafter "Bond"). Bond resides in Durham, New Hampshire, and JB resides in Barrington, New Hampshire. MFA is located in Tampa, Florida.

RB operates various trading services with multiple names such as Jason Bond Picks, Weekly Money Multiplier, and Bullseye Trades. RB advertises that they have over twenty products and seven traders (hereinafter the seven traders are collectively referred to as "RB traders"). RB has thousands of customers across the country, including customers in New Hampshire. Numerous complaints about RB have been filed with New Hampshire state agencies, federal agencies, and with the New Hampshire Better Business Bureau ("BBB"). Their BBB rating is F (the BBB's lowest rating).

2. RB advertises their services on social media, including Facebook, Twitter, Instagram, and YouTube, and on their website at www.ragingbull.com. RB's advertisements emphasize high percentage returns on stock and option trading, which, as RB touts, can be easily duplicated by the subscriber. The ads also create the expectation that a customer can achieve quick and high profits, can earn those profits even if the customer is fully employed (meaning, the customer has limited time to trade), and can succeed to live an extravagant, millionaire lifestyle. In RB's ads, the traders are often in or near a luxury automobile, yacht, mansion, or a jet plane. (See Exhibit 1). The traders then claim customers could live like them. However, as to a jet plane, RB does not own one. Bond also claimed to have spoken at Harvard Business School. However, Bond was never invited by Harvard University to speak at its school nor did he present at a speaking engagement hosted by Harvard University. Bond paid money to speak in a Harvard building with the impression that the event was affiliated with Harvard University when the event was affiliated neither with Harvard Business School nor Harvard University, nor was it a Harvard University program or activity.

3. The method of teaching securities trading for all of the RB services is generally the same. RB traders scan various securities to be placed on a watch list if they show potential for profits that could accumulate in a matter of hours or within a few days. The securities are usually those of small-capitalized companies, whose securities are susceptible to rapid movement. RB also trades in option contracts as well. The watch list is then narrowed to a subset of securities, which show a promise for gains, to be sent as alerts to subscribers. A RB trader will send an alert as to the price or contract terms at which he/she bought and the parameters at which he/she will sell. The traders will livestream their personal trading accounts so the subscriber can see in real time the security's movement, as well as any adjustments made to the trader's account. The alerts are meant to teach in real time trading strategies that attempt to predict a security's movement and its ultimate gain and profit. The alerts are accompanied by training videos and chatroom opportunities for subscribers to learn about trading patterns and what certain trading patterns indicate. RB encourages and expects subscribers to copy or "mirror" the trades of each RB trader.

4. Subscribers of RB services pay a set rate for the service either on a periodic basis or annual basis. The profits from the subscriptions are divided among the respective traders based on a percentage, and the remainder goes to RB where it is distributed monthly to the owners based on percentage of ownership. In addition to a percentage of subscription revenue, RB traders are provided a base salary; while others, however, are only compensated with a salary. RB traders execute trades in accounts owned by RB and, separately, in personal accounts owned by the traders. Profits from the RB account are divided among the owners based on percentage of ownership of RB. A portion of the trading profits are donated to charity.

5. The Bureau has received multiple complaints about RB's trading services. The Bureau is also aware that over two hundred complaints about RB services have been filed with the BBB. The nature of the complaints vary; however, the main focus of the complaints is that the security picks by RB traders are not profitable and subscriber requests for refunds based on a dissatisfaction with the respective service are ignored or denied by RB. Other complaints describe how subscribers are misled by the expectation of high profits when they "mirror" trade their accounts based on the trading of RB traders, and by the expectation that a subscriber can successfully follow an RB trader while at the same time keeping a full time job during exchange trading hours, which RB touts as easily achievable. Subscribers also complain that the trade alerts are of no value as oftentimes the alerts are delayed causing the price to move out of a profitable range.

