IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cv-03538 - GLR |
| | ) | |
| RAGINGBULL.COM, LLC f/k/a | ) | |
| LIGHTHOUSE MEDIA LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' NOTICE OF INTENT TO REPLY**

Defendants RagingBull.com, LLC ("Raging Bull"), Jeffrey M. Bishop, Jason Bond, Sherwood Ventures, LLC, and Jason Bond, LLC, (collectively, "Defendants"),[1] by and through undersigned counsel, file this Notice of Intent to Reply to the FTC's Opposition (DKT 38) to Defendants' Motion To Stay Enforcement or Modify the TRO (DKT 28). Defendants will file their Reply by the end of the day, December 12, 2020.

Dated: December 12, 2020

Respectfully submitted,

RagingBull.com, LLC, Jeffrey M. Bishop, Jason Bond, Sherwood Ventures, LLC, Jason Bond, LLC

By:
/s/ *David G. Barger*
David G. Barger (DCB# 469095)
Greenberg Traurig LLP
1750 Tysons Blvd.

---

[1] Since Defendant's filing of their Motion to Stay Enforcement or Modify the TRO (DKT 28), counsel has entered an appearance for Kyle Dennis and Winston Research Inc., and Winston Corp.; the undersigned do not represent those defendants. To the extent necessary, Greenberg Traurig will coordinate the filing of a substitution of counsel.

1

Suite 1200
McLean, VA 22102
Tel: (703) 749-1300
Email: bargerd@gtlaw.com

Andrew G. Berg
Greenberg Traurig, LLP
2101 L Street, N.W.
Suite 1000
Washington DC 20037
Tel: (202) 331- 3100
Email: berga@gtlaw.com
*Pro Hac Vice Pending*

Miriam G. Bahcall
Greenberg Traurig, LLP
77 West Wacker Drive
Suite 3100
Chicago, IL 60601
Tel: (312) 476-5135
Email: bahcallm@gtlaw.com
*Pro Hac Vice Pending*

*Counsel for Defendants RagingBull.com, LLC ("Raging Bull"), Jeffrey M. Bishop, Jason Bond, Sherwood Ventures, LLC, and Jason Bond, LLC*

2

*ACTIVE 54215031v1*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of December 2020 a true and accurate copy foregoing NOTICE OF INTENT TO REPLY was properly served on all parties registered through the ECF system.

/s/ *David Barger*
David G. Barger (DCB# 469095)
Greenberg Traurig LLP
1750 Tysons Blvd.
Suite 1200
McLean, VA 22102
Tel: (703) 749-1300
Email: bargerd@gtlaw.com

*Counsel for Defendants RagingBull.com, LLC ("Raging Bull"), Jeffrey M. Bishop, Jason Bond, Sherwood Ventures, LLC, and Jason Bond, LLC*