IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cv-03538 - GLR |
| | ) | |
| RAGINGBULL.COM, LLC f/k/a | ) | |
| LIGHTHOUSE MEDIA LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' MOTION TO POSTPONE AND RESCHEDULE THE PRELIMINARY INJUNCTION BRIEFING SCHEDULE AND HEARING DATES**

Defendants RagingBull.com, LLC ("Raging Bull"), Jeffrey M. Bishop, Jason Bond, Sherwood Ventures, LLC, and Jason Bond, LLC, (collectively, " GT Defendants"), by and through undersigned counsel, file this Motion to Postpone and Reschedule the Preliminary Injunction Briefing Schedule and Hearing Dates. The briefing schedule per Section XXIX of the Temporary Restraining Order (TRO) calls for the submission of Defendants' materials by 5:00 p.m. Sunday, December 13, 2020, with a hearing set for December 18, 2020.  We propose to reschedule the Preliminary Injunction (PI) hearing to either December 31, January 5, 2021, or December 29, 2020 and to move the date to submit materials for the hearing as contemplated in Section XXIX of the TRO.

All Defendants have conferred and consent to and agree with this Motion. Given the breadth of the TRO and its impact on the Defendants, including the hardships imposed on preparing a defense and response to the FTC's actions under the limitations and requirements imposed by the Receiver (e.g., that a substantial number of computers must be overnighted <u>today</u> for delivery to the Receiver tomorrow, that assets that could be used to prepare a defense, with

1

ACTIVE 54217205v1

very limited exception, are frozen), and the holidays, a modest postponement is essential to allow the Defendants to properly respond and prepare their defense. Thus, we respectfully submit that good cause has been shown.

Defendants would agree that the TRO would continue in effect until the PI hearing subject to any Court Ordered modifications or relief sought by any Party, including the FTC.

GT Counsel attempted to confer with the FTC Saturday afternoon and the FTC responded on Sunday afternoon.  In doing so, the FTC proposed an alternative schedule for an adjourned PI hearing (offering the dates January 12th or 13th), but it conditioned any consent to the adjournment of the PI hearing on the GT Defendants withdrawing their Motion to Modify the TRO.  The FTC's stated basis for doing so was that "it will be most efficient to keep to the current schedule and go forward with a hearing on the FTC's request for a preliminary injunction this Friday."  However, the Motion to Modify will be fully briefed in a few hours (the FTC has already responded and the GT Defendants are submitting a reply brief shortly).  Therefore, it is unclear to the GT Defendants what efficiencies—if any—will be lost via an adjournment of the PI Hearing.

The FTC's position that it would consent to a postponement or extension only if all of the Defendants agreed that the TRO would remain in effect "without modification" and that the GT Defendants would have to withdraw their Motion to Modify the TRO is not reasonable and the Defendants rejected that proposal.

Dated: December 13, 2020

Respectfully submitted,

RagingBull.com, LLC, Jeffrey M. Bishop, Jason Bond, Sherwood Ventures, LLC, Jason Bond, LLC

By:
/s/ *David G. Barger*
David G. Barger (DCB# 469095)

2

>Greenberg Traurig LLP
>1750 Tysons Blvd.
>Suite 1200
>McLean, VA 22102
>Tel: (703) 749-1300
>Email: bargerd@gtlaw.com
>
>Andrew G. Berg
>Greenberg Traurig, LLP
>2101 L Street, N.W.
>Suite 1000
>Washington DC 20037
>Tel: (202) 331- 3100
>Email: berga@gtlaw.com
>*Pro Hac Vice Pending*
>
>Miriam G. Bahcall
>Greenberg Traurig, LLP
>77 West Wacker Drive
>Suite 3100
>Chicago, IL 60601
>Tel: (312) 476-5135
>Email: bahcallm@gtlaw.com
>*Pro Hac Vice Pending*
>
>*Counsel for Defendants RagingBull.com, LLC ("Raging Bull"), Jeffrey M. Bishop, Jason Bond, Sherwood Ventures, LLC, and Jason Bond, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of December 2020 a true and accurate copy foregoing UPDATED DEFENDANT'S NOTICE OF INTENT TO REPLY was properly served on all parties registered through the ECF system.

/s/ *David Barger*
David G. Barger (DCB# 469095)
Greenberg Traurig LLP
1750 Tysons Blvd.
Suite 1200
McLean, VA 22102
Tel: (703) 749-1300
Email: bargerd@gtlaw.com

*Counsel for Defendants RagingBull.com, LLC ("Raging Bull"), Jeffrey M. Bishop, Jason Bond, Sherwood Ventures, LLC, and Jason Bond, LLC*

4