IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cv-03538 - GLR |
| | ) | |
| RAGINGBULL.COM, LLC f/k/a | ) | |
| LIGHTHOUSE MEDIA LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' MOTION TO ADOPT THE CO-DEFENDANTS' OPPOSITIONS TO THE FTC'S MOTION FOR PRELIMINARY INJUNCTION**

Defendants RagingBull.com, LLC ("Raging Bull"), Jeffrey M. Bishop, Jason Bond, Sherwood Ventures, LLC, and Jason Bond, LLC, (collectively, " GT Defendants"), by and through undersigned counsel, file this Motion to Adopt The Co-Defendants' Oppositions to the FTC's Motion for Preliminary Injunction.

To the extent permitted, GT Defendants adopt those arguments applicable to the GT Defendants raised in the Opposition filed by Dennis and Winston Entities (DKT 47).

Dated: December 13, 2020

Respectfully submitted,

RagingBull.com, LLC, Jeffrey M. Bishop, Jason Bond, Sherwood Ventures, LLC, Jason Bond, LLC

By:
/s/ *David G. Barger*
David G. Barger (DCB# 469095)
Greenberg Traurig LLP
1750 Tysons Blvd.

1

Suite 1200
McLean, VA 22102
Tel: (703) 749-1300
Email: bargerd@gtlaw.com

Andrew G. Berg
Greenberg Traurig, LLP
2101 L Street, N.W.
Suite 1000
Washington DC 20037
Tel: (202) 331- 3100
Email: berga@gtlaw.com
*Pro Hac Vice Pending*

Miriam G. Bahcall
Greenberg Traurig, LLP
77 West Wacker Drive
Suite 3100
Chicago, IL 60601
Tel: (312) 476-5135
Email: bahcallm@gtlaw.com
*Pro Hac Vice Pending*

*Counsel for Defendants RagingBull.com, LLC ("Raging Bull"), Jeffrey M. Bishop, Jason Bond, Sherwood Ventures, LLC, and Jason Bond, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of December 2020 a true and accurate copy foregoing MOTION TO ADOPT was properly served on all parties registered through the ECF system.

/s/ *David Barger*
David G. Barger (DCB# 469095)
Greenberg Traurig LLP
1750 Tysons Blvd.
Suite 1200
McLean, VA 22102
Tel: (703) 749-1300
Email: bargerd@gtlaw.com

*Counsel for Defendants RagingBull.com, LLC ("Raging Bull"), Jeffrey M. Bishop, Jason Bond, Sherwood Ventures, LLC, and Jason Bond, LLC*