IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. GLR-20-3538 |
| RAGINGBULL.COM, LLC, et al., | : | |
| Defendants. | : | |

**<u>ORDER</u>**

The Court is in receipt of several Motions in this matter. Upon review of the Motions, and good cause having been shown, it is this 14th day of December, 2020, hereby ORDERED that:

1. Defendant Kyle W. Dennis, Winston Research Inc., and Winston Corp.'s (collectively, "Dennis' Defendants") Notice of Joinder in Ragingbull.Com's Motion to Stay Enforcement or Modify Temporary Restraining Order (ECF No. 35) is GRANTED;

2. Defendant MFA Holdings Corp.'s ("MFA") Motion for Joinder in Ragingbull.Com's Motion to Stay Enforcement or Modify Temporary Restraining Order (ECF No. 43) is GRANTED;

3. Defendants RagingBull.com, LLC ("Raging Bull"), Jeffrey M. Bishop, Jason Bond, Sherwood Ventures, LLC, and Jason Bond, LLC's (collectively, " GT Defendants") Motion to Adopt the Co-Defendants' Oppositions to the FTC's Motion for Preliminary Injunction (ECF No. 49) is GRANTED;

4. GT Defendants' Motion to Postpone and Reschedule the Preliminary Injunction Briefing Schedule and Hearing Dates (ECF No. 44) is GRANTED;

5.	The Preliminary Injunction hearing, which will take place virtually, is rescheduled to **Wednesday, January 13th, 2021 at 9:30 a.m.**

Defendants shall file a consolidated Response to the show cause order by **5 p.m. on December 30, 2020**. The Response may be divided into different sections for arguments specific to each Defendant. FTC's Reply is due by **5 p.m. on January 5, 2021**.

The Receiver shall submit his report, consistent with the requirements set forth in Section XXII of the Temporary Restraining Order, by **noon on January 11, 2021**.

6.	The Court is in receipt of Defendant MFA's Response to Order to Show Cause Why a Preliminary Injunction Should Not Issue (ECF No. 45). The FTC is directed to file a Reply to MFA's Response by **noon on Tuesday, December 15, 2020**.

7.	Finally, the parties are reminded to send a single-sided courtesy copy for all filings (main document plus all attachments) that are in excess of fifteen pages to:

Clerk's Office
Attn: Judge Russell
101 W. Lombard St., 4th Floor
Baltimore, MD 21201

/s/
_____
George L. Russell, III
United States District Judge