## THIRD DECLARATION OF REEVE TYNDALL

### Pursuant to 28 U.S.C. § 1746

I, Reeve Tyndall, hereby state that I have personal knowledge of the facts set forth below and, if called to testify, I could and would testify as follows:

1. I am a United States citizen. I work as a Senior Investigator for the Federal Trade Commission ("FTC") in the Bureau of Consumer Protection's Division of Marketing Practices. The Division of Marketing Practices investigates persons and entities that may be violating the FTC Act and other laws enforced by the FTC.

2. The following declaration outlines my investigation of RagingBull.com LLC (f/k/a Lighthouse Media LLC), Jeffrey M. Bishop, Jason Bond (f/k/a Jason P. Kowalik), Kyle W. Dennis, Sherwood Ventures LLC, Jason Bond LLC, MFA Holdings Corp., Winston Research Inc., and Winston Corp.

### ALLAN MARSHALL

3. On or about April 20, 2020, Mr. Marshall appeared in a video with Mr. Bishop. The video appears on a sales page for the Profit Accelerator service. Bishop and Marshall discuss trading during the Covid-19 pandemic. The video also contains footage of Mr. Marshall with other Raging Bull gurus in Las Vegas:





1

**PX 29, 3101**

4. On December 13, 2020, I captured a sales page for The Boardroom service. According to the sales page, Mr. Marshall's nickname is the "IPO Godfather" and Mr. Marshall is a co-founder of The Boardroom, "an ELITE group of angel investors that hunt down startup companies on the verge of erupting!" Below are screenshots of The Boardroom marketing material featuring photographs of Mr. Marshall:





PX 29, 3102

5.      On or about February 8, 2020, RagingBull published an article titled "What Jimmy Fallon Has To Do With Artificial Intelligence." The article states: "Before we go any further, allow me to introduce myself. I'm Allan Marshall, one of the founding members of The Boardroom. I've been fascinated with artificial intelligence ever since I realized that self-driving vehicles might be a real option for the shipping company I founded, XPO Logistics. I stepped down from XPO to spend more time with my family (and become a full-time angel investor). But I never stopped paying attention to Artificial Intelligence, Machine Learning, and Automation Technologies, which will soon affect every aspect of our lives. There are virtually billions of dollars to be made in this next sector. Let me show you why."[1]

## ANGEL INVESTING INSIDER

6.      During the course of my investigation, I received marketing emails on the undercover email account I used to purchase Raging Bull services. I received emails regarding a service called Angel Investing Insider. According to an email I received on March 28, 2020 from insider@ragingbullinsider.com, "Angel Investing Insider is a brand new service created by myself, Jason Bond, and Allan Marshall." I have received at least 30 marketing email from Raging Bull that mentioned Allan Marshall.

7.      On April 21, 2020, I received the following emails from support@ragingbull.com. One email appears to have been written by Mr. Marshall and includes his photograph and signature. The other email appears to have been written by Mr. Bishop and includes his photograph and signature at the bottom. The emails concern a video series featuring both individuals. Below is a copy of these emails:

---

[1] https://ragingbull.com/angel-insights/what-jimmy-fallon-has-to-do-with-artificial-intelligence/

3

Case 1:20-cv-03538-GLR   Document 58-1   Filed 12/15/20   Page 4 of 9



**Insider Secrets Are Waiting For You On the Inside - Come On In!**
1 message

**Angel Investing Insider** <support@ragingbull.com>　　　　　　　　　　　　　　Tue, Apr 21, 2020 at 4:16 AM



Welcome to Angel Investing Insider!

You've heard the hype and you've witnessed the possibilities. Now, you're ready to jump in and grow your own wealth through angel investing.

I am thrilled to go alongside you in this exciting new endeavor.

I'm Allen Marshall–professional angel, serial founder, and one of the founding members of The Boardroom.

Since I exited my last company, XPO Logistics, I have been a full-time angel. Over the past decade, I've used my business expertise to hone a set of foolproof angel investing strategies.

Of course, not every deal will be a winner… But if I hedge my bets and execute my strategies, I know I'll come out on top. (Way, way on top.)

And now YOU have access to these things and more in the Angel Investing Insider.

Yep, you read that right. Now you have unlimited access to the same insider strategies and knowledge that made me a millionaire.



I teamed up with Jeff Bishop (the angel investing mogul you met yesterday) to develop a 19-part video series ONLY available to our Angel Investing Insiders.

In this video series, we're sharing the insider secrets and expert advice that will set the foundation as you begin your journey to millionaire investor status.

**PX 29, 3104**

12/15/2020 Gmail - Insider Secrets Are Waiting For You On the Inside - Come On In!

Case 1:20-cv-03538-GLR   Document 58-1   Filed 12/15/20   Page 5 of 9

Get ready, because big things are about to happen.

I speak for all of us here at The Boardroom when I say that you have what it takes to achieve incredible success as an angel investor.

With the Angel Investing Insider, you've just unlocked the door to insane wealth.

Let's get to work!



Allan Marshall
Founder of XPO Logistics
Professional Angel Investor

StartupCamp.com

None of our traders, educators, coaches, forum moderators, employees, agents, nor RagingBull.com, LLC (publisher of Angel Investing Insights) are registered as investment advisers nor a broker/dealer with either the U. S.

Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives.

The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account.

These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision.

The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment,and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith,but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning the accuracy, completeness,correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current.

Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. Any table or data is accurate, though not every trade is represented. Profits and losses reported are actual figures from portfolios each trader manages individually and not on behalf of RagingBull.com, LLC.

