IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | * | |
| *Plaintiff*, | * | |
| v. | * | Case No. 1:20-cv-03538-GLR |
| **RAGINGBULL.COM, LLC,** f/k/a **LIGHTHOUSE MEDIA LLC,** *et al.*, | * | |
| | * | |
| *Defendants*. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANT MFA HOLDINGS CORPORATION'S NOTICE OF INTENT TO FILE MOTION FOR LEAVE TO FILE SURREPLY**

Defendant MFA Holdings Corporation, by and through undersigned counsel, files this Notice of Intent to Seek Leave to File a Response to the FTC's Reply (ECF 58) to MFA's Response to the Order to Show Cause Why a Preliminary Injunction Should Not Issue (ECF 45) because it contains a new proposed temporary restraining order, a new declaration, and new alleged facts and arguments that the FTC did not include in its opening memorandum in support of its motion although some of the exhibits appear to have been filed previously. MFA believes that a response is needed so that MFA can set forth its positions, as it disagrees with many of the facts but counsel needs time to confer with MFA about these new matters. MFA will file its motion for leave to file a response by no later than 3:00 p.m. tomorrow, and will attach the response to that motion.

Dated:  December 15, 2020	Respectfully Submitted,

    /s/  Ari N. Rothman
Ari N. Rothman (Fed. Bar No. 17560)
VENABLE LLP
600 Massachusetts Avenue, N.W.
Washington, D.C.  20001
T: 202-344-4000
F: 202-344-8300
anrothman@venable.com
*Counsel for Defendant*
*MFA Holdings Corporation*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of December, 2020, a copy of the foregoing was served on all counsel of record through the Court's CM/ECF system.

/s/  Ari N. Rothman
Ari N. Rothman