| RagingBull Vendor Expenses, through January 15, 2021 | | | | | | |
|---|---|---|---|---|---|---|
| | Outstanding/Coming Due | | Budget Estimate | | **All are estimates based upon available information | |
| Vendor | Invoice Period | Amt. Due | Billing Cycle | Est. - for use to Jan 13th | Total | Description |
| Rackspace amazon servers Dash | 12/01/2020-12/31/2020 | $12,000.00 | 01/01/2021 - 01/31/2021 | $12,000.00 | $24,000.00 | Data Retention & Content Delivery - [Monthly payment required] |
| Infusionsoft  CRM | 12/01/2020-12/31/2020 | $8,098.50 | 01/01/2021 - 01/31/2021 | $4,049.25 | $5,000.00 | Data Retention & Content Delivery [per user charge varies, est for month] |
| Sendgrid paid email | | | 01/02/2021 - 02/01/2021 | $4,300.00 | $1,000.00 | Data Retention & Content Delivery for communication with subscribers (Monthly Recurring - Varying Costs) |
| PhoenixNap webinar and bullpen | | | 12/18/2020 - 01/18/2021 | $1,743.10 | $1,743.10 | Data Retention (Invoiced Monthly) |
| Quickbooks Online | | | 01/03/2021 - 02/03/2021 | $150.00 | $150.00 | Historical records of accounting information (Monthly Recurring) |
| MD - Mccormick Lease | | | 01/01/2021 - 01/31/2021 | $9,801.25 | $9,801.25 | Lease office space, Hunt Valley, MD (Monthly Recurring) |
| MD - Verizon bill | 12/01/2020-12/31/2020 | $510.00 | 01/01/2021 - 01/31/2021 | $510.00 | $1,020.00 | Office Utilities (Internet - Pell - Reyna - MD Office) Monthly Recurring |
| CSC Legal Renewals | 12/8/2020-12/11/2020 | $3,437.79 | | $0.00 | $3,437.79 | Legal registrations currently past due |
| Zoho.com | 12/10/2020-01/10/2020 | $519.00 | | $0.00 | $519.00 | Customer Service determination of refunds for data retention and analysis (Monthly Recurring) |
| | | | | **Total** | **$46,671.14** | |
| | | | | | | |
| Graphem Solutions | 12/01/20-12/15/20 | $46,924.03 | 12/16/20-01/15/21 | $2,000.00 | $1,000.00 | IT, Critical Web Maintence, and Content Delivery. Est at $75/hour. |
| | | | | **Grand Total** | **$47,671.14** | |

| RagingBull Employee Wages, through January 15, 2021 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Department | First* | Last* | Dec 1 - Jan 15th Wages | Taxes Estimated | Taxes Estimated | Benefits | Total |
| Accounting | XXXXXXX | XXXXXXX | $10,400.00 | 9% | $936.00 | $300.00 | $11,635.99 |
| Information Systems | XXXXXXX | XXXXXXX | $30,000.00 | 9% | $2,700.00 | $300.00 | $33,000.00 |
| Systems Data/CS System Support | XXXXXXX | XXXXXXX | $9,375.00 | 9% | $843.75 | $300.00 | $10,518.75 |
| Finance & Human Resources | XXXXXXX | XXXXXXX | $31,250.00 | 9% | $2,812.50 | $300.00 | $34,362.49 |
| Human Resources | XXXXXXX | XXXXXXX | $6,000.00 | 9% | $540.00 | $300.00 | $6,840.00 |
| Legal and Compliance | XXXXXXX | XXXXXXX | $21,250.01 | 9% | $1,912.50 | $300.00 | $23,462.51 |
| | | Total | $108,275.00 | | $9,744.75 | $1,800.00 | $119,819.74 |

* The Temporary Receiver has redacted individuals' names out of consideration for their privacy.
  The Temporary Receiver will provide the names to the Court, upon request.