# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cv-03538 - GLR |
| | ) | |
| RAGINGBULL.COM, LLC f/k/a | ) | |
| LIGHTHOUSE MEDIA LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

Upon consideration of the January 5, 2021 Emergency Motion for Clarification of the Temporary Restraining Order, Or in the Alternative to Increase Funds Available to Individual Defendants to Pay Defense Costs ("Motion"), filed by Defendant RagingBull.com, LLC ("Raging Bull" or the "company") and Individual Defendants Jeffrey M. Bishop and Jason Bond (the "Individual Defendants" and collectively with Raging Bull, the "Defendants"), it is hereby:

1. **ORDERED** that the Motion shall be and hereby is **GRANTED**; and it is further

2. **ORDERED** that the Temporary Receiver is directed to pay from the receivership estate the following expenses and defense costs ("Defense Costs"):

*OR IN THE ALTERNATIVE*

2. **ORDERED** that the Individual Defendants may draw an additional combined amount from their individual assets under Section IV of the Modified Temporary Restraining Order with Asset Freeze (Dkt. 64) sufficient to pay the following expenses and defense costs ("Defense Costs"):

Defense Costs

a. $136,686.66 to employ six Raging Bull employees from December 1, 2020 through February 5, 2021 as follows:

| Name | Department | Wage Dec 1 – Feb 5th | 9% Estimated Taxes | Total |
|---|---|---|---|---|
| XXXXXX | Accounting | $11,800.60 | $1,062.05 | $12,862.66 |
| XXXXXX | Analytics | $13,333.34 | $1,200.00 | $14,533.34 |
| XXXXXX | Legal & Compliance | $16,666.66 | $1,500.00 | $18,166.66 |
| XXXXXX | Marketing Evidence Support | $25,000.00 | $2,250.00 | $27,250.00 |
| XXXXXX | Marketing Evidence Support | $25,000.00 | $2,250.00 | $27,250.00 |
| XXXXXX | Marketing Evidence Support | $33,600.00 | $3,024.00 | $36,624.00 |
|  | Total | $125,400.60 | $11,286.05 | $136,686.66 |

b. $300,000 in attorneys' fees for defense of the present matter from December 7, 2020 through February 5, 2021;

c. An amount up to $125,000 for Raging Bull to retain and pay two experts in connection with the defense of the present matter, at an hourly rate not to exceed $750/hour;

d. An amount up to $100,000 in attorneys' fees for defense in the proceeding against Defendants brought by the New Hampshire Bureau of Securities Regulation, pending before the New Hampshire Department of State New Hampshire, Case No. COM2018-000019; and it is further

3. **ORDERED** that the clerk shall deliver copies of this Order to all parties.

So **ORDERED** this _____ day of _____, 2021.

_____
George L. Russell, III
Judge

2