UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**FEDERAL TRADE COMMISSION**,

    Plaintiff,

v.

**RAGINGBULL.COM, LLC**, et al.,

    Defendants.

Case No. 1:20-cv-3538

## PLAINTIFF'S MOTION TO UNSEAL UNREDACTED EXHIBITS

Plaintiff, the Federal Trade Commission ("FTC"), requests the Court unseal the following materials on the docket:

**TABLE 1: DOCUMENTS TO UNSEAL**

| Docket Number | Exhibit Number | Description |
|---|---|---|
| ECF No. 18-1 | PX 26 | Expert report of Dr. Russ Wermers |
| ECF No. 18-2 | PX 27, att. IIII | Attachment IIII to Reeve Tyndall Declaration (Documents from Esquire Bank) |
| ECF No. 18-4 | N/A | Memorandum in Support of Plaintiff's Emergency Motion for a Temporary Restraining Order with Asset Freeze, Appointment of a Temporary Receiver, Other Relief, and Order to Show Cause why a Preliminary Injunction Should Not Issue ("TRO Memo") |

The Court temporarily sealed these documents on December 8, 2020, ECF No. 19, following a request by the FTC, ECF No. 17. Under the Court's order, the deadline to file a motion for a protective order, should any party or non-party wish to retain these or the other sealed documents under seal beyond the limited duration of the order, was December 21, 2020. Stripe filed a motion seeking to retain Plaintiff's Exhibit 27, att. LLLL, ECF No. 18-3, under seal. *See* ECF Nos. 88, 93. No party requested the remaining documents, listed above, be

retained under seal.  That deadline having now passed, the FTC requests the Court direct the

Clerk's office to unseal the above listed documents.  A proposed order is attached.

 

Respectfully submitted,

Alden F. Abbott
General Counsel

Dated: January 6, 2021

    */s/ Gordon E. Sommers*
Colleen Robbins (D. Md. Temp Bar No. 92567)
Sung W. Kim (D. Md. Temp Bar No. 814609)
Gordon E. Sommers (D. Md. Temp. Bar No. 814431)
Thomas Biesty (D. Md. Temp. Bar No. 814459)
Federal Trade Commission
600 Pennsylvania Ave., NW
Mailstop CC-8528
Washington, DC 20580
(202) 326-2548; crobbins@ftc.gov
(202) 326-2211; skim6@ftc.gov
(202) 326-2504; gsommers@ftc.gov
(202) 326-3043; tbiesty@ftc.gov
(202) 326-3395 (Facsimile)

*Attorneys for Plaintiff*
*Federal Trade Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2021, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send a notice of electronic filing to counsel of record for Defendants.

                                                */s/ Gordon E. Sommers*
                                                Gordon E. Sommers