IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:20-cv-03538 - GLR |
| RAGINGBULL.COM, LLC f/k/a LIGHTHOUSE MEDIA LLC, et al., | ) |
| Defendants. | ) |

## DECLARATION OF JASON BOND

1. My name is Jason Bond. I am over the age of 18, competent to execute this Declaration, and have personal knowledge regarding the matters contained herein. The information presented below is true and correct to the best of my knowledge and belief.

2. I submit this declaration in support of my request for relief from the TRO including the asset freeze order that is currently in place (the "Asset Freeze Order").[1]

3. I am the co-founder and President of RagingBull.com, LLC ("Raging Bull").

4. The Asset Freeze Order restrains all of my personal and corporate assets.

5. The Asset Freeze Order, by the appointment of the Court-appointed Temporary Receiver, Peter Keith (the "Temporary Receiver"), has deprived me of my only potential source of employment and income: as an officer and service provider of the corporate defendant in the above-captioned case.

---

[1] The Modified Temporary Restraining Order ("TRO") with Asset Freeze, Appointment of a Temporary Receiver, and Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue entered on December 17, 2020 shall be referred to herein as the "Asset Freeze Order."

1

6. Under the TRO and Asset Freeze Order that is currently in place, as an Individual Defendant I was provided with access and use of $25,000 of my individual assets up to the date of the preliminary injunction hearing.

7. At the time the TRO and Asset Freeze were originally entered on December 8, 2020, the date for the preliminary injunction hearing was set for 10 days later, on December 18, 2020.

8. Based on mutual agreement of the parties, the preliminary injunction hearing date has been moved back 49 days, to February 5, 2020. To this point, however, there has been no corresponding increase in the amount of individual assets that I as an Individual Defendant may use for living expenses.

9. The TRO and Asset Freeze Order have taken a significant toll on the normal functioning of my family life, in addition to my professional life. The Asset Freeze has been especially acutely felt on my family and me during the end-of-year holiday period during a global pandemic that is challenging everyone.

10. The $25,000 of individual assets I could access was meant to cover personal living expenses at the time the Asset Freeze Order was entered, presumably for not only future expenses but also to address amounts then or soon coming due.

11. Since the entry of the TRO and the present—nearly a month later—the original $25,000 amount that I was allotted to access or use from my individual assets has been or imminently will be spent.

12. I have no credit cards.

13. To that end, I now have additional living expenses for which I currently cannot pay and respectfully require access to my individual assets, as set forth in the Application for Increased Use of Individual Assets for Living Expenses.

14. The expenses I reference are not frivolous or immaterial items, but rather represent expenses naturally incurred and for which funds are needed in order to settle them in due course prior to the preliminary injunction hearing date on February 5, 2021. These include housing, food, insurance, automotive, utilities, connectivity technology and outstanding bills. These expenses total substantially more than $25,000.

15. I am requesting an increase of $55,000 to the amount I am able to access from my individual assets up through February 5, 2021. Specifically, I request an increase in the amount of $25,000 for the purpose of paying my ongoing living expenses, as noted above. I am also requesting an additional increase of $30,000 to put toward paying specific contractual obligations I have that are presently due for house-related projects entered into or completed prior to entry of the TRO and Asset Freeze Order. I have attached to this Declaration a copy of the invoices for this work, with a combined total of approximately $53,725. Before the TRO was entered, I had paid approximately $18,000 of these amounts due, with the remaining balance due of approximately $35,725.

16. My request to access an additional $55,000 of my individual assets is made in good faith in order to satisfy the above obligations due or coming due by the time of the preliminary hearing.

17. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on January 6, 2021

_____
Jason Bond
Co-Founder & President, RagingBull.com, LLC

**Invoice**

Misiaszek Turpin pllc
Architecture Planning

| Date | Invoice # |
|---|---|
| 12/16/2020 | 2040-03 |

| Bill To |
|---|
| Jason and Pamela Bond<br>10 North Pikes Point Road<br>Bristol, NH 03222 |

| |
|---|
| Bond Residence - Bristol, NH<br>Schematic Design |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Architectural Services Provided from 10/1/2020 to 11/30/2020 - Principal Architect | 3.25 | 125.00 | 406.25 |
| Architectural Services Provided from 10/1/2020 to 11/30/2020 - Staff Architect | 19.00 | 100.00 | 1,900.00 |
| Retainer Applied | 1.00 | -500.00 | -500.00 |

One Mill Plaza
Laconia, New Hampshire 03246
(v) 603.527.1617
(f) 603.527.1618
misiaszekturpin.com

| | |
|---|---|
| Total for this Invoice | $1,806.25 |
| Payments/Credits | -$2.47 |
| **Balance Due** | $1,803.78 |



# INVOICE

| | | | |
|---|---|---|---|
| **Job Name** | Bond | **Invoice #** | 1134 |
| **Jobsite Address** | 10 Pikes Point Road<br>Bristol, NH 03222 | **Invoice Date** | 12/18/2020 |
| | | **Due Date** | Due Upon Receipt |
| **Proposal/Contract** | Design and Permitting | **Total Due** | **$6,362** |
| **Coverage Start Date** | 10/23/2020 | | |
| **Coverage End Date** | 12/10/2020 | | |

## Time

| Billable Rate Category | # of Hours | Price |
|---|---:|---:|
| Design: Associate | 26.00 Hours | $2,600 |
| Design: Technical | 62.50 Hours | $3,750 |
| **Total Time** | **88.50 Hours** | **$6,350** |

## Equipment

| Invoice # | Vehicle/Trucking Trips | Construction Equipment Uses | Special Equipment Uses | Price |
|---:|---:|---:|---:|---:|
| 1134 | 1 | 0 | 0 | $12 |

| | |
|---:|---|
| **SubTotal** | $6,362 |
| **Grand Total** | **$6,362** |

**Includes**

Meeting and multiple emails with Bristol town officials in regards to permits necessary for the proposed pavilion, work along the shore and the boathouse. Development of Shoreland PBN, Variance for the town of Bristol, Special Land Use permit for the Town of Bristol, Demolition permit for boathouse and existing pavilion,  building permit for both pavilion and boathouse. Emails and phone calls with Architect and Watermark to coordinate the whats needed for permits.

Thank you for your business! We appreciate your patronage of PAI for all your landscape architectural projects.

Pellettieri Associates, Inc.         phone: (603) 456-3678         pellettieriassoc.com
P.O. Box 717                                                        email: billing@pellettieriassoc.com
Warner, NH 03278

**Great Escapes Patio & Stonework, Inc.**

Page No. 1 of

43 Wallace Dr Dover, NH 03820
Chris Parker (cell) (603) 948-2835
John Prince (cell) (207) 206-4683
E-mail: Chris@greatescapespatio.com
Website: www.greatescapespatio.com

## Estimate

| PROPOSAL SUBMITTED TO<br>Jason and Pamela Bond | | TODAY'S DATE<br>4/9/2020 | Approximate Start Date<br>Sumer 2020 |
|---|---|---|---|
| PHONE NUMBER<br>603-312-1792 | E-mail<br>Jason@bond.life | JOB NAME<br>Stone Foundation Veener | |
| ADDRESS, CITY, STATE, ZIP<br>22 Foss Farm rd Durham, NH | | JOB LOCATION<br>Same | |

We propose hereby to furnish material and labor necessary for the completion of:

- <u>Thin Veneer Foundation Stone</u>: Acid wash and clean entire foundation. Grind existing black tar which would prevent stone mortar from adhesion. Deliver and Install approximately 437 sqft of Stoneyard Boston Blend Round Field Stone thin veneer and corners using polymer fortified natural stone high adhesion stone mortar.

**$26,300.00**
Materials= $5,180
Labor= 292 hours x $65 =$18,980.00

We propose hereby to furnish material and labor – complete in accordance with above specifications for the sum of:
Thirty Five Thousand Eight Hundred Eighty Five     dollars  ( $         35,885.00 )

Payment as follows: 1/3 payment due upon signing, 1/3 due day we start work, balance due upon completion

All material is guaranteed to be as specified. All work to be completed in a substantial workmanlike manner according to specifications submitted, per standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado and other necessary insurance. Our workers are fully covered by Workmen's Compensation Insurance. If either party commences legal action to enforce its rights pursuant to this agreement, the prevailing party in said legal action shall be entitled to recover its reasonable attorney's fees and costs of litigation relating to said legal action, as determined by a court of competent jurisdiction.

