**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-03538 - GLR |
| ) | |
| RAGINGBULL.COM, LLC f/k/a ) | |
| LIGHTHOUSE MEDIA LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DECLARATION OF JEFFREY M. BISHOP**

1. My name is Jeffrey M. Bishop. I am over the age of 18, competent to execute this Declaration, and have personal knowledge regarding the matters contained herein. The information presented below is true and correct to the best of my knowledge and belief.

2. I submit this declaration in support of my request for relief from the TRO including the asset freeze order entered that is currently in place (the "Asset Freeze Order").[1]

3. I am the co-founder and CEO of RagingBull.com, LLC ("Raging Bull").

4. The Asset Freeze Order restrains all of my personal and corporate assets.

5. The Asset Freeze Order, by appointment of the Court-appointed Temporary Receiver, Peter Keith (the "Temporary Receiver"), has deprived me of my only potential source of employment: as an officer and service provider of the corporate defendant in the above-captioned case.

---

[1] The Modified Temporary Restraining Order ("TRO") with Asset Freeze, Appointment of a Temporary Receiver, and Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue entered on December 17, 2020 shall be referred to herein as the "Asset Freeze Order."

1

6. Under the Asset Freeze Order that is currently in place, as an Individual Defendant I was provided with access and use of $25,000 of my individual assets up to the date of the preliminary injunction hearing.

7. At the time the TRO and Asset Freeze were originally entered on December 8, 2020, the date for the preliminary injunction hearing was set for 10 days later, on December 18, 2020.

8. Based on mutual agreement of the parties, the preliminary injunction hearing date has been moved back 49 days, to February 5, 2020. To this point, however, there has been no corresponding increase in the amount of individual assets that I as an Individual Defendant may use for living expenses.

9. The TRO and Asset Freeze Order have taken a significant toll on the normal functioning of my family life, in addition to my professional life. The Asset Freeze Order has been especially acutely felt on my family and me during the end-of-year holiday period during a global pandemic that is challenging everyone.

10. The $25,000 of individual assets I could access was meant to cover personal living expenses at the time the Asset Freeze Order was entered, presumably for not only future expenses but also to address amounts then or soon coming due.

11. Since the entry of the TRO and the present—nearly a month later—the original $25,000 amount that I was allotted to access or use from my individual assets has been effectively spent.

12. To that end, I now have additional living expenses for which I currently cannot pay and respectfully require access to my individual assets, as set forth in the Application for Increased Use of Individual Assets for Living Expenses.

13. The expenses I reference are not frivolous or immaterial items, but rather represent expenses naturally incurred and for which funds are needed in order to settle them in due course prior to the preliminary injunction hearing date on February 5, 2021. These include housing, food, medical and health insurance, credit card payments, automotive, utilities, connectivity technology and outstanding bills. These expenses total substantially more than $25,000. However, I am requesting an increase of only $25,000 to the amount I am able to access from my individual assets up through February 5, 2021 for the purpose of paying my ongoing living expenses.

14. This request is made in good faith in order to satisfy the above obligations due or coming due by the time of the preliminary hearing.

15. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on January 6, 2021

/s/ Jeffrey M. Bishop
Jeffrey M. Bishop
Co-Founder & CEO, RagingBull.com, LLC

3