IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. GLR-20-3538 |
| RAGINGBULL.COM, LLC, et al., | : | |
| Defendants. | : | |

**ORDER**

The Court is in receipt of Defendants Ragingbull.Com, LLC, Jeffrey M. Bishop, and Jason Bond's Emergency Motion for Clarification of the Temporary Restraining Order, or in the Alternative to Increase Funds Available to Individual Defendants to Pay Defense Costs (ECF No. 107) and Defendants Jeffrey M. Bishop and Jason Bond's Emergency Motion for Increased Use of Individual Assets for Living Expenses (ECF No. 110). In order to facilitate the prompt resolution of these Motions, it is this 7th day of January, 2021, hereby:

ORDERED that the Federal Trade Commission's Responses to both Motions shall be due by **noon on January 11, 2021**;

IT IS FURTHER ORDERED that any Response by the Temporary Receiver shall be due by **noon on January 11, 2021**; and

IT IS FURTHER ORDERED that Defendants' Reply shall be due by **noon on January 14, 2021**.

_____/s/_____
George L. Russell, III
United States District Judge