IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | * | |
| Plaintiff, | * | |
| v. | * | Case No. GLR-20-3538 |
| RAGINGBULL.COM, LLC, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the January 8, 2021 Motion of Temporary Receiver to Extend Deadline for Submission of Temporary Receiver's Initial Report and the entire record of this case, it is hereby:

1. **ORDERED** that the January 8, 2021 Motion of Temporary Receiver to Extend Deadline for Submission of Temporary Receiver's Initial Report shall be and hereby is **GRANTED**; and it is further

2. **ORDERED** that the Temporary Receiver shall submit his report, consistent with the requirements set forth in Section XXII of the Modified Temporary Restraining Order [ECF 64], by 5:00 p.m. on February 1, 2021; and it is further

3. **ORDERED** that the Clerk of Court shall deliver copies of this Order to all parties.

So **ORDERED** this _____ day of _____, 202___.

                                                _____
                                                George L. Russell, III
                                                Judge