ORIGINAL COPY
(FILED UNDER TEMPORARY SEAL)

## DECLARATION OF ROSHNI C. AGARWAL
Pursuant to 28 U.S.C. § 1746

I, Roshni Agarwal, have personal knowledge of the facts and matters set forth below. If called as a witness, I could and would testify as follows:

1. My name is Roshni Agarwal. I am over 18 years of age and I am a citizen of the United States. I am a full time, salaried employee of the Federal Trade Commission ("FTC") in Washington, D.C. My work address is 600 Pennsylvania Ave., N.W., Washington, D.C. 20580. I have worked at the FTC since August 2016.

2. I am a Certified Public Accountant with the State of Texas and have a Bachelor of Business Administration degree and a Master in Professional Accounting degree from the University of Texas at Austin.

3. I have over 11 years of experience working as a forensic accountant and auditor for the federal government. Prior to starting at the FTC, I was a Forensic Accountant with the Department of State and a Senior Auditor with the Government Accountability Office.

4. Since I started at the FTC, I have worked as a Forensic Accountant in the Bureau of Consumer Protection ("BCP") where I work with BCP trial attorneys and investigators.

5. In my capacity as a forensic accountant at the FTC, I reviewed and analyzed tax returns and financial statements provided by Kyle Dennis, Jason Bond, Jeff Bishop and Sherwood Ventures LLC.

6. In Jason Bond's sworn "Financial Statement of Individual Defendant" signed on 12/16/2020. Mr. Bond lists under Item 9, "Cash Bank and Money Market Accounts" an individual account ending in 3406 at TD Bank only in the name of his spouse, Pamela Bond. I reviewed the relevant documents corresponding to this bank account and confirmed that as of December 9, 2020, the balance in the account was $1,498,000.00. I also discovered that $1,505,000 was transferred from Jason and

PX 31, 3117

Pamela Bond's joint account to Pamela's individual account on December 7, 2020 and the document indicates that "all available activity has been retrieved." After that initial transfer, $5,000 was debited from the account on December 7, 2020 and $2,000 was debited from that account on December 9, 2020. I also discovered after reviewing bank statements that the initial transfer of $1,505,000 was transferred from a joint account ending in 4940. The majority of the funds in that account came from another account ending in 2526 which is an account that receives money directly from Raging Bull's corporate account.

7. I reviewed Kyle Dennis's sworn "Financial Statement of Individual Defendant" signed on 12/28/2020. For item 22 "Trusts and Escrows" the financial statement indicates, "Due to the asset freeze, my legal fees are being paid by a third party. I understand that the third party may have provided my lawyers with a retainer." Under item 23 "Transfers of Assets", it directs the FTC to an attached document "A. Item 23." This attachment shows three transfers to Kyle Dennis's mother, Laurie Dennis, with two of the three transfers occurring in 2020. One transfer on 05/01/2020 lists a 2017 Jeep Wrangler valued at $25,000.00. Another transfer is a $300,000.00 cash gift to Laurie Dennis on 12/07/2020.

8. I reviewed the account balances reported by the Corporate Defendants' banks (excluding MFA Holdings) and the amount of corporate assets frozen is $10,930,176.14.

9. I reviewed the sworn Financial Statement for RagingBull.com LLC. Under item 30, "Compensation of Board Members and Officers," Jason Bond was compensated $5,064,611.20 by RagingBull.com LLC for the fiscal year 2020 as of 12/23/2020. Under item 29, "Compensation of Employees," Kyle Dennis was compensated $5,949,396.59 by RagingBull.com LLC for the fiscal year 2020 as of 12/23/2020.

I declare under penalty of perjury that this 11 day of January, 2021, that the foregoing is true and correct.

*Roshni Agarwal*
_____
Roshni C. Agarwal

**PX 31, 3119**