IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | * | |
| Plaintiff, | * | |
| v. | * | Case No. GLR-20-3538 |
| RAGINGBULL.COM, LLC, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January, 2021, I served a copy of the January 11, 2021 Response of Temporary Receiver Peter E. Keith to Emergency Motions of Defendants RagingBull.com, LLC, Jeffrey M. Bishop, Jason Bond, Kyle W. Dennis, Winston Corp., & Winston Research Inc. for Release of Funds [ECF 117] on counsel of record, by email, by agreement of the parties, at the following addresses:

Colleen Brennan Robbins
Federal Trade Commission
600 Pennsylvania Ave NW
Washington, DC 20580
2023262548
Fax: 2023263395
Email: crobbins@ftc.gov

Sung Wan Kim
Federal Trade Commission
600 Pennsylvania Ave. NW
Washington, DC 20580
2023262211
Fax: 2023263395
Email: skim6@ftc.gov

Gordon E Sommers
Federal Trade Commission
600 Pennsylvania Ave. NW
Washington, DC 20580
2023262504
Fax: 2023263395
Email: gsommers@ftc.gov

Thomas M. Biesty
Federal Trade Commission
600 Pennsylvania Ave. NW
Washington, DC 20580
2023263043
Fax: 2023263395
Email: tbiesty@ftc.gov

*Counsel to the Federal Trade Commission*

727964

| | |
|---|---|
| David Glenn Barger | Andrew Geoffery Berg |
| Greenberg Traurig LLP | Greenberg Traurig LLP |
| 1750 Tysons Blvd Ste 1000 | 2101 L Street NW Ste. 1000 |
| McLean, VA 22102 | Washington, DC 20037 |
| 17037491300 | 2023313181 |
| Fax: 17037148307 | Fax: 2023313100 |
| Email: bargerd@gtlaw.com | Email: berga@gtlaw.com |
| | |
| Miriam Goldman Bahcall | Steven Marc Malina |
| Greenberg Traurig LLP | Greenberg Traurig LLP |
| 77 West Wacker Dr. Ste. 3100 | 77 W Wacker Dr. Ste. 3100 |
| Chicago, IL 60601 | Chicago, IL 60601 |
| 3124765135 | 3124765133 |
| Fax: 3124568435 | Fax: 3128990423 |
| Email: bahcallm@gtlaw.com | Email: malinas@gtlaw.com |

*Counsel to RagingBull.com, LLC, Jeffrey M. Bishop, Jason Bond, Jason Bond, LLC, Sherwood Ventures, LLC*

| | |
|---|---|
| Brian Levin | John T Zach |
| Levin Law PA | Boies Schiller Flexner LLP |
| 2665 South Bayshore Dr. PH2B | 55 Hudson Yards |
| Miami, FL 33133 | New York, NY 10001 |
| 3055390593 | 2124462300 |
| Fax: 3056764443 | Fax: 2124462350 |
| Email: brian@levinlawpa.com | Email: jzach@bsfllp.com |
| | |
| Jonathan Mark Shaw | Matthew L Schwartz |
| Boies Schiller and Flexner LLP | Boies Schiller Flexner LLP |
| 1401 New York Ave. 11th Fl. | 55 Hudson Yards |
| Washington, DC 20005 | New York, NY 10001 |
| 12022372727 | 2124462300 |
| Fax: 12022376131 | Fax: 2124462350 |
| Email: jshaw@bsfllp.com | Email: mlschwartz@bsfllp.com |

Sabina Mariela
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10001
2124462300
Fax: 2124462350
Email: smariella@bsfllp.com

*Counsel to Kyle W. Dennis, Winston Corp., Winston Research, Inc.*

Ari Nicholas Rothman
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
12023444000
Fax: 12023448350
Email: anrothman@venable.com

*Counsel to MFA Holdings Corp.*

                                                          /s/
                                       Mark S. Saudek