**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 1:20-cv-03538 - GLR |
| | ) |
| RAGINGBULL.COM, LLC f/k/a | ) |
| LIGHTHOUSE MEDIA LLC, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**EXHIBITS 1-5**

**TO**

**DEFENDANTS' CONSOLIDATED
RESPONSE TO MOTION FOR ORDER TO SHOW CAUSE
WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE**