Exhibit 2

**Dr. Yoram (Jerry) Wind**
**President, Wind Associates**
1041 Waverly Road
Gladwyne, PA 19035
Tel: (610) 642-2120
E-Mail:  windj@wharton.upenn.edu

# Report of Dr. Yoram Wind Assessing the Validity of the Allegations in the FTC Complaint and Request for a Preliminary Injunction in FEDERAL TRADE COMMISSION v. RAGINGBULL.COM, LLC, et al., Case 1:20-cv-03538-GLR

**<u>TABLE OF CONTENTS</u>**

**Page**

I.    Overview and Summary of Approach and Conclusions ............................................................... 4

II.   Background and Objectives .................................................................................................... 11

III.  Qualifications ........................................................................................................................ 13

IV.   Approach ............................................................................................................................... 15

V.    Findings…………………………………………………..................................................... 19

    A.   The Context  ...................................................................................................................... 19

    B.   The Raging Bull Business Model, Choice Architecture and Actions ................................... 43

    C.   A Comparison of the World "Had the FTC Complaint Been Valid" Vs. Reality Does Not Support the FTC's Allegations…….............................................................................................. 75

    D.   Evaluation of the "evidence" Offered by the FTC .............................................................. 95

    E.   Overall Assessment of All the Available Data Demonstrate A Strong Convergence Validity Of The Conclusion That RB Did Not Deceive Its Customers .................................................. 96

    F.   Required Additional Data  ................................................................................................. 96

VI.   Conclusions............................................................................................................................ 97

Appendices:

A – My Resume and Cases Testified in
B – Material Relied On

## LIST OF EXHIBITS

### A. THE CONTEXT

- Exhibit 1: Raging Bull Facebook Ad Spend Shows it Primarily Targets Consumers Between the Ages of 35 and 54
- Exhibit 2: Raging Bull Google Ad Spend Shows it Primarily Targets Consumers Between the Ages of 35 and 54 Across Multiple Products
- Exhibit 3: Raging Bull's Advertisements Target First-Time and Sophisticated Investors with Products Appropriate for Each Group
- Exhibit 4: Raging Bull Places Ads So That They Will be Seen By its Targeted Audience
- Exhibit 5: Most of Raging Bull's Revenues are from Specialized Expensive Products Sold to Sophisticated Investors
- Exhibit 6: A Significant Portion of Revenues are Tied to Options Trading Products Which Require Sophisticated Traders to Have Clearance with Brokerage Firms
- Exhibit 7: Raging Bull Refers Subscribers to Information Regarding Options Level Clearances
- Exhibit 8: Higher Income Individuals Have a Greater Affinity for Visiting RB Sites
- Exhibit 9: Higher Educated Individuals Have a Greater Affinity for Visiting Raging Bull Sites
- Exhibit 10: Raging Bull Operates in a Very Competitive Market with Many Competitors Offering Similar Products with Similar Pricing
- Exhibit 11: Raging Bull's Competitors Employ Similar Terms and Conditions Which are Accepted Throughout the Industry
- Exhibit 12: The competitive market as seen in a search for "Raging Bull stock market classes"
- Exhibit 13: An illustrative buying process
- Exhibit 14: Price Points for RB Products Show High Decision Involvement
- Exhibit 15: Raging Bull Customer Reviews Demonstrate that Purchasing Raging Bull Products is a High Involvement Decision

### C. A COMPARISON OF THE WORLD "HAD THE FTC COMPLAINT BEEN VALID" VERSUS. REALITY DOES NOT SUPPORT THE FTC'S ALLEGATIONS

- Exhibit 28: Customer Retention Contradicts FTC's Assumed World
- Exhibit 29: Illustrative Referrals Contradict the FTC's Assumed World
- Exhibit 30: Refund Rates Contradict the FTC's Assumed World
- Exhibit 31: Raging Bull's Tracking of Reasons for Refunds Given Contradicts FTC's Allegations
- Exhibit 32: More Examples of Satisfied Raging Bull Customers
- Exhibit 33: Usage of Educational Pages on the Raging Bull Customer Dashboard Contradicts the FTC's Allegation of No Value to the Offerings
- Exhibit 34: Raging Bull's Gurus Have Made Numerous Public Appearances and Publications with Reputable Financial News Organizations Regarding Raging Bull's Services
- Exhibit 35: Process for Cancelling a Subscription
- Exhibit 36: The Process to Cancel Auto-Renewal Subscriptions is Simple with Automatic Reminders that Contradict the FTC's Allegations

### B. THE RAGING BULL BUSINESS MODEL, CHOICE ARCHITECTURE AND ACTIONS

- Exhibit 16: Raging Bull's Business Funnel Demonstrates that Raging Bull has No Incentive to Deceive its Customers
- Exhibit 17: Raging Bull's Return on Investment and High Cost of Acquisition Demonstrates that it has an Incentive to Retain Subscribers
- Exhibit 18: Raging Bulls Grants Refunds in Many Situations Showing that the Customer is Not Trapped After Purchase
- Exhibit 19: To be Profitable, Raging Bull Must Focus on Maintaining Customer Level Profitability to Achieve Optimal Lifetime Returns on Investment
- Exhibit 20: Raging Bull Continuously Invests in Improving the Customer Experience
- Exhibit 21: Raging Bull's Customer Support and Customer Sales Teams are Trained to Make Sure Customers are Aware of Raging Bull's Terms and Conditions
- Exhibit 22: Raging Bull has Improved Compliance by Conducting Trainings for its Personnel
- Exhibit 23: Raging Bull Conspicuously Displays its Disclosures Throughout the Critical Points of the Purchase Process
- Exhibit 24: Raging Bull's Digital Sales Strategy Ensures that Most Customers Experience Free Educational Content Prior to Purchase
- Exhibit 25: Raging Bull's Subscribers Voluntary Reviews and Testimonials Re their Experience is Inconsistent with the Allegations
- Exhibit 26:  Customers report substantial profits that contradict the allegations that income potential claims are not valid
- Exhibit 27: Unsolicited Customer Testimonials, Customer Reviews, and Social Media Posts Contradict Claim that Income Potential Claims are Not Valid

## I.  Overview and Summary of Approach and Conclusion

### A.  The Objective of this Report

1.   The FTC's Complaint and the FTC's subsequent pleadings allege that the Raging Bull Defendants ("the Company" or "RB") have made false or unsubstantiated earnings claims and material misrepresentations, defrauding customers of more than $137 million. In relation to the Company's advertising and marketing practices, the FTC asserts that Raging Bull's practices are deceptive, from its instructors' claims of trading success to Raging Bull holding itself out as offering defined market strategies. The FTC asserts that Raging Bull impliedly or explicitly claims that anyone can profitably use Raging Bull's services, regardless of how much time, money, or experience a customer may have. The FTC further alleges that Raging Bull is deceptive in its use of advertising claims involving unverified unsubstantiated and positive consumer testimonials. The FTC also alleges that Raging Bull's disclaimers confirm the Company's lack of substantiation for its earning claims.  I understand that the Defendants deny each such allegation.

2.   As a marketing, consumer behavior and education expert (see Section III for my qualifications) I was retained by counsel for the Raging Bull Defendants to evaluate the FTC's Complaint and the available data in the case to determine whether, based on current marketing theory and practice, Raging Bull customers were deceived and whether, as a result, those customers suffered injury that should be actionable under the FTC Act Section 5.

### B.  The Approach

3.   I was surprised to see that the FTC's Complaint was not based on a conceptually sound understanding of consumer behavior and marketing nor on any generalizable empirical data on the perceptions and behavior of the Raging Bull customers, and the FTC Complaint in fact ignored most of the available data that contradicts the FTC's speculative and unsupported allegations. Thus, my approach in addressing the task of scientifically evaluating the FTC Complaint focused on the following six areas of investigation:

    a.   Understand and briefly outline the context of the Raging Bull business

        • Are the Raging Bull customers, as assumed implicitly by the FTC, gullible and vulnerable <u>or</u> are they sophisticated traders?

- Does Raging Bull, as assumed implicitly by the FTC, have monopoly power (as opposed to Raging Bull operating in a highly competitive market), such that Raging Bull customers would be unfamiliar with the similar business practices of competitors in the market?

- Are the Raging Bull offerings low involvement impulse purchase items or are they financial services characterized by high involvement decisions?

- Are Raging Bull's customer's buying decisions driven by the simplistic "stimulus response" model in which they see an ad and buy the product or are they instead engaged in a lengthy consumer journey involving information discovery?

a.  <u>Assess the FTC allegations in the context of Raging Bull business model, choice architecture and actions.</u>

In each of these domains, which include seven areas of investigation, the question is whether the decisions and actions of Raging Bull are consistent with those of a firm that can benefit or not from deceiving its prospects and customers. Just examining the Raging Bull business model may be all one needs to do in order to assess the validity of the FTC allegations. If, for example, the Raging Bull business and revenue model is such that deceiving its prospects and customers has the effect of hurting the company (versus not deceiving them and thereby benefiting the Company) one can easily conclude that Raging Bull would have no motivation to deceive its customers. In addition, we investigated five other aspects of Raging Bull's choice architecture: the sales process; the buying process; the web site and SEO; the ads; and the claims of income potential.

b.  <u>Compare the scenario of the world if the FTC allegations were valid versus reality</u>. I identified 14 relevant characteristics that if the FTC allegations were valid we would have expected them to occur. These characteristics included the following:

- No repeat customers

- Customers would not refer others

- Large number of complaints regarding the items complained about by the FTC

- Large number of requests for refunds

- Departing customers and those requesting refunds would do so because of being deceived

- Customers will not volunteer to give testimonials

- Customers will not be satisfied

- Seminars and related material will have no value

- There will be no positive third-party validation of the offerings

- Bishop, Bond and Dennis (and the other instructors) are not qualified to offer the services

- It is difficult to cancel subscriptions

- Customers in deciding to subscribe rely only on the advertising and marketing materials and their disclaimers

- Most of Raging Bull's revenues are from negative options and most customers ask for refunds and to cancel them

- There is no mechanism for simple cancelation of negative options

An analysis of the available data to determine whether these conditions exist is a reliable and valid way of assessing the validity of the FTC allegations. If these conditions exist, the FTC's allegations have merit; if, on the other hand, they do not exist, there is no empirical support for the FTC allegations.

d. <u>Evaluation of the "evidence" offered by the FTC.</u> The FTC includes 21 consumer affidavits in support of its request for a preliminary injunction. The FTC's purpose in doing so is to convince the Court that customers have been both defrauded and injured as a result of the Defendants' business conduct – the fundamental issue before the Court. In so doing, the FTC appears to be suggesting that the experience of these 21 affiants/customers is representative of the experience of most or all of the approximately 80,000 current (and many more past) Raging Bull customers and that it provides support for the conclusion that most or all Raging Bull current and past customers have had similar such experiences. To further that position throughout the FTC Complaint the FTC does not document the number of deceived or harmed consumers but relies on (unsubstantiated)

generalization, such as "numerous consumers" (¶28 and ¶73), "substantial numbers" (¶60) and "in numerous instances" (¶26). Thus, a critical part of this report is to assess:

- The representativeness and generalizability of the FTC Complaint affidavits to the broader Raging Bull customer base

   1. The soundness of the sampling methodology that led to the selection of these affidavits

   2. The sample size

   3. The questions and context leading to the creation of the affidavits

In addition, the FTC presents a number of allegedly deceptive advertisements and marketing materials with the implicit suggestion to the Court that they are representative of ALL of Raging Bull's advertising and marketing materials. Again, the purpose of our analysis is to assess the representativeness, opportunities and impact of these advertisements and marketing materials.

e. <u>Testing for the convergence validity of the data</u>. Given the large number of "tests" (the four context items, the eight choice architecture items and the 14 FTC "world versus reality" tests) a powerful way of assessing the validity of the FTC Complaint allegations is to explore the consistency of results across all of these various tests and whether the "evidence" provided by the FTC contradict these findings.

f. <u>Identify any additional data that could increase our confidence in our conclusion and validate our findings</u>. Given that: (a) the FTC did not provide any empirical support of their allegations other than a few anecdotal (and unvalidated) stories; and (b) we did not have some critical evidence needed for conclusive determination of whether customers were deceived or not, we identified at the minimum four other required sources of information. These included:

- Consumer perceptions of the Raging Bull ads, marketing and sales material and understanding of the terms and conditions involved in the purchase of an Raging Bull service

- Determining the validity and generalizing of the 21 affidavits submitted by the FTC

- Content analysis of the approximately 240 consumer complaints identified and cited to the Court by the FTC

- Content analysis of the recorded sales and service calls

## C.  The Findings

4.  Our analysis of the data available in this case (and highlighted in the 36 exhibits of this report and summarized in Exhibit A) shows that there is no empirical support of any of the FTC's allegations. Furthermore, as discussed in Section V.D and summarized in Exhibit B, the FTC's allegations contradict established social science research, marketing research and consumer research methodology.

### Exhibit A:
### Summary comparison of the world according to the FTC versus reality

| The world had the FTC allegation been valid | The contradicting reality: Is there any evidence to support the FTC allegations? |
|---|---|
| The Context | |
| • The target audience is naïve, gullible and vulnerable (¶25) | No |
| • Market is not competitive (¶26-29) | No |
| • The product offering does not require high involvement decision (¶30-31) | No |
| • The consumers follow simplistic stimulus response model and do not engage in a buying journey (¶32) | No |
| | No |
| The FTC's allegations vs. RB business model, choice architecture and actions | |
| • The bus and revenue models are designed to have Raging Bull benefit from deception (¶36-37) | No |
| • The choice architecture re the sales and customer service processes incentivizes deception (¶38) | No |
| • The choice architecture of the buying process facilitates deception (¶39) | No |
| • The choice architecture of the website and digital strategy facilitates deception (¶40) | No |
| • The choice architecture of the customer experience facilitates deception (¶41) | No |
| • The ads identified by the FTC are representative of all the ads of RB are deceptive and effective (¶42) | No |
| • The income potential claims are misleading (¶43) | No |
| | No |
| Comparing the world had the FTC allegations been valid vs. reality | |
| • No repeat customers (¶46) | No |
| • Customers will not refer others (¶47) | No |
| • Large number of complaints to the company and outside agencies re the items complained by the FTC (¶48) | No |

**Exhibit A:**
**Summary comparison of the world according to the FTC versus reality**

| The world had the FTC allegation been valid | The contradicting reality: Is there any evidence to support the FTC allegations? |
|---|---|
| • Large number of requests for refund (¶50) | No |
| • Customers who leave and request a refund would have done so because of perceived deception (¶51) | No |
| • Customers do not volunteer to give positive testimonials and reviews (¶52) | No |
| • Customers are not satisfied (¶53) | No |
| • The seminars and related material have no value (¶54) | No |
| • There are no positive third party validation of the offerings (¶55) | No |
| • Bishop and Bond (and the other instructors) are not qualified to offer the services (¶56) | No |
| • It is difficult to cancel subscriptions (¶57) | No |
| • Customers deciding to subscribe rely only on Raging Bull's ads, sales and marketing materials and the disclaimers (¶59) | No |
| • Most of RB revenues are from negative options (¶60) | No |
| • No mechanism for simple cancelation of negative options (¶61) | No |

**Exhibit B**
**Summary Assessment of the Validity of the FTC "Evidence"**

| The 21 affidavits | The contradicting reality: Is there any evidence to support the FTC allegations? |
|---|---|
| • Where they selected in a scientific way that allow generalizability to the RB universe | No |
| • Is the sample large enough to offer any generalizable data | No |
| • Where the questions and context unbiased and not leading | No |
| **The few elected ads and marketing examples** | **The contradicting reality: Is there any evidence to support the FTC allegations?** |
| • Where they selected in a scientific way that allow generalizability | No |
| • Is the sample large enough to allow generalizability | No |
| • Did they have the impact assumed by the FTC | No |

**D.  My Conclusion**

5.  My analysis and these results show a very high convergence validity among the many sources of data examined that demonstrate that the FTC's allegations are not supported by any meaningful or credible data. Furthermore, the "evidence" offered by the FTC lacks the needed scientific reliability, validity and generalizability, and I have not seen any conceptual or empirical support for the speculative and unsupported FTC allegations. Thus, with great scientific confidence I conclude that the FTC's allegations are invalid. The data shows clearly that the Raging Bull customers were not deceived and thus did not suffer any harm as a result of any such alleged deception. Despite my strong confidence in the results, given that the FTC's allegations put at risk the destiny of a company with over 160 employees and the welfare of tens of thousands of consumers who have benefited from the services of the company (both educationally and monetarily), I would strongly recommend to the Court to undertake the additional analyses I identify to further validate my conclusions.

6.  In summary, in my expert opinion, based on the analyses of the available data and the FTC allegations, there is no conceptual or empirical support for the FTC's allegations. The allegations and the "evidence" provided by the FTC appear not to be valid as a factual matter under well-established marketing theory and practice, and therefore would not support a conclusion that the FTC is likely to prevail on the merits of its Complaint/allegations.

## II. **Background and Objectives**

### A. Background

7.    Raging Bull is a subscription-based publisher started in 2014 that provides customers with training and educational materials to learn trading strategies and considerations for their own investing activity. Raging Bull publications describe multiple trading strategies, which are developed and taught by Raging Bull's instructors through a mix of instructional videos, daily stock watch lists, and exemplar trading activity occurring in real time. At the time of the FTC's filing of its Complaint, Raging Bull employed approximately 160 employees and had approximately 80,000 subscribers.

8.    I understand that on December 7, 2020, the FTC initiated an action in federal district court via a Complaint for Permanent Injunction and Other Equitable Relief pursuant to Sections 5, 13(b) and 19 of the Federal Trade Commission Act and the Restore Online Shoppers' Confidence Act.  The Complaint was filed concurrently with a Temporary Restraining Order with Asset Freeze, Appointment of a Temporary Receiver, Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("TRO"), which was accompanied by several exhibits. The following day, on December 8, the Court granted the FTC's TRO request. On December 10, Defendants filed a Motion to Stay Enforcement or Modify the TRO, which was opposed by the FTC on December 11 and denied by the Court on December 15. At the request of the parties, the Court extended the TRO until the preliminary injunction hearing, which was subsequently scheduled for February 5, 2021.

9.    The FTC's Complaint, the TRO and the FTC's subsequent pleadings allege that the Defendants have made false or unsubstantiated earnings claims and material misrepresentations, defrauding customers of more than $137 million. In relation to the Company's advertising and marketing practices, the FTC asserts that Raging Bull's practices are deceptive, from its instructors' claims of trading success to Raging Bull holding itself out as offering defined market strategies. The FTC asserts that Raging Bull impliedly or explicitly claims that anyone can profitably use its services, regardless of how much time, money, or experience a customer may have. The FTC further alleges that Raging Bull is deceptive in its use of advertising claims involving unverified, unsubstantiated, positive consumer testimonials. The FTC also

claims that Raging Bull's disclaimers confirm the Company's lack of substantiation for its earning claims. I understand that the Defendants deny each such allegation.

## B. Objectives

10.   The objective of this report is to assesses whether based on a preliminary analysis of the FTC's Complaint and the factual allegations cited therein as well as the currently available evidence, it is likely that customers were defrauded and, as a result, suffered consumer injury that should be actionable under FTC Act section 5. More specifically, whether well-established marketing theory and practice would: (a) support the allegations set forth in the FTC's complaint and the conclusions that the FTC would have the Court reach; and (b) identify additional empirical evidence (e.g., survey of consumer perceptions and behavior) the Court would need to examine before it could confidently conclude that the FTC's allegations are valid and sufficient to support the entry of the FTC's requested preliminary injunction.

### III.    Qualifications

11.    I am the Lauder Professor Emeritus and Professor of Marketing at the Wharton School of the University of Pennsylvania. I joined the Wharton staff in 1967, upon receipt of my doctorate from Stanford University. I took Emeritus status in July 2017.

12.    <u>Publications</u> – I have been a regular contributor to the marketing field, including 25 books and more than 300 papers, articles, and monographs. My books and articles, which are frequently cited by other authors, encompass marketing strategy, marketing research, new product and market development, consumer behavior, organizational buying behavior, and global marketing strategy. My recent books include *Beyond Advertising: Creating Value Through All Customer Touchpoints*, The Network *Imperative: How to Survive and Grow in the Age of Digital Business Models* and *Transformation In Times of Crisis*.

13.    <u>Editorships</u> – I have served as editor-in-chief of the Journal of Marketing, as a guest editor of the major marketing journals, and on the policy boards of the Journal of Consumer Research and Marketing Science, and I have been on the editorial boards of the major marketing journals. I founded Wharton School Publishing and served as its first editor from 2003 to 2008.

14.    <u>Teaching, Research and Consulting</u> – I have taught MBA, Ph.D., and executive development courses on a wide range of marketing topics. I was the founding Director of the Wharton think tank The SEI Center for Advanced Studies in Management and directed it from 1988 to 2018. I have consulted extensively for Fortune 500 firms. I am a member of the executive committee of SEI, trustee of Philadelphia Museum of Art, Curtis Institute of Music and Grounds for Sculpture. I am also an advisor for a number of startups and non-profit organizations. In my teaching, research, consulting, editorial, and university positions, I have designed, conducted and evaluated thousands of marketing and consumer research studies and designed or led the development of and evaluation of thousands of marketing and business strategies.

15. <u>Areas of Expertise</u> – Marketing, marketing driven business strategy, consumer behavior, organizational buying behavior, new product development, advertising, creativity and innovation, marketing research and modeling and education.

16. <u>Expert Witness</u> – I have conducted and evaluated marketing and consumer research in litigation contexts, have been qualified as a marketing and survey research expert, and testified at deposition and trial in federal courts.  A list of my deposition and trial testimony in the last four years is included as part of **Appendix A**.

17. <u>Awards</u> – I have received numerous awards, including the four major marketing awards – The Charles Coolidge Parlin Award (1985), the AMA/Irwin Distinguished Educator Award (1993), the Paul D. Converse Award (1996), and MIT's Buck Weaver Award (2007) – and received the first Faculty Impact Award by Wharton Alumni (1993). I was elected to the Attitude Research Hall of Fame in 1984 and have also been honored with research awards, including two Alpha Kappa Psi Foundation awards. In 2001, I was selected as one of the ten grand Auteurs in Marketing, and in 2003 I received the Elsevier Science Distinguished Scholar Award of the Society for Marketing Advances. In 2010, I was selected as one of the Ten Legends of Marketing, and Sage Publications has published eight volumes of my writings. In 2017, I was inducted into the Marketing Hall of Fame.

18. <u>Resume</u> – My resume, attached here as **Appendix A**, can also be viewed online at: https://faculty.wharton.upenn.edu/wp-content/uploads/2016/11/Jerry.Wind_.CV_.12.19.pdf

19. <u>Documents Relied Upon</u> – The documents that I reviewed in preparing this report are listed in **Appendix B**.

20. <u>Compensation</u> – My compensation is at my regular consulting rate of $1,000 an hour and is not contingent on the opinion I express or on the outcome of the case.

## IV.   **Approach**

21.   The FTC's allegations are based on a number of implicit assumptions and anecdotal evidence which the FTC would like the Court to accept as facts. The implicit assumptions include:

   a.   Raging Bull targeted an audience that was especially gullible or vulnerable to believing Raging Bull's allegedly false and deceptive representations.

   b.   Raging Bull subscribers did not understand what they were purchasing or thought they were purchasing something materially different from what was described to them by Raging Bull;

   c.   Raging Bull subscribers decided to subscribe based only on Raging Bull's advertising, marketing and sales activities

   d.   Raging Bull's alleged false and deceptive representations were material to their decision to purchase the Raging Bull service; and

   e.   Raging Bull customers suffered compensable harm as a result.

22.   We would have expected the FTC to support these assumptions empirically, but they have not done so. The FTC's conclusions are based mostly on speculation, through a few affidavits from customers, and from selective reference to a few ads and marketing materials (without regard to whether they are fairly representative of Raging Bull's overall program or how much of the alleged consumer injury is attributable to these specific ads). However, that is not a sufficiently rigorous scientific basis for reaching those conclusions. Absent that fundamental empirical evidence, the purpose of this report is to look for conceptually sound and empirically based evidence that would allow us to determine the validity the FTC allegations.

23.   To evaluate the FTC's allegations this report focused on six tasks:

   a.   Assess the FTC's allegations in the context of the Raging bull business including:

   - The target audience

   - The competitive market

   - The nature of the product offering involving a high involvement decision

   - The consumer journey leading to the purchase decision

b.  <u>Assess the FTC's allegations in the context of Raging Bull business model, choice architecture and actions including:</u>

- The <u>business model</u> to assess whether Raging Bull can benefit from the alleged deception

- The choice architecture regarding the <u>sales process, customer service and other functions</u> to assess whether it incentivizes deception

- The choice architecture of the <u>buying process</u> to assess whether it facilitates deception

- The choice architecture of the <u>website and their SEO and digital strategy</u> to assess whether it facilitates deception

- The choice architecture of the <u>customer experience</u> initiatives to assess whether it is consistent with a culture of deception

- The <u>ads</u> identified by the FTC to assess whether they are deceptive and representative of all the ads of Raging Bull and their likely impact

- The <u>income potential claims</u> to assess whether they are deceptive and representative of all the income claims of Raging Bull

c.  <u>Compare the scenario of the world had the FTC allegations been valid versus reality</u>.

Had the FTC allegations been valid one would have expected the following scenarios:

- No repeat customers

- Customers will not refer others

- Large number of complaints to the company and outside agencies regarding the items complained by the FTC

- Large number of requests for refund

- Customers who leave and request a refund would have done so because of perceived deception

- Customers will not volunteer to give testimonials

- Customer will not be satisfied

- The seminars and related material will have no value

- There will be no positive third-party validation of the offerings

- Bishop and Bond (and the other instructors) are not qualified to offer the services

- It is difficult to cancel subscriptions

- Consumers in deciding to subscribe rely only on the Raging Bull advertising and marketing materials and their disclaimers

- Most of Raging Bull revenues are from negative options and

- There are no mechanisms for simple cancelation of negative options

We will compare these scenarios to the actual data.

d. <u>Evaluation of the "evidence" offered by the FTC</u>. The FTC includes 21 consumer affidavits in support of its request for a preliminary injunction. In so doing, the FTC appears to be suggesting that the experience of these 21 affiants/consumers is representative of the experience of most or all approximately 80,000 current (and many more past) Raging Bull customers and that it provides support for the conclusion that most or all Raging Bull customers have had similar such experiences. Thus, a critical part of this report is to assess:

- The validity of these affidavits

- Their representativeness of and generalizability to the Raging Bull customer base

    1. The soundness of the sampling methodology that led to the selection of these affidavits

    2. The sample size

    3. The questions and context leading to the creation of the affidavits

In addition, the FTC presents a number of allegedly deceptive ads and marketing materials with the implicit suggestion that they are representative of ALL of Raging Bull advertising and

marketing material and imply that they contain deceptive messages. Again, the purpose of our analysis is to assess the appropriateness and potential impact of these ads and marketing materials.

e.  <u>Overall assessment of all the available data to assess whether there is convergence validity</u>[1] <u>of the findings</u>. While the analysis in the first three sections focused on individual aspects of the FTC's allegations, and the fourth section as the "evidence" provided by the FTC. The purpose of this phase of analysis is to examine the consistency of findings across all of the previous data to determine if there is a convergence validity of the findings.

f.   <u>Identify what other data will be required</u>[2]

To validate our findings and increase our confidence in our conclusions, I would recommend we undertake the following:

- Conduct customer experiment to assess the current offering (test) versus a control group exposed to the FTC recommended offerings – only a properly conducted experiment can offer conclusive evidence on consumer perceptions of advertising, websites or other marketing material.

- Analysis of the validity and generalizability of the 21 consumer affidavits

- Analysis of the FTC cited complaints

- Analysis of the recorded sales and service calls

---

[1] See for example: Campbell and Fisk,...

[2] To the extent that the value of the RB offerings is still at issue, it will be helpful to have a recognized trading expert from one of the leading universities assess the value of the RB offerings

## V.    <u>Findings</u>

24.    The findings section is presented in six sections corresponding to the six phases of our research approach.

### A.  The Context

25.    <u>The target audience is not likely to be deceived</u>.

In contrast to the FTC implicit assumption, the target audience and customer base of Raging Bull is not naïve, gullible or vulnerable. Examination of Raging Bull's target advertising and marketing show the following:

a.  Only 12.1% of their Facebook advertising from June 2012 to December 2020 was targeted at consumers over 65 years of age. This is consistent with the primary target market of Raging Bull, which is 35-54 years old who received 45.2% of the advertising budget[3]. The focus on this segment has been consistent throughout the 2016 to 2020 period and is illustrated in Exhibit 1 for the Raging Bull ads of Jason Bond.

---

[3] Source: fb-spending-by-age/png.

**Exhibit 1:**
**Raging Bull Facebook Ad Spend Shows it Primarily Targets Consumers Between the Ages of 35 and 54[4]**

Below is a chart representing Raging Bull's total ad spend on Facebook for Jason Bond Picks with respect to different age demographics.



*Percentages on chart represent amount of total Facebook ad spend for Jason Bond Picks.
**The advertising strategies used for and products offered by Jason Bond Picks are representative of Raging Bull's overall advertising strategy and product base.

| Total Facebook Ad Spend for Jason Bond Picks | |
|---|---|
| 2016 | $125,839 |
| 2017 | $237,593 |
| 2018 | $524,860 |
| 2019 | $802,888 |
| 2020 | $3,537,308 |

---

[4] Sources for chart and table:
Jason-Bond-Picks-Campaigns-Jan-1-2016-Dec-31-2016.csv
Jason-Bond-Picks-Campaigns-Jan-1-2017-Dec-31-2017.csv
Jason-Bond-Picks-Campaigns-Jan-1-2018-Dec-31-2018.csv
Jason-Bond-Picks-Campaigns-Jan-1-2019-Dec-31-2019.csv
Jason-Bond-Picks-Campaigns-Jan-1-2020-Dec-31-2020.csv

b.  The Google ad spent was similarly targeted at the 35-54 years old and customers interested in financial services. Exhibit 2 shows the target age group of four of the major Raging Bull products – Jason Bond Picks, Bullseye Trades, Fast 5 and Weekly Money Multiplier – for the 2014-2020 period.

**Exhibit 2:**
**Raging Bull Google Ad Spend Shows it Primarily Targets Consumers Between the Ages of 35 and 54 Across Multiple Products[5]**



*Ad spend for unknown age demographics have been excluded
**Percentages in chart above represent percent of total ad spend per product

| Total Google Ad Spend | |
|---|---|
| Jason Bond Picks | $8,291,404.16 |
| Bullseye Trades | $2,705,364.01 |
| Fast 5 | $1,843,303.75 |
| Weekly Money Multiplier | $7,381,432.68 |

---

[5] Source: 2014-2020 JBP Adwords By Age.png
2014-2020 BET Adwords By Age.png
2014-2020 Fast5 Adwords By Age.png
2014-2020 WMM Adwords By Age.png

c. The content of the advertising, email and marketing programs was clearly targeted at two groups – first-time investors who wanted to learn the fundamentals and sophisticated investors interested in advancing their investment competencies. Exhibit 3 illustrated the type of ads targeted at these two segments.

<u>**Exhibit 3:**</u>
**Raging Bull's Advertisements Target First-Time and Sophisticated Investors with Products Appropriate for Each Group**

Below are two examples of front-end product offers for <u>first-time investors</u>.

*Example #1:*



**Exhibit 3 (con't):**

**Raging Bull's Advertisements Target First-Time and Sophisticated Investors with Products Appropriate for Each Group**

*Example #2:*



**Exhibit 3 (con't):**

**Raging Bull's Advertisements Target First-Time and Sophisticated Investors with Products Appropriate for Each Group**

Below is an example of a back-end product offer for <u>sophisticated investors</u>. Note the higher price point.

*Example #1:*



d.   The placement of the ads was mostly in English language channels appealing to investors. Exhibit 4 presents an illustrative target ad channels. Given the heavy reliance on programmatic media buys the firm has focused on target investor segments. Raging Bull conducts most of its paid advertising placed through Facebook and Google (which includes YouTube). For example, as shown in Exhibit 1, Raging Bull spent over $3.5 million in advertising on Facebook in 2020. However, Raging Bull also advertises through other channels to reach its target audience of people interested in trading and financial news.

**Exhibit 4:**
**Raging Bull Places Ads So That They Will be Seen By its Targeted Audience[6]**

| Advertising Channel | Explanation |
|---|---|
| Facebook (Directly and via https://radintelligence.com/) | Social media ads. Primarily based on interest and like audiences (people with similar characteristics to our customers) |
| Yahoo Gemini | Yahoo's ad network. Primarily Yahoo Finance |
| Google Search | This is keyword based targeting on Google Search |
| Google Discovery | Stock market and investing interest targeting |
| Youtube | Primarily interest based targeting and keyword based video ad targeting |
| Google Display (via Adwords and Criteo) | Stock market and investing interest targeting |
| Zemanta | Targeted general business interests |
| Outbrain | Display Ad Network |
| Liveintent | Ad Placements in emails from companies like Washington Post Forbes, Etc. Site based. |
| Taboola | Display Ad Network, primarily through lookalike audiences built off our own audiences |
| PowerInbox | Ad Placements in emails from companies like Washington Post Forbes, Etc. Site based. |
| Microsoft Bing | Keyword based video ad targeting |
| SiriusXM | Radio. Targeting based on channel. Business Channels |
| Radio.com | Radio. Targeting based on channel. Business Channels |
| Strikepoint | A financial based network that ran through Facebook and Google using the same targeting methods above. |
| StrikePointMedia (Email) | Financial Ad Placements (email) |
| Karmaholic | Email Ad Placement Provider (Financial) |
| Investment Media Solutions (Email, Push, Native) | Financial Ad Placements |
| Investing Channel | Financial Ad Placements |
| 8020 Research | They ran email to financial email lists |
| After Offers | Co-Reg offers (inside other financial publication funnels) |
| LeadMark | Single Click Opt In Offers to Financial Lists |

---

[6] Source: Ad Channel Explanation.pdf

e.  Significant part of Raging Bull's revenues are from their advanced packages, which are not the primary focus of the advertising. As seen in Exhibit 5, the vast majority of the Company's revenues is from specialized, high price products aimed at sophisticated investors and sold primarily to current customer s of the entry level products.

**Exhibit 5:**
**Most of Raging Bull's Revenues are from Specialized Expensive Products Sold to Sophisticated Investors[7]**



\* Percentages represent amount of RB yearly total revenue

| Raging Bull Total Revenues | |
|---|---|
| 2018 | $34,531,407 |
| 2019 | $64,552,560 |
| 2020* | $92,220,530 |

\* Through September 2020

---

[7] Sources: TS vs. OF sales by Price Range.csv; 2018-2020 sales and units by price range.pdf

f.   Furthermore, 40.9% of total revenues were generated by programs for option trading (Exhibit 6).

It is important to note that option trading requires pre-qualification as a qualified investor (Exhibit

7). This requirement is illustrated in Exhibit 7.


**Exhibit 6:**
**A Significant Portion of Revenues are Tied to Options Trading Products Which Require Sophisticated Traders to Have Clearance with Brokerage Firms[8]**

| Options Product | 2020 Revenue | % of 2020 Revenue |
|---|---|---|
| Rooster Report | $818,979.00 | 0.9% |
| Weekly Windfalls | $1,431,294.13 | 1.7% |
| Jeff's Portfolio Accelerator | $373,267.09 | 0.4% |
| Bullseye Trade | $3,311,518.93 | 3.8% |
| High Octane Options | $4,062,536.54 | 4.7% |
| Total Alpha | $2,916,116.12 | 3.4% |
| Trade With Kyle | $5,249,970.00 | 6.1% |
| Dollar Ace | $7,494,036.90 | 8.6% |
| Kyle's Bundle | $1,039,713.15 | 1.2% |
| Weekly Money Multiplier | $1,465,256.29 | 1.7% |
| LottoX | $5,214,318.89 | 6.0% |
| Daily Deposits | $1,794,070.39 | 2.1% |
| Options Profit Planner | $243,576.41 | 0.3% |
| **TOTALS** | **$35,414,653.84** | **40.9%** |

---

[8] Source:  Retail Prices - ($).pdf; 2020 Sales Jan - Sept MW Attach 1-4 v1.xlsx

**Exhibit 7:**
**Raging Bull Refers Subscribers to Information Regarding Options Level Clearances**

The Options Product column in Exhibit 6 refers to Raging Bull products which provide strategies for trading options. <u>For subscribers to conduct trades using these strategies, they will need special clearance from their brokerage firms</u>. Below is a screenshot from Raging Bull's dashboard for Jeff Bishop's Total Alpha product explaining to subscribers that they will need to have certain clearances from their brokerage firm. The full source material containing the below screen shot can be found in Total Alpha – Intro to Options.

Here is a glance at the levels of permission that most brokers use:

**Level One:** This allows you to trade cash-backed trades such as calls and puts and that are not bought on margin. You can also write covered calls. To get this type of permission you must have the stocks already in your account and the only options you can buy or sell are those of the stocks you already own. Also, the number of options contracts you can buy or sell is limited to your long stock position. This means that if you own 100 shares of ABC, you can only trade one ABC option for each 100 shares of ABC that you own.

**Level Two:** This gives you Level One capability and also allows you to trade any number of puts or calls that you want (as long as you have the cash or margin buying power), including options on stocks, ETFs, or the indexes.

**Level Three:** This level of approval allows you do everything you can in Level Two and also to trade *spreads*. You cannot do anything *naked* such as uncovered shorting.

**Level Four:** This grants you options approval for everything in Level Three and also allows you to write naked calls and naked puts.

**What Options Permissions Do *YOU* Need?**

It is up to you to determine what type of options permissions you will need and I am unable to advise you or provide any recommendations specific to your own situation. Although I will be discussing options trading strategies that span all these four permission levels, you should only apply for and decide to trade options within the level of your own skill level, trading experience level, comfort and risk tolerance, and availability of capital to risk on an options trade.

The SEC provides similar guidance on the different clearance levels broker-dealers use for trading options.

**Exhibit 7 (con't):**
**Raging Bull Refers Subscribers to Information Regarding Options Level Clearances**

<u>Trading Levels</u>

The information you provide in your options agreement allows your brokerage firm to determine which option trading levels, if any, you qualify for in your account.  These trading levels determine the types of option trades you can execute in your account.  Broker-dealers generally offer 5 levels of option trading representing varying degrees of risk.  Level 1 generally represents the lowest level of risk, while level 5 generally represents the highest level of risk.  The types of option trading that occurs at each level and even the number of levels may vary among brokerage firms.  You may ask your brokerage firm to provide you with a list and description of each option trading level it has available for its customers.

Apart from the options agreement, SEC and FINRA rules require brokers to provide certain disclosures to all potential options investors.  For example, your broker must provide you with a copy of a publication from the Options Clearing Corporation called "Characteristics and Risks of Standardized Options." This publication contains basic information about the characteristics of options as well as detailed examples about the risks associated with various options and options trading strategies.  Make sure you read this publication and carefully consider the information in it before you begin trading options.  For additional information on some of the basics of options trading, you may also review the SEC's investor bulletin "An Introduction to Options" located at http://www.sec.gov/oiea/investor-alerts-bulletins/ib_introductionoptions.html

g.  Individuals with household income of over $100k have a higher infinity (likelihood) to visit the

Raging Bull website. See Exhibit 8.

**Exhibit 8:**
**Higher Income Individuals Have a Greater Affinity for Visiting RB Sites[9]**



*Index refers to the affinity of our audience. An index of 100 is the baseline average. An index above 100 indicates that a group is much more likely to interact with a website. Here, groups with incomes of $100-150k and $150k+ have an index of 135 and 168, respectively. This means that these groups are much more likely to interact with RB's websites than the average user.

---

[9] Source: Quantcast Pixel Data [All Site Events – All Sites].xlsx. Data captured between December 5, 2020 and January 3, 2021

**h.** College and grad school graduates have a higher infinity (likelihood) to visit the Raging Bull website. See Exhibit 9.

<u>**Exhibit 9:**</u>
**Higher Educated Individuals Have a Greater Affinity for Visiting Raging Bull Sites[10]**



*Index refers to the affinity of our audience. An index of 100 is the baseline average. An index above 100 indicates that a group is much more likely to interact with a website. Here, groups with education levels of College and Grad School have an index of 110 and 148, respectively. This means that these groups are much more likely to interact with Raging Bull's websites than the average user.

---

[10] Source: Quantcast Pixel Data [All Site Events – All Sites].xlsx. Data captured between December 5, 2020 and January 3, 2021

26.     The Competition

The market for Raging Bull services is very competitive and include numerous competitors with similar

price range. This is illustrated in Exhibit 10.

**Exhibit 10:**
**Raging Bull Operates in a Very Competitive Market with Many Competitors Offering Similar Products**
**with Similar Pricing**

Below is a list of only 10 of Raging Bull's competitors:



1.
https://moneymappress.com/#subscription_services
Money Map Press offers approximately 26 different subscription packages ranging in price from $299-$17,999
per year.



2.
https://oxfordclub.com/publications/
The Oxford Club offers 12 different VIP Trading Services many of which cost $4,000-$5,000 per year.



3.
https://www.fool.com/services/
Motley Fool Premium Services offers over 30 subscription packages ranging in price from $149-$13,000 per
year.



4.
https://profit.ly/guru/timothysykes
Tim Sykes offers subscription packages ranging from $74.95 to $149.95 per month.



5.
https://secure.warriortrading.com/so/WP3MOB/
Warrior Trading offers a subscription package for $5,997 per year.



6.
https://www.simplertrading.com/store/
Simpler Trading offers over 20 price ranging in price from $297 to $697.

**Exhibit 10 (con't):**

**Raging Bull Operates in a Very Competitive Market with Many Competitors Offering Similar Products with Similar Pricing**



7.
https://www.investorsunderground.com/pricing/

Investors Underground offers education and trading subscription packages ranging in price from $1297 to $2697 per year.



8.
https://skyviewtrading.com/pricing/

sky view trading offers an elite membership subscription package for $1,999 per year.



9.
https://www.thestreet.com/signup/action-alerts-plus-evergreen-sem

Jim Cramer's Action Alerts PLUS offers an annual subscription plan for $299.99 per year.



10.
https://www.palmbeachgroup.com/products/

Paul Beach Research Group offers 10 products ranging from free to $5,000 per year.

27.   Given the presence of so many competitors have implications to the customers buying journey and process, consumers are likely to develop a consideration set of a number of companies and evaluated them before deciding on a product purchase.

28.   Furthermore, having so many competitors increases the likelihood that the consumer is familiar with the terms and conditions of the industry. See Exhibit 11 for comparison of terms used by Raging Bull and a few illustrative competitors.

**Exhibit 11:**

**Raging Bull's Competitors Employ Similar Terms and Conditions Which are Accepted Throughout the Industry**

Nearly all of Raging Bull's competitors use the same components in their terms and conditions such as "no refund" policies and negative options, which the FTC accuses Raging Bull of abusing. To demonstrate the similarities, below is a selection of the terms and conditions from Raging Bull's competitors.



1.

A product for Money Map Press called Weekly Cash Clock is a $5,000 yearly service which has a negative option and a no refund policy.

> ☐   Yes, I want to purchase a one-year membership to ***Weekly Cash Clock***. The credit card I provide today will be automatically charged $4,995 each year for as long as I choose to stay a member. This offer is nonrefundable, however, I can cancel at any time by contacting Customer Service. By checking the box, I also agree to the terms and conditions and privacy policy.

Source:
https://purchases.moneymappress.com/WCKRT/WWCKW909/index.htm?pageNumber=2&source2=welcome&srcpage=%2Fsubscription%2Fweekly-cash-clock%2F&_ga=2.191142378.1956542773.1610405913-976129880.1610405913&productCode=WCK



2.

A product for The Oxford Club called The Viper Alert is a $4,000 yearly service which has a negative option and a no refund policy.

**Billing Terms:** I agree to pay the price mentioned above for a one-year subscription to this service. I understand that each year, my card on file will be billed automatically at the low rate of $4,000 for another year of service, to ensure that I never lose service. If I want to cancel my subscription or remove the automatic renewal feature, I can contact the Member Services Team at any time by clicking here or calling 866.237.0436 or 443.353.4540, Monday through Friday, 8 a.m. to 8 p.m. ET. I have read and accepted the Terms & Conditions and Privacy Policy, which explains how my charge will appear on my credit card statement. I understand there are no refunds.

Source: https://orders.oxfordclub.com/VPAGRETAIL4000/WVPAWB00/index.htm?pageNumber=2

**Exhibit 11 (con't):**

**Raging Bull's Competitors Employ Similar Terms and Conditions Which are Accepted Throughout the Industry**



3.

A product for The Motley Fool called Everlasting Portfolio is a $1,599 yearly service which has a negative option and a no refund policy.

By clicking Submit Order, you are agreeing to our Terms and Conditions and Privacy Policy.

Sales tax may apply. For more information, please see our tax FAQs.

Your subscription will automatically renew at the then current price, using the most recent credit card we have on file. Subscriptions purchased with Apple Pay will renew using Apple Pay. All prices quoted are in U.S. dollars.

To cancel or request changes to your subscription please contact us here. Please note that some subscriptions can be managed online via your My Account page.

## Please remember...

Since you will unlock access to our premium research the second you join *Everlasting Portfolio* we are unable to offer cash refunds. However, if you decide this service is not right for you, simply give us a call within the next 30 days, and a friendly member of our customer service team will assist you in transferring your credit towards another portfolio service here at The Motley Fool.

Source: https://www.fool.com/order/d6c3a137-52ee-4eb0-93ab-fc07b8d5d34d/?c=ep-lp-op&source=i0pfcmtil0000001&testId=op-shoppage-ep&cellId=0&campaign=the-motley-fool



4.

Tim Sykes 'products have a negative option.

☐ By checking this box, I have read and accept the Terms and Conditions, Privacy Policy, and Code of Conduct. I understand that I am subscribing to Pennystocking Silver Monthly for $149.95 per Monthly basis. I understand that I'll be charged $149.95 today for my first Monthly access. When my subscription is up for renewal, my payment method on file will be charged automatically.

Source: https://profit.ly/purchase/16



5.

Warrior Trading has a negative option and a no refund policy.

D. All payments made to Warrior Trading in connection with any product purchased or account or service, and any renewal thereof, are non-refundable; and Warrior Trading does not offer, and is not required to provide, any refunds or credits for any reason, including, without limitation, satisfaction or your failure to cancel your account or service prior to its automatic renewal. There is no circumstance in which you will be entitled to, or Warrior Trading is required to provide, a refund or credit for any reason, including, without limitation, satisfaction or your failure to cancel your account or service prior to its automatic renewal.

Source: https://www.warriortrading.com/disclaimer/

**Exhibit 11 (con't):**

**Raging Bull's Competitors Employ Similar Terms and Conditions Which are Accepted Throughout the Industry**



6.
Simpler Trading has a negative option and a partial refund policy.

Once you are an active member, your account will be renewed either monthly or for theappropriate renewal period, depending on your Membership. If you wish to cancel your Membershipsubscriptionafter the Trial Period, you may do so by following the instructions in the Membership section. Thereare norefunds or credits for partial monthly subscriptions. If Company increases the Membership Fee youwill beprovided notice. By continuing to use your Membership you accept the new price, and the price changewill takeeffect at the start of the next subscription period following the date of the price change.

Source: https://www.simplertrading.com/terms-and-conditions/



7.
Investors Underground has a negative option and a no refund policy.

When you sign up for Investors Underground, you get instant access to tons of invaluable resources that will help you become a better trader. Because of this, we do not offer refunds on subscriptions, however, you can cancel at any time and no future payments will be made. We want our members to stick around for the long run, so if you have any questions before signing up, feel free to reach out.

YOUR MEMBERSHIP WILL AUTOMATICALLY RENEW AND WE WILL

AUTOMATICALLY BILL YOU FOR THE RENEWAL UNLESS YOU CANCEL YOUR SUBSCRIPTION. WE WILL BILL YOU FOR RENEWALS USING THE

PAYMENT OPTION YOU SELECTED AND AUTHORIZED AT THE TIME OF

YOUR INITIAL SUBSCRIPTION PURCHASE; SEE DETAILS ON CANCELLATION BELOW.

Source: https://www.investorsunderground.com/pricing/



8.
Sky View Trading has a negative option and a no refund policy.

By starting a subscription, you understand that we will enroll you in automatic payments until you cancel your subscription. Sky View Trading, LLC has a NO REFUND POLICY and ALL SALES ARE FINAL with any monthly, annual, and lifetime subscriptions.

Source: https://skyviewtrading.com/terms-of-use/

**Exhibit 11 (con't):**

**Raging Bull's Competitors Employ Similar Terms and Conditions Which are Accepted Throughout the Industry**



9. Action Alerts Plus has a negative option and a no refund policy.

Your subscription will continue for the monthly or annual period you select during registration (the "Term"), and renew automatically at the end of the Term, unless you notify us of your decision not to renew your subscription by calling our Customer Service Department prior to the expiration of the Term. If you do not notify us, the then-applicable monthly or annual fee for your subscription will be billed automatically to the credit card you designated during the registration process (or subsequently changed).

If you are a quarterly or monthly subscriber, you will not receive a refund or reimbursement of your subscription fee after your subscription has renewed.

If you are an annual subscriber, you may receive a refund of your annual subscription fee only if you cancel within 30 days of the date of your subscription renewal. After that, although your subscription may be terminated, it cannot be cancelled, and you will not be entitled to any refund, reimbursement, or other credit.

Source: https://www.thestreet.com/static/about/terms-action-alerts.html



10. Palm Beach Research Group has a negative option and a no refund policy.

**Your subscription will continue for the period referenced during registration (the "Term"), and renew automatically at the end of the Term, unless you notify us that you are not renewing your subscription by calling our Customer Service Department at 888-501-2598 Monday through Friday between the hours of 9:00 a.m. and 5:00 p.m. ET, by emailing us at memberservices@palmbeachgroup.com (or other email address we designate) or by another designated cancellation method. You must notify us by using one of the foregoing methods at least one day before the renewal date in order to avoid being charged for the renewal of your subscription. You may not notify us of a decision not to renew your subscription by any other means.** No action by you or your failure to notify us as stated

Source: https://www.palmbeachgroup.com/terms-of-use/

29.     The intensity of the competitive market is clearly evident when one searches for "Raging bull stock market classes" and the first four results are for other companies. I conducted such a search on January 6, 2021 and the results appearing above and ahead of Raging Bull are illustrated in Table 12.

**<u>Exhibit 12:</u>**
**The competitive market as seen in a search for "Raging Bull stock market classes"**



30.   The Raging Bull services are high involvement products

The Raging Bull services are high involvement products that are not purchased on impulse but instead involve a buying decision process. This possibly includes the search on Google or other search engines, seeking advice from friends and others, looking for comparative products and the like. Exhibit 13 illustrates a typical buying process.

**Exhibit 13:**
**An illustrative buying process**

| |
|---|
| **Identification of needs** |
| **Establish specifications** |
| **Search for alternatives** |
| **Establish contact** |
| **Set purchase and usage criteria** |
| **Evaluate alternative buying actions** |
| **Determine budget availability** |
| **Evaluate specific alternatives** |
| **Negotiate** |
| **Buy** |
| **Use** |
| **Conduct post-purchase evaluation** |

31.   What makes the Raging Bull service offering high involvement are factors such as:

  a.   The relatively high price — especially for the advanced products — which account for the bulk of

      Raging Bull sales. Exhibit 14 shows **Raging Bull's** product lineup with each product's annual

      price**.**

**Exhibit 14:**
**Price Points for RB Products Show High Decision Involvement[11]**

| Product Name | Annual Price* | Unlimited Price** |
|---|---|---|
| Monday Movers | $799 | $1,497 |
| Rooster Report | $1,497 | $2,497 |
| Jason Bond Picks | $2,397 | $4,491 |
| Weekly Windfalls | $2,497 | $7,497 |
| Jason's Bundle | $7,190 | $15,982 |
| Jeff's Portfolio Creator | $395 | $795 |
| Jeff's Portfolio Manager | $497 | $997 |
| Jeff's Portfolio Accelerator | $1,799 | $2,999 |
| Bullseye Trades | $399 | $599 |
| High Octane Options | $2,998 | $4,999 |
| Total Alpha | $2,499 | $3,999 |
| Jeff's Bundle | No Annual Price | $7,000 |
| Fast 5 | $788 | $1,588 |
| Sniper Report | $997 | $1,497 |
| Trade With Kyle | $1,499 | $2,999 |
| Dollar Ace | $2,999 | $3,999 |
| Kyle's Bundle | $4,999 | $9,999 |
| Weekly Money Multiplier | $2,998 | $4,998 |
| LottoX | $2,998 | $4,998 |
| Weekend Wiretaps | $897 | $1,197 |
| Profit Prism | $2,397 | No Unlimited Price |
| Profit Prism Platinum | No Annual Price | $7,497 |
| IPO Pay Day | $1,997 | $4,497 |
| Dark Pools | $5,992 | $7,992 |

---

[11] Source: Retail Prices - ($).pdf

**Exhibit 14 (con't):**
**Price Points for RB Products Show High Decision Involvement**

| Product Name | Annual Price* | Unlimited Price** |
|---|---|---|
| Daily Deposits | $1,697 | $2,997 |
| Ben's Profit Factory | $9,686 | $15,486 |
| Angel Insider | $479 | $1,279 |
| Boardroom Spotlight | No Annual Price | $1,892 |
| Boardroom | $3,880 | No Unlimited Price |
| Boardroom VIP | No Annual Price | $9,999 |
| Options Profit Planner | $1,998 | $2,994 |

*Raging Bull often offers many of its products at discounted rates. The prices in the table above are exclusive of any promotional rates.
**For subscribers who choose an unlimited product, they are only charged a nominal yearly renewal fee of $1 to continue with the service.
***As shown in **Exhibit 5**, Raging Bull products with a price point of $200 or greater accounted for 96.4% of total revenues in 2018, 97.8% of total revenues in 2019, and 92.1% of total revenues in 2020.

b. The nature of the product – an educational offering which can have significant impact on the customer income and lifestyle

c. The perceived risk of making the wrong choice

d. The perceived impact on the customer's self-perception and identity

e. The search and due diligence – the need to understand, explore and evaluate various options. The intensity of the search for information will vary by the buying situation – a first time buyer will tend to engage in significant search, whereas a sophisticated buyer may develop shortcuts for the search.

Exhibit 15 illustrates how customers consider the Raging Bull offerings as a high involvement decision.

<u>**Exhibit 15:**</u>
**Raging Bull Customer Reviews Demonstrate that Purchasing Raging Bull Products is a High Involvement Decision**

Below is a selection of Customer Reviews for Jason Bond Picks which demonstrate that subscribers consider the nature of the product, the perceived risks in making the wrong choice, and their self-perception and identity. A full listing of all TrustPilot customer reviews for Jason Bond Picks can be found here:

https://www.trustpilot.com/review/jasonbondpicks.com





**Exhibit 15 (con't):**

**Raging Bull Customer Reviews Demonstrate that Purchasing Raging Bull Products is a High Involvement Decision**



**Ronnie Hall**
✎ 1 review

★★★★★  ✔ Invited                                    Oct 24, 2020

**Feed Me More**

Hey Jason,

I just started and I love Monday Movers mostly because the price was right for me to get in with Raging Bull and see what you guys were about. I bought one of the IWM calls last week and made $50! Mostly though as much as I would love to have someone spoon feed me picks, I really love the master class! I also bought the Double Down and again, I love the picks but I'm trying to grow as a trader.

I've watched and listened to a lot of guys on YouTube and such to try and learn better trading techniques and have learned some. I have thoroughly enjoyed learning to read the charts and find good picks for myself! That's what I've appreciated mostly about your service. Also, I love that your team is made up of real, everyday people like me. It gives me confidence to know that I can do exactly what you've done if I'm willing to put in the time. Anyway, I'll be looking for my own service to teach others on with RagingBull in a year or so, so remember my name!

Ronnie Hall

**Mahdi Haidar**
✎ 1 review

★★★★★  ✔ Invited                                    Oct 21, 2020

**Probably one of the best services out...**



Probably one of the best services out there, my small account has jumped from 1000 to 12000 in less than 6 months following Monday movers

**Exhibit 15 (con't):**

**Raging Bull Customer Reviews Demonstrate that Purchasing Raging Bull Products is a High Involvement Decision**



### Another satisfied customer!

Jason Bond is the Master when it comes to educating complete beginners into all things trading stocks and options. Learning so much more relevant information and strategies from someone who lives and breathes it, day in and day out and it has been an exhilarating ride! I have been 100% satisfied with the services I have signed up for!



### Never do the option trading without your service

Start Option trading for a month now, thanks for giving opportunities to take big step. It was fairly large investment for myself. Surely it will get paid. Your educated guidance along with decades experience will be of big help for me to learn the stock market. One day, will become a millionaire!

**Exhibit 15 (con't):**

**Raging Bull Customer Reviews Demonstrate that Purchasing Raging Bull Products is a High Involvement Decision**



**Gregory Philactos**
✎ 3 reviews

★★★★★  ✓ Verified                                    Aug 22, 2020

### Jason gets an A+ Education is the key

Jason's selections are excellent, but more importantly he explains why they are his selections. The training library alone is worth the price of the service. The book recommendations are a must read. If you are serious about trading stocks or even investing long term you need to learn this stuff, and Jason is an excellent teacher, and he is real. Jason teaches you to fish, in addition to giving you fish. Education is the key. I give him and his service an A+



**Frank Valtierra**
✎ 2 reviews

★★★★★  ✓ Verified                                    Jul 22, 2020

### I'm new to trading

I'm new to trading, since March, and have learned from piecing together resources anywhere I can find them. I recently signed up for the lifetime membership to Monday Movers and can't believe how much of a learning resource it has been! So much great information, videos, reading material, in depth tutorials, and its all in one place! There is way more to this membership than just receiving trade ideas, it's drastically accelerated my trading knowledge and I still have so much more of Jason's teachings to catch up on! Truly a genuine desire to help others learn and grow as a trader. I look forward to everything this service provides and will continue doing business with RagingBull well into the future. I'm also a lifetime member of Kyle's Fast 5 Trades too, another great service offered by this awesome company! Keep up the great work!!

**Exhibit 15 (con't):**

**Raging Bull Customer Reviews Demonstrate that Purchasing Raging Bull Products is a High Involvement Decision**



**Mike**
✎ 1 review

★★★★★                                          May 7, 2020

**Really ?**

Sounds like John, the review before mine, wanted Jason to just put money in his bank account. Trading stocks is either something you want to do and are willing to put forth the effort or not. I have found Jason Bond Picks to be the absolute best service I have came across. This guy is no salesman, you can just pick that up from people, but he makes a hell of a salesman, what I mean by that is he is honest, from the heart, you can definitely see and tell he believes in what he is doing and he's wide open with everything, the good the bad and the ugly. You're not going to find that many other places, if any. His ability to teach is very good. You'll find yourself wanting to talk to him personally or through chat. I'm a member of 3 of his services and couldn't be happier, if I had one improvement to suggest it would be to consolidate all the available information in the website as I will get emails that I have to click the link to get to the info but then can't find it on the website but I can live with that. Jason Bond is the real deal and I think anyone that slights his service simply hasn't given it an honest go or was expecting to be spoon fed money. Cheers Jason, keep up the good work. Mike


**C.P.**
✎ 1 review

★★★★★                                          May 7, 2020

**Great service. Highly recommended. However, expect to put in the effort to learn.**

Been with Jason Bond Picks for less than a year and recently signed up for the lifetime subscription. His high-energy, no nonsense teaching style is awesome. And his knowledge and experience really come through in his lessons. I think the real value here is not so much in the trade alerts (although they definitely help me focus in on potential trades), but in the education and insights he provides into swing trading. Prepare to do a lot of work on your own as far as watching/reading his lessons, and you will gain some serious insight into trading the market.

32.   <u>The Customer Journey</u>

Consumer behavior is much more complex than the naïve FTC assumption that consumers follow the simple "stimulus-response" model, i.e., see or hear an ad and buy the advertised product, a listen to a salesperson's pitch and buy the product. The reality is that, especially for high involvement products, consumers go through a complex buying journey involving many sources of information in addition to Raging Bull's information in advertising, sales calls, webinars and other touch points, which decreases the potential for consumers being deceived merely by viewing advertising and marketing materials. Most consumers tend to engage in the information gathering from other sources such as:

    a.   Search on Google or other search engines

    b.   Consultation with friends, relatives and other customers

    c.   A due diligence process, including trying the product

    d.   Lessons from prior experience

    e.   Referrals

    f.   Discussions with the sale people of the company and of competitors

    g.   Reviewed websites, advertising and other marketing materials from the competitors

    h.   Third part evaluation of the various options

    i.   University courses and published material

33.   The implications of the journey are that most consumers in deciding whether to buy the Raging Bull's products are not likely to rely only on the Company's adverting, sales, website and other marketing initiatives. In the case of Raging Bull it is important to understand their business model which is based on first educating the respondents before selling any products. This education is by distributing free eBooks, videos, other materials and encouraging participation in webinars. Even the web site, to which prospects are encouraged to go, promotes the free educational material. This assures that the vast majority of consumers before buying any product have an opportunity to get and experience the free products. Given this model the role of the adverting is just to motivate the prospects to explore the offerings.

34.   <u>In summary</u>, the question of whether Raging Bull's customers are deceived cannot be analyzed without understanding the context. When considering the context it is obvious that there is a sharp contrast between the FTC implicit assumptions and reality:

   a.   The target audience is not naïve, gullible or vulnerable

   b.   The market is very competitive and those considering Raging Bull are most likely aware of the competitive offerings and therefore familiar with the terms and conductions of sale that are common for such offerings

   c.   The Raging Bull offerings are high involvement products not likely to be bought based on impulsive responses to Raging Bull's advertising, marketing or sales efforts

   d.   The Raging Bull customer most likely engages in a lengthy and iterative buying journey, including many sources of information and hopefully including Raging Bull's educational material. Thus it is not likely that the customers would rely only on Raging Bull advertising in making their decision.

35.   Given these basic contextual facts, it is highly unlikely that the Raging Bull customers have been deceived by the Raging Bull advertising, marketing and sales material.


**B.  The Raging Bull Business Model, Choice Architecture and Actions**


36.   <u>Raging Bull's business model is inconsistent with that of a company that can benefit from deceiving its customers.</u> The business and revenue models of Raging Bull are based on having satisfied customers who will subscribe to their services and continue to renew and upgrade the level of subscription. This is evident from the following facts:

   a.   The business funnel which is at the core of the Raging Bull business model, as outlined in Exhibit 16, shows that the objective of the firm is to upgrade the customers from the free (webinars, videos and other offerings) and cheap products to the more sophisticated and expensive products. This clearly cannot be done by deceiving the Raging Bull customers.

**Exhibit 16:**
**Raging Bull's Business Funnel Demonstrates that Raging Bull has No Incentive to Deceive its Customers**

The illustration below shows the desired projection of a customer through Raging Bull's products. Raging Bull's paid advertisements are for front-end products which carry a lower price point and are focused on educational materials to teach subscribers trading techniques. Raging Bull expects that front-end subscribers will enjoy the products and then choose to upgrade to back-end products with a higher price point and which teach more advanced trading methods. Because Raging Bull advertises its back-end products to current subscribers and makes the majority of its revenues from those products (*see* Exhibit 5), it does not have an incentive to leave its front-end subscribers dissatisfied through deception.

```
┌─────────────────────────────────────────────────┐
│              Front-End Product                   │
│                                                  │
│   Example: Monday Movers at Introductory Price   │
│                    of $97*                       │
│      *See Exhibit 11 for product list with       │
│                 price points                     │
└─────────────────────────────────────────────────┘
                       ⬇
┌─────────────────────────────────────────────────┐
│              Middle-Tier Product                 │
│                                                  │
│   Example: Jason Bond Picks at Annual Price      │
│                  of $1,497                       │
└─────────────────────────────────────────────────┘
                       ⬇
┌─────────────────────────────────────────────────┐
│              Back-End Product                    │
│                                                  │
│   Example: Weekly Windfalls at Unlimited         │
│           Subscription Price of $7,497           │
└─────────────────────────────────────────────────┘
```

b.  The cost of client acquisition is high and ranges from $200 to $700 depending on the product and method of acquisition. Exhibit 17 shows the time it takes to research break even and move to profitability. Often a customer could cancel in the first 48 hours and many lower price point services had a money-back guarantee during the first 30 days (see the cancellation policies illustrated in Exhibit 18) acquiring clients by deceiving them does not make business sense since the company will lose money on every acquired client that is deceived and leaves.

**Exhibit 17:**
**Raging Bull's Return on Investment and High Cost of Acquisition Demonstrates that it has an Incentive to Retain Subscribers[12]**

Raging Bull's return on investment (ROI) data with respect to advertising spend show that Raging Bull typically does not break even until approximately 30 days after acquiring a subscriber. As shown in the ROI chart below for overall advertising spend for the month of October 2020, Raging Bull did not break even until after Day 30 ROI. These numbers do not take into account Raging Bull's other costs of acquisition which are considerable, including costs to create and publish eBooks, web development costs, video hosting and software costs, customer support salaries, product fulfillment salaries, and in-house developers.

| Period | Spend | Day 1 ROI | Day 7 ROI | Day 14 ROI | Day 30 ROI | Orders | CPA |
|---|---|---|---|---|---|---|---|
| **10/30/2020** | $593,507.46 | 13.20% | 23.66% | 29.75% | 37.96% | 1,762 | $336.84 |
| **10/23/2020** | $580,667.85 | 23.13% | 42.30% | 52.97% | 66.87% | 2,623 | $221.38 |
| **10/16/2020** | $610,029.14 | 25.65% | 45.43% | 60.22% | 90.48% | 3,466 | $176.00 |
| **10/9/2020** | $571,663.64 | 26.20% | 45.18% | 59.99% | 85.69% | 3,666 | $155.94 |
| **10/2/2020** | $486,790.31 | 24.79% | 47.96% | 63.90% | 99.18% | 2,617 | $186.01 |

Raging Bull's total advertising spend in October 2020 of $2,842,658.40 translated into 14,134 orders. Thus, in October, Raging Bull carried an average cost of acquisition for advertising spend of $201.12, which again, does not include other costs.



$2,842,658.40 Total Ad Spend in October 2020 → 14,134 Orders

$201.12 ad spend per order

**Exhibit 17 (con't):**

[12] Source: Week Of 11_29_2020.xlsx

**Raging Bull's Return on Investment and High Cost of Acquisition Demonstrates that it has an Incentive to Retain Subscribers**

### *Time to Break Even*

| | |
|---|---|
| Day 1 | 28.6% |
| Day 7 | 40.9% |
| Day 14 | 53.4% |
| Day 30 | 76.0% |
| Over 30 Days | 100% |

<u>Exhibit 18:</u>
**Raging Bulls Grants Refunds in Many Situations Showing that the Customer is Not Trapped After Purchase**[13]

Raging Bull's default policy is that it does not provide refunds to subscribers. The reason for this is that Raging Bull believes that a subscriber has received significant value upon accessing the documents and that value cannot be returned to Raging Bull upon cancellation of the service. However, Raging Bull routinely provides refunds in a variety of situations.

### *1.     Cancellation of Service within 48 Hours of Purchase*

For most products, Raging Bull allows subscribers to request a refund within 48 hours of purchase. This allows subscribers who may be experiencing buyers' remorse, especially in the case of back-end products with higher price points, to be completely refunded.

### *2.     Unwanted Renewals*

As more fully described in Exhibit 36, Raging Bull provides subscribers who have upcoming auto-renewals with three reminder emails approximately 28, 7, and 3 days prior to the renewal. This allows customers to cancel their renewal prior to the renewal date. In the event that a customer fails to cancel the renewal, however, Raging Bull still allows for those customers to obtain a refund after the auto-renewal. Typically, refunds would be given in this situation within a week of the auto-renewal or at the end of a billing month once the subscriber noticed the charge on a credit card statement.

### *3.     Money Back Guarantees*

Many of Raging Bull's lower price point products contain 30-day money back guarantees. This allows a subscriber to one of these services to obtain a refund during that 30-day period.

### *4.     Learning Management System*

Raging Bull has started using a Learning Management System ("LMS") with some of its products and intends to use the LMS with all of its products going forward. The LMS is a set of materials, including lessons, definitions, and assessments, that the subscriber could use to learn about the trading strategy they have subscribed to, terms used in the investing industry, how to meet the rules set by a broker for trading certain products, how to develop realistic expectations about the time they would need to spend learning to trade, and how their investing knowledge would improve. Subscribers who complete the LMS program for their subscribed-to service within a set period of time (typically 30 days) and verified that completion with Raging Bull are eligible for a refund for that product.

---

[13] Source: How_When_Why we give refunds.pdf – LMS write up 01.06.2020.docx

c.  The focus of the firm has been on serving its customers, continuously improving the value of their products and customer experience, retaining them and ideally upgrading their subscriptions. Thus, their focus on monitoring customer level profitability and looking to maximize the customer LTV (Life Time Value). Exhibit 19 illustrates this focus.

### Exhibit 19:
### To be Profitable, Raging Bull Must Focus on Maintaining Customer Level Profitability to Achieve Optimal Lifetime Returns on Investment[14]

As shown in Exhibit 13, Raging Bull's cost of acquisition for subscribers is high (average of $201 per order in October 2020). As such, Raging Bull is incentivized to keep customers long term so that the company will turn a profit on the lifetime revenues of each customer. This is reflected in Raging Bull's All Time ROI based on ad spend in October 2020.



| | 10/2/2020 | 10/9/2020 | 10/16/2020 | 10/23/2020 | 10/30/2020 |
|---|---|---|---|---|---|
| Ad Spend | $486,790.31 | $571,663.64 | $610,029.14 | $580,667.85 | $593,507.46 |
| Life-Time Revenue | $1,287,289 | $1,486,775.26 | $1,582,817 | $1,063,223 | $559,397 |

d.  Raging Bull has been investing heavily in continuous improvements of their offering and the customer experience. This is illustrated in Exhibit 20 which shows the various areas of investments including hiring high quality writers, improvement to the website, institute a learning management system, hiring customer service personnel and shortening the wait time for incoming calls. A

---

[14] Source: Week Of 11_29_2020.xlsx

company that plans to deceive its customers is not investing in continuous improvement of the clarity of its materials and the customer experience.

**Exhibit 20:**
**Raging Bull Continuously Invests in Improving the Customer Experience**[1516]

Raging Bull has taken many steps to improve the customer experience so that it may retain customers long term. Among other things, Raging Bull has hired professional copywriters to engage with its subscribers, continuously updated the Raging Bull membership dashboard with educational content, instituted a Learning Management System (LMS), and improved its customer support team through new hires and trainings.

*Professional Copywriters* – As Raging Bull's business has grown, it has hired professional copywriters to create additional content to keep up with demand. As of November 2020, Raging Bull had a salaried 9-person product fulfillment team whose job it was to help Raging Bull's trading instructors with tracking trade alerts, watch lists, and other educational materials and then compile that information into educational emails for the different products.

*Raging Bull Membership Dashboard* – Raging Bull subscribers can log in to the member portal to manage their account and get access to chat rooms, training courses, and other product services. Screenshot of dashboard below:



Subscribers can manage their subscriptions through the portal.



They also can customize how they would like to be communicated with and which alerts they want to receive from Raging Bull's services.

---

[15] Source: The membership portal overview.docx
[16] Source: How_When_Why we give refunds.pdf
Efficiency_Full_resolution_and_requester_wait_time_averages_over_time_ex_autoresponder_01112021_0049.pdf
2019-2020_Call_Volume_w_Wait_times.pdf

**Exhibit 20 (con't):**
**Raging Bull Continuously Invests in Improving the Customer Experience**



As shown in Exhibit 33, Raging Bull subscribers have high amounts of engagement with the customer dashboard.

***Customer Support Team*** – In 2019, Raging Bull hired 9 in-office customer support agents and an additional 28 in 2020, in part to handle the influx of customer support requests due to Raging Bull's exponential growth during 2020. Raging Bull also hired a renewals director to specifically oversee all renewal operations. During the Covid pandemic, Raging Bull experienced a drastic increase in subscribers which lead to increased customer support call and ticket wait times. After Raging Bull implemented its additional customer support agents, however, wait times dropped through summer 2020.

***Learning Management System*** – Raging Bull has started using a Learning Management System ("LMS") with some of its products and intends to use the LMS with all of its products going forward. The LMS is a set of materials, including lessons, definitions, and assessments, that the subscriber could use to learn about the trading strategy they have subscribed to, terms used in the investing industry, how to meet the rules set by a broker for trading certain products, how to develop realistic expectations about the time they would need to spend learning to trade, and how their investing knowledge would improve. Subscribers who complete the LMS program for their subscribed-to service within a set period of time (typically 30 days) and verified that completion with Raging Bull are eligible for a refund for that product.
Source: LMS write up 01.06.2020.docx

The data show that subscribers are taking advantage of the LMS. Below is a table showing how many subscribers to Jason Bond Picks have completed the LMS and received a refund for the service.

| Jason Bond Picks LMS Usage[17] | |
|---|---|
| Units Sold with LMS | 12,663 |
| Completed LMS | 2,941 |
| Started LMS/Unfinished | 4,053 |

Of the total Jason Bond Picks subscriptions sold since the implementation of LMS, 55.2% of subscribers have started the course, with 23.23% finishing it. Of those 2,941 subscribers who have finished the LMS, 588 of them decided **not** to get a refund for the product even though they were entitled to it.

---

[17] LMS Units Refunded vs. Learners.csv

**Exhibit 20 (con't):**
**Raging Bull Continuously Invests in Improving the Customer Experience**

Overall, 4,532 Raging Bull subscribers have completed the LMS across different products and spend an average of approximately two and a half hours interacting with LMS on Raging Bull's platform.

The below screenshot shows usage information for the LMS as of January 12, 2021.[18]



Screen Shot 2021-01-12 at 1.29.10 PM.png

---

37. <u>Raging Bull's choice architecture</u> – the design of their processes and offerings and thus the choices they present to consumers – are all geared to assure that consumers are not deceived and instead have a positive and valuable customer experience. In the following paragraphs we will focus on seven of these choice architecture domains.

38. <u>Raging Bull choice architecture re the sales and customer service processes is inconsistent with that of a company that tries to deceive its customers.</u> Consider the following:

    a.  The training of the sales force and customer service personnel stresses the need for clarity regarding the terms and conditions and for understanding the customer needs and addressing them. See for example Exhibit 21.

### Exhibit 21:
**Raging Bull's Customer Support and Customer Sales Teams are Trained to Make Sure Customers are Aware of Raging Bull's Terms and Conditions[19][20]**

Prior to making any sale over the phone, Raging Bull's sales team is required to discuss a number of matters with the subscriber, including Raging Bull's terms and conditions, refund policy with any terms specific to the product, and auto-renewals. A copy of the topics which must be discussed prior to any sale is below:

> You are about to purchase for 'leonsewkarran@gmail.com', please ensure the following steps have been completed before confirming.
>
> ☐ Discuss the cost of the subscription(s) including any applicable sales tax
>
> ☐ Discussing the Terms and Conditions with the customer and receiving an affirmative response to them
>
> ☐ No refund policy and review the refund/cancellation policy in place. Direct them to the website for the refund policy as well. Note any specific terms with an exception to the no refund policy - LMS terms - be specific, 30 day window, etc
>
> ☐ Specific auto-renewal discussion and authorization of the feature and how to turn off
>
> ☐ Discuss with the customer that we are not a registered broker and any text message or email alerts of stocks/options are for education purposes only, and any trades you make are your own responsibility.

Raging Bull's customer support team is instructed on various compliance measures, including instruction on not calling numbers on do not call lists, telling the customer that the call is recorded, and making sure to clearly state the purpose of the call. Further, customer support is instructed not to recommend individual securities, provide individualized investment advice, or comment on how much a customer needs to trade. Customer support agents are encouraged to tell subscribers to paper trade. Finally, customer support agents are instructed not to big non-compliant claims to subscribers such as "anybody can do it," "big, fast profits," "no experience necessary," "no risk," and "absolutely guaranteed."

---

[19] Source: Sales Language (Must say before run sale).png
[20] Source: Customer Support Cheat Sheet.docx

b.  The compliance procedure that assures that salespeople, customer service people, marketing, writers and other related personnel follow the company procedures include training, monitoring the sales and service calls and periodic audits. Some of the compliance training is illustrated in Exhibit 22.

**Exhibit 22:**
**Raging Bull has Improved Compliance by Conducting Trainings for its Personnel[21]**

The table below shows the dates of recent compliance trainings for Raging Bull personnel regarding, among other topics, marketing, customer support, and tele sales.

| Date | Action | Audience | Explanation |
|------|--------|----------|-------------|
| April 2020 | Compliance Team - Marketing Training* | Marketers | Kickoff training for Marketing Team with regard to FTC and SEC regulations. Reviewed the application of FTC regulations to marketing communications. Heavy focus on avoiding the practices of the company OTA and their various advertising practices. |
| April 2020 | Compliance Team - Customer Support and Telesales Training* | Customer Support and Telesales | Initial training of the Telesales and Customer Support team on compliance requirements relating to sales with customers. Topics included required disclosures. |
| June 2020 | Marketing Email Audit | Compliance Audit | Audit of emails to reviewing for compliance with the companies practices presented in the Compliance department's training. |
| July 2020 | Compliance Training with Writers | Marketers and Copywriters | Training to help the writers and product managers understand the compliance standards required by Raging bull by reviewing marketing copy with the Compliance department. |
| September 2020 | Phone Call Audit | Compliance Audit | Audit of telesales and customer support phone calls to ensure compliance standards are being met. |
| September 2020 | LMS Script Training | Learning management System employees | Train for the Learning Management System Team on compliant language for scripts to teach subscribers trading techniques. |
| October 2020 | Production Team Training | Production Team | Trained the production team on spotting non-compliant language in emails they sent out and how to apply disclaimers. |

---

[21] Source: Raging Bull compliance officer

**Exhibit 22 (con't):**

**Raging Bull has Improved Compliance by Conducting Trainings for its Personnel**

| Date | Action | Audience | Explanation |
|------|--------|----------|-------------|
| October 2020 | Company Wide Compliance Training with Compliance Team* | Entire Company | Post OTA training to review FTC findings and reaffirm compliance concepts across the company. |
| November 2020 | Marketing Review Training | Raging Bull Marketers and Copywriters | Reviewing Marketing Material to adhere to compliance guidelines set out in previous trainings. |
| November 2020 | Marketing Review Training | Raging Bull Marketers and Copywriters | Reviewing Marketing Material to adhere to compliance guidelines set out in previous trainings. |

*Outside counsel in attendance.

c. The compensation system of the writers and business leaders (the trading instructors and top management) are based on <u>net revenues after refunds</u>. Obviously, such a compensation system provides no incentive to deceive and contributes to a corporate culture that discourages client deception.

39. <u>The choice architecture of the buying process</u> assures that any customer will clearly see the terms and conditions involved. This is clearly illustrated in Exhibit 23 and is inconsistent with a process that encourages deception.

**Exhibit 23:**
**Raging Bull Conspicuously Displays its Disclosures Throughout the Critical Points of the Purchase Process**

*Paid Advertisements –* Many subscribers first hear about Raging Bull from paid advertisements on websites such as Facebook or YouTube. Paid advertisement videos display disclaimers at the bottom of the screen throughout and provide a full disclaimer at the end of the video. Here are screenshots from an advertisement for Kyle Dennis' Fast 5 Trades:



**The full disclaimers are then presented at the end of the video[22]:**

---

**Exhibit 23 (con't):**
**Raging Bull Conspicuously Displays its Disclosures Throughout the Critical Points of the Purchase Process**

*Landing Pages –* Once a customer clicks on an ad, they will be directed to a Raging Bull landing page, which typically offers an eBook, webinar/training, or a free watchlist. To claim the offer, customers must provide a name and email address. An example for a landing page for Jason Bond Picks, which is offering a free webinar can be found here: https://jasonbondtraining.com/webinar/

**Example: Screenshot from Jason Bond Picks landing page**



The landing page displays Raging Bull's disclaimers and provides links to Raging Bull's terms and conditions, disclaimers, and other information.

**Exhibit 23 (con't):**

**Raging Bull Conspicuously Displays its Disclosures Throughout the Critical Points of the Purchase Process**

**Example: Screenshot from Jason Bond Picks landing page**



*Training/Webinars – If* a customer claims the webinar offer, they will be directed to the video webinar. A recording of the Jason Bond Unchained Webinar can be viewed here: https://ragingbull.wistia.com/medias/gtvokyhqje

**Screenshot of Jason Bond Unchained Webinar**



Throughout the webinar linked above, Jason Bond explains, among other things, the risks in trading stocks, that it takes time and hard work to be successful, and that subscribers should learn first through paper trading.

**Exhibit 23 (con't):**
**Raging Bull Conspicuously Displays its Disclosures Throughout the Critical Points of the Purchase Process**

<u>Quotes from Jason Bond Unchained</u>

- "If you are here to get lucky then this just isn't for you... It's going to take hard work...there is no easy way to survive in the market...it changes day to day... year to year...." (Timestamp: 18:30-19:47)

- "But where do you start? I think everybody should start with paper trading. Just learning something new and seeing if you like it." (Timestamp: 21:04-21:11)

- "How much money do I need to get started? It's irrelevant. You need to learn something that's working for me. Doesn't matter how much money you have. You could have millions of dollars. If you don't know what you're doing, you can lose millions of dollars. You could have a thousand dollars. If you don't know what you're doing, you can lose a thousand dollars. The market doesn't discriminate based on size account. It doesn't discriminate on anything." (Timestamp: 48:21-48:49)

***Order Form –*** After viewing a webinar, customers are presented with an opportunity to click a button which will take them to an order form for the specific product. The order form clearly displays the product, the price, and Raging Bull's terms and conditions. The customer must affirmatively agree to the terms and conditions prior to purchase. The order form also informs the customer that their subscription will automatically renew and provides the date of the first renewal. Finally, the order form clearly displays Raging Bull's refund policy with respect to the specific product. In the example below, the product has a 30-day money back guarantee.

**Example: Monday Movers Order Form**



**Exhibit 23 (con't):**

**Raging Bull Conspicuously Displays its Disclosures Throughout the Critical Points of the Purchase Process**

**Example: Monday Movers Order Form - Plan Selection Box**



**Example: Monday Movers Order Form - Terms and Conditions Acknowledgment**

**Exhibit 23 (con't):**

**Raging Bull Conspicuously Displays its Disclosures Throughout the Critical Points of the Purchase Process**

**Example: Monday Movers Orders Forms – Refund Policy**

Refund Policy: We at Raging Bull are devoted to helping teach you how to navigate the market in any condition. That's why we're guaranteeing your satisfaction with our service within the first 30 days or less. Unless otherwise required by applicable law in your jurisdiction, if you reach out to our customer service team within the first 30 days we will refund the full amount of your purchase and subsequently terminate your access. Refunds are not available for customers 30 days after a purchase. To request a refund or to ask a question regarding the 30-day money back guarantee, call our support team at 833-785-0452 or email us at support@ragingbull.com. We look forward to having you as a long-time member!

Copyright © Raging Bull (https://ragingbull.com/) All Rights Reserved.

Disclaimer (https://ragingbull.com/tos/disclaimer.html)   |   Terms & Conditions (https://ragingbull.com/tos/)   |

Refund Policy (https://ragingbull.com/tos/refund.html)

***Onboarding Process After Purchase*** – Once customers subscribe to a service, they receive onboarding emails to help new customers understand how to use the service for which they paid. For the Monday Movers service, the order form for which was shown above, there are five days of onboard emails for new subscribers. The first onboarding email provides subscribers with a welcome video, a tutorial on the member dashboard, and an example of what typically is included in the service.

**Exhibit 23 (con't):**
**Raging Bull Conspicuously Displays its Disclosures Throughout the Critical Points of the Purchase Process**

**Example of Day 1 Onboarding Email for Monday Movers:**



Thanks for joining *Monday Movers*!

Before we get going, I want to let you know that it sometimes takes a while for our systems to update after a purchase, so if you continue to receive promotions for this service over the next few days, **please patiently ignore.** We are working on our system, but just know that you're safe and sound on the *Monday Movers* team, and I couldn't be happier to have you!

Over the next five days, I'm going to give you information about the service and the strategy itself, including:

- Why I trade momentum stocks
- The biggest tools in my trading belt
- Why a trading plan is so, so important
- How I scan for winning setups

But for now, check out this welcome video.

And while you're here, let me show you around your member dashboard and go over what you can expect from me in my *Monday Movers* service, and show you how to sign up for timely trade alerts.

Now, you can log into (and bookmark!) your RagingBull Dashboard right here. And most general questions about the dashboard and your account can be found here at the RagingBull FAQs page.

Once you log in, your services should be on the left-hand side of the page, including *Monday Movers*.



Your personal dashboard may look different, depending on your subscriptions.

At the end of each onboarding email, subscribers are again shown Raging Bull's disclaimers and provided with an option to unsubscribe from receiving emails related to the service.

**Exhibit 23 (con't):**

**Raging Bull Conspicuously Displays its Disclosures Throughout the Critical Points of the Purchase Process**

**Example: Day 1 Monday Movers Email**

## Unsubscribe from Monday Movers

DISCLAIMER: To more fully understand any Ragingbull.com, LLC ("RagingBull") subscription, website, application or other service ("Services"), please review our full disclaimer located at https://ragingbull.com/disclaimer. FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE. Any RagingBull Service offered is for educational and informational purposes only and should NOT be construed as a securities-related offer or solicitation, or be relied upon as personalized investment advice. RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision. RESULTS PRESENTED NOT TYPICAL OR VERIFIED. RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of the persons voluntarily providing the testimonial. However, subscribers' trading results have NOT been tracked or verified and past performance is not necessarily indicative of future results, and the results presented in this communication are NOT TYPICAL. Actual results will vary widely given a variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. Investing in securities is speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment. RAGINGBULL IS NOT AN INVESTMENT ADVISOR OR REGISTERED BROKER. Neither RagingBull nor any of its owners or employees is registered as a securities broker-dealer, broker, investment advisor (IA), or IA representative with the U.S. Securities and Exchange Commission, any state securities regulatory authority, or any self-regulatory organization. WE MAY HOLD SECURITIES DISCUSSED. RagingBull has not been paid directly or indirectly by the issuer of any security mentioned in the Services. However, Ragingbull.com, LLC, its owners, and its employees may purchase, sell, or hold long or short positions in securities of the companies mentioned in this communication.

Click Unsubscribe

Finally, Raging Bull's website contains its full disclaimers and terms and conditions, which are always accessible to current or potential subscribers.[23]



For Raging Bull's disclaimer as presented on its website, please visit: https://ragingbull.com/disclaimer/

For Raging Bull's terms and conditions as presented on its website, please visit: https://ragingbull.com/terms-conditions/

---

[23] Source: https://ragingbull.com/

40.   <u>The choice architecture of the website, SEO and the digital strategy of the firm</u> is inconsistent with a design that encourages deception. This is evident in Exhibit 24.

**Exhibit 24:**
**Raging Bull's Digital Sales Strategy Ensures that Most Customers Experience Free Educational Content Prior to Purchase**

As discussed in Exhibit 23, Raging Bull's sales strategy demonstrates that customers have exposure to Raging Bull's disclaimers and terms and conditions throughout the purchase process. This strategy also results in consumers being exposed to free educational materials, in the form of eBooks, webinars, and trainings, prior to being presented with the choice to purchase a product subscription.

The fact that most Raging Bull subscribers experience free educational content prior to purchase is demonstrated through (1) the overall number of free eBook signups; (2) the high usage rates of free educational content on Raging Bull's website; and (3) the overall number of free webinar signups.

*eBooks*[24] – According to Raging Bull's records, there were 1,835,476 signups for Raging Bull's various free eBook downloads.
Source: Number of ebook and webinar sign ups.pdf

*Webinar/Trainings*[25] – According to Raging Bull's records, there were 1,141,886 signups for Raging Bull's various free webinar/training sessions.
Source: Number of ebook and webinar sign ups.pdf

*Website Usage* – In the chart below, it is clear that there is tremendous usage of Raging Bull's website, which, other than normal ad placement no different than any other website, contains almost exclusively free educational content. Between January 1, 2019 and January 12, 2021, Ragingbull.com had 49,732,767 unique pageviews.



Source: 49,732,767 unique pageviews.png

Raging Bull's website of course clearly displays links to its disclaimers and terms and conditions as shown in Exhibit 23.

Even after purchase, subscribers are able to experience Raging Bull's free educational materials through the Raging Bull dashboard (membership portal). **All** paid subscribers, no matter the price of the product they have a subscription for, are granted access to the dashboard.

---

[24] Source: Number of ebook and webinar sign ups.pdf
[25] Source: Number of ebook and webinar sign ups.pdf

41.  <u>The choice architecture of the customer experience</u> as evident from the illustrative voluntary customers comments in the reviews and testimonials in Exhibit 25, is inconsistent with that of a firm that encourages deception.

**Exhibit 25:**

**Raging Bull's Subscribers Voluntary Reviews and Testimonials Re their Experience is Inconsistent with the Allegations[26][27]**

Raging Bull subscribers have submitted thousands of positive unpaid testimonials and customer reviews. An example of Raging Bull's TrustPilot reviews is below.

***An Explanation of TrustPilot's Verification System –*** The customer review website TrustPilot uses an invitation integration with businesses. This allows businesses such as Raging Bull to send out invitations through TrustPilot to their paying subscribers to review their service. When subscribers use the link in the invitation, the review is captured as "verified," guaranteeing that the reviews are from actual Raging Bull subscribers. If a review is listed as not verified, Raging Bull is able to flag the review if it believes it was made by someone other than an actual subscriber. If a review is flagged, TrustPilot reaches out to the reviewer for verification. If the reviewer is able to provide documentation that they did subscribe, then TrustPilot marks the review as verified. But if they cannot provide documentation, then the review will not be marked verified. This process ensures that people who read the reviews know whether the reviewer has actually experienced Raging Bull's products.

TrustPilot's policies for flagging, verifying, and removing fabricated reviews can be found at the links below:
https://support.trustpilot.com/hc/en-us/articles/115004535608--What-happens-after-businesses-flag-reviews-
https://legal.trustpilot.com/for-everyone/action-we-take
https://legal.trustpilot.com/for-businesses/guidelines-for-businesses

---

[26] Source: TrustPilot Review Information.docx
[27] https://www.trustpilot.com/review/ragingbull.com?page=2&stars=5

**Exhibit 25 (con't):**

**Raging Bull's Subscribers Voluntary Reviews and Testimonials Re their Experience is Inconsistent with the Allegations**



**Dr. Sean Buckingham**
✎ 2 reviews

★★★★★  ✓ Invited                                      Oct 19, 2020

### Raging Bull offers a wide range of Superior educational Services!!

Raging Bull offers a wide range of supreme Educational services.
This is the organization where I learned how to trade as well as the basics.
The instructors at Raging Bull are Top notch, professional, and technically as well as fundamentally proficient and I have been with them 8 years. Best educational service on the planet, in my opinion.
Sincerely,
Dr. Sean A. Buckingham M.D.

 **William Harris**
✎ 3 reviews

★★★★★  ✓ Invited                                      Oct 18, 2020

### Raging Bull is an excellent educational…

Raging Bull is an excellent educational resource for those interested in working to learn how to effectively trade in the stock market. They offer a vast library of articles and videos as well as expert mentoring from a number of highly successful traders. Daily chat rooms offer a dynamic environment for traders to share ideas and ask questions of the mentors and of each other. Their online support is responsive to the needs of their members. I highly recommend Raging Bull.

 **Leslie**
✎ 1 review

★★★★★  ✓ Invited                                      Oct 17, 2020

### I joined Raging Bull over a year ago

I joined Raging Bull over a year ago. A fantastic service for part time or full time traders. An enormous amount of valuable education for anyone willing to dive in and learn at your own pace. Real time trading with various strategies from Raging Bull mentors have helped me fine tune what works best for me. I learn something new every day from the mentors as well as the incredible community of traders!

**Exhibit 25 (con't):**

**Raging Bull's Subscribers Voluntary Reviews and Testimonials Re their Experience is Inconsistent with the Allegations**



**charles cole**
✎ 2 reviews

★★★★★  ✔ Invited                                    Oct 17, 2020

### I had signed up for a couple of other…

I had signed up for a couple of other sites, but Raging Bull is more consistent. The Elite room where I get a lot of good ideas, the notices that show up there. Even working with each other on patience and how to handle the ups and the downs. I still have a lot of studying to do. I am learning to trade on my own. Smarter ways of trading. I just can't say enough about how good I feel about being with Raging Bull.



**Joan Hanson**
✎ 1 review

★★★★★  ✔ Invited                                    Oct 16, 2020

### It is always valuable on everything I…

It is always valuable on everything I read, watch or take part in. I am still working but looking forward to doing this full time and know where the knowledge is in chatrooms, videos. RagingBull is the best to learn on trading stocks, options etc.
Thank you again

**Exhibit 25 (con't):**

**Raging Bull's Subscribers Voluntary Reviews and Testimonials Re their Experience is Inconsistent with the Allegations**


**John Sicola**
✎ 3 reviews

★★★★★ ✓ Invited                                    Oct 16, 2020

### I use and love Raging Bulls options...

I use and love Raging Bulls options services with Jeff Bishop, Jason Bond and Nate Bear being my favs. At first I was just able to be spoon fed the trades, but after about a year of seriously studying each of their trading systems, I am able now to apply what they have taught and find and make my own trades, which is awesome. Thank you Jeff, Jason and Nate.


**Jared S**
✎ 1 review

★★★★★ ✓ Invited                                    Oct 16, 2020

### Raging bull Is an excellent education...

Raging bull Is an excellent education site with great mentors and guides to help the novice and experienced trader. They are transparent and have the the clients best interest at heart. 

Well done Jeff, Jason, Kyle, Nate, Dave, JC, Bart, Donald, Jeff W, James, Ben, Matt, hitha and thanks and the thousands of elite and raging bull members. This is a truly wonderful service of earnest people trying to make a difference

Thank you

Jared

42.  <u>The ads identified by the FTC as implying deception are not representative of the range of ads used by Raging Bull and ignore the facts that at most, they led consumers to ask for free educational material</u>. The client acquisition of Raging Bull is using advertising to motivate potential clients to ask for free educational material (ads such as the one included in Figure 1 of the FTC Complaint "Revolutionary Free Book shows secret to options trading"). The selling of any product comes only after the customer had a chance to go over the free educational materials. The other ad messages such as "Options Genius teaches you how to trade like a pro" (Figure 2 of the complaint), "Learn to make consistent money" (Figure 3) "$9.10 profit per say" (Figure 6) are all designed to generate interest in finding more about the services of RB. This is not an unusual or unethical approach in a highly competitive market in which the prospective client is going through a comprehensive journey before buying such a high involvement product.

43.  <u>The income potential claims are validated</u> as illustrated in Exhibit 26 and 27. While there is no practical way in which any firm can validate the income claims of volunteer testimonials especially when there is no incentive offered to provide the testimonials, the voluntary customers testimonials, reviews and social media post contradict the FTC unsupported assumption that the income potential clams are deceptive.

### Exhibit 26:
**Customers report substantial profits that contradict the allegations that income potential claims are not valid[28]**

In Spring 2019, Raging Bull implemented a rewards program called Millionaire Roadmap Milestones where subscribers to certain Raging Bull products could earn rewards from Raging Bull based on hitting certain trading profits milestones in their brokerage accounts. To claim their rewards, subscribers were required to submit some validation of profits through social media, such as posting photos of brokerage account records. Though these subscriber results have not been completely verified through an analysis of all account records, these results are more verified than a simple statement that the subscriber was successful. The program is no longer active. Below is an example of subscriber trading records which were submitted through the milestones marker rewards program.





---

**28** Sources: Milestone Marker Rewards.zip
Milestones – Millionaire Roadmap.pdf

### Exhibit 27:
### Unsolicited Customer Testimonials, Customer Reviews, and Social Media Posts Contradict Claim that Income Potential Claims are Not Valid[29]

Raging Bull does not validate income claims from subscribers. However, Raging Bull has received thousands of unsolicited customer testimonials and reviews through customer review websites, emails, and social media posts. Subscribers consistently post in social media that they have made profits by employing Raging Bull's education and strategies. To provide an illustration, for Jason Bond's products alone, Raging Bull has received over 900 unsolicited positive testimonials, customer reviews, and social media posts.

| Jason Bond Products | | |
| --- | --- | --- |
| Customer Reviews** | Testimonials* | Social Media Posts |
| 163 | 600 | 183 |

*Includes chat room posts
**Not included in this table are TrustPilot customer reviews posted before March 2020. Jason Bond Picks has 838 five-star customer reviews lifetime. https://www.trustpilot.com/review/jasonbondpicks.com?page=5&stars=5

*Sample Customer Reviews*



*Sample Twitter Posts:*

---
**29** Source: Jason Bond-Grid view.csv

**Exhibit 27 (con't):**
**Unsolicited Customer Testimonials, Customer Reviews, and Social Media Posts Contradict Claim that Income Potential Claims are Not Valid**

*Sample Twitter Posts:*



*Sample Testimonials:*

[Jul 31, 9:22 AM] f maj: Arizona Slim.   Bought ACST at  .69 cents now .75 hell the fastest $1500 I ever made !!!!!!!!!!!

[Jul 31, 9:03 AM] chris you: I picked up AKER @5.40, just sold at 6.03. Base hit

[Jul 31, 9:45 AM] gregory phi: Jason, your education is awesome I wish I had it years ago.  I recommend ALL subscribers watch entire master class. BTY I was a market maker on the AMEX for 5 years and no one taught like this. Thank you.

44.  <u>In summary</u>, the Raging Bull business model, choice architecture and actions are inconsistent with what one would have expected from a firm that tried to deceive its customers. Furthermore, given the data described in this section it is highly unlikely that Raging Bull engaged in customer deception activities. Doing so would have been against their short and long term self-interest.

## C. A Comparison of the World "Had the FTC Complaint Been Valid" versus. Reality Does Not Support the FTC's Allegations

45.  A key test of the validity of the FTC allegations is a comparison of what one would have expected had the FTC allegations been valid versus the actual data. Below are 14 outcomes one would have expected had the FTC allegations been valid versus the actual data.

46.  According to the FTC world, one would have expected <u>no repeat customers</u>. The reality is outlined in Exhibit 28 which…

**Exhibit 28:**
**Customer Retention Contradicts FTC's Assumed World[303132]**

From January 2020 through September 2020, Raging Bull's monthly average customer retention rate was 93%.





[30] Source: Customer Retention Rate (2020).pdf
[31] Source: New vs. Existing Customers Monthly (2020).pdf
[32] Data pulled from Stripe, Raging Bull's credit card processor

47.    According to the FTC world, one would have expected that <u>customers would not recommend others</u> to the firm. The reality is outlined in Exhibit 29. While Raging Bull offers no incentives for referrals, there have been actual referrals and communication about it both from the referring customers and from new customers who were referred to Raging Bull by other customers.

**Exhibit 29:**
**Illustrative Referrals Contradict the FTC's Assumed World[33]**

Raging Bull has not employed a formal referral program where current subscribers were incentivized through rewards or other discounts to refer others to Raging Bull's products. Nonetheless, Raging Bull subscribers did, in fact, refer others to the services. Below are some examples of emails sent to Raging Bull customer support documenting subscribers referring others or being referred to Raging Bull:

Jason,

I referred a new client to you today. His name is Larry ▢ I was curious if you have any kind of referral incentives, if not no worries was only curious. Getting a few more guys to join up as well soon. Thanks for all your help as well the millionaire roadmap is a great service and I am coming to Vegas in November. Been a member for 2.5 years now and your service just continues to improve month after month. And man you have become an awesome trader!

Thanks
James ▢

Sent from my iPhone

**D. Watson**   June 10, 2020, 11:34 AM
Hello Mr. Harrison,
I received your email to join the Apex Alliance membership with the maximum savings for that membership. Currently I'm in Saudi Arabia and holding for a long period on the phone is a little costly. I was referred to Raging Bull by one of your elite members Mr. Babak Hamid. He told me of the program and the amount of care your staff provides to their customers. I'm very interested in the Apex Alliance or the Elite group you offer. Please let me know how I can move forward at your earliest convenience.

**Ramakrishna M**   July 11, 2018, 1:16 PM
good Morning,

last week I extended my membership for another year, and i lost my username as a result of it. it now displays full name.

i have had this Name of 'Raki M' for last 2-3 years. and i request you to please adjust it so i can be an active participant on the chat rooms, along with being able to pronounce correctly by mentors. ( also, i have referred a few of my coworkers/friends to this service and i prefer to not use my full name)

the way i was able to do it last time was goto raging bull profile and update first name to Raki and last name to M. but now it is made read only field and am unable to update it.

i would appreciate if you can help me out.

-----

Thanks and Regards,
Ramakrishna ▢

---

[33] Sources: Referrals.pdf
           Product Inquiry.pdf
           Username lost on RagingBull site.pdf
           Where to start_.pdf

**Exhibit 29 (con't):**
**Illustrative Referrals Contradict the FTC's Assumed World**

**Pete** ▮▮▮▮   December 21, 2019, 11:52 PM

Hi Jason,

I have only invested in my 401k and long term mid to large cap stocks and ETFs through Vangaurd (I am a former Vanguard employee). I have been referred to your service by another customer of yours. In doing some research, I also found your mentor's website.

I am going through the information of both yours and his. I do have a pretty simple question though, in terms of starting, is there a platform you would recommend? I would like to get familiar with how to do the trading before I make any investment. I don't want to make a costly mistake. Is there a minimum amount that I should be aware of or fees that are assessed for 'low net worth' traders?

Thanks for your help,

Pete

48. According to the FTC world, one would have expected <u>a huge number of complaints</u>. The reality is that the FTC identified only a very small number of complaints – approximately 240 complaints to the FTC, BBB and States Attorneys General. When considered relative to the total number of total customers of 239,466 and 341,603 total transactions, the complaints identified by the FTC are a miniscule percentage:

   a. One out of every 1,000 customers

   b. One out of every 1,423 transactions.

49.  Given that we did not have access to the FTC's approximately 240 complaints, we could not validate how many were duplicates (or triplicates), how many addressed the topics complained about by the FTC and how many had a valid complaint.

50. According to the FTC world, one would have expected a <u>huge number of requests for refund and total refunds as high percentage of revenue</u>. The reality is outlined in Exhibit 30 that shows percentage refund for the entry level products and the more advanced products. The overall percentage of refund for the company ranged from 2.2% in 2018 to 7.9% in 2020 – far below the 10% level required by credit card companies. That rate is maintained for both front-end products, i.e., less expensive products for first time subscribers, and back-end products, i.e., more expensive products for subscribers who upgrade.

As to the percentage of people requesting refunds from Raging Bull, it is my understanding that Raging Bull does not keep track of such dates. Yet, based on recent data for October 2020, we know the following:

a. There were 1,417 inbound customer calls requesting refunds and Raging Bull informs me that 34.2% were granted refunds

b. An additional 137 customers who requested a refund switched their subscription to a different product

Raging Bull has informed me that the main reasons for a refund being rejected are that: (1) the customer is actually using the product based on Raging Bull's records; and (2) the refund is requested for a backend product which does not qualify for a refund through any of the reasons discussed in Exhibit 30 below.

**Exhibit 30:**
**Refund Rates Contradict the FTC's Assumed World[34] [35]**



---

**34** Source: 2018-2020 sales and units by price range WITH REFUNDS.csv

**35** Source: 2018-2020 sales and units by price range WITH REFUNDS.csv

**Exhibit 30 (con't):**
**Refund Rates Contradict the FTC's Assumed World**



51.     According to the FTC world, one would have expected that customers who <u>did not renew their subscription or who asked for a refund would do so based on the reasons articulated in the complaint</u>. The reality as illustrated in Exhibit 31 is that most of the reasons are not related to the FTC's complaints.

<u>**Exhibit 31:**</u>
**Raging Bull's Tracking of Reasons for Refunds Given Contradicts FTC's Allegations[36]**

Between February 2020 and October 2020, Raging Bull customer support personnel logged the different reasons they gave refunds to subscribers. The codes were assigned based on the customer support agent's judgment of the most appropriate reason after reviewing the subscriber's claim. The FTC alleges that Raging Bull customers were unable to cancel subscriptions prior to renewals (Complaint at ¶ 101), but Raging Bull allows customers to cancel recurring charges and receive a refund for unwanted renewals (defined as UR in chart below). As shown below, 17.5% of all refunds given between February 2020 and October 2020 were for unwanted refunds, clearly contradicting the FTC's allegation. The bar graph below provides the percentages of reasons for refunds given by Raging Bull across all products between February 2020 and October 2020.



---

[36] Source: Reason_Codes Feb 2020-Oct 13, 2020.csv

**Exhibit 31 (con't):**
**Raging Bull's Tracking of Reasons for Refunds Given Contradicts FTC's Allegations**

Here are the meanings and uses for each reason code listed in the graph[37]:

- **LMS** – Learning Management System (subscriber has completed learning management system within 30 days of purchase and is entitled to a refund)
- **48 HRS** – 48 Rule (subscriber requests refund within 48 hours of purchase)
- **UR** – Unwanted Renewal (subscriber fails to cancel subscription prior to auto-renewal date)
- **MBG** – Money-Back Guarantee (subscriber requests refund for product with money-back guarantee)
- **P1/SA** – Priority 1 Ticket (telesales agent puts in a priority ticket for refund; reason why must be listed)
- **EFW** – Early Fraud Warning (Raging Bull is alerted that transaction is fraudulent)
- **Test** – Test Orders (refunded only for test purposes)
- **DUP** – Duplicate Purchase (subscriber has purchased a duplicate product)
- **Approved** – Approved by Management (refunds approved by specific management personnel)
- **AD** – Avoid Dispute (subscribers state they will dispute the charge/complain to regulatory agency)
- **DNL** – Do Not Like (service was not what subscriber though it would be; subscriber does not use that trading style)
- **DNU** – Do Not Use (subscriber no longer uses the service)
- **Inquiry** – Inquiry for Chargeback (inquiry for a chargeback which was able to be refunded)

52. According to the FTC world one would have expected that <u>no customers will volunteer positive testimonial or review</u>. The reality, as summarized in Exhibit 32, shows that many customers volunteered positive testimonials. These testimonials contradict many of the FTC's consumer complaints.

53. According to the FTC world, one would have expected that the <u>customers will not be satisfied</u>. The reality as illustrated in Exhibit 32 show that customer satisfaction is high. While Raging Bull does not generally engage in explicit customer satisfaction surveys they are in regular (and at times daily) contact with their customers via the chatroom of the customer dashboard. Through the Learning Management System Raging Bull monitors the learning prospects of their customers. The Company also monitor customer relationship, complaints and other communication with the customers, and of course, also the level of renewal and upgrades. All of these supports the conclusion that customers' satisfaction is important to Raging Bull management and part of the corporate culture.

---

[37] Source: Refund Reason Code Definitions.pdf

**Exhibit 32:**
**Examples of Satisfied Raging Bull Customers**



**John In Tex Svajda**
✎ 4 reviews

★★★★★   ✔ Invited                                           Oct 16, 2020

### Elite is Excellent!

This is incredible! Get all the services with awesome teaching.

Love being a part of Elite trading group, watching Nate strategize and execute his plans so I can learn to do the same. Only wish I had found this service sooner! Have had great success trading and making money with all of the teachers in the Elite program.

Jeff, Jason, Nate, Kyle and Jeff W are an awesome group of instructors that live trade to teach how to use their knowledge to help me make money! Love it! And my wife is now learning from me...couldn't be happier!



**WALEED ALDANETH**
✎ 5 reviews

★★★★★   ✔ Invited                                           Oct 16, 2020

### A PROUD Lifetime Elite Member

As a proud lifetime elite member of the Raging Bull family I love all their services. I only started to grow my account and see green after I became an elite member for the simple fact that I have so many different traders and strategies to choose from and that suits my lifestyle and personality. I highly recommend anyone to join as a life member because I am enjoying not only the existing services but also any new ones that gets added in the future.



**Bob Ericson**
✎ 1 review

★★★★★   ✔ Invited                                           Oct 16, 2020

### SO much more guidance than other similar services.

There at least 8 experts that provide training and guidance. Each has his own style of trading, and so it is wise to check all of them out, and see which approaches work best for you. Not only are there endless training videos available, there are at least 3 chat rooms that run all day, with teachers coming in throughout the day. Each of those rooms has helpers that are referred to as moderators, and they also are there to answer your questions. And the people who are members that hang out in these rooms also help you become a better trader. Isn't that what it's all about?

**Exhibit 32 (con't):**
**Examples of Satisfied Raging Bull Customers**



**Syed Imam**
✎ 1 review

★★★★★  ✓ Invited                    Updated Oct 16, 2020

**getting extra-ordinary services , I am very happy to the part of elite...**

Getting extra-ordinary services , I am very happy to be the part of elite membership . I understand that all the gurus are working hard with their time and efforts to educate us. Keep it up Giving us trading alerts - thanks



**Allen Nichols**
✎ 1 review

★★★★★  ✓ Invited                         Oct 16, 2020

**Two years now or close to it**

Two years now or close to it, this knowledge is more valuable than gold, think Platinum, Thank you JB, JB, Kyle and Nate



**movingforward**
✎ 1 review

★★★★★                              Sep 21, 2020

**Great customer service and alerts**

The customer service so far has been great for 2 months supporting and guiding me on which is the best service I can pay for.

The complimentary information when buying a service is also very good and the recommendations bring great opportunities.

54.    According to the FTC world, one would have expected that <u>the seminars and related material will have no value</u>. Yet Exhibit 33 presents the data on the customer usage of the dashboard and the education pages on it. Examination of these data shows the reality – the Raging Bull offerings are valuable! And for validation – how else can we explain why tens of thousands of customers are paying a lot of money for the subscriptions, renew them, upgrade them and engage with the instructors and the other behaviors we highlight in this report?

55.    In assessing the value of the material and offerings of Raging Bull it is important to understand their educational philosophy. Their approach is based on the proven value of apprenticeship and experiential learning. Thus, the focus on having the consumers follow the "gurus" examples and being in continuous contact with them explaining what and why they do specific trades. It also explains their investments in the learning system and dashboard and continuous flow of educational material to the customers.

**Exhibit 33:**
**Usage of Educational Pages on the Raging Bull Customer Dashboard Contradicts the FTC's Allegation of No Value to the Offerings[38][39]**

The below chart shows the average metrics for Raging Bull's top 10 educational services contained on its membership dashboard.



The below chart shows Raging Bull subscribers' overall engagement with Raging Bull's member dashboard.



| | Total Number of Users | Total Number of Sessions | Average Session Duration |
|---|---|---|---|
| ■ Column1 | 109,735 | 5,706,888 | 0:42:47 |

---

[38] Source: 2020 Membership  Education Engagement - 20 Page Sample Size.xlsx
[39] Source: 109,735 active users in 2020 engaged with the member portal .png

56.     According to the FTC world, one would have expected <u>no positive third party validation</u> of the offerings. Yet the reality is illustrated in Exhibit 34, which shows that Raging Bull's principals – Bishop and Bond – have made numerous public appearances and published in respectable publications.

### <u>Exhibit 34:</u>
### Raging Bull's Gurus Have Made Numerous Public Appearances and Publications with Reputable Financial News Organizations Regarding Raging Bull's Services

Below are some examples of public appearances and publications made by Jeff Bishop and Jason Bond:

*Jeff Bishop*

- The Watch List, TD Ameritrade Network (5/13/2019)
- Market Talk, Yahoo Finance (5/20/19)
- Strategic Investors, Interview with Howard Lindzon, co-found of Stocktwits
- Crisis Investing 2020, Interview with Patrick Gentempo, CEO of Revealed Films (https://ragingbull.wistia.com/medias/n0ofhpushc)
- Cheddar, Interview with Kristen Scholer on floor of NYSE
- Interview with Trish Regan from Fox Business (6/25/2019)

*Jason Bond*

- Millennials take up trading stocks in coronavirus quarantine, Fox Businescom (Apr. 29, 2020), https://www.foxbusiness.com/money/millennials-learn-trading-during-coronavirus-quarantine
- Growlife: Missed The Big Move? Catch The Second Big Move, SeekingAlpha.com (Jan. 7, 2014), https://seekingalpha.com/article/1931861-growlife-missed-the-big-move-catch-the-second-big-move
- Cheddar, Interview with Kristen Scholer on floor of NYSE, https://www.facebook.com/watch/?v=1071798616235326
- Mentoring a protégé to carry on your business legacy, Jason Bond, Huffington Post.com (Sept. 20, 2016), https://www.huffpost.com/entry/mentoring-a-prot%C3%A9g%C3%A9-to-carry-on-your-business-legacy_b_57e15339e4b04fa361d9a59e?timestamp=1474385381412
- How President Trump or Clinton Will Move Your Money, Jason Bond, thestreet.com (Aug. 24, 2016), https://www.thestreet.com/politics/how-president-trump-or-clinton-will-move-your-money-13682067

**Exhibit 34 (con't):**
**Raging Bull's Gurus Have Made Numerous Public Appearances and Publications with Reputable**
**Financial News Organizations Regarding Raging Bull's Services**

*Jason Bond*

- Yeah End Review: Small Cap Stocks, Craig Adeyanju, Investing.com (Jan. 17, 2017), https://www.investing.com/analysis/year-end-review:-small-cap-stocks-200172666?preview_fp_admin_1234=this_is_1234

56. According to the FTC world, one would have expected Bishop and Bond to have no qualification. This is inconsistent with their qualifications as summarized in the declarations in support of the Defendants Ragingbull.Com, Llc, Jeffrey M. Bishop, Jason Bond, Sherwood Ventures, Llc And Jason Bond, Llc's Response To Motion For Order To Show Cause Why Preliminary Injunction Should Not Issue.

57. According to the FTC world, one would expect consumers to have difficulty canceling subscription. The reality is different as illustrated by the cancelation policies of RB in Exhibit 35 and for the auto-renewal subscription in Exhibit 36.

**Exhibit 35:**
**Process for Cancelling a Subscription[40]**

Raging Bull always provided a clear and easy way for subscribers to cancel their subscriptions/auto-renewals.

***Cancellations prior to December 2019 –*** Between May 2016 and December 2019, subscribers had three options to cancel:

1. Call customer support

2. Submit a request to customer service through the "contact us" page

3. Cancel subscription through toggle found on customer dashboard

While the toggle was in effect, a subscriber could cancel their subscription by logging into the customer dashboard, selecting "Subscriptions," pick the subscription they wanted to cancel, and click on "Cancel" in the top right-hand corner of the screen. The following two screen shots demonstrate this process.

---

[40] Source: How_When_Why we give refunds.pdf

**Exhibit 35 (con't):**
**Process for Cancelling a Subscription**

Screenshots – RB Dashboard, available at https://ragingbull.com/faqs/



***Cancellations after December 2019 –*** After December 2019, subscribers could cancel their subscriptions simply by submitting a ticket through a Customer Service agent.

Raging Bull removed the toggle in December 2019 because it had hired a staff of 9 in-office customer support agents who were put in place to focus on subscriber renewals, cancellations, and refunds, and other customer support matters. Raging Bull hired an additional 28 customer support agents in 2020. Customer support agents worked directly with subscribers to determine the reason why a particular subscriber wanted to cancel the service. In doing so, customer support agents were able to develop a further understanding of Raging Bull's subscribers. In many cases, the customer would not want to cancel their entire subscription but would want to try out a different service. Customer support agents would, therefore, switch the customers into another equal or lesser value service. If the service was of lesser value, then the length of the subscription was extended to make up for the difference. Subscribers could submit a customer support ticket for cancellation by using the "Contact Us" page through Raging Bull's website.

T

**Exhibit 35 (con't):**
**Process for Cancelling a Subscription**

**The screenshot below shows how to submit a ticket:**



Additionally, subscribers could be directed to the "Contact Us" page by clicking on "Update Subscription" on the Raging Bull FAQ titled "How do I turn off auto renewals."

**The screenshots below demonstrate how a subscriber could submit a ticket to customer support to cancel a subscription.**



58.    There are few complaints about this point cited by the FTC, many of which have not been verified. Such a few number of complaints are what one would expect in any business in which consumers believe that a complaint could help them get their money back. The overall level of refunds of about 10% and chargebacks of around 1% are consistent with industry practice.

59.    According to the FTC world, one would <u>expect consumers to rely only on Raging Bull ads, sales and marketing and their disclaimers.</u> Yet, as discussed in paragraph 32 regarding the buying journey, this is an unrealistic assumption for a high involvement product in an extremely competitive market. Furthermore, in assessing the FTC allegations of deceptive advertising it is important to understand the way Raging Bull uses advertising. Raging Bull uses it to motivate the prospects to explore their offering by asking for free educational material or going to the Raging Bull web site and get free material from there. Ad headlines of the type complained about by the FTC are motivating, and they are not uncommon in the financial service area especially by an educational organization that aims at motivating consumers to learn about investing.

60.    According to the FTC world, one would expect that <u>most of Raging Bull revenues would come from the negative option products and that most customers will cancel them</u> as soon as they find out that they are charged for them. Raging Bull informs that the auto renewal products account for about 5% of Raging Bull's sales in 2020 and most customers who do not cancel it on time or decided to keep the product and keep paying for it.

61.    According to the FTC world, one would expect that there is <u>no simple mechanism for cancelation</u> of negative options. The reality is outlined in Exhibit 36.

## Exhibit 36:
**The Process to Cancel Auto-Renewal Subscriptions is Simple with Automatic Reminders that Contradict the FTC's Allegations[41]**

In May 2016, Raging Bull implemented a three-email reminder system to make subscribers aware that their subscriptions would soon renew, and their credit cards would be charged.

The three emails (sent out 28, 7, and 3 days before the scheduled renewal date) included the date of renewal, the last four digits of the credit card that would be charged, and the product being renewed with the price.

The email reminders provide subscribers with a simple way to cancel the renewal by emailing or calling customer support.

### Example of Reminder Email #1 – Sent out 28 days prior to renewal:

On Monday, November 2, 2020, 07:33:23 AM PST, Raging Bull <support@ragingbull.com> wrote:

Hello

Your Jackpot Trades membership is about to renew.

The credit card you supplied ending in ▮▮▮▮ will be billed on November 30th, 2020.

As it stands you have three options:

1. If you wish to continue raking in profits utilizing your subscription with no lapse in your service - you don't need to do anything!

2. If you wish to transfer to a different service within RagingBull, our VIP Concierge team will match your trading methods and engagement level to one of our 17 products that cover any and all investment styles. Please contact our team at 833-484-3285.

3. If you do not wish to renew and lock in the best possible price for your RagingBull membership, please contact us at support@ragingbull.com before the date of your recurring billing cycle "November 30th, 2020" Or call, 833-484-3285.

We want to make sure the renewal of your service is as seamless as possible so that you do not miss out on any trades. We have spent millions of dollars on our staff and infrastructure to ensure our members receive the utmost service.

There's one more thing.

If you choose to renew today, not only will we provide you $500 of credit towards a future purchase but our VIP Concierge team will lock in your next year at a discounted Founders Member Rate.

Call them to claim your credit and secure your RagingBull membership.

833-484-3285

If you find anything in this email confusing, or if you have needs beyond what is written above, our U.S. based, college-educated, financial and product expert Concierge Team is here to help you. We think our team is truly world-class and a source of pride for your relationship with Raging Bull. Please contact them at 833-484-3285.

The RagingBull family and I thank you and are here solely to help you reach your financial goals.

To YOUR success!

Jason Bond and the rest of the RagingBull Team

---

[41] Sources: How_When_Why we give refunds.pdf
   #917953.pdf
   #917987.pdf
   #893494.pdf

**Exhibit 36 (con't):**

**The Process to Cancel Auto-Renewal Subscriptions is Simple with Automatic Reminders that Contradict the FTC's Allegations**

**Excerpt Example of Reminder Email #2 – Sent out 7 days prior to renewal:**

> On Thu, Dec 31, 2020 at 11:30 AM Raging Bull <support@ragingbull.com> wrote:
>
> Hello ███
>
> Your Profit Prism membership is about to renew.
>
> The credit card you supplied ending in ████ * will be billed on January 7th, 2021.

**Excerpt Example of Reminder Email #3 – Sent out 3 days prior to renewal:**

> On Tue, Dec 22, 2020 at 11:30 AM Raging Bull <support@ragingbull.com> wrote:
>
> Hello ___ ,
>
> Your RagingBull Elite membership is about to renew.
>
> The credit card you supplied ending in ___ * will be billed on December 26th, 2020.

*The preceding reminder email examples were sent out to different subscribers for their respective product subscriptions.

62.  <u>In summary</u>, a comparison of the 14 aspects of the scenario of what would one expect the world to look like had the FTC allegations been valid versus the available data in this case clearly shows that there is no empirical support for any of the FTC scenarios. Thus, this alone would invalidate the FTC allegations.

**D. Evaluation of the "evidence" Offered by the FTC**

63. The "evidence" provided by the FTC is inconsistent with required, sound scientific methods for several reasons that apply to both the affidavits and the ads and marketing material.

    a. No information is provided how the affidavits or ads were selected. Without knowing the sampling approach, one cannot generalize the data to the entire RB customer base

    b. The sample size of 21 affidavits, seven ads and few other marketing materials is far too small to comprise a scientifically valid sample intended to obtain insight into the entire Raging Bull customer base and marketing activities. Given the current number of approximately 80,000 currently active Raging Bull customers, we would need a sample size of at least 400 consumers in order to ensure representativeness and statistical validity. For instance, just to do a consumer perception study of an ad we would need a similar sample size (400 consumers) for each test and control group. Similarly given that Raging Bull has been using thousands of ads the few ads identified by the FTC offer no assurance that they are representative of the total number of ads ran by Raging Bull and whether any of them had any impact.

64. Furthermore, the "evidence" provided by the affidavits is contradictory to many of the unsolicited favorable testimonials and reviews received by Raging Bull (see, for examples, Exhibit 20 and 32 of this report). These affidavits are also contradictory to all the other data we analyzed (as summarized for example in Exhibit A of this report). The reasons for this discrepancy are likely to be a combination of the following factors:

    a. Cherry picking of a few disgruntled customers – The FTC provided no information or insight as to how these affiants/consumers were selected.

    b. Biased and leading questions resulting in the produced affidavits – The FTC provided no information or insight on the questions asked and the context in which these affidavits were produced that led to the resulting affidavits.

c.  Biased affiants who might have expected personal financial gain from filing an affidavit – The FTC did no validation check on any of the affidavits.

d.  Non representative experience of the few affiants (who may have seen a non-representing ads and marketing material) – The FTC offers no information to assure that this was not the case; given the very small sample size and the unknown way in which it was selected, one has no way to determine if this was or was not the case.

e.  Non representative very small sample without even the most basic comparison to the demographic and behavioral profile of the Raging Bull customers – The FTC offered no such information.

65.  <u>In summary</u>, the nonscientific data offered by the affidavits cannot be relied on to establish whether there is a likelihood that customers were deceived and injured as a result of Raging Bull's conduct as alleged by the FTC. These 21 affidavits provide little or no scientifically valid evidence that Raging Bull customers have been defrauded and injured as a result of Raging Bull's business practices under examination by the Court. In my opinion the FTC's reliance on the consumer anecdotal experience of 21 affiants, and the suggestion that this Court should do likewise, has no scientific merit. This conclusion is based on the following factors:

a.  The lack of any information regarding the process used by the FTC in the selection and creation of the affidavits,

b.  The extremely small sample size,

c.  The lack of any test of the reliability, validity and generalizability of these affidavits; and

d.  The dramatic contrast between the content of the affidavits and all the other available data in this case.

e.  The lack of any information re the process used by the FTC in selecting the ads and other marketing material

f.  The small sample size and no valid evidence as to the representation or impact of the material

**E. Overall Assessment Of All The Available Data Demonstrate A Strong Convergence Validity Of The Conclusion That RB Did Not Deceive Its Customers**

66.    To assess the validity of the FTC allegations we examined four elements of the context of the Raging Bull business (#25-35), seven aspects of the business model, choice architecture and actions (#35-44) and compared 14 scenarios of "had the FTC allegations been true" versus reality (#46-62). Not even one of these analyses provided support for any of the FTC allegations. This is a strong convergence validity of our many ways of looking at the FTC allegations and the many data sources we relied on.

67.    The "evidence" provided by the FTC, as discussed above (#63-65) is anecdotal, non-representative, very small sample and is not valid. Thus, it does not challenge any of the findings of my many analyses.

**F. Required Additional Data**

68.    Despite the convergence validity of our many analyses and my strong confidence in the conclusion that there are no valid and generalizable empirical data to support the FTC allegations, I believe that before making a final determination it would be helpful if we could analyze four additional data sources:

   a. A consumer experiment to establish consumers perceptions of the Raging Bull offerings (i.e., test versus a control group who will see the same offering but presented in a way that would be considered by the Court to be non-deceptive. This is the most critical of the required additional analysis since the only valid way of determining whether the Raging Bull advertising, marketing and sales practice were deceptive is to obtain the customers' perceptions of these materials.

   b. Determine the validity and generalizability of the 21 affidavits.

   c. Content analysis of the 240 complaints to determine if they were on the issues challenged by the FTC, whether they were valid, and comparing them to benchmark cases.

   d. Content analysis of the recorded sales and service call and ideally comparing it to benchmark cases.

## VI.   <u>Conclusions</u>

Based on my careful evaluation of the FTC's Complaint allegations along with my analysis of the Raging Bull's operations and available data, my conclusions are as follows:

1. The FTC's "evidence" and the analysis set forth in the FTC's Complaint does not comport with well-accepted social science and marketing research principles and corresponding scholarship for valid scientific evidence (paragraphs 63-65 and Exhibit B). Thus, the allegations in the FTC's Complaint against Raging Bull cannot be supported.

2. To the contrary, the available data and other relevant information (as discussed in paragraphs 25-62 and summarized in Exhibit A) strongly support the conclusion that Raging Bull's customers were not deceived and were not injured by Raging Bull's advertising and marketing practices.

3. On the basis of well-accepted research principles and the convergence validity of the evidence outlined in this report, it is extremely unlikely that the FTC could prove the validity of the allegations in its Complaint.

4. Furthermore, significant additional empirical analysis (as suggested in paragraph 68) would be needed in order for the Court to conclude that the FTC is likely to prevail in the FTC Complaint against RB.

Given the consistency of all the data I have analyzed and the above-identified fatal flaws of the FTC "evidence" my confidence in my conclusions is very high.


Yoram (Jerry) Wind                                              January 13, 2021

Appendix A

# YORAM (JERRY) WIND

**Academic Positions:** Jerry Wind is The Lauder Professor Emeritus and Professor of Marketing at The Wharton School of the University of Pennsylvania. Dr. Wind joined the Wharton faculty in January 1967, upon receipt of his doctorate from Stanford University, and was granted Emeritus status in July 2017.

**Program Development:** Dr. Wind was the founder and academic director of *The Wharton Fellows* program from 2000 to 2018. From 1983 to 1988, he was the founding director of *The Joseph H. Lauder Institute of Management and International Studies*, and from 1980 to 1983 the founding director of *The Wharton Center for International Management Studies*. Dr. Wind chaired the Wharton committees that designed *The Wharton Executive MBA Program* (1974), *the new MBA curriculum* (1991), the School's *globalization strategy* (1995-1997), and the MBA's cross-functional integration efforts (2002-04) He also started *The Wharton International Forum* (1987) and served as the chairman of its faculty council until 1998. He was instrumental in establishing the Alfred West, Jr. Learning Lab and served as a member of its first advisory board (2001-05). Dr. Wind  was also the founding director of the Wharton "think tank," *The SEI Center for Advanced Studies in Management*. The Center's mission was to assure, through research and development, the quality, relevance, and impact of management research, education, and practice (1988-2018).

**Publications:** Dr. Wind is one of the most cited authors in marketing. His regular contributions to professional marketing literature include over 25 books and over 300 papers, articles, and monographs encompassing the areas of marketing strategy, marketing research, new product and market development, consumer and industrial buying behavior, and global marketing.  Dr. Wind's books have received wide acclaim and many have been translated into a number of languages.  His most recent books are *Beyond Advertising* (2016) and *The Network Imperative* (2016). Dr. Wind's other publications include: *Competing in a Flat World*, with Victor and William Fung (Wharton School Publishing 2007), *The Power of Impossible Thinking: How Changing Your Mental Models Will Transform the Business of Your Life and the Life of Your Business*, with Colin Crook (Wharton School Publishing 2004), *Convergence Marketing: Strategies for Reaching the New Hybrid Consumer* with Vijay Mahajan (Financial Times/Prentice Hall 2002), and *Driving Change* with Jeremy Main (Free Press 1998). Both *The Power of Impossible Thinking* and *Convergence Marketing* were selected by Executive Book Summaries as one of the thirty best business books of 2002 and 2004. His edited books– *The Network Challenge: Strategy, Profit and Risk in an Interlinked World* (Wharton School Publishing, June 2009), *New Product Diffusion Models* (Kluwer 2000), *Digital Marketing* (Wiley 2001), and *Marketing Research and Modeling: Progress and Prospects* (Kluwer 2004)–include the works of the leading experts on these topics.

**Editorship:** Dr. Wind founded *Wharton School Publishing* (Wharton's J.V. with Pearson) (2003), served as the first Wharton editor (2003-2008), and published over 60 books. He has served as editor-in-chief of the *Journal of Marketing*, on the policy boards of the *Journal of Consumer Research* and *Marketing Science*, and has been on the editorial boards of the major marketing journals. He has been a guest editor of special issues of the major marketing journals including *Marketing Science* (1996) on Empirical Generalization in Marketing (with Frank Bass), *JMR* (1978) on market segmentation and (1997) on Innovation in New Product Development and *Marketing Research* (1998) on The State of the Art in Quantitative Research.

**Business Experience:** Dr. Wind has served as an advisor to many Fortune 500 firms and a number of non-U.S. multinationals in the financial services, pharmaceuticals, information, and consumer packaged goods industries. His consulting focuses on both overall global corporate and business strategy and transformation as well as marketing strategy and especially the development of new businesses. He is a regular advisor to SEI and a member of their executive committee. In addition, he has served as an expert witness in various legal cases.  Dr. Wind is a member of the advisory board of a number of start-ups including Decision Lens, LiquidHub, DreamTime Vision, Beyond Verbal, and others. He is a former director of IDT (HK), Enhance Financial Services Corporation, Contel Corporation, CASA and a number of entrepreneurial ventures.

**Professional Activities:** Dr. Wind is an active member of the major marketing and management science professional associations. He is the former Chancellor of the International Academy of Management (IAM). A former academic trustee of the Marketing Science Institute and former chairman of the College of Marketing of the Institute of Management Science. He is a member of the Board of Directors of the Marketing Accountability Standards Board. He is one of the founders of the Israeli university–*The Interdisciplinary Center Herzliya* (IDC) (1994), chairman of its academic council, and member of its academic appointment and promotion committee. He is also a member of the board of the American Friends of IDC. He is a member of the boards of a number of Wharton's centers, including the Lauder Institute and Knowledge@Wharton; a trustee of *The Philadelphia Museum of Art*, and chairman of marketing committee. He is a frequent lecturer in faculty seminars and executive programs in over 50 universities worldwide and the founder of *Reimagine*

*Education: Innovative Pedagogical Approaches for Higher Education* (www.reimagine-education.com).

**Awards:** Dr. Wind is the recipient of various awards, including the four major marketing awards–The Charles Coolidge Parlin Award (1985), the AMA/Irwin Distinguished Educator Award (1993), the Paul D. Converse Award (1996) and the Buck Weaver Award (2007). He is the recipient of the first Faculty Impact Award given by Wharton Alumni (1993). In 1984, he was elected as member of the Attitude Research Hall of Fame and has won a number of research awards, including two Alpha Kappa Psi Foundation awards and a recent inclusion in JAR *Classics* issue of 18 articles that have withstood the test of time. In 2001 he was selected as one of the 10 *Grand Auteurs in Marketing* and later named as the 2003 recipient of the Elsevier Science Distinguished Scholar award of the Society for Marketing Advances. In May 2004 he was awarded as Honorary Fellow of the Decade by the Interdisciplinary Center Herzliya (Israel).  In 2009, Dr. Wind was selected as one of the 10 *Legends of Marketing* and in 2014 Sage published 8 edited volumes anthologizing his various publications.  In 2017, Dr. Wind was inducted into the Marketing Hall of Fame.

# <u>Table of Contents</u>*

**\*Click on headings to link directly to sections**

1. **ACADEMIC EXPERIENCE** ......................................................................... 7

2. **PUBLICATIONS** ....................................................................................... 9

    I.      Books ........................................................................................... 9

    Ii.    Edited Books ............................................................................ 10

    Iii.   Books Under Development ....................................................... 11

    Iv.   Articles, Contributed Chapters, Papers In Proceedings, And Working Papers .................. 11

        A.   Portfolio Analysis and Strategy .......................................... 11

        B.   Marketing and Business Strategy ....................................... 13

        C.   Marketing and Product Strategy ......................................... 16

        D.   Research on Industrial Buying Behavior .............................. 20

        E.   Research on Consumer Behavior ......................................... 23

        F.   Marketing Research and Modeling ...................................... 27

        G.   International Marketing ........................................................ 33

        H.   International Management Education and The Lauder Institute ................ 35

        I.    Management Practice and Education in the 21st Century ............... 35

        J.    Convergence Marketing ...................................................... 37

        K.   Mental Models – Power of Impossible Thinking ................ 37

        L.    Network-Based Strategies .................................................. 39

        M.   Advertising ........................................................................... 40

        N.   Entries in Dictionaries, Encyclopedias, and Handbooks .......... 42

    V.    Editor Of Special Issues ......................................................... 43

    Vi.   Editorials ................................................................................. 43

    Vii.  Illustrative Op Ed And Commentaries ................................... 44

    Viii. Edited Publications Of The Sei Center – Illustrative List \*\* ............... 44

    Ix.   Edited Publications Of The Wharton Future Of Advertising Program ............... 46

    X.    Editor: Wharton School Publishing Books ........................... 46

    Xi.   Illustrative Published Abstracts Of Papers Delivered In Professional  Meetings ................. 48

    Xii.  Case Studies ........................................................................... 48

3. **CONSULTING EXPERIENCE** ................................................................. 50

    I.      Marketing, Business Strategy, and Marketing Research Consulting ................. 50

* = Article published in referred journal
Highlighted entries were also published in the corresponding Legends of Marketing volume

II.    Directorship...................................................................................................................52

III.   Illustrative Advisory Boards ..........................................................................................52

IV.   Expert Witness: Marketing and Marketing Research Consulting in Legal Cases...............52

V.    Illustrative Marketing Research Clients: .........................................................................58

VI.   Illustrative Marketing Research Program Evaluation and Redesign: .................................59

VII.  Illustrative Intra-Company Marketing Strategy (and Marketing Research) Workshops: ......59

VIII. Selected International Consulting...................................................................................60

IX.   Consulting to Government Agencies ..............................................................................60

X.    Consulting/Advising to Research Organizations ..............................................................61

**4.   UNIVERSITY ACTIVITIES ...............................................................................................62**

I.    University of Pennsylvania, The Wharton School .............................................................62

   A.  Program Development ..................................................................................................62

   B.  Courses Developed and Taught .....................................................................................64

   C.  Executive Education Programs at the University of Pennsylvania – Illustrative Sessions ...64

      1)  Creativity and Innovation........................................................................................64

      2)  Challenging your Mental Models ............................................................................65

      3)  Transformation and Growth....................................................................................67

      4)  Marketing and Branding .........................................................................................68

      5)  The Network Challenge ..........................................................................................69

      6)  Future of Advertising .............................................................................................69

   D.  Committee Responsibility:.............................................................................................70

   E.  Doctoral Dissertations Supervised.................................................................................71

   F.  Addresses to Alumni Club and Other Groups Regarding:...................................................72

      1)  The Joseph H. Lauder Institute ..............................................................................72

      2)  Management 2000 project, the SEI Center for Advanced Studies in Management, and the revised MBA curriculum ........................................................................................72

      3)  Globalization Strategy ...........................................................................................73

      4)  Wharton's Information Management Initiatives (WIMI) .................................................73

      5)  Cross-Functional Integration of the MBA Curriculum......................................................73

      6)  Wharton Fellows Program .......................................................................................73

      7)  Wharton School Publishing ......................................................................................73

      8)  Illustrative presentations regarding The Power of Impossible Thinking ...........................73

      9)  Competing in a Flat World ......................................................................................74

II.    University of Pennsylvania – University Committees:........................................................74

* = Article published in referred journal
Highlighted entries were also published in the corresponding Legends of Marketing volume

III.    The Interdisciplinary Center (IDC), Herzliya, Israel.................................................. 75

IV.    Other Universities ....................................................................................................... 75

I.    Courses Taught............................................................................................................ 75

II.    Faculty Promotion Review – Illustrative Universities........................................... 75

III.    Program/School Review............................................................................................ 75

5.    **OTHER PROFESSIONAL ACTIVITIES** ..................................................................... 77

I.    Development of Research Programs [Illustrative List] ...................................... 77

II.    Editorial Activities ...................................................................................................... 77

III.    Offices Held in Professional Associations ............................................................ 79

IV.    Planning and Organizing Professional Programs at the University..................... 80

V.    Award Committees....................................................................................................... 81

VI.    Planning and Organizing Professional Programs Outside the University........... 81

VII.    Presentations* ............................................................................................................. 83

A.    Presented papers at various national conferences of the American Marketing Association 83

B.    Speaker in various conferences and workshops.................................................... 83

C.    Speaker in a number of the AMA Attitude Research Conferences:..................... 83

D.    Member of the Faculty of the AMA Doctoral Consortiums ................................... 83

E.    Member of the Faculty of the First Indian Doctoral Consortium,  2012 .............. 83

F.    Member of the AMA Faculty Consortium, Chicago 1997 ..................................... 83

G.    Illustrative papers delivered in various professional workshops.......................... 83

H.    Illustrative addresses at various top management conferences and meetings ................... 84

I.    Illustrative Other Top Management groups addressed ....................................... 85

J.    Guest lecturer at faculty research seminars and executive development programs of various universities and research institutes including: .................................................... 85

K.    Speaker at various local and regional meetings ................................................. 86

L.    Guest speaker at special seminars........................................................................ 86

M.    Monthly Co-Host of *Marketing Matters*, weekly radio show airing on Sirius XM Channel 111, ............................................................................................................................ 87

Business Radio Powered by the Wharton School.................................................. 87

VIII.    Presentations: Illustrative Topics............................................................................ 87

A.    Creativity and Innovation........................................................................................ 87

B.    Challenging your Mental Models ........................................................................... 89

C.    Growth ....................................................................................................................... 91

D.    Marketing and Branding ......................................................................................... 94

* = Article published in referred journal
Highlighted entries were also published in the corresponding Legends of Marketing volume

E.   The Network Challenge ................................................................. 100

F.   Future of Advertising .................................................................... 101

G.   Future of Management & Management Education ......................... 104

H.   Marketing Research & Model ....................................................... 105

I.   Israel ............................................................................................. 106

J. Illustrative Video Examples…………………………………………………………………………….……….99

**6.   PROFESSIONAL AFFILIATIONS AND AWARDS** ................................. **108**

I.   Professional Affiliations ................................................................. 108

II.   Professional Awards ..................................................................... 108

**7.   PERSONAL DATA** ......................................................................... **114**

\* = Article published in referred journal

Highlighted entries were also published in the corresponding Legends of Marketing volume

# 1.  ACADEMIC EXPERIENCE

**EDUCATION**

<u>Stanford University</u>, Graduate School of Business. Ph.D. (Marketing), September 1964-December 1966.

<u>Stanford University</u>, International Center for Advancement of Management Education, Certificate in Marketing Management. September 1963-June 1964.

<u>The Hebrew University</u>, Jerusalem, School of Economics and Social Sciences, M.A. (Business Administration and Political Science), September 1961-June 1963; B. Soc. Sci. (Economics and Political Science), September 1958-June 1961.

**UNIVERSITY POSITIONS**

**A. University of Pennsylvania, The Wharton School**

**Faculty Positions:**
The Lauder Professor Emeritus, 2017-present
The Lauder Professor, 1983-2017
Professor of Marketing, 1973-present
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Associate Professor of Marketing, 1970-1973
Assistant Professor of Marketing and International Business, 1967-1970

**Selected Administrative Positions:**
Founding Academic Director, The Wharton Fellows program and network , 2000-2018
Founding Director, The SEI Center for Advanced Studies in Management, 1988-2018
Founding Academic Director, The Future of Advertising Program, 2008-2018
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Founding Editor, Wharton School Publishing (WSP), 2003-2008
Founding Director, The Joseph H. Lauder Institute of Management and International Studies, 1983-1988
Founding Director, the 1st Title VI National Resource Center in International Management Studies, 1985-1988
Founding Director, The Wharton Center for International Management Studies, 1980-1983

**Secondary Faculty Appointments:**
Member of the Graduate Group in International Studies (School of Arts & Sciences), 1984-1998
Member of the OR Group, 1979-1984 and the OR affiliated faculty, 1984-1989
Senior Fellow of the Leonard Davis Institute, 1977-1980
Secondary Appointment as Professor of Management, 1981-1984
Member of the Extended Faculty of the Social Systems Sciences Dept. 1981-1986

**B. Other Universities**

<u>The Interdisciplinary Center</u> (IDC) Herzliya Israel, Co-Founder (for specific activities since 1994, see p. 75).

<u>University of Tokyo</u> (Japan) Co-Director of the Marunouchi Global Center (MCG) program, 2002; The First Hakuhodo Visiting Professorship, Spring 1992 and 1993.

<u>Erasmus University</u> (The Netherlands) The First Visiting Unilever-Erasmus Professorship, Spring 1993.

<u>University of New South Wales</u> (Australia) The First Visiting Hoover Foundation Professor, 1977.

<u>University of California at Berkeley, School of Business Administration</u> Visiting Professor, Fall 1975.

<u>University of Tel Aviv, The Leon Recanati Graduate School of Business Administration</u>, Visiting Senior Lecturer, September 1968-August 1969.

* = Article published in referred journal
Highlighted entries were also published in the corresponding Legends of Marketing volume

<u>Stanford University, Graduate School of Business</u>, Research Assistant, June 1965-October 1966.

<u>The Hebrew University Jerusalem</u>, Teaching Assistant in the Departments of Political Science and Business Administration, September 1961-June 1963.

* = Article published in referred journal
Highlighted entries were also published in the corresponding Legends of Marketing volume

# 2.  PUBLICATIONS

### I.  BOOKS

1.  Lemelshtrich-Latar, Noam, Yoram (Jerry) Wind & Ornal Lev-er. <u>Can Art Aid in Resolving Conflicts?: 100 Perspectives.</u> Frame Publishers, October 2018.

2.  Libert, Barry, Jerry Wind, & Megan Beck Fenley.  <u>The Network Imperative:  A Playbook for Creating Unprecedented Value in the Digital Age.</u>  Harvard Business Review Press, June 2016.

3.  Wind, Yoram (Jerry) and Catharine Findiesen Hays. <u>Beyond Advertising: Creating Value Through All Customer Touchpoints</u>. Hoboken: Wiley, February 2016.

4.  Yoram Wind  <u>Legends in Marketing</u>: Sage Publications India, 2014 – 8 volumes:
    *Organizational Buying Behavior*, (ed) Robert Thomas
    *Consumer Behavior*, (eds) Barbara Kahn and Robert Meyer
    *Product and New Product Management*, (ed) Vijay Mahajan,
    *Marketing Strategy*, (ed) David Reibstein
    *Market Segmentation*, (ed) David Bell
    *Global Marketing*, (ed) Arun Jain
    *Marketing Research and Modeling*, (ed) Vithala Rao
    *The Future of Marketing*, (ed) George Day

5.  Fung, Victor K., William K. Fung and Yoram (Jerry) Wind. *<u>Competing in a Flat World: Building Enterprises for a Borderless World</u>. Upper Saddle River: Wharton School Publishing, 2007. [Translated editions: Bahasa Indonesia; Chinese Simplified; Chinese Traditional; English (India); Italian; Korean; Polish; Portuguese; Spanish; Italian; Bahasa Indonesian; Turkish.]

6.  Wind, Jerry, Colin Crook and Robert E. Gunther. *<u>The Power of Impossible Thinking: Transform the Business of Your Life and the Life of Your Business</u>. Upper Saddle River: Wharton School Publishing, 2004. Selected by Executive Book Summaries as one of the thirty best business books of 2004. [Translated editions: Arabic; Bahasa Indonesia; Bulgarian; Chinese (simplified and traditional); English (Singapore); Italian; Japanese; Korean; Polish; Portuguese; Russian; Serbian; Spanish; Thai; and Turkish.] Selected by Executive Book Summaries as one of the thirty best business books of 2004; finalist in *Fast Company* Reader's Choice Award for the October book of the month; among CEO READ top 25 books of August 2004. A paperback edition was published in 2006.

7.  Krieger, Abba, Paul E. Green and Jerry Wind. <u>Adventures in Conjoint Analysis: A Practitioner's Guide to Trade-Off Modeling and Applications</u>. Philadelphia: The Wharton School, 2004 < https://www.dropbox.com/s/85ft1hrsqr5ttxj/Adventures_in_Conjoint_Analysis_A_Practitioners_G.pdf?dl=0>.

8.  Wind, Yoram (Jerry), Vijay Mahajan and Robert Gunther. *<u>Convergence Marketing: Strategies for Reaching the New Hybrid Consumer</u>. Upper Saddle River: Prentice Hall, 2002.
    Selected by Executive Book Summaries as one of the thirty best business books of 2002. Translated editions: Chinese (simplified), Tsingua University Press; Chinese (traditional), Prentice Hall Taiwan; Bahasa (Indonesia); Spanish; Portuguese; Italian [*Consumatore Centauro:* Orvaro il Marketing Della Convergenza, ETAS LAB. IT. 2002]; Korean; and Japanese.

9.  Fields, George, Hotaka Katahira, Jerry Wind and Robert E. Gunther. <u>Leveraging Japan: Marketing to the New Asia</u>. San Francisco: Jossey-Bass, 1999.

10. Wind, Yoram and Jeremy Main. *<u>Driving Change: How the Best Companies are Preparing for the 21st Century</u>. New York: The Free Press, 1997.

* = Article published in referred journal
Highlighted entries were also published in the corresponding Legends of Marketing volume

Translated editions in U.K. by Kogan (Page Ltd.), 1998; China by Shanghai Jiao (Tong University Press), 1999; Hungary by Veres István (Geomeédia Szakkönyvek), 2000. Adaptation to local condition: Brazil by Luiz Felipe Monteiro Jr. (IBMEC Qualitymark Editoria), 2002.

11. Bauer, Roy A., Emilio Collar, Victor Tang, Jerry Wind and Patrick R. Houston. <u>The Silverlake Project: Transformation at IBM</u>. New York: Oxford University Press, 1992.
Translated to Chinese, Huaxia Publishing, 2000.

12. Wind, Yoram. *<u>Product Policy: Concepts, Methods and Strategies (Addison-Wesley Marketing Series)</u>. Reading: Addison-Wesley, 1982. Reviewed in the *Journal of Marketing*, Summer 1981.

13. Wind, Yoram. *<u>Marketing and Product Planning</u> (in Spanish). Mexico: Expansion, 1979.
This book is based in part on sections from *Product Policy* which was selected by the editors of Expansion as the "Book of the Year" 1979.

14. Wind, Yoram, Paul E. Green and Douglas Carroll. <u>Multi-Attribute Decisions in Marketing: A Measurement Approach</u>. Hinsdale: The Dryden Press, 1973.

15. Webster, Frederick E. and Yoram Wind. <u>Organizational Buying Behavior (Foundations of Marketing)</u>. Englewood Cliffs: Prentice Hall, 1972.
Translated to Portuguese (Editor, Atlas, Sao Paulo, Brazil, 1975). Reviewed JMR, August 1974.

16. Wind, Yoram, Ronald E. Frank and William F. Massy. <u>Market Segmentation (International Series in Management)</u>. Englewood Cliffs: Prentice Hall, 1972. Reviewed JMR, November 1972; August 1974.

17. Wind, Yoram, Homer Dalby and Irwin Gross. <u>Advertising Measurement and Decision Making</u>. Boston: Allyn & Bacon, 1968.

18. Robinson, Patrick J. and Yoram Wind. <u>Industrial Buying and Creative Marketing</u>. Boston: Allyn & Bacon, 1967.
Contributed two chapters; co-authored with Patrick J. Robinson three chapters; and participated in the overall organization and preparation of the book.

19. Yoram Wind. <u>Industrial Buying Behavior: Source Loyalty in the Purchase of Industrial Components</u>. Unpublished Ph.D. dissertation, Stanford University, 1966.


## II. EDITED BOOKS

1. Wind, Yoram and Arun Jain, eds., "Paul Green Contributions to Clustering and Segmentation." <u>Paul Green Sage Series on Legends of Marketing</u>, 2017.

2. Wind, Yoram and Paul Kleindorfer, eds., <u>The Network Challenge: Strategy, Profit and Risk in an Interlinked World</u>. Wharton School Publishing, 2009.

3. Wind, Yoram (Jerry) and Paul E. Green, ed., *<u>Marketing Research and Modeling: Progress and Prospects</u>. Norwell: Kluwer Academic Publishers, 2004.

4. Wind, Jerry and Vijay Mahajan, ed. <u>Digital Marketing: Global Strategies from the World's Leading Experts</u>. New York: John Wiley & Sons, 2001.

5. Mahajan, Vijay, Eitan Muller and Yoram Wind, ed. <u>New-Product Diffusion Models</u>. Boston: Kluwer 2000.

6. Mahajan, Vijay and Yoram Wind, ed. <u>Innovation Diffusion Models of New Product Acceptance</u>. Cambridge: Ballinger Publishing Co., 1986.

* = Article published in referred journal
Highlighted entries were also published in the corresponding Legends of Marketing volume

7. Wind, Yoram, Vijay Mahajan and Richard N. Cardozo, ed. <u>New-Product Forecasting: Models and Applications</u>. Lexington: Lexington Books, 1981.

8. Wind, Yoram and Robert J. Thomas, ed. <u>Advances in Organizational Buying Research: The Case of Acquisition of Scientific and Technical Information</u>. Washington, D.C: National Science Foundation, 1979.

9. Wind, Yoram and Marshall Greenberg, ed. <u>Moving Ahead with Attitude Research: Proceedings of the Seventh Attitude Research Conference</u>. Chicago: American Marketing Association, 1977.

10. Nicosia, Francesco M. and Yoram Wind, ed. <u>Behavioral Models for Market Analysis: Foundations for Marketing Action</u>. Hinsdale, IL: The Dryden Press, 1977.


## III. BOOKS UNDER DEVELOPMENT

1. Rakesh, Nitin and Yoram (Jerry) Wind. <u>The Architecture of Disruption.</u>

2. Eberlein, Barbara, Derek Gilman and Yoram Wind. <u>Being Creative: Lessons from Architecture and Design</u>

3. Yoram Wind. <u>Challenging Our Mental Models.</u>


## IV. ARTICLES, CONTRIBUTED CHAPTERS, PAPERS IN PROCEEDINGS, AND WORKING PAPERS

The papers are grouped by the following topics:

1. Portfolio analysis and strategy
2. Marketing and business strategy
3. Marketing and product strategy
4. Research on industrial buying behavior
5. Research on consumer behavior
6. Marketing research and modeling
7. International marketing
8. International management education and the Lauder Institute
9. Management practice and education in the 21st Century
10. Convergence Marketing
11. Mental Models – Power of Impossible Thinking
12. Network-Based Strategies
13. Advertising
14. Entries in Dictionaries, Encyclopedias, and Handbooks


### A. Portfolio Analysis and Strategy

1. Wind, Yoram. "Product Portfolio Analysis: A New Approach to the Product Mix Decision." <u>Combined Proceedings</u>. Ed. Ronald C. Curhan. Chicago: American Marketing Association, Aug. 1974. 460-464. <<https://www.dropbox.com/s/xvrlrhwczrdaesd/7401_Product_Portfolio_A_New_Approach.pdf?dl=0>>.

2*. Wind, Yoram, and Henry J. Claycamp. "Planning Product Line Strategy: A Matrix Approach." <u>Journal of Marketing</u> 40 (Jan. 1976): 2-9. <<https://www.dropbox.com/s/ne0zno9h8cci186/7601_Planning_Product_Line_Strategy_A.pdf?dl=0>>.

3. Wind, Yoram and Daniel Gross. "An Analytic Hierarchy Process for the Allocation of Resources Within a Target Product/Market/Distribution Portfolio." Proceedings of the First ORSA/TIMS Special Interest Conference on Market Measurement and Analysis. Eds. David B. Montgomery and Dick R. Wittink. Cambridge, MA: Marketing Science Institute, 1980. 278-297. <https://www.dropbox.com/s/83rbdythdvlynjd/8001_An_Analytic_Hierarchy_Process_For.pdf?dl=0>.

4*. Wind, Yoram, and Thomas L. Saaty. "Marketing Applications of the Analytic Hierarchy Process." Management Science 26.7 (July 1980): 641-658. <https://www.dropbox.com/s/3ldz0e72w9s2ygs/8002_Marketing_Applications_of_the_Analytic.pdf?dl=0>.

5*. Wind, Yoram, and Vijay Mahajan. "Designing Product and Business Portfolios." Harvard Business Review 59.1 (Jan. - Feb. 1981): 155-165. [B] Based on "Measurement Issues in Portfolio Analysis." Paper presented at the Second Market Measurement and Analysis Conference, Austin, TX, Mar. 1980. [C] Translated and reprinted in French as "Un portefeuille d'activités en sept étapes." Harvard La Revue des Responsables L'Expansion. 1981: 37-49. <https://www.dropbox.com/s/l61sgqopopbcxnq/8110_Designing_Product_and_Business_Portfolios.pdf?dl=0>. <https://www.dropbox.com/s/m4uuayifm418cjt/8114_Un_portefeuille_d%27activites_en_sept.pdf?dl=0>.

6*. Wind, Yoram, and Susan Douglas. "International Portfolio Analysis and Strategy: The Challenge of the 80s." Journal of International Business Studies (Fall 1981): 69-82. <https://www.dropbox.com/s/nqrj7lg0p3af35f/8101_International_Portfolio_Analysis_and_Strategy.pdf?dl=0>.

7. Mahajan, Vijay, Yoram Wind, and John W. Bradford. "Stochastic Dominance Rules for Product Portfolio Analysis." TIMS Studies in the Management Sciences 18 (1982): 161-183. <https://www.dropbox.com/s/4l3wlomw7okh7n1/8201_Stochastic_Dominance_Rules_for_Product.pdf?dl=0>.

8*. Harshman, Richard A., Paul E. Green, Yoram Wind, and Margaret E. Lundy. "A Model for the Analysis of Asymmetric Data in Marketing Research." Marketing Science 1.2 (Spring 1982): 205-242. <https://www.dropbox.com/s/0ihn7etl1kd5fm6/8202_A_Model_for_the_Analysis.pdf?dl=0>.

9*. Wind, Yoram, Vijay Mahajan, and Donald J. Swire. "An Empirical Comparison of Standardized Portfolio Models." Journal of Marketing 47 (Spring 1983): 89-99. [B] Based on paper presented at the Conference on Analytical Approaches to Product and Marketing Planning, 1981 <https://www.dropbox.com/s/4j1ehwc028p18ly/8308_An_Empirical_Comparison_of_Standardized.pdf?dl=0>.

10*. Cardozo, Richard N., and Jerry Wind. "Risk Return Approach to Product Portfolio Strategy." Long Range Planning 18.2 (1985): 77-85. <https://www.dropbox.com/s/43wtyuoytnmwcim/8501_Risk_Return_Approach_to_Product.pdf?dl=0>.

11. Mahajan, Vijay, and Jerry Wind. "Integrating Financial Portfolio Analysis with Product Portfolio Models." Strategic Marketing and Management. Eds. H. Thomas and D. Gardner. New York: John Wiley & Sons Ltd., 1985: 193-212. <https://www.dropbox.com/s/btckjwa8q4wulbu/8502_Integrating_Financial_Portfolio_Analysis_with.pdf?dl=0>.

12. Wind, Yoram, and Vijay Mahajan. "Corporate Growth Through Synergy: Concept, Measurement & Applications." Wharton School Working Paper, Aug. 1985.

* = Article published in refereed journal

<https://www.dropbox.com/s/l33ndv9p3e65cad/8503_Corporate_Growth_Through_Synergy_Concept.pdf?dl=0>

13*.   Mahajan, Vijay, and Yoram Wind. "Business Synergy Does Not Always Pay Off." Long Range Planning 21.1 (Feb. 1988): 59-65. <https://www.dropbox.com/s/byidxv97spucz7r/8801_Business_Synergy_Does_Not_Always.pdf?dl=0>.


**B.  Marketing and Business Strategy**

1.   Wind, Yoram. "A Research Program for a Marketing Guided Approach to Mergers and Acquisitions." 1979 Educators' Conference Proceedings. Eds. Neil Beckwith, et al. Chicago: American Marketing Association, 1979. 207-256. <https://www.dropbox.com/s/e936wbkgitioi4q/7901_A_Research_Program_for_a.pdf?dl=0>.

2.   Wind, Yoram. "Marketing Oriented Strategic Planning Models." Marketing Decision Models. Eds. Randall L. Schultz and Andris A. Zoltners. New York: Elsevier, North Holland, Inc., 1981. 207-250. <https://www.dropbox.com/s/szo1np6tzwahnfh/8102_Marketing_Oriented_Strategic_Planning_Models.pdf?dl=0>.

3.   Wind, Yoram. "Marketing and the Other Business Functions." Research in Marketing Vol. 5 (1981): 237-264. <https://www.dropbox.com/s/6e54v1s23xcq8tl/8103_Marketing_and_the_Other_Business%20%281%29.pdf?dl=0>.

4*.   Wind, Yoram. "Marketing and Corporate Strategy." The Wharton Magazine (Summer 1982): 38-45. [B] Based on Wind, Yoram. "Marketing and Corporate Strategy: Problems and Perspectives." 13th Annual Albert Wesley Frey Lecture. University of Pittsburgh. 1981. <https://www.dropbox.com/s/5klcxn68kfj4tr6/8207_Marketing_and_Corporate_Strategy.pdf?dl=0>. <https://www.dropbox.com/s/cc3ogvvgoy2ofrn/8112_Marketing_and_Corporate_Strategy_Problems.pdf?dl=0>.

5.   Robertson, Thomas S., and Yoram Wind. "Marketing Strategy." The Strategic Management Handbook. Ed. Kenneth J. Albert. New York: McGraw-Hill, 1983. 11-3–11-22. <https://www.dropbox.com/s/kwn1yq6s27ddhqk/8301_Marketing_Strategy.pdf?dl=0>.

6*.   Wind, Yoram, and Thomas S. Robertson. "Marketing Strategy: New Directions for Theory and Research." Journal of Marketing 47 (Spring 1983): 12-25. <https://www.dropbox.com/s/8rg98rlagcelsp9/8302_Marketing_Strategy_New_Direction_for.pdf?dl=0>.

7.   Wind, Yoram (Jerry). "Marketing for Top Executives: Problems and Prospects," Wharton School Working Paper, 1985.

8.   Wind, Yoram. "Models for Marketing Planning and Decision Making." Handbook of Modern Marketing. 2nd ed. Ed. Victor P. Buell. New York: McGraw-Hill, Feb. 1986. 49-1–49-12. <https://www.dropbox.com/s/5lujiscp53k9u1w/8601_Models_for_Marketing_Planning_and.PDF?dl=0>.

9.   Wind, Jerry. "Effective Competitive Strategies: A Marketing Perspective." Address at the Securities Industry Association Regional Conference on Achieving Excellence in Management, Chicago, March 26, 1986: 62-80. <https://www.dropbox.com/s/fw3xtwnekhr97em/8602_Effective_Competitive_Strategies_A_Marketing.pdf?dl=0>.

13

* = Article published in refereed journal

10.  Wind, Jerry. "Expanding the Role of the Board of Directors." Wharton School Working Paper, May 1986.
<https://www.dropbox.com/s/lhdyezdt8ukkxlp/8605_Expanding_the_Role_of_the.pdf?dl=0>.

11*. Wind, Y. "An Analytic Hierarchy Process Based Approach to the Design and Evaluation of a Marketing Driven Business and Corporate Strategy." Mathematical Modeling 9.3-5 (1987): 285-291.
<https://www.dropbox.com/s/ib3ehqgiufv96jp/8702_An_Analytic_Hierarchy_Process_Based.pdf?dl=0>.

12*. Wind, Yoram. "Financial Services: Increasing Your Marketing Productivity and Profitability." The Journal of Services Marketing 1.2 (Fall 1987): 5-18.
<https://www.dropbox.com/s/tzhemjdpew0oezw/8703_Financial_Services_Increasing_Your_Marketing.pdf?dl=0>.

13.  Dunn, Elizabeth F., and Jerry Wind. "Analytic Hierarchy Process for Generation and Evaluation of Marketing Mix Strategies." Contemporary Views on Marketing Practice. Eds. Gary L. Frazier and Jagdish N. Sheth. Lexington, MA: Lexington Books, Dec. 1987. 111-131.
<https://www.dropbox.com/s/p73am1071l5n5bs/8701_Analytic_Hierarchy_Process_for_Generation.pdf?dl=0>.

14.  Wind, Jerry. "A Marketing Perspective for Competitive Strategy." Handbook of Business Strategy: 1988/1989 Yearbook. Ed. Harold E. Glass. Boston: Warren, Gorham & Lamont, 1988. 17-1–17-25. [B] Based on paper presented at the International Conference on Competitive Analysis, Groningen, Netherlands, Oct. 1986.
<https://www.dropbox.com/s/w164qw1ejx2ui25/8807_A_Marketing_Perspective_for_Competitive.pdf?dl=0>.

15.  Wind, Yoram (Jerry). "Targeting Global Markets: Guidelines to Meet the Marketing Challenge." Directions. Atlanta, GA: Contel Corporation, 1989. 20-23.
<https://www.dropbox.com/s/14oe3fbl4syfr12/8901_Targeting_Global_Markets_Guidelines_to.pdf?dl=0>.

16*. Day, Diana L., John U. Farley, and Jerry Wind. "New Perspectives on Strategy Research: A View from the Management Sciences." Management Science 36.10 (Oct. 1990).
<https://www.dropbox.com/s/qc5skbhrwbnwbj7/9001_New_Perspectives_on_Strategy_Research.pdf?dl=0>.

17.  Wind, Yoram (Jerry). "Inducing Creativity and Innovation in Large Bureaucracies: Lessons from Marketing." Proceedings of the RGK Foundation 4th International Conference on Creative and Innovative Management. 1993.
<https://www.dropbox.com/s/s10rxr2o3qos8vm/9304_Inducing_Creativity_and_Innovation_in.pdf?dl=0>.

18.  Rangaswamy, Arvind, and Jerry Wind. "Don't Walk In, Just Log In! Electronic Markets and What They Mean for Marketing." Wharton School Working Paper, Dec. 1994.
<https://www.dropbox.com/s/dkd8wrwuukzc5f5/9401.Dont.Walk.In.Just.Log.In.pdf?dl=0>.

19.  Wind, Yoram (Jerry). "Growth Strategies." Wharton School Working Paper, 1996.

20.  Wind, Jerry. "Preemptive Strategies." Wharton on Dynamic Competitive Stratetgy. Eds. George S. Day and David L. Reibstein. New York: John Wiley & Sons, Inc., 1997. 256-276.
<https://www.dropbox.com/s/3t8jocsfnb11p85/9701_Preemptive_Strategies.pdf?dl=0>.

21.  Wind, Yoram (Jerry). "Segmentation: Accomplishments, Issues and Challenges of the Global Information Age." Proceedings of the 14th Paul D. Converse Symposium. Eds. James D. Hess and Kent B. Monroe. Chicago: American Marketing Association, 1998. 130-150.
<https://www.dropbox.com/s/651z3k6lzhk4tc3/9801_Segmentation_Accomplishments_Issues_

* = Article published in refereed journal

and_Challenges.pdf?dl=0>.

22.    Wind, Jerry. "Marketing Strategy in the Global Information Age." Mastering Marketing. Eds. Financial Times, in association with INSEAD, Kellogg, LBS, and Wharton. London: Pearson Education, 1999. 131-150. <https://www.dropbox.com/s/0j2etjre63eod8x/9901_Marketing_Strategy_in_the_Global.pdf?dl=0>.

23*.   Wind, Jerry, and Vijay Mahajan. "The Challenge of Digital Marketing." Digital Marketing. Eds. Jerry Wind and Vijay Mahajan. New York: John Wiley & Sons, Inc., 2001. [B] Modified version published as Wind, Jerry, and Vijay Mahajan. "Digital Marketing." European Business Forum 1.1 (Spring 2000): 20-27. <https://www.dropbox.com/s/yso0px6skvlex5z/0004_The_Challenge_of_Digital_Marketing.pdf?dl=0>

24*.   Wind, Jerry, and Arvind Rangaswamy. "Customerization: The Next Revolution in Mass Customization." Journal of Interactive Marketing 11.1 (Winter 2001): 13-32. [B] Reprinted as Marketing Science Institute working paper, 2000. [C] Summarized as "Customerization: Marketing Driven by the Consumer." Insight from MSI (2000). [D] Reprinted in Pulses (Oct. 2000) (publication of the Singapore Exchange). <https://www.dropbox.com/s/33yvypjtk2wzhsz/0104_Customerization_The_Next_Revolution_in.pdf?dl=0>. <https://www.dropbox.com/s/3a090airkx77akr/0005_Customerization_The_Next_Revolution_in.pdf?dl=0>. <https://www.dropbox.com/s/8xzytrmcdd242b8/0006_Customerization_Marketing_Driven_by_the.pdf?dl=0>.

25*.   Wind, Yoram (Jerry). "The Challenge of 'Customerization' in Financial Services." Communications of the ACM 44.6 (June 2001): 39-44. <https://www.dropbox.com/s/9rrgmhm44mcoith/0101_The_Challenge_of_Customerization_in.pdf?dl=0>.

26*.   Mahajan, Vijay, Raji Srinivasan, and Jerry Wind. "The Dot.com Retail Failures of 2000: Were There Any Winners?" Journal of the Academy of Marketing Science 30.4 (2002): 474-486. <https://www.dropbox.com/s/7huj66o7tr7oy6t/0201_The_Dot.com_Retail_Failures_of.pdf?dl=0>.

27.    Amit, Raffi, Cohen, Morris, Wunram, Jurgen, and Yoram Wind. "Winning the Digital Transformation Race." Wharton School Working Paper, Oct. 2002.

28*.   Wind, Yoram (Jerry). "Marketing as an Engine of Business Growth: A Cross-Functional Perspective." The Journal of Business Research 58 (2005): 863-873. <https://www.dropbox.com/s/u4poecz9e8x95ze/B23%20Marketing%20as%20an%20engine%20of%20business%20growth%20-%20Dec%202003.pdf?dl=0>.

29*.   West, Jr., Alfred P., and Yoram (Jerry) Wind. "Putting the Organization on Wheels: How SEI Uses Workplace Design and Art to Create a Corporate Culture that Drives Innovation and Growth." California Management Review. 49.2 (2007): 138-153. <https://www.dropbox.com/s/9v963b684818z1x/Putting%20the%20Organization%20on%20Wheels%20Workplace%20Design%20at%20SEI_Winter%202007_CMR.pdf?dl=0>.

30.    Wind, Jerry and David Bell. "Market Segmentation." The Marketing Book (Sixth Edition). Butterworth Heinemann, November 2007. <https://www.dropbox.com/s/io2n8mxuzdzbycs/0702_Market_Segmentation.pdf?dl=0>.

31*.   Wind, Jerry, Louis Capozzi, and Monita Buchwald. "Beyond Stretch Objectives: Stretch the Thinking, Strategy and Organisational Design." Strategic Innovators (May-July 2008): 8-17. <https://www.dropbox.com/s/0im3xtf3nyro9nq/0801_Beyond_Stretch_Objectives_Stretch_the.

pdf?dl=0>.

32*.   Wind, Yoram (Jerry). "A Plan to Invent the Marketing We Need *Today*," MIT Sloan Management Review, June 2008.  [B] Excerpted from the 2007 Buck Weaver Award paper "Rigor and Relevance: A Key Marketing Challenge," the full award paper is available online at http://sloanreview.mit.edu.
<https://www.dropbox.com/s/4997x1bi4tfg9vo/0804_A_Plan_to_Invent_the.pdf?dl=0>.

33*.   Wind, Jerry. "Rethinking Marketing: Peter Drucker's Challenge," Journal of the Academy of Marketing Science 37 (2009): 28-34.
<https://www.dropbox.com/s/n8rhrrm6ov47a84/0901_Rethinking_Marketing_Peter_Druckers_Challenge.pdf?dl=0>.

34.   Wind, Jerry. "Nano Tools for Leaders X: Adaptive Experimentation," Wharton Leadership Program Blog, 2011. <https://whartonleadership.wordpress.com/2011/05/26/nano-tools-for-leaders-x/>

35.   Rappaport, Stephen, Jerry Wind, Howard Moskowitz, and Batool Batalvi "Brand Profitability and Social Impact: Mindsets, Money and Doing Good,"  Warc, 2013.
<https://www.dropbox.com/s/r0lslhxa7ib67ax/1309_Brand_Profitability_and_Social_Impact.pdf?dl=0>

36.   Wind, Yoram.  "Towards a New Marketing Paradigm."  Moutinho, L., E. Bigné, A. Manrai (Eds.) Chapter 1. Routledge Companion Future of  Marketing, 2014.
<https://www.dropbox.com/s/q321qnmcv6bu2sr/1401_Towards_a_New_Marketing_Paradigm.pdf?dl=0>

37.   Wind, Yoram.  "Beyond the 4Ps: A New Marketing Paradigm Emerges." Rotman Management (Spring 2014): 39-43. [B] Based on Wind, Yoram, "Towards a New Marketing Paradigm." Moutinho, L., E. Bigné, A. Manrai (Eds.) Chapter 1. Routledge Companion Future of Marketing, 2014.
<https://www.dropbox.com/s/fzyewky7gxlk3jb/1402_Beyond_the_4Ps_A_New_Marketing_Paradigm_Emerges.pdf?dl=0>

38.   Wind, Yoram. "Nano Tools For Leaders. Reinvent Your Business: Shaking Up Your Mental Models, Part Two." Wharton@Work, 2015.
<http://executiveeducation.wharton.upenn.edu/thought-leadership/wharton-at-work/2015/02/reinvent-your-business-part-2?utm_source=int&utm_medium=wwork&utm_content=wee&utm_campaign=ww1502>

39.   Schiavone, Vincent, and Jerry Wind. "Market Sensing Using Big Data." Market Sensing Today. Eds. Melvin Prince and Costaninos Priporas. New York: Business Expert perceptionPress, 2015.
<https://www.dropbox.com/s/15lfo18jiqryzb0/Market%20Sensing%204.22.docx?dl=0>.

40.   Wind, Yoram (Jerry), "Reimagine Marketing" in R. Sisodia (Ed.), *Handbook of Marketing Advances in the Era of Disruptions – Essays in Honor of Jagdish N. Sheth,* New Delhi: Sage Publications, Aug. 2018.

41.   Wind, Yoram (Jerry) and David Reibstein, "How Marketing Can Save Democracy," Sept. 2018.

**C.   Marketing and Product Strategy**

1*.   Knight, Kenneth E., and Yoram Wind. "Innovation in Marketing: An Organizational Behavior Perspective." California Management Review 11 (Fall 1968): 67-78.

16

<https://www.dropbox.com/s/lbrpgwhbhpky41g/6801_Innovation_in_Marketing_An_Organizational.pdf?dl=0>.

2*.     Wind, Yoram, Bent Stidsen, and Kenneth E. Knight. "Management and Change." Manpower and Applied Psychology 2.2 (Winter 1968): 38-46.
        <https://www.dropbox.com/s/t7aveph1xtzuhlr/6802_Management_and_Change.pdf?dl=0>.

3.      Schutte, Thomas F., and Yoram Wind. "The Marketing Concept Revisited: A Decade Recap of Its Development and Meaning." Wharton School Working Paper, Jan. 1968.
        <https://www.dropbox.com/s/7jo34bcty049mn5/6803_The_Marketing_Concept_Revisited_A.pdf?dl=0> .

4*.     Wind, Yoram. "A Marketing Approach to the Salesman Function." Organization and Administration (Hebrew) 15 (Sept. 1969): 26-33.
        <https://www.dropbox.com/s/9fe9wtwjhy97s5d/6902_A_Marketing_Approach_to_the.pdf?dl=0>.

5*.     Wind, Yoram. "Innovation as Marketing Orientation." Business Economics (Hebrew) 36 (Dec. 1969): 5-11.
        <https://www.dropbox.com/s/9pkh7hwjk3mohcu/6901_Innovation_as_Marketing_Orientation.pdf?dl=0>.

6*.     Wind, Yoram. "The Step Children of Marketing: Organizational and International Customers." The Wharton Quarterly 7 (Fall 1972): 43-46.
        <https://www.dropbox.com/s/ckt5elayaxt9nco/7201_The_Step_Children_of_Marketing.pdf?dl=0>.

7.      Wind, Yoram. "A Note on the Operationalization of the Product Life Cycle Concept." Wharton School Working Paper, Jan. 1975.
        <https://www.dropbox.com/s/mob2i0z7tloynz6/7501_A_Note_on_the_Operationalization.pdf?dl=0>.

8.      Cacchione, Jr., Frank J., Dan Gross, and Yoram Wind. "Consumer Attitudes as Guidelines for the Evaluation of a New Distribution System." Moving Ahead With Attitude Research. Eds. Jerry Wind and Marshall Greenberg. Chicago: American Marketing Association, 1977. 139-143.
        <https://www.dropbox.com/s/xjn4j0tvx67q3d3/7701_Consumer_Attitudes_as_Guidelines_for.pdf?dl=0>.

9.      Wind, Yoram, and Tyzoon Tyebjee. "On the Use of Attitude Research in Product Policy." Moving Ahead With Attitude Research. Eds. Jerry Wind and Marshall Greenberg. Chicago: American Marketing Association, 1977. 147-156
        <https://www.dropbox.com/s/wi1a0o26liz6vf0/7702_On_the_Use_of_Attitude.pdf?dl=0>.

10.     Wind, Yoram. "The Perception of a Firm's Competitive Position." Behavioral Models for Market Analysis: Foundations for Marketing Action. Eds. Francesco M. Nicosia and Yoram Wind. Hinsdale, IL: The Dryden Press, 1977. 163-181.
        <https://www.dropbox.com/s/3qoiu3qknle9u0m/7703_The_Perception_of_a_Firm%27s.pdf?dl=0>.

11*.    Wind, Jerry. "Toward a Change in the Focus of Marketing Analysis: From a Single Brand to an Assortment." Journal of Marketing 41.4 (Oct. 1977): 12+143.
        <https://www.dropbox.com/s/c0eyvbejr8dk190/7704_Toward_a_Change_in_the.pdf?dl=0>.

12.     Wind, Yoram, and Peter T. FitzRoy. "On the Multidimensionality of Market Share." Wharton School Working Paper, Apr. 1979.
        <https://www.dropbox.com/s/j5cthnwgiteydtu/7902_On_the_Multidimensionality_of_Market.pdf?dl=0>.

* = Article published in refereed journal

13.    Wind, Yoram. "Product-Marketing Planning Models: Concepts, Techniques, and Needed Development." <u>Analytic Approaches to Product and Marketing Planning</u>. Ed. Allan D. Shocker. Cambridge, MA: Marketing Science Institute, 1979. 39-66. <<u>https://www.dropbox.com/s/dyfc4896jn8xqp1/7903_Product_Marketing_Planning_Models_C oncepts.pdf?dl=0</u>>.

14*.   Wind, Yoram. "Going to Market: New Twists for Some Old Tricks." <u>The Wharton Magazine</u> 4 (Spring 1980): 34-39. [B] Based on Wind, Yoram. "Product Positioning and Market Segmentation: Marketing and Corporate Perspectives." Wharton School Working Paper, 1979. <<u>https://www.dropbox.com/s/b7la4guca0o06i7/8007_Going_to_Market_New_Twists.pdf?dl=0</u>> <<u>https://www.dropbox.com/s/lij3ioxpqof2a4h/7910_Product_Positioning_and_Market_Segment ation.PDF?dl=0</u>>.

15*.   Wind, Yoram, and Vijay Mahajan. "Market Share: Concepts, Findings, and Directions for Future Research." <u>Review of Marketing 1981</u>. Eds. Ben M. Enis and Kenneth J. Roering. Chicago: American Marketing Association, 1981. 31-42. <<u>https://www.dropbox.com/s/oyt6y2m0n7r3vda/8104_Market_Share_Concepts_Findings_and. pdf?dl=0</u>>.

16.    Wind, Jerry. "The Contribution of Research to Product Management and New Product Development." Keynote Address at the 36th ESOMAR Congress, Barcelona, Spain, Aug. 1983. <<u>https://www.dropbox.com/s/aktl88vmdfjcnn4/8303_The_Contribution_of_Research_to.pdf?dl =0</u>>.

17*.   Wind, Yoram. "Significant Issues for the Future: Some Additional Perspectives - The Required Breakthrough." <u>Journal of Product Innovation Management</u> 2 (1984):129-132. <<u>https://www.dropbox.com/s/hp542rssez9wpvm/8401_Significant_Issues_for_the_Future.pdf? dl=0</u>>.

18.    Wind, Jerry. "The Marketing Challenge." Charles Coolidge Parlin Award Acceptance Speech. Philadelphia, 1985. [B] Wharton School Working Paper, 1985. [C] Excerpts appeared in <u>The Marketing News</u> Aug. 1985. <<u>https://www.dropbox.com/s/6vqnnjk2h9u9kci/8508_The_Marketing_Challenge.pdf?dl=0</u>>.

19*.   Wind, Jerry, and Vijay Mahajan. "Marketing Hype: A New Perspective for New Product Research and Introduction." <u>Journal of Product Innovation Management</u> 4 (1987): 43-39. <<u>https://www.dropbox.com/s/9wka62kb53hgk82/8704_Marketing_Hype_A_New_Perspective. pdf?dl=0</u>>.

20.    Wind, Yoram, and Vijay Mahajan. "New Product Development Process: A Perspective for Reexamination." <u>Journal of Product Innovation Management</u> 5 (1988): 304-310. [B] <u>IEEE Engineering Management Review</u> 18.1(March 1990): 52-58. <<u>https://www.dropbox.com/s/g9udjc8xqygbqq4/8808_New_Product_Development_Process_A. pdf?dl=0</u>>.

21.    Wind, Yoram J., and Douglas E. Hill. "Salespeople as Marketing Strategists." Wharton School Working Paper, Aug. 1988. <<u>https://www.dropbox.com/s/hggkageh6bgphtj/8802_Salespeople_as_Marketing_Strategists.p df?dl=0</u>>.

22.    Wind, Yoram (Jerry). "Innovative Distribution: The Neglected Dimension in Business Strategy," Wharton School Working Paper, August 1988.

23.    Wind, Yoram J. "Positioning Analysis and Strategy." <u>The Interface of Marketing and Strategy</u>. Eds. George Day, Barton Weitz and Robin Wensley. Greenwich, CT: JAI Press, Pct. 1990. 387-412.

* = Article published in refereed journal

<https://www.dropbox.com/s/bff8xgwrkj7xt77/9002_Positioning_Analysis_and_Strategy.pdf?dl=0>.

24*.   Wind, Jerry. "Getting a Read on Market-Defined 'Value'" Journal of Pricing Management 1.1 (Winter 1990): 5-14. <https://www.dropbox.com/s/n74p4txcreujbs9/9003_Getting_a_Read_on_Market.pdf?dl=0>.

25.   Wind, Yoram. "A New Approach to the Determination and Allocation of the R&D Budget." Wharton Working Paper, Feb. 1990. <https://www.dropbox.com/s/ipsqo60tph6tli4/9004_A_New_Approach_to_the.pdf?dl=0>.

26.   Lee, HoonYoung, Jerry Wind, and Raymond R. Burke. "A New Approach for Screening New Product and Service Concepts: Application to Financial Services." Wharton School Working Paper, August 1992. <https://www.dropbox.com/s/shnjm9f2gn3rbh8/9201_A_New_Approach_for_Screening.pdf?dl=0>.

27.   Katahira, Hotaka, Makoto Mizuno, and Yoram Wind. "New Product Success in the Japanese Consumer Goods Market." Wharton School Working Paper, Apr. 1994. <https://www.dropbox.com/s/fbmpbjnme4ikq79/9402_New_Product_Success_in_the.pdf?dl=0>.

28*.   Bass, Frank M., and Jerry Wind. "Introduction to the Special Issue: Empirical Generalizations in Marketing." Marketing Science 14.3.2 (1995): G1-G5. <https://www.dropbox.com/s/tb10vaih8sew1mk/9501_Introduction_to_the_Special_Issue.pdf?dl=0>.

29.   Wind, Yoram. "Creativity and Innovation: The Management Edge." The First Annual Zoltan Wind Lecture, Herzliya, Israel, May 1996. IDC's Zoltan Wind Lecture Series. <https://www.dropbox.com/s/q8hpdsei9h0g8ke/9602_Creativity_and_Innovation_The_Management.pdf?dl=0>.

30*.   Wind, Jerry, and Vijay Mahajan. "Issues and Opportunities in New Product Development: An Introduction to the Special Issue." Journal of Marketing Research 34 (Feb. 1997): 1-12. <https://www.dropbox.com/s/3etupcv7dnusreb/9702_Issues_and_Opportunities_in_New.pdf?dl=0>.

31.   Wind, Yoram, Nifssen, Ed, and Berend Wierenga. "Innovation as a Determinant of Firms' Financial Performance: The View of the Financial Analyst." Wharton School Working Paper.

32*.   Mahajan, Vijay, and Yoram (Jerry) Wind. "Got Emotional Product Positioning? There's More to Positioning Than Just Features and Benefits." Marketing Management 11.3 (May/June 2002): 36-41. <https://www.dropbox.com/s/2amggh2w1e3fr5d/0203_Got_Emotional_Product_Positioning_Theres.pdf?dl=0>

33.   Wind, Yoram (Jerry), and Abba Kreiger. "Beyond Product Substitution: The Impact of Satellite Radio on Sale of CDs and Music Downloads," Working Paper. 2008. <https://www.dropbox.com/s/a2cstrud0jpmxnr/0805_Beyond_Product_Substitution_The_Impact.pdf?dl=0>.

34.   Roberts, John, Alvin Silk, Glen Urban and Jerry Wind. "Kotler on Strategic Marketing." Glen Urban (Ed) Kotler on Strategic Marketing Sage Publications, 2010. <https://www.dropbox.com/s/4jjtfzgtcbzzfg8/KotleronStrategicMarketing.pdf?dl=0>

35*.   Wind, Yoram.  "Roger Layton's Contributions to Marketing."  Astralasian Marketing Journal (2012) <http://dx.doi.org/10.1016/j.ausmj.2012.05.006>.

* = Article published in refereed journal

36. Wind, Yoram, and Kelly Rhodes. "The Revolution in Innovation Management: The Challenge of Legacy Firms" - Chapter in Professor Eric Viardot's book <u>Revolution of Innovation Management: The Digital Breakthrough Volume 1</u>. Palgrave Macmillan UK, Oct. 2016.

37. Wind, Yoram, Ed Nifssen, and Bernend Wierenga. "Innovation as Determinant of Firms Financial Performance: The View of the Financial Analyst" (Working).

## D. Research on Industrial Buying Behavior

1. Wind, Yoram. "Integrating Attitude Measures in a Study of Industrial Buying Behavior." <u>Attitude Research on the Rocks</u>. Eds. Lee Adler and Irving Crespi. Chicago: American Marketing Association, 1968. 58-77. <[https://www.dropbox.com/s/l9uqj2xd4awc722/6806_Integrating_Attitude_Measures_in_a.pdf?dl=0](https://www.dropbox.com/s/l9uqj2xd4awc722/6806_Integrating_Attitude_Measures_in_a.pdf?dl=0)>.

2*. Wind, Yoram. "Applying the Behavioral Theory of the Firm to Industrial Buying Decisions." <u>The Economic and Business Bulletin</u> 20.3 (Spring 1968): 22-28. <[https://www.dropbox.com/s/p1gujw6ncncmxmi/6805_Applying_the_Behavioral_Theory_of.pdf?dl=0](https://www.dropbox.com/s/p1gujw6ncncmxmi/6805_Applying_the_Behavioral_Theory_of.pdf?dl=0)>.

3. Wind, Yoram. "Mathematical Analysis of Perception and Preference for Industrial Marketing." <u>A New Measure of Responsibility for Marketing</u>. Eds. K. Cox and B. M. Enis. Chicago: American Marketing Association, June 1968. 284-294. <[https://www.dropbox.com/s/16mztx218gjjqpr/6807_Mathematical_Analysis_of_Perception_and.pdf?dl=0](https://www.dropbox.com/s/16mztx218gjjqpr/6807_Mathematical_Analysis_of_Perception_and.pdf?dl=0)>.

4. Robinson, Patrick J., and Yoram Wind. "Generalized Simulation of the Industrial Buying Process." Marketing Science Institute Working Paper P-46-2, July 1968. <[https://www.dropbox.com/s/aw7mkquxc5s400p/6808_Generalized_Simulation_of_the_Industrial.pdf?dl=0](https://www.dropbox.com/s/aw7mkquxc5s400p/6808_Generalized_Simulation_of_the_Industrial.pdf?dl=0)>.

5. Wind, Yoram, and Patrick J. Robinson. "Simulating the Industrial Buying Process." <u>Marketing and the New Science of Planning</u>. Ed. R. L. King. Chicago: American Marketing Association, Aug. 1968. 441-448. <[https://www.dropbox.com/s/cc9qi18jwdgyh9u/6809_Simulating_the_Industrial_Buying_Process.pdf?dl=0](https://www.dropbox.com/s/cc9qi18jwdgyh9u/6809_Simulating_the_Industrial_Buying_Process.pdf?dl=0)>.

6*. Wind, Yoram, Paul E. Green, and Patrick J. Robinson. "The Determinants of Vendor Selection: The Evaluation Function Approach." <u>Journal of Purchasing</u> 4 (Aug. 1968): 29-41. <[https://www.dropbox.com/s/qrb1xs0vjjxsmrp/6804_The_Determinants_of_Vendor_Selection.pdf?dl=0](https://www.dropbox.com/s/qrb1xs0vjjxsmrp/6804_The_Determinants_of_Vendor_Selection.pdf?dl=0)>.

7*. Robinson, Patrick J., and Yoram Wind. "Computer Simulation - Marketing Management Tool." <u>Computer Operations</u> 3 (Jan. - Feb. 1969): 42-47. <[https://www.dropbox.com/s/6n4lw4wm17olwpy/6903_Computer_Simulation_Marketing_Management_Tool.pdf?dl=0](https://www.dropbox.com/s/6n4lw4wm17olwpy/6903_Computer_Simulation_Marketing_Management_Tool.pdf?dl=0)>.

8*. Wind, Yoram. "Industrial Source Loyalty." <u>Journal of Marketing Research</u> 7 (Nov. 1970): 450-457. <[https://www.dropbox.com/s/eu52genne0z25il/7001_Industrial_Source_Loyalty.pdf?dl=0](https://www.dropbox.com/s/eu52genne0z25il/7001_Industrial_Source_Loyalty.pdf?dl=0)>.

9. Wind, Yoram. "A Reward-Balance Model of Buying Behavior in Organizations." <u>New Essays in Marketing Theory</u>. Ed. George Fisk. Boston: Allyn & Bacon, 1971. 206-217. <[https://www.dropbox.com/s/f2tbtzp81vty1ps/7101_A_Reward_Balanced_Model_of.pdf?dl=0](https://www.dropbox.com/s/f2tbtzp81vty1ps/7101_A_Reward_Balanced_Model_of.pdf?dl=0)>.

10. Wind, Yoram and Richard Cardozo. "Industrial Marketing Research." Paper presented at the

* = Article published in refereed journal

AMA Workshop on Industrial Buying Behavior, Berkeley, CA, Apr. 1971.
<https://www.dropbox.com/s/ueat32k44suwtyn/1-s2.0-001985017490025X-main.pdf?dl=0>

11*.   Wind, Yoram, and Frederick E. Webster, Jr. "On the Study of Industrial Buying Behavior:
        Current Practices and Future Trends." Industrial Marketing Management 4 (1972): 411-416.
        <https://www.dropbox.com/s/3xyx9mcy2g4pomt/7202_On_the_Study_of_Industrial.pdf?dl=0>.

12*.   Webster, Jr., Frederick E., and Yoram Wind. "A General Model for Understanding
        Organizational Buying Behavior." Journal of Marketing 36 (Apr. 1972): 12-19. [B] Reprinted in
        Marketing Management 4.4 (Winter/Spring 1996) 52-57.
        <https://www.dropbox.com/s/q0it7csw7vlg6js/7215_A_General_Model_for_Understanding.pdf
        ?dl=0>
        <https://www.dropbox.com/s/szajc40rkdnaz39/9604142669.pdf?dl=0>.

13*.   Wind, Yoram, and Frederick E. Websiter, Jr. "Industrial Buying as Organizational Behavior: A
        Guideline for Research Strategy." Journal of Purchasing 8.3 (Aug. 1972): 5-16.
        <https://www.dropbox.com/s/p2e1p2z5znv89x6/7203_Industrial_Buying_as_Organizational_B
        ehavior.pdf?dl=0>.

14.    Wind, Yoram, and Elmer Lotshaw. "The Industrial Customer." Marketing Manager's Handbook.
        Ed. Steuart Henderson Britt. Chicago: The Dartnell Corporation, 1973. 781-792.
        <https://www.dropbox.com/s/l7as0rq0hzdro7x/7302_The_Industrial_Customer.pdf?dl=0>.

15.    Wind, Yoram. "Recent Approaches to the Study of Organizational Buying Behavior."
        Increasing Marketing Productivity. Ed. T. V. Greer. Chicago: American Marketing Association,
        Apr. 1973. 203-206.
        <https://www.dropbox.com/s/fzhi3a9k1rfe1w3/7303_Recent_Approaches_to_the_Study.pdf?dl
        =0>.

16*.   Wind, Yoram, and Richard Cardozo. "Industrial Market Segmentation." Industrial Marketing
        Management 3 (1974): 153-166. [B] Reprinted as Wind, Yoram, and Richard Cardozo. "La
        Segmentation des Marchés Industriels." Encyclopedie du Marketing: Volume I. Ed. Christian
        Pinson. Paris: Editions Techniques, June 1977. 1-10.
        <https://www.dropbox.com/s/w7935u56ud03c4r/7407_Industrial_Marketing_Segmentation.pdf
        ?dl=0>
        <https://www.dropbox.com/s/ys3gm59o7pg871f/7713_La_Segmentation_des_Marches_Indust
        riels.PDF?dl=0>.

17*.   Nicosia, Francesco M., and Yoram Wind. "Emerging Models of Organizational Buying
        Processes." Industrial Marketing Management 6 (1977): 353-369. [B] Also appeared in Eds.
        Francesco Nicosia and Yoram Wind. Behavioral Models of Market Analysis: Foundations for
        Marketing Action. Hinsdale, IL: The Dryden Press, 1977. 96-120. [C] Translated and reprinted
        in Italian as "Modelli emergenti di acquisto nelle organizzazioni." Sviluppo & Organizzazione.
        Nov.-Dec. 1978: 51-70.
        <https://www.dropbox.com/s/onzaqpd4ustkwkf/7714_Emerging_Models_of_Organizational_Bu
        ying.pdf?dl=0>.
        <https://www.dropbox.com/s/xo3uj2eat8h1ryo/7715_Behavioral_Models_of_Organizational_B
        uying.pdf?dl=0>.
        <https://www.dropbox.com/s/d9pzk9w9jgsul2u/7812_Modelli_emergenti_di_acquisto_nelle.pdf
        ?dl=0>.

18.    Wind, Yoram. "Information Requirements on Buying and Usage of STI Services." Current
        Research on Scientific and Technical Information Transfer. New York: J. Norton Publishers,
        1977.
        <https://www.dropbox.com/s/g1pb6ybzjfxtx8a/7705_Information_Requirements_on_Buying_an
        d.pdf?dl=0>.

* = Article published in refereed journal

19.   Wind, Yoram. "Organizational Buying Center: A Research Agenda." <u>Organizational Buying</u> <u>Behavior</u>. Eds. Thomas V. Bonoma and Gerald Zaltman. Chicago: American Marketing Association, 1978. 67-76. <<u>https://www.dropbox.com/s/4k60kawt3nj4rbt/7803_Organizationl_Buying_Center_A_Researc</u> <u>h.pdf?dl=0</u>>.

20*.  Wind, Yoram. "Organizational Buying Behavior." <u>Annual Review of Marketing</u>. Eds. Gerald Zaltman and Thomas Bonoma. Chicago: American Marketing Association, 1978. 160-193. <<u>https://www.dropbox.com/s/fon3r9et1zkass2/7804_Organizational_Buying_Behavior.pdf?dl=</u> <u>0</u>>.

21*.  Wind, Yoram. "The Boundaries of Buying Decision Centers." <u>Journal of Purchasing and</u> <u>Materials Management</u> 14 (Summer 1978): 23-29. <<u>https://www.dropbox.com/s/bmtbwndeohb86ru/7802_The_Boundaries_of_Buying_Decision.p</u> <u>df?dl=0</u>>.

22*.  Wind, Yoram, John F. Grashof, and Joel D. Goldhar. "Market-Based Guidelines for Design of Industrial Products." <u>Journal of Marketing</u> 24 (July 1978): 27-37. <<u>https://www.dropbox.com/s/hwvvs38nf8mr4yu/7801_Market_Based_Guidelines_for_Design.p</u> <u>df?dl=0</u>>.

23.   Wind, Yoram, and Robert Thomas. "Problems and Prospects in the Segmentation of the STI Market." <u>Marketing Scientific and Technical Information</u>. Eds. William R. King and Gerald Zaltman. Boulder, CO: Westview Press, 1979. 67-76. <<u>https://www.dropbox.com/s/m6dc1w4de3yoijb/7904_Problems_and_Prospects_in_the.pdf?dl</u> <u>=0</u>>.

24.   Wind, Yoram. "Industrial Market Segmentation Under Conditions of Intra-Organizational Heterogeneity." <u>Advances in Organizational Buying Behavior</u>. Eds. Yoram Wind and Robert Thomas. Washington, D.C.: National Science Foundation, 1979. <<u>https://www.dropbox.com/s/hfsy992cbea33mr/7905_Industrial_Market_Segmentation_Under</u> <u>_Conditions.pdf?dl=0</u>>.

25*.  Wind, Yoram, and Robert J. Thomas. "Conceptual and Methodological Issues in Organisational Buying Behaviour." <u>European Journal of Marketing</u> 14.5/6 (1980): 239-263. <<u>https://www.dropbox.com/s/y6xr3iremzo5se1/8004_Conceptual_and_Methodological_Issues</u> <u>_in.pdf?dl=0</u>>.

26*.  Robertson, Thomas S., and Yoram Wind. "Organizational Psychographics and Innovativeness." <u>Journal of Consumer Research</u> 7 (June 1980): 24-31. <<u>https://www.dropbox.com/s/hj13o8q7t2o93jn/8003_Organizational_Pyschographics_and_Inn</u> <u>ovativeness.pdf?dl=0</u>>.

27.   Grashof, John F., and Yoram Wind. "Marketing Research in the Design of STI Systems: A Case Study." <u>Information Services: Economics, Management, and Technology</u>. Eds. Robert M. Mason and John E. Creps, Jr. Boulder, CO: Westview Press, 1981. 73-84. <<u>https://www.dropbox.com/s/cqfachsgfc20h1l/8105_Marketing_Research_in_the_Design.pdf?</u> <u>dl=0</u>>.

28*.  Wind, Yoram, and Thomas S. Robertson. "The Linking Pin Role in Organizational Buying Centers." <u>Journal of Business Research</u> 10.2 (1981): 169-184. <<u>https://www.dropbox.com/s/wxoki6oc5l9kdtn/8106_The_Linking_Pin_Role_in.pdf?dl=0</u>>.

29.   Thomas, Robert J., and Yoram Wind. "Toward Empirical Generalizations on Industrial Market Segmentation." <u>Issues in Industrial Marketing: A View to the Future</u>. Eds. Robert E. Spekman and David T. Wilson. Chicago: American Marketing Association, 1982. 1-19. <<u>https://www.dropbox.com/s/5ijaw1lh6t7h8cf/8203_Toward_Empirical_Generalizations_on_Ind</u> <u>ustrial.pdf?dl=0</u>>.

30*. Robertson, Thomas S., and Yoram Wind. "Organizational Cosmopolitanism and Innovativeness." <u>Academy of Management Journal</u> 26.2 (June 1983): 332-338. <<u>https://www.dropbox.com/s/st8vtibeuxdtmeg/8304_Organizational_Cosmopolitanism_and_Innovativeness.pdf?dl=0</u>>.

31*. Richardson, Douglas K., Steven G. Gabbe, and Yoram Wind. "Decision Analysis of High-Risk Patient Referral." <u>Obstetrics & Gynecology</u> 63.4 (Apr. 1984): 496-501. <u>https://www.dropbox.com/s/tdm0l0xrifrbb1k/8402_Decision_Analysis_of_High_Risk.pdf?dl=0</u>>.

32. Thomas, Robert J., and Yoram Wind. "The Changing Industrial Market: Implications for Research." <u>A Strategic Approach to Business Marketing</u>. Eds. Robert E. Spekman and David T. Wilson. Chicago: American Marketing Association, 1985. 67-78. <<u>https://www.dropbox.com/s/6dit2vip02eg9ev/8505_The_Changing_Industrial_Market_Implications.pdf?dl=0</u>>.

33. Wind, Yoram, and Robert J. Thomas. "Strategy-Driven Industrial Marketing Research." <u>Annual Review of Marketing</u>. Ed. V. Zeithaml. Chicago: American Marketing Association, 1991. 411-454. <<u>https://www.dropbox.com/s/tttj2t07qcms1it/9101_Strategy_Driven_Industrial_Marketing_Research.pdf?dl=0</u>>.

34. Wind, Yoram, and Robert J. Thomas. "Segmenting Industrial Markets." <u>Advances in Business Marketing and Purchasing</u>. Ed. Arch G. Woodside. Greenwich, CT: JAI Press, 1994. 59-82. <<u>https://www.dropbox.com/s/ohw4twlmn2z2233/9405_Segmenting_Industrial_Markets.pdf?dl=0</u>>.

35. Wind, Yoram, and Robert J. Thomas. "The BuyGrid Model: 30 Years Later." Wharton School Working Paper, 1998. <<u>https://www.dropbox.com/s/l6p4yz3iboizzdr/9802_The_BuyGrid_Model_30_Years.pdf?dl=0</u>>.

36*. Wind, Yoram (Jerry). "Blurring the Lines: Is There a Need to Rethink Industrial Marketing?" <u>Rotman Magazine</u>, Spring 2008 Pages 62-68. [B]| Excerpted from Wind, Yoram (Jerry). "Blurring the Lines: Is There a Need to Rethink Industrial Marketing?" <u>Journal of Business and Industrial Marketing</u>, 21.7 (2007): 474-481. <<u>https://www.dropbox.com/s/fr0pl1ihvfswb86/0705_Blurring_the_Lines_Is_There.pdf?dl=0</u>>.

37. Wind, Yoram, and Thomas, Robert J. "Organizational Buying Behavior in an Interdependent World." <u>Journal of Global Academy of Marketing Science (JGAMS).</u> June 2010. <<u>https://www.dropbox.com/s/rh1bpq4ycsdq0om/1004_Organizational_Buying_Behavior_In_An_Interdependent.pdf?dl=0</u>>.

**E. Research on Consumer Behavior**

1. Wind, Yoram. "Incongruency of Socioeconomic Variables and Buying Behavior." <u>Marketing Involvement in Society and the Economy</u>. Ed. P. R. McDonald. Chicago: American Marketing Association, Aug. 1969. 362-367. <<u>https://www.dropbox.com/s/1lsgbz38ol6zz6f/6905_Incongruency_of_Socioeconomic_Variables_and.pdf?dl=0</u>>.

2*. Wind, Yoram, and Ronald E. Frank. "Interproduct Household Loyalty to Brands." <u>Journal of Marketing Research</u> 6 (Nov. 1969): 434-435. <<u>https://www.dropbox.com/s/5vzo9rdnlts56lm/6904_Interproduct_Household_Loyalty_to_Brands.pdf?dl=0</u>>.

3*. Wind, Yoram. "Models of Customer Behavior." <u>Organization and Administration</u> (Hebrew) 16 (May 1970) 3-13.

23

<https://www.dropbox.com/s/tvugtl5d2ypn3xg/7002_Models_of_Consumer_Behavior.pdf?dl=0>.

4.  Wind, Yoram (Jerry). "The Application of Multidimensional Scaling in Segmentation Research." Paper presented at the First Annual Meeting of the Association for Consumer Research, Amherst, MA, Aug. 1970.

5.  Green, Paul E., and Yoram Wind. "Prediction Experiments Utilizing Perceptual and Preference Judgments." Paper presented at the Second Annual Meeting of the American Institute for Decision Sciences, Dallas, TX, Nov. 1970. <https://www.dropbox.com/s/ldmn37i6yo06ih6/7004_Prediction_Experiments_Utilizing_Perceptual_and.pdf?dl=0>.

6.  Douglas, Susan P., and Yoram Wind. "Intentions to Buy as Predictors of Buying Behavior." Proceedings of the Second Annual Conference of the Association for Consumer Research. Ed. David M. Gardner. Maryland: Association for Consumer Research, 1971. 331-343. <https://www.dropbox.com/s/a5gv8ajg3kwrdrv/7104_Intentions_to_Buy_as_Predictors.pdf?dl=0>.

7.  Wind, Jerry. "Life Style Analysis: A New Approach." Marketing in Motion. Ed. Fred C. Allvin. Chicago: American Marketing Association, Apr. 1971. 302-305. <https://www.dropbox.com/s/l5tn1u6qw47u0i5/7103_Life_Style_Analysis_A_New.pdf?dl=0>.

8.  Green, Paul E., Yoram Wind, and Arun K. Jain. "Consumer Menu Preference: An Application of Additive Conjoint Measurement." Proceedings of the Third Annual Conference of the Association for Consumer Research. Ed. M. Venkatesan. Chicago: Association for Consumer Research, 1972. 304-315. <https://www.dropbox.com/s/6cficpqdr7waexq/7208_Consumer_Menu_Preferences_An_Application.pdf?dl=0>.

9*.  Green, Paul E., Yoram Wind, and Arun K. Jain. "Benefit Bundle Analysis." Journal of Advertising Research 12.2 (Apr. 1972): 31-36. <https://www.dropbox.com/s/odrhbfxr5kgne0m/7204_Benefit_Bundle_Analysis.pdf?dl=0>.

10*.  Green, Paul E., Frank J. Carmone, and Yoram Wind. "Subjective Evaluation Models and Conjoint Measurement." Behavioral Science 17.3 (May 1972): 288-299. <https://www.dropbox.com/s/g689s9w1gf36yhp/7205_Subjective_Evaluation_Models_and_Conjoint.pdf?dl=0>.

11*.  Green, Paul E., Yoram Wind, and Arun K. Jain. "A Note on Measurement of Social-Psychological Belief Systems." Journal of Marketing Research 9 (May 1972): 204-208. <https://www.dropbox.com/s/ccnts5frr8x15wr/7206_A_Note_on_Measurement_of.pdf?dl=0>.

12.  Green, Paul E., and Yoram Wind. "Experiments in the Multidimensional Psychophysics of Taste and Semantic Descriptions." Research Design Competition of the American Psychological Association, Division 23, July 1972. <https://www.dropbox.com/s/t5ijcqoeejiixby/7207_Experiments_in_the_Multidimensional_Psychophysics.pdf?dl=0>.

13.  Wind, Yoram. "On the Teaching of Consumer Behavior: A Managerial Approach." Paper presented at the American Marketing Association Conference, Houston, TX, Aug. 1972. <https://www.dropbox.com/s/of4tu1f5z6wj78d/7210_On_the_Teaching_of_Consumer.pdf?dl=0>.

14*.  Green, Paul E., Yoram Wind, and Arun K. Jain. "Preference Measurement of Item Collections." Journal of Marketing Research 9 (Nov. 1972): 371-377. <https://www.dropbox.com/s/bj668o50ki5j3vb/7209_Preference_Measurement_of_Item_Collections.pdf?dl=0>.

* = Article published in refereed journal

15*.   Green, Paul E., Frank J. Carmone, and Yoram Wind. "Consumer Evaluation of Discount Cards." Journal of Retailing 49.1 (Spring 1973): 10-22. <https://www.dropbox.com/s/jly6ijcxmubytuy/7305_Consumer_Evaluation_of_Discount_Cards.pdf?dl=0>.

16*.   Green, Paul E., Yoram Wind, and Arun K. Jain. "Analyzing Free-Response Data in Marketing Research." Journal of Marketing Research 10 (Feb. 1973): 45-52. <https://www.dropbox.com/s/gl9qigm5069r778/7304_Analyzing_Free_Response_Data_in.pdf?dl=0>.

17.    Green, Paul E., Yoram Wind, and Arun K. Jain. "Benefit Bundle Congruence." Paper presented at the Southeast AIDS Conference, 1974. <https://www.dropbox.com/s/pmonhj9vx9358ke/7402_Benefit_Bundle_Congruence.pdf?dl=0>.

18.    Wind, Jerry, and Paul Green. "Some Conceptual, Measurement, and Analytical Problems in Life Style Research." Life Style and Psychographics. Ed. William D. Wells. Chicago: American Marketing Association, 1974. 97-126. <https://www.dropbox.com/s/hi01a3h3zrs1pdx/7403_Some_Conceptual_Measurement_and_Analytical.pdf?dl=0>.

19.    Green, Paul E., and Yoram Wind. "Recent Approaches to the Modeling of Individuals' Subjective Evaluations." Attitude Research Bridges the Atlantic. Ed. Philip Levine. Chicago: American Marketing Association, 1975. 123-153. <https://www.dropbox.com/s/ag8nqutvm64z5k0/7504_Recent_Approaches_to_the_Modeling.pdf?dl=0>.

20*.   Green, Paul E., Yoram Wind, and Henry J. Claycamp. "Brand-Features Congruence Mapping." Journal of Marketing Research 12 (Aug. 1975): 306-313. <https://www.dropbox.com/s/d29p0n0hr6ouuns/7502_Brand_Features_Congruence_Mapping.pdf?dl=0>.

21.    Wind, Yoram. "Multiperson Influence and Usage Occasions as Determinants of Brand Choice." Paper presented at the American Marketing Association Conference, Rochester, NY, Aug. 1975. <https://www.dropbox.com/s/g1onnk752hx9rr0/7506_Multiperson_Influence_and_Usage_Occasions.pdf?dl=0>.

22.    Wind, Yoram, and Terry C. Gleason. "Alternative Approaches to Data Collection for Attitude Measurement." Paper presented at the American Psychological Association Convention, Los Angeles, CA, Sept. 1975. <https://www.dropbox.com/s/bga57fuz06qw9lu/7505_Alternative_Approaches_to_Data_Collection.pdf?dl=0>.

23*.   Villani, Kathryn E. A., and Yoram Wind. "On the Usage of 'Modified' Personality Trait Measures in Consumer Research." Journal of Consumer Research 2 (Dec. 1975): 223-228. <https://www.dropbox.com/s/bsh0zhsy55zznvz/7503_On_the_Usage_of_Modified.pdf?dl=0>.

24.    Wind, Yoram, and Michael DeVita. "On the Relationship Between Knowledge and Preference." Marketing: 1776-1976 and Beyond. Ed. Kenneth L. Bernhardt. Chicago: American Marketing Association, 1976. 153-157. <https://www.dropbox.com/s/mcm8x3h26ayqewb/7603_On_the_Relationship_Between_Knowledge.pdf?dl=0>.

25*.   Wind, Yoram. "Preference of Relevant Others and Individual Choice Models." Journal of Consumer Marketing 3 (June 1976): 50-57. <https://www.dropbox.com/s/redbmztxtwbs5zh/7602_Preference_of_Relevant_Others_and.pdf?dl=0>.

* = Article published in refereed journal

26.    Wind, Yoram. "A 1975 Retrospective View of Bourne's 1957 'Group Influence in Marketing'." <u>Classics in Consumer Behavior</u>. Ed. Louis E. Boone. Tulsa, OK: The Petroleum Publishing Company, 1977. 225-235. <<u>https://www.dropbox.com/s/ewbydlfvcin3oi6/7706_A_1975_Retrospective_View_of.pdf?dl=0</u>>.

27.    Wind, Yoram. "Brand Loyalty and Vulnerability." <u>Consumer and Industrial Buying Behavior</u>. Eds. Arch G. Woodside, Jagdish N. Sheth, and Peter D. Bennett. New York: Elsevier, North Holland, Inc., 1977. 313-319. <<u>https://www.dropbox.com/s/7sm7qxc9g13nnw8/7707_Brand_Loyalty_and_Vulnerability.pdf?dl=0</u>>.

28.    Wind, Yoram.  "Reflections on Creativity and Relevance of Consumer Research." <u>Contemporary Marketing Thought</u>. Eds. B. A. Greenberg and D. A. Bellenger. Chicago: American Marketing Association, 1977. 55-58. <<u>https://www.dropbox.com/s/a5vf6w6wowa81sf/7708_Reflections_on_Creativity_and_Relevance.pdf?dl=0</u>>.

29.    Wind, Yoram. "Brand Choice." <u>Selected Aspects of Consumer Behavior: A Summary from the Perspective of Different Disciplines</u>. Ed. Robert Ferber. Washington, D.C.: U.S. Government Printing Office, 1977. 235-258. <<u>https://www.dropbox.com/s/4sj1l62wujln1lu/7709_Brand_Choice.pdf?dl=0</u>>.

30.    Wind, Yoram. "On the Interface Between Organizational and Consumer Buying Behavior." <u>Advances in Consumer Research</u>. Eds. Kent Hunt and Ann Abor. 1978. 657-662. <<u>https://www.dropbox.com/s/xpvcwj4c7q8iget/7806_On_the_Interface_Between_Organizational.pdf?dl=0</u>>.

31*.   Douglas, Susan P., and Yoram Wind. "Examining Family Role and Authority Patterns: Two Methodological Issues." <u>Journal of Marriage and the Family</u> 40.1 (Feb. 1978): 35-47. <<u>https://www.dropbox.com/s/8s7n6tqbj7ldiw5/7810_Examining_Family_Role_and_Authority.pdf?dl=0</u>>.

32.    Nicosia, Francesco M., and Yoram Wind. "Sociology of Consumption and Trade-Off Models in Consumer Public Policy." <u>Research for Consumer Policy</u>. Eds. William Michael Denney and Robert T. Lund. Cambridge, MA: Center for Policy Alternatives, Massachusetts Institute of Technology, 24 Mar. 1978. 141-184. <<u>https://www.dropbox.com/s/yih1xwt7jbt59u0/7805_Sociology_of_Consumption_and_Trade.pdf?dl=0</u>>.

33*.   Wind, Yoram, Joseph Denny, and Arthur Cunningham. "A Comparison of Three Brand Evaluation Procedures." <u>Public Opinion Quarterly</u> 43 (Summer 1979): 261-270. <<u>https://www.dropbox.com/s/t6jsph6f3frua36/7906_A_Comparison_of_Three_Brand.pdf?dl=0</u>>.

34*.   Wind, Yoram, and David Lerner. "On the Measurement of Purchase Data: Surveys Versus Purchase Diaries." <u>Journal of Marketing Research</u> 16 (Feb. 1979): 39-47. <<u>https://www.dropbox.com/s/3yryfyho8f8owd3/7907_On_the_Measurement_of_Purchase.pdf?dl=0</u>>.

35*.   Wind, Yoram (Jerry), and Peter Shubs. "A Note on the Relationship Between Perceived Problems, Severity, and Frequency of Occurrence." <u>Journal of the Professional Marketing Research Society</u> 1.2 (Oct. 1981): 19-22 [B] and "On the Generalizability and Theoretical Implications of Empirical Findings: A Reply to Comments "A Note on the Relationships Between Perceived Problem Severity and Frequency of Occurrence," with Peter Shubs, <u>Journal of Professional Marketing Research</u>, 1982. <<u>https://www.dropbox.com/s/ct09tz2xa3o7wf5/8113_A_Note_on_the_Relationship.pdf?dl=0</u>>.

* = Article published in refereed journal

36. Wind, Yoram, and Susan P. Douglas. "Comparative Consumer Research: The Next Frontier?" <u>Comparative Marketing Systems</u>. Ed. Erdener Kaynak. Bradford, England: MCB Publications, 1982. 24-35.
<<u>https://www.dropbox.com/s/uwncgm7hpqrwk55/8205_Comparative_Consumer_Research_The_Next.pdf?dl=0</u>>.

37. Fraser, Cynthia, and Yoram Wind. "Physical and Social Psychological Anxiety as Correlates of Purchase Behavior." Wharton School Working Paper, Aug. 1982.
<<u>https://www.dropbox.com/s/uhsg9dh0horx041/8204_Physical_and_Social_Psychological_Anxiety.pdf?dl=0</u>>

38. Deighton, John, Franco M. Nicosia, and Yoram Wind. "Exploration Into the Time-Money Tradeoff: Concepts and an Application." <u>Strategic Planning: A Thing of the Past or a Necessity for the Future – Can Research Contribute?</u> San Francisco: American Marketing Association, Apr. 1983. 51-65. [B] Based in part on "A Time-Money Tradeoff (TMI) Model of Consumer Behavior." Paper presented at the American Psychological Association Conference, Toronto, Aug. 1978.
<<u>https://www.dropbox.com/s/yua9nz4sn0s92rk/8309_Exploration_Into_the_Time_Money.pdf?dl=0</u>>.

39*. Wind, Jerry, Paul E. Green, Douglas Shifflet, and Marsha Scarbrough. "Courtyard by Marriott: Designing a Hotel Facility with Consumer-Based Marketing Models." <u>Interfaces</u> 19.1 (Jan. - Feb. 1989): 25-47.
<<u>https://www.dropbox.com/s/zowki8zm1c8xjv0/8902_Courtyard_by_Marriott_Designing_a.pdf?dl=0</u>>.

40. Wind, Jerry, Vithala R. Rao, and Paul E. Green. "Behavioral Methods." <u>Handbook of Consumer Theory and Research</u>. Eds. Thomas Robertson and Hal Kassarjian. Englewood Cliffs, NJ: Prentice Hall, 1991. 507-532.
<<u>https://www.dropbox.com/s/fr0o0k6tp7tkv9h/9102_Behavioral_Methods.pdf?dl=0</u>>.

41. Schmittlein, David C., and Jerry Wind. "Inferring Causality in Consumer Perception Studies in Litigation Contexts." <u>Advances in Claim Substantiation</u>. New York: Council of Better Business Bureaus, Inc., April 30, 1991. 161-170.
<<u>https://www.dropbox.com/s/7mybksypillm5df/9103_Inferring_Causality_in_Consumer_Perception.pdf?dl=0</u>>.

42. Libert, Barry, Jerry Wind & Megan Beck Fenley.  "What Apple, Lending Club, and AirBnB Know About Collaborating with Customers," Harvard Business Review, July 3, 2015.
<<u>https://hbr.org/2015/07/what-apple-lending-club-and-airbnb-know-about-collaborating-with-customers</u>>

**F. Marketing Research and Modeling**

1. Goodman, Charles S., and Yoram Wind. "The Use of Interactive Marketing Models as Framework for Research." Wharton School Working Paper, May 1968.
<<u>https://www.dropbox.com/s/youp4evl9rl7vdd/6810_The_Use_of_Interactive_Marketing.pdf?dl=0</u>>.

2. Wind, Yoram, and Susan P. Douglas. "Marketing Performance: A Conceptual Framework." Marketing Science Institute Working Paper P-51-1, June 1968.
<<u>https://www.dropbox.com/s/ur17b51gdjfcloo/6812_Marketing_Performance_A_Conceptual_Framework.pdf?dl=0</u>>.

3*. Wind, Yoram. "Organizing a Diffusion System for Managerial Information in Israel: A Proposal." <u>Organization and Administration</u> (Hebrew) 15 (Sept. 1969): 1-3.

* = Article published in refereed journal

<https://www.dropbox.com/s/wi3m9tfl17ydf7h/6906_Organizing_a_Diffusion_System_for.pdf?dl=0>.

4*.   Wind, Yoram, Susan P. Douglas, and Aaron Ascoli. "Experimentation as a Tool for the Retailer." Journal of the Market Research Society 13.3 (July 1971): 158-169. <https://www.dropbox.com/s/3tdokpq9qmtxfzu/7105_Experimentation_as_a_Tool_for.pdf?dl=0>.

5.   Wind, Yoram, and Patrick J. Robinson. "Product Positioning: An Application of Multidimensional Scaling." Attitude Research in Transition. Ed. Russell I. Haley. Chicago: American Marketing Association, 1972. 155-175. <https://www.dropbox.com/s/2bh108wpu42ugdh/7212_Product_Positioning_An_Application_of.pdf?dl=0>.

6.   Wind, Yoram and Francesco M. Nicosia. "On the Measurement of Quality of Life." Paper presented at the TIMS Conference, July 1972.

7*.   Wind, Yoram, Paul E. Green, and Arun K. Jain. "Higher Order Factor Analysis in the Classification of Psychographic Variables." Journal of the Market Research Society 15.4 (1973): 224-232. <https://www.dropbox.com/s/pdi7fhbqki2wsib/7306_Higher_Order_Factor_Analysis_in.pdf?dl=0>.

8*.   Wind, Yoram. "A New Procedure for Concept Evaluation." Journal of Marketing 37 (Oct. 1973): 2-11. [B] Translated and reprinted in French as "Une nouvelle procedure d'évaluation des idées de nouveaux produits." La Revue française du Marketing. 1974: 1-12. <https://www.dropbox.com/s/ozs1ij3h9bz6frj/7309_A_New_Procedure_for_Concept.pdf?dl=0>.

9.   Wind, Yoram. "A Note on the Classification and Evaluation of New Product Forecasting Models." Paper presented at the American Marketing Association Conference, Apr. 1974. <https://www.dropbox.com/s/askmv37bj8pmtew/7408_Une_nouvelle_procedure_d%27evaluation_des.PDF?dl=0>.

10*.   Wind, Yoram, and Joseph Denny. "Multivariate Analysis of Variance in Research on the Effectiveness of TV Commercials." Journal of Marketing Research 11 (May 1974): 136-142. <https://www.dropbox.com/s/me53c9nsngm76d6/7404_Multivariate_Analysis_of_Variance_in.pdf?dl=0>.

11.   Wind, Yoram, Stuart Jolly, and Art O'Connor. "Concept Testing as Input to Strategic Market Simulations." Proceedings of the 58th International AMA Conference. Ed. E. Mazzie. American Marketing Association, Apr. 1975. 120-124. <https://www.dropbox.com/s/64u329wslctqcn3/7508_Concept_Testing_as_Input_to.pdf?dl=0>.

12.   Wind, Yoram. "Is 'Concept Testing: An Appropriate Approach' Really Appropriate?" Wharton School Working Paper, May 1975. <https://www.dropbox.com/s/64y9t4abrr2t854/7507_Is_Concept_Testing_An_Appropriate.pdf?dl=0>.

13*.   Green, Paul E., and Yoram Wind. "New Way to Measure Consumers' Judgments." Harvard Business Review 53 (July - Aug. 1975): 107-117. <https://www.dropbox.com/s/x4ktiscstvh6681/7509_New_Way_to_Measure_Consumers%27.pdf?dl=0>.

14*.   Wind, Yoram, and Lawrence K. Spitz. "Analytical Approach to Marketing Decisions in Health-Care Organizations." Operations Research 24.5 (Sept. - Oct. 1976): 973-990. <https://www.dropbox.com/s/biwhdbazj9vi3ec/7604_Analytical_Approach_to_Marketing_Decis

ions.pdf?dl=0>.

15.    Wind, Yoram (Jerry). "New Developments in Conjoint Analysis." Paper presented at the 25th Annual Midwest Conference of the American Statistical Association on What's New in Statistical Techniques for Marketing Research, Mar. 1978.

16.    Wind, Yoram, and Daniel Gross. "Determination of the Size and Allocation of Marketing Research Budgets." Proceedings of the August 1978 AMA Conference. Ed. Subhash C. Jain. American Marketing Association, Aug. 1978. 57-61. <https://www.dropbox.com/s/0rty151nkohevv3/7807_Determination_of_the_Size_and.pdf?dl=0>.

17*.    Wind, Yoram. "Issues and Advances in Segmentation Research." Journal of Marketing Research 15 (Aug. 1978): 317-337. <https://www.dropbox.com/s/q6s0lfpsrehzuxg/7809_Issues_and_Advances_in_Segmentation.pdf?dl=0>.

18.    Wind, Yoram. "Marketing Research and Management: A Retrospective View of the Contributions of Paul E. Green." Diffusing Marketing Theory and Research: The Contributions of Bauer, Green, Kotler, and Levitt. Eds. Alan R. Andreasen and David M. Gardner. Chicago: American Marketing Assocation, 1979. 57-67. <https://www.dropbox.com/s/q1pmh1n4xav6oge/7908_Marketing_Research_and_Management_A.pdf?dl=0>.

19.    Wind, Yoram, and John G. Myers. "A Note on the Selection of Attributes for Conjoint Analysis." Wharton School Working Paper, Aug. 1979. <https://www.dropbox.com/s/okpr7uhrfcf3p3a/7909_A_Notes_on_the_Selection.pdf?dl=0>.

20*.    Batsell, Richard R., and Yoram Wind. "Product Testing: Current Methods and Needed Developments." Journal of the Market Research Society 22.2 (Apr. 1980): 115-139. <https://www.dropbox.com/s/uolx0rjx63l4bq4/8005_Product_Testing_Current_Methods_and.pdf?dl=0>.

21.    Wind, Yoram. "Implications of Increased Government Regulations for the Quality and Relevance of Marketing Research." Government Marketing: Theory and Practice. Eds. Michael P. Mokwa and Steven E. Permut. New York: Praeger Publishers, 1981. 264-269. <https://www.dropbox.com/s/doss0rnl5yhaj1z/8109_Implications_of_Increased_Government_Regulations.pdf?dl=0>.

22*.    Arabie, Phipps, J. Douglas Carroll, Wayne DeSarbo, and Jerry Wind. "Overlapping Clustering: A New Method for Product Positioning." Journal of Marketing Research 18 (Aug. 1981): 310-317. <https://www.dropbox.com/s/csdrt8m6899xzxj/8107_Overlapping_Clustering_A_New_Method.pdf?dl=0>.

23.    Wind, Yoram, and Vijay Mahajan. "A Reexamination of New Product Forecasting Models." Proceedings of the August 1981 AMA Educator's Conference. Aug. 1981. 358-363. <https://www.dropbox.com/s/gq5q5ig3c37oeth/8108_A_Reexamination_of_New_Product.pdf?dl=0>.

24*.    Wind, Yoram, Thomas S. Robertson, and Cynthia Fraser. "Industrial Product Diffusion by Market Segment." Industrial Marketing Management 11 (1982): 1-8. <https://www.dropbox.com/s/l8yjm1xd6xqdvdg/8206_Industrial_Product_Diffusion_by_Market.pdf?dl=0>.

25.    Mahajan, Vijay, Jerry Wind, and Subhash Sharma. "An Approach to Repeat-Purchase Diffusion Analysis." 1983 AMA Educators' Proceedings. Eds. P. E. Murphy, O. C. Ferrell, G. R. Laczniak, R. F. Lusch, P. F. Anderson, T. A. Shimp, R. W. Belk, and C. B. Weinberg.,

American Marketing Association, 1983. 442-446.
<https://www.dropbox.com/s/g9y7qfeq8hsio7n/8305_An_Approach_to_Repeat_Purchase.pdf?dl=0>.

26. Eliashberg, Jehoshua, Charles S. Tapiero, and Yoram Wind. "Diffusion of New Products in Heterogeneous Populations: Incorporating Stochastic Coefficients." Wharton School Working Paper, June 1983.
<https://www.dropbox.com/s/g2h2zrpaw7qpwwe/8306_Diffusion_of_New_Products_in.pdf?dl=0>.

27*. Goldberg, Stephen M., Paul E. Green, and Yoram Wind. "Conjoint Analysis of Price Premiums for Hotel Amenities." Journal of Business 57.1.2 (1984): S111-S132.
<https://www.dropbox.com/s/nyqjeq05s39nxse/8403_Conjoint_Analysis_of_Price_Premiums.pdf?dl=0>.

28*. Mahajan, Vijay, Subhash Sharma, and Yoram Wind. "Parameter Estimation in Marketing Models in the Presence of Influential Response Data: Robust Regression and Applications." Journal of Marketing Research 21 (Aug. 1984): 268-277.
<https://www.dropbox.com/s/1wo0ym5igmynshl/8404_Parameter_Estimation_in_Marketing_Models.pdf?dl=0>.

29*. Mahajan, Vijay, Subhash Sharma, and Yoram Wind. "Assessing the Impact of Patent Infringement on New Product Sales." Technological Forecasting and Social Change 28 (1985): 13-27.
<https://www.dropbox.com/s/kdz3fj941dkg4vh/8506_Assessing_the_Impact_of_Patent.pdf?dl=0>.

30. Eliashberg, Jehoshua, Charles S. Tapiero, and Yoram Wind. "New Products Diffusion Models with Stochastic Parameters." Wharton School Working Paper, Feb. 1985.
<https://www.dropbox.com/s/ij33e1ocqg68n2x/8507_New_Products_Diffusion_Models_with.pdf?dl=0>.

31. Mahajan, Vijay, and Yoram Wind. "Innovation Diffusion Models of New Product Acceptance: A Reexamination." Innovation Diffusion Models of New Product Acceptance. Eds. Vijay Mahajan and Yoram Wind. Cambridge, MA: Ballinger Publishing Company, 1986. 2-25.
<https://www.dropbox.com/s/cmtgf9a5cf3hm2v/Innovation%20Diffusion%20Models%20of%20New%20Product%20Acceptance_%20A%20Reexamin.pdf?dl=0>.

32. Fraser, Cynthia, and Yoram Wind. "Why and When to Use Tobit Analysis." Wharton School Working Paper, May 1986.
<https://www.dropbox.com/s/8q1taxuun1vrp3k/8603_Why_and_When_to_Use.pdf?dl=0>.

33*. DeSarbo, Wayne S., Vithala R. Rao, Joel H. Steckel, Jerry Wind, and Richard Colombo. "A Friction Model for Describing and Forecasting Price Changes." Marketing Science 6.4 (Fall 1987): 299-319.
<https://www.dropbox.com/s/yzcw9ff5vuuj7xq/8706_A_Friction_Model_for_Describing.pdf?dl=0>.

34. Schmittlein, David C., Vijay Mahajan, and Yoram Wind. "The Role of Within Group Variance in the Design and Analysis of Market Tests." Wharton School Working Paper, Sept. 1987.
<https://www.dropbox.com/s/60joay9knygyh3c/8705_The_Role_of_Within_Group_Variance.pdf?dl=0>.

35*. Mahajan, Vijay, and Yoram Wind. "New Product Forecasting Models: Directions for Research and Implementation." International Journal of Forecasting 4 (1988): 341-358.
<https://www.dropbox.com/s/to31lzr69e45f5x/8805_New_Product_Forecasting_Models_Directions.pdf?dl=0>.

* = Article published in refereed journal

36\*.   Rao, Vithala R., Jerry Wind, and Wayne S. DeSarbo. "A Customized Market Response Model:
        Development, Estimation, and Empirical Testing." Journal of the Academy of Marketing
        Science 16.1 (Spring 1988) 128-140.
        <https://www.dropbox.com/s/14nnd8l744jjtm1/8804_A_Customized_Market_Response_Model
        .pdf?dl=0>.

37.     Wind, Yoram (Jerry). "Market Application of the Analytic Hierarchy Process." Wharton School
        Working Paper, 1989.

38\*.   Mahajan, Vijay, and Jerry Wind. "Market Discontinuities and Strategic Planning: A Research
        Agenda." Technological Forecasting and Social Change 36 (1989): 185-199.
        <https://www.dropbox.com/s/l7iuutxehc9zmg3/8905_Market_Discontinuities_and_Strategic_Pl
        anning.pdf?dl=0>.

39\*.   Rangaswamy, Arvind, Jehoshua Eliashberg, Raymond R. Burke, and Jerry Wind. "Developing
        Marketing Expert Systems: An Application to International Negotiations." Journal of Marketing
        53.4 (Oct. 1989): 24-39.
        <https://www.dropbox.com/s/z8e1iyxsnel4yqu/8903_Developing_Marketing_Expert_Systems_
        An.pdf?dl=0>.

40.     Schmittlein, David C., and Jerry Wind. "Combining Multiple Estimates: An Application to
        Damage Assessment Litigation." Wharton School Working Paper, 1991.
        <https://www.dropbox.com/s/lknil7zetxdjd6v/9104_Combining_Multiple_Estimates_An_Applica
        tion.pdf?dl=0>.

41\*.   Mahajan, Vijay, and Jerry Wind. "New Product Models: Practice, Shortcomings and Desired
        Improvements." Journal of Product Innovation Management 9 (1992): 128-139.
        <https://www.dropbox.com/s/j6iql5jn9hpzho4/9203_New_Product_Models_Practice_Shortcomi
        ngs.pdf?dl=0>.

42.     Lee, Hoon Young, Burke, Raymond R., and Yoram Wind. "An Analogical Reasoning System
        for Managerial Learning and Problem Solving." Wharton School Working Paper, 1992.

43.     Wind, Yoram (Jerry), David C. Schmittlein, and Shoshana Shapiro. "Attribute
        Interdependencies in Product Performance Claims: Truth and Consequences." Product
        Performance Tests: Design, Interpretation, and Claims. Proceedings of the NAD Workshop
        IV., New York: Council of Better Business Bureaus, Inc., 2-3 June 1992. 99-107.
        <https://www.dropbox.com/s/gihr20bd6tlfwl5/9204_Attribute_Interdependence_in_Product_Per
        formance.pdf?dl=0>.

44.     Wind, Jerry Yoram. "Marketing Science at a Crossroad." Inaugural Presentation of the Unilever
        Visiting Professorship. Rotterdam, The Netherlands: Erasmus University, 1993.
        <https://www.dropbox.com/s/0lf13iqbe7kzm7d/9301_Marketing_Science_at_a_Crossroad.pdf?
        dl=0>.

45.     Arabie, Phipps, and Yoram Wind. "Marketing and Social Networks." Advances in Social
        Networks Analysis. Eds. S. Wasserman and J. Galaskiewicz. London: Sage Publications,
        1994. 254-273.
        <https://www.dropbox.com/s/mxp2t4vymcut7gw/9403_Marketing_and_Social_Networks.pdf?dl
        =0>.

46\*.   Wind, Jerry. "Start Your Engines: Gear Up for Challenges Ahead with Innovative Marketing
        Research Products and Services." Marketing Research 9.4 (Winter 1997): 4-11.
        <https://www.dropbox.com/s/kpda1eox6iruqa7/9703_Start_Your_Engines_Gear_Up.pdf?dl=0>
        .

47\*.   Mahajan, Vijay, and Jerry Wind. "Rx for Marketing Research: A Diagnosis of and Prescriptions
        for the Recovery of an Ailing Discipline in the Business World." Marketing Research 11.3 (Fall

1999): 7-13.
<https://www.dropbox.com/s/cnf8s0iaj4olzhr/9902_Rx_for_Marketing_Research_A.pdf?dl=0>.

48.   Mahajan, Vijay, Eitan Muller, and Yoram Wind. "New Product Diffusion Models: From Theory to Practice." New-Product Diffusion Models. Eds. Vijay Mahajan, Eitan Muller, and Yoram Wind. Boston: Kluwer Academic Publishers, 2000. 3-24.
<https://www.dropbox.com/s/igq2lz00w7pfjvo/0002_New_Product_Diffusion_Models_From.pdf?dl=0>.

49*.  Green, Paul E., Yoram (Jerry) Wind, Abba M. Krieger, and Paul Saatsoglou. "Applying Qualitative Data." Marketing Research 12.1 (Spring 2000): 17-25.
<https://www.dropbox.com/s/7tw6xguc68inc6v/0003_Applying_Qualitative_Data.pdf?dl=0>.

50*.  Green, Paul E., Abba M. Krieger, and Yoram (Jerry) Wind. "Thirty Years of Conjoint Analysis: Reflection and Prospects." Interfaces 31.3.2 (May - June 2001): S56-S73.
<https://www.dropbox.com/s/8cl4zcb4i1bid5s/0102_Thirty_Years_of_Conjoint_Analysis.pdf?dl=0>.

51*.  Wind, Yoram (Jerry), Abba M. Krieger, and Paul E. Green. "Marketing Research in the Courtroom: A Case Study Shows How Analytical Methods Can Be Applied to the Law." Marketing Research 14.1 (Spring 2002): 28-33.
<https://www.dropbox.com/s/v2cwkgxptf7875n/0204_Marketing_Research_in_the_Courtroom_0002.pdf?dl=0>.

52.   Green, Paul E., Abba M. Krieger, and Yoram (Jerry) Wind. "Survey Methods Help to Clear Up Legal Questions." Marketing News 16 Sept. 2002: 34-36.
<https://www.dropbox.com/s/kk8mhgedone6yzy/0205_Survey_Methods_Help_to_Clear.pdf?dl=0>.

53.   Green, Paul E., Wind, Yoram, and Abba Krieger. "Buyer Choice Simulators, Optimizers, and Dynamic Models." Marketing Research and Modeling: Progress and Prospects. Eds. Yoram Wind and Paul E. Green. Kluwer, 2003.
<https://www.dropbox.com/s/dntbofkhsszyku6/0302_Buyer_Choice_Simulators_Optimizers_and.pdf?dl=0>.

54*.  Krieger, Abba M., Paul E. Green, and Yoram (Jerry) Wind. "Dual Considerations." Marketing Research 15.4 (Winter 2003): 8-13.
<https://www.dropbox.com/s/bf9j8yncwf8dhex/0301_Dual_Considerations.pdf?dl=0>.

55.   Wind, Yoram (Jerry), Abba M. Krieger, and Paul E. Green. "Applying Conjoint Analysis to Legal Disputes: A Case Study." Wharton School Working Paper, 2006.
<https://www.dropbox.com/s/y6lch5vpd36mlyb/0601_Applying_Conjoint_Analysis_to_Legal.pdf?dl=0>.

56*.  DeSarbo, Wayne S., Rajdeep Grewal, and Jerry Wind. "Who Competes with Whom? A Demand-Based Perspective for Identifying and Representing Asymmetric Competition." Strategic Management Journal 27.2 (Feb 2006): 101-129. [B] And Wiley InterScience, 21 November 2005. www.interscience.wiley.com
<https://www.dropbox.com/s/t6wx2d4w9ladyk3/0605_Who_Competes_with_Whom_A.pdf?dl=0>.

57*.  Wind, Jerry. "Marketing by Experiment," Marketing Research. Spring 2007: 10-16.
<https://www.dropbox.com/s/t6wx2d4w9ladyk3/0605_Who_Competes_with_Whom_A.pdf?dl=0>

58.   Wind, Yoram (Jerry) and Catharine Reyes with Alexa de los Reyes. "A New Model for the Future of Customer Relationships." The European Business Review November/December 2016. <http://www.europeanbusinessreview.com/a-new-model-for-the-future-of-customer-

relationships/>

**G. International Marketing**

1*.  Wind, Yoram. "The Role of Marketing in Israel." Journal of Marketing 31 (Apr. 1967): 53-57.
     <https://www.dropbox.com/s/4mrqm5eyugk0iyj/6701_The_Role_of_Marketing_in.pdf?dl=0>.

2.   Wind, Yoram. "Information Requirements for International Business Decisions."  Prepared for
     and used in the introductory International Business course at The Wharton School, University
     of Pennsylvania, June 1967.
     <https://www.dropbox.com/s/lnfniq139yh4nnj/6702_Information_Requirements_for_Internation
     al_Business.pdf?dl=0>.

3.   Wind, Yoram. "Cross Cultural Analysis of Consumer Behavior." Changing Marketing Systems:
     Consumer, Corporate and Government Interfaces. Ed. Reed Moyer. Chicago: American
     Marketing Association, Winter 1967: 183-185. [B] Reprinted in *Wharton Quarterly* 2 (Winter-
     Spring 1968): 1-3.
     <https://www.dropbox.com/s/uu8z93qzd1dyjq8/6814_Cross_Cultural_Analysis_of_Consumer.
     pdf?dl=0>.

4.   Wind, Yoram. "Marketing in Israel." Comparative Marketing. Ed. Harper W. Boyd, Jr. Stanford,
     CA: International Center for the Advancement of Education, Stanford University, Jan. 1968.
     <https://www.dropbox.com/s/a3hfhio6w8k6qaq/6813_Marketing_in_Israel.pdf?dl=0>.

5.   Wind, Yoram and Patrick J. Robinson. "Perceptual and Preference Mapping of Countries: An
     Application of Multidimensional Scaling." Paper presented at the Annual Meeting of the
     Association for Education in International Business, Dec. 1970.

6*.  Wind, Yoram, and Susan Douglas. "On the Meaning of Comparison: A Methodology for Cross-
     Cultural Studies." Quarterly Journal of Management Development 2.4.1 (June 1971): 105-121.
     <https://www.dropbox.com/s/571hh2crwfebsyo/7106_On_the_Meaning_of_Comparison.pdf?dl
     =0>.

7*.  Wind, Yoram, and Susan P. Douglas. "International Market Segmentation." European Journal
     of Marketing 6.1 (1972): 17-25.
     <https://www.dropbox.com/s/sny338oc56z57r1/7213_International_Market_Segmentation.pdf?
     dl=0>.

8.   Douglas, Susan, Patrick Le Maire, and Yoram Wind. "Selection of Global Target Markets: A
     Decision Theoretic Approach." Marketing in a Changing World: The Role of Market Research.
     Ed. Proceedings of the 24th ESOMAR Congress. Cannes, France: ESOMAR Congress, Sept.
     1972.
     <https://www.dropbox.com/s/5omskqwliv2wz3j/7214_Selection_of_Global_Target_Markets.pdf
     ?dl=0>.

9*.  Wind, Yoram, Susan P. Douglas, and Howard V. Perlmutter. "Guidelines for Developing
     International Marketing Strategies." Journal of Marketing 37 (Apr. 1973): 14-23.
     <https://www.dropbox.com/s/injbo9quo7z1m9e/7307_Guidelines_for_Developing_International
     _Marketing.pdf?dl=0>.

10*. Douglas, Susan P., and Yoram Wind. "Environmental Factors and Marketing Practices."
     European Journal of Marketing 7.3 (Winter 1973/1974): 155-165.
     <https://www.dropbox.com/s/t19oneb252c5pc6/7308_Environmental_Factors_and_Marketing_
     Practices.pdf?dl=0>.

11*. Wind, Yoram, and Susan Douglas. "Some Issues in International Consumer Research."
     European Journal of Marketing 8.3 (Winter 1974/1975): 209-217.

* = Article published in refereed journal

<https://www.dropbox.com/s/t53fdpr8s84dv2f/7406_Some_Issues_in_International_Consumer.pdf?dl=0>.

12.   Robinson, Patrick J., and Yoram Wind. "Multinational Tradeoff Segmentation." Moving Ahead with Attitude Research. Eds. Yoram Wind and Marshall Greenberg. Chicago: American Marketing Association, 1977. 50-57. <https://www.dropbox.com/s/3mscpch8u7hhoq8/7710_Multinational_Tradeoff_Segmentation.pdf?dl=0>.

13.   Wind, Yoram. "Research for Multinational Product Policy." Multinational Product Management. Eds. Warren J. Keegan and Charles S. Mayer. Chicago: American Marketing Association, 1977. 165-184. <https://www.dropbox.com/s/vy5xzh3eebct26r/7711_Research_for_Multinational_Product_Policy.pdf?dl=0>.

14*.  Wind, Yoram, and Howard Perlmutter. "On the Identification of Frontier Issues in Multinational Marketing." Columbia Journal of World Business 12 (Winter 1977): 131-139. <https://www.dropbox.com/s/iy16mh1o49j1zn3/7712_On_the_Identification_of_Frontier.pdf?dl=0>.

15.   Wind, Yoram, and Susan Douglas. "Comparative Methodology and Marketing Theory." Theoretical Developments in Marketing. Eds. Charles W. Lamb and Patrick M. Dunne. Chicago: American Marketing Association, 1980. [B] Based on Wind, Yoram, and Susan P. Douglas. "A Theory and a Metatheory of Comparative Marketing Systems." Marketing Science Institute Working Paper P-15-1, Sept. 1968. <https://www.dropbox.com/s/9dgyo8us9ztqxbd/8008_Comparative_Methodology_and_Marketing_Theory.pdf?dl=0>.

16.   Wind, Jerry and Josh Eliashberg. "Marketing Perspectives on International Risk Analysis and Risk Preference Measurement: Concepts, Methods, and Research Directions." Wharton School Working Paper, 1983. <https://www.dropbox.com/s/huwamnnft16jk6k/8307_Marketing_Perspectives_on_International_Risk.pdf?dl=0>.

17.   Chakrabarti, Alok K., and Jerry Wind. "International Technology: Implications for Global Competitive and Cooperative Strategies." Wharton School Working Paper, 1986. <https://www.dropbox.com/s/q4ae1ue4nfvrkhv/8604_International_Technology_Implications_for_Global.pdf?dl=0>.

18.   Wind, Yoram and Susan Douglas. "Toward the Development of a Global Marketing Strategy: A Dynamic Portfolio Perspective." Wharton School Working Paper, 1987.

19*.  Douglas, Susan P., and Yoram Wind.  'The Myth of Globalization." Columbia Journal of World Business 22.4 (Winter 1987): 19-29. [B] Earlier version published as Wind, Yoram. "The Myth of Globalization." The Journal of Consumer Marketing 3.2 9Spring 1986): 23-26. [C] Reprinted as "The Myth of Globalization." Strategy 4e & Strategy Synthesis 3e, Cengage Learning EMEA (March 2010). <https://www.dropbox.com/s/h2g62xtkptij0mq/8712_The_Myth_of_Globalization.pdf?dl=0> <https://www.dropbox.com/s/wgxd7argrm2xw54/8607_The_Myth_of_Globalization.pdf?dl=0>.

20*.  Wind, Yoram. "Old-Line Manufacturing Needs Better Marketing." Chief Executive 44 (Mar./Apr. 1988): 44-48. <https://www.dropbox.com/s/qrrfeutivrbqh51/8806_Old_Line_Manufacturing_Needs_Better.pdf?dl=0>.

21*.  Mahajan, Vijay, Marcos V. Partini De Moraes, and Jerry Wind. "The Invisible Global Market." Marketing Management 9.4 (Winter 2000): 30-35. <https://www.dropbox.com/s/16c9g3owzt8z8wx/0009_The_Invisible_Global_Market.pdf?dl=0>

* = Article published in refereed journal

.

22*.   Mahajan, Vijay, and Yoram (Jerry) Wind. "Capturing the Ricochet Economy." <u>Harvard Business Review</u>. Nov. 2006.
<<u>https://www.dropbox.com/s/ip8qq4py0gnjddo/0606_Capturing_the_Ricochet_Economy.pdf?dl=0</u>>.

## H.   International Management Education and The Lauder Institute

1.   Wind, Jerry. "Global Management: Penn's Response." Address to Board of Trustees of the University of Pennsylvania, Philadelphia, PA, Oct. 1983. [B] Reprinted as
Wind, Jerry. "Global Management: Penn's Response." <u>Wharton Alumni Magazine</u> (Winter 1984): 32-35.
<<u>https://www.dropbox.com/s/eknhqwxled73iid/8310_Global_Management_Penn%27s_Response.pdf?dl=0</u>>.
<<u>https://www.dropbox.com/s/jr7qn40jxu2fnoz/8406_Global_Management_Penn%27s_Response.pdf?dl=0</u>>.

2.   Wind, Jerry. "Coffee, Closets and Funeral Flowers." <u>Wharton News</u> (1984): 1-3.
<<u>https://www.dropbox.com/s/nok1oz1fyav5bf7/8405_Coffee_Closets_and_Funeral_Flowers.pdf?dl=0</u>>.

3.   Gaudiani, Claire L., and Jerry Wind. "Educating for International Management: The Joseph H. Lauder Institute." <u>Foreign Languages and International Trade: A Global Perspective</u>. Ed. Samia I. Spencer. Athens: University of Georgia Press, 1987. 31-38.
<<u>https://www.dropbox.com/s/u457v6xedi7k13w/8709_Educating_for_International_Management_The.pdf?dl=0</u>>.

4.   Wind, Jerry. "International Business Education at the Lauder Institute." <u>Occasional Papers On International Educational Exchange: Hallmarks of Successful International Business Programs</u>. Eds. Maryélise Lamet and Sterling Lamet. New York: Council on International Educational Exchange, Aug. 1988.
<<u>https://www.dropbox.com/s/utqify07a5aciks/8906_International_Business_Education_at_the.pdf?dl=0</u>>.

5.   Wind, Jerry, and Barbara S. Thomas. "The Globalization of Management Education: Options, Trade Offs, and an Agenda for Implementation." <u>AACSB Occasional Papers</u>. Montreal: American Assembly of Collegiate Schools of Business, 1989.
<<u>https://www.dropbox.com/s/mqley1xo70zbnxc/8907_The_Globalization_of_Management_Education.pdf?dl=0</u>>.

## I.   Management Practice and Education in the 21st Century

1.   Wind, Jerry. "Marketing in the Year 2000." <u>Marketing 2000 and Beyond</u>. Eds. William Lazer, Priscilla La Barbera, James M. MacLachlan, and Allen E. Smith. Chicago: American Marketing Association, 1990. 212-216.
<<u>https://www.dropbox.com/s/udqc5tvozikls8i/9005_Marketing_in_the_Year_2000.pdf?dl=0</u>>.

2.   Wind, Jerry. "The Restructured Wharton MBA: Inventing a New Paradigm." <u>University of Pennsylvania Almanac</u> 37 (2 Apr. 1991): 1-4.
<<u>https://www.dropbox.com/s/x2xi24biyzvye4l/9105_The_Restructured_Wharton_MBA_Inventing.pdf?dl=0</u>>.

3*.   Wind, Jerry, and Alfred P. West, Jr. "Reinventing the Corporation." <u>Chief Executive</u> 71 (Oct. 1991): 72-75.
<<u>https://www.dropbox.com/s/75ymp3w96dyh0ps/9106_Reinventing_the_Corporation.pdf?dl=0</u>>.

4*.  Wind, Jerry. "The Next Paradigm?" Chief Executive 77 (June 1992): 62-65.
<https://www.dropbox.com/s/n7ki3uu8lokwc0r/9206_The_Next_Paradigm.pdf?dl=0>.

5.  Wind, Jerry. "JIT Learning: A New Concept for Executive Education." Wharton School Working Paper, June 1993.
<https://www.dropbox.com/s/uafuzhr2vq7aoy9/9302_JIT_Learning_A_New_Concept.pdf?dl=0>.

6.  Wind, Jerry, Robert Holland, Alfred P. West, Jr., and Robert Gunther. "Pace-Setting 21st Century Enterprises: A Glimpse of What Might Emerge." Prepared for Seventh General Assembly and Exhibition of the World Future Society, 29 June 1993.
<https://www.dropbox.com/s/3x7nh9vp6p9zpg8/9303_Pace_setting_21st_Century_Enterprises.pdf?dl=0>.

7.  Wind, Jerry. "Downsizing and Layoffs: Miracle Cure or Prescription for Disaster." (8 Feb. 1994).

8.  Wind, Jerry. "Marketing: Big Questions for the 21st Century." Financial Times. 1996. 6-7.
<https://www.dropbox.com/s/f11a9pkxxodk3lm/9604_Marketing_Big_Questions_for_the.PDF?dl=0>.

9*.  Main, Jeremy and Jerry Yoram Wind. "A Cynic's Glossary." Across the Board. 35.4. April 1998: 12.

10.  Wind, Jerry. "Driving Change: Preparing for the 21st Century." The Li & Fung Lecture, University of Hong Kong, 17 Apr. 1998.
<https://www.dropbox.com/s/huv0z6y7cvhv4el/9806_Driving_Change_Preparing_for_the.pdf?dl=0>.

11.  Wind, Jerry. "Creating a Successful 21st Century Enterprise." Li & Fung Lecture on Commerce & Industry. Chinese University of Hong Kong, 17 Apr. 1998.
<https://www.dropbox.com/s/f0jxchl9jfp4k8a/9805_Creating_a_Successful_21st_Century.pdf?dl=0>.

12.  Wind, Jerry and Pedro Nueno. "The Impact Imperative: A Manifesto for Closing the Relevance Gap of Academic Management Research." International Academy of Management North America Meeting, 25 July 1998.
<https://www.dropbox.com/s/7znhl11grkvy9yd/9803_The_Impact_Imperative_A_Manifesto.pdf?dl=0>.

13.  Wind, Jerry. "Reinventing the Business School for the Global Information Age." Keynote address at European Foundation for Management Development Conference of Deans and Directors, Helsinki, Finland, Jan. 2000.
<https://www.dropbox.com/s/xu8c6kkdnm8i8vu/0010_Reinventing_the_Business_School_for.pdf?dl=0>.

14.  Wind, Jerry, and Dave Reibstein. "Reinventing Training for the Global information Age." Knowledge@Wharton. Sept. 2000.
<https://www.dropbox.com/s/4tx6ac2cxuxnt04/0011_Reinventing_Training_for_the_Global.pdf?dl=0>.

15*.  Wind, Yoram (Jerry). "The Integrative Thinking Challenge for Management Education and Research." Rotman Magazine Fall 2002: 18-19. [B] Reprinted in A New Way to Think: The Best of Rotman Magazine. Winter 2005.
<https://www.dropbox.com/s/asa8vcpo10jena7/0208_The_Integrative_Thinking_Challenge_for.pdf?dl=0>.

* = Article published in refereed journal

16.   Wind, Jerry. "Balancing Innovation and Conservative Values: Management as an Experimental Process." <u>Conservative Values and Effective Management</u>. Eds. Peter Drucker and Peter Paschel. Frankfurt: Redline Wirtshaft, 2004.

## J.  Convergence Marketing

1.   Wind, Jerry, Vijay Mahajan, and Robert Gunther. "The Power of Convergence in the Post-Dot.com Age." *Bn.com*, 2001. <[https://www.dropbox.com/s/eo00yo4v170u5ed/0105_The_Power_of_Convergence_in.pdf?dl=0](https://www.dropbox.com/s/eo00yo4v170u5ed/0105_The_Power_of_Convergence_in.pdf?dl=0)>.

2*.   Wind, Jerry, Vijay Mahajan, and Robert E. Gunther. "The Convergence Challenge: Realizing the Complex Promise of New Technologies." <u>InformIT</u>. (2001). <[https://www.dropbox.com/s/2cshwjd2lc39496/0106_The_Convergence_Challenge_Realizing_the.pdf?dl=0](https://www.dropbox.com/s/2cshwjd2lc39496/0106_The_Convergence_Challenge_Realizing_the.pdf?dl=0)>.

3*.   Wind, Jerry, Vijay Mahajan, and Robert E. Gunther. "The Power of Convergence: The 5 Cs." <u>InformIT</u>. (2001). <[https://www.dropbox.com/s/sot9hywlndwho7a/0107_The_Power_of_Convergence_The.pdf?dl=0](https://www.dropbox.com/s/sot9hywlndwho7a/0107_The_Power_of_Convergence_The.pdf?dl=0)>.

4*.   Wind, Jerry, Vijay Mahajan, and Robert E. Gunther. "Digital Fabric: Organizing for Convergence." <u>InformIT</u>. (Jan. 2002). <[https://www.dropbox.com/s/qyizrf36guxvybk/0209_Digital_Fabric_Organizing_for_Convergence.pdf?dl=0](https://www.dropbox.com/s/qyizrf36guxvybk/0209_Digital_Fabric_Organizing_for_Convergence.pdf?dl=0)>.

5*.   Wind, Jerry, Vijay Mahajan, and Robert Gunther. "The Consumer is King." <u>European Business Forum</u> 9 (Spring 2002): 12-13. <[https://www.dropbox.com/s/waba73oyny9je53/0206_The_Consumer_is_King.pdf?dl=0](https://www.dropbox.com/s/waba73oyny9je53/0206_The_Consumer_is_King.pdf?dl=0)>.

6*.   Wind, Yoram, and Vijay Mahajan. "Convergence Marketing." <u>Journal of Interactive Marketing</u> 16.2 (Spring 2002): 64-79. <[https://www.dropbox.com/s/9rjol7py100geaj/0207_Convergence_Marketing.pdf?dl=0](https://www.dropbox.com/s/9rjol7py100geaj/0207_Convergence_Marketing.pdf?dl=0)>.

7.   Wind, (Jerry) Yoram. "Convergence Marketing: Meeting the Challenge of the New Hybrid Consumer." <u>Critical Eye Review</u> (Mar. - May 2005): 16-20. <[https://www.dropbox.com/s/q1pjkzxzbjt4twr/0502_Convergence_Marketing_Meeting_the_Challenge.pdf?dl=0](https://www.dropbox.com/s/q1pjkzxzbjt4twr/0502_Convergence_Marketing_Meeting_the_Challenge.pdf?dl=0)>.

## K.  Mental Models – Power of Impossible Thinking

1.   Wind, Yoram (Jerry). "Leadership as Making Sense," Wharton School Working Paper, 2003.

2.   Wind, Yoram (Jerry). "Challenging the Mental Models of Marketing." <u>Financial Times Handbook of Management</u> 3rd Ed. Ed. Stuart Crainer and Des Dearlove. FT Prentice Hall, 2004. 327-335. <[https://www.dropbox.com/s/w3e9iyix9lm5orn/0403_Challenging_the_Mental_Models_of.pdf?dl=0](https://www.dropbox.com/s/w3e9iyix9lm5orn/0403_Challenging_the_Mental_Models_of.pdf?dl=0)>.

3*.   Wind, Yoram (Jerry), and Colin Crook. "Using the Power of Impossible Thinking to Build Prosperity." <u>Rotman Magazine</u> Spring/Summer 2004: 28-31. <[https://www.dropbox.com/s/hdiolve02ng5v4r/0402_Using_the_Power_of_Impossible.pdf?dl=0](https://www.dropbox.com/s/hdiolve02ng5v4r/0402_Using_the_Power_of_Impossible.pdf?dl=0)>.

4.   Wind, Yoram (Jerry). "Challenging the Mental Models of Marketing." <u>Does Marketing Need Reform? Fresh Perspectives on the Future</u>. Eds. Jagdish N. Sheth and Rajendra S. Sisodia.

Armonk, NY: M. E. Sharpe, 2005. 91-104.
<https://www.dropbox.com/s/3bzm5rjw5u365jl/0503_Challenging_the_Mental_Models_of.pdf?dl=0>.

5.   Wind, Yoram and Colin Crook. "Expanding Your Peripheral Vision by Embracing New Mental Models." Wharton School Working Paper, 2005.

6.   Wind, Yoram (Jerry). "The Silver Lining: Seeing Opportunities in Risk." Presented at the Conference in Honor of Paul Kleindorfer on Recent Advances in Operations and Risk Management, Philadelphia, May 5, 2005.
<https://www.dropbox.com/s/5ozgjslu6nczt25/0504_The_Silver_Lining_Seeing_Opportunities.pdf?dl=0>.

7*.  Wind, Yoram. "Rethinking the Board." Directors & Boards 30.1 (Fourth Quarter 2005): 20-26.
<https://www.dropbox.com/s/4a3lzsit0xak7pn/0505_Rethinking_the_Board.pdf?dl=0>.

8.   Wind, Jerry, and Colin Crook. "Changing Mental Models in an Uncontrollable World." Part of the FT Mastering Uncertainty Issue, March 17, 2006.
<https://www.dropbox.com/s/0bbg36wwcb5j998/0607_Changing_Mental_Models_in_an.pdf?dl=0>.

9*.  Wind, Yoram. "Managing Creativity." Rotman Magazine Spring/Summer 2006: 20-23.
<https://www.dropbox.com/s/61kf4kbzhn5o6ws/0602_Managing_Creativity.pdf?dl=0>.

10.  Wind, Jerry. "The Power of Impossible Thinking," Knowledge Leadership at Thomas Group (KL@TG). Inaugural Issue. Winter 2006: 76-80.
<https://www.dropbox.com/s/riaoh0mnbzgogyt/0603_The_Power_of_Impossible_Thinking.pdf?dl=0>.

11*. Wind, Yoram. "Unleashing the Power of Impossible Thinking." Leadership Excellence 2008.

12*. Wind, Jerry and Colin Crook. "From Mental Models to Transformation: Overcoming Inhibitors to Change." Rotman Magazine, Spring/Summer 2009: 28-33.
<https://www.dropbox.com/s/xbrgjaaj3b9a0f4/0902_From_Mental_Models_to_Transformation.pdf?dl=0>.

13.  Wind, Yoram (Jerry). "Why Mental Models Matter: The Big Barriers to Growth and Innovation are Self-Imposed," Wharton School Working Paper, 2010.

14.  Wind, Yoram (Jerry) and Stephen D. Rappaport. "The End of Listening As We Know It: From Market Research Projects to Enterprise Value Creator," Listen First! Turning Social Media Conversations into Business Advantage: A Playbook from the Advertising Research Foundation, April 2010.
<https://www.dropbox.com/s/lhaerapfqek0tyi/The%20End%20of%20Listening%20as%20We%20Know%20It.docx?dl=0>.
<https://www.dropbox.com/s/pkn0qmqsxoy78o8/1007_The_End_Of_Listening_As_We_Know_It.pdf?dl=0>.

15.  Wind, Yoram (Jerry). "Rethinking Innovation," The Marker, October 2010: 40-41.
<https://www.dropbox.com/s/6dcyremccmjkems/1107_Rethinking_Innovation.pdf?dl=0>.

16.  Wind, Yoram (Jerry) and Ellen Fu.  "Approaches for Challenging Your Mental Models." Wharton School Working Paper, 2013.

17.  Wind, Yoram (Jerry).  "What Business Can Learn from Art."  Wharton School Working Paper, 2013.
<https://www.dropbox.com/s/whgz2grlb1vo6wr/1306_What_Business_Can_Learn_From_Art.pdf?dl=0>.

* = Article published in refereed journal

18. Wind, Yoram (Jerry) and Prashant Salwan. "Innovative Business Models: Lessons from the Emerging Markets." Forthcoming.

**L.  Network-Based Strategies**

1*. Wind, Yoram. "Network Orchestration for a Flat World: Preparing for a Future of "Defining Moments" at Li & Fung," Effective Executive, February 2008: 14-18. <https://www.dropbox.com/s/3zu8tpze5azmuwl/Network%20Orchestration%20for%20a%20Flat%20World_Effective%20Executive.pdf?dl=0>.

2. Wind, Yoram and Paul Kleindorfer. "The Network Imperative: Community or Contagion?" introductory chapter in Kleindorfer and Wind (eds), The Network Challenge: Strategy, Profit and Risk in an Interlinked World. Wharton School Publishing, 2009. <https://www.dropbox.com/s/i7wbchy8gusjit0/0903_The_Network_Imperative.pdf?dl=0>.

3. Wind, Yoram, Victor Fung and William Fung. "Network Orchestration: Creating and Managing Global Supply Chains Without Owning Them," a chapter in Kleindorfer and Wind (eds), The Network Challenge: Strategy, Profit and Risk in an Interlinked World. Wharton School Publishing, 2009. <https://www.dropbox.com/s/2c8ocb17wff97em/0904_Network_Orchestration_Creating_and_Managing.pdf?dl=0>.

4. Wind, Jerry and Thomas, Robert J.  "Symbiotic Innovation: Getting the most Out of Collboration"  Evolution of Innovation Management:  New Ways for Innovations in an International Context.  Alexander Brem and Eric Viardot (eds), Palgrave Macmillan, 2013, 1-31. <https://www.dropbox.com/s/c207vpw8zfiohyo/L4.%20%20Symbiotic_Innovation%20%20Getting%20the%20Most.pdf?dl=0>.

5. Libert, Barry, Yoram Wind and Megan Beck Fenley.  "What Airbnb, Uber, and Alibaba Have in Common."  Harvard Business Review, November 20, 2014. <https://hbr.org/2014/11/what-airbnb-uber-and-alibaba-have-in-common>

6. Libert, Barry, Yoram Wind and Megan Beck Fenley. "Is Your Leadership Style Right For The Digital Age?" Knowledge@Wharton, February 6, 2015. <http://knowledge.wharton.upenn.edu/article/the-right-leadership-style-for-the-digital-age/>.

7. Libert, Barry, Megan Beck and Yoram Wind. "Network Revolution: Creating Value Through Platforms, People and Technology." Knowledge@Wharton, April 14, 2016. <http://knowledge.wharton.upenn.edu/article/the-network-revolution-creating-value-through-platforms-people-and-digital-technology/>.

8. Libert, Barry, Megan Beck and Yoram Wind. "How Blockchain Technology Will Disrupt Financial Services Firms." Knowledge@Wharton, May 24, 2016. <http://knowledge.wharton.upenn.edu/article/blockchain-technology-will-disrupt-financial-services-firms/>.

9. Libert, Barry, Megan Beck and Yoram Wind. "To Go Digital, Leaders Have to Change Some Core Beliefs." Harvard Business Review Online, June 1, 2016. <https://hbr.org/2016/06/to-go-digital-leaders-have-to-change-some-core-beliefs>.

10. Libert, Barry, Yoram Wind and Megan Beck. "How Automakers Can Think Like a Disruptor." Knowledge@Wharton, June 17, 2016. < http://knowledge.wharton.upenn.edu/article/headline-automakers-can-think-like-disruptor/>.

11. Libert, Barry, Yoram Wind and Megan Beck. "Changing HR Forever." HR Magazine, June 17,

2016.
<https://www.dropbox.com/s/m9w3o5idqycnwiz/Changing%20HR%20Forever.pdf?dl=0>.

12. Libert, Barry, Megan Beck and Yoram Wind. "How to Navigate a Digital Transformation."
Harvard Business Review Online, June 22, 2016. <https://hbr.org/2016/06/how-to-navigate-a-digital-transformation>.

13. Libert, Barry, Yoram Wind and Megan Beck. "Five Steps to Turn Your Company Into a
Platform." Computerworld, June 29, 2016.
<http://www.computerworld.com/article/3089505/internet/5-steps-to-turning-your-company-into-a-platform.html>

14. Libert, Barry, Megan Beck and Yoram Wind. "Microsoft-LinkedIn deal proves its time to link
products and services with networks." Upstart Business Journal, June 30, 2016.
<https://www.dropbox.com/s/5f66hjk22mgizgz/Microsoft%20LinkedIn%20deal%20proves%20its%20time.pdf?dl=0>.

15. Libert, Barry, Megan Beck and Yoram Wind. "7 Questions to Ask Before Your Next Digital
Transformation." Harvard Business Review Online, July 14, 2016. <https://hbr.org/2016/07/7-questions-to-ask-before-your-next-digital-transformation>

16. Libert, Barry, Megan Beck and Yoram Wind. "3 Ways to Get Your Own Digital Platform."
Harvard Business Review Online, July 22, 2016. <https://hbr.org/2016/07/3-ways-to-get-your-own-digital-platform>.

17. McGrath, Rita Gunther, Philip Dalzell-Payne, Joerg Niessing, Robert Schwartz, Yoram (Jerry)
Wind, Shanker Ramamurthy, Amy C. Edmondson and Christine Wyatt. "Incumbents Strike
Back: Insidhts from the Global C-Suite Study." IBM Institute for Business Value, February 26,
2018. <https://public.dhe.ibm.com/common/ssi/ecm/98/en/98013098usen/incumbents-strike-back.pdf>

**M. Advertising**

1. Wind, Yoram, and Patrick J. Robinson. "Some Applications of Mathematical Analysis of
Perception and Preference in Advertising." Marketing Science Institute Working Paper P-45-1,
May 1968.
<https://www.dropbox.com/s/iutrvklz7kl4g23/6811_Some_Applications_of_Mathematical_Analysis.pdf?dl=0>.

2*. Wind, Yoram, and Stephen E. Silver. "Segmenting Media Buyers." Journal of Advertising
Research 13.6 (Dec. 1973): 33-38.
<https://www.dropbox.com/s/t7sv3mgll9lfz4w/7301_Segmenting_Media_Buyers.pdf?dl=0>.

3*. Tapiero, Charles S., Jehoshua Eliashberg, and Yoram Wind. "Risk Behaviour and Optimum
Advertising with a Stochastic Dynamic Sales Response." Optimal Control Applications &
Methods 8 (1987): 299-304.
<https://www.dropbox.com/s/59gap201ysh5pch/8707_Risk_Behaviour_and_Optimum_Advertising.pdf?dl=0>.

4*. Burke, Raymond R., Arvind Rangaswamy, Jerry Wind, and Jehoshua Eliashberg. "A
Knowledge-Based System for Advertising Design." Marketing Science 9.3 (Summer 1990):
212-229. [B] Earlier version published as "Expert Systems for Marketing." Marketing Science
Institute Report 87-107, Nov. 1987.
<https://www.dropbox.com/s/eq2nni77390ho9x/9007_A_Knowledge_Based_System_for.pdf?dl=0>.

5\*.  Gönül, Füsun F., Franklin Carter, and Jerry Wind. "What Kind of Patients and Physicians Value Direct-to-Consumer Advertising of Prescription Drugs." Health Care Management Science 3 (2000): 215-226.
<https://www.dropbox.com/s/0q9snf3dr2431us/0001_What_Kind_of_Patients_and.pdf?dl=0>.

6\*.  Sharp, Byron, and Yoram (Jerry) Wind, "Today's Advertising Laws: Will They Survive the Digital Revolution?" Journal of Advertising Research Special Issue on What We Know About Advertising, Guest Editors Byron Sharp and Yoram (Jerry) Wind, June 2009, Vol. 49, No. 2: 120-126.
<https://www.dropbox.com/s/w64g57me714wkgo/1002_Todays_Advertising_Laws_Will_They.pdf?dl=0>.

7\*.  Sharp, Byron, and Yoram (Jerry) Wind, "Advertising Empirical Generalizations: Implications for Research and Action," Journal of Advertising Research Special Issue on What We Know about Advertising, Guest Editors Byron Sharp and Yoram (Jerry) Wind, June 2009, Vol. 49, No. 2: 246-252.
<https://www.dropbox.com/s/o9uqbtp6oua6i5e/1003_Advertising_Empirical_Generalizations_Implications_for.pdf?dl=0>.

8.  Wind, Yoram. "A Need to Rethink and Move Away from Traditional Advertising." Baker Retailing Center Conference Report, April 2011: 4.

9.  Wind, Yoram and Catharine Gardner. "Portfolio Orchestration: Toward a New Advertising Model." Wharton School Working Paper, 2013.
<https://www.dropbox.com/s/aqizndobs6bjqf9/Portfolio.Orchestration.Main.pdf?dl=0>.

10.  Wind, Yoram.  "Orchestration as the New Managerial Model in the Digital Age,"  Wharton Knowledge in Action column on Think with Google Forum, Google, 18 April 2012.
<https://www.dropbox.com/s/wqx913lmidcyans/Orchestration%20as%20the%20New%20Managerial%20Model%20in%20the%20Digital%20Age%20%E2%80%93%20Think%20with%20Google.pdf?dl=0>.

11.  Sharp, Byron, Jerry Wind and Karen Nelson-Field.  "Empirical Generalizations: New Laws for Digital Marketing: How Advertising Research Must Change." Journal of Advertising Research Special Issue, June 2013.
<https://www.dropbox.com/s/jtz9jsroe39un4g/1301_Empirical_Generalizations_New_Laws_.pdf?dl=0>.

12.  Blogs of the *Wharton Future of Advertising Program*:
    a.  Advertising 2020: Shetty, Baba and Jerry Wind. "Advertisers Should Act More Like Newsrooms."  HBR Blog Network, An HBR Insight Center Blog Series, Harvard Business School Publishing, 15 Feb. 2013. http://blogs.hbr.org/2013/02/advertisers-need-to-act-more-like-newsrooms/
    b.  Wind, Jerry, Stan Sthanunathan and Rob Malcolm."Great Advertising Is Both Local and Global."  HBR Blog Network, An HBR Insight Center Blog Series, Harvard Business School Publishing, 29 Mar. 2013.  https://hbr.org/2013/03/great-advertising-is-both-local
    c.  Wind, Jerry and John Winsor. "The End of Traditional Ad Agencies." HBR Blog Network, An HBR Insight Center Blog Series, Harvard Business School Publishing, May 9, 2013. http://blogs.hbr.org/cs/2013/05/the_end_of_traditional_ad_agen.html
    d.  Bughin, Jacques and Jerry Wind. "On-Demand Advertising (3.0)" Forthcoming 2013.
    e.  Wind, Jerry and Vaasu Gavarasana. "Must Native Advertising Be Deceptive to Be Effective?" WFoA Blog, April 7, 2014.
https://www.dropbox.com/s/7kh88zfujrro9y1/Must%20Native%20Advertising%20Be%20Deceptive%20to%20Be%20Effective_.pdf?dl=0
    f.  Wind, Jerry and Catherine Findiesen Hays. "RAVES Advertising: How to Start Leveraging the Future Today." WFoA Blog, May 30, 2014.
https://www.dropbox.com/s/8q7erxdwoq8pt2v/RAVES%20Advertising_%20How%20to%20Start%20Leveraging%20the%20Future%20Today.pdf?dl=0

* = Article published in refereed journal

13.    Wind, Jerry and Catharine Findiesen Hayes. "Research Implications of the Beyond Advertising Paradigm: A Model and Roadmap for Creating Value Through All Media and Non-Media Touchpoints." JAR, June 16, 2016.
< http://www.journalofadvertisingresearch.com/content/56/2/142 >

14.    Wind, Jerry and Alexa de los Reyes. "Meeting the Challenge of Personalization at Scale." Admap magazine, June 16, 2016.
<https://www.warc.com/content/article/meeting_the_challenge_of_personalization_at_scale/107076>

15.    Wind, Yoram and Catharine Hays with Alexa de los Reyes. "Marketing financial services: Create touchpoint value in financial services." Admap magazine., November 2016.
https://www.dropbox.com/s/asqqy7k6cgonmqh/Marketing_financial_services_Create_touchpoint_value_in_financial_services.pdf?dl=0

16.    Wind, Yoram (Jerry), "Reimagine Advertising," Wharton School Working Paper, Feb. 5, 2019.

**N.  Entries in Dictionaries, Encyclopedias, and Handbooks**

1.    Green, Paul E., and Yoram Wind. "Marketing, Statistics in." Encyclopedia of Statistical Sciences. Eds. S. Kotz, N. Johnson, and Campbell Read. New York: Wiley, 1985. 227-248.
<https://www.dropbox.com/s/s7jsbn43gnpn4nh/8511_Marketing_Statistics_in.pdf?dl=0>.

2.    Wind, Jerry, and David Schmittlein. "Definitions of Marketing Models." Dictionary of Marketing Terms. Ed. Peter D. Bennett. Chicago: American Marketing Association, 1988. 1-30.
<https://www.dropbox.com/s/z1ym42uhnjwgbuj/8809_Definitions_of_Marketing_Models.pdf?dl=0>.

3.    Rangaswamy, Arvind, and Yoram Wind. "Information Technology in Marketing." Encyclopedia of Microcomputers. Eds. A. Kent and J. G. Williams. New York: Marcel Dekker Inc., 1992. 67-83.
<https://www.dropbox.com/s/1jqxp20dfgr19cd/9207_Information_Technology_in_Marketing.pdf?dl=0>.

4.    Wind, Yoram (Jerry), and Gary L. Lilien. "Marketing Strategy Models." Handbooks in Operations Research & Management Science, Vol. 5: Marketing. Eds. J. Eliashberg and G. L. Lilien. Amsterdam; NY: Elsevier Science Publishers, 1993. 773-826.
<https://www.dropbox.com/s/v4okhnco4cseo6i/9305_Marketing_Strategy_Models.pdf?dl=0>.

5.    Yoram (Jerry) Wind, Eric T. Bradlow, Jehoshua Eliashberg, Gary L. Lilien, Jagmohan Raju, Arvind Rangaswamy, Berend Wierenga. "Marketing, Encyclopedia of Operations Research and Management Science 3rd Edition, Ed. Saul Gass, Michael Fu, New York, NY:  Springer, 2011. [B] First published in 1994 edition, Boston: Kluwer Publishers, 1994. 1-15. [C] Revised 1998. <https://www.dropbox.com/s/w5oesgfq2a68kzz/9406_Marketing.pdf?dl=0>.

6.    Wind, Yoram (Jerry). "Market Segmentation." Companion Encyclopedia of Marketing. Ed. Michael J. Baker. New York: Routledge, 1995. 394-419. [B] Reprinted in Marketing Theory: A Short Text. Ed. M. Baker. London: Business Press, a Division of Thompson Learning, 2000. 394-419.
<https://www.dropbox.com/s/8uzktmow8mgyabp/9502_Market_Segmentation.pdf?dl=0>

7.    Green, Paul E., Jerry Wind, and Vithala R. Rao. "Conjoint Analysis: Methods and Applications." The Technology Management Handbook. Ed. Richard C. Dorf. Boca Raton, FL: CRC Press, 1999. 12-66–12-72.
<https://www.dropbox.com/s/77ra6lx6qx2cud1/9903_Conjoint_Analysis_Methods_and_Applications.pdf?dl=0>.

* = Article published in refereed journal

8. Wind, Jerry. "Creating a Vision." <u>The Technology Management Handbook</u>. CRCnet Base, 2000. <https://www.dropbox.com/s/3r4z93hutfwck23/0013_Creating_a_Vision.pdf?dl=0>.

9. Wind, Yoram (Jerry). "The Ten Commandments of Marketing." <u>MBA in a Box</u>. Eds. Joel Kurtzman, Glenn Rifkin, and Victoria Griffith. New York: Crown Business, 2004. [B] Previously "Marketing Strategy." Wharton School Working Paper, 2003. <https://www.dropbox.com/s/mpyq4dvrpqi3l7e/0404_The_Ten_Commandments_of_Marketing.pdf?dl=0>.

11. Wind, Yoram. "Marketing Strategy Analysis," The Handbook of Technology Management, Ed. Hossein Bidgoli, Hoboken, N.J.: John Wiley & Sons, Inc., January 2010. 352-365. <https://www.dropbox.com/s/vdh3xrbe8pboiim/1001_Marketing_Strategy_Analysis.pdf?dl=0>.

12. Wind, Yoram. "Yoram (Jerry) Wind's Contributions to Marketing," <u>Review of Marketing Research Special Issue: Marketing Legends</u>. 2011.  Vol. 8, 269-315. https://dl.dropbox.com/u/94339855/N11.Yoram_Wind%27s_Contributions_To_Marketing.pdf


## V.  EDITOR OF SPECIAL ISSUES

- *Journal of Advertising Research*—
  "Empirical Generalizations in Advertising" (with Byron Sharp), Vol. 49, No. 2, June 2009.
  https://www.dropbox.com/s/o9uqbtp6oua6i5e/1003_Advertising_Empirical_Generalizations_Implications_for.pdf?dl=0
- *Marketing Science* –
  "Empirical Generalizations in Marketing" (with Frank M. Bass), Vol. 14, No. 3, Part 2, 1995.
  http://marketingscience.info/assets/documents/209/4038.pdf
- *Journal of Marketing Research*
      – "Market Segmentation," August 1978.
  http://www.jstor.org/discover/10.2307/3150580?uid=3739864&uid=2129&uid=2&uid=70&uid=4&uid=3739256&sid=56007102433
      – "Innovation and New Products," February 1997.
  https://www.dropbox.com/s/3etupcv7dnusreb/9702_Issues_and_Opportunities_in_New.pdf?dl=0
- *Marketing Research* –
  "Marketing Research Forum: The State of the Art in Quantitative Research," Winter 1997.
  https://www.dropbox.com/s/3etupcv7dnusreb/9702_Issues_and_Opportunities_in_New.pdf?dl=0
- *Marketing Science* –
  "Empirical Generalizations in Marketing" (with Frank M. Bass), Vol. 14, No. 3, Part 2, 1995.
- *Management Science*
  (with John Farley and Diana L. Day) – "The State of The Art in Theory and Methods for Strategy Research," 1990.
- *The Wharton Quarterly*,
  "Marketing," Fall 1972.
  https://www.dropbox.com/s/ckt5elayaxt9nco/7201_The_Step_Children_of_Marketing.pdf?dl=0


## VI.  EDITORIALS

*Journal of Consumer Research*  June 1977:          "New Directions for *JCR*"

*Marketing News*                July 1978:          "New Directions for *JM*"

43

| | | |
|---|---|---|
| *Journal of Marketing* | Winter 1979: | "The *Journal of Marketing* at a Crossroad" |
| | Spring 1979: | "Repositioning the *Journal*" |
| | Summer 1979: | "Bridging the Gap Between Practitioners and Academicians" |
| | Fall 1979: | "On the Status of Marketing Theory" |
| | Winter 1980: | "Marketing in the 80's" |
| | Spring 1980: | "Strategic Planning and Marketing: Time for a Constructive Partnership," with George Day |
| | Summer 1980: | "International Marketing: The Neglect Continuous," with John Farley |
| | Fall 1980: | "Industrial Marketing: The Sleeping Giant," with Frederick Webster |

http://www.marketingpower.com/ResourceLibrary/JournalofMarketing/Pages/1980/44/4/4997918.aspx

| | | |
|---|---|---|
| | Winter 1981: | "Journals and the Development of a Discipline" |
| | Spring 1981: | "Research and Management" |
| | Summer 1981: | "A Positive Perspective on Marketing" |

http://connection.ebscohost.com/c/editorials/4996997/from-editor-positive-perspective-marketing

| | | |
|---|---|---|
| | Fall 1981: | "Reflections" |
| | Summer 2009: | "Is Marketing Academia Losing its Way?" |

http://www.iimahd.ernet.in/library/PDFs/NICMAN/Is%20marketing%20academia%20losing%20its%20way.pdf

| | |
|---|---|
| *The Lauder Quarterly* | All editorials from initiation in 1986 to July 1988. |

## VII. ILLUSTRATIVE OP ED AND COMMENTARIES

- "Capitalism 3.0: Commentaries" on Jed Emerson and Sheila Bonini, "Capitalism 3.0" in *VALUE* and www.valuenewsnetwork.com, February/March 2006.
- Orchestra needs to change tune in contract negotiations: Settling the score must rest on the idea of working toward a collective goal, *Philadelphia Inquirer*, Commentary, November 4, 2004.
- The Wisdom of the Flip Flop, *Wharton School Publishing Newsletter*, November 2004.
- Rethinking our mental models for elections, *Newsletter of the Wharton Fellows*, November 2004.
- "E-Learning Crossfire," *Information Week*, February 26, 2001.
- "Reverse mentoring can solidify collaboration among functional groups, but it cannot be the only tool that enforces such teamwork or the sole catalyst for change." Commentator on HBR "Too Old to Learn?" Case Study. *Harvard Business Review*. November-December 2000.

## VIII. EDITED PUBLICATIONS OF THE SEI CENTER – ILLUSTRATIVE LIST

- Insights and Impact: 20th Anniversary Report of the SEI Center for Advanced Studies in Management, March 2010.
- Into the 21st Century: The First Decade and Beyond: A Report on the SEI Center for Advanced Studies in Management, 1990-2000.
- Japan at the Great Divide, April 1999 (by Yasuhisa Shiozaki).
- The Limits of Privacy, March 1999 (by Amitai Etzioni).
- GM for the 21st Century: From "Make and Sell" to "Sense and Respond," March 1999 (by Vince Barabba).
- Managing Workteam Diversity, Conflict, and Productivity: A New Form of Organizing in the 21st Century Workspace, September 1998 (by Etty Jehn, The Diversity Research program with Bob Holland).
- The Systems Approach: The New Generation, February 1998.
- Consumer Choice Behavior in On-line and Regular Stores: The Effects of Brand Name, Price, and Other Search Attributes, January 1998.

- When Is It Worthwhile Targeting the Majority Instead of the Innovators in a New Product Launch? November, 1997.
- Toward New Corporate Governance Models: Lessons from the Japanese and U.S. Experience, March 1997.
- From Detection to Action: Processes and Insights Gained from an Early Warning Signal System, March 1997.
- New Media, February 1997.
- The Future of Impact of Information Management: A Lecture Series from July 1996-January 1997.
- The CEO Challenge: Implementing Strategy in a Constantly Changing Marketplace, December 1996.
- European Venture Capital Industry, November 1996.
- The Impact of Computers and Information on Management: 1946-1996-2001, May 1996.
- A Trapezoidal Corporation, February 1996.
- Corporate Growth Engines, December 1995.
- The Bamboo Network, November 1995.
- Innovation in New Product Development: Best Practices in Research, Modeling and Applications, May 1995.
- The New Science and Emerging Paradigms in Business, April 1995.
- Information Technology and the Changing Boundaries of the Firm, January 1995.
- EMU – The Road to Europe, February 1995.
- Go West Young MBA, Far Far West: Adventures on the World's Business and Management Frontier, January 1995.
- The Virtual University, January 1995.
- A New Management Paradigm for the 21st Century, December 1994.
- Leadership in the 21st Century Enterprise, November 1994.
- Interactive Industry 2000: Who's Gonna Buy this Stuff: Research for the Interactive Television Business, July 1994.
- Interactivity is Two-Way: Life on the Net April 1994.
- Exploratory Conference on Business Ethics: Building the Common Ground, March 1994.
- Beyond Quality: Organizational Transformation for the 21st Century Enterprise, March 1994.
- Empirical Generalizations in Marketing, February 1994.
- Research Challenges in Linking Quality: Profitability and Organizational Architecture, December 1993.
- Deploying Strategic Assets: Beyond Core Capabilities, November 1993.
- The End of Diversity: Rights, Responsibility and the Communication Agenda November 1993.
- The Horizontal Organization, October 1993.
- Strategic Information Architecture: Increasing Productivity, Managing Risks, June 1993.
- Corporate Performances: Beyond Financial Measures, April 1993.
- Dr. Peter Drucker on "The New Organization," April 1993.
- Designing Corporate Governance for the 21st Century Global Enterprise: International Perspectives, January 1993.
- Rewarding the Workforce of the Future: Competence-Based Performance Measures and Incentives, October 1992.
- Issues and Advances in New Product Development, June 1992.
- Decision Making in Highly Uncertain Political Environments: Investing in the Russian Oil and Gas Industry, March 1992.
- Historical Perspectives in Management Education, April 1992.
- Innovation and Learning, March 1992.
- Frontiers in Electronic Commerce: Experimental Systems for Communication, Coordination, and Negotiation, February 1992.
- The Impact of Information Networking on Organizational Design and Strategy, November 1991.
- Visionary Leadership, October 1991.
- Innovation in Services, May 1991.
- Lessons from the Malcolm Baldridge Award: Implications for Management Practice, Research, and Education, February 1991.
- Managing Infrastructure Costs; What is the Best Strategy for Long-Term Controls? February 1991.
- Managing Infrastructure Costs; What is the Best Strategy for Long-Term Controls? February 1991.

- Ethical Standards for Global Corporations? December 1990.
- Innovation and New Product Development for the 21st Century Enterprise, November 1990.
- The Individually Empowered Organization, November 1990.
- Management in the 21st Century: Predictions From Top Think Tanks, September 1990.
- Corporate Governance: Who's in Charge?, May 1990.
- Creating and Implementing Quality in Organizations, March 1990.
- Creating and Implementing a Corporate Vision, January 1990.
- Human Resources: Management for the 21st Century, January 1990.
- The Impact of Artificial Intelligence on Management Decision Making and Organizational Design, February 1990.

## IX.  Edited Publications of the Wharton Future of Advertising Program

Wharton Knowledge in Action Column on Think with Google Forum, 2012.
http://www.thinkwithgoogle.com/insights/forum/ :

1. Jerry Wind, Orchestration as the New Managerial Model in the Digital Age
2. David Bell, Thin-Slicing and Retailing on the Internet
3. Robert Malcolm & Peter Sieyes, From Bowling to Pinball – how successful marketing  organizations are adapting to digital
4. Kartik Hosanagar, Attribution: Who gets the Credit for a New Customer?
5. Dave Reibstein, The Many Flavors of ROI
6. Eric Bradlow, The Golden Age of Marketing Research
7. Shawndra Hill, Social TV: Linking Content, Buzz and Sales
8. Kevin Werbach, Turn Your Customers into Players:  Lessons from Gaming
9. Leonard Lodish, When the Parts are more Powerful than the Sum

## X.  EDITOR: WHARTON SCHOOL PUBLISHING BOOKS

**2008**
1. V. Kumar, Managing Customers for Profit:  Strategies to Increase Profits and Build Loyalty
2. Stewart Black, Hal Gregersen, It Starts with One:  Changing Individuals Changes Organizations
3. Russell E. Palmer, Ultimate Leadership:  Winning Execution Strategies for Your Situation
4. J.C. Larreche, The Momentum Effect: How to Ignite Exceptional Growth
5. Yves Doz, Mikko Kosonen, Fast Strategy: How strategic agility will help you stay ahead of the game
6. Russell L. Ackoff, Daniel Greenberg, Turning Learning Right Side Up**:** Putting Education Back on Track
7. Bernard Lewis, Buntzie Ellis Churchill, Islam: The Religion and the People
8. Alexander B. van Putten, Ian C. MacMillan, Unlocking Opportunities for Growth: How to Profit from Uncertainty While Limiting Your Risk
9. Vijay Mahajan, Africa Rising: How 900 Million African Consumers Offer More Than You Think
10.  Michael A. Roberto, Know What You Don't Know: How Great Leaders Prevent Problems Before They Happen (Rough Cuts)
11. Jon M. Huntsman, Winners Never Cheat: Even in Difficult Times, New and Expanded Edition

**2007**
1. Aswath Damodaran, Strategic Risk Taking: A Framework for Risk Management
2. Rajendra S. Sisodia, David B. Wolfe, Jagdish N. Sheth, Firms of Endearment: How World-Class Companies Profit from Passion and Purpose
3. Leondard M. Lodish, Howard L. Morgan, Shellya Archambeau, Marketing That Works
4. Howard Moskowitz, Alex Gofman, Selling Blue Elephants: How to Make Great Products That People Want BEFORE The Even Know They Want Them
5. Daniel M. Cable, Change to Strange: Create a Great Organization by Building a Strange Workforce
6. Jagdish N. Sheth, The Self-Destructive Habits of Good Companies…And How to Break Them
7. Bala Chakravarthy and Peter Lorange, Profit or Growth, September.

8. Victor K. Fung, William K. Fung, Jerry (Yoram) Wind, Competing in a Flat World: Building Enterprises for a Borderless World, September.
9. Barry Libert, Jon Spector, Don Tapscott, We Are Smarter Than Me: How to Unleash the Power of Crowds in Your Business, September.
10. Hamid Bouchikhi, John R. Kimberly, Soul of the Corporation, The: How to Manage the Identity of Your Company, September.
11. Hunter Hastings, Jeff Saperstein, Improve Your Marketing to Grow Your Business: Insights and Innovation That Drive Business and Brand Growth, October.
12. Satish Nambisan and Mohanbir Sawhney, The Global Brain: Your Roadmap for Innovating Faster and Smarter in a Networked World, October.
13. James F. Parker, Do The Right Thing:  How Dedicated Employees Create Loyal Customers and Large Profits, November.
14. Ellen Ernst Kossek and Brenda A. Lautsch, CEO of Me: Creating a Life that Works in the Flexible Job Age, December

## 2006

1. Peter Navarro, The Well Timed Strategy: Executing Strategy Through the Business Cycle for Competitive Advantage
2. Stuart Lucas, Wealth: Grow It, Protect It, Spend It and Share It (Paperback, 2007)
3. Peter Killing, Thomas Malnight, and Tracey Keys, Must-Win Battles: How to Win Them, Again and Again
4. Neil Bender, Paul Farris, Philip Pfeifer, and Dave Reibstein, 50+ Marketing Metrics Every Business Executive Should Know
5. Russell Ackoff, Herbert Addison, and Jason Magidson, Idealized Design: How to Dissolve Tomorrow's Crisis…Today
6. Lars Kolind, The Second Cycle: 7 Proven Tools for Revitalizing Your Business…Before It's Too Late
7. George Chacko, Anders Sjoman, Hideto Motohashi, and Vincent Dessain, Credit Derivatives: Introduction to Credit Risk and Credit Instruments
8. Jerry Porras, Stewart Emery, and Mark Thompson, Success Built to Last: Creating a Life that Matters
9. Philip Kotler and Nancy Lee, Marketing in the Public Sector: A Roadmap for Improved Performance

## 2005

1. Randall Billingsey, *Understanding Arbitrage: An Intuitive Approach to Financial Analysis*
2. Tony Davila, Marc Epstein, and Robert Shelton, *Making Innovation Work: How to Manage It, Measure It, and Profit from It*
3. Sunil Gupta and Donald Lehmann*, Managing Customers as Investments: The Strategic Value of Customers in the Long Run*
4. Stuart Hart, *Capitalism at the Crossroads: The Unlimited Business Opportunities in Solving the World's Most Difficult Problems* (2nd Edition, 2007)
5. Lawrence Hrebiniak*, Making Strategy Work: Leading Effective Execution and Change*
6. Jon Huntsman, *Winners Never Cheat: Everyday Values We Learned as Children (But May Have Forgotten)*
7. Eamonn Kelly, *Powerful Times:Rising to the Challenge of Our Uncertain World*
8. Doug Lennick and Fred Kiel, *Moral Intelligence: Enhancing Business Performance and Leadership Success* (Paperback, 2007)
9. V. J. Mahajan and Kamini Banga, The *86 Percent Solution: How to Succeed in the Biggest Market Opportunity for the Next 50 Years*
10. Alred Marcus, *Big Winners and Big Losers: The 4 Secrets of Long-Term Business Success and Failure*
11. Kenichi Ohmae, *The Next Global Stage: Challenges and Opportunities in Our Borderless World*
12. Michael Roberto, *Why Great Leaders Don't Take Yes for an Answer: Managing for Conflict and Consensus*
13. Arthur Rubinfeld and Collins Heminway, *Built for Growth: Expanding Your Business Around the Corner or Across the Globe*
14. David Sirota, Louis Mischkind, Michael Meltzer,*The Enthusiastic Employee: How Companies Profit by Giving Workers What They Want.*

15. Thomas Stallkamp, *SCORE!: A Better Way to Do Busine$$: Moving from Conflict to Collaboration*
16. Glen Urban, *Don't Just Relate – Advocate!: A Blueprint for Profit in the Era of Customer Power.*
17. Craig Vogel, Jonathan Cagan, and Peter Boatwright, *The Design of Things to Come: How Ordinary People Create Extraordinary Products*.

**2004**
1. Bernard Baumohl, *The Secrets of Economic Indicators: Hidden Clues to Future Economic Trends and Investment Opportunities* (2nd Edition, 2007)
2. Sayan Chatterjee, *Failsafe Strategies: Profit and Grow from Risks that Others Avoid*
3. Robert Mittelstaedt, *Will your Next Mistake Be Fatal? Avoiding the Chain of Mistakes that Can Destroy your Organization*
4. Mukul Pandya, Robbie Shell, Susan Warner, Sandeep Junnarkar, Jeffrey Brown (2004), *Nightly Business Report Presents Lasting Leadership: What You can Learn from the Top 25 Business People of our Time* (Paperback, 2006)
5. C.K. Prahalad, *The Fortune at the Bottom of the Pyramid* (Paperback, 2006)
6. Scott Shane, *Finding Fertile Ground*
7. Oded Shenkar, *The Chinese Century: The Rising Chinese Economy and Its Impact on the Global Economy, the Balance of Power, and your Job* (Paperback, 2006)
8. Jerry Wind and Colin Crook, *The Power of Impossible Thinking* (Paperback, 2006)


## XI.  ILLUSTRATIVE PUBLISHED ABSTRACTS OF PAPERS DELIVERED IN PROFESSIONAL MEETINGS

- "Enduring Vs. Situation Dependent Customer Characteristics as Bases for Market Segmentation: An Evaluation," in David L. Sparks, (ed.), *Broadening the Concepts of Marketing.* Proceedings of the American Marketing Association, August 1970 Conference.
- "Preference of Relevant Others and Individual Choice Models," in W.L. Nichols, ed., *Proceedings of the 1974 AAPOR Conference and in Public Opinion Quarterly*, 38. Fall 1974, pp. 447.
- "Multivariate Decision-Making in the Setting of Pulmonary Outpatient Clinic," with Lawrence Spitz and Ronald Daniele. Paper presented at American College of Physicians, San Francisco, April 1975.
- "Diagnosis Consumer Behavior: A Quantitative Approach," in D. Rothwell, (ed.), *Proceedings of the 30th Annual AAPOR Conference* May 1975 and in *Public Opinion Quarterly*, 39. Fall 1975, pp. 415.
- "Segmentation and Positioning of Health Insurance Services Under Conditions of Heterogeneous Health Insurance Portfolios," in TIMS/ORSA Bulletin for the S.F. Joint Meeting, May 1977, pp. 244.
- "Alternative Approaches to Industrial Market Segmentation," with Paul E. Green, in TIMS/ORSA Bulletin for the S.F. Joint Meeting, May 1977, pp. 234.
- "Innovation and the R&D-Marketing Interface," with Joel Goldhar, in TIMS/ORSA Bulletin for the Atlanta Meeting, November 1977.
- "Measurement Issues in Portfolio Analysis," with Vijay Mahajan, in R.P. Leone, (ed.), *Proceedings of Market Measurement and Analysis*, TIMS, 1980, pp. 50-53.
- Aimagery Products: A Measurement Challenge," with Lew Pringle, in J. Keon, (ed.), *Market Measurement and Analysis*, TIMS/ORSA, 1981.
- "Standardized Portfolio Models: An Empirical Comparison of Business Classification," with Vijay Mahajan and Donald J. Swire in Allan D. Shocker and R. Srivastava, (eds.), *Proceedings of the 1981 Analytical Approaches to Product and Marketing Planning Conference.*


## XII.  CASE STUDIES

- During the academic year 1962-1963, I wrote a number of marketing cases at the Hebrew University, Jerusalem (Israel). One of these cases, The Ozi Ballpoint Pen III, was published in Harper W. Boyd, Jr. et al., (eds.), *Marketing Management: Cases from the Emerging Countries* (Reading, MA: Addison-Wesley Publishing Company), 1966.

- During the academic year 1968-1969, several marketing cases were written under my supervision at the Leon Recanati Graduate School of Business Administration, Tel Aviv University.

## 3.  CONSULTING EXPERIENCE

**I.  Marketing, Business Strategy, and Marketing Research Consulting**

1. Information and Telecommunication Industry

- Telenet, Strategies for "Getting More with Less" (2006)
- Samsung, Management of Technological Innovation (2006)
- Next Level Communication: Business strategy consulting (2000)
- Motorola Broadband Sector: 1998-2004. Business Strategy consulting
- Northern Telecom: Value Pricing and Business Strategy Consulting (1993-1995)
- IBM:
  - ABS Division: Developing procedure for Integrating Marketing and R&D (1988-1989)
  - ES Division, Marketing Strategy and Segmentation (1991-1993)
- AT&T & the Bell companies: Occasional consultant to various units, including:
  - AT&T Technologies Inc. – Design a market segmentation program (1986)
  - AT&T – Review and Design of Portfolio System (1981-1982)
  - Bell Atlantic – Marketing & pricing strategy (1983)
  - Bell Canada – Design of a segmentation study and product portfolio (1979-1980)
- Xerox: Marketing consulting to a design integration program (coordinated by Jay Doblin Associates) and design of a market segmentation project (1982-1983)
- Geometric Data: Segmentation/positioning studies (1981-1982)
- Newsweek, Inc.: Marketing consulting (1979-1980)
- RCA, Government Communications Systems: Design of a research program to assess the market response to new Electronic Mail System (1978-1979)

2. Financial Services

- SEI: Marketing, Business and Corporate Strategy consulting (1986 to present)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Edward Jones & Co.: Marketing and Business Strategy consulting (1984-2004)
- CitiBank: Statistical consulting (1980); marketing strategy consulting (1996-1997)
- E. F. Hutton: Design and implementation of a marketing planning system and various marketing research projects (1979-1984)
- Reliance Insurance Companies: Marketing research consulting (1980-1981)
- Colonial Penn Group: Design and evaluation of most of the firm's research activities and general consulting to marketing and top management (1973-1980)
- Chase Manhattan Bank: Process for evaluation of mergers and acquisitions and design of segmentation studies (1978-1979)

3. Health Care

- ConvaTec: Marketing Driven Business Strategy (2008)
- Bristol-Myers Squibb (BMS): Marketing strategy consulting (1997-2002)
- Sterling Drug, Inc.: Development of marketing driven portfolio of R&D projects (1986-1991); Pricing study for innovative new product (1991-1992)
- 
- Merck, Sharp, and Dome: General marketing research consulting (1981)
- Merck & Co.: Marketing Strategy and Marketing Research and Modeling (1991-1996)
- Pfizer, Inc.: 1975-1990. Design and analysis of most of the marketing research projects of Pfizer Laboratories and Roerig. Occasional marketing strategy consultant to the Hospital Products Group (1984-1986) and Pfizer Pharmaceuticals (1987-1990).
- SmithKline Beckman: Marketing strategy development for TAGAMET (1987-1988); evaluation of strategy implementation (1989)
- SmithKline Clinical Laboratories: Marketing planning (1984)

- Upjohn: Strategic planning consulting (1981)
- West Jersey Health System: Marketing and Business Strategy (1985)

4. Transportation

- Air Canada: Market segmentation, positioning and new product development (1973)
- Chrysler: Modeling the advertising budget (1978), advising regarding the analysis of customer satisfaction process (1995-1997)
- Conrail: Design of a positioning/segmentation study (1978-1979)

5. Consumer Goods

- Mars, Avisor to the Catalyst Group (2010 – 2017)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- DAYMON: Marketing Strategy (2003-05)
- American Dairy Brands and Schreiber Foods, Inc.: Arbitration (2004)
- Campbell Soup: Advertising Strategy, 91-96, 2005-07; Taste Tests (2001-2003)
- Coors Brewing Company, Pricing and positioning (2001)
- Eastman Kodak: New product research approaches (1978)
- R.J. Reynolds Tobacco Co.: Evaluation and design of a new product development system (1979-1980)
- S.B. Thomas: Marketing and research consultant (1979-1980)
- Simplicity Patterns, Inc.: Develop a business plan (1982)
- Pepsi: Research support for the Pepsi Challenge and related campaigns (1978, 1981, 1990, 1995, 1999)

6. Industrial Products and Services

- ITT Water Technology Group (2004-2005)
- John Fluke Manufacturing Co., Inc.): Marketing and corporate strategy (1985-1988)
- Exxon Chemicals: Marketing and Business Strategy (1985-1986)
- International Harvester: Designing a market segmentation process (1980)
- Stauffer Chemicals: General marketing consulting (1980)
- Exxon Chemicals: Marketing and Business Strategy (1985-1986)

7. Retailing

- Wickes, plc: U.K. Marketing and Business Strategy Consulting (1988-1996)
- Sears Roebuck & Company: Advertising and marketing strategy (1972-1973)

8. Professional Service Firms

- Liquid Hub (2016-present)
- MS&L: Marketing consulting (1995-1997; 2001-2002)
- Price-Waterhouse Coopers LLP (marketing and corporate strategy consulting, 1996-2001).
- Standard & Poors (1997-2000)
- IMS America (1997)
- Medicus (1989-1997)
- Hakuhodo. Marketing Strategy for the 21st Century (1992-1995)
- Morgan, Lewis & Bockius: Development of Business Strategy (1992-1994)
- DMB&B (1993)
- Y & R (1989)
- Market Research Corporation of America (MRCA) (1975-1987)
- BBD&O (on an occasional basis, 1974-1985)
- Doyle Dane Bernbach: Evaluation of a campaign claim (1980)

- Cunningham and Walsh, Inc. (1978)
- Oxtoby-Smith (selected projects, 1972-1978)
- Gahagan Research Associates, Inc. (selected projects, 1972-1978)
- Professional Marketing Research, Inc. (1977-1978)
- Oxtoby-Smith (selected projects, 1972-1978)
- Applied Communication Research (1974-1976)
- National Analysts (1975-1976)
- Robinson Associates (1969-1975)
- Robinson Associates (1969-1975)
- McConnel Advertising (Montreal), (1974)
- Whittlesey and Partners (1972-1973)

9. Trading Companies, Real Estate Development

- Li & Fung: Business Strategy consulting (1998 to present)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Dewey Companies: Marketing and Business Strategy consulting (2003)

## II.  Directorship

- IDT (2005-2008)
- Ecquaria (2001-04)
- Enhance Financial Services (1997 until acquisition by Radian Group, Inc. in 2001)
- Credit 2B (2001)
- CASA – Center for Adaptive Systems Applications Inc. (1999 Until acquisition by HNC in 2000)
- Access Technologies Group, co-founder and chairman (1992-1996)
- Contel Corporation, member of the Board of Directors (1988 Until acquisition by GTE in 1991)
- Reality Technologies, Inc. (1988-until acquisition by SEI Investments in 1990)
- Dover Regional Bank Shares, member of Board of Trustees (1986-1990)
- Shooting Stars, Inc., member of the Board of Directors (1986-1990)
- The Cortlandt Group, Inc., Co-founder and Chairman of the Board of Directors, (1979-1986)

## III.  Illustrative Advisory Boards

- DreamtimeVision.com (2016-present)
- QS World University Rankings (2009-present)
- Fung Retailing Group (2013-present)
- Journal of Advertising Research, Editorial Review Board and Senior Advisory Board (2015-present)
- Dream Time Vision (2016-present)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Turner Ad Lab (2016-2018)
- Liquid hub (2016-2018)
- ANA Talent (2016-2018)
- Decision Lens (2005-2017)
- Insights 2020 (2015-2016)
- Arshiya (India) (2007-2013)
- Cisco Collaboration Consortium (2009-2011)
- NetXentry (WebForPhone) (2000-2011)
- Mutual Art (2003-2011)
- Ad4ever (2000-2003)

## IV.  Expert Witness: Marketing and Marketing Research Consulting in Legal Cases

- Alschuler, Grossman and Pines: Packard Bell vs. Compaq, 1995-1996
- Arent, Fox, Kitner, Plotkin & Kahn: Marketing research consulting re: Estee Lauder, 1987
- Arnold, Whiite and Dunkee: The Clorox Co. vs. Dow Brands Inc. re: Smart Scrub vs. Soft Scrub,

1995
- Arnold & Porter:
  - a) Schering vs. Pfizer, Perceived sedation of Zyrtec, 2000
  - b) Pfizer: Physicians' beliefs concerning prescription antihistamine products in terms of their sedating/non-sedating characteristics 2002
- Baker & McKenzie:
  - a) G.D. Searle & Co. and subsidiaries litigation in the U.S. Tax Court, 1982
  - b) American Republic Insurance Co. vs. Americare Inc. and American Dental Centers P.C., 1988
- Berle, Kass and Case: Evaluation of public attitude re: Burlington County Bridge Commission, 1992
- Bilzin Sumberg Attorneys at Law, Lennar Corporation vs. Michael C. Morgan, 2007
- Bingham McCutchen LLP: Sharp Computer vs. Dell Inc., 2010
- Maurice Blackburn Cashman Commercial (Australia), Biota Holdings Limited vs. GlaxoSmithKline re. Relenza, 2007-2008.
- Blanchard, Krasner & French, Consulting Re. Aerus, 2006-2007
- The Calorie Control Council vs. FTC re: the Saccharin case, 1979
- Covington and Burling:
  - a) The Proprietary Association vs. FTC re: over-the-counter (antacids) drugs, 1979
  - b) FTC Staff Report on cigarette advertising investigation 1981-1983 including appearance before congressional committee in hearing on H. R. 1824: "The Comprehensive Smoking Prevention Education Act"
  - c) International Telecharge Inc. vs. AT&T, 1992-1994
  - d) Dream Team Collectibles vs. NBA Properties (re: Dream Team), 1996
  - e) G. A. Modefine S.A. vs. Armani.com, 2003-2004
  - f) Defence in Class Action Re: IBM REAP Educational Benefit, 2006-
  - g) Spirits Int Nv vs. S.S. Taris Zeytin Vezeytinyagi Birliei, Re: Moskovskaya, 2006-2008
  - h) Cunningham vs. International Business Machines Corp., 2007
  - i) QS Wholesale, Inc., vs. World Marketing, Inc., 2013
  - j) American Petroleum Institue, et al., vs. Roy A. Cooper, III, 2014
  - k) Sequoia Pacific Solar I, LLC, and Eiger Lease Co., LLC vs. The United States of America, 2016
  - l) Buckeye Tree Lodge and Sequoia Village Inn, LLC vs. Expedia, Inc; Hotels.com, L.P.; Hotels.com GP, LLC; Orbitz, LLC; Trivago GmbH; Venere Net S.R.L DBA Venere Net, LLC; Expedia Australia Investments PTY LLD, 2018
  - m) Video Gaming Technologies, Inc., vs. Castle Hill Studios LLC (d/b/a Castle Hill Gaming); Castle Hill Holding LLC (d/b/a Castle Hill Gaming); and Ironworks Development, LLC (d/b/a Castle Hill Gaming), 2018
  - n) The Reinalt Thomas Corporation (d/b/a Discount Tire) vs. Mavis Tire Supply LLC, 2019
- Cravath Swain and Moore:
  - a) Amertech Corporation, *et. Al.* vs. Lucent Technologies Corporation [Arbitration], 1997
  - b) Louis Vuitton vs. Dooney & Bourke, Inc., 2004
- Crude Oil Resellers vs. U.S. Department of Energy Economic Regulatory Administration re: the proposed crude oil reseller price regulations, 1979, including presentation at public hearing
- Darby and Darby. Proctor & Gamble vs. Colgate, Palmolive, and Y&R re: China advertising, 1997
- Davis Polk & Wardwell LLP
  - a) P&G and Sanofi-Aventis US vs. Hoffman-La Roche Inc and GlaxoSmithKline, Inc. Re.Boniva, 2007
  - b) Procter & Gamble Pharmaceuticals, Inc., and Sanofi-Aventis US LLC, vs. Hoffman-La Roche Inc. and Glaxosmithkline, Inc., 2006
- Dechert Price & Rhoads:
  - a) The Mutual Assurance Co. vs. American Council of Life Insurance and Health Insurance Association of America (re: The Green Tree), 1983-1984
  - b) INC vs. Manhattan, Inc., 1985
  - c) Tunis Brothers Co. vs. Ford Motor Credit Co., 1988
  - d) Allerest vs. Alleract, 1988-1990
  - e) Campbell Soup Co. vs. Conagra, Inc. (Various deceptive advertising cases) 1991-1996

- Department of Justice, Antitrust Division: Consulting in a number of cases since 1996, including Microsoft Network, ski resorts, Echostar's proposed acquisition of DirecTV, and dental supplies
- Dilworth, Paxson, Kalish, Levy and Kauffman: Prince Castle vs. Le-Jo Enterprises, 1977-1978
- Fish & Richardson:
  a) Rembrandt Social Media vs. Facebook, Inc., et al, 2013
  b) Rembrandt Social Media vs. Facebook, Inc., et al, 2014
- Fitzpatrick, Cella, Harper & Scinto:
  a) The Gap, Inc. and Gap (Apparel) LLC vs. G.A.P. Adventures, Inc., 2010
  b) American Beverage Corporation and Pouch Pac Innovations, LLC vs. DiAgeo North America, Inc., and DiAgeo Americas Supply, Inc. t/d/b/a Captain Morgan Co., 2012
- Forrest, Hainline III, American Pasta Co. vs. New World Pasta Co. (re: "America's favorite pasta"), 2002
- Fulbright & Jahorski: Deere and Co. vs. MTD Holdings, 2003
- Gibson, Dunn, & Crutcher:
  a) Pfizer, Inc. vs. International Rectifier Corp., 1982-1983
  b) Thompson vs. General Nutrition Corp., 1985
  c) New Vector vs. Metro Mobile, 1986;1992
  d) Air Passenger CRS Antitrust Litigation vs. American Airlines, 1987-1990
  e) Quintons/Mahurkar vs. Shiley
  f) McCaffrey vs. Pfizer re: Plax, 1990
  g) The Travel Difference vs. The Time Mirror Co. (LA Times), 1992
  h) Toyota re: class action defense vs. Staples Stillwell on the "destination charge" on Monronery Stickers,1995-1996; 1999.
  i) Hewlett-Packard vs. Nu-Kote Int. Inc., Anti-trust, 1998-1999
  j) LA Cellular AT&T Wireless class action defense, 2002, 2004.
  k) Hewlett Packard defense vs. Staple Stilwell in class action suit re economy cartridge, 2003
- Global Business Experts Group
  a) Yeti Coolers, LLC vs. RTIC Coolers, LLC; John Jacobsen; and James Jacobsen, 2016
- Gold, Farrel & Marks: Miramax Film Corp. vs. Columbia Pictures Entertainment, re: *I Know What You Did Last Summer* (1997)
- Goodell, DeVries:
  a) Roth Licensing, LLC vs. GAC International, LLC, ADR Services, 2017
- Goodwin Procter LLP:
  a) FTC vs. New Balance re: "made in USA", 1995-1996 [FTC Hearing] and consulting, 1998
  b) Public Media Center and People of the State of California vs. Tri-Union Seafoods, Delmonte Corp & Bumble Bee Seafoods. Re: Proposition 65 Mercury In Tuna, 2006
  c) Environmental World Watch, Inc. vs. The Procter & Gamble Distributing Co.*;* Council for Education & Research on Toxics vs. McDonald's Corp., et al.; and People of the State of California vs. Frito-Lay, 2007.
  d) Legalzoom.com vs. Rocket Lawyer., 2014
- Greenberg Traurig LLP
  a) Chatham et al vs. Sears Roebuk & Co. Re: Craftsman Made in USA, 2007-
  b) Whirlpool Corp. vs. Sensata Technologies and Texas Instrument, Inc., 2011
  c) Curt Schlesinger vs. Ticketmaster, 2011
  d) Santamarina , et. al. vs. Sears Roebuck & Company, 2012
- Hapgood, Calimafole, Kalil, Blaustein & Judlowe: Merrill Lynch vs. Paine Webber (re. RMA), 1985
- Heller, Ehrman, White, and McAuliffe: Apple Computer Securities Litigation, 1985-1986.
- Herling, Lindeman, Goldstein and Siegal: Roli Boli vs. Pizza Hut, 1997
- Hill, Betts, and Nash: Fender Musical Instruments Inc. vs. E.S.P. Co., 1985
- Howrey, Simon, Arnold & White:
  a) Sands, Taylor and Wood vs. The Quaker Oats Co. re: Thirst-Aid, 1987
  b) Syntex, Inc. vs. Schering-Plough Healthcare Products, Inc. re: Femcare, 1992
  c) Anheuser Busch (re Bud Dry commercials), 1993
  d) Anheuser Busch vs. Labbatt (re: Ice Beer), 1994-1995
  e) Anheuser Busch vs. Samuel Adams, 1995
  f) Anheuser Busch vs. United Guiness Distillers (re: Red Label from Budweiser), 2002
  g) Nissan North America vs. BMW (re: "Z"), 2002

- h) Consulting Re: Schering Plough, 2007
- IT&T Continental Baking vs. FTC re. Fresh Horizons advertising, 1977-1978
- Jenner & Block:
  - a) General Dynamics vs. AT&T. re: Antitrust litigation, 1987-1990
  - b) AT&T vs. MCI re: Telemarketing Practices 1990
  - c) Recording Industry Association of America, Re: Adjustment of Rates & Terms for Satellite Digital Radio Services (Copyright Royalty Board), 2006-2008
  - d) In Re: Adjustment of Rates and Terms for Preexisting Subscription Services and Satellite Digital Audio Radio Services before the Copyright Royalty Board, 2007
- Katten Muchin Rosenman:
  - e) Nisha Brown, Kathy Williamson, individually and on behalf of all others similarly situated vs. Wal-mart Stores, Inc., and Does 1 20 through 50 inclusive, 2018
  - f) Forever 21, Inc. vs. Gucci America, Inc., 2018
- Kaye, Scholer, Fierman, Hays & Handler:
  - a) Automated Bread Dist. Corp. vs. General Foods Corp. (Re: Freihofer Baking Co.), 1991-1992
  - b) Zone Perfect Nutrition Co. vs. Hershey Foods Co., 2004
- Kenyon & Kenyon:
  - a) Mead Data Control, Inc. vs. Toyota Motor Sales, U.S. re: Lexis vs. Lexus, 1988
  - b) Hiram Walker and Sons vs. White Rock Distilleries re: Kapala-Kahlua
  - c) America Online vs. AT&T Corp. re: AT&T's "You Have Mail", 1999
  - d) Twentieth Century Fox Film vs. Marvel Enterprises, Inc. (re: Mutant X), 2002
  - e) Petition for Cancellation of the Registration of the Gakic Mark, 2006
- Kirkland and Ellis
  - a) Kraft Foods Inc. and Capri Sun vs. Minute Maid, 1997
  - b) Time Inc. vs. Peterson Publishing Co. re: Teen vs. Teen People, 1997-1998
  - c) Brach and Brock vs. James River re: Royals candies, 1998-1999
  - d) Hermes vs. Lederer, re: the Kelly Handbag, 1998-2001
- Kirkpatrick and Lockhart: McPalland et al vs. Keystone Health Plan Central, Inc. (re: class certification   of SeniorBlue Customers, 2001-2002
- Kleinfeld, Kaplan and Becker: re: Iron-Kids Bread Package, 1991
- K&L Gates LLP:
  - a) Quia Corp. vs. Mattell Inc. and Fisher-Price Inc., 2010.
  - b) Sara Lee Corporation vs. Kraft Foods, Inc. and Kraft Foods Global, Inc., 2011
  - c) Sara Lee Corporation vs. Kraft Foods, Inc. and Kraft Foods Global, Inc., 2012
- Kramer Levin LLP:  Finjan, Inc.  vs. McAffe, Inc., Symantec Corp., Webroot Software, Inc., Websense, Inc., and Sophos, Inc., 2012
- Lee, Toomey, and Kent Pfizer Pharmaceuticals vs. the IRS, 1978-1979
- Lempres & Wulfsberg and Kutak, Rock, & Campbell: Evaluation of Expert Reports, re: International Pharmaceutical Products, Inc., 1985-1990
- Liddy, Sullivan, Galway, and Begler:
  - a) Coopervision, Inc. vs. CTL, Inc. (re: Permatint), 1985
  - b) Johnson & Johnson, Inc. vs. Oral-B Laboratories (re: Minute-Gel), 1987
  - c) Soft Sheen's Care Free Curl vs. Revlon's if Nature (Trademark), 1986-1987.
  - d) Oral-B Laboratories, Inc. vs. Johnson & Johnson, Inc. (re: Reach Advertising), 1986-
- Locke Lord Bissell & Liddell: The Gap, Inc. and Gap (Apparel) LLC vs. G.A.P. Adventures, Inc., 2009
- Lowenstein, Sandler: Princeton Economics Group vs. AT&T (re: class action defense of spirit), 1994-1995
- Maurice Blackburn Cashman Pty Ltd: Biota Holdings Ltd and Anor vs. Glaxo Group Ltd. & Ors. Re: Relenza, 2006-
- Mitchell, Silberberg & Knupp: Stella Foods Inc. vs. Cacique IC, re: Ranchero, 1997-1999
- Morgan, Lewis and Bockius: Scott paper defense in the Turnabout Marketing Case, 1983
- Morison, Cohen, Siner, and Weinstein, Hertz  vs. Avis, 1994.
- Morrison & Foerster [and Bingham McCutchen; Arnold & Porter; Goodwin Procter; Greenberg Traurig]
  - a) Prop 65 [Re Acrylamide in Potato Chips and French Fries]: Environment World Watch Inc. vs. P&G Distributing Company

55

- 
  b) Council for Education and --- on Toxins vs. McDonald's Corp
  c) People of the State of California vs. Frito-Lay Inc., 2007-2008.
- Moses & Singer: THOIP (A Chorion Limited Company) vs. The Walt Disney Company, 2009-10
- Munger, Tolles and Olson:
  a) FTC vs. Polygram Holdings et al. re: Three Tenors Case 2001-2002
  b) Universal vs. MGM (re: Rollerball) 2002
- Odutola Law: Spirits Int. N.V. vs. Distilleries Melville Ltd. Re: Moskovskaya vs. Moskova, 2007-
- Pattishall, McAuliffe, Newbury, Hilliard, & Geraldson:
  a) S.C. Johnson and Son, Inc. vs. Carter Wallace ("Edge" vs. "Rise"), 1983
  b) Anheuser Busch vs. Stroh Brewery Co. and vs. Miller and Heillman, (re: LA beer), 1984-1985
  c) S. C. Johnson & Son Inc., re: L'envie, 1986-1987.
  d) Shelby Motor vs. Ford, 1988.
  e) GFA Brands Inc. and Fitness Foods Inc. vs. Canbra Foods Ltd. and Campbell Mithun/Esty, Inc. re Heartlight, 1990-1991.
  f) AT&T vs. MCI (various deceptive advertising cases) 1991-
  g) Walt. Disney vs. Good Times, 1993
  h) Car Freshener Corp. vs. S.C. Johnson and Son, Inc. (re:Glade Plug Ins Air Freshener Design), 1994
  i) International Telecharge, Inc. vs. AT&T, 1992-1994
  j) S.C. Johnson and Son, Inc. vs. Avon (re: Skin So Soft) 1996
  k) GTE Card Services Inc. vs. AT&T, 1996
  l) SunAmerica Corp. vs. Sun Life Assurance Co. of Canada 1993-1995, 1997-1998 [W.H. Covington and Burling]
  m) Blue Cross Blue Shield vs. American Medical Association, re: CPT, 1998
  n) Encyclopedia Britannica, Inc. vs. Britannica Home Fashions, Inc., 1999
  o) Simon Property Group, L.P. vs. mySimon Inc., 2001-
  p) Montblanc – Simplo Gmblt vs. Savonerie et Parfumerie Bernard, 2001
  q) Old World Industries, Inc. vs. AutoMeter Products, 2002
  r) JLJ Inc. vs. Santa's Best Craft (Christmas tree lights), 2004
  s) Energy Brands Inc. (Glaceau) vs. Pespico Inc. and South Beach Beverage Co., Inc Re: Sobe Life Water, 2006
  t) Auto Meter Products Inc. vs. Maxima Technologies & Systems LLC, 2007
  u) Dyson, Inc. vs. BISSELL Homecare, Inc., 2012
  v) Select Comfort Corp. vs. The Sleep Better Store, 2013
  w) Sweet Street Desserts, Inc. vs. Chudleigh's LTD., 2014
  x) Sandoz, Inc. vs. Glaxo Group LTD, 2018
- Paul, Weiss, Rifkin, Wheaton and Grasser:
  a) Revlon vs. L'OREAL re: Colour Endure Commercials 1995
  b) Revlon vs. Cover Girl self-renewing lipstick advertising, 1996 [NAD]
  c) Castrol vs. Penzoil (re comparative advantage) 2008.
- Pepper, Hamilton and Scheetz:
  a) Del Monte Corp. vs. Sunkist Growers, Inc. Arbitration, 1990-1991
  b) Sun Oil Company defense against class action certification, 1996-1997
- Pennie & Edmonds IT&T Continental Baking (C&C Cola): defense against Coca Cola re: C&C Cola, 1978
- Perkins Coie:
  a) Patrick Garrett, Jeff Mains and Linda Eustice, individually and on behalf of all other similarly situated vs. Bumble Bee Foods, LLC, 2017
- Pillsbury, Madison & Sutro: Consulting re:
  a) Thrifty Rent-A-Car vs. Elder, 1991-1992
  b) Green Giant American Mixtures, 1994
  c) Chrysler Corp. vs. Replacement Sheet Metalparts Distributors, 1992-1993
- Pillsbury Winthrop LLP
  a) Mulligan vs. Pacific Bell Telephone Co. (inside wiring), 2004
  b) State of California vs. Tri-Union Seafoods, et al. (Canned Tuna, Proposition 65)
- Quinn Emanuel:
  a) Louis Vuitton Malletier, S.A. vs. Hyundai Motor American, 2011

- b) Moldex-Metric, Inc. vs. McKeon Products, Inc., 2012
- c) Apple, Inc. vs. Samsung Electronics Co. Ltd., 2012
- Rogers and Wells [and the Italian Trade Commission], re: Italian pasta dumping case, 1996
- Roll Law Group
  - a) POM Wonderful LLC, a Delaware limited liability company, vs. The Coca-Cola Company, 2015
- Sidley and Austin:
  - a) Industrial Gas litigation, 1986
  - b) Land O'Lakes, Inc. vs. Bakers Franchise Ltd., 1987
  - c) Ultramar, Inc. vs. CITGO Petroleum Corporation, 1997
  - d) AT&T vs. US West Communications, re: US West Advertising, 1998
  - e) DIRECTV, 2017
  - f) Federal Trade Comission vs. DIRECTV, 2016
  - g) Federal Trade Comission vs. DIRECTV, 2017
  - h) Merck & Co., Inc. and Merck, Sharp & Dohme Corp. vs. Merck KGAA, 2019
- Sills, Cummis, Zuckerman, Radin, Tischman, Epstein and Gross: E.R. Squibb and Sons, Inc. vs. Stuart Pharmaceuticals, 1991
- Skadden, Arps, Meagher, & Flom:
  - a) American Home Products vs. Beecham re: Delicare commercials, 1986
  - b) Tambrands, Inc. vs. Warner-Lambert Co. re: EPT commercials, 1986-1987
  - c) Beecham Inc. vs. Yankelovich, Clancy, Shulman and Saatchi & Saatchi Holdings, Inc., re: projections for Delicare, 1986-1988
  - d) American Express vs. MasterCard re: Goldcard, 1988
  - e) Challenge to the networks by Sterling Drug re: Bristol Myers Tribuffered Bufferin commercials, 1988
  - f) Challenge by Dow Brands, Inc. of the TV advertisement for Reynolds Metals Company's "SURE-SEAL" food storage bags, 1989
  - g) Anheuser-Busch Company vs. Coors Brewing Company (various deceptive advertising cases) 1991-1993
  - h) R.H. Donnelley vs. Sprint Publishing and Adv. Inc., re: Sprint Yellow Pages, 1996
  - i) Anheuser Busch vs. Boston Beer re: A-B advertising [NAD], 1997
- Spirits International BV: N.V. vs. S.S. Taris Zeytin, Opposition No. 91163779 before the Trademark Trial and Appeal Board, 2006
- Steptoe & Johnson LLP: DirectTV Inc. and EchoStar Satellite LLC vs. William W. Wilkins,Tax Commissioner of Ohio 2006-2007
- Sullivan & Cromwell: Remington Rand Corp. vs. Amsterdam-Rotterdam Bank N.V., 1991
- Van Hagey & Bogan, Ltd.: Consulting re: The Quaker Oats Co, 1991
- Vinson & Elkins LLP: Wal-Mart Stores, Inc. vs. GFA Brands, Inc., 2009
- Weil, Gotshal and Manges:
  - a) Johnson & Johnson vs. SmithKline Beecham, Re: Tums Advertising, 1991
  - b) Schering-Plough Healthcare Products vs. Johnson and Johnson, Inc. (re: Neutrogena Chemical-Free Sun Block), 1996
  - c) Pharmacia Corp. vs. Glaxosmith Kline Consumer Healthcare (re: NicoDerm advertising), 2002-2003
  - d) Priceline.com re: NAD, 2003
- White & Case:
  - a) Trovan Ltd. and Electronic Identification Devices vs. Pfizer Inc. re: Trovan's trademark, 1999
  - b) Frederick E. Bouchat vs. Baltimore Ravens, Inc. and NFL Properties Inc., (re: the Ravens Logo), 2001-2002
  - c) Oakland Raiders vs. TBB and NFL, 2003 [with Bingham McCutchen]
- Whiteman, Breed, Abbott & Morgan:
  - a) Pepsi Cola Company: Defense against Coca Cola Co. re: The Pepsi Challenge, 1978; 1981; 1995 [Mostly with the NAD]
  - b) Burger King Comparative Advertising Campaigns vs. McDonald's and Wendy's, 1982-1990
- Winston & Strawn, LLP
  - a) Verizon Directories Corp. vs. Yellow Book USA, Inc., 2004
  - b) Merix Pharmaceuticals vs. GlaxoSmithKline, Re: Releev, 2006
  - c) Dyson Technology Ltd. vs. Maytag Corp., 2006-2007

d) Procter & Gamble Co. vs. Ultero Inc. 2007
e) Dyson Technology Limited vs. Hoover, Inc. and Maytag Corp., 2007
f) GlaxoSmithKline Consumer Healthcare LP vs. Merix Pharmaceutical Corp, 2007
g) Doctor's Associates Inc. vs. QIP Holders LLC & iFilm Corp.: Subway vs. Quiznos, 2008
h) LG Electronics USA, Inc. vs. Whirlpool Corp., 2009
i) The Scotts Company LLC vs.  Central Garden & Pet Company and Gulfstream Home & Garden, Inc., 2009
j) Dyson, Inc., vs. Oreck Corporation, Oreck Holdings, LLC, Oreck Direct, LLC, Oreck Merchandising, LLC, Oreck Sales, LLC, Oreck Homecare, LLC, and Oreck@Home, LLC 2009
k) LG Electronics USA Inc. vs. Whirlpool Corporation, 2010
l) Western Sugar Cooperative, et al., vs. Archer Daniels-Midland Co., et al., 2014
m) Fieldturf USA, Inc. and Fieldturf Tarkett, Inc. vs. Astroturf, LLC, 2015
n) David Davies d/b/a Davies Home Services, individually and as the representative of a class of similarly-situated persons vs. W.W. Grainer, INC., 2016


## V.  Illustrative Marketing Research Clients:

1. Air Canada (1973*)
2. American Cyanamid (1972-1973)*
3. Atlantic Richfield Company (1971-1972)*
4. Bankers Trust Company (1973-1974)*
5. BBD&O (1974-1982)
6. Bell Telephone Company of Pennsylvania (1974;1977)
7. Bissell, Inc. (1969-1971)*
8. Bristol Myers Squibb (1998-2005)
9. Brown & Williamson Tobacco Corp. (1978-1979)
10. Bureau of Newspaper Advertising (1974)*
11. Campbell Soup Company (1972-1973)*
12. CBS (1972)
13. Chrysler (via BBD&O) (1975-1978)
14. Clorox Company (1975-1976)
15. Colonial Penn Group, Inc. (1973-1979)
16. Commercial Union Assurance Companies (1974-1975)
17. Connecticut Bank and Trust Company (1972)*
18. Downe Publishing, Inc. (1972-1973)
19. Eastman Kodak Company (1973)*
20. Edward D. Jones (1985-1987)
21. E.F. Hutton (1981-1984)
22. First Pennsylvania Banking and Trust Company (1971-1972; 1974-1975)*
23. General Electric (via BBD&O 1977) (1982)
24. General Foods Corporation: the Jell-O and Kool-Aid divisions and various departments of the corporate product development division (1969-1972)*
25. Geometric Data (1981)
26. International Air Transport Association (1973-1975)*
27. International Harvester Company (1975)
28. International Harvester Credit Corporation (1973-1974)*
29. IT&T Continental Baking Company (1972-1978;1982)
30. Lever Brothers Company (1971-1973)*
31. Marriott Corp. (1982)
32. Modern Medicine (1970)*
33. MRCA (1975-1987)
34. Pacific Bell (1981-1982)
35. Pepsi Cola (1981)
36. Pfizer Pharmaceuticals, Inc. (1975-1990)
37. Pillsbury (1975)
38. Pioneer Electronics of America (1978)
39. RCA Computer Division (1972)*

40. Sears Roebuck & Company (1972-1973)*
41. SEI Investments (1988-present )
42. Singer (1973)
43. SmithKline and French (1971)*
44. Snelling and Snelling, Inc. (1973-1974)
45. Sterling Drugs (1985-1986; 1990-1992)
46. Stroh Brewery Company (1970)*
47. Sun Oil Company (1972)*
48. Syntex Laboratories, Inc., (1976-1977)
49. The Wool Bureau, Inc. (1975)
50. Twentieth Century Fox (via the Data Group, Inc.) (1972)
51. UNICOM (1973)
52. U.S. Dept. of Commerce, Office of Telecommunications (1972)
53. Western Airlines (via BBD&O) (1979)


The research projects designed and conducted for these firms covered variety of consumer and industrial marketing problems including product positioning and market segmentation, new product development, generation and evaluation of new products, and promotional concepts. Projects with * were conducted via Robinson Associates.

## VI.  Illustrative Marketing Research Program Evaluation and Redesign:

1. Bristol Meyer Squibb: Redesign of the Marketing Research function and various research and modeling procedures (1999-2002)
2. Brown and Williamson: copy and concept testing (1978-1979)
3. Colonial Penn: all aspects of research (1973-1980)
4. IT&T Continental Baking: copy and concept testing, segmentation studies (1972-1978)
5. Pfizer Pharmaceuticals: image studies, new product selection models, etc. (1975-1990)
6. R.J. Reynolds Tobacco: new product development system (1979-1980)


## VII.  Illustrative Intra-Company Marketing Strategy (and Marketing Research) Workshops:

Estee Lauder (2012 to present)
SEI Corperation (1990 to present)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

1. American Medical International (1978)
2. Amoco Fabrics Co. (1984; 1988)
3. ARA (1983)
4. Associacion Mexicana de Ejecutivos en Planeacion (1979)
5. AT&T (1972-1978)
6. Atlantic Richfield Company (1971)
7. Bank of East Asia (2005)
8. BBD&O (1974-1983)
9. Bell Atlantic (1983)
10. Bell Canada (1980)
11. Black and Decker (1981)
12. Bristol Myers Squibb (1998)
13. Campbell Soup (1972)
14. Career Futures, Inc. (1975)
15. Certain-Teed Corporation (1983)
16. Colonial Penn Group (1975-1980)
17. Computer Science Corporation (1975)
18. Contel (1989)
19. Daymon (2004)
20. Deutsche Bank (2004)
21. Di Giorgio Corp (1980-1981)

22. Edward D. Jones & Co. (1983)
23. E.F. Hutton (1979-82)
24. Ethicon, Inc. (1979)
25. General Foods (1970)
26. Gray Advertising, Inc. (1977)
27. IBM – Applied Business Systems (1988)
28. Intermountain Health Care, Inc. (1978)
29. International Harvester (1974-1975)
30. ITT Water Technology Group (2004)
31. Li & Fung (2005)
32. Los Angeles Times (1993)
33. 3M's Marketing Council (1986)
34. Machinist Publishing Co., Ltd., Japan (1977)
35. Miles Laboratories Ltd., Canada (1973)
36. MRCA (1978)
37. New York Telephone Company (1976)
38. Pfizer Pharmaceutical, Inc. (1975-1987)
39. Phillips Petroleum Company (1992-1993)
40. The Pillsbury Company (1976)
41. Rhodia, Brazil (1979)
42. Schlachman Research, U.K. (1975)
43. SmithKline & French (1970)
44. Spectra-Physics (1983)
45. Standard & Poors (1998)
46. Syntex Laboratories, Inc. (1976)
47. Tektronix, Inc. (1978)
48. The Bunge Group (1982) Spectra-Physics (1983)
49. The Clorox Company (1975)
50. The Executive Forum (1979)
51. Unilever, U.K. (1975)
52. Union Mutual (1981)
53. Wyeth International Ltd. (1980)
54. Xerox (1981)

## VIII.  Selected International Consulting

Li & Fung, Hong Kong: Business Strategy (1998 to preent)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

1. UNIG, Singapore, Business Strategy (2000)
2. Hakuhodo, Japan: Design of a 21st Century Advertising Agency (1993-1997)
3. Wickes, plc., UK: Marketing and business consulting (1988-1996)
4. McKinsey, Milan: New Developments in Marketing Strategy, Research, and Modeling (1988)
5. Bunge Group, Brazil: Marketing planning (1982-1986)
6. Meridian Group U.K.: Marketing and Business Strategy (1985-1986)
7. Sunstar, Japan: Marketing and Business Strategy (1985)
8. P.E. Consulting Group, South Africa: Strategic planning & Marketing Consulting and Conducting Executive Seminars (1982)
9. Bell Canada, Canada: Market Segmentation Study (1979-1981)
10. Cooperative de Seguros de Vida, Puerto Rico: Design of a marketing planning system (1980)
11. Discount Bank, Israel: Marketing planning (1980)
12. Bank Leumi Ltd., Israel: Marketing planning (1978)
13. Fuji electric, Japan: Design of a management planning process (1977)
14. Koor Industries, Israel: Designing and organizing the marketing function for the corporation's 34 companies (1968-1969)

## IX.  Consulting to Government Agencies

1. FinCen/BENS project on Terrorist Financing, 2003-2004

2. U.S. AIR FORCE: Evaluation of the Air Force resource allocation procedure (1980-1981)
3. CANADIAN GOVERNMENT: Industry, Trade & Commerce Design and execution of a study for evaluation of the U.S. market potential for selected Canadian medical diagnostic and therapeutic products (1980-1981)
4. U.S. PATENT AND TRADEMARK OFFICE: Designing a strategic planning system (1981)
5. NASA: Evaluation of NASA's IAC's 1976 advertising campaign and recommendations for its future advertising and marketing strategy (1977)
6. ISRAEL DEFENSE MINISTRY: Analyze and evaluate the marketing system of the Administered Areas (Arab territory prior to the 6-Day War). The findings and recommendations of this study were submitted in classified report to the Israeli Defense Ministry (1968-1969)

## X. Consulting/Advising to Research Organizations

1. Member of the advisory committee of the Diebold Institute study of the impact of public policy on entrepreneurial startup companies: the U.K. and U.S. in biotech and IT, (1998 -2000)
2. Institute of Business and Economic Research, University of California, Berkeley. Consultant on the Coping Behavior (an empirical study of the consumer-technology interface) project, sponsored by the National R&D Assessment Program, NSF. (1976-1981)
3. Pennsylvania Science and Engineering Foundation, Temple University/Applied Communication Research, Inc. Research consultant for design, analysis, and evaluation of an NSF (Office of Science Information Services) sponsored project concerning the design and evaluation of experiments for the marketing of scientific and technical information services. (1974-1977)
4. EDUCOM: Inter-university Communications Council, Inc. Participant in an interdisciplinary seminar to  identify and measure special interest audiences for public television. (1974)
5. The John and Mary R. Markle Foundation.
6. Participated in a workshop for design of "Quality Ratings of TV Programs." (1979)
7. Participated in the design of a study on special interest audiences. (1975)
8. Marketing Science Institute Consultant from February 1967 to December 1968. Conduct and plan research projects primarily in the areas of industrial buying behavior, advertising, and international marketing.
9. Marketing Science Institute U.S. Department of Agriculture Study Group on Marketing Performance Principle investigator, March-December 1968. Developed a model for the evaluation of the performance of the U.S. marketing system.
10. Management Science Center University of Pennsylvania Senior staff member September 1967 to July 1968. Engaged in the development of a marketing model for Anheuser-Busch.

# 4.  UNIVERSITY ACTIVITIES

## I. University of Pennsylvania, The Wharton School

### A.  Program Development

1. The Wharton Fellows
   Master classes designed and directed included:
   - November 27-December 2, 2000: Philadelphia: Transformation Leadership
   - January 7-January 12, 2001: Silicon Valley: Transformation Leadership
   - February 18-February 24, 2001: Barcelona: Transformation Leadership
   - March 15-March 17, 2001: Philadelphia: Transformation Leadership
   - May 6-May 12, 2001: Philadelphia, Wharton: Transformation Leadership
   - June 3-June 9, 2001: Barcelona/Helsinki: Transformation Leadership
   - July 8-July 14, 2001: Silicon Valley: Transformation Leadership
   - March 17-March 22, 2002: CEO Forum: Transformation Leadership
   - April 21-April 25, 2002: Silicon Valley/San Francisco: Transformation Leadership
   - June 9-June 11, 2002; Munich
   - November 3-November 8, 2002: Foundations I: Philadelphia
   - January 5-January 9, 2003: Foundations II: San Francisco: Transformation Leadership
   - September 7-Setpember 9, 2003: Top Line Growth in Turbulent Times: Philadelphia
   - January 7-January 9, 2004: Success: What's Next?: Seattle
   - April 25-April 28, 2004: Milken & the Media: Los Angeles
   - June 1-June 8, 2004: Leveraging Japan: Tokyo; China: Transformation from the Inside: Shanghai
   - November 12-November 14, 2004: Toward a New Europe: Prague, Czech Republic
   - December 12-December 14, 2004: Merger, Acquisition and Renewal: New York
   - March 6-March 9, 2005: Market & Sourcing Opportunities in India: Mumbai & Bangalore, India
   - June 26-June 28, 2005: Working with Government, Washington D.C.
   - November 22-November 27, 2005: Design, Innovation and Strategy: Copenhagen, Denmark/Milan, Italy
   - December 4-December 6, 2005: Opportunities in Latin America and the US Hispanic Markets: Miami
   - April 5-April 7, 2006: What's Next? Silicon Valley
   - June 4-June 6, 2006: Islam and the West: Istanbul
   - February 25-February 27, 2007: Managing in an Evolving World, Philadelphia
   - May 21-May 23, 2007: Globalization Revisited, Shanghai
   - October 14-October 16, 2007: The Next Big Thing, Silicon Valley
   - January 9-11, 2008: Innovation, Customer Insights and Creative Growth Strategies, with David Reibstein, Las Vegas.
   - April 6-8, 2008: Creativity and Innovation, with Karl Ulrich, Philadelphia.
   - October 11-15, 2008: Islam and the West: Insights and Opportunities, with Bulent Gultekin, Dubai.
   - May 17-19, 2009: Philadelphia: Finding Opportunity in Times of Economic Crisis
   - October 25-27, 2009 Washington DC: Opportunities in Times of Crisis: The Changing Relationship between Business and Government
   - June 6-10, 2010: China: Insights and Opportunities, Shanghai, China.
   - October 8-12, 2010 Israel: The Holy Land of Innovation and Entrepreneurship
   - May 2-4, 2010: Lessons for profitable growth: New York
   - February 20-22, 2011 Philadelphia: What's Next in Management Disciplines and Business Transformation?
   - October 9-11, 2011 Buenos Aires: Argentina: Insights and Opportunities
   - October 13-15, 2011 São Paulo: Brazil: Insights and Opportunities
   - June 27 – 29, 2011 Russia: Opportunities and Insights
   - October 14-17, 2012 Philadelphia, PA: Innovation and Growth

- March 3 – 6, 2012 India: Insights and Opportunities
- July 14-17, 2013 Silicon Valley, CA: The Next Big Thing
- October 13 – 15, 2013 Discovering Africa
- August 17 – 21, 2014 Israel: The Next Big Thing
- February 9-13, 2014 New York, NY: The Next Big Thing
- May 18-21, 2014 Seattle, WA: The Next Big Thing
- October 29-31, 2014 Boston, MA: The Next Big Thing
- February 15-18, 2015 Austin, TX: The Next Big Thing
- May 17 - 20, 2015 Israel: The Next Big Thing
- September 29 – October 2, 2015 Philadelphia, PA: The Next Big Thing
- May 1 – 4, 2016 San Francisco, California: The Next Big Thing
- October 2 – 5, 2016 Singapore: The Next Big Thing
- May 7 – 10, 2017 Los Angeles: The Next Big Thing

2. The MBA X-Functional Integration Initiative (2003-2005)
3. A number of Executive Development Programs including :
   - Winning in the Next Millennium: Strategies for Driving Change: Initiator and Director, December 1998.
   - Wharton on the New Reality of Business: Co-Academic Director with Bob Mittlestaedt, December 2001.
   - IDC's MBA @ Wharton Program, 2003-2004; October 2007, 2008, 2009, 2010 (co-director with Ziv Katalan); 2011-2012 (co-director Jehoshua Eliashberg)
   - IESE / CEIBS Global CEO Program: A Transformational Journey (co-director David Heckman), 2012 and 2013
   - LinKS @Wharton, 2007, 2008, 2009, 2010, 2011, 2012 and 2013
4. The e-Curriculum R&D Initiatives. Initiator/Chair of the Committee that designed the new program platform and the e-Curriculum R&D Initiatives (1999-2000) and continued direction and reinvention of the program.
5. The Advanced Management Program (AMP) Design Team (1998).
6. Wharton's Information Management Initiatives (1998-1999). Founder and co-chair (with Paul Kleindorfer) of its faculty council.
7. The Revised MBA Curriculum (1990-1991). Chaired the committee that developed the new curriculum.
8. The SEI Center for Advanced Studies in Management, founding Director. Develop and direct all Center activities and chair its faculty council, 1988-2018.
9. The Joseph H. Lauder Institute of Management and International Studies, founding Director and chairman of its faculty council. Designed and directed all the Institute's programs, including the establishment of the Institute MBA/MA program which admitted its first class of 50 students in May 1984, February 1983-July 1988.
10. Wharton International Forum. Initiated and designed the original program and chairman of its faculty council, 1987-1998.
11. Wharton Ph.D. with M.A. in International Studies. Initiated the joint program, 1988.
12. Wharton Center for International Management Studies (renamed as the Wurster Center, 1988) founding director. Designed/directed all the Center's activities aimed at the stimulation of international research at Wharton and the internationalization of the faculty and programs, 1980-1983.
13. The Wharton/SIA (Security Industry Association) Marketing Program. Initiated and designed the program which held sessions on April 1982 and November 1982.
14. The Wharton Recanati Multinational Marketing and Management Program, Co-founder, 1978.
15. The Wharton Executive MBA (WEMBA) program, chaired the committee that developed the program, 1974.
16. Marketing Programs, participated in the redesign of the marketing MBA programs, 1970; Ph.D. 1971; and Undergraduate, 1973 and 1981; including the initiation of The Wharton Dual MBA Major in Marketing/Multinational Enterprise.

**B. Courses Developed and Taught**

   a.  Developed (courses developed by me are indicated by an *), modified and taught courses and seminars in:

        Advertising Management (MBA)
        Channel Management (MBA)
        Communication Processes in Marketing* (MBA)
        Consumer Behavior* (MBA and Ph.D.)
        Creating an e-Business (MBA)*[A binational e-course to Wharton and IDC students)
        Creativity* (MBA)
        Health Care Marketing* (MBA)
        Industrial Marketing* (MBA)
        Integrating Marketing and Operations* (MBA) [developed jointly with P. Kleindorfer]
        Interactive Marketing in the Age of the Empowered Consumer (MBA)*
        International Marketing* (MBA)
        Marketing Management (MBA)
        Marketing Methods and Applications for Business Consulting* (MBA) [with P. Green]
        Marketing Research (MBA and Evening School)
        Marketing Strategy (WEMBA*, MBA)
        Multinational Management
        Necessity and Experimentation: Lessons from Israeli Innovation: Global Modular Courses
        Planning Marketing Strategy Projects (MBA)
        Product Policy* (MBA)
        Promotion Policy (MBA)
        Research Seminar (MBA and Undergraduate)

   b.  Course head: MBA advanced study project (1967-1968, 1974-1979), Marketing Management for non-majors (1967-1968, 1970-1971), the MBA Core Marketing Management Course (1970-1971, 1971-1972), Marketing Strategy Seminar (1974-1975)

   c.  Guest lecturer in various departments of the Wharton School including the Multinational Enterprise Unit, the Leonard Davis Institute of Health Economics, the Management Department, Management of the Arts Program, Decision Science, Public Policy and Management.

**C. Executive Education Programs at the University of Pennsylvania – Illustrative Sessions**

**1) Creativity and Innovation**

- "Innovation by Legacy Firms Does Not Have to Be an Oxymoron*," Accessories Council, October 21, 2016.
- "Innovation by Legacy Firms Does Not Have to Be an Oxymoron*," Wharton Club of Washington, April 26, 2016.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Creativity," Advanced Management Program, June 26, October 21, 2014
- "Creating a Creative Organization," Global CEO Program, March 4, 2014.
- "What Business Can Learn from Art," GCEO Program, March 4, 2014.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Creativity," Advanced Management Program, July 26, October 28, 2013
- "Creating a Creative Organization," Master Class Wharton Alumni Forum, Tokyo, May 25, 2013
- "Lessons from Art and the Secrets of Creativity," Global CEO Program: A Transformational Journey, March 14, 2013
- "Enhancing Your Personal Creativity and Challenging your Mental Models," Comcast Women in Leadership, February 21, 2013

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Creativity," Advanced Management Program, June 27, October 29, 2012
- "Lessons from Art and Guidelines for Creating a Creative Organization," Aresty IESE/CEIBS Global CEO Program, March 23, 2012.

- Introduction to Aresty IESE/CEIBS Global CEO Program: A Transformational Journey, March 19, 2012.
- "Israel Innovation for Global Social Impact:  Accomplishments and Opportunities," Wharton Global Webinar, February 3, 2012.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Challenge of Creativity," AMP, June 20, 2011.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Creative Thinking and Action," and "Competing in a Flat World in a Time of Crisis," FirstCaribbean Leadership Programme, December 8, 2008.
- "Creative Thinking and Action," Toyota Executive Development Program, July 21, 2008
- "Creative Thinking and Action," (3 Sessions) Toyota Executive Development Program, July 21, 2008.
- "The Innovation Challenge," (2 Sessions) Raytheon Executive Leadership Development Program, June 9, 2008.
- "Wharton Fellows Philadelphia Master Class: Innovation and Creativity," Wharton Fellows, April 6, 2008.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Creative Thinking and Action," FirstCaribbean Leadership Programme, November 19, 2007.
- "Innovative Approaches to the Design of Strategy," LinKS @ Wharton, November 11, 2007.
- "Creative Thinking and Action," Toyota Executive Development Program, September 17, 2007.
- "Innovation Strategies for Profitable Growth," Wharton Fellows Philadelphia Master Class *Managing in an Evolving World*, February 27, 2007.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Advances in Innovation Management and New Product Innovation," LINKS @ Wharton, August 26, 2006.
- "Advances in Innovation Management and New Product Innovation," Quad-C Executive Session, July 10, 2006.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Creativity – A Must for Marketing Success," back-to-class session at the 2005 Wharton Marketing Conference, October 28, 2005.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Enhancing Creativity and Innovation," The Wharton e-Fellows I Program, March 2001.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Creativity and Innovation," in Wharton Workshop on Creativity and Knowledge Creation, April 1999.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Innovation and New Product and Business Development," CEO Circle, May 10, 1996.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**2)  Challenging your Mental Models**

- "Challenging Your Mental Models," Comcast Women in Leadership Program, June 21, 2017.
- "The Power of Impossible Thinking: Challenge Your Mental and Business Models," Global CEO Program, March 13, 2017.
- "Challenging Your Mental Models," McKesson Health Solutions Product Management Program, March 7, 2017.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challeging Your Mental Models and Toward New Marketing and Paradigm: Implications and Actions," Vertex Portfolio Leadership Program, Novermber 30, 2016.
- "Challeging and Changing Your Mental Models," Hero Motor Corp: The iLead Senir Leadership Development Program, November 29, 2016.
- "The Power of Impossivle Thinking: Challenge Your Business and Mental Models," LinKS @ Wharton, November 1, 2016.
- "Challeging and Changing Your Mental Models," IDC @ Wharton, October 31, 2016.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging Your Mental Models," PVH Global Leadership Program, September 29-October 1, 2015.
- "The Power of Impossible Thinking," PVH Global Leadership Program, January 28, 2015.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging Your Mental Models," Global CEO Program, March 3, 2014.
- "Challenging Your Mental Models," Comcast Women in Leadership Program, May 14, November 12, 2014.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Mental Models:  Power of Impossible Thinking," Global Leadership Fellows Program, July 8, 2013.
- "Challenging the Mental Models of Advertising and Marketing," Google Marketing Academy Module 2, June 6, 2013.
- "Challenging Your Mental Models," Aresty IESE/CEIBS Global CEO Program, March 11, 2013.
- "Challenging Your Mental Models," LinKS NEXT in Line Module 2:  Achieving Global Lead & Global Projects- Listen Louder, January 31, 2013.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging and Changing your Mental Models," IDC@Wharton W12, October 19, 2012.
- "Challenging Your Mental Models of Innovation and Growth," Wharton Fellows Philadelphia Master Class, October 15, 2012.
- "Challenging your Mental Models," Links: Winning the Right to Serve, Septermber 20, 2012.
- "Challenging Your Mental Models," Cheil Worldwide Global Marketing Program, August 20, 2012.
- "Mental Models: The Power of Impossible Thinking," Global Leadership Fellows Program World Economic Forum, July, 11, 2012.
- "Challenging Your Mental Models," LinKS Next in Line Program @ Wharton, June 22, 2012.
- "Challenging Your Mental Models," Estée Lauder Companies, William P. Lauder Brand Equity & Business Symposium, May 1, 2012.
- "Challenging Your Mental Models," Aresty IESE/CEIBS Global CEO Program, March 19, 2012.
- "Challenging Your Mental Models," Estée Lauder Companies Strategic Finance Forum, March, 5, 2012.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Lesson From Art & Challenging Your Mental Models," Daimler Advanced Executive Program For Vice Presidents, December 6, 2011.
- "Challenging Your Mental Models," LinKS Next in Line Program @ Wharton, November 10, 2011.
- "Challenging your Mental Models," IDC @ Wharton, September 19, 2011.
- "Challenging your Mental Models," LinKS@Wharton WWI, September 15, 2011.
- "Challenging your Mental Models," WEF Wharton Global Leadership Fellows Program: Personal Power and Influence, July 13, 2011.
- "Challenging your Mental Models: The What, Why, How and Beyond," IBM Wharton Executive Forum, July 11, 2011.
- "Challenging your Mental Models,"  Wharton & Citi Asia: Leadership Program, June 21, 2011.
- "Challenging Your Mental Models," PMA BP – CFO Executive Module 3 @ Wharton, May 9, 2011.
- "Challenging Your Mental Models," Tyco Electronics Leadership Development Program, February 28, 2011.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging Your Mental Models," Tyco Electronics Leadership at Wharton, November 16, 2010.
- "Challenging Your Mental Models," IDC at Wharton, October 18, 2010.
- "Challenging your Mental Models," 10th LinKS Wharton Program, June 9, 2010.
- "Challenging your Mental Models," LA CEO Global Program, May 6, 2010.
- "Challenging your Mental Models," Tyco, February 4, 2010.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging your Mental Models," IDC/CEIBS@Wharton, October 15, 2009.
- "Challenging your Mental Models," LinKS@Wharton, June 10, 2009.
- "New Mental Models for Capitalizing on Opportunities in Times of Crisis," LinKS@Wharton, June 10, 2009.
- "Challenging Your Mental Models," Latin America CEO Program, April 27, 2009.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging Your Mental Models," ConvaTec, December 16, 2008.
- "Challenging Your Mental Models," ConvaTec, November 12, 2008.
- "Challenging Your Mental Models," linKS @ Wharton, October 27, 2008.
- "Islam and the West: Challenging Your Mental Models," Wharton Fellows Dubai Master Class, October 12, 2008.

- "Challenging Your Mental Models," Wharton Fellows, April 6, 2008.
- "Philadelphia Master Class: The Power of Impossible Thinking," Wharton Connect, April 3, 2008.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging Your Strategic Thinking," Animas/Lifescan Senior Leadership Strategy Program, December 3, 2007.
- "The Power of Impossible Thinking," Animas/Lifescan Senior Leadership Strategy Program, December 3, 2007.
- "Challenging Your Mental Models," Animas/Lifescan Senior Leadership Strategy Program, December 3, 2007.
- "Challenging Your Mental Models," LinKS @ Wharton, November 12, 2007.
- "The Power of Impossible Thinking," Wharton Connect, November 1, 2007.
- "The Power of Impossible Thinking and Global Strategic Management," CEIBS @ Wharton, June 18, 2007.
- "Challenging Your Mental Models," Estée Lauder Companies General Management Program, January 28, 2007.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging Your Mental Models," Wharton's Business Initiative re: Building Winning Profitable Organization in Professional Team Sports, March 19, 2006.
- "The Power of Impossible Thinking," Wharton Staff Workshop, September 12, 2006
- "Creative Thinking and Action," Toyota Executive Development program, September 26, 2006.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Power of Impossible Thinking," A Wharton Fellows Dinner Event, Kuala Lumpur, March 2005.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Growth Strategies and New Mental Models," Wharton Fellows, August 2003.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Capturing Opportunities and Developing New Mental Models," Wharton on the New Business Reality, December 2001.

### 3) Transformation and Growth

- "Profitable Growth Stratgies," Links: Winning the Right to Serve, September 20, 2012.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Business Models of the Future," 10th LinKS Wharton Program, June 9, 2010.
- "Creating a New Business Paradigm," Latin America CEO Global Program, May 10, 2010.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Opportunities In Times of Crisis," Wharton Fellows, May 17, 2009.
- "Opportunities In Times of Crisis and Recession," Knowledge@Wharton Advisory Board, May 14, 2009.
- "Opportunities In Times of Crisis," Meeting of the Advisory Board of the Jay H. Baker Retailing Initiative, June 23, 2009.
- "Progress, Problems, and Prospects," Wharton Fellows, May 12, 2009.
- "Creating a New Business Paradigm," Latin America CEO Program, April 27, 2009.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Stretch Objectives, Synthesis and Strategy," Animas/Lifescan Senior Leadership Strategy Program, December 3, 2007.
- "Expand Customers, Value Creation and Diabetic Pathways," Animas/Lifescan Senior Leadership Strategy Program, December 3, 2007.
- "Integrating Strategies and Leveraging Synergies," Animas/Lifescan Senior Leadership Strategy Program, December 3, 2007.
- "The Evolving World," LinKS @ Wharton, November 12, 2007.
- "The Evolving World," Wharton Fellows Philadelphia Master Class, February 27, 2007.
- "Leadership Challenges in the Pharmaceutical Industry," TEVA Israel *Leading Your Business*, June 28, 2007.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "A View from the Top: The Perspective of the Enlightened CEO," Wharton Executive Leadership Program for AICPCU, April 2005.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- Strategy Discussion with Telenet's Top Management, March 11, 2003.

------------------------------------------------------------

- "Organizational Change: Problems, Progress, and Prospects," PricewaterhouseCoopers Strategy Master Class, July 26, 2002.
- "Capturing Business Opportunities in a Changing World," SIA Institute, 50th Anniversary Program, March 2002.

------------------------------------------------------------

- Winning in the Next Millennium, "Driving Change," 1998.

------------------------------------------------------------

- Stennis Congressional Fellows Program at Wharton, "Driving Change: Creating Winning 21st Century Organizations," 1997.
- "Management in the 21st Century," Wharton AMP, Philadelphia, PA, September 1989.

## 4) Marketing and Branding

- "Global Branding Strategy," Brand Leadership: Strategies for Driving Growth in a Global Marketplace, Philadelphia, PA, June 5, 2013.

------------------------------------------------------------

- "Towards a New Marketing Paradigm," IDC@Wharton November 25, 2012.
- "Rethinking Your Marketing Strategy," Aresty IESE/CEIBS Global CEO Program, March 19, 2012.

------------------------------------------------------------

- "Marketing and Business Strategies in the Age of the Empowered Consumer," IDC @ Wharton, September 19, 2011.

------------------------------------------------------------

- "Rethinking Your Marketing Strategy," Latin America CEO Global Program, May 14, 2010.

------------------------------------------------------------

- "Reinventing Marketing," IDC/CEIBS @ Wharton, October 21, 2009.
- "Opportunities in Reinventing Marketing," Wharton Fellows, May 18, 2009.

------------------------------------------------------------

- "Is Marketing Driving Your Business Strategy?," The Conference Board 2008 Marketing Excellence Conference, November 13, 2008.

------------------------------------------------------------

- "Destroy Your Brand, "Animas/Lifescan Senior Leadership Strategy Program, December 3, 2007.

------------------------------------------------------------

- "Market-Driven Organization," AICPCU and IIA Advanced Executive Education, Wharton, September 10, 2003.

------------------------------------------------------------

- "Marketing Driven Strategies in a Global Economy," IBM's Managing Director's Executive Development Program, February 13, 2002.

------------------------------------------------------------

- "The Impact of the e-Bus Revolution on the Marketing Discipline," Wharton Fellows in e-Business, The Impact on the Discipline, December 2000.
- "World Class Marketing: Implications for Spencer Stuart," The Wharton/Spencer Stuart Leadership Assessment Program, June 2000.

------------------------------------------------------------

- "Marketing Strategy in the Global Information Age," AMP Program, February 23, 1998.

------------------------------------------------------------

- "Marketing Strategy in the Global Information Age," AMP Program, October 1997.
- "Segmentation and Positioning for Sales Force Effectiveness," Sales Force Management, Wharton Executive Education, March 1997.
- Sales Force Management Program, "Segmentation and Positioning for Sales Force Effectiveness," 1987, 1990, 1997.

------------------------------------------------------------

- "Marketing in the Pharmaceutical Industry: Emerging Challenges and Opportunities," Keynote Address, Healthcare Marketing and Communications Council and Wharton Executive Education, Wharton School, April 8, 1996.

------------------------------------------------------------

- "Marketing 2000," AIMSE/Wharton Investment Institute, January 13, 1995.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Pharmaceutical Marketing: Emerging Challenges and Opportunities," Pharmaceutical Advertising Council and Wharton Executive Education Conference on Reengineering Pharmaceutical Marketing, February 25, 1994.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Marketing Strategy" in the J&J-Wharton Fellows Program in Management for Nurses, 1983, 1984, 1985, 1986.
- AMA International Conference Workshop, Philadelphia, June 1978.
- Marketing Strategy, AMP – Advanced Management Program, 1988-91; 1997-1998.

**5) The Network Challenge**

- "Leveraging the Network Multiplier," LinKS@Wharton, September 15, 2014.
- "Creating Network Organizations," LinKS@Wharton, September 14, 2014.
- "Network Orchestration," Global CEO Program, March 3, 2014.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Network Orchestration," Global CEO Program, March 13, 2013.
- "Network Orchestration in a Flat World," LinKS NEXT in Line Module 2: Achieving Global Lead & Global Projects- Listen Louder, January 31, 2013.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Governance and Orchestration in a Flat World," Links: Winning the Right to Serve, September 20, 2012.
- "Orchestration in a Flat World," LinKS Next in Line Program @ Wharton, June 22, 2012.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Orchestration in a Flat World," LinKS Next in Line Program @ Wharton, November 10, 2011.
- "Organizational Networks for Effective Competition in the Flat World, Leadership Development Program at Wharton, February 28, 2011.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Organizational Networks for Effective Competition in the Flat World", Tyco Electronics Leadership at Wharton, November 16, 2010.
- "The Network Challenge," SEI Executive Network, June 28, 2010.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Business Models of the Future: Orchestrating Alliances," LinKS@Wharton, June 10, 2009.
- "Global Economic Crisis," Latin America CEO Program, April 26, 2009.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Competing in a Flat World," Wharton Fellows, February 26, 2008.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Network Orchestration," Network-Based Strategies & Competencies Workshop, May 3, 2007.

**6) Future of Advertising**

- "The Future of Media in the Context of the Future of Advertising, " The Media Future Summit, October 27, 2016.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Creating an Agile and Innovative Organization: Lessons from the FoA Program," Strategic Agility & Innovation Workshop, June 17, 2013.
- "Facebook Roundtable," Wharton Future of Advertising, January 18, 2013.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging your Mental Models of Advertising,"  Havas University Leadership Excellence Program, September 20, 2012.
- "The Future of Advertising," Cheil Worldwide Global Marketing Program, August 30, 2012.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Future of Advertising," Havas/Euro University Leadership Excellence Program, October 4, 2011.
- "The Future of Advertising," Cheil Worldwide, Global Marketing Program, September 6, 2011.
- "Challenging Your Mental Models of Advertising," Austrian CEO Future of Advertising Master Class,

March 7, 2011.

- "Insights from The Wharton Future of Advertising Project"  Wharton Fellows at the Conference Board: Philadelphia Master Class, January 20, 2011.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Future of Advertising", Havas/Euro University Leadership Excellence Program, October 26, 2010.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Future of Advertising is NOW," Cheil Communications Project Based Learning in Marketing, August 19, 2008.

## D.  Committee Responsibility:

1.  Marketing Department Committees:

- Curriculum Committee 2008-2013; 2015-2017
- Computer Committee 2009-2012
- 5 Year Plan Committee (chair), 2004-2005.
- Initiator and Chair of a Committee to develop a marketing certification program, 2004-2005
- Recruiting/Personnel Committee, since 1971. Chairman Recruiting Committee, 1978-1979; 1981-1983; 1987-1988; Co-chair of the subcommittee for recruiting of STARS 2007- .
- Curriculum Committee, Member of Committee and Chairman of a number of its subcommittees 1967-1978, and 1996-1998. Chairman of the committee 1970-1971,1973-1975, 1976-1978, and 1980.
- Ph.D. Program Coordinator, 1972-75. Doctoral Committee, 1988-1989.
- External Boards/Affairs Committee, 1987/88; Chair 1988-1989.
- Member and Chairman of various departmental Committees, including all the department's advisory committees since 1971, Marketing Fund Committee since 1983, and its Long Range Planning Committee, 1970-1971.
- Senior Faculty Recruiting, Chairman 1995-1997

2.  Wharton School Committees:

- <u>Initiator and developer of *Wharton School Publishing* in conjunction with Pearson/FT, Founding Editor and member of the Faculty Editorial Board</u> (2003-2008)
- Initiator of a faculty group to generate creative curriculum options as input to the MBA Review Committee 2010
- Dean Advisory Council (since its inception in 1983 to 2000) and 2007/2008; 2008/2009
- Initiator of a faculty group to generate creative curriculum options as input to the MBA Review Committee 2010
- Co-Chair, Search Committee for the new Director of the Lauder Institute (2006)
- Member of the Alfred West, Jr. Learning Lab Faculty Committee (2001-2005)
- Chairman, Dean's Committee on Cross-Functional Integration (2002-2004)
- Member of the Executive Development Faculty Advisory Board (2002-2004)
- Chairman of a Faculty Committee to assure cross program dissemination of e-Curriculum Developments (2000)
- Member of the Strategic Planning Steering Committee, 1999-2000
- Member of the Committee to prepare the strategy for "Management, Leadership, and Organizational Priority" area of the University's Agenda for Excellence, 1998
- Senior Faculty Committee to Review the Global Presence strategy (Summer 1997)
- Member of the Advisory Committee on Faculty Personnel, 1976-1978; 1984-1985; 1987-1989; 1994-1995
- Chairman of the Graduate Curriculum Committee focusing on a critical examination of the MBA program and its appropriateness for preparing the leaders of the 21st century enterprises. The Committee developed the new MBA curriculum which was tested in 1991/1992 and 1992/1993 and which was fully implemented starting in 1993/1994.
- Initiated and organized the Management Education Council – the vehicle for corporate support and funding of the new MBA curriculum, 1992-1993

- The Wharton International Committee: Chairman, 1978-1981, 1982/1983, 1995-1997. [The 1995-1997 committee developed the Wharton globalization strategy.] Member: 1967-1968, 1983-1987, 1989-1991.
- Member of Boards of the following Wharton Centers:
  - The SEI Center for Advanced Studies in Management (Founder), 1988 to 2018
  - The Lauder Institute (Founder) (1983 to present)
  - Knowledge@Wharton (2011 to present)
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  - The Alfred West, Jr. Learning Lab (Initiator of the Lab and Founder of the External Advisory Committee), 2001-2005
  - Risk and Decision Process Center, 1984-1986
  - The Manufacturing and Logistics Forum, 1992-2000
  - The Wharton/PIMS Research Center (Co Founder), 1985-1998
  - U.S. Japan Management Studies Center, 1989-1992
  - Wharton Emerging Economics Program, 1992-1995
  - The Wharton Center of International Management Studies (Founder), 1981-1983
  - Wharton Public Policy Initiative, 2013-present
- Dean's Planning Task Force (1986)
- Member of the School's Executive Education Policy Committee, 1987-1989
- Member or chairman of a number of Chair Search Committees, including seven chairs in Marketing (1985, 1987, 1988-1990, 1992, and 1997), Entrepreneurship (1984-1985, 1997-1998), International Management (1984-1985), Operations Management (1986), the chair and director of the US-Japan Center (1988-1991), the chair in Managerial Economics (1989), the chair in Information Technology (1996-1997), and the chair in Electronic Commerce (1999).
- Member of the (ad hoc) Committees to Review Various Units and Departments:
  - The Snider Entrepreneurial Research Center, 2004-2005
  - Finance Department, 2001-2002
  - The Real Estate Center, 1988
  - Social Systems Science, 1985-1987
  - U.S. Japan Center, 1985-1986
  - Multinational Enterprise Unit, 1977-1978
- Member of the School's Faculty Personnel Committees of:
  - The Health Care Systems Unit, 1974-1975
  - The Multinational Enterprise Unit, 1978-1979
- Member of the Committee on Academic Freedom, 1977-1978
- Chairman of the Advisory Committee for the Wharton Executive MBA Program, 1974-1975
- Chairman of the Wharton School Doctoral Admissions Committee, 1974-1975
- Graduate Academic Standards Committee, 1969/1970 – 1971-1972. Chairman of its subcommittee for the evaluation and redesign of the school's grading system
- A number of Ad Hoc Committees and task forces for the:
  - development of a core Ph.D. Behavioral Science Course, 1972-1973,
  - redesign of the International Business program, 1971,
  - review of the Economic Offerings for Business and Applied Economic doctoral students, 1970-1971,
  - development of a Continuing Education Program in Health Care Administration, November 1971October 1973
- Evening School Committee, 1972-1973
- Behavioral Lab Planning and Implementation Committee, 1989-1990

## E.  Doctoral Dissertations Supervised

Bent Stidsen (1972); Yehoshua Buch (1972); Kathy Villani (1973); Rene Y. Darmon (1973); Arun K. Maheshwari (1973); Chris Hetzel (1973) winner of the AMA Doctoral Dissertation Competition; Arun K. Jain Honorable mention at the AMA Doctoral Dissertation Competition; Joel Huber (1974); Irwin D. Reid (1975); Chris Buss (1979) winner of the AMA Doctoral Dissertation Competition; Robert J. Thomas (1980) Winner of the Academy of Marketing Doctoral Dissertation Competition; Cynthia Fraser (1980); Joel Steckel (1981) Honorable Mention AMA Doctoral Dissertation Competition; John Deighton (1983); Rajeev Kohli (1984); Oliver Heil (1988); Kamel Jedidi (1988); Bari Harlam (1989);

Kris Helsen (1990); Nino Buran (1991); Hoon Young Lee (1992); Rajeev K. Tyagi (1994); Amy Kallianpar (1998).

**F.  Addresses to Alumni Club and Other Groups Regarding:**

**1)  The Joseph H. Lauder Institute**

Illustrative addresses to alumni clubs and other groups on the changing needs for management education and the University's response -- The Joseph H. Lauder Institute.

1.  Alumni Clubs addressed include:
    - Toronto (August 1987)
    - Milan (October 1987)
    - Philadelphia (January 1984, January 1986)
    - Long Island (January 1984, March 1986)
    - Cleveland (April 1986)
    - Taipei (July 1985)
    - Tokyo (June 1985)
    - Hong Kong (July 1985)
    - Dallas (December 1984)
    - London (May 1984)
    - Paris (December 1983)
    - San Francisco (November 1983)
2.  University Groups:
    - Board of Directors of the Association of Alumnae, (March 1984)
    - The Vice Provost Advisory Board, (February 1984)
    - Wharton Board of Overseers, (January 1984, 1997)
    - Trustees (October 1983, January 1984)
3.  Other Groups (partial list):
    - University of Pennsylvania Trustee Committee on Academic Policy (January 1988).
    - 40th National Conference of the Council on International Education Exchange, San Francisco (November 1987)
    - Title VI Center Lauder conference on International Studies and Foreign Language for Management. Philadelphia (May 1986)
    - University of Pennsylvania Alumni (Alumni day, Philadelphia, May 1985)
    - Delaware Valley Faculty Exchange Program on International Business and Language Studies (December 1984)
    - AIESEC-Northeast regional conference (October 1984)
    - Deans of 50 schools in an AACSB seminar on Internationalizing the Business Curriculum (March 1984)

**2)  Management 2000 project, the SEI Center for Advanced Studies in Management, and the revised MBA curriculum**

- Wharton External Affairs, May 2009
- Wharton-Recanati Program, 1993
- International Forum, 1993
- Erasmus University – Faculty and Administration, 1993
- Marketing Advisory Board Meeting, 1993
- Board of Directors of the Wharton Alumni Association, September 1988; May, 1993
- College of Business Administration, University of Texas at Austin C Advisory Board and Faculty, February 1992
- INSEAD Faculty and Administration, February 1992
- Security Industry Institute, 40th Anniversary Program, Wharton, March 1992\
- Wharton Advanced Management Program Participants, 1990, 1991
- The Wharton Graduate Advisory Board 1990
- Wharton's European Advisory Board 1991

- Alumni attending the May 1991 Alumni Reunions
- The SEI Center Board of Directors 1990-1991
- The Joseph H. Lauder Institute Board of Governors 1991
- The Wharton Board of Overseers, April 1988

**3) Globalization Strategy**

- Dean's Advisory Board, February 1997
- Wharton Board of Overseers, March 1997
- Wharton Graduate Executive Board, March 1997
- Wharton Executive Education Advisory Board, May 1997
- European Advisory Board 1997
- Wharton Faculty 1997

**4) Wharton's Information Management Initiatives (WIMI)**

- All Wharton Departments 1998 – 2001
- The 1st Conference of the Wharton Alumni Club of Israel March 2001
- Dean's Faculty Lunch, April 1998

**5) Cross-Functional Integration of the MBA Curriculum**

- Ph.D. Proseminar (Fall 2003)
- CEO Panel for the entering 2004 class (August 2003)
- Graduate Executive Board (March 2003)
- Wharton Faculty (Feb 2003)

**6) Wharton Fellows Program**

- Wharton Executive Education Advisory Board (April 2004)
- Wharton Alumni Club of Atlanta (November 2001) and Israel (December 2001)

**7) Wharton School Publishing**

- Wharton Executive Education Group (January 2005; May 2006)
- Jay H. Baker Retailing Initiative Board (October 2005)
- Wharton School External Affairs group (February 2004)

**8) Illustrative presentations regarding The Power of Impossible Thinking**

- Alumni Leadership Conference, Hong Kong (May 2007)
- Wharton Connect: On Campus (March 2007)
- Wharton Connect (October 2006)
- Organizational Development Network of Greater NYC (October 2006)
- Wharton Staff Workshop (September 2006)
- The Wharton Club of New Jersey (July 2006)
- CEIBS @ Wharton (July 2006)
- Wharton Sports Business Initiative (May 2006)
- Microsoft's Latin America Financial Services CEO Roundtable (March 2006)
- LinKS@Wharton (November 2005; August 2006)
- Merrill Lynch, Investment Banking Institute at Wharton (August 2005)
- The Greater Glenside Chamber of Commerce Meeting (June 2005)
- Wharton Fellows Event, Singapore (March 2005)
- EMTM Alumni Council (February 2005)
- Miami Wharton Club (December 2004)
- Advertising Research Foundation Breakthrough Conference (November 2004)

- Washington, D.C. Clubs of Wharton and AFLSE (September 2004)
- Deutsch Bank External Insights, New York (September 2004)
- Executive Briefing to Federal Express (September 2004)

**9) Competing in a Flat World**

- Links @ Wharton, Philadelphia (October 2008)
- University of Monterrey, Monterrey, Mexico (October 2008)
- American Chamber of Commerce in Hong Kong, Hong Kong (July 2008)
- The Wharton Club of Spain, Madrid, Spain (June 2008)
- CASRO International Research Conference, New York (May 2008)
- Wharton Club of Southern California, Santa Monica, California (April 2008)
- Wharton Club of New York, New York, New York (February 2008)
- Wharton Fellows, New York, New York (February 2008)
- FirstCaribbean Leadership Programme, Philadelphia, Pennsylvania (November 2007)
- Wharton Marketing Conference: Back to Class Session (October 2007)
- Milken Institute Global Conference, (April 2006)

**II. <u>University of Pennsylvania – University Committees:</u>**

- Faculty Affiliate to the Wharton Public Policy Initiative, 2013
- Member, Faculty Advisory Board, Positive Psychology Center, 2011
- Member of the Institute for Strategic Threat Analysis & Response @ Penn (ISTAR) Advisory Board, 2007
- Integrated Product Design – Overseer, 2008-2012
- Chair, Penn Social Responsibility Advisory Committee, 2008-2009 and 2009-2010
- Committee for generating new revenues by medical education initiatives, University of Pennsylvania Health System, 2007-2008
- Research Foundation Committee, Social Science and Management Review Panel, 1999-2006
- Member of the Faculty Advisory Group to Campus Development Planning Committee, 2005-2006.
- Member of the Committee on International Programs, 2002-2006
- Member of The Ackoff Center Advisory Board, 2001-2006
- Member of the Provost Art and Culture Committee, 2002-2004
- Faculty Senate Committee on Administration, 1995-1998
- Chair, Subcommittee of the Faculty Senate Committee on Faculty Teaching Evaluations, 1997-1998
- Chairman of Special Presidential Committee on Borderless Education, 1997-1998
- Provost's Task Force on the University of the Global Information Age, 1996-1997
- Faculty Editorial Board, University of Pennsylvania Press, 1996-1997
- Member of the Provost's Committee on Information Science and Technology, 1996-1997.
- Member of the Provost's Committee on Distance Learning, 1996-1997
- Chairman of a new university committee focusing on innovative revenue generation, 1992/1993 and 1993/1994. Members include the President, Provost, Chairman of the Board of Trustees, 3 deans, 3 trustees, and 3 faculty members.
- Chairman of a Subcommittee for the Evaluation of the University Office of International Programs, 1990-1991 and of a Subcommittee to Evaluate the University's Off-Campus Programs, 1991-1992.
- Member of the Provost Task Force on International Programs (1992/1993; 1993/1994).
- Member of the Provost International Council, 1990-1992.
- Member of the Commission for the 250th Anniversary Celebration of University of Pennsylvania, 1987-1990
- Advisory Board of the PBS series on The Global Economy, 1990.
- University of Pennsylvania correspondent for PBS program on Geo-economy, moderated by Ted Koppel, May 1990.
- Chairman of the Faculty Council of the Joseph H. Lauder Institute, 1983-1988.
- Member of the Board of Directors of the Joseph H. Lauder Institute, 1983 to present.
- Member of the Advisory Board of the office of International Programs, 1980 to present.

- Chairman, the Wharton Dean Search Committee, (selected Russ Palmer)1982/1983.
- The Senate Committee on the Economic Status of the Faculty, 1978/1979 (member); 1979/1980 (chairman).
- Member of the University's Committee on Research, 1977/1978. Chairman of its subcommittee for evaluation of the University's Policy and Conduct of Research Programs.
- Member of the FAS – Wharton Committee, 1975-1977.
- Member of the subcommittee of the University's Academic Planning Committee for the Measurement of Academic Performance, 1972/1973.

## III.  The Interdisciplinary Center (IDC), Herzliya, Israel

- Chairman, Higher Academic Council 1999-present
- Founder of the American Friends of IDC 1998 and a Member of the Board, 2003-present
- Faculty Promotion and Appointment Committee: Chairman 1999-2005; Member 2005-present
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Founder of the American Friends of IDC 1998 and a Member of the Board, 2003
- Designed the week-long programs at Wharton for its visiting MBA class since 2002
- Chairman, International Academic Advisory Board, 1994-2000
- Delivered the first graduation address of the Wharton IDC Marketing Communication Program,March 1999
- Delivered the first Graduation Address, October, 1998
- Co-founder (1994)
- Delivered the first Zoltan Wind lecture, 1996
- Occasional lectures in various courses, faculty seminars, and public addresses since 1995

## IV.  Other Universities

### A.  Courses Taught

- Erasmus University (The Netherlands) – A variety of courses on marketing strategy and marketing science (1993).
- University of Tokyo (Japan) – Marketing Science (1992).
- University of New South Wales (Australia) – Doctoral Seminar in Marketing (1977).
- University of California at Berkeley – Product Policy, Doctoral Seminar (1975).
- University of Tel Aviv (Israel) – Consumer Behavior, Marketing Seminar (1968).

### B.  Faculty Promotion Review – Illustrative Universities

Columbia University, Harvard University, Massachusetts Institute of Technology, New York University, Pennsylvania State University, Stanford University, Tel Aviv University, University of California at Los Angeles and at Berkeley, University of Chicago, University of Georgia, University of Illinois, University of Pittsburgh, University of Rochester, University of Southern California, University of Texas, Yale, and others.

### C.  Program/School Review

- Indian School of Business – Organization of the Wharton Planning Meeting, April 2002.
- Rice University – member of the external review committee, 1996.
- University of Santa Clara – member of a Site Review Team for the evaluation of the school's marketing department, 1981.
- University of Tel Aviv – Initiator and organizer of the school's faculty colloquium, working paper series, planned and organized a number of the school's executive development programs and various other activities, 1968/1969.
- The Technion, Israel Institute of Technology – Outside examiner at the Graduate Division of the

Technion – The Israel Institute of Technology, Haifa, 1969.

## 5. OTHER PROFESSIONAL ACTIVITIES

**I. Development of Research Programs [Illustrative List]**

1. The Future of Advertising (2007 to 2018)*
2. Network-Based Strategies and Competencies (2007-present)
3. Creativity and Innovation (2006-present)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
4. SEI Center project Toward a New Theory of the Firm (2004-2008)
5. SEI Center project with Business Executives for National Security and FINCEN using the Suspicious Activity Reporting System (SARS) for identifying terrorist financing (2003-2004)
6. SEI Center project, Assessing the True Value of the Firm, Co-Directed with David Larcker (2002-2003)
7. The Wharton Office of Homeland Security (OHS) Project, Economic Vulnerability to Terrorism: Assessment, Prioritization and Action Implications, Co-Directed with Paul Kleindorfer (2001-2002)
8. Digital Transformation Project in Collaboration with McKinsey, WeBI and the Fishman-Davidson Center for Service and Operations Management (2001-)
9. e-Curriculum R&D Initiatives (2000-2002) and Curriculum R&D for the Wharton Fellows Decision Support Network (2001-2004)
10. The SEI Center's research program on Creating a 21st Century Enterprise. (1990 to 2018)
11. Established the Value of Marketing program. (1993–1997)
12. Initiated (with Frank Bass) the Empirical Generalizations in Marketing program. (1993–1995)
13. Co-founded (with Greg Farrington) the Virtual University Lab program (1995–1997)
14. Initiated the Computers and Art program for the ENIAC at 50 celebration (1998–1999)
15. Co-developed (with Bob Holland) the SEI Center's George Harvey Program on Value Creation Through Diversity (1996-2000)
16. Co-founded (with Paul Kleindorfer) the Information Management Initiatives Research Program (1998-1999)

**II. Editorial Activities**

1. Founding editor, <u>Wharton School Publishing,</u> 2003-2008 [see p. 46-48 for list of edited publications]

2. Initiator and editor of *Advances in Marketing Research and Modeling: Progress and Prospects – A Tribute to Paul E. Green*, Kluwer Academic Publishers, 2002.

3. Initiator and editor of *The Wharton School Publishing Newsletter* (monthly July 2005-July 2008)

4. Initiator and Co-Editor of the *Wharton Fellows Newsletter* (quarterly 2003-4; monthly January-December 2005).

5. Initiator and editor of *Wharton Executive Library* (published by Oxford University Press), 1984-1987. The series was aimed at familiarizing top management with recent developments in the various management disciplines. Books published include:
   - Gerard Adams, *The Business Forecasting Revolution, Nation-Industry-Firm*, 1986.
   - Leonard M. Lodish, *The Advertising and Promotion Challenge, Vaguely Right or Precisely Wrong?*, 1986.
   - David Solomons, *Making Accounting Policy: The Quest for Credibility in Financial Reporting*, 1986
   - James C. Emery, *Management Information Systems: The Critical Strategic Resource*, 1987.

6. Initiator and editor of the Scientific Press *Computer Based Marketing Series*. 1984-90. The series offers short books on specialized marketing topics with accompanying PC software. Books published include:
   - Paul E. Green, *CAPPA Electronic Questionnaire Display and Analysis*, 1986
   - Gary Lilien, *Marketing Mix Analysis with Lotus 1-2-3*, 1987
   - John Hauser, *Applying Marketing Management: Four PC Simulations*, 1987
   - Darral G. Clarke, *Marketing Analysis and Decision Making: Text and Cases with Lotus 1-2-3*,

1987.
- Gary Lilien, *Marketing Management: Analytical Exercise with Lotus 1-2-3*, 1988.

7. Editor-in-Chief, *The Journal of Marketing* 1978-1981 (Vol. 43-45)

8. Area Editor, *Marketing Science*, 1981-83 (Vol. 1-2); occasional Area Editor (2002-)

9. Advisory Editor of the Addison-Wesley Marketing Series, 1974-1981. Books published under my editorship include:

- David Hughes, *Marketing Management*, 1978.
- James Bettman, *An Information Processing Theory of Consumer Choice*, 1979.
- Richard N. Cardozo, *Product Policy: Cases & Concepts*, 1979.
- F.E. Brown, *Marketing Research: A Structure for Decision Making*, 1980.

10. Member of the Editorial Boards of:
- Journal of Interactive Marketing, 1998-present
- Journal of Business to Business Marketing, 2004
- Journal of Global Marketing, 1986-1990
- Journal of Product Innovation Management, 1982-1990
- Annual Review of Marketing, 1980-1982
- Computer Operations, 1968-1970
- Journal of Business Research, 1974-1977
- Journal of Consumer Research, 1973-1984
- Journal of High Technology Management and Market Research, 1988
- Journal of Marketing Research, 1978-1981
- Journal of Marketing, 1971-1978
- Journal of Organizational Behavior and Statistics, 1983
- Journal of Pricing Management, 1989
- Journal of Segmentation in Marketing, 1997

11. Occasional reviewer for:
- Decision Sciences
- IEEE Transactions on Engineering Management
- Journal of Management Studies
- Journal of Marketing
- Management Science
- Marketing Science
- Operations Research
- Public Opinion Quarterly
- R&D Management
- The Journal of Economics and Business
- The Wharton Quarterly

12. Screening editor, *Journal of Consumer Research*, 1973-1974.

13. A judge of competitive research papers submitted to the National Conference of The AMA Academic (August) Conference in - Minnesota (1971), Houston (1972), Washington (1973), Portland (1974), Rochester (1975), Memphis (1976), Chicago (1980), Chicago (1984).

14. A judge of Ph.D. dissertations submitted to the AMA Doctoral Dissertation Competition, 1974, 1976, 1977, 1981, 1982, 1983. And the MSI Dissertation, and other award competitions 1984, 1985, 1990

15. Reviewer of papers submitted to the Market Measurement and Analysis Conference (renamed Marketing Science Conference) since 1981.

16. Occasional reviewer of applications for research grants for the Social Science Research Council

(London, England) since 1972; and the National Science Foundation, Division of Science Information and Advanced Productivity Research and Technology, since 1977.

17. Reviewer of manuscripts for a number of publishers and universities, including the MacMillan Company, the Center for Research of the College of Business Administration of Pennsylvania State University, the Graduate School of Business, Columbia University, Prentice Hall, Jose Bass and others.

## III. Offices Held in Professional Associations

### AMA

1. Member of the Board of Directors, The Philadelphia Chapter of the AMA, 1979-1983.

2. Program Chairman of:
   a) The 1977 AMA Doctoral Consortium Philadelphia, August 1977.
   b) The 1975/1976 AMA Attitude Research Conference, Hilton Head, SC, February 1976.
   c) The National Educators AMA Conference, Washington, D.C., August 1973.
3. Member of a number of AMA councils including the Advisory Council of the National Marketing Honorary Society of the AMA - Alpha Mu Alpha, 1980/1981 and the Educational Policy Council, 1977/1978.

### TIMS

1. Chairman, 1974/1975; Chairman Elect, 1973/1974; and Vice Chairman, 1971/1972 of the Institute of Management Science College of Marketing.
2. Program Chairman of:
   a) Marketing track on "Marketing Science for Increased Competitiveness of Firms and Countries," 1988 Washington, D.C., TIMS/ORSA Conference.
   b) The 1981 Market Measurement and Analysis Conference (with Vijay Mahajan).
   c) The Delaware Valley Chapter, 1967/1968.
3. Member of the Program Committees of the Market Measurement and Analysis Conference: University of Texas, 1980; New York University, 1981; and the Marketing Science Conference: University of Chicago, 1983; Vanderbilt University, 1985; University of Texas at Dallas, 1986; Centre HEC-ISA, Jouy-en-Josas, France, 1987; Washington University, 1988.
4. Member of the Advisory Board of Marketing Science, 1983-present.

### IAM – The International Academy of Management

1. Chancellor, 2000-2006.
2. Vice Chancellor for the Americas, 1995-2000.
3. Program chairman, the Americas Conference, 1994, 1998.

### MASB – Marketing Accountability Standards Board

1. Member of the Board of Directors since 2010.

### MSI – Marketing Science Institute

1. Chair of a task force on e-business evaluation (part of the Metrics program), 1999.
2. Academic Trustee (1989-1995).
3. Member of the Academic Advisory Council (1983-1987).
4. Member of a number of steering groups, including
   - Marketing Strategies Steering Group, 1983-1987.
   - The International Advisory Steering Committee (1985-1987).
   - Information Technology Steering Committee (1990-1992).

**Other**

1. The Diebold Institute Entrepreneurship and Public Policy Project, Committee of Advisors (1999-__ ).
2. World Management Council. Member of the Academic Advisory Board (1988–1989).
3. Member of the interdisciplinary task force (organized by AMA) for the design of the *Journal of Consumer Research*, (October 1971–July 1972). Founding member of the Policy Board of the *Journal of Consumer Research* (1972–1983); Chairman of the Board (1977–1978); Chairman of the 1976 and 1981 Editor Search Committees.
4. Member of the Philadelphia's International City Steering Committee (1983–1985, 1987–1988).
5. Member of the Publication Committee of AAPOR (1973-1974).
6. Member of Program Committee of 1979 ACR Conference.
7. Member of the Advertising Research Foundation 75th Anniversary Convention Program Committee (2010)
8. ANA Talent (2016-present)
9. QS World University Rankings (2009-present)
10. Insights 2020 (2015-present)
11. Journal of Advertising Research, Editorial Review Board and Senior Advisory Board (2015-present)
12. Turner Ad Lab (2016-present)
13. Visual Domains (2016-present)

**D.    Planning and Organizing Professional Programs at the University**

1. Empirical Generalizations in Advertising, December 2008; and Empirical Generalizations in Advertising II, "What works in the New Age of Advertising and Marketing," May 2012, with the Ehrenberg-Bass Institute for Marketing Science, University of South Australia
2. Advertising Effectiveness, with the Wharton Customer Analytics Initiative, May 2013.
3. Gaps in Measuring Advertising Effectiveness, with the Advertising Research Foundation, 2012-2013.
4. Chair, "Network-Based Strategies and Competencies," a joint project with INSEAD co-directed with Paul Kleindorfer, Initial Workshop, May 3, 2007. Conference, November 2007.
5. Chair, "The Future of Advertising," a joint project with the ARF, Workshop, March 30, 2007. Conference, December 2008.
6. Initiated and chaired a task force to develop a Marketing Certification Program (2003-2004)
7. Co-Designed with Bob Mittelstaedt an executive education program on "Wharton on the New Reality of Business," December 2001 [including the design of the "Wharton Post 9/11 Business Scenario" (October 2001-)] and May 2002.
8. Designed and directed the executive programs, "Winning in the Next Millenium," December 1998.
9. Initiated "The Impact of Computers and Information Technology on Management: 1946, 1996, 2001," May 13-14, 1996 program for the ENIAC at 50 celebration (1994-1995).
10. Initiated the "Computers and Art" program for the ENIAC at 50 celebration (1994-1995).
11. Participated in the original design of the Wharton – AT&T Marketing Management Program. Taught in the 1973, 1975 -1980 programs.
12. Developed, organized and taught a Marketing Research Seminar for U.P. Clinical Scholars Group (February–May 1975 and February–April 1976).
13. Planned and taught the marketing management section of a number of advanced management programs of the University of Pennsylvania:
    - Dean Witter - Wharton Account Executive Program, 1986.
    - Securities Industry Association Program, annually since 1982.
    - Advanced Management Program for Overseas Bankers, 1975, 1976.
    - Program for Health Care Executives, 1973, 1975, 1982.
14. Participated in various executive development programs of the Marketing Department of the University of Pennsylvania:
    - Marketing for the Postal Service, 1983.
    - Marketing Strategy Seminar, since 1981 (January & May).
    - Pharmaceutical Advertising Council, 1980/1981.
    - Wharton Salesforce Management Seminar, since 1980 (January & May).
    - Dixie/Marathon (American Can Company), May 1977.
    - Marketing Research Seminar 1977-1983.
    - General Building Contracting Association, Inc., January 1977.

- Center de Promotion du Commerce International, Chambre de Commerce et d'Industrie de Nantes, 1976, 1978-1980.
15. Planned and taught (with Thomas Robertson) a number of seminars on Health Care Marketing for:
    - The Virginia Hospital Association, February 1978.
    - The New York Management Center, September and November 1977.
    - The Wharton School's Lifelong Education Program, October 1976.
16. Co-founder, organizer of the Wharton teaching component, and frequent lecturer in the Wharton/Israel Binational Marketing Management Program [The Consulting Practicum] 1979-1995.

**E.   Award Committees**

1. Member of the Sheth Award Committee to select the winning *Journal of Marketing* article that had the greatest long-term impact on the marketing discipline, 2009-2010

2. Member of the Parlin Board of Governors, 1978-1983, 1995-2008 ; Chairman of the Board, 1980/1981.

3. Member of the selection committee for MIT's Sloan Management Review/Price-Waterhouse Company, 2003 – Best Article Award.

4. Member of the "Global Marketing Scholar's Prize" Selection Committee, 2011, hosted by Korean Academy of Marketing Science

5. Nominator for the Marketing Communications Award of the World Technology Network, 2002-present

6. Initiator of the Lauder Institute Award for the Research Paper that Best Advances the Theory & Practice of International Management Science. Administered by TIMS and Chairman of the first award, 1989.

7. Member of the W. Arthur Cullman Executive Award Selection Committee (Ohio State University), 1985-1986

8. Member of a panel of judges for the evaluation of nominees for the Paul D. Converse Awards for Outstanding Contributions to the Development of Theory and Science in Marketing, 1974, 1977, 1981, and 1986.

**F.   Planning and Organizing Professional Programs Outside the University**

1. KMDC Program, Kuala Lumpur, The Power of Impossible Thinking and Its Implications for Marketing Innovations, March 15-16, 2005.

2. Co-director (with Hotaka Katahira) of the Marunouchi Global Center Management Program, 2002.

3. Planned and taught a number of two-day seminars on "Recent Developments in Marketing Research Methodology" for:
    - The Management Center, University of Bradford, February 1975 and May 1976.
    - The University of Laval, Canada, November 1973.
    - The University of Social Sciences at Grenoble, France with (Paul E. Green), May 1973.

4. Planned and taught various AT&T Executive Development Seminars on:
    - "Multivariate Analysis in Marketing," March and August 1975.
    - "Market Analysis," December 1974, and June 1975.
    - "Market Segmentation," September 1974, November 1975 and March 1976.
    - "How to get the Most Out of Your Marketing Research," Spring 1974.
    - "Consumer Behavior," October 1972, January 1978.

5. Planned and taught two one-day executive seminars on Conjoint Analysis and New Product Policy at the University of New South Wales (Australia), June 1977.

6. Planned and taught a number of executive seminars at the University of Tel Aviv: Marketing Strategy (1969); Product Policy (1977); Marketing and Corporate Strategy (1978, 1980); New Development in Product and Marketing Research (1980).

7. Planned and taught the marketing research section of the Bank Marketing Program of the Graduate School of Bank Marketing, April 1977.

8. Planned and taught a series of two-day seminars on Marketing Strategy for the New York Telephone Company, February and April 1976.

9. Initiated, planned and organized a number of two day workshops on:
   - Concept Testing, University of Pennsylvania, March 1972.
   - Industrial Buying Behavior (with Frederick E. Webster and Richard N. Cardozo), sponsored by the AMA & the University of California at Berkeley, April 1971.
   - Research Utilization, (with Steve Greyser and Randy Batsell), sponsored by the AMA and MSI, April 1979.
   - Advances and Applications in New Product Forecasting: Innovation Diffusion Models (with Vijay Mahajan) sponsored by MSI, October 1983.

10. Organizer and chairman of various sessions at annual conferences of various professional associations (illustrative list):
    - "Design Meets Marketing: Service Innovation by Design," Marketing Science Institute and Corporate Design Foundation Conference, Stanford University, October 17, 2007.
    - "Marketing science: Accomplishments and challenges in the global information age," plenary session at Informs, Philadelphia, November 1999.
    - "Consumer Labs," Marketing Science Conference, March 1997.
    - "Global Marketing Strategy," 1991 ORSA/TIMS Meeting
    - "Creation of Innovative Marketing Knowledge: An Interdisciplinary Perspective," 1989 AMA Marketing Educators Conference, August 1989.
    - Strategic Alliances," TIMS Osaka, Japan, July 1989.
    - "Industrial and New Technologies Marketing: Lessons from Industry," International Research Seminar in Marketing, La Londe les Maures, France, May 1989.
    - "New Product Development Models," ORSA/TIMS, San Diego, October 1982.
    - "Product/Market Portfolio Models," ORSA/TIMS, Colorado Springs, November 1980.
    - "The Role of Multivariate Analysis in Consumer Research," APA, Toronto, 1978.
    - "Applications of Management Science to Market Segmentation," TIMS, Miami, 1976.
    - "Recent Developments in Management Science Application in Marketing," TIMS, Las Vegas, 1975.
    - "Multidimensional Scaling and Conjoint Measurement in the Study of Multidimensional Psychophysics," ACR, Boston 1973.
    - "Implementation of Management Science in Marketing," TIMS, Houston 1972.
    - "On the Teaching of Consumer Behavior," AMA, Houston, 1972.
    - "Family and Industrial Buying Behavior," AMA, Minneapolis, 1971.
    - "Multidimensional Scaling in the Study of Consumer Behavior," ACR, 1970.

11. Planned, organized and taught a Marketing Management Program for the top executives of the Union of Cooperative Societies (Israel), April to July 1969.

12. Planned and taught marketing courses at a Graduate Program for Marketing Consultants at the Israel Institute of Productivity, September 1968 to January 1969.

13. Academic advisor to a number of organizations engaged in Management Training in Israel. Primarily the Israel Institute of Productivity, and the Technion Research and Development Foundation Ltds., January to August 1969.

**G.  Presentations**

**A.  Presented papers at various national conferences of the American Marketing Association**
December 1967; June and August 1968; June and August 1969; August 1970; June and August 1974; April and August 1975; August 1976; August 1977; June and August 1978; June and August 1979; June and August 1980; August 1981-1990, March 1990, August 1991; August 1991, April 1993; February & August 1994, August 1995, August 1996, August 1997, February 1998, August 1999.

**B. Speaker in various conferences and workshops**

- Association for Consumer Research (ACR), 1968, 1970/1973, 1975, 1977, 1984.
- The Institute of Management Science (TIMS), 1969, 1972, 1974-1978, 1980- .
- American Institute of Decision Sciences (AIDS), 1974, 1976.
- American Association of Public Opinion Research (AAPOR), 1974/1975.
- American Psychological Association (APA) DIV 23, 1978.
- American Statistical Association (ASA), 1978.
- AMA Philadelphia Chapter, 1980/1981.
- Annual Conference of the Strategic Management Society, 1984.
- Annual Conference of the Pharmaceutical Marketing Research Group (PMRG), 1986, 1987.
- Annual Conference of the World Future Society Assembly, Washington, D.C., 1993.

**C.  Speaker in a number of the AMA Attitude Research Conferences:**
1967, 1971, 1973, 1976, 1987.

**D.  Member of the Faculty of the AMA Doctoral Consortiums**
- University of Colorado, 1996
- University of Santa Clara, 1994
- University of Southern California, 1991
- New York University, 1987
- University of Notre Dame, 1986
- University of Michigan, 1983
- University of Minnesota, 1982
- Pennsylvania State University, 1980
- University of Maryland, 1981
- University of Wisconsin, 1979
- University of Chicago, 1978
- University of Pennsylvania, August 1977
- University of Texas, August 1976
- University of Illinois, September 1971

**E.  Member of the Faculty of the First Indian Doctoral Consortium,  2012**

**F.  Member of the AMA Faculty Consortium, Chicago 1997**

**G.  Illustrative papers delivered in various professional workshops**

- Applications of Multidimensional Scaling to Marketing and Business, sponsored by the University of Pennsylvania and Bell Laboratories, June 1972.
- Planning Data for STI Managers, Sponsored by NSF office of Science and Information, December 1976.
- Synthesis of Knowledge of Consumer Behavior, sponsored by the RANN Program National Science Foundation, April 1975.
- Multinational Product Management, sponsored by the Marketing Science Institute and the AMA International Marketing Division, January 1976.
- Consumer and Industrial Buying Behavior, sponsored by the University of South Carolina, March 1976.
- Organizational Buying Behavior, sponsored by the University of Pittsburgh, April 1976.

- Consumer Research for Consumer Policy, sponsored by the MIT Center for Policy Alternatives, July 1977.
- Analytical Approach to Product-Marketing Planning, sponsored by the AMA and MSI, University of Pittsburgh, November 1977, October 1981.
- Interfaces Between Marketing and Economics, sponsored by the University of Rochester, 1978, 1983.
- Industrial Marketing, Penn State University, May 1982.
- Market Measurement and Analysis, renamed Marketing Science Conference sponsored by ORSA/TIMS:
  - Centre HEC-ISA, Jouy-en-Josas, France, 1987.
  - University of Texas at Dallas, 1986
  - Vanderbilt University, 1985
  - University of Chicago, 1984
  - University of Southern California, 1983
  - Wharton, March 1982
  - New York University, March 1981
  - University of Texas, Austin, March 1980
  - Stanford University, March 1979

**H.  Illustrative addresses at various top management conferences and meetings**

- Moderator of Key Issue Forum on Social Media and Brand Opportunities, ARF Re:think Conference, New York, NY, March 23, 2010
- "Moving From Me to We: The New Competitive Edge," Milken Global Conference, Los Angeles, April 28, 2008.
- "The Wisdom of Crowds in Today's Digital World: We vs. Me," Milken Global Conference, Los Angeles, April 23, 2007.
- "Innovation," Telenet Top Executive Strategic Workshop, June 19, 2006.
- "The 1st Mover Advantage Challenge," Telenet Top Executive Strategic Workshop, June 19, 2006.
- "Getting More with Less," Telenet CEO Strategy Review, June 19-20, 2006.
- "Advances in the Management of Technological Innovation," Executive Briefing at Samsung Electronics, June 2, 2006.
- "Brand Names and Logos," Penn Humanities Forum on Word and Image, February 2006.
- "New Frontiers in the Practice of Management: Toward a New Theory of the Firm" with Paul Kleindorfer, CEO Workshops at IDC Israel, January 27, 2006.
- "Strategic Trends on the Global Marketplace," The Sixth Herzliya Conference on The Balance of Israel's National Security, January 2006.
- "Recent Developments in Marketing and Branding Strategies," presented to the Board and top management of IDT HK, August 2005.
- "Tapping Opportunity in the Developing World: Innovative Solutions for Companies and Communities," Milken Institute Global Conference, April 2005.
- "Return on Marketing Investment: Progress, Problem, and Prospects," Council of Marketing Executives, The Conference Board, October 6, 2004.
- "The Power of Impossible Thinking: A Prerequisite for Profitable Growth," Milken Institute Global Conference, April 27, 2004.
- "The Transformation Challenge," YPO at SEI, March 2004.
- "Technology for Profitable Growth: Progress, Problems, and Prosperity, eBRC Board of Directors meeting, Philadelphia, May 2003.
- "Business and the Pending Wars," a global senior executive Web conference, February 2003.
- "e-Business Revolution: R2R (Return to Reality)," World Leadership Forum of the Foreign Policy Association, New York, September 2000.
- "UNIG Top Executive Forum," Singapore, August 2000.
- "The Future of the Marketing Organization," MSI Board of Trustees Meeting, April 27-28, 2000.
- "Preparing for 2002: Creating a Leading Global Medical Communication Company for the 21st Century," Top Management of Medius Group Int. Paris, May 1997.
- "The Next Enterprise: Creating a Successful 21st Century Enterprise," The Hong Kong Management Association, January 1996.

- "Building the 21st Century Corporation Today: A Marketing Perspective," A one day session for CEOs who participate in the MASTERSHIP program (LA) January 1990.
- "Growth Outlook for Consumer Products and Services" to the policy committee of Anheuser-Busch Company, 1986.
- "Marketing Management in Securities Firms" SIA Regional conference, 1986.
- "Recent Developments in Marketing Strategy," to Dutch top executives by Horringa & DeKoning, October 1986.
- A number of 1-day Top Management Seminars organized by Studio Ambrosetti (Italy)
    - Developing and Launching New Products (1986)
    - Marketing and Corporate Strategy (1987)
    - Marketing for Financial Institutions (1987)
    - Domestic and International New Business Entry Strategies 1988)
    - Strategic Marketing and New Product Development (1989)
    - How to Develop Products More Often and Get Them to Market Faster (1991)
    - The Consumer Goods Scenario: The Challenge (1992)
    - Marketing Driven Bus Strategy in the Global Information Age (2000)
- "The Challenge of Marketing" Board of directors and top management of Grand Metropolitan, 1985.
- "Advances in marketing and Business Strategies" Top management group of the John Fluke Manufacture Co., 1985.
- "Global Marketing Strategies" YPO Chapter of Hong Kong, 1985.
- "Marketing for Hospitals" Hospital presidents program of the J&J Leonard Davis Institute program, 1985.
- "Global Marketing Strategies" Top executive group of MARS pet food business, 1984.
- "Marketing for the Evolving Company" Conference on "Financing & Managing the Evolving Company" sponsored by Arthur Andersen & Co. and the GSB University of Texas at Austin, April 1984.

**I.   Illustrative Other Top Management groups addressed**

- MSI Trustees, Cambridge, Massachusetts, October 1983.
- Securities Industry Association Fall Meeting, N.Y., October 1982, Spring Meeting, April 2000, Homestead, Virginia, May 1982: keynote speaker.
- Three sessions at the 1979 YPO Central Area Conference, Williamsburg, October 1979.
- Two sessions at the YPO International University, Rio de Janeiro, May 1979.
- Two sessions at the 1978 YPO, Eastern/Northeastern Area Conference, Sea Island, Georgia, November 1978.
- Eastern Pennsylvania Chapter of YPO, October 1978.
- Two-day seminars for top executives of Latin American countries sponsored by Expansion Publishing Group, Mexico City, June 1978, (Marketing Strategy); June 1979 (the Marketing Audit); and December 1980 (Marketing for Top Executives).
- Bell Laboratories (Applied Statistics Area), 1978

**J.   Guest lecturer at faculty research seminars and executive development programs of various universities and research institutes including:**

- Columbia University, 1974, 1976-1978
- Drexel University, 1977, 1984
- Erasmus University, The Netherlands, 1993
- Escola de Administrao de Empresas de Sao Paulo, Brazil, 1979
- European Institute for Advanced Studies in Management, Brussels 1981
- Florida Atlantic University, 1972
- Harvard University, 1981
- IESE Universidad de Navarra, 1999
- Indian Institute of Technology (IIT) Bombay, 1989
- INSEAD, France, 1992, 2000
- Institut Superieur des Sciences Economiques et Commerciales, Paris, 1981
- Interdisciplinary Center Herzliya, 1996, 1997, 1998, 1999, 2000

- Kõc University, Turkey, 2000
- Laval University, Canada, 1973
- Katholieke Universiteit, Leuven, 2001
- Monash University, Australia, 1977
- Nanzan University, Nagoya, Japan, 1977
- New York University, 1979, 1984
- Northwestern University, 1980
- Norwegian School of Management, Norway, 1993
- Pennsylvania State University, 1978
- Southern Methodist University, Texas, 1982, 1984, 1986
- Stanford University, 1976, 1982
- State University of New York at Buffalo, 1975
- University of Bradford, 1975-1976
- University of California at Berkeley, 1975
- University of California at Los Angeles, 1976, 1980, 1990
- University of Capetown, S.A., 1982
- University of Chicago, 1981
- University of Groningen, 1986
- University of Houston, 1977
- University of Illinois, 1985
- University of Iowa, 1971
- University of Minnesota, 1973
- University of New South Wales, Australia, 1977
- University of Ottawa, 1974
- University of Pittsburgh, 1988
- University of Social Sciences, Grenoble, France, 1973
- University of Southern California, 1979
- University of Tel Aviv, 1977-1980, 1982
- University of Texas at Austin, 1984, 1997
- University of Tokyo, Japan, 1992, 1993, 1995, 1997
- University of Washington, 1979
- Yale University, 1982

**K.  Speaker at various local and regional meetings**
of the <u>American Marketing Association</u>, 1967 to present, and national meetings of other marketing associations such as the <u>National Account Marketing Association</u>, 1973; the <u>International Pharmaceutical Marketing Research Group</u>, 1973; <u>The National Association of Children's Hospitals and Related Institutions</u>, 1976; <u>American Management Association</u>'s advanced Marketing Research Seminars, 1967/1968; and the <u>Marketing Science Institute</u> conferences and management seminars, 1968-1994.


**L.  Guest speaker at special seminars**

- The Australia and New Zealand Marketing Societies in Sydney and Melbourne, June 1977.
- "New Developments in Social Research," in the Symposium on Corporate Awareness, February 1977.
- The 11th Annual "New Horizons in Science," Conference of the Council for the Advancement of Science Writing, New York, November 1973.
- Various conferences of the Israel Advertisers' Association, The Technion Research and Development Foundation, Ltd., The Ministry of commerce and Industry, 1968/1969.
- Foreign market entry and import protection strategies, The Israel Institute of Management, October 1984.

**M.** **Monthly Co-Host of** *Marketing Matters***, weekly radio show airing on Sirius XM Channel 111, Business Radio Powered by the Wharton School**

- "A Commercial Show with Football Breaks: Super Bowl Advertising," February 5, 2014
- "You May Also Like This Radio Show: Native Advertising, Sponsored Content, and Transparency," March 5, 2014
- "The Billboard Looks Also Into You: The Future of Out-Of-Home Advertising," April 2, 2014
- "Overcoming Audience Indifference, with the Most Interesting Man in the World," April 30, 2014
- "Storytelling in the Digital Age: How to Make it Work," May 14, 2014
- "Live from France with Awards Jurors from the Cannes Lions Festival," June 18, 2014
- "World Cup Soccer and Playing Well With Fans," July 16, 2014
- "Ads in Pockets: The Future of Mobile," September 3, 2014
- "Ad Week, and the 64 Weeks After: Looking to 2015," October 1, 2014
- "Xmas & AmEx & Small Business Saturday," November 19, 2014
- "Marketing Management Matters with the Forbes CMO Network," January 21, 2015

**H. Presentations: Illustrative Topics**

**1) Creativity and Innovation**

- "Rethink Innovation," Net Elixir's Executive Workshop at Grounds for Scultpure, September 20, 2019.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Reimagine B2B Marketing: Building Your Own Action Agenda," Penn State ISBM Big Talk, September 20, 2017.
- "Innovation by Legacy Firms Does Not Have to Be an Oxymoron\*," PCI IT Conference, April 4, 2017.
- "Creativity & Lessons from Art," Global CEO Program: A Transformational Journey, March 12, 2017.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Innovation by Legacy Firms Does Not Have to Be an Oxymoron\*," Accessories Council, October 21, 2016.
- "Innovation by Legacy Firms Does Not Have to Be an Oxymoron\*," Global Executive MBA, June 24, 2016.
- "The Power of Art: A New Dimension of National Strength," The 16th Annual Herzliya Conference, June 15, 2016.
- "Innovation By Legacy Firms," SEI Senior Leadership Strategy Program, May 23, 2016.
- "Reimagine the MBA," AACSB 2016 Redesigning the MBA: A Curriculum Conference, May 10, 2016.
- "Innovation By Legacy Firms Does Not Have To Be An Oxymoron," The Wharton Club of Washington, April 26, 2016.
- "Creativity & Lessons from Art," Global CEO Program, March 13, 2016.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "New Business Models: Challenges & Opportunities," Mack Institute Program, Novermber 20, 2015.
- "Capturing Your Imagination: Building a Creative Organization," Arts & Business Council, Creative Xchange, October 28, 2015.
- "Creativity & Lessons from Art," Global CEO Program, March 10, 2015.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Tools for Bringing Creativity and Innovation to Your Client Interactions," KPMG Global Insurance Academy & KPMG Global Banking Academy, December 1, 2014.
- "Creativity & Innovation: The Power of Impossible Thinking," Lubrizol, October 16, 2014.
- "Should You and Can You Inspire Curiosity," TEDx, Free Library of Philadelphia, September 17, 2014.
- "Creating a Creative Organization," Cannes CEO Academy, June 18-19, 2014.
- "Ten Guidelines for Successful Innovation," IDC's CEO Forum, June 10, 2014.
- "How to Ignite Creativity in Your Entire Organization," Cannes Lions Workshop, June 17, 2014.
- "Building and Leading a Creative Organization," Washington DC Innovaition Summit, April 29, 2014.
- "Improv and Other Creativity Enhancing Approaches for Survival and Growth," University of the Arts, March 27, 2014.
- "New Audience Initiative,"America's Orchestral Academy, New World Symphony, DATE, 2014**.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Creativity & Innovation Problem, Prospects," SEI Growth Forum, May 25, 2013.
- "Enhancing Your Personal Creativity," The Academy of University of Pennsylvania, July 9, 2013.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The ROI of Creatives," Cannes Lions International Festival of Creativity, June 19, 2012.
- "Ten Guidelines for Creating a Creative Organization," Arts & Business Council Panel: How to Develop and Nurture Creativity in the Work Place, 2012.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Rethinking Your Innovation and NPD Strategies," IDC's CEO Forum, May 24, 2011.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Personal Power and Influence," July 14, 2010.
- "Innovation in Retailing: Progress, Problems and Prospects", Discussion at the Jay H. Baker Retailing Center, October 28, 2010.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Marketing Innovation: Reinventing Your Marketing and New Product Launch," Marketing Management Program, MA Industries, IDC, November 23, 2009.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Selling Scents: Innovative Approaches to the Age Old Selling Challenge in a Flat World of Empowered Consumers," The Fragrance Foundation Conference, March 12, 2008.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Advances in New Product Development and Innovation," Mutual Art Lecture Series, November 2, 2007.
- "The Creative Economy: Art and Culture at Penn and in Philadelphia," Penn Arts Leadership Conference, May 9, 2007.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Advances in the Management of Technological Innovation," Executive Briefing at Samsung Electronics, June 2, 2006.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Innovation and Change in the Turbo-Global Environment: Lessons from the Transformation of 'Old Economy' Firms [and Universities] and the Challenges to Congress," Stennis Congressional Staff Fellows Program on Leadership in e-Business Environments: What Congress Might Learn, May 2000.
- "Customerization: The New Management Challenge," The President's Forum of the Interdisciplinary Center in Herzliya, Israel, September 2000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Innovation Strategy," New Product Development and Launch, April 1999.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Innovation and New Product Development," Tutorial at the 2nd International Workshop, Santiago, Chile, October 1996.
- "Innovative New Product and Service Development: Best Practice and Opportunities for Experimentation," The Israel-North America Business Conference, New York, October 1996.
- "Innovation in New Product Development: Best Practice in Research, Modeling and Applications," Presentation to the JMR Editorial Board on the Special issue, August 1996.
- "Creativity and Innovation: The Management Edge in the Technological Age," the First Wind Lecture at the Interdisciplinary Center for the Study of Business, Law and Technology (Israel), May 30, 1996.
- "Product Launch," Software Development and Marketing for Competitive Advantage, IC$^2$, The University of Texas Conference, March 20, 1996.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- *JMR* Special Issue on Innovation in New Product Development: Best Practice in Research, Modeling and Applications," *JMR* Editorial Board Meeting, San Francisco, August 7, 1994.
- "A New Approach for Estimating the Demand for Interactive TV Products and Services, Interactive Industry 2000: Market Research for the Interactive Television Business," July 28-29, 1994.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Determinants of New Product Success: Lessons from the U.S. and Japan," Faculty and Ph.D. students seminar at Erasmus University, June 10, 1993.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Issues and Advances in New Product Development and Management: A U.S. Perspective,"

Advanced Industrial Marketing Strategy Seminar, September 18, 1992.
- "New Product Development: Problems, Advances and Prospects," Wharton's Advanced Industrial Marketing Strategy, March 19, 1992.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "How to Develop Products More Often and Get Them to Market Faster: Guidelines for Functional Management," Ambrosetti Group, Milan, Italy, May 9-10, 1991.
- "Inducing Creativity and Innovation in Large Bureaucracies: Lessons from Marketing," RGK 4th International Conference on Creativity and Innovative Management, August 8-10, 1991, Los Angeles, CA.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Globalization: Opportunities for Innovative Research and Modeling," UCLA, Los Angeles, CA, January 9, 1990.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Increasing the Effectiveness of Your New Product Development," Indian Institute of Technology, Bombay, India, November 1989.
- "Improving the Effectiveness of the Industrial New Product Development Process: Lessons from Industry – The AS 400 Case," 16th International Research Seminar in Marketing, La Londe les Maures, France, May 19, 1989.
- "Developing and Launching New Products: Costs, Risks, and Conditions for Success," Studio Ambrosetti, AF Marketing Group, May 16, 1989.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "What a Difference a Difference Can Make," Amoco Fabrics and Fibers Co-Leadership Council, May 1988.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "A Innovation Diffusion and New Product Forecasting," TIMS Conference, November 1984.
- "The contribution of Research to Product Management and New Product Development," The 1983 ESOMAR Congress, Barcelona, August 1983.
- The First Delaware Valley Meeting of the Product Development and Management Association (PDMA), December 1980.

## 2) Challenging your Mental Models

- "The Power of Impossible Thinking at the Philadelphia Museum of Art: Inspiration and Lessons from Art," Lubrizol Executive Leadership Development Program, June 18, 2018.
- "Competitive Disruptors and Opportunities," Vanguard Officers' Offsite, April 26, 2018.
- "Guidelines for Turning Ad Avoiders Around," AdAvoidance x Science: ARF Tackle Resistance Across Platforms, April 19, 2018.
- "Challenging our Mental Models and Business Models and Their Implications," Li & Fung Top Management Retreat, January 12-14, 2018.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging and Changing Your Mental Models." Hero Motor Corp: The iLead Senior Leadership Development Program, November 29, 2017.
- "Challenging Your Mental Models and Toward a New Marketing Paradigm: Implications for Action," Takeda Pharmaceuticcals: Marketing Program, November 27, 2017.
- "Fung Retailing Group: Conversations with Professor Jerry Wind," Li & Fung Top Management Meeting, February 26-27, 2017.
- "Challenging our Mental and Business Models and their Implications," Idealized Design Workshop, January 13-14, 2017.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "IDC: Visions and Actions for the Next Decade," Idealized Design Workshop, December 17-18, 2017.
- "PAFA 2022: Visions and Actions," PAFA Board Meeting, December 14, 2017.
- "Challenging Your Mental Models," Hero Motor Corp – The iLead Senior Leadership Development Program, November 29, 2017.
- "Challenging Your Mental Models and Toward a New Marketing Paradigm: Implications and Actions," Takeda Pharamaceuticals: Marketing Program, November 27, 2017.
- "Architecture of Disruption: The Changing Role of the CXO," Knowledge@Wharton Board Meeting: The Architecture of Disruption, November 16-18, 2017.

- "Challenging Your Mental Models," Merck Marketing Program, November 25, 2017.
- "Challenging Your Mental Models," Comcast Women in Leadership Program, October 25, 2017.
- "Challenging Your Mental Models," Merck Marketing Program, October 23, 2017.
- "Reimagine Knowledge@Wharton: Idealized Design Workshop (2)," Knowledge@Wharton, October 22, 2017.
- "Challenging Your Mental Models and Toward (a) New Marketing and (b) Insight Paradigms: Implications and Actions," Vertex Portfolio Leadership Program, Octber 18, 2017.
- "Challenging Your Mental Models," Merck: Marketing Program, October 10, 2017.
- "Challenging Your Mental Models," Merck: Marketing Program, September 28, 2017.
- "Challenging Your Mental Models," Bureau Veritas, July 18, 2017.
- "Challenging Your Mental Models," Merck: Marketing Program, July 17, 2017.
- "Challenging Your Mental Models," Nanjing Sample Tech Strategic Leadership Program, July 12, 2017.
- "Challenging Your Mental Models," Comcast Women in Leadership Program, June 21, 2017.
- "The Power of Impossible Thinking," Global CEO Program, March 13, 2017.
- "Challenging Your Mental Models." McKesson Health Solutions Product Management Program, March 7, 2017.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging Your Mental Models and Toward New Marketing and Paradigm: Implications & Actions," Vertex Portfolio Leadership Program, November 30, 2016.
- "Challenging and Changing Your Mental Models," Hero Motor Corp: The iLead Senior Leadership Development Program, November 29, 2016.
- "The Power of Impossible Thinking: Challenge Your Business and Mental Models," LinKS at Wharton, November 1, 2016.
- "Challenging and Changing Mental Models," IDC at Wharton, October 31, 2016.
- "The Power of Impossible Thinking: Challenge Your Business and Mental Models," PVH Global Leadership Program, September 27, 2016.
- "The Power of Impossible Thinking," Lubrizol Executive Development Leadership Program, May 25, 2016.
- "Challenge your Mental Models," SEI Senior Strategy Program, May 9, 2016.
- "Challenge Your Mental Models Implications & Actions," MedStar Leader of the Future: Accelerated Leadership Program, April 27, 2016.
- "Challenge Your Mental Models Implications & Actions," Estee Lauder Brand Leadership Program, March 14, 2016.
- "Challenge Your Mental Models Implications & Actions," Global CEO Program, March 14, 2016.
- "Mental Models Towards a New Marketing Paradigm: Implications & Actions," Vertex Portfolio Leadership Program, February 3, 2016.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging Your Mental Models," Comcast Women in Leadership Program, November 11, 2015.
- "Challenging Your Mental Models," US Trust - Executive Performance Leadership Program, November 3, 2015.
- "Challenging Your Mental Models," Sumitomo Mitsui Banking Corporation, Global Leadership Program, October 26, 2015.
- "Challenging Your Mental Models," Estee Lauder HR Program, October 20, 2015.
- "Challenging Your Mental Models," IDC, Philadelphia, October 12, 2015.
- "The Power of Impossible Thinking," PVH Global Leadership Program, September 29, 2015.
- "Challenging the Mental Models of an Industry: The Case of the Future of Advertising," Education Entrepreneurship, Penn GSE, July 23, 2015.
- "Challenge Your Mental Models," Education Entrepreneurship, Penn GSE, July 23, 2015.
- "Challenging Your Mental Models: A Necessary Condition for Creativity and for Staying Ahead of the Curve" Accessory Council, April 25, 2015.
- "Challenging Your Mental Models," Estee Lauder, April 14, 2015.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging and Changing Your Mental Models," IDC Herzliya Arison School of Business, October 20, 2014.
- "Challenging Your Mental Models," Estee Lauder, April 2, 2014.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Challenging Your Mental Models," Estee Lauder, February 28, 2013.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenges and guidelines for building learning effectiveness," 2012 Inaugural AIM-AMA Sheth Foundation Doctoral Consortium, July 29, 2012.
- "Challenging Your Mental, Business and Revenue Models," Wharton Alumni Club – Beijing, July 25, 2012.
- "Challenging Your Mental, Business and Revenue Models," Wharton Alumni Club – HK, July 20, 2012.
- "Challenging Your Mental Models," SEI Trust Company Operations, July 16, 2012.
- "Challenging Your Mental Models," Israel Police Senior Management Program, June 11, 2012.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging Your Mental Models in the Age of Empowered Consumers and Networks," SEI Executive Network, November 2, 2011.
- "Challenging Your Mental Models," Estée Lauder Companies Global Marketing Symposium, November 1, 2011.
- "Challenging Your B2B Mental Models," Google's Think B2B: Deconstructing Today's B2B Customers, October 6, 2011.
- "The Power of Impossible Thinking," Austria Connect, September 9, 2011.
- "Challenging Your Mental Models," NESS Executive Session and IDC, May 23, 2011.
- "Challenging Your Mental Models," Perry Ellis Session, May 17, 2011.
- "Should We Challenge Our Mental Models of Creative?" FoA Future of Creatives and Creative Ideas in a Digital World, March 18, 2011.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging Your Mental Models," Tyco Electronics Leadership Development Program @ Wharton, Novmber 16, 2010.
- "Challenging Your Mental Models," Discount Bank, Israel, May 25, 2010.
- "Challenging Your Mental Models," Mellanox Technologies, Israel, May 25, 2010.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging Our Mental Models," Jay H Baker Advisory Board Meeting, November 30, 2009.
- "Challenging the Mental Models of Top Management," IDC's CEO Forum, November 19, 2009.
- "Challenging Your Mental Models," Wharton Combined Boards Meetings, October 23, 2009.
- "Challenging Your Mental Models," Partner, June 2, 2009.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Power of Impossible Thinking," Alumni Leadership Conference, May 24, 2007.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Power of Impossible Thinking: Implications for OD," Organizational Development Network of Greater NYC, October 17, 2006.
- "Should the Alumni Leadership Challenge their Mental Models?" Alumni Leadership Conference, October 14, 2006.
- "The Power of Impossible Thinking," Wharton Staff Workshop, September 12, 2006.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Wharton School Publishing and the Power of Impossible Thinking," Presentation to the Board of the Jay H. Baker Retailing Initiative, October 6, 2005.
- "The Power of Impossible Thinking," Opening Session: Transform Your Business with New Thinking and New Models, The 51st Annual ARF Convention, Research Powered Marketing: New Models for Growth, April 2005.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Power of Impossible Thinking in Meeting the Jim Stargel Challenge," ARF Breakthrough Conference, November 4, 2004.
- "Challenging Your Mental Models: And Their Implications for Innovation in Marketing Strategy," KPMG Global Insurance Institute, December 2003 and November 2004.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Disruptive Technology—Rethinking Your Mental Models," Forbes Global CEO Conference, Singapore, September 2001.

3) **Growth and Transformation**
- "The Architecture of Disruption," The Leadership of East Spring Investments, NUS and NUHS, The

National Gallery at the National Gallery of Singapore, September 25, 2019.
- "Strategic Diversification Outside of Greater China," 2019 Fung Retailing Group Advisory Board Meeting, September 22-24, 2019.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Architecture of Disruption: Conversation with Jerry Wind," CEO Trust, September 21, 2018.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "7 Guidelines for Profitable Growth Strategies in Turbulent Times," NY Accessory Council Meeting, April 9, 2015.
- "Meeting the Challenges and Opportunities of the New Economy: And 8 Guidelines of the New Economy," The Li & Fung & Fung Group President's Forum, Janurary 24, 2015.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Growth Rules: Getting to $2.50," SEI Growth Forum, May 21, 2013.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Changing Business Environment: Key Trends and Opportunities & Their Growth Implications for SEI," SEI Management Meeting, May 3, 2012.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Growth, Interactive Marketing and Business Strategies in the Age of the Empowered Consumer," Wharton Global Alumni Forum, June 24, 2011.
- "The Challenge of Ethical Leadership Lessons from 'Inside Job'," The Leadership in Film Series, April 20, 2011.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Perspectives on the Changing Economy," AMA Session, February 20, 2010.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Profitable Growth Opportunities in times of Crisis and Rebirth," Jay H Baker Advisory Board Meeting, November 30, 2009.
- "Opportunities in Times of Crisis," SEI Center Annual Board Meeting, October 9, 2009.
- "Opportunities in Times of Crisis," Baker Retailing Initiative, June 23, 2009.
- "Member Managed Relationship: Opportunities for Growth," AAA Management Meeting, June 11, 2009.
- "Innovation and Creativity in Time of Crisis," The Israeli Innovation Forum at IDC, May 31, 2009.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Leadership in a Changing World," University of Monterrey Executive Leadership Across a Global Platform, October 3, 2008.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Future of the Corporation Survey Results," SEI Center Board Meeting, November 16, 2006.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "How Should Directors Think About Directing?" The Governance Summit, October 27, 2005.
- "Barcelona 2020: Strategic Options and Action Plans," The Barcelona Group Philadelphia Meeting, July 18, 2005.
- "Decision Aiding Technologies and the New Theory of the Firm," with Paul Kleindorfer, Mack Center for Technological Innovation Conference on Using Technology to Improve Decision Making, May 27, 2005.
- "The Silver Lining: Seeing Opportunities in Risk," Recent Advances in Operations and Risk Management Conference in Honor of Paul Kleindorfer, May 5, 2005.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Challenge of Corporate Governance," IAM Conference, Barcelona, Fall 2003.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Corporate Transformation: Lessons for Japan," Marunouchi Global Center First Executive Program, November 2002.
- "Leading Transformation Lessons for Mexico," TeleTech's Top Executive Program, October 2002.
- "Wharton on the New Reality of Business: Insights from Our Experience," presentation with Robert Mittelstaedt to the Wharton Combined Boards, March 8, 2002.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Capturing Opportunities in the Post 9/11 Reality," The Wharton Club of Israel, December 2001.
- "What Keeps Us Up At Night?: Post 9/11 Survey of US CEOs – Top Line Results," SEI Center Board, October 2001.
- "Capturing Internet Opportunities Above the Low-Hanging Fruit," Business Week "Rethinking the

Internet," Conference, Chicago, October 2001.

- "Making Strategy Happen: Problems, Progress and Proposed Actions for Winning in the Changing Global Information Age," Li & Fung Distribution Annual Conference, Hong Kong, July 2001.
- "Globalization of Technology Startups," Wharton-Israel Global Alumni Conference on the Globalization of Technology Intensive Business, March 2001.
- "The e-Bus Challenge," the Top Executives of the Bank of East Asia, March 2001.
- "Developing a Strategy," ICA Board, March 2001.
- "e-Business: The Lessons to Date and Implication to Management Practice, Research and Education," opening lecture of the PricewaterhouseCoopers Management Consultants e-Bus Chair at the Graduate School of Business Studies at Katholieke Universiteit Leuven, Belgium, February 2001.
- "Driving Change: New Business Models for the Global Digital Age," Opening Lecture of the PricewaterhouseCoopers Management Consultants, e-Business Chair, Graduate School of Business Chair, Graduate School of Business Studies, Katholieke Universiteit Leuven, Belgium, February 2001.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "e-Transforming an 'Old Economy' Business," Wharton-Singapore Management University Conference: e-Business in the New Millennium, July 2000.
- "Creating an e-Business," Wharton-Singapore Management University Conference: e-Business in the New Millennium, July 2000.
- "Preparing for Leadership in the Changing e-Business Environment," CEO Circle, May 2000.
- "Preparing for Leadership in the Changing e-Business Environment," CEO Circle, May 2000.
- "Building Communities," Virtual Communities and the Internet, April 2000.
- "Valuation: Valuable or Value Less," Entering the Virtual Millennium, Wharton North American Regional Forum, April 2000.
- "Customization Strategies for Financial Services in the Global Information Age," the Citigroup and Simon Graduate School conference on Electronic Banking Commerce, New York. February 17-18, 2000.
- "Emerging Trends in the Pharmaceutical Industry and the Expected Scenarios," Innovative Managed Care Contracting, January 2000.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Winning the High Tech Wars: Strategies for Driving Change," NEC Management Team, Tokyo, April 1998.
- "The Challenge of Market Leadership," Bristol-Myers Squibb Medical Devices Group, January 1998.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -.
- "Driving Change: Preparing for the 21st Century," Business Writers Seminar, December 1997.
- "Preemptive Strategies," Wharton Executive Education Competitive Marketing Strategies, June 1997.
- "Toward a New Corporate Governance Model: Lessons from the Japanese and U.S. Experience," With Masaru Yoshitomi, the Corporate Governance Workshop, March 1997.
- "Creating a Leading Global Medical Communication Company for the 21st Century," Medicus Group International, Inc., March 1997.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Challenge of Competitive Strategies in the Global Information Age," The Interdisciplinary Center, Herzliya, Israel, December 1996.
- "The Technology Challenges for Family Business," Technology Day: The Web, The Future and You, the 1996 Family Firm Institute Conference, October 1996.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Business in the Global Information Age," The Interdisciplinary Center of Business, Law and Technology, December 3, 1995.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "AHP in Top Management Decisions," The Keynote address of The International Conference on AHP Washington, DC, July 11, 1994.
- "Creating a 21st Century Enterprise," Poon Kam Kai Institute of Management, The University of Hong Kong, June 16, 1994.
- "Market Driven Quality," at the Beyond Quality: Organizational Transformation to the 21st Century Enterprise, March 17-18, 1994.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Getting the Most out of Benchmarking," Board of Directors of Wharton's Alumni Association, May 14, 1993.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- Executive Development 1992, 1993.
- "The Market Driven 21st Century Enterprise: Implications for Law Departments," Presentation at the SmithKline Beecham U.S. Law Department Conference on Customer Focus Continuous Improvement, April 28, 1992.
- "Preparing for the 21st Century Today," Securities Industry Institute, 40th Anniversary Program, March 1992.
- "The Successful 21st Century Enterprise as Customer Driven: Implications for Marketing and Management Science," University of Texas at Austin, Faculty Colloquium, February 1992.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Management in the 21st Century: Implications to the Fragrance Industry," Summit 2000 Conference of the Fragrance Association, April 8, 1991.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Research Priorities in the Information Technology Area," MSI, Information Technology Steering Group, January 18, 1990.
- "Building the 21st Century Corporation Today: A Marketing Perspective," MASTERSHIP, Los Angeles, January 9, 1990.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Management in the 21st Century: Implications for Management Research and Education," University of California, Irvine, April 27, 1989.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Foreign Market Entry and Import Protection Strategies," Israel Institute of Management, October 1984.
- "The CEO and the Board," Strategic Management Conference, October 1984.

## 4)  Marketing and Branding

- "Digital Marketing: Insights from the Wharton Future of Advertising Program," LMC: Business Acumen Program, January 16, 2019.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Retail Technology and Marketing Trends: Conversation with Fung Retailing Board and Management," 2018 Fung Retailing Group Advisory Board Meeting, October 29-31, 2018.
- "Marketing in the Digital World: Lessons from the Future of Advertising," Merck: Advanced Digital Marketing Academy, The Wharton Future of Advertising Program, June 28, 2018.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "First 100 Days of Digital Marketing," Aresty Institute – Digital Marketing Strategies for the Digital Economy, November 28, 2017.
- "Reimagine Knowledge@Wharton:The Reason for Winning the New Nobel Prize for Most Useful Business Resource (Parts 1&2)," Idealized Design Workshop, September 22, 2017.
- "Reimagine B2B Marketing: Building Your Own Action Agenda," Penn State Institute for the Study of Business Markets, September 20, 2017.
- "Digital Storytelling," Future of Advertising Program, September 13, 2017.
- "Reimagine B2B Marketing: Building Your Own Action Agenda," FOA Program, September 2, 2017.
- "First 100 Days of Digital Marketing," Digital Marketing Strategies for the Digital Economy, June 5, 2017.
- "Reimage Marketing: Implications for Knowledge@Wharton," Knowledge@Wharton Board Meeting, May 24, 2017.
- "Reimagine Marketing," Marketing Hall of Fame Induction Ceremony, May 11, 2017.
- "Reimagine Marketing," The Wroe Alderson Lecture, April 13, 2017.
- "The Challenge of Personalization," Lessons from the Future of Advertising Program, Amazon Outbound Marketing Summit, March 21, 2017.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "The Evolutionary (Disruptive?) Practive of Marketing," J&J Global Marketing Summit, August 2, 2016.
- "The Five Forces of Change and their Implications to Marketing Capabilities," Global Marketing Excellence Summit, May 5, 2016.
- "The New Age of Marketing," Fung Retail Group Board Meeting Shanghai, March 30-31, 2016.
- "Designing an Idealized Marketing Function," SEI Corporate Marketing Retreat, January 1, 2016.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Toward a New Marketing Paradigm: Implications for Action," Vertex Portfolio Leadership Program, February 10, 2015.
- "The CMO Advantage: Evolving Beyond the Digital Revolution," CMO Advantage, Penn Club of New York, February 6, 2015.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Towards a New Marketing Paradigm: Implications for Action," Vertex/Wharton Program, November 19, 2014.
- "From Big Data to Smart Data," Forbes CMO Next, November 5-7, 2014.
- "Coping With and Leveraging Disruptive Technologies," Rocket Fuel Management Conference, May 13, 2014.
- "Samsung," April 7, 2014.
- "Marketing in the Age of the Omnichannel Consumer," The Estee Lauder Companies Global Marketing Symposium at Wharton, April 7, 2014.
- "Marketing and Business Models 2.0 for the UOB and the National Gallery," Singapore, March 18, 2014.
- "The Omnichannel Challenge: Progress, Drivers, Problems, and Prospects," Fung Retailing Group, February 18, 2014.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Strategic Review," Estee Lauder North America Leadership Meeting, November 15, 2012.
- "Perspectives on Marketing Strategy and Financial Performance," 2012 Inaugural AIM-AMA Sheth Foundation Doctoral Consortium, July 28, 2012.
- "Assessing the ROI of Marketing Strategy," 2012 Inaugural AIM-AMA Doctoral Consortium, July 28, 2012.
- "The Future of Retailing is Now," Li & Fung Retailing Holding Co., July 23, 2012.
- "Client Experience and Engagement," SEI Global Wealth Services Executive Network, May 15, 2012.
- "The Future of Branding and Intellectual Property in Marketing: The Challenge" Brands and Branding in Law, Accounting and Marketing Conference at UNC, April 13, 2012.
- "Rethinking Marketing in the Age of the Empowered Consumer," Temple University Fox School of Business, March 16, 2012.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Conversations with MARS Catalyst & Marketing Lab, MARS, November 8, 2011.
- "Designing TV Commercials That Maximize Social Diffusion," MARS, November 8, 2011.
- "The Myth of the Four-Minute Mile and its Implication to B2B Marketing," Google's Think B2B: Deconstructing Today's B2B Customers, October 6, 2011.
- "Marketing and Business Strategy in the Age of the Empowered Consumer," SEI Private Banking Executive Network, June 16, 2011.
- "Marketing and Business Strategy in the Age of the Empowered Consumer," Wharton Fellows @ The Conference Board:  Fellows Breakfast & Program, June 3, 2011.
- "MSI- The Philadelphia Story," MSI 50th Anniversary, April 26, 2011.
- "Marketing Communication in the Digital Era," MSI 50th Anniversary, April 26, 2011.
- "Marketing:  What's Next," Wharton Fellows at the Conference Board: Philadelphia Master Class, January 22, 2011.
- "Accelerating & Improving GTM Strategies Via Effective Experimentation,"  SEI Marketing Group Meeting, January 2011.
- "Marketing and Business Strategies in the Age of the Empowered Consumer," The Wharton Club of London, February 15, 2011.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Getting the Most Out of Your Interactive Marketing Dollars," Wharton Club of Southern California, November 18, 2010.

- "7 Advertising Myths," Wharton Alumni Webinar, April 22, 2010.
- "Revitalizing Brands and Reinventing Marketing," SEI – Leumi Executive Meeting, December 14, 2010.
- "Go To Market Strategies 10 Interrelated Questions" SEI Marketing Leaders Workshop,  November 9, 2010.
- "The Challenge of Customer Centricity", GSK Executive Leadership, November 9, 2010.
- "Marketing Careers," Wharton Marketing Conference, November 12, 2010.
- "Marketing of Israel," Gratz College, May 6, 2010.
- "7 Advertising Myths," M Factor, May 5, 2010.
-  "Global Business Branding," America-Israel Chamber of Commerce, April 14, 2010.
- "Marketing Implications of the Changing Economy," AMA Winter Marketing Educators Conference, February 20, 2010.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Leveraging Social Media," The Fox Chase Cancer Center Leadership, December 15, 2009.
- "Leveraging the PMA's Marketing and Pricing Strategies," A Discussion on Reverse Marketing for the PMA, July 20, 2009.
- "The Challenge of Marketing Israel," Wharton Alumni Club of Pacific Palisades, July 8, 2009.
-  "Marketing Strategy Discussion Guideline," PhD Seminar, March 27, 2009.
- "Some Observations on the Changing Retail Scene," The Wharton Retail Club Seminar on Industry Trends, March 18, 2009.
- "Can We Brand Our Customers and Not Our Products?" MPlanet Round Table, January 27, 2009.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Market Driven Strategy," and "Integrated Global Marketing Strategy [in Times of Crisis]," Newell Rubbermaid Marketing Excellence Program, September 17 and 19, and December 10-11, 2008.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Rigor & Relevance: A Key Marketing Challenge," The Buck Weaver Award Presentation, September 7, 2007.
- "Global Branding & Marketing," TEVA Israel Leading Your Business, June 28, 2007.
- "The Wisdom of Crowds in Today's Digital World We vs. Me," Milken Global Conference, April 23, 2007.
- "Brand Names and Logos: Implications to Language Instruction," Penn's Language Faculty, March 22, 2007.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Customer Value: Strategies for the Long Term," Marketing Precision Conference: The Value of Marketing, September 27, 2006.
- "Does Korean Marketing Need Reform?" Korean Marketing Club, Seoul, June 5, 2006.
- "Redefining Marketing for the 21st Century," Wharton Club of Korea, Seoul, June 3, 2006.
- "Brand Names and Logos," Penn Humanities Forum on Word and Image, February 2006.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Recent Developments in Marketing and Branding Strategies," IDC Board of Directors Meeting, August 25, 2005.
- "Effective Marketing Planning: What It Is and How to Produce It," JCCA Conference, April 2005.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Strategic Shifts and the Balance of National Security: Summation," J. K. Herzliya Conference, Israel, December 2004.
- "Return on Marketing Investment: Progress, Problems and Prospects," Address to the CMO Group of the conference board, October 6, 2004.
- "Challenges of Identifying, Developing, and Capturing Opportunities: A Fresh Look at Marketing," SEI Center Board Meeting, October 1, 2004.
- "Challenging the Mental Models of Marketing," A State of Marketing Symposium, Does Marketing Need Reform? Boston, August 9, 2004.
- "Should We Challenge Our Mental Models for Building Better Brands?" Med Ad News Conference on Building Better Brands, Philadelphia, July 28, 2004.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Changing Nature of Marketing: Implications for Research, Teaching, and Practice," The Elsevier Science Distinguished Scholar Award Lecture at the Society for Marketing Advances, New Orleans, November 6, 2003.

- "The Interdisciplinary Challenge of Marketing," Ph.D. Proseminar, February 2003.
- "Convergence Marketing: Strategies for Reaching the New Hybrid Consumers," a Webcast at the University of Wisconsin Consortium for Global e-commerce, January 2003; and a Soundview Teleconference, May 2003.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Managing the Complexities of the Convergent and Multi-Channel Marketing," CMO Summit, October 30, 2002.
- "Marketing Driven Strategies for Today's Economy," Alumni Presentation, May 10, 2002.
- "Pioneer and Late Entrants: Winning Strategies," Viagra, Cardura, Darifenacin WWT Meeting, April 9, 2002.
- "The Interdisciplinary Challenge of Convergence Marketing," Wharton Ph.D. Proseminar, March 8, 2002.
- "Marketing Driven Strategies in a Global Economy," IBM's Managing Director's Executive Development Program, February 13, 2002.
- "Should You Have a Chief Marketing Officer?" January 2002.
- "Convergence Marketing: The Challenge for the On-Demand Era," IBM's 2002 WW Summit for the On-Demand Era, 2002.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Target Audience, Public Opinion and Foreign Policy – A Marketing Perspective," Balance of National Strength and Security – The Herzliya Conference, December 2001.
- "The 5 Cs of Marketing: Capitalizing on the New Opportunities of Convergence Marketing," The Wharton Club, Atlanta, GA, November 2001.
- "Advances in Customer Focused Marketing and Business Strategy: The 5 Cs of Convergence Marketing," The International Academy of Management, Claremont Graduate University, November 2001.
- "Convergence Marketing: A New Marketing Strategy for the Global e-Business Environment," The Wharton European Forum, May 2001.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Whither System Thinking: Will Taking a Marketing Perspective be an Oxymoron?," Inaugural Conference of the Achoff Center for Advanced Systems Appraisal, September 2000.
- "New Marketing Rules for e-Business Success," UNIG, Singapore, August 2000.
- "New Marketing Rules for the Global Information Age," IBM Global Services Academic Conference, August 2000.
- "Marketing Driven Business Strategy in the Global Information Age," Managing Change in the New Millennium, Wharton-Singapore Management University Conference, July 2000.
- "A New Marketing Paradigm for the Global e-Business Environment: A Catalyst for Bridging the Gaps," Building Bridges & Broadening Perspectives: A Paradigm for the Next Millennium, 29th EMAC Conference, Rotterdam, May 2000.
- "Research Priorities in e-Commerce and Internet Marketing," Web Consortium, Pennsylvania State University's ISBM, March 2000.
- "Implications of the New e-Business Environment and Models for Management Research and Education," International Academy of Management, Barcelona Meeting, March 2000.
- "Marketing Driven Business Strategy in the Global Information Age," Studio Ambrosetti's top executive seminar in Padova and Milan, March 2000.
- "New Trends in Marketing Research," IDC, Herzliya, March 2000.
- "Digital Marketing: Towards a New Paradigm for the Global Information Age," Faculty Session- INSEAD, France, June 2000.
- "The Future of the Marketing Organization," The Future of the Marketing Organization, MSI Board of Trustees Meeting, Cambridge, Massachusetts, April 2000.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Towards a Research Agenda in E-Commerce and Internet Marketing," AMA Educators' Conference, San Francisco, August 1999.
- "Digital Marketing: Implication for the Future of Marketing Management Research and Research in Marketing," plenary session presentation AMA Marketing in the 21st Century, San Francisco, August 1999.
- "Marketing Strategy in the Global Information Age: Implications for Research and Modeling," PhD. And Faculty Seminar IESE Universidad de Navarra, Barcelona, March 8, 1999.

- "Implementation and Feasibility Issues of New Forms of Organizations: A Marketing Perspective," Wharton Impact Conference, March 1999.
- "A Marketing Perspective on Communitarian Policies," The Communitarian Summit, Washington, D.C., February 28, 1999.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "An Extended Marketing Perspective on Corporate Architecture for the 21st Century," Japan Marketing Association, World Marketing Conference, Tokyo, April 1998.
- "The Challenge of Customer-Driven Product and Service Customization," Senior management of Convatec, March 1998.
- "Towards a New Marketing Paradigm," AMA Winter Marketing Educators' Conference, February 1998.
- "Positioning and Segmentation in the Global Information Age," IMS Marketing Management Meeting, January 1998.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Competitive Marketing Strategies, "Preemptive Strategies," 1997, 1998.
- "Market Segmentation in the Global Information Age," Wharton – IDC Program in Marketing Communications, December 7, 1997.
- "Integration of Marketing and other Business Functions: The Wharton Experience," AMA: 1997 Faculty Consortium B Chicago, August 1997.
- "Positioning and Segmentation Opportunities for Synergy and Growth," Cognizant Group's Marketing Council, July 1997.
- "Communicating and Marketing Your Excellence," Volunteer Committees of Art Museums - VCAM Conference, Philadelphia, April 1997.
- "The Challenge of Information Technology to Marketing and Retailing in the 21st Century," University of Tokyo, April 1997.
- "Marketing Strategy in the Global Information Age: Implications for Modeling and Research," Ph.D. Proseminar, February 28, 1997.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Marketing: The State of the Art," Conference of the 2nd International Workshop on Economics and Management, Santiago, Chile, October 1996.
- "Creating a 21st Century Enterprise: Implications for Marketing Practice, Research and Education," Keynote Address, 2nd International Workshop on Economics and Management, Santiago, Chile, October 1996.
- "Marketing Strategy in the Global Information Age: Implications for Research and Modeling," AMA 1996 Doctoral Consortium, July 1996.
- Segmentation in the Global Information Age: Accomplishments, Problems and Challenges," The 1996 Converse Award Presentation, May 7, 1996.
- "Advances in Marketing," Janssen Pharmaceutica, April 18, 1996.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Marketing Issue in the Global Economy," Wharton Doctoral Consortium, August 11, 1995.
- "A View of Marketing Through the Prism of the 1977 and 1995 Doctoral Consortia," Wharton School, Doctoral Consortium, August 8, 1995.
- "Toward a New Marketing Paradigm," Ambrosetti Group's A.F. Meeting (Rome, Italy), March 8, 1995.
- "Toward a New Marketing Paradigm: Lessons From and Implications to the Marketing of Services," Ambrosetti Group's Chief Executive Seminar (Milan, Italy), March 7, 1995.
- "Marketing in the Pharmaceutical Industry: Emerging Challenges and Opportunities," P.A.C. Pharmaceutical Meeting: New Thinking, New Customers. February 28, 1995.
- "Beyond Brand Management," Wharton MBA Marketing Club, January 23, 1995.
- "The Value of Marketing Program," Janssen Pharmaceutica, January 9, 1995.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Research Priorities in Marketing as Derived From the SEI Center for Advanced Studies in Management Work on Creating Successful 21st Century Enterprises," Doctoral Proseminar, November 16, 1994.
- "Entering the U.S. Consumer Durable Markets," Nijenrode Executive MBA Program, August 4, 1994.
- "The Challenge of a New Marketing Paradigm," University of Texas at Austin, March 23, 1994.
- "Creating a Successful 21st Century Enterprise: Implications for Business and Marketing Theory,

Practice, Research and Education," The University of Tokyo, November 4, 1994.

- "The Marketing Challenges for the Philadelphia Orchestra," Presentation to the Board of Trustees of the Philadelphia Orchestra, March 1, 1994.
- "Re Engineering Pharmaceutical Marketing," 1994.
- "Is Your Marketing Obsolete? Implications of the New Marketing Paradigm for Business and Non-profit Organizations," YPO Philadelphia Chapter University, The Cloister, September 1994.
- "The Value of Marketing: A Research Agenda," Value of Marketing Conference, Stanford University, August 9, 1994.
- "Determining the Value of Marketing: A New Challenge to the Discipline," San Francisco AMA Conference, August 8, 1994.
- "Electronic Commerce: Progress and Prospects," AMA Conference, San Francisco, August 8, 1994.
- "Advances in U.S. Marketing and Their Implications to China," Joint faculty seminar of the School of Economics and Management, Tsinghua University and the School of Management, Peking University, June 15, 1994.
- "Toward a New Marketing Paradigm," a faculty seminar at the Hong Kong University of Science and Technology, School of Business and Management, June 14, 1994.
- "Empirical Generalizations in Marketing: Opportunities for MSI Research Program," MSI Board of Trustees Meeting, April 29, 1994.
- "Empirical Generalizations in Marketing: Some Observations," Wharton Conference on Empirical Generalizations in Marketing, February 16-18, 1994.
- "Increasing Marketing Effectiveness," Executive Conference of Schering-Plough International, January 18, 1994.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Value of Pharmaceutical Advertising and Promotion," Coalition of Healthcare Communication Conference, Marketing Conference in an Era of Change, New York October 27, 1993.
- "Advances in Marketing Strategies," Nijenrode University Executive Program, August 6, 1993.
- "Global Consumer Brand Strategies: Problems and Prospects," Seminar for the Business Partners of the Norwegian School of Management, June 11, 1993.
- "Marketing Opportunities in Japan and East Asia," with Hotaka Katahira and the International Forum Participants, April 18, 1993.
- "Toward a New Marketing Paradigm: Implications for Marketing Departments," Advisory Board Meeting of the Wharton Marketing Department, April 8, 1993.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Third Workshop on Marketing and Competitive Advantages with Ambrosetti Group, Milan on "The Customer Driven Company: From Concept to Reality," November 27-28, 1992.
- "The Global Marketing Challenge," Unilever Marketing Day, November 23, 1992.
- "The Strategic Impact of Market Driven Quality," with Paul R. Kleindorfer. ORSA/TIMS, San Francisco, Session on Customer Satisfaction and its Role in Global Competition. November 1992.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Marketing Skills and Strategies for the 1990's," Pfizer International Marketing Managers, Lambertville, NJ, December 1989.
- "Competitive Advantage Through Strategic Marketing," Contel Corporation, Lake of the Ozarks, MO, October 1989.
- "The Contributions of Strategy and Other Business Functions to the Creation of Innovative Marketing Knowledge," AMA Marketing Educators Conference, Chicago, August 1989.
- "Strategic Marketing," Studio Ambrosetti AP Milan Group, May 17, 1989.
- "The Marketing Challenge for Top Management:, Promises and Pitfalls of Expert Systems," University of California, Irvine, April 27, 1989.
- "A Contrarian Approach to Effective Pricing," The Pricing Institute, New York, March 7, 1989.
- "Achieving Competitive Advantage in Marketing," Securities Industry Association, Philadelphia, PA, March 6, 1989.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Courtyard by Marriott: Designing a Hotel Facility with Consumer Based Marketing Models," presented to the TIMS/AMA seminar Marketing Science: A Developmental Tool for Management Scientists, New York, November 16, 1988.
- "Technology and Marketing-Driven Global Portfolio of R&D Projects," with Robert DeLuccia presented at the ORSA/TIMS Joint National Meeting in Denver, Co, October 26, 1988.

- "Pitfalls and Challenges of Global Marketing," Second International Conference on Marketing and Development, Karl Marx University, Budapest, Hungary, July 12, 1988.
- "Information Technology and Marketing Strategy," with Eric Clemons, presented at IS, TC and Strategy Plenary Meeting, January 1988.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "A New Challenge for Human Resource Management: Incorporating a Marketing Perspective," The Lauder Institute: International Human Resource Conference, December 1987.
- "Advances in Marketing Strategy and Research," Wharton Alumni Club, Milan, October 1987.
- "Marketing and Corporate Strategy," Studio Ambrosetti, Milan, October 1987.
- "Marketing for Financial Institutions," Studio Ambrosetti, Milan, October 1987.
- "Proactive Marketing Research and Modeling: Pitfalls and Prospects," PMRG Fall 1987 meeting, Captiva Island, Florida, October 1987.
- "Turning Salespeople and Non-Marketing Executives into Marketing Strategists," AMA Marketing Educators' Conference, Toronto, August 1987.
- "International Marketing," Wharton Alumni Club, Toronto, August 1987.
- "Marketing and Technology: Progress, Problems, and Prospects," European-American Symposium, Enschede, The Netherlands, June 29-July 1, 1987.
- "Market Segmentation: Shortcomings and Opportunities," 1987 Attitude Research Conference, West Palm Beach, Florida, May 1987.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Advances in Management Strategy: A Marketing Perspective," The Institute of Management Consultants, March 1986.
- "Advances in Global Marketing Strategy: Concepts, Methods, and Applications," International Symposium on Recent Developments in Management Research, Helsinki, Finland, 1986.
- "The Marketplace of the Future: Global Consumers," Advertising Research Foundation 50th Anniversary Conference, March 1986.
- "A Marketing Perspective for Public Management: Research Implications," Wharton Department of Public Policy and Management Brown Bag Seminar, January 1986.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Marketing to the U.S." A special meeting of the Chinese Management Association and the Taiwan Ministry of Trade, Taipei, July 1985.
- "Advances in Portfolio Analysis and Strategy," Chinese Management Association, Taipei, July 1985.
- "New Development in Marketing and Planning," WEFA/Lauder Seminar, Sessions on Advances in Market Segmentation, Product Positioning and Portfolio Analysis and Strategy, Tokyo, June 1985.
- "Advances in Portfolio Analysis and Strategy," University of Illinois, Theories of Marketing Practice Conference, May 1985.
- "Micro Computers in Marketing," Marketing Science Conference, March 1985.
- "Global Marketing Strategies," New York University, 1985.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Diffusion Models: The State of the Art," ASA conference, 1984.
- "Generating and Evaluating Industrial Marketing Strategies Using the AHP," TIMS Conference, November 1984.
- MRCA Conference on "The Affluent Market: New Data and Methodologies in Financial Services Planning," November 1984.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Increasing Marketing Productivity," S.F. Chapter of the AMA, March 1982.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Advances in Segmentation," Philadelphia Chapter of the AMA, Conference on Market Segmentation, January 1981.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Marketing Strategy," Delaware Valley Hospital Strategic Planning Program, May 1980.
- National Agricultural Marketing Association, Philadelphia, March 1977 and February 1978.
- Marketing Planning Conference, The AMA Western Michigan Chapter, Grand Rapids, March 1976.

**5)  The Network Challenge**

- "New Business Models: Challenges and Opportunities," Mack Institute, November 20, 2015.
- "Exploring the Customer as the Core Axis for Transformation," Fast Forward: Executive Strategies for Digital Personnel & Organized Transformation, Penn Club of New York, November 2, 2015.
- "Business Model Multipliers and Innovative Business Models," LinKS @ Wharton G3, September 17, 2015.
- "The Digital Imperative," Global CEO Program, March 9, 2015.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Surviving & Thriving in a Hyper-Connected World:  An Ideal Design," WEF Risk in a Hyper-connected World Project, November 13, 2011.
- "From Firm Centric to Network Orchestration," MARS, November 8, 2011.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Network Challenge," SEI Connections Conference, June 8, 2010.
- "Organizational Networks for Effective Competition," Tyco, February 4, 2010.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Network Challenge," SEI PB&T Management Team, November 9, 2009.
- "The Network Challenge," SEI Center Annual Board Meeting, October 9, 2009.
- "Wharton Combined Boards Meeting Spring 2009 Opening Plenary Session," Wharton Combined Boards Meeting, April 2, 2009.
- "Competing in a World of Network Orchestration: Implications for Marketing," MPlanet, January 27, 2009.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Network Orchestration and Open Innovation Models," SEI Center Board Meeting, November 7, 2008.
- "Making Your Way in the New Flat World Economy," CASRO International Research Conference, May 6, 2008.
- "Competing in a Flat World," Wharton Club of NY, February 5, 2008.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Network-Based Strategies and Competencies," SEI Center Board Meeting, November 16, 2007.
- "Network Orchestration: Core Competencies for a Borderless World," Wharton-INSEAD Impact Conference: Network-Based Strategies and Competencies, November 9, 2007
- "Network Orchestration," Network-Based Strategies & Competencies Workshop, May 3, 2007.
- "Succeeding in a Flat World," The Wharton Economic Summit, Philadelphia, April 12, 2007.
- "Web 2.0 & Social Networking: Implications for Management," The Worldwide J&J Diabetes Franchise Leadership Team, January 3, 2007.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Changing Nature of Corporations: Competing in a Flat World," organizer and chair of a panel at the Milken Institute Global Conference, April 2006.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "An Extended Example of New Risks and their Management in Supply Chains," SEI Meeting, September 26, 2005.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Assessing Vulnerabilities," System Approaches to Terrorism Conference at George Washington University, July 15, 2002.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "State of the World: Trades, Problems and Prospects," YPO Philadelphia Chapter University, The Cloister, September 1994.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Selecting and Negotiating International Strategic Alliances: Applications of the AHP," TIMS Osaka, July 1989.

**6)  Future of Advertising**

- "The Future of Advertising: Digital Marketing Strategies for the Digital Economy," The Wharton Future of Advertising Program, June 13, 2019.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Future of Advertising: Digital Marketing Strategies for the Digital Economy," The Wharton

Future of Advertising Program, December 10, 2018.
- "The Future of Advertising: Digital Marketing Strategies for the Digital Economy," The Wharton Future of Advertising Program, June 25, 2018.
- "Guidelines for Turning Ad Avoiders Around," AdAvoidance X Science, April 19, 2018.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Marketing 2020, Towards Idealized Design," US Market Senior Leader Meeting, November 30, 2017.
- "The Future of Advertising," Aresty Institute – Digital Marketing Strategies for the Digital Economy, November 28, 2017.
- "The Road Ahead: Lessons from the Wharton Future of Advertising Program," CTAM Insights and Analytics Council, November 14, 2017.
- "Advertising 2020: Insights from the Wharton Future of Advertising Program," The Council for Research Excellence Future Webinar, October 26, 2017.
- "The Future of Advertising: Lessons for City Magazine Publishers," City Magazine Publisher Conference, October 13, 2017.
- "The Future of Advertising," Merck Marketing Program, September 28, 2017.
- "The Future of Advertising: Digital Marketing Strategies for the Digital Economy," Digital Marketing Academy Merck, July 17, 2017.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Future of Advertising: Digital Marketing Strategies for the Digital Economy," Wharton Future of Advertising Program, December 8, 2016.
- "The Future of Media in the Context of the Future of Advertising," The Media Future Summit, October 27, 2016.
- "The Role of the CMO in All-Touchpoint Value Creation," 2016 ANA Masters of Marketing Conference, October 19, 2016.
- "Don't Call it a Phone: Marketers' New Mobile Perspectives "Beyond Advertising," Advertising Week NYC 2016, September 28, 2016.
- "Reimagine Market Research: Insights from the Wharton Future of Advertising Program," ESOMAR Congress 2016, September 19, 2016.
- "Beyond Advertising: Creating Value Through All Customer Touchpoints," Pfizer, September 13, 2016.
- "Beyond Advertising: Creating Value Through All Customer Touchpoints," Integrated Marketing Virtual (IMV), June 23, 2016. <http://imv.targetmarketingmag.com/register/?source=Wharton>
- "New Creativity Standards for the Future," Cannes Lions, June 18, 2016.
- "Beyond Advertising: Creating Value Through All Customer Touchpoints," Marketing Science Institute, May 18, 2016.
- "Beyond Advertising: Creating Value Through All Customer Touchpoints," Turner Ad Lab, April 28, 2016.
- "Beyond Advertising: Creating Value Through All Customer Touchpoints," Edelman Lunch and Learn, April 26, 2016.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Network Orchestration Leadership for CMOs," ANA, NYC, December 11, 2015.
- "Beyond Advertising: Creating Value Through All Customer Touchpoints," Nationwide Meeting at SEI, November 10, 2015.
- "Beyond Advertising: Creating Value Through All Customer Touchpoints," WFoA Future Vision Series, November 9, 2015.
- "The Role of the CMO As a Network Orchestrator," ANA Master Circle Roundtable, Orlando, October 14, 2015.
- "Advertising in the Age of Watson," Cannes Lions, June 25, 2015.
- "Designing the Future of Advertising Now," Italia Innovation Program - Venice Innovation Cluster, June 30, 2015.
- "Beyond Advertising: Creating Value Through All Touchpoints" 2014 WFoA Future Vision Series (CAA), Los Angeles, June 5, 2015.
- "Addressing the Capabilities and Talent Challenges," ANA Workshop - Capability & Talent Leadership Program, Philadelphia, May 12, 2015.
- "Digital Opportunities in Luxury Retail," Online Luxury Retailing Conference, New York, April 30, 2015.

- "Beyond Advertising: Creating Value Through All Touchpoints," 2015 WFoA Future Vision Series, MDC Innovation Centre, NYC, April 10, 2015.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Text Mining vs. Surveys," The Advertising Research Foundation, March 26, 2014.
- "Saving the Golden Goose: A Framwork for Maximizing Effectiveness and Transparency in Native Advertising," Festival of Media – Asia Pacific, Singapore, March 17, 2014.
- "Get Ready for Advertising 2020… Now: Lessons from the Wharton Future of Advertising Program's Advertising 2020 Project," AMA Philadelphia, Chapter Meeting, March 7, 2014.
- "The Future of Advertising – Now!" CMO Workshop at Wharton, March 6, 2014.
- "Get Ready for Advertising 2020…Now: Lessons from the Wharton Future of Advertising Program's Advertising 2020 Project," FFWD Advertising & Marketing Week, Toronto, January 29, 2014.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Advertising and Media 2020:  Implications for Action," Cannes Lions Young Media Academy, June 19, 2013.
- "The New Frontiers of Retailing," Fung Group Idealized Workshop, May 29, 2013.
- "Creating an Agile and Innovative Organization: Lessons from the FoA Program," Strategic Agility & Innovation Workshop, IDC Herzliya, June 17, 2013.
- "Innovative Approaches to Measuring Advertising Effectiveness," Wharton Future of Advertising Program and Wharton Customer Analytics Initiative, May 16, 2013.
- "Insights from Advertising 2020," ARF Webinar, May 9, 2013.
- "Insights from Advertising 2020," ARF Rethink: Unparalleled Knowledge, Unparalleled Networking, March 17, 2013.
- "Facebook Roundtable," Wharton Future of Advertising Program, January 18, 2013.
- "The Implications of Advertising 2020," ARF Rethink 2013. March 19 2013," Wharton Future of Advertising, January 18, 2013.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Future of Advertising Program; Global Insight Roundtables: China," Beijing, July 25, 2012.
- "What's Next for Empirical Generalizations in Advertising," Emirical Generalizations in Advertising II: Whar works in the New Age of Advertising and Marketing, June 1, 2012.
- "The Secrets of Viral Ads," Wharton-MARS Project Update, March 2012.
- "The Secrets of Viral Ads," Post-Advertising Summit Story Worldwide, March 29, 2012.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Rethinking Marketing and Advertising Research," Future of Advertising Global Advisory Board Meeting, December 9, 2011.
- "Toward a New Mental Model of Advertising: Implications to Orchestration, Business & Revenue Models," FoA Orchestration Session, October 27, 2011.
- "The Future of Brand Building and Brand Experience: Blurring Boundaries Between Advertising and Retailing," Workshop Session with the Jay H. Baker Retailing Initiative, April 21, 2011.
- "The Future of Sports Advertising," WSBI Alumni Advisory Committee Mtg, April 7, 2011.
- "The Future of Marketing & Advertising: An opportunity for Preeminence," Wharton External Affairs Director's Meeting, March 21, 2011.
- The Future of Sports Advertising, Innovations and Experiments with Multi Touch Point Portfolios," Leverage Sports Agency, March 16, 2011.
- "The Future of Advertising, The Wharton Club of London, February 18, 2011.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Future of Advertising is Now," IESE, May 17, 2010.
- "Future of Advertising," Future of Advertising Project Global Advisory Board Working Session, March 10, 2010.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Future of Advertising: Progress and Prospects," Board Meeting of Ehrenberg-Bass Institute, November 10, 2009.
- "The Future of Advertising Project and The New Marketing Challenges," SEI Center Annual Board Meeting, October 9, 2009.
- "The Future of Advertising Project (Project Update)," Future of Advertising Project Global Advisory Board Meeting, October 8, 2009.
- "What We Know about Advertising: Implications for Management and Measurement," Audience Measurement 4.0, June 24, 2009.

- "Empirical Generalizations in Advertising: What We Know, Don't Know, Can't Know, and Should Know," Rethink The ARF Annual Convention, March 31, 2009.
  --------------------------------------------------------------------------
- "Taking Stock of Existing Advertising Empirical Generalizations," Wharton Impact Empirical Generalizations in Advertising Conference, December 4, 2008.
- "The Future of Advertising if NOW: Project Overview and Update," SEI Center Board Meeting, November 6, 2008.
  --------------------------------------------------------------------------
- "The Future of Advertising," SEI Center Board Meeting, November 16, 2007.


## 7) Future of Management Education

- "Reimagine Education," QS Reimagine Education Conference, November 29, 2018.
  --------------------------------------------------------------------------
- "Lessons from the Reimagine Education Global Competition 2014-2017," IDC Strategic Planning Meeting, December 17-18, 2017.
- "MBA for Executive at 40: Reflections and Musings about the Future," Executive MBA Program, November 11, 2017.
  --------------------------------------------------------------------------
- "Wharton Fellows' Singapore Master Class: The Next Big Thing," Wharton Fellows, October 2-5, 2016.
  --------------------------------------------------------------------------
- "Israel Knowledge@Wharton: Implications," Israel Knowledge@Wharton Launch Event and Working Forum, October 12, 2012.
  --------------------------------------------------------------------------
- "Managing Change in Higher Education: Challenges, Approaches & Action Plans," NACUBO Conference on Managing Change, September 30, 2011.
  --------------------------------------------------------------------------
- "Management Education 2020", Wharton Combined Boards Meeting, October 15, 2010.
  --------------------------------------------------------------------------
- "Reinventing Management Education," SEI Center Annual Board Meeting, October 9, 2009.
- Socially Responsible Capitalism Approaches to Improving Business and Government Relations," SEI Center Annual Board Meeting, October 9, 2009.
- "Future of Management and Management Education," SEI Center Annual Board Meeting, October 8, 2009.
- "The Financial Crisis and the Changing Relationship between Business and Government," Chiefs of Staff Meeting, September 15, 2009.
  --------------------------------------------------------------------------
- "Approaches for Redesigning the Total Wharton Experience," The Wharton School, May 15, 2009.
- "Challenging the Current MBA," January 1, 2008.
  --------------------------------------------------------------------------
- "Thought Leadership," The Wharton Economic Summit, April 12, 2007.
- "The Future of Management Education," International Academy of Management @ IMD, March 16 and 22, 2007.
  --------------------------------------------------------------------------
- "Perspectives on Research: Innovation, Impact, and Fun," The Joseph Wharton Scholars Senior Research Seminar, October 11, 2006.
- "Reinventing the MBA," Panelist at the MBA Roundtable Session on MBA 2020: Curricular Innovation for Tomorrow's Business School," October 6, 2006.
- "New Frontiers in the Practice of Management" with Paul Kleindorfer, CEO Workshops at IDC Israel, February 2006.
  --------------------------------------------------------------------------
- "Toward a New Theory of the Firm," SEI Center Board Meeting, October 7, 2005.
- "The Lauder Institute: 1984-2005: A Reexamination," The Lauder Institute, July 12, 2005.
  --------------------------------------------------------------------------
- "e-Bus: The Curriculum and Research Challenge: A Discussion with Jerry Wind," Faculty Seminar,

Graduate School of Business Studies, Katholieke Universiteit Leuven, Belgium, February 2001.

- "Reinventing Training for the Global Information Age," Delphi e-Learing Conference, January 2001.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Creating a University for the Global Information Age," The Inaugural Lecture of the Wharton-Singapore Management University, July 2000.
- "Reinventing the Business School for the Global Information Age," plenary session, The EFMD Deans and Directors Meeting 2000, Helsinki, Finland, January 2000.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Information Revolution and the Emerging Management Education Paradigm," On Line Educa, Berlin, December 1998.
- "Towards a New Management Education Paradigm," IDC Faculty Workshop, June 1998.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Choices and Strategies for Universities in the Global Information Age," Provosts Seminar on Information, February 1997.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Creating a 21st Century Enterprise," Universidad Adolfo Ibanez, Vina del Mar, Chile, October 1996.
- "Creating a 21st Century Enterprise: Implications for Boards of Directors," Enhance Board of Directors, September 1996.
- "The Stakeholder Challenge for Increased European Competitiveness," Wharton European Forum, (London, England), March 29, 1996.
- "The Next Enterprise: Creating a Successful 21st Century Enterprise Today," The Hong Kong Management Association, January 12, 1996.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Toward Virtual Management Education," International Academy of Management (Boston, MA), December 8, 1995.
- "The Virtual University: Research and Action Agenda," The Virtual University Conference, SEI Center, January 12, 1995.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "A New Management Paradigm for the 21st Century Enterprise," Conference of the International Academy of Management, December 9, 1994.
- "Textbook of the Future: A Perspective From the Virtual University Lab," April 8, 1994.
- Neuhauf Lecture, "The Impact of Marketing Science on Industry and Academia: Applications, Results and Lessons," at Rice University, March 23, 1994.
- "Role of Marketing in the New MBA Curriculum: Lessons from the Wharton Experience," AMA Winter Conference, February 21, 1994.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The New Wharton MBA Curriculum," Faculty seminar at Erasmus University, March 10 and June 10, 1993.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Designing & Implementing an Innovative MBA Program: Lessons from the Wharton Experience," Conference on the Future of Management Education in Israel, Jerusalem, Israel, October 16, 1991.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Globalization of Management Education: Options, Trade-Offs, and an Agenda for Implementation," AACSB Annual Meeting, Montreal, April 18, 1989.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Management Education in a Global Context," University of Pennsylvania Conference on Management Education and Foreign Languages, December 1984.

**8) Marketing Research & Modeling**

- "Reimagine Market Research: Insights from the Wharton Future of Advertising Program," ESOMAR Congress 2016, New Orleans, September 19, 2016.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Changing Role of Marketing Research," 2012 Inaugural AIM-AMA Sheth Foundation Doctoral Consortium, July 29, 2012.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Marketing Research in Times of Crisis," Navigating a New World Conference hosted by Greater NY and Phila Marketing Research Association, April 16, 2009.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Online Panels: Where We Are Today and in the Future," CASRO, June 22, 2007.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Adaptive Experimentation"  The Sammy Ofer School of Communications and Information," IDC Herzliya, September 9, 2005.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Research Challenges in the Management of Extreme Events: The Case of the Office Homeland Security," with Paul Kleindorfer, Advisory Board Meeting of the Wharton Managing and Financing Extreme Event Project, December 2001.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Marketing Science: Accomplishments and Challenges in the Global Information Age," Informs, November 1999.
- "Marketing Research in the Global Information Age: Practice, Problems, and Prospects," Wharton-IDC Marketing Communications Program, March 1999.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Creative Joint Ventures and the Potential Role of the University," Philadelphia-Israeli Chamber of Commerce, June 1997.
- "The Use of Conjoint Analysis-Based Survey to Determine Consumer Price Elasticities," Debriefing Session for the Anti-Trust Division, Washington, D.C., February 1997.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Address on Issues in Marketing Research for Legal Cases: Necessity of Using Controls and the Propriety and Risk of Repetitive Probes," Marketing and Public Policy Conference, Washington, D.C., May 1996.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Marketing Science at a Crossroad," Inaugural Presentation as the first holder of the Unilever-Erasmus Marketing Professorship, Erasmus University, February 18, 1993.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Time Based Competition: Implications for Marketing Science," INSEAD Faculty Presentation, January 1992.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Marketing Research and Modeling for the 21st Century Enterprise: The Emerging Crisis and its Challenges," Management Science Roundtable, Redington Beach, FL, February 17, 1991.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Concept Testing for Generating and Evaluating Positioning Strategies," PDMA Positioning Conference, New York, NY, March 6, 1990.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Second Generation Expert Systems: Incorporating Enhanced Explanation and Learning," Marketing Science Conference, Jouy-en-Josas, France, June 24-26, 1987.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Advances in Marketing Research and Modeling," Studio Ambrosetti, Milan, December 1986.
- "Expert Systems in Marketing," TIMS October 1986 Conference, Miami.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Contribution of Consulting to the Consumer Research Discipline," ACR conference, October 1984.

9) **Israel**

- "Innovative Pedagogical Approaches in Higher Education" IDC, March 25, 2015.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Getting the Most from Your Israel Visit," 2012 Faculty International Seminar to Israel/Turkey, April 25, 2012.
- "Israel:  Insights and Opportunities:  Background Discussion for GIP Israel Program," GIP Israel Program, November 16, 2010.
- "Making the Case for Israel," IDC Panel Discussion, Israel, May 26, 2010.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "The Challenge of Marketing Israel," Israeli MBA Conference, April 19, 2009.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "A New Management Paradigm for Israel's Schools of Management: Lessons from the New Wharton MBA Curriculum," Conference on the Future of Management Education in Israel, Jerusalem, Israel, October 16, 1991.

## 10)  Video Presentations: Illustrative Topics

- "The Future of Marketing: M.A.D.E.S. and R.A.V.E.S." Target Marketing, 2016.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Transforming Corporate Cultures by Celebrating Failures," Knowledge@Wharton in collaboration with Mphasis, Oct 13, 2015.
-  "The CMO Advantage: Evolving beyond the Digital Revolution," Wharton Executive Education, April 14, 2015. <https://www.youtube.com/watch?v=a1-qxoMCXIs>.
- "Should You & Can You Inspire Curiosity?" TEDxFreeLibraryofPhiladelphia, January 25, 2015.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Wharton Future of Advertising Research," Tsou, Rose & Wind, Jerry, The Festival of Media Asia 2014, March 16, 2014. <https://www.youtube.com/watch?v=79hIMyUB5fg>.
- "Should You & Can You Inspire Curiosity?" TED x Free Library of Philadelphia. September 17, 2014. <https://www.youtube.com/watch?v=Kx2ZF3-10B8>.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Can Technology Help Enhance Student Engagement?" Engaging Students Through Technology Symposium, November 1, 2013. <https://www.youtube.com/watch?v=FDRVrXUCeds>.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Four Minute Mile & Its Implications for B2B Marketers," Google Small Business, October 18, 2011. <https://www.youtube.com/watch?v=fXjnXz9-qPs>.

## 6.  PROFESSIONAL AFFILIATIONS AND AWARDS

**I.  Professional Affiliations**

1. Fellow of the International Academy of Management (since 1989), Chancellor 2000-2006, Vice Chancellor for the Americas, 1996-2000
2. Academy of International Business
3. American Marketing Associations
4. American Association for Public Opinion Research
5. American Psychological Association, Division of Consumer Psychology (Div. 23)
6. Association for Consumer Research
7. International Communication Association
8. Product Development and Management Association
9. Psychometric Society
10. Strategic Management Society
11. INFORMS – The Institute of Management Sciences
12. The Market Research Society (London)

**II.Professional Awards**

**1.  Honorary Degrees**

M.A. Honors, University of Pennsylvania, 1971

**2.  Awards**

- Inducted into the Marketing Hall of Fame, 2017
- Member of the Inaugural Cohort of the **AMA Fellows**, 2015.
- One of the original 10 *Legends of Marketing, 2009.*  An 8-volume set of anthologized work published by Sage, 2013.
- **Buck Weaver Award**, Massachusetts Institute of Technology, 2007.
- **Honorary Fellow of the Decade**, Interdisciplinary Center, Herzliya (Israel), May 2004.
- The **2003 Elsevier Science Distinguished Scholar Award** of the Society for Marketing Advances
- One of the **10 Grand Auteurs** in Marketing. [Alain Jolbert, EMS Management and Societe, 2000]
- One of 18 *JAR* articles in the Special Classics Issue **of articles that have withstood the test of time**. Nov./Dec. 2000.
- **The Paul D. Converse Award**, 1996.
- **American Marketing Association/Irwin Distinguished Educator Award**, 1993.
- **First Faculty Impact Award**, Wharton Alumni Association, 1993.
- First Runner-Up in the **1988 Franz Edelman Award for Management Science/Achieveme**nt.
- **The 1985 Charles Coolidge Parlin Award.**
- Elected as the 1984 member of the **Attitude Research Hall of Fame.**
- Delivered the 13th (1981) **Albert Wesley Frey Lecture**, University of Pittsburgh.
- My *Product Policy* book won the **1979 Book of the Year Award** given by the editors of Expansion (Mexico).
- Winner of two **Alpha Kappa Psi Foundation Awards** for the best article published in the *Journal of Marketing* in 1973 and 1976.
- Runner up of the 1983 **William O'Dell Award** for "the article published 5 years earlier in JMR which stood the test of time and made the most significant long run contribution to Marketing Theory, methodology and practice".
- **Winning paper** (with Paul E. Green) of American Psychological Association Division of Consumer Psychology, 1972 Research Design Co mpetition.
- A finalist (top 5) for the 1980 Wharton Award for teaching excellence.

**3.  Illustrative Citations**

- Third highest ranked Marketing Scholar in the University of Maryland's Kirkpatrick and Locke Faculty

Scholarship Study, 1985 (based on number of publications, citations, and peer ratings).
- 10th highest ranked marketing Scholar in the Cote, Leong and Cote "Assessing the Dissemination and Utilization of Marketing Research in the Social Sciences: A Citation Analysis Approach," 1990.

## 4.   Illustrative Research Grants

- National Science Foundation: U.P. Research Grant (Summer 1970);
- General Foods, the Jell-0 Division (1971);
- N.W. Ayer (1972) - (with Paul E. Green);
- Downe Communication, Inc. (1972);
- Lever Brothers (1972) - (with Paul E. Green);
- Thomas Jefferson University Hospital (1973);
- AT&T (1973);
- The Robert Wood Johnson Foundation Clinical Scholar Fund (1974);
- The John and Mary R. Markle Foundation with R.E. Frank (1975-1976);
- National Science Foundation (Grant No. 51575-12928) (1975);
- The National Health Care Management Center of the Leonard Davis Institute with Thomas Robertson (1977).
- Wharton Global Initiatives Research Program (2010)
- Wharton Sports Business Initiative Program (2010)
- Global Initiatives Research Program (2014

## 5.   Fellowships

- Hebrew University Awards 1959/1960; 1964/1965; 1965/1966;
- Ford Foundation Fellowship 1963/1964;
- Owen D. Young: General Electric Fellowship in Marketing 1964/1965; 1965/1966;
- Bankendorf Fellowship 1964/1965;
- Stanford University Fellowship 1964/1965; 1965/1966.

## 6.   Illustrative Recent Media Coverage

- Knowledge@Wharton:
  - Amazon vs. Walmart: Which One Will Prevail? [June 27, 2017]
    http://knowledge.wharton.upenn.edu/article/amazon-vs-walmart-one-will-prevail/
  - How Insurers Can Protect Against Digital Disruption [March 03, 2017]
    http://knowledge.wharton.upenn.edu/article/insurers-can-protect-digital-disruption-2/
  - How Platforms Will Disrupt the Future of Media and Entertainment [November 18, 2016]
    http://knowledge.wharton.upenn.edu/article/platforms-will-disrupt-future-media-entertainment/
  - Assets vs. Access: A Digital Reality for Commercial Real Estate [September 14, 2016]
    http://knowledge.wharton.upenn.edu/article/assets-vs-access-digital-reality-commercial-real-estate/
  - How Industrial Firms Can Pivot to Digital Business Models [July 25, 2016]
    http://knowledge.wharton.upenn.edu/article/industrial-firms-can-pivot-digital-business-models/
  - How to Get Your Enterprise Digitally Ready and Agile [April 27, 2016]
    http://knowledge.wharton.upenn.edu/article/how-to-get-your-enterprise-digitally-ready-and-agile/
  - Ahead of the Class: Mapping Education's Next Transformation [March 18, 2016]
    http://knowledge.wharton.upenn.edu/article/ahead-of-the-class-mapping-educations-next-transformation/
  - Click Here: How Advertisers Can Beat Ad Blockers [December 10, 2015]
    http://knowledge.wharton.upenn.edu/article/click-here-how-advertisers-can-beat-ad-blockers/
  - How Apple's Latest Offerings Will Expand Its Piece of the Pie [September 14, 2015]
    http://knowledge.wharton.upenn.edu/article/how-apples-latest-offerings-will-expand-its-piece-of-the-pie/
  - Why Companies Need Their Customers to 'Love' Them [August 04, 2015]

http://knowledge.wharton.upenn.edu/article/why-companies-need-their-customers-to-love-them/

- o Is Your Leadership Style Right for the Digital Age? [February 06, 2015]
  http://knowledge.wharton.upenn.edu/article/the-right-leadership-style-for-the-digital-age/
- o A Glimpse of the Future: The 'Oscars of Innovation in Higher Education' [January 16, 2015]
  http://knowledge.wharton.upenn.edu/article/glimpse-future-oscars-innovation-higher-education/
- o Can Creativity Be Taught? [August 27, 2014]
  http://knowledge.wharton.upenn.edu/article/can-creativity-be-taught/
- o Shhh! Marketing Embarrassing Products in the Age of Social Media [August 12, 2014]
  http://knowledge.wharton.upenn.edu/article/marketing-embarrassing-products/
- o Will Consumers Be Sold on an eBay-Sotheby's Collaboration? [July 23, 2014]
  http://knowledge.wharton.upenn.edu/article/will-consumers-sold-ebay-sothebys-collaboration/
- o How Innovation and the 'Reimagined' Classroom Will Change Learning [June 12, 2014]
  http://knowledge.wharton.upenn.edu/article/innovation-reimagined-classroom-will-change-learning/
- o Body Slams, Vicious Dogs, Tidal Waves: How Effective Are Violent Ads? [February 25, 2014]
  http://knowledge.wharton.upenn.edu/article/body-slams-vicious-dogs-tidal-waves-effective-todays-violent-ads/
- o The Tata Group and Tel Aviv University Invest in Innovation — and Each Other [August 1, 2013]
  http://knowledge.wharton.upenn.edu/article/tata-group-tel-aviv-university-invest-innovation/
- o Israel and China: The 'Odd Couple' Trading Partners Tighten Their Ties [June 25, 2013]
  http://knowledge.wharton.upenn.edu/article/israel-and-china-the-odd-couple-trading-partners-tighten-their-ties/
- o Can RIM Reinvent Itself? [February 04, 2013]
  http://knowledge.wharton.upenn.edu/article/can-rim-reinvent-itself/
- o A Farewell to Two Business Visionaries [October 10, 2012]
  http://knowledge.wharton.upenn.edu/article/a-farewell-to-two-business-visionaries/
- o From Fringe to Mainstream: Companies Integrate CSR Initiatives into Everyday Business [May 23, 2012]
  http://knowledge.wharton.upenn.edu/article/from-fringe-to-mainstream-companies-integrate-csr-initiatives-into-everyday-business/
- o The U.S. Demographic Shift: A 'Tipping Point' for Marketers [May 22, 2012]
  http://knowledgetoday.wharton.upenn.edu/2012/05/the-u-s-demographic-shift-a-tipping-point-for-marketers/
- o Putting the Squeeze on Consumer Choice [September, 23, 2011]
  http://knowledgetoday.wharton.upenn.edu/2011/09/putting-the-squeeze-on-consumer-choice/
- o Harnessing Networks to Create Value and Identify New Opportunities [July 15, 2009]
  http://knowledge.wharton.upenn.edu/article.cfm?articleid=2289&specialid=88#
- o What Does it Take to Compete in a Flat World? [October 31, 2007]
  http://knowledge.wharton.upenn.edu/article.cfm?articleid=1836
- o Can't Run, Can't Hide: New Rules of Engagement for Crisis Management [September 19, 2007] http://knowledge.wharton.upenn.edu/article.cfm?articleid=1807
- o Will a New Theory Help Firms to Manage in a 'Flat' World? [October 25, 2006]
  http://knowledge.wharton.upenn.edu/article.cfm?articleid=1588
- o Business Books for the Beach, The Power of Impossible Thinking [March 22, 2006]
  http://knowledge.wharton.upenn.edu/special_section.cfm?specialID=22
- o Farewell, Peter Drucker: A Tribute to an Intellectual Giant [November 30, 2005]
  http://knowledge.wharton.upenn.edu/article.cfm?articleid=1326
- o Should Your Next CEO Be a Philosopher? [interview, February 9, 2005]
  http://knowledge.wharton.upenn.edu/article.cfm?articleid=1125
- o What's the Buzz About Buzz Marketing? [interview, January 12, 2005], reprinted in *Wharton Alumni Magazine*, Winter 2005
  http://knowledge.wharton.upenn.edu/article.cfm?articleid=1105
- o Amazon's Multiple Personalities [interview, January 14, 2005]

http://knowledge.wharton.upenn.edu/article.cfm?articleid=1088
- o Back to the Drawing Board: Is the Traditional Theory of the Firm Obsolete? [interview, October 6, 2004] http://knowledge.wharton.upenn.edu/article.cfm?articleid=1047
- o The Power of Impossible Thinking [book, August 25, 2004] http://knowledge.wharton.upenn.edu/article.cfm?articleid=1022
- o What's Behind the 4-Minute Mile, Starbucks, and Moonlanding? The Power of Impossible Thinking [book, July 14, 2004] http://knowledge.wharton.upenn.edu/article.cfm?articleid=1007
- o A Lofty Take on Leadership: Mountain Climbing and Managing Companies [book, September 24, 2003] http://knowledge.wharton.upenn.edu/article.cfm?articleid=858
- o How Business Can Prepare for War [conference, February 9, 2003]
- o Could a Cyber-Terrorist Take Down Your Company? Don't Wait to Find Out [conference, August 28, 2002] http://knowledge.wharton.upenn.edu/article.cfm?articleid=615
- o The New Business Reality [conference, January 30, 2002] http://knowledge.wharton.upenn.edu/article.cfm?articleid=509
- o What Webvan Could Have Learned from Tesco [interview, October 10, 2001] http://knowledge.wharton.upenn.edu/article.cfm?articleid=448
- o What's in Store for Capital Markets and the Economy? [interview, September 26, 2001] http://knowledge.wharton.upenn.edu/article.cfm?articleid=436
- o Did Terrorists Blow Up the Recovery? [interview, September 13, 2001] http://knowledge.wharton.upenn.edu/article.cfm?articleid=425
- o Dotcom Bomb Hits the Publications that Covered It [interview, August 29, 2001] http://knowledge.wharton.upenn.edu/article.cfm?articleid=418
- o Can Priceline Remain Profitable? [interview, August 15, 2001] http://knowledge.wharton.upenn.edu/article.cfm?articleid=412
- o Good vs. Great Leaders: The Difference is Humility, Doubt, and Drive [conference, June 20, 2001] http://knowledge.wharton.upenn.edu/article.cfm?articleid=377
- o It's Not Easy Being Paul Green [interview, November 8, 2000] http://knowledge.wharton.upenn.edu/article.cfm?articleid=262
- o Three Marketing Lessons from the Love Bug [interview, May 24, 2000] http://knowledge.wharton.upenn.edu/article.cfm?articleid=184
- o Just-in-Time Education: Learning in the Global Information Age [paper, August 30, 2000] http://knowledge.wharton.upenn.edu/article.cfm?articleid=236
- o New Rules of Digital Marketing [interview, October 13, 1999] http://knowledge.wharton.upenn.edu/article.cfm?articleid=79
- o Who's Buying on the Internet? [paper, September 1, 1999] http://knowledge.wharton.upenn.edu/article.cfm?articleid=63
- o Marketing Strategy in the Global Information Age [lecture, July 23, 1999] http://knowledge.wharton.upenn.edu/article.cfm?articleid=36
- o The Knowledge Edge [conference, June 23, 1999] http://knowledge.wharton.upenn.edu/article.cfm?articleid=34
- o Knowledge @ Wharton, High School Edition [glossary of various marketing terms]
- "It's advertising, but not as we know it," ResearchWorld, 2016. https://doi.org/10.1002/rwm3.20399
- "10 Moves That Will Become Shakers for 2020 Advertising," The Economic Times, July 15, 2013. https://economictimes.indiatimes.com/blogs/Globalpositioning/10-moves-that-will-become-shakers-for-2020-advertising/
- "Is open innovation the future of advertising?" MediaJobs, May 13, 2013. http://mediajobs.com/is-open-innovation-the-future-of-advertising/2988/
- "Has Johnson & Johnson lost its way?" Leader, August 1, 2012. http://www.leader.co.za/article.aspx?s=1&f=1&a=3843
- "Facing Up to Change: The Executive Challenge," iedp.com, July 13, 2012. http://www.iedp.com/Blog/Wharton_Fellows_Keep-Up_Deal_with_Change
- "6 Steps to Achieving Creativity in Business, Personal Life," US News and World Report, January 3, 2011. http://health.usnews.com/health-news/family-health/brain-and-behavior/articles/2011/01/03/6-steps-to-achieving-creativity-in-business-personal-life.html
- "Wharton's Jerry Wind Predicts the Future of Advertising," IESE Insight, May 19, 2010. http://www.iese.edu/aplicaciones/news/view.asp?id=2333&lang=en
- Interviewed in report on the *Future of Advertising Project,* VMarketing China Magazine, April 2010.

- Listing of *The Network Challenge: Strategy, Profit, and Risk in an Interlinked World* in "KYW News Radio 1060 AM's 10 Books to Read by Marc Kramer." November 1, 2009.
- "World Series a marketing windfall for Philadelphia," Philly.Com, October 27, 2009. http://www.philly.com/philly/business/66284122.html
- Media coverage of Fast.Forward (http://www.youtube.com/user/FastForward), the Marketing Channel on YouTube co-founded with Google:
    - o "Truth in Advertising," Penn Gazette, September, 2009. http://www.upenn.edu/gazette/0909/gaz07.html
    - o "YouTube's FastForward Biz Site Off to Slow Start," ReadWriteWeb Blog, September 23, 2009. http://www.readwriteweb.com/archives/youtubes_fastforward_biz_site_off_to_slow_start.php
    - o "Fast.Forward. Connecting marketers with innovative ideas (and other marketers)," YouTube Biz Blog, September 23, 2009. http://ytbizblog.blogspot.com/2009/09/fastforward-connecting-marketers-with.html
    - o "Will the Future of Advertising Be a Blend of Old and New Media?" Knowledge@Wharton, September 30, 2009. http://knowledge.wharton.upenn.edu/article.cfm?articleid=2344
    - o "What's the future of advertising?" InternetNews.com, October 2, 2009. http://blog.internetnews.com/dneedle/2009/10/whats-the-future-of-advertisin.html
    - o "New Year, New Look for Google for Advertisers," Google Agency Ad Solutions Blog, January 13, 2010. http://adwordsagency.blogspot.com/2010/01/new-year-new-look-for-google-for.html
- "Interview: Yoram (Jerry) Wind," First Friday Book Synopsis, July 26, 2009. http://ffbsccn.wordpress.com/2009/07/26/interview-yoram-jerry-wind/. Also published on Examiner.com, July 26, 2009. http://www.examiner.com/x-14678-Dallas-Business-Commentary-Examiner~y2009m7d26-Interview-Yoram-Jerry-Wind
- "Tips for Better Networking Skills," FOX Business News, July 17, 2009. http://www.foxbusiness.com/search-results/m/25340846/tips-for-better-networking-skills.htm
- Featured book in Wharton Alumni Newsletter: *The Network Challenge: Strategy, Profit, and Risk in an Interlinked World*, July 2009. http://www.wharton.upenn.edu/alumni/newsletter/2009/july/
- "Future of Advertising? Print, TV, Online Ads," Ad Age, June 1, 2009. http://adage.com/article?article_id=136993
- "Wondering What to Do? We Asked the Experts," Ad Age, April 6, 2009. http://adage.com/article?article_id=135772
- "An Interview with Wharton Professor Jerry Wind at MPlanet 2009" on Marketing Shift Online Marketing Blog, January 28, 2009. http://www.marketingshift.com/2009/1/an-interview-wharton-school-professor.cfm
- Interview with LA Times on the financial crisis: Mindful Strategy, October 1, 2008.
- Interview with Sally Herships regarding Asia's demand for large jewels, "A Glimmer in Hong Kong's Eye." Marketplace, NPR. February 20, 2008.
- "The Power of Impossible Thinking," Podcast interview with LadyAdvisor.com, February 2008.
- Wharton@Work Report on the Las Vegas Fellows Master Class, January 2008.
- Interview on "Managing Creative People," Joel Kurtzman (ed), Creating Value Through People. Wiley 2008.
- Research Conference Report Summary of CASRO Technology Conference Speech "Online Panels: Where We Are Today and Where We Are Headed in the Future," August 2007.
- "The Power of Impossible Thinking," Ocean City Public Library, BUSINESS BOOK CLUB, Book of the Week, October 07, 2007.
- Wharton media coverage of Competing in a Flat World:

| Wharton Alumni Magazine | Winter | 2008 | Featured book |
|---|---|---|---|
| Wharton Alumni Magazine | December | 2007 | Featured article |
| Wharton Alumni Newsletter | August | 2007 | Featured book |
| Wharton Alumni Newsletter | December | 2007 | Featured book |
| Wharton Executive Education - - featured on home page | September | 2007 | Featured book |
| Wharton Faculty / Staff newsletter | September | 2007 | Featured book |

| | | | |
|---|---|---|---|
| Wharton Faculty / Staff newsletter | December | 2007 | Competing in a Flat World Competition Announcement |
| Knowledge at Wharton | October | 2007 | Interview with audio download |
| Competing in a Flat World website | October | 2007 | Website went live in October |

- Goh, Dr. Sunny T.H. "How to Make the Impossible Possible." *The Star Online*. July 10, 2006. thestar.com.my/news/story.asp?file=/2006/7/10/business/14512212&sec=business
- A link has been placed for the book *The Power of Impossible Thinking* on the website, www.worksavvy.ws/organization.htm#yourself as a recommendation to entrepreneurs and the diagram from page xxiv of the book is shown in the section of the website, "Organizing Yourself: Your Mind, Your Attitude, Time and Planning."
- "How Business Ideas are Born," MoneyControl.com, June 2, 2006.
- "Think You Know More Than Your Boss? You Just Might," Beepcentral.com, April 24, 2006.
- "New Model: Divide and Govern." *Directorship*. April 2006.
- "Creativity Comes to B-Schools," *Business Week Online*, March 26, 2006.
- Thomas Group Review. *The Power of Impossible Thinking*: A conversation with Yoram (Jerry) Wind and Jim Taylor. Also appeared at Knowledge Leadership @ Thomas Group, Winter 2006.
- *The Power of Impossible Thinking* selected as one of the five outstanding books on "Thinking Outside the Box" by the Swiss Journal *CASH* on March 16, 2006.
- "Marketing Prof. Gives Crash Course in Brand Image," *Daily Pennsylvanian*, February 9, 2006.
- "Churning Out Books for the Bigwigs," *Daily Pennsylvanian*, November 10, 2005.
- Inaugural Thought Leader interview, *The Brand Strategy Roundtable Journal,* November 2005.
- A number of radio interviews re *The Power of Impossible Thinking*, including:
  - *Something You Should Know with Mike Carruthers*, March 2006.
  - Mix 92.9 Morning Show, Nashville, March 2006.
  - KRMB Radio, Strategies for Living, Shrevesport, LA, August 11, 2004.
  - WKCT Radio, Drive Time, Bowling Green, KY, August 20, 2004.
  - WABJ Radio, John Sabastian Morning Show, Detroit, MI, August 18, 2004.
  - WKNO Radio, Smart Copy, Memphis, TN, August 17, 2004.
  - KIKK Radio, Salt Lake City, UT, November 6, 2004.
- "Winds of Change," *The Economic Times, Brand Equity*, June 1, 2005, front page.
- "From Ink to Implementation: New Press Wharton School Publishing Co-Editors Say They Aim for Sound Management Titles that You Can Do Something With," *BusinessWeek Online,* April 11, 2005.
- "Power of Mental Models," *Asia Inc.* April 2005, pp. F14-15.
- "Challenge Your Mental Models," *The Edge Malaysia*, March 21, 2005.
- "Meet the Master-Minds: Jerry Wind Reveals the Power of Impossible Thinking," *Management Consulting News*, March 3, 2005.
- "Mental Power Tool," *Automotive Design and Production*, 2004.
- "Read All About It: Q&A with Jerry Wind about Wharton School Publishing," *Wharton Alumni Magazine*, Spring 2004.
- "Comment s'adresser au consummateur "Post-bull"? D'apres *Convergence Marketing Strategies for Reaching the Hybrid Consumer, Business Digest* 127 (February 2003), pp. 19-20.
- "Wealth is Created During Periods of Uncertainty," *Fast Company*, April 2002, pp. 87-88.
- "Thought Leaders: Convergence Marketing: Preview an excerpt from the book by Wharton Professor Jerry Wind and Professor Vijay Mahajan of the University of Texas," Wharton's E-Buzz, October 2001; and Knowledge@Wharton, October 2001.
- "Wind of Change," *The Peak*, Volume 17, Number 1, 2001.
- "Conversation with Jerry Wind," Singapore, October 2000; abstract reproduced in http://can.mediacorpnews.com/analysis_prog/incon/incon_wind1.htm.
- "You Can't Be An Extremist," Globs March 8, 2001 (Hebrew).
- Wind, Yoram (Jerry). "Managing in the Year 2000" Executive Issues. August 1991.

# 7.  PERSONAL DATA

**Office:**    The Wharton School
University of Pennsylvania
Philadelphia, PA 19104
Tel:  (215) 898-8267
E-mail: windj@wharton.upenn.edu

**Marital Status:** Widowed; Two children.

**Illustrative Pro Bono Activities**

The Interdisciplinary Center, Herzliya (Israel), all planning activities and other involvement (as outlined on p. 75), since 1994.

American Friends of IDC, Founding President (1998-2002); Member (2003-present).

Government of Catalonia, International Advisory Board (2007-present)

The Philadelphia Museum of Art, Trustee (1992-present); Founding chair of the Marketing Committee (2013-present); Member of PMA Brand Steering Group (2013-present); Member of the Digital Age Committee (2009-2013); Member of the Corporate Executive board of the Museum (1996-present); Led a committee of  trustees, management, and curatorial staff in the development of a market driven strategy, (1990); Member of the Nominating Committee (1999-2002); Member of Trustee Committees for Development (1993-1997); Special Exhibitions (1993-1995); and Strategy (1997-1998); Chairman, Audience Building Committee (2004-2006)

The Curtis Institute, Trustee, Chair of the Communications Committee and Member of the Executive Committee (2019-present); Member of the Communication Committee (2016-2018)

Woodmere Art Musem, Chair of the Sculpture Experience Committee (2018-present)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Business for Diplomatic Actions, Member, Advisory Board and Coordinator of the Wharton research efforts in this area (2005-2010)

The Fox Chase Cancer Center, Member, Advisory Board (2009-2012)

Institute of Contemporary Art (ICA).  Help guide a strategic planning process (2001).

The Jewish Federation of Greater Philadelphia: Member of the Financial Resource Development Committee, 1990-1992.

National Constitution Center, Member, Strategic Planning Steering Committee (2005)

Operation Independence, Israeli Management School Oversight Committee, 1991-1992.

The Philadelphia Orchestra: Advisor regarding the development of Marketing Strategy (1994-1997).

University of Pennsylvania Museum of Archeology and Anthropology. Help establish a vision and revenue generation strategies (1999).

**Affiliations:**

The Philadelphia Museum of Art – Trustee (Philadelphia)
The Barnes Foundation (Philadelphia)
The Institute of Contemporary Art of the University of Pennsylvania (Philadelphia)
Pennsylvania Academy of the Fine Arts (Philadelphia)
The Museum of Modern Art (New York)
Museum of Art and Design (New York)
The New Museum (New York)
Whitney Museum of American Art (New York)

The Jewish Museum (New York)
Guggenheim Museum (New York)
U.S. Holocaust Memorial Museum (Washington D.C.)

## Trial and/or Deposition Testimony 2014-2020

**2014**

- American Petroleum Institute, et al., v. Roy A Cooper, III, Attorney General of North Carolina, No.5:08-CV-396-FL, USDC, EDNC, WD
  [Covington & Burling]
  *Trial*
- Sweet Street Desserts, Inc. v. **Chudleigh's LTD.**, United States District Court for the Eastern District of Pennsylvania – C.A. No. 5:12-CV-3363 MMB
  [Pattishall, McAuliffe]
  *Trial*
- Legalzoom.com v. **Rocket Lawyer.**, U.S. District Court of the Central District of California, No. CV12-9942-GAF (AGRx)
  [Goodwin Proctor]
  *Deposition*
- **Western Sugar Cooperative**, et al v. Archer Daniels-Midland Co., et al. U.S. District Court of the Central District of California, No. CV11-3473-CBM (MANx)
  [Winston & Strawn]
  *Deposition*

**2015**

- Fieldturf USA, Inc. and Fieldturf Tarkett, Inc. v. Astroturf, LLC, United States District Court Eastern District of Michigan Southern Division, No.2:10-cv-12492-SJM-MJH
  [Winston & Strawn]
  *Deposition and Trial*
- POM Wonderful LLC, a Delaware limited liability company, v. The Coca-Cola Company, a Delaware corporation; and DOES 1-10 inclusive, United States District Court Central District of California, No. CV-08-06237 SJO (MRW)
  [Roll Law Group]
  *Deposition and Trial (March 2016)*

**2016**

- David Davies d/b/a Davies Home Services, individually and as the representative of a class of similarly-situated persons v. W.W. Grainer, INC., United States District Court For the Northern District of Illinois Eastern Division, No. 13-cv-3546
  [Winston & Strawn]
  *Deposition*
- Sequoia Pacific Solar I, LLC, and Eiger Lease Co., LLC v. The United States of America, United States Court of Federal Claims, No. 13-139C
  [Covington & Burling]
  *Deposition*
- Federal Trade Commission v. DIRECTV, a corporation and DIRECTV, LLC, United States District Court, Northern District of California, San Francisco Division, No. 3:15-cv-01129 HSG
  [Sidley Austin]
  *Deposition*
- Yeti Coolers, LLC v. RTIC Coolers, LLC; John Jacobsen; and James Jacobsen, United States District Court, Western District of Texas, Austin Division, No. 1:15-cv-00597-rp

[Global Business Expert Groups]
*Deposition*

**2017**
- Patrick Garrett, Jeff Mains and Linda Eustice, individually and on behalf of all other similarly situated v. Bumble Bee Foods, LLC, Superior Court of the State of California, County of Santa Clara, No. 114CV264322
[Perkins Coie]
*Testimony*
- Federal Trade Commission v. DIRECTV, United States District Court, Northern District of California, No. 15-1129
[Sidley Austin]
*Deposition*
- Roth Licensing, LLC v. GAC International, LLC, ADR Services, No. 15-3234
[Goodell, DeVries]
*Testimony*

**2018**
- Sandoz, Inc. v. Glaxo Group LTD, United States Patent and Trademark Office, Trademark Trial and Appeal Board, No. 91,229,470
[Pattishall McAuliffe]
*Deposition*
- Buckeye Tree Lodge and Sequoia Village Inn, LLC v. Expedia, Inc; Hotels.com, L.P.; Hotels.com GP, LLC; Orbitz, LLC; Trivago GmbH; Venere Net S.R.L DBA Venere Net, LLC; Expedia Australia Investments PTY LLD, United States District Court for the Northern District of California, No. 3:16-cv-04721-VC
[Covington Burling]
*Deposition*
- Nisha Brown, Kathy Williamson, individually and on behalf of all others similarly situated v. Wal-mart Stores, Inc., and Does 1 20 through 50 inclusive, United States District Court, Northern District of California, San Jose Division, No. 09-cv-03339-EJD
[Katten Muchin Rosenman]
*Deposition*
- Forever 21, Inc v. Gucci America, Inc, United States District Court, Central District of California, Western Division, No. 2:17-cv-4706 SJO (ex)
[Quinn Emanuel]
*Deposition*
- Video Gaming Technologies, Inc., v. Castle Hill Studios LLC (d/b/a Castle Hill Gaming); Castle Hill Holding LLC (d/b/a Castle Hill Gaming); and Ironworks Development, LLC (d/b/a Castle Hill Gaming), United States District Court for the Northern District of Oklahoma, No. 17-cv-00454-GKF-njx
[Covington Burling]
*Deposition*

12/18/2020

**2019**

- Merck & co., Inc and Merck Sharp & Dohme Corp. v. Merck KGAA, United States District Court District of New Jersey, No. 2:16-cv-00266-ES-MAH
  [Sidley Austin]
  *Deposition*
- The Reinalt Thomas Corporation d/b/a Discount Tire v. Mavis Tire Supply LLC, United States District Court Northern District of Georgia Atlanta Division, No. 1:18-cv-05877-TCB
  [Covington Burling]
  *Deposition*
- Miller Coors, LLC v. Anheuser-Busch Company, LLC, United States District Court for the District of Wisconsin, No. 19-cv-218
  [Brattle Group and Crowell Moring LLP]
  *Deposition*
- Buckeye Tree Lodge and Sequoia Village Inn, LLC, et al., v. Expedia, INC, et al., United States District Court Northern District of California, No. 16-cv-04721-VC
  [Covington Burling]
  *Deposition*


**2020**

- Federal Trade Commission v. LendingClub Corporation d/b/a LendingClub, United States District Court Northern District of California, San Francisco Division, No. 3:18-cv-02454
  [Gibson Dunn & Kirkland Ellis]
  *Deposition*
- Gianni Versace S.R.L v. Fashion Nova, INC, United States District Court Central District of California, Western Division, No. 2:19-cv-10074
  [Paul Weiss]
  *Deposition*
- American Airlines, INC v, Delta Airlines, INC, United States District Court for the Northern District of Texas, Fort Worth Division, No. 4:19-CV-01053-O
  [Latham Watkins]
  *Deposition*
- Duracell U.S. Operations, INC v, Energizer Brands, LLC, United States District Court Southern District of New York, No. 1:20-CV-07318-JPO
  [Paul Weiss]
  *Deposition*
- Get Kaiser, INC, Kaiser Fitness, LLC and Anna Kaiser v. AKT Franchise, LLC and Xponential Fitness, LLC, United States District Court for the District of Delaware, No. 20-1037-CFC
  [Venable]
  *Deposition*

# Appendix B

## APPENDIX B: DOCUMENTS AND MATERIALS CONSIDERED

| | Document Description |
|---|---|
| 1 | Age Dem - app-dot-ragingbull-dot-com.png |
| 2 | Age Dem - jasonbondtraining-dot-com.png |
| 3 | Age Dem - ragingbull-dot-com.png |
| 4 | Age report (1).pdf |
| 5 | fb-spending-by-age.png |
| 6 | Targeting .pdf |
| 7 | A 53.3% gain in 7 MINUTES.pdf |
| 8 | adverts_eletters 2.pdf |
| 9 | adverts_eletters.pdf |
| 10 | Banyan Publishing E Letter 1 .png |
| 11 | Banyan Publishing E Letter 1 cont. .png |
| 12 | Bulls on Wall Street.pdf |
| 13 | BYE_.pdf |
| 14 | Email Examples from Competitors.pdf |
| 15 | How to Capitalize on Uncertainty.pdf |
| 16 | Image from iOS (1).png |
| 17 | Image from iOS (16).jpg |
| 18 | Image from iOS (16).png |
| 19 | image8.png |
| 20 | Liberty Through Wealth.pdf |
| 21 | Market Minute.pdf |
| 22 | Opening = SO..._167 CALLS & 157_147 PUTS @4.98 Credit.pdf |
| 23 | Power Profit Trades.pdf |
| 24 | Rogers Radar.pdf |
| 25 | The end of the "employee" copy.pdf |
| 26 | Screenshot_20201225-163033_Facebook.jpg |
| 27 | Image from iOS (1).jpg |
| 28 | Image from iOS (2).jpg |
| 29 | Image from iOS (3).jpg |
| 30 | Image from iOS (4).jpg |
| 31 | Image from iOS (5).jpg |
| 32 | Image from iOS (6).jpg |
| 33 | Image from iOS (7).jpg |

| 34 | Image from iOS (8).jpg |
|----|------------------------|
| 35 | Image from iOS (9).jpg |
| 36 | Image from iOS (10).jpg |
| 37 | Image from iOS (12).jpg |
| 38 | Image from iOS (13).jpg |
| 39 | Image from iOS (14).jpg |
| 40 | Image from iOS (15).jpg |
| 41 | Image from iOS (17).jpg |
| 42 | Image from iOS (51).jpg |
| 43 | Image from iOS (52).jpg |
| 44 | Image from iOS (53).jpg |
| 45 | Image from iOS (54).jpg |
| 46 | Image from iOS (55).jpg |
| 47 | Image from iOS (56).jpg |
| 48 | Image from iOS (57).jpg |
| 49 | Image from iOS (58).jpg |
| 50 | Image from iOS (59).jpg |
| 51 | Image from iOS (60).jpg |
| 52 | Image from iOS.jpg |
| 53 | Image from iOS.png |
| 54 | Internet Ad Competitor Ads.pdf |
| 55 | space ads.pdf |
| 56 | 128 more image files of competitor ads |
| 57 | Competitor Articles _ Publications.pdf |
| 58 | Fast Fortune Club.pdf |
| 59 | The 1K Club copy.pdf |
| 60 | 7 images of competitor's trustpilot profiles/ratings |
| 61 | 49725979_v 1_Sykes Examples.DOCX |
| 62 | 49726292_v 1_Aspen Trading Examples.DOCX |
| 63 | 49726567_v 1_Simpler Trading Examples.DOCX |
| 64 | 49726749_v 1_Warrior Trading Examples.DOCX |
| 65 | 49727089_v 1_Dekmar Trades Examples.DOCX |
| 66 | 49727503_v 1_Biorunup Examples.DOCX |
| 67 | 49727596_v 1_Tribeca Trade Group Examples.DOCX |
| 68 | 49727698_v 1_Jaguar Analytics Examples.DOCX |
| 69 | 49727735_v 1_Competitor Analysis.DOCX |

| 70 | 49727737_v 1_T3 LIve Examples.DOCX |
|----|---|
| 71 | 53221944_v 3_RagingBull Training Deck (FTC, OTA, BR, etc.) (FINAL 10.22.2020).pptx |
| 72 | Raging Bull Disclaimers (05.18.2020).docx |
| 73 | Raging Bull Disclaimers (05.18.2020).docx.pdf |
| 74 | Raging Bull Disclaimers (11.4.2020).docx |
| 75 | Raging Bull-Specific Advertising Training Examples (Apr. 26, 2020) SKT 04.27.2020.pptx |
| 76 | RagingBull Testimonial Consent and Release.pdf |
| 77 | _My trading plan for tomorrow [Spoiler Alert].pdf |
| 78 | Jason Bond - This One-Hour, $3K Win Confirms My Manifest Destiny.pdf |
| 79 | JUST ANNOUNCED_ M...end trading plan for remainder of 2020.pdf |
| 80 | Kyle Dennis Dec 11 marketing copy.pdf |
| 81 | Kyle Dennis Nov 8 marketing copy.pdf |
| 82 | Kyle Dennis Oct 28 marketing copy.pdf |
| 83 | RagingBull.com Mail - [Case Study] The Gap Recovery _ Go.pdf |
| 84 | RagingBull.com Mail - Bonus Trade Alert_.pdf |
| 85 | RagingBull.com Mail - Get The Ball Rolling.pdf |
| 86 | RagingBull.com Mail - How To Grow A Small Account.pdf |
| 87 | RagingBull.com Mail - It's About To Hit.pdf |
| 88 | RagingBull.com Mail - Let's Do It Again!.pdf |
| 89 | Examples of Recent Raging Bull Ads |
| 90 | RagingBull _ Check Out Privacy Policy.pdf |
| 91 | RagingBull _ Disclaimer _ Invest Carefully.pdf |
| 92 | RagingBull _ Refund Policy.pdf |
| 93 | RagingBull _ Terms & Conditions.pdf |
| 94 | Dollar Ace - Kyle Reveals Live Scanner.pdf |
| 95 | DPP What is DDP_ - Dark Pool Profits.pdf |
| 96 | EBook Signup - Dollar Option Trader.pdf |
| 97 | Fast Five Training - Fast Five Trading.pdf |
| 98 | Free Training - Jason Bond_s Monday Movers(1).pdf |
| 99 | Free Training - Jason Bond_s Monday Movers.pdf |
| 100 | Get Your Weekend Wiretap Learn - Weekend Wiretaps.pdf |
| 101 | Home Page - 7 Trading Sins.pdf |
| 102 | Home Page Guide - Stock Trading Starter Pack.pdf |
| 103 | HOO - Replay June Event - Raging Bull Events.pdf |
| 104 | IPO Ebook Page - IPO Payday.pdf |
| 105 | Jason Bond Event Aug 2020 - Replay - Raging Bull Events.pdf |

| 106 | Jason Bond_s FREE E-Book - Momentum Hunter(1).pdf |
|-----|---------------------------------------------------|
| 107 | Jason Bond_s FREE E-Book - Momentum Hunter.pdf |
| 108 | MOBC 8 27 Replay - Raging Bull Events.pdf |
| 109 | Monday Movers Trading Strategy - Jason Bond_s Monday Movers.pdf |
| 110 | Options Masterclass Training Session - Jeff Bishop _ Total Alpha Trading.pdf |
| 111 | Profit Prism Trading - Profit Prism Trading.pdf |
| 112 | Rooster Report Free Training - Rooster Report.pdf |
| 113 | The Power Of One - REG - Raging Bull Events.pdf |
| 114 | Training - Fast Five Trading.pdf |
| 115 | Wall St Bookie Free Training - WallSt Bookie.pdf |
| 116 | Wallstreet Bookie Book - WallSt Bookie.pdf |
| 117 | What is a Bullseye Trade_ - Bullseye Trading Options.pdf |
| 118 | Your Starter Pack - Stock Trading Starter Pack.pdf |
| 119 | Raging Bull Revenue Information Based on Ads Cited by FTC.docx |
| 120 | 2 Hard Work, Time, Skills.pdf |
| 121 | AFTER_I_SEND_AN_ALERT_OUT_WHAT_HAPPENS.mp4 |
| 122 | Bullseye Tip of the Week.pdf |
| 123 | How To Take A Trading Loss Like A Man - Raging Bull.pdf |
| 124 | Jason Bond - 5 Election Sectors That Could Move - Google Docs.pdf |
| 125 | Jason Bond - 5 Election Sectors That Could Move.pdf |
| 126 | Jason Bond - 6 Can_t Miss Lessons From Live Trading.pdf |
| 127 | Jason Bond - Fools Rush In _ Final Fib Betrayals.pdf |
| 128 | Jason Bond - Why I Was Sweet on KNDI.pdf |
| 129 | My trading plan for tomorrow [Spoiler Alert].pdf |
| 130 | WMM.pdf |
| 131 | 2-1. [UNREDACTED] TRO Memorandum.pdf |
| 132 | 2020.12.11 Dkt 38-1 Declaration of Reeve Tyndall.pdf |
| 133 | 2020.12.17 Modified TRO.pdf |
| 134 | PX 26 - Unredacted Expert Report of Russ Wermers.pdf |
| 135 | PX 1-21 |
| 136 | 5 Star BBB Reviews.pdf |
| 137 | Bishop Declaration - Attachment A (REDACTED).pdf |
| 138 | BulleyeTrades Trustpilot Reviews.pdf |
| 139 | DPM TrustPilot Reviews.pdf |
| 140 | Kyle Dennis TrustPilot Review.pdf |
| 141 | Ragingbull.com Trustpilot Reviews.pdf |

| | |
|---|---|
| 142 | Emails and Calls with FTC's Declarants for TRO |
| 143 | 2014 Revenue by Guru v1.xlsx |
| 144 | 2015 Revenue by Guru v1.xlsx |
| 145 | 2016 Revenue by Guru v1.xlsx |
| 146 | 2016-2020 TOP SHEET with graphs.pdf |
| 147 | 2017 Revenue By Product & Guru - Update v4.xlsx |
| 148 | 2018 Revenue By Product & Guru - Update v2.xlsx |
| 149 | 2019 Revenue By Product & Guru - Update v3.xlsx |
| 150 | 2020 Sales Jan - Sept MW Attach 1-4 v1.xlsx |
| 151 | 2020 Sales Jan - Sept MW Attach 5-14 v1.xlsx |
| 152 | 2020 Sales Jan - Sept MW Data v1.xlsx |
| 153 | CB Breakdown STRIPE ONLY.xlsx |
| 154 | Disputes Mo_Mo - 2020 STRIPE ONLY.xlsx |
| 155 | Daymond John Payment Info |
| 156 | Derrick Brooks Payment Info |
| 157 | Frank Mir Payment Info |
| 158 | Jordan Belfort Payment Info |
| 159 | Jose Canseco Payment Info |
| 160 | Mike Alstott Payment Info |
| 161 | Terrell Owens Payment Info |
| 162 | #6 Disclaimer Prominence.docx |
| 163 | Step-by-Step Dispute Flow.pdf |
| 164 | May-Nov Refund Calls.pdf |
| 165 | Compliance Dept - Customer Complaint Summary 1.6.21.pdf |
| 166 | Analytics All Web Site Data Active Users 20200104-20210104.pdf |
| 167 | Analytics All Web Site Data Demographics_ Age 20200104-20210104.pdf |
| 168 | LMS trainning videos for members - Json Bond .docx |
| 169 | The membership portal overview .docx |
| 170 | 2020 IB VS. OB SALES DATA.pdf |
| 171 | RagingBull IVR Flow Press Path.pdf |
| 172 | Sales Language (Must say before run sale).png |
| 173 | #12 Independent Contractor Agreement -Garrett Baldwin signed.pdf |
| 174 | #12 Paid Fulfillment #18 David C Start Dates.xlsx |
| 175 | #12 Paid Fullfillment and #18 David C Salaries.xlsx |
| 176 | #18 2020 Copy Press.xlsx |
| 177 | Key Words that drive traffc to Ragingbull GA Queries 20200104-20210104.pdf |

| | |
|---|---|
| 178 | #23.pdf |
| 179 | #893494 .pdf |
| 180 | #900598.pdf |
| 181 | #917953.pdf |
| 182 | #917987.pdf |
| 183 | #918055 .pdf |
| 184 | #644674 MRM.pdf |
| 185 | 613930 MRM prior to Most Wanted shutdown.pdf |
| 186 | Fwd_ Apology from Jason Bond.pdf |
| 187 | Apology.mp4 |
| 188 | Free 6 Month Elite (Claimed members 593).csv |
| 189 | 3 EXTERNAL Ads .pdf |
| 190 | 3 INTERNAL Ads.pdf |
| 191 | Copy of HTML Ad Doc.docx |
| 192 | Date of Auotorenewal Self Remove Toggle.png |
| 193 | RagingBull IVR Flow.pdf |
| 194 | Disclaimers Within Sales Webinars itself .xlsx |
| 195 | Quantcast Pixel Data [All Site Events - All Sites].xlsx |
| 196 | fb-spending-by-age/png. |
| 197 | Jason-Bond-Picks-Campaigns-Jan-1-2016-Dec-31-2016.csv |
| 198 | Jason-Bond-Picks-Campaigns-Jan-1-2017-Dec-31-2017.csv |
| 199 | Jason-Bond-Picks-Campaigns-Jan-1-2018-Dec-31-2018.csv |
| 200 | Jason-Bond-Picks-Campaigns-Jan-1-2019-Dec-31-2019.cs |
| 201 | Jason-Bond-Picks-Campaigns-Jan-1-2020-Dec-31-2020.csv |
| 202 | 2014-2020 JBP Adwords By Age.png |
| 203 | 2014-2020 BET Adwords By Age.png |
| 204 | 2014-2020 Fast5 Adwords By Age.png |
| 205 | 2014-2020 WMM Adwords By Age.png |
| 206 | Ad Channel Explanation.pdf |
| 207 | TS vs. OF sales by Price Range.csv |
| 208 | 2018-2020 sales and units by price range.pdf |
| 209 | Retail Prices - ($).pdf |
| 210 | 2020 Sales Jan - Sept MW Attach 1-4 v1.xlsx |
| 211 | Quantcast Pixel Data [All Site Events – All Sites].xlsx |
| 212 | How_When_Why we give refunds.pdf |
| 213 | LMS write up 01.06.2020.docx |

| 214 | Kyle Dennis 154 - Fast Five New 2 Kinetic Rewind Futuristic - 16-9 - v1.mp4 |
|-----|----------------------------------------------------------------------------|
| 215 | Milestone Marker Rewards.zip |
| 216 | Milestones – Millionaire Roadmap.pdf |
| 217 | Jason Bond-Grid view.csv |
| 218 | Customer Retention Rate (2020).pdf |
| 219 | New vs. Existing Customers Monthly (2020).pdf |
| 220 | Referrals.pdf |
| 221 | Product Inquiry.pdf |
| 222 | Username lost on RagingBull site.pdf |
| 223 | Where to start_.pdf |
| 224 | 2018-2020 sales and units by price range WITH REFUNDS.csv |
| 225 | Reason_Codes Feb 2020-Oct 13, 2020.csv |
| 226 | Refund Reason Code Definitions.pdf |
| 227 | 2020 Membership  Education Engagement - 20 Page Sample Size.xlsx |
| 228 | Total Alpha – Intro to Options |
| 229 | 109,735 active users in 2020 engaged with the member portal .png |
| 230 | TrustPilot Review Information.docx |
| 231 | Number of ebook and webinar sign ups.pdf |
| 232 | 49,732,767 unique pageviews.png |
| 233 | Customer Support Cheat Sheet.docx |
| 234 | Screen Shot 2021-01-12 at 1.29.10 PM.png |
| 235 | LMS Units Refunded vs. Learners.csv |
| 236 | 2019-2020_Call_Volume_w_Wait_times.pdf |
| 237 | Efficiency_Full_resolution_and_requester_wait_time_averages_over_time_ex_autoresponder_01112021_0049.pdf |
| 238 | The membership portal overview.docx |
| 239 | Week Of 11_29_2020.xlsx |