# Exhibit 3

**DECLARATION OF JASON BOND**

I, Jason Bond, declare as follows:

1. I am over the age of 18, competent to execute this Declaration, and have personal knowledge regarding the matters contained herein. If called as a witness to testify, I could and would testify to the following.

2. I am a co-founder and President of RagingBull.com, LLC ("Raging Bull"). Through my company, Jason Bond, LLC, I am a member of and co-owner of Raging Bull.

3. My name is Jason Bond. My father was born Donald Bond. His parents (my grandparents) divorced and my grandmother remarried and took the last name Kowalik along with my father. This marriage was very short-lived, but my grandmother and father kept the name Kowalik despite the fact that my father's adopted father left the picture entirely and my family lost contact with him. I was born Jason Kowalik but decided, when I left my teaching career, that I wanted to change my name to Bond to honor my father's family name.

4. I grew up in upstate New York. I have a bachelor's degree in education from SUNY Brockport and a master's in education from Walden University.

5. Beginning in 2001, I taught for approximately ten years in the Webster Central School District in upstate New York. During these years, I also coached varsity girls and boys cross country and varsity girls basketball. I also had a small roofing business during this time. My wife, Pam, was also a school teacher. We got married in August, 2003 and we have one child, Noah, who was born in December 2015. At one point during the time we were both teachers, my wife and I were over $200,000 in debt.

6. In the middle of my teaching career, I was looking for ways to make additional money so I opened a small account and started trading stocks. I joined subscription services and

1

would study their materials and lessons as well as learning through my own trading experiences. I built up a small trading website. I was connecting well with other traders and developing a following on my website. I had met Jeff Bishop through the online trading community and I approached him to buy my website, which he did. Jeff began mentoring me and really teaching me how to trade focusing on trading patterns, especially in stocks trading under $10. Through his tutelage, I built on what he taught me and developed my own trading strategies and approach and began teaching subscribers.

7. In 2011, I left teaching and began to focus full time on teaching trading. For a short period of time, I also was featured on Profit.ly with Timothy Sykes due to my success as a teacher and trader. I believe my knowledge of trading and talents as an educator connected with people, and I started to develop a following. The service which focused on small- and mid-cap stocks became known as Jason Bond Picks. At the time, I had only a small number of paid subscribers. Over the years, the numbers of subscribers to my services grew.

8. In 2011, I was trading in an account of approximately $5,000. I was working with Jeff to develop my trading skills and teaching service. To support this service and to be taken more seriously as a trader, Jeff let me use an approximately $200,000 account to trade while teaching subscribers. That account was eTrade account number XXXX-8701 ("Account 8701"), and it is in Jeff's name.

9. In approximately 2014, Jeff and I created Lighthouse Media LLC which offered the trading newsletter service Jason Bond Picks. In late 2016, we changed the name of the company to RagingBull.com, LLC.

10. Throughout the company's history, Jason Bond Picks has been Raging Bull's flagship service.

11. Through my Jason Bond Picks publication, I teach stock trading with an emphasis on trading small-cap stocks (stocks with a market capitalization under $2 billion and generally trading under $10) and mid-cap stocks (stocks with market capitalization between $2 billion and $10 billion with stock prices that may be over $10). These stocks generally trade on the NASDAQ. I do not target OTC or low-volume stocks.

12. The primary strategy I teach involves stock swing trading, which is a buy and hold for one to four days. There are thousands of small- and mid-cap stock opportunities. I teach my subscribers about stock setups and how to scan for stocks to focus on. I teach subscribers to look for patterns as part of a technical analysis, but also to look for momentum or catalysts behind the stock, such as SEC filings or company news. I initially learned these patterns from Jeff and refined them based on my own experience and learnings. I also teach various technical trading concepts, such as Fibonacci retracement, Japanese candlesticks, and others.

13. My teaching newsletters and curriculum has evolved over my time with Raging Bull. It has included video lessons, daily stock watch lists, trade alerts, participation in chat rooms, livestreaming my trading portfolios, live video streams, posts and articles on the company website, and regular email and other electronic communications discussing, often in great detail, my daily and anticipated trading activity. The emphasis has always been on transparency and learning.

14. In general, but not always, I have traded with real money when teaching my subscribers. I have paper-traded for a short periods of time on a few occasions, including in early to mid-2019. Whenever I have switched to paper trading, I have been very clear with all of my subscribers that I was paper trading. When I trade in real money – which is most of the time – I am also very clear with subscribers.

