# Exhibit 4

## DECLARATION OF JEFFREY M. BISHOP

I, Jeffrey M. Bishop, declare as follows:

1. I am over the age of 18, competent to execute this Declaration, and have personal knowledge regarding the matters contained herein. If called as a witness to testify, I could and would testify to the following.

2. I was born in Los Angeles, California in 1975.  I lived in California until approximately 1987 when I moved to Texas.  I lived in Texas until 2007 when I moved to New Hampshire where I currently reside with my wife, Melissa, who I married in 1998.  We have three children, Abel (18), Peyton (15) and Sara (10).

3. I am the co-founder and CEO of RagingBull.com, LLC ("Raging Bull"). I have a bachelor's degree in Finance and a master's degree in Economics from the University of Texas at Arlington. I earned them in or around 2001 and 2004, respectively.

4. I worked my way through college and graduate school.  In fact, during my studies, I owned several small businesses that were profitable and I began to learn about stocks and options.

5. My wife received an MBA and PhD in Marketing from the University of Texas at Arlington during this time as well. She made a significant income of her own in her career as a professor at the University of New Hampshire before she stopped working in 2015.

6. While I was living in Arlington, Texas for college, I met a representative of the American Mensa organization, which is based in Arlington. At the representative's suggestion, I took their exam and qualified for membership. I have been a lifetime Mensa member ever since.

7. After finishing school, I continued to learn about stock trading, particularly charting and stock patterns that were most persistent in stocks trading under $10., which could be used to predict a security's price movement.

8. After several years working in the online financial marketing industry, I was approached by Jason Bond to purchase a website that he had built. He knew of me from online websites I owned, and I knew of him from education on stock charting he was posting on a website called InvestorsHub. Jason had a growing following there and I felt he was both a great teacher and charismatic personality. After some conversations, I decided to buy his website with the assumption that he would write education for my sites. He did this while he was still working as a school teacher.

9. During this time, I shared with Jason my knowledge of the stock market and the patterns I found to be most successful, particularly in stocks trading under $10. Jason had an incredible aptitude for trading and teaching. I hired him to teach on an online newsletter site I owned, which would later become JasonBondPicks.com. Jason's skill and talent as a stock trader and teacher built a fast and loyal following. We decided to build a newsletter publication service around stock trading education. That business was Lighthouse Media LLC, which became Raging Bull.

10. One factor in our success is that Jason didn't just provide information and teach trading techniques and strategies; Jason taught what it was like to be a real trader. And he was committed to being completely transparent with his subscribers, sharing and discussing all of his trading, both good and bad. This was a very novel idea at the time and is the cornerstone of our business.

11. Jason and his services have always been, and continue to be, the face and flagship of Raging Bull. We have added additional gurus, with the most popular being Kyle Dennis who provides a service called Biotech Breakouts. Kyle first provided a newsletter service for Raging Bull in 2016. Kyle's Biotech Breakouts service is now the most popular Raging Bull service. Together, Jason and Kyle's services generate more than half of the company's revenue.

12. Our focus at Raging Bull is to build long-term relationships with our subscribers. We do not look for short-term subscribers, who pay for a single service and then leave. We would not succeed as a business doing that because our front-end services (lower priced services that most new subscribers opt for when first joining) generate very little revenue compared to the investment we make in marketing and services to bring in new subscribers. Simply put, <u>if we did not satisfy the majority of our subscribers, and we had only one-time subscriptions from customers who are quickly dissatisfied and leave, Raging Bull would fail.</u>

13. Over its history, Raging Bull has built a successful business with a track record of many thousands of satisfied subscribers. According to our records, Raging Bull has had more than 230,000 subscribers historically. As of December 2020, the company had approximately 84,000 subscribers.

14. We have built Raging Bull as a subscription-based publisher that provides subscribers with training and educational materials to learn trading strategies for their own investing activity. Raging Bull offers publication materials and education for multiple unique trading strategies.

15. Raging Bull's trading strategies are developed and taught to subscribers by Raging Bull's "gurus" through a mix of instructional videos, daily stock watch lists, exemplar trading activity in real time, and live chat rooms. Subscriptions correspond to different trading

strategies and the services provided vary across trading strategies and gurus. Raging Bull's gurus educate subscribers through a "teach by doing" method, providing a mix of real-time trading examples with corresponding stock watch lists and alerts for trades, including sharing with subscribers their own personal experiences (good and bad) employing such trading strategies developed over many years of their professional activities.

