# ATTACHMENT A

BISHOP-DEC 00001

 Kayla Smith <kaylas@ragingbull.com>

## Raging Bull Services

1 message

**Kathy Gaston** Bishop Declaration-Attachment A (REDACTED).pdf  Tue, Dec 8, 2020 at 4:59 PM
To: Kaylas@ragingbull.com

Good afternoon,
I've been with the Raging Bull family for 5+ years. I value my subscriptions to RagingBull Elite services as well as the Board Room and Angel Investor programs. RagingBull takes a "teach a man to fish" approach to their services. In other words, their goal is not only to provide members with information about markets and trade ideas, they teach members strategies and give them tools to come up with their own trade ideas and trade plans. They encourage members to develop their own trading style and risk tolerance so that members are making their own decisions and can trade with or without the service. This approach also allows members to evaluate the ideas provided by the mentors so the individual can make informed decisions as to whether a trade idea fits within their own personal trading style and risk tolerance.

Members are frequently encouraged to watch the video lessons provided by each mentor, to paper trade before trading with real money, to make their own trading decisions, and to trade their own plan. The mentors provide trade ideas and rationale for the idea, then it is up to the member whether or not to execute on that idea. For new members, this can be difficult because they understandably want to hurry up and make money. I can tell you from personal experience, that each mentor (Jeff Bishop, Jason Bond, Kyle Dennis, Jeff Williams, Nathan Bear, etc) all are very clear about taking the time to walk through the training to develop a good understanding trading fundamentals, strategies, risk versus reward, and etc., before putting any of your own money on a trade. This approach provided me with the confidence (after about two years of training, paper trading, and finally trading part-time with real money), to retire from my 30+ year career as a Senior IT Analyst and become a full-time trader.

I would also like to point out that in my experience with RagingBull, all of the mentors are very transparent about the trades they alert or trade ideas they share with their members. Each RagingBull mentor shares their personal trading screens live on a regular basis. They own up to their wins and also their losses and provide insights into why they believe a trade was either successful or why it may have failed.

RagingBull also provides live training and networking opportunities at conferences where the mentors make themselves available to members, getting to know them on a personal level, and openly sharing their personal trading journeys for the benefit of each member.

It is my hope that RagingBull can continue to provide their services to its members as the value received is quite extraordinary. The training I have received thus far, and continue to get value from greatly contributes to my personal success as a trader.

Thank you for your consideration.

***-Kathy Gaston***

Hello: As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **11/07/20**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"I could not be happier with this service. I can tell I am really learning from Jeff's teachings and as a beginner trader I would suggest this service to anyone struggling to understand some of the fundamentals to trading when first starting. I can honestly say I feel more confident pulling the trigger and going into a trade and also selling a trade after what I have learned from reading charts from this course."

**Signature:**............DocuSigned by: [signature] A485AF494934451...............................

**NAME:** Aaron Pringle

**DATE:** 12/8/2020

Hello Alan,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on October 5th. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"This service is all in on my success! Thank you for the daily education, couldn't ask for anything more!"

**Signature:** DocuSigned by: Alan Goodwin 1EE00B56EE2B438...

**NAME:** Alan Goodwin

**DATE:** 12/8/2020

DocuSign Envelope ID: 71565369-D972-4C9D-91E5-0448AEA3C29C

Hello Al: As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on 11/7/18. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Straight shooter with information, and not just hype. Explains his recommendations in easy to understand concepts. Most importantly, he's helping me get my own good results!"

DocuSigned by:
Al Pitoscia
B7502D8DBC31485...

Signature:.................................................................

NAME: AL PITOSCIA

DATE: 12/8/2020

Hey Alan,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on December 2, 2018. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

10 Stars to Jason

"10 stars to Jason. Great teacher and mentor. I have learned more in his trading service in one month than in other services in two years. If you want to learn from the best, I recommend his service over all others."

2018-12-02 23:05

Signature: DocuSigned by: [signature] 907852465800408...

**NAME:** Alan Little

**DATE:** 12/8/2020

Hello Mr. Little,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"You guys are doing some fantastic training! I am sitting in the trading room with Jeff. I have made some small trades in penny stocks, I have learned a ton of info in the chat room and watching the scanner. Signed up for lifetime membership, so I'm in it for lifetime. Love the video library and learning trading psychology! Have taken the Sniper Report with Kyle, made a huge profit on AMRN me a couple of years back. I have been in other services, but Raging Bull is tops in teaching you HOW to trade. Learning and burning, checking news to find trades on my own. Thank you Raging Bull for all you do! I like it when Jeff brings out the Red Cup for a super trading day! Thanks, Alan"

**Signature:** DocuSigned by: [signature] 9078824358064C6...

**NAME:** Alan Little

**DATE:** 12/8/2020

 Kayla Smith <kaylas@ragingbull.com>

## Daily Deposit Testimonial

1 message

Bishop Declaration-Attachment A (REDACTED).pdf Tue, Dec 8, 2020 at 12:24 PM
Reply-To: Bishop Declaration-Attachment A (REDACTED).pdf
To: "Kaylas@ragingbull.com" <Kaylas@ragingbull.com>

I have been using Daily Deposit services for a month now. Even though I have been actively trading for 8 months now and not new to trading options I never traded SPY before. I avoided trading spy due to the fact SPY shot term option pricing moves so quick and I felt by the time I reacted it would be too late using regular tdameritade website. I had never used TOS before but I realized in order for me to actually learn his skills I needed to start using TOS. I learned the basics of TOS from Ben and I even imported Ben's TOS setups but I kept working on the setup as I learned more and even to this day customizing to my own liking and made it even bigger. I quickly realized the importance of having a strong TOS setup for better trades. That was just a start, with his training sessions in bullpen, and training videos in Daily Deposits I learned how to trade and react fast by using his Active Trading Grid. I learned how to use Fib level, read the charts, trends and market internal better but most importantly I gained confidence to be able to trade SPY with knowledge and skills on my side. When Ben tells you he wants to teach you how to fish and not just feed you a fish, that is an absolute 100% true statement. He is very passionate about you actually learning the skills, His teaching style alone can testify that. He is genuine in his approach and he is definitely among the best teachers at Raging Bull family. The way he explain things in simplest term and with his mock examples in TOS setup makes it very easy to follow his thought process and fully understand the idea / concept.

I look forward to watching his TOD videos and Pre-market videos. I do not start my trade day without watching his morning pre market video. Every evening I watch some of his other videos in his other services.

When I first started his Daily Deposit, I started with just 1 contract a day and worked my way up to 20 but now that he is live in The WorkShop room and can answer questions on the spot and basically walk you through live trades both before, during and after the trade is completely done, I can easily see my self going up to 50 contracts in the next couple of weeks and eventually to 100 contracts in a month. The learning from his actual live workshop is priceless and that is a skill that I will have for the rest of my life. I spent a lot of time watching all of his training videos under "Video Lessons" section and I strongly suggest you do the same. Start with 1 contract and work your way up. If you are serious about actually learning and acquiring new skills then you MUST join his Daily Deposit service. If you just want to be spoon fed then this might not be the right service for you.

There are many great traders out there in the world but not every great trader can be a great teacher however Ben is both a GREAT teacher and an awesome trader.

Ben, Thank yo so much for sharing your knowledge and going above & beyond for your students. I can't wait to learn more. :)

Ali

DocuSign Envelope ID: 4DDD8BEA-5B3F-4CFA-8846-EDA4CFEEDBF0

Hello Ali Sakali,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"I am happy with Raging Bull's services that I thought I could make a profit by now because I have seen some people really making an income from them. I did too.
I really wish their service continues."

**Signature:**...DocuSigned by: Ali Sakali 68A24D586FDF4F1......................................

**NAME:** Ali Sakali

**DATE:** 12/8/2020

"Hello: As we discussed earlier, here is the customer review confirmation form with the past feedback you left for RagingBull on 11/27/2020. We really appreciate your assistance. Could you please sign if this still reflects your experience with RagingBull?"

"Profited $120 off of the first alert. Jeff Bishop definitely knows what he's talking about. I would recommend to anyone looking for extra side money or just learning to trade options. Thanks Jeff Bishop!"

DocuSigned by:

**Signature:** Abraham Rivera

822853B06E1145B...

**NAME:** Abraham Rivera

**DATE:** 12/8/2020

Hey Andrew,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on December 14, 2018. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

*"No BS with Jason Bond. He's a straight shooter on his stock picks, and since he's putting his money where his mouth is I'm sold on the service. Finally found the place I belong. Real traders teaching other traders. It doesn't get any better than this."*

**Signature:** DocuSigned by: Andrew Daines 5534BEC23A3F433...

**NAME:** Andrew Daines

**DATE:** 12/8/2020

Hello Mr. Milne,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Hi,

I just wanted place emphasis on how excellent the RagingBull 'community' is. Jason, Jeff and Kyle have set up a world in RagingBull where they teach trading strategies that have proven to work for them. They show their results. If any new traders have come up with a new strategy that is providing them consistent profits and they wish to teach this, Jason, Jeff and Kyle have provided the platform for them to teach this. And they have always expressed with clear, unambiguous clarity that other traders results will vary. They are NOT to follow and they are to MANAGE THEIR OWN TRADES. This has always been the case.

RagingBull also has the largest suite of Trading Educational I've ever seen. It is phenomenal.

This Lawsuit is a joke. I have joined multiple other trading communities which do falsely advertise, but RagingBull is NOT one of them.

Thanks"

**Signature:** DocuSigned by: [signature] 576B2114FAB24F7...

**NAME:** Andrew Milne

**DATE:** Andrew Milne

Here is the confirmation form with the past feedback you left for RagingBull on **09/25/2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Im a skeptic generally about this business model, but the education is legitimate and terrificly done. Then to add extra value, the picks were right far more than they were wrong. So it's kind of like being taught how to fish then your teacher puts a couple big fish in your basket at the end of the day too. Well worth the price of admission."

**Signature:**......................................................................

**NAME:** Andy Harris

**DATE:** 12/8/2020



Kayla Smith <kaylas@ragingbull.com>

## Testimonial

1 message

**Barbara Fackelmeier** Bishop Declaration-Attachment A (REDACTED).pdf  Tue, Dec 8, 2020 at 2:55 PM
To: Kaylas@ragingbull.com

Good morning,
i am using the services of Ragingbull since almost a year now, i have learnt a lot and got a lot of Benefits out of there Service, so i am very grateful i found this service.
Thanks
Barbara Fackelmeier

 Kayla Smith <kaylas@ragingbull.com>

# feedback on raging bull

1 message

er Bish p Declarati n-Attachment A (REDACTED).pdf — Tue, Dec 8, 2020 at 4:17 PM
Reply-To: er Bish p Declarati n-Attachment A (REDACTED).pdf
To: "kaylas@ragingbull.com" <kaylas@ragingbull.com>

Dear Raging Bull,/Kayla

Hello, I am a fairly new subscriber to your services.. I am a 70+ year old part time investor. I started out with one or two of the less expensive services andstrongly felt the value and education were well worth what I paid for them, and helping me to become a better more informed trader,

Then as months rolled by I slowly added a few more (again of the less expensive services).. Finally a month or so ago for the great education value, experienced traders sharing what they were doing as a model, and wealth of materials I joined the Elite services for a year. While I felt this was a very significant financial commitment for me, over the past few weeks since joining I have been extremely pleased with the tremendous content that is being provided and utilize the website daily with great satisfaction.

I have always felt that the instructor/traders presenting the content provided both live and on video are honest, sincere and ethical and that they provide a transparent , educational and valuable service to their subscribers.

i also feel that they consistently advise that they are not licensed brokers/advisers and their are risks in trading which belong to each individual subscriber. This has always been clear.

I also belong to other companies who provide education and trading services and can state that I feel RagingBull compares extremely favorably with any of them. They have my support in disputing any allegation of improper representations because that has not been my experience at all.

Very sincerely,

Barbara Levinson

Hello: As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **11/07/20**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"The lessons and archives are awesome. Ive done a bunch of other courses and the way the program is laid out is fantastic. The premarket, during, and near close chat rooms with live stream help a lot either from advice from others or the advice given by jeff and the mods. I would highly recommend it. I only wish I had enough at the time to subscribe to platinum because I will definitely keep this service if funds provide."

**Signature:**............ DocuSigned by: Ben Peterson ..................................

**NAME:** Ben Peterson

**DATE:** 12/8/2020

 Kayla Smith <kaylas@ragingbull.com>

**Raging Bull is Legit**

1 message

**Ben Smith** Bish p Declarati n-Attachment A (REDACTED).pdf Tue, Dec 8, 2020 at 10:25 AM

To: kaylas@ragingbull.com

Kayla,

I wanted to let you know that I saw the news of the FTC suit being filed against RB. I've only been with RB for a short time but I can assure you that my experience has been wonderful. I started with a $97 investment and I learned so much about the markets in a very short period of time. RB quickly earned my trust and I have spent more than $5k in the past 60 days - it's worth every penny. I'm learning everything about stocks, options, and overall investing strategies. I have particularly enjoyed working with Jason every single day.

Let me know if there is anything I can do to help!

Best,

Ben Smith
CEO

 RagingBull

Kayla Smith <kaylas@ragingbull.com>

## Love the service

1 message

**William Mauro** Bish p Declarati n-Attachment A (REDACTED).pdf Tue, Dec 8, 2020 at 3:24 PM
To: "kaylas@ragingbull.com" <kaylas@ragingbull.com>

I joined my first RB service sometime around may or so was very impressed by the transparency of the communications from all of the people. The education alone was well worth the price of admission. Liked it so much I took the elite offer last month. I truly have not made all that much money but that is on me as you are NOT telling what to buy when to but etc. rather you are saying the opposite teaching me to do it myself.

I do love the service and really enjoy being in the rooms learning from others. I have worked in the financial service industry in IT for over 25 years and worked with traders I have learned more in the months I have been here with RB than I ever did from the traders I worked with. Let me know if you need anything more form me seems just a lot of sour grapes thinking, if you don't make the effort you will attain nothing, nothing comes without effort spent.

Best Regards

Bill Mauro

Sent from Mail for Windows 10

Hello Mr. Pierce,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Jeff Williams is simply the best IMO!!i I have been with other services in Raging Bull but they don't even start to compare with Jeff!! I have grown my account from 1K TO 27K in last 5 months. I did a life time and so happy I did. I continue to learn every day from Jeff. He is awesome!!!
Bill Pierce"

DocuSigned by:
**Signature:** Bill Pierce
440B794B76A6455...

**NAME:** Bill Pierce

**DATE:** 12/8/2020

Hello Mr. Patel,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Hello,

I been with RagingBull service since few month and very satisfied with education which they proved they are best teacher who teach us and provide education guidance as well. I would definitely recommend anyone who wants to learn how to trade this will be the best place to learn."

**Signature:** DocuSigned by: Biren Patel 51DC8F5C0CA4433...

**NAME:** Biren Patel

**DATE:** 12/8/2020

Hello Mr. Veasey,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

I joined RagingBull in April of this year. At the time I had followed other traders, but could not adapt their styles to my trading. Since moving my focus to what Nate teaches (TPS!) my losses have been recouped and I am up 20% on the year after being down 30%. I owe it all to Nate and his teachings. Thanks brotha!"

DocuSigned by:

**Signature:**......714CE5D55338497...........................................................

**NAME:** Brett Veasey

**DATE:** 12/8/2020

Hello Brian,

As you discussed earlier with my colleague Danny, here is the confirmation form with the past feedback you left for RagingBull on **12/8/2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"I've made really good, consistent income with Raging Bull and I have all of Jason Bond's products. They are all highly profitable and I love his style and communication. I've spent the stay-at-home summer vacation using Jason's courses to teach my teenage daughters stocks and options. They have been trading real money and selecting one or two trades per week. Already each of them is up over $5,500 which is more than any other kids their age make in several weeks. I also have a client newsletter that goes out to over 750,000 subscribers and I am pushing your programs."

DocuSigned by:
Brian Forbes

**Signature:**.........D3CA9BA04OD14AA..............................

**NAME:** Brian Forbes

**DATE:** 12/8/2020

Hello Mr. Liberati,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"I have been with Raging Bull for just over a year.
Every one of the traders have been totally transparent. They do not hide anything, they show us all. Plus they are very careful to let all of us know that they are not financial advisors, but are teaching us to trade.
I have never had a problem with the service at all. Also their customer service is wonderful. Very helpful and explain things so it is easy to understand.
They constantly let us know not to follow all of their trades because every one is different and has different risks.
I am 100% behind Raging Bull and have referred others to the service.

Brian Liberati."

**Signature:** DocuSigned by: [signature] C3779B3568F9423...

**NAME:** Brian Liberati

**DATE:** 12/8/2020

Hello: I am reaching out about a past review that you left, below is the testimonial verification form with the testimonial you left for RagingBull dated 9/30/2020. We really appreciate your feedback. Can you sign if your earlier testimonial still reflects your experience with RagingBullis 100% true?

"Made my first trade with Bulls eye today, UBER. I couldn't catch it Monday as it skyrocketed but I placed my order and waited patiently as suggested. Tuesday I got a buy and very quickly started to see profit. Wednesday I checked out of the trade with 63% profit, not bad for 24 hours. Took some of that profit and decided to sign up for the next years worth of service. Dr. Bruce Lamond"

Signature: DocuSigned by: Bruce Lamond B8B48319EC2842C...

NAME: Bruce Lamond

DATE: 12/8/2020

 Kayla Smith <kaylas@ragingbull.com>

## Feedback About Raging Bull Service

1 message

**Camilo Andres Pinto franco** Bishop Declaration-Attachment A (REDACTED).pdf Tue, Dec 8, 2020 at 11:29 AM
To: "kaylas@ragingbull.com" <kaylas@ragingbull.com>

I have been a part of the Raging Bull community for approximately 6 months and I am a current member of the Elite subscription. All I can say is that joining to this service has been one of the BEST decisions I have ever made in my life. The training tools that all the traders like Jeff, Jason, Kyle,Ben, Jeff and Nathan provide are extremely helpful and I have learned a lot from them. All these traders are very laid back, down to earth guys trying to help every single person they can to succeed. I am specially impressed with Kyle and Jason.They have been my mentors for the past months and now I can proudly say that I am on my way to achieve my financial freedom thank to them. As a personal opinion, I think that as grown up and responsible people, NO ONE should've blame Raging Bull Trades when there are losses on a trade, as they NEVER tell you what to do. All they do is to show you what they do with their own money and they provide us with the necessary training tools in order to become responsibale and succesful traders. . I am always learning from the great live and recorded sessions they have and look forward to several more years of being a part of this awesome community. THANKS RAGING BULL FAMIY FOR ALL I HAVE LEARNED FROM YOU!!!

Sincerely,

Camilo Pinto Franco

Bishop Declaration-Attachment A (REDACTED).pdf

Hey Carl,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on August 16, 2019. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"The new Millionaire Roadmap program teaching the way I learn best and that is my actually trading with the experts. Now I understand when to enter a trade, when to take my profits. and most importantly for me I have learned when to exit when the trade is not working. I could always make money, but keeping it was a problem. Thanks for all the help."

**Signature:** DocuSigned by: Carl Michael 09F927CD9C8246E...

**NAME:** Carl Michael

**DATE:** 12/8/2020

 Kayla Smith <kaylas@ragingbull.com>

## Excellent review

**Carol Mitchell** Bishop Declaration-Attachment A (REDACTED).pdf Tue, Dec 8, 2020 at 10:18 AM
To: kaylas@ragingbull.com

I have been trading 4 years and purchased various programs and finally landed on Raging Bull. The volume of simple, to the point teaching and in-depth explanation combinations have become invaluable to me. I've learned more in last 6 months from Jeff Williams and gained confidence in reading charts accurately to win more small profits consistently. Every day I learn at least one more concept as well reminders of technical tools and such.
My 6 yr old granddaughter has taken an interest so I often have the chat room playing while she's in my office doing her artwork. (The language occasionally goes South, though.) It's absolutely amazing what she picks up and talks about later in the day asking questions. So, Jeff's teachings are very effective. Thanks so very much!

Sent from my iPhone

Here is the confirmation form with the past feedback you left for RagingBull on **9/25/20**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Jason Bond is the Master when it comes to educating complete beginners into all things trading stocks and options. Learning so much more relevant information and strategies from someone who lives and breathes it, day in and day out and it has been an exhilarating ride! I have been 100% satisfied with the services I have signed up for!"

**Signature:**............................ DocuSigned by: F572897D5660488..................

**NAME:** Charlene

**DATE:** 12/8/2020

 Kayla Smith <kaylas@ragingbull.com>

**I rely on Raging Bull for educating me**
1 message

**Charles Leathers** <Bishop Declaration-Attachment A (REDACTED).pdf
To: kaylas@ragingbull.com

Tue, Dec 8, 2020 at 3:29 PM

Dear Raging Bull,

I joined Raging Bull several years ago and have gained valuable knowledge in trading stocks, options and basic concepts in how the stock market operates. This is the best training available to new traders and teaches individuals by watching mentor.s explain their trades. I do not rely on RB for recommendations but I learn to make my own trades. I am responsible for my own trades from the education that I learn on RB. This is the best education I have ever encountered and would recommend this service to all my friends and fellow traders.

Sincerely,
Charles Leathers
Bishop Declaration-Attachment A (REDACTED).pdf

Hello Charlie: As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on 2/21/20. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Kyle is the best of the best. His research skills is most impressive. The training is worth every penny and more."

Signature: DocuSigned by: Charlie Flippo 5DC2E8AFC47148F...

NAME: Charlie Flippo

DATE: 12/8/2020

Hello Charlie Flippo,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **August 16, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Awesome service; best of the best. I highly recommend everyone give this a good look. If you do you will be here for life."

**Signature:**............ DocuSigned by: Charlie Flippo 5DC2E8AFC47148F... ............

**NAME:** Charlie Flippo

**DATE:** 12/8/2020

Hey Chris,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on November 22, 2018. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

A personal thanks to Jason Bond.

"This is an awesome service. Before I joined Jason Bond Picks I was losing money on just about every trade I would get in. Jason has video lessons that are extremely helpful and full of useful information that I believe are necessary to be a successful trader. I would like to take this opportunity to publicly thank Jason Bond for all the hard work he puts into his studies and for helping me to be a better smarter and successful trader."

2018-11-22 1:30

DocuSigned by:

**Signature:** ..........................................................

DE0271514C9C4 ...

**NAME:** Chris Ewing

**DATE:** 12/8/2020

Hello Chris,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on August 3rd. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"I just want to send an email to let you all know how much I appreciate Raging Bull! It was frustrating before trying to daytrade with only 3 daytrades allowed due to PDT, but JW strategy really helped me out. It was my own fault for losing most of my winnings but before that I did 3X my account with his help and with the Bullseye help! I hope when I make more money I can join Total Alpha!"

