# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:20-cv-03538 - GLR |
| RAGINGBULL.COM, LLC f/k/a LIGHTHOUSE MEDIA LLC, et al., | ) ) ) ) |
| Defendants. | ) ) ) |

## ORDER

Upon consideration of Defendants' Consent Motion for a Short Extension of Time to Reply to Emergency Motions, filed on January 14, 2021, it is hereby:

1. ORDERED that the January 14, 2021 Consent Motion for a Short Extension of Time to Reply to Emergency Motions (ECF No. 128) is GRANTED; and it is further

2. ORDERED that Defendants RagingBull.com, LLC, Jeffrey M. Bishop and Jason Bond shall file their reply in further support of the Emergency Motion for Clarification of the Temporary Restraining Order (Dkt. 107) and the Emergency Motion for Increased Use of Individual Assets for Living Expenses (Dkt. 110) by **January 18, 2021 at Noon**; and it is further

3. ORDERED that the Clerk of Court shall deliver copies of this Order to the parties.

So ORDERED this 14th day of January, 2021

/s/
George L. Russell, III
United States District Judge