IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:20-cv-03538 - GLR |
| RAGINGBULL.COM, LLC f/k/a LIGHTHOUSE MEDIA LLC, et al., | ) ) ) |
| Defendants. | ) ) ) |

**NOTICE OF SUPPLEMENT TO DEFENDANTS RAGINGBULL.COM, LLC, JEFFREY M. BISHOP AND JASON BOND'S COMBINED REPLY IN SUPPORT OF EMERGENCY MOTIONS (DKT. 107 AND 110)**

Defendant RagingBull.com, LLC ("Raging Bull" or the "company") and Individual Defendants Jeffrey M. Bishop and Jason Bond (the "Individual Defendants" and collectively with Raging Bull, the "Defendants"), by and through undersigned counsel, respectfully submit this supplement to Defendants' Combined Reply in Support of Emergency Motions, (Dkt. 132):

1. On the morning of January 19, 2021, the Presiding Officer for the New Hampshire Bureau of Securities Regulation confirmed that the hearing on the Order to Cease and Desist will not take place before the February 5, 2021 hearing on preliminary injunction before this Court.

2. As a result, Defendants hereby withdraw their request, stated in Paragraph 2.d of the Proposed Order (Dkt. 107-2), for up to $100,000 to apply to any attorneys' fees incurred before the preliminary injunction hearing for the defense of the matter pending before the New Hampshire Department of State New Hampshire, Case No. COM2018-000019.

Dated: January 19, 2021

Respectfully submitted,

RagingBull.com, LLC, Jeffrey M. Bishop and Jason Bond

By: /s/ *David G. Barger*
David G. Barger (DCB# 469095)
Greenberg Traurig LLP
1750 Tysons Blvd.
Suite 1200
McLean, VA 22102
Tel: (703) 749-1300
Email: bargerd@gtlaw.com

Andrew G. Berg (admitted *pro hac vice*)
2101 L Street, N.W.
Suite 1000
Washington DC 20037
Tel: (202) 331- 3100
Email: berga@gtlaw.com

Miriam G. Bahcall (admitted *pro hac vice*)
Greenberg Traurig, LLP
77 West Wacker Drive
Suite 3100
Chicago, IL 60601
Tel: (312) 476-5135
Email: bahcallm@gtlaw.com

*Error! Unknown document property name.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of January 2021 a true and accurate copy foregoing Notice of Supplement to Defendants RagingBull.com, LLC, Jeffrey M. Bishop and Jason Bond's Combined Reply in Support of Emergency Motions (Dkt. 107 and 110), was properly served on all parties through the ECF system.

/s/ *David Barger*
David G. Barger (DCB# 469095)
Greenberg Traurig LLP
1750 Tysons Blvd.
Suite 1200
McLean, VA 22102
Tel: (703) 749-1300
Email: bargerd@gtlaw.com

*Counsel for RagingBull.com, LLC,*
*Jeffrey M. Bishop and Jason Bond*