January 12, 2021

United States District Court

District of Maryland

District Judge George L. Russell III

101 West Lombard St.

Baltimore, Md 21201

FILED _____ ENTERED
LOGGED _____ RECEIVED

JAN 2 2 2020

AT _____ RE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Case no. 1:20-cv-3538

Rangingbull .com

Dear Sir,

My name is Don Denelsbeck, 3911 Tamara Dr, Bartlett, TN 38135. I am seeking a refund from RagingBull (Elite Service) in the amount of $9,998.00. On November 19, 2020 I went online to their site and tried to join the service. I was not able to complete the sale so I called the 833-676-0006 to complete the sale verbally over the phone. The sale went through. At the end of the month I saw that my credit card had been billed twice ($4,999.00 and another $4,999.00). It appeared the online attempt went through also. I called the number listed above and after explaining everything, after they did their check, it was confirmed and they said they would refund the online double billing. This was around December 2, 2020. They did nothing. Now I understand why.

I believe they knew something was up and they were not placing live trades and consolidating everything to cash.

Then I received this notice. With in three weeks of joining I am out $9,998.00. My question is this; How do I get my money returned to me? Is there something else I need to do?

Thank you,

Don Denelsbeck

901-299-7861

denelsbeck58@att.net