# NOTICE OF FILING OF PLAINTIFF'S EXHIBITS

# PX 32 - PX 43, PX 45

(FTC'S REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION)