### DECLARATION OF KENNETH BABIKAN
### PURSUANT TO 28 U.S.C. § 1746

My name is Kenneth Babikan, and I am over 18 years old.  I have personal knowledge of the facts stated below.  If called as a witness, I could and would testify as follows:

1.  I live in Illinois.  After receiving my MBA, I worked for nearly forty years in the healthcare sector doing financial planning, accounting and supply chain management.  I retired about 9 years ago.  Before becoming a Raging Bull subscriber, I already had experience investing in stocks or trading covered calls, which is buying call options on stocks that I was already holding.  I typically held onto the call options for two to four weeks or so.  I have not done any day trading.

2.  In early May 2020, I saw a video presentation on my computer from Nathan Bear offering a service called LottoX through RagingBull.   I signed up on May 8 and paid $1,499 for one year.  He got me so pumped up as to how easy it was to make money in the market that I signed up for a lifetime subscription on that same day and paid an additional $499.  Nowhere in the presentation did Raging Bull or Nathan Bear say that you needed to have a cell phone to get trade alerts.  At the age of 74, I do not have a cell phone but only a landline and a computer.

3.  After not getting the initial stock option alerts as promised upon signing up, I tried to cancel and called Raging Bull repeatedly between May 8 thru May 12, but could not reach anyone.  I was starting to get a bad feeling about the company.  I left messages but did not get any returned calls.

4.  On May 12, 2020, I got an email from Nathan Bear that read:  "To be honest with you we receive a lot of marketing and spam replies sent to this email account.  It makes it more difficult to get in touch with our hard working clients who have REAL requests in a timely manner. In order to provide you with the fastest response possible we no longer monitor emails

and requests sent to this Account." The email went onto say that I can either fill out an online form to get in touch with them or call an 833 number between 9 to 5 EST. I did both and was finally able to get through.

5. On the call, which took place on either May 12 or May 13, I explained that I was not getting the trade alerts that Nathan Bear promised. After some discussion, I told the customer representative that I did not have a cell phone and just wanted my money back. The representative told me it was too late for a refund because I missed the 48-hour window, but they would move me to another service within Raging Bull. I explained that I tried calling them the day after I purchased to cancel, but that their lines were busy, and they never returned my calls. The representative apologized, but said that they still could not refund my money. The representative said it was not their policy to offer refunds after 48 hours on the service. I then asked for a refund for the Lifetime to LottoX, which is what I also signed up for. The representative told me that they could not offer a refund on that for the same reason.

6. During the call, the representative suggested other Raging Bull services offered by Jeff Bishop and Kyle Dennis, both of which were trade alerts that would come through emails. I did not want either service because I did not even know who they were. The representative said they could switch me to another Nathan Bear service called "Weekly Money Multiplier." I had not seen any ads for this service, but they offered me no other choice. I could tell at this point that a full or pro-rata refund was not going to happen. I was very unhappy and even tried to have the charge reversed on my credit card, but I was unsuccessful because fraud is difficult to prove.

7. After the call, I received an email from "Jordan Thompson," who leads the VIP Concierge team at Raging Bull, confirming their switch. The email said that with Weekly Money Multiplier, "you can expect some amazing options trading ideas from Nate!" The email

then went onto pitch more Raging Bull services costing more money, but claimed there was a "special offer" on these services. I did not buy any of these services and reluctantly stuck with Weekly Money Multiplier. Attached hereto as **Attachment A** is a true and correct copy of this email dated May 13, 2020.

8. I was not able to make money following the trade alerts from Weekly Money Multiplier. I could not execute at the suggested prices because these options would move quickly in reaction to buy and sell alerts. I believe the quick movement in prices was due to increases in option volume.

9. In July 2020, I received emails advertising the $20,000 challenge from Jeff Bishop. Bishop said these were his "Three BIG MONEY BETS!" In his marketing email, Bishop said that on July 13, "I will be delivering you my first $20,000 Bet" and then he would send two more trade alerts the next two days. Bishop stated: "I am aiming for a 100% return on each of these three positions, and to be out of all three of them before August 1st. I will do everything I can to help you make as much money as possible with my 3 high conviction $20,000 bets…. Here's to YOUR trading success and I look forward to making money with you over the next few weeks!" Attached hereto as **Attachment B** is a true and correct copy of this email dated July 9, 2020.

10. On July 10, 2020, I signed up for the $20,000 challenge and paid $199. I was not expecting huge profits, but thought I would be able to at least recover some of the cost of earlier subscription fees with these trades. After I paid, I received an email from Bishop stating: "While I expect these trades to be of epic proportions, we both know that real wealth is accumulated over hundreds, even thousands of trades…. I know you're going to be hungry for more. More trades, more ideas, and most importantly… More profits." The email then went onto promote a service called "High Octane Options" for a 33% discount. The service offered

"at least 3 big money trade alerts per week" with "100% profit targets." Attached hereto as **Attachment C** is a true and correct copy of this email dated July 10, 2020.

