# NOTICE OF FILING OF PLAINTIFF'S EXHIBITS

# PX 44 (Part 1)
(FTC'S REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION)