## FIFTH DECLARATION OF REEVE TYNDALL

### Pursuant to 28 U.S.C. § 1746

I, Reeve Tyndall, hereby state that I have personal knowledge of the facts set forth below and, if called to testify, I could and would testify as follows:

1. I am a United States citizen. I work as a Senior Investigator for the Federal Trade Commission ("FTC") in the Bureau of Consumer Protection's Division of Marketing Practices. The Division of Marketing Practices investigates persons and entities that may be violating the FTC Act and other laws enforced by the FTC.

2. In October 2020, I visited RagingBull.com. The website's homepage listed 18 current Raging Bull services. The homepage linked to a sales page for each service. Each sales page linked to a separate order page where consumers could purchase the service. Both the sales page and the order page included marketing claims. I captured every sales and order page linked on Raging Bull's homepage (See PX 27, ¶¶ 23, 25). Shortly before the FTC filed its lawsuit on December 7, 2020, I visited RagingBull.com. The website's homepage listed the same 18 services. I checked the sales and order pages for these services and did not see any material changes since I captured the pages in October 2020.

3. I attached 14 Raging Bull promotional video transcripts to my first declaration (see PX 27, ¶24). I have attached electronic versions of the videos hereto as follows:

| Webinar | Host | Date Captured | Video |
|---|---|---|---|
| Bullseye Trades | Jeff Bishop | July 13, 2020 | Attachment A |
| Daily Deposits | Jeff Bishop | June 10, 2020 | Attachment B |
| Dollar Ace | Kyle Dennis | June 8, 2020 | Attachment C |
| Fast Five Trades | Kyle Dennis | September 2, 2020 | Attachment D |
| High Octane | Jeff Bishop | June 11, 2020 | Attachment E |
| Jason Bond Picks | Jason Bond | March 12, 2020 | Attachment F |
| Monday Movers | Jason Bond | August 24, 2020 | Attachment G |
| Profit Accelerator | Jeff Bishop | May 21, 2020 | Attachment H |
| Profit Prism | Jeff Williams | June 3, 2020 | Attachment I |
| Total Alpha | Jeff Bishop | May 27, 2020 | Attachment J |
| Trade with Kyle | Kyle Dennis | May 19, 2020 | Attachment K |
| Unchained | Jason Bond | March 25, 2020 | Attachment L |
| Weekly Money Multiplier | Nathan Bear | June 10, 2020 | Attachment M |
| Weekly Windfalls | Jason Bond | June 15, 2020 | Attachment N |

PX 44, 3321

4. The FTC maintains a consumer complaint database called Consumer Sentinel. Consumer Sentinel is a repository of complaints that consumers file directly with the FTC, other Federal and State Agencies, and the Better Business Bureaus. As of January 25, 2021, the FTC has received at least 417 consumer complaints. At least 170 additional consumers filed complaints after the FTC filed its complaint on December 7, 2020. **Attachment O** is a spreadsheet of these complaints. The spreadsheet reflects the last date the consumer filed a complaint. In some cases, a consumer filed a complaint before the FTC's action and filed another complaint after the FTC's action. I de-duplicated multiple complaints filed by the same consumer.

5. During the course of my investigation, I examined Raging Bull's internal emails. The FTC received these emails from the Receiver pursuant to the Temporary Restraining Order. Selected emails are attached hereto as **Attachment P**.

6. **Attachment Q** includes selected emails from Raging Bull sent to consumers and/or to the FTC's undercover email account, as well as the Mobile Closer sales page, which the FTC captured on or about December 20, 2020 at http://events.ragingbull.com/mobs-reg/

7. **Attachment R** includes documents obtained by the FTC from Raging Bull's email and electronic document repository. The files included in this attachment were collected from accounts where Kyle Dennis is designated as the custodian (kyle@ragingbull.com).

8. **Attachment S** includes additional documents obtained by the FTC from Raging Bull's email and electronic document repository. The files included in this attachment were also collected from accounts where Kyle Dennis is designated as the custodian (kyle@ragingbull.com), except for the emails (Bates-numbered 4321-4327) which was collected from a consumer.

9. **Attachment T** includes additional documents obtained by the FTC from Raging Bull's email and electronic document repository. The files included in this attachment include correspondence involving Raging Bull customers and were also found in accounts where Kyle Dennis is designated as the custodian (kyle@ragingbull.com).

10. **Attachment U** includes additional documents obtained by the FTC from Raging Bull's email and electronic document repository. The files included in this attachment were also

PX 44, 3322

collected from accounts where Kyle Dennis is designated as the custodian (kyle@ragingbull.com).

11. **Attachment V** includes a January 16, 2021 capture of Kyle W Dennis' Facebook post for Mortal Lock, and additional documents obtained by the FTC from Raging Bull's email and electronic document repository, such as correspondence involving Raging Bull customers, which were also in accounts where Kyle Dennis is designated as the custodian (kyle@ragingbull.com).

12. **Attachment W** includes additional documents obtained by the FTC from Raging Bull's email and electronic document repository. The files included in this attachment were also collected from accounts where Kyle Dennis is designated as the custodian (kyle@ragingbull.com).

13. **Attachment X** includes a table of sample earnings claims used to promote BiotechBreakouts.com offers, including Biotech Breakouts, Nucleus, FDA Insider, Lightning Alerts, Sniper Report, Mortal Lock, Option Rocket, Raptor 5, Fortune Forecaster, Black Options, Fast 5 Trades, Dollar Ace, Trade with Kyle, and Mobile Closer, with references to documents or evidence attached to this declaration or my prior declarations in this case.

14. During the course of my investigation, I reviewed sales pages and promotional videos for at least 18 Raging Bull services. I did not find any instances in this marketing material where Raging Bull told consumers they needed a high level of trading experience or needed to obtain any clearances to trade certain securities. In many cases, Raging Bull stressed how anyone could become a successful trader using Raging Bull's services. For example, Mr. Bishop stated in a Bullseye Trading promotional video (Bullseye Trading Video, 7/13/2020, PX27, 1970-1975):

"These lessons you're going to learn in this step-by-step guide are instantly going to make you a better trader, no matter if you're brand new to the market of if you've been trading for over a decade. You will learn how to approach the market with clinical accuracy and trade like never before."

"Bullseye trades can work for everyone. I can never guarantee what will happen for you, but if you're thinking you can't do this, then think again. I'm telling you this, this has worked for tons of people, not just myself. Let me read to you some actual client testimonials from folks who have paid good money to join my service. These guys are just as pumped as I am and it's working for them, just like it's going to work for you, too."

15. On July 31, 2020, the FTC issued a CID to TrustPilot. TrustPilot hosts online customer reviews and provides review management services to businesses. According to TrustPilot, RagingBull.com LLC signed a contract with TrustPilot on February 8, 2017 to solicit and manage customer reviews. TrustPilot provided Raging Bull custom review invitations that Raging Bull could send to consumers via email. TrustPilot also provided Raging Bull embedded review links to post on Raging Bull's websites. TrustPilot also allowed consumers to visit their website and leave a review on a business. TrustPilot allowed Raging Bull to flag reviews for violating TrustPilot's terms and conditions. When Raging Bull flagged a review, Trust Pilot removed the review off its website until TrustPilot could adjudicate the dispute. If TrustPilot agreed with Raging Bull, TrustPilot would reach out to the consumer to change the review. If TrustPilot did not agree with Raging Bull, it would repost the review.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 27, 2020.   _____*Reeve Tyndall*_____
                                         Reeve Tyndall

[PAGE INTENTIONALLY LEFT BLANK]

PX 44, 3325