Redacted - Filed Under Seal

**Attachment P**

**PX 44, 3408**

Redacted - Filed Under Seal

Redacted - Filed Under Seal

Attachment P                    PX 44, 3410

Redacted - Filed Under Seal



Redacted - Filed Under Seal

**Attachment P**          **PX 44, 3412**

Redacted - Filed Under Seal

Attachment P                    PX 44, 3413

Redacted - Filed Under Seal



Redacted – Filed Under Seal

Attachment P                    PX 44, 3415

Redacted - Filed Under Seal

**Attachment P**          **PX 44, 3416**

Redacted - Filed Under Seal

Attachment P                    PX 44, 3417

Redacted - Filed Under Seal

**Attachment P**                    **PX 44, 3418**

Redacted - Filed Under Seal

**Attachment P**          **PX 44, 3419**

Redacted - Filed Under Seal

Redacted - Filed Under Seal

Redacted - Filed Under Seal

Redacted - Filed Under Seal





Redacted - Filed Under Seal

**Attachment P**          **PX 44, 3426**

Redacted - Filed Under Seal

**Attachment P**                    **PX 44, 3427**

Redacted - Filed Under Seal

**Attachment P**          **PX 44, 3429**

Redacted - Filed Under Seal

Redacted - Filed Under Seal

**Attachment P**          **PX 44, 3431**



Redacted - Filed Under Seal

Redacted - Filed Under Seal

**Attachment P**

**PX 44, 3433**

Redacted - Filed Under Seal

Attachment P                    PX 44, 3434

Redacted - Filed Under Seal

Attachment P          PX 44, 3435

**From:**   emmett moore <emmett@tradingschools.org>
**Sent:**   Tue, 27 Mar 2018 18:17:24 -0700
**Subject:**   Fwd: info for you
**To:**   Jeff Bishop <jeff@ragingbull.com>

A typical day in my inbox...
I get a ton of private emails from folks asking "Is Jeff real?" or "Is Kyle Dennis real?" etc., etc...

Would be nice if I can put the Raging Bull question mark behind all of us.

Please don't email the lady that sent this.

Emmett

---------- Forwarded message ----------

████████████████████████████
Date: Tue, Mar 27, 2018 at 5:31 PM
Subject: Re: info for you
To: emmett moore <emmett@tradingschools.org>


Hi Emmett,

Thanks for such a quick response!
I have no proof on Fernando.  But damn, this really seems like it could be him!  Maybe I will email Horst and get him to check him out.  I don't think they were on good terms in the end because Horst didn't like what Fernando did.  The style of speaking and expressions are just too close to be ignored.  If it is him, that is quite the info that should be known.  Doesn't mean his system is bad, but it means he is not being straight with people.

On Kyle Dennis, if you can find my eamil from January, I can tell you that I REALLY wanted to do his program.  Everything seemd legit.  I spent a lot of time trying to vette it.  One step I did last was that I emailed and asked him for a list of his past trades, so I could see that he was really doing this, his style, etc.  A lot of those biotechs are super small and considering his association with Jason Bond, it could be another pump-n-dump.  It was a chunk of money to commit to his program!  He sent me a spread sheet from a handfull of trades from 6 months prior.  Just a list!  Not even anything close to the present time trading.  His comment was that he was too busy to put together a track record.  I sent you those emails so you could see this.  He is HEAVILY marketing a lot right now.

Could be real or could be BS.  I just think it smells bad when this is the due dilligence he gives.

I really appreciate your site.  I always go there when researching now!

All the best to you,
Cathy

On Tue, Mar 27, 2018 at 7:56 PM, emmett moore <emmett@tradingschools.org> wrote:

**Attachment P**                          **PX 44, 3436**

¹§©MŒºÑ¥□V²□µÊ>vA1-¿hOW□FïÂ□□□DH

Hi Cathy,
Not sure about Kyle Dennis. I have heard that he is the 'real deal,' but time will tell. Am working on a rewrite of Jason Bond. Will be going over actual performance. I hope its good.

Would love if you have any additional info that might connect "Fernando" with Doran. This guy is a piece of work.

Emmett

. Sent with [Mailtrack](#)

On Tue, Mar 27, 2018 at 4:05 PM, Cathy T < ▇▇▇▇▇▇▇▇▇▇▇

Hi Emmett,
I don't know if you even get my emails or not.  Thought I would write in case you do.  I've sent some info to you a few months ago and got no response.  I wish you would review that character, whom I believe to be a fraud.  Kyle Dennis partners with Jason Bonds I believe.  He is as brash as Jason.  I sent you his records of trades that is just rediculous yet he claims to be making all this dough.  Usual crap.  I made his send me trades, after learning a thing or two from you.  I sent that in January.

Anyway, I've been following your Pitbull war of words with his students.  I went to look at his site out of curiosity as the students who have posted seem to be doing well.  I wanted to see for myself.  Went to Youtube and watched one video.  Swear to God, this guy is hte person who Horst from EMiniTutor learned from named Fernando.  Once you hear that man's voice you do not ever forget it!  As I recall that "Fernando" or whomever he really was, was from Canada.  This man Doran, appears to be from Canada as well.  Never knew him, but I found old recordings of him on the net.  I studied Horst system and worked it for quite some time.

I believe his indicator is a form of the MACD-BB.  It's damned close.

IF this is the same man, he CAN'T get a trading account because he got stripped of the right to ever trade again!  He scammed his investors who put up money for a pool for him to trade.  Maybe this is the big piece of shit that is hiding under the rock of BS?!

He appeared to be a good trader and threw it away on greed.

Thought I would throw that out there.

So three ya go.

Hope it helps.
Cathy

. Sent with [Mailtrack](#)

**Attachment P**          **PX 44, 3438**



**bbb.org**

September 8, 2017

Mr. Jason Bond
Jason Bond Picks
835 E Lamar Blvd #263
Arlington , TX 76011

Re: BBB Advertising Review

Dear Mr. Bond:

Your BBB monitors local advertising to help promote a fair and ethical marketplace. We provide this service to both accredited and non-accredited businesses in order to contribute toward effective self-regulation. BBB also publishes a Code of Advertising, which outlines general guidelines for truth in advertising. Through our efforts and yours, BBB hopes to promote trust in the marketplace.

Recently BBB reviewed the advertised claims on your website , https://www.jasonbondpicks.com and https://ragingbull.com/. At this time, BBB would like to request your response to the following concerns:

1. Your website states "$500 in profits a day keeps the JOB away," "we have lots of traders raking in over $500 a day," "So if you want to 'fire' your boss someday soon, grab this opportunity to join our team of committed traders today, and start profiting from our proven strategies for making killer trades." Below this it includes a representation of profits of $500 daily.



The affiliate section of your website states "Join our Raging Bull affiliate program today and starting making money as much as $20,000 a year!"

a. BBB Code of Advertising states the primary responsibility for truthful and non-deceptive advertising rests with the advertiser. Advertisers should be prepared to substantiate any objective claims or offers made before publication or broadcast. Upon request, they should present such substantiation promptly to the advertising medium or BBB. Misrepresentation may result not only from direct statements, but by omitting or obscuring a material fact.

**BBB® serving the Heart of Texas**

***BBB Corporate Office • 1805 Rutherford Lane, Suite 100 • Austin, TX 78754 • 512.445.4748 • info@centraltx.bbb.org***
*Bryan 979.691.2057 • Corpus Christi/Victoria 361.852.4991 • Fort Worth 855.621.7566*
*Permian Basin 432.563.0213 • San Antonio/Laredo 210.828.8752 • Waco/Centroplex 254.751.1930*

**Attachment P**                    **PX 44, 3439**



Additionally, the testimonials and endorsements section of the Code states in general, advertising which uses testimonials or endorsements is likely to mislead or confuse if a consumer's experience represented in an advertisement is not the typical experience of those using the product or service, unless the advertisement clearly and conspicuously discloses what the expected results will be.

   i. BBB would like to request you clarify in your response if the advertised claims are typical results of customers who use the service and join the affiliate program. Please provide any applicable substantiation.

   ii. In the event the claimed results are not typical of customers using the service or earnings of affiliates, BBB would like to request you clarify in your response what the typical experience of customers using the service is. BBB would also like to request you provide a clear and conspicuous disclosure of the typical expected results wherever claims about profits or earnings are made, including advertising including testimonials.

2. The terms and conditions of your website indicate that services are purchased through a subscription which includes automatic renewals or a negative option feature.

   a. BBB Code of Advertising states any advertisement for a product or service that includes an offer to sell or provide consumers with additional goods or services under a negative option feature must include a clear and conspicuous disclosure of all material terms of the negative option feature. Please see Section 18 regarding Negative Options: https://www.bbb.org/code-of-advertising/##r1.

      i. BBB would like to request you clarify in your response how you disclose the existence of the negative option feature, the cost of the additional goods or services, and how consumers can cancel. Please provide us any documentation and advertisements which include these disclosures.

Please reference the applicable portion of the BBB Code of Advertising as the basis for our request: http://www.bbb.org/code-of-advertising/.

We look forward to your response within the next ten (10) business days. Please be advised that your response or non-response to this request is subject to publication in your BBB Business Review. BBB Business Reviews are available to the public and contain complaint information for a period of three years. Non-response could affect your BBB rating.

3. Additionally, BBB reviewed disputes on file and found that recent disputes from complainants form a pattern. The issues identified are:

**Consumers allege they experience excessive charges, post cancellation of services, from Jason Bond Picks. Consumers allege they either call or go online to cancel their subscriptions to Jason Bond Picks. However, they are still charged for services and refunds are declined to the consumers due to them not cancelling within the contracted time frame.**

BBB would like to work with you to address the underlying issues of these disputes. Please respond within the next ten (10) business days outlining the policies/procedures, actions you are taking, and other efforts your company has in place to help address and eliminate the underlying issues. This can include items such as sales scripts, updated disclaimers, new contracts, etc.

BBB® serving the Heart of Texas

BBB Corporate Office • 1805 Rutherford Lane, Suite 100 • Austin, TX 78754 • 512.445.4748 • info@centraltx.bbb.org
Bryan 979.691.2057 • Corpus Christi/Victoria 361.852.4991 • Fort Worth 855.621.7566
Permian Basin 432.563.0213 • San Antonio/Laredo 210.828.8752 • Waco/Centroplex 254.751.1930

**Attachment P**                    **PX 44, 3440**



4.  BBB also noticed that Jason Bond Picks appears to be affiliated with RagingBull.com, LLC which features Top Stock Picks, BioTech Breakouts, Penny Pro, and Petra Picks. BBB noticed all have the same mailing address in Arlington, TX. BBB would like to request you clarify in your response if each of these is a separate entity, or if these are DBAs or subsidiaries of RagingBull.com, LLC.

If you have any questions about these concerns, please don't hesitate to contact me at 512-206-2825 or via email at aruth@austin.bbb.org.

Sincerely,

Anna Ruth
Trade Practices Specialist

**BBB® serving the Heart of Texas**

*BBB Corporate Office · 1805 Rutherford Lane, Suite 100 · Austin, TX 78754 · 512.445.4748 · info@centraltx.bbb.org*
*Bryan 979.691.2057 · Corpus Christi/Victoria 361.852.4991 · Fort Worth 855.621.7566*
*Permian Basin 432.563.0213 · San Antonio/Laredo 210.828.8752 · Waco/Centroplex 254.751.1930*

**Attachment P**          **PX 44, 3441**

Redacted - Filed Under Seal

Redacted - Filed Under Seal

Redacted - Filed Under Seal

.

**Sent:**     Wed, 16 Sep 2020 09:36:16 -0400
**Subject:**  Re: Meeting with RB
**From:**     Michael Bowers <michaelb@ragingbull.com>
**To:**       Abygayle Fisher <Aby@bbbnh.org>
image001.gif

Abygayle,

That's perfect for me. I look forward to talking next week. It's been a long time. Hope you enjoy your weekend and I'll talk to you on Tuesday at 1:30. Would you like to send a Zoom link or would you like me to send you one?

Pleasure,

Michael Bowers
***Director Of Client Services***
**833-265-1270**
https://ragingbull.com/
https://www.linkedin.com/company/ragingbull/
https://www.facebook.com/RagingBullTrading/



On Wed, Sep 16, 2020 at 9:15 AM Abygayle Fisher <Aby@bbbnh.org> wrote:

Hi Michael!

Can you do 1:30? I'd like my supervisor, Jamie, to also be on our call, in case your legal team has a question that I cannot answer and that is her earliest availability.

Thank you.

**Abygayle Fisher**

*Trade Practice Specialist*
**BBB Serving New Hampshire**
(603) 224-1991 ext. 227
BBB.org

**From:** Michael Bowers <michaelb@ragingbull.com>
**Sent:** Tuesday, September 15, 2020 3:39 PM
**To:** Abygayle Fisher <Aby@bbbnh.org>
**Subject:** Re: Meeting with RB

**Attachment P**          **PX 44, 3446**

I haven

Abygayle,


Could we schedule a call for next Tuesday at 1:00 PM EST? My legal team wanted to chat with you about our BBB status as well as discuss the posting listed on our complaint page. It lists, **"It has come to BBB's attention that this business is requesting for customers to indicate to BBB that their complaint has been resolved prior to issuing promised refunds as a condition of resolving the issues. It is against BBB policy to have the positive closing of a complaint be a term of receiving a promised refund."**

When I last spoke with you I thought we covered that we were contacting clients after we had reached a resolution to ask them to resolve the issue if the complaint had been solved. We no longer issue refunds unless a client was charged for an auto-renewal they requested to cancel outside of our business hours or if they purchased a duplicate service. We had initially been refunding clients to reach resolutions because that is what the client's request was in their complaint. If we couldn't reach a resolution that didn't require a refund we would honor their request and we would issue them a refund. I think we had a few one-offs, where one of our agents was under the impression he needed them to resolve the request before refunding but we since fixed that, by addressing it with him and walking through the proper protocol. So I'm just wondering why something that is only a reflection of 3-5 complaints is being listed on our public page. We addressed it as soon as you brought it to my attention.

The only reason we refunded in the first place was because of the call we had when I first took over the BBB portal for our team. When we spoke you said the goal is for us to Resolve Client's complaints in a timely manner. I wasn't aware at the time if we had any other option but refund the clients because you said in order to improve your score and become accredited you must have 0 open complaints. In an effort to reach a B and resolve all complaints, I did exactly what clients asked for. We have since changed our policy to reflect our Terms and Conditions, presented and agreed to by the client before they purchase our product. Since we have a no refund policy. Clients requesting a refund on BBB will be given the same options our clients who call our team receives. That option is to work with our agents to create a training timeline or switch into a service that might better suit their needs.

I would like to discuss how we are graded so I can better understand how to improve our score if we aren't refunding clients. Hope this helps. Thanks again Abygayle.

Pleasure,


Michael Bowers

*Director Of Client Services*

**833-265-1270**

https://ragingbull.com/

https://www.linkedin.com/company/ragingbull/

https://www.facebook.com/RagingBullTrading/

**Attachment P**          **PX 44, 3447**



On Tue, Sep 15, 2020 at 12:54 PM Abygayle Fisher <Aby@bbbnh.org> wrote:

Hi Michael!

The best days for me are Tuesdays and Thursdays. I'm available between 9AM and 3PM on these days. Please let me know what works best for you and send over any questions you'd like answered during our call so that I have an idea of what information you're looking for.

Have a great afternoon,

**Abygayle Fisher**

*Trade Practice Specialist*
**BBB Serving New Hampshire**
(603) 224-1991 ext. 227
BBB.org



---

**From:** Michael Bowers <michaelb@ragingbull.com>
**Sent:** Tuesday, September 15, 2020 12:39 PM
**To:** Abygayle Fisher <Aby@bbbnh.org>
**Subject:** Meeting with RB



Abygayle,

**Attachment P**            **PX 44, 3448**

I was wondering if you had some time this week or next to chat about our BBB page. Let me know what dates work best for you, and we can go from there. Look forward to hearing from you and hope you had a great weekend.

Pleasure,

Michael Bowers

*Director Of Client Services*

**833-265-1270**

https://ragingbull.com/

https://www.linkedin.com/company/ragingbull/

https://www.facebook.com/RagingBullTrading/



PX 44, 3450

Redacted - Filed Under Seal

**Attachment P**          **PX 44, 3451**

Redacted - Filed Under Seal

Attachment P            PX 44, 3452

Redacted - Filed Under Seal

Redacted - Filed Under Seal

**Sent:**      Thu, 3 Sep 2020 12:51:55 -0700
**Subject:**   Payment information not accepted
**To:**        support@ragingbull.com, Michael Bowers <michaelb@ragingbull.com>

Hi Michael,
Hope you are well. I got a voice mail from you a week or so ago and want to get back to you.  Also, received several messages about my credit card information not valid to charge the renewal fee for the lifetime services that I subscribed to. I just called the customer service line and they said that I have been block in your system so Ragingbull can't sell anymore products to me just because I filed a dispute with the Better Business Bureau. I believe you were the one helping me resolving the dispute. Is this for real or is this a retaliation tactic from Raging Bull?  If that is the case, can I get my refund back to the portion of the payment that I paid for lifetime service?  You can charge me for the annual service up to the one year mark since you are blocking me from getting the lifetime service.  Please advise.

Thank you,

-Kim

**Attachment P**               **PX 44, 3455**

Redacted - Filed Under Seal

Redacted - Filed Under Seal

PX 44, 3457

Redacted - Filed Under Seal

Redacted - Filed Under Seal

Redacted - Filed Under Seal

PX 44, 3460

Redacted - Filed Under Seal

PX 44, 3461

Redacted - Filed Under Seal

Redacted - Filed Under Seal

Redacted - Filed Under Seal

Redacted - Filed Under Seal

Redacted - Filed Under Seal

**Attachment P**          **PX 44, 3466**

Redacted - Filed Under Seal

Redacted - Filed Under Seal

Redacted - Filed Under Seal

Redacted - Filed Under Seal

**Attachment P**          **PX 44, 3470**

Redacted - Filed Under Seal

Attachment P          PX 44, 3471

Redacted - Filed Under Seal

Redacted - Filed Under Seal

**Sent:** Sat, 15 Sep 2018 11:38:20 +0000
**From:** "J██ C██████ (BioTechBreakouts Support)" <kyle@biotechbreakouts.com>
**To:** Jordan Reyna <jordan@ragingbull.com>
**Subject:** [BioTechBreakouts] Re: Re: FDA Insider: Bought TRVN

##- Please type your reply above this line -##

This ticket (#191907) has been reopened.

---



Sep 15, 6:38 AM COT

Hello Jordan,

If this the case, please tell Kyle to send an email with a target price before for tat STOCK that he plans to buy with a sell, JUST THAT PETICULAR STOCK , not the email nesletter with 10 stock with prices that I do not have any idea what there are since I never trade BIO STOCK. It will great for us customes that we paid $3,999 not a chep price to send an email with the target price and sell for that STOCK just the one he palns to buy so we will have the chance for the entry point and the sell taget for a profit. But not before when he buys and then send the email having not chance at all for the entry point, the only one that it is getting to right entryb point it is Kyle having all the members buying pumping and selling the same stock at a time having not chance at all and that it is not fair for us that we are not at the computer. Having he a plan for the HESIT only not all the watch list he send that there are like 10 and I do not have a clue with one to pick. I paid for the HESIT only having him to guide us which stock one ONE TO BUY for the same entry point he plans to buy before for a fair entryb point if is the case for me continue with the HESIT. Other way will be a wait of money. Make it fair and tell him. There are really bad reviews for this type of HESIT on the internet, hope I will be one of them. I would like to see an email with only one stock tell us at what price to buy and a sell target price to sell not 10 or 15 since we do not have thetime to go for all of them. I paid for the HEIST not for the other staff. I would like to see a profit once it for all.

---

**Jordan Reyna** (BioTechBreakouts)

Sep 13, 12:52 PM COT

,

While we don't refund purchases, per the license agreement you signed, we strongly urge you to quit taking the easy route and quitting so early. I don't say this to be sound rude but to really encourage you to dust yourself off, reset your expectations and be patient. This is a process. We have to slow roast these profits, not microwave them.

Jordan

**Attachment P**          **PX 44, 3474**

**J C**

Sep 12, 3:17 PM COT

Hello Jordan,The results it is only for Kyle, when he buy a penny stock inmediatly it goes up with all the membwrs buying at the same time. Having not chance at all for an entry point. And when he solds with all the members the stock will dump having not chance to sell with a profit. Like at said I am not happy with the results and some of the peeny stocks are not realible at all. I am not happy, satisfied at all with the program. The HESIT it is well advertise to atrack some people but not seeing any results from this program. As a coustomer I am not happy and i will apreciete a full refund please $3999.I lost already $1,200 on the HEIST.Please help me with the refund, i trust you guys so i need the refund.

Thanks J C

──────── Original message ────────From: "Jordan (BioTechBreakouts Support)"
<kyle@biotechbreakouts.com> Date: 9/12/18 2:11 PM (GMT−06:00) To: J C
< > Subject: [BioTechBreakouts] Re: Re: FDA Insider: Bought TRVN

---

**Jordan Reyna** (BioTechBreakouts)

Sep 12, 2:11 PM COT

J,

Thanks for reaching out. The Heist has netted a $500 profit in a shaky market. That's not bad at all. In fact, it's the perfect foot hold to start climbing to greater profits. Pump the brakes and be patient. We are confident in Kyle and if you are as well then I'm confident you'll start seeing some great results.

Jordan

---

**J C**

Sep 12, 1:59 PM COT

Hello kyle,I am writing you because I am kind of disappointment with the results of the HESIT. It is not what I was expenting. The way you adverstise sounds to good to be true. I do not see any results with this program, when you buy a stock it goes up pump with every body buying not having a chance for a good entry. It is kind a pump and dump when you sell for us with a small gain or loss. I thought that we are going to fallow you, that you were going to gide us for a incese of the account. So far i do not see nothing. I will need a refund for the $3999 that i pay since i do not see any results.

**Attachment P**                    **PX 44, 3475**

I do not have to much money to invest in tour program. Thanks

Thanks J███ C█████

──────── Original message ────────From: Kyle Dennis <kyle@biotechbreakouts.com> Date: 9/12/18 1:13 PM (GMT−06:00) To:█████████████    Subject: FDA Insider: Bought TRVN

Good afternoon,I bought 5,000 shares of TRVN at $1.63. Starting small here again.Cheers,

Kyle Dennis

The People's Trader

**Attachment P**             **PX 44, 3476**

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861


Manage Email Preferences |
Unsubscribe All*
* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.
This e-mail was sent to the following lists:
Biotech Breakouts FDA Insider Alerts

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed

to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Thank You for Contacting Support.

**Attachment P**          **PX 44, 3478**

**Sent:**    Wed, 12 Sep 2018 01:06:02 +0000
**From:**    "D███ J█████ (Jason Bond Picks)" <support@jasonbondpicks.zendesk.com>
**To:**    Jordan Reyna <jordan@ragingbull.com>
**Subject:**    [Jason Bond Picks] Re: Refund

##- Please type your reply above this line -##

This ticket (#188595) has been reopened.

---



Sep 11, 8:06 PM COT

My request has not been resolved

---

**Jordan Reyna** (Jason Bond Picks)

Sep 11, 1:54 PM COT

,

As mentioned, you agree to auto-renewal when purchasing. However, you always have the ability to opt out of auto-renewal and we also include your renewal date on your profile. I have made sure you will not be charged again but we do not issue refunds for late cancellations and we cannot continue a conversation about refunds further.

Jordan

---



Sep 9, 7:36 AM COT

Hi Jordan,
I didn't give you any pre-authorization to renew the subscription. Sometimes you may check as your default setting without my knowledge. You should have informed me whether I like to renew or not.
Thanks,
D████

---

**Jordan Reyna** (Jason Bond Picks)

**Attachment P**        **PX 44, 3479**

Sep 7, 1:10 PM COT

D

I am the head of support. You agreed to our no refund policy when you purchased. We've made attempts to transfer you to another service of equal value but you have rejected that offer. We will make sure you are not charged again but a refund will not be issues. You can finish your current term with us.

JOrdan

---

**D J**

Sep 5, 10:12 PM COT

Hi Ali,
What I need is not some other products.
I need the refund
Thanks,
D

---

**Ali Muh** (Jason Bond Picks)

Sep 5, 12:14 PM COT

Hi D,

After speaking with my supervisor, I am authorized to offer to transfer this value over to another service of equal value.

Chances are we have friends in another service that may fit your needs better.

Check out [RagingBull.com](RagingBull.com) and see if any of those services on their site might be a good fit for you.

Let me know what you think,

Ali

**Attachment P          PX 44, 3480**

**D J**

Sep 4, 8:57 PM COT

Please escalate this issue to your supervisor

---

**Ali Muh** (Jason Bond Picks)

Sep 4, 1:50 PM COT

D,

Indeed you did.

When you purchased our service we advertised it as an auto-renewing subscription unless you canceled the recurring billing feature prior to renewal.

You failed to do so, so an authorized renewal was made.

While we don't issue refunds for late cancellations, we will make sure you are not charged again and will allow your current term to finish.

Sincerely,

Ali

---

**D J**

Aug 31, 4:15 PM COT

I didn't ask you to renew my subscription automatically. Please refund the money you charged for my credit card. You guys made the default settings as automatically renew.

Sent from my Android Device
Thanks & Regards
D

**Attachment P**              **PX 44, 3481**

**Ali Muh** (Jason Bond Picks)

Aug 31, 9:13 AM COT

D,

We have canceled your Jason Bond Picks and are sad to see you go. Your subscription will expire at the end of your current term on 2018-11-28. You will not be billed again unless you re-activate your subscription via the website.

May I ask why you are leaving? Chances are we have friends in another service that may fit your needs better.

Check out [RagingBull.com](RagingBull.com) and see if any of those services on their site might be a good fit for you.

Reply back here in the next 24 hours and I'll bet you I can work a special discount for you. I wish you all the best and appreciate your time with us.

I hope to hear back from you soon.

Ali

---

D

Aug 31, 6:23 AM COT

Please refund the subscription charged for my credit card.
I never intended to renew it.
Please cancel all my subscriptions.

---

Thank You for Contacting Support.

**Attachment P**          **PX 44, 3482**

**Sent:** Wed, 10 Oct 2018 20:05:02 +0000
**From:** ████████ (BioTechBreakouts Support)" <kyle@biotechbreakouts.com>
**Subject:** [BioTechBreakouts] Re: Re: Option Rocket: bought CYBR calls
**To:** Jordan Reyna <jordan@ragingbull.com>

##- Please type your reply above this line -##

This ticket (#194101) has been reopened.



Oct 10, 3:05 PM COT

Actually I do have a real question. Live stream is down, Get it back up.



Oct 10, 2:59 PM COT

You sure this is the approach you want to take?

**Jordan Reyna** (BioTechBreakouts)

Oct 10, 2:44 PM COT

I am the head of support. The buck stops here. We will not be continuing this conversation. If you continue to bring it up, it will be marked as spam and filtered out of our system. However, if you have questions pertaining to our subscription and access, we'll be glad to assist further. This is our final remark on the matter.

Jordan



Oct 10, 2:41 PM COT

Jordan, who is your manager? I'd like to be connected with him/her.

Thank you



**Attachment P**          **PX 44, 3483**

Huh? That is so mean. I asked you guys multiple times for a refund and you continually said no..... so I had no choice but to pursue a charge back so don't try to say that is the reason why. I am really trying to be considerate but I feel like you don't want to meet me halfway... it's your way or the highway...... so what can I do as next steps?

Thanks



---



Oct 10, 2:38 PM COT

Huh? That is so mean. I asked you guys multiple times for a refund and you continually said no..... so I had no choice but to pursue a charge back so don't try to say that is the reason why. I am really trying to be considerate but I feel like you don't want to meet me halfway... it's your way or the highway...... so what can I do as next steps?

Thanks



---

**Jordan Reyna** (BioTechBreakouts)

Oct 10, 2:23 PM COT



If you would have come to us first before issuing a dispute we could have worked something out. However, you pursued a dispute and the bank ruled in our favor. Replying to your dispute cost our company quite a bit of money so we are not willing to issue any type of refund. Next time reach out and we can work something out.

Jordan

---



Oct 9, 2:16 PM COT

Fair enough. I really only have one question.
– May I please have a refund on this service? I understand there is a No Refund Policy but if you could make an exception out of the kindness of your heart that would be greatly appreciated.

**Attachment P**                                                    **PX 44, 3484**

Thank you!



---

**Jordan Reyna** (BioTechBreakouts)

Oct 9, 8:58 AM COT



Indeed. THis is not a common issue. Let's start fresh.

List your questions in bullets and I'll gladly answer them. Please keep them clear and concise. No other clients have this issue. We want to assist but need you to meet us half way.

Jordan

---



Oct 9, 8:54 AM COT

Also can I ask you another question? Am I the only one giving you a hard time about this? I'd imagine other customers feel the same way I do. I don't think it's fair of Kyle to make you guys in the service desk to take the brunt of all this because he is making bad trades and doesn't address this at all. He should at least apologize for the shape the portfolio is in currently. Instead of winning two trades and then claiming he is "on fire"....

Thanks



I'm sorry I don't follow. How could it have been resolved? I asked you to show me where I violated the Terms and Conditions and you have yet to do that. You show me the text where it says that and I will revoke the chargeback.



---



Oct 9, 8:45 AM COT

I'm sorry I don't follow. How could it have been resolved? I asked you to show me where I violated the Terms

**Attachment P**          **PX 44, 3485**

and Conditions and you have yet to do that. You show me the text where it says that and I will revoke the chargeback.



---

**Jordan Reyna** (BioTechBreakouts)

Oct 9, 8:40 AM COT



A phone call is not on the table here. The volume we handle daily does not allow outbound calls. However, we could have resolved this by now via email vs the two emails you sent. I am glad to continue a productive conversation but would need the dispute removed as you are in violation of our terms and conditions.

Jordan

---



Oct 9, 8:36 AM COT

Hello Jordan,

Wanted to follow up on this to see if you could provide the text in the Terms and Conditions showing I can't use customer service once a charge back is requested? Also the live stream is currently offline. Is Kyle going to address how the portfolio is hemorrhaging money?

Thanks



Why can't we discuss over the phone? I promise to be civil but do you understand why I am so frustrated? Can you provide me the text in the terms where it states I waive my rights as a client upon dispute? I'm looking on the BioTechBreakouts site so am I looking in the wrong spot?

Thanks



---



**Attachment P**          **PX 44, 3486**

Oct 5, 9:04 AM COT

Why can't we discuss over the phone? I promise to be civil but do you understand why I am so frustrated? Can you provide me the text in the terms where it states I waive my rights as a client upon dispute? I'm looking on the BioTechBreakouts site so am I looking in the wrong spot?

Thanks



---

**Jordan Reyna** (BioTechBreakouts)

Oct 5, 8:46 AM COT



When someone issues a dispute they waive all their rights as a client. We even have the right to shut down your access but we are allowing you to finish. I am glad to communicate via email as an outbound call will not be made. However, a civil tone is required if we continue via email.

Jordan

---



Oct 5, 8:38 AM COT

Jordan, I'd like to speak with you over the phone directly.

---



Oct 5, 8:35 AM COT

No, that's not acceptable. Prove to me where it says that. I need to speak with someone immediately.

---

**Jordan Reyna** (BioTechBreakouts)

**Attachment P**          **PX 44, 3487**

Oct 5, 8:23 AM COT



I see you have already issued a chargeback. Due to you pursuing a chargeback dispute, you will not receive further access to our support team as you are in direct violation of our terms and conditions you signed.

Jordan



Oct 4, 12:12 PM COT

Hello wanted to follow up if you got my attached png yesterday.

Thank you



**Jordan Reyna** (BioTechBreakouts)

Oct 3, 2:05 PM COT

**Private note**



I see you have already issued a chargeback. Due to you pursuing a chargeback dispute, you will not receive further access to our support team as you are in direct violation of our terms and conditions you signed.

Jordan

**Nathan** (BioTechBreakouts)

Oct 2, 11:49 AM COT

**Private note**

customer wants to talk to you or Kyle over the phone or a refund

**Attachment P**          **PX 44, 3488**

**Nathan** (BioTechBreakouts)

Oct 2, 11:38 AM COT

Request #199632 "Re: Option Rocket: bought ACRX c..." was closed and merged into this request. Last comment in request #199632:

And you do understand the first text didn't have a strike price so I'm sure none of your clients got in this trade... I guess congrats to you but we are all left out in the cold. I also see that ZGNX isn't in your portfolio anymore and was this morning so waiting to see what you say on that too... since we didn't get any alerts on it.....

I have tried to be patient but I can't anymore. I feel as though you are giving me the run around. Here are the options:

1.) Provide me a refund.
2.) Let me talk to Jordan in the Customer Service Center over the phone.
3.) Let me talk to Kyle himself over the phone.

Next steps involve a lawyer that I have already contacted for further action. Please respond.

Thanks



On Tue, Oct 2, 2018 at 12:15 PM Kyle Dennis kyle@biotechbreakouts.com wrote:

Good afternoon,

I bought 50 ACRX October $2.50 calls at .78. These options unfortunately have moved quick already, so only below $1 do these make sense to me.

The company will have an advisory committee meeting next week that I expect to go well. I believe shares will trade well above $4 again and these calls will be an easy double at minimum.

I do also hold a large position in the FDA Insider service as well, just for full disclosure.

Cheers,

Kyle Dennis
Biotech Trader

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Manage Email Preferences (https://u6067039.ct.sendgrid.net/wf/click?upn=B3b2QVtR07unCLj8-2FpqBWvNn9zpQmDNp6szSs8fGLmhqcWIJbc-2BNeZSkQ-2FZtPN4jQr36ADYJr90y6iTYRxXP2g-3D-3D_dVyAf11u00duck395P1kBjl2GyJ7dDm38o9Cr7HW9xUfeyyhedupGpY-2BM1KzCfVF9nGwaB-2BV9YH-2BtOTWRDY3k5k2BB4SKfp3JzsN449vCFGhS7eUU1QUhBxJ-2B4EFTgj1HWZ2-2BVwR4yWRRN4glaYv5JLgTV1FfSsFitG1RxvFjudLFq-

2BkDTR76FG0Y3q0Nqjtd0V4fneVLZFfhG28eAuzR55Y3XsMVC9gfIPIJkYr1sjtkYNedK–
2FePNgauUZzQYGEfevlSxyEUDspD03aaiHmt4XluFKpI1QKiAhdseAphheclapIHFqauNer3hVjV62YVlyU5vM78ba–
2BK9EYDKBewRHBHShR4EhG5–2BnTMHWHq4–2FMg4tmux3IWanq6Xs76CRC0cueJByvXnOVe3DM–
2BvH3valHseJHotaqu9hYzLo2jpDZLbLwWFPD9eBe–2Fy–2FFfD1532VAlsK–2FAb888EXYtXFG–
2BBB7DPdvx5j35tLujWkjykU–3D) | Unsubscribe All*
(https://u6067039.ct.sendgrid.net/asm/unsubscribe/?user_id=6067039&data=sw-9A5–
RpXWQQ2lZFIc43qh1hHB–
sAUgbwB_so4Yg8mmPNj_KAfmrehonlDZrzGpjROaofNIkSH0WkXHpRf5Sqyhb4n9nxDfFBu–
cGfb5KYImzBcm6HDh4L4bzFb66KCQW2K25zMPRdN5kEKNdzNoLPWjNyRMcFl–xDxs–
MDU_qwHGKNAGQr1WePseCWulxQPVwhV9kkalld3YyFzaLD_P8PmNiH_2fB6TfZak6IqKfZjhrKHUW91ljtA2Fx9Tdee
t7UsgBYmd3GtlywSiBZJdNFuV4AywAD8T8ojjBulRcoyQxkPlfl1V_d_RIgeaHkb8gdIj–
Ymk3G9018IZ_wuxlK9ni22iukpoUz8Afvsm6_FRY5Co0Vz_pn760ODC4IKHMy_79_QwPtmzVIwEtsul4J4PAPoULdB
YwWKwOdYzoEtchHnTCPpH6ARExBi1bVyWvIoFx3UWoTY–NO–
3AndYw1Xmb83IEbhVUly3bvQsl6NlsXLcO2En8DCPWHRwUlzo7i5NbDYkOG4Q6zq1abYTrtCQXtGYKsW76qvO3lF
Ruj–NfFt6IXkpne0sdCz–mVuftgu1I3F_MmrWm5SCT4yLNcEMYF6mB3q4tDhhif5NM=)

- Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Option Rocket

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to

**Attachment P**          **PX 44, 3490**

cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.



Oct 2, 9:23 AM COT

Also the live stream is down. Tell Kyle to log in.

Sorry for the delay. See attached picture indicating a strategy to mirror. Let me know when you will be able to issue the refund.

Thanks!





Oct 2, 8:59 AM COT

Sorry for the delay. See attached picture indicating a strategy to mirror. Let me know when you will be able to issue the refund.

Thanks!



Attachment(s)
Picture.png

**Jordan Reyna** (BioTechBreakouts)

Sep 27, 10:28 AM COT



We really need to see what you are talking about to make a comment here. From our position, we are providing all that is promised in our service and without seeing otherwise we cannot change that position. Take a screen shot, save and then attach to your reply.

Jordan

**Attachment P**          **PX 44, 3491**



Sep 26, 9:17 AM COT

Were you able to view my image? If not I can send over as an attachment. Do you see how this can be very misleading though? During that webinar Kyle claims "let me do the work and you can mirror my trades". Yet this isn't what you have been telling me. Can you just please issue me a refund and I will stop bothering you and your team.

Thanks



**Jordan Reyna** (BioTechBreakouts)

Sep 26, 8:35 AM COT



Send over where you said we encourage you to mirror trades. Do we say you can mirror? Possibly. Do we say that's what our service is about and do we encourage it? No.

Jordan



Sep 25, 7:52 PM COT

Ok Jordan so I said I would give it the week but I want you to look at this where the claim is you can mirror and Kyle wants you to?? Plus the comments in the chat came in even before he even put up the graphics. Come on. I have other pics and video from this webinar and I'm ready to take action, this is just so fake.... and I keep feeling duped...

Thanks



Thanks for the detailed response. In a show of good faith, I will give it another try this week. However, part of my point and one of the main reasons I was looking for a refund was due to, what I feel is, a lack of educational content. Let me take another one of Kyle's services to try and help illustrate my point. BioTech Breakouts. If you check your record I was actually a member of this service back in early 2017. I enjoyed it but it was too fast

**Attachment P**                    **PX 44, 3492**

paced for me so I dropped the service. However, I didn't try to demand a refund. Once my subscription was done I quietly left. I understood the premise of the service and appreciated what Kyle did. Each night he'd have a detail of companies he was profiling and plays he was expecting to make. Sometimes he traded them, sometimes not... but at least there was a chance to understand the mindset behind it all with more frequent education. I don't feel that way with Options Rocket. Sure, some of trade write ups are well thought out but if he's profiling a company I'd like to see a write up beforehand and if he gets a good entry and trades it, then great, it confirms the write up. Heck, some of the write ups I feel like it's just "Hey, I am in TWTR, I liked how it bounced, good luck everyone!". It is very tough to learn from something like that.

I hope you can understand this side of the argument. Maybe I am more frustrated because I am holding Kyle to a higher standard because I have seen what he can do in his other services but haven't seen that delivered in Options Rocket to date.

In regards to the BOTS situation, maybe they aren't actual BOTS but the webinar I was in surely seemed staged. I'd be careful because I have video proof of it and the chat activity is extremely suspicious.

Thanks



Attachment(s)

image.png

---



Sep 23, 7:45 PM COT

Thanks for the detailed response. In a show of good faith, I will give it another try this week. However, part of my point and one of the main reasons I was looking for a refund was due to, what I feel is, a lack of educational content. Let me take another one of Kyle's services to try and help illustrate my point. BioTech Breakouts. If you check your record I was actually a member of this service back in early 2017. I enjoyed it but it was too fast paced for me so I dropped the service. However, I didn't try to demand a refund. Once my subscription was done I quietly left. I understood the premise of the service and appreciated what Kyle did. Each night he'd have a detail of companies he was profiling and plays he was expecting to make. Sometimes he traded them, sometimes not... but at least there was a chance to understand the mindset behind it all with more frequent education. I don't feel that way with Options Rocket. Sure, some of trade write ups are well thought out but if he's profiling a company I'd like to see a write up beforehand and if he gets a good entry and trades it, then great, it confirms the write up. Heck, some of the write ups I feel like it's just "Hey, I am in TWTR, I liked how it bounced, good luck everyone!". It is very tough to learn from something like that.

I hope you can understand this side of the argument. Maybe I am more frustrated because I am holding Kyle to a higher standard because I have seen what he can do in his other services but haven't seen that delivered in Options Rocket to date.

In regards to the BOTS situation, maybe they aren't actual BOTS but the webinar I was in surely seemed staged. I'd be careful because I have video proof of it and the chat activity is extremely suspicious.

**Attachment P**                    **PX 44, 3493**

Thanks



---

**Jordan Reyna** (BioTechBreakouts)

Sep 21, 9:05 AM COT



Thanks for meeting us halfway here.

I'll be glad to address each topic you laid out.

1. MIrroring – While many clients do mirror our trades, our real goal is for each of our clients to learn our strategy. We are educationally–based. Mirroring will yield mixed results and that's why we promote the education and not mirroring. Our most successful clients use our trade alerts as a reference, watching our strategy at work. These successful clients use the strategy they've invested time in learning to find their own gold nuggets. We've taught them how to fish vs just giving them fish. That's our real goal here and with a little time and effort I think you can right the ship after investing time in learning vs leaning on mirroring.

2. While there are ups and downs in the market, every trader will experience losses. However, Kyle has a proven track record of turning things around. The key during the tough times is to hone your skill. Limit the losses and optimize the profits. Our focus is to lock in the consistent 2–5% wins and while that may be frustrating to folks looking for the big win, it's a systematic approach that pays well over time. That's covered extensively in our educational videos. Has it been a little slow going? Yes. Has it been profitable though? Yes. While it's not the sexy 20+% wins, we are still trading at a solid profit.

3. Unfortunately with the size of our team, phones are not always conducive to communicating with clients. We have a small, lean team that does a great job. While we do take incoming calls, we cannot answer each of them. If a voicemail is left we send out a fast email and continue there to get you the fastest replies/answers possible. We are good at email. Give us a chance to help here.

4. I want to be 100% honest with you...WE DO NOT USE BOTS. Anyone you see in the room or an any of our webinars is flesh and blood just like you. The room is filled with interested parties looking at possibly learning how to invest, or our employees who are there to help. We wouldn't use bots. We work hard to provide a quality service so I wanted squash that thought of us using bots.

Since we have addressed each of your concerns, in depth, I hope you see the need to try this again. Take time to learn. It's worth it. Mirroring yields mixed results. Learn at your own pace. Ask questions. Let's work together.

Take the weekend to get reset and let's get to work next week.

Jordan

**Attachment P**          **PX 44, 3494**



Sep 20, 12:49 PM COT

Thank you. I appreciate the response. I do apologize for the inappropriate tone – it is not directly at you or your team – I am just very frustrated with this service. I can, and will be civil. I just took this tone because I feel like I am being shut out by this support line. Here are my reasons leading to frustration:

1.) The service isn't really what I thought it would be. It is very difficult to mirror Kyle's positions as you know. As you always say, don't mirror, use it for education. However I feel like education has been lacking. I know those 6 starting video are out there but I guess I thought more videos or continuing education would be available. On the flip side he does this with BioTech Breakouts and that service was fine and I had no issues with it when I was subscribed as I understood what I was getting in to. I also thought these would be longer term plays (3–6 weeks) but the winners have been all short term plays so it's frustrating to miss the boat on the winners and get stuck in all the losers.

2.) The overall performance of this service has been sub-par. Obviously that leads to some frustration. Are other customers upset? I can't see how they can be satisfied and then it frustrating to see Kyle on social media tout huge wins when this particular service is not doing well.

3.) I wanted to discuss this over the phone instead of through email but the phone number I get provided doesn't work. I have tried it multiple times and at different points in the day and have not gotten through once and my voicemails are never returned.

4.) I attended a webinar with Kyle last night and it is frustrating because you can clearly tell it was filled with fake accounts (a.k.a. BOTS) in the chatroom. Part of why I liked this service is a trust factor with Kyle and the team but when something like that happens – it breaks trust and I feel deceived. It certainly gives the impression he is only out to sign up new members.

Now obviously I understand trading is risky and that not all trades are winners. I know there is a no refund policy but I believe after I laid out my situation above, a refund could still be applicable. I didn't want to debate with you but I felt I was left with no choice. I hope you can understand this side of the story. I would still like to speak with someone and ultimately receive a refund on this service and we can both mutually part ways.

Thanks



---

**Jordan Reyna** (BioTechBreakouts)

Sep 20, 9:15 AM COT



**Attachment P**                **PX 44, 3495**

I am the head of support. We'd be glad to continue this conversation after you adopt a civil tone. Your current approach is setup to debate and we are a support team, not a debate team. If you wish to work toward a real solution, reply back in a civil tone and we can pick up the conversation from there.

Jordan

---

**Allen Brown** (BioTechBreakouts)

Sep 19, 10:23 AM COT



Per my PM today–

---



Sep 19, 9:26 AM COT

Honestly, how can we trust anything you say. All your recommendations are huge losses. I'd like to speak to Kyle directly, this is getting out of hand. The portfolio has been HORRIBLE since launch. Let me know when he's available to chat. I won't go away until I speak to Kyle himself. The next place I go is BBB and the local news.

Thanks

On Wed, Sep 19, 2018 at 10:20 AM Kyle Dennis <kyle@biotechbreakouts.com> wrote:

Good morning,

I bought 10 CYBR January 2019 $80 Calls at $3.40.

The company is a security company that has been beating earnings expectations quarter after quarter.

Cybersecurity is a strongly growing industry as we have seen "hacks" of almost all of the really large retail companies. Billions of records have been stolen in the last 5 years.

I expect shares to charge up to the $100 mark when the Nasdaq (the tech index) settles down and consolidates to go higher.

The next relevant catalyst for CYBR will be its next earnings call in early November.

Cheers,

**Attachment P**          **PX 44, 3496**

Kyle Dennis
Biotech Trader

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Manage Email Preferences (https://u6067039.ct.sendgrid.net/wf/click?upn=B3b2QVtR07unCLj8-
2FpqBWvNn9zpQmDNp6szSs8fGLmhqcWIJbc-2BNeZSkQ-2FZtPN4jQr36ADYJr90y6iTYRxXP2g-3D-
3D_dVyAf11u00duck395P1kBjI2GyJ7dDm38o9Cr7HW9xUfeyyhedupGpY-2BM1KzCfVF9nGwaB-2BV9YH-
2BtOTWRDY3k5k2BB4SKfp3JzsN449vCFHF3Wdhj8QrgEeU-
2FDWHhmyNTfdwgPbjvTJMFgtqy1Og3bFx6XpswJrbZtkxbuYO8yMmJc7lzlXq5NRoYd2pbXt8XJv5G7ZJ2vQ035tzK-
2B8xU5qkjjTGiDA-2B0js6-2BR0uMuV4Sq2ac2idhoYrDsAKQc7eS7MN0Zb3ZBNIafzu0TEBT2qG8WFuOLtyXQy-
2BHqrLxrdIeX0yDCuyvGIkNFm7eWC7WxDoC1wXx7qfHsHu...) | Unsubscribe All*
(https://u6067039.ct.sendgrid.net/asm/unsubscribe/?user_id=6067039&data=JpJfbd3K3vePl_FSihj1UwG4lN6doEY
dmOtl_e1GjcTSplsBzhhMiP7RogajAG9JalaOJE7jMPXOPOHaXOGnIE2wDnfgnMUx3mTeV_7aUIPll_GnLkNrdx2n3bqoO4
tYo1Gei5RIzkZU8Z9XkPJ8XTPoN0foPn3WQjNzCth7OxQinBruoie_cScMYLDyK3oY-
XLtPS1b9tLyKTXwVdw20LEqUh2Y42mzAPN2HqUsd_gxnmX7A7-8dwzZU3wV6ewlhncfnxjifdCIJGtDiaVqha-
NPmuuwgyzu9k65BY8cj0wfqkF-TsMbcG_ea6wENRM83ZiupiwOBTO1DLL7sg4CPSrtHjMfCf1quA58o5VzPuTaE-
Dl0FkHxhMCy-fURI9cCmNF7H2ilS8FRG5MDw0g-ydxdR9yWaobS-_SR...)

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to
contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Option Rocket

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser
nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory
authority. Users of this website are advised that all information presented on this website is solely for
informational purposes, is not intended to be used as a personalized investment recommendation, and is not
attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees
and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all
such individuals are buying and selling such securities for their own account. These individuals do not engage in
any trades with customers. The buying and selling of securities by these individuals is not part of a regular
business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such
information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed
as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine
for themselves what specific investments to make or not make and are urged to consult with their own
independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her
own investment research and decisions, should seek the advice of a qualified securities professional before making
any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and
information included on this website are based on sources believed to be reliable and written in good faith, but
should be independently verified, and no representation or warranty of any kind, express or implied, is made,
including but not limited to any representation or warranty concerning accuracy, completeness, correctness,
timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or
information or to keep such opinions, analyses or information current. Also be aware that owners, employees and
writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this
website or newsletter, but all such positions are held for such representative's own account. Past results are not
indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses

**Attachment P**                          **PX 44, 3497**

reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Thank You for Contacting Support.

**Attachment P**          **PX 44, 3498**

**Sent:** Thu, 06 Sep 2018 19:33:01 +0000
**From:** "  (Jason Bond Picks)" <support@jasonbondpicks.zendesk.com>
**To:** Jordan Reyna <jordan@ragingbull.com>
**Subject:** [Jason Bond Picks] Re: I didnt realize Auto renewal was set up

##- Please type your reply above this line -##

This ticket (#189470) has been reopened.

---



Sep 6, 2:33 PM COT

Just to clarify--it seems as though you are punishing me just for leaving negative review. I was simply being honest. I am a new costumer and made a simple mistake. With all due respect, you didn't make much of an effort to accommodate, or even take a call.

As I said I would happily revise my comment if my experience changes.

Its very unfortunate that we got off to such a bad start, I would have loved to be a longtime member of JBP. I also have many like minded friends that could benefit from a service like this.

All I wanted was a chance to chat on the phone and see if we can reach some form of common ground. Hopefully you can agree to this and get passed this rough start. if you are not interested, then unfortunately I will no longer be a member of JBP upon the expiry of my current term.

Regards,



---

**Jordan Reyna** (Jason Bond Picks)

Sep 6, 2:07 PM COT



I see you decided to leave a negative review. With that being the case we must hold the line on our policy. At this time we'll allow you to finish your current term and it will expire then.

Jordan

---



Sep 5, 4:19 PM COT

**Attachment P**          **PX 44, 3499**

Again I completely understand your policy, I am just confused as to why you can not make an exception in this case. There was clearly an honest mistake and simple misunderstanding. Is there anyway I can speak to someone on the phone, to go over my circumstances again, and go over my various options ?

Thanks,



—––
Sent from my iPhone

---

**Jordan Reyna** (Jason Bond Picks)

Sep 5, 3:45 PM COT



Thanks for reaching out but we do not issue refunds for past purchases. I spoke with Micah on this and he said he reiterated that we do not issue refunds. The best we can do is either transfer you to another service of equal or lesser value or simply allow you to finish your current term and not be charged again. Those are the only two options available.

Jordan

---



Sep 5, 3:34 PM COT

Hello. Just to provide a brief update. I spoke to Micah on the phone just a few moments ago. He was very generous and understanding. He should be reaching out to you soon to touch base and go forward with the refund.

Thank you all for understanding! I look forward to becoming a member again when my availability clears up!

Very best regards,



—––
Sent from my iPhone

---

**Attachment P**          **PX 44, 3500**

**Crystal** (Jason Bond Picks)

Sep 5, 9:33 AM COT

Request #189610 "Unexpected changes jason bond picks" was closed and merged into this request. Last comment in request #189610:

Hello. I hope all is well. Micah from Jasons bonds office suggested that I reach out to you. To provide a brief a background, I signed up for a 7 day trail at Jason Bond Picks for 7 USD. Although i expected my membership to expire at the end of the 7 days, without warning i was automatically renewed for a full membership of 400USD for just three months. I voiced my concern and this misunderstanding to the support centre at Jason bond picks. Jarod ( the fellow who responded to my inquiry) as of now is unwilling to accommodate, and stated "We don't issue refunds." Although this policy is understandable, please note that i literally tried to get a refund minutes after the charge went through. Also please understand my circumstances. It was clearly only my intention to sign up for 7 days, and 7 days only! I don't believe that I was issued a fair was warning that my membership will be renewed at the regular rate. There were no reminder emails. In fact i don't even recall seeing anywhere which mentions that i will be automatically renewed.

Given that I am from Canada with the conversation rate and fees the total came to be 535 CAD. At Jason Bond's Picks they pride themselves at having excellent costumer service. It would do a big injustice to that reputation if I cannot be accommodated. I am sure you can appreciate that 535$ is a very steep price to pay for a simple and honest misunderstanding.

Please note, that I did enjoy the product and would definitely recommend/ consider rejoining in the future. However, at the moment I just don't have the capacity to really take advantage off the features offered, which is why I would like to cancel Membership at the moment.

I look forward to hearing from you.

Thank you very much,



---



Sep 4, 2:36 PM COT

I just noticed a promotion offered yesterday to renew for 30 days for 49 USD. As I said, I was away on vacation and didn't see this message, are you able to switch my account to this rate ? I believe that is a fair compromise given the circumstances.

Thanks,



– – –
Sent from my iPhone

**Attachment P**          **PX 44, 3501**



Sep 4, 1:49 PM COT

I completely understand that this is your policy. However I was a user for only 7 days and didn't realize this rule. I don't think it is fair to be charged 400 USD just on a simple misunderstanding on my part. I was away on vacation the passed few days and didn't realize that I will be automatically renewed. I feel you should have communicated this more clearly. Is there anything we can do to cancel or lessen this cost?

**Jordan Reyna** (Jason Bond Picks)

Sep 4, 1:40 PM COT



As advertised, the trial auto renews unless you cancel prior to the renewal date. While we don't issue refunds, I'll make sure you are not charged again and you can finish your current term. We've got some great things in store over the next few weeks.

Jrodan



Sep 4, 1:33 PM COT

Hello, My name is ████ █████ I recently decided to do a 7–day membership for 7$. I was under the impression that my membership will automatically expire in 7 days. I realized today that I was set up for auto-renewal. Frankly, I don't feel like I was properly informed that I was signed up to automatically renew my subscription. Although I did thoroughly enjoy the product, I don't wish to continue my membership at this point. However, I am strongly considering renewing at a later date. Can you please reverse the charge and cancel my membership?

Sorry for the inconvenience,

Best,



Thank You for Contacting Support.

**Attachment P**          **PX 44, 3502**

**Sent:** Fri, 24 Aug 2018 13:57:53 +0000
**From:** " ██ ██ (BioTechBreakouts)" <support@biotechbreakouts.zendesk.com>
**To:** Jordan Reyna <jordan@ragingbull.com>
**Subject:** [BioTechBreakouts] Re: You guys should be ashamed of yourselves

##- Please type your reply above this line -##

This ticket ([#185793](#)) has been reopened.

---



Aug 24, 8:57 AM COT

I have experience with all of your services, mostly negative.  I asked for a refund for what I paid for BioTech Breakouts because the service is not one iota as promised.  I was told no, repeatedly.  No one offered to "work with me" or transfer me or credit the amount I paid to any service I might have liked. That was bad enough, but to try to stifle my reviews of Biotech Breakouts?  Which are 100% accurate?

I wouldn't have posted about Jason Bond Picks (which I also consider to be full of false representations) but for your company's concerted efforts to stifle my reviews of BioTech Breakouts.
I stand by every word I posted.
I will be done with Nucleus in March, 2019 and it's not soon enough.
It's too bad, too, since there's one service I would have renewed.

---

**Jordan Reyna** (BioTechBreakouts)

Aug 24, 8:46 AM COT



We are sorry you didn't enjoy the service you received. We would be glad to work with you to help it better fit your needs or transfer you over. However, it appears you are more interested in spreading negative press then finding a mutually beneficial solution. It if your right to post reviews. While we wish we could have found a good solution for both parties we will no longer pursue your membership. We wish you all the best.

Jordan

---



Aug 24, 8:22 AM COT

I requested a refund because the pitch Kyle Dennis gave was nothing like what his service actually is. Your company refused to give me a refund. I posted a negative review on Trustpilot, your company reported it, I

**Attachment P**                    **PX 44, 3503**

posted another negative review on Trustpilot, and your company reported that as well.

I will keep posting my negative (and honest!) reviews on Trustpilot. First Amendment, dudes. And the service is horrible, and people should be allowed to make informed decisions.

As I told your company when you refused to give me a refund, no more Raging Bull products for me. It's too bad, too, since I would have renewed Trader's Council.



Thank You for Contacting Support.

**Attachment P**          **PX 44, 3504**

**Sent:** Wed, 15 Aug 2018 13:37:38 +0000
**From:**  (BioTechBreakouts)" <support@biotechbreakouts.zendesk.com>
**Cc:** Jordan Reyna <jordan@ragingbull.com>
**Subject:** You're a conartist

##- Please type your reply above this line -##

You are registered as a CC on this support request (183138). Reply to this email to add a comment to the request.

---

████████ (BioTechBreakouts)

Aug 15, 8:37 AM COT

> **Private note**

NRN

---

████████

Aug 14, 7:19 PM COT

How do you sleep with yourself, knowing you're a typical run of the mill con artist? I happen to be an economist for the last 30 years with a masters in Finance. I've been an investment consultant for more than 20 years for fortune 100 companies. I was even a day trader for many years. I've been offered tons of money by people who want me to teach them how to make money. You know why I don't take their money? Because, unlike you, I have ethics. You're a disgrace to civilization and charlatans like you selling snake oil should be indicted for false advertising. I'd put my chops of investment theory up against yours anyday of the week. But you would not debate me, because ethical academics like us are a threat to your fraudulent business. Shame on you. Your Youtube video ads are a joke and an annoyance. Get a legitimate job and try to be do good instead of being a liar.

---

Thank You for Contacting Support.

**Attachment P**          **PX 44, 3505**

**Sent:** Tue, 07 Aug 2018 16:54:31 +0000
**From:** "█████ (BioTechBreakouts Support)" <kyle@biotechbreakouts.com>
**To:** Jordan Reyna <jordan@ragingbull.com>
**Subject:** [BioTechBreakouts] Re: Re: Sold SHOP

##- Please type your reply above this line -##

This ticket ([#180129](#)) has been updated.

---



Aug 7, 11:54 AM COT

Jordan,

I would have preferred an apology from Kyle Dennis but as I strongly want to move away from him I will sign the document. Except it says terminate with all Raging Bull services and this should be only for the Option Rocket services. I still have time remaining on the MRM service.



---

**Jordan Reyna** (BioTechBreakouts)

Aug 7, 9:11 AM COT



Your ongoing avoidance of an apology further proves that you are not someone who fits the kind of clients we desire. I will refund you after you sign this NDA. It will be emailed to you shortly. Sign the legally binding document and we'll issue the $1298 refund.

Jordan

---



Aug 6, 12:23 PM COT

Jordan,

I am just asking for honesty, integrity and a fair service from you. Easy enough to admit you provided a bad service and refund the money. Other ethical services do this. If you are not willing to do that, then my assessment is correct. You said Friday you would provide the refund, no mention of apology. I guess you lied. Why should I trust you that anything I provide would result in a refund? Your email is the uncivil one.

**Attachment P**          **PX 44, 3506**



**Jordan Reyna** (BioTechBreakouts)

Aug 6, 11:57 AM COT



You trade at your own risk. Reply back and with an apology and we'll get this going. We are not going back on anything, just asking for some civility. If you cannot do that then we have no reason to believe you would honor an NDA you sign.

Jordan



Aug 6, 10:53 AM COT

Jordan,

If I get a written apology from him for his service blowing up my account and not being willing to acknowledge the bad service provided, I might consider it. Is this another example of going back on what you said?



**Jordan Reyna** (BioTechBreakouts)

Aug 6, 8:45 AM COT



We'll take care fo this but require a written apology for the "slimeball, coward" comments.

Jordan



Aug 3, 3:12 PM COT

Jordan,

I appreciate your response. I prefer to go with the $1298 refund option. I am fine to sign an NDA.



---

**Jordan Reyna** (BioTechBreakouts)

Aug 3, 12:36 PM COT



My name is Jordan and I am the head of support. The buck stops here.

Before I start, I'd like to ask you to adopt a more civil tone going forward. We wouldn't dare insult you so we ask the same going. This will help us reach a mutually beneficial outcome.

While we don't normally issue refunds I'd like to provide two options.

1. We issue a prorated refund for the time you have remaining on the Option Rocket ($1298) – this will require a non disclosure document to be signed and returned.

or

2. You forgo a refund and we transfer those funds to another current subscription you have with us. I noticed you are a Millionaire Roadmap client and I would be glad to use those funds to extend that subscription an advantageous amount.

Let me know which you prefer and I'll get that started for you. I hope we can come to a mutually beneficial arrangement.

Jordan

---



Aug 1, 1:27 PM COT

Nathan,

**Attachment P**          **PX 44, 3508**

That's a pretty standard lame excuse for a bad service. And in fact, this service is different in that it was marketed as a service to mirror. Thus the option rocket methodology where Kyle does all the work. It's all documented.

It will be cheaper for me and Kyle for Kyle to man up, admit he has provided a lousy service that has cost people money, and refund my $1500. Because if I sue I am going after my losses as well as damages. And then I'm going broad public on the internet.

I'm really amazed he is such a slimeball coward he can't answer his own emails.



---

**Nathan** (BioTechBreakouts)

Aug 1, 12:17 PM COT



While it may be easy to mirror us, our service will never tell you to buy or sell a particular stock.

That is left to licensed brokers.

Our traders alert our members to the actual trades they are making in as near real time as possible considering it takes a few minutes to send out emails to thousands of people.

The purpose of our service is to watch our professional traders execute real money trades during the week and learn from them in doing so.

If a member chooses to "mirror" that trade they do so at their own risk.

Nathan

---



Aug 1, 12:00 PM COT

SHOP, Another losing crap pick from Kyle Dennis to add to all his other losing picks on this service. Seriously my grandmother flipping a coin could do better than you. What a horrible service you charged $1500 for. Be a man, show a conscience and refund my $1500. Or is Kyle too much of a coward to even read these emails?

Kyle is an absolute scum lowlife if not refunding money for this "service".

> On Aug 1, 2018, at 11:47 AM, Kyle Dennis <kyle@biotechbreakouts.com> wrote:
>
>
>
>
> Good afternoon,
>
> Unfortunately SHOP did not bounce higher. I sold my calls at $2.42 for a loss.
>
> On a bit of a cold streak last couple weeks, so must mean a hot streak is soon!
>
> Cheers,
>
>
>
>
> Kyle Dennis
> Biotech Trader
>
>
>
>
> RagingBull, LLC
> 62 Calef Hwy. #233, Lee, NH 03861
>
> Manage Email Preferences | Unsubscribe All*
>
> * Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.
>
> This e-mail was sent to the following lists: Option Rocket
>
> Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears

**Attachment P**          **PX 44, 3510**

responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

>

> If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Thank You for Contacting Support.

**Attachment P**          **PX 44, 3511**

**Sent:** Wed, 28 Feb 2018 22:40:17 +0000
**From:** " █████ ████ (Support)" <keith@lightningalerts.com>
**To:** Jordan Reyna <jordan@ragingbull.com>
**Subject:** [Lightning Alerts] Re: Address this immediately Keith

##- Please type your reply above this line -##

This ticket (#134775) has been reopened.



Feb 28, 5:40 PM -05

Jordon, what are the terms ?
$299.95 is for what length of time ?



Virus-free. [www.avast.com](https://www.avast.com) ([https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail&utm_term=link](https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail&utm_term=link))

**Jordan Reyna** (Lightning Alerts)

Feb 27, 5:21 PM -05



I am the head of support. The buck stops here. We are following the terms and conditions you signed and cannot discuss a refund further. We will continue to provide you with the service you paid for until the end of the current term.

Jordan

**Jordan Reyna** (Lightning Alerts)

Feb 27, 5:21 PM -05

Request #135372 "Regarding Your response: cancell..." was closed and merged into this request. Last comment in request #135372:

Keith, below is the reason I included you.
*Jordan* (RagingBull.com)

Feb 26, 1:24 PM EST

**Attachment P**          **PX 44, 3512**

This request was closed and merged into request #134775 "Address this immediately Keith".

*Jordan* (Lightning Alerts)

Feb 26, 1:24 PM EST

███

You must cancel PRIOR to renewal. If you are requesting cancellation and the charge is processing then that's considered a late cancellation and nonrefundable. However, we will make sure you are not charged again and that you have access throughout the remainder of your current subscription term.
Jordan

---

Jordan & Keith,

Regarding Your response: cancellation of my membership / $299.99 credit to my visa.

1.  Last Thursday, 2-22-18 I started to get sick. Friday I lodged onto Lighting Alerts chat with the intention of canceling my membership at the end of the day. But I was so sick with the flu or food poisoning, the only thing I could do was go to bed. I was throwing up continuously with uncontrollable diarrhea. I was extremely weak & I had a 104 degree temperature that continued threw Saturday night. I was lethargic, unable to get out of bed until Sunday at noon. I was totally unable to do anything. I am 65 YO, I live alone and I thought I was dying.
The first thing I did Sunday was turn on my computer, struggled for 30 minutes to find the site that had my account that allowed me to cancel the service. I believe under the circumstances a full refund is very reasonable.

2.  The reason I joined Lighting Alerts 90 day trial was because Kayle Dennis was now contributing and guiding the members. I had been checking out Kayle for months because of the possibility of joining Bioteck / Millionaire road-map. But, a few weeks after I started he announced he no longer would be with Keith Kerns and just disappeared. I was extremely disappointed but It chose to stay and see how Keith worked.

3.  The three months using the site was an absolute frustrating failure. The microphone would fail many times a day (10-20). The stream would stall. I would be forced to loge back on numerous times a day when I was active on the site. Most often I would just give up and let it stream. I implemented the reset instruction that was posted to fix the problem, but it did not fix the problem. The problem dose not stem from my brand new computer / software. The problem is your server. This has been a continual complaint from many of the members since I joined.

4.  Due to the microphone failing continually, I missed Keith statements, very important statements. Like "I don't like how (ABS) stock is acting and

I am selling now, which resulted in me losing money in trades. Keith talking about the market conditions changing I would miss important facts. etc.

5.  Keith was introduced as a swing trader and day trader on the site. Your profile of Keith and Bernie is not clear and in my opinion deceptive. The three months I was there I only experience a few swing trades that lasted a day or three. Keith and Bernie were scalping for pennies most often. I do not scalp for 0.05 cents, and I would asked for swing trade ideas and did not even get a response. If I knew there true trading style I would have not joined. The nightly news letter with stock recommendation, I found very few stocks that ever took off.

6.  I got a virus from your site, Blue Screen Ransom Ware. Keith had the same Blue Screen Ransom Ware pop up, we all heard it and Keith said how do i get rid of this.


Under the circumstances it would be very wise to reconsider and credit my visa $299.95 immediately.

If you do not comply to my request, I will file with my bank a dispute investigation and file a complaint with the Better Business Bureau and let them take care of it.
Please respond within 24 hours.



your policy

*Jordan* (Lightning Alerts)

Feb 26, 1:24 PM EST



You must cancel PRIOR to renewal. If you are requesting cancellation and the charge is processing then that's considered a late cancellation and nonrefundable. However, we will make sure you are not charged again and that you have access throughout the remainder of your current subscription term.

Jordan

https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail&utm_term=icon
Virus-free.
www.avast.com
https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail&utm_term=link
<#DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>

**Attachment P**                    **PX 44, 3514**



Feb 27, 4:32 PM -05

Keith, below is the reason I included you.
*Jordan* (RagingBull.com)

Feb 26, 1:24 PM EST

This request was closed and merged into request #134775 "Address this
immediately Keith".

*Jordan* (Lightning Alerts)

Feb 26, 1:24 PM EST



You must cancel PRIOR to renewal. If you are requesting cancellation and
the charge is processing then that's considered a late cancellation and
nonrefundable. However, we will make sure you are not charged again and
that you have access throughout the remainder of your current subscription
term.
Jordan

---------------------------------------------------------------------------------------------------------------------------------------------------------

Jordan & Keith,

Regarding Your response: cancellation of my membership / $299.99 credit to
my visa.

1. Last Thursday, 2-22-18 I started to get sick. Friday I lodged onto
Lighting Alerts chat with the intention of canceling my membership at the
end of the day. But I was so sick with the flu or food poisoning, the only
thing I could do was go to bed. I was throwing up continuously with
uncontrollable diarrhea. I was extremely weak & I had a 104 degree
temperature that continued threw Saturday night. I was lethargic, unable to
get out of bed until Sunday at noon. I was totally unable to do anything. I
am 65 YO, I live alone and I thought I was dying.
The first thing I did Sunday was turn on my computer, struggled for 30
minutes to find the site that had my account that allowed me to cancel the
service. I believe under the circumstances a full refund is very reasonable.

2. The reason I joined Lighting Alerts 90 day trial was because Kayle
Dennis was now contributing and guiding the members. I had been checking
out Kayle for months because of the possibility of joining Bioteck /
Millionaire road-map. But, a few weeks after I started he announced he no
longer would be with Keith Kerns and just disappeared. I was extremely

**Attachment P**                                             **PX 44, 3515**

disappointed but It chose to stay and see how Keith worked.

3. The three months using the site was an absolute frustrating failure. The microphone would fail many times a day (10-20). The stream would stall. I would be forced to loge back on numerous times a day when I was active on the site. Most often I would just give up and let it stream. I implemented the reset instruction that was posted to fix the problem, but it did not fix the problem. The problem dose not stem from my brand new computer / software. The problem is your server. This has been a continual complaint from many of the members since I joined.

4. Due to the microphone failing continually, I missed Keith statements, very important statements. Like "I don't like how (ABS) stock is acting and I am selling now, which resulted in me losing money in trades. Keith talking about the market conditions changing I would miss important facts. etc.

5. Keith was introduced as a swing trader and day trader on the site. Your profile of Keith and Bernie is not clear and in my opinion deceptive. The three months I was there I only experience a few swing trades that lasted a day or three. Keith and Bernie were scalping for pennies most often. I do not scalp for 0.05 cents, and I would asked for swing trade ideas and did not even get a response. If I knew there true trading style I would have not joined. The nightly news letter with stock recommendation, I found very few stocks that ever took off.

6. I got a virus from your site, Blue Screen Ransom Ware. Keith had the same Blue Screen Ransom Ware pop up, we all heard it and Keith said how do i get rid of this.

Under the circumstances it would be very wise to reconsider and credit my visa $299.95 immediately.

If you do not comply to my request, I will file with my bank a dispute investigation and file a complaint with the Better Business Bureau and let them take care of it.
Please respond within 24 hours.



your policy

*Jordan* (Lightning Alerts)

Feb 26, 1:24 PM EST



You must cancel PRIOR to renewal. If you are requesting cancellation and the charge is processing then that's considered a late cancellation and nonrefundable. However, we will make sure you are not charged again and

that you have access throughout the remainder of your current subscription term.

Jordan

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail&utm_term=icon>
Virus-free.
www.avast.com
<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail&utm_term=link>
<#DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>

On Mon, Feb 26, 2018 at 10:24 AM, Jordan (RagingBull.com) <
support@ragingbull.com> wrote:

---

**Nathan** (Lightning Alerts)

Feb 27, 2:06 PM -05

**Private note**

Request #134803 "Voicemail from: Caller +1 (206) ..." was closed and merged into this request. Last comment in request #134803:

---

**Jordan Reyna** (Lightning Alerts)

Feb 26, 1:24 PM -05

Requests #134433, #134438, #134445, #134448, #134772 were closed and merged into this request.

---

**Jordan Reyna** (Lightning Alerts)

Feb 26, 1:24 PM -05



You must cancel PRIOR to renewal. If you are requesting cancellation and the charge is processing then that's considered a late cancellation and nonrefundable. However, we will make sure you are not charged again and that you have access throughout the remainder of your current subscription term.

**Attachment P**          **PX 44, 3517**

Jordan



Feb 26, 11:42 AM -05

I canceled my account
there is a $299.95 charge on my visa
i need a credit immediately

customer service has not responded to my 3 emails.



Virus-free. [www.avast.com](https://www.avast.com) ([https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail&utm_term=link](https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail&utm_term=link))

Thank You for Contacting Support.

**Attachment P**          **PX 44, 3518**

Redacted - Filed Under Seal

**Attachment P**          **PX 44, 3519**

Redacted - Filed Under Seal

Redacted - Filed Under Seal

Redacted - Filed Under Seal

**Sent:** Wed, 15 Mar 2017 18:13:17 +0000
**From:** "Nate Stavseth (Jeff Bishop)" <jeff@topstockpicks.com>
**To:** Jordan Reyna <jordan@ragingbull.com>
**Subject:** [TopStockPicks] Assignment: Re: Sold Remaining JDST 16% & $6200 overall today!

##- Please type your reply above this line -##

You have been assigned to this ticket ([#63806](#)).

---

**Nate Stavseth** (TopStockPicks)

Mar 15, 1:13 PM COT

Hi 

I'm sorry to hear about your experience. I actually haven't heard that feedback from Kyle's service before. As always, we don't recommend anyone blindly follow Kyle's trades but to utilize the education of the service, which Kyle puts a lot of effort into to make sure members know what he's looking for. His Watch List's are also very extensive and offer plenty of other trade ideas that you can evaluate and make a move on long before he ever makes one. Just a suggestion, I would focus on his educational videos and begin to identify trade setups that look attractive to you based on what he's teaching, rather than just follow what he's doing. With so many people trying to piggy–back Kyle's trades, I understand it can be challenging to get in at the same price which is why we don't suggest doing that.

With that being said, you have been a great member and we always like to get feedback. I'd be willing to go down to $2000 for a year of the MRM service for you being a recurring client of ours. I'm putting you in touch with Jordan who can make this happen for you.

– Jeff

---



Mar 15, 12:00 PM COT

Sorry Jeff – I'm too nervous to register with it at that price considering I am in the biotech one and get zero value out of it. That one works as a pump and dump so it's a pure money loser for me.
Can you do 2k for the registration considering I'm a constant and continuous customer of yours (paying religiously every month for your service) and have a terrible experience with the biotech service that is not used at all? Can you offer it for 2k or even better let me try it for a quarter? If I se value – I'll do the full membership like I do with your service which is awesome.
Thanks,



---

**Nate Stavseth** (TopStockPicks)

Mar 15, 11:10 AM COT

Hi 

Sorry to not get back to you sooner. The cost I can offer you for MRM is $3999. If you're interested in that, I can set you up with my support team to get that taken care of for you. Also, as far as DBC, I haven't made a decision on it yet and would like to go another week before I act. It was pretty affected by the drop in oil, and will keep you posted on that.

– Jeff



Mar 14, 3:11 PM COT

blockquote, div.yahoo_quoted { margin-left: 0 !important; border-left:1px #715FFA solid !important; padding-left:1ex !important; background-color:white !important; } Hi Jeff.  Please send details on the cost at the discounted price.  Also I sent you 2 previous emails about your plans for DBC but have not heard anything yet. Cheers,

Sent from Yahoo Mail for iPhone

On Tuesday, March 14, 2017, 9:38 PM, Jeff Bishop <jeff@topstockpicks.com> wrote:

|
|
| |
| |

|
|
|

It's another great day of trading here.  I sure hope everyone is enjoying this as much as I am.

My "quick little trade" on JDST ended up being a great score today going much farther than I planned.

I sold the first half for $2250 a couple hours ago and then it just kept going higher.

I just sold the remaining 1500 JDST shares @ $19.78 for 16% on the day or another $4000.

**Attachment P**          **PX 44, 3524**

That brings the total profit on this trade is over $6000 in just a few hours!  It's a blizzard here in NH, so it's more impressive when you consider I've got my kids and half the neighborhood kids at my house today running all around.

We've been knocking it out of the park on these gold trades lately and I sure hope it keeps up.

If you got this with me, then you owe me an email.  Shoot me a quick email on how you've been doing… I want to know!  [jeff@topstockpicks.com](mailto:jeff@topstockpicks.com)

I also managed to cash in over $20,000 on my NVDA options trade today in the Millionaire Roadmap portfolio, as well as closed out $7000 in profits from the UNG options that Taylor Conway recommended a few weeks ago.

If you re NOT a member of Millionaire Roadmap yet, I can't encourage you enough to do so. I know it seems expensive, really understand that.  But where else can you get training and access to such a great team of expert traders?  I can tell you that it would be IMPOSSIBLE!

Jason Bond has put together an amazing group and I am honored to be a part of it.

He's one of the best stock market educator / trader you will ever find.  PERIOD.

Having started with a $100,000 portfolio he is now up over $80,000 on the year.  Millionaire Roadmap members get access to see his every trade and ask questions along the way.  It's really the best way for anyone to learn.

Now pay attention.  Until March 18th he is running a discounted 50% sale for this program.

If you've been on the fence about joining then all I can say is NOW IS THE TIME.

We're going to keep rocking trades this year and Millionaire Roadmap is the best way to get access to all of the top traders and top ideas out there. You do not want to be on the sidelines.

If you want access to this offer then email me directly and I will personally make sure you get set up!

**Attachment P**              **PX 44, 3525**



Well, it's turning out to be a great snow day.  Time to get a fire going and get ready to shovel out of this mess tomorrow!

Have a great night.

***Please note that all membership charges will appear as "RagingBull.com LLC" on your billing statement.***

|
| Neither Topstockpicks nor RagingBull.com, LLC (publisher of TopStockPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Trades issued to paid members are one hundred percent unbiased and TopStockPicks.com is never compensated for them.
If you have a current active subscription with Top Stock Picks you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at TopStockPicks.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):
 Remove me from Premium Email List

835 E Lamar Blvd #263 Arlington, Texas 76011 United States |

|

|

**Attachment P**                      **PX 44, 3526**



Thank You for Contacting Support.

**Attachment P**          **PX 44, 3527**

**Sent:**   Mon, 09 Jan 2017 15:37:29 +0000
**From:**   "Nathan Krueger (PennyPro)" <support@pennypro.zendesk.com>
**To:**   Jordan Reyna <jordan@ragingbull.com>
**Subject:**   [PennyPro] Assignment: Cancellation

##- Please type your reply above this line -##

You have been assigned to this ticket (#57660).



Jan 9, 10:25 COT

I did cancel the auto renew but I also canceled this the day that I signed up for the 1 month trial. I'm not sure why you wouldn't grant my request to cancel service refund my money. I'm not sure if your system changed my auto renew policy which I think would be bad business. I have already filed a dispute on the charge so I would appreciate you VOIDED the transaction as I know how chargebacks can affect your merchant account. I am not interested in keeping an account with Penny Pro. If you wont refund my money, I will proceed with the chargeback and take it to arbitration if necessary. I think this is a horrible way to operate on your behalf. I don't want the service, I won't be logging in to the service and I don't appreciate you throwing some  "No Refunds Clause" in my face.
Please respond ASAP as I will need to finalize my dispute or let my bank know that you have granted the refund and voided the transaction.
Thanks,

 .

On Monday, January 9, 2017 7:05 AM, Nathan (PennyPro) <support@pennypro.zendesk.com> wrote:


#yiv0578060939 table td {border-collapse:collapse;}



**Nathan Krueger** (PennyPro)

Jan 9, 10:05 COT

 ,

We do see that you canceled your auto renew. However, it was after your account had already been charged for the next quarter. While we do not give refunds. You will still have access to your account until the next bill date of 4/6/2017. At that time your account will be closed unless you reactivate your subscription.

Nathan

---



Jan 6, 19:27 COT

Jeff,

I was charged $299.99 today and I had selected the option to cancel auto–renewal as I did with Jason Bond and Kyle Dennis programs.

Please refund my money as I have decided to hold off on a longer term membership to your program.

Thanks,



Thank You for Contacting Support.

**Attachment P**          **PX 44, 3529**

**Sent:** Thu, 22 Dec 2016 17:40:45 +0000
**From:** "█████████ (Jason Bond Picks)" <support@jasonbondpicks.zendesk.com>
**To:** Jordan Reyna <jordan@ragingbull.com>
**Subject:** [Jason Bond Picks] Re: Need to Cancel

##- Please type your reply above this line -##

This ticket ([#55043](#)) has been reopened.



Dec 22, 12:40 COT

Hi Jordan,

I had specified in a previous email that it was my intent to stop the service and no longer continue. When I cancelled (within the guidelines) I was told by Nathan that my service stopped immediately. However, I still had 2–3 days left on my trial that I have the right to still receive. I did not ask for my account to be re-activated for automatic renewal again. I only wanted what was fair. An email was sent back to me staying that my service was activated again and that I would need to cancel (again). That is confusing to me because when would I cancel since I was already 2 days away from my subscription ending.

Now you are saying that I wont be charged anymore going forward. If that's the case then this should have also applied to when I cancelled the first time. I am not exactly sure why you are being difficult when I did everything appropriately the first time. I would suggest that you do not move forward with this charge against me as I have alerted my bacon and made a claim against you for these charges that I clearly tried to cancel. The transaction currently is pending. If it posts then we will continue and add Chase Bank into the mix.



---

**Jordan Reyna** (Jason Bond Picks)

Dec 22, 12:03 COT



Thanks for reaching out. I am the head of support and I reviewed your conversation with Nathan. I see that you requested to have your trial reactivated, voiding your cancellation. We then notified you that you will need to cancel BEFORE the renewal date. You failed to do so. With that being said, we will not be issuing a refund here. However, we will make sure you will not be charged again.

If there is something else we can assist with then please let us know. However, the recent charge is valid and a refund will not be issued or discussed further.

Jordan

**Attachment P**          **PX 44, 3530**



Dec 22, 11:51 COT

That is incorrect. I had asked for my full 30 day trial, not for you to deactivate my account for renewal. I need you to refund my money please.



---

**Nathan Krueger** (Jason Bond Picks)

Dec 22, 11:28 COT



We had reactivated the account as you asked for. We then informed you that you needed to cancel before the renew date and that we do not give refunds.

Nathan

---



Dec 22, 11:23 COT

Hi Nathan,

I just saw that my account has been charged $399 from your company. I had cancelled the service as you know, so can you please reverse the charges? Thank you



---

**Nathan Krueger** (Jason Bond Picks)

Dec 19, 14:59 COT

**Attachment P**          **PX 44, 3531**



We are going to reactivate your account for the remaining time. It will be up to you to cancel your subscription before the renew date.

We do not do refunds!

Nathan

---



Dec 19, 13:34 COT

Hi Nathan,

The problem that I have with that is that I paid for a 30 day trial which means I should have 3 days left. This email should be considered my intent to cancel after my full trial period.

---

**Nathan Krueger** (Jason Bond Picks)

Dec 19, 09:56 COT



Great question. Because your account was a trial account access stopped as soon as you canceled.

Nathan

---



Dec 19, 09:04 COT

Thanks Nathan,

I appreciate your help. Do I still have the service for the remainder of my first month? I started on Nov. 22nd, so

**Attachment P**              **PX 44, 3532**

I wasn't sure if I still get the final few days? Thanks again for your help!



**Nathan Krueger** (Jason Bond Picks)

Dec 19, 08:54 COT



Your subscription has been canceled. Thanks for letting us know what was going on. Best of luck and hope to see you again.

Nathan



Dec 19, 08:44 COT

Hi Jason,
I signed up on November 22nd for a one month discounted trial and I am writing this to you to cancel my membership. I really enjoy your services, however, the regular cost of you service is a little high for me at this point since I am only trading on a limited basis currently. I would like to rejoin in the future, however, at this point I need to cancel. Thank you for your assistance!

Thank You for Contacting Support.

**Attachment P**          **PX 44, 3533**

**Sent:**      Thu, 22 Dec 2016 17:18:39 +0000
**From:**      "█████ ████ (PennyPro)" ████████████
**To:**        Jordan Reyna <jordan@ragingbull.com>
**Subject:**   [PennyPro] Re: Re: Added PMCB

##- Please type your reply above this line -##

This ticket (#55356) has been reopened.

---



Dec 22, 12:18 COT

You are not a reputable company

-----------------------------------
From: Jordan (PennyPro) <█████████████>
Sent: Thursday, December 22, 2016 12:13 PM
To: ████ ████
Subject: [PennyPro] Re: Re: Added PMCB

---

**Jordan Reyna** (PennyPro)

Dec 22, 12:13 COT



We fulfilled our advertised service. We cannot be held accountable if you believed it was something else outside of what was advertised.

If you have any other support items we can assist with, please let us know, but we cannot enter a debate on the current topic.

Jordan

---



Dec 21, 16:56 COT

I did not get what I believed what you were offering.

-----------------------------------
From: Jordan (PennyPro) <██████████████>

**Attachment P**          **PX 44, 3534**

Sent: Wednesday, December 21, 2016 4:48 PM
To: ██ ██
Subject: [PennyPro] Re: Re: Added PMCB

---

**Jordan Reyna** (PennyPro)

Dec 21, 16:48 COT

██

That's what we advertise and what our service is based around. We have made sure you are not charged again.

Jordan

---

██ ██

Dec 21, 16:20 COT

That not what I signed up for and why I wanted to cancel the day after I subscribed

_____
From: Jordan (PennyPro) < ████████ >
Sent: Wednesday, December 21, 2016 4:15 PM
To: ██ ██
Subject: [PennyPro] Re: Re: Added PMCB

---

**Jordan Reyna** (PennyPro)

Dec 21, 16:15 COT

We want you to learn our strategy, not rely on mirroring our trades.

Jordan

---

**Jordan Reyna** (PennyPro)

Dec 21, 16:15 COT



We send out watch lists for potential swing trade alerts once per week. Day trades move too quickly that we do not send out a watch list for those.

Jordan

---



Dec 21, 15:40 COT

Excuse me but you know that you had made up your mind to watch the stock before the market opened.

We need to know what you are planning to you before you do it so that we can get in at the same time and price that you do.

Otherwise you are no better than the pump and dump free advisories.

------------------------------------
From: Jordan (PennyPro) ██████████████████
Sent: Wednesday, December 21, 2016 12:21 PM
To: ██ ████
Subject: [PennyPro] Re: Re: Added PMCB

---

**Jordan Reyna** (PennyPro)

Dec 21, 12:21 COT



Alerts take place as the market opens and stocks move. If we could send out alerts and what they were going to do prior or market open then we'd need a crystal ball.

Jordan

██ ██

Dec 21, 10:04 COT

Why can we not get these alerts before the market opens?

_____
From: mailer@infusionmail.com <mailer@infusionmail.com> on behalf of Jeff Williams ██████████
Sent: Wednesday, December 21, 2016 9:39 AM
To: pcfloors@msn.com
Subject: Added PMCB

[PennyPro]

Added 20k PMCB at .154 for swing breakout price is .16 with targets .175 to .20

Jeff Williams
PennyPro.com

[Special]<https://app.ragingbull.com/ad/3/link>

Please note that all membership charges will appear as "Lighthouse Media" on your billing statement.

Helpful Links:

Video
Lessons<https://mr141.infusionsoft.com/app/linkClick/121498/1d2425eec7fe4391/94582686/8932600c22fe4f4f>: Learn the PennyPRO Strategy through this ever-evolving series of lessons.

Email <mailto:jeff@pennypro.com>
Jeff<https://mr141.infusionsoft.com/app/linkClick/121500/383c5c51187d99e6/94582686/8932600c22fe4f4f>: Get the help you need. Member questions are never a bother.

Chat
Room<https://mr141.infusionsoft.com/app/linkClick/121502/37318c2dd833dd5b/94582686/8932600c22fe4f4f>: Join the Chat Room.

Chat Room Rules and
Guidelines<https://mr141.infusionsoft.com/app/linkClick/121504/4a0ff7e4a56c5a47/94582686/8932600c22fe4f4f>: Make sure you know how to use Chat properly.

Neither Penny Pro nor Lighthouse Media LLC (publisher of Penny Stock Pro) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should

**Attachment P**                    **PX 44, 3537**

seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for Lighthouse Media LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Penny Pro manages on behalf of Lighthouse Media LLC.

If you have a current active subscription with PennyPro you will need to contact us http://www.pennypro.com/contact/ if you want to cancel your subscription. Opting out of emails does not remove you from your service at PennyPro.

If you no longer wish to receive our emails, click the link below:

Unsubscribe<https://mr141.infusionsoft.com/app/optOut/33/ade3009632a561fa/94582686/8932600c22fe4f4f>

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

Thank You for Contacting Support.

Attachment P                PX 44, 3538

Redacted - Filed Under Seal

Redacted - Filed Under Seal

**Attachment P**          **PX 44, 3540**

Redacted - Filed Under Seal

**Attachment P**          **PX 44, 3541**

Redacted - Filed Under Seal

Redacted - Filed Under Seal

**Attachment P**          **PX 44, 3543**

**To:**     WeeklyMoneyMultiplier <jeff@weeklymoneymultiplier.com>
**Subject:**  Re: [WeeklyMoneyMultiplier] Re: Re: Stocks are up again & Update on covered call trade
**Sent:**   Fri, 22 Feb 2019 21:26:12 +0000

YOU ARE WRONG! They sold this service as an alert service to trade options like other traders out there that really know what they are doing, did you see his calls on EA? one of the worst trades I've seen with all the divergences on the chart and after a huge gap up, the trade should've been to buy puts, this is just one of the many trades he has been deadly wrong, watching these guys trades would make no difference, they are wrong!, this self proclaimed "one of the best option traders in the world" is a SCAM, they never advertise this program as a join our trading group to watch us trade, otherwise send me the marketing material to see it, I will start warning people on youtube to not fall for this scam, his poor performance speaks for itself.

---

**From:** Michael (WeeklyMoneyMultiplier) <jeff@weeklymoneymultiplier.com>
**Sent:** Friday, February 22, 2019 2:04 PM
**To:** Hernan Morales
**Subject:** [WeeklyMoneyMultiplier] Re: Re: Stocks are up again & Update on covered call trade

##- Please type your reply above this line -##

Your request (488845) has been solved. To reopen this request, reply to this email. See the latest comments below:

---

**Michael** (WeeklyMoneyMultiplier)

Feb 22, 2:04 PM EST

While it may be easy to mirror us, our service will never tell you to buy or sell a particular stock.  Our traders alert our members to the actual trades they are making in as near real time as possible considering it takes a few minutes to send out emails to thousands of people.  The purpose of our service is to watch our professional traders execute real money trades during the week and learn from them in doing so.

Pleasure,

Michael

---

Feb 22, 12:37 PM EST

The reason is because his alerts are terrible, my other alert service is 90% correct so far this year, this is a buyer beware trader, I'm glad I stop following his trading alerts otherwise my account would've been wipe out. I just

**Attachment P**        **PX 44, 3544**

want a refund, no services from this company are acceptable, performance speaks for itself. I don't want to start leaving bad reviews on youtube or other pages

_____

**Michael** (WeeklyMoneyMultiplier)

Feb 22, 11:08 AM EST

█████████████████

I'm sorry to hear you aren't enjoying our services. Is there a reason why? We do have a no refund policy, but I'd be more than happy to transfer you into another one of our services at no additional cost.

Pleasure,

Michael

████████████████

Feb 22, 11:01 AM EST

I signed up for your alarm services last December, and I'm sorry to tell you but your performance is terrible. Should reimbursed me half of my money if not all of it.

_____
From: Jeff Bishop <jeff@weeklymoneymultiplier.com>
Sent: Friday, February 22, 2019 9:15 AM
████████████████
Subject: Stocks are up again & Update on covered call trade

[https://cdn.ragingbull.com/media/2018/12/h0oZ6ZSDpL5v8V59Xq97BrvJZh6xtf8JCFZCi4dX.jpeg]<https://eur03.safelinks.protection.outlook.com/?url=https%3A%2F%2Fu6067039.ct.sendgrid.net%2Fwf%2Fclick%3Fupn%3DK2avTa6B-2B1SCnkDXOG0IOsY5GIcMu8VbOC0g20PH5-2BYeXLYvLXuhFhR1tyX0aDpe_WPCBLGVv9TpvZWXNRs4pl2cfQB40GfkghaDiYEooe2GVEpa7L8GMN2q8fxPMaVQSsZibAKst-2BwmoPewEIN8dtbIY5oxzx7hke80GKqfLWYwrrH1T576iXFmImDazVc-2BL5VBxyhXd7rYRTtzwMMwqo4eMCHxMnqx5hVINxqnDOVoQg1aYRDz7DsKzoccyqTBFJiXFXzhlf1c7upgN8WS37tDAr30wf...>

When markets are indecisive like there are right now, the trend will always be the path of least resistance... and right now that is UP!

As long as $VIX stays under 16 (it's 14 now), I see no reason why the markets won't keep climbing slowly higher. I think it could be a painful ride for stubborn shorts until the trend clearly changes.

Personally, I will be going after the better stocks I like and waiting for the chart setups to confirm my long entry into calls. My favorites right now are: WYNN, TWTR, TWLO, DIS, GRUB, SQ among others.

Remember the "covered call" trade I made on TTD on Wednesday? I wanted to update you on that to reinforce the lesson there.

TTD traded higher on earnings last night, which I expected. And the market was right, it traded about 14%+ higher which is amazing to see. I personally didn't think it would go that high, but I am still going to make a profit on the trade as you can see below.

The top trade (this is all from my iPhone this morning) is the STOCK I bought on TTD. That is up $17,000.

The bottom trade are the CALL OPTIONS I sold short against the stock. The options are not open yet, but remember I sold 10 contracts short at $160 strike price for $6, so my breakeven on that trade is $166.

With the stock at $172 this morning, my loss is $172 − $166 = $6. I am short 10 contracts, so that is an ugly $6000 loss!

That's ok with me though. That is why I bought the stock in the first place. The $17,000 profit will easily cover that $6000 loss and I should walk away with about $11,000. Not bad for 5 minutes of work 2 days ago!

You can see the trade in the account in premarket here. Note that the stock is open for trading, but the options don't open until 9:30am when the market opens so you can't see the loss right now.

[https://cdn.ragingbull.com/media/2019/02/GGiFGezNsmJnKXXkJNrpDT8bGOOxgEgbngLXNt4K.jpeg]

On to other trades....

I sold the $122 TLT calls yesterday for a small loss. Remember -- I NEVER LET A OPTION GO FROM A PROFIT TO A LOSS. If it gets close to breakeven, I am selling it!

I locked in half of this trade a few days ago for a 50% profit, also remember that. By doing that, it enabled me to lock in a win on this trade overall.

I started a new trade on the TLT Mar 15 2019 121 Call @ .82 yesterday. This is the same expiration, but $1 lower on strike price. I am very small on this one and plan to add to it.

As I expected, the TSLA bad news keeps piling up and finally the stock started to break yesterday. My TSLA puts are up about 40% overall, even though I added to the position at a higher price than my initial entry. This is working nicely so far and I plan to hold them a while longer. I will take half of that trade off the table today to lock in a win on it I don't trust stocks to go down in a straight line for too long in this market, so better to take the fast money.

I am still holding the UNG calls too. Pretty boring trade here, but it is in the green and I continue to go with the trend here. I think pressure might be building and we could see a breakout coming in the next week. Fingers crossed.

My AAPL "strangle trade" will expire worthless again this week, and I will collect 100% of the premium I sold it for. That is about $10,000 more in my pocket going into the weekend.

I get a lot of questions on these short selling trades, so I want to point out how it works here in the screenshot below.

You can see I SOLD SHORT the calls and the puts, both out of the money. That is called a "short strangle" trade. I am betting that AAPL will stay between the strike price of the put and the calls until expiration (which is today).

Since AAPL is about $171, it is easily in the middle of the $165 puts and the $175 calls I sold short.

As the seller, I get to keep both premiums (about $10,000 if you add them both up) and take that money to give to an overpriced amusement park in Orlando next week when I take my family there on vacation and meet up with over 40 members for a day of live teaching at the next Millionaire Roadmap<https://eur03.safelinks.protection.outlook.com/?url=https%3A%2F%2Fu6067039.ct.sendgrid.net%2Fwf%2Fclick%3Fupn%3DB3b2QVtR07unCLj8-2FpqBWrJhPJz8AeCjOFk5QiVAwS4cfhL3lVqtqXGcZUpr37b3_WPCBLGVv9TpvZWXNRs4pl2cfQB40GfkghaDiYEooe2GVEpa7L8GMN2q8fxPMaVQSsZibAKst-2BwmoPewEIN8dtbIY5oxzx7hke80GKqfLWYwrrH1T576iXFmImDazVc-2BL5VBxyhXd7rYRTtzwMMwqo4eMCHxMnqx5hVINxqnDOVoQg1aYRDz7DsKzoccyqTBFJiXFXzhlf1c7upgN8WS37tDAr30wfAskBleQAFmi19Sa7AnYA5u9RXU-2BRr1EHov6klO-2FMU98TEQWhoXfZSMBgtUt3YpZX6xUEx6pTZzBTkeOn3TGiGawVH...> event we have planned on Thursday!

[https://cdn.ragingbull.com/media/2019/02/qtTr5ZxeO2SFJCGDnRmDiIIS0GzK9IjCBvnMorOj.jpeg]

Another good lesson here. I make these trades all the time so it is a good thing to study and learn from.

I plan on doing this again on AAPL for 2 weeks out, and also for T. Keep an eye on the portfolio for those if you're interested. I do not alert these trades because they come with different risks than most people are comfortable with, so use these as a guide to learn from just like everything else.

I don't know how much trading I will be doing today, but I hope you have a great weekend!

To YOUR success!

[https://cdn.ragingbull.com/media/2017/11/9507be001f7fa5948e188ae0e2621e26.png]
Jeff Bishop

[Special]<https://eur03.safelinks.protection.outlook.com/?url=https%3A%2F%2Fu6067039.ct.sendgrid.net%2Fwf%2Fclick%3Fupn%3DB3b2QVtR07unCLj8-2FpqBWvNn9zpQmDNp6szSs8fGLmh4aswTXR-2B0tTYiwM9DvW7a_WPCBLGVv9TpvZWXNRs4pl2cfQB40GfkghaDiYEooe2GVEpa7L8GMN2q8fxPMaVQSsZibAKst-2BwmoPewEIN8dtbIY5oxzx7hke80GKqfLWYwrrH1T576iXFmImDazVc-2BL5VBxyhXd7rYRTtzwMMwqo4eMCHxMnqx5hVINxqnDOVoQg1aYRDz7DsKzoccyqTBFJiXFXzhlf1c7upgN8WS37tDAr30wfAskBleQAFmi19Sa7AnYA5u9RXU-2BRr1EHov6klO-2FMU98TEQWhoXfZSMBgtUt3YpZX6xUEx6pTZzBTkeOn3TGiGaw...>

RagingBull, LLC
62 Calef Hwy #233, Lee, NH 03861

Manage Email Preferences<https://eur03.safelinks.protection.outlook.com/?url=https%3A%2F%2Fu6067039.ct.sendgrid.net%2Fwf%2Fclick%3Fupn%3DB3b2QVtR07unCLj8-2FpqBWvNn9zpQmDNp6szSs8fGLmhqcWIJbc-2BNeZSkQ-2FZtPN4jQr36ADYJr90y6iTYRxXP2g-3D-3D_WPCBLGVv9TpvZWXNRs4pl2cfQB40GfkghaDiYEooe2GVEpa7L8GMN2q8fxPMaVQSsZibAKst-2BwmoPewEIN8dtbIY5oxzx7hke80GKqfLWYwrrH1T576iXFmImDazVc-

2BL5VBxyhXd7rYRTtzwMMwqo4eMCHxMnqx5hVINxqnDOVoQg1aYRDz7DsKzoccyqTBFJiXFXzhlf1c7upgN8WS37tDAr
30wfAskBleQAFmi19Sa7AnYA5u9RXU-2BRr1EHov6klO-2FMU98TEQWhoXfZSMBgt...> | Unsubscribe
All*<https://eur03.safelinks.protection.outlook.com/?url=https%3A%2F%2Fu6067039.ct.sendgrid.net%2Fasm%2Fun
subscribe%2F%3Fuser_id%3D6067039%26data%3DAlD1N_SNFTzUm5t7py4S9R8yTOZLtU5to7jSMHAwANRbCnZDde5r
2ejjxMnLcGaE73xKOeeg2CsU8czL9_oGwLtX6WyGcPniAGo7L3ZwZy4GRUTvH_ISBWFTSp5_gpUbU4FEKEFINRWPNA5dz
SpeSdCsxh8TKQJNiKyQSCFC8IBshkoAYuwlAXNUzKmmkrimtpMqZJUJ3zALQO37BKUKuBDrSK1qhM84pnaClqj57PjBVQ
9tIDL65_u2YtnsXqN3tZQ3raFZNyr6qGW6qyKo07-y_lfr8DlGhHWiRoI2LXqzrFAVz1e-
zpZn3HQKhrrEYXT686TlE7G5kDBk8GTjuW1Zx0wdoatvq9...>

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultipler.com.

]

Thank You for Contacting Support.

**Attachment P**          **PX 44, 3548**

**To:** '"WeeklyMoneyMultiplier'" <jeff@weeklymoneymultiplier.com>
**Subject:** RE: [WeeklyMoneyMultiplier] Re: RE: Twisting Out the Volatility Knot
**Sent:** Sun, 23 Dec 2018 10:05:47 -0500

you can make it easier for me in a very simple way.

1. first, email me all your recommendations for the last 12 months, the results of each recommendation, and total results for all recommendation.

2. second, give me 6 months to test your future recommendations so I can test it on paper money,

then if you good, you can ask any price you want and I'll pay it. (I'll be crazy not to pay if you good as you say)

This is the only way to separate the scam from the real deal.

---

**From:** Allen (WeeklyMoneyMultiplier) [mailto:jeff@weeklymoneymultiplier.com]
**Sent:** Thursday, December 20, 2018 12:45 PM

**Subject:** [WeeklyMoneyMultiplier] Re: RE: Twisting Out the Volatility Knot

##- Please type your reply above this line -##
Your request (232939) has been solved. To reopen this request, reply to this email. See the latest comments below:

 **Allen** (WeeklyMoneyMultiplier)
Dec 20, 12:45 PM EST

We don't have the all that info– but do have the past to months.

.

.

Hope this helps.

Allen

---

 Dec 20, 12:38 PM EST

Jeff

Can you email me all your buy and sell alerts for the last 12 months, together with profit and loss for each trade and a chart for your portfolio?

Please let me know.

Thanks.

**Attachment P**          **PX 44, 3549**

Sent: Tuesday, December 18, 2018 06:50 PM
To: 'Jeff Bishop'
Subject: RE: Twisting Out the Volatility Knot

I can pay you $10,000 per year if I can have a free trial to test your buy and sell alerts for several month and I am happy with the results. please let me know. Thanks.

From: Jeff Bishop [mailto:jeff@weeklymoneymultiplier.com]
Sent: Tuesday, December 18, 2018 03:36 PM
█████████████████
Subject: Twisting Out the Volatility Knot

Hello trader,

That was fast

The Russell 2000, a stock index consisting of small-cap stocks, went into bear market territory yesterday. Despite the strength we're seeing this morning in the market, there is no denying that volatility has picked up over the last 2-3 months.

And you know what?

I love it.

You see, when market volatility like this spikes, it causes a lot of disruption in the options market. In fact, I've been taking advantage of these "volatility shocks" (https://click.ragingbull.com/t/c/7d80263c45362ea79a81958ad90-34435dcb0083105d19f2d88705e) , like you see here:

Why does this happen only to options and never in stocks?

Simple.

Options are priced differently than stocks. When you buy a stock, its price needs to rise for you to make money, and you lose if its price drops. However, the stock price is not the only value used to price an option. For example, factors like time and volatility play a significant role.

And because of that…you can make insane returns on just the slightest of stock moves. Click here to see how it works. (https://click.ragingbull.com/t/c/7d80263c45362ea79a81958ad90-2bb832b08c64e508328f2aeeca4)

To YOUR success!

Jeff Bishop

P.S. He turned $15K to over $5M, and finally reveals the entire blueprint in Black Optics. Watch now before it's taken down for good. (https://click.ragingbull.com/t/c/7d80263c45362ea79a81958ad90-4b1a378490e15b6faf394d5d1eb)

Claim Your Spot Now

He turned $15K into over $5M. Now he's teaching others how to find clarity in the market with his new system.

Here's how he averaged $1M in trading profits over the last four years.

Check out this webinar recording before it's taken down. (https://click.ragingbull.com/t/c/7d80263c45362ea79a81958ad90-3a9e5c76aaaf34ecc30c61ed29b)

Profit From 'Trading The Trickiest Market' - Without All The Risk

Find out how this former landscaper is beating Wall Street at its own game. (https://click.ragingbullcom/t/c/7d80263c45362ea79a81958ad90-2a2f74afc32e05a8ce198256880)

Here's The Quickest & Easiest Way For You To Go From Five Figure Trader to Seven.

Find out how this former school teacher is showing traders how to outperform the market. (https://click.ragingbull.com/t/c/7d80263c45362ea79a81958ad90-e835fc828531350e2cdd38517ca)

RagingBull, LLC
62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**Attachment P**                              **PX 44, 3550**

Stop receiving exclusive emails from jeff@weeklymoneymultiplier.com (https://click.ragingbull.com/t/c/7d80263c45362ea79a81958ad90-a7f0b6d8d78e2cf43258a234f8a)

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Unsubscribe from all RaginBull Emails (https://click.ragingbull.com/t/c/7d80263c45362ea79a81958ad90-c43bcca89804c6b5ae78b1cf595)

]

Thank You for Contacting Support.

**Sent:**      Tue, 18 Dec 2018 18:17:42 +0000 (UTC)

**To:**        jeff@weeklymoneymultiplier.com
**Subject:**   Re: [WeeklyMoneyMultiplier] Re: Re: 4 Minutes and Massive Returns

Nathan,

Hi!

That means another SCAM?

Thanks,

-----Original Message-----
From: Nathan (WeeklyMoneyMultiplier) <jeff@weeklymoneymultiplier.com>

Sent: Tue, Dec 18, 2018 12:38 pm
Subject: [WeeklyMoneyMultiplier] Re: Re: 4 Minutes and Massive Returns

##- Please type your reply above this line -##
Your request (232034) has been solved. To reopen this request, reply to this email. See the latest comments below:

---

**Nathan** (WeeklyMoneyMultiplier)
Dec 18, 12:38 PM EST

We do not offer trials or payment plans at this time.

If we decide to do so we will alert the free mailing list.

Sincerely,

Nathan

---

**Vijay Dand**
Dec 18, 12:27 PM EST
Hi!
Jeff,
I watch your recorded video. You did not mention you many trade you lost and what is success rate?
According to market 90% time option expired worth less that means buying option 90% of time you loose.
Also did not mention what is guarantee? In your video so many thing are only to attract the uneducated or NEW PEOPLE.
Are you offering 60 days free trial period to prove yourself? If you are really success full as you claim than 60 days free trial offer will prove yourselfand in this ONE will be your permanent client.
Thanks,

**Attachment P**          **PX 44, 3552**

-----Original Message-----
From: Jeff Bishop <Jeff@WeeklyMoneyMultiplier.com>

███████████

Sent: Tue, Dec 18, 2018 8:12 am
Subject: 4 Minutes and Massive Returns


|
|
| |
|   |
|
|
| How a 3% Move In Stock Price Resulted in a 103% REAL MONEY Profit   4 minutes.That's all I need. Actually, that's all YOU need. Nothing more than that.
I put on a lengthy hour-long webinar packed with information, but I know we all live busy lives. I want you to watch all of it, but you know what?
Screw it. Skip 90% of it! This is what you need to see. Summed up in 4 minutes.
From 37:49-41:52
If you can't take 3 minutes, then you just don't have what it takes.
Or you just don't want to make money…?   Watch THIS!


To receive your FREE version of my 30 Day Options Trading Guide, click here and fill out some information.
Talk Soon,
 Jeff Bishop Weekly Money Multiplier      |
| Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative

**Attachment P**                                    **PX 44, 3553**

of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.   If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com. Unsubscribe

  62 Calef Hwy #233 Lee, New Hampshire 03861 United States |

|

|

]

Thank You for Contacting Support.

**Attachment P**          **PX 44, 3554**

**Sent:** Fri, 23 Nov 2018 07:28:09 +0000 (UTC)

**To:** Jeff Bishop <Jeff@WeeklyMoneyMultiplier.com>
**Subject:** WeeklyMoneyMultiplier.com

Hello Jeff,

I was doing some checking with your company from BBB (Better Business Bureau and found 24 complaints.  Some of the complaints said that you have charged the customers more money than they expected.  One of the complains said that you are a SCAM.

From your website, I do not see any past performances.  You are not sending me any past performances.  I am now very skeptical about your services.  You may have had 100 winners shown on your websites, but you could have 200 losers that you did not shared.

A real company does not afraid to show their past performances.  A scam company would prefer not to show.

Thank you.
Jim


On Thursday, November 22, 2018, 2:02:02 PM PST, Jeff Bishop <Jeff@WeeklyMoneyMultiplier.com> wrote:

I got this in my inbox today...
*"Based on techniques I have learned from you, I purchased 8/31 ABBV 94 Calls a few days ago based on SMA200 hourly support. My stop loss was obvious (break below SMA200). I am currently at +75% gains." - Peter D.N*
Now you tell me what more proof you need here.
Members like Peter are reeling in big fish.
**A $2000 position would've just about paid for the service.**
We aren't going to hit every single win out there.
That's not feasible.
However, I know I'm going to give you the opportunity to **snag 100% profits on multiple trades throughout the next year.**
That is, if you decide to work with me.
Oh, and if you didn't catch it in the last email, this deal ends tomorrow at midnight.

**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment

decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Attachment P                    PX 44, 3556

**Sent:**     Thu, 15 Mar 2018 10:57:37 -0700
**Subject:**  Re: Welcome to Weekly Money Multiplier!
**To:**       Jeff Bishop <Jeff@weeklymoneymultiplier.com>

Hi Jeff,

please see my email conversation with your publisher. its not me only other victims of them soon as well please
pay attention .
Thanks,



1.  You emailing me only positive trades, how about loosing one like showing on his real account you know
it's illegal market tactics, that's why you don't refund once some one sign up it's fraud we are talking about
the now on S media , you people scam with everything positive then there is no real help whatsoever. No
Thanks

On Mar 9, 2018, at 11:43 AM, RagingBull support@ragingbull.com wrote:

Response=

We are open and honest with our clients about our losses. We share each and every one of them.

We do and we will alway operate with a high level of moral and ethical standards. If you have something
constructive you'd like to discuss we'd be more than happy to but the claims you are making are simply not true.
We want to work with you toward your success. Take a deep breath and center yourself then let's get to work.

Jordan

2.

Hi Jordan,

How honest you guys are with clients very near future I'll prove you, $1499.00 probably nothing for you but it's lot
for me at this point without getting any value , If you sign up 1000 people on this bogus claim webinar you already
millionaire you can afford any attorney to justify those fine prints no problem.
I sign up to follow his trade to double or even triple my money (not account) every week as Jeff said over and over
again very attractive you need to watch that recording as I did , wanted to see performance perhaps I will know if I
sign up didn't know then no refund in fine prints no warning for innocent buyers and then find out there is no
track records either to see doubling money every week just looking his positions that's it . Other material to study
i didn't even open it yet I can get that free or just few dollars on line sign up to see track record performance and
then follow it so there was nothing.trying to get lots of information now,
I just want my money back as soon as possible.
Thanks,
Khalid Akhtar

Response=

**Attachment P**                    **PX 44, 3557**

I wish you didn't feel that way. WE aren't what you are claiming and by taking a deep breath and a few moments to collect yourself, you'll see we are legitimate.

Be patient. Set realistic goals and let's get to work.

Jordan

Jordan, so you are not issuing me credit that I don't want this service from the first day when I find out there isn't performance records that you was claiming, just clearly refuse it to refund then I have to take next step with my bank and legal help and also help from social media groups.

Thanks,



On Thu, Mar 8, 2018 at 1:22 PM, Jeff Bishop <Jeff@weeklymoneymultiplier.com> wrote:



Greetings Khalid,

Your account is now active!  I am excited to have you on the team and can't wait to get started with your training.

Here are some things you will need to know:

**Payment Processing**

All credit cards are processed through "RagingBull.com" which is the publisher of this course. You'll see that charge on your statement, so don't be alarmed!

**Site Access**

You're ready to get started right away I bet?  Great!  You may now access to our website by logging into your account at:

https://app.ragingbull.com/member

Use your email address to login.

**Password:** Your password chosen at the checkout. If you already had an account with us, use the same password as before.

All the Weekly Money Multiplier premium content will be available from the side

menu in the RagingBull Dashboard.

Thank you and I look forward to working with you!



**Jeff Bishop,**
WeeklyMoneyMultiplier.com

Neither Weekly Money Multiplier nor RagingBull.com, LLC (publisher of Raging Bull) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Weekly Money Multiplier manages on behalf of RagingBull.com, LLC.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

.

| | |
|---|---|
| **From:** | Jason Bond |
| **To:** | █████ |
| **Cc:** | Jeff Bishop; Petra Hess; Petra Picks Support; Jordan Reyna |
| **Subject:** | Re: Refund of Petra Picks |
| **Date:** | Friday, July 14, 2017 7:00:48 AM |

Good morning ████ It's unfortunate you've gone down this road. You signed a contract that was very clear. Seems like a miserable way to spend ones time. NOBODY else that has bought Petra's service has complained and her reviews are out of the world.

More importantly, you've now threatened and bribed us which becomes a legal matter. At this point we've all been instructed by our legal team to ignore all correspondence from you.

On Thu, Jul 13, 2017 at 9:21 PM, ████ ████ < ████████████ > wrote:

> This is your last chance to get you all to understand Petra Picks was a SCAM. I threaten to cancel within 3 minutes of purchasing. Have never received what was sold to me… not accessed the site, nor do I want to be involved with your SCAM. You hate hearing that word, well you are greedy ass "pretend" traders, and I'm prepare to spend 10X the money it would cost you just because I don't like f-assholes….. Send me my refund and $2,500 for my time and I'll go on my way or you will pay me $25K once you see the sites I've created!
>
>
> Regards,
>
>
> ███
>
> ████████

**Attachment P**          **PX 44, 3560**

Redacted - Filed Under Seal

Redacted - Filed Under Seal

**Attachment P**          **PX 44, 3562**

**From:** Cox ▉▉▉▉▉▉▉▉
**Sent:** Mon, 9 Dec 2019 08:07:48 -0500
**Subject:** Re: Request #650604: How would you rate the support you received?
**To:** WeeklyMoneyMultiplier <jeff@weeklymoneymultiplier.com>

Sent from my iPhone

On Dec 8, 2019, at 4:02 PM, WeeklyMoneyMultiplier <jeff@weeklymoneymultiplier.com> wrote:

First, my name isn't Cox. That's my internet provider. Have to wonder if you can't get that right how much attention you are giving anything I send you. Including investments. The other issues is you ask me to rate your reply, there was NO reply. I have read up on your company, some call it a scam; at this point they may be right  What a joke you guys are turning out to be. How could I trust you at all??  Just take me off your email list. I'm not interested in a company like yours. It's really bad. Lol. I'll put my money somewhere else, maybe someone who can get my name right or someone who will reply with answers to my questions or concerns. You are not it.

##- Please type your reply above this line -##

Hello Cox,

We'd love to hear what you think of our customer service. Please take a moment to answer one simple question by clicking either link below:

**How would you rate the support you received?**

Good, I'm satisfied

Bad, I'm unsatisfied

Here's a reminder of what this request was about:

---

**Cox**

Dec 7, 3:04 PM EST

Thank you for the information. However, I'm not going to read all that. I wouldn't remember most of it. Couple of things, in the fine print it says you are not a advisor? Why aren't you? This is really what you are doing with no specifics. Wouldn't it be easier for you to just tell me what to buy and when to sell? I don't understand why you wouldn't take a percent of profits but just don't take any loss. I'm willing to invest in a company that you tell me to, I'm not willing to read all that and try to figure it out. I will admit it, I'm not that smart nor am I willing to take a chance on me. I just really don't understand why I would have to go thru all that when you know. Unless there is something I'm not getting in the way you do business. Just seems you could make more money from me than $49. It raises a flag for me. I have a PHD in common sense so I'm not sure why you are doing it the way you are. I'm sure with your IQ you could take whatever test they have to become an official advisor. Please let me know what I'm missing. Thank you for you time.



Sent from my iPhone

**Attachment P**                    **PX 44, 3563**

> On Dec 7, 2019, at 12:03 PM, Jeff Bishop <Jeff@weeklymoneymultiplier.com> wrote:
>
>
>
>
> Dear Friend,
>
> Congratulations!
>
> You've taken the first step to financial freedom! Click here to access my ebook: Option Profit Accelerator.
>
> I also have an urgent announcement: I am hosting a free training session. If you follow this link, you can attend. It's only going to be available for a few days though.
>
>
> I am a member of Mensa International. That means my IQ is in the top 2% of all people in the entire world.
>
> This isn't to brag, but I want to prove that you're in good hands when it comes to Learning How to Trade Options.
>
> Trading Options can be complicated, and some traders shy away from the exponential returns that Option trading can generate.
>
> Not me.
>
> +114% on CGC + $35,250
>
> +218% on GWPH + $18,000
>
> +100% on WYNN + $11,250
>
> Triple digit winners don't just happen. They're crafted and calculated trades that occur at the precise moment the chart is going to change.
>
> I anticipate these moves and capitalize on them.
>
> Skeptical?
>
> Here's photo-evidence of the 3 trades listed above:
>
>
>
>
> Check out my ebook, where I explains "Option Basics" on page 3.
>

**Attachment P**                    **PX 44, 3564**

> I'll walk you through the process.
>
> I mean, making + $35,250 on a trade is a life-changing amount of money. You want in?
>
> Talk Soon,
>
>
> Jeff Bishop
> Weekly Money Multiplier
>
>
> Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.
>
> If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.
>
> Unsubscribe
>
>
> 62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**Attachment P**          **PX 44, 3565**



Thank You for Contacting Support.

**Attachment P**          **PX 44, 3566**

**From:** ███████ ████████████
**Sent:** Thu, 12 Sep 2019 21:02:58 -0500
**Subject:** Re: Missing This Will Cost You $$$
**To:** Jeff Bishop <jeff@weeklymoneymultiplier.com>

It seems a scam
https://www.bbb.org/us/nh/lee/profile/financial-services/raging-bull-llc-0051-92047360/complaints


Cordialmente,



.


El jue., 12 de sep. de 2019 a la(s) 19:41, Jeff Bishop (jeff@weeklymoneymultiplier.com) escribió:


If you are reading this, you're about to be late for the launch of IPO PayDay!

<mark>**Make sure you are in this room at 8:30PM TONIGHT!**</mark>

Now I have to give you guys a little update about a trade I told you about yesterday.

If you don't remember the details, I was getting ready to pull the trigger on a recent IPO that Ben brought to my attention.

It checked off all of the requirements that Ben needed to give me the **GREEN light.**

We promised to give you the details of the trade tonight, **but then this happened**....


**Attachment P**          **PX 44, 3567**



I knew that IPOs moved fast but… WOW.

THIS is what you are missing out on by not adding IPOs to your trading arsenal!

IPOs just like INMD are popping off every single week and I want YOU to be in on them with Ben and I.

Ben is ready to tell exactly how to trade these puppies, and all you have to worry about is where you're going to spend your IPO PayDay gains!

And guess what… Ben will give you all the details you are craving **in a matter of MINUTES.**

**PS: Ben expects his members to cash in on their first IPO PayDay TOMORROW!**

You could be in this trade with Ben in less than 24 hours.

You've got to **BE HERE at 8:30PM** to get the details!

### JOIN ROOM NOW

**Jeff Bishop**

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from jeff@weeklymoneymultiplier.com
Unsubscribe from all RagingBull emails

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and

**Attachment P**                    **PX 44, 3568**

selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultipler.com.

.

**Attachment P**                    **PX 44, 3569**

**From:**   Our Sheep is back HELLO SHEEP <█████████████>
**Sent:**   Thu, 12 Sep 2019 14:19:01 +0800
**Subject:** Re: In only 42 seconds...
**To:**     Jeff Bishop <jeff@weeklymoneymultiplier.com>

stop sending these useless fucking scam email
you guys are pathetic
and stop appear in my youtube video thks

Jeff Bishop <jeff@weeklymoneymultiplier.com>   2019   9   12        8:24

Yesterday you probably missed out on a ONCE IN A LIFETIME event: Jeff Williams showed a crowd of thousands LIVE, in **real-time**, how he uses his scanner to pick up on hot new trades like LXRX.

And guess what: **it was completely free**.

So, you know what that means? There are no excuses for why you weren't there.

That's right. The time to act has come and gone.

You could have gotten a 500% ROI just by tuning in like one of the thousands of attendees who did – and at absolutely no cost to you.



But, no need to start shedding that single tear and playing your tiny violin because…

TRADES LIKE THIS HAPPEN EVERY SINGLE DAY.

For members of Supernova, Jeff opens up his chatroom to his members so you get premium front row seats to each and every trade he makes every single day.

The best news? It takes no time at all.

In just 42 SECONDS Jeff was able to use his scanner to locate a stock that gapped up this morning by 64% - going from $1.65 to $2.71 overnight.

It doesn't get better than that!

Now, we won't be holding another free event like this anytime soon so the next best thing you can do is make sure you don't miss the next big trade by signing up for Jeff Williams' Supernova.

Don't miss out... you never know what tomorrow's scan will turn up…



**Attachment P**          **PX 44, 3570**

**Jeff Bishop**

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from jeff@weeklymoneymultiplier.com
Unsubscribe from all RagingBull emails

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultipler.com.

**Attachment P**          **PX 44, 3571**

**Sent:**       Sat, 07 Sep 2019 12:37:02 -0700
**Subject:**    Re: Paycheck #2
**From:**       thinkthoughtsjr ████████████████
**To:**         Jeff Bishop <jeff@weeklymoneymultiplier.com>

Scam


Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Jeff Bishop <jeff@weeklymoneymultiplier.com>
Date: 9/7/19 12:24 PM (GMT-08:00)
To: ████████████████
Subject: Paycheck #2



It's time to double up.

Start making more money by applying this system.

Let's say you work about 40 hours a week and make $50,000 per year.

What if you could "work" for less than an hour and **double up your weekly salary and pay yourself over and over and over again.**

That's how SUPERNOVA works!

And this isn't starting with a $100,000 account either. It didn't even start with $10,000...or $5,000…

The astounding growth percentages Jeff Williams delivers on a daily basis to BOOST his account all started from a $3,000 account.

Seriously. I couldn't make this stuff up!

Now it's your turn.



**Attachment P**                      **PX 44, 3572**



**What would you do with those additional paychecks?**

And this week, it kept on climbing!



This is exactly what it can do for you and Jeff's here to help every step of the way!

Are you ready to make money?

I believe you are!


**Jeff Bishop**

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from jeff@weeklymoneymultiplier.com
Unsubscribe from all RagingBull emails

**Attachment P**          **PX 44, 3573**

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

**Attachment P**                    **PX 44, 3574**

**Sent:**      Thu, 8 Aug 2019 17:42:30 +0000 (UTC)
**From:**      ██████████   ████████████████
**To:**        Jeff Bishop <Jeff@WeeklyMoneyMultiplier.com>, "Jason@MillionaireRoadmap.com" <Jason@MillionaireRoadmap.com>
**Subject:**   Re: Requested: Your Copy of Option Profit Accelerator

I'm not a member of Mensa, because I chose not to join. But I bet my IQ is FAR higher than yours, Jeff.

That aside, let's start with this.

[Jason Bond & Jeff Bishop SCAM – The Review – Exposing The TRUTH About Their Day Trading Course](#)



**Jason Bond & Jeff Bishop SCAM – The Review – Exposing The TRUTH About Th...**

Have you ever hear of Jason Bond or Jeff Bishop? Do you think they are a scam? Have you signed up for any of the...

On Thursday, August 8, 2019, 1:25:38 PM EDT, Jeff Bishop <Jeff@WeeklyMoneyMultiplier.com> wrote:

Dear Friend,
Congratulations!
You've taken the first step to financial freedom! Click here to access my ebook:
**Option Profit Accelerator.**

I also have an urgent announcement: **I am hosting a free training session**. If you follow this link, you can schedule to attend at whichever time works best for you. Register soon, because these kind of events draw a large crowd… everyone wants to learn from the Mensa Options Trader.

I am a member of Mensa International. That means my IQ is in the **top 2% of all people in the entire world.**
This isn't to brag, but I want to prove that you're in good hands when it comes to Learning How to Trade Options.
**Trading Options** can be complicated, and some traders shy away from the exponential returns that Option trading can generate.
Not me.

**Attachment P**          **PX 44, 3575**

**+114%** on CGC **+ $35,250**
**+218%** on GWPH **+ $18,000**
**+100%** on WYNN **+ $11,250**

**Triple digit winners don't just happen.** They're crafted and calculated trades that occur at the precise moment the chart is going to change.
I anticipate these moves and capitalize on them.
Skeptical?
Here's photo-evidence of the 3 trades listed above:

Check out my ebook, where I explains "Option Basics" on page 3.

I'll walk you through the process.

I mean, making **+ $35,250** on a trade is a life-changing amount of money. You want in?

Talk Soon,

**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative s own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**Attachment P**          **PX 44, 3576**

**From:** ███ ██████████████████
**Sent:** Mon, 5 Aug 2019 15:45:23 -0400
**Subject:** Re: Yesterday, I threw you a lifeline…
**To:** Jeff Bishop <jeff@weeklymoneymultiplier.com>

How do I know this is not a scam or a phony anythingI don't do credit cards on the web without knowing who I'm talking to on the phone and then I have to check you out to see if your real or have any have any complaints give me a phone number and then I'll know what to do and address and city and state you do that I'm a sign up how many Florida where are you

On Mon, Aug 5, 2019, 3:37 PM Jeff Bishop <jeff@weeklymoneymultiplier.com> wrote:

….and I bet when the market opened with DOW futures down nearly 400 points today, you wished you had clicked on this.

I'm here to tell you though, that you're not too late.

Sure, your PnL is probably burning a hole in your face with that **BIG RED NUMBER…**

But for me, today's just another day.

And tomorrow will be the same way after that.

It's because I've finally learned one of the hardest lessons you can learn as a trader...

***_Yes, you can prepare and position and do absolutely everything within your power to set yourself up for success, but sometimes s*** just happens._***

And it's what you do **THEN** that really defines you as a trader.

Anyone can throw their money in AAPL or SPY when the market is charging ahead like a bull and watch their account grow.

But very few can **take a hit**, trade their way out of it, and still come out even or ahead.

That's what my Total Alpha strategy is about.

***_Implementing tactful trading strategies to safely maneuver your way out of difficult times like today..._***

***_And even MAKE money while you do it!_***

Last week is a perfect example.

Here was my account on Tuesday:



**-$13,707.90.**

We had some tough breaks.

**Attachment P**          **PX 44, 3577**

The S&P was down, the DOW was down, and so was I.

But I didn't run, or sulk, or get down on myself. **I dug in.**

I know that my members aren't just here for the glamorous, 100% winners (although there are many!)... they're here for the tough stuff, the grit and grind.

And grind it out we did.

*By Friday, I d brought the account back to even, and tacked on an additional $6,893.66 to boot.*



I want to make something extremely clear.

**This is NOT easy.** It takes time, and dedication, and for someone like myself, over 20 years of painful mistakes and learning and improving.

But here's the good news: You don't have to suffer that way.

Total Alpha can expedite your learning process more than you'd ever imagined, and it can help protect you in even the darkest market conditions.

***Check it out here for a limited-time***

And if I were you, I wouldn't wait for another down day to take advantage....

**Jeff Bishop**

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from jeff@weeklymoneymultiplier.com
Unsubscribe from all RagingBull emails

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, and should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware

that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultipler.com.

.

**Attachment P**            **PX 44, 3579**

**From:** ██████████████████████
**To:**       Jeff Bishop <Jeff@WeeklyMoneyMultiplier.com>
**Subject:** Re: Here's Why I Want The Market To Crash
**Sent:**     Tue, 10 Sep 2019 10:27:26 +0000

You fucking  scam

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Jeff Bishop <Jeff@WeeklyMoneyMultiplier.com>
**Sent:** Monday, September 9, 2019 4:03:26 PM
**To:** ██████████████████████████
**Subject:** Here's Why I Want The Market To Crash



I see a lot of panicked investors and traders… And for good reason!

This is a wild market and it will NOT let up any time soon.

But I have to say, I'm pretty relaxed right now because my investing approach pinpoints stocks and profits from them whether markets are soaring or nose-diving.

In fact, as you saw in my training session, **I often make more money when the market crashes!**

This is exactly how I feel when I see the market getting ready to fall apart

**Attachment P**          **PX 44, 3580**



Soon enough, YOU will feel the same way too once you learn how to profit while other people panic!

I am going to show you how I trade and bypass all the noise.  You can win, even in these conditions.

Just take a look at some of my real profits on real trades:

***While markets were climbing   .***          ***While markets were tanking...***

    **$24,000 on SPOT**                    **$18,750 on AVAV**
    **$46,400 on QQQ**                     **$41,400 on SHOP**
    **$35,250 on CGC**                     **$91,000 on TLRY**

Notice that my biggest winner there--a whopping $91,000 on TLRY--was made while the stock was falling apart.



I've been able to use this same system to find the right moment to invest, or to hold onto cash until I find the best opportunity that presents itself as I ride out the choppy markets.

The versatility of this strategy is unparalleled and is your chance to turn serious profits like these no matter the market conditions.

Sure, we won't snag every winning trade, but **I am going to give you the opportunity to snag 100% profits on multiple trades throughout the next year.**

Come work with me.

P.S. This deal ends tomorrow night. On the fence? Give our VIP support team a call, and they can answer your questions: 833-265-1270.

**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website

**Attachment P**          **PX 44, 3582**

is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative s own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

.

**Attachment P**          **PX 44, 3583**

**From:** Elegant Options ███████████████

**Sent:** Wed, 31 Jul 2019 08:44:14 -0700

**Subject:** Re: He Called It!

**To:** Jeff Bishop <jeff@weeklymoneymultiplier.com>

Please do not charge my card again.
I want to cancel. You have taught me nothing.

I have done nothing but lose with your recommendations.

I feel as though you are a scam.

I'm sure this isn't the first email like this...


On Wed, Jul 31, 2019, 8:42 AM Jeff Bishop <jeff@weeklymoneymultiplier.com> wrote:


So I spoke with Dave Lukas this morning...

He woke up to a swarm of messages from people who are upset about missing the sale deadline yesterday…

He anticipated this happening, but he wasn't sure what to do about it.

It is clear that the guy cares about potential members who want to take a chance with him.

Here's what we decided to do…

He had to close the online sales link. His hands were tied.

BUT, he contacted our VIP concierge team… And **they are ready to get you the best possible deal** *for today only* on **Options Profit Planner.**

We can't promise anything, but they will do whatever they can to help you secure your membership at the best available price.

They're here to answer any of your questions or concerns, just **give them a call at 833-498-5432.**

.

**Jeff Bishop**

.


RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from jeff@weeklymoneymultiplier.com
Unsubscribe from all RagingBull emails

**Attachment P**          **PX 44, 3584**

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultipler.com.

.

**Attachment P**          PX 44, 3585

**From:** MoneyMakinMitch Mitch <█████████████████████>
**Sent:** Sun, 1 Sep 2019 22:22:50 -0400
**Subject:** Re: Deal Ends Now, Sorry.
**To:** Jeff Bishop <Jeff@weeklymoneymultiplier.com>

Still just want a phone call. To many scams to take you seriously. I will be waiting to see if you respond. I can do the same thing you do and pretend to make money. Real people make a difference in life and if you came from such a poor up ground and know the struggle why would you be wanting money. Scam is all over this. Guess what. Prove me wrong I will put all my earnings in your account for the first year. One call. All it takes. Let's see what happens. I bet you don't call. █████████. Last chance before I go a different route and I'm pretty sure it will shit you down faster. Prove your not a fraud. That's all I ask. My number is there and my name is Mitch. Regards. ���↙

On Sun, Sep 1, 2019 at 10:16 PM Jeff Bishop <Jeff@weeklymoneymultiplier.com> wrote:



Please don't email me tomorrow to get this 62% Off Price.
I've extended it long enough and **it's over in 2 hours.**
At this point, I want winners. I want people that allow themselves to make money and are serious about it.
I want this to be the best financial decision you've ever made.
Don't let it be your biggest regret.
Here it is. Your last chance.



**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment

decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representatives own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Attachment P                    PX 44, 3587

**From:** ██████████ <██████████>
**Sent:** Tue, 13 Aug 2019 13:37:02 +0100
**Subject:** Re: Is it too early to bring up the R-word?
**To:** Jeff Bishop <jeff@weeklymoneymultiplier.com>

Just stop sending to my mail else I will report you as spam and scam please stop

On Tue, Aug 13, 2019, 12:39 PM Jeff Bishop <jeff@weeklymoneymultiplier.com> wrote:

*Whether you are looking to protect your portfolio against further downside... or want to be the person who banks on the next market crash...the only way you ll be able to make it happen is by knowing the right strategies and when to apply them. I can teach you in a matter of minutes.*

**Watch Now**

### Recession on Deck?

Aug. 13, 2019

Hello trader,

The market s fear index, the VIX, exploded on Monday, rising nearly 17% and closing at 21.07. Now, the more investors experience panic and fear-- the higher the VIX goes. And according to this sentiment indicator, yesterday was the sixth scariest close of the year.

But do you know what else was alarming?

Global bond yields are at the lowest levels in over 100 years. And yesterday, U.S. Treasury yields took another bath-- as the yield curve flattened to its lowest levels since 2007. The 30-year treasury bond yield is also nearing all-time lows.

It s this type of action that has some economists believing we are on the brink of a recession.

*Do they have a reason to be concerned?*
***Should you add protection to your portfolio?***
*Is a  buy-the-dip  moment on the horizon?*

I ll answer those questions and more in a little bit.

But before I do, I should say this: **Don t worry about what you can t control and focus on what you can**.

If you learn the skills to make money when stocks are trading sideways, bearish, or bullish-- you don t panic-- you just adjust your strategy to fit that market condition.

**Click here to continue reading**.

**Attachment P          PX 44, 3588**

**To Your Profits!**

**P.S.** Whether the economy falls into a deep recession or this becomes the buying opportunity of the year - you ll need to be armed with the right set of skills to put on positions that can profit in this environment. Total Alpha is the set of skills you need. It s the only service I offer where you can gain access to all my multi-million-dollar options strategies in one place.

**Join Now**

RagingBull, LLC

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Click Here to stop receiving emails from jeff@weeklymoneymultiplier.com

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe from all RagingBull Emails

**Attachment P**          **PX 44, 3589**

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ >
**Sent:** Mon, 12 Aug 2019 09:09:02 -0400
**Subject:** Re: Monday's Intermarket Analysis
**To:** Jeff Bishop <jeff@weeklymoneymultiplier.com>

Why do you guys send us all the same stock and then after we all drive up the volume you pull out.  I think this is a fraud scam that was perfected to and designed for you to win.and you only

On Mon, Aug 12, 2019, 8:49 AM Jeff Bishop <jeff@weeklymoneymultiplier.com> wrote:

*What if you had an options strategy for every market condition   yes, even this one!*

With Total Alpha you ll gain exposure to my best trade ideas and strategies that I ve accumulated over the last 20 years of trading. It s nothing like you ve ever seen before.

**Find Out More**

Hello trader,

Stocks are pointing to a lower open this morning, as ongoing concerns about the trade war between U.S. and China worry the market.

We saw China weaken its currency for the third straight session to levels it hasn t seen since 2008 - continuing its retaliation move from last week in an attempt to have a trade advantage over the U.S.

With so many factors that could lead to another selloff, we need to look at the big picture view of the overall market. That means developing ideas in stocks, gold, bonds, silver, and the VIX.

Knowing where the key levels are can help you uncover opportunities   the last thing you want to happen is to find yourself in a long position when the charts are **signaling a selloff**   and vice versa.

Here s a look at the long-term view of USD/CNY (U.S. Dollar / Chinese Yuan) - the key level here is the blue horizontal line, just above 7.

We ve already seen how much this affected the market last week, so I ll be monitoring the USD/CNY   and looking for clues as to whether China will continue to set the midpoint price above 7. Not only that, I ll be monitoring the U.S. Dollar Index (DXY).

The U.S. dollar has been relatively strong in comparison to other countries... and DXY is approaching a key psychological level at 100. If it gets there, we could see some more volatility in the overall markets.

Moving on to stocks.

We re seeing the SPDR S&P 500 ETF (SPY) weaker this morning and set to gap down around the $290 level - the blue horizontal line.

If SPY breaks and closes below $290   well, we could see it test the recent low right around $282.

Last week, we saw what could happen if SPY broke below the blue line   panic ensues and it sparks a sell-off. With that being said, the next level of support after $282 is the 200-day simple moving average (SMA) at $277 - the green line in the daily chart below.

However, another scenario would be the market pulling a fake-out at these levels   just breaking below $290 slightly   causing the shorts to pile in... and just bouncing off that level and continuing higher.
Moving on.
I ll also be watching the CBOE Volatility Index ($VIX) with the key levels in SPY.
There s been a lot of back and forth action in the $VIX last week   one day it was up over 30%... the next it was collapsing.

Right now, the 20 level is key and I ll be watching its recent high just under 25. When I m watching the $VIX, I m also watching the volatility of volatility ($VVIX). Don t worry if it sounds a little complicated, there are just some key levels you need to keep in mind.

When I m watching $VVIX, I keep an eye on the run-ups and the 120 level. Typically, when it gets close to that level, it s considered an extreme point, and that s when we see quick pullbacks in the $VIX, uncovering some trading opportunities for us.

For now, I m going to be watching $VIX, $VVIX and looking to options on VXX and UVXY if I see a clear reason to play a volatility bet.

With all the potential volatility, concerns about economic growth and the U.S. - China trade war   the U.S. 10-Year Treasury Yield has been collapsing   and it looks like it s quickly approaching a key level at 1.5%.

With yields sliding, it s actually been benefiting asset classes like bonds, gold, and silver.

We ve seen the iShares 20+ Year Treasury Bond ETF (TLT) make all-time highs last week and

**Attachment P**          **PX 44, 3591**

break above the $140 level. This week, I m going to watch for clues as to where TLT could head. My money pattern looks like it s forming, but I m going to remain patient with this one.

So what s next for TLT?

Well, we could see the money pattern flash a sell and a quick pullback in TLT after its massive run-up. Another scenario could be traders panicking and looking for ways to protect their portfolios   so they bid up the prices of TLT causing it to run even further.

Right now, I m going to be watching the **13 and 30-hourly simple moving averages (SMAs)** before I place a bet in TLT.

Not only have we seen massive moves in yields and bond ETFs   we ve also seen precious metals start to heat up.

We ve seen investors and traders pour into gold   causing it to break above $1,500 - a level it hasn t seen in over 6 years.

So what can happen with gold?

Well, it could pull the whole  fake out break out , where it stays above $1,500 for a short period and just breaks back below and pulls back   or it could just continue its surge.

Sure, it can go either way   but there are some key levels to watch in the SPDR Gold Shares (GLD) - the gold tracking exchange-traded fund (ETF).

In GLD, the $140 and $142.50 levels are going to be on many traders  watchlists. If GLD breaks below $140   we could see a quick pullback and potential gap fill. On the other hand, if GLD breaks above $142.50, look for continued momentum in gold.

Right now, I m going to be relying on **my money pattern** for any clues as to which direction gold can go.

We ve also seen silver prices run higher   and $15.75 and $16.15 are key levels to keep an eye on in the iShares Silver Trust (SLV).

Those aren t the only commodity ETFs on the radar this week   we re seeing some weakness in oil this morning due to the U.S. - China trade war and concerns of an economic slowdown leading to a cut in the outlook for oil demand.

The key levels to watch in U.S. West Texas Intermediate (WTI) crude oil will be $50 and $57.50 (the 200-day SMA). If OPEC decides to continue its production cuts into 2020   then we can see a breach of the $50 level and see prices collapse.

**Attachment P**          **PX 44, 3592**

There s a lot going on this week   but I m ready to make moves if I see clear signals.

**To Your Profits!**

**P.S.** It looks like it will be another bumpy day for stocks. However, it doesn t have to be a bumpy day for you. That is, when you know how to profit off crashing stocks. If you re unsure how it all works, then watch this video I put together. It could potentially save you when market volatility explodes.

**Watch Now**

RagingBull, LLC

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Click Here to stop receiving emails from jeff@weeklymoneymultiplier.com

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe from all RagingBull Emails

Attachment P                    PX 44, 3593

**From:**
**Sent:** Fri, 9 Aug 2019 08:47:35 -0500
**Subject:** Re: Last Day to Claim 50% Off Credit
**To:** Jeff Bishop <Jeff@weeklymoneymultiplier.com>

Ur disgusting.  Lost a lot of money listening to ur scam BS

On Fri, Aug 9, 2019, 8:28 AM Jeff Bishop <jeff@weeklymoneymultiplier.com> wrote:

.

Good Morning,

Today is the final day you can upgrade your current subscription to Weekly Money Multiplier Annual by joining Nathan Bear and I as a ***Weekly Money Multiplier Lifetime Member with this 50% discount.***

Seriously, at 5 p.m. EST, the price is going back up to $1,999, plus another $599 for Bullseye Trades.

Before you say anything, think about it.

A lifetime of million-dollar opportunities delivered to your doorstep by 2 self-made millionaire traders.

I'm not sure if you'll remember this, but on March 26th, 2019, a little under 5 months ago, Nathan and I embarked on a challenge to hit at least 50 100% or more winners in 1 year.

That meant we needed to double our investment 50 times in 253 trading days.

I'm going to let you in on a little secret here… we've stopped counting…

That's because Nathan Bear and I hit this benchmark over a month ago, and I mean we've clearly made our point…. ***in less than HALF the time!***

I tell you this to demonstrate 1 fact: Weekly Money Multiplier is exploding with ideas and opportunities.

Typically a Lifetime membership to Weekly Money Multiplier retails for $1,999, but today you can secure it for ***HALF*** that, plus my highest conviction Bullseye Trade delivered to you each week.

***This $999 lifetime offer closes today.***

***Click here to redeem this 50% discount + Bullseye Trades FREE now***

***Or give my VIP concierge team a call at 833 - 785 - 0498***

They can help you secure the best possible deal for your specific account.

**Take Notice: This opportunity will close tonight at 5 p.m. EST. Do not wait to claim this credit and free subscription to Bullseye Trades...**

Cheers,

**Attachment P          PX 44, 3594**

**Jeff Bishop**

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from jeff@weeklymoneymultiplier.com
Unsubscribe from all RagingBull emails

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

**Attachment P**            **PX 44, 3595**

**From:** ▓▓▓▓▓▓ < ▓▓▓▓▓▓ >
**Sent:** Tue, 30 Jul 2019 22:10:34 -0400
**Subject:** Re: [1 hr reminder] BIG Wins from BIG Losers
**To:** Jeff Bishop <Jeff@weeklymoneymultiplier.com>

Why you're showing put contracts from May 2018??
This is a lack of respect, hoping you're doing right, at least for you as a way of living.
For me, it seems to be a scam

▓▓▓▓▓▓

On Jul 30, 2019, at 8:08 PM, Jeff Bishop <Jeff@weeklymoneymultiplier.com> wrote:



60 minutes til gametime!

Ready to learn how the pros are profiting from companies that crash?

Even better...being able to spot it all before it happens?

Then tune in tonight, because I'm about to show you how I've been doing it!
Here's a little taste…

**Attachment P**          **PX 44, 3596**

Get ready for this one.

It's about to get saucy!

See you in an hour:

[FOLLOW THIS LINK](#)



**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative′s own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

.

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**Attachment P**          **PX 44, 3597**

**From:** ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ >
**Sent:** Thu, 25 Jul 2019 14:21:57 +0800
**Subject:** Re: "This must be ILLEGAL!" -The Haters
**To:** Jeff Bishop <jeff@weeklymoneymultiplier.com>

stop spamming me u fucking dogs. scam dogs

On Thu, 25 Jul 2019 at 04:27, Jeff Bishop <jeff@weeklymoneymultiplier.com> wrote:

You get to a certain level of success, or develop a system that produces unfathomable returns, and all of a sudden people start to question it…

> *He can t be doing this...He must have someone on the inside...He s got an unfair advantage*   *THIS MUST BE ILLEGAL!*

Queue the doubters, but here's the proof that **my Total Alpha strategy is the most powerful options trading system in the world.**



==**100%...200%...300%...500%...real money wins. This isn't paper trading. This is REAL!**==

And it's not just the extraordinary % returns here.

It's the time commitment and duration of these trades that have people in disbelief.

Wall Street absolutely hates this strategy!

They want you to believe you have to "buy and hold" stocks for long term investments, or convince you that you need their advice and input to be successful (with a 5%+ fee on your assets, of course!)

Good plan! Go lock up your hard earned money hoping for some lackluster, year-long performance.

Meanwhile, I'm helping people double… quadruple… even sextuple their money in a matter of days!

Yeah, sure ok, you got me. Sometimes it takes a week!

I know it'll be hard to wait 7 days compared to 365 for that measly annual return…..

**Attachment P**          **PX 44, 3598**

As soon as my Total Alpha system started to create returns that people weren't used to, they thought it's "too good to be true…"

I call that stupidity.

I prove daily that this works and now I'm exposing the ENTIRE system, officially silencing the haters for good.

It all starts this Saturday.

I'm opening up this event for the RagingBull inner circle.

**To attend, you have to register your email on this page.**

You see, that way we can run your email address through our system and **give you the green light as a RagingBull insider** to receive the link to attend this event on Saturday.

During this exclusive event…

-I'll show you how you'll be able to steal profits like the ones above sooner than you could have ever imagined.

-I'll demonstrate how easy it is to put this system into place.

-I'll take questions from RagingBull insiders in an exclusive Q & A session

It starts right here.

**Sign Up to be a part of this historic event.**


**Jeff Bishop**


RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from jeff@weeklymoneymultiplier.com
Unsubscribe from all RagingBull emails

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such

positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultipler.com.

.

**Attachment P**                    **PX 44, 3600**

**Subject:** Re: Filing SEVERAL complaints
**From:** ███████████ ██████████
**Sent:** Thu, 11 Jul 2019 12:09:34 -0400
**Cc:** Kate ████████████, jeff@weeklymoneymultiplier.com
**To:** support+id533796@ragingbull.zendesk.com

Hi
I am contacting my attorney as you are falsifying that you never agreed to a refund.  That is a lie you changed your mind when you saw we would no longer use your product. Here is the attached agreement where you credited the account then took it back.  Please explain why

███

Please see below.  I also have 2 separate recordings with them giving their full names and
Agreeing to the refund then someone else decided no.  After looking in to the company practices that guy gets a percentage of what he recovers from refunds.  Great scam.



Sent from my iPhone

On May 28, 2019, at 12:13 PM, Kathleen Fee ████████████████ wrote:

Hi

**Attachment P**          **PX 44, 3601**

As I have consults an attorney and will be contacting list below of the other place.  As it will not cost me more but will make a headache for you as I have the email and attachment showing the refund. Maybe you and Micheal should communicate more effectively.
 I will also be contacting the elder abuse consumers affair office
**Financial Industry Regulatory Authority**
**U.S. Securities and Exchange Commission (SEC)**
**North American Securities Administrators Association**
**National Association of Insurance**
**National Futures Association**
**U.S. Commodity Futures Trading Commission** Office of Cooperative Enforcement
**Internet Crime Complaint Center**
National White Collar Crime Center
District Attorney
Attorney General

I will also post on all social media the worst reviews daily with your company name and logo. Bad reviews travel much quicker then good ones.
Thank you so much for your concern and STEALING my money.  Hope this never happens to you or your family.


Sent from my iPhone

**Sent:** Sat, 6 Jul 2019 23:10:45 -0700 (PDT)
**From:** ████████████
**To:** Jeff Bishop <jeff@weeklymoneymultiplier.com>
**Subject:** Re: Your Jump on the Week

Stop sending your shit. I did over 14 million last year and I do not have to scam investors as you so. Take me of you list. Any email emanating from your site will be charge $250 each, for the start. I run an Hedge fund and do not need the interruptions. Also I have been a trial attorney for over 40 years and I can ASSURE you that I will collect these "nuisance" fees! Honest! ████████ Attorney at law.

<span class="signature-truncate"><span style="font-size: 13px; font-family: tahoma;">C. Nicholas Cuda</span style="font-size: 13px; font-family: tahoma;"></span class="signature-truncate">

.On July 6, 2019 at 10:27 AM Jeff Bishop <jeff@weeklymoneymultiplier.com> wrote:

## Weekly Windfalls?

Hello trader,

The month of June saw stocks skyrocket

Heck, it was the best-performing June the S&P 500 had seen since the 1950s!

And you know what?

If it wasn t for the Fed, and traders believing that it s going to cut rates, we probably wouldn t be sitting near all-time highs right now.

However, Friday s nonfarm payroll numbers were better than any economist on the street predicted.

They were expecting to see the U.S. job market add somewhere between 135K to 205K new jobs in June.

But when the number was released, and it flashed 224K new jobs stocks started to sell-off hard.

Why?

Well, part of the reason why the Fed is considering a rate cut is that they see the global economy slowing down.

However, if the job market is strong, maybe the economy isn t as bad as they thought.

And that explains why we sold off yesterday.

As for me, I ve been stock specific with my options trading

(Did you not get this alert? Then **join Total Alpha now.**)

And staying away from ETFs for now

But not staying away from paying myself:

(Nothing wrong with taking off half of your position and then letting the rest ride, if you re **a Total Alpha client** then you got this alert.)

With a little bit more than 3 weeks until the Fed decides what it s going to do with interest rates, I ve already started devising a game plan that I think will make a lot of moolah.

But before that, it s time to go over this week s *Jump*, it s where I do a rundown of the most important economic events, earnings, trades I m in, and stocks I m watching.

**Click here to continue reading.**

**To YOUR Success!**

**P.S.** - Not that it needed any help, but my Bullseye Trade of the Week got a positive mention in today s Barron's. My latest alert is coming this Monday, and it s coming in hot.

You ll be able to purchase the Bullseye Trade of the Week service soon, but if you want it for free, along with the Options War Room then you ll have to act now to get my Total Alpha Options bundle.

**Join Now**

RagingBull, LLC
62 Calef Hwy #233 Lee, New Hampshire 03861 United States
Click Here to stop receiving emails from jeff@weeklymoneymultiplier.com

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe from all RagingBull Emails

.

**Attachment P**          **PX 44, 3605**

**From:** ████████████ >
**Sent:** Mon, 8 Jul 2019 20:32:42 -0600
**Subject:** Re: Deal Ends Now, Sorry.
**To:** Jeff Bishop <Jeff@weeklymoneymultiplier.com>

Bullshit marketing scam

On Mon, Jul 8, 2019, 8:04 PM Jeff Bishop <Jeff@weeklymoneymultiplier.com> wrote:



Please don't email me tomorrow to get this 62% Off Price.
I've extended it long enough and **it's over in 2 hours.**
At this point, I want winners. I want people that allow themselves to make money and are serious about it.
I want this to be the best financial decision you've ever made.
Don't let it be your biggest regret.
Here it is. Your last chance.

**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such

opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representatives own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

.

On Jul 8, 2019 8:04 PM, "Jeff Bishop" <Jeff@weeklymoneymultiplier.com> wrote:



Please don't email me tomorrow to get this 62% Off Price.
I've extended it long enough and **it's over in 2 hours.**
At this point, I want winners. I want people that allow themselves to make money and are serious about it.
I want this to be the best financial decision you've ever made.
Don't let it be your biggest regret.
Here it is. Your last chance.

**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative

of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

.

**Attachment P**             **PX 44, 3608**

**Sent:**    Wed, 3 Jul 2019 20:35:42 +0000 (UTC)
**From:**    ███████████
**To:**      Jeff Bishop <jeff@weeklymoneymultiplier.com>
**Subject:**  Re: WOAH! What Could Have Been? Btw...8 hours.

Never did heard of you so this is a scam

Sent from Yahoo Mail on Android

On Wed, Jul 3, 2019 at 12:30 PM, Jeff Bishop
<jeff@weeklymoneymultiplier.com> wrote:

I've shown what happens when you start out with Total Alpha.

You can begin growing your account, turning $500 into $5000 like Michael.

But that's just the beginning.

From there, it's bigger positions, and bigger profits!

The goal isn't to slow down...it's to SPEED UP!

**That $500 account can turn into $5,000...to $50,000...to $500,000…**

And your growth accelerates when you're able to allocate more into each position.

Let's just see what these trades could have produced for you.

Here you go...let's start with $1000. That's not unreasonable.

That $1000 position in this trade would've made you over $1000.

So now, you've got $2000.

Let's be cautious. The next trade you put $1000 into as well.

Ok so with that $1000 position, you could have made $1750.

Now, you would have been sitting on $3750.

Next trade comes. You still just put $1000 into it.

**Attachment P**        **PX 44, 3609**

Boom! That could have been over $2000.

**So in 3 trades, you've gone from $1000 to $5750.**

Let's cap it off. You decide to put $2500 into this next trade. You're a baller now!


$2500 would have made you $12,500 if you hit this trade!

**That's over $18,000 that could have been made, starting with $1000…**

**IN ONLY 4 TRADES.**

And those are modest position sizes. Imagine if you even had a $5000 account to start with.

You can see now why Total Alpha is the pinnacle of options trading services.

You have 8 Hours. $1997 price disappearing FAST!

**Jeff Bishop**


RagingBull, LLC

62 Calef Hwy. #233, Lee, NH 03861


Click Here to stop receiving emails from jeff@weeklymoneymultiplier.com

Unsubscribe from all RagingBull emails


Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultipler.com.

**Attachment P**          **PX 44, 3610**

**From:** ███████ <███████████>
**Sent:** Sat, 29 Jun 2019 11:40:36 -0500
**Subject:** Re: [6 More Hours] Want to be rich?
**To:** Jeff Bishop <jeff@weeklymoneymultiplier.com>

Lmao fuck you scam I ain't paying you shit

On Fri, Jun 28, 2019 at 5:13 PM Jeff Bishop <jeff@weeklymoneymultiplier.com> wrote:

.

These are the last few moments to check out the Total Alpha Replay.

You want to know how I'm going to help you and why I'm confident you'll join?

Here it is.

### 38:59. HOW YOU'LL BE SUCCESSFUL



I'm going to make this so unbelievably easy for you.

I want you to be rich.

If that doesn't happen, I've failed…

And let me tell you something...I HATE FAILURE.

You'll see how quickly I prove myself when you join.

**Jeff Bishop**

**Attachment P**          **PX 44, 3611**

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from jeff@weeklymoneymultiplier.com
Unsubscribe from all RagingBull emails

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultipler.com.

**Attachment P**                    **PX 44, 3612**

**From:** ███████  ‹███████›
**Sent:** Thu, 20 Jun 2019 08:10:49 -0500
**Subject:** Re: Big Announcement! Affects All Members!
**To:** Jeff Bishop ‹Jeff@weeklymoneymultiplier.com›

I heard from an online video that all this info can be found online for free and you just looking to scam people.  Is this true?

███████████

Sent from my iPhone

On Jun 20, 2019, at 8:08 AM, Jeff Bishop ‹Jeff@weeklymoneymultiplier.com› wrote:



Friend,

I have an exciting announcement.

It must be your lucky day.

First my ebook, now THIS! Because you registered to receive my ebook, I am bumping you to the front of the line for my upcoming, high-demand, *FREE* training session. I like to reward loyal customers.

Click here to secure your VIP spot for my training session: Take Advantage of Crashing Stocks: Ways to Make Big Money from Big Losers.

This is the first time I have offered the opportunity to learn from an extensive video presentation *completely free of charge.*

Many traders overlook opportunities to short stocks. It's difficult for some to understand how they could profit when a stock moves lower.

But quite honestly, this is my *absolute* favorite way to pull profits quickly from the market.

If you time your trades right and commit the right amount of capital, you can hit returns like these on a regular basis...



I profited from both of these stocks as their price fell.

In my webinar, **I'll break down these trades and show you EXACTLY how I profited**: why I chose these stocks and where I entered and exited.

They don't call my service the Weekly Money Multiplier for nothing...

Don't waste your time fumbling around the market alone.

Sign up now, and come see for yourself.

**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not

**Attachment P**          **PX 44, 3614**

make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

.

**Attachment P**          **PX 44, 3615**

**From:** ⬛⬛⬛⬛⬛⬛
**To:** "'WeeklyMoneyMultiplier'" <jeff@weeklymoneymultiplier.com>
**Subject:** RE: [WeeklyMoneyMultiplier] Re: Re: ⬛REMINDER ⬛FREE training starts in 1 hour
**Sent:** Wed, 5 Jun 2019 12:58:39 -0400

Really.

Here's how we fix it: Stop treating me like a person to exploit in the interest of extracting thousands of dollars of my hard earned money. That's an insult to me and obviously you offend. I came to RB to learn and that's what RB has led people to believe they are getting. RB assumes the persona of a predator and you see people like me as your prey. Think again. My perception is RB has conned me out of $$ and continues to want more.

You do things like sending me an email stating ' you have a credit on your account, but it expires at midnight'. Credits don't expire. And what was it? A ploy to sell me MRM. How do you think I feel about that? Do you think Morning Star or Motley Fool or others would resort to surreptitious and sneaky tactics like this? Or you get me on a webinar where I think I am going to learn something that turns into a sales effort to sell yet another miracle subscription thereby wasting my time. RB has wasted a lot of my time but you'll waste no more. You know what this says? It says RB has no respect for me or my time and you are hoping to lure me with the promise of financial freedom into to giving RB more money. RB's behavior thus far has proved to be a disappointment and if you cruise the web you'll find many, many people view RB as a scam. And I agree.

So should RB ever decide to behave honestly, with dignity and credibility, and take a *true* interest in their clients, giving them what they paid for, you'll find my responses will change.

You have much to learn about life my young friend. Not to mention RB. And you won't learn it from Bishop. You are being used as well...

I have been dealing with people and businesses/corporations for a very long time. The simple fact that you complain about my response instead of inquiring as to why I feel as I do is proof that to RB I am insignificant. Nothing more than a potential source of income. Wake up...

My observations are not in err...

**From:** Austin (WeeklyMoneyMultiplier) [mailto:jeff@weeklymoneymultiplier.com]
**Sent:** Wednesday, June 05, 2019 7:49 AM
**To:** ⬛⬛
⬛[WeeklyMoneyMultiplier] Re: Re: ⬛REMINDER ⬛FREE training starts in 1 hour

##- Please type your reply above this line -##
Your request (539302) has been solved. To reopen this request, reply to this email. See the latest comments below:

 **Austin** (WeeklyMoneyMultiplier)

Jun 5, 7:49 AM EDT



We don't appreciate the derogatory remarks about our traders.

Jeff taught Jason.



⬛⬛4, 7:20 PM EDT

i will pass, on all of them from here outtry. shame on you for turning everthing into a sales opp. jason adds some

**Attachment P**      **PX 44, 3616**

value. but you? i wouldnt piss on your head if your brains were on fire. * Sent from my Verizon, Samsung Galaxy smartphone

⧠REMINDER ⧠FREE training starts in 1 hour p { margin:10px 0;padding:0; } table { border-collapse:collapse; } h1,h2,h3,h4,h5,h6 { display:block;margin:0;padding:0; } img,a img { border:0;height:auto;outline:none;text-decoration:none; } body,#bodyTable,#bodyCell { height:100%;margin:0;padding:0;width:100%; } .mcnPreviewText { display:none !important; } #outlook a { padding:0; } img { -ms-interpolation-mode:bicubic; } table { mso-table-lspace:0pt;mso-table-rspace:0pt; } .ReadMsgBody { width:100%; } .ExternalClass { width:100%; } p,a,li,td,blockquote { mso-line-height-rule:exactly; } a[href^=tel],a[href^=sms] { color:inherit;cursor:default;text-decoration:none; } p,a,li,td,body,table,blockquote { -ms-text-size-adjust:100%;-webkit-text-size-adjust:100%; } .ExternalClass,.ExternalClass p,.ExternalClass td,.ExternalClass div,.ExternalClass span,.ExternalClass font { line-height:100%; } a[x-apple-data-detectors] { color:inherit !important;text-decoration:none !important;font-size:inherit !important;font-family:inherit !important;font-weight:inherit !important;line-height:inherit !important; } #bodyCell { padding:10px; } .templateContainer { max-width:600px !important; } a.mcnButton { display:block; } .mcnImage,.mcnRetinaImage { vertical-align:bottom; } .mcnTextContent { word-break:break-word; } .mcnTextContent img { height:auto !important; } .mcnDividerBlock { table-layout:fixed !important; } /*@tab Page@section Background Style@tip Set the background color and top border for your email. You may want to choose colors that match your company's branding.*/body,#bodyTable { background-color:#f3f3f3; } /*@tab Page@section Background Style@tip Set the background color and top border for your email. You may want to choose colors that match your company's branding.*/#bodyCell { border-top:0; } /*@tab Page@section Email Border@tip Set the border for your email.*/.templateContainer { border:0; } /*@tab Page@section Heading 1@tip Set the styling for all first-level headings in your emails. These should be the largest of your headings.@style heading 1*/h1 { color:#202020;font-family:Helvetica;font-size:26px;font-style:normal;font-weight:bold;line-height:125%;letter-spacing:normal;text-align:left; } /*@tab Page@section Heading 2@tip Set the styling for all second-level headings in your emails.@style heading 2*/h2 { color:#202020;font-family:Helvetica;font-size:22px;font-style:normal;font-weight:bold;line-height:125%;letter-spacing:normal;text-align:left; } /*@tab Page@section Heading 3@tip Set the styling for all third-level headings in your emails.@style heading 3*/h3 { color:#202020;font-family:Helvetica;font-size:20px;font-style:normal;font-weight:bold;line-height:125%;letter-spacing:normal;text-align:left; } /*@tab Page@section Heading 4@tip Set the styling for all fourth-level headings in your emails. These should be the smallest of your headings.@style heading 4*/h4 { color:#202020;font-family:Helvetica;font-size:18px;font-style:normal;font-weight:bold;line-height:125%;letter-spacing:normal;text-align:left; } /*@tab Preheader@section Preheader Style@tip Set the background color and borders for your email's preheader area.*/#templatePreheader { background-color:#f3f3f3;background-image:none;background-repeat:no-repeat;background-position:center;background-size:cover;border-top:0;border-bottom:0;padding-top:9px;padding-bottom:9px; } /*@tab Preheader@section Preheader Text@tip Set the styling for your email's preheader text. Choose a size and color that is easy to read.*/#templatePreheader .mcnTextContent,#templatePreheader .mcnTextContent p { color:#656565;font-family:Helvetica;font-size:12px;line-height:150%;text-align:left; } /*@tab Preheader@section Preheader Link@tip Set the styling for your email's preheader links. Choose a color that helps them stand out from your text.*/#templatePreheader .mcnTextContent a,#templatePreheader .mcnTextContent p a { color:#656565;font-weight:normal;text-decoration:underline; } /*@tab Header@section Header Style@tip Set the background color and borders for your email's header area.*/#templateHeader { background-color:#FFFFFF;background-image:none;background-repeat:no-repeat;background-position:center;background-size:cover;border-top:0;border-bottom:0;padding-top:0px;padding-bottom:0; } /*@tab Header@section Header Text@tip Set the styling for your email's header text. Choose a size and color that is easy to read.*/#templateHeader .mcnTextContent,#templateHeader .mcnTextContent p { color:#202020;font-family:Helvetica;font-size:16px;line-height:150%;text-align:left; } /*@tab Header@section Header Link@tip Set the styling for your email's header links. Choose a color that helps them stand out from your text.*/#templateHeader .mcnTextContent a,#templateHeader .mcnTextContent p a {

**Attachment P**          **PX 44, 3617**

```
color:#2BAADF;font-weight:normal;text-decoration:underline; } /*@tab Body@section Body Style@tip Set the
background color and borders for your email's body area.*/#templateBody { background-
color:#FFFFFF;background-image:none;background-repeat:no-repeat;background-position:center;background-
size:cover;border-top:0;border-bottom:2px solid #EAEAEA;padding-top:0;padding-bottom:9px; } /*@tab
Body@section Body Text@tip Set the styling for your email's body text. Choose a size and color that is easy to
read.*/#templateBody .mcnTextContent,#templateBody .mcnTextContent p { color:#202020;font-
family:Helvetica;font-size:16px;line-height:150%;text-align:left; } /*@tab Body@section Body Link@tip Set the
styling for your email's body links. Choose a color that helps them stand out from your text.*/#templateBody
.mcnTextContent a,#templateBody .mcnTextContent p a { color:#2BAADF;font-weight:normal;text-
decoration:underline; } /*@tab Footer@section Footer Style@tip Set the background color and borders for your
email's footer area.*/#templateFooter { background-color:#f3f3f3;background-image:none;background-repeat:no-
repeat;background-position:center;background-size:cover;border-top:0;border-bottom:0;padding-
top:9px;padding-bottom:9px; } /*@tab Footer@section Footer Text@tip Set the styling for your email's footer text.
Choose a size and color that is easy to read.*/#templateFooter .mcnTextContent,#templateFooter
.mcnTextContent p { color:#656565;font-family:Helvetica;font-size:12px;line-height:150%;text-align:center; }
/*@tab Footer@section Footer Link@tip Set the styling for your email's footer links. Choose a color that helps them
stand out from your text.*/#templateFooter .mcnTextContent a,#templateFooter .mcnTextContent p a {
color:#656565;font-weight:normal;text-decoration:underline; } @media only screen and (min-width:768px) {
.templateContainer { width:600px !important; } } @media only screen and (max-width: 480px) {
body,table,td,p,a,li,blockquote { -webkit-text-size-adjust:none !important; } } @media only screen and (max-
width: 480px) { body { width:100% !important;min-width:100% !important; } } @media only screen and (max-width:
480px) { #bodyCell { padding-top:10px !important; } } @media only screen and (max-width: 480px) {
.mcnRetinaImage { max-width:100% !important; } } @media only screen and (max-width: 480px) { .mcnImage {
width:100% !important; } } @media only screen and (max-width: 480px) {
.mcnCartContainer,.mcnCaptionTopContent,.mcnRecContentContainer,.mcnCaptionBottomContent,.mcnTextConte
ntContainer,.mcnBoxedTextContentContainer,.mcnImageGroupContentContainer,.mcnCaptionLeftTextContentCont
ainer,.mcnCaptionRightTextContentContainer,.mcnCaptionLeftImageContentContainer,.mcnCaptionRightImageCon
tentContainer,.mcnImageCardLeftTextContentContainer,.mcnImageCardRightTextContentContainer,.mcnImageCar
dLeftImageContentContainer,.mcnImageCardRightImageContentContainer { max-width:100%
!important;width:100% !important; } } @media only screen and (max-width: 480px) {
.mcnBoxedTextContentContainer { min-width:100% !important; } } @media only screen and (max-width: 480px) {
.mcnImageGroupContent { padding:9px !important; } } @media only screen and (max-width: 480px) {
.mcnCaptionLeftContentOuter .mcnTextContent,.mcnCaptionRightContentOuter .mcnTextContent { padding-
top:9px !important; } } @media only screen and (max-width: 480px) {
.mcnImageCardTopImageContent,.mcnCaptionBottomContent:last-child
.mcnCaptionBottomContent,.mcnImageCardBottomImageContent .mcnCaptionBlockInner .mcnCaptionTopContent:last-child .mcnTextContent {
padding-top:18px !important; } } @media only screen and (max-width: 480px) {
.mcnImageCardBottomImageContent { padding-bottom:9px !important; } } @media only screen and (max-width:
480px) { .mcnImageGroupBlockInner { padding-top:0 !important;padding-bottom:0 !important; } } @media only
screen and (max-width: 480px) { .mcnImageGroupBlockOuter { padding-top:9px !important;padding-bottom:9px
!important; } } @media only screen and (max-width: 480px) { .mcnTextContent,.mcnBoxedTextContentColumn {
padding-right:18px !important;padding-left:18px !important; } } @media only screen and (max-width: 480px) {
.mcnImageCardLeftImageContent,.mcnImageCardRightImageContent { padding-right:18px !important;padding-
bottom:0 !important;padding-left:18px !important; } } @media only screen and (max-width: 480px) { .mcpreview-
image-uploader { display:none !important;width:100% !important; } } @media only screen and (max-width: 480px)
{ /*@tab Mobile Styles@section Heading 1@tip Make the first-level headings larger in size for better readability on
small screens.*/h1 { font-size:22px !important;line-height:125% !important; } } @media only screen and (max-
```

**Attachment P**                               **PX 44, 3618**

width: 480px) { /*@tab Mobile Styles@section Heading 2@tip Make the second-level headings larger in size for better readability on small screens.*/h2 { font-size:20px !important;line-height:125% !important; } } @media only screen and (max-width: 480px) { /*@tab Mobile Styles@section Heading 3@tip Make the third-level headings larger in size for better readability on small screens.*/h3 { font-size:18px !important;line-height:125% !important; } } @media only screen and (max-width: 480px) { /*@tab Mobile Styles@section Heading 4@tip Make the fourth-level headings larger in size for better readability on small screens.*/h4 { font-size:16px !important;line-height:150% !important; } } @media only screen and (max-width: 480px) { /*@tab Mobile Styles@section Boxed Text@tip Make the boxed text larger in size for better readability on small screens. We recommend a font size of at least 16px.*/.mcnBoxedTextContentContainer .mcnTextContent,.mcnBoxedTextContentContainer .mcnTextContent p { font-size:14px !important;line-height:150% !important; } } @media only screen and (max-width: 480px) { /*@tab Mobile Styles@section Preheader Visibility@tip Set the visibility of the email's preheader on small screens. You can hide it to save space.*/#templatePreheader { display:block !important; } } @media only screen and (max-width: 480px) { /*@tab Mobile Styles@section Preheader Text@tip Make the preheader text larger in size for better readability on small screens.*/#templatePreheader .mcnTextContent,#templatePreheader .mcnTextContent p { font-size:14px !important;line-height:150% !important; } } @media only screen and (max-width: 480px) { /*@tab Mobile Styles@section Header Text@tip Make the header text larger in size for better readability on small screens.*/#templateHeader .mcnTextContent,#templateHeader .mcnTextContent p { font-size:16px !important;line-height:150% !important; } } @media only screen and (max-width: 480px) { /*@tab Mobile Styles@section Body Text@tip Make the body text larger in size for better readability on small screens. We recommend a font size of at least 16px.*/#templateBody .mcnTextContent,#templateBody .mcnTextContent p { font-size:16px !important;line-height:150% !important; } } @media only screen and (max-width: 480px) { /*@tab Mobile Styles@section Footer Text@tip Make the footer content text larger in size for better readability on small screens.*/#templateFooter .mcnTextContent,#templateFooter .mcnTextContent p { font-size:14px !important;line-height:150% !important; } } ———————— Original message ————————From: Jeff Bishop <jeff@weeklymoneymultiplier.com> Date: 6/4/19 7:05 PM (GMT-05:00) To: ████████████████   Subject: ⬛REMINDER ⬛FREE training starts in 1 hour Jeffrey,Just wanted to send you a quick reminder that our free training with Dave Lukas, Amazon best-selling author and entrepreneur, starts in 1 hour in the Weekly Money Multiplier chatroom.Here is your link to access the free training: https://app.ragingbull.com/rooms/rb-wmm-training.

]

Thank You for Contacting Support.

 Virus-free. www.avg.com

**From:** ▮▮▮▮▮ ▮▮▮▮▮
**Sent:** Wed, 29 May 2019 13:07:18 -0300
**Subject:** Re: Two Members Hit 100%+ Winners
**To:** Jeff Bishop <Jeff@weeklymoneymultiplier.com>

People r saying u are scam

On Wed, 29 May 2019 at 13:01 Jeff Bishop <Jeff@weeklymoneymultiplier.com> wrote:



How many of you can say you've ever hit a 100% winner on a trade?

Seriously. Can you?

Because for a lot of people, that's extremely rare.

For the people in my service, it's just another week at the office. And by office, I mean relaxing at home in their sweatpants.

Check these out:

 Hi Jeff,

*Just made my first 100% winner....EVER! I'm very new to options so learning as fast as I can. **Earned a little over $5,000 on QQQ today (100%)**. I think it could have been a 200% Winner if I would have held longer, I was just so excited to be up so much and in case there was a big quick retrace on today s gap down, didn't want to risk it. Should have taken half off at 100% like you recommend. Need to work on patience.  - David Cook*

 Dear Jeff,

*Thanks for your IQ call. **Closed one trade already up over 100% !!** Opened another one today and climbing. Taking your option courses day-by-day and learning fast but taking the trades slow.  - Warren Lobb*

**This is the real deal. These are real members, netting real profits day-after-day using my strategy.**

What more proof do you need?

Find out how you can be a part of my next 100% winner.

**Attachment P                    PX 44, 3620**



**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative s own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

.

**From:** ████████████
**Sent:** Tue, 21 May 2019 20:17:27 -0700
**Subject:** Re: Deal Ends Now, Sorry.
**To:** Jeff Bishop <Jeff@weeklymoneymultiplier.com>

If it is that you promise the potential then anywhere of the feed back that I know
You are the real or just the scam

Sent from my iPhone

On May 21, 2019, at 7:03 PM, Jeff Bishop <Jeff@weeklymoneymultiplier.com> wrote:



Please don't email me tomorrow to get this 62% Off Price.
I've extended it long enough and **it's over in 2 hours.**
At this point, I want winners. I want people that allow themselves to make
money and are serious about it.
I want this to be the best financial decision you've ever made.
Don't let it be your biggest regret.
Here it is. Your last chance.



**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully

understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representatives own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**Attachment P**          **PX 44, 3623**

**From:** ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Sat, 25 May 2019 15:35:04 +0300
**Subject:** Re: [ALERT] My 4 Top Trade Ideas Released
**To:** Jeff Bishop <jeff@weeklymoneymultiplier.com>

you can just earn money in bed, sure? not a scam

On Fri, May 17, 2019 at 3:37 PM Jeff Bishop <jeff@weeklymoneymultiplier.com> wrote:

*Kigen - I m not sure if you caught this video yesterday, but **I had to get it to you first thing this morning**, so you can check out my top 4 trade ideas.*

This video is back by popular demand.

I usually don't send ideas like this out for free, but I had at least 15 emails last week after I sent my stock ideas out... both thanking me & asking for more!

I couldn't resist.

Click here to watch this 5 minute video where I explain the 4 stocks I'm looking at right now.



If you take any of these trades, **HIT "REPLY" to this email and let me know!**

I want to hear how they pan out for you.

This information is truly invaluable, especially if you're a new trader, or if you're a more experienced trader just looking for some fresh ideas.

If you join Weekly Money Multiplier, you'll receive ideas like this every day from 2 millionaire traders, delivered directly to your inbox.

Take Advantage of This Low Rate Today.

**Attachment P**          **PX 44, 3624**

**Jeff Bishop**

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from jeff@weeklymoneymultiplier.com
Unsubscribe from all RagingBull emails

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultipler.com.

**Attachment P**          **PX 44, 3625**

**From:** ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮
**Sent:** Thu, 23 May 2019 14:40:59 +0800
**Subject:** Re: Have 7 Minutes and a Smartphone?
**To:** Jeff Bishop <Jeff@weeklymoneymultiplier.com>

Scam

On Thu, May 23, 2019, 4:03 AM Jeff Bishop, <Jeff@weeklymoneymultiplier.com> wrote:



On your way to and from work?
Sitting at your desk during the day?
Heck, even going to the bathroom quickly?
Why don't you put that time to use and learn to supplement your income.
My service is meant for people with busy lives.
It's meant for me to do the work for you.
That's why I charge a membership fee. If it provided something you could have somewhere else, then it'd be free.
Problem is, you won't find this elsewhere.
A couple minutes a day to make some extra money?
Seriously, ask yourself what **$1000 more per week would do for you.**
Then realize that it's possible.
Spend $1497 to potentially make $52,000 extra per year….or more!
Don't let this slip away. Cutting this deal off in 8 HOURS.



**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative

of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative s own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**Attachment P**                    **PX 44, 3627**

**From:** ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮
**To:** Jeff Bishop <Jeff@weeklymoneymultiplier.com>
**Subject:** Re: Become a Lazy Trader
**Sent:** Thu, 16 May 2019 12:00:52 +0000

Stop emailing me! I have seen the reviews and warnings about you. You are a scam and you must be stupid if anyone believes you and your shit!

Sent from my iPhone

On 15 May 2019, at 23:03, Jeff Bishop <Jeff@weeklymoneymultiplier.com> wrote:



We all want one thing...Instant Gratification.
Sadly, it's tough to come by.
Most great things take work. Most great things take time.
Take the stock market for example. 20 some odd years ago, I started out and lost $8000.
Yep, I was a loser.
So I scratched, I clawed, and I grinded it out until I became profitable.
I hate even thinking about it.
I don't ever want you to go through what I did, it was miserable.
You're better than that!
So here we have it. The service that has the true ability to provide instant gratification.
But you've gotta buckle up, own it, and take the initiative.
$1497 is the price NOW.
In 6 hours, that price goes to $3999.
Your move.



**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an

investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representatives own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

.

| | |
|---|---|
| **From:** | ████████████ > |
| **Sent:** | Fri, 10 May 2019 16:26:22 +0800 |
| **Subject:** | Re: Never Stop Learning This Skill |
| **To:** | Jeff Bishop <Jeff@weeklymoneymultiplier.com> |

hi again sir jeff. i have made replies to jason';s email to me. i will would want join you. perhaps later. i'm still groggy on being scammed. i lost about 500,000.00 pesos on this latest scam.

On Thu, May 9, 2019 at 4:07 AM Jeff Bishop <Jeff@weeklymoneymultiplier.com> wrote:



Hey Mario,

I know trading options can be complicated, but it's just like learning any new skill...

With some practice and a strong mentor you trust, you can master them.

I am proud of the Weekly Money Multiplier community I have built because it's full of dedicated members who are truly committed to a lifelong trading education.

Whether it's a few extra hours each day or each week, everyone who wants to improve their trading finds the time.

Just like Thomas, a member from Fort Worth, TX:

> Jeff and Team,
>
> You guys are fantastic! **Just sold 1/2 of my GS Oct 230 calls with a nice $2600 profit** and let the other half ride. Keep up the good work! **I love the Weekly Money Multiplier!**
>
> -Thomas B.

I alerted this GS trade following the same, simple Options strategies I teach in my webinar: **How To Take Advantage of Crashing Stocks.**

Don't miss your chance to sign up for free, I won't be offering this much longer.

Come learn from the best.

Cheers,



**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative s own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**Sent:** Mon. 6 May 2019 16:06:30 +0000 (UTC)
**From:** ▮▮▮▮▮▮▮▮
**To:** WeeklyMoneyMultiplier <jeff@weeklymoneymultiplier.com>
**Subject:** Re: [WeeklyMoneyMultiplier] Re: Re: Price Hike! Demand > Supply

Thanks for the reply Jordan.
I understand some negative reviews are the result of unrealistic expectations, and some people just cannot be pleased no matter what you do for them.
However, Many are mentioning unauthorized charges for renewals, or that when one system is continuously failing a new system with a new name is introduced (which also does not produce profits), indicating it's simply an ongoing business of selling subscriptions, not actually providing profitable strategy or even trade ideas.
But the main thing, as I mentioned, is that I cannot find ANY positive independent reviews. That is a huge red flag to me. Scams (not saying you are) absolutely can and do stay in business, as there are always new suckers being born, and as long as enough names and plans keep being shuffled around it becomes a profitable shell game.

----------------------------------------------
On Mon, 5/6/19, Jordan (WeeklyMoneyMultiplier) <jeff@weeklymoneymultiplier.com> wrote:

Subject: [WeeklyMoneyMultiplier] Re: Re: Price Hike! Demand > Supply
To: ▮▮▮▮▮▮▮▮▮▮
Date: Monday, May 6, 2019, 5:00 AM


#yiv9266065836 table td {
border-collapse:collapse;}

    ##- Please type your reply
above this line -##
    Your request (523403) has been solved. To reopen this
request, reply to this email. See the latest comments
below:


    Jordan (WeeklyMoneyMultiplier)


        May 6, 9:00 AM EDT
            B,

There's no
pressure to join. We'd like to earn your business but
understand that some folks leave negative reviews. We are
not a scam as scams can't stay in business and we've
been serving clients for several years. Most folks who leave
negative reviews are people who come in trying to get rich
quick. We admonish against that. We believe in getting rich
slowly. That's how Jason and Jeff started and with their
education clients have been able to do the same. Check out
Kyle Dennis and read his story. He's a student of both

**Attachment P**                    **PX 44, 3632**

those guys and he's doing well as well as thousands of
others. Make sure you sign up for our free email list as
we'll have a trial offer here and there to lighten the
entry costs.

However, if
you'd like to get started sooner than later (that's
what we recommend), call our VIP team and they'll get
you the best price available.

(833) 265-1270

We hope to see you around soon.

Jordan


                     b b

          May 4, 5:45 PM EDT
                    Too many reviews saying you and Jason are scam artists.
No good reviews except what you publish. What do I have to
lose? $2000 to you, plus who knows how much if I trust picks
which turn out bad. Not worth the risk.------------------------------------------
On Fri, 5/3/19, Jeff Bishop <jeff@weeklymoneymultiplier.com>
wrote:
Subject: Price Hike! Demand > Supply
 To:
██████████████████████
 Date: Friday, May 3, 2019, 4:00 PM


Price Hike! Demand > Supply


**Attachment P**                    **PX 44, 3633**

I've

seen your questions, I've heard your

comments.
 Sorry,
 but this
deal tonight is final, no exceptions.
 I
 don't want emails tomorrow asking to get in
at this price.
 I don't want my VIP team
getting phone calls
 either.
 This was a one time
 deal
 to reward the people that are serious about
making
 money.
 And
 there have been countless new members joining

over the past
week. Demand > Supply.
If
you don't see the value
by now, there's nothing else I
can to
show you.
I've

eliminated ALL barriers of entry.
Price? I
knocked that down
from $3999 per year to
$1997 FOR TWO YEARS.  Nathan
Bear? I could've spun off his service and
charged $2000
per year for it. Instead, I
gave it to you for
FREE.

And
then I guaranteed our performance (50,
100% winners in one
year)...so the risk?
Well, what really is the  risk?
$1997 over two years? That's
not risk to me. That's opportunity.
Just
ask yourself this.
Do
you really think you're
going to make less than $1000 per
year with
the Weekly Money Multiplier?
IF
that happens, which is hard for me to even
imagine, then
email me when your membership
is about to expire and we'll
work out a
deal.
Like
I said plenty
of times, I'm in this for you! I want your
feedback and I want you to make money.
Join me within the next 4

hours and let me get to work!


Jeff Bishop


RagingBull, LLC
62 Calef
Hwy. #233, Lee, NH 03861

**Attachment P**                    **PX 44, 3635**

Click
Here to stop receiving
emails from
jeff@weeklymoneymultiplier.com

Unsubscribe
from all
RagingBull
emailsNeither Jeff Bishop nor
RagingBull.com, LLC (publisher of Weekly Money
Multiplier)
is registered as an investment
adviser nor a broker/dealer
with either the
U. S. Securities & Exchange Commission or
any state securities regulatory authority.
Users of this
website are advised that all
information presented on this
website is
solely for informational purposes, is not

intended to be used as a personalized investment
recommendation, and is not attuned to any
specific portfolio
or to any user's
particular investment needs or
objectives.
The owners, employees and writers of

RagingBull.com may engage in securities trading that is
discussed or viewed on this website, but all
such
individuals are buying and selling
such securities for their
own account.
These individuals do not engage in any trades
with customers. The buying and selling of
securities by
these individuals is not part
of a regular business of
buying and selling
securities. Past performance is NOT

indicative of future results. Furthermore, such
information
is not to be construed as an
offer to sell or the
solicitation of an
offer to buy, nor is it to be construed
as
a recommendation to buy, hold or sell (short or
otherwise) any security. All users of this
website must
determine for themselves what

**Attachment P**                    **PX 44, 3636**

specific investments to make
 or not make
and are urged to consult with their own

independent financial advisors with respect to any
 investment decision. The reader bears responsibility for
 his/her own investment
research and decisions, should seek
 the
advice of a qualified securities professional before
 making any investment, and investigate and
fully understand
 any and all risks before
investing. All opinions, analyses
 and
information included on this website are based on
 sources believed to be reliable and written in
good faith,
 but should be independently
verified, and no representation
 or warranty
of any kind, express or implied, is made,

including but not limited to any representation or
warranty
 concerning accuracy, completeness,
correctness, timeliness
 or appropriateness.
In addition, we undertake no
 responsibility
to notify such opinions, analyses or

information or to keep such opinions, analyses or
 information current. Also be aware that
owners, employees
 and writers of and for
RagingBull.com, LLC may have long or
 short
positions in securities that may be discussed on this
 website or newsletter, but all such positions
are held for
 such representative's own
account. Past results are not
 indicative of
future profits. This table is accurate, though
 not every trade is represented. Profits and
losses reported
 are actual figures from the
portfolios Jeff Bishop manages
 on behalf of
RagingBull.com, LLC.

 If
you have a current active subscription with Weekly Money
 Multiplier you will need to go to your

**Attachment P**          **PX 44, 3637**

subscriptions list
 inside the RagingBull
Dashboard if you want to cancel your

subscription. Opting out of emails does not remove you from
 your service at

WeeklyMoneyMultipler.com.

]

    Thank You for Contacting Support.


[WV6Z92-43M5]

**From:** ███████ <███████████████>
**Sent:** Thu, 9 May 2019 14:38:34 -0700
**Subject:** Re: , these are TIME SENSITIVE TRADE IDEAS!
**To:** Jeff Bishop <Jeff@weeklymoneymultiplier.com>

Stop ur  scam

On Thu, May 9, 2019, 2:36 PM Marjorie Townsend <███████████████> wrote:

I'm calling lawyer I asked u to stop

On Thu, May 9, 2019, 2:35 PM Jeff Bishop <jeff@weeklymoneymultiplier.com> wrote:

### *Want some free market insight?* *Here are the 4 trades I am currently in, or looking to get into tomorrow.*

If you missed the training we did earlier today in the **Weekly Money Multiplier** room, I had to make sure you got these free trade ideas.

Click here to watch this 7 minute video where I explain the 4 stocks I'm looking at right now.



I detail some of my entry and exit points, as well as my goals for each of these four trades.

If you take any of these trades, **HIT "REPLY" to this email and let me know!**

I want to hear how they pan out for you.

This information is truly invaluable, especially if you're a new trader, or if you're a more experienced trader just looking for some fresh ideas.

If you join Weekly Money Multiplier, you'll receive ideas like this every day from 2 millionaire traders, delivered directly to your inbox.

### Take Advantage of The Lowest Rate I Offer Today.

**Attachment P**                              **PX 44, 3639**

**Jeff Bishop**

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from jeff@weeklymoneymultiplier.com
Unsubscribe from all RagingBull emails

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

**Sent:**     Sat, 4 May 2019 21:45:17 +0000 (UTC)
**From:**   █  ████████████████████
**To:**       Jeff Bishop <jeff@weeklymoneymultiplier.com>
**Subject:**  Re: Price Hike! Demand > Supply

Too many reviews saying you and Jason are scam artists. No good reviews except what you publish.
What do I have to lose? $2000 to you, plus who knows how much if I trust picks which turn out bad. Not
worth the risk.

---------------------------------------------
On Fri, 5/3/19, Jeff Bishop <jeff@weeklymoneymultiplier.com> wrote:

Subject: Price Hike! Demand > Supply
To:█████████████████████
Date: Friday, May 3, 2019, 4:00 PM

Price Hike! Demand > Supply

I've
seen your questions, I've heard your
comments.
Sorry,
but this deal tonight is final, no exceptions.

**Attachment P**       **PX 44, 3641**

I
don't want emails tomorrow asking to get in at this price.
I don't want my VIP team getting phone calls
either.
This was a one time
deal
to reward the people that are serious about making
money.
And
there have been countless new members joining over the past
week. Demand > Supply.
If
you don't see the value by now, there's nothing else I
can to show you.
I've
eliminated ALL barriers of entry.
Price? I knocked that down
from $3999 per year to $1997 FOR TWO YEARS.
Nathan
Bear? I could've spun off his service and charged $2000
per year for it. Instead, I gave it to you for
FREE.
And
then I guaranteed our performance (50, 100% winners in one
year)...so the risk? Well, what really is the
risk?
$1997 over two years? That's
not risk to me. That's opportunity.
Just
ask yourself this.
Do
you really think you're going to make less than $1000 per
year with the Weekly Money Multiplier?
IF
that happens, which is hard for me to even imagine, then
email me when your membership is about to expire and we'll
work out a deal.
Like
I said plenty of times, I'm in this for you! I want your
feedback and I want you to make money.
Join me within the next 4
hours and let me get to work!


Jeff Bishop
 RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click
Here to stop receiving emails from
jeff@weeklymoneymultiplier.com
Unsubscribe
from all RagingBull
emailsNeither Jeff Bishop nor
RagingBull.com, LLC (publisher of Weekly Money Multiplier)
is registered as an investment adviser nor a broker/dealer

**Attachment P**         **PX 44, 3642**

with either the U. S. Securities & Exchange Commission or
any state securities regulatory authority. Users of this
website are advised that all information presented on this
website is solely for informational purposes, is not
intended to be used as a personalized investment
recommendation, and is not attuned to any specific portfolio
or to any user's particular investment needs or
objectives. The owners, employees and writers of
RagingBull.com may engage in securities trading that is
discussed or viewed on this website, but all such
individuals are buying and selling such securities for their
own account. These individuals do not engage in any trades
with customers. The buying and selling of securities by
these individuals is not part of a regular business of
buying and selling securities. Past performance is NOT
indicative of future results. Furthermore, such information
is not to be construed as an offer to sell or the
solicitation of an offer to buy, nor is it to be construed
as a recommendation to buy, hold or sell (short or
otherwise) any security. All users of this website must
determine for themselves what specific investments to make
or not make and are urged to consult with their own
independent financial advisors with respect to any
investment decision. The reader bears responsibility for
his/her own investment research and decisions, should seek
the advice of a qualified securities professional before
making any investment, and investigate and fully understand
any and all risks before investing. All opinions, analyses
and information included on this website are based on
sources believed to be reliable and written in good faith,
but should be independently verified, and no representation
or warranty of any kind, express or implied, is made,
including but not limited to any representation or warranty
concerning accuracy, completeness, correctness, timeliness
or appropriateness. In addition, we undertake no
responsibility to notify such opinions, analyses or
information or to keep such opinions, analyses or
information current. Also be aware that owners, employees
and writers of and for RagingBull.com, LLC may have long or
short positions in securities that may be discussed on this
website or newsletter, but all such positions are held for
such representative's own account. Past results are not
indicative of future profits. This table is accurate, though
not every trade is represented. Profits and losses reported
are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money
Multiplier you will need to go to your subscriptions list
inside the RagingBull Dashboard if you want to cancel your
subscription. Opting out of emails does not remove you from
your service at
WeeklyMoneyMultipler.com.

**Attachment P**          **PX 44, 3643**

**Sent:**    Sat, 4 May 2019 01:59:19 +0000 (UTC)
**From:**    t█████████████
**To:**    Jeff@weeklymoneymultiplier.com
**Subject:**    Hello, Mr.High and Mighty Bishop

I am sick of your obnoxious "promotional" emails tell me how stupid I am not to buy this or that from you overhyped  idiots who denied me service (option alerts) for 3 full months after I  signed up and paid my money, despite email and email and phone calls to your back office. None of your trained monkeys there can get it right!   And you don't have the courtesy to extend my subscription for your derilication of duty. Thank God we have the US Marines protecting our nation and not you clowns.

Your scam is obvious,  you front run your recommendations and by the time we, the sucker nation, receive them it is too late because you have taken the first 3 bites at the apple.

So do what your back office agreed to,  turn off your self-glorifying emails.   I am beginning to think you are overcompensating for having tiny dicks.

Randyl Taber

PS    Someday some 13 year old will teach you the meaning of 24/7 Concierge service.      The "24" refers to 24 hours per day, and the "7" refers to 7 days a week.   Get it?

**Attachment P**          **PX 44, 3644**

**From:** ▮▮▮▮▮▮▮▮
**Sent:** Wed, 10 Apr 2019 05:12:50 -0400
**Subject:** Re: The chance for at least 50 triple-digit winners (no matter what the markets are doing)
**To:** Jeff Bishop <Jeff@weeklymoneymultiplier.com>

Yes this sounds like a great opportunity to scam people for money.praise the lord.we need more devils like you in the world �

On Tue, Apr 9, 2019, 4:07 PM Jeff Bishop <Jeff@weeklymoneymultiplier.com> wrote:



Dear Emilio,

I've come to a rather startling conclusion, but it's important that I share it with you.

It's time.

Time to embrace simplicity.

Leave behind the complicated chart patterns, intense technical analysis… I don't care what new, fancy technique traders are preaching about.

Starting right now, **it's time to get off the ride.**

**Because frankly, it doesn't matter what techniques they're using.**

I've found a way to profit in the most difficult market climates, and it's simple.

The opportunity to make triple-digit gains is there.

Intrigued? Come watch how I made $161,778.12 on three trades in less than 24 hours.

That's more money than some people see in their lifetime.

In less than 24 hours.

**Find out how I did it, and how you can too.**

**This is your last chance.**

**Attachment P                    PX 44, 3645**

See You Soon,



**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative s own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

.

**From:** ▮▮▮▮▮▮▮▮
**To:** Jeff Bishop <Jeff@WeeklyMoneyMultiplier.com>
**Subject:** Re: 4 Minutes and Massive Returns
**Sent:** Sun, 14 Apr 2019 14:41:00 +0000

I learned you are a complete scam Lowlife

---

**From:** Jeff Bishop <Jeff@WeeklyMoneyMultiplier.com>
**Sent:** April 14, 2019 9:39 AM
**To:** ▮▮▮▮▮▮▮▮
**Subject:** 4 Minutes and Massive Returns



*How a 3% Move In Stock Price Resulted in a 103% REAL MONEY Profit*

4 minutes. That's all I need. Actually, that's all YOU need. Nothing more than that.
I put on a lengthy hour-long webinar packed with information, but I know we all live busy lives. I want you to watch all of it, but you know what?
Screw it. Skip 90% of it! This is what you need to see. Summed up in 4 minutes.
From 37:49-41:52
If you can't take 3 minutes, then you just don't have what it takes.
Or you just don't want to make money…?

**Watch THIS!**



To receive your FREE version of my 30 Day Options Trading Guide, click here and

[fill out some information](#).

Talk Soon,



**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative s own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

.

**From:** ▮▮▮▮▮▮
**Sent:** Sat, 13 Apr 2019 13:15:04 -0700
**Subject:** Re: You've gotta see this…
**To:** Jeff Bishop <Jeff@weeklymoneymultiplier.com>

Yes just another scam from you crooked company show me the money and you'll have the best worker you ever had     in my hand

On Sat, Apr 13, 2019, 12:57 PM Jeff Bishop <Jeff@weeklymoneymultiplier.com> wrote:



Hey Americo,

If you missed my last email or haven't signed up yet, I am **hosting a free webinar on How to Find BIG Wins from BIG Losers!**

I've said it once and I'll say it again: _This is my favorite way to profit from stocks._

Sometimes when stocks fall, they nose-dive. It's because fear is a far more powerful motivator than greed.

And man, when people see a stock start to plummet, they get scared and sell off quickly...

This scenario presents an opportunity that I am happy to take advantage of, and I'm going to show you how you can too.

**Attachment P                    PX 44, 3649**

Follow [this link](#), drop in your email address, and I'll be joining you soon.

Let's Make BIG Money,



**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative s own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us [here](#) if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

[Unsubscribe](#)

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

.

**From:** ████████ <████████████>
**Sent:** Tue, 9 Apr 2019 23:17:35 -0600
**Subject:** Re: Full Replay & FREE GIFT �
**To:** Jeff Bishop <jeff@weeklymoneymultiplier.com>

# I AM NOBODY. DO NOT ASK ME TO DO ANYTHING. THIS IS A TOTAL   FRAUD .A AN AUTOMATED SCAM MACHINE

On Tue, Apr 9, 2019 at 7:31 AM Jeff Bishop <jeff@weeklymoneymultiplier.com> wrote:

Dear ,

I hosted a live event on **How To Take Advantage of Crashing Stocks**

$40,000 … $92,783 … $15,900 …

...All profits I made with my personal trading account in just a few days of work on each trade.

You can catch the full replay of the event below.

My presentation details *7 real-money examples* of trades I profited on when a stock went down.

<u>Jump in at 7:08, that's when things really get going...</u>



If you're strapped for time, pop in at <u>27:44</u> for my third real-money trade example on an oil ETF.

It contains my favorite trading pattern, which signaled a buy, and I'll show you *exactly where* on the stock chart as well as the *exact* alert I sent out to members.

**Attachment P**          **PX 44, 3651**

Stay til the end…

To Profiting on Crashing Stocks,

**Jeff Bishop**

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from jeff@weeklymoneymultiplier.com
Unsubscribe from all RagingBull emails

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

**Attachment P**                    **PX 44, 3652**

**From:**
**Sent:** Mon, 8 Apr 2019 22:08:46 -0600
**Subject:** Re: 10 Minute Small Account Blueprint
**To:** Jeff Bishop <Jeff@weeklymoneymultiplier.com>

# SCAM,SCAM,SCAM MORE SCAM

On Mon, Apr 8, 2019 at 2:19 PM Jeff Bishop <Jeff@weeklymoneymultiplier.com> wrote:



It's not a secret anymore.
Jeff Williams is the #1 Small Account trader in the business.
It's not an easy job either. Everyone knows **the hardest part to your trading career is when you're starting out and you're trying to grow that $1000, $2000, maybe $5000 account.**
It's even harder because no one wants to do it alongside of you...well, no one except Jeff Williams!
I've always said he was the hidden gem of trading services with RagingBull.
He's not flashy, and he's trading with small accounts which sacrifice his own personal gains just so that you can see how it's done and apply and scale easily!

He sets out with a small amount, normally around $5000, but as low as $1000!
**Then he builds it up to $15,000…$25,000…$30,000…**
Then he rebalances and does it all over for people to learn how!
Now it's your turn. And he's doing it for FREE tomorrow night, April 9th at 8PM ET. Don't miss this!

**Jeff Bishop**
Weekly Money Multiplier

---

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative s own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**Attachment P**          **PX 44, 3654**

**From:**
**Sent:** Wed, 3 Apr 2019 22:27:40 -0400
**Subject:** Re: ☆ Price Hike! Demand > Supply
**To:** Jeff Bishop <Jeff@weeklymoneymultiplier.com>

Please take me off your email list. You are a scam and a fraud

Sent from my iPhone

On Apr 3, 2019, at 8:13 PM, Jeff Bishop <Jeff@weeklymoneymultiplier.com> wrote:



I've seen your questions, I've read your comments.
Sorry, but this deal tonight is final, no exceptions.
I don't want emails tomorrow asking to get in at this price. I don't want my VIP team getting phone calls either.
This was a one time deal to reward the people that are serious about making money.
And there have been countless new members joining over the past week.
Demand > Supply.
If you don't see the value by now, there's nothing else I can show you.
I've eliminated ALL barriers of entry.
Price? I knocked that down from $3999 per year to **$1997 FOR TWO YEARS.**
Nathan Bear? I could've spun off his service and charged $2000 per year for it.
Instead, **I gave it to you for FREE.**
And then I guaranteed our performance (50, 100% winners in one year)...so the risk? Well, what really is the risk?
$1997 over two years? That's not risk to me. That's opportunity.
Just ask yourself this.
==**Do you really think you're going to make less than $1000 per year with the Weekly Money Multiplier?**==
==**IF that happens, which is hard for me to even imagine, then email me when your membership is about to expire and we'll work out a deal.**==
Like I said plenty of times, I'm in this for you! I want your feedback and I want you to make money.
Join me within the next 4 hours and let me get to work!



**Attachment P            PX 44, 3655**

**Jeff Bishop**
Weekly Money Multiplier

---

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative s own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**Attachment P**                    **PX 44, 3656**

**From:** ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Wed, 3 Apr 2019 18:01:46 -0500
**Subject:** Re: [WeeklyMoneyMultiplier] Re: Re: Drastic Membership Changes! [Take Notice]
**To:** Jeff Bishop <Jeff@weeklymoneymultiplier.com>

The warranty is silly. How about 100% moneyback no matter what. If you can't say that, you do not have a great product. Great marketing does not mean great product. Usually ite vice versa. Needless to say I have unsubscribed. I am no longer considering your product. Thanks good luck.

On Wed, Apr 3, 2019, 11:57 AM Austin (WeeklyMoneyMultiplier) <[jeff@weeklymoneymultiplier.com](mailto:jeff@weeklymoneymultiplier.com)> wrote:

##- Please type your reply above this line -##

Your request (505807) has been solved. To reopen this request, reply to this email. See the latest comments below:

---

**Austin** (WeeklyMoneyMultiplier)

Apr 3, 12:57 PM EDT



It's not a scam it's just marketing.

What about it gives you that impression?

We have a legitimate service and products.

---



Apr 3, 12:24 PM EDT

Sounds scammy.

On Wed, Apr 3, 2019, 7:24 AM Jeff Bishop <[Jeff@weeklymoneymultiplier.com](mailto:Jeff@weeklymoneymultiplier.com)> wrote:

I told you something big was happening. I've been offering a blowout price with tons of bonus value over the last week.

But Today Is The LAST OF MANY FIRSTS.

1) This is the last day that you get 2 Years of Weekly Money Multiplier at $1997 (https://app.ragingbull.com/checkout/D6jwxLdkToQriSFjLzvX?utm_source=WMM&utm_medium=email&utm_campaign=wmm-order-attendees&utm_term=nhc)

2) This is the last day that Nathan Bear is offered FREE (https://app.ragingbull.com/checkout/D6jwxLdkToQriSFjLzvX?utm_source=WMM&utm_medium=email&utm_ca

**Attachment P**          **PX 44, 3657**

mpaign=wmm-order-attendees&utm_term=nhc) with this bundle

3) This is the last day that you get our Performance Guarantee.
(https://app.ragingbull.com/checkout/D6jwxLdkToQriSFjLzvX?utm_source=WMM&utm_medium=email&utm_ca
mpaign=wmm-order-attendees&utm_term=nhc) (Lifetime Membership Free if we don't deliver)

What Happens If I Wait Until Tomorrow?

1) You will pay $3999 for ONE YEAR of Weekly Money Multiplier

2) Nathan Bear will be an additional $2000 on top of that $3999 price

3) Our 50, 100% winners over the next year are not guaranteed.

Let's sum this up.

When tomorrow begins, all those changes go into effect.

This is the LAST DAY to Join at this Blockbuster Deal.
(https://app.ragingbull.com/checkout/D6jwxLdkToQriSFjLzvX?utm_source=WMM&utm_medium=email&utm_ca
mpaign=wmm-order-attendees&utm_term=nhc)

Jeff Bishop
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative

of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here (https://is-tracking-link-api-prod.appspot.com/api/v1/click/4522912810795008/6489265555898368) if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe (https://mr141.infusionsoft.com/app/linkClick/219180/b730637364508e12/632338596/57310e9615f6a6e0)

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

]

Thank You for Contacting Support.

**Sent:** Sat, 30 Mar 2019 01:48:50 +0000 (UTC)
**From:** t▮▮▮▮▮▮▮▮
**To:** Jeff@WeeklyMoneyMultiplier.com
**Subject:** Re: Prove Me Wrong! Please.

Mr. Bishop,
    Why do I receive the results of your trade (BABA) but never receive the recommendations in advance in my email?    I am beginning to believe you are running a scam,
cherry picking your good trades and hiding the bad ones.   I am not receiving your emails recommendations!   I have asked for them 3 times before.

▮▮▮▮▮▮▮

-----Original Message-----
From: Jeff Bishop <Jeff@WeeklyMoneyMultiplier.com>
To: ▮▮▮▮  ▮▮▮▮▮
Sent: Fri, Mar 29, 2019 5:33 pm
Subject: Prove Me Wrong! Please.



.

I'm laying it all out on the line right now, because I want the best for you.

Today, I nailed a 100% winner that moved up the ladder to 313%. Check my past emails if you haven't seen the outrageous move on BABA.

==I've even guaranteed that I hit 50 of those 100% winners with Nathan Bear over the next year.==

==Who else is doing that? Absolutely NO ONE. And if we for some reason we don't deliver, your $1997 membership for two years gets upgraded to LIFETIME access for FREE! Talk about a guarantee!==



Oh, and Nathan Bear...let's get back to him, because this guy is well over $1.6 MILLION in profits and I just gave you access to him for FREE.

He alerted his trade on WIX today with full commentary. This is spoon fed information you won't get anywhere else.



How's it looking so far?

Attachment P                                  PX 44, 3661



28% on that trade, and **nearly paid for the 2 years of service.**

We are invested in your success. Since the webinar on Tuesday, we've been on a roll, and we aren't stopping.

I want you with us. I want you to experience these same results.

There is absolutely no reason you shouldn't join.

We're with you every step of the way.



**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

.

**Attachment P**             **PX 44, 3663**

**From:** ███████████ ████████████
**Sent:** Mon, 1 Apr 2019 21:24:15 -0400
**Subject:** Re: +$13k on NFLX [Watch This 3 Minute Lesson]
**To:** Jeff Bishop <Jeff@weeklymoneymultiplier.com>

Hi Jeff

I was ready to pay fee but one of my friend send me your scam video then I change my mind.

Thnaks



On Mon, Apr 1, 2019 at 8:03 PM Jeff Bishop <Jeff@weeklymoneymultiplier.com> wrote:



One easily identified, repeat pattern that led Nathan to $13,075 on NFLX today and **how you can capture profits on it tomorrow.**
No excuses, it's ONLY 3 MINUTES!

**Attachment P          PX 44, 3664**



**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**From:**
**Sent:** Mon, 1 Apr 2019 08:49:40 -0400
**Subject:** Re: Need Your Feedback ASAP
**To:** Jeff Bishop <Jeff@weeklymoneymultiplier.com>

Your reviews scare the crap out of me, I have no idea for sure whether you are a scam or not. Please take me off of your email list, thank you.



On Sat, Mar 30, 2019 at 4:16 PM Jeff Bishop <Jeff@weeklymoneymultiplier.com> wrote:



Hey Michael,
If you don't know by now, I'll do anything in my power to not only make you a successful trader, but to provide you with everything you need to live your life without limits.
I've tried to make this clear, but I now I'm calling on you!
I've always charged $1497-$1997 during sales for Weekly Money Multiplier, a service I know is worth $5000+.
So this past week, I slashed it and gave you the opportunity for two full years at the price of $1997. Just a free bonus year for you.
Then, I added Nathan Bear to the service. He's phenomenal and rather than charging extra for him, I threw him in for free. [Urgent - This Will Not Be Offered Free Moving Forward].
I proceeded to add multiple LIVE training sessions to the schedule for members. They will be recorded and can always be reviewed!

*Nathan Bear: Tues 4/2 @ 1pm EST*
*Jeff Bishop: Wednesday 4/10 @ 1pm EST*
*Nathan Bear: Wednesday 4/24 @ 8pm EST.*

**I then wanted to assure you this service will deliver, so I made a guarantee of 50, 100% winning trades between both of us over the next year. If we don't hit that, you get upgraded to a lifetime membership at no extra cost!**

I've sweetened this deal, because I know how beneficial it can be for you.

If you're still on the fence, I'm really not sure why, but I want to find out!

**Reply to this email. What's preventing you from joining?**

Let's see what more I can do for you!



**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative s own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**Attachment P**          **PX 44, 3667**

**Sent:** Mon, 1 Apr 2019 05:42:02 +0000 (UTC)
**From:**
**To:** Jeff Bishop <Jeff@WeeklyMoneyMultiplier.com>
**Subject:** Re: This Ain't Rocket Science

I am a experienced option trader and would like to learn more about the service for weekly money multiplier.  Can you answer the questions I have below.  I'm sure you can understand my asking these questions, there are a lot of scam type of deals out there.

1.  How do you classify 100% winner?  Is it if you risk 100 dollars you make 100 or is it if you risk 50 then you make 100 dollars?

2.  How do you hedge your trades?  Otherwise you will loose when the market turns in  a day.  Do you base it off of for example for every 2 longs have 1 short or something else?

3.  Would it be possible for me to talk with Jeff or one of the other coaches on the phone who do the option trades?  I just want to have confidence in the service, especially since these emails are always after the fact of a trade has occurred.

Thanks,

On Sunday, March 31, 2019 7:06 PM, Jeff Bishop <Jeff@WeeklyMoneyMultiplier.com> wrote:



You've seen the real money, 100% wins.

You've seen others profiting the same…

*First trade with your service. QQQ calls ==+119%==!!*

*I am ==up $8,000== since joining your service a little over a week ago!*

*Just made my ==first 100% winner==....EVER! I'm very new to options so learning as fast as I can.*

*Thanks for your IQ call. Closed one trade already ==up over %100 !!==*

*Just hit those VXX calls for ==$7700, took about 45 minutes.==*

If you're sitting there thinking "Ok, Jeff can do this. These other guys can do this."

YOU CAN DO THIS!

I don't care where you are or what you're doing.

If you're reading this email, know that YOU CAN DO THIS!

You can't afford to wait on the sideline and watch profits fly by.

I'm already guaranteeing my performance for you, so all you need to do is be confident in yourself. I've taken the risk off the table for you!

Take that step and join me before this sale expires! **The price moving forward will shoot back up to $3999 per year.**

Right now, it's $1997 for TWO YEARS!



**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative s own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**From:** █████████
**To:** Jeff Bishop <Jeff@WeeklyMoneyMultiplier.com>
**Subject:** R: Need Your Feedback ASAP
**Sent:** Tue, 2 Apr 2019 17:45:59 +0000

Hi there,
I could be very interested in Raging bull services but I have some doubts.

Why don't you show all your performance of the past years?
I asked your customer service this info and they replied me that you don't track all the trades..
This is very strange for a trader..you just need to print all the weekly trades from your broker account.
This kind of info, along with some stats about you trading strategy (% of winning,max drawdowns,...) might help people like me to choose your services.

For example,If I had invested 10k in your strategy during the 2018,How many $ I would get?

Some people around the web say your services are kind of scam,more transparency about your performance could prove they are wrong.

Thanks for your attention.

Bye

---

**Da:** Jeff Bishop <Jeff@WeeklyMoneyMultiplier.com>
**Inviato:** sabato 30 marzo 2019 21:04
**A:** █████████████
█████ : Need Your Feedback ASAP



.

Hey █████
If you don't know by now, I'll do anything in my power to not only make you a successful trader, but to provide you with everything you need to live your life without limits.
I've tried to make this clear, but I now I'm calling on you!
I've always charged $1497-$1997 during sales for Weekly Money Multiplier, a service I know is worth $5000+.
So this past week, I slashed it and gave you the opportunity for two full years at the price of $1997. Just a free bonus year for you.
Then, I added Nathan Bear to the service. He's phenomenal and rather than charging extra for him, I threw him in for free. [Urgent - This Will Not Be Offered Free Moving Forward].

I proceeded to add multiple LIVE training sessions to the schedule for members. They will be recorded and can always be reviewed!

*Nathan Bear: Tues 4/2 @ 1pm EST*
*Jeff Bishop: Wednesday 4/10 @ 1pm EST*
*Nathan Bear: Wednesday 4/24 @ 8pm EST.*

**I then wanted to assure you this service will deliver, so I made a guarantee of 50, 100% winning trades between both of us over the next year. If we don't hit that, you get upgraded to a lifetime membership at no extra cost!**

I've sweetened this deal, because I know how beneficial it can be for you.

If you're still on the fence, I'm really not sure why, but I want to find out!

**Reply to this email. What's preventing you from joining?**

Let's see what more I can do for you!



**Jeff Bishop**
Weekly Money Multiplier

---

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representatives own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**From:**
**Sent:** Thu, 25 Apr 2019 20:44:07 -0400
**Subject:** Re: 4 Minutes and Massive Returns
**To:** Jeff Bishop <Jeff@weeklymoneymultiplier.com>

Do you accept this review?
https://youtu.be/IucxzuFSNj8

I subscribed to his service.... 50% loosing trades so far! Here's the problem: by the time you get their alert the option price has risen 15-20%, then, when you get the sell to close alert be the stock is tanking the option price has tanked 10-15% from their rec price.... While they are down 10%, we/ the average guy is down 30-40%. Also, you'll see JAson Bond hoping around like a school girl on crack at his ra ra seminars CB he knows that x amount of attendees ='s x amount of new members... It's a scam in the since that the platform is impossible for th regular guy


Thanks.

On Thu, Apr 25, 2019 at 4:47 PM Jeff Bishop <Jeff@weeklymoneymultiplier.com> wrote:



*How a 3% Move In Stock Price Resulted in a 103% REAL MONEY Profit*

4 minutes. That's all I need. Actually, that's all YOU need. Nothing more than that.
I put on a lengthy hour-long webinar packed with information, but I know we all live busy lives. I want you to watch all of it, but you know what?
Screw it. Skip 90% of it! This is what you need to see. Summed up in 4 minutes. From 37:49-41:52
If you can't take 3 minutes, then you just don't have what it takes.
Or you just don't want to make money…?

**Watch THIS!**



To receive your FREE version of my 30 Day Options Trading Guide, [click here and fill out some information](#).

Talk Soon,



**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative s own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us [here](#) if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

[Unsubscribe](#)

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**From:** ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ >
**To:** Jeff Bishop <Jeff@WeeklyMoneyMultiplier.com>
**Subject:** Re: Year's Salary in 1 Trade
**Sent:** Wed, 24 Apr 2019 12:04:31 +0000

Scam

Get [Outlook for Android](#)

---

**From:** Jeff Bishop <Jeff@WeeklyMoneyMultiplier.com>
**Sent:** Tuesday, April 23, 2019 11:57:10 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Year's Salary in 1 Trade



### *$91,000 and 284%*

I promise that you can see these results.
Problem is, most don't give themselves the fighting chance.
I first started trading and lost $8000 (my entire account).
I thought I was done. I thought that was it.
Long story short, I didn't give up on myself.
[Now, I'm here to guide you. Simple as that.](#)



I want you at this level, but I'll be honest...
You probably **have zero chance if you don't join me.**
Here's your first warning.
Tomorrow at midnight, my deal is off the table.



**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect

**Attachment P**                                          **PX 44, 3676**

to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative s own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**Attachment P**          **PX 44, 3677**

**From:**  >
**Sent:** Fri, 15 Mar 2019 10:58:17 -0500
**Subject:** Re: Welcome to Weekly Money Multiplier!
**To:** Jeff Bishop <Jeff@weeklymoneymultiplier.com>

Hello Jeff,
I'm unfortunately reading a lot of bad stuff about you being a scam. Can I speak with someone directly?
Thanks,

On Fri, Mar 15, 2019 at 10:51 AM Jeff Bishop <Jeff@weeklymoneymultiplier.com> wrote:

Greetings Keith,

Your account is now active!  I am excited to have you on the team and can't wait to get started with your training.

Here are some things you will need to know:

**Payment Processing**

All credit cards are processed through "RagingBull.com" which is the publisher of this course. You'll see that charge on your statement, so don't be alarmed!

**Site Access**

You're ready to get started right away I bet?  Great!  You may now access to our website by logging into your account at:

https://app.ragingbull.com/member

Use your email address to login.

**Password:** Your password chosen at the checkout. If you already had an account with us, use the same password as before.

All the Weekly Money Multiplier premium content will be available from the side menu in the RagingBull Dashboard.

Thank you and I look forward to working with you!

**Attachment P**          **PX 44, 3678**



**Jeff Bishop,**
WeeklyMoneyMultiplier.com

Neither Weekly Money Multiplier nor RagingBull.com, LLC (publisher of Raging Bull) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Weekly Money Multiplier manages on behalf of RagingBull.com, LLC.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

.

**Attachment P**          **PX 44, 3679**

| | |
|---|---|
| **Sent:** | Sun, 24 Feb 2019 17:39:57 +0000 (UTC) |
| **From:** | ████████ ████████ |
| **To:** | Jeff Bishop <jeff@weeklymoneymultiplier.com> |
| **Subject:** | Your Jump on the Week |

biggest  scam on u tube

.leave us alone you  greedy


--------------------------------------------
On Sun, 2/24/19, Jeff Bishop <jeff@weeklymoneymultiplier.com> wrote:

Subject: Your Jump on the Week
To: ████████████████
Date: Sunday, February 24, 2019, 9:25 AM


#yiv8537677962 body {
margin:0;padding:0;}
#yiv8537677962 table,
#yiv8537677962 td,  #yiv8537677962 tr {
vertical-align:top;border-collapse:collapse;}
#yiv8537677962 * {
line-height:inherit;}
#yiv8537677962 a .filtered99999  {
color:inherit !important;text-decoration:none !important;}
#yiv8537677962 .yiv8537677962ie-browser table {
table-layout:fixed;}
#yiv8537677962  .filtered99999  .yiv8537677962img-container
div,
#yiv8537677962  .filtered99999  .yiv8537677962img-container
button {
display:block !important;}
#yiv8537677962  .filtered99999  .yiv8537677962fullwidth
button {
width:100% !important;}
#yiv8537677962  .filtered99999  .yiv8537677962block-grid
.yiv8537677962col {
display:table-cell;float:none
!important;vertical-align:top;}
#yiv8537677962 .yiv8537677962ie-browser
.yiv8537677962block-grid,
#yiv8537677962 .yiv8537677962ie-browser .yiv8537677962num12,

#yiv8537677962  .filtered99999  .yiv8537677962num12,
#yiv8537677962  .filtered99999  .yiv8537677962block-grid {
width:600px !important;}
#yiv8537677962 .yiv8537677962ie-browser
.yiv8537677962mixed-two-up .yiv8537677962num4,
#yiv8537677962  .filtered99999  .yiv8537677962mixed-two-up
.yiv8537677962num4 {
width:200px !important;}
#yiv8537677962 .yiv8537677962ie-browser
.yiv8537677962mixed-two-up .yiv8537677962num8,

```
#yiv8537677962 .filtered99999 .yiv8537677962mixed-two-up
.yiv8537677962num8 {
width:400px !important;}
#yiv8537677962 .yiv8537677962ie-browser
.yiv8537677962block-grid.yiv8537677962two-up
.yiv8537677962col,
#yiv8537677962 .filtered99999
.yiv8537677962block-grid.yiv8537677962two-up
.yiv8537677962col {
width:300px !important;}
#yiv8537677962 .yiv8537677962ie-browser
.yiv8537677962block-grid.yiv8537677962three-up
.yiv8537677962col,
#yiv8537677962 .filtered99999
.yiv8537677962block-grid.yiv8537677962three-up
.yiv8537677962col {
width:300px !important;}
#yiv8537677962 .yiv8537677962ie-browser
.yiv8537677962block-grid.yiv8537677962four-up
.yiv8537677962col .filtered99999
.yiv8537677962block-grid.yiv8537677962four-up
.yiv8537677962col {
width:150px !important;}
#yiv8537677962 .yiv8537677962ie-browser
.yiv8537677962block-grid.yiv8537677962five-up
.yiv8537677962col .filtered99999
.yiv8537677962block-grid.yiv8537677962five-up
.yiv8537677962col {
width:120px !important;}
#yiv8537677962 .yiv8537677962ie-browser
.yiv8537677962block-grid.yiv8537677962six-up
.yiv8537677962col,
#yiv8537677962 .filtered99999
.yiv8537677962block-grid.yiv8537677962six-up
.yiv8537677962col {
width:100px !important;} #yiv8537677962 .yiv8537677962ie-browser
.yiv8537677962block-grid.yiv8537677962seven-up
.yiv8537677962col,
#yiv8537677962 .filtered99999
.yiv8537677962block-grid.yiv8537677962seven-up
.yiv8537677962col {
width:85px !important;}
#yiv8537677962 .yiv8537677962ie-browser
.yiv8537677962block-grid.yiv8537677962eight-up
.yiv8537677962col,
#yiv8537677962 .filtered99999
.yiv8537677962block-grid.yiv8537677962eight-up
.yiv8537677962col {
width:75px !important;}
#yiv8537677962 .yiv8537677962ie-browser
.yiv8537677962block-grid.yiv8537677962nine-up
.yiv8537677962col,
#yiv8537677962 .filtered99999
.yiv8537677962block-grid.yiv8537677962nine-up
.yiv8537677962col {
width:66px !important;}
```

**Attachment P**          **PX 44, 3681**

```
#yiv8537677962 .yiv8537677962ie-browser
.yiv8537677962block-grid.yiv8537677962ten-up
.yiv8537677962col,
#yiv8537677962 .filtered99999
.yiv8537677962block-grid.yiv8537677962ten-up
.yiv8537677962col {
width:60px !important;}
#yiv8537677962 .yiv8537677962ie-browser
.yiv8537677962block-grid.yiv8537677962eleven-up
.yiv8537677962col,
#yiv8537677962 .filtered99999
.yiv8537677962block-grid.yiv8537677962eleven-up
.yiv8537677962col {
width:54px !important;}
#yiv8537677962 .yiv8537677962ie-browser
.yiv8537677962block-grid.yiv8537677962twelve-up
.yiv8537677962col,
#yiv8537677962 .filtered99999
.yiv8537677962block-grid.yiv8537677962twelve-up
.yiv8537677962col {
width:50px !important;}

@media screen and (min-width:620px){
#yiv8537677962 .yiv8537677962block-grid {
width:600px !important;}
#yiv8537677962 .yiv8537677962block-grid .yiv8537677962col {
vertical-align:top;}
#yiv8537677962 .yiv8537677962block-grid
.yiv8537677962col.yiv8537677962num12 {
width:600px !important;}
#yiv8537677962
.yiv8537677962block-grid.yiv8537677962mixed-two-up
.yiv8537677962col.yiv8537677962num3 {
width:150px !important;}
#yiv8537677962
.yiv8537677962block-grid.yiv8537677962mixed-two-up
.yiv8537677962col.yiv8537677962num4 {
width:200px !important;}
#yiv8537677962
.yiv8537677962block-grid.yiv8537677962mixed-two-up
.yiv8537677962col.yiv8537677962num8 {
width:400px !important;}
#yiv8537677962
.yiv8537677962block-grid.yiv8537677962mixed-two-up
.yiv8537677962col.yiv8537677962num9 {
width:450px !important;}
#yiv8537677962 .yiv8537677962block-grid.yiv8537677962two-up
.yiv8537677962col {
width:300px !important;}
#yiv8537677962
.yiv8537677962block-grid.yiv8537677962three-up
.yiv8537677962col {
width:200px !important;}
#yiv8537677962 .yiv8537677962block-grid.yiv8537677962four-up
.yiv8537677962col {
width:150px !important;}
```

**Attachment P**                    **PX 44, 3682**

```
#yiv8537677962 .yiv8537677962block-grid.yiv8537677962five-up
.yiv8537677962col {
width:120px !important;}
#yiv8537677962 .yiv8537677962block-grid.yiv8537677962six-up
.yiv8537677962col {
width:100px !important;}
#yiv8537677962
.yiv8537677962block-grid.yiv8537677962seven-up
.yiv8537677962col {
width:85px !important;}
#yiv8537677962
.yiv8537677962block-grid.yiv8537677962eight-up
.yiv8537677962col {
width:75px !important;}
#yiv8537677962 .yiv8537677962block-grid.yiv8537677962nine-up
.yiv8537677962col {
width:66px !important;}
#yiv8537677962 .yiv8537677962block-grid.yiv8537677962ten-up
.yiv8537677962col {
width:60px !important;}
#yiv8537677962
.yiv8537677962block-grid.yiv8537677962eleven-up
.yiv8537677962col {
width:54px !important;}
#yiv8537677962
.yiv8537677962block-grid.yiv8537677962twelve-up
.yiv8537677962col {
width:50px !important;}
}
@media (max-width:620px){
#yiv8537677962 .yiv8537677962block-grid,
#yiv8537677962 .yiv8537677962col {
min-width:320px !important;max-width:100% !important;display:block !important;}
#yiv8537677962 .yiv8537677962block-grid {
width:100% !important;}
#yiv8537677962 .yiv8537677962col {
width:100% !important;}
#yiv8537677962 #yiv8537677962 div {
margin:0 auto;}
#yiv8537677962 img.yiv8537677962fullwidth,
#yiv8537677962 img.yiv8537677962fullwidthOnMobile {
max-width:100% !important;}
#yiv8537677962 .yiv8537677962no-stack .yiv8537677962col {
min-width:0 !important;display:table-cell !important;}
#yiv8537677962 .yiv8537677962no-stack.yiv8537677962two-up
.yiv8537677962col {
width:50% !important;}
#yiv8537677962 .yiv8537677962no-stack
.yiv8537677962col.yiv8537677962num4 {
width:33% !important;}
#yiv8537677962 .yiv8537677962no-stack
.yiv8537677962col.yiv8537677962num8 {
width:66% !important;}
#yiv8537677962 .yiv8537677962no-stack
.yiv8537677962col.yiv8537677962num4 {
width:33% !important;} #yiv8537677962 .yiv8537677962no-stack
```

```
.yiv8537677962col.yiv8537677962num3 {
width:25% !important;}
#yiv8537677962 .yiv8537677962no-stack
.yiv8537677962col.yiv8537677962num6 {
width:50% !important;}
#yiv8537677962 .yiv8537677962no-stack
.yiv8537677962col.yiv8537677962num9 {
width:75% !important;}
#yiv8537677962 .yiv8537677962mobile_hide {
min-height:0px;max-height:0px;max-width:0px;display:none;overflow:hidden;font-size:0px;}
}

@media (max-width:620px){
#yiv8537677962 .yiv8537677962block-grid {
min-width:320px!important;max-width:100%!important;width:100%!important;display:block!important;}
#yiv8537677962 .yiv8537677962col {
min-width:320px!important;max-width:100%!important;width:100%!important;display:block!important;}
#yiv8537677962 #yiv8537677962 div {
margin:0 auto;}
#yiv8537677962 img.yiv8537677962fullwidth {
max-width:100%!important;min-height:auto!important;}
#yiv8537677962 img.yiv8537677962fullwidthOnMobile {
max-width:100%!important;min-height:auto!important;}
#yiv8537677962 .yiv8537677962no-stack .yiv8537677962col {
min-width:0!important;display:table-cell!important;}
#yiv8537677962 .yiv8537677962no-stack.yiv8537677962two-up
.yiv8537677962col {
width:50%!important;}
#yiv8537677962
.yiv8537677962no-stack.yiv8537677962mixed-two-up
.yiv8537677962col.yiv8537677962num4 {
width:33%!important;}
#yiv8537677962
.yiv8537677962no-stack.yiv8537677962mixed-two-up
.yiv8537677962col.yiv8537677962num8 {
width:66%!important;}
#yiv8537677962 .yiv8537677962no-stack.yiv8537677962three-up
.yiv8537677962col.yiv8537677962num4 {
width:33%!important;}
#yiv8537677962 .yiv8537677962no-stack.yiv8537677962four-up
.yiv8537677962col.yiv8537677962num3 {
width:25%!important;}
}
```

Here's
your schedule for the upcoming trading week along with how
I'm playing these catalysts.

Hello trader,

Stocks
closed the week higher, extending a winning streak that now
stretches 9 weeks. The S&P 500 is approximately 5% from
all-time highs. Amazing, when you consider 2018 was the
worst year for stocks in over a decade.

Now, I
sift through a lot of economic data and study volatility

because it helps me gauge market sentiment.

By
staying data dependent, you're able to reduce the emotions
in trading. You see, I'm not a bull or a bear, I let the
numbers and statistics dictate what side of the trade I
should be on.

And
while some things in the market may seem
bad:

      Uncertainty
regarding the U.S. - China trade talks (March 1st deadline
approaching)
      Weaker existing
home sales numbers (3-year lows)
      Philly business
outlook (turned negative)

      However, all of it
is getting ignored at the moment.

Why?

Because the Federal
Reserve Bank is on the market's side.

And we
got further confirmation of that this week when it released
its FOMC Minutes (a transcript of its closed-door meeting on
which they decide the fate of interest rates).

That
said, I've been staying stock specific, taking some
positions long and others short. For example, this
"covered-call" option winner in the Trade Desk (TTD) on
Friday.

For full details on the mechanics of that trade click here.

That said, it's going to be a very busy week for stocks again. Some of the highlights include Jerome Powell's speech to the Senate Committee on Banking. As well as, earnings from retailers like Macy's, Foot Locker, the Home Depot, and Best Buy, to name a few.

Click here for a full summary of the trading week, how I'm positioning, and a free trade idea.

To YOUR Success!

Jeff Bishop

P.S. Believe it or not, Jeff Williams took three separate accounts in 2018 and returned 200%, 220%, and 600%. I'm not sure what he's doing, but I do know this, on February 26, 2019, I'll be watching him explain it live. Click here to register for this special event.

**Attachment P**          **PX 44, 3687**

RagingBull, LLC
62 Calef Hwy
#233 Lee, New Hampshire 03861 United States

Stop
receiving exclusive emails from
jeff@weeklymoneymultiplier.com.

Neither
Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly
Money Multiplier) is registered as an investment adviser nor
a broker/dealer with either the U. S. Securities &
Exchange Commission or any state securities regulatory
authority. Users of this website are advised that all
information presented on this website is solely for
informational purposes, is not intended to be used as a
personalized investment recommendation, and is not attuned
to any specific portfolio or to any user's particular
investment needs or objectives. The owners, employees and
writers of RagingBull.com may engage in securities trading
that is discussed or viewed on this website, but all such
individuals are buying and selling such securities for their

**Attachment P**          **PX 44, 3688**

own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If
you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe
from all RagingBull Emails

**Attachment P**          **PX 44, 3689**

62 Calef Hwy #233 Lee, New Hampshire 03861 United
States
-----Inline Attachment Follows-----

**Attachment P**                    **PX 44, 3690**

**From:** ▮▮▮▮▮▮▮ <▮▮▮▮▮▮▮>
**To:** WeeklyMoneyMultiplier <jeff@weeklymoneymultiplier.com>
**Subject:** Re: [WeeklyMoneyMultiplier] Re: Re: Stocks are up again & Update on covered call trade
**Sent:** Fri, 22 Feb 2019 21:26:12 +0000

YOU ARE WRONG! They sold this service as an alert service to trade options like other traders out there that really know what they are doing, did you see his calls on EA? one of the worst trades I've seen with all the divergences on the chart and after a huge gap up, the trade should've been to buy puts, this is just one of the many trades he has been deadly wrong, watching these guys trades would make no difference, they are wrong!, this self proclaimed "one of the best option traders in the world" is a SCAM, they never advertise this program as a join our trading group to watch us trade, otherwise send me the marketing material to see it, I will start warning people on youtube to not fall for this scam, his poor performance speaks for itself.

---

**From:** Michael (WeeklyMoneyMultiplier) <jeff@weeklymoneymultiplier.com>
**Sent:** Friday, February 22, 2019 2:04 PM
**To:** ▮▮▮▮▮▮▮
**Subject:** [WeeklyMoneyMultiplier] Re: Re: Stocks are up again & Update on covered call trade

##- Please type your reply above this line -##

Your request (488845) has been solved. To reopen this request, reply to this email. See the latest comments below:

---

**Michael** (WeeklyMoneyMultiplier)

Feb 22, 2:04 PM EST

▮▮▮▮

While it may be easy to mirror us, our service will never tell you to buy or sell a particular stock.  Our traders alert our members to the actual trades they are making in as near real time as possible considering it takes a few minutes to send out emails to thousands of people.  The purpose of our service is to watch our professional traders execute real money trades during the week and learn from them in doing so.

Pleasure,

Michael

---

▮▮▮▮▮▮▮

Feb 22, 12:37 PM EST

The reason is because his alerts are terrible, my other alert service is 90% correct so far this year, this is a buyer beware trader, I'm glad I stop following his trading alerts otherwise my account would've been wipe out. I just

**Attachment P**                                    **PX 44, 3691**

want a refund, no services from this company are acceptable, performance speaks for itself. I don't want to start leaving bad reviews on youtube or other pages

---------------------------------

**Michael** (WeeklyMoneyMultiplier)

Feb 22, 11:08 AM EST

Hello ███,

I'm sorry to hear you aren't enjoying our services. Is there a reason why? We do have a no refund policy, but I'd be more than happy to transfer you into another one of our services at no additional cost.

Pleasure,

Michael

---



Feb 22, 11:01 AM EST

I signed up for your alarm services last December, and I'm sorry to tell you but your performance is terrible. Should reimbursed me half of my money if not all of it.

---------------------------------
From: Jeff Bishop <jeff@weeklymoneymultiplier.com>
Sent: Friday, February 22, 2019 9:15 AM
To: ███████████████
Subject: Stocks are up again & Update on covered call trade

[https://cdn.ragingbull.com/media/2018/12/h0oZ6ZSDpL5v8V59Xq97BrvJZh6xtf8JCFZCi4dX.jpeg]<https://eur03.safelinks.protection.outlook.com/?url=https%3A%2F%2Fu6067039.ct.sendgrid.net%2Fwf%2Fclick%3Fupn%3DK2avTa6B-2B1SCnkDXOG0IOsY5GIcMu8VbOC0g20PH5-2BYeXLYvLXuhFhR1tyX0aDpe_WPCBLGVv9TpvZWXNRs4pl2cfQB40GfkghaDiYEooe2GVEpa7L8GMN2q8fxPMaVQSsZibAKst-2BwmoPewEIN8dtbIY5oxzx7hke80GKqfLWYwrrH1T576iXFmImDazVc-2BL5VBxyhXd7rYRTtzwMMwqo4eMCHxMnqx5hVlNxqnDOVoQg1aYRDz7DsKzoccyqTBFJiXFXzhlf1c7upgN8WS37tDAr30wf...>

When markets are indecisive like there are right now, the trend will always be the path of least resistance... and right now that is UP!

**Attachment P          PX 44, 3692**

As long as $VIX stays under 16 (it's 14 now), I see no reason why the markets won't keep climbing slowly higher. I think it could be a painful ride for stubborn shorts until the trend clearly changes.

Personally, I will be going after the better stocks I like and waiting for the chart setups to confirm my long entry into calls. My favorites right now are: WYNN, TWTR, TWLO, DIS, GRUB, SQ among others.

Remember the "covered call" trade I made on TTD on Wednesday? I wanted to update you on that to reinforce the lesson there.

TTD traded higher on earnings last night, which I expected. And the market was right, it traded about 14%+ higher which is amazing to see. I personally didn't think it would go that high, but I am still going to make a profit on the trade as you can see below.

The top trade (this is all from my iPhone this morning) is the STOCK I bought on TTD. That is up $17,000.

The bottom trade are the CALL OPTIONS I sold short against the stock. The options are not open yet, but remember I sold 10 contracts short at $160 strike price for $6, so my breakeven on that trade is $166.

With the stock at $172 this morning, my loss is $172 - $166 = $6. I am short 10 contracts, so that is an ugly $6000 loss!

That's ok with me though. That is why I bought the stock in the first place. The $17,000 profit will easily cover that $6000 loss and I should walk away with about $11,000. Not bad for 5 minutes of work 2 days ago!

You can see the trade in the account in premarket here. Note that the stock is open for trading, but the options don't open until 9:30am when the market opens so you can't see the loss right now.

[https://cdn.ragingbull.com/media/2019/02/GGiFGezNsmJnKXXkJNrpDT8bGOOxgEgbngLXNt4K.jpeg]

On to other trades....

I sold the $122 TLT calls yesterday for a small loss. Remember -- I NEVER LET A OPTION GO FROM A PROFIT TO A LOSS. If it gets close to breakeven, I am selling it!

I locked in half of this trade a few days ago for a 50% profit, also remember that. By doing that, it enabled me to lock in a win on this trade overall.

I started a new trade on the TLT Mar 15 2019 121 Call @ .82 yesterday. This is the same expiration, but $1 lower on strike price. I am very small on this one and plan to add to it.

As I expected, the TSLA bad news keeps piling up and finally the stock started to break yesterday. My TSLA puts are up about 40% overall, even though I added to the position at a higher price than my initial entry. This is working nicely so far and I plan to hold them a while longer. I will take half of that trade off the table today to lock in a win on it I don't trust stocks to go down in a straight line for too long in this market, so better to take the fast money.

I am still holding the UNG calls too. Pretty boring trade here, but it is in the green and I continue to go with the trend here. I think pressure might be building and we could see a breakout coming in the next week. Fingers crossed.

My AAPL "strangle trade" will expire worthless again this week, and I will collect 100% of the premium I sold it for. That is about $10,000 more in my pocket going into the weekend.

**Attachment P**                    **PX 44, 3693**

I get a lot of questions on these short selling trades, so I want to point out how it works here in the screenshot below.

You can see I SOLD SHORT the calls and the puts, both out of the money. That is called a "short strangle" trade. I am betting that AAPL will stay between the strike price of the put and the calls until expiration (which is today).

Since AAPL is about $171, it is easily in the middle of the $165 puts and the $175 calls I sold short.

As the seller, I get to keep both premiums (about $10,000 if you add them both up) and take that money to give to an overpriced amusement park in Orlando next week when I take my family there on vacation and meet up with over 40 members for a day of live teaching at the next Millionaire Roadmap<https://eur03.safelinks.protection.outlook.com/?url=https%3A%2F%2Fu6067039.ct.sendgrid.net%2Fwf%2Fclick%3Fupn%3DB3b2QVtR07unCLj8-2FpqBWrJhPJz8AeCjOFk5QiVAwS4cfhL3lVqtqXGcZUpr37b3_WPCBLGVv9TpvZWXNRs4pl2cfQB40GfkghaDiYEooe2GVEpa7L8GMN2q8fxPMaVQSsZibAKst-2BwmoPewEIN8dtbIY5oxzx7hke80GKqfLWYwrrH1T576iXFmImDazVc-2BL5VBxyhXd7rYRTtzwMMwqo4eMCHxMnqx5hVlNxqnDOVoQg1aYRDz7DsKzoccyqTBFJiXFXzhlf1c7upgN8WS37tDAr30wfAskBleQAFmi19Sa7AnYA5u9RXU-2BRr1EHov6klO-2FMU98TEQWhoXfZSMBgtUt3YpZX6xUEx6pTZzBTkeOn3TGiGawVH...> event we have planned on Thursday!

[https://cdn.ragingbull.com/media/2019/02/qtTr5ZxeO2SFJCGDnRmDiIIS0GzK9IjCBvnMorOj.jpeg]

Another good lesson here. I make these trades all the time so it is a good thing to study and learn from.

I plan on doing this again on AAPL for 2 weeks out, and also for T. Keep an eye on the portfolio for those if you're interested. I do not alert these trades because they come with different risks than most people are comfortable with, so use these as a guide to learn from just like everything else.

I don't know how much trading I will be doing today, but I hope you have a great weekend!

To YOUR success!

[https://cdn.ragingbull.com/media/2017/11/9507be001f7fa5948e188ae0e2621e26.png]
Jeff Bishop

[Special]<https://eur03.safelinks.protection.outlook.com/?url=https%3A%2F%2Fu6067039.ct.sendgrid.net%2Fwf%2Fclick%3Fupn%3DB3b2QVtR07unCLj8-2FpqBWvNn9zpQmDNp6szSs8fGLmh4aswTXR-2B0tTYiwM9DvW7a_WPCBLGVv9TpvZWXNRs4pl2cfQB40GfkghaDiYEooe2GVEpa7L8GMN2q8fxPMaVQSsZibAKst-2BwmoPewEIN8dtbIY5oxzx7hke80GKqfLWYwrrH1T576iXFmImDazVc-2BL5VBxyhXd7rYRTtzwMMwqo4eMCHxMnqx5hVlNxqnDOVoQg1aYRDz7DsKzoccyqTBFJiXFXzhlf1c7upgN8WS37tDAr30wfAskBleQAFmi19Sa7AnYA5u9RXU-2BRr1EHov6klO-2FMU98TEQWhoXfZSMBgtUt3YpZX6xUEx6pTZzBTkeOn3TGiGaw...>

RagingBull, LLC
62 Calef Hwy #233, Lee, NH 03861

Manage Email
Preferences<https://eur03.safelinks.protection.outlook.com/?url=https%3A%2F%2Fu6067039.ct.sendgrid.net%2Fwf%2Fclick%3Fupn%3DB3b2QVtR07unCLj8-2FpqBWvNn9zpQmDNp6szSs8fGLmhqcWIJbc-2BNeZSkQ-2FZtPN4jQr36ADYJr90y6iTYRxXP2g-3D-3D_WPCBLGVv9TpvZWXNRs4pl2cfQB40GfkghaDiYEooe2GVEpa7L8GMN2q8fxPMaVQSsZibAKst-2BwmoPewEIN8dtbIY5oxzx7hke80GKqfLWYwrrH1T576iXFmImDazVc-

2BL5VBxyhXd7rYRTtzwMMwqo4eMCHxMnqx5hVINxqnDOVoQg1aYRDz7DsKzoccyqTBFJiXFXzhlf1c7upgN8WS37tDAr
30wfAskBleQAFmi19Sa7AnYA5u9RXU-2BRr1EHov6klO-2FMU98TEQWhoXfZSMBgt...> | Unsubscribe
All*<https://eur03.safelinks.protection.outlook.com/?url=https%3A%2F%2Fu6067039.ct.sendgrid.net%2Fasm%2Fun
subscribe%2F%3Fuser_id%3D6067039%26data%3DAlD1N_SNFTzUm5t7py4S9R8yTOZLtU5to7jSMHAwANRbCnZDde5r
2ejjxMnLcGaE73xKOeeg2CsU8czL9_oGwLtX6WyGcPniAGo7L3ZwZy4GRUTvH_ISBWFTSp5_gpUbU4FEKEFINRWPNA5dz
SpeSdCsxh8TKQJNiKyQSCFC8IBshkoAYuwlAXNUzKmmkrimtpMqZJUJ3zALQO37BKUKuBDrSK1qhM84pnaClqj57PjBVQ
9tIDL65_u2YtnsXqN3tZQ3raFZNyr6qGW6qyKo07-y_lfr8DlGhHWiRol2LXqzrFAVz1e-
zpZn3HQKhrrEYXT686TlE7G5kDBk8GTjuW1Zx0wdoatvq9...>

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultipler.com.

]

Thank You for Contacting Support.

**Attachment P**          **PX 44, 3695**

**From:**
**To:**  "'WeeklyMoneyMultiplier'" <jeff@weeklymoneymultiplier.com>
**Subject:**  RE: [WeeklyMoneyMultiplier] Re: RE: WMM - Membership Update
**Sent:**  Tue, 05 Mar 2019 13:43:50 +0000

I make a living trading, so don't need to subscribe to a SCAM. It is always about the "Education" with scammers. Maybe with you it is, but for me it is all about making money. Make it trading. Not ripping off people.


Best


-----------------------------------------

From: "Crystal (WeeklyMoneyMultiplier)"
To: "
Cc:
Sent: Monday March 4 2019 1:46:21PM
Subject: [WeeklyMoneyMultiplier] Re: RE: WMM - Membership Update

##- Please type your reply above this line -##

Your request (492591) has been solved. To reopen this request, reply to this email. See the latest comments below:

---

**Crystal** (WeeklyMoneyMultiplier)

Mar 4, 1:46 PM EST



Weekly Money Multiplier is Jeff's premium service, it includes access to Jeff's exclusive options course, a live stream of him trading ETFs and Options, as well as  alerts whenever Jeff makes a swing trade.

The REAL value to our service is EDUCATION.

It doesn't matter if you trade at all as you get started with us, but you must be willing to learn.

You'll have access to extensive libraries of educational videos handpicked by our traders, with strategies and tips perfect for a beginner, intermediate, or advanced traders.

What will benefit you the most, is witnessing our traders trading in real-time each day. You see what they're thinking, and even more importantly, why they make the decisions they do.

They scan the market and boil it down to a handful of stocks they put on their watchlist.

Typically, this list becomes the stocks they buy that day and as a member of our service, you would get first-mover access by seeing these lists BEFORE the market opens.

This kind of daily information is invaluable to new or experienced traders.

Crystal

**Attachment P**            **PX 44, 3696**

███████

Mar 4, 1:23 PM EST

People who really know how to trade, don't need to rip off people with high cost subscriptions to bogus newsletters. They make a living trading.

—————————————————————————————————From: "Jeff Bishop"
To: ███████████
Cc:
Sent: Monday March 4 2019 9:05:10AM
Subject: WMM – Membership Update

I've had about 4 days to think this over.

I decided to offer 62% OFF my service [1], BUT I'M DONE WITH THAT.


NEW PRICE IS $3999 STARTING AT MIDNIGHT.

Hate to do it, but I'm giving you an in-depth options course.

I'm giving you alerts trading REAL MONEY and locking in 100% winners nearly every week.

[2]

I'm even live streaming my portfolio for you.

Name someone else who is doing this.

$1497 for an entire year is all done! This is your last chance. [3]
JEFF BISHOP Weekly Money Multiplier


Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may

**Attachment P**                                    **PX 44, 3697**

engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC. If you have a current active subscription with Weekly Money Multiplier you will need to contact us here [4] if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com. Unsubscribe [5]

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Links:
––––––
[1]
https://is-tracking-link-api-prod.appspot.com/api/v1/click/4906182612353024/6418582205366272
[2]
https://is-tracking-link-api-prod.appspot.com/api/v1/click/5729934529003520/6418582205366272
[3]
https://is-tracking-link-api-prod.appspot.com/api/v1/click/5400255920078848/6418582205366272

**Attachment P**                    **PX 44, 3698**



[4]
https://is-tracking-link-api-prod.appspot.com/api/v1/click/6032082519195648/6418582205366272
[5]
https://mr141.infusionsoft.com/app/linkClick/208928/b276e7c2955298b8/601701288/6f416a2484eaa729

]

Thank You for Contacting Support.

**Attachment P**          **PX 44, 3699**

**Sent:** Mon, 4 Mar 2019 05:50:30 +0000 (UTC)
**From:** ▮▮▮▮▮▮▮▮▮▮ ▮ >
**To:** Jeff Bishop <Jeff@WeeklyMoneyMultiplier.com>
**Subject:** Re: Don't Forget! Take Action Before These Expire

Attended seminar and did not get "30 Days To Option Trading".  Did not get "Option Profit Accelerator".  Is this a SCAM?

On Sunday, February 24, 2019, 1:11:58 PM PST, Jeff Bishop <Jeff@WeeklyMoneyMultiplier.com> wrote:

Hey ,

### *Two Reminders!*

**1. There's still time to sign up for my free training session.** I'll explain--with real-life, real-trade examples--how you can benefit from my Option Profit Nexus system. Click here to reserve your spot.
**2.** My Option Profit Accelerator. Have you had the chance to read through it? **If not, it's still available here**. Take your time and digest the information.
Here are some **key sections** you don't want to miss:
Page 4: Option Pricing
   -The underlying stock's price
   -Time to expiration date
   -Volatility
Page 10: Ways to Trade Options
   -Directional Options
   -Hedging
   -Writing Options
   -Trading Volatility
Page 18: Implied Volatility Explained
**Do not miss this section! An understanding of implied volatility is crucial to your success as an Options trader.**
All this info builds up to my coveted system...
Page 26: How to Capture 100% Profits on Small Moves in Stocks

Enjoy!

**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully

understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representatives own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

**Attachment P**          **PX 44, 3701**

**From:** ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ >
**Sent:** Sun, 17 Mar 2019 23:01:02 -0400
**Subject:** Re: 4 Hours, $34,200 left on the table
**To:** Jeff Bishop <Jeff@weeklymoneymultiplier.com>

You think is a game well i don't like games and i will not give u any money i truly believe this is a scam

On Sun, Mar 17, 2019, 8:03 PM Jeff Bishop <Jeff@weeklymoneymultiplier.com> wrote:



Just cleaning up and at this point, I can't begin to believe any reason why you wouldn't want to be a part of this service.

I've eliminated the barrier to entry.

It's only $499 until midnight.

If you don't think you can make $499 with this service…

I mean seriously?

**$34,200 in real money profits on VXX.**

**Attachment P**          **PX 44, 3702**



Remember, you get to **STREAM MY PORTFOLIO LIVE!**

No one is going to do that.

And if they are, it's certainly not going to be for only $499.

4 hours left...tick tock.

**Jeff Bishop**
Weekly Money Multiplier

---

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website

are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative s own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

.

**Attachment P**          **PX 44, 3704**

**Sent:**    Fri, 01 Mar 2019 00:53:30 -0500
**Subject:**  Re: Deal Ends Now, Sorry.
**From:**    ████████████ █████████████████████
**To:**       Jeff Bishop <Jeff@WeeklyMoneyMultiplier.com>

Forget it dude I'm reading all over the web what a scam u r u should b careful who u fuk out of money bc u may fuk the wrong person one of these days take the advice dude quit while ur ahead bc if ida let u scam me weds had q problem

Sent via the Samsung Galaxy Note9, an AT&T 5G Evolution smartphone

-------- Original message --------
From: Jeff Bishop <Jeff@WeeklyMoneyMultiplier.com>
Date: 2/28/19 10:02 PM (GMT-05:00)
To: ██████████████████████
Subject: Deal Ends Now, Sorry.



Please don't email me tomorrow to get this 62% Off Price.
I've extended it long enough and **it's over in 2 hours.**
At this point, I want winners. I want people that allow themselves to make money and are serious about it.
I want this to be the best financial decision you've ever made.
Don't let it be your biggest regret.
Here it is. Your last chance.



**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These

**Attachment P**           **PX 44, 3705**

individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative s own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

**Attachment P**          **PX 44, 3706**

**From:**
**To:** Jeff Bishop <jeff@weeklymoneymultiplier.com>
**Subject:** Re: $8000 after 1 week with me
**Sent:** Fri, 1 Mar 2019 03:56:16 +0000

Everyone is full of it all you want is money in the account  forex is the biggest scam of the decade the only ones making money are you guys

Get Outlook for Android

---

**From:** Jeff Bishop <Jeff@WeeklyMoneyMultiplier.com>
**Sent:** Friday, March 1, 2019 12:07:11 PM
**To:**
**Subject:** $8000 after 1 week with me



Let's keep this one short and sweet.
Check out Todd Brown…
> ***I am up $8,000 since joining your service a little over a week ago!*** *Just wanted to tell you thanks! STZ, YNDX, PBR*

I don't know what else to tell you other than this.
You think Todd is pissed that he spent $1497?
Of course not!
He's already paid for the service and padded his account with another $6500.
Stop making excuses.
Your future is here.
Join now or you'll be forced to pay more...



**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed

**Attachment P**          **PX 44, 3707**

on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

**From:**          ████████  <████████.com>
**Sent:**          Sun, 3 Feb 2019 11:08:38 -0500
**Subject:**       Re: Requested: Your Copy of Option Profit Accelerator
**To:**            Jeff Bishop <Jeff@weeklymoneymultiplier.com>

ANOTHER SCAM IN THIS INDUSTRY!!!
A come on for your scam webinar!!

YOU SHOULD BE ASHAMED...

STOP THESE EMAILS!!!!

Sent from my iPhone

On Feb 3, 2019, at 10:27 AM, Jeff Bishop <Jeff@weeklymoneymultiplier.com> wrote:



Dear Wayne,
Congratulations!
You've taken the first step to financial freedom! Click here to access my ebook:
**Option Profit Accelerator.**



I am a member of Mensa International. That means my IQ is in the **top 2% of all people in the entire world.**

This isn't to brag, but I want to prove that you're in good hands when it comes to Learning How to Trade Options.

**Trading Options** can be complicated, and some traders shy away from the exponential returns that Option trading can generate.

Not me.

**+114%** on CGC **+ $35,250**
**+218%** on GWPH **+ $18,000**
**+100%** on WYNN **+ $11,250**

**Triple digit winners don't just happen.** They're crafted and calculated trades that occur at the precise moment the chart is going to change.

I anticipate these moves and capitalize on them.

Skeptical?

Here's photo-evidence of the 3 trades listed above:



Check out my ebook, where I explains "Option Basics" on page 3.

I'll walk you through the process.

I also have an urgent announcement: **I am hosting a free training session**. If

you [follow this link](#), you can schedule to attend at whichever time works best for you. Register soon, because these kind of events draw a large crowd… everyone wants to learn from the Mensa Options Trader.

I mean, making **+ $35,250** on a trade is a life-changing amount of money. You want in?

Talk Soon,



**Jeff Bishop**
Weekly Money Multiplier

---

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

.

**Attachment P**          **PX 44, 3712**

**From:** ████████ ████████ com>
**Sent:** Sat, 5 Jan 2019 23:21:13 -0800
**Subject:** Re: $8000 after 1 week with me
**To:** Jeff Bishop <Jeff@weeklymoneymultiplier.com>

Scam.

 Virus-free. www.avast.com

On Sat, Jan 5, 2019 at 8:06 PM Jeff Bishop <Jeff@weeklymoneymultiplier.com> wrote:



Let's keep this one short and sweet.
Check out Todd Brown…
   ***I am up $8,000 since joining your service a little over a week ago!*** *Just wanted to tell you thanks! STZ, YNDX, PBR*
I don't know what else to tell you other than this.
You think Todd is pissed that he spent $1497?
Of course not!
He's already paid for the service and padded his account with another $6500.
Stop making excuses.
Your future is here.
Join now or you'll be forced to pay more...



**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not

make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

.

 Virus-free. www.avast.com

**Attachment P**         **PX 44, 3714**

**From:** ███████ ████████ com>
**Sent:** Thu, 3 Jan 2019 23:25:52 -0500
**Subject:** Re: How Do You Like Them Apples?
**To:** Jeff Bishop <jeff@weeklymoneymultiplier.com>

Hey can you stop sending me emails about your scam? thanks

On Thu, Jan 3, 2019 at 3:49 PM Jeff Bishop <jeff@weeklymoneymultiplier.com> wrote:

**Mensa genius discovers a radical approach to profiting off small moves in stocks.**

**Warning: You'll have to see it to believe it- watch now.**

Hello trader,

Apple was the first stock to ever hit $1 trillion in market cap in 2018. It has now lost nearly 40% from those historic highs.

Here's the thing… stocks go up, and stocks go down.

**Unfortunately, the majority of financial planners will preach one thing to you: buy… buy…buy.**

While its true, that betting against America is a losing strategy in the long-term, it doesn't mean you have to get steamrolled in the short-run when stocks are selling off.

There are a number of reasons why selloffs may be beneficial, some benefits include: helping companies be more competitive and potentially prevent bubbles in asset classes.

That said, not only is it healthy for stocks to sell off… It can also be profitable...

**To YOUR Success!**


**Jeff Bishop**

**RagingBull Recommends**

**Trading small-cap stocks is great for traders with small accounts.**

The added volatility they have creates opportunities to make irregular profits from the market. **That is, if you have the right mentor.**

**You don't need a large account to make a million in the market.**

In fact, after completing the 100K Heist (**where he turned 10K into 100K in less than a year**)...

**[Kyle Dennis is back, and he is showing you how to do it with options.](#)**

She fired her broker after she lost half of her portfolio in the financial crisis.

After that, Petra decided to roll up her sleeves and go to work. Instead of feeling hopeless,

**She now is in full control, consistently pulling profits from the markets** and [teaches others on how to do the same.](#)

The more things change… the more they stay the same.

**It doesn't matter if the market is crashing or melting up…**

… these proven strategies work under all market conditions

[And he's teaching traders how to multiply their money.](#)

RagingBull, LLC
62 Calef Hwy #233 Lee, New Hampshire 03861 United States
[Stop receiving exclusive emails from jeff@weeklymoneymultiplier.com](#)

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

[Unsubscribe from all RaginBull Emails](#)

**Attachment P**          **PX 44, 3716**

**From:** ███████████  ████████████████

**Sent:** Wed, 23 Jan 2019 03:15:48 -0800

**Subject:** Re: 167% Price Hike Is Coming

**To:** Jeff Bishop <Jeff@weeklymoneymultiplier.com>

Why are you thirsty for money. I am not stupid,I have seen people complaining that yours is a scam. Several individuals made losses because of following your fake advise. Brother,i have other channels of making money like treasury bills,academic writing, copy-writing, transport and retail business among others. I just wanted to use forex to increase my earnings. Let me look for the right person to advise me.

On 1/22/19, Jeff Bishop <Jeff@weeklymoneymultiplier.com> wrote:
> This email was sent as HTML-only.  To view it, please visit:
> https://mr141.infusionsoft.com/app/hostedEmail/578372782/a3e110f4a8990d87
>
> To be removed completely from all email lists in our system, use the link
> below:
> https://mr141.infusionsoft.com/app/optOut/8/fc8ece3693150e36/578372782/a3e110f4a8990d87
>
> 62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**Attachment P**          **PX 44, 3717**

**From:** ████████ ████████████
**Sent:** Sat, 22 Dec 2018 21:17:15 -0600
**Subject:** Re: Deal Ends Now, Sorry.
**To:** Jeff Bishop <Jeff@weeklymoneymultiplier.com>

**Attachment P**               **PX 44, 3718**



**Jeff Bishop** — 7:04 PM
**167% Price Hike Is Coming**
That's right, you're about to see a surge in p...

**Promotions** — 99+ new
**Top Picks**

**Jeff Bishop** — 5:02 PM
**Become a Lazy Trader**
We all want one thing...Instant Gratification....

**Jeff Bishop** — 3:08 PM
**Have 7 Minutes and a Smartphone?**
On your way to and from work? Sitting at yo...

**Jeff Bishop** — 11:02 AM
**12 Hours. 142% winner in sight**
I'm going to be straight to the point here. At...

**Jeff Bishop** — 11:02 AM
**Two Members Hit 100%+ Winners**
How many of you can say you've ever hit a...

**Jeff Bishop** — 8:01 AM
**WMM - Membership Update**
I've had about 4 days to think this over. I de...

**Attachment P**          **PX 44, 3719**

On Sat, Dec 22, 2018 at 9:14 PM ███████ <███████████> wrote:

Please don't email me tomorrow, seeing your emails on my phone is so annoying. You're such a spam/scam

On Sat, Dec 22, 2018 at 9:01 PM Jeff Bishop <Jeff@weeklymoneymultiplier.com> wrote:



Please don't email me tomorrow to get this 62% Off Price.
I've extended it long enough and **it's over in 2 hours.**
At this point, I want winners. I want people that allow themselves to make money and are serious about it.
I want this to be the best financial decision you've ever made.
Don't let it be your biggest regret.
Here it is. Your last chance.



**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for

RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative s own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**Attachment P**          **PX 44, 3721**

**From:** ███████████ >
**Sent:** Fri, 18 Jan 2019 10:43:29 -0500
**Subject:** Re: Requested: Your Copy of Option Profit Accelerator
**To:** Jeff Bishop <Jeff@weeklymoneymultiplier.com>

I did not request this.
Take your scam and shove it.

On Thu, Jan 17, 2019, 9:08 PM Jeff Bishop <Jeff@weeklymoneymultiplier.com wrote:



Dear Friend,
Congratulations!
You've taken the first step to financial freedom! Click here to access my ebook:
**Option Profit Accelerator.**

I am a member of Mensa International. That means my IQ is in the **top 2% of all people in the entire world.**
This isn't to brag, but I want to prove that you're in good hands when it comes to Learning How to Trade Options.

 **Trading Options** can be complicated, and some traders shy away from the exponential returns that Option trading can generate.
Not me.
**+114%** on CGC **+ $35,250**
**+218%** on GWPH **+ $18,000**
**+100%** on WYNN **+ $11,250**

**Triple digit winners don't just happen.** They're crafted and calculated trades that occur at the precise moment the chart is going to change.
I anticipate these moves and capitalize on them.
Skeptical?
Here's photo-evidence of the 3 trades listed above:





[Check out my ebook](), where I explains "Option Basics" on [page 3.]()

I'll walk you through the process.

I also have an urgent announcement: **I am hosting a free training session**. If you [follow this link](), you can schedule to attend at whichever time works best for you. Register soon, because these kind of events draw a large crowd… everyone wants to learn from the Mensa Options Trader.

I mean, making **+ $35,250** on a trade is a life-changing amount of money. You want in?

Talk Soon,



**Jeff Bishop**
Weekly Money Multiplier

---

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative s own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Attachment P                    PX 44, 3725

**Sent:** Fri, 23 Nov 2018 07:28:09 +0000 (UTC)
**From:** ▮▮▮▮▮▮▮▮▮    ▮▮▮▮▮▮▮ >
**To:** Jeff Bishop <Jeff@WeeklyMoneyMultiplier.com>
**Subject:** WeeklyMoneyMultiplier.com

Hello Jeff,

I was doing some checking with your company from BBB (Better Business Bureau and found 24 complaints.  Some of the complaints said that you have charged the customers more money than they expected.  One of the complains said that you are a SCAM.

From your website, I do not see any past performances.  You are not sending me any past performances.  I am now very skeptical about your services.  You may have had 100 winners shown on your websites, but you could have 200 losers that you did not shared.

A real company does not afraid to show their past performances.  A scam company would prefer not to show.

Thank you.

▮▮

On Thursday, November 22, 2018, 2:02:02 PM PST, Jeff Bishop <Jeff@WeeklyMoneyMultiplier.com> wrote:

I got this in my inbox today...
 *Based on techniques I have learned from you, I purchased 8/31 ABBV 94 Calls a few days ago based on SMA200 hourly support. My stop loss was obvious (break below SMA200). I am currently at +75% gains.  - Peter D.N*
Now you tell me what more proof you need here.
Members like Peter are reeling in big fish.
**A $2000 position would've just about paid for the service.**
We aren't going to hit every single win out there.
That's not feasible.
However, I know I'm going to give you the opportunity to **snag 100% profits on multiple trades throughout the next year.**
That is, if you decide to work with me.
Oh, and if you didn't catch it in the last email, this deal ends tomorrow at midnight.

**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment

decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative s own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**Attachment P**        **PX 44, 3727**



**From:** ████████████   ████████████
**Sent:** Thu, 22 Nov 2018 19:40:16 -0500
**Subject:** Re: [Requested] Your Recording, ████
**To:** Jeff@weeklymoneymultiplier.com

]



Sick!

PYou are a feeble scam artist.

On Tue, Nov 20, 2018 at 8:11 AM Jeff Bishop <Jeff@weeklymoneymultiplier.com> wrote:



Good Morning!

Thank you to everyone who came out last night!

For those of you that couldn't make it, you'll find the method to my madness right here.

The keys to landing 107%, 174%, even 469% winners!

The 3 Green Lights that Trigger Monumental Gains.

**Attachment P**                    **PX 44, 3728**

My presentation and Q&A were long, but I've made this short and sweet for you!

[Jump to 10:49 and settle in!](#)

This is where I expose the 3 Lights. All you need to do is **set aside 4 minutes.**

This is the beginning of your journey as you tap into unlimited profit potential with The Nexus.

Be on the lookout for my next email, it contains your *FREE GIFT.*



**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative s own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us [here](#) if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

[Unsubscribe](#)

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

.

**Attachment P**          **PX 44, 3729**

**Sent:**     Tue, 18 Dec 2018 18:17:42 +0000 (UTC)
**From:**     
**To:**       jeff@weeklymoneymultiplier.com
**Subject:**  Re: [WeeklyMoneyMultiplier] Re: Re: 4 Minutes and Massive Returns

Nathan,

Hi!

That means another SCAM?

Thanks,

-----Original Message-----
From: Nathan (WeeklyMoneyMultiplier) <jeff@weeklymoneymultiplier.com>
To: 
Sent: Tue, Dec 18, 2018 12:38 pm
Subject: [WeeklyMoneyMultiplier] Re: Re: 4 Minutes and Massive Returns

##- Please type your reply above this line -##
Your request (232034) has been solved. To reopen this request, reply to this email. See the latest comments below:

---

**Nathan** (WeeklyMoneyMultiplier)

Dec 18, 12:38 PM EST

We do not offer trials or payment plans at this time.

If we decide to do so we will alert the free mailing list.

Sincerely,

Nathan

---



Dec 18, 12:27 PM EST

Hi!

Jeff,

I watch your recorded video. You did not mention you many trade you lost and what is success rate?

According to market 90% time option expired worth less that means buying option 90% of time you loose.

Also did not mention what is guarantee? In your video so many thing are only to attract the uneducated or NEW PEOPLE.

Are you offering 60 days free trial period to prove yourself? If you are really success full as you claim than 60 days free trial offer will prove yourselfand in this ONE will be your permanent client.

Thanks,

Vijay.

**Attachment P          PX 44, 3730**

-----Original Message-----
From: Jeff Bishop <Jeff@WeeklyMoneyMultiplier.com>
To: ████ ████████████
Sent: Tue, Dec 18, 2018 8:12 am
Subject: 4 Minutes and Massive Returns

|
|
| |
|   |
|
|

| How a 3% Move In Stock Price Resulted in a 103% REAL MONEY Profit   4 minutes.That's all I need. Actually, that's all YOU need. Nothing more than that.
I put on a lengthy hour-long webinar packed with information, but I know we all live busy lives. I want you to watch all of it, but you know what?
Screw it. Skip 90% of it! This is what you need to see. Summed up in 4 minutes.
From 37:49–41:52
If you can't take 3 minutes, then you just don't have what it takes.
Or you just don't want to make money…?   Watch THIS!

To receive your FREE version of my 30 Day Options Trading Guide, click here and fill out some information.
Talk Soon,
 Jeff Bishop Weekly Money Multiplier      |

| Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative

Attachment P                          PX 44, 3731

of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.   If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com. Unsubscribe

  62 Calef Hwy #233 Lee, New Hampshire 03861 United States |

|

|

]

Thank You for Contacting Support.

**Attachment P**          **PX 44, 3732**

**Sent:** Sun, 16 Dec 2018 11:05:48 +0000 (UTC)
**From:** ███████████ ███████████
**To:** Jeff Bishop <jeff@weeklymoneymultiplier.com>
**Subject:** Watch "Jason Bond & Jeff Bishop SCAM – The Review – Exposing The TRUTH About Their Day Trading Course" on YouTube

J

Another non-flattering review of you---and your nasty reviewer is even mentioned.

I've been trading options a long time.

It's a tough game.

Let's see how things fly with your 13/30/200 SMA concept.

M

███████████████████████

**Sent:**      Sun, 16 Dec 2018 10:48:17 +0000 (UTC)
**From:**      ███████████  ████████████████
**To:**        Jeff Bishop <jeff@weeklymoneymultiplier.com>
**Cc:**        ███████████  ████████████████
**Subject:**   Watch "Jason Bond Raging Bull Kyle Dennis Jeff Bishop FRAUD, SCAM CRIMINALS" on YouTube

J

A very punishing review.

You gave an interesting webinar, but you don't answer questions when a pro probes you and this was a red-flag to me.

M

████████████████████

**Attachment P          PX 44, 3734**

**From:** 
**To:** "'WeeklyMoneyMultiplier'" <jeff@weeklymoneymultiplier.com>
**Subject:** RE: [WeeklyMoneyMultiplier] Re: RE: Sold EA, USO & LGND for losses
**Sent:** Mon, 19 Nov 2018 19:50:42 +0100

Hi Nathan,
Well I know that everything I do is on my own risks, even if I follow Jeff's advices!
However having a 100% loss following strictly Jeff's advises, is very bad stard. Jeffs never talked about 3 loses in a row!!

---

**De :** Nathan (WeeklyMoneyMultiplier) <jeff@weeklymoneymultiplier.com>
**Envoyé :** mardi 13 novembre 2018 17:56
**À :**
**Objet :** [WeeklyMoneyMultiplier] Re: RE: Sold EA, USO & LGND for losses

##- Please type your reply above this line -##
Your request (218936) has been solved. To reopen this request, reply to this email. See the latest comments below:

---

 **Nathan** (WeeklyMoneyMultiplier)
Nov 13, 11:56 AM EST



While it may be easy to mirror us, our service will never tell you to buy or sell a particular stock.

That is left to licensed brokers.

Our traders alert our members to the actual trades they are making in as near real time as possible considering it takes a few minutes to send out emails to thousands of people.

The purpose of our service is to watch our professional traders execute real money trades during the week and learn from them in doing so.

If a member chooses to "mirror" that trade they do so at their own risk.

If you are new to Weekly Money Multiplier Click here to get started with Jeff's options course.
When you are done there be sure to go through Jeff's Mastermind series to help you get up to speed with everything.

Nathan

---


Nov 13, 10:54 AM EST

Hi Jeff,

Well these are my first 3 positions I have taken with money Multiplier ! Instead of making my $1497 initial fee back. I lost so far another $ 1500.00!!!!.

**Attachment P          PX 44, 3735**

Everything sounded so nice in the Webinar, like all with all the other services a purchased.

3 position = 3 losers!!!!!!!!!!!!!!!!!! I feel like this is another scam. Very very disappointing.



De : Jeff Bishop <jeff@weeklymoneymultiplier.com>
Envoyé : mardi 13 novembre 2018 16:13
À :
Objet : Sold EA, USO & LGND for losses

I just can't wait around for these stocks to bounce so it is time to clean the portfolio. There are too many opportunities in this market right now so I'm moving on.

I sold LGND in the $5's after averaging down, USO in the low $.30's and also EA in the low $.90's

3 big losses on these and I'm not happy about it. This market is broken. I'm looking for any opportunity to go short from here.

I am also selling STZ today for about even on it. I just don't want many trades to the long side right now.

Jeff Bishop

RagingBull, LLC
62 Calef Hwy #233, Lee, NH 03861

Manage Email Preferences (https://u6067039.ct.sendgrid.net/wf/click?upn=B3b2QVtR07unCLj8-2FpqBWvNn9zpQmDNp6szSs8fGLmhqcWIJbc-2BNeZSkQ-2FZtPN4jQr36ADYJr90y6iTYRxXP2g-3D-3D_fuRA-2BBGa3dyA9-2F-2BeDE6-2B08u3hEnuoOqxm4UR29lnB880oF8nZJcvXo2QxZUgkARhdrq-2F69WW-2BH6aE8fKR5iWWpjOM-2FN-2BUuEOT8deycAW2clzgd7a7dfMEmw9jA2faQgizSUTZT1Kswq5L7bfElcXQOj3JMLoDahcDt-2FYs8O4xSBDLBYYwxCcVD4vJOm2eyr60Yj-2BypOq05P88IleuCH4hPwziqQNyF2nQvQBaf-2FCvvFGTsdSXipmMsQv6y2I3IXb5elE0wadsI-2BDazvx7oRz-2BZS04Oa06I0AtrthsDv7ejNJyCNeuN7uu0ShwnQnsM-2FG5CuL...) | Unsubscribe All*
(https://u6067039.ct.sendgrid.net/asm/unsubscribe/?user_id=6067039&data=TnVyAePq6znq2dq8augCcrMnkHCEKXd41ZXcKXHV4UbUIguFhNI8lzmX8Y_Bpfol-SkCPduNKM28pMptem6PCBPEr8vBBi1_FZ9kUZ_05i_bcpJoCxuEoYnDDQLy1NSNDk2mOuDxNXQ13NJgiWlFUagoEeqcRg1tsOUEeCJ6CoKcj2p4pLJybGePwwLrwzw5XoGMpnliSqDR1Oq5G_Cx4Fc1jshgkZ_oJEed8Ncr0tuGLC6vVSx8A_9REqQTwZvofpGQ5ntGTfIedyrhGFLKcN0lMZOzX40_upZsKsxqLkxpK8OY-VUNGNIt16uIHJXWM-p4sjqAeLd6gyYQI06QRoWDZdru0QuH6YjnOrTdb8-NnClBlSXvmuKmfky03NOVXdC6mueY7x77H6TwvKQsAuCTdSzh5g_08v-Mjh...)

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Weekly Money Multiplier

| |

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities

regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultipler.com.

Garanti sans virus. [www.avast.com](https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=emailclient) ([https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=emailclient](https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=emailclient))

]

Thank You for Contacting Support.

 Garanti sans virus. [www.avast.com](http://www.avast.com)

**Attachment P**          **PX 44, 3737**

**To:**     "Jeff Bishop" <Jeff@WeeklyMoneyMultiplier.com>
**From:**   █████████████████████████████████████████
**Subject:**  Re: [Instant Access!] LIVE Streaming Options Session
**Sent:**    Sun, 18 Nov 2018 19:16:36 -0500

Scam


Sent from my HTC on T-Mobile 4G LTE

----- Reply message -----
From: "Jeff Bishop" <Jeff@WeeklyMoneyMultiplier.com>
To: ████████████████████████
Subject: [Instant Access!] LIVE Streaming Options Session
Date: Sun, Nov 18, 2018 18:46


This email was sent as HTML-only.  To view it, please visit:
https://mr141.infusionsoft.com/app/hostedEmail/517257244/2d7f842c1a5af1b3

To be removed completely from all email lists in our system, use the link below:
https://mr141.infusionsoft.com/app/optOut/8/fc8ece3693150e36/517257244/2d7f842c1a5af1b3

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**From:**
**Sent:**        Fri, 16 Nov 2018 13:55:50 -0500
**Subject:**    Weekly Money Multiplier
**To:**          Jeff@weeklymoneymultiplier.com

Just wanted to Drop you a Line to Tell You what a Good Job of Delivering the Weekly Money Multiplier Webcast this Week! It was Explained very Clearly with Great Tenacity!

I Agree with You that your Service is Worth @ Least $10,000.00......
Your Service was Well Worth the Offering!?!

I have been Trading Stocks for many Years, Trading Currencies, Trading Stocks, Following Jason Bond for a Few Years and took a Trial of His Service. During those years I Blew up my Trading Account Not Once, But Twice following Trades that were on the Daily Watch List.....The Third and Last Time was The Most Devastating and Paralyzing. I Really Felt Scammed not Only by the Stock that I was Swing Trading but by TD Ameritrade. TOPS Stock had just had a Reverse Split about Week prior to my Entering the Trade. After Entering the Trade with over $20K invested They Announced another Reverse Split to Take Effect within a Few Days Over the Weekend. No Matter How Hard I Tried or How Many Orders I Put in to Sell My Order It  Kept Being Canceled by TD Ameritrade. It's Been Over A Year Now and I've Mainly Been Considering Other Mentor and Other Options.

My Wife Believes that Trading is a Big Scam, Mainly Because of My Lack of Success in the Stock Market in the Past. Lately We Do Not See Eye to Eye on Most Issues.....

Recently I Strongly Considered the Stocktober Trial that was being offered and promoted by Jason Bond and Yourself, which took me to the Website to pick one of Four Traders. After Looking over your promo and Jason Bond's, I decided to Take Jason Bonds because I was under the impression that both Millionaire Road Map and The Weekly Money Multiplier Were Offered in the Trial Period. I was Lead to Believe that Because on my Previous Trail Period I was Given Full Access to the Chat Room and Daily Watch List as well as All the Training Videos. After much consideration I decided to take the Stocktober Trail. Shortly After Signing up for Jason Bond's Stocktober Trail I was Told Access to both The Millionaire Road Map and The Weekly Money Multiplier would be Additional $$$$. Man I was Crushed.......Kinda Stunned on What to Do Next......

So I've Had to Step Back Taking Stock of My Situation. To be Honest with You I am 62 Years Young, Been on Disability Some Years with a Back Issue and Although Our Needs are Met Monthly We Need Some Extra to Help in Order to Just Pickup the Loose Ends. I have recently Tried to Return to Work. However, Even though Highly Qualified, At my Age It's Not Happening! Being out of Work for Many Years, I Honestly Do Not Think I Could Go Back to Work Sitting at a Desk for 8+ Hours a Day Not Including the Daily Commute. I Know that I've got to Do Something Different and I Know That I Need a Mentor. I Know I Can Do This with Some Mentor-ship.

Problem Is That We Do Not Have a Credit Card Account. Currently Do Not Have the Cash in Hand Since I am Waiting on My Monthly Check. Not to Mention that I'm Working with a Really Small Account <$145.00 and to had to Get the $97.00 out of Savings Which Left our Account with Like $9.00....

Well at Least I have Hope.............

and a Plan....
I Have Some Musical Instruments which I am in the Process of Liquidating on Craigslist and as My Wife Knows Can Bring Cash Money! That will Raise Some Funds for the Mentor-ship Program and Working Capital for Trading.

My Cards on on the Table and I am "All In" and Need Some Help with Anything You Could Do......

Anyway I Could Get Some Access Through My Jason Bond Stocktober Trial in order to Grow My Account or Some Time to Come Up with the $1500.00 Annual or $500.00 Quarterly.

If Things Do Not Work Out for Now, I Can Wait and Just Stay Tuned....

Greatly Appreciate Anyway You Could Work With Me and  Greatly Appreciate Your Time and Consideration of This

**Attachment P**                    **PX 44, 3739**

Matter!

**THANKS!**



---

 Virus-free. [www.avast.com](http://www.avast.com)

**From:** ▇▇▇▇▇▇▇▇▇▇
**Sent:** Thu, 15 Nov 2018 16:07:05 -0600
**Subject:** Re: You've gotta see this…
**To:** Jeff Bishop <Jeff@WeeklyMoneyMultiplier.com>

Why am I not getting any alerts fro you. You took my money and left me behind. Is this a scam, it looks like it.

▇▇▇▇▇▇▇▇▇▇

Sent from my iPhone

On Nov 15, 2018, at 7:07 AM, Jeff Bishop <Jeff@WeeklyMoneyMultiplier.com> wrote:



Hey ▇▇▇▇

If you missed my last email or haven't signed up yet, I am **hosting a free webinar on my newest Options Trading Strategy.**

I'm calling it: **The Option Profit Nexus.**

I've said it before and I'll say it again: *When these 3 Green Lights Illuminate, unlimited profit potential is triggered.*

**Green Light #1:** Is SPY above the 200 hourly MA?

**Green Light #2:** What is the status of VIX?

**Attachment P**      **PX 44, 3741**



**Green Light #3: ?**

Emotions ruin trading accounts.

Let me say that again: **Emotions RUIN trading accounts.**

People get too nervous, they get fearful, or they get greedy.

Don't let yourself be affected by the emotional circumstances of a trade. The **3 Green Lights** I use in the **Option Profit Nexus** give me a simple, unemotional checklist to fulfill before I trade.

This method has brought me huge profits.

> **$34,000 on TTD**
>
> **$12,100 on SBUX**
>
> **$18,578 on TSLA**

Just to name a few.

Curious yet?



Follow this link, drop in your email address, and get yourself ready!

Let's Locate 100% Wins Together,



**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representatives own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

.

**From:** ████████  ████████
**Sent:** Tue, 13 Nov 2018 23:30:29 -0500
**Subject:** Re: 4 Hours, $34,200 left on the table
**To:** Jeff Bishop <Jeff@weeklymoneymultiplier.com>

Jeff,
You have quite the machine working with all the services you offer from pennies to biotech. I would like to see a history of trades over a period of time instead of just the big wins. No one can predict the future but if you're 70%+ successful than it's worth it.
Hopefully you'll extend the opportunity.  Or offer again. Need to convince my better half to make the investment and it's going to take a little more time. It's not the money, it's the unknown that I'm trying to overcome. Feels a lot like a scam. There's a lot of flash and dazzle with big wins which I think cheapens the product you trying to sell, just my opinion.


Best
████

On Tue, Nov 13, 2018 at 8:02 PM Jeff Bishop <Jeff@weeklymoneymultiplier.com> wrote:



Just cleaning up and at this point, I can't begin to believe any reason why you wouldn't want to be a part of this service.

I've eliminated the barrier to entry.

It's only $499 until midnight.

If you don't think you can make $499 with this service…

I mean seriously?

**$34,200 in real money profits on VXX.**

**Attachment P**            **PX 44, 3744**



Remember, you get to **STREAM MY PORTFOLIO LIVE!**

No one is going to do that.

And if they are, it's certainly not going to be for only $499.

4 hours left...tick tock.

**Jeff Bishop**
Weekly Money Multiplier

---

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website

are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative s own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Attachment P                    PX 44, 3746

**From:** ███████  ████████████████
**To:** <jeff@weeklymoneymultiplier.com>
**Subject:** RE: Sold EA, USO & LGND for losses
**Sent:** Tue, 13 Nov 2018 16:54:36 +0100

Hi Jeff,
Well these are my first 3 positions I have taken with money Multiplier ! Instead of making my $1497 initial fee back. I lost so far another $ 1500.00!!!!.
Everything sounded so nice in the Webinar, like all with all the other services a purchased.
3 position = 3 losers!!!!!!!!!!!!!!!!!! I feel like this is another scam. Very very disappointing.

████

---

**De :** Jeff Bishop <jeff@weeklymoneymultiplier.com>
**Envoyé :** mardi 13 novembre 2018 16:13
**À :** ████████████████████
**Objet :** Sold EA, USO & LGND for losses

I just can't wait around for these stocks to bounce so it is time to clean the portfolio. There are too many opportunities in this market right now so I'm moving on.

I sold **LGND** in the $5's after averaging down, **USO** in the low $.30's and also **EA** in the low $.90's

3 big losses on these and I'm not happy about it.  This market is broken.  I'm looking for any opportunity to go short from here.

I am also selling **STZ** today for about even on it. I just don't want many trades to the long side right now.

**Jeff Bishop**

RagingBull, LLC

62 Calef Hwy #233, Lee, NH 03861

Manage Email Preferences | Unsubscribe All*

**Attachment P**                **PX 44, 3747**

* Unsubscribe All will block our premium alert service from sending you any e-mails in the future, you will need to contact support to give us permission to e-mail you again.

This e-mail was sent to the following lists: Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Garanti sans virus. www.avast.com

Attachment P          PX 44, 3748

**From:** ███████████ ███████████
**To:** WeeklyMoneyMultiplier <jeff@weeklymoneymultiplier.com>
**Subject:** Re: [WeeklyMoneyMultiplier] Re: Re: Beating this dead horse
**Sent:** Mon, 22 Oct 2018 21:54:49 +0000

you can offer for 7 days trial, no trial means it is a scam and you are not confident to let people try.

---

**From:** Crystal (WeeklyMoneyMultiplier) <jeff@weeklymoneymultiplier.com>
**Sent:** Monday, October 22, 2018 12:03 PM
**To:** Melanie Business
**Subject:** [WeeklyMoneyMultiplier] Re: Re: Beating this dead horse

##- Please type your reply above this line -##

Your request (207434) has been solved. To reopen this request, reply to this email. See the latest comments below:

---

**Crystal** (WeeklyMoneyMultiplier)

Oct 22, 3:03 PM EDT

We do not offer sneak peeks into the service, because of the amount of information available to subscribers immediately and because of the live streamed trade window.

You make the decision that you feel is best for you.

Sincerely,

Crystal

---

███████████

Oct 19, 8:58 PM EDT

Hi Crystal,

If i paid $3000, and this is a scam, what I can do? How I can know you are real, because there are so many scammer online to teach option and stocks, their portfolio is negative all the time.

Best,

████

---------------------------------

**Attachment P**          **PX 44, 3749**

**Crystal** (WeeklyMoneyMultiplier)

Oct 19, 5:27 PM EDT

We do not offer trials or payment plans at this time.

If we decide to do so we will alert the free mailing list.

Sincerely,

Crystal

**Melanie Business**

Oct 18, 3:01 PM EDT

Hi Crystal,

I am looking for some alerts to make money, I have trading options for 2 years, but I am losing, so do you have first month trial,I want to make sure your alerts are winning, not only couple wining and rest of others are lossing, overall lossing,

███

---------------------------------

**Crystal** (WeeklyMoneyMultiplier)

Oct 18, 2:43 PM EDT

████████

As stated on our website WeeklyMoneyMultiplier does not provide refunds.

The only person who can guarantee your success is you.

**Attachment P**          **PX 44, 3750**

Weekly Money Multiplier is Jeff's premium service, it includes access to Jeff's exclusive options course, a live stream of him trading ETFs and Options, as well as alerts whenever Jeff makes a swing trade.

Crystal

---



Oct 18, 2:27 PM EDT

Hi Jeff,

Do you have 30 days money back guarantee? If your alerts are really good, I will join your program forever, in the current market, lots of people make money by education, not to make people make real money.

Sincerely,

████

––––––––––––––––––––––––––––––––
From: Jeff Bishop <Jeff@WeeklyMoneyMultiplier.com>
Sent: Thursday, October 18, 2018 11:23 AM
To: ████████████████████
Subject: Beating this dead horse

[Weekly Money Multiplier]

You're not gonna like this one, but come on…

I've taken you along this journey with me from the beginning, so it's only fair for me to hold your hand til the end.

[https://lh3.googleusercontent.com/lrget14EN3CO0_8RFQN7gfOwd10UixY57t–4HCkpUOe6Tw1NLOCkq–Cb5iyofaSQiodl7uNP7_fQIle3JeUKUaQMkoWORWzK4jcCPmEBibW65A8ueLcZOxLYa_1TVwKrOVSz7–cd]<https://eur02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmr141.infusionsoft.app%2Fapp%2ForderForms%2FzipWe5NCJTkXpbypPlrq%3Futm_source%3DWMM%26utm_medium%3Demail%26utm_content%3Dwmm–email–oct–order&data=02%7C01%7C%7Ca7cdf3a2c0ee46648b1308d63526dd67%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C636754838368714...>

I'm all out Starbucks!

What a caffeine–fueled ride that was! Now onto the next one!

Will you be there for my next triple digit winner?<https://eur02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmr141.infusionsoft.app%2Fapp%2ForderForms%2FzipWe5NCJTkXpbypPlrq%3Futm_source%3DWMM%26utm_medium%3Demail%26utm_content%3Dwmm–

email-oct-
order&data=02%7C01%7C%7Ca7cdf3a2c0ee46648b1308d63526dd67%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C636754838368714091&sdata=6gHo8RrNhABYVSNo1NnSGq6PT2zYBYQHN0W1f33qwws%3D&reserved=0>

You've got 11 hours left to secure your 50% off discount.<https://eur02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmr141.infusionsoft.app%2Fapp%2ForderForms%2FzipWe5NCJTkXpbypPlrq%3Futm_source%3DWMM%26utm_medium%3Demail%26utm_content%3Dwmm-email-oct-
order&data=02%7C01%7C%7Ca7cdf3a2c0ee46648b1308d63526dd67%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C636754838368714091&sdata=6gHo8RrNhABYVSNo1NnSGq6PT2zYBYQHN0W1f33qwws%3D&reserved=0>

[Jeff Bishop]
Jeff Bishop
Weekly Money Multiplier

[Special]<https://eur02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fapp.ragingbull.com%2Fad%2F5%2Flink&data=02%7C01%7C%7Ca7cdf3a2c0ee46648b1308d63526dd67%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C636754838368714091&sdata=5WbvqGxbKrHfp1H6gh5G7KBMMqXMA%2FDDa9816x%2BlKrc%3D&reserved=0>

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us

**Attachment P          PX 44, 3752**

here<https://eur02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmr141.infusionsoft.com%2Fapp%2FlinkClick%2F202444%2F05519edf8f96b6bf%2F478652464%2F4ab97a5793484977&data=02%7C01%7C%7Ca7cdf3a2c0ee46648b1308d63526dd67%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C636754838368870330&sdata=ekpJ2zwfYLuU%2BxoszlckFyv37BzzUHPw5xfRrOYuEM0%3D&reserved=0> if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe<https://eur02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmr141.infusionsoft.com%2Fapp%2FlinkClick%2F202446%2F5528ee925fe590a5%2F478652464%2F4ab97a5793484977&data=02%7C01%7C%7Ca7cdf3a2c0ee46648b1308d63526dd67%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C636754838368870330&sdata=lWKpFXk62t%2BymH33ZiH8E9%2FyzugvdN%2Bm1HDdvgxjvQE%3D&reserved=0>

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

]

Thank You for Contacting Support.

**From:** ███████ ███
**Sent:** Mon, 22 Oct 2018 21:52:55 -0400
**Subject:** Re: $8000 after 1 week with me
**To:** Jeff Bishop <Jeff@weeklymoneymultiplier.com>
Screenshot_20181022-215054_Google.jpg

Hi Jeff,
I have been very curious about your program.
It seemed that you are very positive that you can add up more money into your client.

However, I have read some bad reviews and possible scam. For some reasons, Jason Bond usually linked with you, when searched has more complains.

Like hard to get hold of the customer service etc.

I have been actively looking around.

Knowing how much money it cost to be part of your program and no possible refund, if your progam seemed to risky.

I have enrolled to some and really, ut didnt help me at all.

Just putting my money more to drain.


Hope you understand my concerns.


███


On Mon, Oct 22, 2018, 8:03 PM Jeff Bishop <Jeff@weeklymoneymultiplier.com> wrote:



Let's keep this one short and sweet.
Check out Todd Brown...
**_I am up $8,000 since joining your service a little over a week ago!_** *Just wanted to tell you thanks! STZ, YNDX, PBR*
I don't know what else to tell you other than this.
You think Todd is pissed that he spent $1497?
Of course not!
He's already paid for the service and padded his account with another $6500.
Stop making excuses.
Your future is here.

**Attachment P**              **PX 44, 3754**

[Join now](#) or you'll be forced to pay more...



**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's personal investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative s own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us [here](#) if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

[Unsubscribe](#)

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

.

**From:** ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Wed, 24 Oct 2018 14:33:04 -0400
**Subject:** Re: [WeeklyMoneyMultiplier] Re: Live Stream Not Updating
**To:** Jeff Bishop <Jeff@weeklymoneymultiplier.com>

I've been through all material and all videos.
Have received no trading alerts.

Pretty sure this is a scam. Maybe I will go to better business bureau.

On Wed, Oct 24, 2018, 14:02 Nathan (WeeklyMoneyMultiplier) <jeff@weeklymoneymultiplier.com> wrote:

##- Please type your reply above this line -##

Your request (209512) has been solved. To reopen this request, reply to this email. See the latest comments below:

---

**Nathan** (WeeklyMoneyMultiplier)

Oct 24, 2:02 PM EDT



If you are new to Weekly Money Multiplier Click here to get started with Jeff's options course.
When you are done there be sure to go through Jeff's Mastermind series to help you get up to speed with everything.

Nathan

---



Oct 23, 2:12 PM EDT

But I am paying for this, and nothing is being provided.

---

**Nathan** (WeeklyMoneyMultiplier)

Oct 23, 1:25 PM EDT

Jason,

We are aware of the issue and are working to get it fixed.

**Attachment P**                    **PX 44, 3756**

Sincerely,

Nathan

Oct 23, 11:36 AM EDT

October 23, 2018

Live Stream is not updating, still as of 8:01 ET 10/23/2018. Please provide explanation and or refund a portion of the cost.

ting, still as of 8:01 ET 10/23/2018

Attachment(s)
image.png

]

Thank You for Contacting Support.

**From:** ▮▮▮▮▮ ▮▮▮▮▮▮▮▮
**Sent:** Wed, 7 Nov 2018 15:47:45 -0500
**Subject:** Re: [WeeklyMoneyMultiplier] Re: Re: Members only training
**To:** WeeklyMoneyMultiplier <jeff@weeklymoneymultiplier.com>

I'm not interested in joining your scam.

On Wed, Nov 7, 2018 at 3:40 PM Jordan (WeeklyMoneyMultiplier) <jeff@weeklymoneymultiplier.com> wrote:

##- Please type your reply above this line -##

Your request (214961) has been solved. To reopen this request, reply to this email. See the latest comments below:

---

**Jordan** (WeeklyMoneyMultiplier)

Nov 7, 3:40 PM EST

Not at all ▮▮▮. I wouldn't assume that. We are simply sharing why our policy is setup the way it is. WE'd like for you to join up and see how well we work together.

Jordan

---

▮▮▮▮▮▮

Nov 7, 3:39 PM EST

Are you saying I can't commit? How dare you? Lol good luck

---

**Jordan** (WeeklyMoneyMultiplier)

Nov 7, 2:58 PM EST

We don't offer a money back guarantee. Folks seeking a back door typically lack the commitment to really put in the effort to make this system work.

Jordan

---

**Attachment P**          **PX 44, 3758**

Nov 5, 10:21 AM EST

Is there a money guaranteed if I don't like the service?

---

**Jordan** (WeeklyMoneyMultiplier)

Nov 5, 10:20 AM EST

We do not offer trials at this time. However, we'll be here when you are ready. The WeeklyMoneyMultiplier team looks forward to working with you in the future.

Sincerely,


Jordan

---

Nov 4, 12:29 PM EST

Hello I was supposed to get a free trail.

On Sun, Nov 4, 2018 at 11:10 AM Jeff Bishop <jeff@weeklymoneymultiplier.com> wrote:

Recent volatility has some traders shook. But to be honest with you, I've made most of my fortune from the stock market as a bear. And there is one thing I know as a trader...just like at the craps table, or any other place, where hard currency and action are the names of the game...there is always a winner and a loser. As a trader, whether the market is soaring or crashing...there are WINNING moves to be made.

Now, in my last email, I shared with you one of my key principles to churning out six-figure winning trades (https://mail.angelnexus.com/t/c/ee2db37113886bebdd00192f555-122c5e4451d64a652861827359f) . That said, my email has been getting flooded with questions on how I do it and if it's possible for others to achieve the same type of success.

Short Answer: Yes.

I see it almost every day. I don't want to bore you with what the industry calls "testimonials"...but you should know there are people just like YOU out there waiting for me to trade and make money with them on

**Attachment P**          **PX 44, 3759**

Monday...every day, actually...here are some of their comments.

Gary K: I don't post much, but I learned a lot. made $46,000 this week

Audrey k: working in a small acct today. up almost $3,000 today

Michael C: COST calls just hit my sell.... 75.8% winner!!

Matt L: Sold 2 of my GS calls this morning at a 50% gain and running with 2 now to > $220

Michael C: hit 71.8% on LULU too, don't know if you saw that earlier

Tom: I scored AMZN $3500!!!

That's right, we're sharing knowledge and making money together here... market up? Great. Market down? Sometimes better. Traders trade and investors sometimes get hurt and have to be super patient...but us...we're in – we cash – we're out.

I've taught my approach to thousands of successful traders, some of them have gone on to become millionaires themselves. Heck, most of them didn't even know the difference between a call or a put when they started.

Now, I want to be clear with you. I'm not one of those traders who like to be glued to their computer screen all day. I check the market here and there, but most of the time it's on my phone.

If you're ready to get started check out this webinar I put together for you (https://mail.angelnexus.com/t/c/ee2db37113886bebdd00192f555-75b40d996775b5ec09bca45ebbb) . It goes into the nuts and bolts of my approach. It's helped me become a multi-millionaire, and I think it can help you.

To your wealth,

Jeff Bishop

P.S. If you haven't already claimed your gift, don't forget to grab it here (https://mail.angelnexus.com/t/c/ee2db37113886bebdd00192f555-64119b869c899b7e7318125fdf8) – thousands of people are already following my approach. In this gift, I go over exactly how I'm able to multiply my money in a matter of days.

RagingBull, LLC

Stop receiving exclusive emails from jeff@weeklymoneymultiplier.com (https://mail.angelnexus.com/t/c/ee2db37113886bebdd00192f555-0de5099a98fe94e89b211a7fba5)

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these

individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com. Unsubscribe from all RaginBull Emails (https://mail.angelnexus.com/t/c/ee2db37113886bebdd00192f555-0ee33d89186ee682f465b2a63de)

]

Thank You for Contacting Support.

**Attachment P**             **PX 44, 3761**

**From:** ███████████████
**Sent:** Fri, 7 Dec 2018 21:00:35 -0600
**Subject:** Re: Final Notice. SALE ending now
**To:** Jeff@weeklymoneymultiplier.com

*cough cough* ...scam *cough cough*

On Thu, Nov 15, 2018 at 9:02 PM Jeff Bishop <Jeff@weeklymoneymultiplier.com> wrote:



"Average $1,000 a day…"

This has been fun, but it ends now!

Come tomorrow morning, you're either in or you're out.

Take a look at how the inside looked today…

*Aug 21, 2:59 PM*
*ali kha: THANKS. Jeff for **AAPL puts . +1600 in the last 2 hours** . out of it*

*Aug 21, 3:03 PM*
*izzy bla: ok, Now  **over 10K for the day**. I'm done.*

*Aug 21, 3:04 PM*
*ali kha: THANK YOU Jeff . very pleased. wasnt expecting it . just piggy backed on you since was off today with family and **played the AAPL puts while at a luncheon :)***

*Aug 21, 3:18 PM*
*rod but: Nice call on AAPL puts Jeff **made a quick $500 in 40 min**,Thanks*

And then my man Rick! This is awesome!

*rick hub: Jeff, thanks for all the teaching I've gotten from you. I've learned to day trade, to the point that **I'm average $1,000 a day**. Not the big bucks yet, but enough to make a difference in my life. Thanks.*

Don't pay more tomorrow. Make it happen today!

$499 Flash Sale Ends NOW!

**Attachment P          PX 44, 3762**



**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative s own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**From:** ██████████
**Sent:** Mon, 5 Nov 2018 14:46:24 -0500
**Subject:** Re: [WeeklyMoneyMultiplier] Re: Re: Without this, I wouldn't have a six-figure trade this year
**To:** WeeklyMoneyMultiplier <jeff@weeklymoneymultiplier.com>

So you work for a scam. How does it feel to steal money from people? It will make me sick. I hope you find something better.

On Mon, Nov 5, 2018 at 2:44 PM Crystal (WeeklyMoneyMultiplier) <jeff@weeklymoneymultiplier.com> wrote:

##- Please type your reply above this line -##

Your request (214497) has been solved. To reopen this request, reply to this email. See the latest comments below:

---

**Crystal** (WeeklyMoneyMultiplier)

Nov 5, 2:44 PM EST



Weekly Money Multiplier is Jeff's premium service, it includes access to Jeff's exclusive options course, a live stream of him trading ETFs and Options, as well as  alerts whenever Jeff makes a swing trade.

The REAL value to our service is EDUCATION.

It doesn't matter if you trade at all as you get started with us, but you must be willing to learn.

You'll have access to extensive libraries of educational videos handpicked by our traders, with strategies and tips perfect for a beginner, intermediate, or advanced traders.

What will benefit you the most, is witnessing our traders trading in real-time each day. You see what they're thinking, and even more importantly, why they make the decisions they do.

They scan the market and boil it down to a handful of stocks they put on their watchlist.

Typically, this list becomes the stocks they buy that day and as a member of our service, you would get first-mover access by seeing these lists BEFORE the market opens.

This kind of daily information is invaluable to new or experienced traders.

Crystal

---

███████

Nov 2, 3:35 PM EDT

So this is a big scam?

---

**Crystal** (WeeklyMoneyMultiplier)

Nov 2, 2:34 PM EDT

███████

We do not offer trials or payment plans at this time.

If we decide to do so we will alert the free mailing list.

Sincerely,

Crystal

---

███████

Nov 2, 2:06 PM EDT

Where is my 90 day free trial?

On Fri, Nov 2, 2018 at 2:05 PM Jeff Bishop <jeff@weeklymoneymultiplier.com> wrote:

Running a growing business and a busy family, while also trying to excel as a trader can be a difficult juggling act.

Over the years, I have learned tricks that have helped me become a successful trader with using only a few hours a week of study time and executing trades.

One of the biggest lessons I have learned is to avoid overtrading.

I think this is one of the biggest reasons that most traders fail. I tell people all the time, "Learn to trade less, and you will make more money."

It seems financial tools you can get your hands on are telling you to "Trade more!", "Trade faster!", "Use these these flashy new charts!".

**Attachment P**          **PX 44, 3765**

I call BS on this. Has trading more really helped YOU make more money? I can guarantee it has helped your brokerage make more money, but it probably isn't putting more money in your pocket.

When I trade, I am patient. I wait for great setups and then I enter with a clearly defined plan of attack.

Patience has really propelled my trading to the next level.

Here is a good example. I have been on fire all year with my trading, 100%+ winners have become routine. However, there was one trophy I still didn't have and that was a six-figure winner (https://mail.angelnexus.com/t/c/ed3898509dbdd7787eb92d5b407-4f309b8f742ccbd0374016089e1) .

Ironically, it happened during a period where the market was experiencing a panic sell-off. But I had patience and a plan...but most importantly, I have developed one of the most important attributes that all successful traders have...DISCIPLINE.

CLICK HERE TO SEE MORE TRADES (https://mail.angelnexus.com/t/c/ed3898509dbdd7787eb92d5b407-a4609fbf94b1d570af1edc504ea) like this

Maybe you can relate here, but when I first started trading, I was all over the place. I was taking random trades without a real plan. There was a lot of hoping and praying going around.

That is gambling, and it will bankrupt your account given enough time.

Learn to be patient. Take time to find stocks you really want to own, and then wait for the ideal time to get in. You will be amazed to see how this simple trick will lead to more profits for YOU, not your broker.

Forgive me if it sounds cliche... but there is no way around it, you'll need discipline in this game. In fact, you need discipline for most areas in life. It doesn't matter If it's school, a diet, finances... discipline helps you get results others only dream about.

I'm going to give you my 5 rules of trading discipline that have helped me and many other trading millionaires over the years – click here to see how I remain disciplined (https://mail.angelnexus.com/t/c/ed3898509dbdd7787eb92d5b407-ecc579cdb97562b2b05151425a6) .

So what is trading discipline all about? And Why Is It So Critical?

1. Dealing with emotions. Emotions are both the thrill of victory and the agony of defeat. When I'm up, I don't get too high and keep my ego in check. Similarly, if I'm down – which is becoming more and more rare – I don't get too low and beat myself up.

I keep my emotions in check by journaling. For example, I'd write down how I felt after a trade and what was going through my mind. If I missed out on a trade, I'll write down what I was doing. If I missed out on a trade because I was tending to my family, I won't beat myself up. However, if I was by my desk and saw the trade and missed it, I'll write down if I was slow to pull the trigger and just missed my price.

If I take a loss, I'll write down whether I went against my trading plan or lost discipline for a bit.

2. Patience. Patience is a double-edged sword. If I'm too patient, I might miss out on a trade. If I'm not patient enough, I might get into a trade early, get stopped out...only to see the trade work in my favor.

To remain patient, I developed a trading system in which I only enter a trade if my pattern comes up. I won't trade anything other than my patterns and strategy. I wait for the opportunities to come to me, rather than

trying to find a needle in a haystack.

When a trade comes to me, I develop a trading plan which helps with patience. I will write down where I'm willing to buy stocks, ETFs or options, as well as exits and targets. I plan the trade and execute accordingly.

3. Risk–Reward. When I'm trading I have a clear risk–reward ratio. You should always be looking to make at least $2 for every $1 of risk. If you risk a dollar to make a dollar, you need to be nearly perfect in your trading plan and execution.

My risk is usually defined by my pattern. If my pattern isn't moving in the direction it should be, I will quickly stop out. I also write down my expected reward for all of my trades, which is generally 100%+.

4. Live to trade another day. Trading is a marathon, not a sprint. Although I'm able to have triple–digit returns consistently, I'm in it for the long haul. In order to stay in the game, I will never risk too much on any one trade.

In all of my trades, I have a clear stop loss, which is written down in my trading plan. When I enter a trade, I will write down where I will stop out. I don't trade without a stop loss in mind, which stops me from blowing past my stop losses and holding onto to the bag.

5. Sticking to my strategy. I hate to beat a dead horse...but I write out my trading plan and trade my plan. When I trade, I only trade "A" quality setups.

Here's a look at a trading plan... ([https://mail.angelnexus.com/t/c/ed3898509dbdd7787eb92d5b407-579c6117eca327899af146b91e8](https://mail.angelnexus.com/t/c/ed3898509dbdd7787eb92d5b407-579c6117eca327899af146b91e8))

Follow these five rules and remain disciplined in the markets, and it should help you become successful at trading.

To your success!

Jeff Bishop

P.S. If you haven't already received your gift, in which I go over how I multiply my money – click here to grab that ([https://mail.angelnexus.com/t/c/ed3898509dbdd7787eb92d5b407-2787a81810d8b4869775cfdafb6](https://mail.angelnexus.com/t/c/ed3898509dbdd7787eb92d5b407-2787a81810d8b4869775cfdafb6)) .

RagingBull, LLC

Stop receiving exclusive emails from [jeff@weeklymoneymultiplier.com](mailto:jeff@weeklymoneymultiplier.com) ([https://mail.angelnexus.com/t/c/ed3898509dbdd7787eb92d5b407-c116c9d01c699eb30563b5fea28](https://mail.angelnexus.com/t/c/ed3898509dbdd7787eb92d5b407-c116c9d01c699eb30563b5fea28))

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the

solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultipler.com. Unsubscribe from all RaginBull Emails (https://mail.angelnexus.com/t/c/ed3898509dbdd7787eb92d5b407-2ea9b114dbfdf95c5b335af60a4)

]

Thank You for Contacting Support.

**Attachment P**          **PX 44, 3768**



**From:**
**Sent:** Mon, 17 Sep 2018 15:15:45 -0700
**Subject:** Re: How Options Grow a Small Account
**To:** Jeff Bishop <Jeff@weeklymoneymultiplier.com>

I'm signed up! Money is tight. I need to make some money to live better. Option trading sounds like a plan. My problem is I'm poor. Low income. I just got ripped off by a scammer. He was going let me copy his trades but it was a fraud scam. But I need to make money to live better. I'm married, b  but my income is to low to meet the poverty guidelines for US Immigration rules. My wife lives in Kathmandu and I need to earn about ten thousand dollars to make our dreams happen. I'll try to be there Thursday at 8pm.

On Sep 17, 2018 5:02 PM, "Jeff Bishop" <Jeff@weeklymoneymultiplier.com> wrote:



*$9050 Realized Gains from a $1000 account...legendary!*

I'm always going to give credit where credit is due.
Something about the system Davis Martin has created for members is yielding unfathomable results, especially for those with small accounts.
Most struggle with the Pattern Day Trade Rule because they don't have $25,000 in their account.
He's carved out a way for you to avoid that and experience returns like you never thought were possible.
Believe Nathan, his results are below!
With limited capital, **Options are the perfect solution.**
Each day, Davis is showing others how to master the market.
Thursday, he's teaming up with Jeff Williams in a LIVE presentation on how he does it.
Register here!

**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative s own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

.

**Attachment P**          **PX 44, 3770**

**From:** ▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉
**Subject:** Re: [Download Inside] "Option Profit Accelerator" Report + A Bonus...
**Sent:** Sat, 15 Sep 2018 07:27:11 -0600
**To:** Jeff Bishop <Jeff@WeeklyMoneyMultiplier.com>

this is a scam…

On Sep 15, 2018, at 7:11 AM, Jeff Bishop <Jeff@WeeklyMoneyMultiplier.com> wrote:



*$9k in extra income ...*

**Dear reader,**

*I work full time and do ALL my trading on my phone.*

Imagine that…

You're sitting at your desk at work and an alert hits your phone.

Text message and email.

I detail the trade, tell you what I'm buying and why I'm buying it.

Same happens for when I sell.

All that's required from you is a little light reading and the pressing of a few buttons.

Seems easy, right?

It is!
My goal is to help you find extra income from trading options.

And I'll tell you exactly how...

**But before I get ahead of myself, I want to welcome you to Weekly Money Multiplier!**

My name is Jeff Bishop.

And in case you don't know me, I'm **multi-millionaire trader** with nearly 20 years of experience under my belt.

I love all trading but my passion is for **trading options and ETFs**.

And I'm not afraid to make the big bets and swing for the fences when I thinks there's an edge on a trade.

*I also love training people like you.*

Which is why — as promised — I am giving you my  FREE **"Option Profit Accelerator"** guide.

Don't worry, it's a short but powerful read.

But we're only getting started…

Over the next few days, I'll lay out my plan for you to potentially be able to add **$3,000**, **$6,000**, even up to **$9,000** in extra income to your account…

… over and over again.

So watch your inbox for anything from me!

**But I'm not stopping there…**

I see a lot of opportunities from other trading experts come across my desk…

**And a few days ago, I got a message that read**  *$4,238 richer in under one minute  ...*

I opened it.

Read it…

And knew I immediately had to share this with my readers.

You see, one of my friends (who also happens to be one of America's top traders) has repeatedly been able to make thousands of dollars…

... in less time than you'll spend reading this short email.

**Click here and watch as my friend**:

Logs into his brokerage account...

Executes three simple steps...

And officially becomes $1,050 RICHER.

It will take him approximately 15 seconds.

**And then he's going to immediately repeat this process.**

Becoming **$940 RICHER** in 11 seconds...

And then again…

Becoming **$1,260 RICHER** in 8 seconds.

And yet again...

Becoming **$988 RICHER** in 7 seconds.

*With a combined total of $4,238.*

Real cash, real money.

All deposited in his account...

In under a single minute.

You can actually **watch a video of him making short "quick cash" trades here**.

**Jeff Bishop**
Weekly Money Multiplier

**P.S. - Did you see this yet?**

I'll tell you more about **Weekly Money Multiplier** in just a few days.

But first, you really need to **check out this quick cash generating strategy today**…

I don't know how long this video will be up.
So I urge you to see if it's right for you…

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such individuals for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representatives own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses

reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**Attachment P**          **PX 44, 3774**

**From:**
**Sent:** Sat, 13 Oct 2018 18:04:25 -0400
**Subject:** Re: [Extended] Membership Information
**To:** Jeff Bishop <Jeff@weeklymoneymultiplier.com>

Hello. I feel like these prices are VERY expensive for someone who makes that much money every week with stocks. If you make that much money on stocks why do you charge so much? Seems very fishy and like a scam. Almost like you make all your money of the memberships. If I had that knowledge and that kind of money I feel like I would make it affordable for people not insanely expensive.

On Sat, Oct 13, 2018, 5:51 PM Jeff Bishop <Jeff@weeklymoneymultiplier.com> wrote:



My support team is telling me that they've been flooded with emails this weekend.
I'm trying to give them tomorrow off so they can watch some football and relax for a bit!
So here's what's happening…
Many are asking about the 50% blowout price I offered during the webinar.
Initially, that was a 24 hour sale, but I failed to account for those people that haven't had time to view the recording.
After all, I put that up so that you can see the benefits of using my system, The Option Profit Nexus.
Until further notice, this order form link will remain open.
I don't want to deny anyone the opportunity to flourish, and your first step is to join the Weekly Money Multiplier.
However, THIS IS IMPORTANT!…**I am capping membership at this price.**
It will be a tiered system. If you buy at $1997, you will be grandfathered for life.
The next batch will need to buy at $2997.
And the next, well you know where this is going...$3997.
I'm giving you fair warning. Take advantage of this sale before someone else takes it from you.
Secure this deal here.



**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representatives own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Attachment P                    PX 44, 3776

**From:**
**To:**         '"Jeff Bishop"' <Jeff@WeeklyMoneyMultiplier.com>
**Subject:**    RE: Proof It Works: My $34K on TTD
**Sent:**       Fri, 12 Oct 2018 23:52:01 -0400

Dear J Bishop, I'm in your service I think thru J Bond however I get so many emails that I may have missed  Your recommendation for TTD but also missed AMZN. Why don't you have a SMS message sent out plus you don't seem very active in the chat room (except for the rare occasion)  I have been trying my best to follow along but as of late my account is in the negative. I need help a mentor a guiding hand. Please take time to respond to me on this matter.
PS I'm the one who alerted you to the Scam that's going on in your name.
Thanks in advance

**From:** Jeff Bishop <Jeff@WeeklyMoneyMultiplier.com>
**Sent:** Friday, October 12, 2018 8:00 PM
**To:**
**Subject:** Proof It Works: My $34K on TTD



Dear ,

You know the best part about using the Option Profit Nexus?

It's ability to pull tens of thousands out of the market on any given day.

Just like my trade on **TTD**.

**6 days, $34,000.**

Here's how I made $5600 per day throughout the course of a week with only minutes of "work" (if you can call it that).

I found a bullish chart. I waited for the pullback, and when it started approaching the 200 hourly moving average, I bought it.

Here's the email I sent to my members:

**Attachment P          PX 44, 3777**



**4 days later, TTD spiked.** I was up 50%, or + $7000, so I took 50% off the table.

This is one of my biggest rules. When you're up, don't forget **to pay yourself.**



Then, I let the other 50% ride.

**2 days later, the second half of the trade was worth $27,250.**



**That's $34,000 total profit in 6 days!!**



The best part? My members profited right alongside me:



If you want to see this trade and others like it, I covered several examples last night in my webinar.

You can check that out here.

I know you've seen enough, though. That's why you're ready to pull the trigger on this deal, and

you better do it before midnight!

**Welcome to the Weekly Money Multiplier.**



**Jeff Bishop**
Weekly Money Multiplier

.

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative s own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

.

**Sent:**   Wed, 17 Oct 2018 17:52:30 +0000 (UTC)
**From:**   ██████████████
**To:**   "Crystal (WeeklyMoneyMultiplier)" <jeff@weeklymoneymultiplier.com>
**Cc:**   "jeff@weeklymoneymultiplier.com" <jeff@weeklymoneymultiplier.com>
**Subject:**   Re: [WeeklyMoneyMultiplier] Re: Re: Welcome to Weekly Money Multiplier!

So, it is 1:30pm of the next day after I sent my yesterday's request - I did not get any response.

It is absolutely unheard of that the person pays for the full year of service, but after a few days realizes that it was a mistake and the service is not what this person needs (and not what was promised), asks to cancel the service and get a refund, but the service provider says "Nope, once you paid - your money are ours!!!"
Especially if the service provider is a millioner who is not really on the verge of bankruptcy.

I really do not want to call my MasterCard and request to dispute this transaction, explaining how this service looks like a scam, so Mastercard will tag Raging Bull as a scam and wont let other card holders to pay for its services, I really do not want to write my bad review in Better Busyness Bureau to add to the bad reviews of Raging Bull that are already there, I really do not want to write my bad review in other web sites like http://www.ripoffreport.com, http://www.stockgumshoe.com, http://www.tradingschools.org, http://www.trustpilot.com and others - I'd rather get my rashly paid money back and NOT say anything bad about Raging Bull on the web ...

Please, help me to NOT do any of that: just cancel my subscription for THIS year and refund me my $1997 that I paid under a spell of nice presentation.


Please, respond within an hour so I know what shall I do (or, hopefully, not do) by 3:00 pm EST of today, October 2018.

Thanks,

██████████████

On Tuesday, October 16, 2018, 4:25:01 PM EDT, ████████   █████████████   wrote:

Hm.... I have never heard of any self-respecting busyness, which does not provide refunds ...
Especially if this busyness is run by millionaires, for whom a single client does not suppose to be a big issue.

I would hate to ask my Credit Card company to open a dispute for this charge and leave bad reviews about Raging Bull in BBB and other web sites, which, undoubtedly will cause Raging Bull to loose many potential clients in the future, so, I ask again: please, refund me my payment of $1,997.00 and we will part as friends.

Thanks in advance,

██████████████
On Tuesday, October 16, 2018, 2:48:00 PM EDT, Crystal (WeeklyMoneyMultiplier) <jeff@weeklymoneymultiplier.com> wrote:

##- Please type your reply above this line -##

Your request (203846) has been solved. To reopen this request, reply to this email. See the latest comments below:

---

**Attachment P**          **PX 44, 3781**



**Crystal** (WeeklyMoneyMultiplier)

Oct 16, 2:47 PM EDT



We have canceled your WeeklyMoneyMultiplier and are sad to see you go. Your subscription will expire at the end of your current term on October 11, 2019. You will not be billed again unless you re-activate your subscription via the website.

As stated on our website WeeklyMoneyMultiplier does not provide refunds.

Sincerely,

Crystal

Oct 16, 2:28 PM EDT

Sent e-mail yesterday – no reply till now (2:25pm of the next day).Sent e-mail 3 hours ago – no response ... I repeat: PLEASE, I want to cancel my subscription to Jeff's service and receive a full refund of my payment. Thanks,

On Thursday, October 11, 2018, 11:20:26 PM EDT,                  <                          > wrote:

Shoot ... should have bought your Weekly Money Multiplier back in august when at the end of your webinar you offered it for $500 less ...
Still have a screenshot of that offer ...

Anyways, looking forward to learn your options trading method with stop losses

On Thursday, October 11, 2018, 9:26:38 PM EDT, Jeff Bishop <Jeff@WeeklyMoneyMultiplier.com> wrote:

|
|
| |
|   |

|
|
|

**Attachment P**          **PX 44, 3782**

Your account is now active!  I am excited to have you on the team and can't wait to get started with your training.


Here are some things you will need to know:

Payment Processing

All credit cards are processed through "RagingBull.com" which is the publisher of this course. You'll see that charge on your statement, so don't be alarmed!

Site Access

You're ready to get started right away I bet?  Great!  You may now access to our website by logging into your account at:


https://app.ragingbull.com/member


Use your email address to login.


Password: Your password chosen at the checkout. If you already had an account with us, use the same password as before.



All the Weekly Money Multiplier premium content will be available from the side menu in the RagingBull Dashboard.



Thank you and I look forward to working with you!
  Jeff Bishop, WeeklyMoneyMultiplier.com          |
| Neither Weekly Money Multiplier nor RagingBull.com, LLC (publisher of Raging Bull) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation,

**Attachment P**              **PX 44, 3783**

and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Weekly Money Multiplier manages on behalf of RagingBull.com, LLC.

Unsubscribe

 62 Calef Hwy #233 Lee, New Hampshire 03861 United States |

|

|

Attachment(s)
1539314240039blob.jpg

---

Oct 16, 11:23 AM EDT

Hello, Crystal,
I am awfully sorry to bother you, but this whole story seems strange to me: I want to ask you to refund me my whole payment and cancel my subscription to Jeff's service.
Thanks.

On Monday, October 15, 2018, 3:17:28 PM EDT,                    <                            > wrote:

Yes, Crystal, I guess you can help me: I would like to have my price matched to that offered at the same time –

**Attachment P**                    **PX 44, 3784**

even right now – through a link I provided in my yesterday's e-mail. Simply put: it would be only fair if you do what every retailer calls "price match", and you will credit me back $500 that I overpaid.

I thought this was clear from my previous e-mails ...

Thanks. ███████████

On Monday, October 15, 2018, 3:10:14 PM EDT, Crystal (WeeklyMoneyMultiplier)

<jeff@weeklymoneymultiplier.com> wrote:

#yiv2600944882 table td {border-collapse:collapse;}

---

███████████

Oct 15, 3:17 PM EDT

Yes, Crystal, I guess you can help me: I would like to have my price matched to that offered at the same time – even right now – through a link I provided in my yesterday's e-mail. Simply put: it would be only fair if you do what every retailer calls "price match", and you will credit me back $500 that I overpaid.

I thought this was clear from my previous e-mails ...

Thanks. ███████████

On Monday, October 15, 2018, 3:10:14 PM EDT, Crystal (WeeklyMoneyMultiplier)

<jeff@weeklymoneymultiplier.com> wrote:

#yiv2515772170 table td {border-collapse:collapse;}

---

**Crystal** (WeeklyMoneyMultiplier)

Oct 15, 3:10 PM EDT

███████

How can I help you?

Did you have a specific request?

Sincerely,

Crystal

---

███████████

**Attachment P**          **PX 44, 3785**

Oct 13, 10:42 PM EDT

Yes, please.

Just was reading Jeff's article "How to Trade Options – Calls vs. Puts"https://ragingbull.com/2018/09/02/how-to-trade-options-calls-vs-puts/

 clicked on the link at the end :
:
a window offering Weekly Money Multiplier for $1,497.00 opened!!! After I just paid $1,997 !!!   $500 less than I just paid!!!

This is just does not sound fair ... especially during "Stocktober", where all Raging Bull "providers" offer "the lowest prices ever" ...

Especially for me, who was laid off 3.5 month ago, still could not find a job, and living an a mere unemployment, dipping into my savings, saving every penny ...

Thanks, 

On Friday, October 12, 2018, 9:42:26 AM EDT, Crystal (WeeklyMoneyMultiplier) <jeff@weeklymoneymultiplier.com> wrote:

#yiv0799001547 table td {border-collapse:collapse;}

Attachment(s)
1539484451363blob.jpg
1539484554275blob.jpg

---

**Crystal** (WeeklyMoneyMultiplier)

Oct 12, 9:42 AM EDT

Thanks for your feedback about WeeklyMoneyMultiplier.

We value your input!

I will pass your message along.

If you are new to Weekly Money Multiplier Click here to get started with Jeff's options course.

When you are done there be sure to go through Jeff's Mastermind series to help you get up to speed with everything.

Crystal

**Attachment P            PX 44, 3786**



Oct 11, 11:20 PM EDT

Shoot ... should have bought your Weekly Money Multiplier back in august when at the end of your webinar you offered it for $500 less ...
Still have a screenshot of that offer ...

Anyways, looking forward to learn your options trading method with stop losses

On Thursday, October 11, 2018, 9:26:38 PM EDT, Jeff Bishop <Jeff@WeeklyMoneyMultiplier.com> wrote:


|
|
| |
|   |

|
|
|
Greetings ████████



Your account is now active!  I am excited to have you on the team and can't wait to get started with your training.



Here are some things you will need to know:

Payment Processing

All credit cards are processed through "RagingBull.com" which is the publisher of this course. You'll see that charge on your statement, so don't be alarmed!

Site Access

You're ready to get started right away I bet?  Great!  You may now access to our website by logging into your account at:

**Attachment P**          **PX 44, 3787**

https://app.ragingbull.com/member

Use your email address to login.

Password: Your password chosen at the checkout. If you already had an account with us, use the same password as before.

All the Weekly Money Multiplier premium content will be available from the side menu in the RagingBull Dashboard.

Thank you and I look forward to working with you!

 Jeff Bishop, WeeklyMoneyMultiplier.com      |

| Neither Weekly Money Multiplier nor RagingBull.com, LLC (publisher of Raging Bull) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Weekly Money Multiplier manages on behalf of RagingBull.com, LLC.

Unsubscribe

**Attachment P**                                    **PX 44, 3788**

62 Calef Hwy #233 Lee, New Hampshire 03861 United States |

|

|

Attachment(s)
1539314240039blob.jpg

]

Thank You for Contacting Support.

**Attachment P**          **PX 44, 3789**

**From:** ███████ ███████
**Sent:** Tue, 16 Oct 2018 15:15:56 +0100
**Subject:** Re: My $16,800 Coffee ☕
**To:** Jeff Bishop <Jeff@weeklymoneymultiplier.com>

Hi ███
All your pals( Jason bond etc ) got very bad reviews in online and they are scam artists.
I don't see anything bad about you; but that worries me.... �

On Tue, 16 Oct 2018, 2:54 pm Jeff Bishop, <Jeff@weeklymoneymultiplier.com> wrote:



Can't complain about waking up to the Fall weather in New Hampshire. Make my morning coffee, enjoy a little fresh air...what could be better? Well, if that coffee mug was filled with $16,800, I guess that would do it! And it was…



I like the local coffee here in NH, but just for today, I think I'll go treat myself to an afternoon cup at Starbucks to thank them for the generous $16,800 donation to my trading account!

The average American spends **$1,100 a year on coffee**. Thanks to this one trade I entered at the end of last week, I'm now set for over 15 years.

Is checking your account and seeing your Weekly Money Multiplier positions!
Join now. (My support team tells me we're almost done with the $1997 price).
**Once it's filled, it'll be auto-updated to $2997.**
Don't miss out! Secure your 50% savings today!



**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative s own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**From:** ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮
**Sent:** Tue, 31 Jul 2018 12:34:25 -0400
**Subject:** Re: [WeeklyMoneyMultiplier] Re: Re: [WeeklyMoneyMultiplier] Re: Cancelation Requested
**To:** WeeklyMoneyMultiplier <jeff@weeklymoneymultiplier.com>
**Cc:** Reports TSX ▮▮▮▮▮▮▮▮▮▮

Daren

During webinar before signing up Jeff stated he provides support to students. Here, it has been a month and
A) Simple questions are not answered by Jeff Bishop:
B) No instructions are provided which   Options to buy from some live hypothetical streaming account.

These are against policies promised by Jeff Bishop before we sign up.

I request you to refund at least 2/3 of $499 as I can not use your service since you failed to show me how.

Now, it is becoming frustrating for me and it seems like a scamming innocent people.

In absence of any refund I have post all the reviews to different website such as BBB.org indicating how I got cheated.

I don't think $350 is big amount for Jeff Bishop to satisfy frustrated clients.

Daren,

I cannot emphasize enough that I really feel that I am being scammed here. Please do the right thing by returning $350 out of $499 back to me.

Thanks



On Tue, Jul 31, 2018 at 11:40 AM Daren (WeeklyMoneyMultiplier) <jeff@weeklymoneymultiplier.com> wrote:

##- Please type your reply above this line -##

Your request (179793) has been solved. To reopen this request, reply to this email. See the latest comments below:

---

**Daren** (WeeklyMoneyMultiplier)

Jul 31, 11:40 AM EDT

, This is Nathan's supervisor.

As stated on our website WeeklyMoneyMultiplier does not provide refunds.

We have cancelled further renewals with WeeklyMoneyMultiplier, your term ends on **2018-10-06.**

Daren

**Reports TSX**

Jul 31, 11:21 AM EDT

This is a follow–up to your previous request #177181 "Cancelation Requested"

Jeff/Jordan/Nathan

This has been such an unfortunate experience to deal with you.

You guys have not answered simple questions, have not provided any help, and are not returning my money back to me.

Nathan stated Jeff Bishop will get back and he never did.

I am going to report this as SCAM and going to post reviews on bbb and other sites indicating how frustrating my experience has been.

Please refund my money back. I don't believe Jeff Bishop is making 40,000 every day and is not willing to return my mere $499 back to me.

Thanks

]

Thank You for Contacting Support.

**Attachment P**          **PX 44, 3793**

**Sent:** Tue, 6 Mar 2018 21:27:19 -0500
**From:** ▮▮▮▮▮▮▮
**To:** Jeff@WeeklyMoneyMultiplier.com
**Subject:** Re: I'm LIVE!

A very misleading webinar. It said I would learn about option trading.  I have learned nothing except to be asked to join yet another Raging Bullshit program for another couple of thousand dollars. I already have spent close to $10,000 over the last few years and have lost more than I have made. Off to all the Scam websites and the FTC, state attorney generals in Texas and New Hampshire and my own attorney.....45 minutes wasted.A very misleading webinar. It said I would learn about option trading.  I have learned nothing except to be asked to join yet another Raging Bullshit program for another couple of thousand dollars. I already have spent close to $10,000 over the last few years and have lost more than I have made. Off to all the Scam websites and the FTC, state attorney generals in Texas and New Hampshire and my own attorney.....45 minutes wasted.


-----Original Message-----
From: Jeff Bishop <Jeff@WeeklyMoneyMultiplier.com>
To: ▮▮▮▮▮  ▮▮▮▮▮▮▮
Sent: Tue, Mar 6, 2018 7:48 pm
Subject: I'm LIVE!



Hi everyone, I've jumped in early to chat before we get underway at 8PM!

Get in there soon. I can't wait!

## https://app.ragingbull.com/webinar/rb-free

**Jeff Bishop**
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an

**Attachment P**          **PX 44, 3794**

investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative s own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

.

**Attachment P**          **PX 44, 3795**

**From:**
**Sent:** Thu, 15 Mar 2018 10:57:37 -0700
**Subject:** Re: Welcome to Weekly Money Multiplier!
**To:** Jeff Bishop <Jeff@weeklymoneymultiplier.com>

Hi Jeff,

please see my email conversation with your publisher. its not me only other victims of them soon as well please pay attention .

Thanks,



1.  You emailing me only positive trades, how about loosing one like showing on his real account you know it's illegal market tactics, that's why you don't refund once some one sign up it's fraud we are talking about the now on S media , you people scam with everything positive then there is no real help whatsoever. No Thanks

On Mar 9, 2018, at 11:43 AM, RagingBull support@ragingbull.com wrote:

Response=



We are open and honest with our clients about our losses. We share each and every one of them.

We do and we will alway operate with a high level of moral and ethical standards. If you have something constructive you'd like to discuss we'd be more than happy to but the claims you are making are simply not true. We want to work with you toward your success. Take a deep breath and center yourself then let's get to work.

Jordan

2.

Hi Jordan,

How honest you guys are with clients very near future I'll prove you, $1499.00 probably nothing for you but it's lot for me at this point without getting any value , If you sign up 1000 people on this bogus claim webinar you already millionaire you can afford any attorney to justify those fine prints no problem.
I sign up to follow his trade to double or even triple my money (not account) every week as Jeff said over and over again very attractive you need to watch that recording as I did , wanted to see performance perhaps I will know if I sign up didn't know then no refund in fine prints no warning for innocent buyers and then find out there is no track records either to see doubling money every week just looking his positions that's it . Other material to study i didn't even open it yet I can get that free or just few dollars on line sign up to see track record performance and then follow it so there was nothing.trying to get lots of information now,
I just want my money back as soon as possible.
Thanks,



Response=



I wish you didn't feel that way. WE aren't what you are claiming and by taking a deep breath and a few moments to collect yourself, you'll see we are legitimate.

Be patient. Set realistic goals and let's get to work.

Jordan

Jordan, so you are not issuing me credit that I don't want this service from the first day when I find out there isn't performance records that you was claiming, just clearly refuse it to refund then I have to take next step with my bank and legal help and also help from social media groups.

Thanks,



On Thu, Mar 8, 2018 at 1:22 PM, Jeff Bishop <Jeff@weeklymoneymultiplier.com> wrote:



Greetings

Your account is now active!  I am excited to have you on the team and can't wait to get started with your training.

Here are some things you will need to know:

**Payment Processing**

All credit cards are processed through "RagingBull.com" which is the publisher of this course. You'll see that charge on your statement, so don't be alarmed!

**Site Access**

You're ready to get started right away I bet?  Great!  You may now access to our website by logging into your account at:

https://app.ragingbull.com/member

Use your email address to login.

**Password:** Your password chosen at the checkout. If you already had an account with us, use the same password as before.

All the Weekly Money Multiplier premium content will be available from the side

menu in the RagingBull Dashboard.

Thank you and I look forward to working with you!



**Jeff Bishop,**
WeeklyMoneyMultiplier.com

Neither Weekly Money Multiplier nor RagingBull.com, LLC (publisher of Raging Bull) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Weekly Money Multiplier manages on behalf of RagingBull.com, LLC.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

.

**From:**
**Sent:**     Tue, 13 Mar 2018 15:21:42 -0400
**Subject:**  Re: [WeeklyMoneyMultiplier] Re: Re: No he didn't!...+325% in January
**To:**       WeeklyMoneyMultiplier <jeff@weeklymoneymultiplier.com>

OMG you have to be kidding me ?? Are you guys for real or just a scam ? If so I will expose you and publish these emails to Social Media and warn people ,however
lets have some dialogue first to ensure we understand each other .

First , it is completely dishonest for you to state above that this request has been solved ! Please read my emails in detail and have Jeff reply .

Second , again as I repeated in my previous emails which apparently you are ignoring you make a statement " we do not offer a free trial at this time " ... show me in my email where I wanted anything Free ???
I repeatedly said I will pay up front the annual fee and then quoted Jeffs guarantee .
Let Jeff respond to my emails and suggestions . Right now I am wondering if this is a scam and I should warn people of this organization thru Social media .

this is really poor customer service the way you are responding to my emails .

Have Jeff reply and I will sign up as I have stipulated in my earlier emails .

Thankyou for your attention to this matter .



On Tue, Mar 13, 2018 at 1:23 PM, Crystal (WeeklyMoneyMultiplier) <jeff@weeklymoneymultiplier.com> wrote:

##- Please type your reply above this line -##

Your request (139719) has been solved. To reopen this request, reply to this email. See the latest comments below:

---

**Crystal** (WeeklyMoneyMultiplier)

Mar 13, 1:23 PM EDT



Thanks for reaching out. Unfortunately we do not offer a free trial at this time. However, we do our best to competitively price our services in order to attract clients while also affording us enough funds to ensure the quality of service.


Sincerely,
Crystal

---

**Daren** (WeeklyMoneyMultiplier)

Mar 13, 12:48 PM EDT

**Attachment P**              **PX 44, 3799**

Request #140183 "Re: Warning Shot!" was closed and merged into this request. Last comment in request #140183:

I will sign up and pay the $ 1499 up front for the Weekly Money Multiplier if you back up the words and statements in the promotion email above .

It is a more than fair and easy to meet guarantee based on your statements above . Which I quote as follows

" The "Mensa trader" is guaranteeing 52 of these 100%+ wins in 2018.

And he has already hit 16 or an average of about 2 a week.

That means if you sign up right now, odds are you'll see a 100%+ win this week! That's how you double your money!

If you only invest $1499 on one of these winners, it'll pay for your subscription. "

The statement above from what I know of Options trading probabilities is Not reasonable ... so to be fair and to show integrity ... before I invest $ 1500 in your service
I will pay the up front Money IF you make a commitment back that if in the first 8 weeks or 2 months the Mensa Trader guarantee does NOT produce a 70 % success rate WHICH is below his statement above That I can Obtain a refund of the remaining balance of my subscription . According to the statements above that should be easily met by the Mensa Trader and it will provide me peace of mind and credibility that I am not going to throw my hard earned money away for a service that does NOT meet its expected promises .
Very fair .

I would like to join this service and if it is all that is promised above I promise Social Media will hear about it and it will be a Win –Win :)

Please respond and I will sign up as soon as you make the committment above to me .

Thanks



On Tue, Mar 13, 2018 at 12:09 PM, Jeff Bishop Jeff@weeklymoneymultiplier.com wrote:

12 hours left. Why you need to act now…

Well, at midnight, Weekly Money Multiplier isn't going to be $1499 anymore. (https://mr141.infusionsoft.com/app/orderForms/wTIIztmqcU8WkgwXbh21?utm_source=WMM&utm_medium =email&utm_campaign=wmm–email17–sale–warningshot&utm_content=warningshot)

Memberships at this blowout price just can't be offered anymore.

There is just too much value (https://mr141.infusionsoft.com/app/orderForms/wTIIztmqcU8WkgwXbh21?utm_source=WMM&utm_medium =email&utm_campaign=wmm–email17–sale–warningshot&utm_content=warningshot) to be offered and I have to put my foot down.

Members like Dorothy taking a $6,900 account to $29,000 in 5 weeks.

**Attachment P**          **PX 44, 3800**

Jose turning a $6,000 account into $25,448.50 in January alone.

Brent placing his first trade and making 78%.

You think $1499 is a lot to them now?

The short answer…

No.

It's all about how you look at things.

$1499 doesn't seem like much if you make $5,000…$10,000….$25,000…$50,000

Together, we can lock in massive profits.
(https://mr141.infusionsoft.com/app/orderForms/wTIIztmqcU8WkgwXbh21?utm_source=WMM&utm_medium=email&utm_campaign=wmm-email17-sale-warningshot&utm_content=warningshot)

The choice is yours!
(https://mr141.infusionsoft.com/app/orderForms/wTIIztmqcU8WkgwXbh21?utm_source=WMM&utm_medium=email&utm_campaign=wmm-email17-sale-warningshot&utm_content=warningshot)

Jeff Bishop
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here (https://mr141.infusionsoft.com/app/linkClick/183649/8f1c87eefbac67c7/277562865/50f290c319b1c416) if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe (https://mr141.infusionsoft.com/app/linkClick/183651/7cbd8db2b3397eef/277562865/50f290c319b1c416)

62 Calef Hwy #233 Lee, New Hampshire 03861 United States (https://maps.google.com/?q=62+Calef+Hwy+%23233+Lee,+New+Hampshire+03861+United+States&entry=gmail&source=g)

---

**Daren** (WeeklyMoneyMultiplier)

Mar 13, 12:47 PM EDT

Request #140182 "Re: WMM ▮▮▮ or MRM, which to jo..." was closed and merged into this request. Last comment in request #140182:

I will sign up and pay the $ 1499 up front for the Weekly Money Multiplier if you back up the words and statements in the promotion email above .

It is a more than fair and easy to meet guarantee based on your statements above . Which I quote as follows

" The "Mensa trader" is guaranteeing 52 of these 100%+ wins in 2018.

And he has already hit 16 or an average of about 2 a week.

That means if you sign up right now, odds are you'll see a 100%+ win this week! That's how you double your money!

If you only invest $1499 on one of these winners, it'll pay for your subscription. "

The statement above from what I know of Options trading probabilities is Not reasonable ... so to be fair and to show integrity ... before I invest $ 1500 in your service
I will pay the up front Money IF you make a commitment back that if in the first 8 weeks or 2 months the Mensa Trader guarantee does NOT produce a 70 % success rate WHICH is below his statement above That I can Obtain a refund of the remaining balance of my subscription . According to the statements above that should be easily met by the Mensa Trader and it will provide me peace of mind and credibility that I am not going to throw my hard earned money away for a service that does NOT meet its expected promises .
Very fair .

I would like to join this service and if it is all that is promised above I promise Social Media will hear about it and it will be a Win –Win :)

Please respond and I will sign up as soon as you make the committment above to me .

Thanks

**Attachment P**          **PX 44, 3802**

■

On Tue, Mar 13, 2018 at 11:39 AM, Jason Bond jason@jasonbondpicks.com wrote:

■ in just 16–hours the fee for Weekly Money Multiplier (https://mr141.infusionsoft.com/app/linkClick/183601/8e013a89b0afcefb/277419007/fda3bb2ee3b6066f) jumps 62%.

When you join for just $1499 you'll start getting Jeff's trade alerts designed to go up 100%+ in a week.

The "Mensa trader" is guaranteeing 52 of these 100%+ wins in 2018.

And he has already hit 16 or an average of about 2 a week.

That means if you sign up right now, odds are you'll see a 100%+ win this week! That's how you double your money!

If you only invest $1499 on one of these winners, it'll pay for your subscription.

If you place $3000 on that trade not only will you recoup your $1499 instantly but also head into happy hour Friday with an extra $1501 in your pocket. Sounds like the first round will be on you my friend.

That doesn't even factor in he's likely to hit 2 this week.

It's time to join the Weekly Money Multiplier (https://mr141.infusionsoft.com/app/linkClick/183609/b3eaadbc62059ea2/277419007/fda3bb2ee3b6066f) and SAVE 62%. It's time to start hitting doubles over and over.

Tonight the fee jumps to $3999.

Or join the Millionaire Roadmap for $2999 (https://mr141.infusionsoft.com/app/linkClick/183627/edc006b0507f18e2/277419007/fda3bb2ee3b6066f) and get the Weekly Money Multiplier FREE. The math on this one is heavily in your favor.

 it's time to take action but here's something to consider.

Weekly Money Multiplier (https://mr141.infusionsoft.com/app/linkClick/183617/de1285a48485e4a8/277419007/fda3bb2ee3b6066f) is perfect if you are super busy and just want to mirror Jeff's 100%+ winners. $1499 fee goes to $3999 tonight, click here to save (https://mr141.infusionsoft.com/app/linkClick/183621/4014282d5637d5da/277419007/fda3bb2ee3b6066f) .

Millionaire Roadmap (https://mr141.infusionsoft.com/app/linkClick/183623/5dc79c1cd0427c73/277419007/fda3bb2ee3b6066f) is perfect if you want that AND mentorship from Jeff and I. $2999 fee goes to $9999 tonight, click here to save (https://mr141.infusionsoft.com/app/linkClick/183625/f748ecb2e3991361/277419007/fda3bb2ee3b6066f) (includes Weekly Money Multiplier FREE)

Both offers expire today.

**Attachment P**          **PX 44, 3803**

Sincerely,

Neither Jason Bond nor RagingBull.com, LLC (publisher of JasonBondPicks) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jason Bond manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Jason Bond Picks you will need to contact us here (https://mr141.infusionsoft.com/app/linkClick/183593/88623e429160c071/277419007/fda3bb2ee3b6066f) if you want to cancel your subscription. Opting out of emails does not remove you from your service at Jason Bond Picks.

If you no longer wish to receive our emails, click the link below:

Unsubscribe
(https://mr141.infusionsoft.com/app/optOut/20/c9605e4ea86e0134/277419007/fda3bb2ee3b6066f)

62 Calef Hwy #233 Lee, New Hampshire 03861 United States
(https://maps.google.com/?q=62+Calef+Hwy+%23233+Lee,+New+Hampshire+03861+United+States&entry=gmail&source=g)

---

**Daren** (WeeklyMoneyMultiplier)

Mar 13, 12:47 PM EDT

Request #140080 "Re: The end is near" was closed and merged into this request. Last comment in request #140080:

Jeff ,

**Attachment P**                    **PX 44, 3804**

Please read my emails i have sent you over the past few days . A response from you would really confirm to me if you are delivering these promises with Honesty and Integrity and this service and NOT just another money grab from the Rich who prey on ordinary people who want to learn and get ahead in life .

Please respond to my offer to subscribe in my previous emails . I know you understand I have to protect my well earned money and do my due diligence .

I am looking forward to your response and hopefully I can become a subscriber and be sucessfull as you indicate in your many Marketing and solicitation emails .

Lets make this happen and you will have a very happy subscriber and then both have achieved our goals .

Thanks in advance for taking Your time to read and respond to my emails .



On Tue, Mar 13, 2018 at 8:34 AM, Jeff Bishop Jeff@weeklymoneymultiplier.com wrote:

I've given everyone a week to lock in the lowest price offered for Weekly Money Multiplier. (https://mr141.infusionsoft.com/app/orderForms/wTIIztmqcU8WkgwXbh21?utm_source=WMM&utm_medium=email&utm_campaign=wmm-email16-sale-endnear)

What I'm doing...

I'm here to show you how you can double or triple your account.

How I'm doing it?

Simple options alerts sent via email and text message, along with a full options course, and I'm live streaming my options portfolio.

Why I'm doing it?

Everyone wants to make extra income (https://mr141.infusionsoft.com/app/orderForms/wTIIztmqcU8WkgwXbh21?utm_source=WMM&utm_medium=email&utm_campaign=wmm-email16-sale-endnear) , but we all live busy lives. Whether you have a full time job, a family, any other obligations...time is precious.

With these alerts, you could spend just minutes entering the trade and there's no need to constantly monitor everything. It's designed for ease.

However, this is the last day to get this price of $1499. (https://mr141.infusionsoft.com/app/orderForms/wTIIztmqcU8WkgwXbh21?utm_source=WMM&utm_medium=email&utm_campaign=wmm-email16-sale-endnear)

It's 62% off retail value and I will not offer a quarterly plan on this.

This is the bottom dollar. (https://mr141.infusionsoft.com/app/orderForms/wTIIztmqcU8WkgwXbh21?utm_source=WMM&utm_medium=email&utm_campaign=wmm-email16-sale-endnear)

Lock it in!

**Attachment P          PX 44, 3805**

(https://mr141.infusionsoft.com/app/orderForms/wTIIztmqcU8WkgwXbh21?utm_source=WMM&utm_medium=email&utm_campaign=wmm-email16-sale-endnear)

Jeff Bishop
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here (https://mr141.infusionsoft.com/app/linkClick/183633/8fadcbf06de8b82d/276801977/7ac145e6e94dd0ec) if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.

Unsubscribe
(https://mr141.infusionsoft.com/app/linkClick/183635/b71109e8b9945964/276801977/7ac145e6e94dd0ec)

62 Calef Hwy #233 Lee, New Hampshire 03861 United States
(https://maps.google.com/?q=62+Calef+Hwy+%23233+Lee,+New+Hampshire+03861+United+States&entry=gmail&source=g)

Mar 13, 9:23 AM EDT

Jeff ,

I have reached out to you over the past few days and have Not rec'd a reply at all ! ( your assistant didnt read my email carefully and just shoved a potential customer aside PLUS she even got the Salre Price wrong ? not very food attention to detail ! )

You have been sending me twice daily or sometimes 3 times a day emails concerning your marketing of your Weekly Money Multiplier Service . Please Please read my original note . I want to try your service But if I have to pay Annual Fee all up front all I want is your promise as you have been quoting in your daily emails to me that if I subscribe and enter and exit your 1st 10 trades to me and IF the Trades do not fulfill the sucess you quote in your emails then I can obtain a refund for the remainder of my subscription . This is very fair and will demonstrate to me the honesty and integrity of your service and also most of all the backing of your statements in your emails . This will win you many many more subscribers as I will vouch for your integrity and honesty for this service or if you dont take the time to respond to a potential subscriber then you will demonstrate you are another one of these money scammers that deliver unfullilled promises and just take our Hard Earned money .

Please respond and acknowledge this email . I really want to join your service and learn your strategy to become a successful trader ...hoping I receice a reply from you Jeff . This will really demonstrate the person you are and truly want to help people prosper and be sucessfull .

Jeff thankyou for taking the time to read this .

Regards ,



Mar 12, 3:37 PM EDT

Please reread my email and I would like Jeff to respond since He is signing and sending all his promotions to me !!

I DID NOT say I want it for Free . Have Jeff read my proposal since HE is making statements of the Gains that can be expected by his service . This will show me the integrity and honesty of this service .

Thank-you .

Please have Jeff read my email ... Thanks

**Crystal** (WeeklyMoneyMultiplier)

Mar 12, 10:54 AM EDT



Thanks for reaching out. Unfortunately we do not offer a free trial at this time. However, we do our best to competitively price our services in order to attract clients while also affording us enough funds to ensure the quality of service. Currently our sale price is $1,999 for an annual subscription to Weekly Money Multiplier. You won't find that rate for this service anywhere else.

Let me know if that interests you as I can only offer that price for a limited time.

Crystal

---



Mar 12, 10:47 AM EDT

Jeff ,
I have been burned a few times with these offers and the net result was I lost money cause they couldn't deliver on their promises . Your offer to deliver up to a weekly double on a Option trade each week sounds too good to be true especially in the higher risk options market . I believe you quoted you have only lost in a trade only 1 in 10 times .
i want to try your service But I know its not much for you... but paying Up Front for a Service for a year and then risking Capital requires a lot of trust and faith your Alerts will be successful .
Can I try this service for 3 months or can you back up your weekly alerts by guaranteeing me or making me a offer that if i get into your next 10 weekly trades that if I your alerts dont make me money based on your entry and exit on those trades you will refund the remaining balance of my subscription .

Looking forward to hearing from you . Hope you make this possible for me ... would really appreciate this offer .

Thanks Jeff

On Mon, Mar 12, 2018 at 9:18 AM, Jeff Bishop <Jeff@weeklymoneymultiplier.com> wrote:

$6000 account into $25,448.50 in a month...

Forget what you believe the "norm" to be.

If you have a small account, you can grow it exponentially (https://mr141.infusionsoft.com/app/orderForms/wTIIztmqcU8WkgwXbh21?utm_source=WMM&utm_medium=email&utm_campaign=wmm-email13-sale-jose&utm_content=jose)

You can do it with little effort, and you can do it from any place in the world, with just the device in your hand.

Jose did it..

YTD +325% and January is not over yet :). Started the year with 6K in my account.

**Attachment P**          **PX 44, 3808**

Dorothy did it..

$6,900 to $29,000 in just 5 weeks.

Do you want to be next?
(https://mr141.infusionsoft.com/app/orderForms/wTIIztmqcU8WkgwXbh21?utm_source=WMM&utm_medium=email&utm_campaign=wmm-email13-sale-jose&utm_content=jose)

$1499 early-bird pricing is ending soon.
(https://mr141.infusionsoft.com/app/orderForms/wTIIztmqcU8WkgwXbh21?utm_source=WMM&utm_medium=email&utm_campaign=wmm-email13-sale-jose&utm_content=jose)

Stop waiting and start doing.
(https://mr141.infusionsoft.com/app/orderForms/wTIIztmqcU8WkgwXbh21?utm_source=WMM&utm_medium=email&utm_campaign=wmm-email13-sale-jose&utm_content=jose)

Jeff Bishop
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here

**Attachment P**          **PX 44, 3809**

(https://mr141.infusionsoft.com/app/linkClick/183519/f7cf412c72492f2e/276239917/9b6029247e307a84)
if you want to cancel your subscription. Opting out of emails does not remove you from your service at
WeeklyMoneyMultiplier.com.

Unsubscribe
(https://mr141.infusionsoft.com/app/linkClick/183521/41869f518f238206/276239917/9b6029247e307a84)

62 Calef Hwy #233 Lee, New Hampshire 03861 United States
(https://maps.google.com/?q=62+Calef+Hwy+%23233+Lee,+New+Hampshire+03861+United+States&entry=
gmail&source=g)

]

Thank You for Contacting Support.

**Attachment P**          **PX 44, 3810**

**From:**  ████████ ████████
**To:**  "WeeklyMoneyMultiplier" ████████ <jeff@weeklymoneymultiplier.com>
**Subject:**  Re: [WeeklyMoneyMultiplier] Re: Re: All it takes is one
**Sent:**  Fri, 6 Apr 2018 11:23:35 -0400

yes , he mentioned that how much he was up in OSTK, but he never sent any alert telling us to get into it also when he bot it several days ago..... and this is what I am saying.... he brags about how welll he is doing in the stocks that he does not alert on...... leaving us in the dark...  he is not meeting the obligations and criteria he outlined in his sales presentation ....

**From:** Crystal (WeeklyMoneyMultiplier)
**Sent:** Friday, April 6, 2018 10:52 AM
**To:** ████████
**Subject:** [WeeklyMoneyMultiplier] Re: Re: All it takes is one

##- Please type your reply above this line -##

Your request (147450) has been solved. To reopen this request, reply to this email. See the latest comments below:

---

**Crystal** (WeeklyMoneyMultiplier)
*Apr 6, 10:52 AM EDT*



Jeff mentioned OSTK today in his alert "Bought TLT Puts".  Please review the email for more information. Jeff Bishop provides alerts on a small group of carefully selected trades that he believes may hit 100% in a week. Weekly Money Multiplier includes access to Jeff's live streamed options trade screen as well as alerts when Jeff buys or sells options.

Since you are new to Weekly Money Multiplier Click here to get started with Jeff's options course.
When you are done there be sure to go through Jeff's Mastermind series to help you get up to speed with everything.

Sincerely,
Crystal

---

**Crystal** (WeeklyMoneyMultiplier)
*Apr 6, 10:51 AM EDT*

Request #147453 "Fw: All it takes is one" was closed and merged into this request. Last comment in request #147453:

Following is a copy of the email I have sent to Mr. Jeff Bishop reqarding his failure to provide the service that I thought I was purchasing from him.

I am very unhappy with Jeff bishop's WMM service and am starting to wonder if it is not a complete scam.... and as he is associated with you, it will be reflecting badly on your service also, which as present , appears to be a much better service than what Mr. Bishop is providing.... I suggest you put some pressure on him to transfer my payment to your service or refund my payment.... or provide the services he implied in his webinar, which

**Attachment P**              **PX 44, 3811**

includes all his trades vis alerts and provide the chat room imput he implied would be included.....



From: [redacted]
Sent: Friday, April 6, 2018 10:21 AM
To: Jeff Bishop ; Daren (RagingBull.com) ; Traders Council
Subject: Re: All it takes is one

OSTK another one that I received no email or text on it.... was it supposed to be an WMM trade or not..... and if not, why do you brag on it to the WMM people, just proves that you are not giving them what the paid for from the webinar.... yes , I saw it on the streaming video, but no indication of what to do with it. and when I saw it, it was already up..... I have been burned before when I buy at a higher price and then you sell and I lose..

I also lost on DIS when I took the trade and then it went down and hit a 50% loss and I stopped out.... but you did not so you are not even following your own rules and recommendations...... I also exited P after your email said you were exiting that day. but now I seee you are still in it.... you tell us one thing and then do another.

I would like my money back and may have to dispute with the credit card company. as you have refused and even refused to apply my payment to the traders counsel section which I see as a better program that what you have shown so far....

[redacted]

From: Jeff Bishop
Sent: Thursday, April 5, 2018 9:57 AM
To: [redacted]
Subject: All it takes is one

I gave you an inside look at my portfolio yesterday.

Here it is again.

The reason I'm showing you this a second time around is to explain to you that you do not need to hit all these winners!

That's not what my service is about.

I'm taking up positions in high-conviction trades that I see with the most upside potential and limited risk.

**Attachment P**          **PX 44, 3812**

I don't expect you to take all of these trades, and you don't need to!

What if you just grabbed one of these trades?

What if you made $8,125 today?

That's the goal here.

That's the potential.

When I said my plan is to take trades that can deliver 100% or more, I meant it!

Join the Weekly Money Multiplier.

It's $1499 for an entire year of these trades.

All it takes is one.

Jeff Bishop
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers.

**Attachment P**                                    **PX 44, 3813**

The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

        If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.
        Unsubscribe


        62 Calef Hwy #233 Lee, New Hampshire 03861 United States

---

███████████

Apr 6, 10:21 AM EDT

OSTK another one that I received no email or text on it.... was it supposed to be an WMM trade or not..... and if not, why do you brag on it to the WMM people, just proves that you are not giving them what the paid for from the webinar.... yes , I saw it on the streaming video, but no indication of what to do with it. and when I saw it, it was already up..... I have been burned before when I buy at a higher price and then you sell and I lose..

I also lost on DIS when I took the trade and then it went down and hit a 50% loss and I stopped out.... but you did not so you are not even following your own rules and recommendations...... I also exited P after your email said you were exiting that day. but now I seee you are still in it.... you tell us one thing and then do another.

I would like my money back and may have to dispute with the credit card company. as you have refused and even refused to apply my payment to the traders counsel section which I see as a better program that what you have shown so far....

███████████

From: Jeff Bishop
Sent: Thursday, April 5, 2018 9:57 AM
To: ████████████████████
Subject: All it takes is one

**Attachment P**                    **PX 44, 3814**

I gave you an inside look at my portfolio yesterday.

Here it is again.

The reason I'm showing you this a second time around is to explain to you that you do not need to hit all these winners!

That's not what my service is about.

I'm taking up positions in high−conviction trades that I see with the most upside potential and limited risk.

I don't expect you to take all of these trades, and you don't need to!

What if you just grabbed one of these trades?

What if you made $8,125 today?

That's the goal here.

That's the potential.

When I said my plan is to take trades that can deliver 100% or more, I meant it!

Join the Weekly Money Multiplier.

It's $1499 for an entire year of these trades.

All it takes is one.

Jeff Bishop
Weekly Money Multiplier

Neither Jeff Bishop nor RagingBull.com, LLC (publisher of Weekly Money Multiplier) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any

**Attachment P**          **PX 44, 3815**

representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Jeff Bishop manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Weekly Money Multiplier you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultiplier.com.
Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

]

Thank You for Contacting Support.

**Attachment P**          **PX 44, 3816**

Membership Announcement!] Call For Your Account Quote
14 Mar 2019 10:28:29 -0400
weeklymoneymultiplier.com

,

p :

r offer.
ut of your offer to upgrade my membership.
ons is Greek and Latin to me.
efitted much from it ,because I am NEW and it is like Greek and LAtin.
out and NOT renew my membership.
r understanding.

9

14, 2019, at 9:12 AM, Jeff Bishop <Jeff@WeeklyMoneyMultiplier.com> wrote:

Good Morning,

*I am emailing you today*

As you may have seen on Tues
**discontinuing the Millionaire F**

**The last chance to grab this of**

As valued members of my Week
extended the opportunity to grab

In fact, you can get a personal p
calling **(833) - 265-1270** to spea
opportunity.

If you're ready ***now*** to start your

But before I let you go, I want to

Actually, 2 things.

1.  The Millionaire Roadma
doubt about it, Jason is a g
**GREAT teacher.** He's coa
accounts after initial losses
way...

2.  The Millionaire Roadma
chatroom. This is a ***mento***
directly to *you* and *your sp*

***This is the last time the Millio***
coming soon.

Call **(833) - 265-1270** now for de

To Your Success,

**Jeff Bishop**

62 C

Manage

* Unsubscribe All will block our premiu
need to contact sup

This e-mail was ser

Neither Jeff Bishop nor RagingBull.com, LLC (p
a broker/dealer with either the U. S. Securities
this website are advised that all information pre
used as a personalized investment recommend
investment needs or objectives. The owners, e
discussed or viewed on this website, but all suc
individuals do not engage in any trades with cus
regular business of buying and selling securities
information is not to be construed as an offer to
recommendation to buy, hold or sell (short or ot

what specific investments to make or not make
respect to any investment decision. The reader
seek the advice of a qualified securities profess
and all risks before investing. All opinions, analy
be reliable and written in good faith, but should
express or implied, is made, including but not li
correctness, timeliness or appropriateness. In a
information or to keep such opinions, analyses
for RagingBull.com, LLC may have long or shor
all such positions are held for such representati
accurate, though not every trade is represented
manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with W
RagingBull Dashboard if you want to cancel you
at WeeklyMoneyMultipler.com.

.

| | |
|---|---|
| From: | Jeff Bishop |
| To: | support@ragingbull.com; support@weeklymoneymultiplier.com |
| Subject: | Fwd: FW: Attention of Jeff and Kyle -Important and needs yourpersonalconsideration |
| Date: | Thursday, July 25, 2019 7:21:31 PM |
| Attachments: | raging bull.pdf |

Can you let me know when this is handled?

---------- Forwarded message ---------
From: ███████  ████████████
Date: Thu, Jul 25, 2019 at 7:17 PM
Subject: FW: Attention of Jeff and Kyle -Important and needs yourpersonalconsideration
To: questions@weeklymoneymultiplier.com <questions@weeklymoneymultiplier.com>

Hi Jeff

Good Evening

Hope you are well. I sincerely hope you have seen my email and noted the contents.

If not received it or reviewed it  here it is I am forwarding to this email. Hope I am sending to correct direct email of yours

Look forward to hearing from you

I sincerely hope you can help me out here. Please see the content below and the attachment for more details

Look forward to hearing from you and the solution/decision

Kind Regards

███████



**Attachment P**           **PX 44, 3820**

**From:** ▮▮▮▮
**Sent:** Tuesday, July 23, 2019 1:07 PM
**To:** Jeff@ragingbull.com; Kyle@ragingbull.com; Davis@ragingbull.com
**Subject:** Attention of Jeff and Kyle -Important and needs your personalconsideration

If you are not Jeff or Kyle kindly pass this on to Jeff and Kyle for their personal consideration please. I am not sending this to customer service because it needs decision at a business owner level i.e. your level and they will not be able to provide a solution.

Dear Jeff/Kyle

I am an existing member of RagingBull series of offerings. I am a paid member in the following programs

1. Weekly Money Multiplier
2. Option Rocket
3. Daily Profit Machine (Going thru training yet to get involved lack of capital stopping it more of it below)

I put in all my trust in both of you , your program and trades. I sincerely completed the trainings and took the trades. Unfortunately, there were only 2 winners and 20 Losers.

# Attaching Results of each of the trade taken when and based on what

# I have lost USD 15,472.00 of my hard earned money using Weekly Money Multiplier and Option Rocker (took 5 years to raise this)

# since the programs failed to even make the money paid for the course now the course has become an expense too costing USD 17,968.00 in total loss in my account.

# Biggest Loss was in 'The Mortal Lock Trade' in NIO USD 4117 (attached rest of the trades and loss summary)

I am not here to post these on the trust pilot or on the internet to bring in disrepute or affect your business. I am sincerely here to learn and improve my returns. Sadly it has not happened

It doesn't take a rocket scientist to understand how I feel, I am regretting joining this program, If I had put this money in an Index fund or Amazon or Roku still would have something to show.

I know you are all busy people so let me come to the point straight. I want to know what you can do to help me out here.

Please let me know what you are prepared to do to help me recover here.

Common sense Implies  If you do the same thing you get same result. So, I am not too keen on getting one year of free access to Option Rocket or Weekly Money Multiplier. Could you please give me access to Options War room? At least it will give me a chance assuming I raise some capital

Please let me know in the next 48 hours

**Attachment P**                                    **PX 44, 3822**

1. what you are prepared to do

2. Are you able to give 1 year free access to your Options war room at least that might give a fighting chance to recover provided I can find additional funds of course.

3. Are you going to coach me privately? Or
4. 4) if you have any better plan


Much appreciate your help and look forward to your help, decision and advise


Kind Regards

█████


PS: Needless to say at my age I am regretting joining the program but you have the power to change it let me know what and how you are intending to help me


██████████████

PX 44, 3824

# 3 Programs I am Enrolled in

1. Weekly Money Multiplier
2. Option Rocket
3. Daily Profit Machine

**Attachment P**

# To Start with I put most of money (that I saved last 5 years) in Weekly Money Multiplier and Option Rocket

So for in Weekly Money Multiplier and Option Rocket I **lost  $15, 468.50** Excluding course fee and because the course
Did not recover its value if I include that to costs my total Loss stands at - **$17,968.50**

I just want to know from you what you are prepared to do to help me out here. Are you able to give me FREE access to
Your War room so that at least I can try to recover from this loss. It is my 5 years of hard-earned money. I put my trust
In your program and trades so you got to help me out to recover here. I am not here to do negative publicity and bring
down
Your business but a) to recover from the losses b) to learn the right things

Please don't give me one-year extension of same program. Don't want to repeat the same thing and get same result
again.

**What I want from you  - Let me know please**
a)  what you are prepared to do
b)  Are you able to give 1 year free access to your Options war room at least that might give a fighting chance to recover
     provided I can find additional funds of course.
c)  Are you going to coach me privately? Or d) if you have any better plan

**Attachment P**

**PX 44, 3825**

# Summary of the Trades

**2 winners**

**20 Losers**

**Lost $15, 472.00**

**Loss including course**

**Fee -$17, 968.00**

PX 44, 3826

| Option Pick | Jeff Bishop | Nathan Bear | Kyle Dennis | Jason Bond Webinar Recommendation | Grand Total | Comments |
|---|---|---|---|---|---|---|
| ULTA | | | | | Loss | |
| IRBT | | -$446 | | | Loss | |
| AZO | | -$151 | | | Loss | |
| NKE | -$720 | -$1,280 | | | Loss | |
| FOLD | | | -$654 | | Loss | |
| OSTK | -$410 | | | | Loss | |
| NIO | | | -$4,118 | | Loss | |
| NKE | -$720 | | | | Loss | Mortal Lock Trade |
| JNJ | -$558 | | | | Loss | |
| OSTK | | | -$338 | | Loss | Day Trade Recommend |
| PINS | -$1,180 | | | | Loss | |
| UBNT | | -$926 | | | Loss | Trade before earnings |
| BYND | | | -$896 | | Loss | |
| STZ | -$547 | | | | Loss | |
| NBEV | | | | -$755 | Loss | Recommended in the... |
| CARA | | | $225 | | Loss | |
| CARA | | | -$819 | | Loss | |
| BYND | | | -$360 | | Loss | |
| ZS | | | -$115 | | Loss | |
| ROKU | $169 | | | | Gain | |
| SPLK | $239 | | | | Gain | |
| FOLD | | | -$662 | | Loss | |
| Course fee | -$499 | | | | | |
| **Loss** | **-$4,227** | **-$2,802** | **-$10,184** | **-$755** | **-17968.5** | |
| **Loss Excluding Course costs** | | | **-$1,997** | | **-15472.5** | |
| **Loss including course costs** | | | | | **-17968.5** | |

**Attachment P**

# How to interpret the results

- Added Email Alert based on which I took the trade

- Added below my trade with Profit/Loss along with date the trade was opened and the date the trade was closed

**Attachment P**

**PX 44, 3827**

PX 44, 3828

Mortal Lock: Buying Calls on this Small Electric Car Maker

Kyle Dennis <kyle@biotechbreakouts.com>
To



Good afternoon,

**The Mortal Lock Trade:** This stock is extremely liquid. Be sure to get the price YOU want. I think there is tremendous upside here, so I'm not too worried about the initial buy price, but the lower price you get obviously the better. **I bought 25K NIO June 21, 2019 $6 calls at 26.**

**The Guarantee Rules (for the new Mortal Lock buyers):** If you are a new Option Rocket buyer as of April 29th, 2019, and as long as you put in $250 into this trade, you qualify for my guarantee. Remember, my guarantee is that you will make at least $1000 (the cost of this service) on this trade, or you will make at least $250. If you do not make the cost of the service by the time the trade is over, all you have to do is call or email in to request another year on me! That means I'm seeing over 900% upside overall here! As an example however, if you put in $2,000 and it goes up 100%, and you make $2,000, I have fulfilled my guarantee. **As a bonus,** my guarantee also extends to the PRICE THAT YOU BUY AT, not my personal result! Make sense?!

| NIO 21Jun2019 C:6.0 NIO Jun 21 2019 6.0 Call | Multiple | Multiple | 15,000 | $0.00 | $4,117.51 | -- | -- | $-4,117.51 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Lot: Expire Long | 05/03/2019 | 06/21/2019 | 10,000 | $0.00 | $3,156.67 | -- | -- | $-3,156.67 |
| Lot: Expire Long | 05/15/2019 | 06/21/2019 | 2,500 | $0.00 | $567.92 | -- | -- | $-567.92 |
| Lot: Expire Long | 05/17/2019 | 06/21/2019 | 2,500 | $0.00 | $392.92 | -- | -- | $-392.92 |

**Attachment P**



**Option Rocket: Added more FOLD calls**

KD  Kyle Dennis <kyle@biotechbreakouts.com>
5/6/2019 3:28 PM

To:

Good morning.

I added 10 more FOLD July 19 2019 $15 calls for .85. Now own 30 calls at $1.18.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FOLD:19.Jul2019:C:15.0 FOLD Jul 19 2019 15.0 Call | 05/06/2019 | 07/19/2019 | 600 | $0.00 | $662.10 | -- | $-662.10 |
| Lot: Expire Long | 05/06/2019 | 07/19/2019 | 600 | $0.00 | $662.10 | -- | $-662.10 |

**Attachment P**

**PX 44, 3829**



**Weekly Money Multiplier**
with Jeff Bishop

As I mentioned this morning, I like the chart setup in JNJ. I think the breakout will carry higher ar

I just started a position with **JNJ May 17 2019 143 Call @ .78.**

Here is the chart again from this morning:

| | | | | | | |
|---|---|---|---|---|---|---|
| JNJ:17May2019:C:143.0  JNJ May 17 2019 143.0 Call | 05/01/2019 | 05/17/2019 | 500 | $0.00 | $557.58 | -- | -- |
| Lot: Expire Long | 05/01/2019 | 05/17/2019 | 500 | $0.00 | $557.58 | -- | -- |
| | | | | | $-557.58 | -- |
| | | | | | $-557.58 | -- |



**Attachment P**

PX 44, 3830



PREMIUM ALERT

**Weekly Money Multiplier**
with Nathan Bear

LOGIN

EagingBull

Good Morning Everyone,

BOT -4 ULTA 100 17 MAY 19 355 CALL @4.00

My average on this trade is now @ 4.75

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ULTA:17May2019:C:355.0 ULTA May 17 2019 355.0 Call | 05/01/2019 | 05/17/2019 | 100 | $0.00 | $445.52 | ⋮ | -$445.52 |
| Lot: Expire Long | 05/01/2019 | 05/17/2019 | 100 | $0.00 | $445.52 | ⋮ | -$445.52 |

**Attachment P**

**PX 44, 3831**



Good Afternoon Everyone,

**BOT +10 IRBT 100 (Weeklys) 10 MAY 19 105 CALL @1.95**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| IRBT:10May2019:C:105.0  IRBT May 10 2019 105.0 Call | 05/03/2019 | 05/06/2019 | 100 | $49.47 | $200.52 | -- | -- | $-151.05 |
| Lot: Sell to Close.FIFO | 05/03/2019 | 05/06/2019 | 100 | $49.47 | $200.52 | -- | -- | $-151.05 |

**Attachment P**

PX 44, 3832



Good Afternoon Everyone,

SOLD -10 VERTICAL AZO 100 17 MAY 19 1040/1035 PUT @2.40

There is a chart which I really like here, AZO.  I'm going to be getting more long this name with some long calls, I like the May 17 $1050's

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AZO:17May2019:C:1050.0  AZO May 17 2019 1050.0 Call | 05/03/2019 | 05/17/2019 | 100 | $0.00 | $1,279.52 | ⋮ | ⋮ | -$1,279.52 |
| Lot: Expire Long | 05/03/2019 | 05/17/2019 | 100 | $0.00 | $1,279.52 | | | -$1,279.52 |

PX 44, 3833

Attachment P



**PREMIUM ALERT**

**Weekly Money Multiplier**
with Jeff Bishop

As you know, I love Fridays. When I can connect with a fast moving stock and options that expire today, the gains can be hot and heavy.  It can also lead to some big losses if you're not careful. It should be a fun day, so check in with my live trading stream to see what I will be in and out of.

My favorite options plays (for today only) look like **GOOGL** coming off recent lows, **SPY** up to $293, **BKNG calls**, **EA puts**, **NKE calls**, **TWLO calls**.

I think it is going to be a bullish day, so I will be looking for the pullbacks and to ride anything with momentum higher.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **NKE:10May2019:C:86.5** NKE May 10 2019 86.5 Call | 05/03/2019 | 05/10/2019 | 1,000 | $0.00 | $720.17 | -- | $-720.17 | -- |
| Lot: Expire Long | 05/03/2019 | 05/10/2019 | 1,000 | $0.00 | $720.17 | -- | $-720.17 | -- |

**Attachment P**

PX 44, 3834

PX 44, 3835



Good morning,

I added 10 more **FOLD** July 19 2019 $15 calls for .85. Now own 30 calls at $1.18.

The company has an earnings call on May 8th before the market opens. I did a lot of additional research on this company over the weekend and I like what I see.

| ACTION | SYMBOL | DESCRIPTION | OPEN P/L % | CONTRACT EXP DATE ▲ | OPEN P/L | MARKET VALUE | TOTAL COST |
|--------|--------|-------------|-----------|---------------------|----------|--------------|------------|
| ⇅ | FOLD 190719C15 | Amicus Therapeutics Inc [FOLD] Jul 2019 15.000 Call | -99.08% | 7/19/2019 | ($648.00) | $6.00 | $654.00 |

Attachment P

PX 44, 3836



PREMIUM ALERT

**Weekly Money Multiplier**
with Jeff Bishop

LOGIN

This is a high-risk, short term play (like hours) since the options expire today. With t

I bought the **OSTK May 3 2019 13 Call @ .32** looking for a quick spike today. This

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **OSTK:10May2019:C:13.0** OSTK May 10 2019 13.0 Call | 05/03/2019 | 05/10/2019 | 400 | $172.91 | $495.07 | -- | -- |
| **OSTK:03May2019:C:13.0** OSTK May 03 2019 13.0 Call | 05/03/2019 | 05/03/2019 | 1,000 | $99.80 | $510.17 | -- | -- |

-$322.16

-$410.37

**Attachment P**

**PX 44, 3837**

**Attachment P**



**Bought NKE calls**

**JB**   Jeff Bishop <jeff@weeklymoneymultiplier.com>
5/6/2019 4:30 PM

To:

PREMIUM ALERT

**Weekly Money Multiplier**
with Jeff Bishop

LOGIN

I know it is tough to buy stocks on a day like today where everything is red... but you want to

I bought the **NKE MAY 24 2019 84.0 Call @ 1.43.**

| ℹ | NKE:24May2019:C:84.0 NKE May 24 2019 84.0 Call | 05/06/2019 | 05/07/2019 | 1,000 | $1,399.78 | $1,470.17 | -- | $-70.39 | -- |
| | Lot: Sell to Close:FIFO | 05/06/2019 | 05/07/2019 | 1,000 | $1,399.78 | $1,470.17 | -- | $-70.39 | -- |

PX 44, 3838

Attachment P

**Option Rocket: bought OSTK calls**

Kyle Dennis <kyle@biotechbreakouts.com>



Good morning,

**I bought 10 OSTK Sep 20 2019 $12.50 calls for $2.75.**

The company just launched a platform this year called tZERO, which I view as a transition in their business model and embrace into the tokenization market.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| OSTK.20Sep2019.C:12.5 OSTK Sep 20 2019 12.5 Call | 05/06/2019 | 05/16/2019 | 200 | $243.96 | $582.03 | -- | $-338.07 | -- |
| Lot: Sell to Close.FIFO | 05/06/2019 | 05/16/2019 | 200 | $243.96 | $582.03 | -- | $-338.07 | -- |

PX 44, 3839

Attachment P

Earnings are on the 26th, so I bought the **PINS MAY 24 2019 30.0 Call @1.80** which expires a few days before then.



Bought PINS calls

Jeff Bishop <jeff@weeklymoneymultiplier.com>
9:49:13 3:47 PM
to

IPOs typically have a mind of their own when it comes to trading. They are not swayed very much by the tides in the overall market, th

IPOs typically have a mind of their own when it comes to trading. They are not swayed very much by the tides in the overall market, th

PINS is a recent IPO from a few weeks ago. It has had a great debut in the market and is trading much higher than the offering price.

| | | | | | | |
|---|---|---|---|---|---|---|
| ❶ PINS 24May2019 c:30.0  PINS May 24 2019 30.0  Call | 05/08/2019 | 05/17/2019 | 600 | $21.88 | $1,202.10 | ⋮ | $-1,180.22 |
| Lot: Sell to Close;FIFO | 05/08/2019 | 05/17/2019 | 600 | $21.88 | $1,202.10 | ⋮ | $-1,180.22 |



**Attachment P**

PX 44, 3840

PX 44, 3841

**Option Rocket: Gamble trade, bought more BYND**

Kyle Dennis <kyle@biotechbreakouts.com>
6/16/2019 7:29 PM

To



Good afternoon.

**BYND** is incredibly strong today, every dip so far has been met with buying.

So, I decided to buy 10 more BYND May 17, 2019 $100 calls for $1.07.

My average is now 20 contracts at $1.39.

| BYND:17May2019:C:100.0 BYND May 17 2019 100.0 Call | Multiple | Multiple | 500 | $8.16 | $904.58 | -- | -$896.42 |
| Lot: Expire Long | 05/16/2019 | 05/17/2019 | 300 | $0.00 | $542.75 | -- | -$542.75 |
| Lot: Sell to Close,FIFO | 05/16/2019 | 05/17/2019 | 200 | $8.16 | $361.83 | -- | -$353.67 |

**Attachment P**

PX 44, 3842

**Attachment P**

Bought STZ calls

Jeff Bishop <jeff@weeklymoneymultiplier.com>

To



PREMIUM ALERT

**Weekly Money Multiplier**
with Jeff Bishop

I like **STZ** a lot as a company. I think they are well-managed and in a very defensive spx

Look at how well the stock is holding up even in a down market? That is the strength I s

Just like **TWTR** yesterday (btw, after selling half of the TWTR calls yesterday, I re-boug

I just bought **STZ JUN 21 2019 210.0 Call @ 2.80**. I am looking to sell half into a 50%+

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| STZ:21Jun2019:C:210.0  STZ Jun 21 2019 210.0 Call | 05/24/2019 | 06/21/2019 | 400 | $0.00 | $547.07 | ⋮ | $-547.07 |
| Lot: Expire Long | 05/24/2019 | 06/21/2019 | 400 | $0.00 | $547.07 | ⋮ | $-547.07 |

**PX 44, 3843**



**Attachment P**

| | | | | | | |
|---|---|---|---|---|---|---|
| ⓘ NBEV21Jun2019:C:5.5  NBEV Jun 21 2019 5.5 Call | 05/24/2019 | 06/21/2019 | 2,000 | $0.00 | $755.33 | ⋮ | $-755.33 |
| Lot: Expire Long | | 05/24/2019 | 06/21/2019 | 2,000 | $0.00 | $755.33 | ⋮ | $-755.33 |

PX 44, 3844

**Option Rocket: Bought CARA calls**



KD   Kyle Dennis <kyle@biotechbreakouts.com>
5/29/2019 2:48 PM

To: 

Good morning,

I bought 20 CARA June 21 2019 $22.50 calls at $1.07.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ⓘ CARA 21Jun2019 C:20.0 Call | CARA Jun 21 2019 20.0 | 05/29/2019 | 06/21/2019 | 100 | $26.47 | $251.52 | ⋮ | -$225.05 |
| Lot: Sell to Close,FIFO | | 05/29/2019 | 06/21/2019 | 100 | $26.47 | $251.52 | ⋮ | -$225.05 |
| ⓘ CARA 21Jun2019 C:22.5 Call | CARA Jun 21 2019 22.5 | Multiple | Multiple | 800 | $0.00 | $819.13 | ⋮ | $819.13 |
| Lot: Expire Long | | 05/29/2019 | 06/21/2019 | 500 | $0.00 | $557.58 | ⋮ | -$557.58 |
| Lot: Expire Long | | 05/31/2019 | 06/21/2019 | 300 | $0.00 | $261.55 | ⋮ | -$261.55 |

**Attachment P**

**PX 44, 3845**

**Attachment P**



**Option Rocket: bought BYND puts**

KD  Kyle Dennis <kyle@biotechbreakouts.com>
6/11/2019 7:47 PM

To

Good afternoon,

I bought 10 BYND June 14 2019 $120 puts for $4.08. Risk here is

| BYND:14-Jun-2019:P:120.0 BYND Jun 14 2019 120.0 Put | Multiple | Multiple | 300 | $296.43 | $656.55 | -- | -- | $-360.12 |
|---|---|---|---|---|---|---|---|---|
| Lot: Sell to Close:FIFO | | 06/12/2019 | 100 | $98.81 | $260.52 | -- | -- | $-161.71 |
| Lot: Sell to Close:FIFO | | 06/12/2019 | 200 | $197.62 | $396.03 | -- | -- | $-198.41 |

**PX 44, 3846**

Option Rocket: Bought ZS Calls

KD  Kyle Dennis <kyle@biotechbreakouts.com>
6/13/2019 4:37 PM

To:



Good afternoon,

**I bought 20 ZS June 21 2019 $80 calls for $2.15. Going for the big breakout over $80.**

ZS is setup for a 52-week high breakout over about $80 per share. Above that level, there is absolutely no resistance to go off of.



**Attachment P**

| Closed Positions | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Security | ▼ Open Date | Close Date | Quantity | Proceeds | Cost Basis | G/L adj | Ordinary Gain/Loss | Short-Term G/L | Long-Term G/L |
| ❶ ZS:21Jun2019:C:80.0 ZS Jun 21 2019 80.0 Call | 06/13/2019 | 06/14/2019 | 100 | $110.47 | $225.52 | -- | -- | -$115.05 | -- |
| Lot: Sell to Close:FIFO | 06/13/2019 | 06/14/2019 | 100 | $110.47 | $225.52 | -- | -- | -$115.05 | -- |

PX 44, 3847

**Attachment P**



Bought ROKU calls

Jeff Bishop <jeff@weeklymoneymultiplier.com>
7/2/2019 1:14 PM

To

**Weekly Money Multiplier**
with Jeff Bishop

LOGIN

I'm back in my favorite stock to trade - ROKU

There is a nice crossover setting up here and if the market holds I think ROKU could really rebound over the next week.

I just bought the **ROKU Jul 19 2019 95 Call @ $2.45.**

| | | | | | | |
|---|---|---|---|---|---|---|
| ⓘ ROKU-19.Jul2019:C:95.0  ROKU Jul 19 2019 95.0 Call | 07/03/2019 | 07/08/2019 | 100 | $494.46 | $325.52 | --- | $168.94 |
| Lot: Sell to Close,FIFO | 07/03/2019 | 07/08/2019 | 100 | $494.46 | $325.52 | --- | $168.94 |

PX 44, 3848

**Attachment P**



PREMIUM ALERT

**Weekly Money Multiplier**
with Jeff Bishop

LOGIN

This wasn't on my watchlist but it came up during the day as a breakout play. I like this setup a lot so I am taking a small p

I just bought **SPLK JUL 19 2019 130.0 Call @ $6.40.**

| | | | | | | |
|---|---|---|---|---|---|---|
| SPLK:19Jul2019:C:130.0  SPLK Jul 19 2019 130.0 Call | 07/09/2019 | 07/11/2019 | 100 | $644.46 | $405.52 | ... | ... | $238.94 |
| Lot: Sell to Close.FIFO | 07/09/2019 | 07/11/2019 | 100 | $644.46 | $405.52 | ... | ... | $238.94 |