## Re-watch my webinar now!

**From:**     Kyle Dennis <kyle@biotechbreakouts.com>
**To:**       ████████
**Date:**     Sat, 16 Dec 2017 07:00:32 -0500



Hi ████

Did you enjoy my educational webinar? I know we covered a lot of education material. Were you able to take notes of all my winning strategies?

If you didn't have enough time, no worries!

I've had hundreds of people asking to get another opportunity to watch the webinar. I know it went by fast, so I wanted to make sure that everyone has an opportunity to watch it again at their own pace.

Use this link to go back and rewatch this webinar, and take this opportunity to take notes again.

Remember these are my most proven strategies that I consistently use to beat the market. Over the last 5 years I have used this strategy to bank over 3 million in trading profits. I am still using this strategy, and now many of my members are also beating wall street by using it.

This link won't be live forever, so i definitely encourage you to go back and watch it again.

Cheers,

**Attachment Q**          **PX 44, 3849**



**Kyle Dennis**
Biotech Trader

Special

registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Unsubscribe

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

**Attachment Q**                    **PX 44, 3851**

## Your Weekend Homework

| | |
|---|---|
| **From:** | Kyle Dennis <kyle@biotechbreakouts.com> |
| **To:** | ▮▮▮▮▮▮▮▮ |
| **Date:** | Fri, 05 Apr 2019 15:02:54 -0400 |



Good afternoon,

I have some critical homework for you this weekend that almost all of my top students are a part of.

In less than 60 minutes, I'll explain how I was able to go from desk jockey to reeling in millions from the stock market...right from the comfort of my own home.

I'll show you how you can sit next to me in a "virtual chair," as I help you accomplish the unimaginable.

All you need to do is click here.

**Black Optics** was my key to another world. It'll be yours too.

Pick your time tonight or tomorrow and I'll see you there!

Cheers,

*Kyle Dennis*

**Kyle Dennis**

Biotech Trader

 Special

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are

**Attachment Q**     **PX 44, 3853**

advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Remove me from Nucleus Premium Email List

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**Attachment Q**             **PX 44, 3854**

**Subject:** There's Something I Want To Give You
**From:** "Kyle Dennis" <kyle@biotechbreakouts.com>
**Date:** 4/26/2020, 10:27 AM
**To:** █████████████



Hello trader,

When you go 21 for 25 on your highest conviction trades it's hard to pick a favorite to talk about.

So instead of cherry picking my best *Fast 5 Trades,* I've decided to share with you people's experience with it over the last few weeks.

**It's a good primer of what you can expect when I release my latest trade idea on Monday.**



**Robert Jackson** @RobertJ41706613 · 2h
@kylewdennis
Hi Kyle

I joined your Fast 5 Trades last Saturday. For INO for the week I profited 293.85 and for your mention of ET and BYRD, I made 245.80 from them for total of 539.65 for the week.
 Thank you very much... looking to learning and next week's fast 5 pick...

4/30/2020, 3:48 PM

**Attachment Q**          **PX 44, 3855**

There's Something I Want To Give You

And INO this week earned me about 27%!



**Nicholas Valentin** @RedNinjaV · 1h
@kylewdennis I just signed up Monday for Fast 5 and made $1300 on AMRN. I thought about getting back in on midweek but didn't. If I known about TWK I'd have signed up for that too. How do we get in on that?

**Bill Bennett** @BBennett_PFS · 20m
@kylewdennis // great trade idea with $AMRN bro!! Reeled in some nice profits with playing the flat stock and 2 different options strikes! #RagingBu #TradeWithKyle #Fast5



4/30/2020, 3:48 PM

**Attachment Q**          **PX 44, 3856**

There's Something I Want To Give You



move, thanks Bud. If you ever get out to Oregon sure would like to buy you Dinner and a drink !!!!

With more than $8,000,000 in trading profits I have several profit buckets to lean on, and give you my highest conviction trade idea of the week.

Let me tell you...

Monday's no longer have to suck, thanks to *Fast 5 Trades.*

One trade per week is all you need to set you up for success.

I've put this quick video together explaining to you how it all works.

But you must hurry, my next pick rolls out tomorrow.

Watch Now

*[signature]*

**Kyle Dennis**

**LIVE! Investing In Startups --> Limited Access**
**The Boardroom's Next Opportunity YOU WILL NOT Want to Miss.**

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Unsubscribe from all RagingBull emails

4/30/2020, 3:48 PM

Attachment Q                    PX 44, 3857

There's Something I Want To Give You

---

Nei her Kyle Dennis nor RagingBull.com, LLC (publisher of FastFiveTrades) is registered as an investment adviser nor a broker/dealer with ei her the U.S. Securi ies & Exchange Commission or any state securities regulatory au hority. Users of this website are advised  hat all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Fur hermore, such informa ion is not to be construed as an offer to sell or  he solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with  heir own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addi ion, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware  hat owners, employees and writers of RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such posi ions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Fast Five Trades you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at FastFiveTrading.com.

4/30/2020, 3:48 PM

**Attachment Q**

**PX 44, 3858**

## Profiting in a Red Market…+$4000

**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** ███████████
**Date:** Thu, 22 Mar 2018 16:02:21 -0400





It was a tough market today… There's no doubt.

But while others head for the hills, I'm calm, cool, and collected as I manage my positions and ride out my winners.

This is the level of experience I want for you!

In just one week turn around, I used my FDA Insider strategy to ride a stock to a +$2.00/share gain.

Just last week, I discovered a stock with a favorable chart, interesting news, and applied my strategy to it.

I sold that stock this morning for $4,000!

My FDA Strategy can allow you to buy something one week, and reap all of the benefits days later with **very little maintenance**.

How awesome is that?

Now, I bet you are thinking that doesn't sound possible… Let me tell you, it is!

Here's proof. That stock was **DVAX**. Here's how I did it!

**I sent out my initial buy on March 15th**



Good morning,

I bought 1.000 shares of DVAX at 16.40. The company announced this morning that they will be presenting some data in mid April, so I'll put it on the watch list along with SENS tonight.

This is a half sized position and I'm looking for a move to $18 or more, with a stop below the $15 region.

Cheers,

*Kyle Dennis*

**Kyle Dennis**

**A few days later, I was confident in my strategy that I doubled down**

**Attachment Q**          **PX 44, 3860**



Good morning,

I added 1,000 shares of **DVAX** at $17.15. I now have 2,000 shares $16.78. Same target as before.

Cheers,

Kyle Dennis

**Kyle Dennis**

**And then I just waited… When the profits were ripe for the picking, I closed my position!**

Good morning,

I sold 2,000 shares of **DVAX** at $18.80 for $4,000! Over a $2.00 move!

Cheers,

Kyle Dennis

**Kyle Dennis**

This morning my position reached an over $2.00 move in just 6 trading days!

**Attachment Q**          **PX 44, 3861**

I know you want to give this a try… So here's your last opportunity. This $49 trial of FDA Insider Alerts is closing up fairly soon.

It's time that you stop sitting on the sidelines and start reaping the rewards.

Click here to get started.

