**Email #1:**
SL: [Watch Here] Fortune Forecaster Event Replay
**(Next day (Day 1) 8am)**

https://www.biotechbreakouts.com/fortune-forecaster-replay/

Countless people came out last night to see how they can Predict their Profits!

Amazing response to the Fortune Forecaster, tons of questions, and I gave away a FREE service.

Everything went smoothly...

That is until the ***blowout discount*** was released and the order form began to lag and crash because of how many people were trying to access!

For that reason, I've continued the sale and am giving you full access to the event.

Tune in at 16:48…

**How 3 C's Can Predict Your Profits!**



**Email #2**
SL: VIP Team on Standby!
**(Day 1 12pm)**

Good Afternoon,

## Grab your phone, and dial 833-757-7779.

Why? Because I told my VIP concierge team to clear their schedule in preparation for your calls.

Sure, you could sit around your whole life and maaayyybbbe something will happen…

Or you can do something about it.

Take advantage of what the Fortune Forecaster has to offer you. Custom buy and sell alerts sent right to your text and email.

Just imagine this jackpot of information burning a hole in your inbox...and pocket:



**Call now! 833-757-7779.**

*(Pro Tip: They've been known to hand out additional discounts upon an account review)*

**Email #3**
SL: See how Brian paid for his vacation in 2 minutes
**(Day 1 4pm)**

https://www.biotechbreakouts.com/fortune-forecaster-replay/

If there's one main beauty of trading, it's freedom.

**Attachment R**                    **PX 44, 3974**

That's what got me hooked, and that's what should be driving your success too.

You don't need to be glued to one place. You can trade from wherever you are in the world.

Imagine taking a vacation, going to some Caribbean island, trading for a couple minutes and paying for your entire trip.

### *Ask Brian! The strategies put forth in my webinar last night allowed him to make $5,476 during a trip to Peru!*

Give me 2 minutes. Fast forward to 14:42 and see how I can help.



**Email #4**
SL: Seriously, TELL ME what you don't like.
**(8am Day 2)**

**https://app.ragingbull.com/checkout/kbfquJgnYBwcz6NC**
**https://www.biotechbreakouts.com/fortune-forecaster-replay/**

This is your time to voice your opinion.

By now, I'm hoping you were able to view the replay of my event last night.

**Attachment R**                    **PX 44, 3975**

If not, just click here. The recording is still active.

But here's where I am at a loss for words.

If you haven't purchased yet, then why?

I'm serious. When I designed the Fortune Forecaster, I had just two things in mind.

1. Offer an entry-level product with a <u>super cheap price</u> that was capable of producing income week after week.
2. Design a program for those with time constraints.

I don't want you to spend much time trading. In fact, I don't even need you to be engaged in the market.

You're benefiting off of my hard work. That's why I'm charging for the service. I'm doing everything for you by researching and analyzing these companies and finding you the best opportunities.

I thought that would be something you'd want, but maybe I missed the ball.

Others have already benefited from this service and I'm here to make it even easier for you.

**Watchlist at the beginning of the week** detailing what stocks I'm interested in. I'm even putting in buy/sell ranges so you can set orders and then not worry about it.

From there, **alerts of my trades** get sent directly to your inbox via email and text message

NOTHING would make this easier for you.

I want to see how much you grow in a year working with me. My hope is that you utilize what I offer and **5X, 10X, or even 30X your account!**

And I'm offering it at 50% off.

But please, tell me what you don't like about this.

You could send me a message directly! I'm here to help and I want to know how I can make this better for you.


**Email# 5**


**Attachment R**                    **PX 44, 3976**

SL: $2K a day keeps the JOB away
**Day 2 5 pm EST**

**https://app.ragingbull.com/checkout/kbfquJgnYBwcz6NC**

So it's probably true, you're not at this level yet.



That's ok. When I first started trading, I wasn't making $10K a week either.

In fact, I was really busy just trying **not to lose money**. Am I getting warmer?

Trading scared is no way to trade, and it's no way to live.

Man, I remember that stress like it was yesterday, and I never want to feel that way again.

It helps that I've really broken trading down to a science.

I use catalyst events to time my trades, and get in and out quickly, bringing many of my members along for the profits.

What are you waiting for?

It doesn't get more simple than this.

50% off won't last for long.

**Email #6**
SL: Ok, ok. Look at this
**(Day 3 8am)**

**Attachment R**          **PX 44, 3977**

**https://app.ragingbull.com/checkout/kbfquJgnYBwcz6NC**

You need more proof of **what my services can provide**. I understand.

Let me just bring you through some of my member's recent profits and you tell me if you don't want a piece of this.

*lisa sto: snap up **258%**, had small position so just held it, thanks Kyle*

*james mcn: out balance of TRVN **+1100***

*jason pag: exit another 25% of TRVN at 1.70*

*chris kem: I got COTY thanks for **$200***

*josh luttrell set: stop hit. lAst half about 185%. **$2200** total. thanks kyle, i needed that*

*ben vog: I'm green **$800** with AVGR from $4400 position.*

*ayush cha: Kyle, i sold LPTX for **800** profit and buying again on dip*

*chris kem: Thanks Kyle **+800** PTI*

*larry cri: out PTX .78 **+490***

*sanjeev ana: @PTI**+400***

*brian henderson hen: just got TTWO for **940**...got lucky found a bottom*

*joven cad: Out AXON **+$2,665** thanks Kyle for the good idea.*

*chris b. boi: out of AXON **+$500***

*ayush cha: Kyle, i sold LPTX in AH for **+800** , knowing it might come back in morning as we still hv time and bought back in morning on dip*

harry mas: Closed **25%** @3.90 on PTI

I've realized that my performance means nothing if I don't back in up with testimonials from members.

**Attachment R**                    **PX 44, 3978**

Luckily, they are taking what I'm giving and growing their accounts like you've never seen before.

Now it's your turn. **Forecast Your Profits. Fund Your Future.**

**[All for 50% off for a limited time!](#)**

**Email #7**
SL: Don't Work. Just Watch
<span style="color:red">**(Day 3 4pm)**</span>
**https://app.ragingbull.com/checkout/kbfquJgnYBwcz6NC**

Let's get to the bottom line.

**You're about to become a member of my service**, and I'll tell you why.

If you're interested in the stock market it's because you want to make money, right?



Of course it is!

And my guess is that you aren't making the type of money you could be. In fact, I know you're not!

Simply put, it's because you don't have me in your corner...yet!

Now each week for the next year, I'm going to deliver **you a video watch list of stocks I'm interested in.**

I'll include the buy range, the sell range, and the necessary details behind the trade.

But that's not enough. You want action. You want to know what I'm trading.

And I'm going to send that right to your phone via email and text. **Real-time entry and exits of the stocks I trade.**

I don't know how I can possibly make this better for you.

**I slashed the price so you can get in and hit the ground running.**


**Email #8**
SL: New Member Story
**(Day 3 8pm)**

**https://app.ragingbull.com/checkout/kbfquJgnYBwcz6NC**

...$9984 in two weeks!...

I can't offer this discount on Fortune Forecaster much longer.

If you're looking to grow your account, supplement income, or even add money to your retirement, you're in the right place.

Don't make the mistake of signing up with another "trading guru" who really isn't there to help or worse...doesn't even trade!

I'm 100% transparent. Real money. Real trades.

**Kuldip Dhaliwal**, a member of my service, told me… "Over the years, I've signed up for other trading services hoping to learn more about stock trading. Unfortunately, not everybody provides the same kind of information you do."

Absolutely correct! And with that information and trade alerts, you'll see what's possible.

**Attachment R**                    **PX 44, 3980**

## "By following Kyle's FDA trade alerts, I was able to add an extra $9,984 to my 401K retirement account, in just two weeks."



**Kuldip Dhaliwal**
Mechanical Engineer

Can you ignore these profits any longer?

**Join me here. Deal expires soon!**


**Email #9**
SL: URGENT for ContactFirstName >> Limited Memberships Left
(Day 4 8am)

https://app.ragingbull.com/checkout/kbfquJgnYBwcz6NC

You're hearing it here first!

**I'm giving away Sniper Report for free and packaging FDA Insider Alerts into the Fortune Forecaster service, all for 50% savings!**

Unfortunately, all good things must come to an end.

What this means for you…

**PRICE HIKE!**

Sorry, I have to do this. 100% increase coming soon.

If you have a chance to buy something that is most likely going to make you money, would you wait to PAY DOUBLE?

I would hope not!

Lock in these savings and you can start adding income to your account each week!

**Email #10**
SL: Don't tell me you did this
**(Day 4 4pm)**

https://app.ragingbull.com/checkout/kbfquJgnYBwcz6NC

Far too often I see members come to me after already trying out other "gurus"...

Now, these so-called "traders" are notorious for a couple awful things.

They tell you about 1000 stocks. Then when just 1 of them does well, they instantly brag about it.

They don't trade. I know, this one is bizarre, but believe me, there are tons of people out there who actually don't trade.

If they do trade, often times it's not even with real money! Now, if they can't put their real money behind their own strategy, then what good are they?

Ask yourself those questions.

My results are 100% verified and everything is transparent. For that reason alone, my members know I'm the real deal.

*"I subscribed to Kyle Service **a week ago** and I already made **3x time my account size** money. I hesitated at first because they are a lot of those supposed to be good services when come to trading, but Kyle Dennis is by far the best one in my opinion." - Oziros*

Don't make the mistake of joining someone who is unreliable.

Join me at 50% off. Limited seats remain for Fortune Forecaster!

**Email #11**
SL: ATTN: 1 FInal Day Guarantee
**(Day 4 8pm)**

https://app.ragingbull.com/checkout/kbfquJgnYBwcz6NC

**Attachment R**                    **PX 44, 3982**

This is it.

Tomorrow is the last day to get into Fortune Forecaster before it goes back to $1997 annual.

Now what I can guarantee is I'm going to do everything in my power to make you money.

I'm sick of the services out there that don't provide the value they promise and the only reason I have such a loyal following is because each and I try to go above and beyond what is expected from my members.

***No other service comes close to what this delivers.*** *The educational videos are worth the price by themselves.* ***I literally paid for this program within the first 3 days of the year.*** *I am very pleased and highly recommend it to anyone who is serious about making money trading stocks.* - Robert Grant

I ask for one thing and one thing only…

Commitment.

Give me that. I'm not here to let you down!

**Tomorrow at midnight, this sale price disappears.**


<img src="https://ragingbull.com/tools/timer/gif.php?time=2019-02-13 11:59M" style="width:100%;max-width:355px;" alt="Time Running Out" />


**Email #12**
SL: How would you like to make $5,200 a day?
**(Day 5 8am)**

I hate to say I told you so, but...



These are the type of profits you are missing out on.

**Today is the last day to get access to Fortune Forecaster for only $997.**

**Here's the goal. Within a week, I'm hoping that you recoup the membership fee.**

Then from there, 51 weeks to exploit the market and pull profits consistently.

Once you pay for the membership through trading, the rest is just "free money".

Your profits are yours to keep!

**Enjoy these 50% savings. You have 12 hours.**


**Email #13**
SL: 12 Hours to Commit
<span style="color:red">**(Day 5 12pm)**</span>

I get it, commitment can be tough.

In the past few days since my webinar, I've thrown a lot at you.

So let me just do a final overview of what you're going to get when you **join Fortune Forecaster at 50% off.**

**Attachment R**          **PX 44, 3984**

**FDA Insider Alerts**… My exclusive catalyst plays that I use to "predict my profits".

I've been trading off of this strategy for over 5 years. It was my go-to formula and the one thing I turn to no matter what market conditions we are faced with.

I've figured out a way to feast off of Biotech Stocks by timing my entry based on event dates that I scan for.

I build Watch Lists for you each week and then alert you in real-time when I buy and sell.

**Sniper Report I threw in for FREE.** This service doesn't get the credit it deserves.

Think about it like this. If you could have thrown money into Facebook, Apple, Microsoft, or Google before they took off, would you have?

Yes, obviously!

Well with Sniper Report I'm looking to find low maintenance trades that you can sit on. Most of these companies are ones that I think are about to break out, have low risk, and may even be bought out by larger companies which would send the stock price soaring.

I'm also giving you my **Trading Academy** so you can take this to any level you wish.

I'm offering it at an annual deal of $997 which is more than reasonable and cheaper than I've ever offered.

**Unfortunately, the deal is only offered for another 8 hours. Then it's back to $1997 per year.**

**Enter here before it's too late!**



**Email #14**
SL: [READ] Last Question Answered!
**(Day 5 4pm)**

As this sale closes out, I have to address one thing.

The dreaded question…

"Do I have enough money to trade with?"

**Attachment R**                    **PX 44, 3985**

You absolutely do!

Whether it's $500, $1000, $5000...contrary to popular belief, you don't need much to trade with.

The point of my service is to teach you **how to put your money to work for you.**

Start small. Test the waters.

**There is NO SHAME in that.**

Like I said, I was a college graduate with $80,000 in student loans. I didn't have much to trade with.

And to be completely honest, I wish I started with less money so I could have learned from making smaller mistakes.

Yes...we all make mistakes. I did, but I'm now **sitting on well over $6 MILLION in trading profits**

All because I decided to take a chance and invest in myself.

Now if you don't take the next step, you'll never really know what "could have been"...

**Indecision is worse than no decision.**

**Fortune Forecaster. You're Next!**

**8 hours left to lock in these savings!**

**Email #14**
SL: [4 Hours] Costly Mistake Pending
**(Day 5 8pm)**

I've been in your shoes before.

Mulling over a purchase, unsure of if it will really benefit me.

In most cases, it's some product that will only lose value.

**That's why Fortune Forecaster is different.**

**Attachment R                    PX 44, 3986**

This is a unique opportunity for a service that you can put to work on a daily basis.

Now imagine if you were to buy something that could very easily pay for itself…

*"David Hill here, new to you and your service. May I just say WOW. What a day. Thanks for morning text, **I'm up 3000.00 on my first trade.** Thank you."*

Stop Thinking.

Start Doing.

**You have 4 hours left! Make them count and join here.**

**Email #16**
SL: Last Call! [See Bonus]
**(Day 5 10pm)**

That's a wrap!

