ORIGINAL COPY
(FILED UNDER TEMP SEAL)

## DECLARATION OF EMIL T. GEORGE
### Pursuant to 28 U.S.C. §1746

I, **Emil T. George**, declare and state as follows:

1.    I am employed by the Federal Trade Commission ("FTC") in Washington, D.C. as a Forensic Accountant.  My work address is 600 Pennsylvania Ave., N.W., Washington, D.C. 20580.  I have worked at the FTC since September 2012.  Prior to starting at the FTC, I was the Assistant Inspector General for Audits at the National Labor Relations Board for more than 12 years.  I am the same Emil T. George that prepared a declaration in this matter dated November 19, 2020.

2.    At the FTC, I provide forensic accounting assistance to trial attorneys and investigators.  I am a Certified Public Accountant with the State of Maryland and hold a Bachelor of Science degree in Accounting from the University of Maryland.

3.    The following facts are known to me personally and, if called as a witness, I could and would testify to the matters set forth in the following paragraphs.

### Background

4.    In my capacity as a forensic accountant at the FTC, I was assigned to work on the RagingBull.com LLC matter.  In connection therewith, I was asked to calculate and summarize several items related to commissions for Kyle Dennis based on documents that I understand were collected from Raging Bull's internal emails and Google drive storage.  The documents were PDF documents of what appeared to be spreadsheets and were for January 2017 through June 2020, although several missing months. (**Attachment A)**  The following months were not available to me when I performed my calculation: February 2017, August 2017, September 2017, October 2019, and March 2020.  Documents for the period from July 2020 through December 2020 were, also, not available to me.

### Kyle Dennis Commissions

5.    The documents for each month in my analysis had a heading "BTB" which I understand related to a product line.  Additionally, several months in 2017 had a heading "LA."

1

My understanding is that LA is a different product and I calculated these items separately. Attorneys working on this matter asked me to include in my summary the top row (which attorneys working on this matter told me represented sales), bank charges, Boa CC, affiliate commissions and Kyle.  I was also asked to include the percentage related to Kyle commissions.

6.      The table below summarizes the items identified in paragraph 5.  Monthly details of my calculation for BTB items are at **Attachment B** and LA items are at **Attachment C**. Attachments B and C also contain the monthly percentage related to Kyle's commission. Attachment B also includes summaries by year.

| | BTB (Attachment B) | LA (Attachment C) | Total |
|---|---|---|---|
| Top Row (Sales) | 44,989,155 | 601,754 | 45,590,909 |
| Bank Charges | 916,740 | 0 | 916,740 |
| BoA CC Net of Adjustments | 513,173 | 22,174 | 535,346 |
| Affiliate Commissions\ Affiliate Emp Internal | 1,019,768 | 545 | 1,020,313 |
| Kyle Total Commission | 9,433,131 | 173,602 | 9,606,733 |

7.      As Attachment A also shows, there were months where payments to individuals (such as Peter Hegedus, Dominique, Marvin Chacon , Nathan Stavseth, Justin Essary to name a few) were deducted from the BTB sales. I was not asked to summarize the totals to each individuals.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on January 22 , 2021.

_____
Emil T. George

2

**PX 42, 3253**

## JW Commission

| | LM PP 0117 | LM PP 0117 | LM PP Elite |
|---|---|---|---|
| | PP + PSW | Rec PP | PP Elite |
| Jan 2017 | $58,420.00 | $10,344.50 | $11,994.00 |
| BofA CC | -$1,306.13 | -$132.52 | -$195.18 |
| Comms | -$2,296.00 | -$29.85 | |
| Contractors Burk and Luke | -$4,139.00 | | |
| Advertising | -$4,641.70 | | |
| Total | $50,694.22 | $10,182.13 | $11,798.82 |
| Total | | $60,876.35 | $11,798.82 |
| JW = 1st 10k then 20% | | | JW Elite 35% |
| JW | | $20,175.27 | $4,129.59 |
| PP Totals | | | $24,304.86 |

## Kyle commission

| | LM BTB 0117 |
|---|---|
| | BTB |
| Jan 2017 | $231,941.00 |
| BofA CC | -$7,983.58 |
| Comms | -$4,205.00 |
| Contractors Indogenic | -$3,752.80 |
| Total | $215,999.62 |
| | $215,999.62 |
| | Kyle 33% |
| | Kyle $71,279.87 |

## Partner 0117 Commissions

### LM All 0117

| | LM JBP 0117 | LM PP 0117 | LM PP Elite | LM MR 0117 | | LM BTB 0117 |
|---|---|---|---|---|---|---|
| | JBP + TSP | PP | PP Elite | MR | | BTB |
| Jan Cash per Class | $257,638.75 | $36,891.20 | $11,994.01 | $78,828.62 | | $210,989.04 |
| Reserve Aff Com | | | | | | -$15,000.00 |
| BofA Jan CC | -$10,268.20 | -$1,438.66 | -$195.18 | -$3,348.90 | | -$7,983.58 |
| Total | $247,370.55 | $35,452.54 | $11,798.83 | $75,479.72 | | $188,005.46 |

| | JBP + TSP | PP Allo | PP Elite | | MR | | BTB | | Total |
|---|---|---|---|---|---|---|---|---|---|
| JW or Kyle Com | | $20,175.27 | $4,129.59 | | | | 71,279.87 | | |
| Paying | $247,370.55 | $15,277.27 | $7,669.24 | | $75,479.72 | | 116,725.59 | | Total |
| Jeff | $160,790.86 | $9,930.23 | $4,985.01 | 0.65 | $40,004.25 | 0.53 | $77,038.89 | 0.66 | $462,522.37 |
| Jason | $61,842.64 | $3,819.32 | $1,917.31 | 0.25 | $27,927.50 | 0.37 | $33,850.42 | 0.29 | $292,749.23 |
| Allan | $24,737.06 | $1,527.73 | $766.92 | 0.1 | $7,547.97 | 0.1 | $5,836.28 | 0.05 | $129,357.18 |
| | | | | | | | | | $40,415.96 |

**All Total  $558,107.10**

**PX 42, 3254**

| | Petra Commission | | |
|---|---|---|---|
| | **RB HP 0317** | | |
| | *HP* | | |
| *Mar 2017* | $511,392.00 | | |
| *March BofA CC* | -$16,942.01 | | |
| *March Comms* | -$7,535.20 | | |
| *Total* | $486,914.79 | | |
| | $486,914.79 | | |
| | *Petra 33%* | | |
| | **Petra** $160,681.88 | | |
| | | | |
| | **Kyle Commission** | | |
| | **RB BTB 0317** | | |
| | *BTB* | | |
| *Mar 2017* | $246,215.93 | | |
| *March BofA CC* | -$8,146.67 | | |
| *Commissions* | -$218.42 | | |
| *March Comms* | -$3,248.00 | | |
| *Wire fees* | -$160.00 | 40@12 per wire missed |
| *Contractors Indogenic* | -$2,395.00 | 80 short on Jan |
| *Total* | $232,047.84 | | |
| | $232,047.84 | | |
| | *Kyle 33%* | | |
| | **Kyle** $76,575.79 | | |

| | JW Commission | | |
|---|---|---|---|
| | **RB PP 0317** | | **RB PP Elite** |
| | *PP + PSW* | *Rec PP* | *PP Elite* |
| *Mar 2017* | $43,644.23 | $14,018.50 | $19,992.00 |
| *March BofA CC* | -$1,445.90 | -$464.42 | -$662.32 |
| *Auth.net* | | -$15.35 | |
| *Comms* | -$1,674.90 | -$29.85 | |
| *Contractors Burk and Luke* | -$6,000.00 | | |
| *Advertising* | -$426.94 | | |
| *Total* | $34,096.49 | $13,508.88 | $19,329.68 |
| | | Total $47,605.37 | $19,329.68 |
| | | *JW = 1st 10k then 20%* | *JW Elite 35%* |
| | | *JW* **$17,521.07** | **$6,765.39** |
| | | PP Totals | **$24,286.46** |

