ORIGINAL COPY
(FILED UNDER SEAL)

# REBUTTAL REPORT

## OF

## Russell R. Wermers

*Russell R. Wermers*

Russell R. Wermers, January 26, 2021

**PX 45, 4580**

**TABLE OF CONTENTS**

I.      Description of Engagement ............................................................................2

II.     Summary of Opinions ....................................................................................3

III.    Consumers Engaged in Short-Term Trading Are Extremely Unlikely to Achieve Consistent Profits and Market-Beating Returns Through Subscriptions to Raging Bull's Services ...................................................................................................5

IV.     The Kyle Report Cherry-Picks and Presents Information Out-of-Context While It Ignores Relevant Parts of My Opinions..........................................................7

        A.      Wash Sale Information as Reported in 1099-B Statements Conveys Valuable Information as to the Efficacy of the Associated Trading Activity......................7

        B.      The Kyle Report Misinterprets My Presentation and Discussion of the Figures in Table 1 of the Initial Wermers Report ............................................. 14

V.      The Kyle Report Corroborates My Opinion That Raging Bull's Founders Experienced Substantial Short-Term Trading Losses Including During Periods of Strong Market Performance ..........................................................................19

        A.      The Kyle Report Documents Substantial Short-Term Trading Losses on Raging Bull's Accounts ................................................................................... 19

        B.      The Net Gain or Loss Information in 1099-B Statements Is Large Relative to Capital Invested Claimed in the Kyle Report ....................................... 21

VI.     There Is No Inconsistency Between My Prior Expert Work and Academic Publications, and My Opinions and Analysis in This Matter ........................................22


APPENDIX A: Curriculum Vitae of Russell R. Wermers
APPENDIX B: Additional Documents and Materials Considered

**PX 45, 4581**

## I.    DESCRIPTION OF ENGAGEMENT

1.    I have been retained by the Federal Trade Commission ("FTC") to provide expert services in the matter of *Federal Trade Commission vs. RagingBull.com, et al*. I previously submitted an expert report on November 24, 2020 ("Initial Wermers Report"), in which I opined on whether the training materials of Ragingbull.com, LLC ("Raging Bull"), as presented in the training videos, playbooks, or trade communications (watchlists and trade alerts) sent to its subscribers (retail traders), provide a cogent and reliable trading strategy that may be used by subscribers to generate consistent trading profits or market-beating returns over time, and whether subscribers are likely to generate substantial income by following Raging Bull's specific trade recommendations including trade alerts.

2.    My qualifications were provided in the Initial Wermers Report, and I provide an updated CV as Appendix A to this report.

3.    After I submitted the Initial Wermers Report, Bates Group LLC and Greg A. Kyle submitted an expert report on January 13, 2021 ("Kyle Report"). I have been asked to review and respond to the opinions expressed in the Kyle Report.

4.    My opinions are based on my knowledge and expertise gained during my academic and professional career. In forming my opinions in this matter, I have also considered additional documents provided to me. The documents and materials I have considered for the Initial Wermers Report (which include Raging Bull's extensive email communications to subscribers and to the FTC investigator as well as the Form 1099-B statements ("1099-B statements") associated with certain brokerage accounts) were identified in Appendix B to that report. Additional documents or materials considered for this report are listed in Appendix B attached to this report, which include (by reference) documents cited by the Kyle Report. The opinions stated in this report are based on the evidence that has been provided to me to date. My work in this matter is ongoing, and I reserve the right to modify or supplement my conclusions as additional information is made available to me, or as I perform further analysis.

**PX 45, 4582**

5.    I am compensated at my billing rate of $750 per hour. In preparing this report, I received support from economists and consulting staff at The Brattle Group, who at all times worked under my direction. Both my and The Brattle Group's fees are not contingent on the outcome of this investigation.

## II.    SUMMARY OF OPINIONS

6.    The Kyle Report is limited to discussing only three paragraphs in the Initial Wermers Report (Section VII) and, even considering this single standalone section, takes my statements and calculations presented there out of context. The statements and calculations presented in Section VII of the Initial Wermers Report were related to an analysis of a subset of 1099-B statements associated with brokerage accounts belonging to RagingBull.com LLC/Lighthouse Media LLC, Jason Bond, Jeff Bishop, and Happy Mountain Holdings, between 2014 and 2018. The Kyle Report does not address the remainder of the Initial Wermers Report, other than Section VII, which assesses Raging Bull's purported trading strategies, based on my review of the instructor's training videos, playbooks, and communications with subscribers containing watchlists and trade alerts. As such, the Kyle Report remains silent on ten of my eleven summary opinions, as outlined in Section III of the Initial Wermers Report. Further, the Kyle Report provides no economic theory or scientific evidence or literature that refutes my opinions. Because the Kyle Report cherry-picks and misinterprets information, presents statements entirely out-of-context, and fails to address my key findings and opinions in the Initial Wermers Report, the Kyle Report does not change any of my opinions about Raging Bull's purported trading strategies.

7.    As I discussed extensively in the Initial Wermers Report, Raging Bull does not offer concrete and viable trading strategies to its subscribers. In addition, Raging Bull's model of providing trade alerts to subscribers suffers from a flawed setup that is unlikely to yield market-beating returns for Raging Bull's subscribers—and can potentially expose Raging Bull's subscribers to "front-running" by Raging Bull's instructors. Consumers, including those who are inexperienced at trading, or who have limited capital and time, are extremely unlikely to achieve consistent profits and market-beating returns through their subscriptions

**PX 45, 4583**

to Raging Bull's services, and can actually be expected to lose money, sometimes significantly. None of this is refuted or addressed by the Kyle Report.

8.   Further, the Kyle Report corroborates and supports my additional finding that "the actual trading results of Raging Bull and its co-founders show sizeable and consistent losses over many years, including periods of rising stock markets, consistent with the general lack of efficacy of technical trading strategies implemented by retail traders in the illiquid market sectors promoted by Raging Bull." The Kyle Report calculates the aggregate realized gains and losses for Jeff Bishop's and Jason Bond's (and affiliated entities) accounts, based on the same 1099-B statements I reviewed and finds a total loss of $2,308,158. This is a sizeable loss amount, especially for subscribers with limited capital. As a result, the Kyle Report agrees with my opinion that the "trading strategies" implemented in these accounts caused substantial losses, and, in turn, that subscribers replicating the same purported trading strategies could also expect to experience substantial losses.

9.   In the Initial Wermers Report, Section VII, I summarized 1099-B statements associated with brokerage accounts belonging to Jeff Bishop and Jason Bond and their affiliated entities. This summary lent further support to the overall, independent conclusions reached in the Initial Wermers Report regarding the viability of Raging Bull's purported trading strategies. The Kyle Report does not dispute the information in the 1099-B statements, including the total "Proceeds minus Costs" aggregate difference of negative $56.4 million across the 1099-B statements in Table 1 from predominantly short-term trading activity. As I explain below, this figure has significance independent from the loss of $2,308,158 confirmed by the Kyle Report.

10.  While the Kyle Report emphasizes a different accounting of gains and losses based on the information included in the 1099-B statements (as well as monthly brokerage statements provided by Jason Bond or Jeff Bishop to the Bates Group), his results confirm rather than undermine the conclusions I reached in the Initial Wermers Report. Over a period of five years (i.e., the period from 2014 to 2018) the use of monthly account statements provides little, if any, incremental information that informs my opinions beyond the information included in 1099-B statements as evidenced in Exhibit 3 of the Kyle Report. Specifically,

**PX 45, 4584**

the net gain/loss from the 1099-B statements shown in Exhibit 3 is $2,308,158, and the Kyle Report's equivalent calculation based on the monthly account statements is $2,314,494. As I discuss in Section IV below, I calculate aggregate losses of $2,308,158 across all accounts ($1,818,903 on securities losses and $489,255 in realized losses from closed futures contracts) using 1099-B statements from 2014 to 2018.

11. Finally, the Kyle Report incorrectly characterizes a selective sample of my prior expert analysis or testimony and my prior academic and professional publications, none of which involved an evaluation or assessment of short-term trading strategies (including trading activities that could result in millions of dollars in "wash sales losses disallowed") as in this matter.

## III. CONSUMERS ENGAGED IN SHORT-TERM TRADING ARE EXTREMELY UNLIKELY TO ACHIEVE CONSISTENT PROFITS AND MARKET-BEATING RETURNS THROUGH SUBSCRIPTIONS TO RAGING BULL'S SERVICES

12. In the Initial Wermers Report, I show that Raging Bull subscribers or, more generally, individual traders are extremely unlikely to achieve consistent profits and market-beating returns by subscribing to Raging Bull's services. The Kyle Report does not change my findings or opinions. It appears that Mr. Kyle did not consider any of the Raging Bull's videos, emails, and other instructional materials. Mr. Kyle is silent on ten of my eleven summary opinions as outlined in Section III of the Initial Wermers Report. I briefly summarize these unchallenged opinions below.

13. First, Raging Bull's purported strategies lack the structure and clarity required for Raging Bull's subscribers to apply these strategies on their own, and are likely to generate consistent losses in the sectors of the market in which Raging Bull promotes their use (especially after accounting for trading costs). Raging Bull misleads consumers by cherry-picking ex-post examples to falsely convey that it is simple to generate profit with minimal effort using their purported strategies.

14. Second, lacking a clear set of instructions on when or how to set up a trade independently, a typical Raging Bull subscriber can be expected to seek profits by instead attempting to mimic or "mirror" Raging Bull instructors' trades by following their trade alerts. However,

**PX 45, 4585**

Raging Bull's trade alerts lack clarity about the entry and exit price points and regarding the period of time during which these alerts remain "actionable." Given that the technical trading indicators discussed by Raging Bull instructors can change rapidly, subscribers who simply follow the alerts are potentially exposed to large losses (as the price may have already moved and the technical indicator changed). These losses can be exacerbated when subscribers collectively attempt to mirror a particular trade in thinly-traded small capitalization stocks (including penny stocks), which are typical market sectors where Raging Bull's services typically suggest trading. A further indicator of the large number of losing trades that result from Raging Bull's purported strategies is the large negative differences between total "Proceeds" and "Cost basis" reported in the 1099-B statements of Raging Bull's founders.

15.   Third, the setup of trade alerts by Raging Bull instructors is such that it enables instructors to potentially "front-run" their subscribers and capture profits at the expense of their subscribers who are trying to mirror the trade alerts and execute the same trades. For example, the flaws in the setup of disseminating trade alerts to Raging Bull's subscribers include that Raging Bull's instructors typically issue trade alerts after (rather than before) their own trades have been executed, do not always issue trade alerts after they trade, often fail to disseminate such alerts on a timely basis, and fail to inform recipients of an alert of how many other subscribers have received the same information. Further, if a subscriber is unable to instantaneously respond to a trade alert, this adds a further potential for losses because of other traders reacting more quickly—i.e., such a "slow trader" can be further "front-run" by other subscribers who react faster to Raging Bull's trade alerts. In addition, technical indicators in the typically less liquid market sectors where Raging Bull issues its alerts adjust rapidly and can quickly become not actionable, and prices can quickly move to make an execution of a trade by subscribers following such trade alerts unprofitable.

16.   Finally, Raging Bull continues to represent that its instructors, as well as its past and existing subscribers, have achieved "win rates" and results superior to Wall Street hedge funds and other financial institutions, mostly by cherry-picking their winning trades and omitting their losses in their presentations. Based on my career experience with the efficacy

**PX 45, 4586**

of trading strategies, the win rates claimed by Raging Bull and its traders are extremely unlikely to be replicated by retail traders.

17.    My analysis of short-term trading activity by Jeff Bishop and Jason Bond, as discussed in the following sections, provides further confirmation to my above conclusions and those in the Initial Wermers Report. While the Kyle Report challenges the magnitude of their losses, the accounting provided by Mr. Kyle further confirms my conclusions by showing that the trading activities by Jeff Bishop and Jason Bond are highly risky and likely to lead to consumers of limited means losing significant amounts of money—thus, resulting in a huge negative impact in their standard of living (or their retirement savings).

## IV.    THE KYLE REPORT CHERRY-PICKS AND PRESENTS INFORMATION OUT-OF-CONTEXT WHILE IT IGNORES RELEVANT PARTS OF MY OPINIONS

18.    In this section, I discuss the Kyle Report and its findings. The Kyle Report claims that Table 1 of the Initial Wermers Report presents "an exceedingly misleading picture of performance."[1] In doing so, the Kyle Report misinterprets my presentation and discussion of relevant information on proceeds and costs as reported in 1099-B statements. It also ignores the significance of the figures shown in Table 1. I first discuss the wash sale rule, and how it is relevant to the figures presented in 1099-B statements issued by brokers for tax purposes, and then I explain the Kyle Report's misinterpretations in detail.

### A.    WASH SALE INFORMATION AS REPORTED IN 1099-B STATEMENTS CONVEYS VALUABLE INFORMATION AS TO THE EFFICACY OF THE ASSOCIATED TRADING ACTIVITY

19.    A wash sale occurs when an investor sells or trades stock or securities at a loss, and within 30 days before or after the sale, the investor:[2]

    a.    Buys substantially identical stock or securities,

    b.    Acquires substantially identical stock or securities in a fully taxable trade,

---

[1]    Kyle Report, ¶ 5.

