ORIGINAL COPY
(FILED UNDER TEMP SEAL)

**Sent:** Mon, 3 Apr 2017 18:49:35 -0700
**Subject:** Re: Biotech Breakouts: Marketing Plan - Invitation to edit
**From:** Kyle Dennis <kyle@ragingbull.com>
**To:** Jeff Bishop <jeff@bishop.me>
**Cc:** Jason Bond <jason@bond.life>

This looks good to me. Let me know when they want to do a call

On Mon, Apr 3, 2017 at 11:49 AM, Jeff Bishop (via Google Docs) <drive-shares-noreply@google.com> wrote:

Jeff Bishop has invited you to **edit** the following document:

### Biotech Breakouts: Marketing Plan

Here's the outline of what we're going to accomplish in the next 90 days to build out the BTB marketing plan. Kyle, I'm going to send you an invite to Strikepoint so you can do a call with them in the next day or 2.

Open in Docs

Google Docs: Create and edit documents online.

Google Inc. 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because someone shared a document with you from Google Docs.

**Attachment S**                    **PX 44, 4202**

# Biotech Breakouts

**Overview:**
Biotech Breakouts provides trading education and trade alerts for biotech stocks. Co-founder Kyle Dennis turned $15,253 into $2,410,718 trading Biotech stocks.

Products:
- Biotech Catalyst Swing Trading: Trading Alerts $399/quarter
- Biotech Investor: Long Term Trading Program $1,999/year
- Biotech Nucleus: VIP mentoring w/ Kyle Dennis + Catalyst + Investor programs $5,999/year (400 members)

Current Marketing Efforts:
Currently, all sales are being generated by other email lists owned by Raging Bull. No new leads are being generated for BioTech Breakouts.
Sending emails for live webinars and flash sales.

Proposed Plan: **Lead Magnet - Tripwire Offer - Upsell Webinar Funnel**

1. **Lead Magnet:** BioTech Breakouts needs a lead magnet. I think we should create a PDF of how-to guide that is also part case study. Kyle has an amazing story and track record. We can showcase **what** he did and lead people **how** they can do it for themselves.
2. **Tripwire Offer:** Create a Tripwire offer that we can upsell the lead magnet to. Maybe it's a $7 training webinar that's an evergreen webinar or flash course.
3. **6-Month Product Upsell:** 6 Month access to his Catalyst Swing Trading newsletter. We then get them to come to advanced training via webinar where we position his 6 month newsletter and try to sell the big ticket item.
4. **VIP Coaching Upsell**

Deliverables:

1. Lead Magnet:
   - Idea: PDF guide on trading biotech stocks
   - Lead Magnet Design and Final Production (content provided by Raging Bull)
   - Lead Magnet Offer Email (2 variants)
   - Lead Magnet Offer Landing Page (2 variants)
   - Thank you page
   - Confirmation Email with eBook download link

2. Tripwire Course - Biotech Bootcamp ($9 or $99):
   - Email Offer Sequence (3-part series)
   - LMS setup
   - Promo video script (Recording by Raging Bull, SPM can provide editing)
   - Sales Page (2 variants)

**Attachment S**                    **PX 44, 4203**

- Shopping Cart Page (a/b test)

3. Upsell Webinar:
   - Topic Idea: How I turned $15,253 into $2,410,718 trading biotech stocks without setting a foot on wall street.
   - Webinar Build Out (Content provided by Raging Bull, Intro and close copy and complete design and integration provided by Strikepoint, recording coordinated with SPM)
   - Email Offer Sequence (2 variants)
   - Registration Landing Page  (2 variants)
   - Confirmation Email
   - Stealth Seminar Integration and Setup (CTAs, a/b test for comments etc)
   - Sales Page (2 variants)
   - Shopping Cart Page
   - Non-buyer Follow up Series

<u>Month 1:</u>
Create Avatar and Empathy Path
Lead Magnet Build Out
Start Tripwire Course build out and offer

<u>Month 2:</u>
Finish Tripwire Course
Create Ads to Drive Traffic to the Funnel
Set up Tracking Docs, Set KPIs
Start Testing Funnel
Create Upsell Webinar

<u>Month 3:</u>
Finish Upsell Webinar
Funnel Testing and Optimization
Strategy for VIP Coaching Upell

Points of Contact:
- Jeff - main point of contact and approvals
- Justin - access to Infusionsoft, Google Analytics Access, logo files
- Kyle - input on content
- Nick - writer

**Attachment S**                                        **PX 44, 4204**



**Sent:**     Wed, 30 Aug 2017 16:27:19 +0000
**Subject:**   BTB - Webinar Email Series - Invitation to edit
**From:**    "Nathan Stavseth (via Google Docs)" <drive-shares-noreply@google.com>
**To:**       kyle@ragingbull.com
**Cc:**       jeff@bishop.me, jessica@ragingbull.com, gbourdages@graphem.ca

Nathan Stavseth has invited you to **edit** the following document:

## BTB - Webinar Email Series

Open in Docs

Google Docs: Create and edit documents online.

Google Inc. 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because someone shared a document with you from Google Docs.

# BTB - Webinar Email Series

\*\*\*\*\*\*

**Email #1 (Gain) – 1 Day After Initial Opt--In**

\*\*\*\*\*\*

**SUBJECT**: See EXACTLY How I Turned $15,253 into $2.9 Million.

Hi {{First Name}},

Yesterday you requested my *$2.9 Million Biotech Trader Playbook*, and I just wanted to check back in to see what you think about adding biotech stocks to your own trading plan?

More importantly, I wanted to make sure you saw this:
**http://biotechbreakouts.com/lp/webinar/**

***If you want to see EXACTLY how I turned $15,000 into $2.9 Million trading biotech stocks, then this is something you don't want to miss…***

The truth is I can't teach you everything in just one cheat sheet…

You need examples… you need explanations… and you need to spend some time with me to get your questions answered.

For now, this training is FREE, but I can't promise that in the future...
Join Here: **http://get.biotechbreakouts.com/free-training/**

## **Learn EXACTLY How I Turned $15,000 into $2.9 Million Trading Biotech Stocks**

To profitable catalysts,
Kyle Dennis

\*\*\*\*\*\*

**Email #2 (Gain) – 2 Days After Initial Opt--In**

\*\*\*\*\*\*

**SUBJECT**: {{First Name}}, You didn't attend?

Hi {{First Name}},

I didn't see you in my training session the other day, but things come up, it's no problem. Fortunately this training is happening again.

**Click here to attend my free training and learn how I turned $15,000 into $2.9 Million trading biotech stocks…**

Let me tell you why I'm SO excited for you to attend…

There is a toxic, widely-held belief regarding what 'realistic' profit opportunities look like... DO NOT believe the masses. There ARE secrets to trading in niches that generate astounding returns while still carefully managing risk...

I would know. I'm the master of the biotech niche and I'm on year 5 of unrealistic profits.

When you **join the next free training** I will absolutely *SHATTER* your beliefs on 'realistic' profits. You really don't want to miss it again…

See you there!

To profitable catalysts,
Kyle Dennis

**P.S.** This free training reveals *My 3-Step Plan* that I consistently use to generate my profits. What will it do for you? **Sign up here and find out...**

******

**Email #3 (Curiousity) – 3 Days After Initial Opt---In**
******

**SUBJECT**: _____ + _____ = Massive Profit Potential

Hi {{First Name}},

By now, I hope you've had a chance to read my *2.9 Million Biotech Trader Playbook* from beginning to end. Now I've got something else I really want to share with you…

**Attachment S**                    **PX 44, 4208**

If you want to win really big… it takes two things… the first one is…

# A Winning Market

Most traders in the U.S. trade across the Nasdaq, Dow, S&P, and NYSE…

Great traders know how to get an advantage… they *pick a sector and specialize… but even better traders pick the very **BEST** sector to specialize in…*

For the next 20 years… ***BIOTECH*** is the market to be in. I've got 10 reasons that tell you exactly why when you **click this link and scroll down on the page**.

The second thing you need is…

# A Winning Strategy

Now this is where I come in… If you want a winning strategy that aligns *perfectly* with the biotech market… then look no further than My 3-Step Plan...

**I've used this 3-Step Plan to turn $15,000 into $2.9 Million trading biotech stocks!**

Now I'm sharing it with a limited group of traders to see what they can make with it. What will it do for you? There's only one way to find out....

**Click here to attend my free training where I'll reveal this 3-Step Plan.**

Now, we've officially completed the equation…

The Biotech Market + My 3-Step Plan =  Massive Profit Potential

I can't wait to share my secrets with you and help you unlock your massive profit potential.

See you in the training!

To profitable catalysts,
Kyle Dennis


\*\*\*\*\*\*

**Attachment S**                    **PX 44, 4209**

**Email #4 (Logic) – 4 Days After Initial Opt‐In**
******

**SUBJECT**: Learn the 3-Step Plan of My 15,971% Return

Hi {{First Name}},

*What would a 16,071% 4-year return do for your portfolio?*

I cannot promise you that return… but I CAN show you the **3-Step Plan** I used to make that return happen for myself….

You can incorporate this plan into your trading and possibly amplify your trades. Heck, you might even hit single trade returns as high as 30%...

***Yes, 30%...*** that's generally what I aim for on each one of my trades…

I know what you're probably thinking… *"30% returns? Isn't that risky?"*

Not if you get a ton of them right and only a few wrong, and know how to limit your risk on trades. **I will show you how to carefully limit your risk on every trade you make.**  In fact, I have my own proprietary method for calculating the risk on stocks, which enables me to lock in much more of these large gains than countless others in the market… That's actually the third step of my plan!

## **Learn the 3-Step Plan of**
## **My 15,971% Return**

To profitable catalysts,
Kyle Dennis


******

**Email #5 (Fear) – 5 Days After Initial Opt‐In**
******

**SUBJECT**: [Final Notice] Last Chance for this...

Hi {{First Name}},

This is it…the last time you'll hear from me about this:
**http://biotechbreakouts.com/lp/webinar/**

For the last week, I've been encouraging you to join my FREE training where I share EXACTLY how I turned $15,000 into $2.9 Million trading biotech stocks… but time is up.

This is your last chance: **Get in now, or risk missing out completely.**

To profitable catalysts,
Kyle Dennis

**P.S.** Remember, not only will you get my 3-Step Plan for generating profits, but it could also give you the momentum you need to start compounding larger and larger returns…

Get off the fence and get started NOW:
**http://biotechbreakouts.com/lp/webinar/**

**Attachment S**                **PX 44, 4211**

**Sent:**      Mon, 14 May 2018 11:34:30 -0400
**Subject:**   Re: Option Rocket Sales Page & Presentation Copy
**From:**      Kyle Dennis <kyle@ragingbull.com>
**To:**        Nathan Stavseth <nate@ragingbull.com>
**Cc:**        Natalie Holysz <natalie@strikepointmedia.com>, Danielle Drucker <danielle@strikepointmedia.com>, Jeff Bishop
<jeff@bishop.me>, Jeremy Blossom <jeremy@strikepointmedia.com>, Troy Harrington <troy@strikepointmedia.com>

Hi everyone,
We talked it over and we are just going to do the slides and copy for the slides in house. With time ticking and things getting closer, I think it'd just be easier overall that way.

Sorry for the trouble!

Thanks,

Kyle

On Sat, May 12, 2018 at 10:51 PM, Nathan Stavseth <nate@ragingbull.com> wrote:

Hi Natalie,

I think it would be best for me to design the flow of what this webinar should be, or for me Troy and Kyle to jump on a call and talk about how we see the direction of this going.

Maybe there was some miscommunication, but the story here is basically that Kyle has made these astronomical returns but that isn't enough for him.

It's this new option strategy that he stands behind to say that this is the newest way that he believes will enhance his performance even more than $15k to $4m over the past 5 years.

That alone is something people will buy into because Kyle is verified and streams everything live. He's the best trader that you can learn from and if he (based on his returns and experience) thinks that this Option Rocket strategy will be the game changer for him, than others will follow.


On Sat, May 12, 2018 at 8:00 PM Natalie Holysz <natalie@strikepointmedia.com> wrote:

Hi Kyle,
Thank you for giving us such detailed feedback. I will have our team re-work the presentation intro (we can definitely cover the fact that you've made a killing in stocks and how options are the next way to bring in big profits), expand on the  close, and break out the IGNITE slides.

As for the focus on the 1000% vs experience in stocks leading to big wins in options - I will let Troy explain his reasoning there on Monday.

Finally, in terms of the slide design, I was not told we are designing the presentation, but if RB would like us to do the design as well as the copy, we would be happy to do so. I was under the impression that the design here was just as a reference and that your team was handling that aspect.

Please let us know if you would like us to take care of the design. Otherwise, we will work on updating the slide and script copy per your concerns early next week!


On Sat, May 12, 2018, 3:11 PM Kyle Dennis <kyle@ragingbull.com> wrote:

**Attachment S**                              **PX 44, 4212**

Hi,

Just looked over the slides.

I'd like a bit of an intro section like in our pst webinars because a bunch of people won't know who I am.

I'd like to focus way less on the 1000% aspect. That should be something very passive I mention in the webinar, not the highlight.

I want the focus to be on that I've made a killing in stocks and now options could being even more in profits.

I'd like to break down the ignite formula in separate slides.

Jeff's webinar was just posted as a good example. I don't want the same color scheme or background or slides. We need a new theme and colorway. We are both doing automated webinars and they need to look a lot different.

The examples and proof of trades I'll provide.

The sales slides in the last few sections need to be a lot more detailed and extensive to provide the sense of value for $1500.

We need more originality overall here, not a copy.

Thanks,

Kyle

On Sat, May 12, 2018 at 11:02 AM Nathan Stavseth <nate@ragingbull.com> wrote:

Thanks Natalie!

I'll be going over it this week

On Fri, May 11, 2018 at 10:15 PM Natalie Holysz <natalie@strikepointmedia.com> wrote:

Hi all,
Here are the Option Rocket sales page and webinar presentation files. Let us know what you think! Hope you all have a great weekend.

| RGB - OR - Webinar |
| --- |

| RGB - OR - Sales Page |
| --- |

**Natalie Holysz**
Senior Account Coordinator
STRIKEPOINT MEDIA
P | 949.535.0083
E | natalie@strikepointmedia.com

**Sent:** Sun, 13 May 2018 10:26:18 -0400
**Subject:** Re: Option Rocket Sales Page & Presentation Copy
**From:** Kyle Dennis <kyle@ragingbull.com>
**To:** Nathan Stavseth <nate@ragingbull.com>
**Cc:** Danielle Drucker <danielle@strikepointmedia.com>, Jeff Bishop <jeff@bishop.me>, Jeremy Blossom <jeremy@strikepointmedia.com>, Natalie Holysz <natalie@strikepointmedia.com>, Troy Harrington <troy@strikepointmedia.com>

Thanks Natalie!

Yeah I think a quick call maybe Monday would be perfect. It'd be a lot easier to be on the same page that way.

This launch for us is going to be really important, so just want to make sure we kill it on the presentation.

Enjoy your Sunday!

Kyle

On Sat, May 12, 2018 at 10:51 PM Nathan Stavseth <nate@ragingbull.com> wrote:

Hi Natalie,

I think it would be best for me to design the flow of what this webinar should be, or for me Troy and Kyle to jump on a call and talk about how we see the direction of this going.

Maybe there was some miscommunication, but the story here is basically that Kyle has made these astronomical returns but that isn't enough for him.

It's this new option strategy that he stands behind to say that this is the newest way that he believes will enhance his performance even more than $15k to $4m over the past 5 years.

That alone is something people will buy into because Kyle is verified and streams everything live. He's the best trader that you can learn from and if he (based on his returns and experience) thinks that this Option Rocket strategy will be the game changer for him, than others will follow.

On Sat, May 12, 2018 at 8:00 PM Natalie Holysz <natalie@strikepointmedia.com> wrote:

Hi Kyle,
Thank you for giving us such detailed feedback. I will have our team re-work the presentation intro (we can definitely cover the fact that you've made a killing in stocks and how options are the next way to bring in big profits), expand on the  close, and break out the IGNITE slides.

As for the focus on the 1000% vs experience in stocks leading to big wins in options - I will let Troy explain his reasoning there on Monday.

Finally, in terms of the slide design, I was not told we are designing the presentation, but if RB would like us to do the design as well as the copy, we would be happy to do so. I was under the impression that the design here was just as a reference and that your team was handling that aspect.

Please let us know if you would like us to take care of the design. Otherwise, we will work on updating the slide and script copy per your concerns early next week!

On Sat, May 12, 2018, 3:11 PM Kyle Dennis <kyle@ragingbull.com> wrote:

**Attachment S**                              **PX 44, 4214**

Hi,

Just looked over the slides.

I'd like a bit of an intro section like in our pst webinars because a bunch of people won't know who I am.

I'd like to focus way less on the 1000% aspect. That should be something very passive I mention in the webinar, not the highlight.

I want the focus to be on that I've made a killing in stocks and now options could being even more in profits.

I'd like to break down the ignite formula in separate slides.

Jeff's webinar was just posted as a good example. I don't want the same color scheme or background or slides. We need a new theme and colorway. We are both doing automated webinars and they need to look a lot different.

The examples and proof of trades I'll provide.

The sales slides in the last few sections need to be a lot more detailed and extensive to provide the sense of value for $1500.

We need more originality overall here, not a copy.

Thanks,

Kyle

On Sat, May 12, 2018 at 11:02 AM Nathan Stavseth <nate@ragingbull.com> wrote:

Thanks Natalie!

I'll be going over it this week

On Fri, May 11, 2018 at 10:15 PM Natalie Holysz <natalie@strikepointmedia.com> wrote:

Hi all,
Here are the Option Rocket sales page and webinar presentation files. Let us know what you think! Hope you all have a great weekend.

| RGB - OR - Webinar |
|---|

| RGB - OR - Sales Page |
|---|

**Natalie Holysz**
Senior Account Coordinator
STRIKEPOINT MEDIA
P | 949.535.0083
E | natalie@strikepointmedia.com

**Sent:**     Thu, 2 Nov 2017 13:00:06 -0400 (EDT)
**From:**     Kyle Dennis <Kyle@Biotechbreakouts.com>
**To:**       kyle@ragingbull.com
**Subject:**  Final day to SAVE 60% on this Millionaire's BEST SERVICE



Hi Kyle,

Here are the facts.

I make nearly $6,000 EVERY day by trading stocks.

I know, that is hard to believe but it is totally true.  That's what my average has been every, single trading day this year.

That's right. I have actually made OVER $1,000,000 this year already.

What's more amazing, is that I started just few years ago with ONLY $15,000, and have now turned that into over $3,000,000 in profits.

I even showed you all the proof to back this up in my training session that you registered for last week.

There are hundreds of happy members watching me trade live every day that I personally work with.

As you know the **Million Dollar Mission** is off and running and I'm showing everyone exactly how to CRUSH the market with a small account.

I fully plan to turn this $25,000 account into $1,000,000, heck it's already +66%, STREAMING every trade live, and I want you right there beside me, literally looking over my shoulder at my E*TRADE account.

And to prove I'm serious, this week I have been offering you my ***lowest price ever***.

You see, normally I sell this program for $10,000 and it is well worth that price.

I've occasionally had special offers of $6,000 or even $4,000 recently.

But I have never offered this price before, and at midnight tonight… it will be gone. And I never plan to bring it back.

