ORIGINAL COPY
FILED UNDER (TEMP SEAL)

**From:**    Kyle Dennis <kylewdennis@gmail.com>
**Sent:**    Mon, 10 Oct 2016 13:45:05 -0700
**Subject:**  Re: All Services - SMS and Email Alert
**To:**       Jeff Bishop ███████████████ >
**Cc:**       Mike Bishop <mike@ragingbull.com>, Justin Bishop <justin@ragingbull.com>, Jordan Reyna <jordan@ragingbull.com>

Yeah, for VSAR, VCEL, and OCRX I had them on the watch list multiple times saying exactly my plan. I'd reiterate to them to use the watch list to make their own trades and not wait to mirror. I also had KTOV on the WL last week, too. There shouldn't be any surprises if they take the time to do the research.
Also for most of these names I'll be in them for multiple weeks, if not months. There should be plenty of time to buy on dips.

On Monday, October 10, 2016, Jeff Bishop ██████████████ > wrote:

> This happens all the time. In Kyle's case the stocks are pretty thinly traded so it doesn't take many new
> buyers in a short period of time to have an impact on the price.  These are all on the WL for several days, so
> I'd suggest not waiting for Kyle's actual buy alert to make a move. That is not what the service is intended for.
>
>
> ****
>
> ph ███████████
>
> On Mon, Oct 10, 2016 at 4:34 PM, Mike Bishop <mike@ragingbull.com> wrote:
>
>> Jeff, an issue that comes up a lot in Support has to do with client complaints about SMS and email alerts coming well
>> after the price has gone up. I realize it takes time to setup and send the messages so I'm not questioning the timing.
>> What I want to clarify is this: since we are not licensed financial advisors, and we tell people that in the boilerplate at
>> the bottom of emails, we cannot tell people what to buy/sell, right? We can only tell them what we have done. They can
>> then make their own decisions based on that. But can I tell that to people when on the phone or in email?
>>
>> Here is a recent example of this with a BTB customer:
>>
>> ticket #48769
>> Hi Kyle,
>> I got your 2 text alerts today and I was literally next to my platform ready to trade and both trades where already up VCEL
>> was up to $3.05 at 10:10 am (.16 cent difference) 10:09 text alert and KTOV was up to $4.06 at 2:32 pm (.17 cent difference)
>> 2:31 text alert both only 1 minute after the text.
>> How are we suppose to get into these if they move that much, that quick?
>> The way it was explained was we would have at least some time to get into these, but under 1 minute is not possible???
>>
>> ██
>>
>> ██
>> Customer Support

**Sent:** Wed, 8 Feb 2017 11:22:37 -0800
**Subject:** Re: PETX
**From:** Kyle Dennis <kyle@ragingbull.com>
**To:** IndoGenic Consultancy <indogeniclegal@gmail.com>
**Cc:** Jeff Bishop ▮▮▮▮▮▮▮▮

Can you do an article on ONCS ahead of its catalyst event coming up on Feb 23.
And another updated article on CEMP before its upcoming Taksta catalyst.

On Wed, Feb 8, 2017 at 6:20 AM, IndoGenic Consultancy <indogeniclegal@gmail.com> wrote:

> Understood, I will work on PETX this month and if I think it looks good, I will ask for PRO. If not, no need to pay me
> for it because I already did PETX once.

On 8 February 2017 at 19:47, Jeff Bishop ▮▮▮▮▮▮▮▮▮ wrote:

> Sure, if you think you can get it into PRO then let's do it.  We're not going to keep submitting articles there if
> they are getting rejected though, it makes us look bad. We'll try this a couple more times so just go with your
> 2 best ideas for what could be published on PRO and we'll see if they work out or not.

> Thanks

> ****

> ph ▮▮▮▮▮▮▮▮

On Wed, Feb 8, 2017 at 9:15 AM, IndoGenic Consultancy <indogeniclegal@gmail.com> wrote:

> Sure thing, Kyle, and I will wait to hear from Jeff and you about the PETX as a PRO idea.

On 8 February 2017 at 19:43, Kyle Dennis <kyle@ragingbull.com> wrote:

> Sorry yes I saw. I'll send some over today, have to look through a few stocks.

On Wed, Feb 8, 2017 at 12:16 AM IndoGenic Consultancy <indogeniclegal@gmail.com> wrote:

> Kyle, shared ITEK with you. Please send more tickers for articles for the week. PETX could probably be made into a
> PRO - this time, will do a valuation for all 3 drugs and even the pipeline. The angle will be the reduced price due to
> the resolvable manufacturing issues with Nucita.  I guess let the current one be published as is, and if Jeff agrees, I
> will do one more nearing the month end for PRO.

On 8 February 2017 at 08:18, IndoGenic Consultancy <indogeniclegal@gmail.com> wrote:

> Kyle, did you get a chance to see this email? Are you sending me more tickers?

On 7 February 2017 at 21:45, IndoGenic Consultancy <indogeniclegal@gmail.com> wrote:

> still working on iTEK but please send a few more for the rest of the week.

On 7 February 2017 at 07:58, IndoGenic Consultancy <indogeniclegal@gmail.com> wrote:

> Just added the update, Kyle.

On 7 February 2017 at 01:20, Kyle Dennis <kyle@ragingbull.com> wrote:

**PX 44, 4476**

on PETX, can you update the article for today's news also

On Sat, Feb 4, 2017 at 10:32 PM, IndoGenic Consultancy <indogeniclegal@gmail.com> wrote:

 done and shared. working on the watchlist and the others.

