**Sent:** Mon, 6 Jan 2020 14:55:40 +0000 (UTC)
**From:** "Ray Trang (Confluence)" <confluence@raging-bull.atlassian.net>
**To:** kyle@ragingbull.com
**Subject:** [Confluence] Raging Bull Wiki > Update Subscription Optout Options

RT Ray Trang **created** a page

# Update Subscription Optout Options

| Driver | Approver | Contributors | Stakeholder |
|---|---|---|---|
| | | | |

| | |
|---|---|
| **Objective** | Require BE product customers to call in or email to cancel their subscription. |
| **Due date** | January 15, 2020 if possible. |
| **Key outcomes** | Reduce rate of cancellations |
| **Status** | NOT STARTED |

## Problem Statement

Currently customers can opt out via http://app.ragingbull.com/member/subscriptions. We want to remove the functionality from the dashboard for all BE products (so this will include everything except for Bullseye Trades, Fast Five, and Jackpot Trades). As shown by the "X Cancel Subscription" link below.

"X Cancel Subscription" needs to be replaced with: "Update You Subscription"

Upon click, a prompt will also pop up that we will want to remove:

We also want to replicate the current FAQ page (https://ragingbull.com/faqs/) and update it so that it is tailored for customers wanting to make changes (potentially cancel) their subscription.

In addition, the FAQ currently looks like this:

At the top of the FAQ page (these will be two new FAQ's that sit at the top of the list) add:
"I want to make changes to my current subscription."

- If you want to make changes to your subscription, Please give us call at ___-___-____ during normal business hours (Mon-Fri, 9am- 5pm EST) or email us anytime at Support@RagingBull.com with the subject line "Update My Subscription". We will be happy to assist you.

"How do I update my payment information?"

- To ensure that you have uninterrupted access to your subscription, you can easily update your payment

information via your RagingBull.com membership dashboard.

- Go to https://app.ragingbull.com/member/subscriptions and click on "+ Manage Billing" under the subscription that you would like to update.
- If you already have the updated card on file, you can simply change it from the dropdown menu presented.
- If you need to update your payment information, select "Add a New Card" option under the card on file dropdown list.
- Once you have filled out all of the card information select "Add Card"
- Your card on file has now been updated. If you have multiple subscriptions, be sure to update this for each one that you wish to renew (the new card added will now be available in the card on file dropdown list).

*We are waiting for a dedicated number for this.

*The "05 How do I cancel the auto-renewal for my service with Raging Bull" FAQ will need to be removed from the current FAQ page.

## Scope

Must have:

- Replace "X Cancel Subscription" with "Update Your Subscription"
- Duplicate current FAQ page, add two additional FAQ's and remove one.

Nice to have:

-

Not in scope:

-

## Timeline

## Milestones and deadlines

| Milestone | Owner | Deadline | Status |
|---|---|---|---|
| | | | NOT STARTED |
| | | | |
| | | | |

## Reference materials

-

View page •
Add comment •
Like

Get notifications and comment on the go, with Confluence Cloud for mobile. Download it for iPhone or Android

Stop watching space •
Manage notifications
This message was sent by Atlassian Confluence 1000.0.0-4d2e791cef41

Confluence



**Sent:** Wed, 5 Feb 2020 15:40:38 +0000 (UTC)
**From:** "Ray Trang (Confluence)" <confluence@raging-bull.atlassian.net>
**To:** kyle@ragingbull.com
**Subject:** [Confluence] Raging Bull Wiki > Update Subscription Optout Options

There are **2 new edits** on this page

## Update Subscription Optout Options



**Ray Trang** edited this page

Here's what changed:

| Driver | Approver | Contributors | Stakeholder |
|---|---|---|---|
| Raymond Trang | | | ~~Brett~~ Bret Holmes |

~~NOT STARTED~~ Completed

| | |
|---|---|
| **Objective** | Require BE product customers to call in or email to cancel their subscription. |
| **Due date** | January 15, 2020 or by end of the month if possible. |
| **Key outcomes** | Reduce rate of opt outs |
| **Status** | |
| ~~**Status title**~~ | |

### Problem Statement

Currently customers can opt out via http://app.ragingbull.com/member/subscriptions. We want to remove the functionality from the dashboard for all BE products (so this will include everything except for Bullseye Trades, Fast Five, and Jackpot Trades). As shown by the "X Cancel Subscription" link below.

