UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**FEDERAL TRADE COMMISSION**,

    Plaintiff,

v.

**RAGINGBULL.COM, LLC**, et al.,

    Defendants.

Case No. 1:20-cv-3538

**PLAINTIFF'S EMERGENCY MOTION TO UNSEAL CERTAIN DOCUMENTS**

Plaintiff, the Federal Trade Commission ("FTC") requests the Court unseal the following materials on the docket. The FTC requests this relief on an emergency basis to ensure the listed documents may be used without limitation at the hearing scheduled for February 5, 2021.

**TABLE 1: DOCUMENTS TO UNSEAL**

| Docket Number | Description |
| --- | --- |
| ECF No. 119-1 | Unredacted Plaintiff's Opposition to Defendants' Motions for Defense Costs and Living Expenses |
| ECF No. 119-2 | Unredacted PX 31, Declaration of Roshni Agarwal |
| ECF No. 119-3 | Unredacted PX 30 Att. B |
| ECF No. 150-1 | Unredacted FTC's Reply Memorandum in Further Support if Its Motion for Preliminary Injunction |
| ECF No. 150-2 | Unredacted PX 42, Second Declaration of Emil George |
| ECF No. 150-3 | Unredacted PX 44, Fifth Declaration of Reeve Tyndall, Attachment P |
| ECF No. 150-4 | Unredacted PX 44, Fifth Declaration of Reeve Tyndall, Attachment S |
| ECF No. 150-5 | Unredacted PX 44, Fifth Declaration of Reeve Tyndall, Attachment U |
| ECF No. 150-6 | Unredacted PX 44, Fifth Declaration of Reeve Tyndall, Attachment W |
| ECF No. 150-7 | Unredacted PX 45, Rebuttal Report of Prof. Russell R. Wermers |

The Court temporarily sealed these documents on January 25, 2021, ECF No. 138, and January 29, 2021, ECF No. 153, following requests by the FTC. ECF Nos. 118, 119, 149, 150. Under the Court's order, the deadline to file a motion for a protective order for the documents

attached to ECF 119, should any party or non-party have wished to retain these or the other sealed documents under seal beyond the limited duration of the order, was January 29, 2021. The equivalent deadline for those documents attached to ECF No. 150 was noon on February 1, 2021. No party requested the documents listed above be retained under seal. The deadlines having now passed, the FTC requests the Court direct the Clerk's office to unseal the above listed documents. A proposed order is attached.

Respectfully submitted,

Dated: February 2, 2021

   */s/ Gordon E. Sommers*
Colleen Robbins (D. Md. Temp Bar No. 92567)
Sung W. Kim (D. Md. Temp Bar No. 814609)
Gordon E. Sommers (D. Md. Temp. Bar No. 814431)
Laura C. Basford (D. Md. Temp. Bar No. 814888)
Federal Trade Commission
600 Pennsylvania Ave., NW
Mailstop CC-8528
Washington, DC 20580
(202) 326-2548; crobbins@ftc.gov
(202) 326-2211; skim6@ftc.gov
(202) 326-2504; gsommers@ftc.gov
(202) 326-2343; lbasford@ftc.gov
(202) 326-3395 (Facsimile)

*Attorneys for Plaintiff*
*Federal Trade Commission*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 2, 2021, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send a notice of electronic filing to counsel of record for Defendants.

                                        */s/ Gordon E. Sommers*
                                        Gordon E. Sommers