IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v.   )<br>)<br>RAGINGBULL.COM, LLC f/k/a )<br>LIGHTHOUSE MEDIA LLC, et al., )<br>)<br>Defendants. )<br>) | Case No. 1:20-cv-03538 - GLR |

**JOINT NOTICE OF PARTIES**
**PURSUANT TO THE COURT'S FEBRUARY 4, 2021 ORDER (DKT. 165)**

Pursuant to the Court's February 4, 2021 Order (Dkt. 165), the Parties submit the following notice:

1. The Parties have agreed to the following deadlines with respect to the briefing on Defendant RagingBull.com, LLC's proposed business plan:

   - Defendant RagingBull.com, LLC shall file its brief describing its business plan on or before February 19, 2021;

   - The Federal Trade Commission and the Temporary Receiver shall file their responses on or before March 2, 2021; and

   - Defendant RagingBull.com, LLC shall file its reply on or before March 9, 2021.

2. The Parties additionally propose that the Court schedule the Preliminary Injunction hearing for Friday, March 19, 2021.

3. Pursuant to the Court's statement (Dkt. 165, n.1) that it is willing to refer the matter to a U.S. Magistrate Judge to assist in the efforts of the Parties to work collaboratively regarding whether and how Raging Bull can lawfully and profitably operate the business, the FTC convened a conference call with the Parties on February 9, 2021. Defendant RagingBull.com, LLC requests

a referral to a Magistrate Judge. Defendant Kyle Dennis does not object to this request. The FTC does not consent to this request.

Dated: February 9, 2021                                    Respectfully submitted,

By: /s/ *Gordon E. Sommers*
Colleen Robbins (D. Md. Temp Bar No. 92567)
Sung W. Kim (D. Md. Temp Bar No. 814609)
Gordon E. Sommers (D. Md. Temp. Bar No. 814431)
Laura C. Basford (D. Md. Temp. Bar No. 814888)
Federal Trade Commission
600 Pennsylvania Ave., NW
Mailstop CC-8528
Washington, DC 20580
(202) 326-2548; crobbins@ftc.gov
(202) 326-2211; skim6@ftc.gov
(202) 326-2504; gsommers@ftc.gov
(202) 326-2343; lbasford@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

By: /s/ *Matthew L. Schwartz*
Matthew L. Schwartz
John T. Zach
Sabina Mariella
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, New York
Tel.: (212) 446-2300
E-mail: mlschwartz@bsfllp.com
jzach@bsfllp.com
smariella@bsfllp.com

Jonathan Shaw (Bar No. 11328)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave, NW
Washington, DC 20005
Tel: 202 274 1123
E-mail: jshaw@bsfllp.com

Brian Levin
Levin Law, P.A.
2665 South Bayshore Drive Penthouse 2B

By: /s/ *David G. Barger*
David G. Barger (DCB# 469095)
Greenberg Traurig LLP
1750 Tysons Blvd.
Suite 1200
McLean, VA 22102
Tel: (703) 749-1300
Email: bargerd@gtlaw.com

Andrew G. Berg (admitted *pro hac vice*)
2101 L Street, N.W.
Suite 1000
Washington DC 20037
Tel: (202) 331- 3100
Email: berga@gtlaw.com

Miriam G. Bahcall (admitted *pro hac vice*)
Brett M. Doran (admitted *pro hac vice*)
Greenberg Traurig, LLP
77 West Wacker Drive
Suite 3100
Chicago, IL 60601
Tel: (312) 476-5135
Email: bahcallm@gtlaw.com
Email: doranb@gtlaw.com

*Attorneys for Defendants RagingBull.com, LLC, Jeffrey M. Bishop, Jason Bond, Sherwood Ventures, LLC and Jason Bond, LLC*

By: /s/ *Meghan K. Casey*
Mark S. Saudek (Fed. Bar #23963)
Meghan K. Casey (Fed. Bar #28958)
GALLAGHER EVELIUS & JONES LLP
218 North Charles Street, Suite 400
Baltimore, MD 21201
phone (410) 727-7702
fax (410) 468-2786

2

Miami, Florida 33133
Tel: (305) 539-0593
E-mail: brian@levinlawpa.com

*Counsel for Defendants Kyle W. Dennis, Winston Corp., and Winston Research Inc*

msaudek@gejlaw.com
mcasey@gejlaw.com

*Counsel to Court-appointed Temporary Receiver Peter E. Keith*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of February 2021 a true and accurate copy foregoing Joint Notice of Parties Pursuant to the Court's February 4, 2021 Order (Dkt. 165), was properly served on all parties through the ECF system.

/s/ *Brett Doran*