# ATTACHMENT B

| | RagingBull.com, LLC | | | |
|---|---|---|---|---|
| | Forecast Balance Sheets | | | |
| | As of the Twelve Months Ending | | | |
| | February 29, 2024 | February 28, 2023 | February 28, 2022 | February 28, 2021 |
| **ASSETS** | | | | |
| Current Assets | | | | |
|   Cash | $ 88,175,564 | $ 46,981,804 | $ 16,979,115 | $ 9,060,469 |
|   Accounts receivable | - | - | - | 2,125,084 |
|   Investments | 1,315,297 | 1,315,297 | 1,315,297 | 1,315,297 |
|   Other current assets | 318,166 | 318,166 | 318,166 | 318,166 |
|   Prepaid expenses | 168,422 | 168,422 | 168,422 | 168,422 |
|   Trading securities | 50,157 | 50,157 | 50,157 | 50,157 |
| | 90,027,606 | 48,833,846 | 18,831,157 | 13,037,595 |
| Fixed Assets | | | | |
|   Fixed Assets | 329,488 | 279,488 | 229,488 | 179,488 |
|   Less: Accumulated Depreciation | (172,645) | (129,645) | (96,645) | (73,645) |
| | 156,843 | 149,843 | 132,843 | 105,843 |
| Other Assets | | | | |
|   Intangible Assets - Other | 1,570,369 | 1,570,369 | 1,570,369 | 1,570,369 |
|   Accumululated Amortization | (1,570,369) | (1,570,369) | (1,254,145) | (627,457) |
| | - | - | 316,224 | 942,912 |
| | | | | |
|   Other asset | 16,375 | 16,375 | 16,375 | 16,375 |
| **TOTAL ASSETS** | $ 90,200,824 | $ 49,000,064 | $ 19,296,599 | $ 14,102,725 |
| | | | | |
| **LIABILITIES & EQUITY** | | | | |
| Current Liabilities | | | | |
|   Accounts payable | $ - | $ - | $ - | $ 1,296,820 |
|   Accrued expenses | 3,375,791 | 3,375,791 | 3,375,791 | 3,186,550 |
|   Credit Card Payable | 763,679 | 763,679 | 763,679 | (24,522) |
|   Deferred Revenue | 40,723,627 | 32,489,040 | 22,587,249 | 65,364,511 |
|   Short-term loans | - | - | - | 1,144,842 |
| | 44,863,097 | 36,628,510 | 26,726,719 | 70,968,201 |
| | 44,863,097 | 36,628,510 | 26,726,719 | 70,968,201 |
| Long Term Liabilities | | | | |
|   Notes payable-Sherwood Ventures | - | - | - | 84,507 |
| | | | | |
| Members' Equity | | | | |
|   Members Equity | (31,473,349) | (31,473,349) | (31,473,349) | (31,473,349) |
|   Retained Earnings | 43,844,903 | 24,043,229 | (29,954,076) | (25,476,634) |
|   Net Income | 32,966,173 | 19,801,674 | 53,997,305 | - |
| | 45,337,727 | 12,371,554 | (7,430,120) | (56,949,983) |
| **TOTAL LIABILITIES & EQUITY** | $ 90,200,824 | $ 49,000,064 | $ 19,296,599 | $ 14,102,725 |

| RagingBull.com, LLC | | | |
|---|---|---|---|
| Forecast Income Statements | | | |
| For the Twelve Months Ending | | | |
| | February 29, 2024 | February 28, 2023 | February 28, 2022 |
| Net Sales | $54,165,413 | $38,098,209 | $68,977,262 |
| Cost of Goods Sold | | | |
|    Affiliate expenses | 283,872 | 278,306 | 272,849 |
|    Email distribution expense | 302,323 | 296,395 | 290,583 |
|    Internet hosting | 44,006 | 43,143 | 42,297 |
|    Website expense | 140,926 | 138,163 | 135,454 |
|    Credit Card Fees | 1,784,640 | 1,372,800 | 749,320 |
| Cost of Goods Sold | 2,555,767 | 2,128,807 | 1,490,503 |
| Gross Profit | 51,609,646 | 35,969,402 | 67,486,759 |
| | | | |
| Operating Expenses | | | |
|    Advertising | 6,671,232 | 5,559,360 | 4,632,797 |
|    Compliance | 720,000 | 720,000 | 920,000 |
|    Charity | 25,000 | 25,000 | 25,000 |
|    Computer expense | 126,551 | 124,070 | 121,637 |
|    Amortization expense | - | 316,224 | 626,688 |
|    Depreciation expense | 43,000 | 33,000 | 23,000 |
|    Dues & subscriptions | 259,474 | 254,386 | 249,398 |
|    Education expense | 6,795 | 6,662 | 6,531 |
|    Meals & entertainment | 218,400 | 168,000 | 91,700 |
|    Research & development | 7,688 | 7,537 | 7,389 |
|    Insurance | 53,727 | 44,773 | 37,310 |
|    Legal & professional fees | 960,000 | 960,000 | 1,200,000 |
|    Administrative fees | 1,000 | 1,000 | 1,000 |
|    Office expense | 101,741 | 99,746 | 97,790 |
|    Parking & tolls | 2,289 | 1,610 | 2,915 |
|    Payroll expense | 7,344,000 | 6,120,000 | 5,100,000 |
|    Shipping & delivery | 8,778 | 6,174 | 11,179 |
|    Stationary & printing | 10,130 | 7,125 | 12,900 |
|    Subcontractors | 275,477 | 193,761 | 350,807 |
|    Recruiting | 167,061 | 117,505 | 20,000 |
|    Supplies | 24,267 | 17,069 | 30,903 |
|    Taxes & licenses | 118 | 83 | 150 |
|    Telephone | 5,020 | 4,922 | 4,825 |
|    Travel | 720,400 | 506,706 | 200,000 |
|    Utilities | 54,301 | 53,236 | 52,192 |
|    Web development | 786,124 | 770,710 | 755,598 |
|    Facility related expense | 45,000 | 45,000 | 45,000 |
|    Miscellaneous | 6,161 | 4,333 | 7,846 |
| Total Operating Expenses | 18,643,734 | 16,167,992 | 14,634,555 |
| | | | |
| Operating Profit | 32,965,912 | 19,801,410 | 52,852,204 |
| Other Income/Expense | | | |
|    Interest income | 261 | 264 | 259 |
|    Other income-PPP Loan Forgiveness | - | - | 1,144,842 |
| Total other income (expenses) | 261 | 264 | 1,145,101 |
| | | | |
| Net Income | $32,966,173 | $19,801,674 | $53,997,305 |

