IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. GLR-20-3538 |
| | * | |
| RAGINGBULL.COM, LLC, et al., | * | |
| Defendants. | * | |

\*\*\*\*\*

**<u>ORDER</u>**

Upon consideration of Defendant Kyle W. Dennis's Emergency Motion for a Protective Order and the opposition thereto, is it this 25th day of February, 2021, hereby:

ORDERED that Mr. Dennis's Emergency Motion for a Protective Order (ECF No. 171) is DENIED;

IT IS FURTHER ORDERED that Mr. Dennis's requests to quash the deposition notice and to conduct reciprocal discovery are DENIED;

IT IS FURTHER ORDERED that the deposition will be limited to three (3) hours and may address ongoing and historical business transactions to the extent Mr. Dennis anticipates raising this issue as part of his testimony at the preliminary injunction hearing; and

IT IS FURTHER ORDERED that the Federal Trade Commission's Motion for Leave to File Surreply (ECF No. 181) is DENIED.

/s/
_____
George L. Russell, III
United States District Judge