# Exhibit 8



**Routine Wealth**
Sponsored · 🌐

A mysterious 18-digit code, hiding in plain sight, is unlocking the inner workings of banks and hedge funds...

Millennial trader Andrew Keene took these codes and built a system turned a small nest egg into a comfortable retirement - in the middle of the '08 crisis.

Watch his full video now to see how he does it. ⬇️⬇️⬇️



# "How I Learned to Beat EVERYONE!"

"Thanks to a private Zoom call every Wednesday, Thursday, and Friday, I've learned how to make more money in *24 minutes* than my husband can in a week."





## MY AWAKENING...

I'm a wife, part-time hair stylist, and stay-at-home mom, but thanks to a private Zoom call every Wednesday, Thursday, and Friday... I've learned how to make more money in 24 minutes than my husband can in a week.

RB Exhibit 8_002

## DOWNLOAD ZOOM, AND YOU CAN DO THIS

- No experience required
- Anyone can participate (no screening)
- Big money in a matter of minutes
- 29% average gains
- 91% win rate
- 24-minute average wait time
- Easy setup and execution
- One click on your smartphone
- Highly effective; minimal risk
- In and out as quickly as possible
- Automated process (zero stress)
- Extra cash (multiple times a week)

Copyright - 2020 Money Map Press, LLC. Legal Notices: In order to ensure that you are utilizing the provided information and products appropriately, please be sure to visit Money Map Press' disclaimer and privacy policy pages.

7:18

**Randy Lindsey** 12:01 AM

to me ⌄



Hi ,

Oh man, do I have a treat for you.

When I first heard about this guy and the money he makes trading Oil Futures, I just knew that I had to get him in front of my readers.

Honestly, this is one of the simplest and most effective trading strategies I've ever seen.

After all, he used this system to make $384,400.00 in 2019 and $444,600.00 so far in 2020… And the year is only half done!

There is no doubt in my mind that this trading system will make millions of dollars for those who follow this unique trader.

So without further ado, allow me to introduce Anthony Speciale.

Happy Trading,



**Hawkeye Traders**
team1@hawkeyetraders.com
hawkeyetraders.com

RB Exhibit 8_004

7:24



## Dec 28, 2020

At The Local Conservative we're always looking out for special opportunities we believe you, as a valued reader, will want to see. Below is a message from our colleagues that we think you should check out.

---

Hi there,

What if I told you there's a secret roadmap that smart money traders use to find the absolute best times to get in…



As well as identify profit targets with laser-like precision?

In fact, this money-hunting roadmap has been responsible for some of the most profitable trades ever seen…

Including what's being called the "single best trade of all time," in which hedge fund manager Bill Ackman turned $27 million into $2.6 billion during the coronavirus selloff.



The Number One

## How 'the single best trade of all time' netted one investor a $2.6 billion profit

Published: May 2, 2020 at 9:31 a.m. ET

RB Exhibit 8_005

9:16

## This Turned $50k into $5 Millio...

Fellow Investor,

I turned $50,000 into $5 million using a secret strategy I'm going to share with you right now…

Click here to read about my secret. After you're done, you'll see how easy it could be for you to generate big income without buying shares of stock.

Even if you don't become a millionaire at first, that's okay. Until that happens…

You'll still be able to **"copy" your way to up to $1,299 a week**, and you'll only need about 9 minutes a week to do it. It's the fastest way to generate income that I know of.

Even better when you leverage my plan your risk practically evaporates.

So you'll be able to create a stress-free side income, escape the "9 to 5 rat race," or even generate income while the pandemic STILL holds the world hostage.

I'll even reveal the chart that shows the results of 346 trades I made (85% of which were winners). **And you can do the same…**

A small group of investors have already leveraged the power of this strategy for easy income, and now it's finally your turn…

All you need to do next is click here and learn the secret.

To your investing success,

Jim Fink

Chief Investment Strategist

This Email is From Our Associates At Investing Daily

If you can't see this message, view it in your browser.

You are receiving this e-mail at nstavseth@icloud.com as a part of your free subscription to the The Stock Source E-Letter.

To read our privacy policy follow this link. Or if you do not want to receive emails from us, you can follow this link to unsubscribe.

To unsubscribe by mail, write us at:

The Stock Source | Attn: Darwin List Network | 2319 N Andrews Avenue

Fort Lauderdale, FL 33311: 1-800-496-9838

Website: The Stock Source

Advertising Disclosure: This email contains paid advertisements.

Nothing in this email should be considered personalized financial advice. Staff members at The Stock Source are not qualified to answer your investing-related questions as they are not licensed under securities laws to address your particular financial situation. No communication by our employees to you should be deemed as personalized financial advice.

Copyright © 2020 The Stock Source. All rights reserved.

RB Exhibit 8_006



10:27 ⏀

◀ Mail

AA    🔒 pro.moneymappressinfo.com    ↻

**TRADING EXPERTS TOM GENTILE AND ANDREW KEENE UNVEIL...**

# SUPER ⏀PTIONS

## The Secret to the **BIGGEST**, **FASTEST-MOVING PLAYS** on the Market

*Each with the Potential to Hand You **400%** or More in a Matter of Days or Weeks*



"Grew my account from **$25,000** to **$40,800** in 6 weeks trading **SUPER OPTIONS**." - Jake B.

"Turned **$518** into **$2,660** in one day. **413**% gain with **SUPER OPTIONS**." - Ben B.

Copyright - 2020 Money Map Press, LLC. Legal Notices: In order to ensure that you are utilizing the provided information and products appropriately, please be sure to visit Money Map Press' disclaimer and privacy policy pages.

RB Exhibit 8_007

purchases.moneymappress.com

# SUPER ⚙PTIONS

## UNLOCK the BIGGEST, FASTEST MOVERS IN THE MARKET



**CLAIM YOUR FOUNDER'S MEMBERSHIP TODAY!**

## Don't Miss Your Chance to Make 400% or More in a Matter of Days or Weeks



RB Exhibit 8_008

7:25

**Trading Roadmap Leading To Pr...**



*MarketWatch*   · Latest  Watchlist  Markets  Investing  Barron's  Personal Finance  Economy  Retirement  More

Home > Investing > The Number One

The Number One

# How 'the single best trade of all time' netted one investor a $2.6 billion profit

Published: May 2, 2020 at 9:31 a.m. ET

That's a return of 100,000%.

No, that's not a typo… I said a 100,000% return.

**That's enough to turn $1,000 into an easy million.**

Now, in an exclusive one-hour training event, you can learn how to unlock this powerful roadmap…

And discover how to start using it in your own trading to consistently bag winning trades worth up to THOUSANDS of percent in profits.

**Discover The Secrets Of This Life-Changing Roadmap… And Learn How To Leverage It In Your Own Trading Starting Today!**

See, not only can this roadmap show you precisely where to get in and set your profit targets…

**But it can also help you structure your trades in an optimal way that can amplify your returns by a factor of up to 1,000X.**

It's all being revealed in a very special in-depth training event…

**Which you can view right now by clicking right here!**

RB Exhibit 8_009



**Published: December 27,**

# Wall Street's
# $15 Trillion Secret

The most connected man in early-stage investments is making the BIGGEST reveal of his career...

**A $15 trillion technology** that could kill 5G as soon as January 2021!

Those who took action already had the chance to claim gai like **515%**, **960%** and **1,267%**.

Traders, you don't want to miss this! We're in the first inni of the largest tech disruption since the internet.

## Here's What You Need to Know



From: **Westmark Trading** >
To: ~~p█i█████mail.com~~ >
November 16, 2020 at 5:06 PM

# Force Wall Street To Pay For Your Options

Hey Trader,

What if you could *force* Wall Street to pay for your next option trade?

Instead of buying an option and watching its value evaporate - day by day- imagine if you could collect regular payments every week from major investors...

**Eliminating 100% of the risk on your position in as little as two weeks.**



**Discover How It Works**

THEN - if you're right about which way the market is headed - imagine you could STILL earn home run returns of 300%...500%... even 1,000% on the same trade.

It's a 38 year old secret. I first figured it out in 1980 when I started in the CBOE option pits. Now I'm going to share it with YOU for FREE.

Not only that...

I'm going to give you a perfect trade entry that you can take

RB Exhibit 8_011

# 30 MINUTES, 3 DAYS A WEEK IS ALL IT TAKES

# Don't Miss Your Chance to Make THOUSANDS OF DOLLARS in EXTRA INCOME Each and EVERY Week



**30** Minutes a Day, **3** Days a Week Is All It Takes

# Congratulations!

You made it here just in time.

The fact you are on this page means there are still **Founder's Membership** subscriptions available today.

RB Exhibit 8_012

6:35

My colleague - stock-picking legend Alexander Green - just gave the most shocking live presentation regarding this "perfect stock."



He says this single stock alone could pay for your retirement.

**Go here to see more for yourself now.**

(clicking link will opt you on to liberty through wealth free e-letter. Privacy Policy)

Sincerely,

**Matt Benjamin**
Senior Macroeconomic Analyst, *The Oxford Club*

RB Exhibit 8_013



Dear Loyal Reader,

Hey, Ian King here.

Quick question for you:

What would your retirement account look like…

If you never had to worry about it being ravaged by stock market crashes?



Think about that.

The last crash stripped $6 trillion in market value in less than a week … torching retirement accounts across the nation.

So, imagine what it could mean if you never had to worry about a market crash ever again!

Well, I've developed a **simple, straightforward strategy** — that could let you build for retirement — and virtually NEVER worry about a stock market crash ever again.

I call it the 20-Minute Retirement Solution!

And I explain exactly how it works here:



Regards,

Ian King

Ian King
Editor, *Automatic Fortunes*

**P.S.** It doesn't matter how much you have saved for retirement already. I want to show you how my 20-Minute Retirement Solution could **grow your savings roughly 10 times — over the next five years**.

RB Exhibit 8_014



**Learn More**



### Why Is Wall Street Loading Up On Shares of These "Perfect Stocks"?

Stop wasting time looking for the right stocks. Free training on how to find perfect stock trades that can move 300-1,500%. [ad]

RB Exhibit 8_015

6:46

# Instagram



**themotleyfoolofficial**
Sponsored

• • •



**Learn More**   >

4 likes

**themotleyfoolofficial** Why This Tiny Company Might Take Down Netflix (And Explode in Value)

View 1 comment

RB Exhibit 8_016

# From Our Associates At Banyan Hill Publishing

Dear Reader,

I'm going to tell you a dirty secret that Wall Street money managers are anxiously hiding from you:

*A single stock can make you a millionaire.*

For example, if you had invested in Microsoft at the dawn of the PC revolution you could have turned just $2,000 into $1,621,240.

Or if you had bought just 10 shares of Amazon for $100 in back in 2001, your stake would now be worth just over $1.5 million.

Of course, those are two rare companies that made it, and it's too late to cash in on these massive companies…

But what if you could buy one tiny stock today for $10 that is at the center of a growing tech industry experts believe will explode a massive 77,400%?

RB Exhibit 8_017



## Tom Gentile's
# Power Profit Trades
### Double Your Money with America's #1 Pattern Trader

When we see offers from other publishers that might interest you, we pass them along. Below you'll find one from our colleagues at The Oxford Club. Please note that their opinions may differ from what you read in *Money Morning*.

- Mike Ward, Publisher

Dear *Power Profits* Reader,

This is just bizarre...

We have just uncovered perhaps **the most unusual stock we've ever seen**.

It's expected to see massive revenue in 2019 - $164 billion.

The company holds over 29,000 patents in the U.S.

It pays an enormous dividend.

And yet...

It's **ultra-cheap** - less than $3.

Most curious of all... **it trades under a secret name** that virtually no regular investor knows.

Alex Green, our Chief Investment Strategist, just delivered his first-ever "TEK Talk" to deliver the scoop on this company.

**You've got to see it**.



What an amazing story. You won't believe it when Trump enters the fray midway through - what a shock!

**See the whole thing here**.

Good investing,

**America's #1 Stock Picker Reveals Next 1,000% Winner (FREE)**

He's found 40 1,000% or higher stock market winners. He beat 650 of the world's most famous investors (including Bill Ackman and David Einhorn) in a contest. And today he's revealing his next potential 1,000% winner for free, right here.

SPONSOR AD

RB Exhibit 8_019

# 10X Bigger Than Amazon, Apple, and Google?? [Inbox]

**Palm Beach Research Gro...**   Dec 16

to me



## PALM BEACH RESEARCH GROUP

*Palm Beach Daily* Reader,

Jeff Bezos, Elon Musk, and Mark Zuckerberg...

Along with the Army, Navy, Marine Corps, Air Force and Pentagon...

Are all piling into a controversial new technology.



RB Exhibit 8_020

# STREETAUTHORITY DAILY

---

Recommended Link

---

## Time's Almost Up to Grab This "5G Savior" For Under $5 a Share

Up to $90 billion in new business... as much as $6.6 billion in patent royalties... and its biggest competitor *banned* in America - this 5G tech stock could be the opportunity of a lifetime. But you'll need to make your move quickly... as soon as word gets out, banks and hedge funds could run the price up 10, 20, or 50X. Grab this powerhouse for under $5 a share while you still can. **Click here for details.**

RB Exhibit 8_021

## Retirement Fast Track Might Surprise You (Yours Now) (Ad)

There is a secret "fast track" that you can take to make your first million…Click here to find out how to put yourself on the fast track. [ad]

While you're discovering the secret, you'll also learn the stories from people who have already "made millions in a hurry" in the same way.

