# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | * | |
| Plaintiff, | * | |
| v. | * | Case No. GLR-20-3538 |
| RAGINGBULL.COM, LLC, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DECLARATION OF PETER E. KEITH, TEMPORARY RECEIVER

I, Peter E. Keith, am over eighteen years old and am competent to testify. This Declaration is based on my personal knowledge and information made available to me in the course of my professional duties.

1. I am serving as Temporary Receiver in the above-captioned litigation.

2. I am personally familiar with the discovery efforts that occurred in this litigation.

3. The documents attached as Exhibit 1 are true and accurate copies of photographs taken by the Receivership Team of Raging Bull's Hunt Valley, Maryland office on December 9, 2020.

4. The document attached as Exhibit 2 is a true and accurate copy of Kyle Dennis's most recent employment contract, provided to the Temporary Receiver by Defendants.

5. The documents attached as Exhibit 3 are true and accurate copies of Raging Bull marketing emails received by the kayas@raingbull.com email address on December 7, 2020.

6. The documents attached as Exhibits 4-6 and 20 are true and accurate copies of emails received by support@ragingbull.com, pkeith@gejlaw.com or Receiver@gejlaw.com.

#730350

1

7.	The documents attached as Exhibit 7 are true and accurate copies of Raging Bull advertisements as supplied to the Temporary Receiver by Counsel for InterActive Offers.

8.	The documents attached as Exhibit 8 are true and accurate copies of emails received by [kaylas@ragingbull.com](mailto:kaylas@ragingbull.com) or [support@ragingbull.com](mailto:support@ragingbull.com) between December 1, 2020 and December 7, 2020.

9.	The documents attached as Exhibits 9 are true and accurate copies of emails received by [support@ragingbull.com](mailto:support@ragingbull.com), [pkeith@gejlaw.com](mailto:pkeith@gejlaw.com) or [Receiver@gejlaw.com](mailto:Receiver@gejlaw.com).

10.	The document attached as Exhibit 10 is a true and accurate copy of an internal memorandum circulated by Raging Bull that was provided to the Temporary Receiver by Defendants.

11.	The documents attached as Exhibit 11 are true and accurate copies of emails sent by Raging Bull to subscribers between December 7, 2020 and December 17, 2020.

12.	The documents attached as Exhibit 12 are true and accurate copies of emails received by [kaylas@ragingbull.com](mailto:kaylas@ragingbull.com) or [support@ragingbull.com](mailto:support@ragingbull.com) between December 7, 2020 and December 17, 2020.

13.	The documents attached as Exhibit 13 are true and accurate copies of emails sent by Raging Bull to subscribers between December 18, 2020 and December 28, 2020.

14.	The documents attached as Exhibit 14 are true and accurate copies of emails received by Raging Bull requesting feedback from customers between December 18, 2020 and December 28, 2020.

15.	The document attached as Exhibit 15 is a true and accurate copy of an email sent by Raging Bull to subscribers on behalf of the Temporary Receiver.

16.	The documents attached as Exhibits 16 and 17 are true and accurate copies of emails received by [pkeith@gejlaw.com](mailto:pkeith@gejlaw.com) or [Receiver@gejlaw.com](mailto:Receiver@gejlaw.com) between December 14, 2020 and January 29, 2021.

17.	The document attached as Exhibit 18 is a true and accurate copy of Raymond J. Peroutka's *curriculum vitae*.

18. The document attached as Exhibit 19 is a true and accurate copy of the ordered issued by the New Hampshire Bureau of Securities Regulation, as designee of the New Hampshire Secretary of State, directing RagingBull.com, Jason Bond, Sherwood Ventures LLC, Jeffrey Bishop, and MFA Holdings Corp. to cease and desist from committing violations of the New Hampshire's Uniform Securities Act, as made available on the Bureau's website at https://sos.nh.gov/corporation-ucc-securities/securities-information-for-investors/enforcement-actions/.

I, Peter E. Keith, declare under the penalties for perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

February 1, 2021

Date

Peter E. Keith, Temporary Receiver