# EXHIBIT 1

# EXHIBIT B



































Penny Pro → Profit Prism

Supernova → Profit Prism
Platinum

TA unlimited = TA lifetime

\* TA unlimited mems also get TA tag

TA = TA members

TA Bundle = TA + Bullseye
+ OWR (dep)

TA Bundle
unlimited = TA (LT)
\* Also gets TA Bundle     Bullseye
   mem tag        OWR (dep) (LT) Tradus (LT)























@LuddGriffin

13376 - JBP Free - GEAZY
7304 - RBAA - GEAZY
11736 - Pondenosa
14468 - Jason Bond Watchlist
15293 - OPA
9260 - BUL cold
12904 - JBP QTR direct to stealth
11066 - TA MC stealth cold
13290 - JBP MMV dsell
13796 - TA Free Flow - GEAZY
:
14231 - FFT - 2020 Unprecedented
7258 - JP Raging Bull Insider Welcome (RBI)
       BTB Free - GEAZY



























































# EXHIBIT C














