# EXHIBIT 3

Sent: Mon, 07 Dec 2020 08:14:01 -0500
Subject: 1-Trade-Per-Week Alert Service
From: "Jeff Bishop" <Jeff@totalalphatrading.com>
To: kaylas@ragingbull.com

Case 1:20-cv-03538-GLR   Document 208-4   Filed 03/18/21   Page 2 of 5

Hi Kayla,

Now this is what I'm talking about…

> *"Jeff you are a saint! … I acted on your AAPL alert Monday morning, made 2 separate trades on the 119 contract, sold one for a whopping 115% gain while the other rides out until next week currently sitting at 87% return!"* - David W.

What you might not know is that David had nearly no knowledge of the market, and had never traded an option in his life.

Until he stumbled upon my 1-Trade-Per-Week alert service… Bullseye Trades.

He executed on my AAPL trade alert last week and came out with a 115% gain on his very FIRST trade.

*Does it get much better than that?*

Guys like David are living proof that there's never been a more streamlined, easy to execute alert service than this one.

ANYONE can get into the game.

This is your chance.

And right now, the clock is ticking…My next trade drops this morning before the market opens.

And as always… I'm settling for nothing less than a trade with money doubling potential.

→ Click here right now to get your hands on it.

**Jeff Bishop**

RagingBull, LLC

62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from Jeff@totalalphatrading.com

Unsubscribe from all RagingBull emails

DISCLAIMER: To more fully understand any Ragingbull.com, LLC ("RagingBull") subscription, website, application or other service ("Services"), please review our full disclaimer located at https://ragingbull.com/disclaimer.

FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE. AnyRagingBull Service offered is for educational and informational purposes only and **should NOT beconstrued as a securities-related offer or solicitation, or be relied upon as personalizedinvestment advice.** RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision.

RESULTS PRESENTED NOT TYPICAL OR VERIFIED. RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of the persons voluntarily providing the testimonial. **However, subscribers' trading results have NOT been tracked or verified** and past performance is not necessarily indicative of future results, **and the results presented in this communication are NOT TYPICAL.** Actual results will vary widely given a variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. **Investing in securities is speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment.**

RAGINGBULL IS NOT AN INVESTMENT ADVISOR OR REGISTERED BROKER. Neither RagingBull nor any of its owners or employees is registered as a securities broker-dealer, broker, investment advisor(IA), or IA representative with the U.S. Securities and Exchange Commission, any state securitiesregulatory authority, or any self-regulatory organization.

WE MAY HOLD SECURITIES DISCUSSED. RagingBull has not been paid directly or indirectly by the issuer of any security mentioned in the Services. However, Ragingbull.com, LLC, its owners, and itsemployees may purchase, sell, or hold long or short positions in securities of the companies mentioned inthis communication.

If you have a current active subscription with Total Alpha Trading you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultipler.com.

Sent: Mon, 07 Dec 2020 09:12:04 -0500
Subject: December 8th — My Trade Of The Day
From: "Ben Sturgill" <ben@dailyprofitmachine.com>
To: kaylas@ragingbull.com

Case 1:20-cv-03538-GLR   Document 208-4   Filed 03/18/21   Page 4 of 5

Yes, Kayla.

**175.**

That's how many times this year I've traded this one stock.
*How am I doing?*
Well, I've won 159 of them.
That's a 91% win rate, but who's counting?
These aren't measly 2% or 4% winners either.
Recently, I net 23%, 169% and 64% on three of my trades.
That's not enough for you?
Ok… let me put it this way.
Say you started trading with me on January 1st, with a $1,000 account.
Now, as I mentioned earlier, we're only trading ONE stock…
...every single day…
…at the same time.
Just as I've been doing since January 1st, 2020.
In fact, my next alert hits in less than two hours… and you could secure it.
But I'll get to that in a second.
Say you put just 10% of your account in every single trade (LOSERS INCLUDED!) that I've made since January 1st.
As of this morning… your account would be sitting at: **$267,707**
I'm not joking.
I did the math, and it checks out.


Now, the fact remains that in two hours, **I'm releasing my next trade alert.**

Don't ignore this.

Next year at this time, you could be $267,707 richer.

It starts by saying "YES" to today's trade alert.


Give yourself a chance

**Ben Sturgill**

DailyProfitMachine.com

RagingBull, LLC

62 Calef Hwy. #233, Lee, NH 03861

Click Here to stop receiving emails from ben@dailyprofitmachine.com

Unsubscribe from all RagingBull emails

DISCLAIMER: To more fully understand any Ragingbull.com, LLC ("RagingBull") subscription, website, application or other service ("Services"), please review our full disclaimer located at https://ragingbull.com/disclaimer.

FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE. AnyRagingBull Service offered is for educational and informational purposes only and **should NOT beconstrued as a securities-related offer or solicitation, or be relied upon as personalizedinvestment advice.** RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision.

RESULTS PRESENTED NOT TYPICAL OR VERIFIED. RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of the persons voluntarily providing the testimonial. **However, subscribers' trading results have NOT been tracked or verified** and past performance is not necessarily indicative of future results, **and the results presented in this communication are NOT TYPICAL.** Actual results will vary widely given a variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. **Investing in securities is speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment.**

RAGINGBULL IS NOT AN INVESTMENT ADVISOR OR REGISTERED BROKER. Neither RagingBull nor any of its owners or employees is registered as a securities broker-dealer, broker, investment advisor(IA), or IA representative with the U.S. Securities and Exchange Commission, any state securitiesregulatory authority, or any self-regulatory organization.

WE MAY HOLD SECURITIES DISCUSSED. RagingBull has not been paid directly or indirectly by the issuer of any security mentioned in the Services. However, Ragingbull.com, LLC, its owners, and itsemployees may purchase, sell, or hold long or short positions in securities of the companies mentioned inthis communication.