# EXHIBIT 4

| To: | support@ragingbull.com[support@ragingbull.com] |
|---|---|
| From: | Luke M |
| Sent: | Sun 12/20/2020 8:04:17 PM (UTC) |
| Subject: | Refund Request |

Hello,

When I signed up for Bullseye Trades, Fast 5 Trades, and Jason Bond Picks, I was led to believe it that following the trade recommendations of Jeff, Jason, and Kyle was going to make me at least one 100% trade return and that I could build incremental wealth by simply following their recommendations.  To date I have lost over $1,800 dollars and have never had a single 100% profit trade (proof shown below).  I would like to request a full refund for the subscription services that provided guarantees of profitable trades and that I could quit my job eventually to become a trader without being stuck to my computer all day by following simple and easy to learn techniques.  I also purchased Jeff's Trading Black Book which I never received, and when I sent an email to request it be sent again I never received a response.  The refund total I'm requesting is $403 dollars for the subscription services, plus the cost of the Traders Black Book in hardcover.  I am requesting this refund for the services because they have not provided the promised outcomes, and the book because I never received the material I purchased and was dismissed by Customer Service when I asked for a new book to be resent.



Thank you,

Luke M

| | |
|---|---|
| **To:** | receiver[receiver@geilaw.com] |
| **From:** | N███ K███ |
| **Sent:** | Tue 1/26/2021 5:02:21 AM (UTC-05:00) |
| **Subject:** | [EXTERNAL] Ragingbull Service |

Hi,

I enrolled in Ragingbull in 2019 after going through one of the webinars by Jeff Bishop, the marketing is in such a way it gives the impression that you can make more money and just follow their trades. They sent the trade via text and email, started taking few trades, and eventually lost close to $120k in 2019. This service is not good for beginners, they don't have a guided route to ensure that the member fully knows the risk involved in trading, how to correct a trade if they are losing money. Most of the time you get into the trade and when they exit the stock goes down drastically, by the time you exit the stocks are already down, and either you get a small profit or loss. The biggest problem I saw was, no guided path for beginners, too much high-level training, and no clearway path for beginners, the service doesn't highlight the risk involved much (very high level) and how to avoid that using courses.

2020 I enrolled in the Warrior Pro class which gave me the full fundamentals, also they ensure that you have completed the fundamentals, gained knowledge through quizzes and simulated environments. They teach both day trading and swing trading but the fundamentals can be applied to options trading too.

After understanding more I can follow the Ragingbull trades and strategy behind it. To me, the service is definitely for expert traders and not for beginners. They need to improve on the courses that highlight how trading could wipe out your entire savings, have good beginner courses on candlestick pattern, resistance, trading strategy, understanding market, trade correction if you are losing due to market volatile, support line for helping people if they are stuck with the trade and losing money. Make the beginners get certified on this course and paper-trading before they take regular trading.

If I have gone through Warriors Pro and OptionsAnimal courses before raging bull then I wouldn't have lost $120k+.

This beginner course certification is a must, giving more importance to the risk involved is very important and don't market in a way that gives the impression that you can make more money by just following them.

Thanks,


N███

**To:** receiver[receiver@geilaw.com]
**From:** Josh C███████ Case 1:20-cv-03538-GLR   Document 208-5   Filed 03/18/21   Page 4 of 12
**Sent:** Sat 1/23/2021 6:44:54 PM (UTC-05:00)
**Subject:** [EXTERNAL] Raging Bull

To whom it may concern,

Prior to 2020, I had been investing in stocks, ETFs and mutual funds for about seven years, and had produced mostly positive returns. I've been a longtime subscriber to the Motley Fool, which preaches – and rightfully so – that the best way for individual investors such as myself to making meaningful gains in the stock market is to invest in high-quality companies and hold those equities for years. I also subscribe to the American Association of Individual Investors, which preaches the same principles. I'm sure this is the same kind of advice that the vast majority of accredited financial advisors give their clients. And in my experience, it's proven to be true.

