# EXHIBIT 5

**Cc:** sean B█████████
**To:** receiver receiver@qb-law.com
**From:** SEAN B█████████
**Sent:** Sun 1/24/2021 6:12:24 AM (UTC-05:00)
**Subject:** [EXTERNAL] Refund for Services from Raging Bull

Dear Mr. Peter Keith:

I am one of those disabled, retirees taken advantage of by this Company, Raging

Bull.

I have spent over $70,000.00 U.S for their subscriptions over the years and I even

Paid a Life time fee for pre-existing subscriptions as well for any new subscriptions

Coming down the pike!! I should have realized something was suspicious

As Jeff Bishop was always bragging about his big wins and that he is a member of

MENSA, as if one thing has anything to do with the other or does he really Belong

To MENSA.

I tried to get refunds on a number of subscriptions, all to no avail.

As well, I took some pretty big losses on their trade speculations, in the high 5

Figures.

Sir, this has really upset me.

I am a Retired Physician on Disability due to severe █████████ Ischemic

Heart Disease, hypertension, and Diabetes. I am 6█ years of age.

I am as vulnerable as they come, Sir!!

I know it is early in the evolution of this matter but I am running out of money.

As such, I am in dire Financial Distress!

Would it be possible for me to get at least a partial payment back of $35,000.00

In the interim as a form of economic relief as the money is mine,

Respectfully, Sir.

Yours Faithfully,

Dr. Sean █ B█████ M.D.

**To:** receiver[receiver@geilaw.com]
**From:** Dan
**Sent:** Sat 1/23/2021 4:13:50 PM (UTC-05:00)
**Subject:** [EXTERNAL] Raging Bull Update Recieved

Case 1:20-cv-03538-GLR   Document 208-6   Filed 03/18/21   Page 3 of 7

I appreciate the update as I am one of those who have been abused by Raging Bull as they not only got me for three different services but when I tried to cancel they refused a refund but gave me a credit for other services which I have no wants to get. The credit they have held o=up from me is over 1200 plus the monies I spent for the three services which I did not ask for a refund. I only asked multiple times for my credit refund back and communications stopped. Is there a place I can get my name of plaintiffs on? I am 6  and just retired from the State of NC and retired from the Marine Corps in   and this treatment and false sales pitches using only the good one is terrible service. I have made online comments during a live trading chat and they always had the responses reviewed before showing on the chat. That's not live that's the scam. Thank you for any assistance you can give me.

Walter  R

, USMC, Retired

Retired

NC

Sent from Mail for Windows 10

**To:**      support@ragingbull.com[support@ragingbull.com]
**From:**   Vince O Case 1:20-cv-03538-GLR   Document 208-6   Filed 03/18/21   Page 4 of 7
**Sent:**   Fri 12/18/2020 9:25:01 PM (UTC)
**Subject:** Fwd: Important Please Read

Attn: Kayla

---------- Forwarded message ---------
From: **Vince O** 
Date: Fri, Dec 18, 2020 at 2:19 PM
Subject: Important Please Read
To: <support@raginbull.com>


I am a 6▮ yr old retiree with less than 20,000 to my name. After long discussions with my wife, I went all in on Jeff B's Portfolio Analyzer and Trading with Kyle $699 on 11/17 and $299 on 11/28 respectively and have done nothing but lose money on aggregate the few days I had on their sites. AT THIS POINT I AM ONLY LOOKING FOR A REFUND, NOTHING ELSE. YOU HAVE ALL OF MY BANKING INFORMATION.
I have applied for said refund from you (RB) by telephone, through the sites email and now through this RSVP and have heard nothing back. Please let me know that you have received these communications and your decision. I know $998.00 is not a lot of money to you but at this point it represents over 5% of my net worth.  The processed refund would allow my family to have a Christmas and start off the New Year on a positive note. Thank you in advance and Merry Christmas.

Sincerely,
Vincent ▮ O▮

**To:**       receiver[receiver@geilaw.com]
**From:**     Sheila K
**Sent:**     Mon 1/25/2021 8:42:02 AM (UTC-05:00)
**Subject:**  [EXTERNAL] Raging Bull subscription

First of all thank you for informationn I received regarding Raging Bull. I am a 7◼ year old that fell for their video and felt they would help me learn a little about market. However afterwards I was always bombarded with offers to join other programs with a cost of course. I picked up few suggestions from them but always lost money. Seemed like good info but didn't help me at all by the time i got it. The original $799 I paid was way too much but I fell for it and really thought Kyle cared. Shame on me! I am sorry their business lives are in turmoil but I definitely don't want the subscription to renew in June.

