# EXHIBIT 6

**To:** receiver[receiver@geilaw.com]
**From:** Barrey T
**Sent:** Wed 1/13/2021 8:29:44 PM (UTC-05:00)
**Subject:** [EXTERNAL] Raging bull

To whom it concerns

I am in Canada and have been sold these services and as a result lost over $10000 and the cost of the courses.
During my connection with RagingBull
I attempted to cancel my subscription several times but was ignored and found no way to cancel them online or even by calling the company.

What recourse do I have if any?

Regards
Barrey T

Sent from my iPhone

| | |
|---|---|
| **To:** | RagingBull[support@ragingbull.com] |
| **From:** | Garth █████ |
| **Sent:** | Fri 12/18/2020 6:34:44 PM (UTC) |
| **Subject:** | Fwd: FTC Closure |

Case 1:20-cv-03538-GLR   Document 208-7   Filed 03/18/21   Page 3 of 7

---------- Forwarded message ---------
From: **G**████████████████
Date: Sat, 19 Dec 2020 at 07:31
Subject: FTC Closure
To: <support@ragingbull.com>

Hi Kayla,
	My name is Garth & you last heard from me when I was on holiday in Thailand.I am currently residing in ████████ & am shocked & saddened to hear that the FTC has forced the closure of RagingBull.I think their reasons are probably a cover up for all the rich people complaining because they aren't making as much money as they used to after so many successful traders taught by ragingBull have entered the market.Money talks so you needed to be shut down.
	I myself have never made a dollar out of RagingBull although I have been a member for many years & have owned many subscriptions & still own a few.I have lost a large amount of money in my terms (about 50k).For this I blame myself,attaching no blame whatsoever on RagingBull which I will now explain.
(1)Scammed by a Kyle Dennis impersonator for 22k.Definitely not the real Kyle as he would never put his business on the line for 22k.Just my naievity & at 7█ years of age I should have known better.
(2)I lost 26k trading options when I was in Thailand.Again my fault for having too many trades on at once,an insufficient risk management policy, & a loud mouthed American president causing the stock market to crash on multiple occasions.
(3)I have tried many of the various subscriptions that RagingBull offers to find which I am best suited to.I have cancelled them myself from either Australia or New Zealand by email without any problems.
(4)I have never had any problems from RagingBull as far as my credit card is concerned.
Now on a personal note I have not been trading for the last 12 months,as after selling my home in ████ & going to Australia to help my step daughter into her own home with a deposit of 120k,I later found that herself & hubby had been taking out loans against the mortgage & I am now in a legal battle to recover my money.
So for the last 12 months I been paper trading in penny stocks which I really love.I get up at 2:30 am every morning to be ready for market open & to listen to Jeff Williams premarket.I have learnt so much off that guy & can now trade successfully on my own.Already I am missing the education RagingBull provides me as they have so many wonderful tutors and I know they will be sorely missed by many others.I wish you people all the best in your battles with the FTC & if RagingBull returns I will be right back in there again.
 I hope not too many of you get laid off & that you all try to put this behind you over the Xmas period & have an enjoyable break to prepare you for the battle ahead.Garth.

**To:** receiver[receiver@gejlaw.com]; ragingbulllitigation@ftc.gov[ragingbulllitigation@ftc.gov]; Total Alpha[Support@ragingbull.com]
**From:** ▮▮▮▮▮▮
**Sent:** Tue 1/26/2021 1:54:34 AM (UTC-05:00)
**Subject:** [EXTERNAL] Bring Back Raging Bull!! We love their services

Dear All,
My name is Houssem D▮▮▮▮. I am from ▮▮▮▮ and live in ▮▮▮▮ i have been using Raging bull services for sometime and i love it. from day one i know that i don't have to follow their alerts all the time, i know that nobody could predict the market but those people were no fraud. if they win ( which happened many time, i am happy :) if they lose they tell you to cut your lost short. as simple as that. i have paid very little money comparing to the money i have made using raging bull services. i am really inspired by Jeff bishop, jason Bond, Kyle and the other Gurus and i believe in their knowledge and in their dream to grow up Raging bull..and i don't want any refund!

Best wishes,
Houssem D▮▮▮▮

| To: | RagingBull.com Support[support@ragingbull.com] |
| --- | --- |
| From: | Pierre V▓▓▓ |
| Sent: | Thur 12/17/2020 3:22:24 PM (UTC) |
| Subject: | Re: [Request received] everything of my subscriptions is closed. IMPORTANT: Please read the following information carefully. |

Many times I'm trying to contact your services by phone: but without success.

Please call me back, by return:

▓▓▓▓▓▓▓▓ (▓▓▓▓ - in Europe)

Raison: I haven't received any offers concerning my subscriptions since Last Monday 14 Dec. 2020

Please, this message is urgent!  Thanks.

Here is my EMail: ▓▓▓▓▓▓▓▓▓▓▓▓▓


Le jeu. 17 déc. 2020 à 14:32, RagingBull.com Support <support@ragingbull.com> a écrit :

> ##- Please type your reply above this line -##
>
> Hello Pierre V
>
> Thank you for reaching out to RagingBull! Your request has been received by our team and one of our representatives is working on a resolution for you. We will be in touch shortly.
>
> PS Your question might be answered in our FAQ listed below. Take a look and see if it might help you!
>
> https://app.ragingbull.com/pages/faqs
>
> If needed, you can also give us a call at our home office. We have a U.S.-based, college-educated, financially-trained support staff available to you during normal 9-5 ET business hours. Please call (833) 676-0006 and ask for Support if you need assistance with a renewal issue, cancellation, or technical problem.
>
> Thank you for being a member of our RagingBull family! We appreciate your patience.
>
> *Please do not respond to this email. Doing so will push your request further into our Help Desk and will create a longer wait time*
>
> Thank You for Contacting Support.

To: receiver[receiver@gejlaw.com]
From: V█████
Sent: Mon 1/25/2021 12:18:04 PM (UTC-05:00)
Subject: [EXTERNAL] Subscription funds Raging Bull

Case 1:20-cv-03538-GLR   Document 208-7   Filed 03/18/21   Page 6 of 7

Dear Peter E. Keith,
Thank you for your email regarding Raging Bull.
On january 2nd I emailed them the following:

"I want to ask for my money back. I have had a plan for trade with Kyle and a plan for monday movers as well as other short term services. Now with the law suit my feelings came true. I am a single mom who wanted to learn and provide for a better future for my son, but trades given were almost never possible to enter in Europe with providers. And now with the law suit I feel that maybe that was something you could have known. My trust is gone, even more than it already did.
So I would like to request a refund and I hope you guys will be gentlemen enough to serve, so I can put the money in my sons savingsaccount so it can grow till he's old enough for college.
Thanks in advance."

I have not heard anything from them, so I am writing to you. Hopefully you can register my complaint and when the possibility arrives I can get a refund/compensation from Raging Bull..

This was a lot of money for me and I assumed that their education would help me.. not. Here you can see the subscriptions I had.



**Trade with Kyle**
Enable Auto-Renew

Expires in a month

2020-02-27
Start Date
2021-02-27
End Date
$799.00
Billing Amount

**Monday Movers**
Enable Auto-Renew

Expires in 3 months

2020-04-28
Start Date
2021-04-28
End Date
$97.00
Billing Amount

Thank you for contacting me (and the others offcourse). It makes me feel that there is a chance for justice towards naive people like myself.

With kind regards from the █████