**Subscriber Complaints**

6. Investor #1 from Mason, Ohio, an experienced options trader, purchased several RB subscription services including one called Bullseye Trades offered by JB in early June 2020 for $599. According to an internal memo of RB entitled Product Matrix, Bullseye Trades "is designed to offer Jeff's best option pick each week, delivered to client's pre-market, every Monday morning via e-mail. There is only one trade alerted each week." Investor #1 was attracted to the RB offer to purchase this service from their website and a video presented by JB (See, as an example Exhibit 2). In one ad JB is seen exiting a private jet and Investor #1 was lured to the appearance of success. Investor #1 was lead to believe that if he followed the trades of JB he would make a profit. JB touted double and triple profits from trading with his strategy. Bullseye Trades is a RB service that promises to make at least a 100 percent profit. The service costs $49 per month. On the video, JB is seen and heard saying that he will present one security pick on a weekly basis that is expected to profit by at least 100 percent. The effort of searching for and finding the one pick is left up to JB. The design of the service is for subscribers to follow his trade recommendations. In fact, JB is quoted as saying, "[I] do all the work for you", and "[n]ot only do I give a map, I take the wheel".

7. Investor #1 filed a complaint against RB with the BBB and requested a refund. He allegedly lost money and did not receive the alerts on time to get the price touted by JB. He believed that JB was front running the stocks because he saw in the RB chat room that many others complained about the same thing—they could not obtain the price at which JB executed his trade. Investor #1 observed that the service had no special insight into options trading. He believed content was basic and could be obtained easily online for free.

8. Investor #2 from Hacienda Heights, California was attracted to Bullseye Trades through Facebook and then, in or around July 2020, subscribed to it for $49 dollars using RB's website. Investor #2 understood from the service that he was to follow JB's recommended trades. Investor #2 also complained about RB to the BBB because he did not get the alerts. He stated that the design of the ad and the Bullseye Trades service was directed at getting subscribers to mimic and follow JB's trade picks. Investor #2's complaint was very similar to that of Investor #1. He also saw in the ad that JB was pictured with a private jet in the background giving the allure of wealth and success. JB was also pictured in front of a mansion and on a yacht.

9. Other subscribers to the RB trading services also complained to the BBB about RB trading ahead of investors. Investor #3's son, from Sparta, New Jersey, reported to the Bureau the following: that Investor #3, his mother who is also from Sparta, New Jersey, subscribed to RB from 2017 to 2019; that Investor #3 was not aware when she subscribed for the service that Bond sent the alerts after Bond entered the trade; and that Investor #3 believed Bond was providing investment advice. RB discloses to subscribers, however, that they reserve the right to buy and sell the shares of any company mentioned at any time. Investor #3's son also reported to the Bureau that, since Bond is an investment adviser, Bond should send out the alert first and then enter the trade.

10. Investor #4 from Rancho Palos Verdes, California had the same complaint about RB. He states that he was lead to believe he was buying an advisory service about options, and, in or around July 2020, he subscribed to RB. He is an experienced options trader. He states that he did not realize that the RB traders act on their own advice which is not helpful because it makes the price move.

11. Investor #5 from St. Louis, Missouri also complained to the BBB. He states that, in or around October 2019, he subscribed to a RB options trading strategy called Weekly Windfalls. He also bought a subscription for Weekly Money Multiplier. He was attracted to the service because Bond stated that subscribers did not have to have any trading experience to make money.

Investor #5 states that he was lead to believe that the subscriber was supposed to follow the trades of the RB trader. He states that by the time he got the alert the price changed and so he was not able to take advantage of the alerted trade recommendation.

**Unlicensed Investment Advice**

12. RB is not a licensed investment adviser, and MFA, JB, and Bond are not licensed investment adviser representatives. Yet, RB's educational and teaching services, specifically, the Bullseye Trades service, fits the definition of investment advise in that the Respondents advise others for compensation, either directly or indirectly or through publications or writings as to the value of securities or the advisability of investing in, purchasing, or selling securities or that, for compensation and as part of a regular business, issues or promulgates analyses or reports relating to securities. New Hampshire RSA 421-B:1-102 (D) excludes from the definition of investment adviser a publisher of a bona fide newspaper, news magazine, or business or financial publication of general and regular circulation. However, RB, MFA, JB, and Bond are not excluded from the New Hampshire investment adviser definition. RB's business is specifically designed to motivate subscribers to trade into positions of specific stocks picked by RB traders, and, knowing that many subscribers will hold positions in the picked-stocks, to trade out of their positions as directed by RB traders. The advice is not a bona fide publication with regular circulation. Rather, it is connected to the real time trading of the RB trader's account and not based on a regular and predetermined trading pattern.