Although our employees may answer your general customer service questions, they are not licensed under securities laws to address your specific investment situation. No communication by our employees or agents to you should be deemed as personalized financial advice.

This information is protected by the copyright laws of the United States, and international treaties. This information may only be used pursuant to the subscription agreement, and any reproduction, copying, or redistribution (electronic or otherwise, including on the world wide web, by email, or via social media), either in whole or in part, is strictly prohibited without the express, prior written permission of RagingBull.com, LLC. 62 Calef Hwy. #233 Lee, NH 03861, USA.

If you have a current active subscription with Angel Investing Insights you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at Angel Investing Insiights.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**PX 29, 3105**



### [Free Training] Find your Edge.
1 message

**Angel Investing Insider** <support@ragingbull.com>                                    Tue, Apr 21, 2020 at 9:34 PM



*Contrary to popular opinion*—you only need ONE THING to be successful in life:

**An Edge.**

I can't make you a shredded beast in the gym or teach your kids to listen to you…

But I can give you an Edge when it comes to one thing:

**MAKING MONEY.**

**And that's exactly what I'm going to do in my brand-new, FREE Training: 7 Practical Secrets To Go From Broke To Multi-Millionaire Investor.**



In this free video training, my friend Allan Marshall and I share the 7 principles and strategies we used to go from a couple of working class dudes... (really, both of us started out flat-broke)...

...To independently wealthy Angel Investors!

If you don't know Allan—he's the founder of XPO Logistics (currently valued at $7B), a full-time Angel Investor, and millionaire many times over.

(He's the type of guy you *really* want to listen to.)

Allan and I teamed up with Chris Graebe to put together a truly powerful presentation.

Because it has never been more important to **find your edge**…

And, FORTUNATELY, the barriers to entry have never been lower than they are right now!

You could literally start multiplying your wealth in the private markets with **less than a hundred dollars**…

But I'm getting ahead of myself. Everything you need to know is right here.

Watch the 7 Secrets Training NOW.

Your path to wealth could start right now (if you choose it),



**PX 29, 3106**

PS. One more time… Here's the link to my new, FREE video training!

None of our traders, educators, coaches, forum moderators, employees, agents, nor RagingBull.com, LLC (publisher of Angel Investing Insiders) are registered as investment advisers nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment,and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith,but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning the accuracy, completeness,correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. Any table or data is accurate, though not every trade is represented. Profits and losses reported are actual figures from portfolios each trader manages individually and not on behalf of RagingBull.com, LLC. Although our employees may answer your general customer service questions, they are not licensed under securities laws to address your specific investment situation. No communication by our employees or agents to you should be deemed as personalized financial advice. This information is protected by the copyright laws of the United States, and international treaties. This information may only be used pursuant to the subscription agreement, and any reproduction, copying, or redistribution (electronic or otherwise, including on the world wide web, by email, or via social media), either in whole or in part, is strictly prohibited without the express, prior written permission of RagingBull.com, LLC. 62 Calef Hwy. #233 Lee, NH 03861, USA.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**PX 29, 3107**

## MFA HOLDINGS

8.  According to the Florida Secretary of State, MFA Holdings was incorporated in February 2014, the same year that Mr. Marshall stated that he invested in Raging Bull (see DE 45-1). Florida administratively dissolved MFA Holdings on September 25, 2020 for failing to file its annual report.

9.  During the course of my investigation, I did not find any evidence that MFA Holdings pre-dated the Raging Bull investment or served any prior purpose.

10. On April 9, 2020, the FTC issued a CID to Bank of America. Bank of America produced documents related an MFA Holdings bank account (X6428). According to Bank of America:

    a) MFA Holding opened a depository account X6428 in July 2015. Allan Marshall was the sole signatory on the account and signed as the 'PD' of the corporation.

    b) MFA Holdings transferred $13,755 to Greenberg Traurig on July 2, 2017.

    c) MFA Holdings received $67,141.02 from RagingBull.com LLC on December 28, 2017. The memo line stated "ETRADE PROFIT DISTRIBUTION AND R" (sic).

    d) MFA Holdings received $95,576 from RagingBull.com LLC on April 18, 2018. The memo line stated "VENDOR PMT."

    e) MFA Holdings received $76,686.94 from RagingBull.com LLC on May 16, 2018. The memo line stated "VENDOR PMT."

11. On July 31, 2020, the FTC issued a CID to JP Morgan Chase. JP Morgan Chase produced documents related to an MFA Holdings bank account (X4765). According to JP Morgan Chase:

    a) MFA Holdings transferred $44,427.39 to Greenberg Traurig on December 28, 2018. The memo line states "Invoice No 4954148 Billing Prof Essional Miriam G Bahcal."

    b) MFA Holdings transferred 21,742.11 to Greenberg Traurig on April 22, 2019.

PX 29, 3108

    c) MFA Holdings wired $ 25,386.28 to RagingBull.com LLC on September 17, 2019.

    d) MFA Holdings wired $ 65,629.69 to RagingBull.com LLC on February 4, 2020.

    e) MFA Holdings wired $44,968.85 to RagingBull.com LLC on June 25, 2020.  The memo line references Flexjet.

### EASTERN BANK

12.    On December 9, 2020, the FTC received documents from Eastern Bank regarding a RagingBull.com LLC bank account.  According to Eastern Bank records, RagingBull.com LLC last transferred $100,519.91 to MFA Holdings on October 27, 2020.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 15, 2020.

*Reeve Tyndall*
_____
Reeve Tyndall