**Authorized Signature**

Note: this proposal may be withdrawn by us if not accepted within   30   days.

**ACCEPTANCE OF PROPOSAL** The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Signature  *Jason Bond*
Signature
Date of Acceptance  5/2/2020



# ORDER RECEIPT

866-8JORDANS
866-856-7326

| | |
|---|---|
| Order Number: | 11030216465 |
| Order Date: | 11/3/2020 |
| Delivery Date: | ETA 10 To 13 Weeks |
| Salesperson: | HOUSE SALE (HSS) |
| Page: | 1 of 3 |

JASON BOND  
22 FOSS FARM RD  
DURHAM, NH 03824

BONDJ22  
603-312-1792

JASON@RAGINGBULL.COM

**Check Order Status anytime at jordans.com/MyOrders**

| SKU | Description | Retail Price | Quantity | Extended Price |
|---|---|---|---|---|
| L49L71001<br>(Special Order) | HUNT - RAF LOVESEAT<br>NAILHEAD FOR BASE: NO NAIL, NO NAILHEAD<br>BODY: 61391-88<br>WELT ON BODY: SELF, SELF<br>2 - 22" TOSS PILLOWS: 70185-88<br>FR, RW, SELF WELT, WELTLESS: SELF, SELF<br>2 - 19" TOSS PILLOWS: 61391-88<br>FR, RW, SELF WELT A, WELTLESS: SELF, SELF<br>42" OR 45": 45, 45" SEAT CUSHION DEPTH<br>BACK STYLE:<br>   BOX LOOS, BOX BORDER LOOSE BACK<br>SEAT CUSHION: UD, ULTRA DOWN SEAT CUSHION<br>FINISH: ESPRESSO, ESPRESSO<br>TRACK ARM | $2,400.00 | 1 | $2,400.00 |
| L77L71000<br>(Special Order) | HUNT - SQUARE CORNER<br>NAILHEAD FOR BASE: NO NAIL, NO NAILHEAD<br>BODY: 61391-88<br>WELT ON BODY: SELF, SELF<br>1 - 25" TOSS PILLOW: 61397-89<br>FR, RW, SELF WELT, WELTLESS: SELF, SELF<br>2 - 22" TOSS PILLOWS: 70185-88<br>FR, RW, SELF WELT A, WELTLESS: SELF, SELF<br>42" OR 45": 45, 45" SEAT CUSHION DEPTH<br>BACK STYLE:<br>   BOX LOOS, BOX BORDER LOOSE BACK<br>SEAT CUSHION: UD, ULTRA DOWN SEAT CUSHION<br>FINISH: ESPRESSO, ESPRESSO | $2,199.00 | 1 | $2,199.00 |



# ORDER RECEIPT

866-8JORDANS
866-856-7326

| | |
|---|---|
| Order Number: | 11030216465 |
| Order Date: | 11/3/2020 |
| Delivery Date: | ETA 10 To 13 Weeks |
| Salesperson: | HOUSE SALE (HSS) |
| Page: | 2 of 3 |