3

15. My typical practice has been to publish a daily watchlist either the night before or early morning, listing a few stocks I would be watching for the day or next few days. This daily watchlist was not simply a list of stocks. I teach trading, and my daily watchlists includes discussions about the stocks I'm watching – why I'm watching these stocks, what setups I'm looking at, what patterns I'm playing and where I will be looking to buy or sell. In other words, I teach not just through instructional videos and trade alerts; I publish a consistent and substantive discussion nearly every day of my trading.

16. My protocol in using a watchlist is that I would identify a stock on my watchlist, discuss why I was watching it and where I was looking to get into the stock at. If that stock's price moved into where I was looking to buy it, I would generally make the buy and alert it once I knew the trade had filled so I could accurately report it. By following my watchlists, my subscribers could be watching those same stocks and make a buy or sale before me, at the same time as me, after me or not at all. That was up to each subscriber.

17. Another component of my teaching is sending subscribers real-time trade alerts. I developed this process very early on in my teaching services when my subscriber volume was low. This practice involved sending a trade alert via SMS and/or email to my subscribers after a buy or sale – generally, as close in time to the time of my buy or sale as possible. The purpose of doing so was to teach in real time, as a "teach by doing" approach. This allowed my subscribers – particularly when I traded real money – to see my trading strategies in a real-time environment. Letting my subscribers see my trading in real time using real money helps to teach the application of my strategies in real time, rather than merely explaining trades after the fact. Real time trade alerting also helped to illustrate for my subscribers how I deal with the emotions of trading – how to handle fear and excitement, and how to react to winning and losing – because

that is the life of a trader. Furthermore, as we have worked hard to continue to improve the experience and education for our subscribers, I recently began providing "advance notice" trade alerts in which I send notice to my subscribers before I make a trade. I provide this early warning when the stock is nearing the point where I am ready to buy or sell it, but disclose that it is possible I will not be able to fill the trade at the price and volume alerted. Afterwards, I alert confirming my purchase assuming it is filled. This allows me to provide education on what I'm doing as a trader on the stocks my subscribers know I'm watching.

18. The purpose of my services with Raging Bull is not to have subscribers simply mirror my trades. I "teach by doing." I show my subscribers how to trade. Some subscribers may choose to trade alongside my trading, whether they do that only on occasion or often. But the service is designed to help people learn how to trade. I discourage my subscribers from merely mirroring my trades without doing the work to learn my strategies. My services are about teaching, which is why I provide so much substantive discussion about what I'm doing and why. This is the reason I am transparent in my trading activity. This is why I live streamed my trading portfolio.

19. In connection with my Raging Bull services, I have made references to my trading profits. My claims about trading profits have been accurate and substantiated. To the best of my recollection, whenever I have made a statement about my trading profits I have referred to realized transactions.

20. I teach my subscribers about both my trading wins and my trading losses. It is a core part of my services, as traders learns from trading successes and failures.

21. Multiple subscribers of mine have made substantial trading profits.

22. One of my subscribers, Kyle Dennis, has made millions of dollars in trading profits after learning from me. He was a subscriber of my services and became the first subscriber I'm aware of who made a million dollars using my services. He wrote the Foreword to my 2017 e-book, *Swing for the Fences*, which is available for free to all subscribers to one of my services. In it, he details how he learned trading from me and made $36,901 in 2013, $55,468 in 2014, $847,417 in 2015 and $1,130,566 in 2016. We had accountants audit Kyle's personal brokerage accounts and taxes to verify that he in fact made $1 million in trading profits while he was a subscriber to my services. Since that time, I understand that Kyle has continued to make large trading profits. Because of his success, we hired Kyle to teach subscribers at Raging Bull. He has quickly developed into Raging Bull's most successful guru in his number of subscribers.

23. Nathan Bear is another former subscriber of mine who has made over a million dollars learning to trade from my services. We reviewed his brokerage statements to confirm he had trading profits of a million dollars during the time he was a subscriber to my service. Nathan started with a trading account of approximately $37,000 and turned that into $1 million. Because of his success, we hired Nathan to teach subscribers at Raging Bull.

24. Taylor Conway was the third subscriber of mine to make a million dollars applying my teachings. We verified that he made those trading profits by reviewing his brokerage statements and tax returns. Taylor started trading with approximately $10,000 when he joined my service. Through trading, he turned that into $1 million. Because of his success, we hired Taylor to teach subscribers at Raging Bull.

25. In providing my services to subscribers through Raging Bull, I conducted trading using my strategies and techniques, in a few different trading accounts.