16. Raging Bull offers various services to subscribers, including the following:

 a. ***Training Videos.*** Raging Bull directs new subscribers to multiple core instructional videos, providing instruction on the service's trading strategy.

 b. ***Daily Watchlists.*** Daily watchlists highlight the stocks a guru is watching for potential trades. The watchlists generally provide information regarding why the guru is watching the stocks, how the stocks' recent activity fits within the trading strategy, and what expected action (buy or sell at a particular price) the guru is planning with respect to those stocks.

 c. ***Real Money Trading.*** Most of Raging Bull's gurus provide training to subscribers through real money trading. Trading real money provides the realistic proving ground for a guru's strategies and is strongly preferred by the company's subscribers.

 d. ***Trade Alerts.*** Raging Bull gurus often publish trade alerts via text message and/or email to subscribers. Trade alerts demonstrate how the guru is executing the strategy and teaches subscribers how to understand in the trading strategy in real market conditions.

 e. ***Livestream Portfolios.*** Several gurus livestream their account portfolios to provide complete transparency in real time of their trading activities.

  f. ***Chat Rooms.*** Raging Bull has also offered live chat rooms, which offer general discussion about the guru's trading strategies in real-time and allows the gurus to respond to general questions from subscribers as well as communications among subscribers.

  17. In late 2019, we realized our company had grown faster than our ability to keep up with the implementation of processes and controls for compliance. In the last year or so, we have taken many steps on our own initiative to improve. In late 2019, Raging Bull hired Susan Trahan as general counsel and chief compliance officer. Susan worked to address compliance and training issues. In late 2019, Raging Bull developed and put in place a Compliance Manual, memorializing safeguards and internal controls. Raging Bull specifically prohibits employees from engaging in any unlawful trading activity, including pump and dump schemes, scalping, or touting. Raging Bull has also recently developed and revised various policies and practices, and conducted comprehensive training sessions, focused on stronger operations and compliance with company marketing and communications.

  18. In 2020, we hired a full-time compliance lawyer to assist Susan. Our goal has been to get to a place where we set the bar in our industry on compliance, while remaining profitable and providing the services our subscribers look to us for.

  19. As the company began to grow fast, we chose to focus on hiring quality people in the U.S. who would provide a better experience for our customers, rather than outsourcing our customer service offshore to save money (which many companies do).

  20. Raging Bull takes our dedication to customer service very seriously. However, we have not always succeeded in providing the best customer service, which is distressing and disappointing to me. When COVID-19 hit the U.S. in March 2020, we were blindsided by it like

many other businesses. Raging Bull's executive team met early on to discuss ways to cut expenses because we anticipated and planned for a significant drop in business and possibly a recession toward the summer.

21.     We were wrong. Unexpectedly, our subscriber base grew substantially very fast. This presented a huge challenge for us, not only because we had prepared for a downturn in the business, but also because at the same time we were forced to close our offices and abruptly transition our employees to work from home. This problem was two-fold: our customer support agents were less productive at home, and we were having more support tickets come in at record rates from new subscribers. Because of these factors, we did not provide the customers service our subscribers deserve. This impacted handling rebate requests, responding to customer complaints, and addressing chargebacks. As a result, customer complaints increased to previously unseen levels. In realizing the scale of the issue, we spent a tremendous amount of money to hire more customer service employees through an outsourcing firm. This nearly doubled our customer support staff and helped us catch up on outstanding support issues.

22.     Raging Bull has been built by traders and we know our target audience well. Our target audience is people like us – generally from the ages of 30 to 50, well-educated and often high income earners who understand the value of investing in their own growth. Raging Bull does not and never has targeted seniors. In fact, our marketing and service offerings don't really appeal to an older audience that is looking for a more hands-off and conservative approach toward trading. In addition, we market primarily on the internet including Google, Yahoo, YouTube, and Facebook, and social media, such as Twitter and Facebook. We don't market in outlets and publications that would be thought of as targeting seniors.

23. Raging Bull does not create marketing materials in non-English languages, and does not purchase advertising in media channels designed to target "immigrant" populations.

24. While I did take over one small service prior to 2018 when the featured guru left, to my knowledge I did not advertise to the general public any trading services under my name before 2018. I started my first newsletter service where I was featured as a guru in March 2018 called Weekly Money Multiplier, which was primarily based on aggressive strategies for trading short-term options focused solely on buying calls and puts. My service accounted for only about 15% of Raging Bull's 2018 revenue. Over the years, I have developed options trading techniques that in my view have high-profit potential in a short period of time, which is the basis of what I taught my subscribers. When I ran this service, I would send out daily email commentary to subscribers with my outlook on the market along with stock options ideas and my reasoning. In 2018, I traded real money from a TD Ameritrade account, which I live-streamed during the day for my subscribers to see. When I made a trade that I wanted to share with my members, I would send out an email alert to subscribers shortly after the trade letting them know. Because my risk tolerance is higher than what I would typically teach, I chose not to share all of my actual trades in this portfolio with members. Watching live trades is a part of the service that subscribers really like as it enables them to learn exactly when I decided to make a trade and why. I share with my subscribers my gains and losses on particular trades that I alerted and both serve as a basis for my teaching, and a reminder that trading options involves risk. While I did not host a live chatroom during the day, I would occasionally hold live training sessions to share with subscribers my thoughts on the markets and how I interpret current events based on my years of experience.