**Signature:** DocuSigned by: [signature] 0838BDA7G0EC4DA...

**NAME:** Christopher Lee

**DATE:** 12/8/2020

Hello Mr. Jones,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Kayla,

Feel free to use this email regarding my experience with Raging Bull. Let me know if you need any signed documentation or anything else from me.

I joined Raging Bull services around 2015/2016 and continue to subscribe to their services. In the beginning, I had very little knowledge of the markets and how they worked. The knowledge I've gained through their service has been nothing but exceptional. I've researched other services and none provide the transparency and education like the team at Raging Bull. I have never felt misled by any of the teachers. Each one of them shares their success and failures and why particular set ups worked or didn't work. I've learned how to scan for stocks and identify active market sectors which provided exceptional returns early this year during the Covid 19 pandemic. Learning from the folks at Raging Bull has been priceless and I'm sure I would've lost my entire account without being able to learn from them. My experience with the team at Raging Bull has been nothing but positive and I continue to learn from them everyday.

Chris

DocuSigned by:

**Signature:** Christopher Jones

FD3D01C0A4B94EC...

**NAME:** Christopher Jones

**DATE:** 12/8/2020

 RagingBull

Kayla Smith <kaylas@ragingbull.com>

**Testimonial**

1 message

**Connie Uriarte** Bishop Declaration-Attachment A (REDACTED).pdf Tue, Dec 8, 2020 at 11:05 AM

To: kaylas@ragingbull.com

As a couple new to stock trading, we have tried a few different subscription training services to date. Jason Bond's services and community have been hands down the best so far.
The live training and videos are very informative. We are so thrilled to have joined the live training programs for 2021. We are excited and truly looking forward to increasing our knowledge and understanding of the market with this awesome team.

Sincerely,

Ozzie & Connie Uriarte

12/8/2020 RagingBull.com Mail - (no subject)

Kayla Smith <kaylas@ragingbull.com>

**(no subject)**
1 message

**cmularski** Bishop Declaration-Attachment A (REDACTED).pdf Tue, Dec 8, 2020 at 9:48 AM
To: kaylas@ragingbull.com

Great education, love to see more streaming. GREAT service!!

https://mail.google.com/mail/u/2?ik=76e8ceeeff&view=pt&search=all&permthid=thread-f%3A1685521853569036771&simpl=msg-f%3A168552185356... 1/1
BISHOP-DEC 00036

Hello Mr.Thomson,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

" Dear Raging Bull,

In April 2020 I had never traded before, I started at Raging Bull with Kyle Dennis and today am a Lifetime Elite member. I can't quantify how much I have learnt from Jeff Bishop, Jason Bond, Dave Lukas and JC Parets but most of all Nate Bear. Learning to trade is a marathon and there are no short cuts but having the Raging Bull traders tell me what they are trading and why is as good as it gets.

Today I am profitable and as consistent as the market permits, this would not have been possible without Raging Bull. As an example, yesterday using the skills I have learnt from Raging Bull, specifically Nate Bear, I found a trade myself, took the trade and am current up 487.5%, I would never have been able to find a potential trade let alone make it and be this profitable without Raging Bull and Nate Bear.

I joined Raging Bull because I needed a second income stream so I could afford the treatments my son needs. The benefit of the Raging Bulls service goes way beyond the obvious, it can be life changing for the families of the people who want to learn, commit the hours, are dedicated, manage their own risk and trade responsibly. My ten-year retirement plan is only possible because of Raging Bull and will be greatly enhanced by the things I will learn from Raging Bull over the coming years. It's the best investment I have ever made, by far.

If I can be of any additional assistance validating the authenticity and value of the Raging Bull services please let me know.

Craig Thomson"

**Signature:** DocuSigned by: Craig Thomson 025218C988244F4...

**NAME:** Craig Thomson

**DATE:** 12/8/2020

Hello Mr. Cullen,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"This has been the most useful of all the sites I have either paid for or was free. Jeff educates step by step and in the last year it's the first time I am earning small bites
In penny stocks. I recommend Jeff to everyone I talk to! Thanks Jeff

Dale E Cullen"

**Signature:** DocuSigned by: [signature] 2B6C29A6C5E940C...

**NAME:** Dale Cullen

**DATE:** 12/8/2020

Hello: As we discussed earlier, here is the customer review confirmation form with the past feedback you left for RagingBull on 10/08/2020. We really appreciate your assistance. Could you please sign if this still reflects your experience with RagingBull?

"Great service. Great education you can get nowhere else"

Signature:........DocuSigned by: [signature] 0062006GFF28486..........................

**NAME:** Dan Jansen

**DATE:** 12/8/2020

 Kayla Smith <kaylas@ragingbull.com>

## what RagingBull means to me

1 message

Dan s Bishop Declaration-Attachment A (REDACTED).pdf Tue, Dec 8, 2020 at 10:30 AM
To: kaylas@ragingbull.com

I started using ragingbull services in 2019. At that time, I still had a job, so it was only on a part time basis. I used 2019 to learn and teach myself how to become a better trader. Like any skill, it took a few months to learn my craft, but slowly and steadily, I saw that I could become a profitable trader, and thanks to ragingbull, it became clear to me that trading was something I could transition to full time.
2020 rolled around, and with my business going nowhere, I had enough confidence in myself to transition to full time trading and take full advantage of ragingbull elite and all its services.
I can unequivocally say, it was the best career decision I have ever made. Thanks to ragingbull, and the help of its mentors, especially Nathan Bear, I have been able to get out of debt and have over 1 mil in trading profits in 2020. The services at ragingbull have forever changed my life in a positive way, and words cannot express my thanks and gratitude for the time and teaching they provide. I certainly would not have the financial freedom I now have, without people like Nathan Bear, Jason Bond, and Kyle Dennis mentoring me and showing me how they trade, which in turn, has helped me grow tremendously as a trader.
Thank you ragingbull from the bottom of my heart.

Kindest Regards,
Dan Sobot

Hello: As we discussed earlier, here is the customer review confirmation form with the past feedback you left for RagingBull on **7/22/20**. We really appreciate your assistance. Could you please sign if this still reflects your experience with RagingBull?

"Been in Monday Movers for a short time. Very happy with service. The new system for text and emails in the RagingBull app will be very beneficial Jason does a great job!"

**Signature:**............ DocuSigned by: Daniel Richardson B09F7A9B2E884E7...

**NAME:** Daniel Richardson

**DATE:** 12/8/2020

Hello Mr. Sathiyanathan,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Hi,

I signed up for RagingBull to learn how to trade the stock market. Since that time I have learned many skills to make money in the stock market. The teachers are extremely transparent about their own money trades, both the ups and downs. This level of teaching I have not seen anywhere from any group of traders since I began researching where to get education in the markets. I signed up for a number of different services from various individual groups this year and none of them have delivered on the level of education the teachers at RagingBull provide. I am still working on becoming a profitable trader, but I am confident that the teachers at RagingBull will help me reach my goals.

Thank you,

Daniel Sathiyanathan"

**Signature:** DocuSigned by: Daniel Sathiyanathan 71A79523F53340E...

**NAME:** Daniel Sathiyanathan

**DATE:** 12/8/2020

Hello Daryl,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on February 3rd. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Jason Bond Picks is very open and transparent. He is also one of the best teachers out there."

**Signature:** DocuSigned by: Daryl J Sellek 0C209416D20349B...

**NAME:** Daryl Sellek

**DATE:** 12/8/2020

DocuSign Envelope ID: 2622DC58-F23F-45FE-BAB8-FCE71FB2B85C

Hello Mr. Van Os,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Hi Kayla,

I am just a 62 year old pensioner with a moderate income, living in the Netherlands. Paying for RagingBull services is big money for me, but worth every penny to me. I consider it an investment in my future. Let me explain why.

I became a member of different services of RagingBull and because I am so satisfied with the services and knowledge they provide, I recently paid for a lifetime elite membership. As a pensioner with a moderate income, I belief the investment I made in this service, was the best thing I could do and worth every dollar I paid. I know that with the knowledge I get, I will have a chance to succeed in trading the stock market and to provide me some additional income in my future.

RagingBull is for me the place where I educate myself every day. What I like is that they have so many different trader/teachers with each a different approach to trading. It does not matter if you are a beginning or experienced trader. There is so much I learn every day in option trading and stock trading, short term or longer term.

Transparency for me is a great thing. I am in the different chatrooms every day, observing and learning. It is great to see and hear the teachers like Nathan Bear, Kyle Dennis, Kenny, Ben, Jason, Jeff and many more, in real time and hear their thought process and to see live, their portfolio, the trades they do, the wins and the losses they have and explain why they make their trades. That is what will make me better trader.

I have been a member in other chatrooms but did not find there the quality teaching I found in Raging Bull.

DocuSign Envelope ID: 2622DC58-F23F-45FE-BAB8-FCE71FB2B85C

The education is priceless. I hope to learn from Raging Bull many more years, as it will make my future a better place.

Greetings and good luck from the Netherlands,

Dave van Os

Bishop Decl... (REDACTED).pdf

DocuSigned by:

**Signature:** Dave Van Os

429ED46028B149F...

**NAME:** Dave Van Os

**DATE:** 12/8/2020

DocuSign Envelope ID: D34A956E-7A12-4D38-A689-E9ED05E1A71E

Hello Mr. and Mrs. Faggart,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"To whom it may concern,

Upon reviewing media reports of the filing, we are responding to the filing against Raging Bull, LLC by the FTC. We will attest to our statements below, if need be.

We first subscribed to Jason Bond Picks on November 13, 2013, by our choice. We were traders before joining. We are Elite traders. Life is survived Solely by the choices we make. Through our years of life's long journey, personally and professionally we have found that this service, in the webinars and written documents, has always conducted itself lawfully, professionally and in good faith. (We have attorneys, as well.) In all these years and many hours on line and in telecommunication, we have NEVER witnessed any promises verbally or written that said,:

You will make money, you will get rich, we will make you rich, help you get rich and we could go on and on about wishes.

Never witnessed IF You;

1. Buy this service, any of our sevices, all of our services you will get rich.
2. Trade what I am trading, trade like I'm trading, or any such enticement.
3. Or Any form of "enticing", you should do this or that.

Sir's and/or Madam's, we feel that the plaintiffs entered these contracts and have filed this suit frivously, under the same expectations of greed as are in the movie that is referenced therein. The pot of gold is in their eyes and not Raging Bulls offers or contract. They wished, for Raging Bull to be their savior, but that's NOT what is offered. Education, a WHOLE LOT of personal commitment to study and Learn, continuously is what is offered.

Perhaps these individuals have or have not participated in other trading training companies, there have been and still are a lot of them. If they want to pay for Junk Information, we can point them to several.

If these individuals have lost money, I feel as, adults, parents, grandparents, retired telecommunication and law enforcement, etc.,
we must point out, they CHOSE to or not to buy, they Chose to push the send button, the trade button, the close button, the education buttons, etc. The one gentleman undoubtably has some Experience, what he was doing was working, why did he seek out RB, he seems to have just wanted instant riches, that's not the way trading, investments work.

DocuSign Envelope ID: D34A956E-7A12-4D38-A689-E9ED05E1A71E

We wonder how many years have these people studied and used VIRTUAL TRADING Platforms, to learn and avoid loss, that is suggested by Raging Bull as well as the platform's themselves. We certainly still use them to TEST trades.

Only God knows what is going to happen, we are amazed that this filing is before you today, we have NEVER witnessed anyone with Raging Bull say, TRADE THIS (stock,option,spread,butterfly,iron condor, etc.) or SHORT that. We have actually witnessed them give warnings of high risk, be careful if "you chose this".

We did witness in a webinar the other week, comments that would border on or even accomplish a slander charge by the open accusations claiming fraud, theft in the open chat. The moderator could have blocked that, but didn't.

Real traders KNOW, real adults know, we make our choices, we are responsible for what happens because of OUR actions. We've lost, our fault, in to late, early or out.

Timimg...life's success depends on each person's knowledge and choices.

It takes 12 years to get a high school diploma, that doesn't mean you get a job the day after graduation, you have to do OJT. Nine (9) mos of pregnancy doesn't teach you how to be a mother, you play with 'virtual babies' babydolls before.

We thank you for your time to read our facts and opinions regarding Raging Bull, LLC.

Sincerely,

David Faggart
Gwen Faggart

**Signature:** DocuSigned by: [signature] 078828EDD5CD474...

**NAME:** David & Gwen Farrgart

**DATE:** 12/8/2020

Hello David Carlson,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Kayla, I joined the Raging Bull family (Trading with Kyle) on or about July 16, 2020. Due to the success I had I ended up adding the Rooster and the Jason Bond Picks program shortly thereafter.

Because of the video and live teaching that I had access to I was able to profit from a number of positions I added to my portfolio. Because of the success I had with implementing your (Jason Bond, Kyle) teaching into my trading I opted to upgrade to an Elite Lifetime member.

Since joining the Raging Bull Family I have (as of 12/08/2020) recouped every penny I paid to Raging Bull plus an additional $18,000.00 in one of my accounts. And the icing on the cake is that I have access to continuous training from all of the Raging Bull mentors for only $1.00 per year going forward.

In my opinion there is no better deal on the market today! I just wish I would have found you guy's sooner.

Thank you so much for all of your support.

Sincerely,
David Carlson "

DocuSigned by:

**Signature:** David Carlson
CEA9AE989F0C478...

**NAME:** David Carlson

**DATE:** 12/8/2020

 Kayla Smith <kaylas@ragingbull.com>

**A beginner's experience with Raging Bull**

1 message

Bishop Declaration-Attachment A (REDACTED).pdf Tue, Dec 8, 2020 at 3:57 PM

To: kaylas@ragingbull.com

To whom it may concern:

I joined Raging Bull as a new member about two weeks ago. To date, I have invested about $10K in their services. One of the key reasons that I joined Raging Bull was the team's approach to stock/options trading. They were transparent about risks/losses as well as the need to educate yourself before investing your own money. In fact, they recommend paper trading to first gain experience and confidence before you put your own money at risk. They offer a wealth of

pre-recorded training videos, chat rooms, and live interactive trading sessions to their members. Like many trading services available today, each person/member is responsible for their own destiny.

Below is my contact information should you have any questions.

Sincerely,

David M. Kyle

Bishop Declaration-Attachment A (REDACTED).pdf

Cell Bishop Declaration-Attachment A (REDACTED).pdf

Hey David,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on November 28, 2018. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

**Great Service**

**"Great service. Paid for this introductory offer the first day. Easy to understand. No BS"**

**2018-11-28 13:21**

**Signature:** DocuSigned by: David Lhotka 7D00DEE92798452...

**NAME:** David Lhotka

**DATE:** 12/8/2020

Here is the confirmation form with the past feedback you left for RagingBull on **2/5/2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

**David McPeters** Yesterday 02:28 pm

Jeff,

I just wanted to right you an email to thank you. I signed up for your Total Alpha free class last week and then joined. I watched all your videos and read your option trading in 30 days.. Let me just get to the meat of the email. I have two accounts one with etrade and had 400 dollars in it Sunday night and one with tastyworks with 30 dollars in it. So I did not have enough money in either account to do spreads just calls or puts. So after studying charts Sunday night I decided to by 2 calls i in each account because of the money pattern on the Tesla stock. I want you to know that my $400 ------> $6998 Tuesday , $30-----> $2500 Tuesday. So I took the 2500 and bought a put on Tesla Wednesday. Now my $2500-----> $5250. Thanks for the knowledge because knowledge is power. Net $12,248.00 in 2 days

David McPeters

**Signature:**........................ DocuSigned by: David McPeters 122453D0C1E840A......................

**NAME:** David McPeters

**DATE:** 12/8/2020

DocuSign Envelope ID: 6434D640-5A48-4F3A-B507-BEBB9C54236B

Hello Mr. Mitchell,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Good Afternoon Kaylas,

I have been a member of Raging Bull for approx. 20 months now, adding several programs along the way. Today, I am an Elite Lifetime Member, and thought I would express my thoughts about my experiences thus far. I commonly use bullet point fashion, and will here:

- In late 2017 I retired, and needed a change from my professional career as a Chief Financial Officer of a large property manager.
- I loved trading my IRA for years, and figured that I would create my new career managing my own investment funds.
- I joined Raging Bull in May 2019 to grow my skills as a retail stock trader of my personal funds. I desired to join an organization that provides a well-rounded education and one with a chat room, that included both educators and other retail traders like myself so that ideas and learning could be shared. Transparency was very important to me.
- Since I have joined Raging Bull , I have viewed education material, sat through webinars, and watched live Raging Bull Educators/ Personal account Traders, trading their personal funds every day with complete personal brokerage account transparency.
- I have improved my trading skills and within several months in 2020 my equity trades of large cap had earned approx. $75,000 and small cap equity intraday trades earned a loss of approx. $34,000. The loss was mostly from me chasing a few stocks that I was possessed with and I should have controlled my mental game. One stock alone accrued approx. $25,000 of the approx. $34,000 loss. I learned much from that mistake of chasing a downtrend.
- My experience with Raging Bull has been so instrumental for me, because of the variety and styles of Raging Bull Educators/personal account traders to learn from. Some Raging Bull Educators trade stocks while others trade options. The same goes for all of the Raging Bull Members/retail traders in the chat rooms. Raging Bull Educators enjoy showing you how "they interpret the market pricing activity", so that you can learn and process candlestick charts, many with stock indicators, to make your very own trades. Raging Bull Member/retail traders have their own style of trading and expresses such in the chatrooms, which makes for a great sample to learn from.
- Never, have I experienced a Raging Bull Educator advising me nor any other Raging Bull Member what specific stock or option to trade.
- Never, have I experienced a Raging Bull Educator advising me nor any other Raging Bull Member what specific stock or option price to buy or sell at.
- Never, have I experienced a Raging Bull Educator advising me or telling me that I can experience the exact same earned profits that they individually have earned.

- During my experience with the Raging Bull Educators, I often hear them say the stock market is completely unpredictable and that you should paper trade before using your personal funds with "Live" trading.
- During my experience with Raging Bull Educators, they have demonstrated an amazing level of patience with the Raging Bull Members/retail traders. During chat in the Raging Bull chatrooms, is easy to see that Raging Bull Members all have different levels of trading skills that are brought and shared with each other to learn from.
- One of the biggest selling points for me was that the Raging Bull Educators were completely transparent about their personal chosen stock and option trades, those specific trade losses as well as gains. The Raging Bull Educators let you see each of their own individual brokerage accounts "Live" every day. There is no fake façade, with Raging Bull. These Raging Bull Educators are legit and transparent.
- No other trading organization that I have had experience with, trades their personal brokerage accounts nor do they ever let you as a member or viewer see their personal account with "Live" trades.
- Every Raging Bull educator and Member trader that I have experienced were honest and admit to their earned losses and earned profits, in the chatrooms.

Well, I suppose that I am methodic and tend to ramble. Ha Ha However, I fully look forward to many years with these friendly and honest men and women at Raging Bull. They are the Best! Keep up the Great Work!

Thank you, for everything that you do.

David J Mitchell

Bishop Declaration-Attachment A (REDACTED).pdf

DocuSigned by:
David Mitchell
01F8C2055E454EB...

**Signature:**..........................................................

**NAME:** David Mitchell

**DATE:** 12/8/2020

Hello David Mitchell,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **August 16, 2019**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Since I joined Millionaire Roadmap 05/30/19, I have learned more about trading than I had the previous 6 months with another organization. Jason, Kyle, Nate, and Jeff have provided the best education and guidance. They are both patient with learners and respectful of each's investing capacity. This has been a great experience, and I am so excited bout the next 12 months of my trading using my Trading Plan with the entire RagingBull group of Traders!"

"Yes, I confirm the below expression highlighted in yellow is my personal review of Raging Bull. I am completely happy to belong to such an educational driven organization."

**Signature:**............ DocuSigned by: David Mitchell 01F8C2055E454EB...

**NAME:** David Mitchell

**DATE:** 12/8/2020

DocuSign Envelope ID: 65A97690-F687-44CA-87D3-E57CC180A7E6

Hello David Naiman,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"I just recently joined ELITE LIFETIME. All I have to say is I don't expect the trades to all work out. What I do expect is to learn from the trades and get education on the side as well and Raging bull especially Jason Bond does that. Win lose or draw he usually is going over the trades and explaining it all. In his new roadmap service he points to everyone to watch his masterclass. If anyone goes through that and I am only a couple vids in. Yes he talks about big wins he also talks about crazy losses and why that can happen to a trader and how we can try to get our head right. He is transparent and as long as I can keep Raging Bull Elite Lifetime for forever I will be as happy as can be. This is an investment in my education that I could not get from School.

David Naiman."

DocuSigned by:

**Signature:**........David Naiman........
7C2151854D3B408

**NAME:** David Naiman

**DATE:** 12/8/2020

RagingBull

Kayla Smith <kaylas@ragingbull.com>

# I support Raging Bull

**Dawn Duerre** Bishop Declaration-Attachment A (REDACTED).pdf Tue, Dec 8, 2020 at 10:19 AM
To: "kaylas@ragingbull.com" <kaylas@ragingbull.com>

Hello Kayla,

I am not sure what the law suit is all about, but I am writing to support Raging Bull.

I first joined Jason Bond Picks in March/April of 2020. I had been trading for years, but wanted to take my trading to the next level. I have learned so much from Jason and have really appreciated all of his training videos. They are so helpful and educational. As the year has progressed I have signed up for Jason Bond All Access, as well as services through Kyle and Jeff. I am loving the live training all day with Jason's Millionaire Roadmap. It is so helpful to my learning to see what a professional trader does and so helpful to get immediate responses to my questions.

I have learned so much and really appreciate the enthusiasm Jason has for trading. I am not at the profit level that I would like to be, but I feel that takes time. I too often jump in or out too quickly so don't make as much or lose. But that is my fault and that is a learning experience. My accounts have grown and I am feeling more secure in my assets for retirement, which is only a few short years away.

I check Jason, Kyle, and Jeff's emails first thing every morning to get their watchlists and ideas. I just wish I felt confident enough to retire now and just trade full time and I know I couldn't feel like that if I didn't have Jason and crew's services.

Thank you,

~Dawn Duerre

Bishop Declaration-Attachment A (REDACTED).pdf

DocuSign Envelope ID: 57DC6064-094F-43B2-BCCC-A8DAE9F9AEE6

Hello: Below is the testimonial verification form with the testimonial you left for RagingBull dated 5/27/2020. We really appreciate your feedback. Can you sign if your earlier testimonial still reflects your experience with RagingBullis 100% true?

"Thanks, Kyle! You are the real deal. Nice action in these trades. +29% overnight hold with $LK. $UAL +15% day trade. $CSCO calls in at .19, out @ .24 weekend hold off the scanner! Great updates and nice educational lessons. Starting to lose track of all the winners and I just started! Have lots of fun, thanks again. Dennis W. Washington 5-27-2020"

Signature: DocuSigned by: Dennis Wong 8A1D3C82D14549D...