11. These three options picks from the $20,000 challenge were an absolute disaster. I lost almost all the investment on each of these trades. Bishop then gave us a fourth pick as a bonus, but I believe it was also a loser. I did not invest in it because I did not want to lose any more money following the first three trades.

12. I tried again to get my money back or a pro rata share of the annual subscription plus all of the lifetime fee, but they again denied my claim. They moved me to Jeff Bishop's Alpha Service and eventually to Jeff's High Octane service and to Kyle Dennis' services. By this time, I had lost most of my investment money, and gave up any hope of getting my money back. I wound up with zero confidence in the entire Raging Bull group and became depressed over the whole experience. I reluctantly accepted their changes knowing I would no longer follow their advice.

13. My basic problem with this company is that I signed up for a service (LottoX) which, at the time, they could not provide option alerts except by texts. I had no way of getting text alerts. I tried to get my money back the very next day, but I could not get through to them. I then felt they pushed other services I did not want, and I only took them because I thought I had no other choice. Before Raging Bull, I have tried out other stock newsletter services like Motley Fool and the Oxford Club, and did not have problems with obtaining refunds on services that I had no interest in using or continuing.

14. I have paid a total of $2,197 in subscription fees to Raging Bull. I estimate that my losses from following Raging Bull's trade alerts are between $4,000 to $6,000. I am

currently a client of Raging Bull but do not follow any of their advice any longer. They did not live up to their hype, and I lost a lot of money (at least a lot for me as a retiree) as a result of relying on their advertised claims.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 6, 2021.

_Kenneth Babikan_
Kenneth Babikan

# **ATTACHMENT A**

**PX 32, 3125**



-----Original Message-----
From: Weekly Money Multiplier <support@ragingbull.com>
To:
Sent: Wed, May 13, 2020 11:16 am
Subject: Fwd; Nate wanted you to see this!



## How to Get Even More Amazing Options Trades!

Hi Kenneth,

Jordan Thompson here; I lead our VIP Concierge team at Raging Bull. I am quickly following up about your new Weekly Money Multiplier subscription with Nate because I found a way to save you a bunch of money AND get you even more great options trades ideas!

With your new subscription, you can expect some amazing options trading ideas from Nate! But there's one way to get **even _MORE_** killer options trading ideas from **_all_** of RagingBull's options traders.

Accept my offer today and not only will you get Nate's killer Weekly Money Multiplier trade ideas, but I'll get you in with ALL of our options traders, which will give you full access to:

- **Total Alpha** with options master-trader Jeff Bishop (a $4,594 per year value)

1

- **Dollar Ace**, with Kyle Dennis (Kyle's HOT options trading service, incredible value, and worth well over $2,497 per year!)
- **Weekly Windfalls** is Jason Bond's killer options trading service (normally it is $2,497 per year)
- **Options Rocket**, with Kyle Dennis (a $3,999 per year value)
- **Daily Profit Machine**, with Davis Martin. Proving VERY popular as it is a simple daily trading plan to profit from simple options trades (a $2,497 per year value)
- **Options Profit Planner**, with Dave Lukas. Smart, risk-balanced options trades ($1,997 per year of outstanding value)
- **Bullseye Trades** is Jeff Bishop's weekly high probability options trade (a $1,197 per year value)

PLUS learn how to get _every_ future options trading service that we ever release; over the past few months alone that could have been worth a staggering $11,982!

There's almost too much to go into in this quick email but I wanted to get you in on this offer while it is still available, and all for just one additional amount based on your purchase to Nate's service today!

All it takes is just one simple phone call and we'll get you taken care of right away.

I want to help lock this deal in for you, and so I just put a special note on your account to hold this special offer open for you until this time tomorrow. I know that's only a short time but we normally sell every one of these memberships for WAY more than this offer and I simply cannot keep this bundled offer open indefinitely.

Call me or any one of my dedicated VIP team right now on +1-888-905-0815. Say that you want to get the **Apex Alliance** membership with the maximum savings for that membership.

Remember; you get access to ALL of RagingBull's options trading services and for the next 24-hours you can do that at an incredible, one-time savings.

Call now on +1-888-905-0815… and let's save you some money!!

My best,

_Jordan Thompson_

PX 32, 3127

Jordan Thompson
Director, VIP Services
Raging Bull

None of our traders, educators, coaches, forum moderators, employees, agents, nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) are registered as investment advisers nor a broker/dealer with either the U. S.

Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives.

The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account.

These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision.

The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment,and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith,but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning the accuracy, completeness,correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current.

Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. Any table or data is accurate, though not every trade is represented. Profits and losses reported are actual figures from portfolios each trader manages individually and not on behalf of RagingBull.com, LLC.