Cheers,

*Kyle Dennis*

**Kyle Dennis**
The People's Trader



Special

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees

**Attachment Q**          **PX 44, 3863**

and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Premium Email List

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**Attachment Q**                    **PX 44, 3864**

## Your Final Shot at the Green Jacket

**From:**      Kyle Dennis <kyle@biotechbreakouts.com>
**To:**        ██████████
**Date:**      Sun, 08 Apr 2018 20:01:18 -0400



Well, all good things must come to an end.

It's been an amazing 4 days, and I'm ready to get my new group of members on the profit train this coming week.

I want you there with us.

It may not be the **Green Jacket** from the Masters, but in this case, I'm not talking about the color.

*I'm talking about money.*

*I'm talking about profits.*

*I'm talking about crisp Benjamins.*

The opportunity for greatness is there, and it's only costing you $1.

Your last shot...

Master the market.

Talk soon,

*Kyle Dennis*

**Kyle Dennis**

The People's Trader



Special

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that

**Attachment Q**          **PX 44, 3866**

all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below:

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**Attachment Q**                    **PX 44, 3867**

## Finding Hidden Entries in Stocks

**From:**   Kyle Dennis <kyle@biotechbreakouts.com>
**To:**   ████████████████
**Date:**   Thu, 06 Jun 2019 11:09:25 -0400



*Here's what you missed this morning…*

**What a way to wake up!** VTVT had positive diabetes trial news just released! Shares are already up 30% and I sold 5/6th of my position at about $2.04 for **$7,200 in gains so far.**

*Don't miss the next alert... sign up to FDA Insider Alerts now and I'll give you the Sniper Alert on the house.*

**Join Now**

Hello trader,

The stock market is looking to close green for a third straight session. However, it still remains a traders market.

Stocks are still jumpy...  and still reacting to trade news.

That said, whenever market conditions change, you need to look at your inventory and see what's still working and what has stopped.

You see, not all strategies work in every market condition.

Now, I've been able to average over $1M in trading profits for four straight years… and it's not because I take on big positions…

**Attachment Q**              **PX 44, 3868**

...it's because I have several strategies that I can go to and make money.

**There are really two ways to grow as a trader:**

1. Trade more shares (or options contracts)
2. Keep your size relatively the same but increase the number of winning strategies.

As for me, I've chosen option number 2, and despite my success as a trader (**$6M in career trading profits before the age of 30**), I'm always trying to learn new strategies and grow as a trader.

So what's been working for me in this tough market?

Biotechs for one…



Good morning,

What a way to wake up! VTVT had positive diabetes trial news just released!

Bang bang bang!

**Shares are already up 30% and I sold 5/6 of my position at about $2.04 for $7,200 in gains so far.**

*(I'm up over $10K this week in a crappy market. Gotta love biotechs! Want to start receiving my FDA Insider Alerts? I don't blame ya. Click here to join now.)*

Now, in terms of setups… one that I'm seeing work well in this market is the Fibonacci retracement trade. It's one that I learned from Jason Bond and one **I'm hearing that Nathan Bear is crushing it in.**

**Attachment Q**          **PX 44, 3869**

That said, I'd like to walk you through the mechanics of the Fibonacci retracement trade, how I use the setup to trade stocks and options, as well as, show you a real money case study.

**Continue reading here.**

**Cheers to profits,**

**Kyle Dennis**
**The People's Trader**

**P.S.** — You can also find this entire post on my website. If you need to go back to it or any others you might have missed then **bookmark this page.**

Stop receiving exclusive emails from Kyle Dennis

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used

as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Unsubscribe from all RagingBull Emails

**Attachment Q**          **PX 44, 3871**

## The 10% Club

**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** ███████████
**Date:** Wed, 26 Jun 2019 14:09:23 -0400



**Tips for Becoming An Elite Trader**

Hello trader,

There's an old Wall Street saying, *90% of traders fail*. Whether this is true or not... doesn't matter, so long as the potential reward outweighs the risk.

Sure, when I first started out, those odds appeared scary to me… but so did the idea of working behind a cubicle my whole life.

That said, I realized that there was such a thing as survivorship bias... and that those odds were shown to people to discourage them, and not try, and to surrender their money to "wall street advisors"…

However, my desire for change and an attitude of "what if" pushed me to learn how the stock market works.

You see, I was fresh out of college and had $80K in student loans… working a 9-5 in a cubicle in LA, earning just $35K a year… I realized I couldn't live like that any longer and decided to take my chances in the markets.

I put up $15K… and in just a few short years I'm now nearing in on $7M in career trading profits.

**Attachment Q**                    **PX 44, 3872**



*(My flagship service is called **FDA Insider Alerts**, and for a limited time you can have it for 80%, [Act Now](#))*

You might be thinking, *Well, Kyle… that's great to hear… but what makes you think that I can achieve the same success as you?*

**[Click here to continue reading more.](#)**

**Cheers to Profits!**



**Kyle Dennis**
**The People's Trader**

**P.S.** - Not that I have to, but I'm currently offering an 80% discount to my FDA Insider Alerts service. It's where you can find gems like yesterday's trade in BPMX.

*"$17,956.40 gain on $BPMX @kylewdennis YOU DA MAN KYLE!!!!!!! Thanks for what you do!!!"~ Brian Adler 6:49 AM - 25 Jun 2019*

**Join Now**



Stop receiving exclusive emails from Kyle Dennis

**Attachment Q**          **PX 44, 3874**

## Attn: FLASH SALE!

**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** ████████████
**Date:** Tue, 19 Feb 2019 09:03:06 -0500



████████

Now is your chance.

Actually, it's your only chance.

Fortune Forecaster is forever an annual product, but I refuse to deny you the opportunity of experiencing the juiciest profits you've ever realized from the stock market.

So, here's the deal…

Fortune Forecaster packages together My #1 Profit-Predicting Service that allows you to schedule your trades and helps easily identify your entry and exit.

Limited time involved. The perfect solution for supplementing your income.

Here's the kicker.

Because I'm allowing a 3-month subscription, it's only available for the next 50 people.

Once those seats are filled, the deal will expire.

Exclusive Access Begins Here.

**Kyle Dennis**
The People's Trader



Special

**Attachment Q**                    **PX 44, 3877**

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from kyle@biotechbreakouts.com
Unsubscribe from all RagingBull emails

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

**Attachment Q**                    **PX 44, 3878**

[Reply Today] Need Your Advice Please! 🟩

From: Kyle Dennis (kyle@biotechbreakouts.com)

To: ██████████████

Date: Wednesday, May 1, 2019, 02:13 PM CDT



A lot has happened in the past week, so I'd like to do a quick review **before I break some news to you.**

Read along carefully, it's been utter chaos!

April 25th → Mortal Lock Launches LIVE, <u>Lowest Price Offered with Guarantee.</u>

April 26th → Six 100% Winners, 1 50% Winner, Members Cash In

April 29th → Two 50% Winners and a 60% Winner, Members Cash In

April 30th → 120% Winner, Members Cash In

Today, May 1st → Guarantee Sweetened. **What I initially said would be a 400% winner, I upgraded to 800%.**

At this point, <u>I've done what I can do.</u>

I woke up this morning with even more conviction. 800% CONVICTION!