Fortune Forecaster price goes to $1997 now.

I know I've sent you a lot of emails recently, but that's only because I don't want you to miss out on the value.

If you're still on the fence and continue to read my emails, I've got a little bonus for you!

I'll add an extra month to your service as a token of my appreciation.

That's 13 months for $997.

**Follow this link** for the annual price and then email support@biotechbreakouts.com **and they will extend your membership.**

Or, call my VIP team and they can make sure you're taken care of!

833-265-1270

**Last chance to join right here!**

**Attachment R**                    **PX 44, 3987**

## If they still haven't purchased - 4 days later this campaign is triggered:

**Email #17**
SL-  ATTN ContactFirstName: FLASH SALE!
**(Day 9 8am)**

Now is your chance.

Actually, it's your only chance.

Fortune Forecaster is forever an annual product, but I refuse to deny you the opportunity of experiencing the juiciest profits you've ever realized from the stock market.

So, here's the deal…

Fortune Forecaster packages together **My #1 Profit-Predicting Service** that allows you to schedule your trades and helps easily identify your entry and exit.

Limited time involved. The perfect solution for supplementing your income.

Here's the kicker.

Because I'm allowing a 3-month subscription, it's **only available for the next 50 people.**

Once those seats are filled, the deal will expire.

**Exclusive Access Begins Here.**

**(Day 9 4pm)**
Email #18:

**SL: Deal of the Century**

You don't have much time left. Subscriptions are flying off the shelves.

From the looks of it, **11 more seats are available**!

So many new members piling in, and why wouldn't they?

**Attachment R**                                    **PX 44, 3988**

Fortune Forecaster packages together FDA Insider Alerts and Sniper Report, and **now it's for a 3-month trial so you can test it all out!**

Here's why you need to give it a shot…

"I am a member of FDA Insider Alerts and Sniper Reports for 6 months now. I have made my two biggest successful trades in the 2nd half of September from each of these subscription notifications respectively.

1. FDA Insider: Last week **I have made $6K+ profits...with just $350 investment**...

2. Sniper: This week **I have made $2.5K profits through my near long term position in AMRN.** I have bought this stock right after sniper report notice and holding it since then."

Amar Naredla

That's **$8500 in profits in two weeks for service that I'm charging only $297 for 3 months!**

The only time to act is now!

I expect seats to be filled shortly.

**(Day 9 8pm)**
**Email #19**

SL: [Critical] Flash Sale Seat Count

I just received a text from Jordan, the head of support.

Guess what?

All seats have been snagged!

Upon taking down the link, he's already had about 20 people email in who didn't check their email in time.

I'm not one to go back on my word, but who am I to deny you of the opportunity for a better financial future?

Not me! Not here!

**Attachment R**               **PX 44, 3989**

So now I'm giving you full notice, 24 hours in advance.

You have until tomorrow at midnight to gain access with this 3-month trial.

All you have to do is follow this link before time expires.

Go ahead, give it a try and see if you don't make more than $297 in the next 3 months.

If you don't, I want you to email me and my team can evaluate your account.

I've got the utmost confidence in my service…

**And more importantly IN YOU!**

Join here.

**Email #20**
SL: Closing Time. One last call
**(Day 10 8am)**

Fair warning here. After those 50 seats almost instantly filled, I decided to extend this FLASH SALE for ONE MORE DAY.

Lets review here…

**Fortune Forecaster Offer:**

**Sniper Report:** 1-3 trade ideas per month. Includes in-depth research and reports. Trade alerts sent via text and email. Includes live portfolio.

**FDA Alerts:** Email and text alerts for my trades, entry and exit. Weekly watchlist with catalysts and commentary. Access to live portfolio.

You can virtually see every trade I make in the service and I'm also giving you my video lessons and trading education included.

**You have until midnight to try it all for 3 months at a ridiculous discount!**

**Attachment R**                    **PX 44, 3990**

**(Day 10 12pm)**
**Email #21**
SL: [12 Hours] Monumental Returns


** <img src="https://ragingbull.com/tools/timer/gif.php?time=2019-02-20 11:59PM" style="width:100%;max-width:355px;" alt="Time Running Out" /> **

Do what you will with this, but do one thing for me.

Set your goals and then utilize my service to help crush them!

If you've never traded before…

If you've traded and lost money…

If you simply aren't performing how you could…

**Try my service for 3 months!**

Members rave about my service.

I'm not in the business to make people more money.

I'm in the business to change their lives!

*"I'm a follower of yours a few months back I went to your attended your Webinar. And it was very eye opening. I have got to say your strategies are amazing and they work. Before I consistently lost money in the stock market. But now I'm consistently making money...**I could see myself becoming a millionaire in a few years. This has really changed my life.**"* - *Anthony Turner*

Question is...are you going to give **yourself permission to make it happen**?

YES?

**Good answer! Sign up here**.




**(Day 10 4pm)**
 **Email #22**


**Attachment R**                              **PX 44, 3991**

SL: Test Drive My Service

** <img src="https://ragingbull.com/tools/timer/gif.php?time=2019-02-20 11:59PM" style="width:100%;max-width:355px;" alt="Time Running Out" /> **

We're now getting down to the wire…

**8 hours left** and you're thinking, why should I give this a try?

Well...why shouldn't you?

When I first started trading, I found a mentor, I paid for subscriptions to learn how to trade and watch others.

I still subscribe to multiple services and don't see them as a cost.

I see them as a necessity for furthering my trading and ultimately making more money.

So let me get back to that. Don't think of this a cost or an expense.

**Think of this 3 month trial as an investment in your future.**

The amount of information you'll receive in the next 90 days is invaluable and I can guarantee it could set you on the path to financial freedom.

**Go ahead, give it a try and see for yourself!**

**(Day 10 7pm)**
**Email #23**
SL: [5 Hours] New Heights Achieved!

** <img src="https://ragingbull.com/tools/timer/gif.php?time=2019-02-20 11:59PM" style="width:100%;max-width:355px;" alt="Time Running Out" /> **

Let me show you why you haven't untapped your potential…yet.

*"Last week after scaling in and out of ACRX I was able to **realize a profit of $78,000 on just that one position.** Without the service you provide that trade would have never happened in my portfolio. Thank you and your team for making this possible." - Nathan Capps*

**Attachment R**                    **PX 44, 3992**

Now when Nathan first started with my service, I know he never thought he'd be making $78,000 on one stock.

But he didn't say no.

That was the most important part.

Without giving himself or my service a chance, none of this would have happened.

So when you think about this $297 price for a 3 month trial of my service, understand you're not alone.

You're joining thousands of others who have been in your shoes.

Many had small accounts to start and are seeing $100,000 a year and more!

You've got 5 hours before this deal is off the table!

**(Day 10 9pm)**
**Email #24**
SL: [Urgent] Flash Sale Closing

** <img src="https://ragingbull.com/tools/timer/gif.php?time=2019-02-20 11:59PM" style="width:100%;max-width:355px;" alt="Time Running Out" /> **

Time has run out on this 48 hour flash sale.

In fact, it was only supposed to be offered for 1 day once all the seats filled, but you were given bonus time, because I am confident this can change your life.

Don't wake up tomorrow thinking about "what could have been…"

Wake up thinking…**"WHAT WILL BE!"**

Cheers to your future profits.

Now let's do this!

Last chance to join here.

**Attachment R**                                   **PX 44, 3993**









**Attachment R**                    **PX 44, 3997**





Talk about why you did this. Members wanted to see you do it again.

Now, you want to offer more. You've seen the types of returns you've had from $15k to $4m. From $25k to $400k in 7 months. NO ONE is doing this.

Tie it in with how this is the newest way to make huge profits and do it quickly with limited time. Works even better for smaller accounts (No PDT Rule) but you'll get into that all later



**Attachment R**                    **PX 44, 4001**

## *DISCLAIMER*

*The information presented in this site is not intended to be used as the sole basis of any investment decisions, nor should it be construed as advice designed to meet the investment needs of any particular investor. Nothing in our research constitutes legal, accounting or tax advice or individually tailored investment advice. Past performance is no guarantee of future performance. This product is for educational purposes only. Practical application of the products herein are at your own risk and Biotechbreakouts.com, its partners, representatives and employees assume no responsibility or liability for any use or misuse of the product. Please contact your financial advisor for specific financial advice tailored to your personal circumstances. Actual results may differ. Nothing here constitutes a recommendation respecting the particular security illustrated. Biotechbreakouts.com is not an investment advisor and is not registered with the U.S. Securities and Exchange Commission or the Financial Industry Regulatory Authority. Further, owners, employees, agents or representatives of BiotechBreakouts.com are not acting as investment advisors and might not be registered with the U.S. Securities and Exchange Commission or the Financial Industry Regulatory. This may be a pre-recorded event. Jeff's results are very atypical and you should not expect to replicate them. Trading stocks, options and other securities involves risk. The risk of loss in trading securities can be substantial. The risk involved with trading stocks, options and other securities is not suitable for all investors. Prior to buying or selling an option, an investor must evaluate his/her own personal financial situation and consider all relevant risk factors.*

**Attachment R**                                **PX 44, 4002**





**Why I'm doing options:**

1. I've have made $1M plus on average over the last 3 years trading stocks, and I'm on pace for more than $1M again this year. I'm adding a "profit bucket" here to increase that number and Options have the possibility to make me even more than that! **My most exciting profit bucket, yet.**

2. Options provided 10X leverage with a limited downside risk. This allows me to define trades that are both mirrorable and defined. I've already made a ton of money in the market and this is the BEST way I can easily transfer that over to you.

3. I can leverage my expertise in biotech and stocks to play the actual data releases and earnings reports which cause the stocks to move the most. I never would hold through these events before, but with options -- now I can.

**Attachment R**                    **PX 44, 4004**



Talk about small amount, 114%



Talk about small amount, 114%



| Symbol ▲ | Quantity # | Opening Transaction | | | Type | Closing Transaction | | | Realized Gain $ | Term | Actions |
| | | Date | Price $ | Net Amount $ | | Date | Price $ | Net Amount $ | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **NVDA**<br>May 18 '18 $225 Put | 1 | 04/23/2018 | 10.99 | 1,100.29 | S | 04/25/2018 | 19.72 | 1,969.69 | 869.39 | Short | |
| **NVDA**<br>May 18 '18 $225 Put | 1 | 04/23/2018 | 10.99 | 1,100.29 | S | 04/25/2018 | 19.92 | 1,989.69 | 889.39 | Short | |
| **Total** | | | | $2,200.58 | | | | $3,959.37 | $1,758.79 | | |





## +196% ON ESPR

Million Dollar Mission

| Positions | Performance & Value | Margin | Gains & Losses | Analysis | Estimated Income |

| View | Tax Year | Date From | Date Closed | | |
|---|---|---|---|---|---|
| Realized ▼ | Custom ▼ | 05/01/2018 | 05/02/2018 📅 | ✓Filters | |

| Symbol / CUSIP | Security Types | Term |
|---|---|---|
| ESPR | All Securities ▼ | All ▼ |

| Total Gain Realized ❓ | Short-Term Gain Realized | Long-Term Gain Realized | Total Commission & Fees |
|---|---|---|---|
| $4,644.03 | $4,644.03 | $0.00 | $5.97 |

| Symbol ▲ | Quantity # | Opening Transaction | | | Type | Closing Transaction | | | Realized Gain $ | Term | Actions |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Date | Price $ | Net Amount $ | | Date | Price $ | Net Amount $ | | | |
| ESPR<br>Jun 15 '18 $70 Put | 1 | 04/23/2018 | 7.90 | 790.97 | S | 05/02/2018 | 23.40 | 2,338.98 | 1,548.01 | Short | |
| ESPR<br>Jun 15 '18 $70 Put | 2 | 04/23/2018 | 7.90 | 1,581.93 | S | 05/02/2018 | 23.40 | 4,677.95 | 3,096.02 | Short | |
| Total | | | | $2,372.90 | | | | $7,016.93 | $4,644.03 | | |

**Attachment R**                    **PX 44, 4010**



I show you this because I have a larger account but this is scalable for any size!



**Attachment R**                    **PX 44, 4012**



- ○ **Insiders:** I will be looking for my favorite insiders and their track record of buying and selling. This can be spun as having "insider knowledge" without doing anything illegal. We might have a whitelisted product that we can include here that helps me "scan" for these insiders
- ○ **"The Insider Indicator"** is what will trigger the buy and this will be when you see movement/moves from 3 main hedge funds and read their data to tell you that history will repeat itself and this stock now has 10X potential or more.

- **YOU CAN BE A WALL STREET INSIDER**
  - "INSIDERS" ARE PEOPLE THAT ARE IN THE KNOW IN THE COMPANY: CEO'S, CFO'S, DIRECTORS.
  - THEY HAVE TO REPORT THEIR TRANSACTIONS IN FORM 4'S.
  - INSIDERS "TIP THEIR HANDS" WHEN MULTIPLE INDIVIDUALS IN THE COMPANY BUY LARGE SHARES.

  - **Insiders:** I will be looking for my favorite insiders and their track record of buying and selling. This can be spun as having "insider knowledge" without doing anything illegal. We might have a whitelisted product that we can include here that helps me "scan" for these insiders.



○ **Insiders:** I will be looking for my favorite insiders and their track record of buying and selling. This can be spun as having "insider knowledge" without doing anything illegal. We might have a whitelisted product that we can include here that helps me "scan" for these insiders.



- ○ **Growth:** I want to analyze the growth prospects of the company. If it is earnings based...are we on the cusp of another big earnings beat. Or, if it's a speculative company without earnings, analyzing whether the technology is about to disrupt the market.







- ○ **News:** Analyzing past (historical) and future (catalyst) news which the market hasn't realized yet or has gotten completely wrong. This is my proprietary method which experience has given me over 5 years.









- ○ **Institutions**: Following the activity of the "big money." The people "in the know"





- ○ **Technicals**: This is chart analysis. Looking for the perfect entry point based on my 4 favorite chart patterns.

## MY FOUR FAVORITE CHART PATTERNS

1. PURE MOMENTUM: SETUPS SUCH AS "FIBONACCI RETRACEMENTS" OR "GAP AND GO'S" AFTER REALLY POSITIVE NEWS.

2. CONTINUATION PATTERNS: BULLISH FLAGS OR PENNANTS. GOOD NEWS HAPPENS, SHARES SETTLE, AND THEN BOOM THEY CONTINUE HIGHER.