**PX 42, 3255**

| | Petra Commission | | |
|---|---|---|---|
| | **RB HP 0417** | | |
| | *HP* | | |
| *Apr 2017* | $104,630.00 | | |
| *April BofA CC* | -$3,663.03 | | |
| *April Comms* | -$1,799.00 | | |
| *Total* | $99,167.97 | | |
| | $99,167.97 | | |
| | *Petra 33%* | | |
| | **Petra** $32,725.43 | | |
| | | | |
| | Kyle Commission | | |
| | **RB BTB 0417** | | |
| | *BTB* | | |
| *Apr 2017* | $40,735.78 | | |
| *April BofA CC* | -$1,396.63 | | |
| *Commissions* | -$215.30 | JR Comm | |
| *April Comms* | -$661.50 | | |
| *Wire fees* | -$40.00 | Indogenic wire | |
| *Contractors Indogenic* | -$2,275.00 | April Invoice | |
| *Contractor Strikepoint* | -$10,000.00 | April Invoice | |
| *Total* | $26,147.35 | | |
| | $26,147.35 | | |
| | *Kyle 33%* | | |
| | **Kyle** $8,628.63 | | |

| | JW Commission | | |
|---|---|---|---|
| | **RB PP 0417** | | **RB PP Elite** |
| | *PP + PSW* | *Rec PP* | *PP Elite* |
| *Apr 2017* | $50,285.00 | $9,225.50 | $14,695.00 |
| *April BofA CC* | -$1,760.45 | -$322.98 | -$514.46 |
| *Auth.net* | | -$15.00 | |
| *Comms* | -$1,131.96 | -$34.95 | |
| *Contractors Burk. Luke, & Davis* | -$4,000.00 | | -$2,000.00 |
| *Google Advertising* | -$656.35 | | |
| *Total* | $42,736.24 | $8,852.57 | $12,180.54 |
| | Total | $51,588.81 | $12,180.54 |
| | *JW = 1st 10k then 20%* | | *JW Elite 35%* |
| | *JW* | **$18,317.76** | **$4,263.19** |
| | | PP Totals | **$22,580.95** |

**PX 42, 3256**

### Petra Commission

| | RB HP 0517 | |
|---|---|---|
| | HP | |
| May 2017 | -$35.79 | |
| May BofA CC | $0.00 | |
| May Comms | $0.00 | |
| Total | -$35.79 | |
| | -$35.79 | |
| | Petra 33% | |
| | Petra | 0 |

### Kyle Commission

| | RB BTB 0517 | |
|---|---|---|
| | BTB | |
| May 2017 | $239,597.40 | |
| May BofA CC | -$8,016.28 | |
| May Comms | -$12,760.27 | |
| TTB Purchase @ 33% | -$8,250.00 | Amount assign |
| Contractor Nick | -$6,000.00 | BTB Portion o |
| Contractor Strikepoint | -$10,000.00 | May Invoice |
| Total | $194,570.85 | |
| | $194,570.85 | |
| | Kyle 33% | |
| | Kyle | $64,208.38 |

### JW Commission

| | RB PP 0517 | | RB PP Elite |
|---|---|---|---|
| | PP + PSW | Rec PP | PP Elite |
| May 2017 | $39,487.00 | $2,788.50 | $63,972.00 |
| May BofA CC | -$1,335.55 | -$94.31 | -$2,163.69 |
| Auth.net | | -$13.96 | |
| Comms | -$1,723.06 | -$104.60 | |
| Contractors Burk. Luke, & Davis | -$4,000.00 | | -$2,000.00 |
| DPM Purchase portion from PP | -$6,000.00 | | -$10,500.00 |
| Google Advertising | -$588.54 | | |
| Total | $25,839.85 | $2,575.63 | $49,308.31 |
| | Total | $28,415.48 | $49,308.31 |
| | JW = 1st 10k then 20% | | JW Elite 35% |
| | JW | $13,683.10 | $17,257.91 |
| | | PP Totals | $30,941.00 |

**PX 42, 3257**

### Petra Commission

| | RB HP 0617 | | |
|---|---|---|---|
| | *HP* | | |
| *Jun 2017* | $2,949.03 | | |
| *June BofA CC* | -$100.86 | | |
| *June Comms* | -$799.80 | | |
| *Total* | $2,048.37 | | |
| | $2,048.37 | | |
| | *Petra 33%* | **33%** | |
| | **Petra** **$675.96** | | |

### Kyle Commission

| | RB BTB 0617 | | |
|---|---|---|---|
| | *BTB* | | |
| *Jun 2017* | $67,780.26 | | |
| *June BofA CC* | -$2,303.58 | | |
| *June Comms* | -$1,598.82 | | |
| *Affiliate Exp non-PP* | -2081.39 | | |
| *Contractor Marvin* | -$3,000.00 | | |
| *Contractor Strikepoint* | -$10,000.00 | | |
| *Total* | $48,796.47 | | |
| | $48,796.47 | | |
| | *Kyle 33%* | **33%** | |
| | **Kyle** **$16,102.84** | | |

### JW Commission

| | RB PP 0617 | | RB PP Elite |
|---|---|---|---|
| | *PP + PSW* | *Rec PP* | *PP Elite* |
| *Jun 2017* | $38,641.00 | $9,570.73 | $83,463.00 |
| *June BofA CC* | -$1,321.59 | -$327.33 | -$2,854.57 |
| *Auth.net* | | -$15.17 | |
| *Comms* | -$685.98 | | |
| *Contractors Burk & Davis* | -$4,000.00 | | -$2,000.00 |
| *Google Advertising* | -$4,716.89 | | |
| *Total* | $27,916.54 | $9,228.23 | $78,608.43 |
| | Total | $37,144.77 | $78,608.43 |
| | *JW = 1st 10k then 20%* | | *JW Elite 35%* |
| | *JW* | **$15,428.95** | **$27,512.95** |
| | | PP Totals | **$42,941.90** |

### Davis Commission

| | RB DPM 0617 | | |
|---|---|---|---|
| | *DPM* | | |
| *Jun 2017* | $63,088.00 | | |
| *June BofA CC* | -$2,157.71 | | |
| *June Comms* | -$179.80 | | |
| | | | |
| | | | |
| *Total* | $61,292.83 | | |
| | $61,292.83 | | |
| | *Davis 33%* | | |
| | **Davis** **$20,226.63** | | |

**PX 42, 3258**

**Petra Commission**

| RB HP 0717 | |
|---|---|
| HP | |
| Jul 0717 | $10,227.00 |
| July BofA CC | -$336.93 |
| July Comms | $0.00 |
| Total | $9,890.07 |
| Petra 33% | 33% |
| Petra | $3,263.72 |

**Keith Commission**

| RB LA 0717 | |
|---|---|
| LA | |
| Jul 2017 | $11,316.00 |
| July BofA CC | -$372.80 |
| July Comms | $0.00 |
| Affiliate Emp internal | $0.00 |
| Total | $10,943.20 |
| Keith 20% | |
| Keith LA | $2,188.64 |
| Total | $2,188.64 |

**Keith Commission**

| RB LA 0617 | |
|---|---|
| LA | |
| Jun 2017 | $3,965.00 |
| June BofA CC | -$135.61 |
| June Comms | $0.00 |
| Affiliate Emp internal | $0.00 |
| Total | $3,829.39 |
| Keith 20% | |
| Keith LA | $765.88 |
| Total | $765.88 |

**Kyle Commission**

| | RB BTB 0717 | RB LA 0717 | |
|---|---|---|---|
| | BTB | LA | |
| Jul 2017 | $11,178.00 | $11,316.00 | |
| July BofA CC | -$368.26 | $135.61 | ADJ June Bank CC from 3LA |
| July Comms | -$399.50 | | |
| Affiliate Emp internal | -$184.86 | | |
| Marvin July | -$3,000.00 | | |
| Keith Kern July paid in Aug | -$10,000.00 | | |
| Keith Kern LA Com Beg - June | | -$765.88 | June Comm |
| Keith Kern LA Com July | | $2,188.64 | |
| Total | -$2,774.62 | $8,497.09 | |
| Kyle 33% | -$915.62 | $2,804.04 | |
| Kyle | $1,888.42 | | |