[2]    See, e.g., "Publication 550 (2019), Investment Income and Expenses" by the Internal Revenue Service, available at https://www.irs.gov/publications/p550.

7

**PX 45, 4587**

    c.   Acquires a contract or option to buy substantially identical stock or securities, or

    d.   Acquires substantially identical stock for his or her individual retirement arrangement (IRA) or Roth IRA.

20.   Investors cannot deduct losses in a taxable account from sales or trades of stock or securities derived from a wash sale.[3] If an investor's loss is disallowed because of the wash sale rule, this loss is added to the cost of the new stock or securities purchased. This adjustment postpones the loss deduction until the disposition of the new stock or security.[4] Brokers are required to capture any trading that triggers the wash sale rule and report it annually to the IRS.

21.   The Kyle Report appears to reflect a lack of understanding of the opinions I presented in the Initial Wermers Report about the relevant informational content that "Proceeds minus Costs" would have provided to subscribers had it been made publicly available. In the Initial Wermers Report, I explained (in footnote 129) that "1099 reporting during this period also show[s] that a substantial part of the losses incurred by Raging Bull is classified as 'Wash sale loss disallowed'," and likely impacts trading outcomes for "individuals trying to mimic these Raging Bull instructors' trades." Had they been made publicly available or fully disclosed, the "Proceeds minus Costs" from the 1099-B statements would have provided relevant informational content to subscribers deciding whether to follow or mimic Raging Bull instructors' trading activities. As I explained in the Initial Wermers Report, "had [subscribers] been able to perfectly replicate the instructors' trades," they "would have still suffered substantial losses." These large negative differences under "Proceeds minus Costs" in Table 1 of the Initial Wermers Report indicate that there were actual losses (primarily short-term) realized on a *very large* number of security trades, as reported in the 1099-B statements, or, equivalently, that a substantial part of trading activity was unprofitable.

---

[3]   See, e.g., "Publication 550 (2019), Investment Income and Expenses" by the Internal Revenue Service, available at https://www.irs.gov/publications/p550. One exception is when the loss was incurred in the ordinary course of an entity's business as a dealer in stock or securities. It is my understanding that Raging Bull is not in the business as a dealer in stock or securities.

[4]   See, e.g., "Publication 550 (2019), Investment Income and Expenses" by the Internal Revenue Service, available at https://www.irs.gov/publications/p550.

**PX 45, 4588**

22.   To illustrate wash sales, consider a simple example where an investor purchases one share of a security for $100 and sells the same security for $70. The investor has realized a loss of $30 on these two trades.[5] The wash sale rule stipulates that if the investor repurchases the same security within 30 days of the sale date, this realized loss cannot be used for tax purposes. Instead, the $30 dollar loss is added to the cost basis of the new purchase. Assuming the investor repurchased the same security for $80, the cost basis for the new trade is $110—calculated as the sum of $80 (cost of repurchase trade) plus $30 (wash sale loss disallowed). However, the realized loss on the security sale that is subject to the wash sale rule reflects a real economic loss for the investor. In this example, for the investor to realize an economic profit on her cumulative transactions of this security, she must sell the security at a price higher than $110, which is $30 higher than the latest $80 purchase price. As such, the IRS-disallowed wash sale amount is an accounting number that is reflective of the magnitude of gains that must be realized to overcome losing trades. Larger wash sale losses indicate that the investor must somehow generate greater future trading profits to break-even on cumulative trades, even more so to generate profits.

23.   Large levels of wash sale losses also indicate that a trading strategy is tax-disadvantaged. Trading profits are taxable in the current tax year, regardless of how quickly a position is re-established (i.e., there is no wash sale rule for capital gains). However, for an investor to be able to deduct trading losses that resulted from a wash sale, (e.g., the $30 loss in the example above) against future taxable income, the investor will need to subsequently sell the shares that are repurchased. Until that time, the valuable tax deduction from the trading loss is deferred and cannot be used—and may even become less valuable as a long-term capital loss or be deferred until a future tax year (where it, again, may become less valuable). This is an aspect of highly risky short-term trading which can have important financial implications for Raging Bull's subscribers that the Kyle Report completely fails to recognize. I explain this further with another example.

---

[5]   An investor who buys a security and later sells the security at a lower price and, thus, experiences a loss can ordinarily claim the dollar amount of realized losses (up to certain dollar limits) to either reduce or offset their tax liability. This purchase and subsequent sale is known as a "round trip transaction." Realized losses can be either short-term or long-term based on the time between the original purchase of the security and the subsequent sale. Securities held less than a year and sold for a price below the purchase price generate short-term realized losses, whereas if held for a year or longer generate long-term realized losses.

PX 45, 4589

24.   Take, for example, a subscriber (or even a Raging Bull instructor) who buys 500 shares of a stock at $20 per share, then sells these shares five days later at $15 per share— experiencing a round-trip trading loss of $2,500. If this investor repurchases 500 shares within 30 days after the sale trade, the $2,500 will not be available to the investor as a short-term capital loss tax deduction and becomes booked as a wash sale by the subscriber's brokerage firm. Further, if this investor sells the second lot of 500 shares more than a year following the second purchase, and assuming no further purchases of the stock, the original $2,500 loss now becomes a long-term capital loss tax deduction, which is less valuable compared with a short-term capital loss deduction—especially for investors who follow Raging Bull's short-term trading strategies.[6] Finally, suppose that the second lot of 500 shares is purchased on December 30 and sold 31 days later. Now, the investor must wait another year to even benefit from the loss as a tax deduction. This delay can have important tax consequences, as capital losses are capped at $3,000 per year for tax purposes (any additional losses must be carried over until the next tax year). This same investor, having a profit of, say, $1,000 on his only other security trade during the first year must pay taxes on the $1,000 capital gain, while having to wait another year to benefit from the $2,500 capital loss.[7]

25.   Figure 1, below, illustrates an example of actual trading activity in the Raging Bull TD Ameritrade account ending in 9075. In this example, Raging Bull has executed a short-term trading strategy in Avago Tech Ltd Com ("Avago"). First, Raging Bull purchased Avago on August 19, 2015 and realized an actual loss of $54.12 when they sold Avago on August 19, 2015. This loss amount was, however, initially disallowed due to the IRS wash sale rule. The $54.12 loss was applied to the "Cost or other basis" when Raging Bull purchased Avago again on August 19, 2015. As shown in Figure 1, TD Ameritrade recorded a gain or loss of $0 on the first purchase and sale of Avago on August 19, 2015. The actual loss of $54.12 was included in the "Cost or other basis" of the second purchase of Avago reported as $121,765.42. When Raging Bull sold Avago on August 20, 2015, they realized an actual

---

[6]   In this example, even if half of such trades are profitable, the investor may lose money, net of taxes, by being unable to deduct wash sale losses from trades that were profitable.

[7]   If the investor engages in an even larger scale of the above trades, the cap of $3,000 may be triggered during the following year, and it may take several years to recoup losses through tax deductions.

PX 45, 4590

total loss of $2,190.63, i.e., the difference between the Avago proceeds of $119,574.79 and the adjusted cost basis of $121,765.42. This example illustrates how the wash sale rule is applied to short-term trading strategies when the security affected by the wash sale rule is sold in the same calendar year as purchased. And, Raging Bull was only able to realize the full loss of $2,190.63 for tax purposes in 2015 if profits were achieved through other trades (or through the $3,000 IRS tax loss allowance each year).

**Figure 1: Excerpt from TD Ameritrade's 2015 1099-B Statement for Account 9075[8]**

| 1a- Description of property/CUSIP/Symbol | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross (N)et | 1b- Date acquired | 1e- Cost or other basis | 1g- Adjustments & 1f- Code(s), if any** | Gain or loss(-) & 7- Loss not allowed(X) | Additional information |
| AVAGO TECH LTD COM / CUSIP: Y0486S104 / Symbol: AVGO | | | | | | | |
| 08/19/15 | 1,000.000 | 120,142.88 | 08/19/15 | 120,197.00 | 54.12 W | 0.00 | Sale |
| 08/20/15 | 1,000.000 | 119,574.79 | 08/19/15 | 121,765.42 | | -2,190.63 | Sale |
| | Security total: | 239,717.67 | | 241,962.42 | 54.12 W | -2,190.63 | |

Source: 2015 1099-B, TD Ameritrade Clearing, Account 755849075, p. 51.

26.   Figure 2 below illustrates another example of actual trading of Liquidmetal Technologies in the Raging Bull E*Trade account ending in 8701.[9] In this example, different from Figure 1, the wash sale losses could not be used for tax purposes in 2018 because the repurchased shares of Liquidmetal Technologies were held through the end of the calendar year 2018. As shown in the top panel of Figure 2, a number of sale transactions on August 9, 2018 incurred an aggregate loss of $6,379.47. A purchase made on August 17, 2018 (indicated in the last row of the bottom panel in Figure 2) triggered the wash sale rule and rendered the loss of $6,379.47 disallowed. Since the shares purchased on August 17, 2018 were not subsequently sold within 2018, the loss of $6,379.47 could not be used to reduce taxable gains—and therefore taxes—in 2018.[10] This example further illustrates how the wash sale rule impacts short-term trading strategies when the security affected by the wash sale rule is not sold in the same calendar year as purchased. Assuming that Raging Bull did not conduct a cross-brokerage transaction, such as short-selling Liquidmetal Technologies in a

---

[8]   According to the monthly statement, the actual cost of the shares sold on August 20, 2015 is $121,711.30. The reported Cost of $121,765.42 is equal to the sum of $121,711.30 and $54.12.

[9]   I note that Jason Bond recommended buying Liquidmetal Technologies to his subscribers in September 2017, November 2017, and March 2018. See F01-RAB_DOC-0001635, F01-RAB_DOC-0002822, F01-RAB_DOC-0002904, F01-RAB_DOC-0002924.

[10]   See, e.g., "Publication 550 (2019), Investment Income and Expenses" by the Internal Revenue Service, available at https://www.irs.gov/publications/p550.

**PX 45, 4591**

different account in 2018, Raging Bull was not able to realize the loss of $6,379.47 for tax purposes in 2018.

**Figure 2: Excerpt from E\*Trade's 2018 1099-B Statement for Account 8701[11]**

| Security Description CUSIP (Box 1a) | Quantity Sold | Date Acquired (Box 1b) | Date Sold or Disposed (Box 1c) | Proceeds (Box 1d) | Cost or Other Basis (Box 1e) | Accrued Market Discount (Box 1f) | Wash Sale Loss Disallowed (Box 1g) | Gain/Loss Amount | Additional Information |
|---|---|---|---|---|---|---|---|---|---|
| LIQUIDMETAL TECHNOLOGIES INC CUSIP: 53634X100 | 25,000.00000 | 12/16/2016 | 08/09/2018 | $5,434.77 | $4,879.99 | $0.00 | $0.00 | $554.78 | |
| | 75,000.00000 | 12/16/2016 | 08/09/2018 | $16,304.31 | $14,737.50 | $0.00 | $0.00 | $1,566.81 | |
| | 45,600.00000 | 06/30/2017 | 08/09/2018 | $9,799.02 | $12,745.20 | $0.00 | $2,946.18 | ($2,946.18) | |
| | 9,600.00000 | 06/30/2017 | 08/09/2018 | $2,067.62 | $2,678.40 | $0.00 | $610.78 | ($610.78) | |
| | 7,000.00000 | 06/30/2017 | 08/09/2018 | $1,518.15 | $1,944.49 | $0.00 | $426.34 | ($426.34) | |
| | 10,400.00000 | 06/30/2017 | 08/09/2018 | $2,234.87 | $2,901.60 | $0.00 | $666.73 | ($666.73) | |
| | 2,100.00000 | 06/30/2017 | 08/09/2018 | $453.34 | $583.80 | $0.00 | $130.46 | ($130.46) | |
| | 7,900.00000 | 06/30/2017 | 08/09/2018 | $1,705.44 | $2,194.50 | $0.00 | $489.06 | ($489.06) | |
| | 10,000.00000 | 06/30/2017 | 08/09/2018 | $2,149.78 | $2,790.00 | $0.00 | $640.22 | ($640.22) | |
| | 2,500.00000 | 06/30/2017 | 08/09/2018 | $543.48 | $694.46 | $0.00 | $150.98 | ($150.98) | |
| | 2,900.00000 | 06/30/2017 | 08/09/2018 | $624.60 | $806.20 | $0.00 | $181.60 | ($181.60) | |
| | 2,000.00000 | 06/30/2017 | 08/09/2018 | $421.88 | $559.00 | $0.00 | $137.12 | ($137.12) | |
| **Subtotals** | 200,000.00000 | | | $43,257.26 | $47,515.14 | $0.00 | $6,379.47 | ($4,257.88) | |
| **12 ITEMS – TOTAL** | | | | $43,257.26 | $47,515.14 | $0.00 | $6,379.47 | ($4,257.88) | |