Until 12 pm EST tonight, you can still JOIN Nucleus for $1,999. (*Be sure to save $2000 and use promo code: million*)

You have had all week to think about this offer, and NOW is the time to act. This deal ends tonight, and I urge you not to miss out on this limited time opportunity.

Like I said, I have never offered a lower price than this.

I challenge you to find ANYONE on Wall Street who has actually made $3,000,000 in the last few years and is willing to mentor you live during the trading day. Not to mention the incredible library of content that I've already built you can access 24/7 .... and keep adding to it!

Let's be honest here. Maybe you won't make $3 million like I have done, but what would it mean to you if you made even a fraction of that and learned to do it for the rest of your life? That kind of knowledge is priceless.

And don't forget the fact you get full access to trade live with 20 year day trading pro Keith Kern in my **Lightning Alerts** service which is included in this special offer for FREE, valued at $1,548 yearly.

You will also get my **FDA Insider** service FREE.  Again, this alone is valued at $1,596 yearly just by itself.

**But you must act now,** this offer expires at midnight tonight!

Again, be sure to use this promo code: million

Sincerely,

Kyle Dennis

P.S. CLICK HERE to review the Million Dollar Mission

But DO NOT purchase there!  (The fee is $4,000 on that page)

I want you purchasing RIGHT HERE for *half that price*.

\*\*\* Be sure to apply PROMO CODE: **million** \*\*\*

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information

included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Nucleus Premium Email List

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

**Sent:**      Sun, 24 Dec 2017 16:23:58 -0500 (EST)
**From:**      Kyle Dennis <Kyle@Biotechbreakouts.com>
**To:**        kyle@ragingbull.com
**Subject:**   I am doing what Trump wouldn't...releasing my tax returns!



I am releasing my tax returns!

And I'm doing this to PROVE TO YOU that this is real.

My returns are real, my accounts are real, and my trades are real.



**You saw that right…. $1,123,659 in trading profits in a single year!**

I mean, who else in the market is willing to show you this? Or willing to stream their E*Trade account screen LIVE every single trading session.

I am!

**Attachment S          PX 44, 4219**

I just started my Million Dollar Mission with a $25K account and it's already up to $121,027! I'm closing in on 400% gains in less than 3 months.



The biggest question I always get is…

*"Kyle I have a small account. How do I grow it to the size of your Million Dollar Mission starting amount?"*

**And I'm unleashing a solution….**

I'm starting the $5K Challenge!

I'm showing how to grow a $5K account into $25K, then $25K into $200K, and finally $200K into a MILLION!

It doesn't get more transparent than this guys and gals.

I'm starting on January 2nd, but you need to be on the inside now, so you can watch the videos needed to be prepared for the New Year.

Less than 7 days remain…it's time to take action.

I'll see you there,



**Kyle Dennis**
Biotech Trader

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

**Attachment S**          **PX 44, 4220**

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Nucleus Premium Email List

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

Attachment S          PX 44, 4221

**Sent:** Wed, 27 Dec 2017 08:01:28 -0500 (EST)
**From:** Kyle Dennis <Kyle@Biotechbreakouts.com>
**To:** kyle@ragingbull.com
**Subject:** My 3 Easy Steps to Success



Have you ever wanted to accomplish something big?

If you look at the end game, it might seem out of reach.

It's not that hard to accomplish big goals if you break it down into simple bite sized steps.

If you wanted to lose 50 pounds, what do you do? You start by losing 5! Then you build on it!

And that's exactly what I'm doing to show you how to grow $5K as quick as anybody out there.

I have named each Phase of this journey to $1M in profits (AGAIN!) so you can best follow along and profit:

**Phase 1: The $5K Challenge**



**Phase 2: The Million Dollar Mission**



**Phase 3: The 200X Club**



All of these Phases will be streamed live in 2018 in my Nucleus Program where you can watch right over my shoulder...and reap the benefits.

Best thing of all, I'm running a huge special!

Kyle Dennis
Biotech Trader

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Nucleus Premium Email List

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**Sent:**      Wed, 28 Jun 2017 05:16:41 +0000
**Subject:**   Re: JBP Template Send
**From:**      Kyle Dennis <kyle@ragingbull.com>
**To:**        Justin Bishop <justin@ragingbull.com>
**Cc:**        Jeff Bishop <jeff@bishop.me>, Nathan Stavseth <nate@ragingbull.com>

Can we put the BTB and LA sales info up for marvin on his account. Along with the email stats?

It's important because he writes a lot of my sub email and sales emails and I want him to see the effect/stats/revenue when he changes things

On Tue, Jun 27, 2017 at 11:03 PM Kyle Dennis <kyle@ragingbull.com> wrote:

ok, no worries. I understand. Better if he has his own account anywho

On Tue, Jun 27, 2017 at 11:01 PM, Justin Bishop <justin@ragingbull.com> wrote:

Thanks Kyle,

sorry if I came on a bit strong, isoft security is something I take extremely seriously.

Esp given how much we have going through isoft at all times, having an unknown in there is something we try to avoid at all times.

Thanks for understanding!

On Tue, Jun 27, 2017 at 5:00 PM, Kyle Dennis <kyle@ragingbull.com> wrote:

ok ill reset and he's going to email you

On Tue, Jun 27, 2017 at 10:48 PM, Justin Bishop <justin@ragingbull.com> wrote:

Kyle,

Can you reset your isoft password please, we try to avoid sharing isoft accounts at all times because of security reasons.

I can set Marvin up on his own isoft account.

Can you have him email me and nate and we'll get him squared away.

Never give out your isoft password to anyone other than administration (Guillaume, myself, Nate Stav)

Please let me know once your passwords been reset.

Thanks!

On Tue, Jun 27, 2017 at 4:36 PM, Justin Bishop <justin@ragingbull.com> wrote:

your isoft login ?

who signed off on this ?

On Tue, Jun 27, 2017 at 4:32 PM, Kyle Dennis <kyle@ragingbull.com> wrote:

he uses my login

On Tue, Jun 27, 2017 at 10:31 PM, Justin Bishop <justin@ragingbull.com> wrote:

How is Marvin sending emails ? I do not have him listed as an authorized user in isoft

On Tue, Jun 27, 2017 at 4:29 PM, Kyle Dennis <kyle@ragingbull.com> wrote:

**Attachment S**          **PX 44, 4224**

I was trying to send an email the same time Marvin was and something happened.
Nucleus list looks like

On Tue, Jun 27, 2017 at 10:27 PM, Justin Bishop <justin@ragingbull.com> wrote:

> Kyle,
>
> need to know what happened here, have you had a chance to look over the email ?
>
> Thanks!
>
> On Tue, Jun 27, 2017 at 8:19 AM, Justin Bishop <justin@ragingbull.com> wrote:
>
>> Kyle,
>>
>> Last night around 12:30AM EST a blank template for JasonBondPicks went out to around 300 - 400 people from you in iSoft.
>>
>> Wondering what happened here so we can make sure it does not happen again.
>>
>> Not a big deal but def do not want to get templates mixed up when sending to lists.
>>
>> Do you recall what lists it was sent to ?
>>
>> Thanks!
>>
>> --
>>
>>
>>
>> Justin Bishop
>> RagingBull.com
>> Director of Marketing
>> office: 682.323.3039
>
>
> --
>
>
>
> Justin Bishop
> RagingBull.com
> Director of Marketing
> office: 682.323.3039

--

Justin Bishop
RagingBull.com
Director of Marketing
office: 682.323.3039

**Attachment S**          **PX 44, 4225**

--

Justin Bishop
RagingBull.com
Director of Marketing
office: 682.323.3039

--

Justin Bishop
RagingBull.com
Director of Marketing
office: 682.323.3039

--

Justin Bishop
RagingBull.com
Director of Marketing
office: 682.323.3039

**Attachment S**          **PX 44, 4226**

**Sent:**     Thu, 9 Apr 2020 18:02:22 -0400
**Subject:**  Fwd: Your interview with Patrick Gentempo
**From:**    Kyle Dennis <kyle@ragingbull.com>
**To:**      Marvin Chacon <marvin@ragingbull.com>

Let's talk about what we want to promote with them and then can you take care of it?

Maybe TWK?

This is an hour long interview I did on the markets last week.

---------- Forwarded message ---------
From: ▆▆▆▆▆▆▆ <▆▆▆▆▆▆▆▆▆▆▆▆▆>
Date: Wed, Apr 8, 2020 at 1:29 PM
Subject: Your interview with Patrick Gentempo
To: <kyle@ragingbull.com>
CC: Erica Hale <▆▆▆▆▆▆▆▆▆▆▆>

Kyle,

Thank you for participating in Crisis Investing 2020!

I am Kat Merritt's executive assistant, and she has asked me to reach out and time is of the essence.

In order to promote you and/or your business further, we are compiling a "CI2020 Playbook" that is included with the program that people are ordering.

It is a compilation of information, resources and instructions and action steps for those that purchase the series.

What:
A. Would you like us to promote for you? (Book, program, referrals?)
B. Information that you would like our viewers to know?
C. Helpful instructions and resources can you provide?

If you would either let me know, or direct me to the person that I should be connecting with, I would greatly appreciate it.

As you know, we are turning this around very quickly - so please reply at your earliest convenience.


Again, Thank you for your participation and we are grateful for your guidance and instruction at this time  it's a pleasure to promote you through this endeavor.

With Gratitude,
▆▆▆▆▆▆▆

P.S. I am scheduling time on the calendar with Kat for further promotion. Whether it's a program funnel, referrals, book launch etc… we are excited to promote you to this list of CI2020 participants and look forward to a mutually beneficial partnership for years to come.

*-Nicole*
▆▆▆▆▆▆ / Executive Assistant
REVEALED FILMS

PHONE: ▆▆▆▆▆▆ mobile/direct
EMAIL: ▆▆▆▆▆▆▆▆

**Attachment S**         **PX 44, 4227**

**Sent:**   Thu, 3 Dec 2020 09:27:31 -0500
**Subject:**   Fwd: Ready To Take Your Trading To The Next Level?
**From:**   Kyle Dennis <kyle@ragingbull.com>
**To:**   Marvin Chacon <marvin@ragingbull.com>

Can we fix whatever funnel this is. it is sending from my raging bull address and ppl constantly email me
---------- Forwarded message ---------
From: ████████████ < ████████████ >
Date: Thu, Dec 3, 2020 at 12:07 AM
Subject: Re: Ready To Take Your Trading To The Next Level?
To: Kyle Dennis <kyle@ragingbull.com>

Thank you Kyle, I'm excited work with you and waiting for your first Fast 5 Trade email. Hopefully good ones.
Thank you so much and you are working very hard.



On Wed, Dec 2, 2020 at 10:32 PM Kyle Dennis <kyle@ragingbull.com> wrote:

Hello trader,

You've already gotten a taste of one of my bread-and-butter strategies, and how I'm able to take advantage of "smart money" activity…

But that's just the tip of the iceberg when it comes to my trading style. If you think you have what it takes to take your trading to the next level, then I believe you're in the right place… If not, simply  Click here to unsubscribe and stop receiving exclusive emails from kyle@biotechbreakouts.com

In the coming lessons, you can expect me to:

• Teach you my trading edge through real-money case studies.
• Reveal to you my techniques to uncover opportunities.
• Show you how to identify breakout trends before stocks make their large moves.
• Teach you how I develop trade plans, execute, and scale up.
• Draw back the curtains and show you how I manage my trades and risk, as well as remain disciplined.
• Dole out trade ideas from time to time.

I believe it's crucial to develop the necessary skills to become a complete trader because it can put you in a position to become an elite trader.

I want to teach you the skills I wish I had when I first started… and prove to you why it doesn't matter what position you're in as a trader right now… because it's possible to level up.

Be on the lookout for my next email…

To guarantee you receive the next issue of Biotech Breakouts, please add Kyle@biotechbreakouts.com to your address book or contacts.

Cheers,

**Kyle Dennis**
The People's Trader

**Attachment S**          **PX 44, 4228**

Neither Kyle Dennis nor RagingBull.com, LLC (publisher of BiotechBreakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. The owners, employees and writers of RagingBull.com may engage in securities trading that is discussed or viewed on this website, but all such individuals are buying and selling such securities for their own account. These individuals do not engage in any trades with customers. The buying and selling of securities by these individuals is not part of a regular business of buying and selling securities. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter, but all such positions are held for such representative's own account. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Kyle Dennis manages on behalf of RagingBull.com, LLC. If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

Unsubscribe

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**Attachment S**          **PX 44, 4229**

**From:**     Nathan Stavseth <nate@ragingbull.com>
**Sent:**     Mon, 7 May 2018 11:31:08 -0500
**Subject:**  Option Rocket Sales Page
**To:**       Natalie Holysz <natalie@strikepointmedia.com>, Troy Harrington <troy@strikepointmedia.com>, Marvin Chacon <marvin@ragingbull.com>, Kyle Dennis <kyle@ragingbull.com>

Hi Natalie and Troy,
I would like Troy to write the copy for the Option Rocket sales page.

https://drive.google.com/drive/folders/1rvnqqIV3owa6_CWkJXmRFyhGM32a-7No

Don't worry about text in those images (it was old copy, but just an idea of how the sales page would look).

For an example of the style, this was a recent page we did, though I'm happy to make the feel of it align with what Troy is thinking.

  https://ragingbull.com/tactical-edge/

If he can provide the copy, then our designer will build it around that.

I've cc'd Marvin and Kyle on this as well so they can chime in on anything.

- Nate

**Sent:**      Wed, 16 May 2018 19:16:44 +0000
**Subject:**   Option Rocket Sales Page - Invitation to edit
**From:**      "Nathan Stavseth (via Google Docs)" <drive-shares-noreply@google.com>
**To:**        kyle@ragingbull.com
**Cc:**        david@ragingbull.com

nate@ragingbull.com has invited you to **edit** the following document:

## Option Rocket Sales Page

Open in Docs

Google Docs: Create and edit documents online.

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because someone shared a document with you from Google Docs.

**Attachment S**            **PX 44, 4231**

Section 1:

Heading -

I TURNED $15K INTO OVER $4M IN 5 SHORT YEARS, BUT THIS OPTIONS STRATEGY
HAS UNTAPPED POTENTIAL I NEVER THOUGHT WAS POSSIBLE

Subheading -

I am the rocket fuel behind every trade… I've turned $15K into $4M and I've found my next profit
bucket that could propel me to $10M by next year.

I.G.N.I.T.E YOUR TRADING ACCOUNT

I spend nearly every minute of the seven-hour trading day researching, scanning, and analyzing
possible trade opportunities with my I.G.N.I.T.E. process. Only when all six of these I.G.N.I.T.E.
elements align perfectly will I trigger an alert to buy. This means that by the time an alert is sent
to you, all the research has been done and it will be the result of me thoroughly vetting the
opportunity at hand.

**Insiders:**

I will be looking for my favorite insiders and their track record of buying and selling. This
"Insider" Indicator is what gives me the initial reaction to dive into the technicals of the trade. If
the big funds are buying it, I'm looking to figure out why  before everyone else does.

**Growth:**

I want to analyze the growth prospects of the company. If it is earnings based...are we on the
cusp of another big earnings beat. Or, if it's a speculative company without earnings, I will
analyze whether the technology is about to disrupt the market.

**News:**

Analyzing past (historical) and future (catalyst) news which the market hasn't realized yet or has pegged completely wrong. This is my proprietary method which I've developed from 5 years experience and an average of $1M/year over the last 3 years.

**Institutions:**

Like you can follow me, I'm going to be following the activity of the "big money". There are funds out there that know more than I do. By carefully tracking their moves, I can lay the foundation for trades that have high upside potential with limited downside risk.

**Technicals:**

This is chart analysis and then best part is that you won't have to do it! I'll be looking for the perfect entry point based on my four favorite chart patterns. This is where my service separates itself from others. No one is using these chart patterns like I do. Now you have that access.

**Earnings:**

Earning calls give us updates on catalysts and future drivers of growth. I listen into those calls and look for opportunities others are missing. Most don't have time or want to put in the work, but I do, and I'm streamlining this information directly to you.

**"Join Me Here"**

WHO AM I?

I started trading after I graduated college with $80,000 in student loans. I needed another source of income and turned to the stock market. With some careful financial management, I was able to save $15,000 to start trading. In 5 short years, I took that account to $4 million.

**Attachment S**                    **PX 44, 4233**

While that is an accomplishment in itself, I'm not one to settle there. I want to hit $10 million and I want to do it quickly. I couldn't get there with my current trading strategy so I needed to find another angle...another PROFIT BUCKET.

So, I turned to options to help I.G.N.I.T.E my trading performance. The market changes every day and growth stalls. Rather than let my old strategies become stale, I revamp my methods and approach the market with new ideas that I've tested and proven that they work.

Insert Option Rocket Wins (with images from gdrive).

ESPR 196%
LPCN 100%
NVDA 81%
SNAP 114%

The potential for life changing returns are there for the taking and I want you to have that success with me!

**Three-Step Plan of Attack**

| PHASE 1: | PHASE 2: | PHASE 3: |
|---|---|---|
| _We Have Liftoff!_ | _Eject ½ of Position_ | _Go Interstellar!_ |
| Place the options trade with a 50% stop loss. | Once we hit 100%, sell ½ of your position. | Let the rest ride and target up to 500% - 1,000%! |

BONUS 10 Bagger Biotech (Insert Cool Image)

I've primarily traded biotechs for the past 3 years and these have been my stats (Insert eTrade statements)
Like I said, though...I'm looking for more!

**Attachment S**          **PX 44, 4234**

Let my passion and knowledge of biotechnology guide us to the outrageous potential of 1000% returns by playing FDA catalyst events which are set to spike the stock along the drug approval process.

(any examples kyle has from stocks that could launch)

Then the Pricing like layout 2 but just $3999 crossed out to $1497 and what it offers (pull from slideshow)

Alerts delivered via email and text
Detailed Report on why the trade is being alerted
Portfolio Updates
Video Course on my IGNITE System

**Attachment S**          **PX 44, 4235**

**Sent:**     Wed, 14 Dec 2016 08:18:04 -0800 (PST)
**From:**     Nathan Stavseth <nate@ragingbull.com>
**To:**       Kyle Dennis <kyle@ragingbull.com>

**Nathan Stavseth,** `2016-12-14 08:18:04`

was logged into your chat. the guy whining about your &quot;self promotion&quot; ████████ you are handling that perfectly. you run a service lol what does he expect?

**Kyle Dennis,** `2016-12-14 08:24:58`

thanks haha

**Kyle Dennis,** `2016-12-14 08:25:03`

yeah so stupid

**Kyle Dennis,** `2016-12-14 08:25:09`

like how did he sign up for the service or know about me

**Kyle Dennis,** `2016-12-14 08:25:10`

promotion!

**Kyle Dennis,** `2016-12-14 08:25:11`

haha

**Nathan Stavseth,** `2016-12-14 08:33:51`

haha seriously man couldn&#39;t believe it. like, has he made money from the service? yes! so just shut your mouth lol unbelievable

**Kyle Dennis,** `2016-12-14 08:35:22`

lol people love to complain

**Attachment S**                    **PX 44, 4236**

**From:** Jordan Reyna <jordan@ragingbull.com>
**Sent:** Wed, 22 Mar 2017 11:21:15 -0500
**Subject:** Re: Emails
**To:** Kyle Dennis <kyle@ragingbull.com>

Will do. Thanks for the heads up.