 --



Shaswato "Shas" Dey
Director, IndoGenic Consultancy
Bangalore, INDIA

--



Shaswato "Shas" Dey
Director, IndoGenic Consultancy
Bangalore, INDIA

--



Shaswato "Shas" Dey
Director, IndoGenic Consultancy
Bangalore, INDIA

--



Shaswato "Shas" Dey
Director, IndoGenic Consultancy
Bangalore, INDIA

--



Shaswato "Shas" Dey
Director, IndoGenic Consultancy
Bangalore, INDIA

--



Shaswato "Shas" Dey
Director, IndoGenic Consultancy
Bangalore, INDIA

--



Shaswato "Shas" Dey
Director, IndoGenic Consultancy
Bangalore, INDIA

PX 44, 4479

| | |
|---|---|
| **Sent:** | Tue, 8 Jan 2019 14:54:50 -0500 |
| **Subject:** | Fwd: Notes From Debby |
| **From:** | Kyle Dennis <kyle@ragingbull.com> |
| **To:** | david@davidcross.com |

---------- Forwarded message ---------
From: <phegedus@ragingbull.com>
Date: Sat, Jan 5, 2019 at 7:58 AM
Subject: Notes From Debby
To: Kyle Dennis <kyle@ragingbull.com>

These might be helpful for new members.  Debby said she's OK with us posting them on website.  What do you think?

**Summary of what to expect with Biotech Nucleus Membership:**

Trading Education, support, chat with all things trading including FDA Biotech watchlists, trade alerts, daily active (visibly shared) trading from Kyle/Peter, chat trade alerts for active trades from the moderators.

**I just invested in a chat room and my plan is to mirror, copy and follow Kyle and be instantly successful!  (Sound familiar?)**

- **That was my plan, it doesn't work.  I found out quickly because timing, skill, and understanding entries/exits are critical.**

- Mirroring is a part of this service and many chat rooms.  When you have someone like Kyle in a trade, that creates 'buzz', volume, increased interest in that stock and most importantly price changes.  So Kyle and this room acts as it's own 'catalyst'. When he enters, alerts, and exits, alerts there are usually significant swings in the stock price because of people who are mirroring.  Understanding that dynamic is **CRITICAL** if you're going to mirror.  Also knowing the lower the price the stock the more significant the impact of Kyle's entry/exits on stock price will be.

- Kyle and his team are each successful traders because of their individual strategy (that matches their personality) , understanding of the markets, expert skills on their platforms, their research, and time spent educating and developing themselves.

- Sometimes when so many mirror at the same time it messes up the chart and scares other would-be traders away

- More detailed notes on mirroring and how I'm successful doing it:  https://www.evernote.com/shard/s539/sh/8dd01508-1dba-49e9-829e-a9b27b102882/7d99f69b80e855ecd003ef3fe78299e7

- If you only take one thing from this rant, then it should be to use limit orders when entering on a mirror and make sure it's within 1%-5% (depends on price) of Kyle's or the other moderator's entry.  Ok, two things...exit before the moderator using the charts...trading volume significantly slowing, coming off a high.

- FYI - Personally my biggest gains since joining the service AND my biggest losses are due to mirroring.  The more I study and do the below...the more gains I'm seeing with the mirroring trades from this room.

**Quick Start Guide to lessons:**

- **CRITICAL!**  Weekly FDA Catalyst Watchlist Video:  https://www.biotechbreakouts.com/catalyst-swing-trading/video-watch-list/december-16-weekly-video-watch/

- Getting Started Video:  .  https://www.biotechbreakouts.com/nucleus/education-nucleus/nucleus-start-guide/

- Platform training - Do the lessons on your own platform first! (See below) - the mods are super patient and when they can they answer platform questions.  You'll get more comprehensive support if you go direct to your platform provider to help with set up and answer questions.

- Getting the most out of membership:  https://www.biotechbreakouts.com/education/peters-lesson-on-chat-rules-schedule-and-how-to-get-the-most-out-of-nucleus/

- Education (most valuable part of this service for me):  Link to most all recent lessons:  https://www.biotechbreakouts.com/category/nucleus/education-nucleus/

**I'm confused about where to go for the various resources, links, education, recordings (1000's of hours of recorded material can be found on the website):  Start here for:**

- Live Daily Nucleus Chat:  https://app.ragingbull.com/rooms/btb-nucleus?_ga=2.44265633.443133774.1546436589-1553102697.1534265992

- Kyle's FDA Catalyst Weekly Watchlist: https://www.biotechbreakouts.com/category/catalyst-swing-trading/weekly-watch-list/

- Kyle's FDA Catalyst Video:  https://www.biotechbreakouts.com/category/catalyst-swing-trading/video-watch-list/

- Recordings to live trading sessions: https://www.biotechbreakouts.com/category/nucleus/live-trading/

- Premarket Chats (daily index review, news, daily watchlists from moderators):  https://www.biotechbreakouts.com/category/nucleus/to-premarket-prep/

- Education (tied with premarket chats for the most valuable part of the service for me ):  https://www.biotechbreakouts.com/category/nucleus/education-nucleus/

- Option Rocket: https://app.ragingbull.com/pages/option-rocket-ignite

- Sniper Reports (Longer term swing trades):  https://www.biotechbreakouts.com/category/sniper-report/reports-sniper/