...

Go to page history

View page

Get notifications and comment on the go, with Confluence Cloud for mobile. Download it for iPhone or Android

Stop watching space •
Manage notifications
This message was sent by Atlassian Confluence 1000.0.0-6c092011a506

Confluence



**Sent:** Tue, 11 Feb 2020 15:10:49 +0000 (UTC)
**From:** "Guillaume Bourdages (Confluence)" <confluence@raging-bull.atlassian.net>
**To:** kyle@ragingbull.com
**Subject:** [Confluence] Raging Bull Wiki > Update Subscription Optout Options (project completed)

There's **1 new edit** on this page

## Update Subscription Optout Options (project completed)



**Guillaume Bourdages** edited this page

Here's what changed:

...

| | |
|---|---|
| **Objective** | Require BE product customers to call in or email to cancel their subscription. |
| **Due date** | January 15, 2020 or by end of the month if possible. |
| **Key outcomes** | Reduce rate of opt outs |
| **Status** | Completed |

## Problem Statement

Currently customers can opt out via http://app.ragingbull.com/member/subscriptions. We want to remove the functionali the dashboard for all BE products (so this will include everything except for Bullseye Trades, Fast Five, and Jackpot Tra As shown by the "X Cancel Subscription" link below.

...

*The "05 How do I cancel the auto-renewal for my service with Raging Bull" FAQ will need to be removed from the curre FAQ page.

## Scope

Must have:

- Replace "X Cancel Subscription" with "Update Your Subscription"
- Duplicate current FAQ page, add two additional FAQ's and remove one.

Nice to have:

-

Not in scope:

-

## Timeline

Roadmap Planner

| | |
|---|---|
| maplinkstimelinepagelinks | true |
| source | %7B%22title%22%3A%22Roadmap%20Planner%22%2C%22timeline%22%3A%7B%22startDate%22%3A%222018-03-15%2000%3A00%3A00%22%2C%22endDate%22%3A%222019-02-15%2000%3A00%3A00%22%2C%22displayOption%22%3A%22MONTH%22%7D%2C%22lanes%22%3A%5B%7B%22title%22%3A% 201%22%2C%22color%22%3A%7B%22lane%22%3A%22%23f6c342%22%2C%22bar%22%3A%22%23fadb8e%22%2C%22text%22 23594300%22%2C%22count%22%3A1%7D%2C%22bars%22%3A%5B%7B%22title%22%3A%22Feature%201%22%2C%22descripti A%22This%20is%20the%20first%20bar.%22%2C%22startDate%22%3A%222018-03-01%2000%3A00%3A00%22%2C%22duration%22%3A2%2C%22rowIndex%22%3A0%2C%22id%22%3A%2299880195-7faf-4b2f-ac4 a38516c4cad5%22%2C%22pageLink%22%3A%7B%7D%7D%2C%7B%22title%22%3A%22Feature%202%22%2C%22description%2 his%20is%20the%20second%20bar.%22%2C%22startDate%22%3A%222018-04-29%2018%3A11%3A20%22%2C%22duration%22%3A1%2C%22rowIndex%22%3A1%2C%22id%22%3A%22604cae13-314a-4848-b1 95d3570aa3db%22%2C%22pageLink%22%3A%7B%7D%7D%2C%7B%22rowIndex%22%3A0%2C%22startDate%22%3A%222018-0 18%2022%3A48%3A03%22%2C%22id%22%3A%22739eee1a-3ad0-4154-a8a7-d630942c1b71%22%2C%22title%22%3A%22Feature%203%22%2C%22description%22%3A%22%22%2C%22duration%22%3A1.435 4356%2C%22pageLink%22%3A%7B%7D%7D%2C%7B%22rowIndex%22%3A1%2C%22startDate%22%3A%222018-07-12%2005%3A50%3A01%22%2C%22id%22%3A%22d2721513-87bf-4ea5-9981-d3971248c8f5%22%2C%22title%22%3A%22Feature%204%22%2C%22description%22%3A%22%22%2C%22duration%22%3A1.663 6633%2C%22pageLink%22%3A%7B%7D%7D%5D%7D%2C%7B%22title%22%3A%22Lane%202%22%2C%22color%22%3A%7B%2 %3A%22%233b7fc4%22%2C%22bar%22%3A%22%236c9fd3%22%2C%22text%22%3A%22%23ffffff%22%2C%22count%22%3A1% bars%22%3A%5B%7B%22title%22%3A%22iOS%20app%22%2C%22description%22%3A%22This%20is%20the%20third%20bar.%22 artDate%22%3A%222018-04-30%2018%3A34%3A20%22%2C%22duration%22%3A2.5%2C%22rowIndex%22%3A0%2C%22id%22%3A%22b10f9e72-539a-4a31-8 746bd09d7f1e%22%2C%22pageLink%22%3A%7B%7D%7D%2C%7B%22rowIndex%22%3A1%2C%22startDate%22%3A%222018-08 02%2004%3A07%3A33%22%2C%22id%22%3A%22e329a842-d49c-4f39-83ee-4d7af06dece7%22%2C%22title%22%3A%22Android%20app%22%2C%22description%22%3A%22%22%2C%22duration%22%3A1% eLink%22%3A%7B%7D%7D%5D%7D%5D%2C%22markers%22%3A%5B%7B%22title%22%3A%22Marker%201%22%2C%22marke %3A%222018-03-15%2000%3A00%3A00%22%7D%5D%7D |
| title | Roadmap%20Planner |
| hash | fc70fa9f6be331d992f8cc1fd2ad17b7 |