2

| | | |
|---|---|---|
| RagingBull.com, LLC | | |
| Statement of Forecast Assumptions | | |
| | Type of Expense | Assumption Description |
| Net Sales | | Based on Subscription Revenue Projections. Revenue is recognized over 15 months beginning with prior subscriptions in the first month and new revenue starting in June based on prior subscription history |
| Cost of Goods Sold | | |
|    Affiliate expenses | Fixed | Management estimate based on trailing twelve months with a yearly 2% inflationary increase |
|    Email distribution expense | Fixed | Management estimate based on prior years with a yearly 2% inflationary increase |
|    Internet hosting | Fixed | Management estimate based on prior years with a yearly 2% inflationary increase |
|    Website expense | Fixed | Management estimate based on trailing twelve months with a yearly 2% inflationary increase |
|    Credit Card Fees | Variable | Based on historic percentage of cash sales of 2.86% |
| Operating Expenses | | |
|    Advertising | Fixed | Based on Advertising Projections, starting with $250K in April 2021, then increasing 10% per month and a 20% increase in in 2023 and 2024 |
|    Compliance | Fixed | In year one a compliance study will be done which was quoted @ $200k, plus the hire of 5 members for compliance team @$60k per month. Years two and three 5 compliance team members @ $60k per month |
|    Charity | Fixed | Estimated costs by management |
|    Computer expense | Fixed | Management estimate based on prior years with a yearly 2% inflationary increase |
|    Amortization expense | Fixed | GAAP Amortization based on straight line on previously purchased assets |
|    Depreciation expense | Fixed | Straight on previously purchased assets, plus straight line depreciation on $50,0000 office equipment purchases in each year based management assumptions for capital expenditures |
|    Dues & subscriptions | Fixed | Management estimate based on prior years with a yearly inflationary 2% inflationary increase |
|    Education expense | Fixed | Management estimate based on prior years, plus 2% inflationary increase |
|    Meals & entertainment | Variable | Based on historic percentage of cash sales for 2017 and 2018, amounted to .35% |
|    Research & development | Fixed | Management estimate based on prior years with a yearly 2% inflationary increase |
|    Insurance | Variable | Based on trailing twelve months percentage of payroll, amounted to .73% |
|    Legal & professional fees | Fixed | Management received estimates from counsel, year one will be $100k per month, $80k per month for the next two years |

3

| | | |
|---|---|---|
| Administrative fees | Fixed | Management estimate based on prior years |
| Office expense | Fixed | Estimated to be approximately $8,150 per month in the first year, then increasing by 2% inflationary amount |
| Parking & tolls | Variable | Based on Trailing Twelve Months Percentage of sales, amounted to .004% |
| Payroll expense | Variable | Management estimates $350,000 per month for March 1, 2021 through May31, 2021 and then $450,000 from April 1, 2021 through February 28, 2022, payroll is then expected to increase in year two to $510k per month, and in year three $612k per month |
| Shipping & delivery | Variable | Based on Trailing Twelve Months Percentage of sales, amounted to .02% |
| Stationary & printing | Variable | Based on Trailing Twelve Months Percentage of sales, amounted to .02% |
| Subcontractors | Variable | Based on Trailing Twelve Months Percentage of sales, amounted to .51% |
| Recruiting | Variable | Management estimated cost for the first year, then based on Trailing Twelve Months Percentage of sales, amounted to .31% |
| Supplies | Variable | Based on Trailing Twelve Months Percentage of sales, amounted to .04% |
| Taxes & licenses | Fixed | Management estimate based on prior years |
| Telephone | Fixed | Management estimate based on prior years |
| Travel | Variable | $200,000 in year 1, then management estimates percentage of sales which amounts to 1.33% |
| Utilities | Fixed | Management estimate based on prior years plus annual 2% inflationary increase |
| Web development | Fixed | Management estimates the cost to be 60% of TTM Costs, then increasing by 2% each year |
| Facility related expense | Fixed | Based on Current Lease Obligations |
| Miscellaneous | Variable | Based on Trailing Twelve Months Percentage of sales, amounted to .01% |
| Interest income | | Management estimate based on prior years |
| Other income-PPP Loan Forgiveness | | Management estimates PPP Loan is forgiven |
| | | |

4