RB Exhibit 8_022

These are the results of our latest *Momentum Factor* rotation.

Our option position on AMD was up 152% in just two weeks.

**Every $224 option contract paid $341 in pure profit.**

Overall - your account would have been up 54.8%. A $9,592 position in our model portfolio would have cashed out $14,845.

Not bad for 14 days "work" in the market.

The reason I'm bringing this up? I want to show you how I do it…

Click Here To Attend Our Training Now

My FREE webinar covering the strategy begins shortly.

Click through. Register for the event. I'll see you on the broadcast.

Be sure to bring your best questions!

Sign Up Immediately

To your success,

Roger Scott

On May 1st, Public law 110-189 goes into effect.

Chances are, you've never heard of it.

But this new law could be your shortcut to astronomical gains.

Here's why:

On May 1st, 2018 every car manufactured in the United States will be LEGALLY REQUIRED to have this **1 tiny car part** installed before it rolls out of the factory.

And there's one company that's uniquely positioned to profit from this new law. (The stock is already up 1,987% and this is just the beginning).

This information page details this exciting investment opportunity...

**[info]: New Law Creates Massive Profit Opportunity For Investors**

Good Trading,

Bill Poulos
Co-Founder, Profits Run, Inc.

P.S. It's funny how the Wall Street suits are tripping over themselves to dump money into unproven and unfounded self-driving technology from Tesla and Google. Meanwhile, this dirt cheap stock is completely under their radar... even though they make a part that EVERY self-driving car needs.

Check this out now because by May 1st it will already be too late.

**Circle May 1st on your calendar...**

 

**KEITH FITZ-GERALD'S**
# TOTAL Wealth

SPOT THE TREND... PICK THE TRADE... BUILD YOUR FORTUNE

Dear *Total Wealth* Reader,

This is an urgent message, so it's important that you read this information carefully.

**Recently revealed audits by the Office of the Inspector General have exposed a 33-year-long pattern of mistakes by the Social Security Administration, adding up to a collective underpayment of hundreds of millions of dollars for hardworking Americans**.

And now, this massive amount of money being left on the SSA's table has left tens of thousands of Americans shortchanged.

And even though the SSA has already admitted their mistake...

It's up to you to hold them accountable.

According to USA.gov:

> "If the government owes you money and you do not collect it, then it's unclaimed."

> "Government agencies will not call you about unclaimed money or assets."

**If you're a victim of someone else's errors, you could receive up to $23,441 within five days**.

With this much at stake, I can't think of a reason why you would hesitate.

**Click here for more details**.



Sincerely,

Mike Ward

RB Exhibit 8_025



**Editor's Note:** **If you're still holding on to last week's ATVI trade recommendation from D.R. Barton, Jr., you need to see this...**

**- Kerri Shannon**
**Publisher, Fast Profits with *Money Morning***

---

Dear Fast Profits Member,

It's D.R. Barton, Jr.

When I saw our ATVI call price this morning, I knew I had to reach out to you...

Because if you got in when I told you to, you're likely looking at a 372% gain right now!

This one really blew it out of the park for us.

So I recommend you go ahead and **SELL that option now** to bank your profits.

But the profits don't have to end there.

To celebrate our success, I want to share my **10-minute wealth strategy** with you today.

This system has given readers the chance to:

- Double their money within the first 11 days of using it...
- Make a 922% profit in 20 days...
- Make a $185,253 profit in the next eight days!

Now it's your turn.

Just **watch my short video** below, and I'll walk you through everything.



Congrats on this latest win.

Sincerely,

D.R. Barton, Jr.



RB Exhibit 8_026




1:54

Done 🔒 pro.banyanhill.com AA ↻



# AMERICA 2.0
### *With Paul Mampilly*®

"This is Your <u>*Last*</u> Chance to Get In on the Greatest Bull Market in History. Be Bold ... Bet on America."

"We simply attempt to be fearful when others are greedy, and ***be greedy only when others are fearful***." — Warren Buffett

**Click here for sound**

AMERICA 2.0
*With Paul Mampilly*®

for my fellow Americans.

"Hi Paul. I've already earned over $200,000 since January. It's enabled me to travel all over the world. It feels good and I'm loving it."

*Janet Schwab*




RB Exhibit 8_027



**Editor's note**: Today, we're turning things over to our friend Chris Wood from investment research firm RiskHedge. Chris is a 20-year market veteran, and he's one of the country's most respected tech analysts.

And he has the track record to prove it... In 2017 alone, Chris booked 100%-plus gains on seven different stocks. His unique ability to consistently pinpoint stocks that go on to double and triple has led to big gains for thousands of his readers.

In today's Weekend Edition of *Empire Financial Daily*, Chris explains how savvy investors can take advantage of a massive deception in the tech sector...

---

# How to Profit Off the Biggest Lie in Tech

### By Chris Wood

There's a big lie about disruption going around.

Folks aren't spreading it intentionally...

Many smart investors I talk with genuinely believe it to be the truth.

As an *Empire Financial Daily* reader, you're in the top 1% of people who understand disruptive technologies and the money-making opportunities they can create.

But if you accept this widespread lie, you'll likely make the wrong decisions when investing in disruptive companies.

9:00

By a **new trading strategy** that's helping rookies make triple and quadruple-digit gains on their very first trade.

(clicking will opt you in to Profit Pregame's free daily e-letter

- Privacy Policy)

*"I just made $1,368 in 2 days on my first trade!" - Charlie P.*

*"Invested $900, cashed out for $2500 in 48 hours" - Jeff B.*

*"Turned $180 into $3,886 in 2 days" - Jason L.*
*"I started with $500. My account has doubled in three days." - Jeff D.These so-called "rookies" have been getting the kinds of results that the "professionals" usually pray for!*

The creator of this strategy, Andrew Keene, was once a rookie himself...

He was down and out and losing hope...



## Subscriber: "I no longer need a job!"

Discover the income secret that's helping hundreds of Americans retire early. As one told us: "I wanted to see if my results tracked the marketing hype. After the first 13 months, I am a believer. I made $106,200." **Full details here.**

RB Exhibit 8_030



**3:09** 📶 LTE 🔋

< **7** **Account Activated** ∧ ∨

Traders,

Your 7 Day Free Pass to the ***Tradespoon Forecast Toolbox*** is activated.

[Click Here to Start your Fully Functional 7 Day Trial](#)

It used to take years of practice and hours of research to consistently make winning trades in the stock market. At Tradespoon™, we don't believe finding profitable trades should be a full-time job. That's why we've made smarter trading as easy as 1-2-3:

**STEP 1 -** ==Choose any Stock from the Tradespoon Company Screener==

**STEP 2 -** ==Click to analyze the Stock with our exclusive Stock Forecast Toolbox==

**STEP 3 -** ==Place your trade based on our price predictions==



8:57

Done    🔒 e.palmbeachgroup.com    AA    ↻

*The Wall Street legend who picked Apple in 2003 —and Bitcoin in 2016—shares his #1 pick for the 2020s...*

# "The Investment of The Decade"

Right now, there is a mad rush in corporate America. It involves Amazon. Google. Microsoft. Facebook. And they're all betting on a new technology the World Economic Forum projects will *soar 295,762% over 7 years.* But it's not AI, the Internet of Things, or 5G...

Now playing for a limited time only. Press Play to Begin.



## Teeka, I'm in! »

6:05

🔒 ƴmapsubscriptions.com   AA   ↻

Done

**FEATURED AS A GUEST ON: FOX BUSINESS... CNBC...
BLOOMBERG TELEVISION... TD AMERITRADE**

# THE *EXTRA INCOME* PROJECT

*Want The Chance To Put* **THOUSANDS** *Or More In
Your Pocket Every Thursday? This Short Video
Could Help You Exponentially Grow Your Wealth.*



# JOIN NOW »

Copyright - 2020 Money Map Press, LLC. Legal Notices: In order to ensure that you are
utilizing the provided information and products appropriately, please be sure to visit
Money Map Press' disclaimer and privacy policy pages.

RB Exhibit 8_033

## MIND OVER MARKETS
YOUR RATIONAL GUIDE TO INVESTING

### Tiny $2.00 company puts Tesla in a chokehold?

It's not lithium, Nickel, or Cobalt… but without it… Tesla could find itself dead in the water very soon… **But their problem could** hand you $266,300…beginning in the next few weeks. But I need to warn you… News will soon break on this discovery. And when it does your chance to get in on the ground floor could dry up in an instant... **Discover how this once common material could hand you a lifetime of profits.**

RB Exhibit 8_034



8:50

◀ Mail

🔒 angelnexus.com

# Bill Gates' Next Big Bet

He made $96 billion on Microsoft...

And now Bill Gates is going "all in" on a breakthrough technology that's already changing the world.

Join him today, and you could ride this historic opportunity for a $1.2 million payday.

Here's how to do it...



RB Exhibit 8_035

Angel Publishing LLC, a general interest newsletter is not liable for the suitability or future investment performance of any securities or strategies discussed. Please note that we are not a



🔒 pro.banyanhill.com

*tearful.* — Warren Buffett



"Hi Paul. I've already earned over $200,000 since January. It's enabled me to travel all over the world. It feels good and I'm loving it."

*Janet Schwab*

"Thank God we have you covering our back ... you are giving away some of Wall Street's biggest secrets. If it weren't for your expertise the regular folks like me wouldn't have a chance."

*James Ransley*

"Due to the success we've had my wife and I felt confident enough to take a two-month tour of England, Wales, and Scotland this year. Looking forward to being a millionaire."

*Patrick Neilson*

© 2020 Banyan Hill Publishing. All Rights Reserved. To ensure that you are using our information and products appropriately, please visit our terms and privacy pages. Do Not Sell My Info
by entering your email you will recieve daily updates from Bold profits

RB Exhibit 8_036



July 20, 2019

# Urgent 1-Minute Request

Dear *Money Revealed* Reader,

Please take a minute and click here now to **watch this brand-new clip from a former senior Bear Stearns managing director**.

It's a minute or so long, max. And you need to see it.

Because if you watch **this 42-second LIVE DEMONSTRATION by my trusted colleague Nomi Prins** and take the right steps by Monday, you could set yourself up to collect $5,500 or more as early as Tuesday at 3:30 p.m.

But you need to see this before this page comes offline Monday at midnight.

**Click here now and watch this short 1-minute clip…**

You and your family will be happy you did.

With Purpose,

Dr. Patrick Gentempo



DR. PATRICK GENTEMPO
Money Revealed
You'll never see money
the same way again



RB Exhibit 8_037

8:57

🔒 e.palmbeachgroup.com   AA   ↻

Featuring…

# Teeka Tiwari, America's #1 Investor

> At age 16, moved to America with $150 to pursue Wall Street dream.



> At age 20, became youngest Vice President ever at Shearson Lehman.

> Became a millionaire at age 23.

> In 2010, retired as a successful hedge fund manager.

> In 2016, named editor of The Palm Beach Letter. #1 audited track record with 154% per year average gain. That's 10x better than the S&P 500. And 5x better than investing legends Warren Buffett, Bill Gross, and Carl Icahn… combined.

© 2020 Common Sense Publishing, LLC. All Rights Reserved.

11:42                                    5G E

# RE: need to confirm your shipping address [Inbox]

**Early Bird Partners**  10:20 AM
to me

      Unsubscribe

*Advertisement*

Dear Reader,

Your FREE copy of the ***How to Trade Weekly Options For Weekly Income*** is ready to ship(USA and Canada customers only).

**Simply visit this page,** and enter your details to claim your complimentary copy.





# EARLY BIRD TRADES

While most traders would be happy to **make $50K off the markets** per *year*...

Chuck's strategy is averaging $50K off the markets per *month!*

It's because he has a superior strategy that has been kept private — his brand-new Trophy Trades strategy!

He's kept this bad boy to himself for over 20 years…

Had you been trading his trade signals, you could be worth **an extra 13.5 million dollars** today!

Chuck made $254,584 during March 2020's flash crash alone…



RB Exhibit 8_040



## 100% Win Rate on This 'Crash-Proof' Trading Move

All 86 of **these special stock trades** went UP... EVERY. SINGLE. ONE. This "crash-proof" trading move not only won every time, but **ALL** of them went up within 24 hours. On **April 28th**, we'll let a few investors in on this breakthrough method... why the COVID-19 emergency is an opportune time for you to bag **automatic profits**... up to **$2,307 every 9 days (even after the crisis ends).**



## A stock that yields 69% a year? Really?

If you're happy with stocks yielding you 4% or 5% a year, **you don't need this**. But if you want to see how we built a portfolio that now pays us a 69% cash on cash return - with no leverage, options or gimmicks - **then go here ASAP.**

2:21

### Options Sniper's Post

**Options Snipers**
Sponsored · 🌐

Options Traders, Tired of inconsistent profits & loosing trades? 📈
It's the Holidays yall!

Keep seeing your peers tap into a goldmine of deals that feels perpetually just out of reach?