Still, in the age of social media, I've had this nagging feeling of "missing out" on the truly life-changing gains in the stock market that you hear about. Younger investors/traders frequently take to Twitter and Reddit to brag about the massive profits they've made, with a screenshot of their gargantuan account balances as proof. It was in this environment that I clicked on a Raging Bull ad while scrolling through my Facebook feed. The ad featured Kyle Dennis, and it pulled me in with his rags-to-riches story. According to the ad, Kyle was just a regular guy who purportedly has made millions upon millions of dollars in the stock market – by studying the markets, learning as much as he could and becoming an expert in technical analysis. What really pulled me in was the exact dollar figures he claimed to have made. I don't remember the exact numbers off the top of my head, but he claimed that he made $900,000 one year, $1.2 million the next, $1.8 million the year after that, $2.3 million after that, etc. And this was all from stock trading. And one of the thoughts I had was, "If this guy can do it, maybe I can too."

So in April 2020, I signed up for his "Fast Five Trades" service. The promise of Fast Five Trades seemed too tantalizing to pass up, and $97 seemed like a bargain considering all the money I was about to make. The promise was this: Kyle does all the research – leveraging his experience, skills and wisdom – and all I had to do was buy the stock, wait a couple days and then ring the register. The reality of the service was that it was hit or miss. I lost a couple hundred dollars on the first trade, but then made a small profit – maybe $50 – on the second one. But what fueled me to keep going was hope that there was a "big score" just around the corner (my words), if I just keep trying. And I was motivated to keep trying because soon after signing up for Fast Five Trades, I was bombarded with emails from Kyle and others at Raging Bull with testimonials from other Raging Bull subscribers who claimed to have achieved astounding gains based on Raging Bull trade recommendations. One of them has stuck in my mind for months: A lady on Twitter said she'd made a killing on a Raging Bull trade, and then she said, "My goal is to retire early, and only trade as needed." As if she could make money, at will, from the market, as if it was her personal ATM. These testimonials – in the form of embedded Twitter posts – really drove me to keep trying, and, of course, spend more money with Raging Bull. And the Raging Bull emails came constantly. When they weren't trying to upgrade me or sell me a new service, Jeff and Kyle would keep me apprised of their successes. "Sold XYZ at .43 for an $8,000 profit -- nice way to start the week!" And all of that got to me. I admit, I was a victim of FOMO (fear of missing out).

I'm not sure what I was thinking when I subscribed to Jeff Williams' "Weekend Wiretaps" in May 2020, but I know I wasn't having much success with Fast Five Trades, and probably had lost several hundred dollars total. I think it was the beginning of this vicious cycle where I thought I could make up for all the losses on the next trade – the next big score – and maybe that meant trying a different service with a different approach. At $30, Weekend Wiretaps seemed like it would be a low-risk/high-reward investment on my part, potentially. Similar to Fast Five Trades, Weekend Wiretaps is a trading service in which Jeff Williams leverages his experience and chart-reading acumen to recommend a stock to subscribers. The promise is that you buy the stock on Friday, hold over the weekend and then sell the stock at a handsome profit on Monday or Tuesday. Like Kyle, Jeff lured me in with his rags-to-riches story; he is a former school teacher who parlayed his stock-picking skills into millionaire status. Like Fast Five Trades, I found it difficult to achieved the promised results from following Jeff's trades. I'm sure he is a great stock picker, but most of the time, by the time I received his recommendation in my inbox or on my phone, the stock had risen dramatically. It was the same with Fast Five Trades. In other words, with both services, it was nearly impossible to buy the stock at the same entry price as Kyle or Jeff. That's a key point. My theory is this: These guys will buy 50,000 shares of a low-priced stock (some would call them penny stocks) – let's say at $1 a share. If they buy 50,000 shares of a stock at $1, and that stock goes up by 10 cents, they've made $5,000. So they buy 50,000 shares of XYZ Corp. at $1, and then blast it out to their subscribers. As thousands of subscribers gobble up shares of the stock, it helps push the price to $1.10. And they've made $5,000 – easy money. It's kind of like a "pump and dump," only the pumper is getting paid twice – with subscription fees and the stock gains. That's just my theory, and it could be

very wrong. The bottom line for me is I found it extremely difficult to buy in at their entry prices. It always seemed that by the time I was trying to buy their stock recommendations, they were already taking profits. And I'm hyperconnected to the internet for my job, so it's not like I wasn't constantly monitoring my email and text messages.