Thanks,

Sent from Yahoo Mail for iPhone

**To:**     Raging Bull[support@ragingbull.com]
**From:**   Paul L██████
**Sent:**   Mon 12/21/2020 4:29:01 PM (UTC)
**Subject:** Fwd: Important Update for RagingBull Services

I was so much under stress I made a few spelling mistakes, so here is my corrected version.


Dear Sirs,

Why am I not surprised after being bombarded by your company with endless sure things over the year and marketing mails I was hardly catching up within deleting them?

As a result of this action and the bad results produced by your great recommendations I would hereby like to cancel my subscriptions and also urge you NEVER to write to me again as I am too old to keep up with the avalanche of emails from you. I also want to be assured by you that you will not even try to renew any my subscriptions in the future.

As I have already mentioned I am 8█ year old and both me and my partner battle with the Corona Virus and the last thing we need is your useless to us advice and marketing mails.

If I do not get a satisfactory response to this request for total cancellation of all your services and assurance that I will not be bothered by your marketing after I received your confirmation I will be happy to contact the FTC and the New Hampshire authorities and join any lawsuits they pursue against you.

Never in my life have I been so persistently persecuted by a financial marketing company with all sorts of deals promising a fortune to be made and I have been in the business for many, many years trying to look after my families investments.

If I do not get a satisfactory response within 48 hours I will send a copy of this email to the authorities going after you in the present lawsuits and hope that they will help me get some respite from your persistent marketing attacks

Looking forward to to your early response.

Rgds,
Paul L██████

On Mon, Dec 21, 2020 at 3:14 AM Raging Bull <support@ragingbull.com> wrote:



Dear RagingBull Subscriber,
As a follow-up to our recent email, we are writing to let you know that we have made the decision to **pause business operations for 30 days**.  This is a difficult decision but one we believe is necessary to allow us to focus our energy on defending the Federal Trade Commission's lawsuit and the New Hampshire Bureau of Securities Regulation's administrative action.

As you are now aware, the FTC's lawsuit includes a temporary restraining order (linked here).  While that process is underway, it is presenting dramatic changes in our ability to provide services.
To properly defend the company in response to this lawsuit and focus our effort on returning to providing services, we are choosing to pause all services effective immediately for the next 30 days.
During this time, we will not be in a position to provide any customer service. All customer service

responses will be by recorded voicemail and by FAQs posted on the website.  Also, for at least the next 30 days, will not process purchase requests or provide refunds to those who request one.

When this is over, we hope you'll be a part of something even greater than what RagingBull is today.

I speak for all of us when I say that I cannot wait to get back to work soon!


Jeff Bishop & Jason Bond



RagingBull, LLC
62 Calef Hwy #233 Lee, New Hampshire 03861 United States

---

DISCLAIMER: To more fully understand any Ragingbull.com, LLC ("RagingBull") subscription, website,application or other service ("Services"), please review our full disclaimer located at https://ragingbull.com/disclaimer.

FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE. AnyRagingBull Service offered is for educational and informational purposes only and should NOT beconstrued as a securities-related offer or solicitation, or be relied upon as personalizedinvestment advice. RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision.

RESULTS PRESENTED NOT TYPICAL OR VERIFIED. RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of the persons voluntarily providing the testimonial. However, subscribers' trading results have NOT been tracked or verified and past performance is not necessarily indicative of future results, and the results presented in this communication are NOT TYPICAL. Actual results will vary widely given a variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. Investing in securities is speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment.

RAGINGBULL IS NOT AN INVESTMENT ADVISOR OR REGISTERED BROKER. Neither RagingBull nor any of its owners or employees is registered as a securities broker-dealer, broker, investment advisor(IA), or IA representative with the U.S. Securities and Exchange Commission, any state securitiesregulatory authority, or any self-regulatory organization.

WE MAY HOLD SECURITIES DISCUSSED. RagingBull has not been paid directly or indirectly by the issuer of any security mentioned in the Services. However, Ragingbull com, LLC, its owners, and itsemployees may purchase, sell, or hold long or short positions in securities of the companies mentioned inthis communication.

If you no longer wish to receive our emails, click the link below:


Unsubscribe from all RagingBull emails

.