**The RB Subscription Service is Fraudulent**

13. RB, MFA, JB, and Bond employed a device, scheme, or artifice to defraud subscribers, or engaged in an act, practice, or course of business that operated or would operate as a fraud or deceit upon another person by publishing images that were false, by making false claims, and by failing to disclose material information to subscribers.

14. RB touts that Bond is a "millionaire trader," and RB ads often describe Bond as a "self-made millionaire trader." This directly implies that Bond has personally made at least one million dollars in trading profits. However, documentation reviewed by the Bureau do not show that Bond has personally made a million dollars in trading profits and the documentation does not support that he was a "self-made millionaire trader."

15. Bond broadcasted a presentation about RB purporting to be sponsored by Harvard Business School or affiliated with Harvard University (See Exhibit 3) when the presentation had no connection to Harvard University, nor specifically to Harvard Business School, in any official capacity. Bond

broadcasted images intended to give the appearance that he was invited to speak by Harvard University when he was not.

16. Bond and JB repeatedly touted to subscribers the ability to obtain high profits and acquire wealth by subscribing to and following RB trading services by broadcasting images of themselves with private jets when RB, Bond, and JB did not own a private jet.

17. RB, MFA, JB, and Bond repeatedly broadcast to subscribers through ads and publications the ability to make profits following their trade recommendations, but failed to disclose that they traded ahead of subscribers allowing RB traders to receive a better price than the subscribers.

## STATEMENTS OF LAW

II. The Bureau hereby petitions the Director and makes the following statements of law under the New Hampshire Revised Statutes Annotated, RSA 421-B (hereinafter referred to as the Act):

1. RB, Bond, JB and MFA, are each a "Person" within the meaning of N.H. RSA 421-B:1-102(39).

2. RB is operating as an investment adviser as defined by N.H. RSA 421-B:1-102(26) (2016), since 2017 to present. JB and Bond are operating as investment adviser representatives of RB as defined by N.H. RSA 421-B:1-102(27), since 2017 to present.

3. Pursuant to N.H. RSA 421-B:4-403 and 4-404 (2016), it is unlawful for any person to transact business in this state as an investment adviser or investment adviser representative unless such person is licensed under RSA 421-B or exempt from licensing. RB is in violation of this section for transacting business in New Hampshire as an unlicensed investment adviser firm and JB and Bond are in violation of this section for transacting business in New Hampshire as unlicensed investment adviser representatives.

4. Pursuant to N.H. RSA 421-B:4-412(c) and (d)(2), if the secretary of state finds that the order is in the public interest and subsection (d) other than subsection (d)(7), (d)(11), or (d)(14) authorizes the action, an order under this chapter may censure, impose a bar, or impose a civil penalty in an amount not to exceed a maximum of $2,500 for each violation on a registrant if the registrant is (i) an investment adviser, (ii) any partner, officer, or director, any person having similar functions, or (iii) any person directly or indirectly controlling the investment adviser. RB, MFA, JB, and Bond are subject to this provision.

5. Pursuant to N.H. RSA 421-B:5-502(a) (2016), it is unlawful for any person that advises others for compensation, either directly or indirectly or through publications or writings, as to the value of securities or the advisability of investing in, purchasing, or selling securities or that, for compensation and as part of a regular business, issues or promulgates analysis or reports relating to securities to employ a device scheme or artifice to defraud another person, or to engage in an act, practice, or course of business that operates or would operate as a fraud or deceit upon another person. RB, JB, and Bond violated this section and engaged in a fraudulent course of business or scheme by:

   a. Providing investment adviser services without seeking state or federal licensure;

   b. Failing to disclose that it would be very difficult or impossible to obtain the same or better stock prices at which RB traders were executing trades at since RB, JB, and Bond trade ahead of their subscribers and then communicate the information to hundreds or thousands of subscribers after the fact, causing a flurry of trades in that security and making those prices difficult or impossible to achieve notwithstanding the delay in sending and receiving a trade alert; and

   c. Publishing false advertising images and false statements in connection with offering investment adviser services giving the appearance that they were successful millionaire traders, owned a private jet, and were invited to speak at Harvard University.