JASON BOND
22 FOSS FARM RD
DURHAM, NH 03824

BONDJ22
603-312-1792

JASON@RAGINGBULL.COM

## Check Order Status anytime at jordans.com/MyOrders

| SKU | Description | Retail Price | Quantity | Extended Price |
|---|---|---|---|---|
| L53L71000<br>(Special Order) | HUNT - ARMLESS LOVESEAT<br>NAILHEAD FOR BASE: NO NAIL, NO NAILHEAD<br>BODY: 61391-88<br>WELT ON BODY: SELF, SELF<br>2 - 22" TOSS PILLOWS: 70185-88<br>FR, RW, SELF WELT, WELTLESS: SELF, SELF<br>2 - 19" TOSS PILLOWS: 61391-88<br>FR, RW, SELF WELT A, WELTLESS: SELF, SELF<br>BACK STYLE:<br>   BOX LOOS, BOX BORDER LOOSE BACK<br>42" OR 45": 45, 45" SEAT CUSHION DEPTH<br>SEAT CUSHION: UD, ULTRA DOWN SEAT CUSHION<br>FINISH: ESPRESSO, ESPRESSO | $2,400.00 | 1 | $2,400.00 |
| LH3L71001<br>(Special Order) | HUNT - LAF CHAISE<br>NAILHEAD FOR BASE: NO NAIL, NO NAILHEAD<br>BODY: 61391-88<br>WELT ON BODY: SELF, SELF<br>1 - 22" TOSS PILLOW: 70185-88<br>FR, RW, SELF WELT, WELTLESS: 70185-88<br>1 - 19" TOSS PILLOW A: 61391-88<br>FR, RW, SELF WELT A, WELTLESS: 61391-88<br>BACK STYLE:<br>   BOX LOOS, BOX BORDER LOOSE BACK<br>42" OR 45": 45, 45" SEAT CUSHION DEPTH<br>SEAT CUSHION: UD, ULTRA DOWN SEAT CUSHION<br>FINISH: ESPRESSO, ESPRESSO<br>TRACK ARM<br>42"L x 86"D x 36"H | $2,399.00 | 1 | $2,399.00 |



# ORDER RECEIPT

| | |
|---|---|
| Order Number: | 11030216465 |
| Order Date: | 11/3/2020 |
| Delivery Date: | ETA 10 To 13 Weeks |
| Salesperson: | HOUSE SALE (HSS) |
| Page: | 3 of 3 |

866-8JORDANS  
866-856-7326

JASON BOND  
22 FOSS FARM RD  
DURHAM, NH 03824

BONDJ22  
603-312-1792

JASON@RAGINGBULL.COM

## Check Order Status anytime at jordans.com/MyOrders

| SKU | Description | Retail Price | Quantity | Extended Price |
|---|---|---|---|---|
| | | | | |

I have reviewed my entire order for accuracy and I have read and agree to all policies posted in the store and printed on the back of this Order Receipt.
I agree to pay the total amount according to Card Issuer Agreement.

**Signature Not Required**

### Special Instructions
Protection was declined unless specifically listed.
Phone Order
Special Order, 30% Deposit Non-Refundable
ETA, not responsible for Manufacturer delays
Delivery Type: In-Home Delivery

| | |
|---|---:|
| Subtotal: | $9,398.00 |
| Delivery: | $276.00 |
| Tax: | $.00 |
| Total: | $9,674.00 |

**Payments**

| | |
|---|---:|
| Cash/Check: | $.00 |
| Credit Card: | $2,902.20 |
| Financing: | $.00 |
| Other: | $.00 |
| Balance Due: | $6,771.80 |

11/03/2020 04:34:04 PM

### Jordan's "Underprice" Policy
Find a lower advertised price on the exact model, with the same terms and conditions from another local retailer within 30 calendar days of receiving the merchandise and Jordan's will refund the difference. Jordan's defines a local retailer as one that is located within its normal delivery service area. Jordan's will not match prices for membership clubs, going-out-of-business sales, floor samples, clearance items, or damaged items. The Underprice Guarantee policy is available on www.jordans.com.

### Protection Policy
Jordan's offers a program to protect furniture for a percentage of the item cost. Specific warranty coverage information is available in stores or on jordans.com. If protection is purchased, the charged amount appears on the front of the receipt, otherwise only the factory warranty applies to the purchased merchandise.

### Accepted Methods of Payment
Cash, MasterCard, VISA, Discover, American Express, bank checks, money orders, and personal checks; but not starter or temporary checks. Financing is available for qualified customers. Jordan's does not accept payment at delivery.

### Check Acceptance Authorization Consent
Customers verifying their account numbers authorize payment to be processed as an electronic funds transfer, or draft drawn from their accounts. If the payment is returned unpaid, customers authorize Jordan's service provider to collect the payment and a $25 return-item fee by electronic funds transfer(s) or draft(s) drawn on their accounts. If payment is from a corporate account, the purchaser authorizes and agrees that the entity will be bound by NACHA operating rules.