26.     I began trading in Account 8701 in 2011. After Jeff gave me access to Account 8701, to my knowledge I was the only person trading in the account in 2011 after I began trading. I traded in Account 8701 through the end of the year. I do not have in my possession copies of the brokerage account statements for Account 8701 for 2011, and I understand that eTrade has deleted those account statements. However, based on my contemporaneous records, I began trading with approximately $206,931 in Account 8701. I finished 2011 with approximately $237,407 in Account 8701, making approximately $30,000 in trading profits.

27.     In 2012, I traded in Account 8701. To my knowledge, I was the only person trading in Account 8701 in 2012. I traded in Account 8701 throughout 2012. I do not have in my possession copies of the brokerage account statements for Account 8701 prior to December 2012 and I understand that eTrade has deleted those account statements. However, based on my contemporaneous records, I began trading with approximately $287,407 in Account 8701. I finished 2012 with approximately $304,786 in Account 8701, making approximately $17,000 in trading profits.

28.     In 2013, I traded in Account 8701. To my knowledge, I was the only person trading in Account 8701 in 2013. I traded in Account 8701 throughout 2013. I have had in my possession account statements for Account 8701 for the period of December 1, 2012 to December 31, 2013, which I directed to be provided to counsel.

29.     In 2014, I traded in Account 8701 up until approximately March 20, 2014. To my knowledge, I was the only person trading in Account 8701 up through March 20, 2014.  I have had in my possession account statements for Account 8701 for the period of January 1, 2014 to March 31, 2014, which I directed to be provided to counsel.

30. Beginning on approximately March 24, 2014, I began trading in eTrade account XXXX-4059 ("Account 4059"), which as of March 2014 was held in the name of Lighthouse Media LLC. To my knowledge, I was the only person trading in Account 4059 after March 24, 2014 through the end of the year. I have had in my possession the Account 4059 account statements for the period of March 1, 2014 to December 31, 2014. These statements confirm that in March 2014, approximately $250,000 was deposited into the account. This funded my trading activity for the remainder of 2014.

31. In 2015, I continued to trade in Account 4059. To my knowledge, I was the only person trading in Account 4059 in 2015. I have had in my possession the Account 4059 account statements for the period of January 1, 2015 to December 31, 2015, which I directed to be provided to counsel.

32. Also in 2015, I traded in Interactive Brokers account XXXX1637 ("Account 1637") held in the name of Lighthouse Media LLC. I have had in my possession the Account 4059 account statement for the period of January 1, 2015 to December 31, 2015, which I directed to be provided to counsel.

33. In 2016, I continued to trade in Account 4059. To my knowledge, I was the only person trading in Account 4059 in 2016. I have had in my possession the Account 4059 account statements for the period of January 1, 2016 to December 31, 2016, which I directed to be provided to counsel.

34. In 2017, I continued to trade in Account 4059. To my knowledge, I was the only person trading in Account 4059 in 2017. I have had in my possession the Account 4059 account statements for the period of January 1, 2017 to December 31, 2017, which I provided to counsel. On December 11, 2017, I caused an amount of $232,048.28 to be disbursed from Account 4059

and donated, on behalf of Raging Bull, to approximately fourteen different charities, including St. Jude's Children's Hospital, the American Diabetes Association, Autism Speaks and the Wounded Warrior Project.

35. In 2017, I also traded in Account 8071, an account I had not traded in since March 2014. To my knowledge, I was the only person trading in Account 8071 in 2017. I have had in my possession the Account 8071 account statements for the period of January 1, 2017 to December 31, 2017, which I directed to be provided to counsel.

36. In 2018, I continued to trade in Account 4059. To my knowledge, I was the only person trading in Account 4059 in 2018. I have had in my possession the Account 4059 account statements for the period of January 1, 2018 to December 31, 2018, which I directed to be provided to counsel.

37. In 2018, I also traded in TD Ameritrade account XXX-XX6387 ("Account 6387"), which was held in my name. During this time, I was the only person trading in Account 6387. In November 2017, I had made a single purchase of LQMT, which I held as a long position and which was not part of my teaching strategies. I made and held additional purchases of LQMT throughout 2018 in Account 6387, which were not part of my teaching strategies. The remaining trading activity in Account 6387 was part of my teaching strategies. I have had in my possession the Account 6387 account statements for the period of January 1, 2018 to December 31, 2018, which I directed to be provided to counsel.

38. In 2018, I also continued to trade in Account 8071. To my knowledge, I was the only person trading in Account 8071 in 2018. I have had in my possession the Account 8071 account statements for the period of January 1, 2018 to December 31, 2018, which I directed to be provided to counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 1/13/21

_____
Jason Bond