25. Providing real-time trade alerts is a common practice in the financial education industry, and is done by some of our largest competitors like Jim Cramer at TheStreet.com (https://subscription.thestreet.com/), Motley Fool (https://www.fool.com/services/), Timothy Sykes (https://profit.ly/guru/timothysykes), Skyview Trading (https://skyviewtrading.com/free-lessons/), John Carter (https://www.simplertrading.com/store/), and others. Virtually all services provided by our competitors listed above teach some form of technical trading similar to what we teach.

26. In 2019, Nathan Bear took over the Weekly Money Multiplier newsletter service, and I started two new services – Bullseye Trades and Total Alpha.

27. In my Bullseye Trades service, I share a single option idea for the week on Monday morning before market, along with a lesson on why I decided to pick that particular stock and the price range at which I was looking to make a purchase. At various points in time, I may or may not have alerted the actual trade. This is a low-cost entry-level service where people can learn about how options work and see a new lesson and example every week that people can monitor actual results. To my knowledge, there are many subscribers to this service who are experienced traders and are simply looking for more trading ideas and strategies they can put into practice in their own trading.

28. My Total Alpha service is a more advanced newsletter service where I teach on a variety of options strategies including covered calls, cash protected puts, and selling option premium utilizing credit spreads. I send out daily email commentary to subscribers with my outlook on the market along with stock option ideas and my reasoning, and I alert my trades by email.

29. Options trading requires qualification from an options brokerage. The broker will assign an options level to the client based on the client's knowledge, finances and needs. For any subscriber to any of Raging Bull's services, including all of my services, that focus on options trading, the subscriber would need to have the appropriate level approval from the broker before being able to invest. Bullseye Trades would require at least a moderate level, while Total Alpha would require a high level.

30. In 2018, the trading I did for Weekly Money Multiplier was in was a TD Ameritrade account, XXX-XX9075 ("Account 9075") held in the name of Happy Mountain Holdings LLC. Not all of the trades in Account 9075 in 2018 were for my service. From 2014 to 2017, I did not use Account 9075 for any Raging Bull service.

31. I also have an eTrade account, number XXXX-8701 ("Account 8701"), that is held in my name. From 2011 through 2018, I did not trade in Account 8701 when Jason Bond or others were trading in the account. While I don't have a specific recollection, I may have traded sporadically in the account when others weren't trading it.

32. I do not recall trading in eTrade account XXXX-4059 ("Account 4059"), which was held in the name of Lighthouse Media LLC and, subsequently, RagingBull.com LLC, between 2014 and 2018. I did not trade in Interactive Brokers account XXXX1637 ("Account 1637"), held in the name of Lighthouse Media LLC, in 2015.

33. I have traded in multiple other brokerage accounts that have not been associated with Raging Bull. I have not traded in any account dedicated solely to the options trading techniques that I teach subscribers.

34. My personal trading history goes far beyond the options trading techniques and strategies I teach. For many years, I have had the financial means to take huge risks in the

9

market, which I have sometimes done. I was worth over $8 million prior to going into business with Jason Bond or establishing Raging Bull.

35. In recent years, Raging Bull has received hundreds of unsolicited and non-compensated comments and reviews from its subscribers praising the company's gurus, teaching, and services. We were able to reach out to some of these subscribers within 48 hours after we learned of the filing of the FTC's Complaint to ask if they would be willing to re-confirm their comments about the company by signing a supporting statement. We received many signed statements on extreme short notice. I have attached as <u>Attachment A</u> over 200 examples of these subscriber comments, including 142 statements that have been re-confirmed and signed within 48 hours of the FTC's complaint in response to Raging Bull reaching out to subscribers who have provided prior reviews.

36. Since that time, we have received additional written comments from subscribers. Even after being told by the FTC that Raging Bull is "permeated with fraud," and reading the many false allegations in the FTC's complaint, many of these subscriber comments have been very positive. Additional reviews that we have received since approximately December 10, 2020 are attached to my Declaration as <u>Attachment B</u>.

37. The asset freeze entered as part of the FTC's TRO, and the appointment of the Temporary Receiver, has effectively shut down Raging Bull. This shut down will become permanent if the asset freeze remains in place and the Temporary Receiver is permanent.

38. Before the FTC filed its lawsuit, Raging Bull employed approximately 160 employees across the U.S. and internationally, most of whom had been working from home during the COVID-19 pandemic. Since the Court entered the TRO *ex parte* on December 8, 2020, all but 6 employees have been let go or furloughed just before or during the holidays.

Some of these employees continued to work for several weeks after the TRO was entered without ever being paid, providing assistance requested by the Temporary Receiver, taking steps to comply with the TRO including data preservation, fulfilling subscriber services and customer queries, and providing information and documents to the company to defend itself in this matter.

39. The asset freeze and appointment of the Temporary Receiver forced the company to pause all operations as of December 21, 2020 and halt service to our subscribers. We have been fighting desperately to keep the company on life support up to the preliminary injunction hearing. The Temporary Receiver reported to us that the FTC stated its intention is to close down Raging Bull permanently.

40. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on January 13, 2021

_____
Jeffrey M. Bishop