NAME: Dennis Wong

DATE: 12/8/2020

DocuSign Envelope ID: 3FC60A0C-3310-4EDD-9717-DB9C93F18381

Attention Ragingbull,

I have been with Ragingbull since 2018 because of their excellent educational services, My wife is proud that her husband is a member of this great and wonderful family helping people to be independent and reach their financial goals.

I took the noble decision to be a lifetime member of this great family because of it's benefits.

Looking forward to Ragingbull Continuous educational services.

Destiny

Hello Donald Carruth,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Jason Bond and Kyle Dennis not only provide you with their stock picks, but they break down their reasoning for choosing them. In a VERY easy to understand way! Jason was a school teacher prior to this, so its very apparent how he can take those skills and apply them to teaching trading. Describe Jason Bond in one word: Humble, smart, and full of energy! I know, that's more than one word but it really is hard to describe the guy in one lol. Kyle is a bit more laid back, but so knowledgeable and also relates his experience and chart technical in way that makes it so easy to digest. Since subscribing to Kyle and Jason's services, my account has skyrocketed over 15K! IN ONE MONTH!!!!! The best part about their services are they make you self-sufficient and you eventually begin finding stocks before they even mention them on their radar. When they do, it validates EVERYTHING they have been teaching!!!! And gives you confidence!!!!! DISCLAIMER***You do have to put time in to educate yourself and do your own due diligence, learning about how the market moves and synthesizing all the information (catalysts, charts, etc.)
I 200% RECOMMEND GETTING HIS SERVICES...200% because that was one of my last returns!!!! :)"

**Signature:**........ DocuSigned by: Donald Carruth 507D8AF70D81467...

**NAME:** Donald Carruth

**DATE:** 12/8/2020

Kayla Smith <kaylas@ragingbull.com>

**J Bond**
1 message

Bishop Declaration-Attachment A (REDACTED).pdf

**DONALD SNOW** · Tue, Dec 8, 2020 at 10:43 AM
To: "kaylas@ragingbull.com" <kaylas@ragingbull.com>

I want to support Jason Bond and his program. His classes and instructions have been most helpful in helping me grow as a trader. He has been straightforward in his videos about his online trading. I find him to be very realistic in his videos although sometimes he does get a little overenthusiastic. I like his overall style and approach because he is candid about his ups and downs in stocks and his personal life.
I am happy with Raging Bull overall. The last changes(phone app, addition of trading rooms) to the programs have really helped with trading and education. The times that I have had to contact support my emails/calls were handled promptly and efficiently. I have no complaints about any of the services I subscribe to at Raging Bull. I understand that their trading info is no substitute for my personal judgement. I think the training and education will stick with me into the future and help me sharpen my understanding of the markets and help me improve my judgmental skills on trading.
Don Snow

DocuSign Envelope ID: 05CA98BC-8C11-4DF3-AB6F-1AEA29273135

Hey Dylan,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on December 10, 2018. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

Gaining confidence and finally enjoying trading

I have been trying to develop positive trading habits previous to this service and with an account that saw less green than a dessert, I needed something more. Luckily, I found JB Picks and Millionaire Road Map and couldn't get enough. Being a member for less than 2 months now, it has transformed my trading in ways I could never do on my own. Not only is there a huge library of how to videos and lessons but being able to speak with a team of millionaire traders live is what makes this service makes me INSPIRED to do better. Can't wait for my next day of trading!

2018-12-10
Dylan Rooney

DocuSigned by:

**Signature:** Dylan Rooney
18BF951D549C4CC...

**NAME:** Dylan Rooney

**DATE:** 12/8/2020

DocuSign Envelope ID: FE8B5398-77DD-42B8-8DE6-344AA97B8AC0

Hey Ed:

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on November 24, 2020. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Since joining Jeff William's Penny Pro last month, I have made significant profits on a daily basis. I started with 16K portfolio just 3 weeks ago, my portfolio has grown to 25K as of yesterday. I like the fact that Jeff gives updates twice a day and the watch list is the best for me because it actually cuts the work I could have done without it by 75%. I also really like the chat room whenever I'm able to join. If you are working from home as I do now because of COVID, Jeff's Penny Pro program is the best source for stock trading. Thanks Jeff for making it easy for me."

DocuSigned by:

**Signature:** Ed Akpaita
CFC643A84AE9432...

**NAME:** Ed Akpaita

**DATE:** 12/8/2020

DocuSign Envelope ID: C05228AD-9988-4A04-906A-14199836418F

Hello Mr. Tracey,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"To whom it may concern,

I joined Raging Bull services for the first time back in 2017. I had recently graduated college with a 4 year degree and served 7 years in the Marine Corps. I knew that I wanted to get into the field of stock trading but was not sure how to go about it. A friend of mine introduced me to Jason Bond and through his educational videos I was a able to start to learn the ins and outs of trading. I was then introduced to Kyle Dennis, and he quickly became someone that I followed very closely. He taught me so much valuable information that would have other wise taken years to learn. Jason and Kyle have provided me with a service that I have gladly spent over $15,000 for. I have zero regrets joining their services and paying the fees. It was my decision alone to join and my decision alone to trade my hard earned money in the stock market. Since joining I have made over $650,000 using the priceless information and education that Raging Bull provides. Nate Bear, Kyle Dennis, Jason Bond, and others alike, all have provided me with a fantastic life changing experience. I challenge any argument that suggests that Raging Bull or its affiliates are a fraud and that generating an income from trading is not possible.

I will be happy to continue to show my support for Raging Bull through this legal process if it is asked of me.

Sincerely,

Eliot Tracey

Bishop Declaration-Attachment A (REDACTED).pdf

**Signature:** Eliot Tracey

**NAME:** Eliot Tracey

**DATE:** 12/8/2020

DocuSign Envelope ID: 67DA7AF5-FF25-475C-A225-AC93A0582015

Hello: As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **11/07/20**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"I discovered Jeff William's Penny Pro service a year ago, then it was called Profit Prism, same service, new name. Excellent teacher, he doesnt just walk you through a trade, he teaches you how to find good set ups and trade your own trades. He provides a wealth of video lessons that you can study at your own pace, he does live lessons, and reviews winning trades and losing trades. He is an excellent mentor for new traders and seasoned traders.and his live trading room with his crew of moderators is the bomb!"

DocuSigned by:

**Signature:**......................................................................

**NAME:** Elouise Harris

**DATE:** 12/8/2020

 Kayla Smith <kaylas@ragingbull.com>

**nNte Bear**

1 message

**Elvee Maddoo** Bishop Declaration-Attachment A (REDACTED).pdf Tue, Dec 8, 2020 at 11:30 AM

To: kaylas@ragingbull.com

Very happy with Raging bull, no other services offer this
i have been around and buying all subscriptions and Raging Bull is the #1
Very happy with Nate Bear, Jason Bond, Kenny Glick and they help me a lot with learning and good trading

Truly

Elvira Valle Maddoo

DocuSign Envelope ID: F623EA04-027A-4D05-B338-0B4282998512

Hey Enrique,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on December 8, 2018. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

**Being new to stocks, I was very sceptical when I first joined Jason Bond Picks but I have since come to regard his service as one of, if not the best places to learn how to trade stocks. The thing that I enjoy the most about his service is Jason himself. He has a very outgoing and enthusiastic personality, his passion and love for teaching is genuine and very motivating, and on top of that his system is simple and it just works. I would highly recommend Jason Bond Picks to anyone.**

**2018-12-08 22:34**
**Enrique Gamboa**

**Signature:** DocuSigned by: [signature] ...09F71E7DD761485...

**NAME:** Enrique Gamboa

**DATE:** 12/8/2020

DocuSign Envelope ID: 1D4CD392-9FF3-49B0-AF18-32735D7F4FB9

Hello Eric,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **November 6, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

First, despite the detail in this review, I have no affiliation with the Raging Bull group.** Like many traders at Raging Bull I was a complete newbie and started my training in July 2020. My goal is to become a full-time trader over the next couple of years and I searched ALL over the internet for information and for instructors who would be a good match for me. The Raging Bull gang kept popping up on many different channels and so finally I sat in on one of their webinars. I was sold. But not for the reasons you might think. Yes, they of course throw out their big wins, and streaks and "selling points" to attract you because if they told you "I just lost $100k yesterday", it might not sit so well if you were to take it out of context. Here, is what I believe is THE MOST IMPORTANT THING ABOUT THE RAGING BULL TEAM: Nathan, Jason and all of the full time trading instructors at Raging Bull are REAL PEOPLE, with REAL FAMILIES, with real ups and downs in the market and they make REAL MISTAKES for you to learn from. You do not see them sending instructional videos from on top of their yachts, in front of their Ferraris, or from the Penthouse office suite in Manhattan. They instruct live from their living rooms. Sometimes life for them, like all of us takes over and they are unable to be there on the scheduled time but they are quick to keep us informed and always make up the class. Why is this "reality" so important. Because you know at the end of the day, the Raging Bull gang are JUST LIKE US. They have had successes and failures just like us. And I can tell you, at least from my point of view, I would much rather learn from a group digging it out every day in the trenches sharing their successes and failures vs. someone preaching "overnight millions". This is an exemplary trading group with a proven track record who really enjoy sharing their knowledge. In addition on the couple of times I have needed customer service, they have been fantastic. I had an issue that was actually my fault, but LaShaun from the customer service team made a truly all world save and helped me out of the jam. If you are a new investor looking to really "learn" this is your spot. Each instructor has their own style and attentions in the market so take your time to see their introductory free webinars and find the one, two, or three! instructors that will fit your investment style best. I can promise you if you put in the time to learn the material they provide, your money will be WELL INVESTED! Thank you to the Raging Bull gang and to their customer service team, I plan on being a member for a long time to come.

DocuSigned by:

**Signature:** Eric L
C1714F59A5554DB...

**NAME:** Eric L

**DATE:** 12/8/2020

Hello: As we discussed earlier, here is the customer review confirmation form with the past feedback you left for RagingBull on 06/21/2018. We really appreciate your assistance. Could you please sign if this still reflects your experience with RagingBull?

"I can say enough good things about this service! I think it's amazing that Kyle dedicates the time and effort to be there consistently and create great educational videos that I can review! I'm learning everyday and I'm extremely excited about what my future in trading holds as I develop my own unique strategies based on what I'm learning in the Nucleus. Thanks again Kyle, I really appreciate what you're doing for me!!!"

**Signature:**............ DocuSigned by: [signature] FCA7F44E9F3147F...

**NAME:** Erick Wilson

**DATE:** 12/8/2020

 RagingBull

Kayla Smith <kaylas@ragingbull.com>

## Raging Bull Support/Praise

1 message

Bishop Declaration-Attachment A (REDACTED).pdf

**Errick Robles** Tue, Dec 8, 2020 at 11:01 AM
To: "kaylas@ragingbull.com" <kaylas@ragingbull.com>

Hello Kayla,

I would like to provide my complete and wholehearted support for the services that RagingBull provides. I fully understand that it is only an educational service and not a get rich quick scheme and take sole responsibility for my own actions when investing in the stock market. I subscribe to all services that RagingBull provides and have learned so much from Jeff Bishop, Jason Bond, Kyle Dennis, Nathan Bear, Dave Lukas, Kenny Glick, Nick Black, JC Parets, Jeff Williams and all the other superb teachers at RagingBull. If there is anything else I can do, please let me know.

Thank you,

Errick Robles



Kayla Smith <kaylas@ragingbull.com>

**Opinion**
1 message

Bishop Declaration-Attachment A (REDACTED).pdf

**Darrell Hurley** Tue, Dec 8, 2020 at 3:27 PM
To: kaylas@ragingbull.com

Kayla,
So far I have really enjoyed the raging bull service. I enjoy the education and real time trade alerts the most.
Thanks,
Everett Darrell Hurley

Sent from my iPhone



Kayla Smith <kaylas@ragingbull.com>

**Raging Bull Services**
1 message

Bishop Declaration-Attachment A (REDACTED).pdf

**Johnson F** Tue, Dec 8, 2020 at 9:51 AM
To: "kaylas@ragingbull.com" <kaylas@ragingbull.com>

I have been very pleased with the services and have been an elite member for a year or so now. Learning a lot from everyone, especially Nate Bear and Kyle. Due to working full time right now, I am unable to take full advantage of all the services right now but plan to trade full time in a year or so. The knowledge they are imparting is extremely valuable to my success in the near future. Basically, I love them all but right now I try to stay up with Nathan and Kyle.

I am extremely happy to have found this service.

 Kayla Smith <kaylas@ragingbull.com>

**Stock Profit Pro - Jeff Williams**

1 message

**Festus** Bishop Declaration-Attachment A (REDACTED).pdf    Tue, Dec 8, 2020 at 10:31 AM

To: kaylas@ragingbull.com

Hi Kaylas,

If there is anything I appreciate most in this world, they are transparency, commitment and truthfulness - Mr Jeff Williams processes all. I have traded round all different types of trades but have to come to a decision to pick the one that is best for me - Jeff Williams Stock Profit Pro is the answer. I have made more than 1000% of my subscription within the last one month that I upgraded to his live trading platform - lifetime membership.

--

*Regards,*
**Festus Ojo**

DocuSign Envelope ID: C3B69EF9-D4B8-4220-BA98-DE2D94D34364

Hello Francis Sends,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"My trading journey started over 10 years ago when I was active duty in the military. Since my funds were limited, I had a decision to make, educate myself and try the market or find a service to educate me on the market and then trade. So I attended Online Trading Academy, Invest-Edu, Interactive Trader and most recently, Raging Bull.
Each educator provided a different approach to the stock market but Raging Bull is by far the only service that truly makes learning something that's tactile and concrete. Learn with us and when you're comfortable enough then trade with us. That's basically the mantra of the service. The other services may or may not offer concurrent trading with the trader, but if they do it's at a significant upcharge.

No other service offers alerts or emails regarding trade potentials, the individual can choose to follow or watch and learn. I have peers I've turned onto Raging Bull and they are thrilled that they are learning to place successful trades because of the service. We now have informed conversations where we talk strategies, patterns and other ventures regarding what we are looking at or attempting.

Because of Raging Bull my interaction with peers have taken on a new meaning especially in this devoid of communication due to COVID.

Thanks Jason Bond and Raging Bull, I'm in for the long run!

Francis Frederick"

**Signature:**... DocuSigned by: Francis Frederick
20245DF1F2934A0...

**NAME:** Francis Frederick

**DATE:** 12/8/2020

Kayla Smith <kaylas@ragingbull.com>

**RagingBull**
1 message

**Gale Lodge** Bishop Declaration-Attachment A (REDACTED).pdf Tue, Dec 8, 2020 at 3:33 PM
To: kaylas@ragingbull.com

Kayla I am a raging bull elite member for 2 years now I started out with Jason Bond picks about 3 years ago. This service has been great honest and straight up they do not hid any thing all is in the open that is what I like about them. They are here to teach us what they Know that's all, the rest is up to me and how I handle my account it's my money I can only do what I want with it no one else can invest my money but me if I loose that's on me no one else if I gain that's on me too.

I hope this helps you understand Ragingbull and their mission.

Thanks Gale Lodge

Hello: As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on 7/22/2020 ____________. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

**Signature:**.. DocuSigned by: Garth Elleray 4823CCFF7E3E479... ..................................

**NAME:** Garth Elleray

**DATE:** 12/8/2020

DS GE



DocuSign Envelope ID: E7D4A882-1E61-48C4-B945-D5669886B0F2

"Manage at least one really successful pick every week.Great job Jason." - Garth E.

RagingBull

Kayla Smith <kaylas@ragingbull.com>

## Raging Bull Services

1 message

**Gary Sterkel** Bishop Declaration-Attachment A (REDACTED).pdf Tue, Dec 8, 2020 at 4:22 PM
To: kaylas@ragingbull.com

I wanted to let you all know that I am extremely pleased with RB services. I am an Elite member for life. All the services provide value to my trading . The training has been just the best from Nate B and Dave Lucas and Ben and Jeff and Kyle and Jason .and also the rest of the staff .The new Profit Den for NB is the best. I would urge all services to have a live session like NB every day . I learn more and more everyday with NB. I am also learning so much from Dave Lucas. His service is the best and his training is the best..

I do have a request that it is very important. I Truly need to be able to watch the live videos from the Bullpen given by Dave and also Ben after their time slots. Many times i cannot attend their live meetings because i work and really need to watch them later that day or at night time. Nate tapes all his training and it is available later that day or the next morning which is how it should be for every service you offer . Nate is the best !!!
I have been asking for weeks to get the replay of Dave's Tuesday and Thursday sessions and so far none are available that I am aware of. When I call RB about this issue no one ever gets back to me, and i have called at least 4 times in the past month. This is disappointing .

Thanks
Gary Sterkel
Elite member

DocuSign Envelope ID: E6DA1000-329D-4AD3-82BA-99297420216D

Here is the confirmation form with the past feedback you left for RagingBull on **12/5/2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

Gayatri Panda Saturday 08:08 am

This week was bit challenging for me but learned a lot from my mistakes and managed to stay green Thanks for all the lessons

**Signature:** DocuSigned by: GAYATRI PANDA E665DE232DE24D5

**NAME:** GAYATRI PANDA

**DATE:** 12/8/2020

Kayla Smith <kaylas@ragingbull.com>

# Raging Bull - great trading education

Bishop Declaration-Attachment A (REDACTED).pdf

**Gene Eckstein** Tue, Dec 8, 2020 at 10:23 AM
To: "kaylas@ragingbull.com" <kaylas@ragingbull.com>

Jason,

I researched trading education in 2019 and signed up in 2020 as my first year as a member of Raging Bull. I absolutely believe in Raging Bulls methods and trading knowledge. I have found Raging Bull as the best education I can find in the trading world. The traders are interested in showing their members how to make money in the market along with strategies and how to research and find trades on our own.

I have learned a lot from Dave Lukas, Kyle Dennis, Nathan Bear, and Jason Bond in learning about how to create a process of finding and implementing a trading process that I developed for myself. This includes utilizing research tools to identify potential opportunities.

I enjoy being able to be involved with other traders and getting answers to questions that all of us are wondering in the chat rooms also.

This is a personal trading education program that I am willing to be a part of into my future. I want to be able to learn from people that really know how to trade and make money.

Gene Eckstein

Bishop Declaration-Attachment A (REDACTED).pdf

Bishop Declaration-Attachment A (REDACTED).pdf

Bish p Declarati n-Attachment A (REDACTED).pdf

DocuSign Envelope ID: A134D5CE-3629-4A32-9C59-B82D24A93BB8

Hello Mr. Anthony,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 7th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"To whom it may concern:

My name is George Anthony and I currently have several services from RagingBull. These particular services include 1) Fast5 with Kyle Dennis 2) Rooster Report and 3) Monday Movers both with Jason Bond.
All three services that I have enlisted in hold great value to me. Not only do they hold great educational support but they also aid greatly in my ability to grow financially and to learn a process to become independently free from the normal "every day" job.
I strongly stand firm with RagingBull and will always be a long term customer.

Thank you,
Sincerely,
George"

DocuSigned by:

**Signature:** George Anthony 0FE42857971043G...

**NAME:** George Anthony

**DATE:** 12/8/2020

DocuSign Envelope ID: 1AE68291-F784-4B68-8EBB-D6065055C7EB

Hello: As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on 8/22/20. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

Signature: DocuSigned by: Gregory Philatos 7545BD92409948F...

**NAME:** Gregory Philatos

**DATE:** 12/8/2020

DS GP

DocuSign Envelope ID: 1AE68291-F784-4B68-8EBB-D6065055C7EB

Jason's selections are excellent, but more importantly he explains why they are his selections. The training library alone is worth the price of the service. The book recommendations are a must read. If you are serious about trading stocks or even investing long term you need to learn this stuff, and Jason is an excellent teacher, and he is real. Jason teaches you to fish, in addition to giving you fish. Education is the key. I give him and his service an A+

GP

DocuSign Envelope ID: D94CBDDA-C3A0-48E8-82BE-95E57BB8AC66

Hello Gwendolyn: As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on 10/09/19. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Kyle Dennis and team are knowledgable, professional and passionate about teaching others how to make money trading stocks. Website RagingBull.com & BiotechBreakouts.com have Library of Video Lessons to study, and you should. Theres so much information to take in, its like drinking from a water hose. Thank you Kyle Dennis for your teaching."

DocuSigned by:
Signature: Gwendolyn Jones
F39C784056824FC...

NAME: Gwendolyn Jones

DATE: 12/8/2020

 Kayla Smith <kaylas@ragingbull.com>

**Opinion on RagingBull**

1 message

Bishop Declaration-Attachment A (REDACTED).pdf Tue, Dec 8, 2020 at 3:44 PM

To: kaylas@ragingbull.com

Raging Bull is probably (haven't exhaustively searched, but involved with some others) only stock-market-involved company in country whose services are focused the success of the client rather than their own success. They have grown to involve many teachers, each of them with a unique technical approach to the market, and each of them working very hard to impart actionable skills information to the client. Can't imagine what they might be accused of doing wrong -- everything is above board, including when they take losses in their personal trading , which are not rare, and when they have to re-think their approach, one instance to which I can personally attest. All good education, all offered at face value, nothing hidden.

Hayes Bryan

Sent from Yahoo Mail for iPad

 RagingBull

Kayla Smith <kaylas@ragingbull.com>

**Stock Profit Pro Trading - Jeff Williams.**

1 message

Bishop Declaration-Attachment A (REDACTED).pdf

**Henry Albert** Tue, Dec 8, 2020 at 10:57 AM

To: kaylas@ragingbull.com

Jeff. I thank you for being such an amazing educator and for all your great lessons. I feel so fortunate to be part of your Stock Profit Pro Trading Room at Raging Bull. Not everyday is perfect in the stock market but your honesty and transparency is what makes this experience outstanding. You inspire me daily. . As a teacher you gave me the tools I need to face a very uncertain future.

Henry Albert, CGA

Sent from my iPhone

DocuSign Envelope ID: A96061A5-7DBA-49B4-91A8-5B4464C807DF

Hello Hoang,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 7th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"I am a subscriber of RagingBull services. The services are not the ticket to get rich quickly. I have realized that myself. Although the team at RagingBull alert different tickers, we must take the trades and manage them ourselves. It is nonsense that people can sue the company after they lost money due to their inexperience, especially with the disclaimer provided by RagingBull. I have had great success with many of RagingBull services, and when I lost money, I do not blame anyone but myself. I truly support RagingBull and their work.

Best regards,
Hoang"

**Signature:** DocuSigned by: [signature] 23E4437FFFEE451...

**NAME:** Hoang Cao

**DATE:** 12/8/2020

DocuSign Envelope ID: 2A14FFF6-AD12-4BB1-9FE0-EF7AABBC71DA

Hello: As we discussed earlier, here is the customer review confirmation form with the past feedback you left for RagingBull on 05/27/2018. We really appreciate your assistance. Could you please sign if this still reflects your experience with RagingBull?