Although our employees may answer your general customer service questions, they are not licensed under securities laws to address your specific investment situation. No communication by our employees or agents to you should be deemed as personalized financial advice.

This information is protected by the copyright laws of the United States, and international treaties. This information may only be used pursuant to the subscription agreement, and any reproduction, copying, or redistribution (electronic or otherwise, including on the world wide web, by email, or via social media), either in whole or in part, is strictly proh bited without the express, prior written permission of RagingBull.com, LLC, 62 Calef Hwy. #233 Lee, NH 03861, USA.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at Weeklymoneymultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

3

PX 32, 3128

## **ATTACHMENT B**

PX 32, 3129

-----Original Message-----
From: Jeff's 20X Bets <support@ragingbull.com>
To:
Sent: Thu, Jul 9, 2020 6:12 pm
Subject: [DETAILS] My 3 $20,000 Bets!



Hi Kenneth,

Jeff Bishop here.

I hope you're just half as excited as I am to get started trading my Three BIG MONEY BETS!

## Getting Started!

Your first course of action is to login to your member dashboard, which is home to any essential information you will need over the next few weeks.

I also suggest you take a look at the "Big Money Guidelines" section in your members dashboard that includes some rules I have for myself when trading big money.

**On Monday, July 13th, I will be delivering you my first $20,000 Bet.**

**On Tuesday, July 14th you will receive the second.**

**And Wednesday, July 15th you will receive the third trade.**

I will include a complete trade plan where I will personally walk you through how I plan to capitalize and execute on each of these positions.

These trades will be delivered via email and will also be available under the Trades tab in your dashboard

From there, I will be in communication with trade updates, market commentary, and alerting you to any moves I make in these positions over the next few weeks.

1

## Our Goals

Our goals with these trades are as follows.

I am aiming for a 100% return on each of these three positions, and to be out of all three of them before August 1st.

I will do everything that I can to help you make as much money as possible with my 3 high conviction, $20,000 bets.

Not only do I want to help you build your wealth, but I hope that from trading alongside me, you learn to become a better, more well rounded trader.

Here's to YOUR trading success and I look forward to making money with you over the next few weeks!

*Jeff Bishop*

Jeff Bishop

**Accessing Jeff's $20k Bets**

**Login Here:** https://app.ragingbull.com

**Username:** KBABS46@AOL.COM

**Password:** The one selected at checkout

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Jeff's 20X Bets) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

PX 32, 3131

## ATTACHMENT C

PX 32, 3132

-----Original Message-----
From: Jeff's 20X Bets <support@ragingbull.com>
To:
Sent: Fri, Jul 10, 2020 9:04 am
Subject: Accumulating Real, Life-Changing Wealth (Are you?)



Now that you've chosen to opt into my Three $20,000 Bets, I know that we share a common interest…

*MAKING MONEY.*

So let me level with you.

While I expect these trades to be of epic proportions, we both know that real wealth is accumulated over hundreds, even thousands of trades.

My three trades have the ability to start you out on the right foot, or even turn your trading around, but once they're over… They're over!

And here's the thing.

**I know you're going to be hungry for more.**

More trades, more ideas, and most importantly… More profits.

How does this sound to you…

1

PX 32, 3133

## AT LEAST 3 BIG MONEY TRADE ALERTS PER WEEK

## 100% PROFIT TARGETS

With High Octane Options, that's exactly what I'm offering you.

Not to mention LIVE portfolio streaming, access to my proprietary Octane Scanner, morning watchlists, VIP education suite, RB Chat Room access, the list goes on.

My exclusive offer to gain entry into this service for an entire year - for a 33% discount - is expiring soon.

Lock this deal down so you don't end up paying hundreds more down the line.

*Jeff Bishop*

Jeff Bishop

None of our traders, educators, coaches, forum moderators, employees, agents, nor RagingBull.com, LLC (publisher of Jeff's 20X Bets) are registered as investment advisers nor a broker/dealer with either the U. S.

Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives.

The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account.

These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision.

The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning the accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current.

Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. Any table or data is accurate, though not every trade is represented. Profits and losses reported are actual figures from portfolios each trader manages individually and not on behalf of RagingBull.com, LLC.

Although our employees may answer your general customer service questions, they are not licensed under securities laws to address your specific investment situation. No communication by our employees or agents to you should be deemed as personalized financial advice.

PX 32, 3134

This information is protected by the copyright laws of the United States, and international treaties. This information may only be used pursuant to the subscription agreement, and any reproduction, copying, or redistribution (electronic or otherwise, including on the world wide web, by email, or via social media), either in whole or in part, is strictly prohibited without the express, prior written permission of RagingBull.com, LLC, 62 Calef Hwy. #233 Lee, NH 03861, USA.

If you have a current active subscription with Jeff's 20X Bets you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at Jeff's 20X Bets.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States