**What I'm saying is that a $250 position in the Mortal Lock will yield 800% returns or $2000 (cost of the service). If it does not, BOOMSKI! 1 Year FREE.**

Now I need something from you.

Look at any other online trading service you're following right now.

**Attachment Q**          **PX 44, 3879**

Have they hit SEVEN 100%, verified winners in the past 3 trading days?

Have they provided you proof that members are reeling in profits and paying for the service in as little as a couple days?

And last but not least…

Are they guaranteeing YOUR performance?

**If you can answer yes to all of these questions, I want you to reply to me and tell me what that service is, and I'll join it immediately, no matter what the cost is.**

If anyone was going out of their way to provide for members like I am, they deserve my business.

I highly doubt anyone is doing that.

And until they do, the Option Rocket remains the most trusted online trading service.

One that you can have the confidence to join, because after all, this first year is risk free with my Mortal Lock guarantee!

If you don't make the cost of the service with this one trade, you get a free year! (Minimum $250 position).

Waiting isn't going to help you.

Join HERE.

$3997 will be the new price soon! I don't want you to pay double.

**Kyle Dennis**
Biotech Trader

**Kyle Dennis' VIP Event...Airs ONCE! Register Before It Reaches Capacity!**

RagingBull, LLC

62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from kyle@biotechbreakouts.com

Unsubscribe from all RagingBull emails

---

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securi ies & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all informa ion presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securi ies trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommenda ion to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representa ion or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no respons bility to no ify such opinions, analyses or information or to keep such opinions, analyses or informa ion current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

**Attachment Q**          **PX 44, 3881**

## Your September 17 Biotech Breakouts Video Summary

**From:**  Kyle Dennis <kyle@biotechbreakouts.com>
**To:**  ████████████
**Date:**  Sun, 17 Sep 2017 19:41:37 -0400



Good evening,

I hope all you had a fantastic trading week last week!  We had a fantastic week between our three different services at Biotech Breakouts.

Here is your Detailed Portfolio Summary Video!

**And below is a recap of all the action as well:**

Keith and team killed it again in the Lightning Alerts service! Keith not only identified profitable day trading opportunities all week long, but he also put out three winning swing trades!  He just started alerting his swings and hit about $6000 on **ACTG**, $3,800 on **UCTT**, and is up about $2,000 already on **SQNS**! I also hit about $3,000 in swing profits on **JMEI**, $1,500 (and still holding half) on **CATB**, and am up on **INFI** as well. Great week all around!

**Check out a few of the members banking of Keith's day trade ideas as well:**

Justin Essary: out MRNS +700 - first big trade for me so I will take it!
Paolo G: out FSNN swing +0.28
Dennis B: nice call WDC thanks Keith + 120 for me less than 5mins
Don B: BLDP up too, +14%
Anthony Darlington: covered lmfa short +400
Matt Padget: +1200 on SKX, nice move there
Letsdothis .: Out XXII from 2.42 to 2.88 = 19%

The [FDA Insider Alert](#) portfolio has continues to be scorching hot! Every name is green and we closed out multiple huge winners this week, again! The big winner was a 25%+ win on **VKTX**, which I held for over a month. Other recent wins include **NLNK**, **EIGR**, **PBMD**, **CATB**, and **RXDX**.

**The current portfolio is below:**

| Symbol | Date Acquired | Quantity | Cost/Share | Last Trade* | Change | % Change | Total Cost | Market Value | $ Gain/Loss | % Gain/Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| ARDX | 09/06/17 | 1,000 | $5.20 | $5.30 | ▲ $0.10 | ▲ 1.92% | $5,200 | $5,300 | ▲ $100 | ▲ 1.92% |
| MNOV | 09/06/17 | 1,000 | $5.23 | $5.58 | ▲ $0.35 | ▲ 6.69% | $5,230 | $5,580 | ▲ $350 | ▲ 6.69% |
| EYEG | 09/05/17 | 5,000 | $1.03 | $1.22 | ▲ $0.19 | ▲ 18.45% | $5,150 | $6,100 | ▲ $950 | ▲ 18.45% |
| EARS | 09/01/17 | 12,500 | $0.66 | $0.71 | ▲ $0.05 | ▲ 8.33% | $8,250 | $8,938 | ▲ $688 | ▲ 8.33% |

And [The Nucleus](#) service saw me trade live on my way to over $40,000 in profits so far this month.  So pumped! My goal is typically $100,000 a month, which I have been hitting very consistently. Check out this month's performance, along with a ton of member profits below:



Michael Johnson: IDRA nice bounce this morning +22%
Dave S: Thanks for ALDX. Shorted 5000 @ 6.55 got out at 6.27 !!!!
Virgil Arden: Exited XXII@2.92 limit order small win, but win +$200
James Campbell: took my $1,450 profit on mrns there!
Gary D.: I'm up 30% on VKTX time to trim and trail I'm in at $ 0.92
Matt Padget: +$1200 SKX, nice sweep
Gary D.: Kyle, I bought ARLZ @ $1.02 for a long term play, I'm up 36%
Gregg Manning: out BLCM 11.90 quick $600 on a 1k shares
David Sanders: Back from Vacation yesterday 3 trades + $777
Michael Johnson: ITEK scalp + 243.00
Peter Hegedus: shhh...up 22% on my shorter term ARLZ

I'm holding a FREE Webinar session on Wednesday at 8 PM Eastern to share with you a project I'm working on where I will be LIVE streaming a $25,000

account that I will grow into $1M+.

Be sure to sign up for that webinar here.

I'll see you bright and early tomorrow morning.

Cheers,

*Kyle Dennis*

**Kyle Dennis**
Biotech Trader



Special

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user 's particular investment needs or objectives. Past

performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Nucleus Premium Email List

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

**Attachment Q**                    **PX 44, 3886**

## Your September 24 Biotech Breakouts Video Summary

| | |
|---|---|
| **From:** | Kyle Dennis <kyle@biotechbreakouts.com> |
| **To:** | ███████ |
| **Date:** | Sun, 24 Sep 2017 18:41:12 -0400 |



Good evening,

I hope all you had a fantastic trading week last week!  We had a fantastic week between our three different services at Biotech Breakouts.

Here is your Detailed Portfolio Summary Video!

**And below is a recap of all the action as well:**

What can I say about the Lightning Alerts service! Keith once again pounced on every day trade opportunity out there and members really were booking a ton of profits. We also alerted Wall Street's biggest mover of the week, **CAPR**. I went back and made a video to show why that stock skyrocketed. Knowing why something happens is more than half the battle! It went up over 160% in just two days!



We had a free "Nucleus Session" on Friday for Lightning Alerts members. We did live trading for the first hour and a half and made over $2,000 in profits and then did a live Educational and Intraday Scan Lesson. Both of those events were recorded and linked above!

Speaking of the Nucleus Service, I'm starting up a Mission on Monday, October 2nd to turn $25k into $1,000,000 LIVE again. Remember, I've already done this three times over before.



A $25K account will be streamed daily and traded live in front of all Nucleus members. You can watch, learn, and profit as I take that account and build it into a million.

Click here to get started and enter Promo Code: **million** to take $2,000 off.