3. BOTTOM BOUNCERS: TERRIBLE NEWS HITS AND SHARES BECOME WAY UNDERVALUED AND OVERSOLD. THEY QUICKLY BOUNCE!

4. BOTTOM REVERSALS: AFTER BAD NEWS, SHARES SETTLE AND THEN START HEADING HIGHER INTO SOMETHING POSITIVE COMING UP.

**Attachment R**                    **PX 44, 4029**



          PX 44, 4030







Slide about how options can be risky if you don't know what you're doing. Have Kyle discuss why this IGNITE formula is the key to finding the most high conviction trades with limited downside risk



My options rocket formula was crafted around 5 years of research. It's the biotech industry that I first became passionate about and I have way we can exploit those. They've been the stocks I've traded a $15k account to $4m with, and when paired with the Option Rocket Formula, **I think I can it can get me to $10million FASTER than ever before.**



My options rocket formula was crafted around 5 years of research. It's the biotech industry that I first became passionate about and I have way we can exploit those. They've been the stocks I've traded a $15k account to $4m with, and when paired with the Option Rocket Formula, **I think I can it can get me to $10million FASTER than ever before.**



Show some companies with huge results and options that could have been huge gains.
Give them a taste of what's possible.



Show some companies with huge results and options that could have been huge gains.
Give them a taste of what's possible.



**Attachment R**                    **PX 44, 4039**









LIVE STREAMING PORTFOLIO

I'M NOT JUST ALERTING A TRADE AND FORGETTING ABOUT IT.

YOU CAN WATCH IT LIVE!





NO FLUFF, CAN MIRROR, LITTLE TIME

- EASE OF USE. DIRECT TO INBOX WITH MY HIGH CONVICTION TRADES ONLY

- I'M DOING THE WORK AND IDENTIFYING THE INSIDER MOVES AND THE ACTION TO TAKE. EVERYONE ELSE CAN JUST KICK THEIR FEET UP AND "MIRROR" AS THEY WISH

- NO TIME COMMITMENT. LESS THAN A MINUTE TO MAKE A TRADE FROM YOUR IPHONE.

**Attachment R**                    **PX 44, 4047**











Okay, looks like I'm LIVE now…

How's everyone doing?? MAN, I am SO impressed by the turnout that I'm seeing right now AND thank you to everyone who signed up!!

I PROMISE that you will not regret registering for this and I can't wait to share the 3 main patterns I've used to achieve unparalleled success in the market!!!

Let's let some more people join, and then we will get this rolling! I'm anxious to get started!

*( Wait 5 seconds )*

**Attachment R**                    **PX 44, 4054**

## Alright let's go...

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Okay, looks like I'm LIVE now…

How are you all doing today? I hope all is well, thank you for joining me….

And thanks to those of you who are here on time, I really appreciate that…

There's still many more people joining us right now, but we're just going to get started.

Okay. Hi everyone! My name is Kyle Dennis. Welcome to my training.

Today, I'm going to show how I was able to turn about $15,000 into $2.8 million dollars by trading biotech stocks…

Now I know that sounds impossible and some of .you must think I'm out of my mind, but I assure you that the combination of what I have learned over the past 4 years in biotech, finance, and technical charting makes me <u>exponentially</u> more qualified to teach YOU how to trade.

My goal here is to set you up for success and accelerate your learning curve, so you can become a successful trader in a short period of time...

## Disclaimer: Trading Involves Risk

The information presented in this site is not intended to be used as the sole basis of any investment decisions, nor should it be construed as advice designed to meet the investment needs of any particular investor. Nothing in our research constitutes legal, accounting or tax advice or individually tailored investment advice. Past performance is no guarantee of future performance. This product is for educational purposes only. Practical application of the products herein are at your own risk and BiotechBreakouts.com, its partners, representatives and employees assume no responsibility or liability for any use or misuse of the product. Please contact your financial advisor for specific financial advice tailored to your personal circumstances. Actual results may differ. Nothing here in constitutes a recommendation respecting the particular security illustrated.
BiotechBreakouts.com is not an investment advisor and is not registered with the U.S. Securities and Exchange Commission or the Financial Industry Regulatory Authority. Further, owners, employees, agents or representatives of Biotech Breakouts are not acting as investment advisors and might not be registered with the U.S. Securities and Exchange Commission or the Financial Industry Regulatory. This is a pre-recorded event. Kyle's results are very atypical and you should not expect to replicate them. Trading stocks, options and other securities involves risk. The risk of loss in trading securities can be substantial. The risk involved with trading stocks, options and other securities is not suitable for all investors. Prior to buying or selling an option, an investor must evaluate his/her own personal financial situation and consider all relevant risk factors.

BiotechBreakouts

Real quick first, here's some stuff the lawyers make me put up when I do an event…

The key thing here is 'Trading Does Involve Risk'.

I'm a HUGE advocate for risk management. This is what keeps you trading and in the game for a long time.

The reason educators have to put this up is because there's so many traders out there that get greedy, don't use proper risk management to protect their trades, and blow their money.

Risk management is something I take very seriously, and you should too. And it's a big part of my strategy which you'll see in a minute.

**Attachment R**                    **PX 44, 4056**

**Slide 2**

1       +jeff@bishop.me I put one up as a temporary (with what you mentioned) in case there's other more specific
        things you'd like to add.
        Troy Harrington, 5/18/2017

## This Gameplan Took Me from Debt Ridden to Millionaire

You're getting my 3-Step Game Plan that I used to turn $15K into $2,855,475 in just a few years. This plan is methodical and it's repeatable and I use it each and every trading day.

## What can this gameplan do for you?

BioTechBreakouts

Listen, I'm going to cut straight to the point.

You're all here to learn how to make money in the stock market right?  OF COURSE YOU ARE!

I've turned 15k into nearly $2.9 million in a very short period of time and that sounds crazy right? Well you haven't heard the half of it.

The really crazy thing is that I'm doing it with 3 STEPS that are methodical and repeatable. Those three steps are what I'm going to show you today, so buckle up! I use them every day when I trade and you're about to get the inside look on exactly what I do.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Attachment R**           **PX 44, 4058**

So, just like a basketball or baseball coach, I love having a gameplan…

The key to a game plan is to keep it simple. That way you can be focused and disciplined on the end goal.

And here's how I'm going to do that….

I am going to give my EXACT and simple 3-step game plan that I used to turn $15,253 into $2,855,475 trading biotech stocks.

And the best part of this game plan is that it is methodical and it's repeatable.

I use it each and every trading day and by the end of this training, you'll have it all.

You'll learn why Investing in Biotech Stocks can be so lucrative...
You'll learn how to discover, track and evaluate today's hottest Biotech companies…
And You'll learn what separates the big winners apart from the small winners when trading biotech stocks.

And after I show you this game plan, it's yours to keep.

**Attachment R**                                        **PX 44, 4059**

## I'll show you what it can do…

Insert profit calendar here

Also, because I appreciate those folks who spend the time to learn and internalize new information, for those of you who stick around for the entire duration of the training, I'll be giving away completely FREE my advanced training videos… so, don't miss out on that educational material.

**Attachment R**          **PX 44, 4060**

## Take Some Time

**Pay attention…** Take notes…   Ask questions.

BioTechBreakouts

Cell phones, computers, and tablets... are some of the most useful tools we can use as traders to gather and share information. It sure has helped speed up my learning curve versus many years ago.

But, and this is a big BUT, when trying to learn you've got to be focused and passionate.

So let's shut down facebook, turn off those pesky emails, turn off your cell phone.

Let's pretend here that we are in a movie theatre, so open up those ears and activate your mind.

I want to change your entire perspective of what's possible in trading and what's possible in life.

And I don't want you to miss a single one of these three steps. So please… make a commitment to stay focused.

**Attachment R**                              **PX 44, 4061**



So, in a second I'm really going to get into the heart of this presentation, but let me quickly tell you who I am and how I got here.

It's funny, telling this story makes me for some reason feel a bit uncomfortable.

Maybe it's because my parents always raised me to be modest and humble and this is anything but.

So, again, I'm 27 years old, I grew up in Los Angeles, and I attended UCLA.

In college I did a couple of things, I played baseball on their club team and I majored in biology. I originally was "Pre-Med" which basically means I was taking the classes to become a doctor, and I was doing well.

It wasn't until about my senior year in college that I opened up my first investment book. Some of you may have read it before, too. It was called The Intelligent Investor. I picked it up because it was one of Warren Buffett's favorite book, and the guy is filthy rich. So, I thought it'd be a pretty good idea.

And, don't get me wrong…. At that time I had zero knowledge about the stock market, and I had no intentions of ever becoming a professional trader.

However, what I did know is that that at minimum I would need to understand how the market worked in order to eventually retire one day.

**Attachment R**                                                          **PX 44, 4062**

Around that time I also developed an interest in trading… as I saw others out there making money each and every day.

And, I wanted to too. I naturally gravitated to the biotech sector, because I had an edge since I knew biology and was studying it in college.

I started picking up more books, listening to podcasts, reading articles, and reaching out to other professional traders to see if I could pick their brains. During this journey I found some really great mentors, and over the years I've added new skills to my strategies each and every day.

**But there's something that I've got that even my trading mentors don't have,** and that's a deep understanding of the biotech industry and passion for trading. Like I was saying before, I don't really like telling my story. I'd much rather teach and trade. That's what I really enjoy doing. That's what's enabled me to make trades that others simply cannot see coming… and pull in landslide profits…

I had about $1,500 when I first started learning to trade and when I graduated from UCLA in June of that year.

And I had about $80,000 in accumulated student debt, so I actually started working as a real-estate analyst at a firm out in Pacific Palisades.

Being in debt is still something that makes me feel uneasy… I just don't like it one bit.

I was making about $35,000 working as an analyst, which, for you guys who live out here, know isn't much in Los Angeles.

I knew it was going to take me a while to pay off the debt and move forward and it felt pretty discouraging… but I stayed focused about saving as much as I could to pay off that debt.

I saved and saved and finally began trading eventually with an account of $15,000.

And I knew exactly what sector that I would target… the biotech sector.

**Attachment R**                    **PX 44, 4063**



So in the next few slides here I want to share with you a few pictures just to show you what actually happened and what is possible.

A lot of traders out there overpromise and underdeliver and quite honestly it makes me sick.

How many traders out there do you know that say they made XYZ in profits, but won't show you a tax return, a W-2, or even actual trades?

I'm 100% transparent as you're about to see.

This is my actual W-2 from 2013… Like I said, out of UCLA, this was my first full year working as a Real Estate Analyst. You can see my annual income right there highlighted in blue.

That year I made a total of 32,658 dollars and 35 cents…

When you live in L.A., this money gets you nowhere…

I wanted to be debt free, and do things I enjoy like traveling and spending time with my friends and family…

And although I really did like my job, I wanted true financial freedom…

A salaried job just clearly wasn't the path for me.



So, in 2014, I really started to trade…

This year was still a learning year for me, but it was also a turning point of my life.

I made $44,489 trading that year and about $40,323 at my job.

It's when I first thought, "hey, if I'm making more money trading than at my actual job, maybe this thing really is possible."

**Attachment R**              **PX 44, 4065**

So, fast forward to 2015, this is where things get crazy.

This is the year that things really panned out well for me and the switch just went off.

Check out this tax return....

And check out 13 there?

The Capital Gains line there highlighted in blue says $838,353. That's what I made in that one year.

And sometimes I just have to revisit this fact just because it doesn't seem logical or real but...here it is.

It would **have taken me 26 years to make that kind of money at my old job.**



And it didn't stop there…

Here's what happened in 2016. I made over one million dollars that year….

Here's where I'm at in 2017… another 770,000 dollars… as of right now…

It's funny to sometimes think that I made as much as some celebrities or sports stars, just sitting behind my computer quiet as can be.

**Attachment R**          **PX 44, 4067**



You know this picture really just says it all. It really just puts things into perspective for me and makes me feel humbled and grateful.

So just so you can follow along with me...after graduating from UCLA, I had burdened myself with $80,000 in debt.

In that same year, which was 2012, I started trading and I took a job as a real estate analyst making about 32.5k annually…

In 2013, my trades earned me _MORE_ money than my own salary…

In 2014, my trades earned me nearly _DOUBLE_ my salary….

And in 2015, my trades earned me **_TWENTY SIX TIMES_** my starting salary for a total of $847,417!

And something I haven't old you guys yet… I had entered a contest to see who could be the quickest trader, to make a million dollars out of about 10,000 contestants.

In 2016, **_I passed $1,000,000 in net profits…_** and won the contest. And the prize was a brand new Porsche 911, of which I really like driving around.

**Attachment R**                    **PX 44, 4068**



Even though I'm not a hugely materialistic kind of guy, winning this car was a really nice cherry on top.

It was a really nice token to look back and think about how far I've come and so quickly.

What I learned over the years had really paid off.



**Slide 12**

1     Talk about contest w/ 10,000 traders. Show picture of car
        Kyle Dennis, 5/22/2017



Here's a couple more pictures of me.

On the left that's me with my parents, my younger brother, and my grandma at our Thanksgiving dinner at my aunt's house.

And on the right, that's me celebrating my 1 year anniversary.

Because I trade I can spend so much more time with these people that I truly love.



And I trade to help others.

That red arrow on the slide….that's pointing to how much my brother owed in student loans when he finished college. That's right..that is $26,124.35.

He went to art school out in San Francisco and was in a similar situation as me racking up that student debt.

He finished school and started working at Postmates (which if you guys haven't heard of is a food delivery app). He moved over to Twitter eventually and still works there, but throughout all of that he was saving and paying off all his debt.

You know, I remember exactly how it felt to be in that situation.

He came down from San Francisco for Thanksgiving in 2016 and I remember telling him that I was going to pay the rest of his debt, which was $26,124 and 35 cents.

He had been working so hard, been so smart, and because I trade...I was able to wipe that slate clean for him.

He was so thankful for that to be gone and to be financially free, but truthfully - and I don't

know how you would actually compare this - but I think I was actually felt better than he did.