**PX 42, 3259**

**Petra Commission**

| RB HP 1017 | |
|---|---|
| HP | |
| Oct 2017 | $9,226.00 |
| Oct BofA CC | -$460.18 |
| Affiliate Comm | -$199.80 |
| Employee Comm | $0.00 |
| Total | $8,566.02 |
| | |
| Petra 33% | 33% $8,566.02 |
| MRM Payment | $8,000.00 |
| Petra | $10,826.79 |

**Kyle Commission**

| | RB BTB 1017 | RB LA 1017 |
|---|---|---|
| | BTB | LA |
| Oct 2017 | $478,651.41 | $160,828.00 |
| Oct BofA CC | -$16,937.68 | -$5,669.44 |
| Affiliate Comm | -$9,047.00 | -$426.00 |
| Employee Comm | -$11,589.70 | $0.00 |
| Marvin Chacon Aug | -$3,500.00 | |
| Katie Gibson | | -$5,000.00 |
| Keith Kern LA | -$15,326.00 | -$10,000.00 |
| Strikepoint (BTB Portion) | -$2,500.00 | |
| Nick Pritzakis (BTB Portion) | -$26,314.87 | |
| BTB Webinar Expenses | | |
| Total | $393,436.16 | $139,732.56 |
| Kyle 33% | $129,833.93 | Kyle 33% $46,111.74 |
| Kyle | $175,945.68 | |

**Keith Commission**

| RB LA 1017 | |
|---|---|
| LA | |
| Oct 2017 | $160,828.00 |
| Oct BofA CC | -$5,669.44 |
| Affiliate Comm | -$426.00 |
| Employee Comm | $0.00 |
| Katie Gibson | -$5,000.00 |
| Keith Salary | -$10,000.00 |
| Total | $139,732.56 |
| | Keith 20% |
| Keith | $27,946.51 |

**PX 42, 3260**

Kyle Commission

| | RB BTB 1117 | RB LA 1117 |
|---|---|---|
| | BTB | LA |
| Nov 2017 | $396,556.06 | $118,476.00 |
| Nov BofA CC | -$14,187.40 | -$4,238.66 |
| Affiliate Comm | -$20,786.70 | -$99.20 |
| Employee Comm | -$2,447.20 | $0.00 |
| Marvin Chacon Aug | -$4,500.00 | |
| Keith Kern LA | | -$10,000.00 |
| Strikepoint (BTB Portion | -$17,196.00 | |
| | $0.00 | |
| BTB Webinar Expenses | -$22,704.26 | |
| Total | $314,734.50 | $104,138.14 |
| Kyle 33% | $103,862.39 | Kyle 33% $34,365.59 |
| Kyle | $138,227.97 | |

PX 42, 3261

Kyle Commission

| | RB BTB 1217 | | RB LA 1217 | |
|---|---|---|---|---|
| | BTB | | LA | |
| Dec 2017 | | $1,184,116.17 | | $311,134.00 |
| Dec BofA CC | | -$46,163.67 | | -$12,129.80 |
| Affiliate Comm | | -$42,986.10 | | -$19.80 |
| Employee Comm | | -$978.50 | | -$60.00 |
| Marvin Chacon | | -$4,500.00 | | |
| Marvin Bonus | | -$5,000.00 | | |
| Keith Kern LA | | | | -$8,000.00 |
| Strikepoint (BTB Portion) | | -$10,000.00 | | |
| Nate Bonus | | -$5,000.00 | | |
| BTB Webinar Expenses | | -$83,059.51 | | |
| Total | | $986,428.39 | | $290,924.40 |
| Employee Bonus Pool | 3% | $29,592.85 | 3% | $8,727.73 |
| NET | | $956,835.54 | | $282,196.67 |
| Kyle's Portion | 33% | $315,755.73 | 33% | $93,124.90 |
| | Kyle | **$408,880.63** | | |

| Kyle Commission | | |
|---|---|---|
| | **RB BTB 0118** | |
| | *BTB* | |
| *Jan 2018* | | $1,583,527.27 |
| *Jan BofA CC* | | -$41,326.50 |
| *Affiliate Comm* | | -$76,268.30 |
| *Employee Comm* | | -$7,597.40 |
| | | |
| *Flex Jet Expense* | | -$9,000.00 |
| *Keith Kern Commission* | | -$39,500.00 |
| *Strikepoint (BTB Portion)* | | -$4,803.00 |
| | | |
| *BTB Webinar Expenses* | | -$105,336.46 |
| *Total* | | $1,299,695.6 |
| Employee Bonus Pool | 3% | $38,990.87 |
| *NET* | | $1,260,704.7 |
| Kyle's Portion | 33% | $416,032.56 |
| | December Comm Adjustment | $48,477.87 |
| | **Kyle Total Comm** | **$464,510.43** |

| Kyle Commission | | |
|---|---|---|
| **RB BTB 0218** | | |
| Feb 2018 | **BTB** | |
| | | $814,735.53 |
| Feb BofA CC | | -$26,220.90 |
| Affiliate Comm | | -$107,801.60 |
| Employee Comm | | -$1,424.80 |
| JeanPaul | | -$4,875.00 |
| Douglas (Sniper Report) | | -$500.00 |
| Keith Commission (15) | | -$300.00 |
| Jesse Brown (Advertorial) | | -$250.00 |
| Peter Hegedus (Moderator) | | -$2,000.00 |
| BTB Webinar Expenses | | -$80,350.51 |
| Total | | $591,012.72 |
| Employee Bonus Pool | 4% | $23,640.51 |
| NET | | $567,372.21 |
| Kyle's Portion | 33% | $187,232.83 |
| | | |
| **Kyle Total Comm** | | **$187,232.83** |

**PX 42, 3264**

| Kyle's Commission | | |
|---|---|---|
| **BTB (Sniper)** | | |
| Mar 2018 | | $341,038.90 |
| March BofA CC | | -$12,219.92 |
| Affiliate Comm | | -$17,067.20 |
| Employee Comm | | -$3,128.00 |
| IMac Give-Away | | -$11,027.01 |
| Subscription Test (2 * 399) | | -$798.00 |
| Andrew Milligan (Sniper Exp) | | -$3,000.00 |
| Douglas (Sniper Exp) | | -$500.00 |
| Keith Commission (49 Renewals) | | -$980.00 |
| Jesse Brown (Advertorial) | | -$250.00 |
| Masters Promo | | -$3,410.20 |
| Peter Hegedus (Moderator) | | -$2,000.00 |
| BTB Webinar Expenses | | -$132,859.58 |
| Total | | $153,798.99 |
| Employee Bonus Pool | 4% | $6,151.96 |
| NET | | $147,647.03 |
| Kyle's Portion | 33% | $48,723.52 |
| | | |
| **Kyle Total Comm** | | **$48,723.52** |