**DETAILS OF 2018 INVESTMENT ACTIVITY**

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|---|
| 09/19/18 | CASTLE BRANDS INC | 148435100 | PURCHASE | 200.000 | $0.95 | $190.00 | |
| 09/19/18 | CASTLE BRANDS INC | 148435100 | PURCHASE | 3,237.000 | $0.96 | $3,106.87 | |
| 09/19/18 | CASTLE BRANDS INC | 148435100 | PURCHASE | 16,563.000 | $0.96 | $15,905.43 | |
| 08/09/18 | LIQUIDMETAL TECHNOLOGIES INC | 53634X100 | SELL | 7,000.000 | $0.22 | $1,518.15 | |
| 08/09/18 | LIQUIDMETAL TECHNOLOGIES INC | 53634X100 | SELL | 10,000.000 | $0.22 | $2,158.78 | |
| 08/09/18 | LIQUIDMETAL TECHNOLOGIES INC | 53634X100 | SELL | 10,000.000 | $0.22 | $2,149.78 | |
| 08/09/18 | LIQUIDMETAL TECHNOLOGIES INC | 53634X100 | SELL | 12,500.000 | $0.22 | $2,692.22 | |
| 08/09/18 | LIQUIDMETAL TECHNOLOGIES INC | 53634X100 | SELL | 56,000.000 | $0.22 | $12,033.89 | |
| 08/09/18 | LIQUIDMETAL TECHNOLOGIES INC | 53634X100 | SELL | 102,000.000 | $0.21 | $21,515.77 | |
| 08/09/18 | LIQUIDMETAL TECHNOLOGIES INC | 53634X100 | SELL | 102,500.000 | $0.22 | $22,282.56 | |
| 08/17/18 | LIQUIDMETAL TECHNOLOGIES INC | 53634X100 | PURCHASE | 100,000.000 | $0.17 | $17,104.95 | |

Source: 2018 1099-B, E\*Trade Securities, Account 62668701, pp. 7, 10.

27.     The examples in Figure 1 and Figure 2 show the complexities due to the IRS wash sale rule when a subscriber engages in short-term trading strategies. However, Mr. Kyle misinterprets my presentation of reported information on disallowed wash sale losses, and ignores that wash sale information, as reported in 1099-B statements, conveys valuable information on the efficacy of the associated trading activity to subscribers. I summarize this information next.

28.     First, IRS-disallowed wash sale losses indicate the execution of unprofitable trading, where a trader sold a security at a lower price than the purchase price. The large number of trades flagged as disallowed wash sale losses in Raging Bull's 1099-B statements is directly relevant to the frequency of transactions that generated actual realized trading losses. This fact is especially salient for subscribers with limited means, where a loss on a trade may eliminate their invested capital altogether, giving them no chance to recoup at least some

---

[11]     According to the details of investment activity reported on the 2016 and 2017 1099-B statements, the actual cost of the shares sold on August 9, 2018 is $47,515.14, the same as the Cost figure reported in the 2018 1099-B statement.

**PX 45, 4592**

portion of their losses by trading again. Further, a subscriber who wishes to avoid further trades of a stock that has generated losses—in order to, at least, recoup tax savings from such losses—may discontinue trading well before Raging Bull's instructors stop trading of the same stock. Such a subscriber would realize actual losses that correspond to a wash sale loss of Raging Bull's instructors. Mr. Kyle's dismissal of wash sale losses by Raging Bull's instructors as being meaningless completely ignores that subscribers may attempt to minimize their losses by ceasing trading in a particular stock after initially losing money (or cease trading due to their investment capital being "wiped out").

29. Second, the reported 1099-B statements indicate that the trading activity was predominantly due to short-term trading, consistent with the short-term or "swing trading" favored by Raging Bull's founders and the content of their instructional material.[12] In other words, the realized losses triggered by disallowed wash sale losses were a result of the type of trading activity that Raging Bull's instructors claim are successful. The 1099-B statements indicate that the win rates claimed by Raging Bull founders were unrealistic.

30. Because of the reasons above, Table 1 of the Initial Wermers Report conveys valuable information about the efficacy of the trading activity of Raging Bull founder's and affiliated entities, and supports my other conclusions that Raging Bull's trading strategies are not likely to be profitable for subscribers to these services—the key premise of the Initial Wermers Report which the Kyle Report completely overlooks.

---

[12]   See Kyle Dennis, Forward. In: Jason Bond, *Swing for the Fences: From Debt to Wealth in 7 Steps* (Lioncrest, 2017) ("Jason Bond is hyper-focused on one thing: teaching people to make money through swing trading."); see also "Day Trading Playbook," Jason Bond Picks; see also F01-RAB-0007363 (Email from Jason Bond, Subject: $1 A Trade Weekend Income Option, May 22, 2020) ("Jeff uses a special set of criteria to find stocks that have the potential for explosive returns, setting him up to make passive income over the weekend and cash in early the following week."); see also Total Alpha Trading website (https://totalalphatrading.com/total-alpha/, Accessed February 27, 2020) ("You don't need to be a genius to profit from Total Alpha – leave the heavy lifting to Jeff! Just look at these regular traders who have recently profited from Jeff's no-BS trade alerts and research by joining Total Alpha…Total Alpha is a complete service designed to pinpoint profitable trades, get in at the right price, and exit with a profit. And at any one moment there are a multitude of trading opportunities for you to take, or simply sit back and watch to see how different trades unfold.").

**PX 45, 4593**

31.    I further note that, in my review of the Raging Bull educational and training materials, as well as the actual trades of Raging Bull instructors, there was limited consideration of the tax consequences of their trading strategies.

B.    **THE KYLE REPORT MISINTERPRETS MY PRESENTATION AND DISCUSSION OF THE FIGURES IN TABLE 1 OF THE INITIAL WERMERS REPORT**

32.    The Kyle Report misinterprets my presentation and discussion of Table 1 from the Initial Wermers Report, as well as the significance of the figures shown in this table, and, therefore, the conclusions I draw from it.

33.    Table 1 in the Initial Wermers Report presents "Dollar Volume of Securities Sold," "Dollar Volume of Securities Bought," and "Proceeds minus Costs." These figures are based on actual reported numbers in the relevant underlying 1099-B statements I reviewed during preparing the Initial Wermers Report.[13] "Dollar Volume of Securities Sold" corresponds to "Proceeds" in the underlying 1099-B statements, whereas "Dollar Volume of Securities Bought" corresponds to "Cost basis." The column "Proceeds minus Costs" in Table 1 of the Initial Wermers Report is simply the arithmetic difference between the two, as reported in the underlying 1099-B statements. The Kyle Report does not dispute the information in the 1099-B statements, including the total "Proceeds minus Costs" aggregate difference of negative $56.4 million across the account and years listed in Table 1 and which were predominantly derived from short-term trading activity.[14] Instead, it mischaracterizes the conclusion I draw from these numbers.

34.    The Kyle Report states that "the [Initial] Wermers Report includes an artificial adjustment, known as 'wash sale loss disallowed'[] in calculating the purported 'actual trading performance' in the selected accounts," a statement that is both misleading and incorrect.[15]

---

[13]    As in the Initial Wermers Report, in this report, I continue to focus on accounts that are associated with short-term trading activity. See Initial Wermers Report, footnote 128.

[14]    Although the Kyle Report agrees with the aggregate "Proceeds minus Costs" figure of $56,426,361 as reported in the 1099-B statements, he labels this as "Professors Wermers' Calculations" in his Exhibit 3.

[15]    Kyle Report, ¶ 26.

**PX 45, 4594**

Wash sale losses can reflect real financial losses that may or may not be recouped later, depending on the ultimate outcome of a sequence of trades of a security as I discuss above.

35.   As I clearly indicate in footnote 129 in the Initial Wermers Report, which the Kyle Report either misses or ignores, I fully recognize the relevance of disallowed wash sale losses in the calculation presented in Table 1. To be clear, Table 1 in the Initial Wermers Report does not perform any further calculations related to disallowed wash sale losses and does not attempt to present the ultimate net profit or loss from aggregated trading activity. Instead, the arithmetic difference between "Proceeds" and "Cost basis" indicates that the trading activity in the accounts shown in Table 1 generated numerous losing trades. This finding corroborates my other ten opinions presented in the Initial Wermers Report, findings that Mr. Kyle ignores.

36.   In addition, the large dollar amount in the aggregate value of "Proceeds minus Costs" shown in Table 1 of the Initial Wermers Report, indicates that there was a large dollar amount of unprofitable trading activity that generated trading losses. Academic researchers and practitioners understand the importance of the wash sale rule and have studied and published on its impact on trading decisions made by investors. For example, the wash sale rule has been shown to affect investors' portfolio choice[16] and can lower investment returns.[17] The wash sale rule also affects the trading efficacy when investors try to sell losing trades and harvest tax losses to lower taxable income.[18]

37.   Accounting for disallowed wash sale losses in Table 1 of the Initial Wermers Report does not change the conclusion that the trades of Raging Bull's founders generated large trading losses, in aggregate. Table 1, below, is a replica of the same table in the Initial Wermers Report, with three types of additions. First, it includes two more columns: reported Wash

---

[16]   See, e.g., Bjarne Astrup Jensen and Marcel Marekwica, "Optimal Portfolio Choice with Wash Sale Constraints," *Journal of Economic Dynamics and Control*, Volume 35, Issue 11 (Nov. 2011), 1916-1937.

[17]   See, e.g., Shomesh E. Chaudhuri, Terence C. Burnham, and Andrew W. Lo, "An Empirical Evaluation of Tax-Loss-Harvesting Alpha," *Financial Analysts Journal*, Volume 76, Number 3 (Jun. 2020), 99-108.

[18]   See, e.g., Jeff Brown, "How the Wash-Sale Rule Can Trip Investors," U.S. News, available at https://money.usnews.com/investing/investing-101/articles/2017-11-06/how-the-wash-sale-rule-can-trip-investors

**PX 45, 4595**

Sale Losses Disallowed and calculated Net Gain or Loss. Second, it includes additional 1099-B statements for Raging Bull's founders for the 2019 tax year, which I was provided with when preparing this report. Third, for comparison purposes, it includes the last two columns of Exhibit 3 in the Kyle Report. The Net Gain or Loss column removes the effect of "Wash Sale Losses Disallowed" in the calculation of Proceeds minus Costs to arrive at the Net Gain or Loss. As indicated in Table 1 below, even if we remove the effect of Wash Sale Losses Disallowed, trading activity of Raging Bull's founders and affiliated entities incurred an aggregate loss of $1,818,903 between 2014 and 2018.[19] In addition, as shown in Table 1, the sign, that is, whether it is gain or loss, of "Proceeds minus Costs" is highly correlated with (i.e., most of the time matches that of) "Net Gain or Loss (-)."

38.   I calculate the column "Proceeds minus Costs," both in Table 1 in this report and in the Initial Wermers Report. As shown in Table 1, Column [5], I calculate "Net Gain or Loss (-)" to be negative $1,818,903. The Kyle Report (Exhibit 3) presents, as shown in Column [6], an even larger short-term trading loss of $2,308,158. The difference between our calculations of $489,255 is because the Kyle Report includes aggregate realized losses on closed futures contracts. The Proceeds and Costs columns in Table 1 below, and Table 1 in the Initial Wermers Report, do not include the closed futures contracts, which involve different types of securities and trading activities (which I would not expect the vast majority of Raging Bull's subscribers to use frequently, if at all).

39.   Finally, the bottom panel of Table 1, which adds five more 1099-B statements provided to me, shows that Raging Bull's founders continued to incur substantial losses, in aggregate, in their short-term trading in 2019.

---

[19]   The Kyle Report correctly points out that for account 8701 in 2018, the Cost figure reported on 1099-B statements does not include Wash Sale Losses Disallowed. This is the example illustrated in Figure 2 above. This is accounted for in Net Gain or Loss (-) in Table 1. In addition, the figures of Net Gain or Loss (-) in Table 1 for accounts 8701 and 4059 in 2016-2018 differ from the Gain/Loss Amount reported on the 1099-B statements because the reported figures have not been adjusted for Wash Sale Losses Disallowed.