On Wed, Mar 22, 2017 at 11:07 AM, Kyle Dennis <kyle@ragingbull.com> wrote:

Hey Jordan,
I'm going to be sending out an email to the yearly Catalyst Swing folks pretty soon.  My goal is to have a conversation with them to upsell on the Nucleus program.

Can forward me all those emails that come through from the email I'm going to send over to me?  I'd like to answer them all personally. And can you let the other guys know too?

I expect a ton of responses to come back.

Thanks,

Kyle

**Attachment S**          **PX 44, 4237**

**Sent:** Fri, 27 Oct 2017 01:20:43 +0000
**From:** ████████ (BioTechBreakouts Support)" <kyle@biotechbreakouts.com>
**To:** Kyle Dennis <kyle@ragingbull.com>
**Subject:** [BioTechBreakouts] Re: Mission

##- Please type your reply above this line -##

This ticket ([#101418](#)) has been reopened.

████████████

Oct 26, 9:20 PM EDT

Dear Kyle,

Thank you kindly for responding to my earlier questions.

I have decided to join :) for the special offer of $1999 (via ████████ affiliation) using the code: million. Then a secondary offer was presented for $1499 for the second six months. Sounded good to me, so I clicked on "Add An Extra 6 months for only $1499" yet it appeared that a separate window appeared saying that it would cost $1999.

A bit confused... I would love to purchase a full year tonight. Perhaps your billing office can email me and clarify – and hopefully, confirm the lower $1499 price for the second six months – and possibly refund me $500 if this applies. I will go ahead and click "OK".

Look forward to receiving your (digital) book on trading and viewing the educational videos and growing my account with you. I applaud your success, your energy and enthusiasm and willingness to extend your knowledge to assist others in building their dreams and giving back to their communities.

Thank you again.

████████████

---

**Kyle Dennis** (BioTechBreakouts)

Oct 26, 7:32 PM EDT

Hi ████████,

Thank you for the compliment and reaching out to me about my Nucleus Program.

Lets see if I can answer your questions.

1. I am definitely monitoring the amount of people in my Nucleus Room, as I want to ensure I have enough time to answer every single persons questions throughout the day. Which up to this point has not been an issue at all. So simple answer is, yes.

**Attachment S**          **PX 44, 4238**

2. I do do both options and stocks. 95% of my trading consists of trading stocks, and 5% is trading options. I am incredibly picky when it comes to options because they are risky and I always like to win. The majority of profits comes from trading, so I don't like to steer away from a winning strategy. If it ain't broke, don't fix it. Right?

3. Nucleus Members will get daily watch lists with a list of stocks that I am watching. During market hours I will be live on the mic giving you commentary and looking at which gives us the best opportunity to be successful. When I find a position I like, I will alert members via text and email. Nucleus members also see live as I buy and sell every single stock that I purchase.
   In addition, each watch list will give you commentary on what my strategy is with each stock. You will get a buy, sell, and stop zones with each watch list.

4. I am the only trader that will be on the mic live, but the Nucleus room has built a nice community of traders that are very experienced! They often share money making ideas that helps not only me but other members like yourself.

5. After 6 months the fee will be another $1,999 for another 6 months.

6. You be able to see my screen throughout the entire time you have the Nucleus Service. This Million Dollar mission might go on a little longer than a year, in which you would have to renew for another 6 months or year option. We are currently still in phase one of the Million Dollar Mission, where I am slowly building up the 25k account. I am currently up about +55% on this account, but looking to ramp up the profits pretty soon. I am predicting that this feat might take a little more than one year, but believe me I would love to get the 1m as fast as possible.

I hope I was able to answer your questions and to see you in my Nucleus room. I know it will be a great educational experience and know that I will be giving 110% effort teaching and helping you make money too!

Cheers,

KD

Oct 26, 6:36 PM EDT

Hi Kyle,

You have an amazing performance record. Thank you for sharing the first page of your tax form for the past four years documenting your gains – very much appreciated and unlike so many other "services."

My questions:

1. Will you be limiting the number of people joining this service?

2. Does your trading include both stocks and options? If so, approximately, what is the proportion?

3. When I sign up for the Nucleus plan, will you be offering your recommendations for entries and exits during this time, or will they be sign at a different time during the week?

4.I believe you alluded to a couple of other traders on your team. Does this Million Dollar Challenge follow their recommendations as well, i.e., are their trades part of this 25K account?

5. After the first six months, what is the fee to continue with the Nucleus Plan?

6. Please confirm that those who join this once in a lifetime opportunity to follow this 25K account will be able to have screen sharing until your 1M dollar is achieved.

I suspect that your phone lines are either busy with others with questions or wishing to sign up or perhaps you have closed down for the day. Tried twice earlier after the webinar, cosponsored with Tom Gentile. Thus, I am sending this email.

My best to you and your staff as you teach and make possible dreams for those in the Million Dollar Challenge.

Thank you kindly.

███████████

███████████

Thank You for Contacting Support.

**Attachment S**          **PX 44, 4240**

**Sent:** Tue, 19 Dec 2017 21:53:12 +0000
**From:** ███ (BioTechBreakouts Support)" <kyle@biotechbreakouts.com>
**To:** Kyle Dennis <kyle@ragingbull.com>
**Subject:** [BioTechBreakouts] Re: Re: The Nucleus + 5k Challenge all for one low price

##- Please type your reply above this line -##

This ticket (#113246) has been reopened.

███

Dec 19, 4:53 PM EST

kyle...im pretty intrigued...and i would need at least 100k+ a year to make it worth my time..hopefully it would be...quick question, How does your program different from Jason's millionaire roadmap program..

███

---

**Kyle Dennis** (BioTechBreakouts)

Dec 19, 4:09 PM EST

Everything is a process ███. But it's not hard. There will be some effort involved, the same as anything in life that is worth having.

I do my best to keep everything extremely simple, and let me tell you my members have been able to learn it and make money!

15k to 3m wasn't easy when I first started learning how to trade, but then again I didn't have a mentor the beginning. As soon as I got one, my profits really started to ramp up. Now I am consistently making 1M+ every year.

Are you going to hit 1M in your first year? Probably not, but wouldn't you want to learn how to make $10,000, $20,000, $30,000 each year?

Just a thought. I have helped a lot of people ███, but it's definitely up to you if you want to put the effort in! I will be there to help if you want to do it.

Cheers,

KD

**Attachment S**          **PX 44, 4241**

▮▮

Dec 19, 3:44 PM EST

how difficult to learn Kyle..how did u grow 15k into 3m...that's amazing

▮▮

**Kyle Dennis** (BioTechBreakouts)

Dec 19, 1:46 PM EST

Hi ▮▮

I teach people that have busy schedules strategies that will help them make money. But, you definitely have to put some work in.

Side Note: There are no services or traders that you can mirror to make money from (or it will be very very difficult). So if you ever see that advertise, I wouldn't trust it.

Cheers,

KD

▮▮

Dec 19, 1:24 PM EST

thats truly ashamed...i just dont have time to learn a new skill...with my busy schedule..i have $$ to start but no time to learn..go figure..

▮▮

**Kyle Dennis** (BioTechBreakouts)

Dec 19, 1:03 PM EST

Hi ▮▮,

**Attachment S**          **PX 44, 4242**

Mirroring is a losing strategy. I do not recommend that you try to mirror anyone. My service will help you find early entry on high potential stocks, help you do the research, do some of the research, and teach how to use my strategies.

That's what I am here to offer you.

https://mr141.infusionsoft.com/app/orderForms/nucleus-yearly
Promo Code: xmas70

Cheers,

KD



Dec 19, 12:16 PM EST

definitely interested...problem is i dont have the time to learn how to trade...would it be possible to just mirror u and ur picks..thx..dl





**Kyle Dennis** (BioTechBreakouts)

Dec 19, 11:56 AM EST

Hi ████,

The $10,000 can definitely turn into $50,000 if not more if you take the time to learn the strategies. I will be using trading strategies that are easy to use and to replicate.

This is starting up pretty soon, so I recommend that you jump on board soon.
https://mr141.infusionsoft.com/app/orderForms/nucleus-yearly

Remember to use promo code: xmas70 to save 70%

Cheers,

KD

**Attachment S          PX 44, 4243**



Dec 18, 7:42 PM EST

Kyle...would 10k acct become 50k..in theory?..



On Dec 18, 2017 4:42 PM, "Kyle Dennis" <Kyle@biotechbreakouts.com> wrote:

Hi ,

Today, live on Facebook I announced the start of my new venture, The 5k Challenge. I will be teaching you how you can grow a $5,000 account and turn it into $25,000. I will be streaming this venture live in my Nucleus room for all of my members to see.

Watch the replay below:

If you are interested in joining the Nucleus program, today is the best day to do it! We are still offering our holiday special, the Nucleus program for 70% off. (https://mr141.infusionsoft.com/app/linkClick/175623/0034ffe67ee4c853/215123345/64399e28e02cd38b)

Now you can get my Nucleus program, the Million Dollar Mission stream, and now my new 5k Challenge stream for 70% off. Use promo code: xmas70 to save 70%!

Do you really want to miss out these once in a lifetime opportunities? I know I wouldn't.

Cheers,

Kyle Dennis
Biotech Trader

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including

**Attachment S**          **PX 44, 4244**

but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here ([https://mr141.infusionsoft.com/app/linkClick/175619/59c26b250589a3d5/215123345/64399e28e02cd38b](https://mr141.infusionsoft.com/app/linkClick/175619/59c26b250589a3d5/215123345/64399e28e02cd38b)) if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.


If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Nucleus Premium Email List ([https://mr141.infusionsoft.com/app/optOut/53/6c99127a181b20a1/215123345/64399e28e02cd38b](https://mr141.infusionsoft.com/app/optOut/53/6c99127a181b20a1/215123345/64399e28e02cd38b))

835 E Lamar Blvd #263 Arlington, Texas 76011 United States ([https://maps.google.com/?q=835+E+Lamar+Blvd+%23263+Arlington,+Texas+76011+United+States&entry=gmail&source=g](https://maps.google.com/?q=835+E+Lamar+Blvd+%23263+Arlington,+Texas+76011+United+States&entry=gmail&source=g))

Thank You for Contacting Support.

**Sent:**    Fri, 24 Nov 2017 22:10:43 +0000
**From:**    ██████ (BioTechBreakouts Support)" <kyle@biotechbreakouts.com>
**To:**        Kyle Dennis <kyle@ragingbull.com>
**Subject:**  [BioTechBreakouts] Re: Million dollars

##- Please type your reply above this line -##

This ticket (#106565) has been reopened.

---



Nov 24, 5:10 PM EST

I appreciate your personal response. Thank you for the offer. I am in if we can divide into equal quarters. At the best in order to have money to work with now I can do 25%. I expect to have balance of Ins money in next 90 days and since I have been living on saving this will help me get back in the game. Thank you. Hope you had a great Thanksgiving.

On a personal note, ████, my daughter (1of4) was able to come home from ████ Grad school. Such a blessing.

---

**Kyle Dennis** (BioTechBreakouts)

Nov 24, 4:11 PM EST

Hi ,

The Nucleus offer that I am talking about is over 60% off of the retail price. How does $3,999 sound? Use this link to get your special $3,999 price. Also please do not share this link with anyone else, this link is special for you and will expire at the end of the day.

https://mr141.infusionsoft.com/app/orderForms/MEOLN4thKK2u3PKvpKmq

Thanks for your interest in the Nucleus. I know that is the best service on the market and it can help anybody become a successful and profitable trader. In the coming months we will be ramping up the profits in the Million Dollar Mission account and I want you to be there to get a piece of the cash pie!

Also, on a personal note, I am glad you are doing better. I know insurance can often be a pain the butt to work with. I am also looking forward to help you achieve financial freedom!

Cheers,

Kyle Dennis

**Attachment S**        **PX 44, 4246**

██████

Nov 24, 3:52 PM EST

Kyle, I wanted to email and hopefully qualify to receive a special deal on our mission of making a million dollars. I have not been working the last several months because someone wrecked my pump truck (18 wheeler) and I have been dealing with Insurance. Finally just got another truck and equiping it now. Looking forward to being your next success story. ██████

Thank You for Contacting Support.

**Attachment S**          **PX 44, 4247**

**Sent:**     Mon, 30 Oct 2017 02:46:36 +0000
**From:**     ███ (BioTechBreakouts Support)" <kyle@biotechbreakouts.com>
**To:**      Kyle Dennis <kyle@ragingbull.com>
**Subject:**   [BioTechBreakouts] Re: Re: Here are 3 things that helped me become a millionaire

##- Please type your reply above this line -##

This ticket (#101458) has been reopened.

---



Oct 29, 10:46 PM EDT

Hi Kyle,

I am very impressed that you stay up to answer my email.You need your sleep to replenish energy for the next day even tho' you are young!

I am interested in the $25K to start.  With limited amount of capital, how do you allocate the amount of money for each purchase.  Would you put $2K,  $3K or $5K in one trade?  Are you looking for 5 –20% for profit? From the calendar shown at the webinar (too blurry, cannot see the #s), you are making money almost every day.  Are these day trading results?  or you bought  days before and sold them that day?   if you are not watching the chat room full time, you would miss a lot of opportunities, right?

It seems every one is using E–trade, I guess I have to switch to E–trade too, something new to learn.

Good to hear from you.

███

---

**Kyle Dennis** (BioTechBreakouts)

Oct 27, 3:09 AM EDT

Hi ███,

Thanks for you interest in my Nucleus program! Lets see if I can answer your questions.

1. The Million Dollar Mission is 25k to 1 million. And anybody is free to join the Nucleus service, I will be teach each and everyone of you how you can grow your smaller account into a bigger account. My personal is a Million Dollars, but your could be different. Maybe it's to make your first 100k trading.

    2.This is all part of my Nucleus program which does have it's own private chat room.

3. I can knock off $2,000 off of the $5,999 regular price for you since you emailed in and are already part of Lightning Alerts. That is best deal I have ever offered.

4.  No we have a lot of traders in the room that do it part time. Some are just using it as an opportunity to learn the strategies before they start trading. So we have people from every level in this program.

5. Unfortunately we don't do payment plans. I may be able to offer bi annual, so two payments a year.

6. If you would like to start in December, you can shoot me an email when you get back. I should be able to give you the same deals.

7. The nucleus will show you every position that I have open along with my new buy and sells

<div style="text-align:center">

**Attachment S**          **PX 44, 4248**

</div>

I hope this helps,

Kyle

████

Oct 27, 12:54 AM EDT

Hi Kyle,

I watch your webinar reply again, very impressive.  I have some questions:

(1)  the group sign up now, are they starting with $25K and work their way to $million ? (2)  Is there another chat room just for this group ?  or with the Nucleus group?

(3)  Right now I am with the Lightning Alert group, would I get a discount to join the new group?

(4)  Is this group supposed to be full time traders?  face pc 8 – 4 ?

(5)  Can I pay by  2 or 3 installments?

(6)  I will be away for the whole month of Nov, cannot sit in front of a pc, can I start in Dec?

(7)  Where can we see your portforlio holdings?

Sincerely,

████

On Thursday, October 26, 2017, 6:02:04 PM EDT, Kyle Dennis <Kyle@Biotechbreakouts.com> wrote:

|
|
| |
|   |

|
|
|
Hi ████,

I am sure that you can tell that I love what I do. Trading and teaching isn't just a way to make money for me, it's my passion.

I truly love trading and love teaching others to become their own success story. If you would have told me 5 years ago that I would achieve this level of success, I would have thought you were crazy.

**Attachment S                    PX 44, 4249**

But nothing is impossible if you are willing to put in the work. And that's exactly what I did.

Today, I'm a Multi–Millionaire.

How did I achieve this level of success? Simple, by finding the right mentors to work with and using those three key strategies that I showed you.

There isn't some secret algorithm, magic calculation, or lucky guesses going on here. Just three simple and repeatable strategies that will generate profits!

What's my favorite part of trading? Other than the profits, that's easy. It's that I can do all of this from home while wearing a baseball cap, some sweatpants, and eating a bowl of cereal.

I can honestly say I knew very little about trading when I first started. I knew there was a lot of money being made on Wall Street, but I had no idea where to start looking.

As time went by I found some guys that helped me polish some skills and strategies I had already started developing. They were able to help me make that transition from a good trader, to a great one.

And that precisely what I want to do with you.

You see, I didn't start we a large account, in fact I only started with a $15,000 account when I really got going.

Now I have over $2.9 Million in trading profits. Sure there were a few big wins in there, but most of that money is made on smaller, consistent wins.

That's 5 years of consistent wins. And this year will probably be my most profitable year ever!

It doesn't matter if you're a beginner or expert, these strategies can be followed by anybody.

**Attachment S**                    **PX 44, 4250**

All you need to do is be committed and stay disciplined. These two traits will prove invaluable when trading.

I've only had my service available for a little over a year now and I already have thousands of subscribers that are experiencing their own life–changing success.

I don't make that claim lightly.  This system is CHANGING LIVES!

Just look at some recent testimonials from REAL members of mine:

Anthony T.: "Kyle, I got out of HZNP at 12.24 for a cool +$1500. Thanks a lot!"

Allen M.: "kyle – been just over a month since I joined your lightning membership and have made $9963 in profits with small profits adding up on a weekly basis...wanted to extend my thanks to you."

Rick S.: "Thank you Kyle for ACRX +38% $2,747.00"

Mario C.: "holy cow, few scalp trades, +1168, CERU"

SALLY N.: "Thank Kyle for AVEO made $2300

I have literally thousands of testimonials just like these from my subscribers.

I want the next testimonial to come from you!

In case you missed my special offer at the end of my webinar, here it is.

This is the biggest discount I have ever offered. But I want to sweeten this deal.

**Attachment S**                    **PX 44, 4251**

So I am going to add in my other service, Lightning Alerts for free. This is the best deal that I have ever offered.

With Lightning Alerts, you will be getting a premium Day Trading service that comes with a state-of-the-art chat room. This chat has a community of traders that exchange amazing trading ideas throughout market hours.

You will be getting both of these (normally I sell them for over $749 for 3 months) for what I think is a ridiculously low price.

When you compare this price to the fortune you could make trading with me, it is literally insane not to take me up on this offer.

Just think about it...

Have you ever daydreamed about having financial freedom? Are you saving for a new house, college tuition for your kids, or maybe just a brand new car. Whatever you are looking forward to, I know my service can help get you there.

How do I know?  Because it worked for me.

Just 5 years ago I was a broke college graduate with $80,000. Today, I am Multi-Millionaire trader.

It wasn't an easy road to get here, but it is POSSIBLE for anyone to get here. I just want to give you all the tools and resources to get you there faster.

Don't miss out on this opportunity to get this bundle of my 2 most popular services for this exclusive price.

And stay tuned, as I will be sending you your free gifts very soon for all those who attended!

Cheers,

**Attachment S**               **PX 44, 4252**

Kyle DennisBiotech Trader   |

| Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com. Unsubscribe

835 E Lamar Blvd #263 Arlington, Texas 76011 United States |

|

|

Thank You for Contacting Support.

**Attachment S**          **PX 44, 4253**

**Sent:**      Wed, 19 Jun 2019 12:14:33 -0400
**Subject:**   Re: Something big is coming tomorrow. Are you in?
**From:**      Kyle Dennis <kyle@ragingbull.com>
**To:**        Jeff Bishop <jeff@bishop.me>
**Cc:**        Bret Holmes <bret@ragingbull.com>, Francisco Bermea <francisco@ragingbull.com>, Hannah Selner <hannah@ragingbull.com>, Jason Bond <jason@ragingbull.com>, Nathan Stavseth <Nate@ragingbull.com>, Nickolas Pritzakis <nick@ragingbull.com>

That'd be good w/ me.