- Member Support:  https://www.biotechbreakouts.com/member-support/

**Scanning:**

- https://www.biotechbreakouts.com/how-to/how-to-use-finviz-to-scan-for-biotech-breakouts/

- Biotechbreakouts video link for Justin's scan lesson:  https://www.biotechbreakouts.com/nucleus/education-nucleus/justins-ttm-lesson/

**Chart School/Candlestick:**

- **Link to video:**  https://www.biotechbreakouts.com/nucleus/education-nucleus/peters-charting-school-part-1/

- https://www.biotechbreakouts.com/japanese-candlesticks/

- Technical (charts) fundamentals  https://www.biotechbreakouts.com/nucleus-catalyst-swing-fundamentals-technical-webinar/

**Chart Patterns:**

- Reversal Hour trades:   https://www.biotechbreakouts.com/nucleus/education-nucleus/peters-lesson-on-reversal-hour-trading/

**PX 44, 4481**

- Breakout Trades:  https://www.biotechbreakouts.com/find-breakout-trades/

- Fibonacci Retracement Pattern:  https://www.biotechbreakouts.com/fibonacci-retracement/

- TTM Sqeeze Indicator -  Justin and Peter use the TTM Squeeze Indicator so it's discussed and noted during technical chart reviews.  Think or Swim (TOS) and TC2000 platforms offer ways to set up this indicator or your charts.  Instruction Videos on the website can help you with setting up TTM Indicators if you use these platforms

o  Peter's lesson on using/setting up TTM Squeeze in TC 2000:  https://www.biotechbreakouts.com/nucleus/education-nucleus/peters-lesson-on-setting-up-ttm-squeeze-on-tc2000-and-fb-trade-review/

o  Justin's lesson on TTM Squeeze:  https://www.biotechbreakouts.com/nucleus/education-nucleus/justins-lesson-on-ttm/

o  Justin's Think or Swim shared codes to copy his platform set up including TTM:  https://www.biotechbreakouts.com/nucleus/education-nucleus/justins-think-or-swim-codes/

- Moving Average Trend Lines:  Key to technical trading; Justin and Peter use 3/8 on the 5 minute cross to time entry/exits on the 5 minute intraday chart.

- Justin's Lesson's On Discipline:  https://www.biotechbreakouts.com/category/nucleus/education-nucleus/


**What should you know how to do on your platform?**

- Set up watchlists

o  https://www.biotechbreakouts.com/nucleus/education-nucleus/think-or-swim-platform-and-ttm-watch-list/

- Set up alerts for stocks on your watchlist

- Charting, drawing, note taking on charts - figure out the chart patterns that work for your type of trading so you know your 'triggers' to enter and exit a trade.  Often used in the room:  fib retracement, bottom bouncers, ttm squeeze, breakout pattern. All of these have lessons on the website.  If you blindly follow without understanding when to enter and exit; you'll be caught buying high and selling low.

- Scanning - lots of lessons on the websites

**What should you know how to do with your trading account?**

- Ask for discounted trades

- Level 2:  https://www.biotechbreakouts.com/use-level-2-identify-levels/

- executing/managing a trade,,,long, short, calls, puts, covered calls

- buy to open, close, covered calls

- Ask broker for help (screen shot moderators)

**Set up news sources, social media**

- twitter  (start with following people who Kyle, Peter, and Justin follow)

**Kyle Dennis**, **@kylewdennis**;  **Peter Hegedus**, **@PLHstock**;  **Justin Essary**, **@JustEssary**, Paulo Garcia @_P_rex

- finviz (train on scanning) https://finviz.com/

- biopharmcatalyst.com

**PX 44, 4482**

- https://www.investopedia.com/

- https://advisortools.zacks.com/NewsEvents/EconomicCalendar

- https://www.earningswhispers.com/stocks

- premarket users:  http://thestockmarketwatch.com/markets/pre-market/today.aspx

- Benzinga Pro, https://www.benzinga.com/ (as of 12/18 Kyle thinks benzinga pro is the best platform)

- Institutional Investing - https://www.nasdaq.com/quotes/ownership.aspx

- https://thetradexchange.com/subscribe/:  kyle dennis (Moderator): https://thetradexchange.com/product/tradexchange-monthly-full-access-2017/

TradeXchange Monthly Subscription – TheTradeXchange

- Institutional buying/selling:  Dec 28, 7:09 AM paolo garcia (Moderator): @david i use https://fintel.io/


**How to manage risk?**  Petra Hess (Raging Bull) Risk management:  https://ragingbull.com/stocktober/oct18/


**Decide/define what kind of trader works for you (can't do it all): (You won't be successful just following...more on that above):**

Set goals, process, establish rules

Don't follow/mirror, wait for pullback or skip it

paper trade

one lesson a day...notes, notes, notes

ask questions

Watch weekly videos

journal successes, failures daily


**A typical day in the life of biotech nucleus member**

8 am premarket chat, review key indices and watchlists that the moderators put together from their personal scans.  Daily review and discussion of the indexes movement and their direction really helps set the stage for understanding the current market sentiment.  For me its kind of like checking the weather before going out for the day to decide if I need a jacket or umbrella.  Even the best stocks will drop with the market is dropping.

- SPY - Full market

- DIA - largest cap stocks

- QQQ - high tech

- IWM - small cap; acts somewhat directionally for the markets

**PX 44, 4483**

- VIX - Volatility Index; the higher the index the more difficult it is to trade.  Justin maintains a highlighted range of 10-16 on his charts; anything over 16 he advises extreme caution!