h

## Milestones and deadlines

| Milestone | Owner | Deadline | Status |
|---|---|---|---|
| | | | . Status<br>title NOT STARTED |
| | | | |
| | | | |

## Reference materials

-

Go to page history

**View page**

Get notifications and comment on the go, with Confluence Cloud for mobile. Download it for iPhone or Android

Stop watching space •
Manage notifications
This message was sent by Atlassian Confluence 1000.0.0-11e909e1050d

Confluence

**From:** [redacted] <[redacted]>
**Subject:** Re: [BioTechBreakouts] Subscription
**Sent:** Thu, 28 Sep 2017 12:42:59 -0400
**Cc:** kyle@ragingbull.com, jason@ragingbull.com
**To:** Kyle Dennis <kyle@biotechbreakouts.com>

Donald:
I removed my credit card long before today. I did not make any changes on the site today…I simply took the screen shot. I DI NOT AUTHORIZE this charge. I removed my credit card info so that I wouldn't be charged and the ONLY subscription shown on the biotech Breakouts site is the one in the screen shot I sent you. If you do not refund I will contact American Express and deal with them directly. Again…the ONLY subscription that shows on the biotech breakouts site is the one in this screen shot.




I am NOT subscribed to Biotech Breakouts. ONLY Lightning alerts is in the subscription center. MY CARD WAS REMOVED LONG BEFORE TODAY SO THAT I WOULD NOT BE CHARGED.

Please refund this $299 fee.

> On Sep 28, 2017, at 12:07 PM, Donald (BioTechBreakouts Support) <kyle@biotechbreakouts.com> wrote:
>
> ##- Please type your reply above this line -##
>
> Your request (96727) has been solved. To reopen this request, reply to this email. See the latest comments below:
>
> ---
>
> **Donald** (BioTechBreakouts)
>
> Sep 28, 12:07 PM EDT
>
> ,
>
> Thanks for reaching out.
>
> This is the first record we have of you either clicking the cancel button on the website or contacting us to cancel.
>
> Your automatic renewal for Lightning Alerts has been cancelled, you will not be billed again.
>
> Your subscription will end on 2017-12-28
>
> Have a great day.
>
> Donald

[redacted]

Sep 28, 6:44 AM EDT

I did not want to renew this subscription service. I removed my credit card PRIOR to the end of my service. I DO NOT wish to be part of Biotech Breakouts/Lightning Alerts service. Please refund the $299 fee charged to my credit card. I am part of the MRM and Penny Pro Millionaire and wish to just keep these 2 services. Thank you!