We have some exciting news for you:

Our Holiday Season deal has been extended just for you ...

The folks at Options Snipers just made the biggest price slash ever - the entire program is 85% off 🤯

Yup
💥THE FULL TIME Income Options Snipers Academy BREAKDOWN💥
--The Options Snipers Trading  Academy is on sale. Right. Now.

Why ❓

Well, it's simple.
You're struggling with finding consistent INCOME & PROFITS and I hate that for you.

You want to make a full time income trading online without the years of experience or the stress of where your next check is coming from.

Write a comment...

11:43

Throughout the course of **this comprehensive, 72-page book**, you'll learn everything from the basics of options to some of the most powerful strategies on the planet.

You can buy it on Amazon for $39.99. But not today.

**Right now, we're giving away FREE hard copies of this book right here.**

Respond today, and I'll rush a copy to your doorstep right away.

Once you have it in hand, you'll immediately have access to:

- **A full rundown of what options are, how they work, and why they're such a powerful investment vehicle (pages 5-12)**
- **A powerful strategy you can use to get paid to buy stocks (pages 21-30)**
- **How to identify the best targets for the biggest potential payouts (pages 31-40)**
- **5 rules every options trader should know to maximize success (page 45)**
- **How to turn average market returns into exceptional results (page 51)**

And that's just an idea of what you'll receive…

All for just covering the shipping cost of $5.95.

That's it. **The book itself is FREE to you today.**

RB Exhibit 8_044



**Forget Stocks - How About $3,630 Cash On-Demand?**

Six minutes and a few clicks could be the only thing standing between you and $3,630 or more in "instant cash." Here's the kicker... It's *not* buying stocks, ETFs, or gold. It's not crypto or penny stocks either. In fact, I can all but guarantee that what I'm about to reveal is unlike anything you've ever heard before. **Click here to see how this little-known program works.**

RB Exhibit 8_045

- HIVE Blockchain (initially offered through private placement) jumped 5,866%.
- BTCS (Blockchain Technology Consumer Solutions) jumped 2,000%.
- UBIA Blockchain has jumped over 1,502%.
- …and many, many more.

Here at Agora Financial, we've run every single Blockchain stock through a rigorous filtering system… and pinpointed *seven incredible opportunities* to turn a grubstake of $50 into an absolute jackpot.

… including one that currently trades for around $0.08!

Beginning May 30, these stocks could easily skyrocket in value by 500%... 1,000%... 1,500%... or even more.

All you need is $50… and the willingness to try something new.

**You can learn how to get started by clicking here.**

Sincerely,

Matt Insley
Publisher, Dollar Trade Club

Dear *Money Morning* Member,

This is an opportunity you truly need to **see to believe**.

I guarantee you've never seen anything like this...

And you likely won't see anything come close to this ever again.

Words can't describe the enormity of what you'll see in this **shocking footage**...

Because you'll witness, live on camera, America's #1 Pattern Trader officially become **$15,000 RICHER in under a minute**.

When a legendary Wall Street firm got light of this discovery, they eagerly forked over $20 MILLION just for a glimpse of this man's secrets... but he kept the most important one to himself.

But he's prepared to reveal his invention with our best *Money Morning* readers **right here**.

And by following the simple instructions in this special presentation, anyone can master the secret to becoming a multimillionaire.

**Click here to learn more**.

To Your Success,



Mike Ward
Publisher, *Money Morning*

RB Exhibit 8_047

9:10

# Access My Club's Stock Picks Inbox

**Jim Cramer** Nov 17

to me



Brands (OTC: DJACF) for C$1.91 per share.

That price was a 33% premium to the Hiku share price . . .

**That values the company at $250 million!**

For Canopy Growth – valued at $5.5 billion – Hiku was a small deal.

It represented less than 4% of Canopy's total market value.

## How to Find the Next Buyout Target

Hiku shareholders have now been rewarded.

And this shows how profitable it is to own stocks *before* they get acquired.

In Canada, there are 114 licensed cannabis producers. Getting a license isn't easy. But lots of companies have successfully navigated the regulatory framework.

Having a license isn't enough to become a buyout target.

But you've got to remember that the big players already have licenses. And they know how to obtain new licenses for expansion.

Canada's big players – like Canopy – are looking for companies with something special.

In the case of Hiku, the company is focused on the consumer market.

Hiku had previously acquired a company called Tokyo Smoke, and was building out cannabis stores. Plus, the company was creating a chain of stores that would be similar to coffee shops.

Canopy saw value in Hiku because of the company's ability to connect with consumers.

The fact is that dried cannabis will become a commodity product.

The companies that win – in Canada and the U.S. – will be those that can develop a loyal following . . . and those that can create "valued added" products such as beverages, edibles and topical creams.

Today, I'm releasing a brand-new special report for my new *Million Dollar 420 Club*.

Inside, you'll discover my top 10 stocks to "BUY NOW."

It includes details on my top three buyout targets for 2018 (just click here).

In fact, next week I'm planning to personally invest $100,000 of my savings into cannabis stocks. My goal is to make a 10X return on my investments – turning $100k into $1 million within three years.

Now, you don't need $100,000 . . . or $50,000 . . . or even $10,000 to get started. Frankly, you can get started with any amount of money.

This research is going online right now – just click here for details.

Yours in Profits,

Ian Wyatt

RB Exhibit 8_049

Some start small, like my reader Matthew Miller:

> **"I'm up $2,500 (600%+) in two months. Woo-hoo!"**

Or Sarah Schriefer, who told me...

> **"I made $6,000 (30%). Not bad for a couple weeks!"**

Or Ken McElroy, who wrote...

> **"Marc, I made $11,000 (63.5% in six weeks)... thank you!"**

And others are already taking my research to a higher level.

Anthony Valentino said...

> **"Our family made $1.3 million (907% in 10 months) on AbbVie!"**

Get out of stock options NOW  Inbox ×

 Palm Beach Research Group <services@exct.palmbeachgroup.com> Unsubscribe
to me ▾

Thu, Oct 29, 8:20 AM ☆ ↩ ⋮

 PALM BEACH RESEARCH GROUP

**Editor's Note**: Below is an interesting message from our colleagues at Casey Research that we think you may find very insightful.

---

*Palm Beach Daily* Reader,

Stock options are DEAD!

Because there's a NEW way to trade.

- **It can pay far more than stocks...**

- **Trades can cost as little as 1¢...**

- **These special trades can multiply as much as 529 times...**

- **Warren Buffett made $12 billion with the idea behind this technique...**

- **These trades can shoot up lightning fast — sometimes in weeks or even days...**

One of these odd trades even shot up 183% in one day!

Our readers saw the chance at gains as high as a rare 5,100% with one 19¢ trade.

I repeat — this is NOT options trading.

But thanks to a loophole in SEC Rule 30.52, you can make these trades right from a normal brokerage account.

Here's the full scoop on this weird way to trade.

Watch this short video to see for yourself.

Happy Trading,

*Rachel Bodden*

Rachel Bodden
Managing Editor, Casey Research

**P.S. Trades in one tech company could've paid out extraordinary gains of 7,991%... 12,500%... 44,900%... and an INSANE 52,900%.** Here's everything you need to know about this strange way to trade.

# IN CASE YOU MISSED IT…

## NOW PLAYING
## Teeka's Biggest Crypto Opportunity EVER?

Teeka just made an accidental discovery…

And it's giving you **ONE LAST CHANCE** to make up for all the crypto gains you may have missed out on.

He's sharing everything in an urgent "Catch-Up" event – including the name and ticker of his top pick.

**Watch it here before it's too late.**









RB Exhibit 8_053

## On the *low side*, I'm projecting an investment in Elon's New Super-Internet could *double your money*...

## And on the higher side, you could pocket more than *47x your investment!*

That means a small $5,000 investment today could turn into nearly $10,000 on the low side...

And on the high side, if all the stars align, as much as $235,150!

Now, listen closely...

I've said it once. And I'll say it

RB Exhibit 8_054

# 50,000 new American jobs. (Just in time!) ▷ Inbox ×

**Money Metals Exchange** <alerts@independentlivingbullion.com> Unsubscribe          Sat, Oct 24, 11:25 AM   ☆   ↰   ⋮
to me ▾

*Breaking News from America's #1 Precious Metals Dealer*          Unsubscribe | Report Spam | View In Browser



| Gold | Silver | IRAs | Monthly | News | Storage | Loans |

*Please find below some urgent information from our sponsor, The Oxford Club.*

Dear Reader,

The economic lockdown has been brutal.

35 million+ unemployment applications, and thousands of businesses going bust...

Unemployed workers are wondering how they will survive.

Well, finally we have some good news.

**One powerful but unknown company — trading around $3** — has secured multi-million dollar contracts and is set to build HUGE production facilities across the country.

This company has partnered with Microsoft, Cisco, Sharp, HP, Sony, Nokia, and has done $29 billion in sales with Apple alone.

As a result, this one company alone could create tens of thousands of new jobs.

In fact, in one state alone, the governor estimated 13,000 new direct jobs... 22,000 indirect jobs... and 10,000 construction jobs!

It's great for the country... but it also could be huge for the company's $3 stock price.

Stock-picking legend Alexander Green just went live on stage to deliver all the details on this company. He says this single stock alone could help pay for a comfortable retirement.

Go here for the details:

**==> You could turbocharge your retirement with this one $3 stock (Details on their BIG plans here)**

Good investing,

John Atwood
Editorial Director, The Oxford Club

RB Exhibit 8_055

12:35

*Recommended Link:*



**Every year I release "my No. 1 stock" recommendation.**

In 2016, I recommended Tableau Software … it shot up **199%.**

In 2017, I recommended Foundation Medicine … it shot up **524%.**

In 2018, I recommended Roku … it shot up **393%.**

In 2019, I recommended MTech Acquisitions …it shot up **332%.**

But this year ... due to the recent crash in the stock market ...

**I'm releasing my No. 1 stock**

RB Exhibit 8_056



RB Exhibit 8_057



RB Exhibit 8_058

# <u>Discovered</u>: $34 Billion Treasure Trove 48 Miles North of the Arctic Circle

## Move on this tiny $2 company today and you could walk away with $266,300



RB Exhibit 8_059

## Join today to learn about this incredible pick!

In fact, some investors have come to call this signal a *"total conviction"* buy sign - and it's an incredibly rare occurrence. Over 17 years of guiding investors, Tom and David have only ever formally agreed on recommending 21 stocks.

And when they have, the results have been spectacular:

- Netflix, which Tom agreed with David on in June of 2007, is a "Total Conviction" pick up **11,678%**.
- Tesla, which Tom agreed with David on in November of 2012, is up **764%**.

In fact, across the 21 stocks Tom and David have agreed on

**The average return for each stock is an astounding 509%!**

**Crushing the S&P 500 by almost 6x!**

This tiny internet company is about **1/154th** the size of Facebook.

Yet, we think it has a jaw-dropping market opportunity that could be bigger than 2016 total sales of Apple, Amazon,

RB Exhibit 8_060

6:01

Recommended Link:

# Paul Mampilly is a Wall Street legend.

(*Barron's* crowned his hedge fund as the "world's best" and Kiplinger ranked it in the top 1%.)

But a few years ago, he left Wall Street.

"I just grew tired of helping the rich get richer," Paul explains. "So I started sharing my No. 1 investment picks with Main Street Americans."

And his No. 1 stock picks have been phenomenal.

In 2016, Paul's No. 1 pick — Tableau Software — shot up **199%**.

In 2017, Paul's No. 1 pick — Foundation Medicine — shot up **524%**.

In 2018, Paul's No. 1 pick — Roku — shot up **393%**.

In 2019, Paul's No. 1 pick — MTech Acquisitions — shot up **332%**.

But Paul believes his **No. 1 stock pick for 2021** could go even higher.

(By clicking this link you will be automatically opted in to *Bold Profits Daily*)

RB Exhibit 8_061



I made over 117% in 2019 with a 100% win rate (zero losing trades all year)



Click to Watch a Valuable Options Trading Video

#1 Gold Secret (Revealed Inside) 🗩  Inbox ×



Palm Beach Research Group <services@exct.palmbeachgroup....   Wed, Sep 30, 9:14 AM    
to me ▾

   PALM BEACH RESEARCH GROUP

**Editor's Note**: Below is an interesting message from our colleagues at Casey Research that we think you may find very insightful.

*Palm Beach Daily* Reader,

Gold bullion is up 51% since 2019.

**But This Millionaire's #1 Gold Secret has done as much as 171 TIMES better...**

(Enough to turn a small $1,000 stake into $88,220.)

And in this new video, he's going to show you exactly how to do it.

**Even better, you can get started with as little as $3...**

If you're looking to profit from this gold boom...

This is your chance.

> **Watch Video Now**
> **(#1 Gold Secret Revealed Inside)**

© 2020 Palm Beach Research Group. All rights reserved.
455 NE 5th Ave Suite D376, Delray Beach, FL 33483.

RB Exhibit 8_064

9:10

3

## Turn $5000 into $5 Million? (Watch This)



Dear Investor,

Imagine if you mastered a simple way that allowed you to turn market uncertainty into an absolute fortune in just 18 months.