It must have been around May 2020 when I came upon Kyle's "Dollar Option Trader" or "Dollar Ace" program. I can't remember if it was a Facebook ad or a Raging Bull email that inspired me to check it out. At this point, I was losing money on Fast Five Trades or Weekend Wiretaps, and I was frustrated. And I was getting daily reminders that various Raging Bull experts were making money hand over fist, and they were making it look easy. And they made it clear they were living a lavish lifestyle. I didn't give a shit about a lavish lifestyle, but if others were making money hand over fist, I wanted in on the action. And Dollar Ace seemed like just the thing I'd been searching for to take my profits to the next level. The premise is Kyle's proprietary scanner is a real-time ticker for options contracts that trade for $1 or less, but it filters out all the noise and only shows you large purchases and unusual activity that potentially indicate institutional buying, or "smart money." "For the last few years, I've been studying 'unusual options activity,' and even more recently, I've started generating substantial profits by adopting this forward-looking indicator," he says in his options e-book. "The results have been nothing short of phenomenal. And that means a lot coming from a guy who has already banked over $7,000,000 in trading profits from the stock market (before my 30th birthday)." The service was expensive – I think it was around $2,800 – and I agonized over the decision to subscribe. That's a lot of money to me. But I kept thinking of the potential profits, and what that could mean for my family. I pulled my hair out trying to decide whether I should spend the money (I would need to put it on a credit card). But I kept coming back to the testimonials in the Raging Bull emails and ads – "My profits paid for the service in the first week. Thanks Kyle!" – and decided that maybe I needed to take a leap of faith and give it a try. So I did. It turned out to be one of the worst financial decisions I've ever made.

I was completely new to options, but had been curious about them. What I've learned since is that options are extremely volatile, which is what makes them tantalizing to traders. If the underlying stock pops on some news, call options can explode hundreds or thousands of percentage points higher. But it also works the other way too. While there's the potential for explosive, life-changing gains, there's also a huge potential for explosive, life-altering losses if you're not careful. And what I've learned since May is that the majority – it's been said 90% – of options contracts expire worthless. So unlike most stocks, there's a very real possibility that you can lose 100% of your investment in options contracts. That's a key point that I don't think Kyle mentioned in his marketing video about the service. There were plenty of testimonials about explosive, 400% gains, but there wasn't much talk about the reality, volatility and risk of options trading. He did mention that options "decay with time," and he is 100% correct. He mentioned being selective, and that you shouldn't hop in willy-nilly on every trade you see on the scanner. He was also very transparent about his trades; he shared his losses as well as his wins. But more so than stocks, when you're offering an options service – potentially to people who've never traded options before – there needs to be more upfront emphasis on the massive risks entailed with options trading. That needs to be front and center.

To make a long story short, I've lost thousands of dollars in options trading since subscribing to "Dollar Ace." I don't know the exact total because I'm embarrassed by what it actually might be. I'm actually grateful for what I've learned in the last year, because in the process, I've learned more about trading, investing and the financial markets than I'd learned in the previous six years combined. But it's been an expensive lesson. On top of the $2,800 I spent on "Dollar Ace," I re-upped for a lifetime subscription after being bombarded with urgent emails from Kyle that this opportunity was time-sensitive. Yes, I put another $899 on my credit card for a lifetime subscription (the annual renewal fee would be $1). It seems absurd looking back, but at the time, I was still clinging to the belief that eventually I'd make all the money back and then some – if I just kept trying and learning. Again, it was the promise of that "big score" that drove me to keep trying – that, and the constant prodding of Raging Bull, with their testimonials and tales of life-changing gains. The longer I was a Raging Bull subscriber, the more they bombarded me with marketing emails. And you couldn't just unsubscribe to Raging Bull and make them ALL stop. Because they all came from different people, you had to individually unsubscribe to emails from Kyle Dennis, Jason Bond, Ben Sturgill, Jeff Bishop and the whole cast of characters at Raging Bull. And it got to the point where I had to stop their emails from coming altogether, because I couldn't take it anymore. To be fair, Motley Fool and other investing services tend to slam you with emails once they have your email address on file, to a lesser extent. But Raging Bull is relentless.