6. Pursuant to N.H. RSA 421-B:5-503 (2016), the burden of proving an exemption, preemption, or an exception from a definition is upon the person claiming it. RB, MFA, JB, and Bond have not established any valid exemption or exception from proper licensing.

7. Pursuant to N.H. RSA 421-B:6-604(a) (1) (2016), whenever it appears to the secretary of state that any person has engaged or is about to engage in any act or practice or materially aids in acts constituting a violation of this chapter or any rule under this chapter, he shall have the power to issue and cause to be served upon such person an order requiring the person to cease and desist from violations of this chapter. RB, MFA, JB, and Bond are subject to this section for conducting unlicensed investment adviser services and committing fraud in connection with offering of investment adviser services.

8. Pursuant to N.H. RSA 421-B:6-604(d) (2016), any person who violates any provisions of this chapter may, upon hearing, and in addition to any other penalty provided for by law, be subject to a bar from any registration or license, or an administrative fine not to exceed $2,500, or both. Each of the

acts specified shall constitute a separate violation. RB, MFA, JB, and Bond are subject to a bar and a fine for violations of N.H. RSA 421-B:4-403 (2016), N.H. RSA 421-B:4-404 (2016) and N.H. RSA 421-B:5-502 (2016).

9. Pursuant to N.H. RSA 421-B:6-604(e) (2016), after notice and hearing, the secretary of state may enter an order of rescission, restitution, or disgorgement directed to a person who has violated this chapter, or a rule or order under this chapter. RB, MFA, JB, and Bond are subject to this provision and should be ordered to pay restitution for fees collected from subscribers while conducting unlicensed investment adviser services and committing fraud in connection with offering of investment adviser services, in an amount to be determine by the hearing officer.

10. Pursuant to N.H. RSA 421-B:6-604(g) (2016), RB, MFA, JB and Bond should be assessed the costs of the investigation, as determined by the hearing officer.

## RELIEF REQUESTED

III. The Bureau makes the following requests for relief in the above-referenced matter as permitted under the Act.

1. Find as fact the statements contained in section I of the Statements of Fact.

2. Make conclusions of law relative to the statements contained in section II of the Statements of Law.

3. Pursuant to N.H. RSA 421-B:6-604, issue an order to cease and desist against RB, MFA, JB, Bond for violations under the Act.

4. Assess administrative fines and penalties of $2,500 per violation against RB, MFA, JB and Bond jointly and severally for the above-referenced violations under the Act.

5. Order restitution against RB, MFA, JB, and Bond, in an amount to be determined by a hearing officer.

6. Order costs against RB, MFA, JB, and Bond jointly and severally.

7. Issue an order denying or barring any license and registration privileges of the Respondents pursuant to N.H. RSA 421-B:6-604.

8. Take any other just and equitable relief as permitted under the Act.

## RIGHT TO AMEND

The Bureau's staff reserves the right to amend this Petition for Relief and requests that the Director of Securities Regulation take further enforcement action.

Respectfully submitted by:

Jeffrey Spill
Deputy Director

Date 12/7/20

Eric Forcier
Staff Attorney

Date 12/7/20

Noah Abrahams
Staff Attorney

Date 12/7/2020



After becoming a millionaire Trader, Here's Where We're At Now!
trulia
4 beds • 3.5 baths • 3,955 sqft
$726,985 Trulia Estimate
HURLEY

Attachment F

PX 28, 3100

Staff Petition for Relief in the Matter of:
RagingBull.com, LLC; Jason Bond aka Jason Kowalik;
Sherwood Ventures, LLC; Jeffrey Bishop; and MFA Holdings Corp.

No. COM2018-000019

EXHIBIT 1