### Delivery Service Policy
Orders cannot be scheduled for delivery unless they are paid in full. Please prepare accordingly for the White Glove and Contactless delivery services:
- Customers receive a confirmation call, email, and text message two days before delivery with a 3-hour timeframe between 7am and 6pm that cannot be changed. Due to ferry schedules and additional delivery complications, Martha's Vineyard and Nantucket customers will receive an 8-hour time frame between 8am and 4pm that cannot be changed.
- Deliveries cancelled within 48 hours of scheduled delivery incur a restocking fee up to $69 per piece.
- Someone 18 years of age or older must be home to accept White Glove and Contactless deliveries.
- Contactless delivery items are packed and unassembled.
- Remove snow and other obstacles that may hinder the delivery service team.
- Clear the room(s) or drop-off location where the new furniture will be placed. Delivery service teams cannot move or remove existing furniture.
- Teams do not move, disconnect, or reconnect electronic equipment.
- Jordan's may cancel and reschedule deliveries during hazardous weather.
- The delivery service is responsible when it damages furniture or customers' homes. Damage must be reported to the delivery service team at the time of delivery and documented. No claims for damage will be accepted after delivery.

### Pickup Policy
- Customers must pick up merchandise within 10 calendar days of being notified that it is available.
- Call 72 hours before arriving to ensure that the order(s) is ready.
- Customers can pay a fee at the point of purchase to have their merchandise assembled for pick-up except for ship direct only items.
- Pickup orders must include valid addresses and phone numbers for fraud prevention, for warranty, and for consumer notification purposes.
- Merchandise will not be released without proper identification (driver's license/state ID). An ID must match the name on a sale unless the customer has notified Jordan's in advance that someone else will pick up the order.
- Drivers' licenses are scanned for authenticity in most pickup locations, but no information is saved or stored.
- Jordan's personnel may refuse to load merchandise into or onto a vehicle they determine that the vehicle is unsafe and presents risk to other motorists.

### Clearance Merchandise
Clearance merchandise includes floor models, goods that are discontinued, mis-ordered, previously owned, or have some irregularity or cosmetic defect. All clearance merchandise is sold as is without warrantees or service. All sales are final; there are no returns, refunds, or exchanges. There is a 30% non-refundable deposit required on all clearance orders. Jordan's does not offer service for clearance items. Clearance merchandise including reselections, must be picked up within 48 hours. Delivery is available.

### Non-Clearance Floor Model Merchandise
Non-Clearance floor models, for all product categories, are sold "as is" and include a 1-year warranty against manufacturers' defects.

### Furniture Factory Outlet (FFO)
Manufacturer warranties apply unless indicated otherwise on the merchandise. Merchandise is not available for Lay-a-way/Price Protection.

### Service Policy*
Jordan's or third-party contractors inspect and repair damaged or defective merchandise either in the customer's home or at a Jordan's location and replaces merchandise at its discretion. Ship direct only items are serviced by manufacturers directly (see next section). Jordan's adheres to manufacturer's warranties. Warranties apply to the original purchaser for normal residential use. Any associated delivery costs would be the responsibility of the customer. The Customer Relations Department hours are posted on Jordans.com.

Rev. 7/23/2020

### Ship Direct Only Items
These products are sold on Jordans.com only, not in stores. The items are shipped to customers directly and often require extensive assembly, which is the customers' responsibility. Jordan's does not perform service or repairs on these items; customers must contact manufacturers directly to discuss concerns about the condition of items, service, repair, and returns.

### Returns | Cancellations | Refund Policy
Customers canceling orders or returning merchandise in its original condition within 7 calendar days of delivery or pick-up may reselect or receive a refund for the merchandise amount. This excludes mattresses, special orders, delivery service charges, and setup fees. Other conditions apply:
- Customers reselecting other merchandise will pay another delivery service charge.
- Returns are subject to a restocking charge or a 30% forfeiture if the merchandise was a special order.
- A 30% deposit for special order merchandise is not refundable or transferable.
- Customers are eligible for a one-time mattress exchange after the 30-day adjustment period. See "Sweet Dreams Guarantee" section below for more information about mattresses.
- Payments made by credit card will be refunded to the credit card account used for the purchase.
- Payments made by cash or check will be refunded 14 business days after the cancellation or return.
- No cash refunds.