"Over the years I have spent a lot of money trying to find the right service. The service who can speak to me in terms I understand and gives me that "aha" or "ya I get it" moment. Well Kyle has given me that kind of service over and over again on BioTech Breakouts by his personal perspective and style and his natural teaching abilities that is the reason I had no reservations whatsoever signing up for his Options I.G.N.I.T.E. I can honestly tell you that if you take some of your hard earned money and invest it and yourself into one of Kyle's services it will be the beginning of one of the best investments you could ever do."

DocuSigned by:
Howard Weston

**Signature:**.............. 41677F5D4F34487............................

**NAME:** Howard Weston

**DATE:** 12/8/2020

Hello Mr. Brown,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Love the service... I'm still working it out as to my strengths... Nate Bear is awesome as a trader and a person... I've learned so much through him and othes in the room... Defintiely a high level... Love the TTM Squeeze, but I'm best at selling spreads...

Bull Pen is great love the variety... KG is hysterical and always has some great information...

Elite... love the service and now it's Legacy... I need some ideas as to how to best use the service as we go forward...

Thank you guys for everything... Great teachers (Bond, Bishop, Sturgill, Williams, and Bear)... All professional and caring...

Mitchell Brown"

**Signature:** DocuSigned by: [signature] DC21332D7EA2454...

**NAME:** J. Mitchell Brown

**DATE:** 12/8/2020

DocuSign Envelope ID: F606D13C-E9F3-4247-BE10-939F9EF0353B

Hello Ms. Easterwood,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Hello,

Back in May I started going through all of the courses, training videos, and information that Jeff Williams has available on Raging Bull. I found everything to be very helpful and informative. I took notes on everything, and made my own book of trading notes from all of his teaching material. I started paper trading a few months ago, and have been doing very, very well!! I will begin trading real money after the holidays. Jeff, and the other moderators are so very helpful, and supportive. I am thrilled to be a part of this group, and the Stock Profit Pro chat room, and I am excited to get started trading next month.

Sincerely,
Jackie Easterwood"

**Signature:** DocuSigned by: Jackie Easterwood 760B23A8C0284DF...

**NAME:** Jackie Easterwood

**DATE:** 12/8/2020

DocuSign Envelope ID: 2FE02346-5BBE-4C10-806F-BD82AD03370D

Hey James,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on November 7, 2020. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"I'm a pro trader and Jeff is a great teacher of what I call small ball (penny stocks) I'm personally at at 70% win margin with this program. This program will give you many trade ideas and supply you with the knowledge it takes to win in the stock markets. Please enjoy with care."

**Signature:** DocuSigned by: [signature] 563FA91A65A748D...

**NAME:** James Cunningham

**DATE:** 12/8/2020

 Kayla Smith <kaylas@ragingbull.com>

## Satisfaction

1 message

Bishop Declaration-Attachment A (REDACTED).pdf

**jim palek**
To: "kaylas@ragingbull.com" <kaylas@ragingbull.com>

Tue, Dec 8, 2020 at 10:59 AM

Hello,

I just wanted to send my opinion of Raging Bull since I have been a subscriber for almost a year now. I have tried a few different subscriptions and so far I favor the Stock Profit Pro to be what fits my style of trading. TWK, LottoX, Dollar Ace is fine for buy and hold and options traders as well. Regardless of which platform subscription you choose, they all offer training/knowledge for those who have the common sense to seek it. Absolutely at no time have any of the services ever suggested that I buy any stock or option. There are ideas offered, but it is up to the individual to take a trade or not. Anyone who complains about losses from trades has only themselves to blame, if you do not understand the risks then it is your own fault. I find Raging Bull a wonderful service for learning and improving your profits. Anyone who thinks this service is for telling you what to buy and when to sell is sadly mistaken. If you cannot understand this fact then you really may consider sticking with the Casino gambling and toss your $$ down a rat hole, then complain to them for your losses. At least stock trading gives you the choice if you rather take a profit or a loss as your OWN choice. Casinos just do as they wish regardless of the player's wishes.

Thank You,
James Palek

DocuSign Envelope ID: C25533DA-1379-43A8-A725-7FEEDF5189D1

Hello Javier Ferrer,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"To Whom it may concern,

This email is a testimony in support of the services that Raging Bull provides in the trading and investment arena.

I have been involved with various services within Raging Bull for about 2 years and find their services to be extremely valuable, educational, and a refreshing insight into the difficult world of investments and trading.

I have never, in any way, felt defrauded or misled by the information they have provided. There have been no promises or getting rich quick or that being involved in trading is easy or a sure thing.

Personally, I have been involved in the Investment/Trading community for over 25 years as a licensed professional and consumer. I have made money and lost money using the various strategies at Raging Bull, and that is to be expected. I have also been a part of live trading from the Raging Bull leaders and teachers and seen them execute profitable trades and losing trades. They don't hide from them and provide accurate and real live trading performances. The lessons they provide continue to teach me many things and are really invaluable. The information you can learn is really top notch and a genuine attempt to help and educate people about trading.

Raging Bull is a true asset, not a detriment, in the world of trading. There will always be folks that are upset that they lost money and are looking for someone to blame and make them whole, but the reality is that people need to take personal responsibility for their actions and not blame Raging Bull. Raging Bull does not press the trade button.

I am sure Raging Bull is not perfect in all that they do and I'm sure many people find their marketing a bit overbearing at times but to say that they are defrauding people is just not true. The investment world is better with Raging Bull in it!

If you need any more information and testimony about the valuable services that Raging Bull provides, I would be happy to provide it.

Thank you.

Javier Ferrer"

DocuSign Envelope ID: C25533DA-1379-43A8-A725-7FEEDF5189D1

Signature:......DocuSigned by: Javier Ferrer 8A54477BD77B447...

**NAME:** Javier Ferrer

**DATE:** 12/8/2020

RagingBull

Kayla Smith <kaylas@ragingbull.com>

## service

1 message

Bishop Declaration-Attachment A (REDACTED).pdf

**J Rezk** Tue, Dec 8, 2020 at 10:32 AM
To: kaylas@ragingbull.com

i would like to say how much i love this service . the educational material is such a huge plus to your service. chat rooms makes it nice to bounce ideas with other members too. i tried a different service and hated it because they didnt show you how they were coming up with trade ideas. keep up the good work .

thanks so much

jeff rezk

 Kayla Smith <kaylas@ragingbull.com>

## Raging Bull Experience

1 message

**Jeff Taylor** Bishop Declaration-Attachment A (REDACTED).pdf Tue, Dec 8, 2020 at 1:17 PM
To: kaylas@ragingbull.com

Hey Kayla,

In light of hearing about this recent lawsuit, I wanted to share my experience with Raging Bull, which has been a very positive experience for me. I have been a member of Raging Bull since mid 2017 and have learned so much from the instructors and this community of traders that they have built. It is one of the best communities of traders and I utilize their services, watchlist, and chat rooms daily. Kyle Dennis and Nathan Bear are the best instructors for my style of trading, and being in Kyle's chat room during 2018 helped me realize the type of trader that I am and I learned so much about the market and trading from him and Raging Bull. I doubt I would have ever found success in the stock market if it wasn't for Raging Bull and their community, so I owe a big thank you to them. To me Raging Bull has always delivered on its services and provides high quality services, customer service, and care for its customers.

I also believe that Raging Bull provides the education and tools for any type of trader (full time/part time/Short term/Long term) to be successful. This success is only possible though if that person actually puts in the effort to learn and patience to realize that success doesn't come overnight and is likely going to take experience and time to build that experience. I am guessing most of these unsatisfied customers are expecting overnight success without putting in real effort.

During my time with Raging Bull, I have seen people complain in the chat rooms and to me it seems these people all have something in common, they don't want to put in any work and expect to be successful. Everyone should know that nothing in this world works like that, and you have to put in effort and work to be successful, no matter what anyone might tell you. These same people likely complain and blame everything that goes wrong in their lives on anyone but themselves. I have known business owners and know that every business has people who complain no matter what and that will never change. I think this is the same case with Raging Bull and I believe that the positive reviews will well outweigh the negative ones.

I will continue to support Raging Bull and have recently upgraded to a lifetime member of all of their services and I happily paid the fee for this privilege.

Sincerely,

Jeff Taylor

Hello: As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **12/01/20**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

I'm a member of many Raging Bull services and can attest that Jeff Williams' Stock Profit Pro is head and shoulders above the others that I use. Excellent ratings from me are due to his educating the traders, candid approach, extreme transparency, sense of humor and support of the entire Profit Pro chat room. I've only been trading for 8 months, but the time I've spent in this room has more than paid for itself in returns and education. Thanks to Jeff and all the moderators.

DocuSigned by:

**Signature:** Jim Murrieta

**NAME:** Jim Murrieta

**DATE:** 12/8/2020

 Kayla Smith <kaylas@ragingbull.com>

## Raging Bull Services

1 message

**Jimi Oleksiak** Bishop Declaration-Attachment A (REDACTED).pdf Tue, Dec 8, 2020 at 10:48 AM
To: kaylas@ragingbull.com
Cc: Jimi Oleksiak Bishop Declaration-Attachment A (REDACTED).pdf

Dear Kaylas:

I have been a subscriber to Raging Bull securities trading education services since May 4, 2020.

I find that they are a legitimate education service and they conduct themselves with integrity. I have been learning much about trading through them.

The most important thing I get from Raging Bull is that I remain inspired to learn trading and become a successful trader.

They always explain that they are not financial advisors but educators, that trading is risky and we should accept that losses and wins are part of trading.

They always explain about appropriate position sizing relative to your portfolio size so you can survive losses and remain a successful trader.

Thank You,

Jimi Oleksiak

DocuSign Envelope ID: 0BDABA6A-1DC1-4C00-834F-2B3546988C6E

Hello Mr. Kvidera,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 7th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"To Whom it May Concern,

I wanted to reach out to provide a real life example and happy customer of the Raging Bull services. I started investing on my own this year. I researched many alert services and options and subscribe to many outside of the Raging Bull community. Raging Bull consistently provides value for my subscription fees. I know it is up to me to decide what to do with any of the alerts that are provided by the Raging Bull services. What Raging Bull has taught me most is that it is critical for me to make my own decisions on what stocks and options to invest in and when to exit these positions.

What I find to be most valuable is bringing to my attention certain stocks and options that have a potential for profit. Ensuring that I do my own research and ability to read and understand stock charts. I found the Raging Bull service from a google search and have seen first hand the successes that they provide their customers. Where I've had losses, honestly, it's because I think I've been smarter than the market and have lost. Raging Bull has taught me to have discipline, trade at my own levels of comfort and never trade more than I'm willing to lose.

Most importantly, I've seen first hand the value that Raging Bull provides and looking forward to continuing my subscription with them and their many services offered. It has proven to be invaluable to me as I've begun to trade on my own this year.

Feel free to contact me with any follow up questions or comments you or anyone else may have.

Thank you!

Sincerely,

Joe Kvidera

Bishop Declaration-Attachment A (REDACTED).pdf

**Signature:** ............................................
F086575194A142C...

**NAME:** Joe Kvidera

**DATE:** 12/8/2020

"Hello: As we discussed earlier, here is the customer review confirmation form with the past feedback you left for RagingBull on 12/5/2020. We really appreciate your assistance. Could you please sign if this still reflects your experience with RagingBull?"

Great service! I always look forward to seeing your email with the week's pick each Monday morning! I only have one problem.... I need more picks! That said I'm going to jump on High Octane Options very soon! Thanks so much for you and your terrific Raging Bull Team's hard work each and every day! John Goddard

**Signature:** DocuSigned by: John Goddard 2C16CE26DDFA469...

**NAME:** John Goddard

**DATE:** 12/8/2020

 Kayla Smith <kaylas@ragingbull.com>

# Raging Bull Client Testimonial

1 message

**John Petrasanta** Bishop Declaration-Attachment A (REDACTED).pdf Tue, Dec 8, 2020 at 1:44 PM
To: kaylas@ragingbull.com

Good morning,

I have been a client of Raging Bull services for over two years now, beginning with one of their services initially in October 2018. Over time, I added services and within less than one year after my initial subscription, I was so pleased with what I saw that I subscribed to become a lifetime Elite member, receiving all of their current and future services.

I have been trading stocks, options, futures, and forex extensively for over 20 years. I have also subscribed to many different investment services and research over these years. I have never enjoyed any of my subscriptions more than I have my Raging Bull subscription. Even with more than 20 years of experience, I have learned more in the past two years from Raging Bull than I have on my own with all of my other research and investment services combined over the prior twenty or so years.

Raging Bull has an amazing interactive platform like no other service that I have ever seen, that includes chat, live video streams, and historical videos, to include video libraries with a wealth of information and training. It is an amazing community of instructors and traders.

Raging Bull makes it very clear to all clients in all communications and prior to any recorded and/or live training or trading event that their services are for educational purposes only, to include watching live trading to learn how a professional trader goes about his/her daily routine of selecting stocks or options to trade, and then executing those trades.

Trades are not placed for the purposes of Raging Bull clients as specific recommendations to be followed directly by any individual, nor is it direction to make any particular trade at any time. This is stressed over and over again. It is additionally recommended to new clients and traders to practice what they are learning with paper trading accounts initially until they get a better understanding of how to conduct scans, selection, and execution of trades. Following success and comfort with paper trading, it is then recommended to begin initial real money trades with very small amounts of money, as trading with real money is psychologically different from trading with paper money, and execution of orders can vary slightly from paper trading. At no point in time should anyone risk trading with more money than they can afford to lose.

It is also stressed over and over again by Raging Bull services to not blindly follow any given trade or trader without doing your own due diligence, be it research, analysis, or other. It is noted that the fastest way to lose money as a trader is to follow trades of someone else. Raging Bull services are provided for instructional purposes only. I have taken note of several clients who come into chat rooms, don't follow any of the above mentioned advice, choose not to learn, and go all in on a trade (or trades) that one of the instructors or traders are making live. Following the blind trade that someone else is making, these clients don't understand the risks, why they entered the trade, when to get out of the trade, and then complain when they take losses; sometimes very big losses. At that point in time, these clients want to shrug off any personal blame or responsibility for their losses and they look to blame Raging Bull and or the trader that they followed. Personally, I cannot understand this mentality. They are provided with tools and resources for their own benefit, they choose not to use these tools or resources, they believe they can get rich quickly by following someone else's trading, and then when it doesn't work out, they deflect the responsibility. .

I personally may or may not choose to follow a particular trade or a similar trade of one of the traders at any given time if I understand the reason for entering the trade and I also agree with that reason based on my own due diligence. I will then set my own stops and goals for that trade. It is my responsibility. Most times, I will make my own trades from what I have learned. I may get ideas from a live trader, from an email or app alert, or from another trader/client in a chat room. No matter where an idea comes from or the reason I choose to make a trade, it is always my trade and my own responsibility. I understand that. That is also made very clear over and over again by the Raging Bull team.

I look forward to my interactions in the trading rooms. It is a very professional team to be around and it is always an enjoyable experience. I have never felt pressure to purchase a service, nor have I ever felt pressure to follow any given trade at any time. I have never been led to believe that any of the instructors/traders at Raging Bull Services are "magical" and can predict the outcome of any given trade at any time and that they are flawless in their own personal trading. In fact, all of the traders at Raging Bull are very transparent in disclosing their losses when they take losses and

they typically use those losses as an opportunity to learn why the trade did not work out and then to teach what they themselves have learned. Every interaction has been overly honest and forthright. I am extremely thankful and grateful for finding the Raging Bull community and for all that I have learned in such a short period of time.

Every and any interaction that I have had with Raging Bull customer service has also been outstanding. They are very responsive, considerate, honest, and forthcoming about any and all details of whatever is being discussed.

I have personally spent a lot of money (in relation to my own net worth) on Raging Bull services. I have had some ups and downs along the way, but since joining Raging Bull, as I learn with their services, I continue to have less downs and more ups. I would choose over and over again to spend that same amount of money for the services that I have been provided at the price I have paid. What I have learned has been invaluable. The price has been well worth it. Raging Bull has become a part of my routine that I wake up and look forward to being a part of every day (excluding weekends and days that I have other things to do).

I am a proud member of the Raging Bull community and what has really become more like a second family.

If there are any additional questions or concerns, please feel free to contact me directly.

Kind regards,
John Petrasanta

DocuSign Envelope ID: 593BABA5-5D7A-444C-8FAD-FA042ED8133E

Hello John,

As you discussed earlier with my colleague Danny, here is the confirmation form with the past feedback you left for RagingBull on **9/15/2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Kyle's services are incredible! Learning to invest with a partner that is there to teach you how to develop a trading plan in Bio Tech stocks is an awesome opportunity. Between the Sniper Report and Bio Tech Breakouts there are numerous opportunities to develop your trading skills and learn to find profitable trades on your own. Kyle does a great job in showing you how to use the tools available to find strong investments and make Money! I have looked at a lot of services over the years and by far Raging Bull and Kyle Dennis are the best at what they do!"

DocuSigned by:

**Signature:**............John Svajda F8E2E9D1ED2A415..................................

**NAME:** John Svajda

**DATE:** 12/8/2020

Hello Mr. Svajda,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"I wanted to take a moment to let you know how happy I am with the training and courses provided by Raging Bull.

I have learned an enormous amount of knowledge regarding the technical analysis of trading by using the online training with a number of the instructors.

I love Jeff Williams, his teaching style and mannerisms are excellent for anyone wanting to learn how to trade. I have been through two of his profit challenges and have been successful in both classes by learning the techniques that Jeff teaches.

I also spend as much time with Jason Bond, Nathan Bear and Kyle Dennis to take advantage of their knowledge regarding trading and establishing my own strategy for trading. The consistent message since I started this program was to use their services to teach how to trade not what to trade. I have learned an enormous amount from all of them about setting up my own thesis for establishing a trade and making the trade work for me. I have recommended their services to several family members and friends as the best place on the internet for training and learning how to trade independently.

I would highly recommend the service provided and hope that others will continue to learn and benefit from the knowledge all of the instructors have to share with students.

I am attempting to resend this video. If you do not get let me know and I will save to Dropbox for your acces.

John Svajda

On Tuesday, December 8, 2020, 09:38:19 AM CST, jusvajda [illegible] wrote:

Sent via the Samsung Galaxy Note9, an AT&T 5G Evolution capable smartphone

Raging Bull Video...

**Signature:** DocuSigned by: John Svajda F9E2E0D1ED25415...

DocuSign Envelope ID: E7CD1FB5-DA7C-4D70-9571-4E52128FB0DA

**NAME:** John Svajda

**DATE:** 12/8/2020

BISHOP-DEC 00104

DocuSign Envelope ID: 2C7AE8D3-FB39-4098-80FE-C5EA3DFD4EF5

Hey John,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on June 9, 2017. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"I've been with Jason Bond for a couple of years now and I'm always learning something. You just have to follow what he teaches and follow his real time alerts. The best part is that he teaches the great scores and also the mistakes that are made so we don't keep on duplicating them. It's the best program that I've been in. Thanks Jason John T."

**Signature:** DocuSigned by: John Theriault FD5CD7894B8841D...

**NAME:** John Theriault

**DATE:** 12/8/2020

Hey Jon,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on June 10, 2017. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Gotta put in the work and do a bit of learning but definitely love the service so far."

**Signature:** DocuSigned by: 2C9I6I9100A34D2...

**NAME:** Jonathan Snyder

**DATE:** 12/8/2020

Hey Jose,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on November 22, 2018. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

Jason Bond Picks turned me into a profitable trader...

"I'm a new trader and had been struggling with finding a strategy that would work for me. I had tried other influencers on YouTube, but none of them made my trading consistent nor profitable. I subscribed to Jason Bond Picks service in early October and watched the educational videos which completely turned my trading around. While watching the videos, I had moments of realizations about my mistakes and moments of epiphanies that were remarkably easy to comprehend and put into action immediately! The education that the have provided for me has simply been invaluable. I have a small account and I have been able to almost double it in a month. I am planning to trade with a bigger account in January for tax purposes. I have become more independent in my trading and now I am able to do my own technical analysis and trade what I see value in. I don't depend on Jason's picks too much anymore although I know exactly what he sees in them. I did trade APRN after the Walmart acquisition and RGSE when they were cleared for their UL licensing for their solar panels which Jason called out perfectly. I now have the confidence and ability to do my own scans and enter and exit trades on my own. I am forever grateful to Jason for opening the door to financial freedom for me! I am still learning, but now have an acquired the skills necessary to succeed in this crazy market! Don't hesitate! Join ASAP. You will not regret it!"

2018-11-22 23:40

DocuSigned by:

**Signature:** Jose Navarro

CC356B3BCACE459...

**NAME:** Jose Navarro

**DATE:** 12/8/2020

DocuSign Envelope ID: 4446EB78-1AC2-45BE-946F-0C955F7C1517

Hello Joseph: As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on 10/08/19. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Thank you Kyle for everything you do. I was happy to be able to learn from you with bio breakouts but wow this little secret called dollar ace has been the icing on the cake thank you for helping me to learn and earn with you. You are a great mentor"

Signature: DocuSigned by: EE24A1716C54459...........................................

NAME: Joseph Klock

DATE: 12/8/2020

DocuSign Envelope ID: 4CD25299-8E84-456B-9140-282489034818

Hello: As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on 7/22/2020 ____________. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

**Signature:** DocuSigned by: [signature] 80E44DFFD0974BA...

**NAME:** JOSHUA J WRIGHT

**DATE:** 12/8/2020

DocuSign Envelope ID: 4CD25299-8E84-456B-9140-282489034818

"Excellent Service" - Joshua Wright

Hello Joseph,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th 2020.** We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

Dec 8, 12:59 PM

**joseph weg**: Kenny, I've only known you for a month and improved my bottom line drastically.Thanks for all of your help.

DocuSigned by:

**Signature:** Joseph Wegrzyn

84F901F00302428...

**NAME:** Joseph Wegrzyn

**DATE:** 12/8/2020

Hello Juan: As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on 9/8/20. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Loving it. Those SMA indicators Jeff showed are a really game changer. Nailed $ZM Sep-4-20 400 PUTS. Saw the crossover pattern, bought them at market close for 3.20 and sold them the next morning for 11.00!! A +240% on my investment."

Signature: DocuSigned by: Juan Carlos Alcala A113EE8D28F8473...

NAME: Juan Carlos Alcala

DATE: 12/8/2020



Kayla Smith <kaylas@ragingbull.com>

## Jason Bond

1 message

**Juan Cisneros** Bishop Declaration-Attachment A (REDACTED).pdf

Tue, Dec 8, 2020 at 3:45 PM

To: "kaylas@ragingbull.com" <kaylas@ragingbull.com>

Hi Kaylas,

Just wanted to express my deepest appreciation for the service Jason Bond provides. I'm a new comer to the service this year and can 't begin to tell you how much I have learned in the last few months from the online guidance Jason delivers as well as all of the video information made available 24/7 for us subscribers.

I hope to continue to benefit from this platform for many years to come.

Thank you and let me know if you need any further comments from me.

Best Regards,

Juan C.