The FDA Insider Alert portfolio keeps on rolling! Every name is green still and we closed out a big 20%+ winner on **EYEG**! That stock I had been in for almost a month and is one that will remain on my watch list. **VKTX** also continued to chug higher - right into the Profit Zone listed on our FDA Insider Watch List.

The other names on the watch list area all up, with **EARS** leading the pack.



**The current portfolio is below:**

| Symbol | Date Acquired | Quantity | Cost/Share | Last Trade* | Change | % Change | Total Cost | Market Value | $ Gain/Loss | % Gain/Loss |
|--------|---------------|----------|------------|-------------|--------|----------|------------|--------------|-------------|-------------|
| ARDX | 09/06/17 | 2,000 | $5.28 | $5.30 | ▲ $0.02 | ▲ 0.38% | $10,560 | $10,600 | ▲ $40 | ▲ 0.38% |
| MNOV | 09/06/17 | 1,000 | $5.23 | $6.18 | ▲ $0.95 | ▲ 18.16% | $5,230 | $6,180 | ▲ $950 | ▲ 18.16% |
| EARS | 09/01/17 | 12,500 | $0.66 | $0.81 | ▲ $0.15 | ▲ 23.48% | $8,250 | $10,188 | ▲ $1,938 | ▲ 23.48% |

Be sure to catch my interview I had with Jason Bond detailing the Million Dollar Mission. It details just how I'm going to take a $25K account and turn it into a million AGAIN!



After watching the interview, you will be as pumped as I am!

Click here and enter Promo Code: **million** to take an extra $2,000 off!

Be sure to get in the Nucleus Service now because we'll be trading tomorrow morning and the Million Dollar Mission will start very soon. You need to be acclimated to the strategies when it starts to take full advantage. This is going to be huge!

Imagine the possibilities!

Cheers,

*Kyle Dennis*

**Kyle Dennis**
Biotech Trader



Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user 's particular investment needs or objectives. Past

**Attachment Q**          **PX 44, 3891**

performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Nucleus Premium Email List

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

**Attachment Q**                    **PX 44, 3892**

## ATTN: Important Details!

**From:**       Kyle Dennis <kyle@biotechbreakouts.com>
**To:**         ███████████
**Date:**       Fri, 26 Apr 2019 20:15:52 -0400



Hope everyone had a great day!

It was an amazing start for new Option Rocket members as I locked in 6, 100% winners and a 50% winner (just for fun).

But it's more than that.

As discussed in my webinar, this is the first time I've ever been crazy enough to offer a **guarantee**.

*One that is focused on YOUR performance, not my own.*

Everyone has been wanting the full details, so follow this link.

### Start at 47 minutes. You'll see why everyone is joining!

**Attachment Q**                    **PX 44, 3893**



**Kyle Dennis**
Biotech Trader



Special

**Attachment Q**          **PX 44, 3895**

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from kyle@biotechbreakouts.com
Unsubscribe from all RagingBull emails

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

**Attachment Q**                              **PX 44, 3896**

# ⚠Wanted ⚠Instant Gratification

| | |
|---|---|
| **From:** | Kyle Dennis <kyle@biotechbreakouts.com> |
| **To:** | ███████████ |
| **Date:** | Sat, 27 Apr 2019 15:33:07 -0400 |



Ask anyone...yourself, your mom/dad, your kids, your wife/husband.

"Do you want instant gratification?"



Alright then, glad that's settled!

And here is how it can happen.

Actually, let me get Kevin to tell you what is in store, because when he joined Option Rocket, he was in your shoes.

A little nervous, not too sure if it would deliver. But here's the thing…

**Attachment Q**          **PX 44, 3897**

## I tend to UNDERPROMISE and OVERDELIVER

Kevin realized that quickly…

*"$8,956.36! That's what I made on TTWO Options, thanks to you and Options Rocket. I just joined last week. It's going to be happy holidays, thanks to you, sir!"*

1 week into the service and nearly $9000 in profits.

You can be next, but it won't happen if you're not on the inside with us.

Join before this price and guarantee disappears!

*Kyle Dennis*

**Kyle Dennis**
Biotech Trader

**Attachment Q**          **PX 44, 3898**



Special

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from kyle@biotechbreakouts.com
Unsubscribe from all RagingBull emails

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

**Attachment Q**                    **PX 44, 3900**

## 1000% returns. Let 'em Laugh!

**From:**      Kyle Dennis <kyle@biotechbreakouts.com>
**To:**        ██████████
**Date:**      Tue, 30 Apr 2019 08:00:22 -0400



Here's a little lesson to kickstart this Tuesday morning.

The market gives us unlimited opportunity every day. One of the most crucial factors to your trading is exactly that. **It's YOUR trading.**

Remember, I'm doing the work for you. I'm researching companies, actively scanning and looking into technicals, reading news releases...Anything I can do to give us a leg up on the market and put the odds in our favor.

However, when it comes to making the trade and taking profits, that's on you.

And I'll say this time and time again. **You NEVER go broke taking profits.**

I might be gunning for 50-100%...is there a problem with take profits before that? Absolutely not!

In fact, when you realize how easy it can be to capture some 20-40% returns, you may just wind up compounding those wins and watching your account grow consistently. Plenty of members already do this!

**Attachment Q**                    **PX 44, 3901**



That's the goal here.

The goal of the Option Rocket isn't to make a couple big winners and then have nothing to show for it at the end of the year.

No. The goal is to 10X your money or more!

1000% returns. Others who are uneducated might scoff at you when you tell them that's your plan.

Let them mock you. Let them laugh.

I can't wait to see the look on their face when you tell them how much your account has grown.

Meanwhile, I'm sure that 2% return from their financial manager is going to change their lives!

Anyway, that's a topic for another day.

Until then, if you want to make serious money in the market, you've got to be the one holding the reigns.

Join the Option Rocket. I can't offer this price much longer.

If you have other questions, reply to this email. I'd like to know why you're still on the fence.

*Kyle Dennis*

**Kyle Dennis**
Biotech Trader



Special

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from kyle@biotechbreakouts.com
Unsubscribe from all RagingBull emails

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

**Attachment Q**          **PX 44, 3905**

# ★ UPGRADED GUARANTEE ★

**From:**    Kyle Dennis <kyle@biotechbreakouts.com>
**To:**
**Date:**    Wed, 01 May 2019 08:55:24 -0400



I told you I had big news coming, and here it is.

I no longer think my Mortal Lock is going to return 400%...

Sorry, but I've been patient with this trade and after some key findings were revealed yesterday, I just don't have that same certainty.

## Instead, I have 800% CERTAINTY!

That's right. This trade has been upgraded and so has your guarantee.

I'm at a new level of confidence in this, and you are going to reap the rewards.

**What this means is that if you decide to put just $250 into this trade, I guarantee it will return $2000 in profits, or 800%.**

If it does not, you get another year of my service absolutely free.

How does that sound?

**Attachment Q**        **PX 44, 3906**



Great! Glad we are in agreement!

No one else is going to do this for you.

You need to sign up now. My guarantee is expiring soon.

You must purchase before the Mortal Lock trade is placed.