To be able to help is honestly just one of the most empowering things you can do



And that's why I decided to teach and educate others how to do the same and is why I'm even giving this presentation…

Here's just a few tweets of some folks that have followed this training and trades.

You can see Lee making $900 and Kevin $4300 - and Krista and John booking some nice profits too.



So, let me ask you something

Why are you here today?

Why do you want to learn to trade the way I do?

For me, I have a passion for educating and for of course profits.

If you're here because you think this could help you potentially make more money, then you're in the right place.

Imagine if you could make more money using this game plan…

There's a funny saying, maybe some of you have heard it before.

It goes…"People say money can't buy happiness, but it can buy me a boat. And that makes me happy."

Let's just say, whatever your "boat" is in that saying. It could actually be a boat, or it could be an early retirement, traveling, a car, paying off debt, or literally anything.

Whatever that thing is that you want, let's work together here and get it.



So without further adeiu, the real reason why you are here, that 3 step game plan…

I'm going to be showing you my actual screen as I'm going through these steps with you. It's going to make things simple and easy.

# My 3-Step Plan for Finding Breakout Trades

➤ **Step 1:  Find a Catalyst Event**

BioTechBreakouts

Alright, let's get into it. Step 1 is to Find a Catalyst Event.

Now a Catalyst Event is…… {define it to remind them from the ebook}

**Attachment R**                    **PX 44, 4077**

STEP 1:

# Find a Catalyst Event

- Go to a free site: **Biopharmcatalyst.com**
- *Identify* those biotech companies with data releases in the next 1-3 months
- Be sure to note what the drug is treating
- Note what the *price and market cap* of the company are

> **Expert Tip:** Catalysts with a specific date of release (i.e. August 23, 2017) are the best candidates!

BioTechBreakouts





# Example 1: VSAR

| TICKER ◊ | PRICE ◊ | DRUG ◊ | STAGE ◊ | CATALYST ◊ |
|----------|---------|--------|---------|------------|
| VSAR | $15.95  -0.85 (-5.06%) | VRS-317 VELOCITY  Growth hormone deficiency, or GHD - pediatric | Phase 3 | 09/30/2017  Phase 3 top-line data due September 2017. |

- Company Ticker: VSAR or Versartis
- Current Price: $15.95 and market cap of $591M
- Drug: VRS-317 Velocity treating pediatric growth hormone deficiency
- Development: Phase 3
- Catalyst Date: Data due September 2017

BioTechBreakouts

**Attachment R**          **PX 44, 4080**



# Example 2: ATRS

| TICKER ◊ | PRICE ◊ | DRUG ◊ | STAGE ◊ | CATALYST ◊ |
|---|---|---|---|---|
| ATRS | $2.58<br>+0.01 (+0.39%) | Makena - auto injector<br>Preterm birth | – | 10/17/2017<br>sNDA filing announced April 17, 2017. PDUFA date October 17, 2017 assuming 6-month priority review. |
| ATRS | $2.58<br>+0.01 (+0.39%) | VIBEX QuickShot<br>Testosterone deficiency | PDUFA | 10/20/2017<br>PDUFA date October 20, 2017. |

- Company Ticker: ATRS or Antares Pharma
- Current Price: $2.58 and market cap of $400M
- Drug: Makena - auto injector for Preterm birth and VIBEX Quickshot for Testosterone deficiency
- Developmental Stage: PDUFA (FDA approvals)
- Catalyst Date: October 17, 2017 (estimated) and October 20, 2017

BioTechBreakouts

**Attachment R**          **PX 44, 4081**

# My 3-Step Plan for Finding Breakout Trades

➢  Step 1:   Find a Catalyst Event

➢  **Step 2:   Pair with a Bullish Chart Setup**

BioTechBreakouts

Okay, so far so good? Here's step 2... Pair the Catalyst Event with a Bullish Chart Setup.

STEP 2:

# Pair with a Bullish Chart Setup

- Pair that catalyst event with a *bullish chart pattern*
- **Continuation Patterns:** Bull Flags
- **Reversal Patterns:** Double bottoms and oversold conditions
- **Momentum Patterns:** Fibonacci Retracements and Breakouts
- **Keep it simple:** channels and horizontal support and resistance lines

**Expert Tip:** Oversold and reversal patterns are typically the patterns newer traders find the most success with!

BioTechBreakouts

**Attachment R**          **PX 44, 4083**

# Continuation Patterns

- The Bull Flag is one of my favorite continuation patterns.
- After breaking to the upside, shares consolidate (trade in a range), getting ready to breakout again and "continue."
- This is a <u>very</u> reliable pattern when paired with an upcoming catalyst event.

BioTechBreakouts

**Attachment R**          **PX 44, 4084**

# Example

- There are three areas to notice.
- The previous breakout point creates the initial volume and interest in the stock.
- The flagpole is the momentum out of that breakout.
- Then, we watch for that flag formation for a continuation again to the upside.



BioTechBreakouts

## Momentum Patterns

- The Fibonacci Retracement is a classic chart pattern which reliably predicts very short term upside.
- Here are the steps involved:
    1. Company Releases good news and shares soar
    2. Shares dip over the next few days due to profit takers and short sellers
    3. At about a 50% retracement, value buyers step in and short sellers cover.
    4. Shares pop to the upside.

BioTechBreakouts



## Reversal Patterns

- The oversold or bottom reversal is a simple pattern that can give you a an amazing risk to reward.
- Here are the steps involved:
  1. Company releases bad news and shares drop.
  2. Holders of the stock before sell and cause shares to remain artificially low.
  3. Shares begin to find support and trade sideways.
  4. A small news release or an upcoming data point provides a reason for the stock to go back up.
  5. Shares rocket up into the gap above!

BioTechBreakouts



# My 3-Step Plan for Finding Breakout Trades

➤ Step 1:   Find a Catalyst Event

➤ Step 2:   Pair with a Bullish Chart Setup

➤ **Step 3:    Manage Risk to Reward**

BioTechBreakouts

Okay, so we've learned how to find a catalyst event and how to pair it with a bullish chart setup... Now you're going to learn what could be considered the most vital step of all... Managing your risk to reward...

**Attachment R**                    **PX 44, 4090**

STEP 3:

# Manage Risk to Reward

- *Analyze* the Insider Activity (Form 4's)
- *Analyze* the Institutional Fund Activity (Form 13D's)
- *Identify* the Cash Reserves and Compare to Expenses
- *Review* the SEC Filings (looking for Form S-3's and recent Earnings calls for more)
- **Answer the question**: "How important is this catalyst to the company's long term success?"

**Expert Tip:** Companies that have very few drugs in late stage development typically have the best runups, but are also the most risky!

ℤ BioTechBreakouts

So here's the secret sauce that is going to make you OUTSIZED returns. It's all about risk management and just doing a little bit of homework.

**Attachment R**                    **PX 44, 4091**

## Analyze the Insider Activity (Form 4's)

- Form 4's are SEC Filings that tell you when an Insider buys or sells shares
- We want to see big buys ahead of a Catalyst Event
- It is best when we see the high ups in the company buying (CEO, CFO, CMO)
- If multiple insiders are buying...even better!
- **Be sure to note**: We want to see actual buys, not free shares given to the employees of the company.  Make sure the "Price" section says something above $0.00!

BioTechBreakouts

**Attachment R**          **PX 44, 4092**



- Note the Name, Position, Date, Share Amount, Price, and Total Holdings

- Example: Adrian Adams (CEO) bought 500,000 shares on 03/15/2017 at $2.4619

**Attachment R**     **PX 44, 4093**

## Analyze the Institutional Fund Holdings

- Following reputable institutional funds is a great way to generate ideas.
- My favorites biotech funds are: Baker Brothers, Perceptive Advisors and Orbimed
- To check go to Nasdaq.com, type in your ticker, and then click on Institutional Holdings on the left hand side near the bottom
- **But be careful**: Funds only have to report every quarter, so the results are in the past. This means that the fund may have sold their entire position (or added) in between the time they had to report.

BioTechBreakouts

**Attachment R**                    **PX 44, 4094**

- Note the Owner Name, Date, Shares Held, Change in Shares), Change %, and Value

- Example: Baker Bros Advisors LP owns 7,288,300 shares as of March 31, 2017 and they did not buy or sell any share in the last quarter. This totals over $65M.

- Although smaller holders, my other favorite biotech funds hold NVTA also!

**Attachment R**                    **PX 44, 4095**

## Identify the Cash Reserves and Compare to Expenses

- Go to the Company's Website and Find the "Investor Relations" Section
- Click on the "SEC Filings" section and look for the most recent 10Q (that is the Company's Quarterly Earnings Report).
- Near the top you will find the Company's Balance Sheets.
- One of the very first line items will be "Total Current Assets".
- You will want to compare that to how much the Company is losing (or making) each quarter.
- **Here's why**: Biotech companies have to use tremendous amounts of money to develop drugs. You want to compare how much cash they have to what they are spending to see if they will need to raise money soon. If they have little cash, they are likely to raise. Simple as that!

BioTechBreakouts

**Attachment R**          **PX 44, 4096**

# Review the other SEC Filings

- Go to that same "SEC Filings" section.
- Click and read through the highlights and recent milestones of the company in the 10Q.
- Note those approaching data events.
- Also note how many drugs the company is trying to test. The smaller amount of drugs being tested, generally the riskier the stock!
- Search for recently filed S-3's. These forms can also help you identify if the company is getting ready to raise money.

BioTechBreakouts

**Attachment R**          **PX 44, 4097**

## My 3-Step Plan for Finding Breakout Trades

### K E Y   T A K E A W A Y S :

1. Catalyst events cause *price appreciation*

2. Bullish chart patterns help *perfect your entry points*

3. *Research* can define and limit your risk

BioTechBreakouts

Recap the three key takeaways…

1. Catalyst events cause price appreciation
2. Bullish chart patterns help perfect your entry points
3. Research can define and limit your risk

Guys, these are the 3 big steps that I used to turn $15,253 into $2,855,475…

Write them down, don't forget them, they're incredibly valuable…

Now, Let me ask you something….

**Attachment R**                **PX 44, 4098**

So I 100% want you all to learn how to replicate my process, so you can research and execute the same trades I do.

The 3-step process is super simple, but just like you might need to do batting practice as a baseball player, shoot practice jumpshots as a basektball player, or play practice games if your a chess player --  you need practice and repititions to perfect anything. And that applies to trading too.

I know this 3-step process works. And all you need is that practice to perfect it for yourself.

Then, you might get that "boat" we were talking about before.

What's nice about this is that it is a strategy that is methodical and repeatable. This isn't gambling. This is a scouting report for what stocks to trade and when. It helps eliminate emotion and promotes execution.

And when you perfect it, what is even nicer, is that their are upcoming catalysts every month, every year, over and over and over.

That means that month after month, you should be able to produce a recurring revenue stream --just like the one that helped me save my money, quit my job, and gain that

**Attachment R**                                          **PX 44, 4099**

financial freedom that I really wanted.

And since I've taught and done all this before, I'm confident you can do it for yourself too.

Let me show you how and I'll be your guide.

**Attachment R**                    **PX 44, 4100**



This is exactly what I'm talking about. This is my FDA Insider Alert Service.

If you want to see this plan in action and if you want the potential to generate massive returns, then this for you.

I have two very simple goals every year with this service:

1. Teach you the same exact process I use
2. Generate massive profits

I make everything very easy to follow and very easy to learn, so no worries.

And I'm hungry guys. I'm 27 and there's no way I'm stopping at $2.8M. We will be looking for the best opportunities and extracting every dollar we can out of them.

You can watch and follow along as that $2.8M number keeps balooning upwards. I already have thousands of students generating very large returns, and I know they arent stopping there either.

So let's take a closer look at this trade alert service with a list here that will keep growing…

**FDA Insider Trade Alert Service ™**

→ **Catalyst Trade Alerts**

So the first thing you are are going to get with my trade alert service is my Catalyst Trade Alerts. These are the bread and butter of my service.



So here's what happens.

That 3-step process we went over above, I do all that work for you. Now, I want you to follow along and LEARN, because that's the key long term.

But I do all that for you. And I look for only the catalyst trades with the best risk to reward ratios.

That means I look for the catalysts, pair them with the best charts, and look through the SEC filings to limit our risk.

Combining the fundamental reasons to own the stock with the technical reasons exponentially increases your returns, limits your risk, and most importantly gives you more confidence.

Because how many of you don't know when do buy or when to sell? How many of you hold on too long on the downside, and get greedy when the stock goes your way?

Well, when I find the bests opportunities, I email and text them right to you the second I buy. That provides you with the examples and execution of the 3-step process.

I provide the date of the catalyst event, a "Buy Range" of where the stock looks good to me, a "Profit Range" where I'll be looking to sell for gains, and a "Stop Range" where I'd be looking to stop out for a loss.

Typically, I'm going for a 30% win and risking about 10%.

Sometimes its more, sometime its less depending on the stock and situation, oh and tyipcally I'm looking to gain at least 100% on my account every year. Sounds ambitious, and I know it is, but I've done it many times.

Now, like I was saying earlier, the learning process is most important.

I'm sure all of you have probably heard this saying:  "Give a man a fish and you feed him for day. Teach a man to fish and you feed him for a lifetime."

So sure, if you can make $3000, $4000 on a trade. That's fantastic, but really excites me is the repetitions long term.

I want you to learn how to fish...and that's why I created a Course to excellerate your learning curve and get you up to speed very quickly.

Abd I'm sure you have questions from our 3-step process, of which all will be answered in the longer trading course here in a second.

**Attachment R**                                                    **PX 44, 4104**

# FDA Insider Trade Alert Service ™

→ Catalyst Trade Alerts

→ **The Advanced Biotech Trader Course**

BioTechBreakouts

So like we were saying, what this means is that you're first going to get my Catalyst Trade Alerts and also my  Advanced Biotech Trader Course



So the advanced biotech trader course is broken down in to 10 easy to follow lessons.

You'll go from saying "Kyle, what is a drug release date" to analyzing and understanding exactly how the industry works.

To many traders out there try to trade and know everything. The market is too big and you're competing with hedgefunds, mutual funds, and institutions that have billions of dollars.