**PX 42, 3265**

| Kyle's Commission | | |
|---|---|---|
| | | **BTB (Sniper)** |
| Apr 2018 | | $297,475.58 |
| April Bofa CC | | -$9,934.51 |
| Affiliate Commission | | -$10,811.20 |
| Employee Commission | | -$390.00 |
| | | |
| | | |
| Keith Commission (72 Renewals at $20 Each) | | -$1,440.00 |
| | | |
| Peter Hegedus (Moderator) | | -$4,000.00 |
| BTB Webinar Expenses | | -$78,369.24 |
| Total | | $192,530.63 |
| Employee Bonus Pool | 4% | $7,701.23 |
| NET | | $184,829.40 |
| Kyle's Portion | 33% | $60,993.70 |
| | | |
| **Kyle Total Comm** | | **$60,993.70** |

| | Kyle's Commission | |
|---|---|---|
| | **BTB (Sniper)** | |
| May 2018 | $1,942,851.00 | |
| Bofa CC | -$59,985.93 | |
| Affiliate Commission | -$98,176.80 | |
| Employee Commission | -$736.00 | |
| TEST PURCHASES | -$3,741.00 | |
| Dominique (AMRN & SWKS) | -$1,000.00 | |
| | | |
| | | |
| Peter Hegedus (Moderator) | -$4,000.00 | |
| BTB Webinar Expenses | -$166,674.20 | |
| Total | $1,608,537.07 | |
| Employee Bonus Pool | 4% | $64,341.48 |
| NET | $1,544,195.59 | |
| Kyle's Portion | 33% | $509,584.54 |
| | | |
| **Kyle Total Comm** | **$509,584.54** | |

| | Kyle's Commission | |
|---|---|---|
| | **BTB (Sniper & OR)** | |
| Jun 2018 | $331,746.00 | |
| Bofa CC | -$12,614.86 | |
| Affiliate Commission | -$23,464.73 | |
| Employee Commission | -$3,687.50 | |
| Jeanpaul | -$7,894.14 | |
| Dominique (DIS & TTWO) | -$1,333.00 | |
| **Malibu Trip (Travel Exps)** | **-$7,106.18** | |
| **Malibu Trip (Meals / Ent)** | **-$540.76** | |
| | | |
| Peter Hegedus (Moderator) | -$4,000.00 | |
| BTB Webinar Expenses | -$141,453.98 | |
| Total | $129,650.85 | |
| Employee Bonus Pool | 4% | $5,186.03 |
| NET | | $124,464.82 |
| Kyle's Portion | 33% | $41,073.39 |
| | | |
| **Kyle Total Comm** | | **$41,073.39** |

| Kyle's Commission | | |
|---|---|---|
| **BTB (Sniper & OR)** | | |
| Jul 2018 | | $189,900.94 |
| Bofa CC | | -$6,621.19 |
| Affiliate Commission | | -$27,417.07 |
| Employee Commission | | -$696.50 |
| | | |
| Dominique (T, CIEN, GCAP) | | -$2,000.00 |
| Joseph Cassandra | | -$4,000.00 |
| Marriot (7/17) | | -$1,287.63 |
| Jump 450 mgmt fee (May & June) | | -$25,930.07 |
| Peter Hegedus (Moderator) | | -$6,000.00 |
| BTB Webinar Expenses | | -$131,324.76 |
| Total | | -$15,376.28 |
| Employee Bonus Pool | 4% | -$615.05 |
| NET | | -$14,761.23 |
| Kyle's Portion | 33% | -$4,871.21 |
| | | |
| **Kyle Total Comm** | | **-$4,871.21** |

| | Kyle's Commission | |
|---|---|---|
| | **BTB (Sniper & OR)** | |
| Aug 2018 | $997,534.28 | |
| Bofa CC | -$33,365.82 | |
| Affiliate Commission | -$68,395.20 | |
| Employee Commission | -$368.50 | |
| Mountain Cable | -$1,995.00 | |
| Delta Airlines | $1,036.60 | |
| Aasish Kumar | -$9,341.76 | |
| Peter Hegedus (Moderator) | -$6,000.00 | |
| Nathan Stavseth Bonus | -$18,000.00 | |
| Jump 450 mgmt fee | -$17,740.18 | |
| BTB Webinar Expenses | -$118,267.89 | |
| Total | $725,096.53 | |
| Employee Bonus Pool | 4% | $29,003.86 |
| NET | $696,092.67 | |
| Kyle's Portion | 33% | $229,710.58 |
| Kyle ADJ FROM 0718 | -$4,871.21 | |
| Kyle Total Comm | **$224,839.37** | |

| Kyle's Commission | | |
|---|---|---|
| **BTB (Sniper & OR)** | | |
| Sep 2018 | | $558,903.37 |
| Bofa CC | | -$18,739.77 |
| Affiliate Commission | | -$30,385.60 |
| Employee Commission | | -$3,169.90 |
| | | |
| American Airlines | | -$565.60 |
| Aasish Kumar | | -$8,190.00 |
| Peter Hegedus (Moderator) | | -$6,000.00 |
| GSuite BTB (google) | | -$74.48 |
| Jump 450 mgmt fee | | -$18,969.01 |
| Jump 450 Spend | | -$126,460.04 |
| Total | | $346,348.97 |
| Employee Bonus Pool | 4% | $13,853.96 |
| NET | | $332,495.01 |
| Kyle's Portion | 36% | $119,698.20 |
| | | |
| **Kyle Total Comm** | | **$119,698.20** |

| | Kyle's Commission | |
|---|---|---|
| | **BTB (Sniper & OR)** | |
| Oct 2018 | $471,404.73 | |
| Bofa CC | -$11,100.45 | |
| Affiliate Commission | -$42,844.80 | |
| Employee Commission | -$7,477.50 | |
| Justin Essary | -$4,000.00 | |
| | | |
| Dominique (SUPN) | -$667.00 | |
| Peter Hegedus (Moderator) | -$7,500.00 | |
| GSuite BTB (google) | -$74.48 | |
| Advertising | -$88,826.69 | |
| | | |
| Total | $308,913.81 | |
| Employee Bonus Pool | 4% | $12,356.55 |
| NET | $296,557.26 | |
| Kyle's Portion | 36% | $106,760.61 |
| | | |
| **Kyle Total Comm** | **$106,760.61** | |

| Kyle's Commission | | |
|---|---|---|
| | | **BTB (Sniper & OR)** |
| Nov 2018 | | $1,493,777.05 |
| Bofa CC | | -$50,113.38 |
| Affiliate Commission | | -$21,366.60 |
| Employee Commission | | -$14,059.30 |
| Justin Essary | | -$4,000.00 |
| Nathan Stavseth Bonus | | -$26,000.00 |
| Dominique (VLRX) | | -$667.00 |
| Peter Hegedus (Moderator) | | -$7,500.00 |
| Intermountain Cable | | -$2,177.18 |
| Advertising | | -$283,348.86 |
| Nov Travel (Kyle's Card) | | -$843.89 |
| Total | | $1,083,700.84 |
| Employee Bonus Pool | 4% | $43,348.03 |
| NET | | $1,040,352.81 |
| Kyle's Portion | 36% | $374,527.01 |
| | | |
| | | |
| **Kyle Total Comm** | | **$374,527.01** |

| | Kyle's Commission | |
|---|---|---|
| | **BTB (Sniper & OR)** | |
| Dec 2018 | | $2,624,275.50 |
| Bofa CC | | -$94,187.12 |
| Bofa CC ADJ*** | | -$4,415.42 |
| Affiliate Commission | | -$34,924.40 |
| Employee Commission | | -$21,996.27 |
| Justin Essary | | -$4,000.00 |
| Nathan Stavseth Bonus | | -$67,000.00 |
| Test Purchases (2x 2997) | | -$5,994.00 |
| Peter Hegedus (Moderator) | | -$7,500.00 |
| Intermountain Cable | | -$2,177.18 |
| G Suite BTB | | -$74.48 |
| Advertising | | -$252,245.04 |
| Pendry Baltimore (Nov) | | -$5,000.00 |
| Pendry Baltimore | | -$5,548.14 |
| Total | | $2,119,213.45 |
| Employee Bonus Pool | 4% | $84,768.54 |
| NET | | $2,034,444.91 |
| Kyle's Portion | 36% | $732,400.17 |
| Already Paid | | $760,731.14 |
| | | |
| | **Kyle Total Comm** | **-$28,330.97** |