PX 45, 4596

**Table 1: Replica of Table 1 in the Initial Wermers Report, Expanded with Wash Sale Losses Disallowed and Calculated Net Gain or Loss, and with 1099-B Statements for 2019 Tax Year[20]**

| Account Number Ending In | Account Owner | Year | Proceeds | Costs | Proceeds minus Costs | Wash Sale Losses Disallowed | Net Gain or Loss(-) | REALIZED P/(L) PER 1099-B (Kyle Report Exhibit 3) | BATES NOOP PER MONTHLY STATEMENTS (Kyle Report Exhibit 3) |
|---|---|---|---|---|---|---|---|---|---|
| | | | [1] | [2] | [3] = [1] - [2] | [4] | [5] = [3] + [4] | [6] | [7] |
| 9075 | Happy Mountain Holdings LLC - Jeff Bishop | 2014 | $39,902,793 | $41,435,570 | -$1,532,777 | $1,475,526 | -$57,250 | -$57,250 | $34,498 |
| 9075 | Happy Mountain Holdings LLC - Jeff Bishop | 2015 | $110,628,877 | $126,045,635 | -$15,416,758 | $14,982,896 | -$433,862 | -$433,862 | -$414,119 |
| 9075 | Happy Mountain Holdings LLC - Jeff Bishop | 2016 | $61,893,736 | $70,201,936 | -$8,308,200 | $8,153,437 | -$154,763 | -$153,304 | -$209,481 |
| 9075 | Happy Mountain Holdings LLC - Jeff Bishop | 2017 | $61,288,458 | $77,618,459 | -$16,330,001 | $15,623,084 | -$706,917 | -$898,690 | -$710,446 |
| 9075 | Happy Mountain Holdings LLC - Jeff Bishop | 2018 | $54,671,724 | $60,712,196 | -$6,040,472 | $5,030,774 | -$1,009,698 | -$1,158,939 | -$1,118,165 |
| 6387 | Jason Bond and Pamela J Bond | 2018 | $11,270,753 | $11,846,352 | -$575,599 | $417,893 | -$157,707 | -$170,220 | -$336,034 |
| 8701 | Jeff Bishop | 2015 | $15,710,863 | $16,524,496 | -$813,633 | $758,460 | -$55,174 | -$117,947 | -$100,122 |
| 8701 | Jeff Bishop | 2016 | $6,730,294 | $7,297,434 | -$567,139 | $550,628 | -$16,511 | -$16,511 | -$34,312 |
| 8701 | Jeff Bishop | 2017 | $532,704 | $527,316 | $5,388 | $6,899 | $12,287 | $12,287 | -$16,280 |
| 8701 | Jeff Bishop | 2018 | $64,351 | $78,489 | -$14,138 | $6,379 | -$14,138 | -$14,138 | -$42,891 |
| 1637 | Lighthouse Media LLC | 2015 | $871,084 | $971,168 | -$100,084 | $101,615 | $1,531 | $1,531 | $1,516 |
| 4059 | Lighthouse Media LLC n/k/a RagingBull.com LLC | 2014 | $15,222,954 | $15,840,403 | -$617,449 | $542,022 | -$75,427 | -$75,427 | -$95,880 |
| 4059 | Lighthouse Media LLC n/k/a RagingBull.com LLC | 2015 | $20,733,570 | $21,557,187 | -$823,617 | $974,021 | $150,404 | $145,638 | $138,539 |
| 4059 | Lighthouse Media LLC n/k/a RagingBull.com LLC | 2016 | $45,496,214 | $47,975,281 | -$2,479,067 | $2,795,100 | $316,032 | $316,032 | $318,966 |
| 4059 | RagingBull.com LLC | 2017 | $31,874,102 | $33,206,038 | -$1,331,936 | $1,646,108 | $314,172 | $314,172 | $300,697 |
| 4059 | RagingBull.com LLC | 2018 | $30,434,044 | $31,914,922 | -$1,480,877 | $1,548,996 | $68,119 | -$1,531 | -$30,982 |
| **Subtotal (2014-2018)** | | | | | **-$56,426,361** | **$54,613,837** | **-$1,818,903** | **-$2,308,158** | **-$2,314,494** |
| ***Additional 1099-B Records Provided*** | | | | | | | | | |
| 6387 | Jason Bond | 2019 | $200,586,450 | $201,710,537 | -$1,124,087 | $954,596 | -$169,491 | | |
| 8701 | Jeff Bishop | 2019 | $49,278,549 | $50,133,040 | -$854,491 | $666,321 | -$188,171 | | |
| 5108 | Jeff Bishop | 2019 | $1,540,001 | $1,263,644 | $276,357 | $4,525 | $280,882 | | |
| 4759 | Jeff Bishop | 2019 | $2,052,695 | $2,124,859 | -$72,164 | $0 | -$72,164 | | |
| 4760 | Jeff Bishop | 2019 | $548,876 | $545,119 | $3,756 | $0 | $3,756 | | |
| **Subtotal (2019)** | | | | | **-$1,770,629** | **$1,625,441** | **-$145,188** | | |
| **Total (2014-2019)** | | | | | **-$58,196,990** | **$56,239,278** | **-$1,964,092** | | |

Sources and Notes: 1099-B statements. Values reported do not include any proceeds reported without a corresponding cost basis. Alternating highlighting indicates different accounts. For account 8701 in year 2018, [5] = [3] since Cost Basis amounts on the 1099-B statements were not adjusted by the Wash Sale Loss Disallowed amount.

40.  The Proceeds minus Costs column indicates that short-term trading of Raging Bull's founders and affiliated entities incurred many large losses, regardless of whether some of these losses may have been ultimately followed by a partial or full recovery through trading gains. This analysis is also consistent with my opinion that "Raging Bull and its co-founders have lost millions of dollars from trading." The distinction between Proceeds minus Costs and Net Gain or Loss is not merely a technical one. It indicates that, if Raging Bull's subscribers had hypothetically been able to follow the trades of Raging Bull's founders—notwithstanding the flawed setup of Raging Bull's trade alerts—and given the

---

[20]  The Kyle Report criticizes the labels of Table 1 in the Initial Wermers Report. In Table 1 in the Initial Wermers Report I referred to Proceeds as Dollar Volume of Securities Sold and to Costs as Dollar Volume of Securities Bought.

**PX 45, 4597**

large negative differences in "Proceeds minus Costs," as shown in Table 1 above, Raging Bull's subscribers could very well have incurred substantial losses.

41. As I discussed earlier, while "Wash Sale Losses Disallowed" are a tax-accounting construct, they are not without information on the underlying trading activity. Wash sales occur when a realized loss has occurred through a round-trip trade, but that realized loss is not allowed for tax purposes. Specifically, a large level of wash sale losses, compared to net realized gains or losses indicates that a very large number of short-term trades (e.g., single-day or single-week roundtrip trades) were executed in order to achieve the net gains or losses. This is because each wash sale loss reflects the sale of stock shares, accompanied by a purchase of the same stock shares within a 30-day period of the sale or the equivalent of a minimum of three trades (i.e., a purchase, a sell, and a repurchase within 30 days of the sale) per security that reports a disallowed wash sale loss.[21] Further, larger wash sale losses indicate large losses on numerous trades, a huge number of round-trip trades, or both. For example, in the 2017 account ending in 4059 that generated short-term trading gains of $314,172 (as shown above in columns [5] and [6] in Table 1), the 1099-B statement indicates that this gain was generated by 5,127 individual trades (here, one "trade" is defined as one pair of purchase and sale reported on the 1099-B statement).[22] In the context of Raging Bull's subscribers, this brings a sharp focus to the additional challenge and risks of executing an extremely large number of trades within a short time period that would be needed, even in an ideal world, to replicate the Raging Bull instructors' trading profits or losses.

42. I also note that the Kyle Report portrays, through adjustments made in the calculations of gains and losses presented in its Exhibits 3 and 7, that gains and losses are not reported in a uniform way across brokers and over time—the computation of these figures does not have to conform to standardized IRS reporting requirements, since they are not reported to the IRS (unlike those standards that apply to Proceeds, Costs, and Wash Sale Losses Disallowed columns, which must be reported to the IRS).

---

[21]   Often there are more than one purchases grouped under a single sale reported as wash sale loss disallowed.

[22]   The 2017 1099-B statement for account 4059 included over 160 pages of transaction detail.

**PX 45, 4598**

43.     In addition, given Raging Bull's founders' predominantly short-term trading strategies, when examined together over a number of years (e.g., from 2014 to 2018 or 2019 in this matter), monthly account statements provide little, if any, incremental value relative to 1099-B statements, in terms of assessing the profitability of trading activity. Exhibit 3 in the Kyle Report illustrates this point: Mr. Kyle calculates the realized loss to be $2,308,158 based on the 1099-B statements and the equivalent figure to be $2,314,494 based on the monthly account statements.[23]

## V.     THE KYLE REPORT CORROBORATES MY OPINION THAT RAGING BULL'S FOUNDERS EXPERIENCED SUBSTANTIAL SHORT-TERM TRADING LOSSES INCLUDING DURING PERIODS OF STRONG MARKET PERFORMANCE

44.     Next, I discuss the results in the Kyle Report on Realized Profit and Loss based on the 1099-B statements. Other than my opinions that are directly related to the 1099-B statements and discussed in Section VII (¶¶ 86-88), none of my other opinions in the Initial Wermers Report hinges or depends on the information conveyed by the 1099-B statements submitted on behalf of Jeff Bishop and Jason Bond (and affiliated entities) and reported to the IRS. I address, next, the discussion of the 1099-B statements in the Kyle Report, which confirm my findings that Raging Bulls' founders experienced substantial short-term trading losses.

### A.     THE KYLE REPORT DOCUMENTS SUBSTANTIAL SHORT-TERM TRADING LOSSES ON RAGING BULL'S ACCOUNTS

45.     The Kyle Report does not dispute the information reported in the 1099-B statements. Nor does it dispute that "Proceeds minus Costs" is negative $56.4 million. As I explained earlier, the "Proceeds minus Costs" conveys valuable information about the trading activity reported in 1099-B statements. In addition, as I show in Table 1 above, the measure of "Proceeds minus Costs" is highly correlated with the measure of "Net Gain or Loss" at the account level, and both measures completely agree that the Raging Bull founders' accounts experienced substantial trading losses, in aggregate. This is no accidental correlation—it reflects that deep trading losses must be followed by large trading gains, an immense

---

[23]   Kyle Report, Exhibit 3.

**PX 45, 4599**

hurdle—to generate cumulative net profits. The Kyle Report argues that it is only appropriate—which I do not agree given the fact pattern in this matter—to examine 1099-B statements after removing the effect of wash sale losses disallowed when analyzing trading performance. As I have argued above, wash sale losses are very informative about the potential losses from a trading strategy.

46. Nevertheless, even after removing the effect of wash sale losses disallowed, the Kyle Report, in its Exhibit 3, documents substantial trading losses experienced by Raging Bull's founders. The trading losses amount to approximately $2.3 million, including realized losses from closed futures contracts. In addition, these net trading losses based on 1099-B statements are insensitive to the Kyle Report's own calculations. In summary, while the Kyle Report criticizes that the Initial Wermers Report falsely conveys that Raging Bull's founders experienced trading losses, it independently reaches the same conclusion—which is that the accounts of Raging Bull founders experienced substantial losses from short-term trading activity. For a typical Raging Bull subscriber, the magnitude of approximately $2.3 million of short-term trading losses is a substantial amount that could be expected to have (more than) "wiped out" the investable savings of a subscriber with limited means (i.e., less than the investable capital possessed by Raging Bull instructors). Exhibit 3 of the Kyle Report therefore confirms my findings.

47. The Kyle Report criticizes the Initial Wermers Report for failing to mention that "the realized and unrealized net gain … for the … brokerage accounts in which Jason Bond implemented the trading patterns and techniques that he taught to Raging Bull subscribers for the period 2014 to 2018 was $318,539."[24] This finding is based on Exhibit 7 in the Kyle Report. The Kyle Report does not provide sufficient information for me to review and verify the calculation of the figure of $318,539. The Kyle Report also criticizes the Initial Wermers Report for failing to mention that "[a]t or around the end of 2017, Mr. Bond had crossed the $1 million threshold in trading profits."[25] In my opinion, it is not helpful to know whether Jason Bond can accumulate a certain amount of trading profits *at some*

---

[24]   Kyle Report, ¶ 5.

[25]   Kyle Report, ¶ 5.

PX 45, 4600

*arbitrarily selected point in time*. One can always "cherry pick" some gambles that generate profits, even if the aggregate of all gambles are losers. For example, Exhibit 9 in the Kyle Report illustrates the very high volatility in Jason Bond's trading. Exhibit 9 of the Kyle Report indicates that, after reaching a cumulative gain of $1,028,653 as of January 31, 2018, Jason Bond lost almost half of that gain in 2018, as his cumulative profit, as of December 31, 2018, was only $549,193. Instead, the more important information is whether trading recommendations by Jason Bond and Jeff Bishop (Raging Bull's founders) can generate consistent trading profits. In fact, the above criticisms from the Kyle Report do not change my opinion that Raging Bull's founders (and affiliated entities) incurred sizeable short-term trading losses based on 1099-B statements.[26] They also do not change the findings in Exhibit 3 of the Kyle Report that Raging Bull's founders incurred an aggregate trading loss of about $2.3 million, a substantial loss for Raging Bull subscribers.