On Wed, Jun 19, 2019 at 12:14 PM Jeff Bishop <jeff@bishop.me> wrote:

> Things will be kind of slow the 1st week of July, in between live webinars. Let's plan the next big Sniper push then.  Maybe Kyle can issue 2 new reports that week that we tell people they need to get in front of?
>
>
> ****
> office   817.381.8778
> mobile  817.707.6901
>
>
> On Wed, Jun 19, 2019 at 12:11 PM Kyle Dennis <kyle@ragingbull.com> wrote:
>
>> Yeah ACST and XXII, two biotech picks I have Dom working on. ACST said done next week. I had Donald change up the stripe order form already a bit to match the pick. Not sure how close he is to being done, haven't heard an update yet.
>>
>> On Wed, Jun 19, 2019 at 11:58 AM Jeff Bishop <jeff@bishop.me> wrote:
>>
>>> It doesn't have to be a big buildup like 5g either.  Kyle can just get with Dom on a new report for a stock he likes and give us all a little notice on it.
>>>
>>> Grab a few past Sniper winners he's picked and then tell everyone that he has a big new idea coming up on a certain date and we can push that hard for a couple of days leading into it.
>>>
>>> This will easily work once a month at least.
>>>
>>>
>>> ****
>>> office   817.381.8778
>>> mobile  817.707.6901
>>>
>>>
>>> On Wed, Jun 19, 2019 at 11:55 AM Kyle Dennis <kyle@ragingbull.com> wrote:
>>>
>>>> I like that
>>>>
>>>> On Wed, Jun 19, 2019 at 11:51 AM Jeff Bishop <jeff@bishop.me> wrote:
>>>>
>>>>> This is a great type of email and copy to use when we want to make a big push on Sniper.
>>>>>
>>>>> Telling people they need to get in today in order to get Kyle's new big pick is a really good hook. Creates urgency for it during times we are weak on other products.

**Attachment S**              **PX 44, 4254**

---------- Forwarded message ---------
From: **The Motley Fool** <fool@foolsubs.com>
Date: Wed, Jun 19, 2019 at 9:22 AM
Subject: Something big is coming tomorrow. Are you in?
To: <jeff@bishop.me>

.

David's brand-new recommendation is almost here ------------------------------------------------------------------------------------

View this email in your browser

I know you're probably busy, so I'm just going to make this quick.

Something big is happening tomorrow, and as of now, you're not eligible for it.

But you can be in about 10 seconds.

**Secure My Place in _Stock Advisor_**

You see, renowned investors Tom and David Gardner are about to unveil their brand-new stock recommendation.

And their recommendations are the things of legend.

Like when they recommended Netflix to members in 2004, leading to returns of over 18,844%.

Or when they recommended Amazon in 2002, leading to 12,073% returns.

Maybe those sound too good to be true, and frankly I can't blame you. But as someone who works about 50 feet from them every single day, trust me:

They're true.

So, you get it, when he recommends a stock, many times, it has literally **paid** to listen.

And tomorrow, they're set to recommend a brand-new stock exclusively to members of Motley Fool's _Stock Advisor_ service.

_Stock Advisor_ is the **ONE** newsletter service that offers picks from both Tom and David Gardner, looking for tomorrow's best stocks... TODAY.

And in _Stock Advisor_, Tom and David have built one of the most successful investing services ever.

In fact, one of their picks last June, **Wix.com**, is currently returning 53%!

But market-beating picks in June aren't really new to them.

You see, June 2017's pick, **Paycom Software**, has returned a staggering 208%!

And in 2016, the recommendation of **SVB Financial Group** is up 119%.

It's as simple as this...

**Attachment S**                **PX 44, 4255**

**If you had put $1,000 in all three of these stocks, you would be sitting at $6,802 today.**

I guess what I'm trying to say is... there's no better financial decision, I think, than securing your place in *Stock Advisor* today!

But please don't delay - this new recommendation goes live tomorrow!

And through this email, you are eligible for unlimited access for as low as $1.06 a week!

To claim this low, low offer, simply click on the button below to get started.

**Access my exclusive Stock Advisor offer**

David Hanson
Director of Membership
The Motley Fool

Having trouble seeing this email?  View on Web

*We work fervently, feverishly, and Foolishly to make sure all the facts and figures we publish in our emails are 100% accurate and up to date. Returns as of June 12, 2019. John Mackey, CEO of Whole Foods Market, an Amazon subsidiary, is a member of The Motley Fool's board of directors. SVB Financial provides credit and banking services to The Motley Fool. David Gardner owns shares of Amazon and Netflix. David Hanson owns shares of Amazon. Tom Gardner owns shares of Netflix, Paycom Software, SVB Financial Group, and Wix.com. The Motley Fool owns shares of Amazon, Netflix, Paycom Software, SVB Financial Group, and Wix.com.*

This is a promotional message from The Motley Fool | 2000 Duke St. | Alexandria, VA 22314
Legal Information. Copyright ©1995-2019 The Motley Fool. All rights reserved.

To prevent this from getting swept up by overzealous email filters, add **Fool@foolsubs.com** to your address book.

If you no longer wish to receive this email, please unsubscribe now.

--
Sent from Mobile 817.707.6901

**From:**      Jeff Bishop <jeff@bishop.me>
**Sent:**      Wed, 24 Jan 2018 21:54:56 -0500
**Subject:**   Re: Reader, Let Me Know ASAP...
**To:**        Kyle Dennis <kyle@ragingbull.com>
**Cc:**        Nathan Stavseth <nate@ragingbull.com>, Jeremy Blossom <jeremy@ragingbull.com>, Jason Bond <jason@bond.life>

There were some good things, I agree with Kyle. I like how he used Goode as a doubter, turned believer. The calendar of when a stock is about to take off is a good one we should hammer on for BTB using the FDA calendar as catalyst for some stock moves that people need to get from Kyle.

Terrible set and host though, we can do better.  I liked the "summit" theme, that seems to work well lately.

****
office   817.381.8778
mobile  817.707.6901

On Wed, Jan 24, 2018 at 9:00 PM, Kyle Dennis <kyle@ragingbull.com> wrote:

> Just finished watching it. This was pretty cringe worthy during a lot of it. I'm sure it'll sell pretty well though. We can do
> this 1000 times better.
> I liked the "money line" concept. Just stupid enough to work haha.
>
> Also liked how the interviewer addressed viewers biggest reasons to doubt Tim to debunk them. Was smart.
>
> Tim, Michael Goode, Roland, and Grittani seemed very awkward and forced.
>
> Pretty high price point for $3,100.
>
> I also bought the "particular penny stock that could pay you $9,600 by next week" before the close today. Thanks Tim
> and Agora!
>
> On Wed, Jan 24, 2018 at 7:34 PM, Nathan Stavseth <nate@ragingbull.com> wrote:
>
>> sums it up perfectly... "when I see his mouth move I just want to punch him in the throat."
>>
>> On Wed, Jan 24, 2018 at 7:25 PM, Jeremy Blossom <jeremy@ragingbull.com> wrote:
>>
>>> You know that guy who was the moderator did a really good job and the concept is kind of cool, but extremely corny
>>> and not sure how well it went over with their audience. The questions and comments discussion points were a well
>>> oiled sales letter turn infomercial. Tim is just awkward and weird to look at. I don't know why, but I when I see his
>>> mouth move I just want to punch him in the throat.
>>> I kind of want to rip the video and get it transcribed. Might be some good copy we could twist and make work for us.
>>>
>>> The summit idea is also great. They didn't execute it very well at all which might be your big disconnect, Jeff with the
>>> whole thing.
>>>
>>>
>>> On Wed, Jan 24, 2018 at 3:23 PM, Jeff Bishop <jeff@bishop.me> wrote:
>>>
>>>> This thing is just terrible I think. It's still going to do about $5m in sales by tomorrow though.

**Attachment S**                    **PX 44, 4257**

Good to take some notes from

---------- Forwarded message ---------
From: James Altucher <james@jamesaltucher.com>
Date: Wed, Jan 24, 2018 at 6:16 PM
Subject: Reader, Let Me Know ASAP...
To: <JEFF@bishop.me>

January 24, 2018

# Reader, Let Me Know ASAP...

Hi, James here again.

There's no time to waste... so let me get straight to the point...

Earlier today more than over 36,000 watched America's 1st Penny Stock Summit with penny stock millionaire Tim Sykes...

And they learned how to make $3,791...$20,072...and even as much as $69,962... in a matter of days using Tim's proprietary penny stock system.

Tim even mentioned a particular penny stock that could pay you $9,600 by next week.

But only the first 1,000 people who respond today will gain access.

If you don't check this out...

Someone else might pocket that $9,600 in your place.

Spots are filling up fast... but there's still some available.

Don't miss this chance...

### ***Click Below for More Details***

James

**Attachment S**          **PX 44, 4258**

*Note: This email is part of a series of additional updates for Altucher Confidential. If you'd like to unsubscribe from these updates, click here.*

Add **james@jamesaltucher.com** to your address book:

**Whitelist us**

**Additional Articles & Commentary:**

**The James Altucher Website**

**Join the conversation! Follow me on social media:**

. . . .

**"The James Altucher Show" on iTunes**

Since I launched my top-10 rated podcast back in 2014, it has more than 200,000 listeners and has gotten more than 12 million downloads.

*Altucher Confidential* is committed to protecting and respecting your privacy. We do not rent or share your email address. By submitting your email address, you consent to Choose Yourself Financial delivering daily email issues and advertisements. To end your *Altucher Confidential* e-mail subscription and associated external offers sent from *Altucher Confidential*, feel free to click here.

Please read our Privacy Statement. For any further comments or concerns please contact us here. If you are you having trouble receiving your *Altucher Confidential* subscription, you can ensure its arrival in your mailbox by whitelisting *Altucher Confidential*.

© 2018 Choose Yourself Financial, LLC, 808 Saint Paul Street, Baltimore MD 21202. Although our employees may answer your general customer service questions, they are not licensed under securities laws to address your particular investment situation. No communication by our employees to you should be deemed as personalized financial advice.

We expressly forbid our writers from having a financial interest in any security they personally recommend to our readers. All of our employees and agents must wait 24 hours after on-line publication or 72 hours after the mailing of a printed-only publication prior to following an initial recommendation. Any investments recommended in this letter should be made only after consulting with your investment advisor and only after reviewing the prospectus or financial statements of the company.

--
Sent from Mobile 817.707.6901

**Attachment S**          **PX 44, 4259**

**Sent:**      Mon, 17 Jun 2019 12:01:52 -0400
**Subject:**   ACST
**From:**      Kyle Dennis <kyle@ragingbull.com>
**To:**        "D. de Bailleul" <dekevelioc@gmail.com>
Screen Shot 2019-06-17 at 12.00.17 PM.png
Screen Shot 2019-06-17 at 11.58.31 AM.png

Hey Dom,
Can you do a report on ACST?

I've attached a little sheet about some of the details that I took from another service to help out on some key points. Would be great to make the comparison to AMRN.

Then can we do XXII afterwards?  Attached an image there also.

Thanks,

KD

**Attachment S**          **PX 44, 4260**

**Sent:**      Sat, 28 Oct 2017 21:55:43 -0400
**Subject:**   Re: A Suggestion
**From:**      Kyle Dennis <kyle@ragingbull.com>
**To:**        ███████  <███████████████████>

Hi ████,
I've put my 1099's, W-2's, and 1099's out there public. Those are all real.

I completely understand your skepticism, because there are so many scams and frauds out there. I assure you I am not one of those. I do not make more money from selling services than I do from trading.  I know it doesn't sound real, but I really did make $1M+ the last two years.

I don't give out my picks for free, because people pay for them. That should be understandable. But here's two. I bought 10K ONCS at $1.08 and 7,500 RNN at $1.85 last week. I'll likely be holding each for 10-14 days. I don't think two picks should make my track record, but if that helps you make a decision with me, then I hope to see you!

Also, in the future can you email into kyle@biotechbreakouts.com? That's typically where I respond regularly.

Cheers,

Kyle

On Sat, Oct 28, 2017 at 10:52 AM, ███████  <███████████████> wrote:

> Hi Kyle,
>
> I get lots of pitches like yours every month. The few I have paid for up front have not come close to delivering the gains promised. I don't see why yours would be an exception.
>
> I suspect that you, like so many others, are making more money from selling services than from actual trading. No offense, but you have claimed, but not proven, otherwise. These days, anyone could fake the documents you showed in your pitch. I am not saying you faked them. I am only saying that they are not sufficient proof of the viability of your service.
>
> If you are for real, and different from the others, here's how you could prove it: give us, and I do mean give, some trades from your system that, if we invest $500 in each, would yield enough profits in a reasonable period of time to pay for your service. That way we are not having to take an expensive risk with no proof of reward. We would see that your service works, and would become paid users for a long time. That's win win. You have nothing to lose. You would get your recurring fee when your trades prove their worth.
>
> ███████

 Virus-free. www.avast.com

**Sent:**     Sun, 10 Dec 2017 05:28:56 +0000
**Subject:**  Re: Nucleus Member Exclusive: One on One interview with me!
**From:**     Kyle Dennis <kyle@ragingbull.com>
**To:**       Jeff Bishop <jeff@bishop.me>

Yeah let's defintely do that. Those videos would help a lot for sales going forward.

I can ask them if they'd be open to something like that. I would think they would

On Sat, Dec 9, 2017 at 9:07 PM Jeff Bishop <jeff@bishop.me> wrote:

I always like talking thru new ideas.

Maybe we can get like 5+ of those guys to fly and meet with you for a "special training event" in Nashville or something close to you. Then we can have a pro video guy join us and film some good testimonials?  That's pretty valuable stuff for us so it would be worth putting money into doing that well

****
office    817.381.8778
mobile   817.707.6901

On Sat, Dec 9, 2017 at 9:01 PM, Kyle Dennis <kyle@ragingbull.com> wrote:

Yeah got like 20+ responses so far. Going to record a bunch of interviews for the site.

Haha no worries it was a great trip!

I learned quite a bit the first day there too.

I have a few ideas I wanna run by you for the site, I'll throw em in an email tomorrow.

On Sat, Dec 9, 2017 at 7:43 PM Jeff Bishop <jeff@bishop.me> wrote:

Did you get much response to this?  Really good if we can start building more video for Nucleus page.

I hope you made it back home safely today. We will cut out a lot of the nonsense on future trips so we can actually see each other more next time!

****
office    817.381.8778
mobile   817.707.6901

---------- Forwarded message ----------
From: **Kyle Dennis** <Kyle@biotechbreakouts.com>
Date: Thu, Dec 7, 2017 at 4:23 PM
Subject: Nucleus Member Exclusive: One on One interview with me!
To: jeff@bishop.me

**Attachment S**                    **PX 44, 4262**



Good afternoon,

I hope you are all doing well today. I am eager to return to the Nucleus room on Monday and continue the Million Dollar Mission!

In the meantime I am emailing you all today with a very exciting opportunity!

Over the next few weeks I will be scheduling Skype interviews with 10 Nucleus traders. We will be discussing your successes in the Nucleus program this year.

If you are interested in participating in these interviews with me, please email me at **Kyle@Biotechbreakouts.com**.

There will be a special prize for those people selected for these interviews!

Cheers,

**Kyle Dennis**
Biotech Trader

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including

but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behaf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Nucleus Premium Email List

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

.

**Attachment S**          **PX 44, 4264**

**Sent:**     Mon, 11 Dec 2017 23:21:37 +0000
**From:**     ██████ (BioTechBreakouts Support)" <kyle@biotechbreakouts.com>
**To:**       Kyle Dennis <kyle@ragingbull.com>
**Subject:**  [BioTechBreakouts] Re: Skype Interview

## Please type your reply above this line -##

This ticket ([#110523](#)) has been reopened.

---

██████████

Dec 11, 6:21 PM EST

HI Kyle:

Yes, that would be fine. That is 2 PM PST, an hour after the close.

Thankyou, and looking forward to chatting with you. My Skype is ████████████ .

██████████

---

**Kyle Dennis** (BioTechBreakouts)

Dec 11, 4:09 PM EST

Hi ████ ,

Can we schedule your interview for Friday at 5PM EST. Does that time work?

Cheers,

KD

---

██████████

Dec 11, 2:15 PM EST

Hello again Kyle:

Thank you for your email.

Any day this week should be fine, possibly except today. Friday might be the best day as ██ is heading down to Vancouver for an extended Christmas visit with all the kids and grandkids early Friday morning and I will be alone in the afternoon.

**Attachment S**              **PX 44, 4265**

But whatever you like, I usually have some time almost every day after the close.

████ .

**Kyle Dennis** (BioTechBreakouts)

Dec 11, 1:57 PM EST

Thanks ████ !  Do you happen to have any open times after the market closes over the next week to do a quick interview?

Cheers,

Kyle

████

Dec 8, 11:51 PM EST

Hello Kyle:

Thank you for your email.

1. I only joined your program a few days before you opened the Million Dollar Mission account on October 2nd. So I will guess late September.

2. You may already know that I chose to try and educate myself prior to doing any actual trading. By observation alone, I have seen several folks dive in at the deep end, only to suffer some rather catastrophic losses. Therefore, I did not do my first trade – with some trepidation I might add – on November 20th.

What this means is that thanks to you, my trading ability has gone from zero to sixty in a very short two months and a week.

3. Thus far, prudence has dictated that I trade in small amounts, however I just had two small trades complete this past Wednesday for a net profit (after brokerage fees) of exactly $350.00. While I realize this is very small in comparison to many others, it means a great deal to me as an old age pensioner. From here, I can only see things going up. Since November 20th, my profits have been slightly over $1,000.00. While this may not mean much to you, to me it has opened the door to an unlimited stream of income in the future.

4. It is actually difficult for me to explain the progress that you have allowed me to make. When you start right from scratch and find yourself trading with some confidence, I am sure that you may understand that I am far more than surprised at the extremely rapid advances I have made. Not a day goes by that I don't learn

**Attachment S**           **PX 44, 4266**

something new from you. For this you have my unending gratitude.

5. You may recall that I started out trying to learn about trading over at Sykes site. Believe me when I tell you that he teaches nothing. From the very minute I joined your good self in the Nucleus program, the difference in my learning can only be described as exponential. I well remember the morning of October 2nd when you started out on the Million Dollar Mission and I was so impressed by your calm and collected attitude, despite all the obstacles that you ran into with the internet.

So there you have it Kyle. A short but sweet story so far. And by the way, I will get the missus to take a photo of me tomorrow and send it off to you as you requested to go with the testimonial I gave you earlier.

Best regards,

.

---

**Kyle Dennis** (BioTechBreakouts)

Dec 8, 1:21 PM EST

Hi ,

First, I want to thank you for being part of the Nucleus program. I work very hard to deliver the best and most educational service on the market, so know that I truly appreciate you being part of this program.

Before, I select the Nucleus members that I will be interviewing, I would to ask you a few questions.