Biotech ETF's Monitored/Reviewed since Nucleus foundation is biotech:

- IBB, (Biotech ETF)

- XBI (Smaller Cap Biotech ETF)

 chart patterns, key levels to watch

watchlist review from Peter and Justin

9:30 - 10:30 market open active trading

Note:  from 9:30 to 10:30 - Very active trading for the markets; NOT the best time to ask questions because it takes away from monitoring, trading.

Lessons, Questions, and member sharing late morning.

Scanning - post market close


**Who are the moderators and what do they do?**  All provide chat support, Kyle, Peter, Justin (will get on mic for trading, lessons, discussion)

- Kyle (see below bio from Raging Bull)- On mic during through the first hour of the trading daily,  live trading, shares live portfolio, fda catalyst watchlist, video, Option Rocket, email/text alerts of all trades, covered calls, short, long, day.  Uses etrade. Adapts instantly to market conditions.  Very fast, nimble trader...He's always the one who gets the best entry and exit! expert on trading the news...Spends significantly on news sources and is able to digest and interpret stock impact immediately for entry and exits.  Many of his day/scalp trades and profits are news driven plays.

- Peter - Premarket Chat, Index review, Macro Economics (big picture) bridges that information with trading, daily watchlist, alerts, many lessons on website, end of day momo overnight swings. Uses TC2000 and Street Smart Edge.

- Justin - technical trader expert, premarket, many excellent lessons on website, primary indicators:  TTM Squeeze, 3/8 MA cross, buy the dip. Uses Think or Swim (TOS).

- Carlton- biotech specialist, longer swing trader, active chat support, commentary on biotech always listen when he chats about a stock.  He knows what's going on big and small picture for the biotech companies and industry. Just started alerting trades in chat/trading feed  Dec. 2018

- Paolo- active chat support  chat alerts  uses Fidelity platform,   mostly long on momo intraday trades,  trade long or short high ATR mid/large caps occasionally. no options

**Sent:**      Wed, 24 Jan 2018 08:11:27 -0500
**Subject:**   Re: VTGN
**From:**      Kyle Dennis <kyle@ragingbull.com>
**To:**        ████ <████████████>

You are absolutely correct all around, from catalyst to chart.  When this catalyst came out the stock was at about $1.22 or so. I like the gap up above. I was harping on subs to try and buy it and play it as a runnup and talked about it a lot in chat the last 3 days.  Working well so far.
As I type this its up to $1.50 in the premarket! That's a nice area to take profits I think.

Funny you mention the warrants. I participated in that private placement and have warrants. So, I try my best when I do have warrants in something not to "double dip" and have warrants and recommend it in the service. Just to avoid a conflict of interest. I like the catalyst play a lot but haven't purchased it on the site because I have the warrants.  If I didn't I would have bought it in the service.


Kyle




On Wed, Jan 24, 2018 at 7:09 AM, ████ <████████████> wrote:

Kyle,

Interested why this stock did not make your scan, I fully get there are just so many and you like what you like.  I am really focused on trying to learn your day and 1-3 day swing brain.

VTGN
- it was talked about on your chat yesteday so on your awareness
- catalyst on monday that could draw volume in anticipation
- chart broke out and held 1.36 with volume maybe 33% over 10 day average
- some history of wildly gapping
- is it not a double top from 12/11/17 and 1/16/18?

I would think it's set up well for a move today or tomorrow.  Full disclosure I am only on n=5 days in "biobreakout edu"

Fundamental note - I know VTGN pretty well, had a couple meetings with CEO in 2017, I considered a private placement to get warrants for free, but did not like their timelines.  I still don't like their timelines :) but at some point this one will be an great play if mgmt can actually give us a catalyst date or narrow time frame. I am hoping that is monday, but my I actually think monday CEO will say we are getting ready to start company sponsored P2 soon and the NIMH data will be Q? timeframe, so I would not want to own on Monday.

Full disclosure I have a small pos. from yesterday 1.37 but was considering going bigger today based on the above.

Finally I found the three education videos on your site Day Trade Charting to be very helpful.  I understand the concepts but it's very helpful when you go over the chart from 9:30 to 4 and what you might have been thinking at various times during the decision making process.


████ ████
Raleigh, NC

**PX 44, 4485**

**Sent:**      Sun, 28 Jan 2018 18:45:20 +0000
**Subject:**   Re: One tiny company is at the heart of this massive shift (and the floodgates could open any second)
**From:**      Kyle Dennis <kyle@ragingbull.com>
**To:**        Jeff Bishop ▓▓▓▓▓▓▓
**Cc:**        Jason Bond ▓▓▓▓▓▓▓▓▓, Nate Stavseth <Nate@ragingbull.com>

They started their position near $30 when it had that big run when Jason played it the first time. Made no sense timing wise for a longer term hold there.

They probably had some sort of deal to pump it for an offering.

On Sun, Jan 28, 2018 at 1:33 PM Jeff Bishop <▓▓▓▓▓▓> wrote:

> That's too bad. We bot that stock the day this report came out and it hasn't moved up since. Tell Agora to pump this harder.

\*\*\*\*
office   ▓▓▓▓▓
mobile  ▓▓▓▓▓

On Sun, Jan 28, 2018 at 1:31 PM, Jason Bond ▓▓▓▓▓▓▓▓ wrote:

> I thought that's what it was.