[redacted] <mailto [redacted]>
[redacted] <mailto [redacted]>
[redacted]

]

Thank You for Contacting Support.

**From:** [redacted] <[redacted]>
**Sent:** Wed, 29 Aug 2018 21:39:44 -0700
**Subject:** Fwd: [BioTechBreakouts] Re: My wife just texted me and asked about a charge on...
**To:** Davis@dailyprofitmachine.com, Jeff@PennyPro.com, Nucleus <kyle@biotechbreakouts.com>, Jeff@WeeklyMoneyMultiplier.com

I thought I would send this to the other services including Kyles. I am in four services. I am asking not to renew the nucleus/biotech breakouts. I didn't realize it was renewal time. It renewed on a Saturday. Right now I can't afford it. I have paid for four servicesFrom raging bull. As I told the customer service representative that if they did not do this then I may not renew any of the other three. I also would like to know when the other three renew so if I can make a decision beforehand this won't happen again.I've enjoyed all of the services since I've joined them but now I'm starting to get really irritated and upset and frustrated and angry because this person denied my request because it was renewed on a weekendWithout me knowing.

Thank you,
[redacted]
Sent from my iPhone

Begin forwarded message:

> **From:** [redacted] <[redacted]>
> **Date:** August 28, 2018 at 11:59:48 AM PDT
> **To:** BioTechBreakouts Support <kyle@biotechbreakouts.com>
> **Subject: Re: [BioTechBreakouts] Re: My wife just texted me and asked about a charge on...**
>
> You renewed this just a few days ago on a Saturday!!!!!! You should let people know it's about to renew so they can make a decision. I am asking again to please cancel this subscription. If you don't in the next 24 hours then I will be appealing as to visa. I can't afford your services. I am also in The traders counsel, weekly money multiplier,and the option rocket Services of raging bull. If you do not kindly reverse this I will not renew any of them even though I enjoy the education. That is poor customer service. Please do not renew the nucleus that just went into affect And renewed on the weekend.So I don't have this problem again can you also tell me when the three other services are going to be charged/renewed- that way I can at least make a decision right before that time whether I can afford it or not...thank you! [redacted] I'm trying to be nice about this but I'm now starting to get frustrated and that's why I would not renew - just out of spite...It would be better to honor my request and then you would get my money from one or two of the other services if I decide to renew them. Good grief
>
> Sent from my iPhone
>
> On Aug 28, 2018, at 11:31 AM, Crystal (BioTechBreakouts Support) <kyle@biotechbreakouts.com> wrote:
>
> > ##- Please type your reply above this line -##
> >
> > Your request (187021) has been solved. To reopen this request, reply to this email. See the latest comments below:
> >
> > ---
> >
> > **Crystal** (BioTechBreakouts)
> >
> > Aug 28, 2:31 PM EDT
> >
> > [redacted],

When you purchased our service we advertised it as an auto-renewing subscription unless you canceled the recurring billing feature prior to renewal.

You failed to do so, so an authorized renewal was made.

While we don't issue refunds for late cancellations, we will make sure you are not charged again and will allow your current term to finish.

Sincerely,

Crystal

---

[redacted]

Aug 27, 7:29 PM EDT

That's not what I asked. This was just renewed on Saturday. I didn't know the renewal is coming up. No one ever let me know. I don't want to continue through February. I want my money back. Is that possible. I had no idea the renewal was going to occur on a Saturday. If not I'm just going to ask visa to take that off my account. I didn't even know it was going to occur.I don't want to renew for another six months I can't afford it right now Thanks, [redacted]

Sent from my iPhone

---

**Crystal** (BioTechBreakouts)

Aug 27, 4:17 PM EDT

[redacted]

We have canceled your future renewal with BioTechBreakouts and are sad to see you go. Your subscription will expire at the end of your current term on February 25, 2019. You will not be billed again unless you re-activate your subscription via the website.