Click here, and find out specifically what one investor did to **retired in 18 months with $2.4 Million**. And Ed's story where he turned $5,000 into $15 Million (and you'll learn his secret).

It doesn't matter if you're new, or what you do for a living, or even how much money you

   

RB Exhibit 8_065



Dear Loyal Reader,



A presentation just landed on my desk from our newest analyst at Banyan Hill, Adam O'Dell.

And I have to tell you ... it sent my heart racing.

That's because Adam reveals the details of an extremely rare profit situation that's unfolding in the gold markets *right now*.

**The last time it showed up, investors had the chance to make truly exceptional gains as high as 4,558% ... enough to turn $10,000 into nearly half a million bucks.**

But for reasons Adam explains here, the window to get in is closing fast.



Regards,

Jessica Cohn
Editorial Director, Banyan Hill Publishing

**P.S.** Adam's track record is INCREDIBLE. Find out why here.

RB Exhibit 8_066

# BREAKING:
# 5G IN JEOPARDY!

## Here's How One Little-Known $5 Stock with "the Fix for 5G's Fatal Flaw" Could Hand You $235,748... in the Next 6 Months

A flaw that's putting America's entire 5G rollout at risk of complete and utter failure.





## Ready To Join The "$100,000 Club"?

That's what Investing Expert Jim Fink calls the members of this top-tier service that have made over $100,000 in profits following his work. Forbes calls his approach "like finding money in the street." Best of all, it only takes a few minutes each week to take Jim's recommendations and put them into action. **Click here to get started.**

*Recommended Link*

## Latest Bank Scandal (footage)



This is outrageous!

On page 37 of one of President Trump's recent financial disclosures… there it was…

A stunning line that proved what some consider a "theft" of as much as $4.3 million by one of America's largest banks.

Now, you may not have billions to your name. But here's what matters…

Almost ALL Americans are falling victim to this same "robbery."

In fact if you have $10,000 in a big bank…

Bank of America… Wells Fargo… Chase… Capital One… or others.

You're likely being "taken for a ride" to the tune of almost $1,000 a year…

Find out all the details about what's going on in this video.

Just click here to access it now

RB Exhibit 8_069



**BOYCOTT STOCKS:** Shah's done with stocks. His bold new movement is a smash - **find out more about this winning idea right here...**

MAY 16, 2018

## She Was Underpaid $56,255 in Social Security Benefits (Is This Happening to You?)



Denise Felton recently discovered she was underpaid $56,255 in Social Security benefits. But she learned how to recover that money, and three days later, she was $56,255 richer. Are you owed money? **Click here to learn more**.

**Member Services**
📱 888.384.8339
✉ Write to Us

  

### Deal or No Deal?

The one-time "slam dunk" media merger is foundering on the rocks now, and if it sinks, **we're in the money**...

# You Could Make 10 Times Your Money If the Fox-Disney Deal Dies

By Tim Melvin, Special Situation Strategist, *Money Morning*



**If one** thing's clear from this year's ridiculous market whipsaws, changing North Korean narrative, and plunging crypto prices, it's that a lot can happen in just the first five months of a new year.

Nowhere is that more apparent than in The Walt Disney Co.'s potential $52 billion acquisition of most of Twenty-First Century Fox Inc.'s assets, a deal that seemed like a foregone conclusion when I first wrote about it in December.

But then Comcast Corp. jumped in with a counteroffer that Fox rejected in lieu of a deal with Disney. That didn't hurt Comcast's confidence, however, and the firm is now expected in June to propose a $60 billion counter-counteroffer.

On top of all this is the already full-fledged bidding war for British media giant Sky Plc., which has received offers from Disney, Fox (which already owns roughly one-third of the company), and Comcast. The British Panel on

RB Exhibit 8_070

No 1 Stock of 2020 Is Now $3 - Best Pick Of The Year

New development in this sector is huge news for investors. View Categories. Read Articles.

Ad   www.theprofitadvocate.com/

VISIT SITE

RB Exhibit 8_071

**Limited to the first 250 responders today:**

# Claim the *Millionaire Master Class* From America's #1 Stock Wizard for Just $1*

\* With an $18.98 subscription to the *Green Zone Fortunes*



"So far I'm up on 7 of 8 trades. I have recommended you to my kids and friends. I let them know I trust you 'cause I'm making money using your research and picks."

— *Vitus P*, Adam's student

RB Exhibit 8_072



**MONEY MORNING *PROFIT ALERTS***
NEVER MISS A CHANCE TO MAKE MONEY

Best Investment Alerts:

AUGUST 22, 2018
# Bank 100% Gains with This Healthcare Stock to Buy
Click here to read this story.

*Profit Alerts* are a benefit of your *Money Morning* Membership. Click here to view or change your alert preferences.

---

**Get Chris Johnson's New Trade Recommendation TONIGHT**

Our "Rocket Scientist of Investing," Chris Johnson, is releasing a **brand-new trade recommendation** in a matter of hours. And you NEED to see this one (**Learn how by clicking here**). He's already done all of the heavy lifting for you... he's crunched the numbers, evaluated the conditions, and predicted *exactly* what could happen to **this stock** once the market opens tomorrow morning. **Click here to learn how to get in TONIGHT** - it should only take you five minutes to get set up.

RB Exhibit 8_073

Overnight Trade Pays 183%? [Lightning FAST]  ⊅  Inbox ×

Palm Beach Research Group <services@exct.palmbeachgroup.com> Unsubscribe          Nov 8, 2020, 10:05 AM  ☆  ↩  ⋮
to me ▾

 PALM BEACH RESEARCH GROUP

**Editor's Note**: Below is an interesting message from our colleagues at Casey Research that we think you may find very insightful.

---

*Palm Beach* Daily Reader,

Short term trading is FUN.

And the gains can hit LIGHTNING FAST:

- **1,333% in 7 days**
- **8,650% in 10 weeks**
- **1,500% in a week**
- **875% in 8 days**
- **529% in a week**

One of these Lightning Trades went up 183% in ONE day.

Warren Buffett made $12 billion with the idea behind this strategy.

Plus, these trades can be CHEAP.

They can cost as 25¢... 10¢...even a penny.

Our readers just saw a 19¢ play shoot up as much as an extraordinary 5,100%.

If you're thinking these are options, they're not!

Here's what they really are.

**The #1 Lighting Trade for Right Now**

# SUPER ⊘PTIONS

## The Secret to the **BIGGEST**, **FASTEST-MOVING** **PLAYS** on the Market

*Each with the Potential to Hand You **400%** or More in a Matter of Days or Weeks*



"Grew my account from **$25,000** to **$40,800** in 6 weeks trading **SUPER OPTIONS**." - Jake B.

"In one month, I booked a **$10,000 PROFIT**. Started with $3690." - Kristy K.

"Turned **$518** into **$2,660** in one day. 413% gain with **SUPER OPTIONS**." - Ben B.

Copyright – 2020 Money Map Press, LLC. Legal Notices: In order to ensure that you are utilizing the provided information and products appropriately, please be sure to visit Money Map Press' disclaimer and privacy policy pages.

RB Exhibit 8_075



RB Exhibit 8_076



Tom Gentile's

## Power Profit Trades

Double Your Money with America's #1 Pattern Trader

# TODAY'S TOP HEADLINES:

## You Could Make an Extra $5,000 Each Month - without Any Heavy Lifting

For the first time, YOU can write your own financial destiny. Thanks to **a unique class of investments**, you have the chance to earn an extra **$5,000 a month**... **ON TOP of a potential $68,870 payout - *without having to lift a finger*.** This might be as close as you can get to **"set-it-and-forget-it" monthly income**...






RB Exhibit 8_077



Dear Reader,

For several months, I've been closely following an ignored company with the technology that could finally solve 5G's devastating flaw.

At the $5 level, I was confident it could be the biggest investment opportunity of our lifetime.

But with recent market volatility, **I'm more confident than ever!**

You see, all the reasons I loved this stock are still 100% valid and intact.

But now, you can load up on shares at a price that could turn a modest stake into $235,748.

Recent volatility has exposed a buying opportunity we're not likely to see again in our lifetime.

And if you don't act quickly, you risk missing out on a massive profit windfall in the very near future…

This company has the potential to be the one opportunity that delivers the luxury retirement of your dreams… the retirement you deserve.

And right now, you can pick it up at the best price the market has seen in years.

Click here for the full details on this incredible opportunity.

To your wealth,

J.R. Butts
Chief Investment Strategist
*StreetAuthority*

RB Exhibit 8_078

Now, it goes without saying... not every trade I recommend generates returns like these. After all, there are risks involved in every investment.

However, if you'd invested as little as $10,000 in each of these opportunities above, today you could be sitting on $135,065...



**$10,000**

93%

**$135,065**

RB Exhibit 8_079

# From Our Associates At Banyan Hill Publishing

Dear Reader

Paul Mampilly is a technology expert who has booked gains up to 2,539% on one trade. Today, you can learn his top-tech stock to own for 2018. This one has the potential to pay your retirement for the next two decades.

In fact, Paul said: "It's the closest thing I've ever seen to an almost government-supported 8,000% industry growth!" (click to watch the video)…



## (Click Here to Learn Paul's No. 1 Stock to Own for 2018)

In **this new video**, Mampilly discusses his No. 1 investment for 2018 … a $9 billion tech stock that is at the epicenter of a breakthrough technology … a technology that experts expect to surge into a $19 trillion industry by 2020. (That's 8,000% growth.)

And you have the rare opportunity to get in on the ground floor.

**To continue reading, click here…**

Kind regards,

Jeff Yastine
Editorial Director, Banyan Hill Publishing



## TODAY'S TOP HEADLINES:



**There's one simple way to kick off what could be your wealthiest year yet...**

And it's by far **the best way to learn the ins and outs of profitable trading**. My *America's #1 Pattern Trader Cash Course* is packed with dozens upon dozens of trading secrets that reveal how you can really collect thousands of dollars in consistent income... week in and week out. Best of all, you can access my biggest income secrets for just $1. **Here's how**...

RB Exhibit 8_081

Fellow Investor,

I've found a way to make as much as $67,548 a year… whether the market is going up. Down. Or sideways…

That's not a hypothetical number.

It's what you could have made each year - for four years running - if you'd followed the recommendations I released to a small group of investors.

Best of all, the way I make money is so boring that some of my readers buy penny stocks on the side for a little excitement - just to keep their pulse above 60.

But you know what? That's just how I like it. Boring. Predictable. No surprises.

See how I do it here.

To your investing success,

Jim Fink
Chief Investment Strategist

# The 32-Second Trading Method That Helped Me Retire at 42

(Live Demo Below)

Hi, my name is Jeff Clark.

For the past 36 years, I've helped people from all walks of life retire wealthy. Retired school teachers... doctors... even the occasional pro athlete.

But I haven't done it the usual way...

My method is different. It's unlike anything you've probably ever seen before.

We're unveiling it right now **for just $19**.

That's the lowest price my publisher has EVER offered for a trading research service...

And it won't be available for long.

**Watch this 32-second "live demo"** to see how it works.

RB Exhibit 8_083



🔊 Please Check and Turn Up Your Speakers For Sound -
Click Above To Unmute
Your Webinar is in progress. **Do NOT Close Window Or Presentation Will End**

Another trader named Ed turned $5,000 into $15 million...

...and Michael turned $30K into $80 million.

There have been countless others too.

The point is, the method generated these spectacular profits - not the individuals.

RB Exhibit 8_084

6:05

You see, one former floor trader made himself a millionaire by beating Wall Street at its own game.

He discovered **an obscure 18-digit "code"** that let him see when the hedge funds and investment banks were making incredibly lucrative trades. The kinds of trades that almost certainly had the benefit of inside information.

(clicking will opt you in to Profit Preçame's free e-letter - privacy policy)

He realized it was perfectly legal to spot these moves and act on them - and **take a slice of the profits.**

(clicking will opt you in to Profit Preçame's free e-letter - privacy policy)

And has been teaching his followers all over the world how to use this exact strategy...

In as little as **30 minutes, 3 days a week.**

More importantly for you...

Addison Wiggin presents

# DAILY RECKONING

# Surviving and Thriving During the Global Pandemic of 2020 How To Vaccinate Your Portfolio... Now, Part 2!

### How to make sense of a financial world turned upside down

Dear Reader,

The new stimulus is here... the final vote in the Senate for the CARES Act was a unanimous 96-to-0.

Really... not one statesman with a dissenting opinion. Reminds me of the saying, "If everyone in the room is thinking the same thing, then many of those people are not thinking at all."

I'm going to give you a dissenting opinion... one that could help you preserve your wealth.

Open a Hard Assets Alliance account today... so that you can protect your money the same way the wealthy do...

## By Owning Gold and Silver

Now back to our esteemed thinkers, nonthinkers and the president who signed into law the CARES Act this week... whether we like it or not.

The act became the largest economic stimulus bill in modern history. Double the amount of the stimulus act passed in 2009 by the Obama administration during the financial crisis.

RB Exhibit 8_086

# ALTUCHER CONFIDENTIAL

# Have you heard this crypto warning? (Disappears on July 27th)



DOUG
HILL

Dear Reader,

The last time an announcement like this was made...

Some cryptocurrencies soared 3,475%, 21,611% and even as high as 81,465%!