I didn't request a refund from Raging Bull because it was my understanding that they have a no-refund policy. I am embarrassed by my losses, and ashamed at the absurdity of putting a stock-trading subscription on a credit card. That's an awful, awful money-management practice. And I do blame myself for getting into this. But after reading about the FTC complaint filed against Raging Bull, I started to get a better perspective on this. The one thing that struck me was a statement that some Raging Bull traders actually have experienced persistent losses in their own trading endeavors. I bring

that up because I often wonder, "If these guys are such successful traders – multi, multi-millionaires – why are they so DESPARATE to get people to sign up for their services?" I mean, if I was making $12 million a year from trading equities, I would be completely satisfied with that. I mean, I'm earning millions, and I get to work from home! I wouldn't need to plaster my face all over the internet to try to persuade people to spend money with me so I can show them how to get rich just like me. I would be enjoying the fruits of life, spending time with my family – not peddling my stock-trading service all day. I guess I used to think they were doing some kind of public service, to give back to the community because they've done so well. Looking back, that was pretty naive. I mean, maybe the REAL reason they're so successful at trading is that they get thousands of people to buy a stock after they've bought it, and they reap the profits from the stock price rising as a result of all the people they've steered into it. Or maybe they're not successful at all.

I don't know if Raging Bull is doing anything illegal, but I do know that they're perpetuating a big lie. The big lie is this: The best way, the quickest way and the easiest way for an individual investor/trader to make big money in the financial markets is to pay Raging Bull's "experts" to show you how they do it. That's a big lie because I KNOW now that short-term trading – whether it's day trading or swing trading, stocks or options – is NOT the best, quickest or easiest way to make big money in the financial markets. The best way for individuals to make money in the financial markets is to invest in high-quality companies and hold those investments for months or years. Just ask investors in Tesla, Amazon, Nio, Plug Power, Apple, Zoom – the list of companies that have doubled, tripled, quadrupled investors' money in the past few years goes on and on. And you don't need sophisticated trading strategies – or a subscription to Raging Bull – to do it. All you need is a brokerage account and some patience. I know some people enjoy trading, they're good at it, to each his own. But for me, and the vast majority of regular people, long-term investing is the best way to make life-changing gains in the stock market. And all you have to do is nothing. Just go about your day, check in on your investments once a month or so, and be patient. And in the current market, you don't even have to be that patient. Last year, if you invested in Zoom in March, you tripled your money in a couple months' time.

I'm writing this email, in January 2021, as a much wiser person than I was when I first signed up for Raging Bull. I've experienced some significant losses, but I believe the lessons learned will help me for the rest of my life as an investor. All of that has happened IN SPITE OF Raging Bull. They prey on human emotions – with their get-rich-quick promises – and steer people on a terrible path, from a money-management perspective. Whether they continue to keep operating or don't, I'd love to be a part of any claims process for refunds. I'm not holding my breath, but it would be nice to get some of my money back to defray all of the losses I've experienced since happening upon Raging Bull.

Josh C███

| | |
|---|---|
| **From:** | Peter Keith |
| **To:** | Mark S. Saudek; Meghan K. Casey; Ella Aiken; Samantha Burgess; Charlotte D. Hoffman |
| **Subject:** | FW: [EXTERNAL] Raging Bull LLC - I wish to submit my experience and losses |
| **Date:** | Monday, December 21, 2020 11:16:03 PM |
| **Attachments:** | image2ffd12.PNG |

**Peter E. Keith**
TEL: 410 347 1338 / FAX: 410 468 2786
218 N Charles Street, Suite 400, Baltimore, MD 21201
pkeith@gejlaw.com

GALLAGHER
GALLAGHER EVELIUS & JONES
ATTORNEYS AT LAW

This email transmission may contain CONFIDENTIAL and PRIVILEGED information. If you are not the intended recipient, please notify the sender by email, do not disseminate and delete immediately.

**From:** bec
**Sent:** Saturday, December 19, 2020 8:15 PM
**To:** Peter Keith <pkeith@gejlaw.com>; Mark S. Saudek <msaudek@gejlaw.com>
**Subject:** [EXTERNAL] Raging Bull LLC - I wish to submit my experience and losses

Dear Peter and Mark,

I have just found out that Raging Bull has been shut down and you are appointed the receiver. From 17 August 2020 until 20 November 2020 I have signed up to 9 of their services. Initially because of their claim of how I could make money and then as time went on out of desperateness to get back the money I was losing I kept signing up to promise after promise of how easy it would be to get my money back in just a few trades. They refuse refunds so I felt my only choice was to keep trying.