### Residential Use Only and Warranty Disclaimer
Unless otherwise specifically stated in the manufacturer's written product specifications, merchandise sold at Jordan's is intended and designed only for residential use, not business or commercial use, and should only be used in a residential setting. Use of merchandise in a business, commercial or other non-residential setting may violate or void the manufacturer's warranty. Jordan's does not warrant or guarantee any merchandise for fitness or suitability for non-residential use, and is not responsible for, nor may it be held liable for, any injury, damages or claims relating to or arising from such use.

### Proper Support for Mattresses
All mattresses require proper support in order to be covered by the manufacturer warranty.

### Sweet Dreams Guarantee*
It takes at least 30 days to adjust to a new sleep surface. Customers who are uncomfortable with their new mattress after 30 days should contact their Sleep Technician. Jordan's provides up to 70 additional calendar days to exchange a mattress.
- The 100-day period begins on the date customers receive their first mattress. Jordan's allows a reselection only after the 30-day adjustment period.
- All reselections are subject to an exchange fee of $99 plus a redelivery charge.
- Comfort is a matter of preference and not part of manufacturer warranties.
- Customers may select a mattress of equal or greater value. If the reselection is of greater value, customers pay the difference in price. If a reselection is of a lesser value, the difference is not refunded.
- Limit one comfort exchange per customer.
- Mattresses must be free of stains and in their original condition to be eligible for the Sweet Dreams exchange and warranty programs.
- All bedding accessory items, foundations, and floor models are final sales.
- Does not apply to flat foundations, Power Bases (adjustable foundations), special purchase items, custom-size orders, or reselections for mattress size or height problems.

### Customer Email Addresses
Customers providing Jordan's with email addresses acknowledge that Jordan's will send electronic communications. Jordan's will not rent, sell, or give away email addresses at any time. Customers may opt out of receiving emails by following the unsubscribe instructions at the bottom of any Jordan's correspondence.

### Sales Tax Obligations
- Sales tax obligation is determined at the point where ownership is transferred from Jordan's to its customers. Customers that pick up orders are obligated to pay the corresponding state sales tax, but they may also be liable to pay sales and/or use tax in the states where they reside and assume all liability and obligation.
- Sales tax will be refunded in accordance with applicable state law.

*Orders delivered to Jordan's *Expanded Delivery Service Area* are subject to different terms and conditions for Delivery and Service and are ineligible for the Sweet Dreams Guarantee. Contact a store for assistance regarding the "Guidelines for Expanded Delivery Area."

**866-8-JORDANS (866) 856-7326**

---

### Order Status?

Go to www.jordans.com/MyOrders to check order statuses, schedule deliveries or pickups, and make payments.

# SECTIONAL CONFIGURATION

**Jordan's Furniture**

866-8JORDANS
866-856-7326

| | |
|---|---|
| Order Number: | 11030216465 |
| Order Date: | 11/03/2020 |
| Salesperson: | HOUSE SALE |
| Salesperson ID: | HSS |

JASON BOND
22 FOSS FARM RD
DURHAM, NH 03824

BONDJ22
603-312-1792

JASON@RAGINGBULL.COM

## Selected Configuration



## Dimensions

- 167 x 126

## Components

- LAF Chaise
- Armless Loveseat
- Corner Square
- RAF Loveseat

# STEPS *FOR A SUCCESSFUL DELIVERY*   Jordan's FURNITURE

## 1. Is This Your Current Address?

- Please **verify that the address** on your sales receipt is where you want your furniture to be delivered. Address changes may affect the day and date of your delivery. If an address change is needed, please contact us **at least 3 days prior** to your delivery day. Arranging the delivery route and preparing the furniture is a 2-day process before your scheduled delivery date.

- Do we have **ACCURATE contact information** (including your cell phone number and email address)?

*Please note: If anything changes, please contact us as soon as possible for assistance.*

## 2. Are You Prepared?

### SCHEDULING

- We will remind you 2 days before with a **3-hour assigned time frame**, which cannot be changed.