Hello Mr.Callisto,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Hello! I read the article about the lawsuit against Raging Bull and I'm shocked! I've been with RB for about 5 years and in that time, I've been educated on numerous trading strategies while watching moderators trade live in real time. Using the education and experience I've gained by being a member of Raging Bull's services, I've landed on a couple strategies that work for me and I've made $225k YTD day and swing trading! I absolutely love the Elite service and I appreciate all of the moderators/mentors for sharing their time and knowledge with us! Raging Bull offer the absolute best trading services I've ever come across.

Justin Callisto

Bishop Declaration-Attachment A (REDACTED).pdf

**Signature:** DocuSigned by: JUSTIN CALLISTO 7195110C42E2401...

**NAME:** JUSTIN CALLISTO

**DATE:** 12/8/2020

 Kayla Smith <kaylas@ragingbull.com>

## Opinion

1 message

**Kathy Murphy** Bishop Declaration-Attachment A (REDACTED).pdf
To: "kaylas@ragingbull.com" <kaylas@ragingbull.com>

Tue, Dec 8, 2020 at 1:48 PM

Hi Kayla, Nathan Bear said you need opinions on Raging Bull. Well, I think it is great! I follow Nathan Bear mostly. He is awesome. His teachings are fantastic. Nathan is an extremely good teacher, he explains things so that even the novice trader can understand. He is responsive to questions daily and he even sends teaching videos not only daily but on the weekend, as well. I am sure the rest of the staff is great, but I find it easier to focus on one guru at a time for now.

Kathy Murphy, Lifetime Member

Hey Keith,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on December 11, 2018. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

**I have learned more in two months with Jason Bond picks and millionaire road map than any other company I ever used! If you want to be a part of a family this is the place they all truly care about your success!**

**2018-12-11 23:24**
**Keith Hasprey**

**Signature:** DocuSigned by: K. Hasprey E3B6E5BE34D8433...

**NAME:** Keith Hasprey

**DATE:** 12/8/2020

Hello: As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on 7/18/2020. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

DocuSigned by:
Keith Saslov
545E95CB2B02463

**Signature:**.............................................................

**NAME:** Keith Saslov

**DATE:** 12/8/2020

DocuSign Envelope ID: 46B865DF-1ABC-4EE3-9726-30FEA11AD4E4

Raging Bull is a trading Educational cohort environment. I have been with Raging Bull for about 4 yrs and the education is an invaluable service that addresses the current market, trends and published catalysts. Never, have they ever instructed for anyone to invest in a specific ticker symbol but more of what the specific guru may be looking at or what he may be entering. I have never felt that I needed or was told to follow but more to understand what that guru was looking at, understand why and when they entered and exited a specific trade. If I did follow a guru on a trade, it was all on my own due diligent and my judgement on what my personal risks were. Anybody who signed up to just mirror a guru was misunderstanding what the service is meant to be and ignorant of that. Trying to get rich quick without taking the time to educate themselves is a HUGE mistake on that subscriber.

Just like many published books on learning how to trade, I have learned a lot from Raging Bull and hope to continue to learn more to help become a more profitable trader.

Keith Sa[illegible]

DS
KS

Hello Mr. Prost ,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"I am a new Raging Bull/Jason Bond Millionaire Road Map member and this service is a huge value. The extent of training available - videos, live feeds, email/text updates are top notch. The idea that there is a problem with what is provided in this service is a travesty.

I have a MBA degree and am a white-collar professional and know of other services that start at double the price and not the hands-on value-added education and support that Jason Bon and Raging Bull provides. They provide tools and education for success. Ultimately investment success or failure is on us as individuals and not the service.

I have already learned a great deal and feel the services provided are worth every dollar paid and the service has my full support and pray that the services continue into the future.

Sincerely,

Kenneth Edward Prost

Bishop Declaration-Attachment A (REDACTED).pdf

DocuSigned by:

**Signature:**...Ken Prost.........................................

5774E8238812475...

**NAME:** Ken Prost

**DATE:** 12/8/2020

 RagingBull

Kayla Smith <kaylas@ragingbull.com>

## About Raging Bull Services

1 message

Bishop Declaration-Attachment A (REDACTED).pdf

Tue, Dec 8, 2020 at 3:24 PM

To: kaylas@ragingbull.com

Like many who first join Raging Bull, I was 'starry-eyed' with dreams of immediate success. And, like many, on my first trades after joining, I just tried to 'mirror' the trades that I saw without any understanding of why the trade was being made, how to approach it, etc. And, like many things in life, I did this in spite of the repeated warnings and disclaimers by Raging Bull to first learn more about the markets, technicals, strategies, and more and to first paper trade to 'master' techniques before applying your own money.

The variety of services and style of training allow for one to pick and choose what fits them best, giving them the best potential for a positive outcome.

One thing that absolutely helps is seeing that those who operate the various Raging Bull services are not perfect. Though they are successful in what they do, they show that there is no such thing as a 100% win rate. They lose on trades, but they also show how they manage losses, as well as manage wins. That is a key strategy to becoming successful.

I am relatively new to Raging Bull (just became a member in 2020). And, I haven't shown an overall profit yet. However, I am looking at this as learning opportunities. Like anything worthwhile in life, you need to learn and to gain experience in order to succeed.

I paper traded for a while, and like other endeavors, I was a 'champ' at practice. But, given various SEC rules in place (such as one that limits some feeds to a 15 minute delay, rather than real-time), limits on paper trading accounts for how they compare to reality, and the lack of personal investment and interest in the outcome (e.g. nothing on the line), sticking with only paper trading has limits for educational purposes.

I set up a small account for the specific purpose of learning. I considered it my educational fee. Though it is down considerably from where I started, I have used it as a learning experience, experimenting with several different strategies, some successful, some not, but with each trade, I am using it as learning experiences and working to improve my skills.

Being able to see what traders of various styles do in real time has been extremely educational. And, as mentioned, they are trying to teach. As they continually say, don't just do what they do. Learn, figure out what is best for you, and then apply that to your own trading.

The tools that various services offer to help with my trading is also very beneficial. And, like watching the traders, picking things off the tools take practice, skill, etc., but the tools are very valuable in creating a watchlist and trading ideas.

I find these things invaluable as I am learning to become a better trader.

Thanks,
Ken Robinson

 Kayla Smith <kaylas@ragingbull.com>

## FTC Lawsuit

1 message

**Ken West** Bishop Declaration-Attachment A (REDACTED).pdf	Tue, Dec 8, 2020 at 1:23 PM
To: "kaylas@ragingbull.com" <kaylas@ragingbull.com>

Kayla, Jason, and all Raging Bull personnel,

I originally joined Kyle Dennis's Mobile Closer based on his marketing adds and recovered my fee on the first day of trading, and have a winning percentage with his service. Kyle's sevice has performed exactly as his marketing explained it would. After that I was invited to attend Jason Bond's Elite trader seminar and based upon his statements joined as an Elite trader three weeks ago, since then I have had profit opportunities every day although my profits have been limited due to MY decisions which have resulted in some losses. Jason has performed exactly as described in his marketing campaigns, in all of his trading rooms.

I have many other services in addition to Raging Bull, and ALL of them have similar if not exactly the same disclaimers that are incuded in the FTC's lawsuit worded in such a way as to make them suspect... these discaimers are simply complying with FTC's own regulations regarding trading recommendations so why is the FTC only targeting Raging Bull and not all of the services that are out there? I'd also like to point out that the fees for Raging Bulls services are in line with all of the other services out there, for a good example to check out "Money Map Press" which has 28 different services and is essentialy the same type program as Raging Bull... complete with the same discalimers!!! (They don't have live video/chat which is a huge downside)

Raging Bull is the ONLY service I have found that includes live chat/video as part of their service, many time I have heard them have to remind their clients that they are not brokers and can not give specific instructions on trading. As traders we are responsible for our trades whether they are goo, bad, or ugly and services like Raging Bull are incredibly important to those of us who are not long term seasoned traders yet still have to earn a living. I had to retire early from a six figure job due to the pandemic, I'm high risk COVID-19 in several catagories and, knowing that, my company transferred me from working at home in the home office to a power plant construction project in June in Florida of all places... and I am sure I'm not the only one out there who has lost their job over the pandemic and is depending on the stock market and many different services to help them learn how to be successful at trading.

Please drop this ridiculous lawsuit (sound familier?) and focus your attention on actual criminals!

Ken West

Raging Bull Elite Trader

Bishop Declaration-Attachment A (REDACTED).pdf


Kayla Smith <kaylas@ragingbull.com>

## Letter of recommendation

1 message

**Kenny M Enea** Bishop Declaration-Attachment A (REDACTED).pdf Tue, Dec 8, 2020 at 5:00 PM
To: kaylas@ragingbull.com

To whom it may concern,

I have been a member of RagingBull for a few years now but have only been actively trading since February 2020. I am an Elite member and I am enrolled in all the services that RagingBull has to offer. Though I have participated in all the services over the last year, I have found that I have gravitated toward Jeff Williams and his Stock Penny Pro chatroom the most. It has been the perfect combination of teaching and extensive knowledge within the room that has allowed me to become a more successful trader. Prior to joining RagingBull, I was a haphazard trader that just threw money after money at the market, when the smoke had cleared, I had lost about $90,000 of my savings.

The strategies, market lingo, chart reading and transparency that Jeff has brought to his room have helped me to become a more disciplined and responsible trader. He has given me the tools and the coursework to navigate the market and to see the signals I would not have found on my own. I feel much more confidant and less afraid of being a day trader now.

My original goal was to make $500 a day as a trader. I have had some incredibly profitable days upwards of $10,000 for the day which has far surpassed my goals. I have posted my gains on twitter and verified them with screenshots over the months and I look forward to continuing on this learning path with RagingBull for many more years. Thank you Jeff Williams and Jason Bond.

Best,
Kenneth M. Enea
Raging Bull Elite Member

Hello Mr. Newsome,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Kayla,

I am very pleased with all of the services that Raging Bull has to offer. I have not seen/experienced anything like what I am hearing about from the people who made claims to the FTC. From the beginning, all of the Raging Bull teachers have been very forth-coming. I have never felt like they have been making fraudulent promises about income or anything like that.

Sincerely,

Kevin Newsome

--

Newsome Enterprises, LLC

Bishop Declaration-Attachment A (REDACTED).pdf

DocuSigned by:

**Signature:** ......F8B5E9990DD484.......................................

**NAME:** Kevin Newsome

**DATE:** 12/8/2020

Hello Kevin Schindler,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **October 14, 2019**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Jason Bond's Weekly Windfalls is an excellent options trading service for novices and experienced options traders. He provides hours of education for those who need it. The service is easy to follow without requiring one to sit in front of a computer all day. The program has been highly successful. It is appropriate for anyone looking to make higher returns on their investments, or for the person who trades for a living."

DocuSigned by:

**Signature:** Kevin Schindler
D02B8D9277C34F3...

**NAME**: Kevin Schindler

**DATE:** 12/8/2020

Hello Leon Oguh,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Jason Bond is a teacher simple and short. He does not hide this and he has been transparent about his love for teaching simple and short. I stumbled on his YouTube page. I am following him on Facebook and YouTube and have been on some of his Facebook live for free. Yes he offers a subscription service but it is for those want to get it. It is optional. One thing I have realized though is that folks don't want to work hard to make a living. They hear about money on Wall Street and they think they can just subscribe to a service and sit back and collect. These are the people that shout scam. No folks you scammed yourself. You did not pay attention. I am still learning so I am not going to jump in without doing all the work that is involved. One day I will get there."

**Signature:**............ DocuSigned by: [signature] 49DF593B954944B...

**NAME:** Leon Oguh

**DATE:** 12/8/2020

Hello Ms. Carter,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"I was a former financial advisor which is totally different from trading. I had been looking for an educational company and finally found a fantastic service with Raging Bull two years ago. There are so many great teachers and techniques and they are constantly striving to make this service even better. Trading is hard and frustrating but there is so much great teaching information that will help traders if they will study, do the work, and use what makes sense for their style of trading.

I can't imagine not having raging bull in my trading day. There will always be those that want to copy other traders and expect to get rich quick. Please don't let those people decide the future of Raging Bull.

Sincerely,
Leslie Carter"

**Signature:** DocuSigned by: Leslie Carter 411FE1417BAF4F8...

**NAME:** Leslie Carter

**DATE:** 12/8/2020

Hello Llyal: As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on 9/8/20. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Amazing! Gains from these trades paid for my membership TEN FOLD!!! I am thrilled to be a customer! Thank you!"

Signature: DocuSigned by: Ilya Lipkin 0D1F37A235B34E3...

NAME: Ilya Lipkin

DATE: 12/8/2020

 Kayla Smith <kaylas@ragingbull.com>

## RB service and Jeff Williams

1 message

**MARCUS MCCOY** Bishop Declaration-Attachment A (REDACTED).pdf Tue, Dec 8, 2020 at 10:09 AM
To: "kaylas@ragingbull.com" <kaylas@ragingbull.com>

Hi Kayla
I would like to comment on Raging Bull, Jeff Williams and the crew. Jeff is so much on truth that he is their to teach and wishes the best for everyone that is watching. No other service that I have been with has been this much fun and even personal if I may say. The moderators are great at explaining and getting information to users no matter how many ties the same question is asked and same for Jeff.
Raging Bull itself us beyond anything that I have ever experienced. I do believe that RB is so large now and does carry some influence when purchasing stocks, each in the specific category. But that is a given, which would happen with any service. The benefit with Jeff is that he takes the same chance and does NOT cut users throats and sell behind your back. Great integrity with that. Couldn't ask for a better service.

Thanks
Lifetime Member of Jeff Williams service
Marcus McCoy

 RagingBull

Kayla Smith <kaylas@ragingbull.com>

## Support of Raging Bull

1 message

**Maria Romano** Bishop Declaration-Attachment A (REDACTED).pdf
To: "Kaylas@ragingbull.com" <Kaylas@ragingbull.com>

Tue, Dec 8, 2020 at 11:30 AM

To Whom It May Concern,

I want to start this email with the idea that trading can be the hardest **personal** pursuit anyone can possibly embark on. It is not like any other type of goal you set out to achieve, it's very different.

The market is the market........and while trading looks as simple as buy low sell high it's not!!! It is the most painful, and challenging path to understanding your own MIND!!!!

Success is not guaranteed, it's earned by the willingness to constantly take responsibility for every trade, every loss, every win, every missed opportunity, every missed entry, and every action or inaction you engaged in as a trader...... nobody can save you from your own actions!!! Nobody can save you from your trauma, nobody can save you from your fears, and nobody can save you from being aligned or not being aligned with your own success!

Which is why they say that only about 10% of people who pursue trading actually become a successful trader. And why....... because they can't get out of their own way!!!!

Every successful trader studies constantly, they are willing to put in the work it takes to be a successful trader. They reviews every trade, they study constantly, they read books, they find every opportunity to learn more and more, and they are always working to uncover their own blind spots. And if necessary, they hires personal coaches to uncover emotional blocks to their own success., because at some point, a trader who really wants to be successful recognizes it's not about trading, it's about their own mind!!

Regarding Raging Bull, I have been an Elite member of Raging Bull for several years and have purchased many services from them. I have learned so much about trading the markets from every person, and every service, and there is a lot to learn.

This service is about content and the content is amazing. I continually watch the videos, utilize the content to learn more about strategies, price levels, market analysis, the options chain, different options strategies, understanding pre-market levels, how to maximize profits, reduce risk, identify price levels, know my risk to reward...............the list goes on and on, and it's all covered in the content Raging Bull provides.

But at some point, my job as a trader is the cut out all the noise and make money!!!!!! That part is solely on me! I'm saddened by the fact that we are seeing another example in the world where people cannot take responsibility for their minds, hearts and behaviors. Shame on them!!!!

The folks at Raging Bull are passionate, caring and committed to our personal success as members of the community, as traders, and as human beings!

I firmly support Jason, Raging Bull and his team for teaching me everything I need to know to be successful........the rest is up to me!!!

Regards,

Maria Romano

Hello Ms. Wynn,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

" have been made aware about action taken against raging bull and am very disheartened by this news. I have been trading them for about 10 months now and have learned so much from all of the traders, I have found a successful strategy to make consistent profits on their ideas and owe much of my success and jump start into trading to the people on their team. Kyle Dennis I spend every afternoon listening to and learning how to trade options when it was a completely foreign concept to me not too long ago. I have collected over 1k in profits this month alone on his AAPL plays. Jason Bond I have familiarities with as well and I don't always take his trades, he gives me tons of ideas and his education section is great. I don't see any kind of bad intentions with any of these guys and they put in a lot of time and effort with the goal of helping people. Anyone in there trading blindly and complaining about loosing needs to step back and evaluate their own choices and take responsibility for their own actions. It's made very clear to do you own due diligence, and that these are ideas, not the golden ticket. If it was that easy, we would all be rich and everyone would quit their day job. It's not a crystal ball, it's a wonderful way to have eyes on the market and ideas to take and make your own. So thank you to raging bull and all of their hard working traders who try their best to lead us in the right direction daily.

Marian Wynn
COTA/L"

**Signature:** DocuSigned by: [signature] EE60D3465A38466...

**NAME:** Marian Wynn

**DATE:** 12/8/2020

Hello Mr. Anderson,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Love raging bull…Jeff Williams and Nate bear are great teachers….thx"

DocuSigned by:

**Signature:**..........................................................

D1FAFA37B0E84BF...

**NAME:** MARK ANDERSON

**DATE:** 12/8/2020

Hello Mark,

As you discussed earlier with my colleague Danny, here is the confirmation form with the past feedback you left for RagingBull on **9/19/2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"I just joined Kyle's terrific Sniper Report and I just wanted to say that I am very grateful. His analysis is just so terrific and gives people a competitive edge unmatched in so many circles. It is not at all hype but a terrific way to invest in stocks that outperform and that is what everyone wants. Thank you for such a terrific and profitable service."

DocuSigned by:

**Signature:**...Mark Lewis.......................................

**NAME:** Mark Lewis

**DATE:** 12/8/2020

Hello Mark Martin,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **August 16, 2019**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"I have been with Jason Bond on and off for 8 years. I have been with MRM lifetime for about a year now. This is by FAR the best investment decision I have ever made in my life. I started saving late for retirement. This decision is going to assure me that I will now have the very comfortable retirement that I almost missed. Jason, Kyle, Nathan, Taylor all have different strategies, so there is something for everyone. I have comfortably settled into Jason's new Weekly Windfalls service. (Separately) It is the one that suits me the best. No more staring at my screen all day. THANKS GUYS!!"

**Signature:** DocuSigned by: Mark Martin 886AED0C3FE742E...

**NAME**: Mark Martin

**DATE**: 12/8/2020

Hello Mr. Molde

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"I've been with most of the other services out there, and now with Jeff for a couple years. Never have I experienced such transparency as with his service. Good or bad, Jeff always tells it like it is. Lessons/videos are outstanding resources. Additionally, his group of moderators are fantastic, especially in their immediate responses on line to questions etc. This service is worth every penny and more.
Sincerely,
Mark Molde"

DocuSigned by:

**Signature:**.........................................................
44C15C491CBF404...

**NAME:** Mark Molde

**DATE:** 12/8/2020



Kayla Smith <kaylas@ragingbull.com>

## Testimonial

**Michael Swanson** Bishop Declaration-Attachment A (REDACTED).pdf
To: "Kaylas@ragingbull.com" <Kaylas@ragingbull.com>

Mon, Dec 7, 2020 at 8:29 PM

To Whom It May Concern:

I have only been a member of Raging Bull for a few weeks, but through its services, I have gained *invaluable* education in how to trade stocks and options, both through educational videos, as well as through the opportunity to look over the should of its seasoned traders. I have become a profitable trader in no small part through their work.

Sincerely,

Michael Swanson

Hello Mr. Thompson,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Jason, Jeff, and the rest of the gang,

I wanted to take a minute to write and give my story and my thoughts about Raging Bull and their services.

I was introduced to Raging Bull through one of Kyle Dennis's advertisements on Facebook. I had just gotten into options trading through another service, and I was looking for a bit more than that one offered. I'm pretty sure that I subscribed to Kyle's Dollar Ace service initially. I really liked options and the opportunity they presented, and I liked what Kyle was doing with his scanner. Initially, I had some success with his service, but then I promptly blew up my account. I went from being up $1700+ to being down more than $8300. I write this not to blame Kyle, but to give an example of how a little knowledge can really hurt you. I was using Dollar Ace poorly. I would see a scan pop up, take a quick look, and if it was moving in the right direction at the time, jump in and then watch it tank. Then, instead of getting out with a respectable loss, I would hold my positions and wait for them to recover, which most of them never did. Sometime this fall, I upped my subscription to all of Kyle's services, having realized through listening many of his teaching that I needed to be much more thoughtful, have a plan, and learn to get out at a certain level. Eventually, I subscribed to Raging Bull Elite, because there were other services they offered that I felt I could benefit from. Since mid-November, my account has gained back $700+, and I haven't had a red day yet in December. This is all because of the teaching and training of everyone at Raging Bull. Without fail, they give the disclaimer that they cannot give advice to people who ask for it. I wish I had a dollar for every time I've heard Kyle say that in Mobile Closer. I attribute my success over this past month to Kyle, Ben, Nate, and Jason. Those are the ones I've spent the most time following, mostly because I have a small account, and I don't get into more that simple buying or selling calls and puts, along with a little stock trading.

Hopefully this helps in your fight. You have my permission to use any and all information as you choose, and if there is anything else I can do, please let me know.

Thanks,

Mark Thompson

DocuSign Envelope ID: F47F54FA-7D27-4136-907F-F2AB4919E373 Case 1:20-cv-03538-GLR Document 126-5 Filed 01/13/21 Page 137 of 230

DocuSigned by:

**Signature:**...Mark Thompson
16070AC0C6B1424...

**NAME:** Mark Thompson

**DATE:** 12/8/2020

BISHOP-DEC 00137



**Kayla Smith <kaylas@ragingbull.com>**

## Jeff Williams

1 message

**Marlene Huber** Bishop Declaration-Attachment A (REDACTED).pdf
To: kaylas@ragingbull.com

Tue, Dec 8, 2020 at 10:25 AM

Best all around! Communicates with all levels naturally. Tells it like it is. Such a diversified chat room. I have been trading for more than 40 years on and off and have only met four people, Jeff Williams being one of them, who constantly taught me.

I have been with Raging Bull for awhile and never have complaints. Have learned and learned.

Marlene
-----
Sent from my Android device with
Mail Reader for MSN Outlook: http://goo.gl/gsah9x

BISHOP-DEC 00138

Hello Michael Chusid,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **August 16, 2019**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Raging bull tries very hard to provide a tremendous amount of content and education to help traders be successful. There are various trading styles (you must identify those that are most in sync with your personal style, preference and risk tolerance). Not all are for everybody but there is certainly something for everyone. I think it is a very valuable service and while not cheap it is quite cost effective considering their value and the potential they offer for you to change your life"

**Signature:**........ DocuSigned by: Michael Chusid ........................................

**NAME:** Michael Chusid

**DATE:** 12/8/2020

Hello Mr. Haas,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Good Morning Kayla,

Thank you for gathering feedback from members. The RagingBull support team has always been available to me, provided me with great guidance on membership, and I have always felt has been in the interest of the members.