*Kyle Dennis*

**Kyle Dennis**
Biotech Trader



Special

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from kyle@biotechbreakouts.com
Unsubscribe from all RagingBull emails

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

**Attachment Q**            **PX 44, 3909**

## GE Whiz...ANOTHER 800% Winner.

**From:**   Kyle Dennis <kyle@biotechbreakouts.com>
**To:**   ███████████
**Date:**   Thu, 02 May 2019 10:17:13 -0400



I have a feeling some of you think I'm crazy for guaranteeing that this Mortal Lock trade I'm placing tomorrow goes up 800%...

I mean, I'm telling you that if you decide to take a $250 position that it will pay you $2000 or you get a free year of my service.

**And trust me, I don't plan on giving away any free services!!**

I've hit 800% winners before and they weren't even Mortal Locks!

They were just bonus trades I gave to my members...

Like my trade on GE end of February.

josh luttrell set: out *1/2 of the calls for 550%*

luz lip: Sold my GE calls plus *570%*

bryan ald: + *600% on GE wow*

jeffrey geh: *+2900 GE calls*

justin cal: *+$18k GE calls. biggest win of my career*

lisa sto: My GE runner up *817%*

**Attachment Q**          **PX 44, 3910**

*marc pol: Took in **3K** from 50 GE contract*

*erick wilson wil: I made around **800%+** !!!Thanks Kyle!*

*mark mor: GE up **380%** . in 200 Mar01 11calls at 0.09!*

*jason hac: just a cool **36k***

*mark mor: cool **12000***

*gary dub: GE **+ 762%***

*dennis uy : im up only **755%** on GE calls*

*dan sew: ge **710 %***

*lisa sto: dang, **781%** on runners*

*lloyd abd: Up **788%** GE calls!*

*erick wilson wil: **$6,000** + on GE !!! And I'm at the gym!!!*

*matthew kai: **8k** on GE*

*james fer: **+790%** on GE*

You can't wait on this offer any longer!

Option Rocket + Mortal Lock Trades + Guarantee = $1997 UNTIL MIDNIGHT!

If I get an email tomorrow asking to get in on this deal…

**Attachment Q**          **PX 44, 3911**



**Kyle Dennis**
Biotech Trader



Special

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from kyle@biotechbreakouts.com
Unsubscribe from all RagingBull emails

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

**Attachment Q**                    **PX 44, 3914**

## How to earn thousands in mere minutes!

**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** █████████████
**Date:** Fri, 27 Apr 2018 19:01:23 -0400



Hi █████

I am going to let you in on one of my secrets…

You don't have to be sitting at your computer all day to make real money in the stock market. Truth is, I can teach you how to make thousands of dollars every single day in just minutes.

And that's exactly what I am going to do. In the video below, I highlight how I was able to earn $1,800 in profits at the open.



My Nucleus members have become accustomed to this and have even started adding the "Trading the Open" into their own profit buckets!

If you want to learn more about this strategy, I've opened enrollment for the Nucleus program!

Click here to bypass the application process, and start gaining access to my profit generating strategies!

Cheers,

*Kyle Dennis*

**Kyle Dennis**
The People's Trader

**Attachment Q**          **PX 44, 3916**

Special

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on

this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below:

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**Attachment Q**          **PX 44, 3918**

## This deal will be gone at midnight

**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** ▮▮▮▮▮
**Date:** Thu, 08 Mar 2018 20:02:32 -0500







There aren't a lot sure things or guarantees in the stock market, but one thing I can guarantee you is that a Nucleus member will post a hugely profitable trade next week.

It could be you… Just one problem, you aren't a Nucleus member… Yet.

Don't let yourself wake up next week kicking yourself for not joining the Nucleus program.

When you email me next week begging to get in, I am going to just reply "NO"!

So here's your chance, join the Nucleus at over 80% off today!

The price to the Nucleus is jumping back up to $9,999 at midnight, so this is your last time to get into the Nucleus program at a massive 80% discount.

**Attachment Q**                     **PX 44, 3919**

**Remember you are getting all of this with your Nucleus subscription today!**

*You are getting live stream of my trading account.*

*Live access to the Million Dollar Mission and 5k challenge.*

*Interactive chat room with all day Q&A with me, Kyle Dennis*

*A full year access to my two premium services, FDA Insider Alerts and Sniper Report.*

*Exclusive Nucleus library of educational videos.*

*And much, much more!*

Don't settle for mediocracy… Take action and become your own boss!

One year from now you will be thank yourself you took this chance!

Click here to get the Nucleus at 80% off!

Cheers

*Kyle Dennis*

**Kyle Dennis**
Biotech Trader

**Attachment Q**          **PX 44, 3920**



Special

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees

**Attachment Q**                    **PX 44, 3921**

and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Nucleus Premium Email List

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**Attachment Q**                    **PX 44, 3922**

## I am shutting this down…

**From:**    Kyle Dennis <kyle@biotechbreakouts.com>
**To:**      ███████████████
**Date:**    Wed, 07 Mar 2018 11:55:36 -0500



███████

This is your fair warning…

You are not going to make any money sitting on your hands and hoping that the life you want…well, **the life you deserve**, is just going to magically fall into your lap.

That's not how life works….

I didn't make over $3,675,458 trading stocks the last 5 years just sitting on my hands waiting for opportunities…

No, I went out and looked for money making trades, and made it happen.

**Now you need to make this happen!** It's time to stop being scared, lazy, negative, and trust yourself.

You can do it!

In less than 48 hours the Nucleus price will be **going back up to $10,000 and it will be by application only.** Don't be on the outside looking in as Nucleus members continue to grow their accounts.

You can be part of this family, too. Be smart, join today and save yourself 80%!

**Your Million dollar journey starts tomorrow!**

Click here to get started!

Cheers,

**Kyle Dennis**
Biotech Trader



Special

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees

**Attachment Q**          **PX 44, 3925**

and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Nucleus Premium Email List

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**Attachment Q**                    **PX 44, 3926**

# This is going up 250% Thursday at Midnight

**From:**        Kyle Dennis <kyle@biotechbreakouts.com>
**To:**          ████████████
**Date:**        Wed, 01 Nov 2017 21:30:23 -0400



Evening comrades!

$5,679 baby! Per day! Every day! More on that below.

Heads up! Nucleus goes from $5,999 to $10,000 yearly Thursday at midnight.
But you can be grandfathered into my mentorship service for just $3,999 right
now! Review my homepage before the price goes up.

So on October 1 the $25,000 journey started.

I have turned $15,000 into OVER $3,000,000 in just a few years, wiped the
slate clean and started over with $25,000 to show my Nucleus clients how they
can do this too.

My Nucleus fee at the time was $5,999 yearly but I lowered it to $3,999 making
it accessible for everyone. I mean who doesn't have a $4 - $5k credit card.

Tons of clients signed up to watch me turn $25,000 into $1,000,000
STREAMING live daily and 1-month I'm already up 66% having turned that
$25,000 into $41,578.70 as of this evening.

#### $25,000 into $1,000,000 JOURNEY details

- Phase I: This is where I'll grow the account from $25,000 into $200,000.
  By far the hardest phase and the one you definitely want to learn about
  as soon as possible.