What I like to do is define and establish a niche as a trader. You become and expert at a small area in the market, and you can beat out others who don't know as much as you.

It's the same thing as if you are good working with metals. Maybe you focus on making the best samurai swords in the world rather than trying to engineer and build the best buildings.

And what that means is that you can become the best at what you do. And make a tremendous amount of money doing it.

But again, I'm all about education. So let's move on to the next piece...

**Attachment R**                    **PX 44, 4106**

# FDA Insider Trade Alert Service ™

→ Catalyst Trade Alerts

→ The Advanced Biotech Trader Course

→ **Daily Biotech Watch Lists**

So far you are going to get my Catalyst Trade Alerts, then you're going to get my Advanced Biotech Trader Course and you're also going to get my Biotech Watch Lists.

**Attachment R**          **PX 44, 4107**

95% of my trades are going to come right off my biotech watch list…

So you'll know exactly what stocks I'm looking to buy ahead of time. You can follow along and plan just like I do.

These watch lists are super important because you'll understand the process, which stocks I'm eyeing, and why.

The research is done, the catalyst is selected, the chart is there, and the zones I'm looking to buy, hold, and sell are all there for you too.

Then what happens is I pick the ones off the watch lists to make buys ahead of their catalyst events. I'll typically buy one-third of my position at a time. Averaging into a stock with multiple buys to get a nice average price.

I try to buy on dips near support on good patterns. It's as simple as that.

## FDA Insider Trade Alert Service ™

→ Catalyst Trade Alerts

→ The Advanced Biotech Trader Course

→ Daily Biotech Watch Lists

→ **Portfolio Summary Videos**

BioTechBreakouts

You're going to get my Catalyst Trade Alerts, my Advanced Biotech Trader Course, my Biotech Watch Lists AND next…..my portfolio summary videos…

**Attachment R**          **PX 44, 4109**



What's really key is that each week you'll want to hear my thoughts on the portfolio holdings, right?

Since most of the time I'll be holding these stocks about a month, on Friday's I'll send you a portfolio summary video describing what's been happening to the stocks.

I'll talk about any relevant news that was released, the price action of the stock, if we are making any adjustments, and I'll also give you my commentary on the sector and market as a whole.

You'll be watching over my shoulder as I share my insight and how each stock is effected differently by news.

This will help you gain confidence, give you reassurance, and provide you the background to you can become a self-sufficent biotech trader.

## FDA Insider Trade Alert Service ™

→  Catalyst Trade Alerts

→  The Advanced Biotech Trader Course

→  Daily Biotech Watch Lists

→  Portfolio Summary Videos

→  **Full Education Library**

BioTechBreakouts

Speaking on self sufficiency...Not only are you going to get my Catalyst Trade Alerts, my Advanced Biotech Trader Course, my Daily Biotech Watch Lists AND my Portfolio Summary Videos… But you're ALSO going to gain access to my Full Educational Library

**Attachment R**          **PX 44, 4111**



Now this is something I'm really proud of.

This education library already consists of 36 Videos that are the "cherry on top."

They are about all sorts of topics that will benefit you whether you are trading biotechs, gold, technology, coal, retail. Whatever your favorite sector, these videos will give you that extra edge.

Remember, the market is a competition. You are competing against millions of others trying to make money. You need to know more than those guys and give yourself the edge that those traders are missing.

Consider this the "steroids" for your trading. I'll share with you a lot of the things I've learned over the years that most don't even consider.

Like "what is the psychology of news and why do some stocks go up on negative news and down on positive news", "how do companies raise money, and how to trade it," "what are the best chart patterns and why do they work," "what are the best books to read".

And what's great is that these videos will continue. I'm constantly producing content, so there will always be something new. And if you want to know about a certain topic, just

email me and I'll likely make a video on it.

## FDA Insider Trade Alert Service ™

➔ Catalyst Trade Alerts

➔ The Advanced Biotech Trader Course

➔ Daily Biotech Watch Lists

➔ Portfolio Summary Videos

➔ Full Education Library

➔ **'Tight Ship' Support**

BioTechBreakouts

Speaking of emails, you also be getting my "Tight Ship" support team.

**Attachment R**          **PX 44, 4114**



So like I said, you have a question, comment, or concern?

Email me anytime directly kyle@biotechbreakout.com

And if you just want to learn something specific, just shoot me an email and I'll get on it.

I just want to make sure you get the attention you need.

## Special Bonus:

So, that wraps up everything that's in my service… but because you're here today, I'm going to do something I don't usually do and throw in something else in there as well…

**[HIT SPACE BAR]**

On top of my entire service, I'm going to give you FREE access to my 'Triple Profit Calendar'!

I'd really need a whole webinar to go over this service haha but it's absolutely amazing.

I select my 1 or 2 favorite stocks per month in any sector of the market and deliver them right to you via email and text message.

The only criteria I have is that I want to see massive upside potential, with limited downside risk. I've made a killing with these kinds of stocks and I want you to as well.

And that's included for free..



Alright, let's do a recap of everything you're going to get here…

You're going to get my Catalyst Trade Alerts sent right to your phone and email inbox…

You're going to get The Advanced Biotech Trader Course to accelerate your biotech trading.

You're going to get my Daily Biotech Watch Lists so you can know which stocks I want to buy, before I do.

You're going to get my Portfolio Summary Videos where I'll share any updates and my thoughts on each company.

You're going to gain access to our Full Educational Library which will give you that trading "edge".

You're going to get my 'tight-ship' support, where you can reach out to me and my team with any concerns or questions you have.

Plus, you're getting FREE access to my 'Triple Profit Calendar'!

Guys, this is an incredible deal that I probably shouldn't even be offering haha.  Everything you need will be provided to you by me as I share the process that helped me turn $15k into nearly $2.9M.

**[HIT SPACE BAR]**

Now, as you can see listed above, this service is valued at about $2,000… Which again is a complete steal.

As I was saying way back at the beginning of this presentation, I only want those traders who are dedicated and passionate. Because if you don't have those two things, you won't be successful.

And since you have stuck through this presenation, I know that you are both dedicated and passionate.

I want traders with a level head, who can think and rationalize through their trades.

Because you're here and *you're dedicated*, you're not going to pay $2,000.

**[HIT SPACE BAR]**

You're only going to pay 399!

**[Provide the link]**

==That's a rediculous 80% off!==

When you click the link I've just put up, you'll be taken to a page where you can join…

For just 399, You'll take my strategies, develop your own unique strategies based on what you learn and combine that with your own experience, then hopefully make tons of money... and then my favorite part. When people ask how you did it, all I ask is that you say I pointed you in the right direction… and YOU did the rest.

And that's what I really love. When my members message me "hey thanks Kyle for the $3000 profit on that Halozyme stock". I don't say you're welcome. Rather I say pat yourself on the back. Because you did the research, you made the buy, you made the sell, you made the money. So congratulate yourself and let's do it again.

[Pause]... A ton of you have already joined… That's awesome, listen I'm super excited about this and I'm so glad you guys are on board with me…

**Attachment R**                                      **PX 44, 4118**

Really excited guys…

So, there has to be a "catch" right….well there is, but its' just a small one

**[HIT SPACE BAR]**

Well, this discount is only being given to the first 50 new sign ups today… And right now, there's a lot of you watching this (some of you have already joined), so if you are serious, this would be a good time to click that link I provided and join.

So, the limit on the discount is there for an important reason… The truth is I DON'T want more than 50 of you to join.

Like I mentioned I run a tight ship, I want to be able to interact with you uniquely, and I'd rather curate a small group of dedicated and passionate biotech traders that make money rather than let anyone and everyone join. Of course you can still join at the regular price, but just so you're aware, that's the reason I actually try to discourage having too many people in the service, since I don't want to degrade the experience… Which is also why I don't want to hold these events very often…

This service is real. Real people are making real money. And I want that community to be strong and supportive. Here's what some of them had to say...



*[Read them at an easy pace]*

I love feedback, as it helps me know what I'm doing right and wrong and better my service for you.

I've got a list of some feedback from my members here, I won't read them all...

Dan said, "Kyle's service is one of the best. He's thorough and patient and has a way of teaching that is easy to understand, the videos and webinars are instructive and great to refer back to. He really goes out of his way to mentor and does exhaustive research on each stock he recommends and keeps after them. He never throws out a pick of the day and moves on. Having Kyle as a mentor was the right choice to make me a better trader. I can't recommend Kyle's service enough!"

A.Y. said, "Kyle, Just a quick note to say thank you. I made $4821 from AKAO, my BIGGEST WIN EVER! My second biggest win, HTBX was also from your watchlist. So glad that I found this place. The education videos are awesome. Your insights on each stock on the watchlists really helps me pick a safer stock that I'm comfortable playing.
Thanks again for the great service!"

Jeff Bishop said, "One of the first trade alerts I got from Kyle was on biotech stocks MRNS

and BLRX a few weeks ago. After doing my own research, I bought both of them with a speculative bet of $24k. In less than a month I'm now sitting on OVER $35,000 on these trades. Thanks so much Kyle! Keep them coming!!!"

G.M said, "Hi Kyle, Wanted to pass along a brief note on what a great job you have done since the start of the service. I love the reports which are full of information which saves me a tremendous amount of time on research and helps me make better trade choices."

There's a ton of these but I'm not going to read them all.



So, I'm sure a great deal of you have questions, so now I going to open things up to a Q&A, if you have any questions, this is the time to get them answered…

There's already a ton of questions pouring in here, so if I don't get to yours in time I apologize in advance.

Go to next slide and answer questions

**Attachment R**          **PX 44, 4122**



[Answer some questions that help sell]
How much money do you need to have in your account? Any amount, I'll be running a 100k protfolio, leanring etc

I work full time, will this service work for me?

How often will I receive alerts? Do I need to do them all?

What the most you've made on a single trade?


Etc.

Alrighty guys, I'm super excited. Thanks to all of you have joined already. I'm 100% confident you will not be dissapointed.

Those seats are really going fast, so if you are on the fence, take the plunge for yourself. That's what I had to do when I first started and it paid off huge.

There's really very little downside here so don't let this opportunity slip on by.

**Attachment R**                    **PX 44, 4123**

I've got to get going, but again, thank you all for coming, for learning, and for giving yourself the opportunity to change your life.

For those of you that jumped on board, I'll be in touch soon! And for those of you just a click away...I know I'll see you too!

Cheers guys!
...

So, again you're going to get my Catalyst Trade Alerts which have a high probability of success, a favorable risk to reward ratio, and an annual return goal of X…

You're going to get The Advanced Biotech Trader Course to take you from 'new trader' OR 'seasoned trader' to biotech catalyst trading master.

You're going to get our Daily Biotech Watch Lists which you can use to help you win major opportunities that most traders can't even spot.

You're going to get our Portfolio Summary Videos which will help you greatly expand your working knowledge of Biotech, Finance, and Technical Charting.

You're going to gain access to our Full Education Library which includes 36 Educational Videos to climb to the top of the ranks in the biotech industry.

You're going to get my 'tight-ship' support, in which you can reach directly out to me to get any of your questions answered.

Plus, you're getting FREE access to my 'Lightning Alerts Chat Room'!

Now, considering everything that's included in my service, there's really nothing to compare it too… No where else can you find such a specialized trade alert service that's geared towards such results… My results are 3rd party verified and as I've proven year after year… it can be repeated, too.

So if all this did was give you a shot at a new 'recurring revenue source' with the potential to outperform your current salary or retirement portfolio, what would it be worth to you?

Depends how much you make, right? Keep in mind in the last few years I was able to turn $15,253 into $2,410,718… So will you work hard and shoot for $1,000, $5,000, or maybe even $10,000 each month? That's entirely up to you...

**[HIT SPACE BAR]**

**Attachment R**                                        **PX 44, 4124**

Now this service is valued at X… Which in my opinion is a steal. X is what the typical person pays that hears about me from a friend and finds there way onto my website.

But since you've stuck through this presentation, I already know that you're someone I want using my service… Because you're dedicated… I only want dedicated traders to join because I know that they will put in the effort to make money with me and not be foolish with their money and do anything bogus…

Look, just because we shoot for big catalyst-based returns doesn't mean you shouldn't use proper portfolio allocation... And don't worry I have a lesson on that in the Biotech Insights Library.

Anyways, I'm getting off track. Because you're here and *you're dedicated*, you're not going to pay X.

**[HIT SPACE BAR]**

You're only going to pay Y!

**[Provide the link]**

That's Z off! When you click the link I've just put up, you'll be taken to a page where you can join…

For just Y, You'll take my strategies, hopefully make a ton of money, develop your own unique strategies based on what you learn from me combined with your own experience... and when people ask how you did it, all I ask is that you say I pointed you in the right direction… and YOU did the rest.

[Pause]... A ton of you have already joined… That's awesome, I'm so glad you guys are as excited about this as I am…

Really exciting guys…

So, does it all sound too good to be true?

**[HIT SPACE BAR]**

You might be asking yourself, what's the catch? Well, this discount is only being given to the first 50 new sign ups today… And right now, there's a lot of you watching this (some of you have already joined), so if you are serious, this would be a good time to click on the link I've

provided and join.

Guys, the limit on the discount is there for an important reason… The truth is I DON'T want more than 50 of you to join. Like I mentioned I run a tight ship, I want to be able to interact with you uniquely, and I'd rather curate a small group of astounding biotech traders than let anyone and everyone join. Of course you can still join at the regular price, but just so you're aware, that's the reason, I actually try to discourage having too many people in the service since I don't want to degrade the experience… Which is also why I don't want to hold these events very often…

So, I only want 50 dedicated traders today, and the 50 of you will join my group of traders that have already been killing it in the biotech sector with me during the short time span this service has been available… Here's what some of them had to say...

Learn How to I.G.N.I.T.E. a Possible 1,000% Gain on a Single Trade

*Presented by* Kyle Dennis

Hi everyone, and welcome to this very special event.

This is NOT a 'trading webinar', this is NOT a 'training on some trading tips'…

THIS… is an opportunity…

An opportunity to learn how you can potentially land 1,000% gains on a single trade…

Something that most traders would immediately balk at, scoff at, and rule out as something too unlikely to even attempt…

Well guess what, as a four-time trading millionaire who literally rose from at $15,000 trading account, I can tell you that it is possible, and right now, I'm going to show you exactly how it is possible to land a 1,000% gain on a

single trade using what I call my I.G.N.I.T.E. process… More on that in a moment.