**PX 42, 3274**

| | Kyle's Commission | |
|---|---|---|
| | **BTB (Sniper & OR)** | |
| Jan 2019 | $584,333.98 | |
| Bofa CC | -$19,395.15 | |
| | | |
| Affiliate Commission | -$14,868.80 | |
| Employee Commission | -$38,832.98 | |
| Justin Essary | -$4,000.00 | |
| Dominique KPTI | -$1,000.00 | |
| | | |
| Peter Hegedus (Moderator) | -$7,500.00 | |
| Intermountain Cable | -$2,177.18 | |
| G Suite BTB | -$74.48 | |
| Advertising | -$60,531.83 | |
| | | |
| | | |
| Total | $435,953.56 | |
| Employee Bonus Pool | 4% | $17,438.14 |
| NET | | $418,515.42 |
| Kyle's Portion | 36% | $150,665.55 |
| | | |
| Deduction | -$26,413.53 | |
| Kyle Total Comm | **$124,252.02** | |

| Kyle's Commission | | |
|---|---|---|
| | **BTB (Sniper & OR)** | |
| Feb 2019 | | |
| Bofa CC | $466,456.67 | |
| Test Purchases (997 & 49) | -$16,258.77 | |
| Affiliate Commission | -$1,046.00 | |
| Employee Commission | -$13,246.40 | |
| Justin Essary | -$11,818.52 | |
| Dominique KPTI | -$4,000.00 | |
| Meals (Kyle's Card) | $0.00 | |
| Peter Hegedus | $49.96 | |
| Intermountain Cable | -$7,500.00 | |
| G Suite BTB | -$2,177.18 | |
| Advertising | -$74.48 | |
| Amazon purchases | -$181,435.59 | |
| Travel Expenses | -$742.38 | |
| | -$2,277.11 | |
| Total | $225,930.20 | |
| Employee Bonus Pool | 4% | $9,037.21 |
| NET | | $216,892.99 |
| Kyle's Portion | 36% | $78,081.48 |
| | | |
| **Charity** | | **$30,000.00** |
| **Kyle Total Comm** | | **$48,081.48** |

| | | Kyle's Commission |
|---|---|---|
| | | **BTB (Sniper & OR)** |
| Mar 2019 | | $420,496.63 |
| Bank Charges | | -$14,453.79 |
| | | $0.00 |
| Affiliate Commission | | -$263.50 |
| Employee Commission | | -$10,501.20 |
| Justin Essary | | -$4,000.00 |
| Dominique | | $0.00 |
| Meals (Kyle's Card) | | -$240.51 |
| Peter Hegedus | | -$7,500.00 |
| Intermountain Cable | | -$2,177.18 |
| G Suite BTB | | -$74.48 |
| Advertising | | -$155,656.86 |
| | | $0.00 |
| Travel Expenses | | -$4,124.25 |
| Total | | $221,504.86 |
| Employee Bonus Pool | 4% | $8,860.19 |
| NET | | $212,644.67 |
| Kyle's Portion | 37% | $78,678.53 |
| | | |
| | | |
| | **Kyle Total Comm** | **$78,678.53** |

**PX 42, 3277**

|  | Kyle's Commission | |
|---|---|---|
|  | **BTB** | |
| Apr 2019 |  | $2,136,883.85 |
| Bank Charges |  | -$65,574.11 |
|  |  |  |
| Affiliate Commission |  | -$9,491.70 |
| Employee Commission |  | -$11,463.64 |
| Justin Essary |  | -$4,000.00 |
| Dominique |  | -$667.00 |
| Amazon Purchase |  | -$169.55 |
| Peter Hegedus |  | -$7,500.00 |
| Intermountain Cable |  | -$2,177.18 |
| G Suite BTB |  | -$74.48 |
| Advertising |  | -$729,029.31 |
| Joseph Cassandra |  | -$4,000.00 |
|  |  |  |
| Total |  | $1,302,736.88 |
| Employee Bonus Pool | 4% | $52,109.48 |
| NET |  | $1,250,627.40 |
| Kyle's Portion | 37% | $462,732.14 |
|  |  |  |
|  |  |  |
|  | **Kyle Total Comm** | **$462,732.14** |

**PX 42, 3278**

| | Kyle's Commission | |
|---|---|---|
| | **BTB** | |
| May 2019 | $1,381,776.88 | |
| Bank Charges | -$45,935.65 | |
| Affiliate Commission | -$9,909.09 | |
| Employee Commission | -$40,793.87 | |
| Justin Essary | -$4,000.00 | |
| Dominique | $0.00 | |
| Amazon Purchase | $0.00 | |
| Peter Hegedus | -$7,500.00 | |
| Intermountain Cable | -$2,182.57 | |
| G Suite BTB | -$88.88 | |
| Advertising | -$752,425.59 | |
| | | |
| Total | $518,941.23 | |
| Employee Bonus Pool | 4% | $20,757.65 |
| NET | | $498,183.58 |
| Kyle's Portion | 37% | $184,327.92 |
| | | |
| **Kyle Total Comm** | | **$184,327.92** |

| Kyle's Commission | | |
|---|---|---|
| **BTB** | | |
| Jun 2019 | | $201,610.94 |
| Bank Charges | | -$7,441.42 |
| | | |
| Affiliate Commission | | -$3,704.62 |
| Employee Commission | | -$4,330.55 |
| Dominique | | $0.00 |
| Amazon Purchase | | $0.00 |
| Intermountain Cable | | -$2,182.57 |
| G Suite BTB | | -$89.38 |
| Advertising | | -$107,109.50 |
| | | |
| Total | | $76,752.90 |
| Employee Bonus Pool | 4% | $3,070.12 |
| NET | | $73,682.78 |
| Kyle's Portion | 37% | $27,262.63 |
| | | |
| | | |
| **Kyle Total Comm** | | **$27,262.63** |

| | Kyle's Commission | |
|---|---|---|
| | **BTB** | |
| Jul 2019 | | $414,378.35 |
| Bank Charges | | -$13,601.89 |
| Paolo Garcia | | -$3,000.00 |
| BofA Reserve | | -$8,005.25 |
| Affiliate Commission | | -$1,637.30 |
| Employee Commission | | -$8,143.50 |
| Dominique | | -$2,000.00 |
| Amazon Purchase | | -$136.53 |
| Intermountain Cable | | -$2,182.57 |
| G Suite BTB | | -$89.38 |
| Advertising | | -$157,946.96 |
| Travel | | -$977.62 |
| Food Purchases | | -$168.53 |
| Total | | $216,488.82 |
| Employee Bonus Pool | 4% | $8,659.55 |
| NET | | $207,829.27 |
| Kyle's Portion | 37% | $76,896.83 |
| **30k commission return** | | **$30,000.00** |
| | | |
| | **Kyle Total Comm** | **$106,896.83** |

**PX 42, 3281**

| | Kyle's Commission | |
|---|---|---|
| | **BTB** | |
| Aug 2019 | | $3,989,948.47 |
| Bank Charges | | -$115,081.71 |
| Paolo Garcia | | $0.00 |
| BofA Reserve | | $0.00 |
| Affiliate Commission | | -$23,057.25 |
| Employee Commission | | -$15,927.72 |
| Dominique | | $0.00 |
| Amazon Purchase | | $0.00 |
| Intermountain Cable | | -$2,182.57 |
| G Suite BTB | | -$89.38 |
| Advertising | | -$1,659,290.09 |
| Travel | | -$90.00 |
| Food Purchases | | $0.00 |
| Total | | $2,174,229.75 |
| Employee Bonus Pool | 4% | $86,969.19 |
| NET | | $2,087,260.56 |
| Kyle's Portion | 37% | $772,286.41 |
| | | $0.00 |
| | | |
| | **Kyle Total Comm** | **$772,286.41** |

**PX 42, 3282**

| | Kyle's Commission | |
|---|---|---|
| | **BTB** | |
| Sep 2019 | | $2,441,263.32 |
| Bank Charges | | -$84,392.92 |
| Jerlin Williams (DA 10k) | | -$10,000.00 |
| BofA Reserve | | -$498.75 |
| Affiliate Commission | | -$23,227.30 |
| Employee Commission | | -$65,286.40 |
| Dominique | | $0.00 |
| Amazon Purchase | | $0.00 |
| Intermountain Cable | | -$2,182.57 |
| G Suite BTB | | -$89.38 |
| Advertising | | -$556,641.71 |
| Travel | | $0.00 |
| Food Purchases | | $0.00 |
| | | |
| Total | | $1,698,944.29 |
| Employee Bonus Pool | 4% | $67,957.77 |
| NET | | $1,630,986.52 |
| Kyle's Portion | 35% | $570,845.28 |
| **Extra 2% for 0819 Sales** | | **$25,577.48** |
| | | |
| | **Kyle Total Comm** | **$596,422.76** |