## B. THE NET GAIN OR LOSS INFORMATION IN 1099-B STATEMENTS IS LARGE RELATIVE TO CAPITAL INVESTED CLAIMED IN THE KYLE REPORT

48.    When criticizing the Initial Wermers Report's analysis on trading performance of Raging Bull's founders, the Kyle Report introduces the concept of "average equity," or "amount available to invest."[27] The Kyle Report argues that, since the calculated average equity value was $1.98 million, Raging Bull's founders had nowhere near $56.4 million to lose in their accounts.[28] The Kyle Report does not include sufficient detailed information to replicate and verify the calculation of an average equity value of $1.98 million. I therefore cannot speak to the validity of comparing the "Proceeds minus Costs" of negative $56.4 million and the $1.98 million average equity value claimed by the Kyle Report. However, even if we accept that the figure of $1.98 million correctly reflects "amount available to invest" as argued in the Kyle Report,[29] the realized loss of $2.3 million presented in Exhibit

---

[26]   I note that, in his emails to subscribers in 2020, Jason Bond highlighted his trading profits between 2015 and 2017, but did not mention his trading losses in 2018—information that would be especially useful for subscribers. See, e.g., F01-RAB-0005956 and Jason Bond Picks Email.pdf. Exhibit 7 in the Kyle Report shows that in 2018 account 6387 incurred a loss of 336,034, account 8701 incurred a loss of 42,891, and account 4059 incurred a loss of 30,982.

[27]   Kyle Report, ¶ 44.

[28]   Kyle Report. ¶ 44.

[29]   Kyle Report, ¶ 44.

**PX 45, 4601**

3 in the Kyle Report is still large relative to the $1.98 million that was available to invest and could be expected to "wipe out" all but the most wealthy subscribers' investable assets (with many subscribers potentially losing all of their investable money well before 2018). And, for subscribers who may have been slow to react to the trade alerts, even higher percentage losses were possible. The realized loss of $1.82 million presented in Table 1 above (which does not include losses on closed futures contracts) is also large relative to the $1.98 million that was available to invest and could effectively have wiped out a subscriber's assets.

49.     In summary, the Kyle Report's calculation of "average equity" and "amount available to invest" does not change my opinion of the trading strategies by Jeff Bishop, Jason Bond and Raging Bull's affiliated entities, nor does the Kyle Report undercut in any way my analysis of the 1099-B statements.

## VI.   THERE IS NO INCONSISTENCY BETWEEN MY PRIOR EXPERT WORK AND ACADEMIC PUBLICATIONS, AND MY OPINIONS AND ANALYSIS IN THIS MATTER

50.     The Kyle Report claims that my own research articles contradict the methodology in the Initial Wermers Report.[30] The Kyle Report incorrectly references my earlier work and, as a result, compares apples to oranges.

51.     For example, the Kyle Report references my work in the *Terraza v. Safeway Inc. et. al*, matter ("*Safeway*").[31] My expert report on the *Safeway* matter does not address how gains and losses are computed, nor does this matter involve an analysis of the performance of short-term trading. The Kyle Report ignores the main premise of my opinion that Raging Bull's purported trading strategies are not replicable by typical subscribers to generate consistent profits as claimed, and that, as the Kyle Report independently documents, such trading activity would have resulted in aggregate net losses estimated at over two million dollars ($2,308,158 if calculated using 1099-B statements and net losses of $2,314,494 if

---

[30]   Kyle Report, Section VIII.

[31]   Kyle Report, ¶ 51.

PX 45, 4602

calculated using monthly account statements). In the *Safeway* matter, I did not examine short-term trading strategies and their associated trading losses.

52. Likewise, there is no inconsistency between my other academic articles and the textbook referenced in the Kyle Report and my Initial Wermers Report.[32] None of the selective samples of my prior work referenced in the Kyle Report addresses how short-term gains and losses are computed. There is no incompatibility or inconsistency between my prior research, textbook, or the *Safeway* matter and the opinions and analyses I have provided in this matter.

---

[32] Kyle Report, ¶¶ 52-54.

PX 45, 4603

**APPENDIX A: CURRICULUM VITAE OF RUSSELL R. WERMERS**

## CURRICULUM VITAE
## RUSSELL R. WERMERS

[January 10, 2021]

**PERSONAL**  **Address:**  Department of Finance  **Office:** ███████
Robert H. Smith School of Business  **Mobile:** ████████ (worldwide)
University of Maryland
College Park, MD  20742-1815  ████████
**Citizenship:** USA  http://terpconnect.umd.edu/~wermers/

**EMPLOYMENT**  Chairman, Department of Finance, January 2019 to present
Dean's Chair in Finance, 2018 to present; and Professor of Finance, 2013 to present
Director, Center for Financial Policy, 2013 to present
Bank of America Professor, 2016 to 2018

Member, Asset Management Advisory Committee, Securities and Exchange Commission (two-year term beginning November 1, 2019)

Economist, Office of Financial Research (20% Appointment), November 2014-October 2018

Associate Professor of Finance, Robert H. Smith School of Business, University of Maryland at College Park, August 2002 – July 2013

Assistant Professor of Finance, Robert H. Smith School of Business, University of Maryland at College Park, August 2000 – July 2002

Assistant Professor of Finance, University of Colorado at Boulder, August 1994 – July 2000

**EDUCATION**  Ph.D. Finance, University of California, Los Angeles, December 1995
M.B.A. (Finance Concentration), University of California, Los Angeles, June 1989
B.S. Chemical Engineering, *cum laude* (top 10% in Engineering), University of Idaho, May 1981
B.S. Metallurgical Engineering, *cum laude* (top 10% in Engineering), University of Idaho, May 1981

**REFEREED PUBLICATIONS**  Mark Grinblatt, Sheridan Titman, and Russ Wermers, 1995, "Momentum Investment Strategies, Portfolio Performance, and Herding: A Study of Mutual Fund Behavior," American Economic Review, December, pages 1088-1105

Kent Daniel, Mark Grinblatt, Sheridan Titman, and Russ Wermers, 1997, "Measuring Mutual Fund Performance with Characteristic Based Benchmarks," Journal of Finance, July, pages 1035-1058

Russ Wermers, 1999, "Mutual Fund Herding and the Impact on Stock Prices," Journal of Finance, April, pages 581-622; Nominated, Smith Breeden Prize for the Outstanding Paper of 1999 Published in *The Journal of Finance*; Winner, *New York Stock Exchange Award for the Best Paper on Equity Trading*, 1995 Western Finance Association Meetings

Russ Wermers, 2000, "Mutual Fund Performance: An Empirical Decomposition into Stock-Picking Talent, Style, Transactions Costs, and Expenses," Journal of Finance, August, pages 1655-1695

Hsiu-Lang Chen, Narasimhan Jegadeesh, and Russ Wermers, 2000, "The Value of Active Mutual

**PX 45, 4604**

Fund Management: An Examination of the Stockholdings and Trades of Fund Managers," Journal of Financial and Quantitative Analysis, September, pages 343-368

Doron Avramov and Russ Wermers, 2006, "Investing in Mutual Funds When Returns Are Predictable," Journal of Financial Economics, August, pages 339-377

Robert Kosowski, Allan Timmermann, Russ Wermers, and Hal White, 2006, "Can Mutual Fund 'Stars' Really Pick Stocks? New Evidence from a Bootstrap Analysis," Journal of Finance (Lead Article; Finalist, Smith Breeden Prize for the Outstanding Paper of December 2006 to October 2007 published in *The Journal of Finance*), December, pages 2551-2595

Russ Wermers, 2006, "Performance Evaluation with Portfolio Holdings Information," North American Journal of Economics and Finance, August, pages 207-230

Laurent Barras, Olivier Scaillet, and Russ Wermers, 2010, "False Discoveries in Mutual Fund Performance: Measuring Luck in Estimated Alphas," Journal of Finance, February, 179-216. Winner, 2008 Banque Privée Espírito Santo/Swiss Finance Institute Outstanding Paper Prize

Robert Jones and Russ Wermers, 2011, "Active Management in Mostly Efficient Markets," Financial Analysts Journal, Nov/Dec, 29-45; Winner, 2011 Graham and Dodd Scroll Award

Russ Wermers, Tong Yao, and Jane Zhao, 2012, "Forecasting Stock Returns Through an Efficient Aggregation of Mutual Fund Holdings ," Review of Financial Studies, December, 3490-3529; First Prize, 2007 Annual Joint Prize of Inquire Europe, Inquire UK, and Q-Group; Reviewed in the CFA Digest, Volume 43(2), May 2013

David Blake, Alberto Rossi, Ian Tonks, Allan Timmermann, and Russ Wermers, 2013, "Pension Fund Performance and Risk-Taking Under Decentralized Investment Management," Journal of Finance, June, 1133-1178.

Ayelen Banegas, Ben Gillen, Allan Timmermann, and Russ Wermers, 2013, "The Cross-Section of Conditional Mutual Fund Performance in European Stock Markets," Journal of Financial Economics, June, 699-726

Daniel Li, Michael Markov, and Russ Wermers, 2013, Monitoring Daily Hedge Fund Performance When Only Monthly Data is Available, Journal of Investment Consulting 14; Winner, 2012 Journal of Investment Consulting Academic Paper Competition

Nerissa Brown, Kelsey Wei, and Russ Wermers, 2014, "Analyst Recommendations, Mutual Fund Herding and Overreaction in Stock Prices," Management Science (Lead Article), January, 1-20

David Hunter, Eugene Kandel, Shmuel Kandel, and Russ Wermers, 2014, "Measuring Mutual Fund Performance with Active Peer Benchmarks," Journal of Financial Economics 112 (Lead Article of the Year), 1-29; Reviewed in the CFA Digest, Volume 44(6), June 2014

Kelsey Wei, Russ Wermers, and Tong Yao, 2015, "Uncommon Value: The Investment Performance of Contrarian Funds," Management Science, October, 2394–2414

David Blake, Alberto Rossi, Allan Timmermann, Ian Tonks, and Russ Wermers, 2015, "Decentralization in Pension Fund Management," Journal of Investment Management 13, 35-56

Lawrence Schmidt, Allan Timmermann, and Russ Wermers, 2016, "Runs on Money Market Mutual Funds," American Economic Review 106, 2625-2657

**PX 45, 4605**

Youchang Wu, Russ Wermers, and Josef Zechner, 2016, "Managerial Rents vs. Shareholder Value in Delegated Portfolio Management: The Case of Closed-End Funds," Review of Financial Studies 29, 3428-3470

Antonio Gargano, Alberto Rossi, and Russ Wermers, 2017, "The Freedom of Information Act and the Race Toward Information Acquisition," Review of Financial Studies 30, 2179–2228; Winner, Review of Financial Studies Best Paper Runner-Up Award for 2017; Winner, 2016 PanAgora Crowell Prize

Mark Kamstra, Lisa Kramer, Maurice Levi, and Russ Wermers, 2017, "Seasonal Asset Allocation: Evidence from Mutual Fund Flows," Journal of Financial and Quantitative Analysis 52, 71-109

Alberto Rossi, David Blake, Allan Timmermann, and Ian Tonks, 2018, "Network Centrality and Delegated Investment Performance," Journal of Financial Economics 128, 183-206

Alok, Shashwat, Nitin Kumar, and Russ Wermers, 2020, "Do Fund Managers Misestimate Climatic Disaster Risk?" Review of Financial Studies 33, 1146-1183

Gallagher, Emily, Lawrence Schmidt, Allan Timmermann, and Russ Wermers, 2020, "Investor Information Acquisition and Money Market Fund Risk Rebalancing during the 2011-12 Eurozone Crisis," Review of Financial Studies 33, 1445-1483

Huang, Alan, Hongping Tan, and Russ Wermers, 2020, "Institutional Trading around Corporate News: Evidence from Textual Analysis," Review of Financial Studies 33, 4627-4675

Barras, Laurent, Olivier Scaillet, and Russ Wermers, 2020, "Reassessing False Discoveries in Mutual Fund Performance: Skill, Luck, or Lack of Power? A Reply," Journal of Finance (Replications and Corrigenda, web-only), available at https://afajof.org/wp-content/uploads/22200324-Reply-for-JF.pdf

Groenborg, Neils, Asger Lunde, Allan Timmermann, and Russ Wermers, 2021, "Picking Funds with Confidence," Journal of Financial Economics 139 (Lead Article of the Year), 1-28

Russ Wermers, 2021, "Active Investing and the Efficiency of Security Markets," Journal of Investment Management, forthcoming

**TEXTBOOKS**      Bernd Fischer and Russ Wermers, Performance Evaluation and Attribution of Security Portfolios, Elsevier/Academic Press, December 2012

**OTHER PUBLICATIONS**      Wermers, Russ, 2020, "Mutual Funds," Financial Management (Introduction to a Special Virtual Issue that I Guest-Edited)

Alan Huang, Hongping Tan, and Russ Wermers, 2019, "Institutional Trading around Corporate News: Evidence from Textual Analysis," Harvard Law School Forum on Corporate Governance and Financial Regulation, forthcoming

Mark M. Carhart and Russ Wermers, 2018, "Topics in Performance Appraisal," Reading 8, Certificate in Investment Performance Measurement (CIPM) (Required Reading for Level II), CFA Institute

Robert Jones and Russ Wermers, 2018, "Active Management in Mostly Efficient Markets," reprinted in The Characteristics of Successful Active Investment Managers, Dodge & Cox Mutual Fund Management Company

Wu, Youchang, Russ Wermers, and Josef Zechner, "Managerial Rents vs. Shareholder Value in