1. How long have you been a Nucleus member?

2. I want to hear about your successes. How have you improved your trading?

3. What was your biggest win?

4. How has the Nucleus program help you progress as your trader?

5. What has been your overall experience in the Nucleus?

If you are selected to participate in these interviews, you will receive the some months of the Nucleus for free. We are going to pick the 6 best stories and top winner gets 6 months, 5 months, 4 months etc

Know that a portion of the interviews will be used for marketing purposes on my website.

Cheers,

KD

**Daren** (BioTechBreakouts)

Dec 8, 10:12 AM EST

**Private note**

Nucleus

████████████

Dec 8, 1:55 AM EST

Throw my name into the hat Kyle. One never knows what may come of it.

Thanks.

███

Thank You for Contacting Support.

**Attachment S**          **PX 44, 4268**

**Sent:**    Mon, 11 Dec 2017 21:10:48 +0000
**From:**    '█████████ (BioTechBreakouts Support)" <kyle@biotechbreakouts.com>
**To:**     Kyle Dennis <kyle@ragingbull.com>
**Subject:**  [BioTechBreakouts] Re: Skype Interview

## Please type your reply above this line -##

This ticket ([#110454](#)) has been reopened.

---



Dec 11, 4:10 PM EST

Hey Kyle,

Great! Could we schedule something a little closer to 6:30PM est?

If not, I could do 6:00PM est worst case scenario.

Hope that works!

Thanks,



---

**Kyle Dennis** (BioTechBreakouts)

Dec 11, 3:57 PM EST

Hi ████ ,

Great news. You've been selected to have the one-on-one interview with me. I am looking to schedule your interview on Friday after the market closes. How does 4:45PM est. work for you?

Cheers,

KD

---

**Kyle Dennis** (BioTechBreakouts)

Dec 8, 1:09 PM EST

Hi  ,

Of course I remember. I hope the windy city is treating you well!

**Attachment S**        **PX 44, 4269**

I want to thank you for being part of the Nucleus program. I work very hard to deliver the best and most educational service on the market, so know that I truly appreciate you being part of this program.

Before, I select the Nucleus members that I will be interviewing, I would to ask you a few questions.

1. How long have you been a Nucleus member?

2. I want to hear about your successes. How have you improved your trading?

3. What was your biggest win?

4. How has the Nucleus program help you progress as your trader?

5. What has been your overall experience in the Nucleus?

If you are selected to participate in these interviews, you will receive the some months of the Nucleus for free. We are going to pick the 6 best stories and top winner gets 6 months, 5 months, 4 months etc

Know that a portion of the interviews will be used for marketing purposes on my website.

Cheers,

KD

---

████████████

Dec 7, 4:48 PM EST

Hey Kyle,

This is ████████. We met in Miami!

I would like to schedule a 10 minute Skype Interview with you when you get a chance.

Thanks!

— ██

---

Thank You for Contacting Support.

**Attachment S**                    **PX 44, 4270**

**Sent:**      Wed, 21 Mar 2018 09:30:43 -0700
**Subject:**  Fwd: 2nd batch of videos
**From:**     Kyle Dennis <kyle@ragingbull.com>
**To:**        Marvin Chacon <marvin@ragingbull.com>

---------- Forwarded message ----------
From: **Jeanpaul Isaacs** ███████████████ >
Date: Mon, Feb 12, 2018 at 1:05 PM
Subject: Re: 2nd batch of videos
To: Nathan Stavseth <nate@ragingbull.com>
Cc: Jeff Bishop ███████████ >, Jason Bond ███████████ >, Kyle Dennis <kyle@ragingbull.com>, Jordan Reyna
<jordan@ragingbull.com>

Here it is:

100% revised
**Testimonials**

https://drive.google.com/drive/folders/1ZQJqnthC-HRJf-BgZpETBrWiL7JfWe67?usp=sharing

**Summit Video**
https://drive.google.com/open?id=1tcwoyV1Tuttkzapau W3uTRWS8Vx2pSL9

.

On Mon, Feb 12, 2018 at 2:10 PM, Nathan Stavseth <nate@ragingbull.com> wrote:

   Let me know when these are all 100% revised

   On Mon, Feb 12, 2018 at 11:44 AM, Nathan Stavseth <nate@ragingbull.com> wrote:

   Sweet thanks again man!

   On Mon, Feb 12, 2018 at 11:38 AM, Jeanpaul Isaacs < ███████████ > wrote:

   Couple couple video still uploading, it will be up in an hour or so but same link!

   Sent from my iPhone

   On Feb 12, 2018, at 11:01 AM, Nathan Stavseth <nate@ragingbull.com> wrote:

      Thanks man.
      Also were changes made to the couple video? It looks the same

      On Mon, Feb 12, 2018 at 9:39 AM, Jeanpaul Isaacs ███████████ > wrote:

      Ahh thank you for your eyes Nate.
      Will fix it today.

      Sent from my iPhone

      On Feb 12, 2018, at 8:50 AM, Nathan Stavseth <nate@ragingbull.com> wrote:

**Attachment S**          **PX 44, 4271**

Looking great JP! The story video, for the testimonials, the first one should be Gregg Manning (says Keith now) and Alex Golovin is the spelling for that last guy in it. Thanks man!

On Mon, Feb 12, 2018 at 12:39 AM, Jeanpaul Isaacs ██████████████> wrote:

Hey guys!
Here is link to final video (Summit Recap) on my end as well as revised testimonials!

**Kyle Summit Video**

https://drive.google.com/open?id=1qmQdlsGUupgE4nAURPoiEP8zVCJge9e2

**Testimonials**

https://drive.google.com/open?id=1ZQJqnthC-HRJf-BgZpETBrWiL7JfWe67

On Mon, Feb 5, 2018 at 12:39 PM, Jeanpaul Isaacs ██████████████ wrote:

Sounds good!

Sent from my iPhone

On Feb 5, 2018, at 12:31 PM, Nathan Stavseth <nate@ragingbull.com> wrote:

Couple Video Notes:
Same thing for the beginning. 2:17 she talks about traveling the country in an RV and how being able to trade and travel is so awesome. That should be the focus there

On Mon, Feb 5, 2018 at 12:28 PM, Nathan Stavseth <nate@ragingbull.com> wrote:

JP,
Keith's video notes: Around the 4:00 mark, he says "End of 2017 to beginning of 2018, I took a $25k account and turned it into $84k"

This is what I think should replace the beginning. Something to draw their attention in. Right now, it just kind of takes too long to get into the meat of it.

On Thu, Feb 1, 2018 at 3:04 PM, Nathan Stavseth <nate@ragingbull.com> wrote:

I might go through these and timestamp them. I just watched a little of Keith's and know it can deliver better

On Thu, Feb 1, 2018 at 2:00 PM Jeff Bishop ██████████████ wrote:

Can you upload these to youtube or vimeo so I can watch them easier?

**Attachment S**          **PX 44, 4272**

\*\*\*\*

office █████████

On Wed, Jan 31, 2018 at 9:17 AM, Jeanpaul Isaacs
████████████████ > wrote:

Hey guys!
Here is link to testimonials:

https://drive.google.com/open?id=1ZQJqnthC-HRJf-
BgZpETBrWiL7JfWe67

Working on kyle conference recap video now
.

On Mon, Jan 29, 2018 at 8:04 PM, Jeanpaul Isaacs
████████████████ > wrote:

Yeah exactly! One on your face and one in the background. Both out of
frame. Ideally you use the light coming out the window to light one side
of your face and the other with the light you bought

Sent from my iPhone

On Jan 29, 2018, at 11:50 AM, Jason Bond ████████████ wrote:

Great thanks. So Most of my shots are me sitting facing my
computers with the bookshelf and fireplace in the backdrop -
would i put the lights behind the desk pointing at me and the
backdrop?

On Mon, Jan 29, 2018 at 11:47 AM, Jeanpaul Isaacs
████████████████ > wrote:

Hey Jason!
This will prolly do the job for lighting yourself in office.

https://www.bhphotovideo.com/c/product/1259245-
REG/savage_led_sb_led_portrait_kit.html

Sent from my iPhone

On Jan 28, 2018, at 7:11 PM, Jason Bond
████████████ > wrote:

JP, can you recommend a lighting kit I could
use in my office to improve my video?

On Tue, Jan 23, 2018 at 3:32 PM, Jeff Bishop

**Attachment S**               **PX 44, 4273**

████████████████ wrote:

These are great!

Thanks JP.

Let's get these puppies running on YT and FB
Nate to start playing with them.


On Tue, Jan 23, 2018 at 1:51 PM Jeanpaul
Isaacs ████████████████████ wrote:

Hey guys,
Attached below is second batch of videos.

**Jason Bond Picks Videos**

https://drive.google.com/open?id=14yyhUbC
DpVLFRPUtaOHXhKh6ga4E0zaE

https://drive.google.com/open?id=1gQP_h-N3O-
H313rqFN1A9Du608iRZwFO

Working on testimonial videos and kyle event video
now.

Cheers!
.

On Tue, Jan 23, 2018 at 1:50 PM, Jeanpaul
Isaacs ████████████████████ wrote:


--
Sent from Mobile ██████████

**Attachment S**                    **PX 44, 4274**

**Sent:**       Mon, 22 Jan 2018 08:25:28 -0500
**Subject:**   Re: Streaming Login Info
**From:**      Kyle Dennis <kyle@ragingbull.com>
**To:**        ██████████   <██████████████████>

Hey,
The higher priced space is excellent. That's usually where the real money is made with hedge funds because those are the ones that usually have a real shot at making it. I do like AIMT, especially after their competitor failed a peanut trial. If successful with their trial it should move the stock to the upside pretty big. It might actually also make a little catalyst run before February if the market is ok.  I agree with you.

And yeah, I'd definitely like to send out your recordings everyday and have them up on the site. That would be fantastic.

Also, I should have an update from Jason/Jeff today regarding the steps going forward.

Cheers,

KD

On Sun, Jan 21, 2018 at 8:22 AM, ██████████ <██████████████████> wrote:

> When you have a chance, I'm curious what you think about AIMT (and I know you don't love higher priced bios, but I'm starting to review catalysts for some of these since you have the under $10 space pretty well covered).  Multiple trials going for peanut allergy which would be a huge market and the chart looks ready for a breakout after testing and bouncing off the sma20 twice now as it coils tighter in a long flag.  No set date for next data release other than February, but this gives a couple weeks for a quick run up play into data.  I have a chart with notes attached.

> On a separate note, I figured out my recording issue with ██████████ and should be able to record tomorrow's am session which I'm planning for 8 to 9:15.  Planned topic is how to set up your FDA Catalyst charts and alerts.  I've done it a few times already, but want to do it when I can record it.  I don't know if you want to note that in one of your daily e-mails? I hope you're having a great weekend and that my e-mailing you on the weekend isn't a bother.  If it is just let me know.

> ██████

> **From:** Kyle Dennis [mailto:kyle@ragingbull.com]
> **Sent:** Wednesday, January 17, 2018 5:39 PM

> **To:** ██████████ <██████████████████>
> **Subject:** Re: Streaming Login Info

> Oh shoot. My fault, can we do tomorrow at whatever time is good for you?

> On Wed, Jan 17, 2018 at 5:38 PM, ██████████ <██████████████████> wrote:

>> Kyle – no worries if something else came up and you want to reschedule.  Just checking to see if you were still planning

on calling this afternoon?

█████

**From:** Kyle Dennis [mailto:kyle@ragingbull.com]
**Sent:** Tuesday, January 16, 2018 11:47 AM
**To:** ████████ <████████████> >
**Subject:** Re: Streaming Login Info

Perfect! I'll give you a call tomorrow.

On Tue, Jan 16, 2018 at 11:45 AM, ████████ <████████████ > wrote:

Kyle – that is perfect – was hoping to talk to you about exactly that but didn't want to be too aggressive. Lets chat tomorrow.

**From:** Kyle Dennis [mailto:kyle@ragingbull.com]
**Sent:** Tuesday, January 16, 2018 11:43 AM
**To:** ████████ <████████████ >
**Subject:** Re: Streaming Login Info

Hey ████

Yeah, it's really tough to talk and trade haha, especially with a lot of these newer folks.

Congrats on making the transition from a full time job to a full time trader! I'm sure it's going to be a profitable change for you and give you a much better lifestyle also.

I've been incredibly pleased with your work in the chat room with folks. And anytime you want to hop on the mic, go right ahead! I appreciate the help a lot.

In Nashville I talked to Jason and Jeff about you, and I'd love to have you officially on board. My thought here is that we can see how things continue to go through the end of this month and then (if you're interested) I'd like to talk to you about a salary for all the work. I feel like that would work well for both parties since I definitely need the help, you've been absolutely awesome, and I'm sure the steady salary income would be something to ease that transition you're

**Attachment S**                    **PX 44, 4276**

doing also.

You want to talk tomorrow after the market closes about everything?

Cheers,

Kyle

On Sat, Jan 13, 2018 at 10:44 AM, ███████ < ███████████ > wrote:

Good Morning Kyle!  I hope that that the Nashville meetup was great, and I'm really sorry I couldn't make it.  We had a great day in the room yesterday.  I had a great time on the mic and I think the members liked it.  I also have a whole new respect for your ability to talk and trade at the same time.

I hope that you have been happy with how things have been going with me as a moderator so far.  I'm really enjoying it a lot, and its actually been really good for my own mindset answering all the good questions in chat (no more questions on AKER and IMNP 2 cent moves though!).  I wanted to let you know that I finalized a very big decision last night with my wife, and I'm going to be leaving my job on Monday to focus on building my trading business full time.  This has been a long time in the making and you, Petra, Carl, and Keith have given me the tools and confidence to make it happen – thank you for that!  This will give me lots more time to focus on my trading as well as time to help you in Nucleus.  There are a whole lot of really new traders who need the help, and I think I have some good ideas that I'd like to discuss with you at some point if you're open to them.

I hope you enjoy the long weekend and look forward to hopefully getting a chance to talk when you get back and get settled in – no rush.  My cell is ███████

███

**From:** Kyle Dennis [mailto:kyle@ragingbull.com]
**Sent:** Thursday, January 11, 2018 3:34 PM

**To:** ███████ < ███████████ >
**Subject:** Re: Streaming Login Info

Haha, I appreciate your help with it!

At some point it's best just to be real quick and then just kinda ignore it I found. I mean IMNP is down like 3 cents

**Attachment S**                    **PX 44, 4277**

and AKER is still about breakeven. People are really jumpy and don't read anything or use common sense - it's crazy!

That's one reason though I got rid of the longer term picks a while back - I'd get relentless questions about them all day long and it burns you out.

On Thu, Jan 11, 2018 at 3:13 PM, ███████ < ██████████████ > wrote:

I have a whole new appreciation for you Kyle – the panic on AKER and IMNP is amazing.  Trying to calm folks down.

**From:** Kyle Dennis [mailto:kyle@ragingbull.com]
**Sent:** Thursday, January 11, 2018 9:13 AM
**To:** ██████████ < ██████████████ >
**Subject:** Re: Streaming Login Info

Perfect!

On Thu, Jan 11, 2018 at 9:04 AM, ███████ < ██████████████ > wrote:

Thanks Kyle – I think you're coming on soon so I will give this a try tomorrow am.

**From:** Kyle Dennis [mailto:kyle@ragingbull.com]
**Sent:** Thursday, January 11, 2018 8:58 AM
**To:** ████████████
**Subject:** Streaming Login Info

Hey ████

This is from our tech guys --

Ok here is the information:

You should have gotten a welcome email at email address, this will be your login to stream. You can login here:

**Attachment S**          **PX 44, 4278**

https://app.ragingbull.com/admin/login/

Do not login here:

https://app.ragingbull.com/member/login

Reason is that you are now a full streamer and need different access. So you need to login in our separate system.

StreamURL:

rtmp://streaming1.ragingbull.com/rb?rtmpauth=rb_user:EGAYfozmLxakTRu2or0l

Stream Key:

peterh

Can you watch this tutorial?

https://vimeo.com/user16639434/review/236497949/54c1d59eca

**From:**    Kyle Dennis <kyle@ragingbull.com>
**Sent:**    Mon, 17 Sep 2018 13:11:17 -0400
**Subject:**  Re: 0818 Kyle's Commission
**To:**      Anthony Bell <anthony@ragingbull.com>
**Cc:**      Jeff Bishop ██████████████, Jordan Reyna <jordan@ragingbull.com>

Perfect, thank you guys!

On Mon, Sep 17, 2018 at 1:04 PM Anthony Bell <anthony@ragingbull.com> wrote:

> The BTB webinar expenses was 100% Jump450 (Separate from the mgmt fee)
> My fault for the Delta figure
>
> Here is the update:

| | Kyle's Commission | |
|---|---|---|
| | **BTB (Sniper & OR)** | |
| Aug 2018 | | $997,534.28 |
| Bofa CC | | -$33,365.82 |
| Affiliate Commission | | -$68,395.20 |
| Employee Commission | | -$368.50 |
| Mountain Cable | | -$1,995.00 |
| Delta Airlines | | -$1,036.60 |
| Aasish Kumar | | -$9,341.76 |
| Peter Hegedus (Moderator) | | -$6,000.00 |
| Nathan Stavseth Bonus | | -$18,000.00 |
| Jump 450 mgmt fee | | -$17,740.18 |
| BTB Webinar Expenses | | -$118,267.89 |
| Total | | $723,023.33 |
| Employee Bonus Pool | 4% | $28,920.93 |
| NET | | $694,102.39 |
| Kyle's Portion | 33% | $229,053.79 |
| Kyle ADJ FROM 0718 | | -$4,871.21 |
| | **Kyle Total Comm** | **$224,182.58** |

On Mon, Sep 17, 2018 at 12:35 PM, Jeff Bishop ██████████████ wrote:

Aasish is the writing group that does the articles for FDAheadlines. That will be a new expense going forward for traffic on the site, that's why I'm trying to get that to convert the best that it can for us.

Nate gets a 2% sales commission on sales that he does now on all products. It's in line with what other copywriters would make elsewhere.  That is up to you in the future though, I won't force you to use Nate to put together your sales but I'd highly encourage it!

The media spend for Jump last month dialed down to about $3k / day on BTB overall. While the webinar sales direct were below target, the ROI on the month for BTB was nearly 200%

**Attachment S**               **PX 44, 4280**

****



On Mon, Sep 17, 2018 at 12:00 PM Kyle Dennis <kyle@ragingbull.com> wrote:

Thanks Anthony!
Can you include the Webinar expense breakdown like you did last month? A bit confused because (I thought) we basically halted spend on that front and have seen very little sales, yet the spend is still near the same levels as before?

You forgot a negative sign on the delta expense. It's adding it in instead of subtracting unless I'm doing the math wrong there. Might want to check that again. The end total should be less than it is.

Aasish Kumar I'm assuming is the guy who wrote the Sniper Report long form copy?

And also, Nate of course does a fantastic job and I love the guy - but nobody told me about a bonus thing. Wondering what that is for $18k?