On Sun, Jan 28, 2018 at 1:30 PM, Kyle Dennis <kyle@ragingbull.com> wrote:

> It's WATT. Report just forwarded.

On Sun, Jan 28, 2018 at 1:09 PM Jeff Bishop ▓▓▓▓▓▓▓▓ wrote:

> Kyle, do you know what this stock is? They have sure been pumping it a lot lately.

---------- Forwarded message ---------
From: Tom Gentile <customerservice@powerprofittrades.com>
Date: Sun, Jan 28, 2018 at 1:02 PM
Subject: One tiny company is at the heart of this massive shift (and the floodgates could open any second)
To: <▓▓▓▓▓▓▓>

> Please do not reply to this message, as replies are routed to an unmonitored mailbox. You are receiving this email as a part of your subscription to *Power Profit Trades*. Your ability to alter your subscription information can be found at the bottom of this email.

> Dear *Power Profits* Reader,
>
> I wanted to get this urgent message out to you right away...
>
> A new game-changing device has just been approved by the FCC.

**PX 44, 4486**

**From:**     IndoGenic Consultancy <indogeniclegal@gmail.com>
**Sent:**     Sun, 19 Mar 2017 08:40:43 +0530
**Subject:**  Re: WL
**To:**       Kyle Dennis <kyle@ragingbull.com>

right, i will keep looking. this is interesting. frankly, personally, I do like to have these 5 articles a week deal because I do this work myself, outside of my group, so I will work hard to keep the catalyst list maintained. thanks Kyle!

On 19 March 2017 at 08:38, Kyle Dennis <kyle@ragingbull.com> wrote:

> Blrx has the right criteria but the data there is coming in the next week or so and then nothing till the end of the year. So I'd avoid it.
>
> Usually I like to find things 1-2 months out. So right now data that should be in April-May timeframe.  Additionally anything that has a set date, like they are presenting data at a particular conference is ideal.
>
> I'm open to what you can find, as it's always good to have an extra set of eyes.
>
> -Kyle

> On Sat, Mar 18, 2017 at 8:02 PM IndoGenic Consultancy <indogeniclegal@gmail.com> wrote:
>
> > That reduces the scope, somewhat. But now I know your criteria, I will look for these stocks.
> > How about BLRX - trades at $1.2, mkt cap $68mn, volume 500k+, and upcoming catalyst for BL-8040 - Phase 2 trial initiated March 2016. Partial data due 1Q 2017 with top-line results by the end of 2017.?   BL-8040 is critical for the co.
> >
> > From next week, I will send you a list with catalysts etc - will help reduce some of your workload. Picking these is the more difficult work.

> > On 19 March 2017 at 08:22, Kyle Dennis <kyle@ragingbull.com> wrote:
> >
> > > It's tough because not only does the company need to have a catalyst, but for the purposes of trading it, it needs to be below $30, have a market cap below 2B (and generally less than that, and have ample volume and shares float to be worthwhile.
> > >
> > > I'm always open if you have a particular company you like to take and look.
> > >
> > > GEMP is too low volume and NKTR has data this month which is too close for now.  And most of the other ones there are either a penny stock or too big of a company to move much for our trading purposes.
> > >
> > > If you see something that is $1+, has a market cap below 2B, has an upcoming catalyst before May, and has volume over 150k daily that would be interest to me to add to the list.
> > >
> > > And yes on articles on the ones I sent over.
> > >
> > > Thanks Shas!
> > >
> > > -Kyle
> > >
> > > On Sat, Mar 18, 2017 at 7:43 PM IndoGenic Consultancy <indogeniclegal@gmail.com> wrote:

**PX 44, 4487**

Just woke up saw both your emails. I can do the stock picking, not a problem. For example, can we add GEMP and NKTR to the list today?

GEMP - Topline results from phase 2b trial of Gemcabene (COBALT -1) in homozygous familial hypercholesterolemia in June 2017.

NKTR - Topline data from Amikacin Inhale Phase 3 Program in gram-negative pneumonia in June 2017. (covered in November, but the catalyst is nearer now, so maybe a repeat)

Then there's BLUE, KARO, BLPH, AVEO, RNN, PCRX, even AZN  - all with late stage trial results upcoming.

Plus there are conference presentations - upcoming conferences include ESMO 2017. Plus the entire FDA calendar.


Let me know; I will be happy to take up the stock finding.


PS - I will write long articles on the WI tickers, I assume.


On 19 March 2017 at 07:07, Kyle Dennis <kyle@ragingbull.com> wrote:

BPMX, PLX, CYTR, OVAS
Running out of relevant catalyst events coming up in the near term, so likely next couple weeks there won't be as many to write on for Wl's or articles. Just fyi to plan for work

--



Shaswato "Shas" Dey
Director, IndoGenic Consultancy
Bangalore, INDIA

--



Shaswato "Shas" Dey
Director, IndoGenic Consultancy
Bangalore, INDIA

--



Shaswato "Shas" Dey
Director, IndoGenic Consultancy
Bangalore, INDIA

PX 44, 4489

It's a **stunning breakthrough** that's set to spark the most monumental life-changing transformation you'll ever see.

And **the things this device can do will amaze you**. Take a look here...

*The Washington Times* says the technology behind this revolutionary innovation, "will change the world on a scale hardly seen in human history."

David Pogue, the award-winning tech journalist from Scientific American, says, "We're looking at the future of technology."

Even the famed scientist Stephen Hawking, the most brilliant mind of our generation, was so amazed by this technology he simply said, "It's about to change your life."