Sincerely,

Crystal

[redacted]

Aug 27, 3:51 PM EDT

My wife just texted me and asked about a charge on our Visa. It must be the renewal for biotech breakout and the Nucleus. We do not want to renew. Can we get that reimbursed. If not I'm going to call Visa and tell them I don't want it so we can get it taken off. If we don't hear from you in 24 hours I will just call Visa. I guess it went on our statement on Saturday. It's a great service but at this time I can't afford it. Thank you, [redacted]

Sent from my iPhone

]

Thank You for Contacting Support.

**From:** Marvin Chacon <marvin@ragingbull.com>
**Sent:** Tuesday, August 1, 2017 9:47 PM
**To:** Kyle Dennis
**Cc:** Jeff Bishop; Anthony Bell; Jordan Reyna
**Subject:** Marvin Invoice
**Attachments:** July 2017.docx

Hi guys,

Please see attached invoice for July.

Thanks,

--
Marvin Chacon

**Marvin Chacon**



# INVOICE

INVOICE #002
8/1/17

**TO:**
Jeff Bishop
Raging Bull
835 E. Lamar Blvd. 263
Arlington, TX 76011

**FOR:**
July 2017 Billing

| DESCRIPTION |
|---|
| |
| Send out Watch lists (Whole Month) |
| Announcement email – 7/6/17 |
| Top 5 reasons to get Nucleus Email |
| Maintain Testimonial Page |
| Post watch lists on website |
| Upload and post Shorting Video |
| Email Shorting Video |
| Joined Lightning Alerts email |
| 2 week hold email |
| Testimonial Email 1 |
| Testimonial Email 2 |
| $4,500 profit in one day |
| Free Video + Free Webinar = $$ email |
| Testimonial Email prep – and sending of emails |
| Carl's corner video upload and email |
| Weekend Homework email |
| Free Video Lesson – How to trade email |
| Send out tweets |
| Upload and send Keith's webinar to the Lists |
| Subscription email research. |
| |
| **Total: $3,000** |
| |
| |

Make all checks payable to Marvin Chacon

**From:** [redacted]
**Sent:** Friday, September 1, 2017 11:50 AM
**To:** Jeff Bishop; Kyle Dennis
**Cc:** Nathan Stavseth; Jordan Reyna; Matthew Watabe
**Subject:** Marvin Chacon - 8/2017 Invoice
**Attachments:** August 2017.docx

Hi guys,

Here's my invoice for 8/2017.

best,

Marvin Chacon

**Marvin Chacon**

# INVOICE



INVOICE #004
9/1/17

**TO:**
Jeff Bishop
Raging Bull
835 E. Lamar Blvd. 263
Arlington, TX 76011

**FOR:**
August 2017 Billing

| DESCRIPTION |
|---|
| |
| Send out Watch lists (Whole Month) |
| Webinar Announcement – 8/3/17 |
| Rights Offering Webinar Link and Announcement |
| Maintain Testimonial Page |
| Post watch lists on website |
| Webinar Link and Upload 8/4/17 |
| Crucial Weekend Homework email |
| Don't wait for opportunity. Create it. |
| Please Don't do this email |
| Nucleus Exclusive webinar email |
| Quit your Whining |
| These profits are Indisputable email |
| Market Talk webinars |
| All good things must come to an end |
| Level 2 Nucleus upload and email |
| Fire Sale- Nucleus |
| 7 Figure Opportunity |
| I am closing up shop |
| Upload and send Keith's webinar to the Lists |
| $1 sale emails |
| |
| **Total: $3,000** |
| |
| |

Make all checks payable to Marvin Chacon

**From:** [redacted]
**Sent:** Monday, October 2, 2017 12:52 PM
**To:** Jordan Reyna
**Cc:** Jeff Bishop; Anthony Bell; Kyle Dennis
**Subject:** Re: Marvin Chacon 9/2017 Invoice
**Attachments:** September 2017.docx

Sorry about that. See attachment.