Now, we expect a similar announcement just weeks from now on **July 27th.**

But unfortunately, you don't have much time to prepare.

**So, click here now for the full details before you miss out!**

Regards,

Doug Hill
Publisher, *Choose Yourself Financial*

Sponsored

# Consistently outperform the market in less than 10 minutes a day.





Learn how to outperform the market without spending hours of your time researching & analyzing stocks, so you can get the returns you want while enjoying things that are important to you.Join us at this FREE 60-minute online workshop and learn how to have the money, security and freedom you deserve.

**Register Now**

# The lazy way to trade the same stock for repeated profits



## The lazy way to trade the same stock for repeated profits

There's a type of trade you can make, over and over again, that pays out 94% of the time you do it. You see, some stocks are highly affected by pre-dictable, recurring events. And taking advantage of these stocks has enabled some investors to grab $1,200 or more-per week-for the past 8 years. To see how you can take advantage of this too, simply click here...

1/10/2020

RB Exhibit 8_089

# Be the hero and pocket $4,946 each week!



There's no shortage of volatility in the market…
But what it really needs is liquidity.

The market is so unpredictable right now that many investors are in a nervous holding pattern.

No surprise there -- lower economic activity is a sign of a recession... And we've just entered the worst one since the 1930s!

*But here's the good news...*

[This is your chance to be the hero and provide some of that much-needed liquidity in the market.](#)

And as a reward, you could see payments of **$1,980... $3,750...** or even **$4,946 deposited into your account every 7 days… Automatically!**

RB Exhibit 8_090

# "Pre-Programmed Stocks"

Thanks to the recent automation of the stock market, certain stocks are now "pre-programmed" to deliver potential gains of $6,000... $17,000... and even $36,000.

"The relative predictability of these [stocks] can mean easy money."

— Investopedia

These moves are "being hard-wired" into these stocks.

— Wall Street insider who asked to remain anonymous

© 2020 Omnia Research, LLC. All Rights Reserved.



**MATT McCALL'S**
**MONEYWIRE**

*Brought to you by* INVESTORPLACE

# This Crisis – Like Others – Will Mint Millionaires

"The time to buy is when there's blood in the streets."

That sounds harsh, but it is an often-quoted investing axiom credited to Baron Rothschild.

Maybe he could have put it a little more gently, but history tells us he's right. When there is crisis in the markets, there is also great opportunity.

*Matt McCall*

The member of the wealthy Rothschild family made a fortune in the early 19th century when he bought investments during the famous Battle of Waterloo that ended Napoleon's reign.

That very same strategy of buying when everyone else is selling helped mint many millionaires and even billionaires over the years.

Here's what that means for you…

**URGENT: Matt McCall's Newest Bear Market Recommendation**

Matt McCall has just launched new bear market research that already has open gains as high as 24% and 13%. These future 10X stocks all have "recession-proof" qualities, and he just added a new stock pick. To learn how to get Matt's latest buy recommendation, click here now.

SPONSOR AD

In the last 20 years, two great buying opportunities were created by crises.

The first was the tech bubble in the early 2000s, which provided fantastic chances to buy some of the biggest winners of the last 20 years at deep discounts. Even the strongest and most stable technology companies were crushed as the bubble burst, and many of them went on to gain thousands of percent.

Then there was the 2008-2009 financial crisis that saw the S&P 500 lose more than half its value. Investors panicked and priced many companies as if they were going bankrupt, only to see them come back stronger than before.

1:30

# Closing = BOT +1 CREDIT SPREAD XBI DEC 125/145 CALL @18.42 Debit ▶ Inbox ☆

**Kirk at Option...**   1:22 PM   ↩   •••
to me ⌄

[Trade Remarks] Closing the challenged call side spread of our XBI
iron butterfly position for a loss. Cannot roll or adjust for a credit
so the best thing is just to remove the position near expiration.

This is an automated email trading alert from Option Alpha. You are
getting this alert because you registered your email address on our
website as a PRO/ELITE member.

*** You'll LOVE These Videos! ===
Have questions about the trades
we're making? How to adjust orders to fill quicker? Best strategies
for smaller accounts? Other trading related topics? If so, you're
going to love this new Knowledge Base we built for you. We took our

RB Exhibit 8_093

Wall Street's "epic fail" could hand you a 1,918% gain  ▷  Inbox ×   



J.R. Butts <postoffice@investingdaily.com>                    Wed, Jul 8, 2:31 PM   ☆   ↰   ⋮
to me ▾

Dear Reader,

I've just uncovered a case of gross negligence by Wall Street's "best and brightest" that could turn every $10,000 into $201,873.

If these guys were doctors or lawyers, they'd probably be behind bars right now...

Because they completely overlooked a critical contract footnote that could be worth **$10 billion a year** to one forgotten satellite company.

Leaving its stock available to you at a fraction of its actual value.

A critical announcement (that may only be days away) could create a buying frenzy that sends the stock into orbit.

I detail exactly how to play this opportunity for maximum profit in this never-before revealed report.

To claim your stake before the "experts" discover their error...

Click here for the full details.

To your wealth,

J.R. Butts
Chief Investment Strategist
StreetAuthority

He emailed me to say:



You've helped me turn $250 into $250,000 in less than a year! I would have reached that level even sooner if I had followed your advice to the letter. I hope one day to be able to thank you in person..

-John

And James, the farmer, made $2.5 million.



Just want to thank Teeka for all the time and effort he spends on this new asset class.... I farm in the state of Illinois and it has become difficult to carve out a profit in corn and soybean sales the past couple years. I had been looking for a way I could still keep the farm going while creating anew source of income..... I found my answer in a way I still have a difficult time believing. I have taken a few thousand dollars and turned it into 2.5 million since May of 2017 almost entirely by following your advice on crypto projects... The farm is still producing and my employees still have jobs thanks to you ... I am sincerely grateful sir. May God richly bless you.
-James W.



# Who Else Wants a Chance at $36,000 Cash?

Dear *Altucher Confidential* Reader,

Just days ago…

Reader Bob D. — and many others — took me up on a bizarre offer.



I pledged to show him and everybody else…

*How to pocket a minimum of $36,000 cash…*

While barely lifting a mouse-clicking finger.

**I'll make you the same pledge — click here for details.**

Sincerely,

James

P.S. There's a catch — you have until midnight TONIGHT to accept **this deal**.

Sincerely,

*James*

James Altucher

RB Exhibit 8_096

**"Turned $518 into $2,660 in One Day"**
There's a new way you can turn a small account into a large account
- and it's pure genius. People have been able to pocket 400% gains
or more (in just 24 hours!) all with one simple trick.

All *The 1450 Club* recommendations are posted on The 1450 Club website
1450club.com.

RB Exhibit 8_097

**"Don't quarantine your wealth! Do this instead ..."**

Even though there's a lot of risk out there, you don't need to quarantine your wealth. You just need to know where to look and act. On Wednesday, April 1, at 7 p.m. ET, InvestorPlace analyst Matt McCall will reveal details about a unique group of stocks that could help you see gains as high as 1,000% in the coming years. Learn how to get the name and ticker symbol of his favorite 10X stock for free by going here.

SPONSOR AD

RB Exhibit 8_098

## 65 "Mailbox Money" Secrets ANYONE Can Collect

Everyone can use extra cash these days ... and that's exactly why income expert Neil George is giving away his latest book. Titled *Income for Life*, this massive book profiles 65 unique streams of income, capable of generating an extra $237 ... $1,245 ... or even $10,312 each and every month. Click here to learn how to claim your FREE copy today.

SPONSOR AD

RB Exhibit 8_099

8:42

◀ Mail

AA   🔒 learn.traderspro.com   ↻

**FREE WEBINAR:** TRADERSPRO PRESENTS

# 905% on Tesla - Now A New Stock Could Be Even Better

Why Do So Many Americans Want to Know This Stock Picking Secret? Learn how to spot these big winners in just minutes a day.

**→ REGISTER MY SPOT NOW**

\* very limited seating - only 20 spots for each training session we do... \*

## TODAY @ 8:50 PM

**00**
HOUR

**07**
MINUTES

**02**
SECONDS

*Recommended Link*

## 219 American CEOs Quit—BEFORE the pandemic? (Bill weighs in…)



Did you notice that a record number of CEOs willingly left or lost their jobs in January? 219 CEOs in America—gone in just one month.

(Keep in mind, this was before the pandemic.)

Tom Dyson noticed… and he knows why. It's all part of why Tom and I are hosting an *Emergency Investment Summit* tomorrow, May 20th.

Tom wants to share with you exactly why he went "all in" 18 months ago… and where exactly he recommends putting your money now.

I will be dialing into the summit as well. But I'll likely be "audio only," as I'm sequestered here in remote Argentina, with a shoddy Internet connection.

I hope you'll join us.

~**Bill Bonner**

> Just click here to enter your information, so we can save your seat

RB Exhibit 8_101



RB Exhibit 8_102

# From Our Associates At The Motley Fool

Dear investor,

Not to alarm you but you're about to miss an important and rare event only available to *Motley Fool Stock Advisor members*.

You see, renowned investor Tom Gardner has identified a stock that he thinks resembles Facebook before its IPO.

It's a little internet company that's growing at a torrid pace – profit grew **54%** in the last quarter alone!

But there's something even more unique about Tom's latest buy signal that has the investing community bustling.

Tom's brother David – a legendary investor who picked **Amazon at $3.19** – has gone on record also recommending investors buy this same exact stock.

Join today to learn about this incredible pick!

In fact, some investors have come to call this signal a *"total conviction" buy sign -*

9:06

# $49 to beat the market by over 5X? Yes please 

Inbox

**The Motley Fool** Nov 19

to me ∨

View this email in your browser



## The Motley Fool.

MAKING THE WORLD SMARTER, HAPPIER, AND RICHER

In case you missed my earlier email and have been on the fence about joining *Motley Fool Stock Advisor*...today is the perfect day to take the plunge for two incredible reasons!

1. You can save big since we're taking up to 75% Off the list price of *Motley Fool Stock Advisor*!

2. You'll gain immediate access to Motley Fool Co-Founder

RB Exhibit 8_104

9:10

◀ Mail

🔒 learn.traderspro.com

**FREE WEBINAR:** TRADERSPRO PRESENTS

Starting With Just $10,000...

# Retire In 18 Months With $2.4 Million?

Too Good To Be True?
Not For This 37 Year Old Stock Trader.
See His Story.

### → REGISTER MY SPOT NOW

* very limited seating - only 20 spots for each training session we do... *

## TODAY @ 9:20 AM

| 00 | 09 | 17 |
|---|---|---|
| HOUR | MINUTES | SECONDS |

What You Will Learn On This **Free Event:**

**[Urgent] "How To find Success Even If The Market Is Crashing, Rebounding... Or Just Going Sideways...**



# Stay Late, Get Paid — You Could Triple Your Investment in Just 2 Months

Trading experts Roger Scott and Josh Martinez have been quietly studying this secret phenomenon that occurs every week — *after* Wall Street closes.

When all the "wolves" go home for the weekend to relax, you could put in a couple of extra minutes and then spend your weekend counting your cash.

You could scoop **thousands of dollars** in profits week after week...

All thanks to this secret indicator that occurs at 4:01 p.m. EST.

This indicator can predict prices over the following week with up to 90% accuracy, and these traders have figured it out.

4:59



# Did you miss your free stock pick? Inbox ☆

**The Motley Fool** 4:21 PM ↩ •••
to me ﹀

View this email in your browser



# The Motley Fool.

MAKING THE WORLD SMARTER, HAPPIER, AND RICHER

Editor's note:

Last week we revealed a free stock pick with the potential to take advantage of a promising new technology. Because some of you missed it, we wanted to give you another chance to learn about what I find to be a fabulous and fun way to think about investing. This may be the last time we offer this, so please enjoy!

--Mike Finarelli, publisher

Want to know where to invest $1,000, right now?

If you know much about us at the Motley Fool then you probably know how well we've done identifying massive technological trends and then finding stocks that can benefit in explosive ways.

Like we did with:

- **Amazon** and the e-commerce revolution, our recommendation up **+20,824%**
- Or **Netflix** and the streaming trend, up **+21,478%**
- Or **Booking Holdings** and the online travel explosion, up **+8,666%**

And all with our calm, diversified, long-term investing approach. We sleep well at night! (And we want you to as well!)

So what are we seeing today that might be the next big world-changing trend?

RB Exhibit 8_107



9:03



Greetings,

Shortly after you receive this email we will be booking partial gains in ROKU, closing out 10% of the position, currently at +89% from our 8/31/20 buy.

ROKU is still a top longer term idea and holding, we are just using this opportunity to book partial gains.

We are also moving up the trailing stop to $228.40.


Best Regards,

Larry Tentarelli
Publisher
https://bluechipdaily.com/disclaimer/

The *right* investment made at the *right* time makes all the difference…

**You just need to get it right *once!***

If you do, how your other investments perform doesn't matter.

Look, I've been pretty fortunate over my career…

I've helped many individuals achieve meaningful freedom in their lives…

People like B.J.



You see, B.J.'s husband used to be a doctor. But, then, he became disabled. Worse, they got scammed out of their retirement savings! When B.J. found me, they were essentially living out of a storage locker.