I feel stupid having continued to purchase services when none of the ones before had worked but at the time I was in lockdown with Covid, losing everything I had worked so hard for in the previous years in my business, stressed out, and believing their screenshots and testimonials. I am hoping that by contacting you I can be put onto some kind of list that may result in me being refunded when this is resolved. I have written an account of the history of my experiences to report to ftc.gov however I really don't know who I should contact or what to do in this situation. Please see the information below and please don't hesitate to contact me for further information. Thank you for your time.

Company: RAGINGBULL.COM, LLC
Address: 62 Calef Hwy #233 Lee, New Hampshire 03861, USA
Ph: +1-833-265-1270

Email: support@ragingbull.com
Website: https://app.ragingbull.com/

The Fraud:

I have been in lockdown in the ▮▮▮▮▮▮▮ Australia area almost all year. As a result my businesses were falling apart and unable to launch in early 2020 as expected, I couldn't leave the house to get a job because we were on Stage 4 lockdown and it was a time where everyone was losing their jobs so even if I wanted to no one was hiring. I had no other way of gaining income. I saw the advertisement for Trade with Kyle and how much money they are making during Covid while everyone else was losing money and registered and signed up to watch it. He said he invested in Biotech, the industry directly impacted by Covid and used the news and medical information to make his trades. He showed how he invested $15,000 in trading and lost half of it. Then he did his research and learned how to trade successfully and turned the remaining $8,000 into the multi-millionaire he is now. He said that he would give us his exact trades with real time alerts as and when he made them so that we could copy his trades and make the same money as him. Obviously from his previous statement that meant that we would be millionaires too if we just did what he did. So I signed up with Trade with Kyle. When I got to the payment page there was an upgrade that told me if I pay more I would be signed up for a lifetime and pay only $1 a year to keep getting his alerts. I saw this as an investment into our future and paid the extra to sign up.

The US dollar was expensive at this time so it cost a lot more in Australian dollars to buy his services and also to put money into the US dollar trading account to start trading.

I also signed up for his Fast Five Trades the same day so that I could have his number one pick of the week which I believed from what he was saying was almost a guaranteed winning trade.

I followed his trades exactly to the extent I was able given my limited funds. However I was not making money. I was losing money. I then received an email for Ben Sturgill's Daily Deposits showing the month of March I believe it was that he only had one or two losses and had massive hundreds of percent wins. I was losing money on Trade with Kyle and was feeling a bit desperate to try to make that money back and also actually make an income so I was sure that with this guarantee I would at least be winning my trades and it would help me recoup the money I had lost. So I signed up for that.

I had a few very small wins but far more losses. Again I followed his trades exactly. I sat up all night and the second the alert would come through I would take the trade that I would already have set up ready to go from his email. After this I saw that he was still sending emails about winning trades that I myself had copied and lost on. Being that I did not understand trading I blamed myself thinking I must have been doing something wrong.

Around this same time Kyle released Mobile Closer. It was advertised as a unique offer and service that you didn't want to miss out on. One trade, once a day that could double your money. It was time limited and if you didn't purchase within I think it was about 3 days you missed out and would never have the opportunity to buy it again. I later found out that was a lie. Every time they sell a

service they show testimonials of people who say they made back the money they paid for the service in the first week or in their first few trades. I believed them and bought the service. I even saved a screenshot from that video to put on my wall as inspiration which I still have showing how from 17 August to 26 August you could turn $500 into $152,447 and he told everyone if they wanted to make that kind of money to type in chat "I want these trades" which is shown in the screenshot I saved and attached here. I saw how everyone else was on board and I thought I would be crazy to not do it. At the time of the screenshot there were 4773 people watching live while he was promoting Mobile Closer. For the one week I followed those trades I lost every day so I stopped trading it.