   *Please note: Due to ferry schedules and additional delivery complications, Martha's Vineyard and Nantucket customers will receive an 8-hour time frame between 8am and 4pm that cannot be changed.*

- Someone 18 years of age or older **must be available from early morning into the evening** on the day your delivery is scheduled.

- If your residence has delivery time and/or elevator restrictions, please communicate the information to your salesperson or to Jordan's prior to scheduling.

- Moving to a new home? Schedule your delivery for a day when there is **ALL DAY access** to your new residence.

*Please note: Deliveries canceled or changed with less than 48-hour notice are subject to an additional handling charge.*

### PREPARING

**In-home Delivery Service** - please clear a path into the right room so we can install and set up your furniture and bedding properly. Unfortunately, we cannot move your existing furniture or electronics.

**Contactless Drop-Off Service** - please clear a path and area for us to place your furniture. If we are delivering to a garage or enclosed porch, please be ready to open any doors before we arrive. Your purchase will be delivered packed and unassembled.

**You are responsible for ensuring the furniture will fit into your home and room.** Before purchasing your new furniture, note all important measurements and obstructions so you can ensure a successful delivery. It is important your furniture can fit through all entryways, elevators and any stairways.

*Please note: Our delivery team is unable to make these or other preparations for you.*

- Review the following guide *(see reverse)* for important measurement and obstruction information.

    - Do you have an exterior doorway with no obstructions (e.g. a wall) to your room which is wider than the width of a wooden piece or the height of a sofa?
    - Can your elevator accommodate the furniture being delivered? Is there enough **depth** clearance from elevator door to opposite wall?

- Prepare your home **prior to our delivery team arriving.** Consider where the items will be placed, and remove any potential delivery obstacles.

| | | |
|---|---|---|
| - Secure low-hanging light fixtures | - Remove pictures or art | - Remove doors, if necessary |
| - Move other furniture | - Set rugs in place | - Put pets in another room |

# MEASURING *FOR DELIVERY*



## 1. Does it Measure Up?
Check the following measurements to ensure that your furniture will fit into your home.





**1.** Height of ALL doorways.

**2.** Width of ALL doorways.

**3.** Width of staircase.

**4.** Corner width of staircase.*

**5.** Height of stairwell ceiling/overhang.

**6.** DEPTH clearance of ALL doorways to opposite wall.*

*\* If any doors or stairway landings lead into a wall rather than an open space, measure the depth clearance between the stairs or door to the wall.*

## 2. How Does it Compare?
Refer to your **sales order receipt** for furniture dimensions and compare them to your measurements from above.

### SOFAS
- Is the sofa height less than the width of all the doors *(measurement 2)*? If not, can we angle it through the door?
- Is the sofa height less than the smallest width of your staircase *(measurements 3 and 4)*?
- Is the sofa length less than the height of the stairway overhang or any ceiling *(measurement 5)*?
- If the sofa length is greater than the height of the doors or ceilings *(measurement 1)*, **make sure there is enough doorway depth clearance** *(measurement 6)* to bring the piece lengthwise into your room.

### WOODEN PIECES
- Is the height or length of the piece (whichever is greater) less than the height of the stairway overhang or any ceiling *(measurement 5)*?
- Is the width of the piece less than the width of the doors and the smallest width of your staircase *(measurements 2, 3 and 4)*?
- If the length or height of the piece (whichever is greater) is larger than the height of the doors *(measurement 1)*, **make sure there is enough doorway depth clearance** *(measurement 6)* to bring the piece by its longest measurement into your room.

### MATTRESSES AND FOUNDATIONS
- Particularly in queen size, if your stairwell resembles the center image above *(measurements 3 and 4)* or if you have a low stairwell overhang *(measurement 5)*, you will likely need split foundations.
- If there are tight turns within the path to the bedroom *(measurement 6)*, you will likely need split foundations.

If you have any questions or concerns, please call us at **1-866-8JORDANS** (1-866-856-7326). Follow the prompts for Customer Service. To add additional contact information, make a payment, or schedule your delivery, go to **jordans.com/MyOrders.aspx**