I have been a part of Raging Bull since 2019 and I'm very proud to be a part of this community. Between all the services and moderators, the community here is invaluable. I have learned so much from the leaders, fellow members, and I really enjoy this company.

I haven't made a lot of money like my fellow members but the content and experience I have had over the past 2 years has been a huge learning curve for me. I own my decisions to make trades and while I don't always win, I learn from each trade and I am excited and encouraged to do better in the market.

I look forward to being a member for many years to come and continue to grow within the RagingBull community.

Thank you RagingBull!!!!
Michael"

DocuSigned by:

**Signature:** Michael Haas
811799F45B5244E...

**NAME:** Michael Haas

**DATE:** 12/8/2020

Hello: As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on 7/30/20. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

**Signature:** DocuSigned by: Michael Hicks 08EFF3188DF84F9...

**NAME:** Michael Hicks

**DATE:** 12/8/2020

DS MH

DocuSign Envelope ID: 8BDA4983-E7B1-42D5-AAD2-852F9D164DA3



As a huge skeptic I want to admit Jason Bond is the real deal. I have increased my profits by over 200% and enjoy the candor and humbleness of the man. I look forward to more winners, Jason you ROCK! LCDR USN (Ret) NSW

 Kayla Smith <kaylas@ragingbull.com>

**Opinion of Raging Bull**
1 message

**Michael Palmier** Bishop Declaration-Attachment A (REDACTED).pdf Tue. Dec 8, 2020 at 4:59 PM
To: kaylas@ragingbull.com

I cannot stress enough my gratitude to all the devoted people working at RagingBull and the overall community involved. So, I'll do it in this long drawn out email highlighting why I joined in the first place. I started pursuing my dream of becoming a trader at the beginning of this year, and amazingly before I joined RagingBull was able to grow my small 5,000 account to almost 28,000. How did I do this? Well, besides getting a small bootcamp education on trading options from my father (who's been trading for over ten years) it was pure adulterated luck, plain and simple. I'll be honest with my self. Growing my account over 500% in my first eight months definitely gave me the feeling that I knew what I was doing. Then September came and, pardon my French, knocked me on my ass. Money was flowing out of my account and fast, so that's when I looked in the mirror and realized that the only reason I was up so big in my account was luck.

At that point I knew to have my dream realized of becoming a trader I needed a high level quality education. I didn't want advice or some guy just telling me, "Hey, buy this stock it's gonna soar tomorrow." I wanted a no BS education on how to successfully become a consistent trader myself. I knew I needed an edge. So like any young trader might do I went to the all powerful YouTube, and I actually had a lot of difficulty finding what I was looking for until Jeff Bishop popped up on my screen advertising RagingBull. Within minutes of looking into RagingBull I knew this was 100% EXACTLY what I wanted. Right from the get-go they said they are not finial advisors and I never expected them to be. I was simply looking for them to tell me what everyone else who tries to teach trading dances around. How to trade successfully and find your edge. I started with Bullseye Trades and not long after now I am an RagingBull Elite member.

I knew that what I was paying for was not trade alerts or some kind of service where you blindly follow a trade and expect to make money. I knew I was paying for the education, and just in these last few months what I've learned from RagingBull has been immensely helpful and vital to my trading future. If it wasn't for them and their education my account would no doubt be at zero right now, and I was shocked to hear Jason Bond talk about the lawsuit this afternoon. When he said writing this email would mean a lot to him I knew I had to do it, because Jason, Jeff, Nate, Ben, Kyle, and all the other people of the RagingBull community mean a lot to me. They are all some of the best educators I've ever had the honor to learn from, and I consider myself lucky that the RagingBull Youtube advertisement came on my screen that day. They have made my dreams a possibility and that is why I am forever grateful. Whether you've been treading for a year like me or for 50 years, trading is an ongoing learning process. I expect to always be learning and evolving as a trader, and if RagingBull were to go away I and all the other wonderful members of the RagingBull community would be losing our education. From the daily emails to the video trainings to the recommended readings, I believe a service like RagingBull is a vital component to a successful trading career and I would gladly recommend it to anyone who is really serious about becoming a trader. Even though I am a new member to the RagingBull community I know I will be a loyal member till the end. I cannot thank everyone at RagingBull enough for the hard work they put in to make many people's dreams of becoming a trader a reality.

Thank you,

Michael



Kayla Smith <kaylas@ragingbull.com>

## Testimonial

1 message

**Michael Sinegar** Tue, Dec 8, 2020 at 1:03 PM
To: "kaylas@ragingbull.com" <kaylas@ragingbull.com>

Bishop Declaration-Attachment A (REDACTED).pdf

Raging Bull has been a true godsend. Thanks to the knowledge I've gained, I am well on my way to quitting my 9-5 job. I genuinely pity anyone who thinks that this is a scam. Alert services can be a way to practically print your own money. You just have to be knowledgeable enough to know how to use them and do your own due diligence.

Michael Sinegar

 **RagingBull**

<div align="right">Kayla Smith &lt;kaylas@ragingbull.com&gt;</div>

## Nate
1 message

**Drmchu1**                                                                Tue, Dec 8, 2020 at 10:34 AM
Reply-To: Bishop Declaration-Attachment A (REDACTED).pdf
To: "kaylas@ragingbull.com" &lt;kaylas@ragingbull.com&gt;

Hi
Nate Bear is spectacular   Great system   great teacher
patience of a saint  has been marvelous to learn from
Mike Chusid

BISHOP-DEC 00145

Hello Mohammed,

As you discussed earlier with my colleague Spencer, here is the confirmation form with the past feedback you left for RagingBull on **5/15/2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Very good presentation and excellent explanation of the topic"

**Signature:**...... DocuSigned by: Mohammed Rehman EF41747DBC89449...

**NAME:** Mohammed Rehman

**DATE:** 12/8/2020

Hello: As we discussed earlier, below is the testimonial verification form with the testimonial you left for RagingBull dated 6/11/2020. We really appreciate your feedback. Can you sign if your earlier testimonial still reflects your experience with RagingBullis 100% true?

"Good choice, the learning curve to understand the market dynamics. An excellent approach of teaching and educating"

Signature: DocuSigned by: Mohammed Rehman EF41747DBC8B410...

NAME: Mohammed Rehman

DATE: 12/8/2020

 Kayla Smith <kaylas@ragingbull.com>

## Raging Bull Tesimonial

1 message

Bishop Declaration-Attachment A (REDACTED).pdf

**Mohsin Khawaja** Tue, Dec 8, 2020 at 11:24 AM
To: kaylas@ragingbull.com

Good afternoon,

I am writing as a testimonial on my experience with Raging Bull since signing up earlier this year. Although I had read mixed reviews before signing up, I wanted to start slowly and give this company a chance. After having used these services for past 6 plus months, I have to say it was worth the investment. Over time I have kept purchasing services because I learned a lot from the way I was being taught. This service does not guarantee profits or becoming rich quickly, but is used as an educational service. I may not always profit in every trade but I have learned a lot over the past few months from these educators which I can continue to use as I get more comfortable trading. I want to thank Jeff Bishop, Jason Bond, Kyle Dennis, and the rest of the RB team for their time and helping us to learn more.
It would be a shame if this company was shut down because people bought in thinking they'd be rich in a matter of months.

Thanks
Mohsin

 **RagingBull**

Kayla Smith <kaylas@ragingbull.com>

## Testimonial
1 message

**Monica Cooke** Bishop Declaration-Attachment A (REDACTED).pdf
To: kaylas@ragingbull.com

Tue, Dec 8, 2020 at 2:47 PM

Hello,

I believe that Raging Bull is an educational service for stock trading. As a long time member, I have greatly benefited from their guidance. They have answered all my questions and have given many great ideas over the years. They share their screens and describe both their gains and their losses.

I am glad to have been a member and appreciate all that they have done!
Monica Cooke

BISHOP-DEC 00149

Hello: I am reaching out about a past review that you left, below is the testimonial verification form with the testimonial you left for RagingBull dated 10/16/2020. We really appreciate your feedback. Can you sign if your earlier testimonial still reflects your experience with RagingBullis 100% true?

"I'm getting great practical education. The mindset shift helps me see the market different and as a result my accounts are growing. This is a game changer."

Signature: DocuSigned by: [signature] 6A683F8C5F6F44A...

NAME: Mujaahid Mainor

DATE: 12/8/2020

Hello Mr. Khalil,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

" Hello Kayla,

First, I would like to thank all RB instructors for their dedication and integrity running their services.
The amount of education available is huge.

As a new subscriber, I can tell for sure that I have learned a lot from Jeff Bishop, Jason Bond, Kyle Dennis and recently Nathan Bear. They have been amazing teachers and very transparent about their wins as well as their losses.

I can certainly say that I'm getting what I subscribed to.

Since my upgrade to Elite subscription less than 3 weeks ago, I can say I have paid 50% of my subscription fee trading part time as little as $150 and as much as $1,500 in each position while learning how to trade which is why I subscribed, TO LEARN. Education is the key.

I have had a huge losses on some positions which is part of the game, but my overall wins outweigh my losses and I'm consistently in the green.

I'm looking forward to keep growing my account while learning from the top traders and dedicated instructors of RagingBull.

To the success of RagingBull and our entire members family.

Cheers,
Nader Khalil"

DocuSigned by:
Nader Khalil
**Signature:**......A7C7D024156C4DB......

**NAME:** Nader Khalil

**DATE:** 12/8/2020

Hello Mr. Justi,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"I am a second time subscriber. Only after cancelation, I realized the value of the educational services that offered and re-purchased the services again. This time I took lifetime subscription. The knowledge that is shared by all the folks here is enormous and is very helpful. Very honest and transparent service.

I would definitely recommend the services to my friends.

Thank you.

Naveen"

DocuSigned by:

**Signature:** Naveen Thoram

AD916RAF6310469...

**NAME:** Naveen Thoram

**DATE:** 12/8/2020

Hello: As we discussed earlier, here is the customer review confirmation form with the past feedback you left for RagingBull on 11/20/2020. We really appreciate your assistance. Could you please sign if this still reflects your experience with RagingBull?

"I bought RIOT and made $120 dollars. I don't have much money to trade with, but watching all the stocked picked by Jason Bond on Friday's doing good gives me more Confidence that I will succeed here"

**Signature:** DocuSigned by: Ndubuisi Nwosu 8CC029EEE087445...

**NAME:** Ndubuisi Nwosu

**DATE:** 12/8/2020

Hello Mr. Nagrik,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Hi,

I have been a member of Raging Bull for more than 3 years. I am truly grateful for the services and education being provided. The education provided has made me a much better and profitable trader over the years. They are always looking to better the services provided and I am appreciative of that. They have provided all the education materials and services to become a profitable trader, but it is up to each individual to put in the work to leverage what they provide.

Thank You Raging Bull!"

DocuSigned by:
Neel Nagrik
**Signature:** 46F23E9B4E2842F...

**NAME:** Neel Nagrik

**DATE:** 12/8/2020

 RagingBull

Kayla Smith <kaylas@ragingbull.com>

# Checking in

1 message

**Nikolai P Yakunin** Bishop Declaration-Attachment A (REDACTED).pdf Tue, Dec 8, 2020 at 10:11 AM
To: "kaylas@ragingbull.com" <kaylas@ragingbull.com>

Hello Jeff,

I have been watching you and the gang trade and am trading along with you all but not very successfully! I have been an investor for 30 years and changing to a trader is not very easy, I tend to not sell out early enough and end up losing more than if I sold sooner! But I am learning a lot and very grateful to you all!

Sent from my iPad

Hello Oluwatayo Ojo,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Hi Kaylas,

If there is anything I appreciate most in this world, they are transparency, commitment and truthfulness - Mr Jeff Williams processes all. I have traded round all different types of trades but have to come to a decision to pick the one that is best for me - Jeff Williams Stock Profit Pro is the answer. I have made more than 1000% of my subscription within the last one month that I upgraded to his live trading platform - lifetime membership."

**Signature:**............ DocuSigned by: Oluwatayo Ojo 03E0B92DC1C1435... ....................................

**NAME:** Oluwatayo Ojo

**DATE:** 12/8/2020

Attention Ragingbull,

I have been with Ragingbull since 2018 because of their excellent educational services, My wife is proud that her husband is a member of this great and wonderful family helping people to be independent and reach their financial goals.

I took the noble decision to be a lifetime member of this great family because of it's benefits.

Looking forward to Ragingbull Continuous educational services.

Destiny

DocuSigned by:
788FCE9143E948F...

Hello Mr. and Mrs. Uriarte,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"As a couple new to stock trading, we have tried a few different subscription training services to date. Jason Bond's services and community have been hands down the best so far.
The live training and videos are very informative. We are so thrilled to have joined the live training programs for 2021. We are excited and truly looking forward to increasing our
knowledge and understanding of the market with this awesome team.

Sincerely,

Ozzie & Connie Uriarte"

DocuSigned by:
Ozzie & Connie Uriarte
**Signature:** AFD5F6F0000244D...

**NAME:** Ozzie & Connie Uriarte

**DATE:** 12/8/2020

 Kayla Smith <kaylas@ragingbull.com>

# My thoughts on RagingBull service

1 message

Pandian F
To: kaylas@ragingbull.com

Bishop Declaration-Attachment A (REDACTED).pdf

Tue, Dec 8, 2020 at 3:37 PM

Hi Kayla,

Please find below my views and thoughts about RagingBull service.

""

*The below are my views and my perception about RagingBull service and not necessarily reflect the actual facts or the perceptions of other subscribers.*

RagingBull is one of the best stock and options trading and educational platforms I've seen out there. I joined RagingBull around an year ago and the reason I can call myself a trader today is RagingBull. Before a year back, I just used to blindly buy stocks and options hoping the stock would go up, just by looking at the chart without any basis. RagingBull helped me learn the best practices in stock and options trading - specifically how to pick the names to trade, when to stop out, following the rules with discipline, looking at unusual options activity, how to do catalyst trading, how to do earnings play etc.

The best thing about RagingBull is that there are a variety of different strategies you can learn from the different Gurus present here. And these people are really Gurus, they take ownership when a trade goes wrong, they admit if there was a loss etc. And yes, they do make a lot of profits as well. Different strategies include unusual options activity, catalyst trading, momentum trading for stocks and options, penny stocks trading etc. The whole suite of services really provide a great deal of education in the stock market and how to play it safe.

The next best thing I like about RagingBull is the transparency. They are almost 100% transparent and almost all of the Guru's portfolios are live streamed. So we can take a look at all their profits and losses and so they cannot really just bluff about the profits and losses. Having transparency also helps a great deal in education, for example we learn a lot by looking at what Nate Bear thinks about a given chart, as he goes through the chart and shows us specifics.

RagingBull has different chat rooms and there are many moderators in each of the rooms who are very much accessible. Even the Gurus are very accessible and we can ask any questions there and they will be answered. It's a great plus point since it is not easy to get our questions about the stock market answered by using Google search, as the questions are usually specific.

The next great thing about RagingBull is the trade alerts. Now something to understand here is that these trades are just what the Gurus are taking and never an advice for us to take. They have made great enhancements for the alerts which need to be appreciated. For example, they used to send SMS alerts which are usually delayed, but now they have introduced RagingBull alerts app with which the alerts are almost instantaneous and so is fair among the subscribers. There are services which still send SMS alerts in which alerts are delayed by minutes sometimes. RagingBull alerts are much better compared to other services in that sense. Now one thing people need to understand is that whenever an alert is sent, if all the people get into the trade, then the price is gonna go up because of the increase in demand. And the Gurus repeatedly say this and ask the subscribers to be patient before getting into the trade. This is one of the most basic knowledge that people need to have in order to invest/trade in the stock market. Sometimes when the alert is sent, the price goes up and never comes down again. But most of the time, if we are patient enough, the price comes back down and we might even get a better entry point than the Guru.

Another great thing about RagingBull is that the Gurus don't sell the stocks soon after they buy. So basically there is no pump and dump scheme here, while there are many services out there which buy and sell fast, leading to a pump and dump scenario. At RagingBull, many times the Gurus hold the stocks or options for days, even for months in some cases.

Overall, I would recommend RagingBull as an excellent educational service to learn about the stock market for stock and options trading. Given the amount of knowledge I gained in the past one year, I can't imagine how much I will learn going ahead with RagingBull. As long as people understand that RagingBull is not a stock advice service, they can learn a great deal about the stock market and can become independent traders.
""

12/8/2020 Case 1:20-cv-03538-GLR Document 126-5 Filed 01/13/21 Page 160 of 230

Thanks and Regards,
Pandian Raju

https://mail.google.com/mail/u/2?ik=76e8ceeeff&view=pt&search=all&permthid=thread-f%3A1685543843536612808&simpl=msg-f%3A168554384353... 2/2

BISHOP-DEC 00160

 Kayla Smith <kaylas@ragingbull.com>

# Lawsuit

**Patrick Gooch** Bishop Declaration-Attachment A (REDACTED).pdf
To: kaylas@ragingbull.com

Tue, Dec 8, 2020 at 10:23 AM

I joined Raging Bull in 2019 and the education is, by far, the best I've ever had. I've made lots of money because of the education and not "piggybacking" their trades. I believe Jason Bond to be honest and transparent with his teachings. So far, I have been pleased with Raging Bull and believe it to be an honest and legit company. Thank you for your time.

- Patrick Gooch

Hello Mr. Guénette,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Hi Kaylas,

I'm writing a small testimonial to give a small appreciation of the Raging Bull service so far I had with Jeff William. I started a few months ago with a small 17$ service, and even with that I started to learn a lot with Jeff William week-end wiretap. I did my few successful trades, then I opted for a 4 month Stock Profit Pro plan at 200-300$. In that time, I had the chance to experience the platinum service with the trading chatroom and wow... That was amazing... In the mid week I saw a stock go up 1000% in the same day, and did many energy trades which profited me and made me learn fast track (I won, I lost, but overall, what a great week). After that week the room was not open to me anymore, so I decided to duplicate what small things I learned from Jeff on my own... and wow, made 6000$ in my first week, thought it was easy.

Then it turned the other way around and had a hard time. I decided to go with the full platinum service with Jeff and have access to the chatroom. That's been a game changer. When I had rough time, I had great help from moderators and from Jeff himself telling his story of losing streaks and how he turned them around... I tried what they taught me and it did it. In a few week I turned it all back to profit and learned A TON along the way. Moderators and Jeff are so helpful, they truly care and Jeff is a great teacher, still learning day to day.

All this to say, I found in Jeff William an honest, straightforward teacher and I am not looking for more than that. There are SO MANY services out there and all the marketing emails looks likes scam and get rich schemes, but what I like here is the human feel to it, the transparency and honestly, I found the type of trading I was looking for with Jeff William's service.

Wish you all the best with Raging Bull!

Thanks for everything so far!

Patrick Guénette

Bishop Declaration-Attachment A (REDACTED).pdf

DocuSigned by:
Patrick Guénette

**Signature:** 0CC808632EB5422........................................

**NAME:** Patrick Guénette

DocuSign Envelope ID: 567D5925-0E99-4155-8E0D-95BC5174EE8D Case 1:20-cv-03538-GLR Document 126-5 Filed 01/13/21 Page 163 of 230

**DATE:** 12/8/2020

BISHOP-DEC 00163

Hello Mr. Nyeste,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Hi Kayla,

This year, for the first time, I'm actively trading and learning because of Raging Bull. I've lost some, and that's on me; but this education is priceless and why I kept supporting Raging Bull and trying out their various services. From short term (Lottos/Day Trades) to super long term (The Boardroom - Angel investing). There is a wealth of information here!

I finally feel I can take the bull's reins for my financial future; and everyone in the RB teaching family has an incredible but also transparent personality. It has been really fun and they make everyday better with the ups and downs of the market. You guys and gals have something very special here!

-Patrick Nyeste

Bishop Declaration-Attachment A (REDACTED).pdf

**Signature:** Patrick Nyeste
CB95725074A6469...

**NAME:** Patrick Nyeste

**DATE:** 12/8/2020

Hello: I am reaching out about a past review that you left, below is the testimonial verification form with the testimonial you left for RagingBull dated 11/24/2020. We really appreciate your feedback. Can you sign if your earlier testimonial still reflects your experience with RagingBullis 100% true?

"I'm a new trader and am thankful to have some of these services along with the hours of training videos that are included. Well worth the investment in yourself."

Signature: DocuSigned by: CA62544E0815443...

NAME: Patrick Rankin

DATE: 12/8/2020

DocuSign Envelope ID: 1A6CD849-7F5E-4186-915E-81BA62DD9E70

Hello: As we discussed earlier, here is the customer review confirmation form with the past feedback you left for RagingBull on 11/20/2020. We really appreciate your assistance. Could you please sign if this still reflects your experience with RagingBull?

"Monday Movers was my first interaction with Jason and has been consistently profitable and education for me. I would recommend to all if your looking to profit and team with a consistent winner."

**Signature:** DocuSigned by: Paul Neenan FBA706F66648491...

**NAME:** Paul Neenan

**DATE:** 12/8/2020

Hello Mr. Marques,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"I wanted to take the time and let you all know at Raging Bull how much I have come to enjoy and love the chat rooms and all the people sharing ideas in the awesome community. No one will ever tell me to buy anything. It is always my option to pull the trigger and purchase a stock, option or anything. I have learned so much. I wouldn't want anyone telling me or advising me to buy something. The power is in the knowledge and learning so I can make the trades on my own. That is how you learn and what I've been looking for. I'm so glad I found the Raging Bull community. I love the community of Raging bull and it is helped me beyond belief. The resources and learning videos so I can further my career is what I've been looking for. At first I was very apprehensive about the service. But I looked at it as a college course for me. So much less than I would've spent at a college. And I'm doing what I love.

I've lost money in the stock market prior to joining. I've gained so much more than just money in my portfolio. Knowledge is power.

Thank you for all your hard work, Jeff Williams, Jeff Bishop, Jason Bond and Nathan Bear. Of course all the people in the room and moderators. I've learned so much and look forward to spending the next 25 years here.

Peter Marques
"

DocuSigned by:
Peter Marques
**Signature:** 8F4990493DAE2488...

**NAME:** Peter Marques

**DATE:** 12/8/2020

DocuSign Envelope ID: AA7627F9-DD4A-4E57-A493-1776F9F55E90

Hello Mr. Raj,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"I like RagingBull a lot. It has been years with you guys.
Thanks for the learning from you guys and for maintaining a high level of transparency and also showing live portfolio updates on screen daily.
Also Thanks for daily live video updates from Hitha for reading Ragingbull disclaimers and upcoming events.