**Attachment Q**                              **PX 44, 3927**

- Phase II: This is where I'll show you how to use $200,000 to make $1,000,000+ yearly. And since I normally trade with about $200,000 in my account, you'll learn EVERY account hacking strategy I have, something I call 'trading buckets' to make $1,000,000+ each year trading stocks.

Now I challenge you to find ANYONE on Wall Street who has actually made $3,000,000 in the last few years and is willing to mentor you live during the trading day. Not to mention the incredible library of content that I have already built that you can access 24/7 .... and I keep adding to it!

Let's be honest here. Maybe you won't make $3 million like I have done, but what would it mean to you if you made even a fraction of that and learned to do it for the rest of your life? That kind of knowledge is priceless.

And don't forget the fact you get full access to trade live with 20 year day trading pro Keith Kern in Lightning Alerts FREE, valued at <u>$1,548 yearly</u>.

You will also get my FDA Insider service FREE, which are valued at <u>$1,596 yearly</u> just by itself.

Which brings me to the point of this email.

EVERYONE knows Nucleus is a steal at $5,999 yearly. Which is why 400+ are in my chatroom daily.

Now I MAKE $5,679 per day, every day trading. And just a few years ago I STARTED with ONLY $15,000!

So Thursday at midnight my Nucleus fee, rightfully so, rises from $5,999 yearly to $10,000 yearly. Essentially what I make in less than 2-days of trading. JUST 2-days of trading.

This email has one purpose.

I'm asking you to [review the BiotechBreakouts homepage,](#) learn more about the challenge, heck watch my Facebook interview again and SIGN UP at $3,999 yearly before the rate climbs to $10,000.

That's right, I'm not asking $5,999 yearly tonight. I'm keeping it at $3,999 yearly for 1 more day. Come Thursday at midnight you won't see $5,999 anymore, you'll see $10,000!

So why not grandfather yourself at $3,999 yearly now and start your journey with me?

I'm hungry to kick Wall Street's butt and show you how to do the same.

It's your call if you'd like to join me.

Sincerely,

**Kyle Dennis**
Biotech Trader



Special

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past

performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Nucleus Premium Email List

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

## re: What would you do with an extra $30,000 a month?

**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** ███████████
**Date:** Mon, 04 Dec 2017 10:30:16 -0500



Hi 

Imagine having an extra $30,000 in your bank account every month. What would you do with it?

The possibilities are endless. You can pay the mortgage, buy a brand new car, start a college fund for your kids, or you can even just decide to save it.

Whatever you decide to do it with it, deciding what to do with an extra $30,000 is a good problem to have.
I know what you are thinking; it's a pipe dream. But this the exact type of returns we have come to expect in the Nucleus Program.

Only we are not making $30,000 a year. We are making over $30,000 a month trading stocks.

Since I started my Million Dollar Mission in my Nucleus program, I have banked over $63,742 in profits in just 40 days of trading. That's over a 254% return on my $25,000 account that I started with on October 2nd.

**Attachment Q**          **PX 44, 3932**

## NOVEMBER 2017

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 29 | 30 | 31 | 1 MSM Day - 23 +$711.93 | 2 MSM Day - 24 -$2,174 | 3 MSM Day - 25 +$1,633.76 | 4 |
| 5 | 6 MSM Day - 26 -$216.52 | 7 MSM Day - 27 +$889.17 | 8 MSM Day - 28 +$1268.44 | 9 MSM Day - 29 +$787.10 | 10 MSM Day - 30 +$856.74 | 11 |
| 12 | 13 MSM Day - 31 +$3,545.22 | 14 MSM Day - 32 +$115.69 | 15 MSM Day - 33 +$6,235.60 | 16 MSM Day - 34 +$136.52 | 17 MSM Day - 35 +$3,783.85 | 18 |
| 19 | 20 MSM Day - 36 +$6,497.77 | 21 MSM Day - 37 +$4189.39 | 22 MSM Day - 38 +$1,508.13 | 23 Thanksgiving | 24 Holiday | 25 |
| 26 | 27 MSM - Day 39 +$6,198 | 28 MSM - Day 40 +4,917.38 | 29 | 30 | 1 | 2 |

We are definitely out pacing some of the best financial institutions returns. What's better than keeping all your profits?

Being able to continuously use the same strategies going forward and make the same amount of profits for the years to come. This is exactly what the Nucleus program will do for you.

I am making it really easy for you to get started. For the first time ever I am giving you the opportunity to join the Nucleus program for a huge discounted price!

As you may have heard the Nucleus will now be offered for 6 months at 60% off. I know you will be incredibly satisfied with the service and decide to stay for the whole year.

Enter promo code: **save3k** to save **$3,000 off the Nucleus program**.

I mean who wouldn't like getting consistent profits in their accounts? Hurry this offer won't be around forever.

If you have any questions, please email me at **Kyle@biotechbreakouts.com**

Cheers,

**Attachment Q**                    **PX 44, 3933**

*Kyle Dennis*

**Kyle Dennis**
Biotech Trader

Special

registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Nucleus Premium Email List

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

**Attachment Q**                    **PX 44, 3935**

# This opportunity is as rare as Haley's Comet

**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** ▮▮▮▮▮▮
**Date:** Fri, 30 Mar 2018 11:02:06 -0400



▮▮▮▮

I can't tell you that last time I found an opportunity with this much upside…

This data is so rare and filled with money making potential.

**…I'm getting goosebumps** just thinking about it!

And all the pieces are starting to fall into place. One of the world's most prestigious financial institutions is looking to start building a big position in this small biotech company.

When this financial institution finally decides to pull the trigger on this investment, this stock is going to soar to new heights. Investors are going to be kicking themselves that they didn't get involved sooner.

This is the kind of data that has the potential to multiply your account by more than 10x overnight.

Here's the kicker…

I stumbled on this stock while doing one of my routine scans! And now I am going to share my findings with you.

Click here to get access to my full report on this biotech company that is getting ready to change the medical world.

Cheers,

**Kyle Dennis**
The People's Trader



Special

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees

**Attachment Q**          **PX 44, 3938**

and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service): Remove me from Premium Email List

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**Attachment Q**                    PX 44, 3939

## Here's your opportunity to join the 1%...

**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** ████████
**Date:** Fri, 23 Mar 2018 16:02:54 -0400





We are often lead to believe to we don't belong in the same room as "1 percenters".

You know what I say...**screw that!**

You can achieve whatever you want so long as you **put your mind to it**.

The best thing is that there are different paths to getting there.

My path was through Biotech Catalyst swing and day trades. And now I am carving out a brand new path for you.

I have spent years *developing intricate trading strategies, spending thousands of dollars on the latest technology, and spending hours doing research*. All of my efforts have been focused on finding ways to identify stocks with the biggest upside.

All that time and effort has lead me to this... Sniper Report.

Sniper Report continues to use **my world class expertise** in the Biotech industry and my new **top secret strategy** to identify stocks with enormous upside potential.

These are the type of returns that huge financial institutions would be salivating over.

But I am not a financial institution. I am just a normal person that loves doing research and trading stocks!

Which is why I am giving exclusive access to Sniper Report for just $99.

It gets better…

That's $99 for the entire year. You will be getting my highly detailed Sniper Reports sent straight to your inbox every time I identify Wall Street's next earth shattering winner.