## Disclaimer

*The information presented in this site is not intended to be used as the sole basis of any investment decisions, nor should it be construed as advice designed to meet the investment needs of any particular investor. Nothing in our research constitutes legal, accounting or tax advice or individually tailored investment advice. Past performance is no guarantee of future performance. This product is for educational purposes only. Practical application of the products herein are at your own risk and OptionRocket.com, its partners, representatives and employees assume no responsibility or liability for any use or misuse of the product. Please contact your financial advisor for specific financial advice tailored to your personal circumstances. Actual results may differ. Nothing here constitutes a recommendation respecting the particular security illustrated. OptionRocket.com is not an investment advisor and is not registered with the U.S. Securities and Exchange Commission or the Financial Industry Regulatory Authority. Further, owners, employees, agents or representatives of Option Rocket are not acting as investment advisors and might not be registered with the U.S. Securities and Exchange Commission or the Financial Industry Regulatory. This may be a pre-recorded event. Kyle's results are very atypical and you should not expect to replicate them. Trading stocks, options and other securities involves risk. The risk of loss in trading securities can be substantial. The risk involved with trading stocks, options and other securities is not suitable for all investors. Prior to buying or selling an option, an investor must evaluate his/her own personal financial situation and consider all relevant risk factors.*

Now, before we get started, I need to put up the disclaimer here.

Trading involves risk. Don't be reckless. Don't put all of your money in a single trade. That's a bad idea. Really, what it comes down to is, just be smart with your money.

In fact, everything I'm going to teach you, involves limiting your risk… Because that's what we're all after, right? High-potential gains? But we don't want to be super risky to achieve those gains… So we carefully limit risk. And we'll talk more about that later in this presentation.

I've developed some SIMPLE ways I protect my account and I'll share that as we go on.

**Attachment R**                                      **PX 44, 4129**

Okay, so, I want you to know, that if you really do make an effort to understand what I'm about to share with you, you quite possibly could hit a 10X trade somewhere within the next 30 days…

I know this idea is bold, which is why I know I have to do much more today than tell you I turned $15,000 into $4 million over the last 5 years… Which is why I'm going to show you the exact mathematical reasoning to support how everything works here…

**Attachment R**                              **PX 44, 4130**

# Don't Blink, You Might Miss It!

- **Give me all of your attention…**
- **You're about to learn my biggest secrets...**
- **Trust me, you will NOT want to miss a thing!**
- **Save questions for the end.**

This is going to be quick and to the point, so give me your attention, close your other tabs, mute your phone, and close the door.

Pay attention. Take notes on my I.G.N.I.T.E. process if you'd like... And give me your full attention.

I will spend an hour at the end of this session to answer any questions you have, so please wait until the end to ask anything.

Oh, and by the way, make sure you stick around for the entire presentation, because at the end, there is something really special that you are not going to want to miss...



Alright, let's cut straight to the chase… There are really just **3 things** you need to do if you want the chance to hit a 1,000% gain on a single trade…



This is the first one…

You need to pick trades with the I.G.N.I.T.E process…

This is a process I've created on my own, and I'm about to show you exactly what it is… But here's the reason for using it…

If we're going to shoot for gains as high as 1,000%, the LAST thing we want to do is pick the wrong trades…

I don't place a trade like this without incredible conviction. And I get that supreme level of confidence and conviction by using what I call the I.G.N.I.T.E. process…

So instead of the usual high number of trades I do in a given month… This is about carefully looking all month for just one or two trade opportunities that meet the extremely high requirements of this I.G.N.I.T.E. process… This

literally rules out almost any of my ordinary picks…

It leaves us with the BEST of the BEST… Which immediately <u>minimizes our risk</u> and <u>maximizes our upside potential</u> BEFORE we even place the trade!

Now this next slide is golden. It might be overwhelming at first, but don't worry, this will be quite easy as you'll see later in the presentation.

## My I.G.N.I.T.E. Process

**Insiders:** I use my own custom proprietary scanning system to look at my favorite insiders and their up-to-date track record of buying and selling.

**Growth:** I analyze the growth prospects of the company. If it's a speculative company, I evaluate the likelihood of its capacity to disrupt the market around it.

**News:** I use my proprietary catalyst method to dig through past (historical) and future (catalyst) news which the market hasn't realized yet or has gotten completely wrong.

**Institutions:** I follow the activity of the "big money." The people "in the know"...

**Technicals:** This is chart analysis. I've looked at 1000's of charts, and I know exactly what I'm looking for to make the perfect entry.

**Earnings:** Earnings calls give us additional updates on catalyst and future drivers of growth. I listen in to those calls and look for opportunities others are missing.

I.G.N.I.T.E. is an acronym I've coined that stands for Insiders, Growth, News, Technicals, and Earnings…

It is a literal breakdown of my exact process that I use to vet any of the potential 1,000% gain opportunities for the utmost confidence…

Using this process I am able to <u>substantially</u> increase my confidence that I've got a winner on my hands….

Feel free to take a screenshot of this page if you'd like. It's jam-packed with everything I use to ensure big winners…

And that's what can enable us to I.G.N.I.T.E. these large potential winners.

I'll walk you through it briefly…

**[ Walk through each step and either read exact <u>or</u> explain off-the-cuff ]**

So there it is...

**Attachment R**                    **PX 44, 4136**



If you didn't quite get all of that, don't worry, it will all make sense in a moment...

Now, if you're going to place a serious high-potential trade… Even after minimizing our risk and maximizing our upside potential with the I.G.N.I.T.E. process…

We need need to place the trade in a way that FURTHER limits risk and GREATLY increases our upside potential…

And that brings us to part 2...



Place an *"Options"* Trade with a *50% stop loss*…

There's really two things here…

First, the options trade… why an options trade instead of my usual stock trade?

Well, if you've been following me for a while, you might already know that my track record includes a decent amount of great stock trades… In my basic trading alert service, I make a ton of trades, and some of them I know are going to do better… and some of those really do end up being 100% gains or greater…

So, in knowing that, I decided, hey, is there anyway to squeeze more money out of these particular trades without just placing more money on each trade?

**Attachment R**                                        **PX 44, 4138**

That's when it dawned on me. There it is! It's been right under my nose the whole time while I was busy stock trading and turning my $15,000 into $4,000,000… OPTIONS. It's about time I started using options leverage on these ones that I'm supremely confident in *(the few that successfully go through the I.G.N.I.T.E. process)*...

# Don't Know Much or Anything About Options, Doesn't Matter...

But let me just briefly say, if you don't know anything about options don't worry, it's not that scary… Maybe you've never traded options before, maybe you're an expert at them, it doesn't matter, because either way, that's just the tool I'm using… and it's super basic stuff as you'll see.



So, why options? Because options can provide you with the ability to get that **10x leverage with limited downside risk.**

When a stock doubles, an option can 10x…

Suddenly, using options leverage, I'm theoretically able to turn potential 5% gains into 50% gains, 20% gains into 200% gains, and 100% gains into 1,000% gains…

Boom. Like magic, we've just amplified everything by a factor of 10….



Now, even though we don't place any of these trades without high certainty from the I.G.N.I.T.E. process… We still make sure we put a 50% stop loss, so you never lose more than half of your position on a given trade… Plus, if you're one of my avid followers, you also already know not to place a trade with more than about 10% to 20% of the size of your portfolio.



Alright, part 3… Once again, you know I don't like to take on too much risk, so here's what I do…

On any of my options trades… once I double my initial investment (*which is technically just a 10% gain on an ordinary stock trade*)... I take half of the money off the table…

This means we're going to let the rest of the trade ride on the house's money… and then we let the option rocket takeoff...

By doing this, we ensure that we at least keep our initial investment...



Finally, BLASTOFF!!!! We then let the option rocket continue to do it's thing…

With our remaining position, we could potentially go to 200%, 300%, 400%, 500%, 600%, 700%, 800%, 900%, 1,000% or even higher!

How do I know this? Because I hit 100%+ on <u>stocks</u> fairly frequently, and now, with <u>options leverage</u>, those can theoretically now be 1,000%+!

Even if I hit what would be a 30% gain on a stock… it's now 300%! Do you see the magic here?



So, let's look at some recent 'stock' trades I've made… Ones that have returned me 100%, where if I had just used options leverage, could have been 1,000%. I just want you to see that these are not that uncommon for me and for you to see that connection between a winning 100% stock trade and a winning 1,000% possible options trade, so you can see the foundation of these monstrous opportunities…



**EXAMPLES - Show 100% Gains / Show "Could Have Been" 1000% Gains**



**EXAMPLES - Show 100% Gains / Show "Could Have Been" 1000% Gains**



**EXAMPLES - Show 100% Gains / Show "Could Have Been" 1000% Gains**



**EXAMPLES - Show 100% Gains / Show "Could Have Been" 1000% Gains**



**EXAMPLES - Show 100% Gains / Show "Could Have Been" 1000% Gains**



**EXAMPLES - Show 100% Gains / Show "Could Have Been" 1000% Gains**



**EXAMPLES - Show 100% Gains / Show "Could Have Been" 1000% Gains**



**EXAMPLES - Show 100% Gains / Show "Could Have Been" 1000% Gains**



**EXAMPLES - Show 100% Gains / Show "Could Have Been" 1000% Gains**



**EXAMPLES - Show 100% Gains / Show "Could Have Been" 1000% Gains**



**EXAMPLES - Show 100% Gains / Show "Could Have Been" 1000% Gains**



**EXAMPLES - Show 100% Gains / Show "Could Have Been" 1000% Gains**

**Recap**

Key Takeaways

1. Use the I.G.N.I.T.E. Process

2. Place 'Options' Trades with a 50% Stop Loss

3. Once You Double, Take Half Off the Table, Let the Rest Potentially Ride to 200%, 300%, 400%, 500%, 600%, 700%, 800%, 900%, or Even to 1,000% or Higher!

Explain Key takeaways then….

Now, I know you can do all of this, because I've just shown you how… But by far, the hardest, and most important piece of this, is that I.G.N.I.T.E. process… It defines the difference between incredible success and no success at all…

Which is why I'm going to make it SUPER EASY for you…

I spend nearly every minute of the 7-hour trading day researching, scanning, and analyzing possible trade opportunities with my I.G.N.I.T.E. process. Only when all 6 of these elements align perfectly will I trigger an alert to buy. This means, by the time an alert get to sent to you, it will be the result of me thoroughly vetting the opportunity…

And you won't have to do even the slightest amount of research if you don't want to…



Introducing: OPTION ROCKET… Now you can just place these POWERFUL trades alongside me… These monstrous trades that I don't give out anywhere else…

I put so much work into these and vet each trade so thoroughly, that even after I spend about 100 hours throughout the month pouring over 1,000's of trade opportunities, I typically only end up with 1 or 2 trades that make the cut each month, which in turn, makes it really simple on your part…

**Attachment R**                    **PX 44, 4160**



You can just place the trades alongside me… I've turned $15,000 into $4 million, so it's safe to say I know what I'm doing…

And even if we don't hit the 1,000% mark as frequently as we want, and instead you get a handful of 200% gains, 400% gains, and occasional 700% or 800% gains, you're going to be stoked, right!? I know I will! There is NO WHERE ELSE that you can get trade opportunities of this caliber…



And what's really neat about this whole thing, is that this will only require just a couple minutes a month for you to execute…

You just need a smartphone or a laptop, and an internet connection so you can log in and place your trades...

## Check Out What Early Members Are Saying!

YOU'RE getting in early… but there are a handful of people inside already, and here's what they're saying…

# More Testimonials

## More Testimonials

## More Testimonials

PX 44, 4166

# More Testimonials

## If You Can Say "YES" To ANY of These, Then This Is a "No Brainer" for You...

- Understand that I turned my $15K account into $4MM.
- Understand that I spend 100+ hours looking for these perfect trades each month with my proprietary I.G.N.I.T.E. process.
- Trust my trades more than your own.
- Have a few minutes each month to spare for trading.
- Believe in the risk vs. reward model of what I've shown you today.
- Are excited about possible 100% to 1,000% gains on your trades.

This is a NO-BRAINER!

If you understand that I turned my $15K account into $4MM....
If you understand that I spend 100+ hours looking for these perfect trades each month with my proprietary I.G.N.I.T.E. process...
If you trust my trades more than your own...
If you have a few minutes each month to spare for trading...
If you believe in the risk vs. reward model of what I've shown you today...
If you are excited about possible 100% to 1,000% gains on your trades...

THEN THIS IS FOR YOU!

**Attachment R**                    **PX 44, 4168**

# This is the alpha-omega of trade alerts.

Now, I'll be honest with you… This is my life's work…

Everything I've learned growing my account from $15K to $4MM…

I've learned a ton, and now, I'm putting it to work here big time…

I believe I'm easily set to break $10MM this year with my account… and trust me, I personally play it safe…

So I know this could be game-changing for you…

I still remember when I broke a million… That year, I think I made about $800,000… That put me on the map…. And now, I want to put YOU on the map, with all that I know today, that I didn't even know back then…

There is truly nothing else like this out there. This is the alpha-omega of trade alerts.

**Attachment R**                    **PX 44, 4169**

# So, What Do Option Rocket Trade Alerts Cost?

Now, because this is so special to me… I've got a high retail price on this…

HIT SPACE BAR

$3,999...

I can't give this to my regular subscribers… It's just too freaking good…

If you go to my website, you'll see that price… $3,999…

But, today, since you've stuck through this, and you see the value, and you clearly want to succeed, I'm going to cut you a deal…

Right now, you won't have to pay $3,999 like everyone else…

# Get a Massive 50% Off (You Save $2,000)

Right now, you'll get 50% OFF and only pay $1,999…

That's a savings of $2,000 right out of the gate...

And if you want it, act now. Because there's a lot of hungry traders in this presentation and...