**PX 42, 3283**

| | Kyle's Commission | |
|---|---|---|
| | **BTB** | |
| Nov 2019 | | $695,524.13 |
| Bank Charges | | -$22,698.66 |
| Joe Cassandra | | -$3,000.00 |
| BofA Reserve | | -$11.40 |
| Affiliate Commission | | -$9,889.90 |
| Employee Commission | | -$5,902.04 |
| Dominique | | $0.00 |
| Amazon Purchase | | $0.00 |
| Intermountain Cable | | -$2,182.57 |
| G Suite BTB | | -$89.38 |
| Advertising | | -$211,540.18 |
| Travel | | $0.00 |
| Food Purchases | | $0.00 |
| Total | | $440,210.00 |
| Employee Bonus Pool | 4% | $17,608.40 |
| NET | | $422,601.60 |
| Kyle's Portion | 17.5% | $73,955.28 |
| | | |
| | | |
| | **Kyle Total Comm** | **$73,955.28** |

**PX 42, 3284**

| | Kyle's Commission | |
|---|---|---|
| | **BTB** | |
| Dec 2019 | | $1,668,698.45 |
| Bank Charges | | -$52,732.85 |
| Joe Cassandra | | $0.00 |
| BofA Reserve | | -$54.50 |
| Affiliate Commission | | -$3,775.15 |
| Employee Commission | | -$32,131.65 |
| Dominique | | $0.00 |
| Amazon Purchase | | $0.00 |
| Intermountain Cable | | -$1,842.31 |
| G Suite BTB | | -$89.38 |
| Advertising | | -$556,785.17 |
| Travel | | $0.00 |
| Food Purchases | | $0.00 |
| Total | | $1,021,287.44 |
| Employee Bonus Pool | 4% | $40,851.50 |
| NET | | $980,435.94 |
| Kyle's Portion | 17.5% | $171,576.29 |
| | | |
| | | |
| | **Kyle Total Comm** | **$171,576.29** |

**PX 42, 3285**

| | Kyle's Commission | |
|---|---|---|
| | **BTB** | |
| Jan 2020 | | $707,424.10 |
| Bank Charges | | -$25,341.44 |
| | | |
| BofA Reserve | | $0.00 |
| Affiliate Commission | | -$9,100.20 |
| Employee Commission | | -$14,780.88 |
| Dominique | | $0.00 |
| Amazon Purchase | | $0.00 |
| Intermountain Cable | | -$1,995.00 |
| G Suite BTB | | -$89.38 |
| Advertising | | -$325,358.84 |
| Travel | | $0.00 |
| Food Purchases | | $0.00 |
| Total | | $330,758.36 |
| Employee Bonus Pool | 4% | $13,230.33 |
| NET | | $317,528.03 |
| Kyle's Portion | 17.5% | $55,567.40 |
| | | |
| | | |
| | **Kyle Total Comm** | **$55,567.40** |

**PX 42, 3286**

| | Kyle's Commission | |
|---|---|---|
| | **BTB** | |
| Feb 2020 | | $2,875,260.91 |
| Bank Charges | | -$94,599.54 |
| | | |
| BofA Reserve | | $0.00 |
| Affiliate Commission | | -$22,401.80 |
| Employee Commission | | -$53,640.44 |
| Meals | | -$16.59 |
| Amazon Purchase | | $0.00 |
| Intermountain Cable | | -$1,995.00 |
| G Suite BTB | | -$89.38 |
| Advertising | | -$826,465.51 |
| | | |
| | | |
| Total | | $1,876,052.65 |
| Employee Bonus Pool | 4% | $75,042.11 |
| NET | | $1,801,010.54 |
| Kyle's Portion | 17.5% | $315,176.85 |
| | | |
| | | |
| | **Kyle Total Comm** | **$315,176.85** |

**PX 42, 3287**

| | Kyle's Commission | |
|---|---|---|
| | **BTB** | |
| Apr 2020 | | $3,014,285.20 |
| Bank Charges | | -$83,985.87 |
| | | |
| Trade Alert | | -$2,250.00 |
| Affiliate Commission | | -$63,311.60 |
| Employee Commission | | -$60,370.13 |
| Meals | | $0.00 |
| Amazon Purchase | | $0.00 |
| Intermountain Cable | | -$1,995.00 |
| G Suite BTB | | -$89.38 |
| Advertising | | -$904,752.10 |
| | | |
| | | |
| Total | | $1,897,531.12 |
| Employee Bonus Pool | 4% | $75,901.24 |
| NET | | $1,821,629.88 |
| Kyle's Portion | 35.0% | $637,570.46 |
| | | |
| | | |
| | **Kyle Total Comm** | **$637,570.46** |

**PX 42, 3288**

Attachment A
35 of 37

| Bank Charges | Stripe Amounts |
|---|---|
| JBP | -$64,109.59 |
| SC | -$16,589.64 |
| BTB | -$150,691.79 |
| ST | -$42.48 |
| PP | -$34,625.47 |
| TA | -$39,086.55 |
| WMM | -$86,836.62 |
| OPP | -$364.96 |
| IPO | -$17,578.98 |
| Total | -$409,926.08 |

| Advertising Allo for Gurus | |
|---|---|
| 3BTB | $1,258,649.07 |
| 2SC | $80,146.12 |
| 5ST | $3,341.00 |
| 6PP | $305,969.62 |
| 9WMM | $735,143.35 |
| 13OPP | $5,110.65 |
| 14 IPO | $86,140.83 |
| Total | $2,474,500.64 |

| Affiliate Total | |
|---|---|
| Division | Total |
| 1JBP: JBP | $22,641.50 |
| 2SC | $0.00 |
| 3BTB | $92,888.40 |
| 6PP | $8,915.50 |
| 7TA | $27,202.30 |
| 9WMM | $5,203.30 |
| 14IPO | $6,537.60 |
| Total | $163,388.60 |

| Employee Commission | |
|---|---|
| 02 SC | $8,691.09 |
| 3BTB | $103,844.57 |
| 6PP | $13,937.35 |
| 9WMM | $50,909.74 |
| 13OPP | $262.14 |
| 14 IPO | $4,094.30 |
| Grand Total | $181,739.19 |

| Guru Contribution to Bonus Pool | |
|---|---|
| Lukas | -$38.27 |
| Nathan Bear | $82,726.80 |
| Ben | $8,623.09 |
| JW | $32,689.63 |
| Kyle | $135,213.90 |
| Taylor | $15,030.91 |
| Total | $274,246.06 |

| Lukas's Commission | | |
|---|---|---|
| OPP | | |
| May 2020 | | $12,281.00 |
| Bank Charges | | -$364.96 |
| Affiliate Comm | | $0.00 |
| Advertising | | -$5,110.65 |
| Employee Comm | | -$262.14 |
| Salary | | -$7,500.00 |
| Total | | -$956.75 |
| Employee Bonus Pool | 4% | -$38.27 |
| Net | | -$918.48 |
| Lukas's Portion | 15% | -$137.77 |
| Wash if Negative* | | |
| Lukas Comm | | $0.00 |

| Chris Graebe | | |
|---|---|---|
| SC | | |
| May 2020 | | $539,051.00 |
| Bank Charges | | -$16,589.64 |
| Affiliate Comm | | $0.00 |
| Advertising | | -$80,146.12 |
| Employee Comm | | -$8,691.09 |
| UPWork | | -$618.00 |
| Iliad Funds Solutions | | -$9,000.00 |
| Corporate Disk Company | | -$18,978.44 |
| C. Marshall Publishin | | -$498.75 |
| Travel | | -$676.37 |
| SalesMessage | | -$30.00 |
| Meals | | -$135.80 |
| Wefunder Fee | | -$100.00 |
| Parking & Tolls | | -$80.00 |
| Quirk | | -$1,623.75 |
| Strike Point | | -$8,625.00 |
| | | 0.00 |
| | | 0.00 |
| Dues and Subs | | -$57.90 |
| Office Expenses | | -$760.80 |
| Salary | | -$16,666.67 |
| Total | | $375,772.67 |
| Employee Bonus Pool | 4% | $15,030.91 |
| Net | | $360,741.76 |
| Chris's Portion | 3% | $10,822.25 |
| Rolling Neg | | -$5,492.56 |
| Chris's Comm | | $5,329.70 |