**PX 45, 4606**

Delegated Portfolio Management," *Harvard Law School Forum on Corporate Governance and Financial Regulation*, September 13, 2016

Cao, Bingkuan, Xinyuan Shao, Russ Wermers, and Jinming Xue, "Stoxx True Exposure Indices: Risk Exposure Analysis," September 12, 2016. Available at: https://www.stoxx.com/document/Others/marketing/STOXX_TRU_Exposure_Indices_Maryland_Research_Report.pdf

Wei, Kelsey, Russ Wermers, and Tong Yao, 2016, "Against the 'Wisdom of Crowds': The Investment Performance of Contrarian Funds," Chapter 19 in *Portfolio Construction, Measurement, and Efficiency*, J.B. Guerard Jr. (ed.), Springer, (invited book chapter in honor of Jack Treynor)

Susan Christoffersen, David Musto, and Russ Wermers, 2014, "Investor Flows to Asset Managers: Causes and Consequences," Annual Review of Financial Economics 6, 289-310 (invited survey article)

Daniel Li, Michael Markov, and Russ Wermers, 2013, "It's 4 pm. Do You Know Where Your Hedge Funds Are?" Hedge Funds Review

Russ Wermers, 2011, "Performance Measurement of Mutual Funds, Hedge Funds, and Institutional Accounts," Annual Review of Financial Economics, 537-574 (invited survey article)

Russ Wermers, 2011, "Review of 'Investments and Portfolio Performance,' by Edwin Elton and Martin Gruber," Quantitative Finance, Vol. 11 (9), September, 1297-1298

Jason C. Hsu, Vitali Kalesnik, and Russ Wermers, 2011, "Performance Evaluation of Active Managers: An Overview of Current Practice," Investments & Wealth Monitor, January/February, 37-40

Russ Wermers, 2001, "The Potential Effects of More Frequent Portfolio Disclosure on Mutual Fund Performance," Perspective, The Investment Company Institute, June, pages 1-12 (submitted by the ICI to the SEC as the major research study supporting that increased disclosure of security holdings by mutual funds could be harmful to the realized returns of fund shareholders)

Russ Wermers, 2001, "The Greatest Return Stories Ever Told: Comments," Journal of Investing, 92-93

Russ Wermers, 2001, "Can Actively Managed Money Beat the Market?" in Mutual Funds: Risk and Performance Analysis for Decision Making, by John A. Haslem, Blackwell Publishers, 311-315

**WORKING PAPERS**

"The Hedge Fund Industry is Bigger (and Has Performed Better) than You Think," with Daniel Barth, Juha Joenvaara, and Mikko Kauppila, 2020

"International Characteristic-Based Asset Pricing," with Murali Jagannathan and Wei Jiao, 2020

"Modeling Private Equity: A Machine-Learning Approach," with Apollon Fragkiskos, Olga Krasotkina, and Harold Spilker, 2020

"Do ETFs Increase Liquidity?" with Mehmet Saglam and Tugkan Tuzun, 2020

"Cash-flow timing vs. discount-rate timing: A decomposition of mutual fund market-timing skills," with Chunhua Lan, 2020

**PX 45, 4607**

"Costly Information Production, Information Intensity and Mutual Fund Performance," with George
    Jiang, Ke Shen, and Tong Yao, 2020

"News or noise: Mobile internet technology and market quality," with Nerissa Brown, W. Brooke Elliott,
    and Roger White, 2020

"Do Small Institutional Shareholders Use Low-Cost Monitoring Opportunities? Evidence from the Say
    on Pay Vote" with Miriam Schwartz-Ziv, 2020

"Holding Horizon: A New Measure of Active Investment Management," with Chunhua Lan and Fabio Moneta,
    2020

"Investor Flows and Share Restrictions in the Hedge Fund Industry," with Bill Ding, Mila Getmansky, and
    Bing Liang, 2010

"Mutual Fund Performance and Governance Structure: The Role of Portfolio Managers and Boards
    of Directors," with Bill Ding, 2009

"A Matter of Style:  The Causes and Consequences of Style Drift in Institutional Portfolios," 2011

"Portfolio Performance, Discount Dynamics, and the Turnover of Closed-End Fund Managers,"
    with Youchang Wu and Josef Zechner, 2008

"Aftermarket Consumer Behavior and Pricing: The Implications of Post-Purchase Consumer Arbitrage," with
    Chris Leach and Fred Sterbenz, 2009

"Is Money Really 'Smart'?  New Evidence on the Relation Between Mutual Fund Flows, Manager Behavior,
    and Performance Persistence," 2003

"Herd Behavior in Voluntary Disclosure Decisions: An Examination of Capital Expenditure
    Forecasts," with Nerissa Brown and Larry Gordon, 2007

"Hedge Fund Flows and Contagion in Financial Markets," with Bill Ding, Mila Getmansky, and
    Bing Liang, 2007

"Patterns of Coauthorship and Research Productivity in Finance Academia," 2008, with J. Chris
    Leach and Ron Melicher

"Style Migration and the Cross-Section of Average Stock Returns," with Hsiu-Lang Chen, 2005

"Are Mutual Fund Shareholders Compensated for Active Management 'Bets'?" 2003

"Risk-Taking Behavior by Mutual Fund Managers:  Do Managers 'Walk Away' from the
    Tournament?" 2001, with Naveen Daniel

"Momentum Investment Strategies of Mutual Funds, Performance Persistence, and Survivorship
    Bias," 1997

"An Optimum Test of Correlated Trading by Institutional Investors," 1993

Master's Thesis:  Research in cooperation with Wedbush Securities, Inc., Los Angeles, CA:  "The

**PX 45, 4608**

Identification of Optimal Target Companies and Optimal Structuring for Leveraged Buyouts (LBOs)," 1989

**CONFERENCES (Past 5 Years)**

Presentation, "Active Management and the Efficiency of Security Markets," 2019 Research Symposium of the Active Management Research Alliance (AMRA), Kenan Institute at UNC, New York City

Presentation, "Do ETFs Increase Liquidity?" (by coauthor), European Finance Association Annual Meetings, (Carcavelos, Portugal), August 2019

Keynote Talk, "Do ETFs Increase Liquidity?," Hedge Funds, Mutual Funds, and Factor Investing Conference, Lancaster University (UK), June 2019

Keynote Talk, "Institutional Trading around Corporate News: Evidence from Textual Analysis," Front Range Finance Conference (University of Colorado at Denver), May 2019

Discussion of "Swing Pricing and Fragility in Open-End Mutual Funds," Sixth Annual Conference on Financial Market Regulation, Washington DC (SEC Headquarters), May 2019

Discussion of "Liquidity Provision in the Secondary Market for Private Equity Fund Stakes," Second World Symposium on Investment Research (in partnership with the Review of Financial Studies), NYC, May 2019

Presentation, "Investor Information Acquisition and Money Market Fund Risk Rebalancing during the 2011-12 Eurozone Crisis," Diamond-Dybvig 36 Conference (Washington University in St. Louis), March 2019

Presentation, "Institutional Trading around Corporate News: Evidence from Textual Analysis," Fourth Annual News and Finance Conference (Columbia University), March 2019

Keynote Talk, "Institutional Trading around Corporate News: Evidence from Textual Analysis," Mid-Atlantic Research Conference (at Villanova University), March 2019

Keynote Talk, "Institutional Trading around Corporate News: Evidence from Textual Analysis," Finance Down Under Conference, University of Melbourne, March 2019

Session Chair, "Selecting Mutual Funds," American Finance Association Annual meetings, Atlanta, January 2019

Keynote Talk, "Active vs. Passive Management: How to Separate 'SAMs' from 'IAMS'," MPT (Modern Portfolio Theory) Forum, International Lecture, Shonan Kokusai Village (Japan), December 2018

Presentation, "Active vs. Passive Management: How to Separate 'SAMs' from 'IAMS'," Nippon Finance Association (Tokyo), December 2018

Presentation of "Active vs. Passive Management: How to Separate "SAMs" from "IAMS," Defined Contribution Institutional Investment Association, Academic Forum, San Francisco, November 2018

Presentation of "Institutional Trading around Corporate News: Evidence from Textual Analysis," Quantitative Investing Conference: The Future of Active Management," Joint Conference of UBS and the University of Maryland Center for Financial Policy, New York City, November 2018

Session Chair, "Mutual Funds," Asian Finance Association Annual meetings, Tokyo, June 2018

Presentation of "Holding Horizon: A New Measure of Active Investment Management," Asian Finance Association Annual meetings, Tokyo, June 2018

Discussion of "Mutual Fund Flight-to-Liquidity," Asian Finance Association Annual meetings, Tokyo, June 2018

Program Chair, Front Range Finance Conference, University of Colorado at Denver, May 2018

Presentation of "Holding Horizon: A New Measure of Active Investment Management," Georgia State Conference on Recent Advances in Delegated Portfolio Management, Atlanta, April 2018

Discussion of "Following the Money: Evidence for the Portfolio Balance Channel of Quantitative Easing," American Finance Association Annual meetings, Philadelphia, January 2018

Presentation of "Costly Information Production, Information Intensity, and Mutual Fund Performance," American Finance Association Annual meetings, Philadelphia, January 2018

Presentation of "Do Small Institutional Shareholders Use Low-Cost Monitoring Opportunities? Evidence from the Say on Pay Vote," Conference on "Institutional Investor Activism and

**PX 45, 4609**

Engagement," Tel Aviv and Jerusalem, December 2017

Panelist, "The Effect of ETPs on Financial Markets," SEC-NYU Dialogue on Securities Market Regulation, September 2017

Presentation of "Cash-flow timing vs. discount-rate timing: A decomposition of mutual fund market-timing skills," Asian Finance Association Annual Meetings, Seoul, July 2017

Discussion of "Buy Side, Sell Side," Nanyang Technological University Finance Conference, Singapore, July 2017

Presentation of "Costly Information Production, Information Intensity, and Mutual Fund Performance," Nanyang Technological University Finance Conference, Singapore, July 2017

Session Chair, Asset Management Session, Fourth Annual Conference on Financial Market Regulation, (jointly held by the SEC, University of Maryland Center for Financial Policy, Lehigh University Center for Financial Services, and the CFA Institute).

Discussion of "Compensation Benchmarking and the Peer Effects of Say-on-Pay," 10th Annual Corporate Governance Conference, Drexel University, April 2017

Keynote Talk, Auckland Finance Meeting, Auckland Centre for Financial Research, New Zealand, December 2016

Presentation of "Mutual Fund Investment Horizon and Performance," Defined Contribution Institutional Investment Association, Academic Forum, November 2016, New York City

Presentation (by coauthor) of "Cash-flow timing vs. discount-rate timing: A decomposition of mutual fund market-timing skills," American Finance Association Annual Meetings, Chicago, January 2017

Presentation (by coauthor) of "Information Intensity and Mutual Fund Performance," Financial Management Association Annual Meetings, Las Vegas, October 2016

Discussion of "Liquidity Transformation in Asset Management: Evidence from the Cash Holdings of Mutual Funds," Wharton Liquidity and Financial Crises Conference, October 2016

Presentation (by coauthor) of "Cash-flow timing vs. discount-rate timing: A decomposition of mutual fund market-timing skills," Financial Management Association Annual Meetings, Las Vegas, October 2016

Presentation of "Institutional Trading around Corporate News: Evidence from Textual Analysis," 2016 AIM Investment Conference, University of Texas at Austin

Presentation (by coauthor) of "Do Small Institutional Shareholders Use Low-Cost Monitoring Opportunities? Evidence from the Say on Pay Vote," European Finance Association Annual Meetings, Oslo, August 2016

Session Chair, "Runs on Banks and Mutual Funds," Western Finance Association Annual Meetings, Park City, Utah, June 2016

Presentation (by coauthor) of "Costly Information Production, Information Intensity, and Mutual Fund Performance," China International Conference in Finance, Xiamen, China, 2016

Discussion of "Asset Manager Funds," by Joseph Gerakos, Juhani Linnainmaa, and Adair Morse, Duke/UNC Asset Pricing Conference, April 2016

Poster Session (Macroeconomics), "The International Transmission of Money Market Fund Liquidity Shocks," American Economic Association Annual Meetings, San Francisco, January 2016

Presentation (by coauthor) of "Network Centrality and Pension Fund Performance," American Finance Association Annual Meetings, San Francisco, January 2016

Presentation (by coauthor) of "The Stability of Money Market Mutual Funds: The Effect of the 2010 Amendments to Rule 2A-7," American Finance Association Annual Meetings, San Francisco, January 2016

**INVITED**
**PAPER**
**PRESENTATIONS**
**(Past 5 Years)**

Aalborg University (Denmark), 2020 (virtual)
Aalto University (Helsinki), 2018
Baruch University, 2019
The Capital Group (American Funds), 2017
Deakin University (Melbourne, Australia), 2019
Georgetown University, 2016
Hitotsubashi University (Tokyo), 2018