Thanks guys,

KD


On Mon, Sep 17, 2018 at 11:47 AM Anthony Bell <anthony@ragingbull.com> wrote:

Hey Kyle, congrats on a great month. Below is your commission for August 2018:

| | Kyle's Commission | |
| --- | --- | --- |
| | BTB (Sniper & OR) | |
| Aug 2018 | $997,534.28 | |
| Bofa CC | -$33,365.82 | |
| Affiliate Commission | -$68,395.20 | |
| Employee Commission | -$368.50 | |
| Mountain Cable | -$1,995.00 | |
| Delta Airlines | $1,036.60 | |
| Aasish Kumar | -$9,341.76 | |
| Peter Hegedus (Moderator) | -$6,000.00 | |
| Nathan Stavseth Bonus | -$18,000.00 | |
| Jump 450 mgmt fee | -$17,740.18 | |
| BTB Webinar Expenses | -$118,267.89 | |
| Total | $725,096.53 | |
| Employee Bonus Pool | 4% | $29,003.86 |

**Attachment S**               **PX 44, 4281**

| | | |
|---|---|---|
| NET | | $696,092.67 |
| Kyle's Portion | 33% | $229,710.58 |
| Kyle ADJ FROM 0718 | | -$4,871.21 |
| | **Kyle Total Comm** | **$224,839.37** |

Attached are the affiliate commissions.

Please let me know if you have any questions.

Thanks everyone

**Attachment S**        **PX 44, 4282**

| | |
|---|---|
| **Sent:** | Fri, 7 Oct 2016 07:33:52 -0700 (PDT) |
| **From:** | Kyle Dennis <kyle@ragingbull.com> |
| **To:** | Justin Bishop <justin@ragingbull.com> |

**Kyle Dennis,** 2016-10-07 07:33:52

morning - I think something is up with the trumpia end of things for the Nucleus members, because I see only 84 text messages will be sent out and I think there are 200 memebers

**Kyle Dennis,** 2016-10-07 07:34:00

could you check it out

**Justin Bishop,** 2016-10-07 07:38:28

sure give me a bit on a conf call

**Kyle Dennis,** 2016-10-07 07:38:38

cool thx

**Justin Bishop,** 2016-10-07 07:38:59

hey what acct info did i give you for trumpia btb ?

**Kyle Dennis,** 2016-10-07 07:39:11

topstockpicks is the login

**Justin Bishop,** 2016-10-07 07:39:17

k k ty

**Justin Bishop,** 2016-10-07 07:39:21

sorry got so many floating around

**Kyle Dennis,** 2016-10-07 07:40:48

no worries

**Justin Bishop,** 2016-10-07 07:42:07

hm

**Justin Bishop,** 2016-10-07 07:42:09

what was ur message ?

**Justin Bishop,** 2016-10-07 07:42:10

on the mic ?

**Kyle Dennis,** 2016-10-07 07:42:16

yep

**Justin Bishop,** 2016-10-07 07:42:26

oh

**Attachment S**                                **PX 44, 4283**

**Justin Bishop**, `2016-10-07 07:42:28`

you mean 90 sms

**Justin Bishop**, `2016-10-07 07:42:29`

but 200 subs

**Justin Bishop**, `2016-10-07 07:42:36`

they havent added their number to sms alerts

**Kyle Dennis**, `2016-10-07 07:45:17`

got it. where can I send them to do do that

**Justin Bishop**, `2016-10-07 07:47:36`

support

**Kyle Dennis**, `2016-10-07 07:47:49`

thanks

**Justin Bishop**, `2016-10-07 07:47:54`

np np

**Justin Bishop**, `2016-10-07 07:56:39`

er no no no

**Justin Bishop**, `2016-10-07 07:56:43`

support as in support

**Justin Bishop**, `2016-10-07 07:56:46`

support department

**Justin Bishop**, `2016-10-07 07:56:48`

customer service

**Justin Bishop**, `2016-10-07 07:56:55`

they can walk folks into adding them to sms

**Kyle Dennis**, `2016-10-07 07:56:57`

ok

**Justin Bishop**, `2016-10-07 07:57:00`

**Justin Bishop**, `2016-10-07 07:57:01`

1 sec

**Attachment S**                    **PX 44, 4284**

**Kyle Dennis,** 2016-10-07 07:57:04

got it

**Justin Bishop,** 2016-10-07 08:00:45

there ya go! not sure if it differs from sms sign ups on the other sites, jordan and mike have probably walked others through it already so they should be able to get ya a quick write up

**Kyle Dennis,** 2016-10-07 08:05:38

perfect, thanks

**Justin Bishop,** 2016-10-07 08:08:37

hey kyle

**Justin Bishop,** 2016-10-07 08:08:43

give me your top 5 favorite biotechg stock tickers

**Justin Bishop,** 2016-10-07 08:08:44

that you follow

**Kyle Dennis,** 2016-10-07 08:15:01

FMI, CEMP, VSAR, AXDX, HALO

**Justin Bishop,** 2016-10-07 08:15:52

<a href="http://www.google.com/url?q=http%3A%2F%2Fscreencast.com%2Ft%2FULuvPZsNx2&amp;sa=D&amp;sntz=1&amp;usg=AFQjCNHdCI7NvuZCqo70kMzzdbUUYbdIWQ">http://screencast.com/t/ULuvPZsNx2</a>

**Justin Bishop,** 2016-10-07 08:15:56

which ones do you focus on ?

**Justin Bishop,** 2016-10-07 08:15:58

for BTB

**Kyle Dennis,** 2016-10-07 08:16:23

mid cap, small cap, micro cap

**Justin Bishop,** 2016-10-07 08:26:48

<a href="http://www.google.com/url?q=http%3A%2F%2Fscreencast.com%2Ft%2FSiGdH6E7nMCE&amp;sa=D&amp;sntz=1&amp;usg=AFQjCNFOn97-VYdJALVGK3ksYJhMo2fRLA">http://screencast.com/t/SiGdH6E7nMCE</a><br>mini bio<br>free text is an option  up to 85 letters<br>any insight ?

**Kyle Dennis,** 2016-10-07 08:28:12

I&#39;d click,growth, special situations, meomentum, long/short equity as a few

**Kyle Dennis,** 2016-10-07 08:28:21

maybe other put catalyst trader

**Kyle Dennis**, 2016-10-07 08:28:26

binary event trader

**Justin Bishop**, 2016-10-07 08:28:31

to long

**Justin Bishop**, 2016-10-07 08:28:43

free text is an option, or i can pick 4, but only a max of 85 letters can be used

**Justin Bishop**, 2016-10-07 08:28:50

so we can either select the pre-set options, or you can write your own

**Justin Bishop**, 2016-10-07 08:28:53

i&#39;d suggest writing your own

**Kyle Dennis**, 2016-10-07 08:31:29

oh got it. I&#39;d use, catalyst trader, binary event trader, breakthrough technology investor

**Justin Bishop**, 2016-10-07 09:26:45

<a
href="http://www.google.com/url?q=http%3A%2F%2Fscreencast.com%2Ft%2F4o1sTxTR0&amp;sa=D&amp;sntz=1&a
mp;usg=AFQjCNH_pXMy9XAPMdCKzy7_m0-IS-o1Lw">http://screencast.com/t/4o1sTxTR0</a>

**Justin Bishop**, 2016-10-07 09:29:23

<a
href="http://www.google.com/url?q=http%3A%2F%2Fscreencast.com%2Ft%2FuxgfwDHrQh&amp;sa=D&amp;sntz=1
&amp;usg=AFQjCNHXUKFdGwUBkcwBl1D1tPo0wU5t0A">http://screencast.com/t/uxgfwDHrQh</a>

**Justin Bishop**, 2016-10-07 09:29:28

can you write a short bio about yourself

**Justin Bishop**, 2016-10-07 09:29:31

a paragraph or two

**Kyle Dennis**, 2016-10-07 09:30:34

ok

**Kyle Dennis**, 2016-10-07 10:07:19

I am an independent equities trader focused on uncovering unknown gems in the market.  I graduated from UCLA in 2012 with a degree in Biology and am mostly focused on trading the Biotechnology sector.  I look for stocks that have upcoming catalyst events which are under the radar and undervalued by the market. I am the Director and Co-founder of BiotechBreakouts.com, where I look to capture the biggest percentage gains, while minimizing risk.

**Kyle Dennis**, 2016-10-07 10:07:26

feel free to edit/add/change anything

**Attachment S**                    **PX 44, 4286**

**Attachment S**

PX 44, 4287

**Sent:**    Tue, 10 Oct 2017 13:18:11 +0000
**From:**    "Donald Engelmann (BioTechBreakouts Support)" <kyle@biotechbreakouts.com>
**To:**    Kyle Dennis <kyle@ragingbull.com>
**Subject:**    [BioTechBreakouts] Assignment: Re: Hi ▓▓▓ Let's Develop a Personalized Trading Game Plan Together

##- Please type your reply above this line -##

You have been assigned to this ticket (#98767).



Oct 9, 11:29 PM EDT

Kyle.
I love stocks, but i don't have enough time. I started with $10k with Top Stock Picks ( ETF ) was doing ok up and dawn. I got interested in your story and I am a believer. Since I Joined your services I lost. My portfolio is now $5600. Any advice.
Thanks

Oct 9, 11:24 PM EDT

Thanks Kyle.
I like your style. I'm new to trading, I lost
All my earnings pass 3 days.

On Mar 27, 2017, at 1:10 PM, Kyle Dennis <Kyle@Biotechbreakouts.com> wrote:

Hi ▓▓▓,

I hope you have been finding trading success so far in 2017! I wanted to take a second to personally email you to make sure I am doing the most I can to contribute to your success.

I am always looking for new innovative ways to positively impact your trading and would love to hear your thoughts.

I was hoping you could send me some of your successes and roadblocks so far this year, so we can form a personalized game plan to make the rest of this year a profitable one.

Every trader has their own strengths and weaknesses, but the key is to identify those weaknesses -- and make them strengths. I know I can help you along this journey.

So let's discuss:

*

Your Trading Strengths

**Attachment S**        **PX 44, 4288**

\*

Your Trading Weaknesses

\*

And Develop Your Personalized Game Plan for the Rest of 2017

Your time and money are extremely valuable and I thank you for being a member. I look forward to hearing back from you so we can tackle this together!

All the best,

Kyle Dennis
Co-Founder of Biotech Breakouts


Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. P ast results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here (https://mr141.infusionsoft.com/app/linkClick/132327/36615ff352338d74/118780661/8229af087d0757d9) if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.


If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Premium Email List

**Attachment S**          **PX 44, 4289**

(https://mr141.infusionsoft.com/app/optOut/49/0376d7226ff65e6c/118780661/8229af087d0757d9)

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

Thank You for Contacting Support.

**Sent:**     Wed, 20 Jun 2018 08:27:29 -0700
**Subject:**  Re: Contract
**From:**     Kyle Dennis <kyle@ragingbull.com>
**To:**       Jeff Bishop <​███████​>

Great! I'm happy, thanks for working with me on that. Glad to be on board for the next 5+ years and have a great path of incentives.
And I'm ready to crank these sales as much as we can in anyway we can!

Yeah, I'd like to talk as well. I have a bunch of ideas going into the end of the year that I think will be good, too. I'll actually be out of town with a +13 hours ahead on the time zone next week, but I can talk anytime after 5 PM Eastern your time.

On Wed, Jun 20, 2018 at 4:52 AM, Jeff Bishop <​███████​> wrote:

   OK I will get with our lawyer soon and get the new contract penciled up.

   I'm traveling now, but I'd like to talk to you on Monday next week. We just haven't talked in a while and we should catch up on plans and vision going into the EOY.


On Tue, Jun 19, 2018 at 9:48 PM Kyle Dennis <kyle@ragingbull.com> wrote:

   You know what, I thought about it and what you said is fair.

   36% for 2018 and then 1% increase in the years there after to a 40% cap, with a 40% incentive in any year on revenue over $20M.

   If I'm on the same page in understanding that, I'm on board.

   On Tue, Jun 19, 2018 at 3:11 PM Kyle Dennis <kyle@ragingbull.com> wrote:

      Sorry, I meant the 36%, then 1% a year to 40% plan you outlined above.

      With the incentive of forgoing that whole plan and going right to 40% yearly on revenues if we start doing $20M+ a year, or a number we agree on.

      Does that work?

      And in terms of the structure of how things are running overall it's percect. There's a few smaller things I wanted to review for legal language and a few clerical fixes, but nothing too big.

      On Tue, Jun 19, 2018 at 1:22 PM Jeff Bishop <​███████​> wrote:

      Let's do 40% on anything over $20M in income in any year.  That's a nice little incentive, though we're all working hard to try and make that happen anyways.

      I don't think there's any changes to the current structure otherwise.  Things seem to be running pretty smoothly right now.  What do you think?


****


On Tue, Jun 19, 2018 at 11:52 AM Kyle Dennis <kyle@ragingbull.com> wrote:

Ok, to clarify we would be doing:
36% for 2018
37% for 2019
38% for 2020
39% for 2021
40% for 2022

Is that correct? And how everything else is structured as of now would stay the same?

If we do that structure, can we have an incentive where say I get bumped straight to 40% going forward and capped there, if the service passes through a certain revenue threshold that would make sense, say $20M in sales in the calendar year?

On Tue, Jun 19, 2018 at 8:28 AM, Jeff Bishop ██████████████ > wrote:

I would be willing to do 1% increases each year until we hit 40% overall.  That would take you to 36% for the next year, 37% the next. etc....

Can we agree on that?

\*\*\*\*



On Mon, Jun 18, 2018 at 6:12 PM Jeff Bishop <jeff@bishop.me> wrote:

I hear you man. I really appreciate all your efforts and what you've done with us.

Let me talk with Jason and Allan tomorrow and I'll get back to you soon.

On Mon, Jun 18, 2018 at 5:48 PM Kyle Dennis <kyle@ragingbull.com> wrote:

The 40% I was referring to above was the 40% ownership in the event of a change in ownership/sale that we discussed about a year ago. I'm not sure what happened, but the paperwork on that never went through.
I did want to discuss a change in the commission rate though. I feel an increase is within reason to ask for. I do absolutely see the value in the lead generation, both free and paid that has helped BTB grow from the beginning.  I also see the huge value in the team, connections, and networking you have created.

I do view the growth as two-fold. We wouldn't have this tremendous growth without the leads and good story/sales angles together. I know from all these other services that I have in the industry that none of the gurus across Agora/MoneyMap have a good story, actually run the service, trade well, write email copy, and sell themselves too. I know that you'll never find anyone else easier to sell as me. I think from Day 1 I have been a huge part in BTB's growth, and in turn RB's growth as a whole.

Going forward, I think there is more value I can provide in additional product launches and brand growth. We can do launches on generating income via selling option premium, short selling, rebrands of the Million Dollar Mission, and even Real Estate or other outside products. I'm sure there will be other ideas that I can tackle also. I know that I'm the only guru on our network and arguably in the whole newsletter industry that has the skill to

make all of those different products an actual success. I really believe I can be sold like Agora does Altucher, but actually have products and services that members enjoy and renew with.

We should be able to do $12M+ this year in sales, which nobody thought was possible back in 2016. The "Kyle Dennis" and BTB brand has much more room that it can grow and I know that I'm the best person in the industry in terms of running these services that can make it happen.

I'm a pretty open and straightforward person in terms of negotiations. I had that 40% number in my head as somewhere that I thought was a fair increase to get to. But, I thought it would be mutually beneficial if that increase was broken up over multiple years - say a 2% increase per year, capped at 40%, and I sign a 5 year contract. That gives me an increase over time and RB the longer term security into me being here and helping grow this thing much much bigger.

Let me know your thoughts when you get a chance and if you'd like to talk about it on slack or a call, too. I should be open anytime you're available.

On Mon, Jun 18, 2018 at 1:06 PM, Jeff Bishop ███████████ > wrote:

Ok, noted on the contract extension.

Where does the 40% come from though? You already have the highest commission rate we have anyone at. You have really benefitted from free leads as BTB has grown, so hopefully you see a value there. If we do 40% I'll probably want to see some way to have BTB compensate RB for any leads that come its way. That wouldn't be detrimental in any way to your growth, and it would be a really fair way to proceed with things.

Let me know some more detail on what you are looking for and then let's make a time to talk about it.

****



On Mon, Jun 18, 2018 at 3:01 PM Kyle Dennis <kyle@ragingbull.com> wrote:

Hey Jeff,
Crazy that it's been almost two years since we launched BTB. Time really flies and the growth rate has been incredible.

It was part of our original contract that it auto-renews for another year unless you or I give 90 days notice.

So I wanted to give written notice just that I don't want that old contract to renew again come September 27th when we signed. I do want to continue and stay on board of course.

I'd like the new one to include the stuff we talked about regarding 40% ownership in BTB, amongst some other things.

I can email you some stuff, slack message, or call -- whichever is easier and best.

Thanks,

--KD

--
Sent from Mobile ███████

--
Sent from Mobile █████████

**Sent:**     Wed, 20 Feb 2019 12:21:27 -0500
**Subject:**  Re: Side Proposed Contract Language
**From:**     Kyle Dennis <kyle@ragingbull.com>
**To:**       Jeff Bishop <███████████████>

Cool, thanks Jeff

On Wed, Feb 20, 2019 at 10:40 AM Jeff Bishop <███████████████> wrote:

> Let me get with Kate on this and get back to you.
>
> Thanks.
>
>
>
> ****
> office
> mobile    ███████████

On Tue, Feb 19, 2019 at 3:00 PM Kyle Dennis <kyle@ragingbull.com> wrote:

Hey Jeff,
Made a few short comments on a few of the things I was advised to asked changed in the language:

**Section 4.1 and 4.2:** Can we add in language that gives me the right to approve the rights to things with my bio, name, likeness, etc.? We've never had any problems at all, but it would make me more comfortable for the legal contract.

**Section 4.3:** Can we modify language to retain my rights to recovery if the Company breaches the contract?

**Section 5:** Can we clarify between the Website Content  and Materials (bio, name, and likeness). Currently they are both combined as part of the Deliverables

**Section 7.1 (c):** Can we make it clear that I am not responsible for edits or modifications made by the Company, and that I'm not guaranteeing any results ("past performance does not guarantee future results")

**Section 8:** Can we make this indemnification section reciprocal

**Section 11:** Can we make this Non-Disparagement agreement mutual

**Section 13**: Can we make this anti-assignment mutual.

Thanks,

Kyle

**From:**     Jeff Bishop <jeff@ragingbull.com>
**Sent:**     Thu, 4 Apr 2019 17:01:21 -0400
**Subject:**  Updated employment agreement
**To:**       Kyle Dennis <kyle@ragingbull.com>
Employment Agreement - Kyle Dennis (4235046-10).doc

Hey man, here is an updated agreement back.  I think this has the points you wanted to address.

Regarding the term of the contract, that isn't really something we can do as an employee.  You are free to leave or stay for as long as you want. We can't enforce the contract to make you stay of course but I hope you stick with us for a long time!

Look this over and let me know what you think.

Thanks.

**Attachment S**          **PX 44, 4296**

RAGINGBULL.COM, LLC

62 Calef Hwy #233

Lee, NH 03861


Kyle Dennis

[ADDRESS LINE 2]


January __, 2019


Dear Kyle:

This letter agreement (this "**Agreement**") sets forth the terms and conditions whereby you ( "you" or "**Employee**") agree to be employed by  RagingBull.Com (the "**Company**") as further described below.  Company and Employee shall be collectively referred to herein as the "**Parties**" and each, individually, as a "**Party**").


1.    <u>DUTIES</u>.

       1.1    Employee hereby agrees to perform the duties detailed below to the Company on the terms and conditions set forth in this Agreement:

- Employee agrees to provide the daily content, including commentary, stock pick ideas, video lessons, and periodic webinars for customers (and prospective customers), and to promptly answer customer emails (all such content, information and emails collectively "**Website Content**") for any  Company website that features Employee, currently or in the future, including, without limitation, "Biotechbreakouts.com" (collectively, the "**Website**").  For the avoidance of doubt the term "**Website**" as used herein means only Biotechbreakouts and any other website that features Employee and the Deliverables (as defined below) of Employee and is agreed to in writing and listed on Schedule I.