**Mark my words: The impact of this will be beyond anything you've ever witnessed.**

And now that it's approved by the FCC, the floodgates are set to open - and could reward early investors with astronomical gains.

With one tiny company at the heart of this massive shift, even a small investment could create staggering wealth for years to come.

**Continue here to learn more**.

To Your Success,

Mike Ward
Publisher, *Power Profit Trades*

---

You are receiving this e-mail at, jeff@bishop.me, as a part of your free subscription to **Power Profit Trades**.

Remove your email from this list: Unsubscribe

To cancel by mail or for any other subscription issues, write us at:
*Power Profit Trades* | Attn: Member Services | 1125 N Charles Street | Baltimore, MD 21201
North America: 888.384.8339; International: 443.353.4519; Fax: 410.622.3050
Contact Customer Service
Website: https://powerprofittrades.com

© 2018 *Power Profit Trades* All Rights Reserved.
Nothing in this email should be considered personalized financial advice. Although our employees may answer your general customer service questions, they are not licensed under securities laws to address your particular investment situation. No communication by our employees to you should be deemed as personalized financial advice.

We expressly forbid our writers from having a financial interest in any security recommended to our readers. All of our employees and agents must wait 24 hours after on-line publication or 72 hours after the mailing of printed-only publication prior to following an initial recommendation. Any investments recommended in this letter should be made only after consulting with your investment advisor and only

**PX 44, 4490**

after reviewing the prospectus or financial statements of the company.

Protected by copyright laws of the United States and international treaties. This Newsletter may only be used pursuant to the subscription agreement and any reproduction, copying, or redistribution (electronic or otherwise, including on the world wide web), in whole or in part, is strictly prohibited without the express written permission of: *Power Profit Trades*. 1125 N Charles Street, Baltimore MD 21201.

--
Sent from Mobile ██████████

From:    Jeff Bishop <█████████>
Sent:    Sat, 3 Feb 2018 15:04:38 -0500
Subject:  Re: How to get rich off guys who want to kill themselves...
To:      Kyle Dennis <kyle@ragingbull.com>
Cc:      Brad Stafford <brad@bradstafford.com>, Jason Bond █████████>, Jeremy Blossom <jeremy@ragingbull.com>, Nate Stavseth <Nate@ragingbull.com>

I could really see BTB growing into something like this over the next year.  We just need to get ***better at selling the products we have***, then it is easy to keep adding more of them in there.

****
office
mobile █████████

On Sat, Feb 3, 2018 at 2:52 PM, Kyle Dennis <kyle@ragingbull.com> wrote:

Just saw this but Altucher has his own multinewsletter set now:

Like 5 or 6 of them

https://chooseyourselffinancial.com/

On Sat, Feb 3, 2018 at 2:01 PM Kyle Dennis <kyle@ragingbull.com> wrote:

Do you know some of the other ones recently?

On Sat, Feb 3, 2018 at 1:10 PM Jeff Bishop <█████████ wrote:

You should look up the guys selling stk in each of the filings. See if there's a common thread among the Agora OTC deals.

This is on the right track.

On Sat, Feb 3, 2018 at 1:04 PM Kyle Dennis <kyle@ragingbull.com> wrote:

What I think happens is that someone in agora does a private placement with the company. Then they pay the writer an amount to cover the stock. The stock goes up over the course of 3-4 weeks and the person with the private placement sells.

Which is just exactly what happens on these everytime.

They file an S-3 with an effect form letting everyone know they are selling too. They do it 4-5 months ahead of time and hold until they can sell. Make 3-4M per time they do it.

**PX 44, 4492**



12:58

Find in this article...

# Apricus Biosciences Announces $3.7 Million Private Placement Priced At-The-Market

September 11, 2017

SAN DIEGO, Sept. 11, 2017 (GLOBE NEWSWIRE) -- Apricus Biosciences, Inc. (Nasdaq:APRI), a biopharmaceutical company advancing innovative medicines in urology and rheumatology, today announced that it has entered into definitive agreements to sell securities to certain accredited investors in a private placement priced at-the-market, for aggregate gross proceeds of approximately $3.7 million. The closing of the private placement is expected to occur on or about September 13, 2017, subject to satisfaction of customary closing conditions.

H.C. Wainwright & Co. is acting as the exclusive placement agent for the offering.

Under the terms of the offering, Apricus will sell an aggregate of 2,136,614 shares of its common stock, at a price of $1.7275 per share. The purchasers will also receive warrants to purchase up to an aggregate of 1,068,307 shares of common stock at an exercise price of $1.67 per share which will expire 2.5 years from the date of issuance.

Apricus intends to use the net proceeds from this offering for general corporate purposes and working capital.

On Sat, Feb 3, 2018 at 10:20 AM Jeff Bishop ▓▓▓▓▓▓▓▓▓▓▓ wrote:

It's just so weird to me that these guys who don't really even cover small caps will take a few days or a week and get behind promoting some OTC stock out of nowhere.

Maybe there is some sexy story about the stock they used to get sign-ups but I would still think they could cover some small NASDAQ company and get the same story with a much safer stock being covered.

I think it is really likely they have found some backdoor way to promote stocks though I just don't know what it is

On Sat, Feb 3, 2018 at 10:15 AM Kyle Dennis <kyle@ragingbull.com> wrote:

I don't have this report, but the stock is definelty APRI, which is going for an drug approval for erectile dysfunction on the 17th.

Do you know when this promo started?