On Mon, Oct 2, 2017 at 9:48 AM, Jordan Reyna <jordan@ragingbull.com> wrote:

> Marvin,
>
> I think the attachment got left off. Do you mind resending?
>
> Jordan
>
> On Mon, Oct 2, 2017 at 9:34 AM, [redacted] . [redacted] wrote:
>
>> Hi all,
>>
>> Here is my invoice for September 2017.
>>
>> Cheers,
>>
>> Marvin Chacon

**Marvin Chacon**

# INVOICE



INVOICE #005
10/2/17

**TO:**
Jeff Bishop
Raging Bull
835 E. Lamar Blvd. 263
Arlington, TX 76011

**FOR:**
September 2017 Billing

| DESCRIPTION |
|---|
| |
| Send out Watch lists (Whole Month) |
| Nucleus emails – What videos to watch |
| Sales emails – 1 million in profits |
| Maintain Testimonial Page |
| Post watch lists on website |
| Important lesson email- Keith |
| Broke 3 million career profit emails |
| Following this daily routine |
| E Book email |
| Weekend Homework |
| What is a stock Warrant email? |
| Imagine what we can do together |
| Time is running out email |
| Urgent Nucleus email |
| Alex joined nucleus |
| Find out why people love nucleus |
| The door is closing on this deal |
| |
| |
| |
| |
| **Total: $3,000** |
| |
| |

Make all checks payable to Marvin Chacon

**From:** [redacted]
**Sent:** Wednesday, November 1, 2017 1:12 AM
**To:** Jeff Bishop; Jordan Reyna
**Cc:** Kyle Dennis
**Subject:** Marvin Chacon - October 2017 Invoice
**Attachments:** October 2017.docx

Hi guys,

Here is my invoice for October 2017.

Best,

Marvin Chacon

**Marvin Chacon**

# INVOICE



INVOICE #006
11/1/17

**TO:**
Jeff Bishop
Raging Bull
835 E. Lamar Blvd. 263
Arlington, TX 76011

**FOR:**
October 2017 Billing

| DESCRIPTION |
| --- |
| |
| Send out Watch lists (Whole Month) |
| Nucleus emails Sales Emails |
| Lightning Alerts Sales Emails |
| Maintain Testimonial Page |
| Post watch lists on website |
| Keith emails |
| Million Dollar Mission Daily Blog |
| Video Uploads |
| Youtube Page- Raging Bull |
| Gather Testimonials |
| Add Videos to youtube page |
| MDM – Calendar |
| Add Twitter Posts |
| MasterClass Emails |
| Answer Emails |
| |
| |
| |
| |
| |
| |
| **Total: $4,500** |
| |
| |

Make all checks payable to Marvin Chacon

**Sent:** Fri, 11 Aug 2017 06:55:05 -0700
**Subject:** Re: Updated 0717 Kyle Distribution
**From:** Kyle Dennis <kyle@ragingbull.com>
**To:** Jeff Bishop <jeff@ragingbull.com>
**Cc:** Jordan Reyna <jordan@ragingbull.com>, Anthony Bell <anthony@ragingbull.com>, Matthew Watabe <matthew@ragingbull.com>

Thanks. We should have enough sales next month to cover his salary and deduction because of the renewals from the $49 trial.

On Fri, Aug 11, 2017 at 6:05 AM, Jeff Bishop <jeff@ragingbull.com> wrote:

This was my fault, and I didn't even think about it until you brought it up. Keith should be paid on "net of expenses" for LA not on gross sales. His own salary should certainly be included in that figure.

Let's catch up on this next month, and I'll let Keith know to expect a deduction then to compensate for this.