RB Exhibit 8_109



**Wealth Builders Institute**
Sponsored · 🌐                                        · · ·

ZERO GUESSWORK TRADING
Trade And Profit With These
3 Simple Rules – NO More. . . NO Less

> ## "Hey, I quit..."
>
> ## He showed me this secret trading thing!

Zero Guesswork Trading | Wealth          [ LEARN MORE ]
Builders Institute

RB Exhibit 8_110

After seeing gold gains as high as 2,450%... 3,922%... 5,509%... 6,200%...
one of the world's top resource investors is finally revealing...

# "GOLD PLACEMENTS"

**YOU can use this secret investment for the chance to turn
every $3,000 into $31,251 starting February 23, 2021**

*"These little-known securities have always been one of my favorite ways to
play gold... But they aren't stocks, bonds, ETFs, options or bullion itself."*

**– Doug Casey**

So far, our team has already
uncovered **hundreds of life-
changing gold placements**.

RB Exhibit 8_111


MARIJUANA STOCK TRADER

# The Next $250 Million 'Pot Stock' Buyout

**By: Ian Wyatt**
**Wednesday, July 25, 2018**

**BUY, BUY, BUY.**

That's what's happening in the fastest-growing sector of the North American economy.

Alcohol companies are investing in cannabis stocks.

Pharmaceutical companies are forming joint venture partnerships. And the bigger cannabis stocks are buying up the smaller players.

Every day, there's news of another acquisition. Go here to get details on my top buyout targets.

The latest major deal was from **Canopy Growth (NYSE: CGC)**.

The world's most valuable cannabis company inked a deal to buy out **Hiku Brands (OTC: DJACF)** for C$1.91 per share.

That price was a 33% premium to the Hiku share price . . .

**That values the company at $250 million!**

For Canopy Growth – valued at $5.5 billion – Hiku was a small deal.

It represented less than 4% of Canopy's total market value.

## How to Find the Next Buyout Target

Hiku shareholders have now been rewarded.

And this shows how profitable it is to own stocks *before* they get acquired.

In Canada, there are 114 licensed cannabis producers. Getting a license isn't easy. But lots of companies have successfully navigated the regulatory framework.

Having a license isn't enough to become a buyout target.

But you've got to remember that the big players already have licenses. And they know how to obtain new licenses for expansion.

Canada's big players – like Canopy – are looking for companies with something special.

In the case of Hiku, the company is focused on the consumer market.

Hiku had previously acquired a company called Tokyo Smoke, and was building out cannabis stores. Plus, the company was creating a chain of stores that would be similar to coffee shops.



## Take Your Trading To The Next Level

Hello Folks,

Here is some information from the folks at *True Market Insiders* about a new way to improve your trading:

-----------------------------------------------------------------------------------------------------------

### 51 Winners in One Day with this Proven Strategy

Fellow investor,

After a 15 year deep-dive study of investing strategies, one "brain-dead simple" strategy stands alone.

Not only does this strategy automatically **boost investors' returns by nearly 3X...**

It also reduces their downside risk -- which is more important now than it has been in years -- AND eliminates the guessing that leads to bad investment decisions.

Using the **single most powerful stock indicator** (which less than 1% have heard of)...

My company recently used this strategy to recommend 51 profitable trades in a single day.

The secret: this is what Wall Street's richest investors really use to build fortunes in today's market.

**Click here to see which stocks this strategy recommends today.**

Sincerely,

Chris Rowe



# Video shows how to make $5k to $20k in your spare time.

Dear Investor,

I've discovered a surprisingly simple way to make more money than I ever dreamed possible.

This process has helped investors earn $5,000 to $20,000 a month in their spare time, *with no previous experience*. Get all the details below:

RB Exhibit 8_114

9:04

Trading expert Lance Ippolito just revealed how he spots trades with the chance to return upward of FIVE times your initial investment every single month.

Not only does his strategy protect your portfolio from long-term volatility, but it gives you the chance to bank massive winners in just 24 hours.

I've never seen anything quite like this before.

With Lance's *Weekly Blitz Alert*, you can throw your old buy-and-hold strategy out the window. And forget spending hours reading through pages of earnings reports and squinting at stock charts.

To start collecting these 24-hour home runs, all you need to do is follow Lance's trading instructions the minute he issues a *Blitz Alert*. It's that simple.

If you don't believe me...

**Click Here to See His Strategy in Action**

They include people like Kevin G. from Turtle Lake, North Dakota, who writes:



"I have had some very generous gains in the last 4 years.
My retirement account has more than doubled in this time."

There's Aaron M. of Unionville, Nevada who had this to say:



"I follow your newsletter advice... and I gain and gain and gain."

And Malcom P. from Anderson, Indiana who shared:



"One of my Maximum Profit investments is currently up 163% and
I have several 50%+ holdings. Thank you Jimmy!"



For a $4,228 payout on AMD in just 7 days.

Or this one...



For a $4,000 payout on PPC in just 1 day.

The secret lies right here.

And once you **see how to spot it**...



You'll know how to make your move before certain stocks explode.

Then you could set yourself up for the profit potential of payouts like these that repeat over and over again, about every two weeks.

**A $4,317 *PAYOUT* in 4 days on SPLS**...

**A $4,522 *PAYOUT* in 11 days on WYNN**...

**A $5,364 *PAYOUT* in 15 days on UNG**...

**A $5,061 *PAYOUT* in 10 days on INTC**...

**A $4,090 *PAYOUT* in 6 days on FCX**...

**And a $4,500 *PAYOUT* in 12 days on BBY**.

And today, we're giving you the chance to turn a small stake into $117,000.

In fact, we're even guaranteeing it.

Start **right here**.

To Your Success,



Mike Ward
Publisher, *10-Minute Millio*

Of course, there is no guarantee these stocks will continue like this, but you can see the million-dollar potential...



"With gains like these, you' have the rich retirement you deserve.

But that's just the beginning.

# Endless Income

In less than five minutes, you can secure your share of the approximately $4.72 billion paid out every single month by America's most powerful investment.

"[This] can give you that extra income 'oomph!' you want and need to sleep well at night." — *Forbes*



It might seem like a tiny change...

But it actually represents one of the greatest technological shifts in our lifetime.

One that will create the transfer of *$1.46 trillion* in wealth over the next two years.

Now, you can sit on the sidelines of this revolution like so many have in the past...

Or you can learn about the *three companies* that are poised to pay out 100%, 500%, and potentially even 1,000% gains.

If you're the type that likes to get in on trends early so you can rake in the biggest profits, today could be a day that you'll remember forever.

**Click here for the ticker symbols and a shot at a 1,000% payday.**

Sincerely,

Jason Stutman

Jason Stutman
Investment Director, *Technology and Opportunity*



**JEFF CLARK TRADER**          🔒 Secure Order Form          📱 Call to order:
833-815-2795

# Your Spot is Still Available!

### *Scroll down for details...*



Normally, a one-year subscription to *Jeff Clark Trader* costs $199. When you consider that my ideas have already helped many folks make $100,000-plus... that's a bargain.

However, for a limited time, we're offering introductory "doorbuster" pricing—PLUS a series of new subscriber bonuses that you get to keep *even if you decide to cancel.*

## Here's everything that comes with your no-risk subscription...

**One full year of *Jeff Clark Trader*** (Value: $199)*:* You'll receive your first set of fast money trade recommendations immediately. Then, around the fourth Monday of every month, you'll receive a new trade opportunity.

RB Exhibit 8_121

The option position was then closed up a stunning 931.57%.

A mere 1,000 investment would have paid out 9,315 in profits.

**See How It Works**

On other occasions he's had returns of 366.55%... 738.31%... or more. For the 34 open trades in his fully verified option portfolio - he's had a 100% win rate.

Those trades generated total profits of 1,756,533.72.

The average return was 223.5%. So even if you only invested 500 in every trade - you still would have earned 37,995 if you'd taken every single position.

Now here's the cool part…

Chuck wants to give YOU *The Three Triggers*… for FREE.

**Download The Guide Here**

It will only be available for a limited time. Grab it now while you can.

Chuck Hughes

RB Exhibit 8_122

# COVID-19 Can't Stop 5G

### By Jeff Brown, editor, *The Bleeding Edge*

I first noticed it in early January...

Reports were coming out of Wuhan, China, that a mystery disease with pneumonia-like symptoms was spreading throughout the city.

At first, only a handful of cases were reported. But it didn't stay that way for long. The number of confirmed cases began to grow exponentially.

*Recommended Link*

### From Washington, D.C. – Jeff Brown's State of 5G Summit



Tonight at 8 pm ET, one of America's leading 5G insiders reveals:

A) How the mainstream media is **100% wrong about the coronavirus** (as it pertains to the 5G rollout)

B) When America is set to enter "Phase 2" of the 5G boom – and what it could mean for your investments

C) **THREE tiny 5G plays** set to rocket 10-20x higher in the months ahead

**Register here for FREE**

RB Exhibit 8_123

## Crypto's on Fire — How to 12X Your Money in 12 Months

Bitcoin shot up 45% in one month. Some experts say it could hit $400,000 over the next 10 years ... and another predicts it could *soar to $1 million — and become bigger than gold!* In his newest presentation, crypto expert Ian King says those predictions are just the beginning ... because he'll be sharing specific cryptos that could **hand you** *profits that are bigger than bitcoin.* Ian says these specific opportunities could make you **12x your money in 12 months... And you can** sign up here for exclusive, first-look access **... to see Ian King's special cryptocurrency presentation** *before anyone else!*

RB Exhibit 8_124

## Legend Who Bought Apple at $1.42 Says Buy TaaS Now  ▶  Inbox ×

**Options Income Playbook** <optionsincomeplaybook@bm5150.com> Unsubscribe
to me ▾                                                                                     Fri, Dec 4, 8:03 AM

Hi, Whitney Tilson here.

I made my mark on Wall Street over the past 20 years by starting my first hedge fund with just $1 million... which I ultimately grew into a series of funds worth more than 200 times that amount.

Along the way I met Presidents Clinton and Obama... have been asked to speak at the most prestigious business schools (like Harvard, Columbia, and Wharton)... and was fortunate to identify some of the best investments in the world, in the very early stages, including...

- Netflix when it was $7.78 a share (today it's worth **4,800% more**)
- Apple at $1.42 (it's up **18,000%** since then)
- Amazon at $48 (it's up **4,000%** since then)

I'm writing today because my team and I have found what we believe will be **the next big tech trend that will make investors rich**.

**It's called TaaS**—and if you haven't yet heard of this technological breakthrough, you soon will.

Over the next few years, TaaS will change the way you eat, shop, work, and travel. It will change the value of our homes and where we live. It will radically alter prices for airline and train tickets, gas, and even household goods. It could even help slow the spread of the coronavirus... and help get the American economy moving again.

Along the way, it could make you a small fortune.

Look, this is going to be the biggest trend affecting you and your money over the next few years—yet most Americans don't have a clue.

And that's why I'm going public today with the full story. Prior to the coronavirus, I traveled around America and the world (more than a dozen trips in the past six months), talking to every expert I could find.

I've put everything you need to know in a simple presentation, where you'll even learn the name and stock symbol of **my favorite TaaS investment in the world today**.

No subscription, e-mail address, or credit card required.

You can watch or read my presentation for free right now. We've posted it on my research firm's **website, right here**...

Best regards,

Whitney Tilson
CEO and Founder, Empire Financial Research

RB Exhibit 8_125

Time Left to Order: **14:58**



## For over 100 Years, This Secret Market Was the Playground for the Rich...

# Now Here's YOUR Shot to Aggressively Grow Your Wealth

Dear Reader,

Did you know there's a secret market with some of the most lucrative investment opportunities in the world?

For decades, rich investors had exclusive access to this little-known market and used it to aggressively grow their wealth.

We're talking about angel investing.

An opportunity to lock in a ground-floor stake in a startup and become an early-stage investor in what could be the next Facebook, Google, or Amazon.

Imagine being one of the first investors in these companies long before they became household names.

The early-stage investors who were there at the very beginning could have made extraordinary returns...

- **Facebook – 736,090%** (from 2005 to 2018)
- **Google – 1,191,759%** (from 1999 to 2019)
- **Amazon – 14,000,000%** (from 1999 to 2018)

RB Exhibit 8_126



### 7 Ways to Generate Income - for a Comfortable Retirement

Have a $500,000 portfolio? Download this must-read guide from Fisher Investments. Download our free guide to learn to get the most out of your retirement funds.

15-Minute Retirement Plan     Retirement Income Guide

**Ad** www.fisherinvestments.com…     VISIT SITE 

RB Exhibit 8_127



4:10

🔒 dailytrendtrader.com

Right into the pockets of the shareholders of Elon's "Super-Net."

## When you move FAST on what you're about to read in this letter, I'm projecting profits of _95%... 948%...  even 4,743% or more._

## But to make the biggest potential profits, you'll want to position yourself _BEFORE December 31st, 2020..._

Because according to the facts I have sitting in front of me...

That's when Elon's planning on "going public" with this epic



Investors could have made $13,050 on $2,500.



And then there was Regional Health Properties, another real estate investment everyone ignored back in 2009.