Initially after I signed up for Daily Deposits and Mobile Closer I emailed Raging Bull telling them I had paid all this money for these services and was new to trading and was desperate to learn how to place these trades so I could start trading and could they please tell me how to place the trade. A few days after that Kyle released a video explaining how to place an options trade but it was a different trading platform and made no sense when trading on the platform I was using. I then googled it and watched many YouTube videos trying to learn it but still couldn't find the exact way to trade options on the platform I was using. I ended up emailing Tastyworks the platform I was using asking them for video tutorials on how to place an options trade and they sent me a very helpful video tutorial. I had absolutely no idea what I was doing which added to the reason I kept buying their services because I thought I was not understanding something when they had all these wins and I had all these losses.

I rang Raging Bull from Australia and told them that it wasn't working for me however they refused to give a refund. They said that I already had access to their service and their education centre and therefore there is no opportunity to refund the money. I felt like I was stuck and my only option was to try harder to gain back the money I had lost trading along with the money I had paid RagingBull.com for their services.

I would often receive 10 or more emails a week from them trying to sell me other services with testimonials from people who had made thousands and thousands of dollars copying their trades. About a month after signing up for Mobile Closer I was still not making money and received an email offering some of their other services for only $17 for 3 months to trial them. So I signed up to 3 of them hoping that one of these would help me to turn things around and start making money instead of losing it.

I also received a special offer for LottoX where Nathan Bear would have 10X wins and was classed as the number one trader at RagingBull.com. If he could do it, anyone could do it because of his background and he had a new strategy no one else used that helped him find the wins. In hindsight they all had these strategies and special scanners but unfortunately I was digging myself into more and more of a desperate situation trying to get my money back that I didn't see it.

So I signed up for 3 months of LottoX. I also had my Mobile Closer subscription switched to LottoX because I was losing money on those trades and thought at least if I transfer it to a different service I will have an opportunity to make the money back, especially when he was making so much money on his trades. Although Raging Bull refused a refund they had previously said I could transfer one

service once on my account.

I stopped trading most of the other services I had bought with Raging Bull because I was losing money on them all and started trading the live trades Nathan would send for LottoX because the reviews for this service practically guaranteed making money. I was so far down the rabbit hole with how much I had spent that I felt the only way out was to make it work because they did not give refunds.

Again I lost a lot of money. I was feeling gutted over it all and very, very confused. I looked more into it and realized that on some losing trades I was not sent alerts that he closed them so I could copy, as per the agreement when buying the service. So I would lose all of my money, when he had closed at a small loss and not lost so much. I would go to his live portfolio only to see that the trade was no longer there, but I had never been alerted to close it. I would go back through the alerts to see if I had missed something but I was definitely not alerted.

I was not a trader and didn't understand their terminology that they were an educational service. How could I when they are telling me they are some of the top traders in the world and that they will give us their alerts as they enter and exit trades so we make the same money they make. That's not educational, that's live copy trading. Yes they have an educational section but that is not what you sign up for, you sign up for their live trade alerts so you know when to buy and when to sell. Everything else you can learn on the internet for free anyway.

They kept adding so many new services that the old ones didn't seem to be given the time and energy that they initially had been, and they made you feel like you were being left behind if you didn't get the next service. What was truly devastating was after I had paid all that money trying to keep up and make my money back they did a big "best deal ever" launch and sold every single one of the services offered at Raging Bull in a combined package for $5,000. After hundreds of emails of selling and charging each service at a discounted premium price of thousands of dollars per service they go and discount it to an unbelievably low price after all their lies of saying these discounted premium prices are one off and you will never get it at this price again. Then for the price of just two of their Premium discounted services they are suddenly giving you the entire Raging Bull package of everything. That was unfathomable. So many people were on those live video calls saying they were buying these services at premium price.

I feel quite humiliated that I was so stupid as to fall for something like this and for so long purchasing so many services but I never thought a company registered in the USA who was so openly on the internet would be a scammer. They kept saying that the market had suddenly become untradeable, and would make comments like if you want to trade in a market like this more power to you. The consistent losses were being blamed on the external environment that they had previously used to sell us on as a once in a lifetime opportunity to make money because of Covid. They made me think it was just because of the election and things going on in the USA that were unpredictable that were the cause of so many losing trades.