Thanks,
Prasad"

**Signature:** DocuSigned by: Prasad Raj AD4E26687C0145A...

**NAME:** Prasad Raj

**DATE:** 12/8/2020

Hey Priyanka,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on August 16, 2018. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"This is the best educational, hands -on, transparent service. Nate is an extremely knowledgeable and a great teacher. Jason's energy can lift your spirit any day. With the variety of trade strategies taught here, there is so much to learn and definitely so much to earn. Blessed to be part of MRM Thanks & god bless you all at MRM. Priyanka"

DocuSigned by:

**Signature:**............P.M............................................

**NAME:** Priyanka Mathur

**DATE:** 12/8/2020

Kayla Smith <kaylas@ragingbull.com>

**My experience with Raging Bull Services**

1 message

**Rdrengson** Bishop Declaration-Attachment A (REDACTED).pdf Tue, Dec 8, 2020 at 4:46 PM
Reply-To: Bishop Declaration Attachment A (REDACTED).pdf
To: kaylas@ragingbull.com

To whom it may concern,

My first subscriptions date back to the first half of 2019. I first followed Jeff Bishop, Nathan Bear and Kyle Dennis. I have nothing but praise for these Raging Bull Traders. I soon graduated to an Elite Membership and had access to all the traders. I was overwhelmed by all the training materials that became available to me and have been accessing them on a steady basis ever since. My early preferences on trading ideas were from a small portfolio standpoint. Jason Bond with his fish hook trading technique and later with his ideas on selling options, rather than buying them was very helpful. Also, Jason, in one of his webinars I was watching indicated that all of his trading gains were to be Donated to needy causes and even provided a link to a request document that he said we could fill out with any suggested good causes we could recommend. Other early favorites of mine were James Morse and Jeff Williams. More recently, Dave Lucas has given me some very good trading techniques to use. The bottom line for me is that all of the Raging Bull services offer different approaches to trading the market and if we come up with our own trading plans, test them out in advance and then follow them we will all more than pay for the Raging Bull services we have paid for.

Sincerely,
Ralph Drengson

 Kayla Smith <kaylas@ragingbull.com>

# Email in support for Raging Bull.

1 message

**Clutter, Randy L** Bishop Declaration-Attachment A (REDACTED).pdf Tue, Dec 8, 2020 at 3:16 PM

To: "kaylas@ragingbull.com" <kaylas@ragingbull.com>

Kayla and to whom it may concern:

I've been a member of different services provided by Raging Bull for several months. I've always gotten exactly what I paid for. Never has there been any sign of wrong doing. I've received no guarantees of returns from my investments. I've always understood the risks involved with trading. If there is anything I can do to help out, please let me know.

Thanks,

**Randy Clutter**
Info. Technology Technician

**MRC Global**

Bishop Declaration-Attachment A (REDACTED).pdf



Kayla Smith <kaylas@ragingbull.com>

**Additional email in support of Raging Bull.**
1 message

**Clutter, Randy L** Bishop Declaration-Attachment A (REDACTED).pdf Tue, Dec 8, 2020 at 3:21 PM
To: "kaylas@ragingbull.com" <kaylas@ragingbull.com>

Kayla,

I wanted to point out one other thing. The marketing from Raging Bull is what attracted me to the services in the first place. They admitted to loses and show you when they buy/sell and for how much. I can look back on the charts and verify it for myself.

Just wanted to point that out and stress it.

Thanks,

**Randy Clutter**
Info. Technology Technician

**MRC Global**

Bishop Declaration-Attachment A (REDACTED).pdf

 Kayla Smith <kaylas@ragingbull.com>

# I Appreciate Raging Bull

1 message

**Ray** Bishop Declaration-Attachment A (REDACTED).pdf
To: "kaylas@ragingbull.com" <kaylas@ragingbull.com>

Tue, Dec 8, 2020 at 12:42 PM

Kayla,

I read publicity on a RB lawsuit which concerns me greatly. I read the release with open eyes and understand where investigators who are focused on finding something negative. In any case, I am at least a 3-year member and I have paid hard earned money for my membership which is no different than people who pay a membership fee every month to their local gym. As an aside, I wonder if the people who never lose weight get to sue the weight loss industry because they are still fat?

I have been trading stocks, options and other instruments for 5 decades. I've had success and failure over and over during those years. I've had many mentors and paid services to help me. I look at Raging Bull as an educational resource at I see the trading successes and failures of my mentors as part of my education. Raging Bull is the best resource I have ever had.
I have been told thousands of times to NOT mirror the trades of my mentors but rather to learn why and how they made their trade when they did. I can see where some members buy a stock as soon as a Mentor buys, hoping they can get in on a winner and when the Mentor sells, they are behind the curve and lose money. They are warned yet they are fools regardless. These mentors tell us what stocks they are looking at and it should be the responsibility of each person to look and evaluate also then decide whether to buy or not. I read ignorant questions in the chatrooms often and the person is directed to the extensive library of video lessons. I always ask myself why these people don't learn from the lessons so that they don't ask foolish questions. These same people are told to learn the lessons before trading real money but they don't listen. They buy, fail and then condemn the RB service because they lost money.

I'm retired and I use this RB service to perform research and analysis for me. The daily teaching by the likes of Jeff Williams and Nathan Bear are invaluable to me. It's my responsibility to decide what to buy and when to buy and sell. I thank them for helping me find these nuggets of income. Yesterday I made $8,957.90 on one stock and today I made $1010.00 before the opening bell. Trading is difficult and we are all warned daily that RB does not provide financial advice. We are told to plan our trade and trade our plan. Trading is now my daily job and I will be affected by careless people who refused to be trained then affecting a source of my income through a lawsuit caused by their recklessness.

Raymond Huk
Bishop Declaration-Attachment A (REDACTED).pdf

DocuSign Envelope ID: BAB8EF5E-7888-4D7E-A1F2-CEF6A00E353E

Hello Mr. Lemieux,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Only two words best summarize my thoughts about Ragingbull (Jeff Williams ) services : Thank you !
I am learning the ropes of trading with Jeff. Can't ask for better teacher! He loves what he is does and I particularly appreciate the fact that he regularly repeats the basics of great trading practices.
So the new ones in this business feel well taken care of. I am still learning and I love it.
THANK YOU JEFF!"

DocuSigned by:
**Signature:** Raymond Lemieux
3B7E906893C749A...

**NAME:** Raymond Lemieux

**DATE:** 12/8/2020

Hey Reid,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on March 25, 2019. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"As a beginner trader I was completely lost... and losing money hand over fist before joining Jason Bonds Picks. Now, I consistently make profits while using methods that I learned from his service ... not by 'shadow trading'. This service is not for those wishing to blindly mimic someone else's trades as that is not why Jason does what he does. The only negative reviews I have found on Jason are from people that try to mimic his trades. There is an intended delay between the time he makes his trades from the time he announces his trades. Use this service to learn how to trade and you will be more than satisfied with the results."

**Signature:** DocuSigned by: Reid Hill ECAC883A77EA4B9...

**NAME:** Reid Hill

**DATE:** 12/8/2020

Hello: As we discussed earlier, here is the customer review confirmation form with the past feedback you left for RagingBull on **7/22/20**. We really appreciate your assistance. Could you please sign if this still reflects your experience with RagingBull?

"Wow my balance just keeps on growing."

DocuSigned by:

**Signature:**..................................................

**NAME:** Richard Redick

**DATE:** 12/8/2020

RagingBull

Kayla Smith <kaylas@ragingbull.com>

## Elite member

1 message

**Rick Hagberg** Bishop Declaration-Attachment A (REDACTED).pdf — Tue, Dec 8, 2020 at 11:25 AM
To: Kaylas@ragingbull.com

Hello Raging Bull,
Just wanted to send a note on how I really like your service. I have been watching and learning for over a year now. I have few of the services with Jeff Williams ,Kyle and Jason, Jeff Bishop.
Then you offered the Elite service at half off. I took a day and thought about it. then decided that this is the best service and the best value and the best place to learn out there period.

With the openness of the trading always showing you what they are doing when they are doing it.. You can not find that anywhere else. I have had many other services but nothing comes close to Raging Bull.
I made enough money last week to pay for the Elite upgrade. Keeping it in the trading account to build it up.
I have only just started to look at the other services, so much to learn but the best teachers to learn from, Love the Raging Bull.
This is what I needed to go into retirement and have a great time, having fun and making money.
Still working a full time job for now, but this gives me the convidens,the tools and path to learn.

Thank You Raging Bull

Rick Hagberg

DocuSign Envelope ID: E9C38D96-0BE4-4884-8803-5F5A435AFDE9

"Hello: As we discussed earlier, here is the customer review confirmation form with the past feedback you left for RagingBull on 11/27/2020. We really appreciate your assistance. Could you please sign if this still reflects your experience with RagingBull?"

"Genuine Service and excellent learning...."

DocuSigned by:

**Signature:**......1825CEFFB2E34E7.........................................

**NAME:** Ritesh Patel

**DATE:** 12/8/2020

DocuSign Envelope ID: 9D9E5CC2-255C-4508-A496-0306E3006105

Hello Robert: As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on 8/29/20. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"This is the only service that can turn a simple trader into the best trader! It's the real deal for sure!"

Signature: DocuSigned by: B4DC5CDF1017488...

NAME: Robert Maxie

DATE: 12/8/2020

Hey Robert,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on January 7, 2019. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

This is clearly a put your money where...

This is clearly a put your money where your mouth is site. Not only does he give you picks, he shows you how and why. He shows you his losses as well as his wins. Not something the highly touted sites do (show you their losses).

2019-01-07 19:52

**Signature:** DocuSigned by: Robert Sawyer 6AC94C6065F074ED...

**NAME:** Robert Sawyer

**DATE:** 12/8/2020

Hello: As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on 7/30/20. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

**Signature:** DocuSigned by: robert siller EA5A44DBA0824F5...

**NAME:** robert siller

**DATE:** 12/8/2020

DS RS

DocuSign Envelope ID: A6E3596C-5C53-468A-B8E3-686E68E48089

Winners winners winners training and accountability Love Raging Bull!

DS RS

DocuSign Envelope ID: 1C48DD26-ED47-45CF-9291-266FC1CB4E24

Hello Robert Vallerie,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **August 16, 2019**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"I am fairly new to Jason's Millionaire Roadmap service and in the past several weeks I made the decision to upgrade to the RagingBull Elite giving me access to all of the services. When I joined the Elite service I was down over 25k and in two weeks with the help of so many within RagingBull I have been able to recover over 11k of it back and that's in a down market. Thanks Jason and team!!"

**Signature:** DocuSigned by: Robert Vellerie 5DFE65C423014E3...

**NAME:** Robert Vellerie

**DATE:** 12/8/2020

Hello Mr. Bennett,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"I've been actively participating with the Profit Pro service for about 15 months. The chat room is the most informative and educational investment service that I've subscribed to. I've learned a lot and continue to learn. I can't imagine trying to become a good trader without this service. If you want to become a good trader, day swing or long term, I highly recommend this service."

**Signature:** DocuSigned by: Rod Bennett 96A9F446C112451...

**NAME:** Rod Bennett

**DATE:** 12/8/2020

DocuSign Envelope ID: 8B15D396-7F6E-4421-B525-4D013489220A

Hello Mr. Smith,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"I have tried many stock trading services over the last couple of years. Without a doubt Raging Bull / Jeff Williams is the best service(s) I have ever been in. My account has increased 35% in the last six months. Study the training videos, start small and use the training to make your own trades. This service is a win / win for everyone.

Roger A Smith"

DocuSigned by:

**Signature:** Roger Smith ..........................................

58EF6F5189E943E...

**NAME:** Roger Smith

**DATE:** 12/8/2020

DocuSign Envelope ID: 9D132601-1730-4C00-A908-2AB418B1B13F

Hello Mr. McDonald,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"I have been a subscriber to Raging Bull for a couple of years and my overall experience has been positive. I signed up to one of the introductory services with no income experience in actively trading the market and liked it so much that I have now signed up for all of the services."

DocuSigned by:

Ron McDonald

**Signature:**......BFCC0D60AAAE434......................................

**NAME:** Ron McDonald

**DATE:** 12/8/2020

Hello Ron Mcdonald,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **August 16, 2019**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Would recommend. Lots of educational material plus the opportunity to watch multiple successful traders live."

**Signature:**.................. DocuSigned by: Ron Mcdonald 45B367F7EC9B416... ..................

**NAME:** Ron Mcdonald

**DATE:** 12/8/2020

Hello Mr. Weichert,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Hi Kayla,

I haven't heard from you in a while. Hope you and your family are doing well and staying free of COVID.

It was disturbing to hear that someone has filed a complaint against RB. I'm sure you know from previous conversations and emails that you and I have exchanged that I sincerely value Raging Bull's services. The features of RB's services that distinguish RB from an advisory service are:

1. The service is purely a follow-along service. No advice is offered regarding the purchase or sale of any stock, option or other security instrument.
2. The service is open and transparent to users. Trades are made in real time by the "faculty". Any profit or loss experienced by the subscriber are also experienced by the faculty member, who is trading his own account with a best effort mindset, hoping to profit and grow his account as we all intend to do with our own accounts.
3. Account management is emphasized. Trading a small percentage of the total account value is followed by the faculty, hopefully to be replicated by members in developing their own conservative account management strategies.
4. Conceivably, complaints such as this might be generated either by a disgruntled member who did not follow conservative account management and "blew up" his or her account, or by someone who did not profit as they expected in following along with RB trades.
5. As your legal staff has constructed, numerous disclaimers are offered by RB to its customer base regarding the risks inherent to stock and option trading. Trading is a risky business. Not everyone makes money, and likely 90% or more of traders lose money in trading, and I am sure that the 90% is comprised mostly of individuals who see the enormous profit potential in stock and option trading and jump in without guidance and eventually lose large amounts of money prior to burning up their account. The emphasis displayed by RB faculty is to attempt to experience profit while simultaneously mitigating risk of loss. I have never experienced anyone at RB promising a certain level of profit or protection of loss.
6. RB's pattern is to demonstrate how, why and when the RB faculty member makes a trade. It is a demonstration of how it's done. It is not intended for someone to follow along with the thought that everyone who subscribes will experience only profit and will not experience loss. The idea is to tip the balance in favor of profit, but without guarantee of success in doing so. For a subscriber to expect such a guarantee is misguided and unrealistic.

I value RB's services and continue to use them. I recently reduced my employment status from full time to part time and intend to trade on a more consistent basis.and I appreciate the

exposure to the trading methods developed by several of the RB faculty that I use as core knowledge to develop my own trading and risk mitigation strategies.

Thanks to you and everyone at RB for all you do. Stay well.

Ron Wiechert

Bishop Declaration-Attachment A (REDACTED).pdf

DocuSigned by:

**Signature:** Ron Weichert

61E0BAC3106 1488

**NAME:** Ron Weichert

**DATE:** 12/8/2020

Hello: As we discussed earlier, here is the customer review confirmation form with the past feedback you left for RagingBull on 10/24/2020. We really appreciate your assistance. Could you please sign if this still reflects your experience with RagingBull?

"Hey Jason, I just started and I love Monday Movers mostly because the price was right for me to get in with Raging Bull and see what you guys were about. I bought one of the IWM calls last week and made $50! Mostly though as much as I would love to have someone spoon feed me picks, I really love the master class! I also bought the Double Down and again, I love the picks but I'm trying to grow as a trader. I've watched and listened to a lot of guys on YouTube and such to try and learn better trading techniques and have learned some. I have thoroughly enjoyed learning to read the charts and find good picks for myself! That's what I've appreciated mostly about your service. Also, I love that your team is made up of real, everyday people like me. It gives me confidence to know that I can do exactly what you've done if I'm willing to put in the time. Anyway, I'll be looking for my own service to teach others on with RagingBull in a year or so, so remember my name! Ronnie Hall"

**Signature:** DocuSigned by: R-H ..............................

**NAME:** Ronnie Hall

**DATE:** 12/8/2020

Hello: As I mentioned earlier, here is the customer review confirmation form with the past feedback you left for RagingBull on 10/21/2020. We really appreciate your assistance. Could you please sign if this still reflects your experience with RagingBull?

"JBP has been educational and have made some money along the way.Customer service team has been polite and very courteous.Thanks guys for all the help and support,Keep up the good work. THANKS, ROY"

**Signature:**........DocuSigned by: 9B3C97B0F4F9428.......

**NAME:** Roy Nickerson

**DATE:** 12/8/2020

 RagingBull

Kayla Smith <kaylas@ragingbull.com>

## SUPPORTING RAGING BULL

1 message

Bishop Declaration-Attachment A (REDACTED).pdf

**Russ Davis** Tue, Dec 8, 2020 at 11:37 AM
To: kaylas@ragingbull.com

I wholeheartedly support Raging Bull, Jason Bond, Jeff Bishop and all the traders that present on the Raging Bull website. They demonstrate what they are trading, and their practices. They do not tell me what to trade, instead they show what they are trading, why they are trading, and what they are doing - only. If I choose to make a trade it is because they have called my attention to a security and I have made the decision to make a trade. I am not coerced to make any trades, the decisions are mine alone.

The reason I trade is to support myself and my family. Raging Bull has been extremely valuable to me in that endeavor and I would not want to lose this service.

A little background about me. In the mid 1960's I learned to trade as a stockbroker for one of the largest NYSE firms at that time. In the intervening 55 years I have spent countless dollars purchasing stock trading services. All of those services, until I found Raging Bull, were a huge disappointment costing me more than I was able to earn by purchasing their services. With Raging Bull I have become a profitable trader because they educate people that want to trade. Some trades are losers, while some are winners and by keeping losses small and letting winners run I am very happy with the results.

Please keep this valuable service available to those that choose to be members.

Russ Davis
Raging Bull Elite member

 Kayla Smith <kaylas@ragingbull.com>

# Testimonial disputing allegations in lawsuit

1 message

**StockAlertsReviewed** Bishop Declaration-Attachment A (REDACTED).pdf Tue, Dec 8, 2020 at 12:24 PM
Reply-To: StockAlertsReviewed Bishop Declaration-Attachment A (REDACTED).pdf
To: "kaylas@ragingbull.com" <kaylas@ragingbull.com>

To Whom It May Concern: I have been a subscriber to RagingBull educational services for many years now. I attribute my trading success to their educational services. The value that they provide in services such as Fast5, Monday Movers and Bullseye Trades are by far the best in the industry in my opinion. They are open, honest and transparent in every aspect of their services in my experience. When I initially signed up to the services, I knew from their disclaimers etc. that trading is risky and that I would be responsible for my OWN trades. I have never had any negative experiences with regards to their customer service or billing. I have made money overall from watching their trades and applying their techniques to my own trading. In fact, my stock trading income would suffer tremendously as a direct result from any action that results in RagingBull ceasing operation - even temporarily!

Russell Barbour

Sent with ProtonMail Secure Email.

Hello Rusty: As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on 9/3/20. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"I love all the training that is involved with Raging Bull as a whole. The Bullseye service is great, but a lot of the options picked are to costly for me at this time. I am working on building my accounts up to fully utilize all of the services I have with Raging Bull. Keep up the great work. Rusty Adams"

DocuSigned by:

Signature: Rusty Adams 4D1931DB6E234BF...

NAME: Rusty Adams

DATE: 12/8/2020

Kayla Smith <kaylas@ragingbull.com>

## Learning the trade

1 message

Bishop Declaration-Attachment A (REDACTED).pdf

**Ryan Graham** Tue, Dec 8, 2020 at 12:39 PM

To: "kaylas@ragingbull.com" <kaylas@ragingbull.com>

I just wanted to show my appreciation for BOTH Nathan Bear AND Ben Sturgill. Both guys are grade A class and great teachers. Their availability and willingness to help have been world class. Beyond their teaching, the moderators in their rooms are always there with a helping hand. The community working together towards the same goal makes me feel like part of the team. What a great service!!!!!! Keep it up!!!!!

Thanks,
Ryan Graham

 Kayla Smith <kaylas@ragingbull.com>

## Testimonial for raging bull

1 message

**Ryan M** Bishop Declaration-Attachment A (REDACTED).pdf Tue, Dec 8, 2020 at 10:31 AM
To: "kaylas@ragingbull.com" <kaylas@ragingbull.com>

Hi Kayla and Raging bull team,

I am new to raging bull, just joined a few months ago.
In these few months, the raging bull team has made all the difference to my trading world.

Just this year itself, before I joined raging bull, IN THIS YEAR ITSELF, my account had lost 74K (see snapshot)

The raging bull services have educated me infinitely.
They have been totally transparent with with each and every trade and explained and educated on the analysis and why it made sense.
My losses have stopped significantly, and I even believe this month I will have a tiny profit.
I need these guys to trade!

They have taught me what noone else would ever teach.

My phone no is Bishop Declaration-Attachment A I am ready to provide any more details or be a witness if required.

Regards,
Ryan

PS: Below is a screenshot showing the YTD loss of 74K in this year alone before joining RB. Thanks to the raging bull community, this bleeding has stopped, and for once in my life, ..there is HOPE that I can be a profitable investor, and the DREAM of a better life is more of a reality.

Bishop Declaration-Attachment A (REDACTED).pdf

DocuSign Envelope ID: 5F5AB42F-6429-4552-B68B-5C692A210A21

"Hello: As we discussed earlier, here is the customer review confirmation form with the past feedback you left for RagingBull on 12/1/2020. We really appreciate your assistance. Could you please sign if this still reflects your experience with RagingBull?"

"Bullseye Trades is the real thing! I made 107% in my first trade - in five hours. Could have made more, but I got out early to lock in the gain."

**Signature:** DocuSigned by: Sabine Filoni 993ADF3EB786485

**NAME:** Sabine Filoni

**DATE:** 12/8/2020

DocuSign Envelope ID: 6F6FADE8-5D90-48C1-8365-0AC11E8D3218

Here is the confirmation form with the past feedback you left for RagingBull on **09/25/2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Great service. A great teacher. Tried new broker and SWN your tip. Small profit but heck better than a loss."

**Signature:**............ DocuSigned by: Sam Maingi 371C79B32AEB4F8... ............

**NAME:** Sam Maingi

**DATE:** 12/8/2020

Hello Sanjeev Makker,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"I first heard of Jason Bond when I was getting into trading and wanted to learn and know more about the stock market in 2014. Jason was then running the millionaire road map and had some great traders in the room. A lot of learning happened for a newbie like me.

I then left Raging Bull and joined another service hoping that the other service would be far better than Raging Bull and would help me make faster than Raging Bull. I was only disappointed and lost money at that service.

It was only in 2017 that I realized that the stock market was about learning and not imitating traders and making money. I rejoined Raging Bull and by that time Jason and Jeff had brought in greater traders like Kyle, Nate, Taylor in addition to having Bart who was such a great trader. The learning content was simply great and that is what I needed to study learn. I stayed with Raging Bull throughout till today. In 2019 I was having a tough time financially and had lost my job and wanted to badly renew my subscription but did not have the resources. The sales team at Raging Bull worked with me and allowed me to make payments in installments over 4 months, which I was able to afford. I also got an opportunity to attend the conference in Florida which was at no charge to its members and that was such a great event and gave us the opportunity to learn and meet with other traders.