Click here if you want to be part of the 1%.

Cheers,

*Kyle Dennis*

**Kyle Dennis**
The People's Trader

**Attachment Q**                         **PX 44, 3941**



Special

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees

**Attachment Q**          **PX 44, 3942**

and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service): Remove me from Premium Email List

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**Attachment Q**          **PX 44, 3943**

## No. 1 Stock to Buy Now

| | |
|---|---|
| **From:** | Kyle Dennis <kyle@biotechbreakouts.com> |
| **To:** | ███████ |
| **Date:** | Wed, 28 Mar 2018 10:05:56 -0400 |



███████

Uncovering stocks with enormous potential can be virtually impossible if you don't know what you're looking for.

Having spent the last 5 years looking for stocks with over 10x growth potential, I know it's like finding a needle in a haystack.

But it's not impossible.

I recently came across a company that has *me anxiously awaiting some pivotal news*.

This small biotech company is set to release some data that can transform the world which translates into some massive profit potential.

There's a lot buzz surrounding this company, but I am sharing the news with you first!

I am not exaggerating when I say I could see this stock reaching **100%, 200%, 300%, and maybe even 1000% returns.**

This buzz won't be undiscovered for much longer, so TODAY is the best time to get into this company!

Read this short report to get more details on this 1,000% opportunity.

**Attachment Q**          **PX 44, 3944**

Cheers,

**Kyle Dennis**
The People's Trader



Special

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees

and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service): Remove me from Premium Email List

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**Attachment Q**          **PX 44, 3947**

## First on 5G?

| | |
|---|---|
| **From:** | Kyle Dennis <kyle@biotechbreakouts.com> |
| **To:** | ▇▇▇▇ |
| **Date:** | Tue, 16 Apr 2019 10:18:07 -0400 |



▇▇▇▇, CHECK. THIS. OUT.

 **CNBC Now** ✔
@CNBCnow

JUST IN: FCC chairman set to
announce $26B fund for rural 5G
service and a 5G spectrum auction that
the agency is calling the largest ever
later today at the White House.



3 views

9:47 AM · 4/12/19 · Twitter Media Studio

*"$26B Fund For Rural 5G Service and 5G 'Spectrum Auction'?"*

The White House is officially backing the 5G rollout across the country.

You know what that smells like? Recognizing an opportunity.

People **get ahead** by noticing trends just like this one, and knowing HOW and WHERE and WHEN they can cash in on this breakout market.

That is my full time job. Positioning myself and my clients to **get ahead.**

I do the research, I read the news and spot the trends between the lines. I dig, dig, and then dig some more for the BEST opportunities from the BEST companies around, at the BEST prices.

*I love the rush!*

There's nothing quite like typing an email out to my clients about a stock pick that I truly think has massive potential.

It's like I can already see the profits rolling in!

This opportunity is no exception.

**PLEASE. Pay attention to what I am about to tell you.**

I have hand picked a 5G stock for you.

Researched it, vetted it, and finally added it to the elite list of high-profile stocks that I believe have breakout potential: my SNIPER REPORT.

Sniper Report contains High Potential Stocks that are delivered DIRECTLY to your inbox once a week where I lay out the *EXACT* trade for you…

*" I bought X shares of _____ at $___ . My goal here is for this stock to breakout above $___ . That's when I'll look to take some profits. I placed this trade because I noticed _____ happened and I also recognized _____ on this stock chart. "*

In an era of EASE and DELIVERY, why would stock picks be an exception to the rule?

I want to deliver this 5G stock pick to you right now.

Follow this link to hear me talk more about my 5G pick.

Follow this link if you're ready to learn the stock pick NOW.

**Attachment Q**          **PX 44, 3950**

To Your Success,

**Kyle Dennis**
The People's Trader



Special

**Attachment Q**          **PX 44, 3952**

RagingBull, LLC
62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from kyle@biotechbreakouts.com
Unsubscribe from all RagingBull emails

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

**Introducing Sniper Report...**

| From: | Kyle Dennis <kyle@biotechbreakouts.com> |
|---|---|
| To: | ████████ |
| Date: | Fri, 23 Mar 2018 11:04:43 -0400 |





I have just discovered an incredible shift in Wall Street. A shift that even most multi billion dollar financial institutions haven't identified...

**But their loss will be our gain!**

Most of you know of my success swing and day trading stocks, but I have just developed a brand new strategy that has allowed me to *identify stocks with enormous potential* several weeks, possibly months before they are due to skyrocket into unheard of levels.

Now I am pairing *my expertise of the biotech sector* with my meticulous research to develop my newest service that will be known as Sniper Report!

Sniper Report will be the first service that pairs fundamental analysis, market trends, and detailed research to get the most precise entry and exit points several weeks before anyone else.

This brand new service is so powerful, that we are estimating that it has the capability to **increase your account by up to 10x!**

And you can get 1 year of this service for only $99!

That's one year of supercharged stock picks for only $99!

Click here to get your first supercharged Sniper Report!

**Attachment Q**          **PX 44, 3954**

Cheers,

*Kyle Dennis*

**Kyle Dennis**
The People's Trader



Special

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees

**Attachment Q**        **PX 44, 3956**

and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service): Remove me from Premium Email List

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**Attachment Q**          **PX 44, 3957**

**Subject:** Reply If You're Not Satisfied
**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**Date:** 4/23/2020, 8:04 PM
**To:** █████████████████



Now is your chance to tell me how you're feeling.

Before you do, give me this email to explain.

Trade With Kyle is $799 for a full year. That's a little over $2 per day.

About the price of a coffee…

The price will be going to $1499 once the "early bird phase" has filled.

As far as number of trades go, I would say on average, maybe 3-5 a week.

Sometimes it may be more. Sometimes less. I DO NOT TRADE JUST TO TRADE.

I'm not going to send you a shitty opportunity. I'm putting my real money into these trades. If I don't think it's going to make me money, I'm not going to enter it.

I keep it simple.

This is how a watchlist/trade alert will look. (This is just an example from one I sent this year).

**Rockwell Medical (RMTI)**

Catalyst Dates: FDA Approval date of March 28th

Buy Zone: $2.30 to $2.50

Profit Zone: $2.90 or higher

Stop Zone: $1.90 or below

Reply If You're Not Satisfied



I lay out my plan and then I make a note on what catalyst is coming.

The reason people love this service is because there doesn't have to be a lot of maintenance.

You can set your order, walk away, and protect yourself. Risk management is important!

The goal is to supplement your income! That's the plan.

**$500 a week...then maybe $1000 a week...have a goal, reach that goal, and make a new one!**

I mean, with the power of stocks AND NOW OPTIONS, my hope is you'll be hitting your goals quicker than you'd ever expect!

**Attachment Q**                              **PX 44, 3959**

Reply If You're Not Satisfied



So, for a price that's ½ of what I'd normally charge for this, what don't you like?

Join me right here before this price goes to $1499 per year.

**Kyle Dennis**

4/24/2020, 10:53 AM

**Attachment Q**          **PX 44, 3960**

Reply If You're Not Satisfied

None of our traders, educators, coaches, forum moderators, employees, agents, nor RagingBull.com, LLC (publisher of Biotech Breakouts) are registered as investment advisers nor a broker/dealer with either the U. S.

Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives.

The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account.

These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision.

The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning the accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current.

Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such

**Attachment Q**                    **PX 44, 3961**

Reply If You're Not Satisfied

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

4/24/2020, 10:53 AM

**Attachment Q**

**PX 44, 3962**

[CONFIRMED] Tuesday, March 17th, 2PM ET!

**Subject:** [CONFIRMED] Tuesday, March 17th, 2PM ET!
**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**Date:** 3/17/2020, 11:47 AM
**To:** ███████████████████



## 00 00 00 00
### Days   Hours   Minutes   Seconds

### >>> The State of The Market Address <<<

Everyone, this is the most critical event you'll attend!

People are panicking, the market feels like chaos.

Traders are scrambling to make sense of what to do. Let me tell you...NONE of this has fazed me.



Not to be rude, but to all the naysayers and the people that have said "You're young, you haven't seen s***. You haven't traded through tough times…"

**Well, I traded through some shit this month and have made $252,490!**

Oh, and while I did that, I helped members rake in money along the way.

4/15/2020, 5:58 PM

**Attachment Q**          **PX 44, 3963**

[CONFIRMED] Tuesday, March 17th, 2PM ET!

 not to mention being way UP last week during this COVI-19 fear!  Making $$$ in this CRAZY market!  Thanks to ALL you guys at RB.  You're unbelievable – Dan J - Dallas

 @kylewdennis  My timing is usually bad, but I managed to exit $SPEX  in batches $3.77 and $4.24.  My avg basis was $1.11.  Winning on a terrible day.



ar 12, 10:10 AM

lan ade: another 12,800 on DSS, way to go Kyle

**John Roberts** @JohnRob54538949 · Mar 6
@kylewdennis opk in $2 calls on 3/4 @.10 out today @ 1.22 1000%

 **Reforged** @phatdba · 6h
@kylewdennis First Dollar Ace trade completed, $4000 gain! I bought 10 @ $0.50, sold at $2.50 for a 400% gain.  Only the beginning!  Thank you Kyle!

 **WALEED** @waleed_fl · 34s
@kylewdennis I killed it on NVTA with 150% Kyle! Thanks to you. All u see the markets is a sea of red and your pick was so GREEN :) Thank u thank u if you're not with Trade with Kyle or Dollar Ace or Mortal Lock you are missing so much.

Now, opportunity is at an all time high and I'm about to walk you through my plan. Join this room on Tuesday, March 17th at 2PM ET.

**Add event to calendar**



*How did I make $252,490 this past month?*

*How did my members cash in while everyone else ran around like chickens with their heads cut off?*

**Attachment Q**                    **PX 44, 3964**

[CONFIRMED] Tuesday, March 17th, 2PM ET!

*And what you need to be looking to take advantage of!*

**This is the most exciting and profitable opportunity I've seen since I started trading!**

Be sure to attend Tuesday, March 17th at 2PM ET!

## https://app.ragingbull.com/join-room/rb-free

Kyle Dennis

None of our traders, educators, coaches, forum moderators, employees, agents, nor RagingBull.com, LLC (publisher of Biotechbreakouts) are registered as investment advisers nor a broker/dealer with either he U. S.

Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised hat all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommenda ion, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives.

The owners, employees and writers of RagingBull.com may engage in securities trading hat is discussed or viewed on this website, but all such individuals are buying and selling such securities for heir own account.

These individuals do not engage in any trades with customers. The buying and selling of securities by hese individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Fur hermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult wi h their own independent financial advisors with respect to any investment decision.

The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment,and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith,but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning the accuracy, completeness,correctness, timeliness or appropriateness. In addi ion, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current.

Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities hat may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. Any table or data is accurate, though not every trade is represented. Profits and losses reported are actual figures from portfolios each trader manages individually and not on behalf of RagingBull.com, LLC.

Although our employees may answer your general customer service questions, they are not licensed under securities laws to address your specific investment situation. No communication by our employees or agents to you should be deemed as personalized financial advice.

This information is protected by the copyright laws of the United States, and international treaties. This information may only be used pursuant to he subscrip ion agreement, and any reproduction, copying, or redistribution (electronic or otherwise, including on the world wide web, by email, or via social media), either in whole or in part, is strictly prohibited without he express, prior written permission of RagingBull.com, LLC, 62 Calef Hwy. #233 Lee, NH 03861, USA.

4/15/2020, 5:58 PM

**Attachment Q**

**PX 44, 3965**

[CONFIRMED] Tuesday, March 17th, 2PM ET!

If you have a current active subscription with Biotechbreakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at Biotechbreakout

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Unsubscribe from all RagingBull Emails

4/15/2020, 5:58 PM

**Attachment Q**                    **PX 44, 3966**



**Attachment Q**        **PX 44, 3967**



**Right From My Phone At 3:30PM ET!**

Every day, I dial in on ONE trade on ONE ticker at ONE specific time a day. Mobile Closer utilizes a key indicator throughout the day to set myself up for overnight profits.
Don't be overwhelmed by the market. Let me teach you how I can capture overnight profits trading options of this ONE stock.



# Mobile Closer is the Culmination of YEARS of Feedback from My Members

POWERED BY



**Attachment Q              PX 44, 3968**



**john davis**
2 reviews

★★★★★ ✓ Verified      Apr 25, 2020

**Kyle is Great!!!**

Kyle is Great!!!! His services are Great and he can only help make you $$$ whether you are a part or full time trader . His alerts are spot on and there is absolutely no down side in joining his services. Whether the market is up or down he always finds the best movers and will give you great reasons why he is doing what he does. Don't delay ...sign up with a proven winner !!!!

**J Kent**
1 review

★★★★★ ✓ Verified      Apr 29, 2020

**Kyle makes trading simple**

Kyle makes trading simple. No need to chase entries. Trading with a plan adds confidence which Kyle can teach you... exit at your target price and set stop losses for your level of risk.

**Raymond Szymanski**
1 review

★★★★★ ✓ Verified      Apr 30, 2020

**The service offered by Kyle Dennis has...**

The service offered by Kyle Dennis has been my most profitable ever! I have been trading for over 30 years and have tried many different approaches and advisory programs to support my investment decisions. The alerts coupled with the support he shares for his decisions gives the information needed to either follow the trade or wait for the next one. Kyle is also patient, waiting for indicators that create a high likelihood of success. Finally, there is a great deal of educational material he developed so you can find your own trading ideas if desired.

**Mozelle Edgeworth**
2 reviews

★★★★★ ✓ Verified      May 4, 2020

**Best of the best**

I have never had such a positive experience, Kyle not only increased my portfolio but made the process simple and easy to understand. He is by far the most professional, patient, and understanding person I have ever met. This guy really knows his stuff and is the real deal. I give Kyle an A+, and you will too.

**Attachment Q**      **PX 44, 3969**





**Attachment Q**          **PX 44, 3970**

12/20/2020                                    Mobile Closer Reg - Raging Bull Events



**Attachment Q**                               **PX 44, 3971**