HIT SPACE BAR

I'm only making this discount available for the first 15 traders to join today…

When you click to the page, you'll see if you made it or not, but be aware, your discount will expire in 10 minutes if not claimed and given to the next person…

Here's that link…

LINK TO PAGE

**Attachment R**                    **PX 44, 4171**

Now the rest of you, don't worry, even if you get it for $3,999… This is a HUGE opportunity for you. I believe if you stick to my trades, that you could potentially recoup the cost in a matter of days or weeks, depending on the size of your portfolio…

I imagine you'll start conservative, you'll probably want to build faith in this… But after the first few trades, I think you'll gain that faith…

This is the real deal and I don't want you to worry if you don't get that discount… Trust me, it's worth it either way…

Again that link is : LINK TO PAGE

**Attachment R**          **PX 44, 4172**

# Option Rocket Trade Alerts Could Change Your Life

Trust me, this service is going to be a GAME-CHANGER for you, both for your trading, and for your life…

I've already seen so many lives transform, I've already got one millionaire student, I've helped many others generate hundreds of thousands of dollars, and I've seen so many people leading ordinary lives become the best version of themselves, all enabled by trading…

Get the "Option Rocket" today at this unprecedented 50% off, you will NOT regret it.

**Attachment R**                    **PX 44, 4173**



Okay, I'd like to open it up to a Q&A here…

**ANSWER LIVE QUESTIONS (OR ONES FROM SALES PAGE?) THEN MOVE TO NEXT SLIDE**

**AFTER Q&A…**

Again, this is the biggest opportunity you'll ever have in your life to potentially realize trading gains as high as 200%, 300%, 400%, 500%, 600%, 700%, 800%, 900%, or even 1,000% and higher! Don't delay, grab a 50% discount if it's still there, get in, and wait for the first trade…

Thank you so much for being here today… Thanks everyone!

https://www.biotechbreakouts.com/black-optics-webinar-replay/?utm_source=RB&utm_medium=email&utm_campaign=rb-email-blackoptics-replay

[Webinar Replay] Hint...It was Crazy!

Not really sure where to start with this one...but here's a play by play.

4pm, people started showing up 4 hours early.

By 7:55PM, 2000 people were in the room.

At 8PM, the already-upgraded servers overloaded as 2000 more people tried to join within the span of 90 seconds.

For about 15-20 minutes, many were locked out, but I told everyone I'd record it, and I did!

It was wild! Comments poured in, everyone so attentive, and I couldn't have asked for a better night.

The reception was huge!...but why wouldn't it have been? **I gave away a FREE SERVICE!**

Now I know everyone lives busy lives, so just like Black Optics which caters to those who work full time, I decided to cut the webinar down and tell you exactly where to watch!

4 minutes please! From 20:22 - 24:36. Take this time and see what Black Optics can do for you!



Look forward to seeing you soon!

[Must Watch] Costly Mistake

We're gonna get right into it.

Last night, Kyle...on his own...gave away a FREE SERVICE (Psst...It's OPTION ROCKET)



Yes, that was our reaction, too!

And everyone poured in, because we've never offered any deal like that before.

If you missed the Black Optics event, Kyle did record it, and he's adamant about letting others who weren't there get the same deal.

Against our better judgment, we've allowed this to happen.

It's too good to pass up!

As far as the webinar goes, we urge you to see what you missed out on. Can't watch it all? No worries!

**The Black Optics system is exposed at 26:14...jump in there for your prime insertion point!**

https://mr141.infusionsoft.app/app/orderForms/B4yfMezT5snrLuTC8HaC?utm_source=RB&utm_medium=email&utm_campaign=rb-email-blackoptics-lifetimeupgrade

[Nucleus Members] Special Notice!

There was so much going on last night, that I may have failed to let you all know the amazing news!

Yes, Black Optics was launched, but you all are my most loyal members, so OF COURSE I'm going to reward you most!

That is why you all have access to a $2997 lifetime upgrade.

**It includes Nucleus, Option Rocket, FDA Insider, and Sniper Report!**

I want to thank you all for being with me through this journey and putting your trust in me.

You all deserve the best and I want to give it to you.

I'm opening up this link for a limited time, so please take action!

Here is to many more profitable years together!

Cheers and Happy Holidays,

3 More Minutes

I'm not here to interrupt your evening too much, but in the next 3 minutes, I want to show you something special.

If you haven't realized yet, Black Optics is all about your vision in the market.

Knowing when you spot opportunities and act, as well as knowing when to hold off.

So when I talk about Vivid Vision, it's all about building your consistency and steadily increasing your account to the point where each day is just another day to pull profits regularly.

So give me 3 minutes of your time now.

**Attachment R**                    **PX 44, 4178**

From 35:10-38:30, you'll see how **Adriano was able to take a $9000 account and turn it into over $100,000**...and how you can do the same!



https://www.biotechbreakouts.com/black-optics-sale/?utm_source=RB&utm_medium=email&utm_campaign=rb-email-blackoptics-salespage

They're failing you!

Bottom line...**The Stock Market Has Changed!**

Individual investors/traders are taking control of their finances for two reasons…

*1) Fund/Financial Managers Are Failing and Providing Little, if ANY Return!*

*2) Trading isn't as hard and scary as people make it out to be!*

So when I gave out the step by step system I used to crush the performance of the market and those so-called "fund managers" and then showed you how countless others have done the same with my help, well…

**What are you waiting for?**

**Attachment R**          **PX 44, 4179**

Black Optics is the revolutionary system you need so you can supplement your income and pad that wallet of yours!

It works for small accounts, you can easily do it even if you work full time, and it's a methodical approach to that can yield consistency and lifelong profits.

Let me put the power into your own hands.

You deserve it!

Here's how it will work.


Phew! It's Saturday

Alright, now that you've had time to sit down, relax, and take a little weight off your shoulders, I need to be pretty straightforward with everyone.

I released the BIGGEST DEAL ever for Nucleus members yesterday.

**$2997 lifetime membership upgrade to Nucleus, Option Rocket, FDA Insider, and Sniper Report!**

Most of you have paid more than that for just 1 year…now I'm offering the same price but LIFETIME?

Yea, it's pretty insane, I know!

So please see the value in this. I can't offer it for too long, but needed to make sure you all had the chance to take advantage of this offer.


Hold the phone!

Are you kidding me right now…

Off of value alone, this is an absolute steal.

Last Nucleus Sale…$3997 price point.

**Attachment R**                    **PX 44, 4180**

Last Option Rocket…$1997 price point.

Total if you bought both... $5994 price point.

**Then, Black Optics Launched.** At first, I was just going to offer Nucleus at $2997 and have Option Rocket be another $1000 or so.

I said "Screw That!"

So I threw in OPTION ROCKET FREE!

**$2997 for every service I offer right now...Nucleus, FDA Insider, Option Rocket, and Sniper Report.**

The first and last time I'm going to do this!

All yours for an entire year, but if you think this price doesn't end soon, you're mistaken.

This was supposed to be only for attendees, until the servers overloaded, my VIP concierge team got 500 calls, and my support team saw 1000+ emails over the past 2 days.

So, for right now, this $2997 is still live. But don't count on it for too long!


Money at your fingertips

I briefly talked about this on Thursday night, but one thing to take note of is the time commitment needed to trade.

Most think you have to be trading full time to make any money in the market.

**Wrong!** That's not how I designed this.

Remember when I told you I will help you *"Avoid the Blurry Beginning?"*

There was something I must not have driven home based on all the questions I have been asked. The first step in the process is honing in on my #1 Strategy for Consistent Growth...my FDA Insider Trades.

I design this with a weekly watch list to easily track which stocks I'm interested in, as well as sending you actionable alerts when I buy/sell or even add to a position!

**Attachment R**                    **PX 44, 4181**

**Most of my members DON'T TRADE FULL TIME!**

They work, spend time with their family and friends, and then use trading as an income source that they are 100% in control of.

Kenia is one of those who enjoys the beauty of adding additional income to here current salary...

*"This is truly the best stock investment service out there. The level of education is like no other. The way all your questions are answered and explained in details is what I love the most. FDA alerts are great and give you plenty of time to make money , this service is easy to follow even if you are a busy full time employee , Great service, professional chat room , Kyle is simply the best."*

I told you from the beginning that **you've been lied to and you've been misguided.**

Everyone has this misinterpretation of the stock market because they have been ill-informed.

Let me bring honesty and clarity into your trading.

[You can do this, and at my lowest price ever for a bundle of ALL my services that I offer…](#)

Well, it's a no brainer!

[Join this community!](#)


Feeling at Ease

Remember when you first sat behind the wheel of a car?

Adrenaline racing, anxious and excited (maybe a little nervous?)

I remember it like it was yesterday. I got in all confident and I was actually pretty good! Then my dad took me out on the highway and I can't lie...it was intimidating.

So much going on at once. Cars everywhere, trucks...I managed because my dad was there to help calm be down and showed me [how to manage everything going on around us.](#)

Well, that's the same feeling I had when I started trading. The market seems hard, but it's really not once you **find someone that can lend you a hand and coach you through it!**

**Attachment R**                                    **PX 44, 4182**

That's my goal. I want to help you make money, even if you are brand new to the service.

It starts with slowing things down and making you feel comfortable!

Like Josef said…

*"Kyle Dennis is the one of the most trustworthy, transparent trader I've ever meet. His technique towards trading is very refreshing and his teaching is very structured which makes even the newest to trading feel comfortable and secured!"*

Don't worry about everything else right now.

All you need to think about is how you can get all my services at only $2997 for an entire year, and how this deal won't be offered again!

How long will it last?

Do me a favor. Think about some items you own…

How long do you keep them for. How long do they last?

Food? Gone as soon as you eat it.

Car? Could be 10 years, but normal lease will be 3-4 years.

Cell Phone? 2-3 years (depending if you drop it).

TV? Maybe 5 years or so. Hopefully more!

So, you're having to make payments continuously on those items, then you're having to buy new ones regularly, and even worse…

**They DEPRECIATE in value.**

So add that into my offer to go lifetime for ALL of my services at just $2997.

It's the one product you buy that could **pay for itself 50, 100, even 500 times over!**

**Attachment R**                                   **PX 44, 4183**

Take action before 9:30am tomorrow

Each week feels like Christmas to me.

Every Sunday night, I get a tingly feeling because on Monday morning, I know that profits are there for the taking.

I feel like a little kid sometimes waiting to see presents under the tree. It's ok you can laugh!

I never knew this would be my life, but I gave myself the chance, and I thought what better "job" is there?

I work from home, I'm 100% responsible for my own income, I'm free to travel whenever and wherever I want, and I can provide for my family in ways that I never thought were possible.

All because I chose to make some slight changes and invest in my own future.

And now, I have even more to look forward to, because each day I'm live streaming my account and finding opportunities for you and the amazing community that I've been able to build.

It's a lot of pressure, but I love the responsibility of helping others achieve their goals.

I know it's a lot to put your trust in, but **for $2997 you can get every service that I offer…**

Every profit bucket that I'm tapping into is yours!

For you, the best part isn't just that blowout price, but that once you're in, **you keep all your profits.**

I'm not a fund manager, nor would I want to be.

I don't want any of your profits. Those are yours to keep as they should be!

There are about 250 trading days in a year. I'm confident I can help you add a lot more than $12/day to your account.

**Attachment R**                    **PX 44, 4184**

It's time to put your money to work for yourself.

**Access the lowest deal I HAVE and WILL EVER OFFER by joining here.**

If I haven't delivered for you in an entire year, we can part ways just like that!

Something tells me based on my current retention rate that you'll be here to stay for the long run!

---

**SL: I know why people don't buy what they want**

Think about the last time you really wanted something, but didn't buy it.

It depends on what sort of things you like... Maybe it was a new car, an espresso machine, or if you're like me, maybe some courtside seats to the next Lakers game?!

Whatever you wanted, you didn't buy it.

Why? What stopped you?

I bet at least 95% of you just thought the same thing: **the price.**

People don't like paying for things, especially things that don't keep their value.

That's why you need to learn how to trade stocks, and you need my help to do it.

Not only does the stock market provide unlimited upside opportunity (***You can make as much money as you want***), but this $2997 investment isn't like you're throwing your money away.

I call it an investment for a reason.

That assumes you'll get **a return.** It could take a few weeks, or if you're really cautious at first, maybe it could take a few months, but ***you can make back all of your $2997 investment...and then some!***

Every single penny.

When I took $15,000 and opened an account to start trading, I was terrified.

That was all I could give!

**Attachment R**                                          **PX 44, 4185**

I took it day-by-day, and look where I am now: **$5.3 MILLION later.**

Black Optics is the product of a lifetime, and at this price, it's not just a steal, it's a regret if you don't take it!

**Join now, and you'll be ready to rock and roll with me tomorrow morning!**

I'll see you there.

Kyle

Monday Market Talk: How's it look?

You don't need friends and family to tell you the market has been tough lately.

Take a look. Not ideal?

I get questions relating to this all the time and I'm going to be brutally honest with you.

**Stop listening to people that know nothing!**

I'm serious. It's concerning.

Bob from down the street is out mowing his lawn and spurting out lines like "man, market doesn't look good."

Your brother or sister in law is on the phone saying "yikes, glad we don't have much money in stocks."

And news networks are filling your head with just about anything that they WANT YOU TO HEAR!

Enough of that. Stop listening to all the noise. I'll say it again...I'm serious!

You know what "listening to everyone" did for me?

It lost me $8000!...over HALF of what I even had to start trading.

I thought everyone was smarter than me. I thought if CNN was saying it, it must be true!

I quickly realized that was why I was losing money.

**Attachment R**                    **PX 44, 4186**

Most people don't understand it, fund managers want to make you feel dumb (so they make more money off you), and the media wants you to side with them.

**Even if you don't join my service, let me leave you with that.**

If you're listening to all these other channels, you're negatively influenced by what they say.

Again, don't believe me? Read above. I was working a full time job making about $35k/year trying to save money, and I decided to listen to outside noise and lost $8000.

You think that felt good? No way! I wanted to quit.

But as I filtered out that noise and focused on **WHAT I SAW**, the market became clear.

Since that time, I haven't had a losing month since 2013!

The moment I started thinking for myself and seeing what no one else "wanted" me to see, my profits increased exponentially.

You deserve the same, and that's what I'm here to help you with.