| JW Commission | | |
|---|---|---|
| All PP Products | | |
| May 2020 | | $1,180,688.66 |
| Bank Charges | | -$34,625.47 |
| Affiliate Comm | | -$8,915.50 |
| Employee Comm | | -$13,937.35 |
| | | $0.00 |
| Advertising | | -$305,969.62 |
| Total | | $817,240.72 |
| | | 4.00% |
| Employee Bonus Pool | | $32,689.63 |
| NET | | $784,551.09 |
| | JW = 1st 20k then 25% | |
| JW Portion | | $211,137.77 |
| | 15% | $2,000.00 |
| PSM/TTC Renewals (2) | | $300.00 |
| JW's Payout | | $211,437.77 |

| Nathan Bear | | |
|---|---|---|
| WMM | | |
| May 2020 | | $2,946,263.03 |
| Bank Charges | | -$86,836.62 |
| Affiliate Comm | | -$5,203.30 |
| Advertising | | -$735,143.35 |
| Employee Comm | | -$50,909.74 |
| Bofa Reserve | | $0.00 |
| Total | | $2,068,170.02 |
| Employee Bonus Pool | 4% | $82,726.80 |
| Net | | $1,985,443.22 |
| Nate's Portion | 15% | $297,816.48 |
| Nate's Salary | | -$10,000.00 |
| Nate's Comm | | $287,816.48 |

| Kyle's Commission | | |
|---|---|---|
| BTB | | |
| May 2020 | | $4,990,755.83 |
| Bank Charges | | -$150,691.79 |
| Trade Alert | | -$2,250.00 |
| Affiliate Commission | | -$92,888.40 |
| Employee Commission | | -$103,844.57 |
| Meals | | $0.00 |
| Amazon Purchase | | $0.00 |
| Intermountain Cable | | -$1,995.00 |
| G Suite BTB | | -$89.38 |
| Advertising | | -$1,258,649.07 |
| Total | | $3,380,347.62 |
| Employee Bonus Pool | 4% | $135,213.90 |
| NET | | $3,245,133.72 |
| Kyle's Portion | 35.0% | $1,135,796.80 |
| Kyle Total Comm | | $1,135,796.80 |

| Ben Sturgill | | |
|---|---|---|
| IPO | | |
| May 2020 | | $329,709.00 |
| Bank Charges | | -$17,578.98 |
| Affiliate Comm | | -$6,537.60 |
| Advertising | | -$86,140.83 |
| Employee Comm | | -$4,094.30 |
| Total | | $215,577.29 |
| Employee Bonus Pool | 4% | $8,623.09 |
| Net | | $206,954.20 |
| Ben's Portion | 15% | $31,043.13 |
| Ben's Salary | | -$8,000.00 |
| Ben's Comm | | $23,043.13 |

| Bank Charges | Stripe Amounts |
|---|---|
| JBP | -$95,066.70 |
| SC | -$4,928.96 |
| BTB | -$140,208.41 |
| ST | $0.00 |
| PP | -$63,419.75 |
| TA | -$108,654.43 |
| WMM | -$25,788.23 |
| OPP | -$404.61 |
| IPO | -$27,414.24 |
| Total | -$465,885.33 |

| Advertising Allo for Gurus | |
|---|---|
| 3BTB | $1,061,139.39 |
| 2SC | $41,516.23 |
| 5ST | $4,166.67 |
| 6PP | $446,901.89 |
| 9WMM | $184,855.30 |
| 13OPP | $5,311.21 |
| 14 IPO | $125,109.70 |
| Total | $1,869,000.39 |

| Affiliate Total | |
|---|---|
| Division | Total |
| 1JBP: JBP | $11,966.60 |
| 2SC | $0.00 |
| 3BTB | $84,985.00 |
| 6PP | $3,029.70 |
| 7TA | $13,345.60 |
| 9WMM | $778.80 |
| 14IPO | $2,774.80 |
| Total | $116,880.50 |

| Employee Commission | |
|---|---|
| 02 SC | $1,296.59 |
| 3BTB | $86,540.89 |
| 6PP | $36,282.68 |
| 9WMM | $10,567.32 |
| 13OPP | $374.11 |
| 14 IPO | $4,994.01 |
| Grand Total | $140,055.60 |

| Guru Contribution to Bonus Pool | |
|---|---|
| Lukas | -$28.04 |
| Nathan Bear | $22,856.62 |
| Ben | $19,649.71 |
| JW | $53,371.78 |
| Kyle | $123,156.29 |
| Chris | $1,875.48 |
| Total | $220,881.85 |

### Lukas's Commission — OPP

| | | |
|---|---|---|
| Jun 2020 | | $12,889.00 |
| Bank Charges | | -$404.61 |
| Affiliate Comm | | $0.00 |
| Advertising | | -$5,311.21 |
| Employee Comm | | -$374.11 |
| Salary | | -$7,500.00 |
| Total | | -$700.93 |
| Employee Bonus Pool | 4% | -$28.04 |
| Net | | -$672.89 |
| Lukas's Portion | 15% | -$100.93 |
| | Wash if Negative* | |
| | Lukas Comm | $0.00 |

### JW Commission — All PP Products

| | | |
|---|---|---|
| Jun 2020 | | $1,883,928.53 |
| Bank Charges | | -$63,419.75 |
| Affiliate Comm | | -$3,029.70 |
| Employee Comm | | -$36,282.68 |
| | | $0.00 |
| Advertising | | -$446,901.89 |
| Total | | $1,334,294.51 |
| | | 4.00% |
| Employee Bonus Pool | | $53,371.78 |
| NET | | $1,280,922.73 |
| | JW = 1st 20k then 25% | |
| JW Portion | **$335,230.68** | |
| | 15% | $1.00 |
| PSM/TTC Renewals (1) | $0.15 | |
| JW's Payout | | $335,230.83 |

### Kyle's Commission — BTB

| | | |
|---|---|---|
| Jun 2020 | | $4,456,115.31 |
| Bank Charges | | -$140,208.41 |
| Trade Alert | | -$2,250.00 |
| Affiliate Commission | | -$84,985.00 |
| Employee Commission | | -$86,540.89 |
| Meals | | $0.00 |
| Amazon Purchase | | $0.00 |
| Intermountain Cable | | -$1,995.00 |
| G Suite BTB | | -$89.38 |
| Advertising | | -$1,061,139.39 |
| Total | | $3,078,907.24 |
| Employee Bonus Pool | 4% | $123,156.29 |
| NET | | $2,955,750.95 |
| Kyle's Portion | 35.0% | $1,034,512.83 |
| Kyle Total Comm | | $1,034,512.83 |

### Chris Graebe — SC

| | | |
|---|---|---|
| Jun 2020 | | $139,557.00 |
| Bank Charges | | -$4,928.96 |
| Affiliate Comm | | $0.00 |
| Advertising | | -$41,516.23 |
| Employee Comm | | -$1,296.59 |
| UPWork | | -$988.80 |
| Iliad Funds Solutions | | -$9,000.00 |
| Corporate Disk Company | | -$14,094.25 |
| C. Marshall Publishin | | -$157.50 |
| SalesMessage | | -$30.00 |
| Meals | | -$58.67 |
| Parking & Tolls | | -$9.30 |
| Strike Point | | -$1,650.00 |
| Living Stone | | -$663.03 |
| Dues and Subs | | -$32.00 |
| Office Expenses | | -$1,577.95 |
| Salary | | -$16,666.67 |
| Total | | $46,887.05 |
| Employee Bonus Pool | 4% | $1,875.48 |
| Net | | $45,011.57 |
| Chris's Portion | 3% | $1,350.35 |
| Rolling Neg | | -$5,492.56 |
| Chris's Comm | | -$4,142.21 |