**PX 45, 4610**

Hong Kong Polytechnic University, 2018
Institutional Shareholder Services (ISS), 2015
Lund University, 2017
McGill University, 2017
Peking University, 2017
Purdue University, 2017
Queensland University of Technology, 2019
Shanghai Advanced Institute of Finance (SAIF), 2016, 2020 (planned)
Southwestern University of Finance and Economics, Institute of Financial Studies (SWUFE IFS;
    Chengdu, China), 2017, 2018, 2020 (planned)
Stockholm University, 2017
Texas A&M University, 2017
T. Rowe Price, 2018, 2020
University of California, Irvine, 2020
University of Gothenburg, 2017
University of Hawaii, 2018
University of Illinois, Urbana-Champaign, 2017
University of Miami, 2016
University of Oregon, 2019
University of Oulu, 2018
University of Queensland, 2016, 2019
Vienna University of Economics and Business Administration, 2020 (planned)

**GRANTS**  Funded Research Grant, Investment Adviser Association (IAA), 2019 ($15,000)
**(Past 5 Years)**  Funded Research Grant, ETF Research Academy of the Paris-Dauphine House of Finance (in
    association with Lyxor Asset Management), 2015 (€10,000)
Funded Course Development Grant (Developing Matlab Modules for Quantitative Equity Portfolio
    Management class), Smith School, 2013 ($7,500)


**FELLOWSHIPS,**  KBank Chair Professor, Chulalongkorn University (visiting professorship, June/July 2014)
**VISITING CHAIRS,**  Fellow, Burridge Center for Securities Analysis and Valuation (The University of Colorado),
**SCHOLARSHIPS**      March 16-20, 2009
Fellow, Center for Institutional Investment Management, SUNY-Albany, 2006-present
Fellow, Centre for Financial Research, University of Cologne, 2005-present
Fellow, Wharton Financial Institutions Center, 2002-present
Fellow, Gutmann Center at the University of Vienna, 2002-2003
Associate, Burridge Center for Securities Analysis and Valuation (The University of Colorado), 1999-
    2001
Scholar, Burridge Center for Securities Analysis and Valuation (The University of Colorado), 1998-
    1999
Junior Faculty Development Award (Competitive Award at The University of Colorado), 1998
Big 12 Faculty Fellowship (Competitive Award at The University of Colorado), 1998
Dean's Teaching Scholar, 1997-1998 (Competitive Award at The University of Colorado)
AACSB National Doctoral Fellow (national competition), 1989-1990
UCLA Doctoral Fellowships, 1989-1994:
    Graduate Division/Ph.D. Fellowship
    C.V. Starr Fellowship
    Anderson Doctoral Fellowship
Ziegler Educational Foundation Scholarship, U. of Idaho Metallurgical Engineering Dept.,
    1979, 1980
Calvin and Fannie Cobb Scholarship, Boise State University, 1978
A.W. Fahrenwald Foundation Scholarship, U. of Idaho Chemical Engineering Dept., 1976

**PX 45, 4611**

**RESEARCH AWARDS, HONORS, PROFESSIONAL CERTIFICATIONS**

Review of Financial Studies *Michael Brennan Best Paper Runner-Up Award for 2017* (with coauthors)

First Place (with coauthors), *PanAgora Crowell Prize*, 2016

Winner (with coauthors), *CFA Institute Asia Pacific Capital Markets Research Award*, 2015 FMA Asian Meeting, (Seoul), 2015

Winner (with coauthors), First Academic Paper Competition, 2012, *Journal of Investment Consulting*

Third Place (with coauthors), *PanAgora Crowell Prize*, 2012

Winner (with coauthor), *Graham and Dodd Scroll Award*, Financial Analysts Journal, 2011

Winner (with coauthors), *CFA Institute Best Paper Award*, Asian Finance Association Annual Meetings (Macau), 2011

Winner (with coauthors), *2008 Banque Privée Espírito Santo/Swiss Finance Institute Outstanding Paper Prize*

Finalist (with coauthors), *Smith Breeden Prize* for the Outstanding Paper of 2007 Published in *The Journal of Finance* (one of top eight papers published during December 2006 to September 2007)

*Outstanding Paper Award* (with coauthors), 2008 Conference of the Centre for Financial Research at the University of Cologne

*First Prize* (with coauthors), 2007 Annual Joint Prize of Inquire Europe, Inquire UK, and Q-Group

*SWX Best Paper Award* (with coauthors), Eighth Conference of the Swiss Society of Financial Market Research, Zurich, Switzerland, April 2005

Winner (with coauthors), *2004 Gutmann Prize* for Outstanding Paper, University of Vienna

Nominated, *Smith Breeden Prize* for the Outstanding Paper of 1999 Published in *The Journal of Finance*

Third Place, The Chicago Quantitative Alliance (CQA) Third Annual Academic Competition, September 1996, Chicago, Illinois

*New York Stock Exchange Award for the Best Paper on Equity Trading*, Western Finance Association (WFA) Meetings, June 1995, Aspen, Colorado

Inducted into Beta Gamma Sigma (national business honor society), 1986

Vice President, Spirit of '76 Toastmasters (Unocal), 1983-1989

Best Speaker of 1985, Spirit of '76 Toastmasters (Unocal) (and numerous other speaking awards)

Officer, Fully-Employed MBA Association at UCLA, 1986-1987

Licensed Chemical Engineer, State of California, 1984-present

President, Unocal Executive Speakers' Forum (introduced top executives at banquets), 1982-1983

Passed Engineer-in-Training Exam (during first administration of exam), State of Idaho, 1981

Finalist, "Outstanding Junior-Class Student," College of Mines, University of Idaho, 1980

Inducted into Tau Beta Pi (national engineering honor society), 1979

Member and Officer, Delta Chi Fraternity, 1976-1977

Chapter Scholar Award, University of Idaho Chapter of Delta Chi Fraternity, 1977

**MEDIA APPEARANCES (Past 5 Years)**

"Follow the Leader: Why it Pays to Track the Best Ideas from the Best Fund Managers," *Financial Times Investors Chronicle*, April 30, 2020

"Active Managers Underpin Functioning Markets," Letter to the Editor, *Financial Times*, September 29, 2019

"Swedroe: No Point to Timing Factors," *ETF.com*, February 11, 2019

"Will a Fragile Banking System Survive Future Runs?" *Barron's*, October 16, 2018

"Think Outside the Style Boxes," *Think Advisor* (thinkadvisor.com), June 25, 2018

"Do Index Funds Cost 100 Times as Much as You Think?" *The Wall Street Journal*, April 20, 2018

"In Fund Management, Winning Trends Persist," *Barron's*, September 9, 2017

"ETF Flash Crash 'Impossible' in Europe," *Yahoo Finance*, July 27, 2016, and ETF.com, November 5, 2015

"Sharks Needed in the Tank," *Investment Magazine* (http://investmentmagazine.com.au), May 30, 2016

"Investors Need to Pick the Right Fund Manager for the Times," *The Sydney Morning Herald*, May 24, 2016

**CURRENT RESEARCH**

**Investments:** (1) Empirical studies of the impact of institutional investor trading on stock markets, (2) Performance evaluation, (3) Measurement of survivorship bias and performance persistence

**PX 45, 4612**

| | |
|---|---|
| **INTERESTS** | **Microfinance:** The structure of microfinance institutions in Thailand (urban vs. rural, industry, religion) and their efficacy in distributing loans |
| | **Security Market Efficiency Studies:** (1) Returns to momentum investing strategies, (2) Returns to growth stocks vs. value stocks widely held and traded by mutual funds, (3) Information content of analyst earnings forecasts and recommendations, (4) Information content of mutual fund portfolio disclosure, (5) Herding behavior by investment managers and its impact on security prices |
| | **Short-Term Funding Markets:** Bank runs in the shadow-banking system |
| | **Energy Markets:** Gasoline retail pricing |

**DISSERTATION**   "**Essays on the Investment Behavior of Institutional Investors**":  Investigates the interaction between institutional investors and the markets in which they trade, focusing on investment strategies that are based on market information, and on the impact of institutional trades on markets.  The first chapter, *Momentum Investment Strategies, Portfolio Performance, and Herding,* documents the use of past returns (technical analysis) by the institutions to achieve abnormal performance.  The second chapter, *Herding, Trade Reversals, and Cascading by Institutional Investors,* investigates the tendency of institutional investors to mimic each other's trades, and the tendency of some investors to follow the prior investment decisions of others; this chapter also studies the impact of institutional investors on market prices.  The third chapter, *Serial Correlation, Performance Persistence, and Survivorship Bias,* measures the magnitude of survivorship bias in studies of mutual fund performance, and the relation of investment "style" to performance persistence and survivorship bias

**TEACHING**   **University of Maryland (2000 to 2018, most recent semester shown):**
Investment Management, MBA and M.S. Finance [Average Student Evaluation (Spring 2018) = 3.73/4.0]
Quantitative Equity Portfolio Management, MBA and M.S. Finance [Average Student Evaluation (Spring 2020) = 3.3/4.0 and 3.2/4.0]
Undergraduate Investments [Average Student Evaluation (Spring 2016) = 3.55/4.0]
Undergraduate Quantitative Equity Portfolio Management [Average Student Evaluation (Spring 2020) = 3.7/4.0]
Doctoral Empirical Methods [Average Student Evaluation (Spring 2013) = 3.56/4.0]

**Swiss Finance Institute Certificate Program (Executive Education in Geneva, Switzerland; 2001-2006):**
Performance Evaluation and Attribution:  Theory and Practical Application (One-Week Course in the Fall of Each Year) [Six-Year Average:  4.6/5.0]

**Stockholm University (2003, 2004):**
Performance Evaluation and Attribution:  Theory and Practical Application (Two-Week Masters-Level Course) [Two-Year Average: 5.0/5.0]

**Chulalongkorn University (Thailand) (2004-2019):**
Performance Evaluation and Attribution:  Theory and Practical Application (One-Week Masters-Level Course) [Average Student Evaluation (July 2019) = 4.40/5.0]

**TEACHING AWARDS, RECOGNITION**   Distinguished Teaching Award (Top 10% in Undergraduate Teaching at the Smith School), AY2018
Allen J. Krowe Excellence in Teaching Award, Smith School at the University of Maryland, AY2012
Top 15% Teacher, Smith School at the University of Maryland, AY2012
Honored as "Faculty Mentor Who Has Made the Most Impact" by Qiao Qiao (Chelsea) Yin, who was named one of the 2012-2013 Philip Merrill Presidential Scholars at the University of Maryland (a top undergraduate student campus-wide recognition)
Joe Wikler Teaching Award, Department of Finance, Smith School of Business, University of Maryland, 2007

**PX 45, 4613**

University of Maryland "Teaching with Technology Award" (Top Prize for a Campus-Wide Teaching Competition), 2005

Finalist (Finished in Top Three Faculty on Entire Campus), Teaching Award, Student Organization for Alumni Relations (SOAR)—a University of Colorado Campus-Wide Teaching Award, 1999-2000

**ADVISING ACTIVITIES**

Chair, Dissertation Committee for Bingkuan (Bryan) Cao, 2020-

Co-Chair (with Pete Kyle), Dissertation Committee for Jinming Xue, placed at Southern Methodist University, 2019-2020

Dissertation Advisor (ex-Officio) for Harold (Tray) Spilker, placed at University of Hawaii

Co-Chair (with Pete Kyle), Dissertation Committee for Benjamin Munyan, placed at Vanderbilt University, 2014-2015; winner of the University of Maryland's 2015 Distinguished Dissertation Prize (across all Social Sciences)

Chair, Dissertation Committee for Nitin Kumar, placed at Indian School of Business, 2009-2013

Member, Dissertation Committee for Nitish Sinha, placed at University of Illinois at Chicago, 2009-2010

Dissertation Advisor (ex-Officio) for Laurent Barras, placed at McGill University, 2008-2009

Chair, Dissertation Committee for David Hunter, placed at University of Hawaii, 2007-2008

Member, Dissertation Committee for Scott Nestler, placed at United States Military Academy at West Point, 2006-2007

Co-Chair, Dissertation Committee for Nerissa Brown, placed at University of Southern California, currently at University of Illinois, Urbana-Champaign

Member, Dissertation Committee for Naveen Daniel, placed at Purdue University, currently at Drexel University

**SERVICE ACTIVITIES (PAST 5 YEARS)**

Editorial Board, Financial Analysts Journal, 2018-

Editorial Board, Review of Behavioral Finance, 2017-

Editorial Board, European Financial Management, 2017-

Associate Editor, Journal of Banking and Finance, 2015-

Advisory Board, The Journal of Performance Measurement, 2013-

Associate Editor, The Financial Review, 2015-2018

Advisory Board, M.S. Finance Program, Faculty of Commerce and Accountancy, Chulalongkorn University, 2015-2023

Associate Chairperson, 2014 Western Finance Association Annual Meetings, Empirical Asset Pricing Area

Member, Advisory Board of The Journal of Performance Measurement

Editor, 4 Topic Areas of Curriculum for CIPM Program of the CFA Institute, 2013

Member, Editorial Board of Journal of Business Administration Research (Chulalongkorn University, Bangkok, Thailand)