- Employee agrees that "time is of the essence" with regard to its obligations to provide new and original content hereunder and that prompt and timely performance of all obligations in accordance with all time tables and other deadlines as mutually agreed between Employee and the Company is strictly required.


{4235046:10 }

**Attachment S**              **PX 44, 4297**

1.2    Employee agrees that the Company has the right at its sole discretion to review, edit, alter, modify or remove the Website Content.

2.    <u>TERM OF EMPLOYMENT.</u>   Employee shall be employed on an at-will basis, meaning that either Employee or the Company is free to terminate the employment relationship at any time, with or without prior notice.

3.    <u>COMPENSATION</u>.

3.1    <u>Definitions</u>.

(a)    "**Commission Percentage**" shall initially be 37% and shall increase by one percentage point (1%) each year on October 1, until a maximum Commission Percentage of 41% is achieved (for example, on October 1, 2019 the Commission Percentage shall be adjusted to 38%, and October 1, 2020, the Commission Percentage shall be adjusted to 39%, etc. until a maximum of 41% has been reached on October 21, 2022 at which point the Commission Percentage shall remain at 41% for each subsequent year).

(b)    "**Marketing Apportionment**" means that percentage of the Website's revenue as a portion of the Company's total revenue for all products and services sold by the Company multiplied by the Company's marketing budget for that month.  (For example only with respect to Website, if the revenue from the Website is 50% of the Company's total revenue and the monthly marketing budget is $10,000 then the Marketing Apportionment for the Website would be $5,000).

(c)    "**Website Net Income**" means the total subscriptions for the Website less any direct expenses incurred by the Company specifically for the Website, including, without limitation, (i) any bank charges related to the Website, (ii) affiliate commissions for sales of subscriptions to the Website, and (iii) the Marketing Apportionment for the Website.  For the avoidance of doubt the "Website" means only Biotechbreakouts and any other website that features Employee and the Deliverables of Employee and is agreed to in writing on Schedule I.

3.2    <u>Compensation</u>.  Employee will receive an annual base salary of $23,660 (the "**Base Salary**"). In addition to the Base Salary,  Employee shall receive a commission equal to the applicable Commission Percentage of  all Website Net Income minus the pro-rata Base Salary amount each month.   This commission shall be earned and calculated on a full monthly basis and any commission earned shall be paid monthly in arrears.  The Marketing Apportionment for each month shall be set monthly in arrears and Employee shall receive a monthly statement, simultaneous with each payment, outlining the commission calculation formula.

3.3    <u>Additional Payments</u>.  The Company will also reimburse Employee for all reasonable travel and other expenses in connection his employment that have been pre- approved by the Company in writing.

**Attachment S**                    **PX 44, 4298**

3.4   <u>Payment Upon Termination</u>.   Upon termination of Employee's employment for any reason, Employee shall receive all accrued but unpaid Base Salary through the date of termination and any earned but unpaid commission due as of the date of termination

3.5   <u>Benefits</u>.   Employee shall be entitled to any fringe benefits offered by the Company, in accordance with the eligibility requirements of such Plans, as well as all statutorily required benefits.

4.   <u>PUBLICITY WAIVER AND RELEASE</u>

4.1   Employee, in consideration for the offer of employment and any compensation paid to Employee hereunder, hereby irrevocably permits, authorizes, and licenses the Company and its affiliates, successors, and assigns, and their respective licensees, advertising agencies, promotion agencies, and fulfillment agencies, and the employees, officers, directors, and agents of each and all of them ("**Authorized Persons**"), to display, publicly perform, exhibit, transmit, broadcast, reproduce, record, photograph, digitize, modify, alter, edit, adapt, create derivative works, exploit, sell, rent, license, otherwise use, and permit others to use Employee's name, image, likeness, and appearance, voice, professional and personal biographical information, and other personal characteristics and private information ("**Personal Characteristics**"), and all materials created by Employee for the Company, or created for or on behalf of the Company, that incorporate any of the foregoing (collectively, "**Materials**"), including, but not limited to, the Website Content, on a perpetual basis throughout the world and in any medium or format whatsoever now existing or hereafter created, including but not limited to, in and on magazines, brochures and other print publications, electronic, magnetic, and optical media, television broadcasts, radio broadcasts, display, point-of-sale, and other advertising and promotional materials, press releases, and the internet for any purpose, including but not limited to advertising, public relations, publicity, packaging, and promotion of the Company and its affiliates and their businesses, programs, products, and services, without further consent from or royalty, payment, or other compensation to Employee except as otherwise expressly provided in this Agreement.

4.2   Employee acknowledges and agrees that, subject to the approval rights set forth in this paragraph 4.2, he has no right to review or approve Materials before they are used by the Company, and that the Company has no liability to Employee for any editing, alteration, or modification of the Materials or for any distortion or other effects resulting from the Company's editing, alteration, modification, or use of the Materials. The Company has no obligation to use the Materials or to exercise any rights given by this Agreement. Notwithstanding the foregoing, Employee shall have the right to review and approve any Materials that contain Personal Characteristics created by the Company or created for or on behalf of the Company by any third party (other than Employee); provided that if Employee does not respond within three days after his consent has been requested, he shall be deemed to have consented to such Materials containing his Personal Characteristics.

**Attachment S**                    **PX 44, 4299**

4.3     To the fullest extent permitted by applicable law, and provided that the Company is not in breach of this Agreement, Employee hereby: (i) irrevocably waives all legal and equitable rights relating to all liabilities, claims, demands, actions, suits, damages, and expenses, including but not limited to claims for copyright or trademark infringement, infringement of moral rights, defamation, invasion of rights of privacy, rights of publicity, intrusion, false light, public disclosure of private facts, physical or emotional injury or distress, or any similar claim or cause of action in tort, contract, or any other legal theory, now known or hereafter known in any jurisdiction throughout the world (collectively, "**Claims**") arising directly or indirectly from the Authorized Persons' exercise of their rights under this Agreement and the use and exploitation of the Materials; (ii) covenants not to make or bring any such Claim against any Authorized Persons; and (iii) forever releases and discharges the Authorized Persons from liability under such Claims.

5.     <u>INTELLECTUAL PROPERTY RIGHTS</u>.

5.1     The Company is and shall be, the sole and exclusive owner of all right, title, and interest throughout the world in and to all the results and proceeds of the Employee's services performed under this Agreement, including but not limited to the Materials, and the Website Content (collectively, the "**Deliverables**"), including all patents, copyrights, trademarks, trade secrets, and other intellectual property rights (collectively "**Intellectual Property Rights**") therein. Employee agrees that the Deliverables are hereby deemed a "work made for hire" as defined in 17 U.S.C. § 101 for the Company. If, for any reason, any of the Deliverables do not constitute a "work made for hire," Employee hereby irrevocably assigns to the Company, without additional consideration, all right, title, and interest throughout the world in and to the Deliverables, including all Intellectual Property Rights therein.

5.2     Any assignment of copyrights under this Agreement includes all rights of paternity, integrity, disclosure, and withdrawal and any other rights that may be known as "moral rights" (collectively, "**Moral Rights**"). Employee hereby irrevocably waives, to the extent permitted by applicable law, any and all claims Employee may now or hereafter have in any jurisdiction to any Moral Rights with respect to the Deliverables.

5.3     Upon the request of the Company, Employee shall promptly take such further actions, including execution and delivery of all appropriate instruments of conveyance, as may be necessary to assist the Company to prosecute, register, perfect, record, or enforce its rights in any Deliverables. In the event the Company is unable, after reasonable effort, to obtain Employee's signature on any such documents necessary for the Company to  prosecute, register, perfect, record, or enforce its rights in any Deliverables, Employee hereby irrevocably designates and appoints the Company as his agent and attorney-in-fact, to act for and on his behalf solely to execute and file any such application or other document and do all other lawfully permitted acts to further the prosecution and issuance of patents, copyrights, or other intellectual property protection *related to the Deliverables* with the same legal force

**Attachment S**                              **PX 44, 4300**

and effect as if he had executed them. Employee agrees that this power of attorney is coupled with an interest.

5.4    Employee has no right or license to use, publish, reproduce, prepare derivative works based upon, distribute, perform, or display any Deliverables. Employee has no right or license to use the Company's trademarks, service marks, trade names, trade names, logos, symbols, or brand names.

6.    CHANGE OF CONTROL BONUS

6.1    Definitions.    As used herein, the following terms have the meanings provided.

(a)    "**Affiliate**" means any person or entity that directly or indirectly through one or more intermediaries controls, is controlled by or is under common control with, the Company, including any officer or director of the Company, in each case as of the date on which, or at any time during the period for which, the determination of affiliation is being made. For purposes of this definition, "control" means the possession, directly or indirectly, of the power to direct or cause the direction of the management and policies of a person, whether through ownership of voting securities, by contract or otherwise.

(b)    "**Applicable Percentage**" means during the trailing twelve months immediately prior to the date of the Change of Control, the percentage of revenue from Website of the total revenue from sales of all products and services by the Company.  For example if the Company had revenues of $50 Million in the trailing twelve months prior the Change of Control and, the revenues from the Website in such period were $10 Million, the Applicable Percentage would be 20%.

(c)    "**Change in Control**" means the occurrence of any of the following events, taking into account Treasury Regulation § 1.409A-3(i)(5)(iii):

(i)    Any person or group of persons, other than an Affiliate of the Company, becomes the owner, by way of merger, consolidation, reorganization, business combination or otherwise, of more than fifty percent (50%) of the combined voting power of the then-outstanding voting equity interests of the Company; or

(ii)    the sale or other disposition by the Company of all or substantially all of its assets in one or more transactions over a 12-month period to any person or group of persons which is not a "related person" as defined in Treasury Regulation § 1.409A-3(i)(5)(vii)(B).

Persons will be considered to be acting as a group if they are owners of an entity that enters into a merger, consolidation, purchase or acquisition of stock, or similar business transaction with the Company. Notwithstanding the foregoing, to the extent that any amount constituting deferred compensation

**Attachment S**                    **PX 44, 4301**

(as defined in Section 409A of the Code) would become payable under this Agreement by reason of a Change in Control, such amount shall become payable only if the event constituting a Change in Control would also qualify as a change in ownership of the Company or a change in the ownership of a substantial portion of the assets of the Company, each as defined within the meaning of Code Section 409A and any proposed or final Treasury Regulations and IRS guidance that has been promulgated or may be promulgated thereunder from time to time.  The Company shall have full and final authority to determine conclusively whether a Change in Control of the Company has occurred under the terms of the above definition, the date of the occurrence of such Change in Control and any incidental matters relating thereto.

(d)      "**Net Income**" means (i) the Website Net Income (as defined in Section 3.1(c))  for the trailing twelve months immediately prior to the Change of Control **less** (ii) the Applicable Percentage of all the Company's expenses listed on the Company's profit and loss statement (other than any expenses already allocated to the Website in the calculation of Website Net Income) for the same 12 month period of time.  The calculation of Net Income shall be determined by the Company in good faith and, for the purpose of clarity, shall include the Applicable Percentage of all expenses of the Company's products and services, not just those expenses attributable to the Website.

6.2    Change of Control Payment.  Upon a Change of Control, Employee shall be entitled to receive a payment (the "**Change of Control Payment**")  equal to three times the Net Income as defined above.  The Change of Control Payment shall be payable by the Company (or an agent of the Company or entity formed by the Company for the purpose of fulfilling the Company's obligations under this Agreement)  under the same limitations and restrictions on the receipt of the consideration from the Change of Control transaction that affect the Company  or the selling members (as the case may be) and shall be paid if, and only if, the Employee has executed any documentation required of him pursuant to the Change of Control, including any employment agreement.  The Change of Control payment shall be paid within five business days after the Company or the selling members (as the case may be) receives the consideration from the sale and shall be paid proportionally based on the percentage of the consideration received by the Company or the selling members, as the case may be, of the total consideration due, but in any case the payment of any amounts due shall be made not later than five (5) years after the occurrence of the Change in Control event, in accordance with  § 409A of the Internal Revenue Code of 1986.  (For example, if ten percent of the compensation to be received by the Company or the selling members, as the case may be, as a result of the Change of Control has been escrowed, then 10% of the Change of Control Payment shall not be paid until such time, if any, as the escrowed funds are released.)

6.3    Limitations and Conditions on Benefits

(a)    Termination of Company's Obligations.  Notwithstanding any provisions in this Agreement to the contrary, the Company's obligations, and

**Attachment S**                                    **PX 44, 4302**

Employee's rights pursuant to Section 6 of this Agreement, shall terminate and be immediately rendered null and void and of no further force or effect if Employee's employment is terminated for any reason (whether voluntarily or involuntarily by the Employee, including, without limitation, due to death or disability, or by the Company, with or without cause) prior to a Change of Control.

(b)     <u>Non-Duplication of Benefits</u>.  Employee is not eligible to receive benefits under this Agreement more than one time.

(c)     <u>Tax Limitations</u>.  Notwithstanding any provisions in this Agreement to the contrary, any payment or benefit due to Employee may be amended, altered or delayed if necessary to comply with state or federal tax laws or to avoid punitive taxes or penalties thereunder.

7.     <u>CONFIDENTIALITY</u>.

7.1     Employee acknowledges that he will have access to information that is treated as confidential and proprietary by the Company, including, without limitation, the existence and terms of this Agreement, trade secrets, and information pertaining to business operations and strategies, customers, pricing, marketing, finances, personnel, or operations of the Company, its affiliates, or their suppliers or customers, in each case whether spoken, written, printed, electronic, or in any other form or medium (collectively, the "**Confidential Information**"). Any Confidential Information that Employee develops in connection with his employment, including but not limited to any Deliverables, shall be subject to the terms and conditions of this clause. Employee agrees to treat all Confidential Information as strictly confidential, not to disclose Confidential Information or permit it to be disclosed, in whole or part, to any third party without the prior written consent of the Company in each instance, and not to use any Confidential Information for any purpose except as required in the performance his employment. This obligation shall survive the expiration or termination of this Agreement indefinitely.  Employee shall notify the Company immediately in the event he becomes aware of any loss or disclosure of any Confidential Information.

7.2     Confidential Information shall not include information that:

(a)     is or becomes generally available to the public other than through breach of this Agreement; or

(b)     is communicated to Employee by a third party that had no confidentiality obligations with respect to such information.

7.3     Nothing herein shall be construed to prevent disclosure of Confidential Information as may be required by applicable law or regulation, or pursuant to the valid order of a court of competent jurisdiction or an authorized government agency, provided that the disclosure does not exceed the extent of disclosure required by such law, regulation, or order. Employee agrees to provide written notice of any such order

**Attachment S**                    **PX 44, 4303**

to an authorized officer of the Company within two days of receiving such order, but in any event sufficiently in advance of making any disclosure to permit the Company to contest the order or seek confidentiality protections, as determined in the Company's sole discretion.

7.4     Notice of Immunity Under the Economic Espionage Act of 1996, as amended by the Defend Trade Secrets Act of 2016 ("DTSA"). Notwithstanding any other provision of this Agreement:

(a)     Employee will not be held criminally or civilly liable under any federal or state trade secret law for any disclosure of a trade secret that:

(i)     is made: (A) in confidence to a federal, state, or local government official, either directly or indirectly, or to an attorney; and (B) solely for the purpose of reporting or investigating a suspected violation of law; or

(ii)     is made in a complaint or other document that is filed under seal in a lawsuit or other proceeding.

(b)     If Employee files a lawsuit for retaliation by the Company for reporting a suspected violation of law, he may disclose the Company's trade secrets to such party's attorney and use the trade secret information in the court proceeding if such party:

(i)     files any document containing the trade secret under seal; and

(ii)     does not disclose the trade secret, except pursuant to court order.

8.     <u>REPRESENTATIONS AND WARRANTIES</u>.

8.1     Employee represents and warrants to the Company that:

(a)     Employee has the legal capacity to enter into this Agreement, to grant the rights granted herein and to perform fully all of its obligations in this Agreement;

(b)     Employee's entering into this Agreement with the Company and performance of his duties hereunder does not and will not conflict with or result in any breach or default under any other agreement to which he is subject; and

(c)     all Deliverables are and shall be Employee's original work (except for material in the public domain or provided by the Company) and, as provided by Employee, does not and will not violate or infringe upon the intellectual property right or any other right whatsoever of any person, firm, corporation, or other entity.

8.2     The Company hereby represents and warrants to Employee that:

**Attachment S**                          **PX 44, 4304**

(a)      it has the full right, power, and authority to enter into this Agreement and to perform its obligations hereunder; and

(b)      the execution of this Agreement by its representative whose signature is set forth at the end hereof has been duly authorized by all necessary limited liability company action.

9.      <u>INDEMNIFICATION</u>.

9.1      Each party shall defend, indemnify, and hold harmless the other party and its affiliates and their officers, directors, employees, agents, successors, and assigns from and against all losses, damages, liabilities, deficiencies, actions, judgments, interest, awards, penalties, fines, costs, or expenses of whatever kind (including reasonable attorneys' fees) arising out of or resulting from any breach of any representation, warranty, or obligation under this Agreement.

9.2      Company may satisfy such indemnity (in whole or in part) by way of deduction from any payment due to Employee.

10.      <u>EFFECT OF TERMINATION</u>.

10.1      Upon termination of employee's employment for any reason, or at any other time upon the Company's written request, Employee shall within five (5) days after such expiration or termination:

(a)      deliver to the Company all Deliverables (whether complete or incomplete);

(b)      deliver to the Company all tangible documents and materials (and any copies) containing, reflecting, incorporating, or based on the Confidential Information;

(c)      permanently erase all of the Confidential Information from Employee's computer systems; and

(d)      certify in writing to the Company that Employee has complied with the requirements of this clause.

10.2      The terms and conditions of this Section 10 and **Section 4**, **Section 5**, **Section** 7, **Section 9**, **Section 11**, **Section 12**, **Section 13**, and **Section 15** shall survive the expiration or termination of this Agreement.

11.      <u>COVENANT NOT TO COMPETE</u>.

11.1      In consideration for the offer of employment and the compensation paid to Employee hereunder, during Employee's employment, and for a period of eighteen months after the termination of his employment for any reason (the "**Restricted Period**"), except when acting on behalf of the Company as an employee, consultant,

**Attachment S**                              **PX 44, 4305**

or service provider, Employee shall not, alone or together or in association with others, whether as owner, shareholder, director, partner, manager, member, lender, investor, or co-venturer, consultant, independent contractor or employee, directly or indirectly, invest in, own an equity interest in or have any other financial interest in, or be employed, engaged by or retained by or render services for, any person, firm, enterprise or other business (a "**Third Party**") that is "in competition with the Company" (as defined below) in the "Restricted Territory" (as defined below).

    11.2   Definitions.  For purposes of this Agreement:

The phrase "**in competition with the Company**" shall mean to be engaged in the publishing or distribution via the internet of e-Websites, webinar programs, DVD's, websites, software applications, or emails on the topics of investment opportunities; stock picks; trade orders; investment research, opinions or analysis; stock, bond or options trading (including instructional materials, or tutorials), or other topics that are the same as or similar to those provided by the Company (including, without limitation on the Website), its subsidiaries and affiliates or their respective successors and assigns from time to time during the term of Employee's employment.