I think some of their guys get paid Or compensated somehow for covering certain stocks. Louis Basannese and Ray Blanco for sure do it. Not sure exactly how it works though.

Altucher also really pushed TROV hard on people about a year ago. Seemed very strange given he wasn't covering small caps at the time and TROV is an awful company.

On Sat, Feb 3, 2018 at 9:36 AM Jeff Bishop <jeff@bishop.me> wrote:

Kyle, can you send me this email wth the stk on it when you get it?

I'm wondering if they are truly unbiased in picking these stocks, just using the idea as a way to get leads or if they really are promoting them somehow?

They spend too much time emailing on junk stocks, I find it really weird.

---------- Forwarded message ---------
From: James Altucher <james@jamesaltucher.com>
Date: Sat, Feb 3, 2018 at 9:23 AM
Subject: How to get rich off guys who want to kill themselves...
To: ▓▓▓▓▓▓▓▓▓▓▓▓

## How to get rich off guys who want to kill themselves…

Dear *Altucher Confidential* Reader,

Today I am recommending a biotech stock that I think could multiply and land you a huge windfall.

I've made a few biotech picks before, and here are the results:

I made 1,100% on Inhibitex…

I recommended Iridex in my book and it shot to a 1,100% gain…

And I told one of my partners about a play that made a 135% gain in just 37 days with ContraVir.

And now I'm recommending this tiny company in California that is trading at just $2.70 per share.

I believe the announcement I expect them to make on February 17 will not only make their stock skyrocket…

But it could provide genuine relief to millions of regular guys.

These guys are suffering — their condition can actually cause them to manifest more conditions, like depression…

And many times it leads to suicide.

This new drug could actually stop that from happening.

So, while you could get rich investing while shares are at less than $3…

You're actually helping people!

I think it's totally OK to make money if you're helping people — but promise not to laugh when you see what it is.


James

*Altucher Confidential* is committed to protecting and respecting your privacy. We do not rent or share your email address. By submitting your email address, you consent to Choose Yourself Financial delivering daily email issues and advertisements. To end your *Altucher Confidential* e-mail subscription and associated external offers sent from *Altucher Confidential*, feel free to **click here**.

Please read our **Privacy Statement**. For any further comments or concerns please **contact us here.** If you are you having trouble receiving your *Altucher Confidential* subscription, you can ensure its arrival in your mailbox **by whitelisting** *Altucher Confidential*.

© 2018 Choose Yourself Financial, LLC. 808 Saint Paul Street, Baltimore MD 21202. Although our employees may answer your general customer service questions, they are not licensed under securities laws to address your particular investment situation. No communication by our employees to you should be deemed as personalized financial advice.

We expressly forbid our writers from having a financial interest in any security they personally recommend to our readers. All of our employees and agents must wait 24 hours after on-line publication or 72 hours after the mailing of a printed-only publication prior to following an initial recommendation. Any investments recommended in this letter should be made only after consulting with your investment advisor and only after reviewing the prospectus or financial statements of the company.

--
Sent from Mobile ███████

--
Sent from Mobile ███████

--
Sent from Mobi ████████

**Sent:** Mon, 12 Feb 2018 18:42:54 +0000
**From:** "Nathan (PennyPro)" <jeff@pennypro.com>
**To:** Jordan Reyna <jordan@ragingbull.com>
**Subject:** [PennyPro] Assignment: Re: 5 Minutes A Day for 46% Returns

##- Please type your reply above this line -##

You have been assigned to this ticket (#130996).

---

**Nathan** (PennyPro)

Feb 12, 1:42 PM -05

This request was closed and merged into request #130944 "URGENT: Failed Pennypro Renewal".

---



Feb 12, 10:54 AM -05

jeff sorry it might not sound good to you as you are big money man , but is there any way i can get promo price i lost quite a bit money and still struggling with trading it will be hard for me to pay this much amount is there any way that we can work out something on promo code hope to get a positive response and willing to join you

On Mon, Feb 12, 2018 at 9:46 AM, Jeff Williams <Jeff@pennypro.com> wrote:

Hello ▮▮▮▮▮

How does spending only 5 minutes a day sound (https://mr141.infusionsoft.com/app/linkClick/181123/6daa12141ad4dee0/255126007/41b812cf13791a22) , to make ONE big money trade? Most services out there make things way too complicated for the newer investor to follow, I get it and I can help.

What you want is a easy to follow system that takes minimal effort yet yields big returns.
Well, I have great news!

A short while ago I started a "small account challenge (https://mr141.infusionsoft.com/app/linkClick/181125/10a0ec4335d75c6d/255126007/41b812cf13791a22) " and honestly, it didn't start off the way I wanted. Hey, I am just being honest with you here.

The broker I selected to use ate a TON of my account with high commissions. Quickly, my $10,000 account went to $6,800. I just could not make small trades and pay $200 or sometimes $300 dollars in commissions; even my wins turned out to be losses using this formula, so I had to make a change.

In the middle of December I went back to Etrade. Now, flat fee commissions of about $8 per trade has allowed my small account to flourish!

Fast forward a few weeks and my $6,800 account is now at $14,597

**PX 44, 4497**

(https://mr141.infusionsoft.com/app/linkClick/181127/2ce5a20889079ac2/255126007/41b812cf13791a22)
, up well over 100% since going to Etrade but bottom line is now up 46% from my original $10,000 start.

What makes this more satisfying for me is the members, who are just like you, are killing it with each alert.