On Fri, Aug 11, 2017 at 1:44 AM, Kyle Dennis <kyle@ragingbull.com> wrote:

Thanks Jordan and team!
Can you break down Keith's July commission for me? I know we only sold about $7K in Lighting Alerts sales in July. And then subtracting his salary of 10K, not sure how a commission would be paid after expenses unless a ton of his members bought Catalyst Swing or Nucleus (which doesn't seem right because we only sold $11K of that in this month). A bit confused on that front.

Also, every payment period I end up having some sort of question. Nothing personal my friend, just when it comes to these things I like knowing what's going on.

Thanks in advance!

--Kyle

On Thu, Aug 10, 2017 at 1:40 PM, Jordan Reyna <jordan@ragingbull.com> wrote:

Kyle,
Payment delivery by 8/15/2017.

Thanks,

Jordan

On Wed, Aug 9, 2017 at 9:40 AM, Anthony Bell <anthony@ragingbull.com> wrote:

Hey Kyle, sorry for the delay. Here is your commission below. We had to make a few adjustments for to accommodate for Keith's June and July commission.
Please let me know if you have any questions.

Thank you - AB

| | Kyle Commission | | | |
|---|---|---|---|---|
| | **RB BTB 0717** | **RB LA 0717** | | |
| | *BTB* | *LA* | | |
| *Jul 2017* | $11,178.00 | $11,316.00 | | |
| *July BofA CC* | -$368.26 | $135.61 | *ADJ June Bank CC from 3LA* | |
| *July Comms* | -$399.50 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| *Affiliate Emp internal* | | -184.86 | | | | |
| *Marvin July* | | -$3,000.00 | | | | |
| *Ketih Kern July paid in Aug* | | -$10,000.00 | | | | |
| *Keith Kern LA Com Beg - June* | | | | -$765.88 | June Comm | |
| *Keith Kern LA Com July* | | | | -$2,188.64 | | |
| *Total* | | -$2,774.62 | | $8,497.09 | | |
| | | -$915.62 | | $2,804.04 | | |
| | *Kyle 33%* | | | | | |
| | **Kyle** | **$1,888.42** | | | | |

**Sent:** Wed, 21 Mar 2018 09:30:43 -0700
**Subject:** Fwd: 2nd batch of videos
**From:** Kyle Dennis <kyle@ragingbull.com>
**To:** Marvin Chacon <marvin@ragingbull.com>

---------- Forwarded message ----------
From: **Jeanpaul Isaacs** [REDACTED]
Date: Mon, Feb 12, 2018 at 1:05 PM
Subject: Re: 2nd batch of videos
To: Nathan Stavseth <nate@ragingbull.com>
Cc: Jeff Bishop [REDACTED], Jason Bond [REDACTED], Kyle Dennis <kyle@ragingbull.com>, Jordan Reyna <jordan@ragingbull.com>

Here it is:

100% revised
**Testimonials**

https://drive.google.com/drive/folders/1ZQJqnthC-HRJf-BgZpETBrWiL7JfWe67?usp=sharing

**Summit Video**

https://drive.google.com/open?id=1tcwoyV1TuttkzapauW3uTRWS8Vx2pSL9

.

On Mon, Feb 12, 2018 at 2:10 PM, Nathan Stavseth <nate@ragingbull.com> wrote:

Let me know when these are all 100% revised

On Mon, Feb 12, 2018 at 11:44 AM, Nathan Stavseth <nate@ragingbull.com> wrote:

Sweet thanks again man!

On Mon, Feb 12, 2018 at 11:38 AM, Jeanpaul Isaacs [REDACTED] wrote:

Couple couple video still uploading, it will be up in an hour or so but same link!

Sent from my iPhone

On Feb 12, 2018, at 11:01 AM, Nathan Stavseth <nate@ragingbull.com> wrote:

Thanks man.
Also were changes made to the couple video? It looks the same

On Mon, Feb 12, 2018 at 9:39 AM, Jeanpaul Isaacs [REDACTED] wrote:

Ahh thank you for your eyes Nate.
Will fix it today.