It was selling at just $0.80 a share. $2,500 would have bought 3,125 shares.

That's a ton!

In just over two years, it delivered 754%!

Investors would have made $18,850 on this deal!

**TheStreet.**   SUBSCRIBE   LOGIN

## A Few Ways An Action Alerts PLUS Membership Will Help You Become A Better Investor



**ACCESS TO OUR $2.5MM+ CHARITABLE TRUST PORTFOLIO**
Full access to the Action Alerts PLUS portfolio (30+ stocks) and notifications on every trade Jim Cramer and his team make.



**REAL-TIME TRADE ALERTS**
You'll receive an email or mobile notification ahead of every buy or sell decision we make so you can make the trade even before we do.



**CRITICAL MARKET INSIGHTS**
Every day you'll get up to the minute analysis of major market events and key opportunities so you can position yourself for success.



**AN INVESTMENT INDEX FOR YOUR INVESTING STYLE**
We have created dynamic indices to fit all 4 investment styles (Growth, Value, Income, or Blend) so you can match our portfolio to your stock goals.



**ONLINE INTERACTIVE FORUM**
Join our online forum where club members share ideas and pose investing questions to their peers.

**TheStreet.**   SUBSCRIBE   LOGIN

## Action Alerts PLUS Key Features

- 24/7 Access to Jim Cramer's Portfolio
- Real-Time Investment Alerts every time Jim and the AAP team Buy or Sell
- Critical Market Insights & Strategies
- Weekly Market Roundups & Analysis
- Educational Materials and Bonus Reports
- Unlimited Access to Jim's Core Holdings

- Exclusive Access to the Members-Only Monthly Conference Call
- Fundamental and Technical Analysis for Each Stock with a Rating Recommendation
- Direct Access to Jim and the AAP team in the Members-Only Forum
- Full Access to the AAP Investment Indices by Value, Growth, Blend, and Income Stocks
- Unlimited Access to Jim's Core Holdings
- Download Jim's Portfolio for Offline Review

ACCESS ACTION ALERTS PLUS

RB Exhibit 8_131



**Day 7: These 3 tech stocks could dominate the $12.5 trillion 5G sector**

**Money Morning** <moneymorning@e.moneymorning.com>
Reply-To: moneymorning@e.moneymorning.com
To: mmills@ragingbull.com

Mon, Nov 23, 2020 at 9:33 AM

You are receiving this as a part of your subscription to Money Morning. To remove your email from this list, unsubscribe here.



**WE MAKE INVESTING PROFITABLE**

Dear New *Money Morning* Member,

We're right on the edge of a *massive* turning point in tech.

In a few weeks - maybe even days - there will be no turning back.



I'm talking about 5G high-speed cellular networks.

I expect this single 5G event to unleash millions - even billions - in new wealth for investors that latch on now.

**Bob Keppel**
**Publisher**

How do I know?

Because our very own tech specialist Michael Robinson has been following the 5G story for more than five years.

And when Michael gets excited about something, our readers tend to see huge profits...

Like 143% gains in under two years...

289% gains in under three years...

And 258% gains in just 15 months.

Now, he believes 5G could blow all of those gains out of the water.

https://mail.google.com/mail/u/1?ik=hc29cc3b5b&view=pt&search=all&permmsgid=msg-f%3A168416390223848473&simpl=msg-f%3A168416390223848473&    1/3

1/23/2020    RagingBull.com Mail - Day 7: These 3 tech stocks could dominate the $12.5 trillion 5G sector

Here's Michael...

• • •

In all my time researching 5G, I *NEVER* could have anticipated what happened this year.

Due to the stay-at-home orders in the United States and across the globe, the internet has gone from a household staple to an essential part of our day-to-day life.



Since the crisis began in March, there's been...

**Michael Robinson**
**Defense + Tech**
**Specialist**

- A 60% increase in data usage...
- A 300% surge in teleconferencing...
- And an 850% rise in the number of people working from home.

This extra traffic has put the internet under tremendous stress. Internet speeds are tumbling.

And 5G is the answer.

At the end of 2019, 5G was going to be a brilliant technological innovation.

Now it's an absolute necessity to our way of life.

The first major roll out of 5G is going to happen any day now, and I expect that to bring a HUGE payday for three little-known companies.

Just click here to see them, and as an added bonus, I'll automatically add you to my *Strategic Tech Investor* mailing list, so you can get updates and new recommendations from me at no cost.

Sincerely,

RB Exhibit 8_133















# Everything You'll Get With Your Subscription to *Microcap Insider*

When you agree to take advantage of the *Microcap Insider* offer I'm making you today, you'll receive an incredible bundle of wealth-building tips and tools.

The minute you sign up below, you'll have access to:

- **Special Report: "The NH3 Revolution: How a Tiny Toronto Startup Beat a $3.3 Trillion Industry"** — This report will teach you everything there is to know about the company, its world-changing innovation, the brilliant inventor behind it all, and the energy market that will never be the same once it takes hold.



- **Weekly Issues of *Microcap Insider*:** You'll receive every copy by email, quickly and efficiently.

- **Real-Time Buy and Sell Alerts:** In this fast-moving market, opportune buy and sell points can come at any time... and I'll make sure you receive them the moment they arrive.

- **Specific Entry, Exit, and Target Prices:** You'll never have to guess if a stock is a good buy or not. I'll always give you specific entry points, sell prices, and realistic targets for our recommendations.

- **Complete Research for Every Recommendation:** You'll always know exactly why I recommend a stock. You'll know what catalysts to expect and what hurdles to watch out for. That way, you can invest and profit with confidence.

- **VIP Member Services:** A subscription to *Microcap Insider* qualifies you for VIP service. You can contact the VIP member services team with any questions at (844) 310-4115.

But that's not all. You'll also immediately receive these FREE blockbuster bonus reports:







6:23

5G

Folks are LOVING the returns from these EV-related pre-IPO alerts.

Just check out the gains on these open positions in my model portfolio.

- **79.79%** with on an EV start-up – in less than 60 days

- **115.5%** with on an EV lidar tech stock – in less than 30 days

- **808.7%** with on an EV battery maker – in just 7 weeks

But believe it or not – there's something that excites me even more... it's this NEW EV recommendation.

Here's why.

This company wants to deliver high-power batteries for things like buses and taxis.

Additionally, it already has experience in the EV market.

For example, during the 2018 Olympic Games in South Korea, this company's battery systems made their debut in electric buses.

And at the moment, it has over 28,000 batteries installed globally...

And with an expectation of $100 MILLION in revenue in 2020...

You can probably see why I'm expecting 460% gains.

But only for those who act fast because the company is just about to IPO.



**Don't miss out. Get these recommended stock picks before the next market close.**

05 : 24 : 15 : 22

UNTIL MARKET CLOSE

**Join Now**

## 188 Stock Recommendations with 100%+ Returns

*Stock Advisor* members gain unlimited access to our library of expert stock recommendations inside the service, each carefully aimed at multiplying your net worth.

Members also receive new stock picks – each and every month – from legendary investors and Motley Fool Co-Founders, Tom and David Gardner.

| Recommendation Return | S&P Return | Vs. S&P Return |
|---|---|---|
| +29,061% | +338% | +28,723% |
| +23,079% | +364% | +22,715% |
| +21,173% | +509% | +20,664% |
| +19,194% | +226% | +18,878% |
| +16,560% | +284% | +16,276% |
| +13,857% | +306% | +13,551% |
| +10,982% | +226% | +10,756% |
| +9,928% | +432% | +9,495% |
| +9,294% | +383% | +8,911% |

*Returns as of January 4, 2021*



Amazon
▲ up 21,014%

**Average *Stock Advisor* Recommendations Have Returned Over 564%**

RB Exhibit 8_141



## Simple strategies that could more than double your returns!



**85.7%**
*trades closed with a positive return*

✔ Discover how one select group of Fools have regularly racked up 165%, 109%, even 233% returns ... enjoying an amazing 85+% profitability rate on their closed options trades!

✔ Learn how adding a few simple options investments to your existing portfolio, you can potentially make more than double the returns you would have made just by owning the stock!

✔ Get a world-class options education in easy-to-swallow pieces with our exclusive Options University!



**SIMPLER**TRADING®

Now is Your Chance to Learn How John Carter Escaped the Corporate Grind

# Discover the "Side Hustle of the Wealthy" that Turned $5,887 into $22,234 in Only 2 Months

Simpler Trading Founder John Carter reveals his proven formula in this Exclusive Webcast...
For a limited time, you can watch John Carter's FREE webcast that reveals the simple formula behind his great escape...

**REGISTER NOW**

And there's a good reason why we're offering this discount...

You see, legendary investor, David Gardner — the brains behind *Rule Breakers* — just revealed his next great growth-stock idea.

And I don't know about you, but I always pay attention when one of the best growth investors in the world gives investors like me a stock tip.

**But please note:** As of right now, you could miss out because you may not be on the list to receive the stock ideas.

You see, David only releases these new recommendations to members of *Motley Fool Rule Breakers*.

Lucky for you, it's not too late to join, so I'm going to show you the simple steps to get on the list today.

But first, consider this:

If you read this note on February 18, 2009... and invested when David recommended Mercado Libre, you'd be **up 11,495% today**.

Or if you followed the recommendation on February 24, 2016, when David first recommended Shopify, you'd be **up 5,994% today**.

Or - more recently - on February 17, 2017... if you'd purchased when David announced his recommendation of The Trade Desk? You'd be **up 2,248% today**.

Now if you had invested just $1,000 in each of those stocks, you'd be sitting on close to $177,888 today.

And loyal followers of David and Tom who invested more did even better - a $5,000 investment in each of those ideas would be worth about $889,442 today.

That may sound outrageous! And not every pick has performed as well, but there's no need for me to cherry-pick returns here. It's as simple as this...

David's average pick in *Motley Fool Rule Breakers* is up 338%, while the S&P 500 during the same period is up just 99%.

In other words, David's average pick has **more than tripled** the stock market's return for more than a decade. That track record is remarkable in a world where most fund managers actually lose to the market.

Now, if you're not familiar with our *Motley Fool Stock Advisor* service, this is the award-winning online investing service created to provide easy-to-follow, monthly stock recommendations to individual investors.

That's right! Each and every month, over 700,000 investors tune in to discover which stocks we believe investors should be buying shares of today.

But that's no surprise considering since inception in 2002, *Motley Fool Stock Advisor*'s **AVERAGE stock pick has returned over 600%**, which is **quadruple** the return of the market!

Even better -- because I'm completely convinced you'll be impressed by the exclusive research I've put together on this stock -- we'll make sure your *Stock Advisor* membership is backed by a 30-day 100% membership-fee-back guarantee that allows you to **get your money back** if you aren't impressed or ultimately decide *Stock Advisor* isn't right for you!

That's right, you can sign up for *Stock Advisor* today for up to 75% off, get the full details on these "AI Disruption" stocks, and then get your full membership fee back if you aren't completely satisfied.

Just tap the button below to get started.

**Yes! I Want to Claim My Report And Discount Today**

Hi there <mark>Fool</mark>!

Because we think that today is always the right day to take a bold step towards true financial freedom... we decided to hold a one-day only sale on our newest stock-picking service, *Everlasting Stocks*!

## <u>One Day Sale!</u>
## Take up to 84% Off *Motley Fool Everlasting Stocks* (Only ~~$299~~ $49/year on a 2-year term for unlimited access)

Our members have been able to do things like:

- Pay for their kids' or grandkids' college educations
- Buy a second home in San Francisco
- Retire early and sail around the world

And we want all those things - *and more* - for you too.

That's why we're offering an entire year of access to *Everlasting Stocks* for *less than $1 a week.*

*But you have to act quickly: at **Midnight tonight**, you'll be locked out.*

***Everlasting Stocks** average pick is up 126% <u>since just 2018</u>...* that's more than 6x the S&P 500!

And that's just the tip of the iceberg. When you become an *Everlasting* member, you'll be joining a thriving community of likeminded investors that love this service. And I'm confident you will too:

- Because you'll receive updated expert coverage on all *Everlasting Stocks* recommendations. (No need to go digging through financial reports - our expert team has broken it all down for you).
- Because you'll gain instant access to the latest stock picks from investing legend Tom Gardner (wish you knew about Netflix or Tesla before they got big? Well, lots of <mark>Motley Fool</mark> members made a killing on Netflix and Tesla thanks to these guys!)
- Because you'll instantly discover 10 stocks our CEO, Tom Gardner bought in his own portfolio, (I can't believe so many investors are missing out on these opportunities).

It's been a heck of a run - but what I'm most proud of is our ability to consistently lead investors like you to some of the most life-changing investment returns the market has ever seen. I'm talking, of course, about companies like:

- **Amazon, rec'd 9/6/2002 (up 21,795%)**
- **Netflix, rec'd 10/01/2004 (up 23,510%)**
- **Nvidia, rec'd 4/15/2005 (up 8,208%)**
- **Baidu, rec'd 10/18/2006 (up 3,140%)**
- **Salesforce.com, rec'd 1/21/2009 (up 3,366%)**

These are actual investment recommendations Tom and David have shared with The Motley Fool community over the years - and the list goes on and on!

But I'm not here to take a victory lap.