Last month I made the decision to stop copying their trades for the rest of the year and wait until the new President was in so there was stability again based on what they were saying. I was stressed,

upset and exhausted from being up all night to copy their trades and then having to work on my businesses during the day and on top of that losing more and more money in the trades I copied. At one point I said to my partner I think if I just go against every trade they send I would actually make money because I was losing so much.

I woke up Saturday morning to an email from them saying they had been shut down. Maybe now I have a chance to get my money back when they refused to refund even knowing I had lost so much. The email is calling us their "family" and telling us they "love" us and asking us to support them and send them emails about how great their service is so they can use them to defend themselves in the current proceedings against them. They didn't love me when I asked for a refund and they certainly didn't treat me like family. They knew I was desperate and didn't care. Now they can't scam money out of people they are going to try to scam positive reviews to save themselves. It is disgusting behavior. I am sick to my stomach over what they have done to me but I am even more devastated to read that a lot of the people they sucked in were retired or vulnerable with no way of making that money back in the future. It is simply heartbreaking.

I looked online and found a link to the Federal Trade Commission Court document and from there realised I needed to come forward to try to get my money back:
https://www.ftc.gov/system/files/documents/cases/21_-_tro_signed.pdf

I have read a statement from Jeff saying they are just educators but that is completely unclear when they are telling us we are buying their live trades to copy. As someone who doesn't know how to trade I trusted them as an authority in the trading industry after being told they are some of the top traders in the world. At no time did I know that they were illegally giving investment advice and were not a registered and regulated company. I would never have signed up if I knew that.

I sincerely hope that I am able to be given back the money I have put into this company.

I have gone through my bank statements and listed below all of my transactions to them. I have pdf bank documents for these transactions too if required.

Transactions to RagingBull.com:

| DATE | PURCHASE | TOTAL USD | TOTAL AUD |
|---|---|---|---|
| 17 Aug 2020 | DEBIT CARD PURCHASE FAST FIVE TRADES USA USD 97.00 incl. Westpac Foreign Transaction Fee AUD $4.07 | $97.00 | $140.06 |
| 17 Aug 2020 | DEBIT CARD PURCHASE TRADE WITH KYLE * USA USD 1,497.00 incl. Westpac Foreign Transaction Fee AUD $62.95 | $1,497.00 | $2,161.65 |
| 26 Aug 2020 | DEBIT CARD PURCHASE DAILY DEPOSITS USA USD 799.00 incl. Westpac Foreign | $799.00 | $1,150.52 |

| | | | |
|---|---|---|---|
| | Transaction Fee AUD $33.51 | | |
| 31 Aug 2020 | DEBIT CARD PURCHASE MOBILE CLOSER <br><br> USA USD 1,497.00 incl. Westpac Foreign Transaction Fee AUD $62.21 | $1,497.00 | $2,136.19 |
| 28 Sep 2020 | DEBIT CARD PURCHASE WPY*RagingBullcom2CLLC 855-469-3729 USA USD 17.00 incl. Westpac Foreign Transaction Fee AUD $0.73 | $17.00 | $24.99 |
| 28 Sep 2020 | DEBIT CARD PURCHASE WPY*RagingBullcom2CLLC 855-469-3729 USA USD 17.00 incl. Westpac Foreign Transaction Fee AUD $0.73 | $17.00 | $24.99 |
| 28 Sep 2020 | DEBIT CARD PURCHASE WPY*RagingBullcom2CLLC 855-469-3729 USA USD 17.00 incl. Westpac Foreign Transaction Fee AUD $0.73 | $17.00 | $24.99 |
| 30 Sep 2020 | DEBIT CARD PURCHASE WPY*RagingBullcom2CLLC 855-469-3729 USA USD 399.00 incl. Westpac Foreign Transaction Fee AUD $17.08 | $399.00 | $586.35 |
| 20 Nov 2020 | DEBIT CARD PURCHASE RAGINGBULL.COM LEE USA USD 49.00 incl. Westpac Foreign Transaction Fee AUD $2.02 | $49.00 | $69.55 |
| | TOTALS | $4,389.00 | $6,319.29 |

Thank you for taking the time to look into my situation with them and I do hope that you are able to refund me the money that they fraudulently acquired.

Sincerely,
Bec F███████
Ph: ███████
Australia