The next thing on my agenda was to learn about options trading and there were some great videos by Nate, Jeff Bishop, Kyle, and Jason Bond which has been helping me to learn about options.

The traders at Raging Bull are absolutely amazing as they are transparent, honest, and truly concerned about our learnings and us becoming better and profitable traders. While each Guru has their own style, it is up to each one of us to learn and adapt our own personality. Jason and Jeff have been always finding ways to make the services more profitable and enjoyable. As traders, each one must learn the strategy and not imitate the traders. While learning trading one does lose money and at the same time, we need to be responsible for our own trades. During learning, we will lose money, but one cannot blame Raging Bull for your losses as learning is the key aspect and not imitating traders.

I vouch that Raging Bull is a great place for any newbie to learn and trade. Just as in becoming a doctor takes time to learn, learning to trade is like that. It takes years of practice to become profitable and consistent traders. Even the best traders in the world will lose money. That is what

DocuSign Envelope ID: C1D25C32-5813-4C55-8165-57C7F201506A

we are with Raging Bull to learn, trade, make profits, become humble, and stay with Raging Bull. It is quiet a community.

Regards,

Sanjeev

Signature: DocuSigned by: F97CD258936940A...

**NAME:** Sanjeev Makker

**DATE:** 12/8/2020

 Kayla Smith <kaylas@ragingbull.com>

## Opinion of Raging Bull

**Scott Graf** Bishop Declaration-Attachment A (REDACTED).pdf    Tue, Dec 8, 2020 at 10:17 AM
To: kaylas@ragingbull.com

My experience with all of the Raging Bull Services has been nothing but great. It is very refreshing to have Jason and all the others be very blunt about the fact that we should NOT blindly follow their trades, but that we can watch what they do for learning purposes so that we can learn to trade on our own. All of our individual profits and losses are our own. We are responsible for what we do. There has never been a statement or promise of anything otherwise.

I have found the servicer very valuable, and feel that it would be an injustice to shut it down.

Scott Graf
Bishop Declaration-Attachment A (REDACTED).

DocuSign Envelope ID: 68EDC461-C308-450E-B338-4B9BB5F5F713

Hello Shamini,

As you discussed earlier with my colleague Danny, here is the confirmation form with the past feedback you left for RagingBull on **6/18/2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Jason Bond's Monday Movers is the absolute best. Very accurate analysis, great teaching and he strives to ensure all his clients understand the concepts. Plus he has time to answer our questions personally. Worth every penny and it's so inexpensive"

DocuSigned by:

**Signature:**...Shamini Jacob... C01302191ACB4F9...

**NAME:** Shamini Jacob

**DATE:** 12/8/2020

 Kayla Smith <kaylas@ragingbull.com>

**Raging Bull**

**Shawn Banyai** Bishop Declaration-Attachment A (REDACTED).pdf Tue, Dec 8, 2020 at 3:46 PM
To: "kaylas@ragingbull.com" <kaylas@ragingbull.com>

Hi Kayla,

Just writing to provide my testimony about Raging Bull's services. While I can understand an outsiders view or misunderstanding and even a random subscriber who rushes in untrained, I recommend Raging Bull to anyone that asks for advice about my own trading. I don't recommend for the trading itself, but for the learning. The teaching that happens at Raging Bull is something I have not received anywhere else. Its helped reduce my fears of the market and instilled confidence in my ability to trade. The majority of my trades are trades that nobody in the service suggest, but trades I have identified based on the teachings. I don't see how anyone would sue to take away the ability to learn.

Shawn Banyai
President/CEO

Shawn Banyai
President/CEO

Bishop Declaration-Attachment A (REDACTED).pdf

Hello Mr. Chernow,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"I want to express my appreciation for Raging Bull and in particular Nathan Bear for their education and training and mentoring during this past year as i am a year old member of this service. Their service and education for stock market is of extreme value to me. They have brought me from a new trader to a more mature trader and investor. Without their guidance and support i do not know where i would be. Thank you for this unique service.

Very Truly Yours,

Shmuel Chernow

Bishop Declaration-Attachment A (REDACTED).pdf

**Signature:** DocuSigned by: Shmuel Chernow 1C843BC50ECB4DA

**NAME:** Shmuel Chernow

**DATE:** 12/8/2020

 Kayla Smith <kaylas@ragingbull.com>

## In Support of RB Services

1 message

**siri Sh** Sish p Declarati n-Attachment A (REDACTED).pdf ED).pdf
To: kaylas@ragingbull.com

Tue, Dec 8, 2020 at 10:31 AM

Hi Kayla,

I am Sirish Potugangti and since April 2020 got associated with Raging Bull Services. I would like to let you know about my experience with these Services and that there is a lot of transparency in the Subscriptions and the educational videos they provide with each service.
The transparency is so clean that we couldn exactly see where they get in and with what price. Unlike other services I have been there is just an idea, not sure where to get in and where to get out. For someone new in the market it makes a lot of difference and am glad to get RB Services.

So far I have benefited with a good amount on most of the Trades. Also I have learned the DIP pattern where it fetches lil money. I am still a newbie and learning the Market, with the help of Nathan Bear, Jeff, Jason,Ben the trades that i took though have lost few with my ignorance as when they dropped out of few trades, i didn't. But over the period of 7M , there is always in depth reasoning for their patterns and why their ideas work. Also if they fail the idea they do inform through the services which are outstanding.

I am completely happy with the Services and my Favourite has been Nathan Baer. Please let him know I just love all his Services.

One last thing to add, I loved their transparency so much I wanted to have the Lifetime Services with them and I have Subscribed to Elite Recently.

I am glad to stand by Raging Bull and am writing this email in support of Raging Bull Services.

Thank you
Sirish Potuganti
Sish p Declarati n-Attachment A (REDACTED).pdf

DocuSign Envelope ID: 6E4B2605-AD65-4568-9506-2BD267B69577

Hello Stephen,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on October 18th. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Raging Bull is the best trading education site hands down. They continue to innovate and offer trading education for everyone."

**Signature:**...... DocuSigned by: Stephen Murphy 749B021EE5F14A7... ..............................

**NAME:** Stephen Murphy

**DATE:** 12/8/2020

Hello Mr. Bares,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Kayla, I am an elite member of Raging Bull and this is a quick note expressing my support for Raging Bull. I have access to all the traders and learn from them. I thoroughly enjoy Nate's methodical analysis, Jeff's analytics, and Kyle's focus on the biotech sector and would be willing to state this in an interview if needed.

Steve Bares
Bishop Declaration Attachment A (REDACTED).pdf

Signature:......[DocuSigned by: Steve Bares 369D4E8DF786462]...................................

**NAME:**    Steve Bares

**DATE:**    12/8/2020

 RagingBull

Kayla Smith <kaylas@ragingbull.com>

## Glad I am a part of Raging Bull

Bishop Declaration-Attachment A (REDACTED).pdf Tue, Dec 8, 2020 at 10:06 AM
To: kaylas@ragingbull.com

Kayla, I am an elite member of Raging Bull and this is a quick note expressing my support for Raging Bull. I have access to all the traders and learn from them. I thoroughly enjoy Nate's methodical analysis, Jeff's analytics, and Kyle's focus on the biotech sector and would be willing to state this in an interview if needed.

Steve Bares

Bishop Declaration-Attachment A (REDACTED).pdf

Hello Steve Crowley,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **August 16, 2019**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Started with RagingBull's Jason Bond Picks a few years ago and upgraded to Millionaire Roadmap a couple years ago. I liked Millionaire Roadmap then and now love the recent changes merging multiple instructors, each with a different trading style. These are real retail traders in real time who lose on some trades but win far more often. I'm in some other Raging Bull services as well. All are great value. In short, a great forum for a retail trader to learn to make money in all markets."

**Signature:**............ DocuSigned by: Stephen Crowley ............

**NAME:** Stephen Crowley

**DATE:** 12/8/2020

DocuSign Envelope ID: D7266222-7613-472F-ACBD-0FA26BD2C27B

Hello Steven Gtz,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **April 7, 2017**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"My most recent trade with Jason Bond Picks was an option play. Jason called the perfect entry point which I patiently waited for and by the end of the day I cashed out with $20,532 in profit. If I had waited about 30 min more it would had been over $30,000. I'm already stalking my next Option entry that Jason has recommended for hopefully another big win."

**Signature:** DocuSigned by: Steve Goetz 7582731DFA8B4FE

**NAME:** Steve Goetz

**DATE:** 12/8/2020

 Kayla Smith <kaylas@ragingbull.com>

## Raging Bull Services Testimonial

1 message

**Steve Lynch** Bishop Declaration-Attachment A (REDACTED).pdf Tue, Dec 8, 2020 at 11:18 AM
To: kaylas@ragingbull.com

Raging Bull Team,

I'm writing this in regards to the pushback litigation concerning RagingBull marketing and services. While I can't speak for everyone, I personally find the services, professionalism, education, and overall standards of the platform exceptional.

I initially joined two separate yearly Raging Bull subscription services in June 2020. One of the services did not fit my time management and mindset, so Raging Bull graciously allowed me to swap into a different service at no additional cost. After a few months of following the educational content through Nathan Bear's services and a Kyle Dennis service, I opted into their full-suite Elite Membership program for the calendar year 2021. Since joining their premiere service in November 2020, I have been pleased with the overall platform and ongoing/improving content.

After a few weeks of Raging Bull Elite services, I have discovered the educational systems and traders that most align with my goals, and have improved both my overall market/trading strategies and my financial well-being in this time.

I am a 45-year-old restaurant operator with 20+ years of high-level management experience. I own multiple rental properties and am looking to expand my knowledge and comfort level with trading, trends, and options strategies that suit my financial goals. I have tried and vetted numerous similar services and find Raging Bull to be the best-in-class for what's advertised. Please feel free to reach out on any needs, additional info, or feedback.

Steve Lynch
Director of Pub Operations
Bishop Declaration-Attachment A (REDACTED).pdf

Interested in having us host a party or event?
Wilson Catering Menu
Wilson Event Info

FOUR PEAKS
BREWING COMPANY

 Kayla Smith <kaylas@ragingbull.com>

**RAGING BULL**
1 message

**Steven Wanger** Bishop Declaration-Attachment A (REDACTED).pdf
To: kaylas@ragingbull.com

Tue, Dec 8, 2020 at 3:27 PM

Kaylas:

I can't say enough as I am a huge fan of the Raging Bull Elite team, been a member coming into my third year. As Elite lifetime member to all services, I tend to lean mostly to Nathan Bear as his strategy seems to connect to my style the best. And he seems to be most active on the mic and in training.

But don't get me wrong many of the other mention are great, and I do listen and learn from all of them. I just to focus my energy on one style as I am still working towards being a successful trader.

Which bring to the latest format changes, which I am very fond of BTW....I miss the days of live daily training and glad it's back.

Rock on,

Steven Wanger
Bishop Declaration-Attachment A (REDACTED).pdf



Kayla Smith <kaylas@ragingbull.com>

# Taylor OConnor trading success

1 message

**coco oconnor** Bishop Declaration-Attachment A (REDACTED).pdf Tue, Dec 8, 2020 at 12:44 PM
To: kaylas@ragingbull.com

I am a lifetime Elite member of Raging Bull

I'm very happy with the service! I have learned valuable lessons about options trading and I often take trades that mimic what I see the traders on Raging Bull doing to great success.

Many of my trading days look like this:

If it were not for the excellent teaching by Nathan Bear, and others, I would not have the confidence to trade options so successfully. Obviously I lose sometimes too but I don't blame that on Raging Bull

I have had tremendous success overall !

Sincerely

Taylor OConnor

Bish p Declarati n-Attachment A (REDACTED).p

Sent from my iPhone

Bishop Declaration-Attachment A (REDACTED).pdf

Hello Mr.Bridges,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

" Hello Kayla

I'm fairly new to Raging Bull (joined in July). I joined for the educational opportunity you offer and certainly not for "stock tips". Your service has been true to your word that you could and do provide a bonafide learning experience. I wasn't able to find such a service anywhere else that provided live instruction from an active trader.

You have made all the difference in the world expediting my learning of the basic knowledge and principles I needed to start trading. You continue to fulfill this space in my education of the trading world and at no time have I felt you have done anything other than teach!

Certainly you provided in your sales literature the information that you are not brokers and do not provide any investment advice. None was expected either and I have not received any investment advice or financial planning. It was also clear to me from your provided sales & marketing information that your core business was in fact education and you derived most if not all of your income from subscriptions and not from trading stocks.

You have been absolutely transparent with your live trading. We see what you do and your money you put into the stock trades. You provide us with your real time portfolio so we can see the progress of your trades. Both profits and losses, nothing is hidden.

I fully intend to keep your service subscriptions that I have for the above stated reasons. I would be lost again in a world of misinformation and idle promises without the real time learning experience you provide! Please tell the SEC attorneys for me that they are wrong in their accusations against you and your company. We need this service.

Thank you for being there for all of us.

Sincerely,
Terry Bridges
Raging Bull Subscriber"

**Signature:**........ DocuSigned by: Terry Bridges 0041252271E5458... ........................................

**NAME:** Terry Bridges

DocuSign Envelope ID: Case 1:20-cv-03538-GLR Document 126-5 Filed 01/13/21 Page 215 of 230

**DATE:** 12/8/2020

BISHOP-DEC 00215



Kayla Smith <kaylas@ragingbull.com>

**Raging Bull Review**
1 message

**TIFFANY DAINES** · Bishop Declaration-Attachment A (REDACTED).pdf Tue, Dec 8, 2020 at 5:02 PM
To: "kaylas@ragingbull.com" <kaylas@ragingbull.com>

We have been involved with Raging Bull trading education services since the end of 2018. We have been very pleased with the education, and were offered to upgrade recently to a lifetime subscription. It was a simple decision to do so. Looking forward to 10+ more years of being involved in Raging Bull trading education.

Best,

Tiffany Daines
Howard Daines

Hello Mr. Corrigan,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Kayla,

I have been a Raging Bull customer for several years. I have been extremely happy with the service provided through Raging Bull. They have provided excellent education and you have given me the tools I need to be a successful trader.

Anyone that says that Jason and Jeff are doing a disservice to their customers simply have not taken the time to understand the tools that have been provided to them.

I will be very disappointed if the dissatisfaction of a few people result in the discontinuation or change in the Raging Bull service.

Sincerely,
Tim Corrigan"

**Signature:** DocuSigned by: Tim Corrigan 501067164F31482...

**NAME:** Tim Corrigan

**DATE:** 12/8/2020

DocuSign Envelope ID: 54CFAEC6-B066-4E84-99C9-A19EC9B52F49

Hello: As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on 7/30/20. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

**Signature:** DocuSigned by: Timothy Kirkman 289FD8DEE1AD44E...

**NAME:** Timothy Kirkman

**DATE:** 12/8/2020

DS TK

DocuSign Envelope ID: 54CFAEC6-B066-4E84-99C9-A19EC9B52F49

Jason, your service has been a complete thesaurus of education and the most ideal place for me to begin trading. I have made profits that I most certainly would not have by going about it by myself. I have more services with RagingBull and I could not be more thankful to all of the guys there. Thank you so much Jason!

DS

DocuSign Envelope ID: 0FD443EE-5069-4A41-8897-D6889AA70678

Hello: As we discussed earlier, below is the testimonial verification form with the testimonial you left for RagingBull dated 5/26/2020. We really appreciate your feedback. Can you sign if your earlier testimonial still reflects your experience with RagingBullis 100% true?

"I am new trading and Kyle's programs have truly educated me, and have created profits I definitely could not have generated alone."

Signature: DocuSigned by: Timothy Kirkman 289FD6DE61AD445...........................................

NAME: Timothy Kirkman

DATE: 12/8/2020

Hello Mr. Canecchia,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **December 8th, 2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Kayla,

Raging bull and Nathan Bear have taught me so much about trading. I was experienced going in at least I thought. Their insight into trading and the markets are second to none.

Im a lifetime elite member and couldn't be happier. The education and training videos are worth the money alone. The live trading and transparency in the best their is.

Nate keeps his screens up to see trades placed. HE comes on the MIC do do training which is fantastic!.

I am grateful to have found Raging Bull and all that is offers!

Lifetime ELite member
Tom Canecchia"

**Signature:**......DocuSigned by: Tom Canecchia ...............................
0FC6DB492E744B6...

**NAME:** Tom Canecchia

**DATE:** 12/8/2020

Hello Tom Canecchia,

As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on **August 16, 2019**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"They are Great guys.. with great experience and completely transparent. Their success is amazing!!! Will be a lifetime member for sure !!!!"

**Signature:**.... DocuSigned by: Tom Canecchia 0FC8BD492E744B0...

**NAME:** Tom Canecchia

**DATE:** 12/8/2020

Hello Tomm: As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on 11/14/19. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"Kyle is very industrious about taking care of his members. I feel that he treats everyone as though they are his family or personal friends and taking care of them is his number one job. I would recommend that anyone that wants to do well in option trading would be very pleased with his service."

Signature: DocuSigned by: [signature] 845C02347B134C7...

NAME: Tomm Roland

DATE: 12/8/2020

DocuSign Envelope ID: 9B4C11ED-E89F-4403-B017-D516DB05CB7C

Hello: As we discussed earlier, here is the confirmation form with the past feedback you left for RagingBull on 8/21/20. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

**Signature:** DocuSigned by: Tony DiFiore E7EA2C9D3B14445...

**NAME:** Tony DiFiore

**DATE:** 12/8/2020

DS TD

DocuSign Envelope ID: 9B4C11ED-E89F-4403-B017-D516DB05CB7C

Simply put he teaches what he peaches and performs with excellence. I will be a Jason Bond member for years to come.

 Kayla Smith <kaylas@ragingbull.com>

**Raging Bull Experience**
1 message

**Trent Aiken** Bishop Declaration-Attachment A (REDACTED).pdf Tue, Dec 8, 2020 at 2:55 PM
To: "kaylas@ragingbull.com" <kaylas@ragingbull.com>

Kaylas,
I started with the Mobile Closer program. It was educational but I was a bit new to the game for options especially options on AAPL. The team at Raging Bull were extremely helpful in moving me to a program that more suited my level and comfort. I am now in Profit Prism, Stock Profit Pro, and Sniper Report. Jeff Williams has been amazing as a mentor and although I have not been widely profitable (yet), the learning value has been well beyond the paid price. I expect as my knowledge expands and confidence the larger profits will follow with Raging Bull's help

 Kayla Smith <kaylas@ragingbull.com>

## Raging Bull Support

T W Bishop Declaration-Attachment A (REDACTED).pdf  Tue, Dec 8, 2020 at 3:48 PM
To: kaylas@ragingbull.com

I wanted to write a letter for Raging Bull. I have been a member for about a year now. I first saw an intro to one of Jason Bonds training services in December of last year. I was impressed with the training and I decided to also join Jeff Bishop's Bullzeye service. I never really made money off of these services as i was watching the training content and trying to understand trading patterns. I made a few trades on my own and won some and lost some.

Raging Bull servicesI later joined one of Kyles services and then one of Bens. Each of these teachers have a unique style and I have learned from each of them.

Later I joined the Elite service as a way to further my education. I love this one as I have been able to pick and choose the "live classes" that I attend. I try to visit many of Ben Sturgis' trainings because he talks about different candles and what they represent in the stock market and how to spot patterns. They are teaching things that can be found in many books. The difference is that I have a teacher that I can go to and ask questions about patterns.

They do not allow me to ask them to look at a stock that I am interested in. I cannot get trading advice on stocks that I am watching. my responsibility is to learn and make my own trading decisions.

The Raging Bull University has been outstanding for me to learn and they have great instructors. I plan to continue my affiliation with Raging Bull and they have my support. I have a small account and it is still a small account but they introduced me to the joy of trading. Its now a Hobby thanks to my friends at Raging Bull.

Troy Whiltworth.

 Kayla Smith <kaylas@ragingbull.com>

**Pl don't close the service**

1 message

**Vincent Tham** Bishop Declaration-Attachment A (REDACTED).pdf Tue, Dec 8, 2020 at 11:35 AM

To: kaylas@ragingbull.com

Hi Jason and team.
I am from Singapore.

I just subscribed yr services.
I know my stuff. But with yr calls.. I have made good profits..
I managed my own risks and exposure.
Pl don't stop yr services. Those who lost money don't know how to control their own risks.

I take great efforts to stay up late at night to listen to u Jason.. The courts shd not be so unreasonable.
I have benefitted from Jason service.

Rgds

DocuSign Envelope ID: 47A5A1A7-342B-4830-B53E-8A06B892B49D

Hello Viorel,

As you discussed earlier with my colleague Danny, here is the confirmation form with the past feedback you left for RagingBull on **6/17/2020**. We really appreciate your assistance. Could you please sign if your customer review still reflects your experience with RagingBull?

"JBP gives time to think a strategy. On average I make more than 25% profit for each pick. And those that make room for options planning, credit spreads make room for bigger profits. My last closed trade was BABA at 136%."

DocuSigned by:

**Signature:**.................... 9089020E445344B...

**NAME:** Viorel Trimbitas

**DATE:** 12/8/2020

 Kayla Smith <kaylas@ragingbull.com>

# I support Jason Bond

1 message

**Wes Raley** Bish p Declarati n-Attachment A (REDACTED).pdf Tue, Dec 8, 2020 at 3:08 PM
To: kaylas@ragingbull.com

Hello,

My name is Wes Raley and I live in Lafayette, IN. I have been following Jason for about a year and in August of 2020 I decided to purchase his all access package which guaranteed me all of his future services going forward. This means I am in his live trading room every single day. I have never ever heard him promise making millions of dollars by following his trades. In fact, just the opposite. He has warned us at every turn, almost ad nauseam that he is simply giving us a peak into his trading and he can only teach us the principles of trading. He tells everyone all the time not to just copy his trades and that there is no guarantees in trading. In fact, he has had a losing year in his public account. He warns us, and uses disclaimers in his presentations, that trading is risky. I want to go a step further and talk about the integrity I have seen in Jason. While I follow other traders, Jason, to me, is the most integral of them all in that he doesn't buy stocks and then notify his followers - he puts out an advanced watch list and even trades publicly live so that it's not as if he buys a ton of shares and then tells everyone to buy them and jump the price. Nope! In fact, I've watched countless times where he sends out a notification of a stock he is watching (which gives us the chance to look at and diagnose the stock) and the price jumps way before he can secure his shares. I've seen his subscribers make money while he loses money on a trade countless times. He's never conveyed in these settings that he is a millionaire, in fact, he has said countless times that his desires is to one day make a million in the market in a year. Please contact me and feel free to use my testimony as I have never been misled by Jason or his services. I feel I have learned a ton and he has never promised instant wealth.

Wes Raley
Bish p Declarati n-Attachment A (REDACTED).pdf