This is the only time this deal is being offered.

Believe me, you deserve more.


Against All Odds
Your interest in the stock market is for one reason and one reason only.

**To make money.**

What that money does for you isn't any of my business.

*Maybe it's to set you up for a stronger financial future...*

*Maybe it's to give you the means to take that trip/vacation you always wanted to...*

*Maybe it's a hobby when you're retired…*

*Maybe it's a way for you to escape the 9-5 job and be in complete control of your income.*

**Attachment R**                    **PX 44, 4187**

Whatever the case, you can do it!

But one story for me really hit home.

I hosted an event in Baltimore and about 20 members signed up immediately.

**One of them was Dimitri Deychakiwsky…**

Dimitri was in a series of bad accidents, had multiple surgeries, and was faced with tens of thousands of dollars in medical debt.

He joined my service, paid off that debt, and is now consistently profitable.

I can't speak for him. I've never had to deal with anything like that. But what I can say is that **that is exactly why I decided to take my own expertise and teach others how they can do the same.**

I get this question often…"If you're so good at trading, why do you teach others?"

Look above. That's why. It's because everyone can capitalize on the market if they give themselves a chance.

And I'm offering every service I offer for just $2997 for an entire year which is hands down the best deal you will ever get for this level of service.

It's ending soon, but you deserve that opportunity, and I don't want to take it away from you!


Extra 9k in 2 weeks help?

Another thing I forgot to spend time on…

I can only say so much in an hour or two, but really, the services I offer have so much value that it'd take me days or weeks to really show you all they offer.

But one thing I need to highlight is the group of moderators I have with me that are providing value each and every day to members.

Don't worry, I'm there to help you!

But I want you to have a rolodex of people that are there for you.

**Attachment R**                                        **PX 44, 4188**

It's a team effort in this community, and you can't put a price on people who are there to help you achieve your goals...and to do it quickly!

Here, see what Raymond has to say…

> *"Ive taken 12k to 21k in 2 weeks. I have to thank Kyle, Peter, Justin, and Carlton! You guys do such a great job and Ive learned so much from all of you."*

Name another service that is this invested in YOUR SUCCESS!

You can't.

Take action soon. I've gone above and beyond to keep this price active, and I can only do so much more.

Lowest price ever offered right HERE.

**Mind Over Matter. +600%**

Fear is an interesting concept.

One minute, it can be what cripples an effort.

The next minute, it can be beautiful.

It's all about how you handle it.

The important thing is to never ignore fear but to challenge it.

Fear as motivation could be the main factor of your success.

Do you remember when you first started learning how to ride a bike?

A little scary, yet exciting. You get on that bike and you fear falling off. You fear failing at it.

But you overcome that with someone there to help you and tell you everything is going to be just fine.

Couple that with the desire to succeed, and you've just used that initial fear to ultimately conquer that bike and prove to yourself what can happen when you put your mind to it.

**Attachment R**                    **PX 44, 4189**

It's mind over matter.

The same is said with your stock market success. I don't want to see you fail. I want you to succeed and I want you to channel that feeling of fear and be the best possible trader you can be.

When Andrew first joined my service, he was scared. He didn't know what he was doing. But he embraced it and let me help him.

*"...Having never traded before, from utilising the service, I have returned approximately 600%..."*

This is where that happens.

Rip off those training wheels and get going with Raptor5, the one service that's designed specifically for those who want to succeed.



Welcome! [Subscription Details]

Big news coming as we near the end of this Black Optics sale.

My VIP Concierge Team is on board and is eagerly waiting your call.

Questions about membership? Your account status?

That's what they're here for! They've even been giving out credits (Up to $1000 already!)

Call to lock yours in before it's too late!

Number: 833-265-1270



Discounted Upgrade Offer! Limited Time

I've noticed you haven't made the upgrade to Black Optics...YET!

Luckily for you, my VIP Team is here to help.

**Attachment R**                    **PX 44, 4190**

Call them for an account review and see what they can do.

This sale is closing soon, so I need you to act quickly.

Call: 833-265-1270

I'm really doing this??

Call me stupid, but I'm still letting people get the Black Optics bundle.

I'm close to pulling the plug on this one though…

Especially because I'm giving Option Rocket ($1997 value) absolutely free for an entire year!

When I asked others about their performance from that service, comments poured in...

*martin ott: yes **Made $1300 last two weeks***
*Michael Tingley: Kyle helped my with Option Rocket, **turned 375 to 2700 on amrn***
*scott bon: I love option rockets, **had a 3k profit on tesla the other week!***
*Robert Barrett: I made **11K with my first two trades** with Kyle*
*johnny lee: closed AAXN options for **101%**...thanks Kyle!*



"Just yesterday, I sold TTWO calls for a 72% return in under twenty-four hours."

**Nathanael Moon**
Recent College Graduate

I'm starting to realize I'm giving way too much away.

Don't expect this $2997 price to be here for long.

#1 Question Answered

**Attachment R**          **PX 44, 4191**

My support team has been telling me they've been getting this question regularly, and I'm not surprised.

The age old question… "Does this work for a small account?"

Short answer...YES!

Long answer...YES!

But here's the thing. When I laid out Black Optics for you, I wanted to relay the message that I didn't have a lot of money to start with.

Neither do a lot of my members!

Black Optics is simply about growth. Growth for you as a trader to slow the market down and develop clarity, and growth to your portfolio as you speed up.

That's the goal here.

I went through this in the webinar Thursday, but it's ok that I need to reiterate it.

The $2997 fee is cheap. Cheaper than I've ever offered and I threw in my Options trading service free.

So when I say this is the best deal I have and will offer, believe me, it is!

Members with small accounts have the opportunity for more growth.

*Vidashara…$4700 to $80k in two months.*

*Nathan…$10k to $30k in one and a half months.*

*Dawod…$5k to $14k in two weeks.*

*Mark…$4500 to $27k*

*Michael…$5k to $37k*

*Garrett…$2800 to $150,000!*

Don't fear the price based on your account size.

You've got a year with every service that I'm offering.

It's one of those deals that you just can't pass up on!

I can't offer this forever.

Added Bonus

Didn't want you to forget about this...

Another thing that I didn't have to do, but I wanted to reward you for making the annual commitment to me.

VIP Member Card.

Maybe to you it doesn't seem like much, but it is!



**VIP Support -** Jump to the front of the line with my support team!

**Early Bird Access -** Any new product/service I offer, you will be eligible to gain access before everyone else. Be the first to tap into my new profit buckets!

**Social Proof -** Post your performance with your VIP Member Card, and you could receive added time to any membership you have!

**Mastermind Events -** You'll be the first to get notified of any in-person events I'm having and be able to secure your spot before anyone else!

This is only available to Black Optics members.

I'm capping membership. **Limited seats left** (Fair warning: will be sending an update later!)

**Attachment R**                **PX 44, 4193**

Step-By-Step

*"I've always been interested in trading, but never knew enough before I started with the Nucleus program."*

When you join my premium service, what you're telling me is that <u>you are serious about making money.</u>

You want to make a change, you want to supplement your income, and maybe someday, you even want to become a full time trader.

Well, you've gotta give yourself the chance.

That's what Chris did. He invested in himself and realized that in order to achieve his goals, he needed someone there to help him.

Enter me and my Nucleus service.

*"Kyle Dennis makes it easy to understand through his own experience, wisdom and the lessons..."*

There is nothing that will help you <u>learn and grow your account</u> quicker than experience!

Luckily for you, my years in the market and **over $5million in profits** have given me the experience needed to help navigate you through your trading.



**"The last 2 weeks I'm up over $2,000 just trading small shares and trying to stay green. Which I wouldn't have been doing without Kyle's guidance."**



**Chris Partlow**
Audio Engineer

If you read this far, you're invested in this and <u>I know you're about to become a member.</u>

**Attachment R**                    **PX 44, 4194**

**I'm reserving seats at $2997 with Mortal Lock included free.**

Don't let someone take your spot.

Just another day. Update inside!

I'll let the performance of some members today speak for themselves…

*Dec 19, 11:30 AM*
*carlos higuera hig: i have to get pay my self i am out in APPL 1200$*

*Dec 19, 11:28 AM*
*john nic: picked up some SPY 263 12/31 Calls on that drop, up 20%*

*Dec 19, 11:28 AM*
*dwardney col: out SPY calls +$1200*

*Dec 19, 11:26 AM*
*michael coo: Just made $1500 on QQQ puts!! and bought more SNAP on the dip!*

*Dec 19, 11:26 AM*
*watson mce: second AAPL calls +17%*

*Dec 19, 11:22 AM*
*watson mce: AAPL calls +13%*

*Dec 19, 11:22 AM*
*aaron hig: thanks Kyle - i got SPY calls on the bounce back +$630*

*Dec 19, 11:20 AM*
*bruce din: $4800 proFAT on AAPL*

*Dec 19, 11:13 AM*
*david mey: 2500 aapl! holy moly.*

All before noon!

Oh, and if you missed my last message earlier with **100 seats left to get into Black Optics, you should take notice, because over HALF are GONE!**

Don't lose focus and join now.

Maybe Next Time?

Wait...there is no next time!

Seats filled tonight, and I told my development team to pull the deal.

Then, emails and calls poured in.

So, here's what is happening. You have 24 hours left to join at $2997 for every service I offer.

This Black Optics Bundle has gone on long enough.

I've got tons of new members and at this point, you're in or you're out.

**Afterwards, Nucleus goes back to $3997 and Option Rocket gets yanked and becomes a standalone, $1997 product by itself.**

What sounds better…$6000 for the pair or $2997?

I'm giving you a full day's notice, so make it count!

<img src="https://ragingbull.com/tools/timer/gif.php?time=2018-12-20 11:59PM" style="width:100%;max-width:355px;" alt="Time Running Out" />

You saw this, right?

I gave everyone the details last night, but just in case you didn't see it or were already asleep, here they are again

Today is the last day! New members have poured in and the Black Optics Bundle has set a new level of demand that I never could have imagined!

At $2997, I think I've given too much away and it's been a week, so it's time to shut it down.

**Attachment R**                    **PX 44, 4196**

Come midnight tonight, Black Optics Bundle disappears. **Here are the new prices…**

**Nucleus: $3997**

**Option Rocket $1997**

Please don't email my support team tomorrow and ask for the $2997 price. To lessen the workload on them, I offered to do one full day notice that this price hike is coming, so now is really your last shot.

There's no time to wait anymore.

$2997 until midnight. Don't pay more tomorrow.

Sale Ends Today

12 hours remain.

Your failure to act on this could cost you greatly!

You can make your membership fee back a lot quicker than you expect…

*Dec 20, 7:07 AM*
*alejandro bri: Kyle thanks to the TTWO idea I have **already paid for half of my nucleus membership**. thank you*

*Dec 20, 7:07 AM*
*brian adl: **$400 on TTWO** thanks Kyle*

*Dec 20, 7:06 AM*
*dennis uy : im selling half **TTWO calls +32%** , only got 4. leaving the rest. thanks kyle*

It's not your average product/service.

In this case, it can pay you back!

Grab this deal before midnight.

**Attachment R**                    **PX 44, 4197**

IMMU Wins Across The Board

Don't think on this too much longer…

Each day you wait, you are missing out on profits like the ones below:

*alfonso fon: 1,000 on IMMU. thanks to Kyle and the people that brought this to our attention in the chat!*

*erick sal: out SPY puts +95%*

*adriano sic: +$1200 on IMMU thanks KYle*

*miguel ang: I make 650 on immu*

*alfonso fon: taking my IMMU here for another +600. this stock made my day today!*

Not only that, but tomorrow you'll be staring at a price that's DOUBLE what I've been offering the Black Optics Bundle for.

Save over 50% right here!

Ends at midnight. You've got 8 HOURS LEFT!

6 Hours Left!

What's holding you back?

Are you not confident that I can help you?

Well, experienced or not, let me be your guide!

**Attachment R**          **PX 44, 4198**

 ✅ Verified order                                    Nov 22, 2018

## Novice trader here

Novice trader here, all I can say is WOW! What an Awesomesome program, What an Awesome mentor Kyle is. If your serious about making money in the stock market you've got to consider following anything Kyle Dennis, a move you'll be glad you made.

Clive joined and was brand new to trading. Now he's well on his way!

Or maybe it's value your concerned about?

Well, I'm speechless there.

This price is lower than I've ever offered and it's not going to get better than this.

Take advantage of it!

Unlock Instant Gratification

I get it. We're all lazy in our own way.

We want success to happen overnight.

Doesn't seem possible normally, but it can be!

It starts by joining Black Optics.

From there, each service I have is carefully crafted to give you enhanced opportunity and "profit buckets" to pull from consistently.

It's time to create passive income for yourself.

The stock market was the answer for me.

No reason it can't be the same for you!

100% PRICE HIKE AT MIDNIGHT!

**Attachment R**                    **PX 44, 4199**

Lock in the lowest price here.

See you tomorrow?

We're getting down to the wire!

You've got 4 hours left and then you can kiss this deal goodbye!

**Nucleus, Option Rocket, FDA Insider, and Sniper Report...ALL FOR $2997.**

Tomorrow, those services will be priced individually, resulting in well over $6000 total.

This really is the deal of a lifetime.

Let me prove that to you!

We could have had something real…

REAL Profitable that is!

All because of one thing and one thing only...lack of commitment.

Ahh commitment, the dreaded word that sends people fleeing the scene.

Well, **lack of commitment shows weakness.**

I've shown you success of my members. I've shown you my returns as well and shared my entire story with you.

The proof is there, so at this point, the only thing holding you back is yourself.

My performance is real. My members' performances are real. There's no hiding from any of this and you have to believe in yourself!

**Attachment R**          **PX 44, 4200**

I've taken down every barrier to entry I possibly could. I wasn't even supposed to offer all of this for $2997.

Then I extended it a week for everyone to make sure everyone had time to sign up.

Now, in hours, this price is being stripped away.

Better grab it!


Deal Ends Now

Black Optics is all done.

No more sale price. No more exclusive access. No more FREE Option Rocket, that's for sure!

All that's left it missed opportunity and regret.

It's the holiday season...avoid feeling like this!



Take these final moments to join and I'll see you tomorrow!