### Nathan Bear — WMM

| | | |
|---|---|---|
| Jun 2020 | | $793,405.25 |
| Bank Charges | | -$25,788.23 |
| Affiliate Comm | | -$778.80 |
| Advertising | | -$184,855.30 |
| Employee Comm | | -$10,567.32 |
| Bofa Reserve | | $0.00 |
| Total | | $571,415.60 |
| Employee Bonus Pool | 4% | $22,856.62 |
| Net | | $548,558.98 |
| Nate's Portion | 15% | $82,283.85 |
| Nate's Salary | | -$10,000.00 |
| Nate's Comm | | $72,283.85 |

### Ben Sturgill — IPO

| | | |
|---|---|---|
| Jun 2020 | | $651,535.50 |
| Bank Charges | | -$27,414.24 |
| Affiliate Comm | | -$2,774.80 |
| Advertising | | -$125,109.70 |
| Employee Comm | | -$4,994.01 |
| Total | | $491,242.75 |
| Employee Bonus Pool | 4% | $19,649.71 |
| Net | | $471,593.04 |
| Ben's Portion | 15% | $70,738.96 |
| Ben's Salary | | -$8,000.00 |
| Ben's Comm | | $62,738.96 |

| Month | Top Row BTB (Sales) | Bank Charges | BoA CC (Net of Adjustments) | Affiliate Commissions\ Affiliate Emp Internal | Kyle Total Commission | Kyle's Portion |
|---|---|---|---|---|---|---|
| Jan-17 | 231,941.00 | | 7,983.58 | | 71,279.87 | 33.00% |
| Feb-17 | Missing | | | | | |
| Mar-17 | 246,215.93 | | 8,146.67 | | 76,575.79 | 33.00% |
| Apr-17 | 40,735.78 | | 1,396.63 | | 8,628.63 | 33.00% |
| May-17 | 239,597.40 | | 8,016.28 | | 64,208.38 | 33.00% |
| Jun-17 | 67,780.26 | | 2,303.58 | 2,081.39 | 16,102.84 | 33.00% |
| Jul-17 | 11,178.00 | | 368.26 | 184.86 | -915.62 | 33.00% |
| Aug-17 | Missing | | | | | |
| Sep-17 | Missing | | | | | |
| Oct-17 | 478,651.41 | | 16,937.68 | 9,047.00 | 129,833.93 | 33.00% |
| Nov-17 | 396,556.06 | | 14,187.40 | 20,786.70 | 103,862.39 | 33.00% |
| Dec-17 | 1,184,116.17 | | 46,163.67 | 42,986.10 | 315,755.73 | 33.00% |
| Jan-18 | 1,583,527.27 | | 41,326.50 | 76,268.30 | 416,032.56 | 33.00% |
| Feb-18 | 814,735.53 | | 26,220.90 | 107,801.60 | 187,232.83 | 33.00% |
| Mar-18 | 341,038.90 | | 12,219.92 | 17,067.20 | 48,723.52 | 33.00% |
| Apr-18 | 297,475.58 | | 9,934.51 | 10,811.20 | 60,993.70 | 33.00% |
| May-18 | 1,942,851.00 | | 59,985.93 | 98,176.80 | 509,584.54 | 33.00% |
| Jun-18 | 331,746.00 | | 12,614.86 | 23,464.73 | 41,073.39 | 33.00% |
| Jul-18 | 189,900.94 | | 6,621.19 | 27,417.07 | -4,871.21 | 33.00% |
| Aug-18 | 997,534.28 | | 33,365.82 | 68,395.20 | 229,710.58 | 33.00% |
| Sep-18 | 558,903.37 | | 18,739.77 | 30,385.60 | 119,698.20 | 36.00% |
| Oct-18 | 471,404.73 | | 11,100.45 | 42,844.80 | 106,760.61 | 36.00% |
| Nov-18 | 1,493,777.05 | | 50,113.38 | 21,366.60 | 374,527.01 | 36.00% |
| Dec-18 | 2,624,275.50 | | 89,771.70 | 34,924.40 | 732,400.17 | 36.00% |
| Jan-19 | 584,333.98 | | 19,395.15 | 14,868.80 | 150,665.55 | 36.00% |
| Feb-19 | 466,456.67 | | 16,258.77 | 13,246.40 | 78,081.48 | 36.00% |
| Mar-19 | 420,496.63 | 14,453.79 | | 263.50 | 78,678.53 | 37.00% |
| Apr-19 | 2,136,883.85 | 65,574.11 | | 9,491.70 | 462,732.14 | 37.00% |
| May-19 | 1,381,776.88 | 45,935.65 | | 9,909.09 | 184,327.92 | 37.00% |
| Jun-19 | 201,610.94 | 7,441.42 | | 3,704.62 | 27,262.63 | 37.00% |
| Jul-19 | 414,378.35 | 13,601.89 | | 1,637.30 | 76,896.83 | 37.00% |
| Aug-19 | 3,989,948.47 | 115,081.71 | | 23,057.25 | 772,286.41 | 37.00% |
| Sep-19 | 2,441,263.32 | 84,392.92 | | 23,227.30 | 570,845.28 | 35.00% |
| Oct-19 | Missing | | | | | |
| Nov-19 | 695,524.13 | 22,698.66 | | 9,889.90 | 73,955.28 | 17.50% |
| Dec-19 | 1,668,698.45 | 52,732.85 | | 3,775.15 | 171,576.29 | 17.50% |
| Jan-20 | 707,424.10 | 25,341.44 | | 9,100.20 | 55,567.40 | 17.50% |
| Feb-20 | 2,875,260.91 | 94,599.54 | | 22,401.80 | 315,176.85 | 17.50% |
| Mar-20 | Missing | | | | | |
| Apr-20 | 3,014,285.20 | 83,985.87 | | 63,311.60 | 637,570.46 | 35.00% |
| May-20 | 4,990,755.83 | 150,691.79 | | 92,888.40 | 1,135,796.80 | 35.00% |
| Jun-20 | 4,456,115.31 | 140,208.41 | | 84,985.00 | 1,034,512.83 | 35.00% |
| | 44,989,155.18 | 916,740.05 | 513,172.60 | 1,019,767.56 | 9,433,130.52 | |
| | | | | | | |
| | | | | | | |
| 2017 | 2,896,772.01 | 0.00 | 105,503.75 | 75,086.05 | 785,331.94 | |
| 2018 | 11,647,170.15 | 0.00 | 372,014.93 | 558,923.50 | 2,821,865.90 | |
| 2019 | 14,401,371.67 | 421,913.00 | 35,653.92 | 113,071.01 | 2,647,308.34 | |
| 2020 | 16,043,841.35 | 494,827.05 | 0.00 | 272,687.00 | 3,178,624.34 | |
| Total | 44,989,155.18 | 916,740.05 | 513,172.60 | 1,019,767.56 | 9,433,130.52 | |

**PX 42, 3291**

| Month | Top Row LA (Sales) | Bank Charges | BoA CC Net of Adjustments | Affiliate Commissions\ Affiliate Emp Internal | Kyle Total Commission | Kyle's Portion |
|---|---|---|---|---|---|---|
| Jul-17 | 11,316.00 | | 135.61 | | | |
| Aug-17 | Missing | | | | | |
| Sep-17 | Missing | | | | | |
| Oct-17 | 160,828.00 | | 5,669.44 | 426.00 | 46,111.74 | 33.00% |
| Nov-17 | 118,476.00 | | 4,238.66 | 99.20 | 34,365.59 | 33.00% |
| Dec-17 | 311,134.00 | | 12,129.80 | 19.80 | 93,124.90 | 33.00% |
| Total | 601,754.00 | | 22,173.51 | 545.00 | 173,602.23 | |

**PX 42, 3292**