**University of Maryland at College Park:**

Chairman, Department of Finance, January 2019-present

Director, Center for Financial Policy, 2013-present

Chair, Promotion Committee for Michael Faulkender, Fall 2016

Chair, Promotion Committee for Liu Yang, Fall 2015

Chair, Promotion Committee for N. Prabhala, Fall 2014

Chair, Finance Department Untenured (Tenure-Track) Faculty Review Committee, AY2013

Member, OCS Faculty Advisory Committee, AY 2013

Faculty Council, AY 2013

Team Admin, AY 2013

Team MBA, AY 2012, 2013

Member, Recruiting Committee, AY 2002-2010, 2012, 2013

**PX 45, 4614**

| | |
|---|---|
| **CONSULTING**<br>**EXPERIENCE** | Consultant, Zacks Investment Research<br>Consultant, STOXX Indexes<br>Consultant, Parala Capital<br>Consultant, Goldman Sachs Asset Management<br>Consultant, ProShares<br>Consultant, T. Rowe Price<br>Academic Affiliate, The Analysis Group<br>Academic Affiliate, Cornerstone Research<br>Expert Witness, Charles River Associates<br>Expert Witness, Alvarez and Marsal<br>Expert Consultant/Witness, Federal Bureau of Investigation<br>Expert Consultant/Witness, The Securities and Exchange Commission, multiple mutual fund market-<br>    timing cases, late-trading cases, and a money market mutual fund case<br>Expert Consultant/Witness, Kirkland and Ellis Law Firm, Chicago<br>Mutual Fund Risk/Return Study, the Commonfund Institute<br>Consultant for Performance Research and Design (a pension fund consulting company)<br>Consultant, Investment Company Institute, Washington, D.C.<br>Risk Management for Electricity Products, Stratus Consulting, Inc., Boulder, Colorado (Principal<br>    Co-Architect of "Portfolio Optimizer," a Risk Management System for Duke Solutions, an<br>    Energy Trading Firm)<br>CFA Exam Study Materials Developer, Allen Resources |

| | |
|---|---|
| **TESTIMONY/**<br>**EXPERT REPORTS**<br>**(PAST 4 YEARS)** | "Federal Trade Commission v. Raging Bull, LLC," Submitted Expert Report, 2020<br>"Karg, et al., v. Transamerica Corporation, et al.," Submitted Expert Report, Submitted Rebuttal Report,<br>    2020<br>"Rhodes, et al., v. DST Systems, et al.," Submitted Expert Reports, 2020<br>"Ferguson, et al., v. BBVA Compass Bancshares, Inc., et al.," Submitted Expert Report and Rebuttal<br>    Report, 2020<br>"Nelsen, et al., v. Principal Global Investors Trust Company, et al.," Submitted Expert Report to<br>    support class certification challenge, Testified at Deposition for class cert. challenge, 2019; Submitted<br>    Damages Rebuttal Report, Submitted Rebuttal to Plaintiff Experts' Damages Reports, Testified at<br>    Deposition for Damages Rebuttal Reports, 2020<br>"Baird, et al., v. BlackRock Institutional Trust Company, N.A., et al.," Submitted Expert Report to<br>    support class certification challenge, Testified at Deposition for class certification challenge, 2019;<br>    Submitted Merit Report; Submitted Rebuttal Merit Report, Testified at Deposition for Merit Reports,<br>    2020<br>"Henderson, et al., v. Emory University, et al.," Submitted Expert Report, Testified at Deposition, 2019<br>"Clark, et al., v. Duke University, et al.," Submitted Expert Report and two Rebuttal Reports, Testified<br>    at Deposition, 2018<br>"Terraza, et al., v. Safeway Inc., et al., and Lorenz, et al., v. Safeway Inc., et al.," Submitted Expert<br>    Report and Rebuttal Report, Testified at Deposition, 2018<br>"Tracey, et al., v. Massachusetts Institute of Technology, et al.," Submitted Expert Report to support<br>    class certification challenge; Submitted Affirmative Expert Report and Rebuttal Report, Testified at<br>    Deposition, 2018/2019<br>"Ramos, et al., v. Banner Health, et al.," Submitted Expert Rebuttal Report, Testified at Deposition,<br>    2018; Testified at Trial, 2020<br>"Pledger, et al., v. Reliance Trust Company, et al.," Submitted Expert Report and Rebuttal Report,<br>    Testified at Deposition, 2018; Testified at Trial, 2020<br>"Troudt, et al., v. Oracle Corporation, et al.," Submitted Expert Report and Rebuttal Report, 2017/2018,<br>    Testified at Deposition, 2019<br>"Brewster Smith, et al., v. BB&T Corporation, et al.," Submitted Expert Report, Testified at Deposition,<br>    2017 |

**PX 45, 4615**

"Wildman, et al., v. American Century Services, LLC, et al.," Submitted Expert Report, Testified at Deposition, 2017

"Urakhchin, et al., v. Allianz Asset Management of America, L.P., et al.," Submitted Expert Report, Rebuttal Report, and Testified at Deposition, 2017

"In re Virtus Investment Partners, Inc. Securities Litigation," Submitted Expert Report, Testified at Deposition, 2017

"Youngers, et al. v. Virtus Investment Partners, Inc., et al.," Submitted Expert Report, 2017

**PX 45, 4616**

**Citations**

From Web of Science (webofknowledge.com)
As of December 31, 2020

| Cited Paper | # Citations |
| --- | --- |

**A.  Published Papers**

| | |
| --- | --- |
| Momentum Investment Strategies, Portfolio Performance, and Herding:  A Study of Mutual Fund Behavior (published in the American Economic Review, 1995) | 684 |
| Measuring Mutual Fund Performance With Characteristic-Based Benchmarks (published in the Journal of Finance, 1997) | 905 |
| Mutual Fund Herding and the Impact on Stock Prices (published in the Journal of Finance, 1999) | 591 |
| Mutual Fund Performance:  An Empirical Decomposition into Stock-Picking Talent, Style, Transactions Costs, and Expenses (published in the Journal of Finance, 2000) | 534 |
| The Value of Active Mutual Fund Management: An Examination of the Stockholdings and Trades of Fund Managers (published in the Journal of Financial and Quantitative Analysis, 2000) | 220 |
| The Potential Effects of More Frequent Portfolio Disclosure on Mutual Fund Performance, published in *Perspective* (an Investment Company Institute Publication) | 7 |
| Investing in Mutual Funds When Returns are Predictable (published in the Journal of Financial Economics, 2006) | 98 |
| Can Mutual Fund "Stars" Really Pick Stocks? New Evidence from a Bootstrap Analysis (published in the Journal of Finance, 2006) | 302 |

**PX 45, 4617**

| **Cited Paper** | **# Citations** |
| --- | --- |
| Performance Evaluation with Portfolio Holdings Information (published in the North American Journal of Economics and Finance, 2006) | 1 |
| False Discoveries in Mutual Fund Performance: Measuring Luck in Estimated Alphas (published in the Journal of Finance, 2010) | 234 |
| Active Management in Mostly Efficient Markets (published in the Financial Analysts Journal, 2011) | 28 |
| Performance Measurement of Mutual Funds, Hedge Funds, and Institutional Accounts (published in the Annual Review of Financial Economics, 2011) | 18 |
| Forecasting Stock Returns Through an Efficient Aggregation of Mutual Fund Holdings (published in the Review of Financial Studies, 2012) | 29 |
| The Cross-Section of Conditional Mutual Fund Performance in European Stock Markets (published in the Journal of Financial Economics, 2013) | 32 |
| Monitoring Daily Hedge Fund Performance with Monthly Data (published in the Journal of Investment Consulting, 2013) | 0 |
| Decentralized Investment Management: Evidence from the Pension Fund Industry (published in the Journal of Finance, 2013) | 34 |
| Analyst Recommendations, Mutual Fund Herding, And Overreaction in Stock Prices (published in Management Science, 2014) | 82 |
| Mutual Fund Performance Evaluation with Active Peer Benchmarks (published in the Journal of Financial Economics, 2014) | 32 |
| Investor Flows to Asset Managers: Causes and Consequences (published in the Annual Review of Financial Economics, 2014) | 14 |
| Uncommon Value: The Characteristics and Investment Performance of Contrarian Funds | 12 |

PX 45, 4618

(published in Management Science, 2015)

Runs on Money Market Mutual Funds (published   32
   in the American Economic Review, 2016)

Managerial Rents vs. Shareholder Value in   8
   Delegated Portfolio Management:
   The Case of Closed-End Funds
   (published in the Review of Financial Studies,
   2016)

The Freedom of Information Act and the Race   4
   Toward Information Acquisition
   (published in the Review of Financial Studies,
   2017)

Seasonal Asset Allocation: Evidence from   16
   Mutual Fund Flows (Published in the
   Journal of Financial and Quantitative Analysis,
   2017)

Network Centrality and Delegated Investment   15
   Performance (published in the Journal of
   Financial Economics, 2018)

Do Fund Managers Misestimate Climatic Disaster   0
   Risk? (published in the Review of Financial
   Studies, 2020)

Investor Information Acquisition and Money   0
   Market Fund Risk Rebalancing during the
   2011-2012 Eurozone Crisis (published in the
   Review of Financial Studies, 2020)

Institutional Trading around Corporate News:   0
   Evidence from Textual Analysis (published in
   the Review of Financial Studies, 2020)

Reassessing False Discoveries in Mutual Fund   0
   Performance: Skill, Luck, or Lack of Power?
   A Reply (published in the Journal of Finance,
   Replications and Corrigenda, web-only, 2020)
   https://afajof.org/wp-content/uploads/22200324-Reply-for-JF.pdf

Picking Funds with Confidence (published in the   0
   Journal of Financial Economics, 2020)

Active Investing and the Efficiency of Security   0
   Markets (published in the Journal of Investment
   Management, 2020)

**PX 45, 4619**

**B. Working Papers**

| | |
|---|---|
| Momentum Investment Strategies of Mutual Funds, Performance Persistence, and Survivorship Bias, working paper | 27 |
| Portfolio Performance, Discount Dynamics, and the Turnover of Closed-End Fund Managers," working paper | 2 |
| A Matter of Style: The Causes and Consequences of Style Drift in Mutual Fund Portfolios, working paper | 4 |
| Are Mutual Fund Shareholders Compensated For Active Management 'Bets'? working paper | 2 |
| Is Money Really "Smart"? New Evidence on the Relation Between Mutual Fund Flows, Manager Behavior, and Performance Persistence, working paper | 53 |
| Mutual Fund Performance and Governance Structure:  The Role of Portfolio Managers and Boards of Directors | 26 |

**C. Total Citations**

| | |
|---|---|
| For Published Academic Papers Only (according to Web of Knowledge) | 3,934 |
| For All Papers (according to Google Scholar) | 17,336 |

**PX 45, 4620**

## APPENDIX B: ADDITIONAL DOCUMENTS AND MATERIALS CONSIDERED

| | **Document Title** |
|---|---|
| | **Legal Pleadings and Depositions** |
| [1] | 1 - Complaint.pdf |
| [2] | 2-1 - Memo of Law in Support of TRO redacted.pdf |
| [3] | 64 - Modified TRO.pdf |
| [4] | 126-3 Ex 3 Bond Decl.pdf |
| [5] | 127-1 Bishop Decl.pdf |
| | |
| | **Expert Reports** |
| [6] | Initial Expert Report of Bates Group LLC and Greg A. Kyle, January 13, 2021[1] |
| | |
| | **Bates-Numbered Documents** |
| [7] | F01-RAB-0005956 |
| [8] | F01-RAB-0007363 |
| [9] | F01-RAB_DOC-0002904 |
| [10] | F01-RAB_DOC-0001635 |
| [11] | F01-RAB_DOC_0002924 |
| [12] | F01-RAB_DOC_0002822 |
| | |
| | **Tax Forms** |
| [13] | Jason Bond 2019 1099-B.pdf |
| [14] | Jeff Bishop 2019 1099-B.pdf |
| | |
| | **Raging Bull Materials** |
| [15] | Jason Bond Picks Email.pdf |
| [16] | Swing for the Fences eBook.pdf |
| | |
| | **Academic Articles and Texts** |
| [17] | Bjarne Astrup Jensen and Marcel Marekwica, "Optimal Portfolio Choice with Wash Sale Constraints," *Journal of Economic Dynamics and Control*, Volume 35, Issue 11 (Nov. 2011), 1916-1937. |
| [18] | Shomesh E. Chaudhuri, Terence C. Burnham, and Andrew W. Lo, "An Empirical Evaluation of Tax-Loss-Harvesting Alpha," Financial Analysts Journal, Volume 76, Number 3 (Jun. 2020), 99-108. |
| [19] | Jeff Brown, "How the Wash-Sale Rule Can Trip Investors," U.S. News, available at https://money.usnews.com/investing/investing-101/articles/2017-11-06/how-the-wash-sale-rule-can-trip-investors |

---

[1]   I also considered the materials cited by Mr. Kyle in Appendix I of his Initial Expert Report.

**PX 45, 4621**

| Document Title |
| --- |
| **Websites** |

[20]      https://www.irs.gov/publications/p550

**PX 45, 4622**