The term "**Restricted Territory**" shall mean the world wide web.

12.   <u>NON-DISPARAGEMENT</u>.  Neither party  shall, at any time during or subsequent to Employee's employment with the Company, disparage the other party or any of its members, shareholders, directors, officers, employees, agents or affiliates, as applicable, provided, however, that either party may make truthful statements in conjunction with any arbitration, proceeding, or litigation matter commenced by the Company, Employee, or any other third party related to this Agreement.

13.   <u>NON-SOLICITATION</u>. Employee agrees that during his employment with the Company and for a period of twelve (12) months following the termination of his employment, Employee shall not, directly or indirectly, for such party or on behalf of, or in conjunction with, any Third Party, solicit, induce, engage, or hire or attempt to solicit, induce, engage or hire any employee or independent contractor of the Company to terminate such employment or engagement or otherwise interfere with the business of the Company.  For purposes of this paragraph, any employee or independent contractor who has performed services for the Company in the twelve (12) months prior to Employee's termination shall be covered.

14.   <u>ASSIGNMENT</u>. Neither party shall assign any rights, or delegate or subcontract any obligations, under this Agreement without the other party's prior written consent. Any assignment in violation of the foregoing shall be deemed null and void.  Subject to the limits on assignment stated above, this Agreement will inure to the benefit of, be binding on, and be enforceable against each of the parties hereto and their respective successors and assigns.

15.   <u>MISCELLANEOUS</u>.

**Attachment S**        **PX 44, 4306**

15.1    This Agreement constitutes the sole and entire agreement of the Parties to this Agreement with respect to the subject matter contained herein, and supersedes all prior and contemporaneous understandings, agreements, representations, and warranties, both written and oral, with respect to such subject matter.

15.2    This Agreement may only be amended, modified, or supplemented by an agreement in writing signed by each party hereto, and any of the terms thereof may be waived, only by a written document signed by each party to this Agreement or, in the case of waiver, by the party or parties waiving compliance.

15.3    This Agreement shall be governed by and construed in accordance with the internal laws of the State of New Hampshire without giving effect to any choice or conflict of law provision or rule. Each party irrevocably submits to the exclusive jurisdiction and venue of the federal and state courts located in the State of New Hampshire in any legal suit, action, or proceeding arising out of or based upon this Agreement.

15.4    If any provision of this Agreement shall be held invalid or unenforceable by competent authority, such provision shall be construed so as to be limited or reduced to be enforceable to the maximum extent compatible with the law as it shall then appear. The total invalidity or unenforceability of any particular provision of this Agreement shall not affect the other provisions hereof and this Agreement shall be construed in all respects as if such invalid or unenforceable provision were omitted.

15.5    No right or remedy conferred upon the Company or Employee by this Agreement is intended to be exclusive of any other right or remedy, and each and every such right or remedy shall be cumulative and shall be in addition to any other right or remedy given hereunder or now or hereafter existing at law or in equity. The services to be performed by Employee are special and unique; it is agreed that any breach of this Agreement by Employee shall entitle Company (or any successor or assigns of the Company), in addition to any other legal remedies available to it, to apply to any court of competent jurisdiction to enjoin such breach.

15.6    This Agreement may be executed in multiple counterparts and by facsimile signature, each of which shall be deemed an original and all of which together shall constitute one instrument.

[SIGNATURE PAGE FOLLOWS]

**Attachment S**                    **PX 44, 4307**

If this letter accurately sets forth our understanding, kindly execute the enclosed copy of this letter and return it to the Company.

Very truly yours,

RAGINGBULL.COM, LLC

By:................................................................

Name: Jeffrey Bishop

Title:

ACCEPTED AND AGREED:

By:................................................................

Name: Kyle Dennis

**Attachment S**                    **PX 44, 4308**

**Schedule I**

**Website**

Biotechbreakouts.com

**Attachment S**                    **PX 44, 4309**

**From:** Jeff Bishop <jeff@ragingbull.com>
**Sent:** Wed, 10 Apr 2019 14:57:20 -0400
**Subject:** Re: Updated employment agreement
**To:** Kyle Dennis <kyle@ragingbull.com>

Just Allan and I on the Friday call.  He is the one that brought up the potential issues we could run into in the event of a sale, so I'd like him to be able to share his thoughts on it.

On Wed, Apr 10, 2019 at 12:27 PM Kyle Dennis <kyle@ragingbull.com> wrote:

Yeah for sure. Is it just you and I - or Jason and Allan too?

On Wed, Apr 10, 2019 at 12:25 PM Jeff Bishop <jeff@ragingbull.com> wrote:

Yes, can you call into the conf line @ 11am?

Please use our conference line: ████████████  or
https://www.uberconference.com/ragingbull.  There is no PIN needed

On Wed, Apr 10, 2019 at 12:07 PM Kyle Dennis <kyle@ragingbull.com> wrote:

Sure that works on Friday. 11 AM?

On Tue, Apr 9, 2019 at 7:28 PM Jeff Bishop <jeff@ragingbull.com> wrote:

Yes, I am just catching up on things after having Jump in town for the last couple of days.  How about Friday sometime before noon?

On Tue, Apr 9, 2019 at 12:49 PM Kyle Dennis <kyle@ragingbull.com> wrote:

Whoops I forgot to respond on Friday. Ok cool. Yeah that would be great to talk about it on a call and catch up in general too. What time would work for you this week?
-KD

On Fri, Apr 5, 2019 at 9:33 AM Jeff Bishop <jeff@ragingbull.com> wrote:

That was a tricky one for us to put into writing. I'll give you the gist of it and we can talk thru this more on a call, I'm sure you will have more questions on it.
Change of control basically means if we were to sell more than 50%, that would put another managing member making decisions other than one of the current members. The roughly 40% of BTB income you have right now would not be a realistic way for a new buyer to value things since there is no overhead allocated to it. The same for valuing JBP or WMM.  Those products look hugely profitable, but they don't include salaries or commissions for Jason or I running them. When a new buyer comes in, they will assume they need to allocate about the same % you make to our NLs as well to hire us (or a new person).  That will drag down the overall valuation of RB.  By the time our income was added back into the formula and overall RB overhead expenses are allocated to each product, then it would be about 3x your income and that is where it comes from. It makes it much easier that way to figure an amount that way.

I'm happy to do a call later today or next week on this if you want to talk about that part more.

On Thu, Apr 4, 2019 at 5:35 PM Kyle Dennis <kyle@ragingbull.com> wrote:

**Attachment S**               **PX 44, 4310**

Thanks Jeff!
I'll review it this weekend.

Understood on the term of employment, and I am planning on sticking around for a long time -- so all good.

Can you explain in non-legal terms what the Change of Control section means? Before we had discussed the Applicable Percentage based on total revenues of BTB as compared to total RB revenues, and then I'd get 40% of whatever that relative amount was. So as an example, if buyout was for $100M and BTB was 20% of revenues, BTB would be "worth $20M" and I'd get 40% of that value. Seemed pretty straight forward and all the legal stuff has me confused.

Thanks,

KD

On Thu, Apr 4, 2019 at 5:01 PM Jeff Bishop <jeff@ragingbull.com> wrote:

  Hey man, here is an updated agreement back.  I think this has the points you wanted to address.

  Regarding the term of the contract, that isn't really something we can do as an employee.  You are free to leave or stay for as long as you want. We can't enforce the contract to make you stay of course but I hope you stick with us for a long time!

  Look this over and let me know what you think.

  Thanks.

**Attachment S**        **PX 44, 4311**

**From:**     Guillaume Bourdages <gbourdages@graphem.ca>
**Sent:**     Mon, 2 Jan 2017 08:37:21 -0800
**Subject:**  Re: Pricing change
**To:**       Kyle Dennis <kyle@ragingbull.com>
**Cc:**       Nathan Krueger <nkrueger@ragingbull.com>, Jeff Bishop ▮▮▮▮▮▮▮, Jordan Reyna <jordan@ragingbull.com>, Nathan Stavseth <nate@ragingbull.com>, Jason Bond ▮▮▮▮▮▮▮

Will do shortly

On Jan 1, 2017 5:36 PM, "Kyle Dennis" <kyle@ragingbull.com> wrote:

> Hey G,
> Can we change the pricing to $100 more on each the Investor and the Catalyst and $1000 more on the Nucleus when you get a chance tomorrow on all the site pages?
>
> The holiday sale went really well, thanks so much guys!
>
> Kyle

**Sent:**       Sat, 21 Jan 2017 18:41:19 +0000
**Subject:**    Re: Home page
**From:**       Kyle Dennis <kyle@ragingbull.com>
**To:**         Guillaume Bourdages <gbourdages@graphem.ca>

Thanks

On Fri, Jan 20, 2017 at 6:25 PM Guillaume Bourdages <gbourdages@graphem.ca> wrote:

  I will fix it tonight just saw it too.

  On Jan 20, 2017 6:04 PM, "Kyle Dennis" <kyle@ragingbull.com> wrote:

  Hey G,
  I just noticed on the home page we still have the 50% off sale prices listed.  Can we fix that?

  Thanks,

  Kyle

**Attachment S**          **PX 44, 4313**

**Sent:**   Sun, 16 Apr 2017 19:35:35 -0700
**Subject:**   monday
**From:**   Kyle Dennis <kyle@ragingbull.com>
**To:**   Kyle Dennis <████████████████████>

send taxes
get emails ready for tuesday
answer client emails
ask G to make emial into order sheet
ask G to put a countdown and change home page
tell J/Jeff about NH
start editing pages on website

**Attachment S**                    **PX 44, 4314**

**Sent:**    Sun, 30 Apr 2017 20:10:35 -0700
**Subject:**  Re: Website Changes
**From:**   Kyle Dennis <kyle@ragingbull.com>
**To:**     Guillaume Bourdages <gbourdages@graphem.ca>

Awesome, thanks G!
In regards to creating a new page for our day trading service and changing the Catalyst Swing page drastically, what's the best way to go about doing that with you?

Thanks man,

Kyle

On Fri, Apr 28, 2017 at 10:16 AM, Guillaume Bourdages <gbourdages@graphem.ca> wrote:

  Ok this is all very easy, will make it happen shortly. Will be ready early next week.

  On Wed, Apr 26, 2017 at 6:35 PM, Kyle Dennis <kyle@ragingbull.com> wrote:

  Hey G,
  I was wondering if you could make a couple changes to the website.

  Jason has an Education section.  Under that education section he has three DVD's/Videos. "The Basics of Swing Trading, The House Always Wins, etc."

  I want that setup for all the Webinars I've done in the Brain Trust section.  Where I can name each of them on the topic I did.  I probably have like 20 so far and each have multiple parts like Jason's.  Can you set up the back end like those pages?  I can go in, gather them, and label them if its not too difficult.

  My end goal here is to make all of them look like Jason's page for his DVD's, so that it looks organized for my Nucleus members to access and also so I can market and sell them as a package a lot easier.

  Let me know if that makes sense.  I attached a picture of how Jason's looks.



  Also, on the first page when you log in, can you set it up how his is too?  With the most recent Daily Video Watch, Intraday Scan, Market Talk, and Educational videos.

I'm not sure on the backend how it looks for all the different members, but maybe we can make it look the same for all members (even if it's Nucleus material) and then if they don't have access to The Nucleus a popup can show up if they click on it saying its exclusive Nucleus material and would they like to upgrade with a click of a button for a discounted rate.

Will run that by Jason/Jeff on the upgrade thing, but for starters can we make that page for Nucleus members look like Jason's too?



Thanks,

Kyle

**Sent:**     Mon, 15 May 2017 06:43:27 -0700
**Subject:**   Re: Service Change Q's
**From:**    Kyle Dennis <kyle@ragingbull.com>
**To:**       Jordan Reyna <jordan@ragingbull.com>
**Cc:**       Nathan Krueger <nkrueger@ragingbull.com>

Hey guys,
1. Yes, catalyst clients get for free.
2. Yes Investors will be getting catalyst swing alerts and lightening alerts for free
3. Yes, Catalyst will still continue but we are changing the name soon.
4. Yes, Nuclues gets Lightening trades
5. Aiming for the first week of June
6. Lightening Alerts will be offered as a new individual service after the launch, but it wouldn't make much sense for them to wait to buy it because it'll be more than $799/year - which if they buy Catalyst Swing service now they'll get both services for cheaper

On Mon, May 15, 2017 at 6:40 AM, Jordan Reyna <jordan@ragingbull.com> wrote:

> Hey man, can you check these below. Some aren't questions but my understanding of the changes coming up. If you already answered some of them I apologize. I skimmed your earlier emails.
>
> **<u>Lighting Trades</u>**
> - Catalyst clients get free
> - Do Investor clients get for free as well?
> - Will Catalyst still continue?
> - Nucleus clients get Lightning Trades
> - When will it launch?
> - Will Lightning Deals be offered as an individual service for new clients or will they need to purchase catalyst to get it?

**Attachment S**        **PX 44, 4317**

**Sent:**     Sun, 14 May 2017 11:54:23 -0400
**Subject:**  DT Site Content
**From:**     Kyle Dennis <kyle@ragingbull.com>
**To:**       Guillaume Bourdages <gbourdages@graphem.ca>, Jeff Bishop ███████████, Jason Bond ███████████

Hey G,

So here are the details for the new DT Service.  Let me know if I'm missing something that you need. And Jeff/Jason let me know if something in there doesn't seem good.

**Name:** Lightening Alerts

**Moderators:** Myself and Keith Kern

**Content:** 2 Daily Morning Watch Lists with Top Stocks to Watch for the Fastest Moves, 1 Nightly Recap Watch List

**Alerts:** Live Day Trading and Swing Trading (no texts or emails), live streaming of charts throughout the day with commentary

**Pricing:** We were discussing pricing still but kind of like the $99/month idea. What would we list it at though to start $299 or $399/quarterly?

**Other site notes:**

We want to combine the Swing and Long Term service into one and rebrand it.  I want to call it FDA Advisor (or FDA Insider?) and really redo the whole page to better reflect the strategy, but lets tackle that after the Day Trade one is all setup.

The important content we need to change right now is:

1. Anywhere it mentions Long Term Trading, have that changed to the new Lightening Alert service with those details.
2. Anywhere it mentions Catalyst Swing, have that changed to "FDA Advisor (Insider)"

I'd like to really change that whole page up as well to make it a lot more in depth, but we can tackle that after the Day Trade one is setup as well.  I'd rather take one at a time and do them slowly.

Thanks,

KD

**Attachment S**            **PX 44, 4318**

**Sent:** Sun, 11 Jun 2017 21:58:21 -0700
**Subject:** notes
**From:** Kyle Dennis <kyle@ragingbull.com>
**To:** Nigel Stewart <nigel@ragingbull.com>, Justin Bishop <justin@ragingbull.com>, Guillaume Bourdages <gbourdages@graphem.ca>

G + Justin - I sent this below over to Nigel on Slack but figured I should keep you guys in the loop with that stuff.

Hi Nigel, so I went through and made a few comments on the site. We kind of are in a weird spot here because I don't want to put too much effort into all this since Charles will be replacing everything in a few weeks.  But, we do need to have something up there to reflect what we are currently offering.

So in the meantime can we:

1. Clean up that home page and make the changes I made in the comments

2. Leave the Catalyst Swing and Nucleus pages as they are currently live on the site now, but replace the "Biotech Investor" stuff with the "Lighting Alerts". And also leave the name of anything for "Catalyst Swing" the same for now and not "FDA Insider Alert"

3. Make some of those initial changes to the Lighting Alerts and we can work on that page together a bit before we make stuff live. We just need to have something that is ok before Charles changes a lot of stuff soon

4. And then can you load up those new changes in Invisionapp again and we can go through it. If you have the time, I'd like to get it up live by the end of the week so folks on the site aren't confused. Thanks!

**Attachment S**          **PX 44, 4319**

**Sent:**     Mon, 12 Jun 2017 18:33:41 +0000
**Subject:**  Re: Updating Graphic
**From:**    Kyle Dennis <kyle@ragingbull.com>
**To:**       Guillaume Bourdages <gbourdages@graphem.ca>

Thanks G!

On Mon, Jun 12, 2017 at 11:02 AM Guillaume Bourdages <gbourdages@graphem.ca> wrote:

  Here

  On Mon, Jun 12, 2017 at 10:16 AM, Guillaume Bourdages <gbourdages@graphem.ca> wrote:

  Sure give me 1 hour and I will get it for you.

  On Mon, Jun 12, 2017 at 10:14 AM, Kyle Dennis <kyle@ragingbull.com> wrote:

  Hey G,
  Can we get an updated version of that chart that is on my home page?

  I want to use it for my webinar I'm making.

  We'd want to change the "earnings from trading stocks number" to $2,855,475.

  And change the 2017 YTD to $766,749.

  Also, can we leave the car on there but change the wording to "2016 awarded Porsche 911 for winning the Million Dollar Challenge! Quickest trader to make $1,000,000 amongst 10,000 contestants."

  Thanks,

  Kyle

**Attachment S**           **PX 44, 4320**

## Marie, can you replicate my success with a small account?

**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** ███████
**Date:** Tue, 19 Dec 2017 11:55:23 -0500



Hi ████

The biggest question that I am often asked, "Kyle is it possible to replicate your success if I have a small account?"

The answer to that question is: **ABSOLUTELY**

But what kind of mentor would I be if I just left it there?



Anybody can say that growing a small account is possible, but has anybody ever shown you exactly how to do it?

**Well, that's exactly what I am going to do starting January 2nd exclusively in the Nucleus program**.

Yesterday I announced my newest venture, the 5k Challenge. This is where I am going to teach you how to grow your small account and turn it into $25,000.

Then you pair those lessons with my Million Dollar Mission lessons to catapult you to 6 figure returns.

Are you ready to get started?

Cheers,

*Kyle Dennis*

**Kyle Dennis**
Biotech Trader



Special

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past

**Attachment S**                    PX 44, 4323

performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Nucleus Premium Email List

835 E Lamar Blvd #263 Arlington, Texas 76011 United States

# [Starting soon] Your action is required...

**From:** Kyle Dennis <kyle@biotechbreakouts.com>
**To:** ███████
**Date:** Wed, 28 Feb 2018 19:02:27 -0500



Hi █████

Tomorrow my $250K account gets set back to $25K.

Why?

I'm resetting it to show you how to build a **$25k account into a $200k+ fortune**. Oh, and I'm also live streaming a **$5K account (now at around $8k) to show you how to build that into $25k**.

The **Million Dollar Mission** and **$5K Challenge** are streaming live and the action starts to build tomorrow.

You won't want to be kicking yourself at missing this opportunity again.

Hours remain to **join Nucleus and start this journey FIRST... at 80% off**.

Time is ticking!

Cheers,

*Kyle Dennis*

**Kyle Dennis**
Biotech Trader

**Attachment S**          **PX 44, 4325**



Special

Neither Biotech Breakouts nor RagingBull.com, LLC (publisher of Biotech Breakouts) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is

**Attachment S**                    **PX 44, 4326**

not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Biotech Breakouts manages on behalf of RagingBull.com, LLC.

If you have a current active subscription with Biotech Breakouts you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at BiotechBreakouts.com.

If you no longer wish to receive our emails, click the link below (this will NOT cancel your service):

Remove me from Nucleus Premium Email List

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**Attachment S**          **PX 44, 4327**