My small account challenge is so easy to follow. Just ONE alert per day. One REAL time buy alert with my price and sell target!

Now the key......I look for swing trades so YOU don't get caught in a pattern day trade call. Then, in the next day or two, I issue my sell alert for all via email / SMS text and live trade room alerts.

Simple, no "day trade" and we are ready to go again. Literally takes 5 minutes total to go from start to end of the process. The rest of your day is FREE to do whatever you wish.

Take a look here
(https://mr141.infusionsoft.com/app/linkClick/181129/048d0dfda43878f2/255126007/41b812cf13791a22)
, read up and see that I'm offering you a opportunity here to achieve your trading dreams. Pay off bills, take a family vacation, buy a new car....how will you spend the money you could make trading with a simple system like this?

Stop having visions of RED every day in the market and start making GREEN days, consistently!

Tomorrow you can wake up feeling great about your trading and I am going to help you achieve that feeling, all you need to do is click right here
(https://mr141.infusionsoft.com/app/linkClick/181131/587754206a19418b/255126007/41b812cf13791a22)
) .

Take a look at today's real money traders from my recent TROV alert from Friday. These are NOT home run swings, just base hit after base hit after base hit.......easy, simple, effortless!


9:31 AM Greg B:

Out TROV at .39 from .38 + $400

Feb 12, 9:41 AM

mariano qui: Out trov .43 from. 30

Feb 12, 9:41 AM

billy s: out TROV 0.43 from 0.38 $500 plus

Feb 12, 9:40 AM

luc cla: Out TROV .425 from .38

Feb 12, 9:39 AM

david gil: Out TROV .425 from.39

Feb 12, 9:39 AM

mark m: out TROV fr Friday +$179

Feb 12, 9:43 AM

lane vol: Out TROV from .384 to .4272

Feb 12, 9:40 AM

danny hay: out TROV .383 to .43 for 12% win. Thanks Jeff!

Feb 12, 9:47 AM

abdelaali el : Out of TROV +$500

Jeff Williams
PennyPro.com

Neither Penny Pro nor RagingBull.com, LLC (publisher of PennyPro) is registered as an investment adviser nor a broker/dealer with either the U. S. Securities & Exchange Commission or any state securities regulatory authority. Users of this website are advised that all information presented on this website is solely for informational purposes, is not intended to be used as a personalized investment recommendation, and is not attuned to any specific portfolio or to any user's particular investment needs or objectives. Past performance is NOT indicative of future results. Furthermore, such information is not to be construed as an offer to sell or the solicitation of an offer to buy, nor is it to be construed as a recommendation to buy, hold or sell (short or otherwise) any security. All users of this website must determine for themselves what specific investments to make or not make and are urged to consult with their own independent financial advisors with respect to any investment decision. The reader bears responsibility for his/her own investment research and decisions, should seek the advice of a qualified securities professional before making any investment, and investigate and fully understand any and all risks before investing. All opinions, analyses and information included on this website are based on sources believed to be reliable and written in good faith, but should be independently verified, and no representation or warranty of any kind, express or implied, is made, including but not limited to any representation or warranty concerning accuracy, completeness, correctness, timeliness or appropriateness. In addition, we undertake no responsibility to notify such opinions, analyses or information or to keep such opinions, analyses or information current. Also be aware that owners, employees and writers of and for RagingBull.com, LLC may have long or short positions in securities that may be discussed on this website or newsletter. Past results are not indicative of future profits. This table is accurate, though not every trade is represented. Profits and losses reported are actual figures from the portfolios Penny Pro manages on behalf of RagingBull.com, LLC.

62 Calef Hwy #233 Lee, New Hampshire 03861 United States
(https://maps.google.com/?q=62+Calef+Hwy+%23233+Lee,+New+Hampshire+03861+United+States&entry=gmail&source=g)

**PX 44, 4499**

To be removed completely from all email lists in our system, use the link below:

Unsubscribe
(https://mr141.infusionsoft.com/app/optOut/8/fc8ece3693150e36/255126007/41b812cf13791a22)

Thank You for Contacting Support.

**PX 44, 4500**

**Sent:**      Tue, 19 Nov 2019 16:08:08 -0500
**Subject:**   Re: thinking out loud here guys...
**From:**      Kyle Dennis <kyle@ragingbull.com>
**To:**        Jeff Bishop <jeff@bishop.me>
**Cc:**        Bret Holmes <bret@ragingbull.com>, Jason Bond <jason@ragingbull.com>, Nathan Stavseth <Nate@ragingbull.com>

Hahahha good lord. Just send him the link for Elite

On Tue, Nov 19, 2019 at 4:05 PM Jeff Bishop <jeff@bishop.me> wrote:

> Want to bring back ███ to scalp our subs during the day?   All at no cost to us?  HA, how crafty.
>
>
>
> ****
> office   ███████
> mobile   ███████
>
>
>
> ---------- Forwarded message ---------
> From: ████ < ████████████ >
> Date: Tue, Nov 19, 2019 at 3:50 PM
> Subject: thinking out loud here guys...
> To: Jeff Bishop ██████████ , Jason Bond ███████████
>
>
> Hey guys...
> Ive noticed while hanging out in your rooms that you all could use some idea generation in terms of stock picking.
> Maybe I could be of service in terms of content on a few picks a day in the day trade chat rooms?  Wouldn't want any
> compensation. Thoughts?
> Hope all is well....
>
> ████

**PX 44, 4501**