Sent from my iPhone

On Feb 12, 2018, at 8:50 AM, Nathan Stavseth <nate@ragingbull.com> wrote:

Looking great JP! The story video, for the testimonials, the first one should be [redacted] (says Keith now) and [redacted] is the spelling for that last guy in it. Thanks man!

On Mon, Feb 12, 2018 at 12:39 AM, Jeanpaul Isaacs [redacted] wrote:

Hey guys!
Here is link to final video (Summit Recap) on my end as well as revised testimonials!

**Kyle Summit Video**

https://drive.google.com/open?id=1qmQdlsGUupgE4nAURPoiEP8zVCJge9e2

**Testimonials**

https://drive.google.com/open?id=1ZQJqnthC-HRJf-BgZpETBrWiL7JfWe67

On Mon, Feb 5, 2018 at 12:39 PM, Jeanpaul Isaacs [redacted] wrote:

Sounds good!

Sent from my iPhone

On Feb 5, 2018, at 12:31 PM, Nathan Stavseth <nate@ragingbull.com> wrote:

Couple Video Notes:
Same thing for the beginning. 2:17 she talks about traveling the country in an RV and how being able to trade and travel is so awesome. That should be the focus there

On Mon, Feb 5, 2018 at 12:28 PM, Nathan Stavseth <nate@ragingbull.com> wrote:

JP,
Keith's video notes: Around the 4:00 mark, he says "End of 2017 to beginning of 2018, I took a $25k account and turned it into $84k"

This is what I think should replace the beginning. Something to draw their attention in. Right now, it just kind of takes too long to get into the meat of it.

On Thu, Feb 1, 2018 at 3:04 PM, Nathan Stavseth <nate@ragingbull.com> wrote:

I might go through these and timestamp them. I just watched a little of Keith's and know it can deliver better

On Thu, Feb 1, 2018 at 2:00 PM Jeff Bishop [redacted] wrote:

Can you upload these to youtube or vimeo so I can watch them easier?

****
[redacted]

On Wed, Jan 31, 2018 at 9:17 AM, Jeanpaul Isaacs [redacted] wrote:

Hey guys!
Here is link to testimonials:

https://drive.google.com/open?id=1ZQJqnthC-HRJf-BgZpETBrWiL7JfWe67

Working on kyle conference recap video now
.

On Mon, Jan 29, 2018 at 8:04 PM, Jeanpaul Isaacs [redacted] wrote:

Yeah exactly! One on your face and one in the background. Both out of frame. Ideally you use the light coming out the window to light one side of your face and the other with the light you bought

Sent from my iPhone

On Jan 29, 2018, at 11:50 AM, Jason Bond [redacted] wrote:

Great thanks. So Most of my shots are me sitting facing my computers with the bookshelf and fireplace in the backdrop - would i put the lights behind the desk pointing at me and the backdrop?

On Mon, Jan 29, 2018 at 11:47 AM, Jeanpaul Isaacs [redacted] wrote:

Hey Jason!
This will prolly do the job for lighting yourself in office.

https://www.bhphotovideo.com/c/product/1259245-REG/savage_led_sb_led_portrait_kit.html

Sent from my iPhone

On Jan 28, 2018, at 7:11 PM, Jason Bond [redacted] wrote:

JP, can you recommend a lighting kit I could use in my office to improve my video?

On Tue, Jan 23, 2018 at 3:32 PM, Jeff Bishop

[REDACTED] wrote:

These are great!

Thanks JP.

Let's get these puppies running on YT and FB Nate to start playing with them.

On Tue, Jan 23, 2018 at 1:51 PM Jeanpaul Isaacs [REDACTED] wrote:

Hey guys,
Attached below is second batch of videos.

**Jason Bond Picks Videos**

https://drive.google.com/open?id=14yyhUbCDpVLFRPUtaOHXhKh6ga4E0zaE

https://drive.google.com/open?id=1gQP_h-N3O-H313rqFN1A9Du608iRZwFO

Working on testimonial videos and kyle event video now.

Cheers!
.

On Tue, Jan 23, 2018 at 1:50 PM, Jeanpaul Isaacs [REDACTED] wrote:

--
[REDACTED]