Instead, I'm writing to you today about a company that I hope will one day become the next Motley Fool "hall-of-fame" stock.

Now, if you're not familiar with our *Motley Fool Stock Advisor* service, this is the award-winning online investing service created to provide easy-to-follow, monthly stock recommendations to individual investors.

That's right! Each and every month, over 400,000 investors tune in to discover which stocks we believe investors should be buying shares of today.

But that's no surprise considering since inception in 2002, *Motley Fool Stock Advisor*'s **average stock pick has returned over 599%**, which is **quadruple** the return of the market!

$49 to beat the market by 4x? Yes please!   Inbox ×

**The Motley Fool** <fool@foolsubs.com> Unsubscribe    Sat, Feb 20, 5:37 PM (12 days ago)

to me

View this email in your browser



If you have been on the fence about joining *Motley Fool* Stock Advisor...today is the perfect day to take the plunge!

Because we're taking up to 75% Off the list price of *Motley Fool* Stock Advisor today!

And even better, thanks to our ironclad guarantee...you can take a full 30 days to "kick the tires" on *Motley Fool Stock Advisor*...and still get your entire membership fee back if you're not completely satisfied.

But please don't delay...because I can't guarantee this offer will be open tomorrow.

### *Take up to 75% off Motley Fool Stock Advisor (as low as ~~$199~~ $49/year on a 2-year term for unlimited access)*

This is your chance to join our signature service famed for finding huge winners:

- Like Amazon, **up 20,842%** since David recommended it to subscribers in September 2002.
- Or Netflix, **up 28,611%** since Tom recommended it in December 2004.
- Or Booking Holdings, **up 8,100%** since David recommended it in May 2004.

RB Exhibit 8_147

## Day 3: 7 stocks with same-day profit potential

**Money Morning** <moneymorning@e.moneymorning.com>
Reply-To: moneymorning@e.moneymorning.com
To: mmills@ragingbull.com

Thu, Nov 19, 2020 at 9:13 AM

You are receiving this as a part of your subscription to *Money Morning*. To remove your email from this list, unsubscribe here.



### WE MAKE INVESTING PROFITABLE

Dear New *Money Morning* Member,

What you're about to see could change the way you think about investing forever.

The youngest member of our team made a $5,000,000 fortune by the time he turned 30.

He didn't get there by betting it all on a risky tech startup.

He didn't design an app or win the lottery.

**Bob Keppel**
**Publisher**

His method is actually so simple anyone can do it.

And it takes such little time that he's free to spend most of his days traveling the world, living life to the fullest.

Now he's finally ready to go public with his secret. I'll let him give you the details...

• • •

### Day 6: Take the guesswork out of investing

**Money Morning** <moneymorning@e.moneymorning.com>
Reply-To: moneymorning@e.moneymorning.com
To: mmills@ragingbull.com

Sun, Nov 22, 2020 at 9:28 AM

You are receiving this as a part of your subscription to *Money Morning*. To remove your email from this list, unsubscribe here.



**WE MAKE INVESTING PROFITABLE**

Dear New *Money Morning* Reader,

Odds are, your understanding of the stock market is all wrong.

If you're like most folks, you believe that more valuable companies go up in stock price and less valuable ones go down.



**Tom Gentile**
**America's No. 1**
**Pattern Trader**

You may also believe, like most people do, that it's impossible to know which way a stock will go on any given day.

It's just not true, and I'll prove it to you.

It all starts with my most powerful invention: the *Money Calendar*.

It crunches millions of data points a day, identifying patterns in the market that no human could discover on their own.

What the *Money Calendar* showed me was that some stocks move the same way at the same time, year after year after year.

Let's look at Hess, the gas station company.

Nine out of the last 10 years, in **the same 17-day period**, this stock has fallen.

Using that knowledge, I showed my followers a trade recommendation that **shot up 112.5% in two days**.

Or Kimberly Clark, the manufacturing corporation.

Nearly every year during **one 32-day window**, this stock goes up.

Once we knew that, we were able to see a **100% profit opportunity** in just 18 days.

These are just two examples of the *countless* patterns that my *Money Calendar* has identified.

And now, you can use them to target **fast, money-doubling profits** of your own.

Because not only am I going to share with you the exact dates of the patterns I mentioned above...

But I'm also giving you a chance to get **eight new "payday" opportunities**

RB Exhibit 8_149

It's hard to believe, but 2018 marked the 25-year anniversary of the founding of The Motley Fool by my brother David and me!

Of course, there have been more than a few changes around here during that time. Like the fact that we've gone from publishing an investment newsletter for 300 or so subscribers out of the shed behind David's house...

To serving millions of hardworking investors like you around the globe from offices in countries as far-flung as Australia, Germany, the United Kingdom, and Japan.

It's been a heck of a run — but what I'm *most* proud of is our ability to consistently lead investors like you to some of the most life-changing investment returns the market has ever seen. I'm talking, of course, about companies like:

- **Amazon - up 20,112%**
- **Netflix - up 29,443%**
- **Nvidia - up 8,095%**
- **Booking Holdings - up 9,526%**
- **Shopify - up 3,950%**

These are actual investment recommendations my brother David and I have shared with The Motley Fool community over the years – and the list goes on and on!

But I'm not here to take a victory lap or make you feel depressed if you missed out on any of these huge gains...

---

## Crypto's on Fire — How to 12X Your Money in 12 Months

Bitcoin shot up 45% in one month. Some experts say it could hit $400,000 over the next 10 years ... and another predicts it could *soar to $1 million — and become bigger than gold!* In his newest presentation, crypto expert Ian King says those predictions are just the beginning ... because he'll be sharing specific cryptos that could **hand you** *profits that are bigger than bitcoin.* Ian says these specific opportunities could make you **12x your money in 12 months... And you can** sign up here for exclusive, first-look access ... to see Ian King's special cryptocurrency presentation *before anyone else!*

---

RB Exhibit 8_150







**30 MINUTES, 3 DAYS A WEEK IS ALL IT TAKES**

### Don't Miss Your Chance to Make
**THOUSANDS OF DOLLARS in EXTRA INCOME**
Each and **EVERY** Week



30 Minutes a Day, 3 Days a Week Is All It Takes

### Congratulations!

You made it here just in time.

The fact you are on this page means there are still **Founder's Membership** subscriptions available today.



Palm Beach (going Public soon via Beacon Stre

**You also get access to:**



**Best Buys Now**

Best ideas chosen from all the picks since the service started.



**Starter Stocks**

A handful of stocks that make a great foundation to any portfolio.



**Community**

Join the world's greatest community of investors.



**Knowledge Base**

Our educational materials will help you become an expert investor.

### PLUS: Bonus special reports that show you how to capitalize on the hottest trends

Here's a taste of just some of the successes from our scorecard that you can expect the moment you become a member...



**Amazon.com**

UP 20,112%



**Netflix**

UP 29,443%



**Disney**

UP 10,634%

et)



Stansberry Research (Going public soon with beacon Street)



‘Moxie’ grew two accounts by $1 million — in a day   [Inbox ×]

**TG Watkins** Unsubscribe                                      Sat, Feb 13, 1:06 PM
to me



I face this question constantly with the current market conditions...

"How do we get through this… profitably?"

This month I gained $1 million in a day — in two separate accounts trading stock.

# Markets & More:

## Six Million-Dollar Winners In A Crazy Year

November closed with a fizzle and December opened with a spark as the market continues its wild run into the end of the year.

The market has been anything but predictable — choppy, crazy, wild, and uncertain are better descriptions.

So how did John Carter, founder of Simpler Trading, have his best year ever and add $17 million to his bottom line?

What helped John with his winning trades was innovative, breakthrough strategies and tools developed internally at Simpler by a team of dedicated professionals.

**Full article here: More 'silver linings' in 2020...**

# Free Public Trade Goes +210%

*December 24, 2020*

Hey Market Pilots,

Back on November 30th, I gave a free webinar about the crazy gains my Moxie Subscribers made in a few sectors and then detailed out other sectors I thought would be lucrative veins to mine. At the end of the presentation, I touched on a little known stock about drones, calling it a sleeper stock. Today, we cashed in most of the position with a +210% gain and boy was that a fun ride.

**AgEagle Aerial Systems (UAVS) was...**

# Doubling my account in 12 days

*November 30, 2020*

Hey Market Pilots,

Today, I'm going to keep my writing to you short and to the point, because I'll be hosting a free webinar tonight, 7:00 pm CT to further discuss the topic of this newsletter.

It has been an incredible November with the market being fueled by real vaccine news. The risk-on type names started coming alive in big ways and I was well positioned to take advantage of them. Those who subscribe to me were also along for the ride with their accounts growing on average 50% to 75% in 12 days. This is amazingly absurd for stock only trades, but I'll happily take it.

**[Here is what some of them had to say…](#)**

That's why I wanted you to get a jump on the **Christmas sale in our online store.**

Starting tomorrow you can stuff those stockings with added support and training to fast-track your trading in the New Year.

You can grab my Moxie Stock Method to add to your Christmas cheer!

Here are just some of my results with Moxie this year:

- Grew my account by $112,000 in one day.
- Grabbed fast-moving stocks that produced 37% to 190% gains.
- Uncovered two "unknown" stocks that boosted my main trading account by 50% in one day.

Want to get your own Moxie cheer for the New Year?

Then don't wait — the next big sale starts Christmas Eve and ends the day after Christmas.

Don't let this one slip by you… grab this special offer before it flies away.

Save 30% on Moxie Stock Method — **lock in your savings HERE.**

He used the Moxie Method to take a $100,000 account up 44% in 8 months.

Here's the recap he shared about his Moxie experience:

*"Hi TG: Your performance is outstanding this year, and your perspectives are tremendously valuable. Your ability to frame up the market, individual stocks, and put us in trades at rather safe pricing areas has been outstanding."*
*- Thunderfun*

And Moxie works for small accounts, too, allowing me to grow a $4.6K account over 103% in a little over a year.

Members used Moxie and reported exceptional gains of their own:

*'I have been using Moxie since last year when I bought the tools. I had a 3k account account and grew it to 12k. Moxie was the biggest indicator I used." - H.Y., 8-9-20*

# ⊘ **SIMPLER**TRADING®

# **Simpler** Insights

March 2, 2021

## **'Check' This Formula For Account Growth**



Join John Carter, Founder of Simpler Trading, tomorrow at 7 p.m. Central to discover the proven "checklist" that grew his smaller $10,000 account by 340% in only six months!

John will also cover how to structure low-risk options setups for every market "phase," the bulletproof formula for scaling small accounts to $100,000 or more; and how to ethically profit from other traders' losses.



**Ad**  Wealthpress

**I'm Showing You Exactly How I Beat The Market**

I am a 32 yr old semi-retired stock trading prodigy. Now that I'm 'comfortable' I decided to share this killer method with you. Let's win together!





| Trading Tools | | Warrior Starter | Warrior Pro |
|---|---|---|---|
| On-Demand Education | ⓘ | ✓ | ✓ |
| Live Trading Chat Room | ⓘ | ✓ | ✓ |
| Stock Scanners | ⓘ | Partial Access | Full Access |
| Trading Simulator add-on available | ⓘ | Optional add-on | Optional add-on |
| Live Group Mentoring | ⓘ | | ✓ |
| Access to Mentor Session Recordings | ⓘ | | ✓ |
| Live Trading Archives | ⓘ | | ✓ |

| Warrior Trading Courses | | | |
|---|---|---|---|
| Warrior Starter Course | ⓘ | ✓ | ✓ |
| Small Cap Day Trading | ⓘ | | ✓ |
| Large Cap Day Trading | ⓘ | | ✓ |
| Swing & Options Trading | ⓘ | | ✓ |
| Day Trading in an IRA | ⓘ | | ✓ |



# ⌾ SIMPLERTRADING®

The first two months of this year showed us the volatility we can expect ahead in this market.

And this environment is playing right into our Moxie Indicator tracking and setups.

Are you ready to claim your spot for live-trading as we "Take It To Wall Street?"

Oh, it's on and we're already following wild moves in the market while targeting hot stocks ready to take off.

[Join us this week by grabbing your spot with the Pro or Elite package HERE.](#)

You can follow my direct guidance in real-time — during market hours — to immediately take action on what you learned in Moxie Stock Method Strategy Class.



**Kyle W Dennis**
Sponsored · 🌐

···

Millionaire Trader Bares His Past Faults So Traders Don't Make The Same Mistakes He Made Before His Wealth.



7TRADINGSINS.COM
**The 7 Trading Sins - FREE GUIDE**

[ LEARN MORE ]



☐ ● **Raging Bull© Bullseye Trading | Trade Options | Sign Up For Our Free Webinar**
www.bullseyeoptiontrading.com
Learn New Option Trading Tips That Can Improve Your Returns. Join Our Free Webinar Today. Don't Miss Your Chance To Attend The Free Webinar And Learn Exclusive Tips. Sign Up Now

☐ ● **Raging Bull© Bullseye Trading | Trade Options | Sign Up For Our Free Webinar**
www.bullseyeoptiontrading.com
Learn New Option Trading Tips That Can Improve Your Returns. Join Our Free Webinar Today. Don't Miss Your Chance To Attend The Free Webinar And Learn Exclusive Tips. Sign Up Now

