# EXHIBIT 7

"The best investment you'll ever make is in yourself."

Hello Everyone, my name is Jason Bond and I've been a teacher for my entire career.

I began my successful teaching career in The New York Public School System, but today I teach people just like you how to invest in themselves with KNOWLEDGE;  knowledge of how to completely change their financial future and thus their entire life.

This year alone I've earned well over $450,000 trading stocks, and this number is skyrocketing as I repeatedly take down win after win in the options market as well.  My system is easy to learn (no, really!), easy to implement, and easy to remember.  Believe me, you CAN do this.  As a teacher by profession I'm *sure* of it.

I have prepared a NO-RISK opportunity for you to consider right here.

Take a moment to see how thousands of others have earned millions of dollars using my simple, time-tested system for taking consistent profits out of the stock and options market, week after week after week just like these…



There is never ANY doubt that my students know EXACTLY what I'm doing.  Every single trade I make is posted LIVE in my portfolio for all to see.  Every single idea I'm hatching is clearly explained in advance so my students can learn through REAL experience.

I consistently have this confirmed from my students week after week in compliments such as this…

**JCE** @jerrymyles4782 · 5h
Replying to @JasonBondPicks
Thx Jason Profited 1k on TSLA. My first Weekly Windfall and more to come:)

♡    ⟳ 1    ♥ 3    ⬆

**PeetzTradz** @PeetzTradz · 38m
Replying to @JasonBondPicks and @RagingBull
I am seeing it!! In the first week of Weekly Windfalls made +3000$ from $TSLA, $COST, $AAPL & $ROKU spreads!! You are spot-on on these picks!!

♡    ⟳ 1    ♥ 1    ⬆

So how about it?  Are you ready to take a peek RISK-FREE and see for yourself?

Remember, YOU are the best investment you'll ever make.

HERE is where your journey begins to this kind of financial success.

HERE is where you can see for yourself if this investment in YOU is truly worth it.

So take a look now.  I'm looking forward to seeing your investment pay off soon!

Sincerely,

Jason Bond

Jason Bond is identifying and trading stocks that are moving up 33%, 47%, 69%, and 101% OVER THE WEEKEND

Catalyst events are occurring each and every Friday….

*Press releases, media appearances, and news from executives drop every Friday, and that news swings stocks over the weekend.*

**On Monday, June 1st DGLY had moved 193.68% over the weekend!**

**On Monday, June 15th NETE had moved 240.86% since the Friday prior.**

Don't miss stocks poised to gap up **THIS WEEKEND!**

Don't compete with the wall street fat cats. Profit over the weekend while they're out of the office.

**DON'T MISS THIS FRIDAY'S MONDAY MOVER TRADES!!!!**

*\*Results presented are not typical and may vary from person to person. Please see our disclaimer here: ragingbull.com/disclaimer*

27-year-old, millionaire trader Kyle Dennis, has just made a major breakthrough.

Kyle has been flipping the script on the stock market for the last 5 years, as he is one of the most successful independent traders on all of Wall Street.

During those same 5 years he has amassed over $4,021,304 in trading profits simply trading stocks.

And now he's made what could be his biggest breakthrough of his career.

This Option related breakthrough is poised to change your life and ignite your profits into uncharted territories.

He hasn't released many details just yet, but he needs you to save this time and date.

**May 24, 2018. 8PM ET.**

At that time he will unveil something that will turn Wall Street on its head, and could very well line your pockets with cash!

Cheers,



Good morning,

Really quick one here today!

JNUG shares are up 50% so far on the day!

The calls are up about 65% from entry and I'm taking that win in this crazy market environment.

I actually think there is a ton of potential here to hit a much bigger winner, but right now isn't the time to play with extra risk in my opinion.

**So, I sold my JNUG calls at $2.35 for about a 65% gain!**

Let me know how you did here!

Cheers,

*Kyle Dennis*

Kyle Dennis

https://fastfivetrading.com/training

I believe anyone can do this, regardless of what they're experience level is.

Just take a look at how some Fast 5 clients are using my trade ideas to their advantage...





**Christine Davies** @Davies007Davies · 7m

@kylewdennis - nice one on JNUG - 29% profit and used a trailspot - small position, sweet! Hubby made 34%



**Joseph Wegrzyn**  2 days ago

Bought 22 of the $7 Calls and they're going through the roof. I'm up $6,800 on it- So Far.

REPLY

Joseph became $6,800 richer, Deepak nearly doubled his money, and Spas locked in an 80% winner.

The coronavirus doesn't look like it's going away any time soon… and the volatility could be here to stay.

However, with ***Fast 5 Trades,*** you don't have to worry about what the overall market is doing…

You just have to focus on one trade idea a week.

After it's closed out, you can just go about your life.

For a limited time, I'm opening up spots to new members who want to join ***Fast 5 Trades.***

These spots will fill right away, so please don't put this off.

Join ***Fast 5 Trades*** here.

Did you know you can make up to $4,894.70 per week on 1 trade only?

My name is Jeff Bishop. I'm a regular guy from Texas who stumbled upon trading a while back. Now, I've helped hundreds, if not thousands of people make money every week on 1 trade, once a week following a system I developed after almost hundreds of thousands of dollars in profitable trades.

It's so easy that anyone who can follow simple instructions can win making these Bullseye Trades.
Here's absolute proof that I'm doing it and others are too.

I'm willing to share this knowledge with you in the hopes that you have the same experience as me.  And then maybe you'll refer me to your friends and family.  Or maybe you will keep it all to yourself.  Either way, this is an opportunity for you to generate additional income.  Are you willing to dedicate a little time and try this out?

For the first time, I'm making Bullseye available to the public in hopes of teaching many others to win in the trading game. Now, winning can mean an extra $100, $500, $999, $2497 or $5k a week. Everyone has their own definition. It's your turn to define your winnings now.

Whether you're looking to pay off your car, take a weekend vacation, or just go out eat more often, this is an exclusive opportunity for you.  The stock market has created more millionaires in recent years, than at any other time in its history.  There's no reason we all can't profit from it.

Whether you want more money to take care of family, buy that dream car or pay for your kid's tuition, you can achieve this easily with Bullseye. We crush the stock market and it's your turn to do so. There's no reason you can't do it if you are able to follow easy, simple to follow instructions.

Click NOW to take advantage of this one in a life time opportunity to change your financial future NOW!


Meet me inside,

Jeff Bishop

Millionaire Jeff Bishop's students are reaping huge benefits.  Even in this uncertain economy!

Most American neighborhoods stay quiet during the week as residents take part in yet another day of social distancing and sheltering-in-place thanks to the Coronavirus pandemic. Morning coffee is accompanied by the stress of current events and the loss of income. But, for New England's Jeff Bishop, things are looking great.



For Jeff, morning coffee is accompanied by his favorite Apple Music tunes getting him ready for a day of ease as he makes his way to his home office to log into his trading portfolio. Today, there will likely be profits to take in, as well as students writing to thank him for sharing his knowledge, as usual.

Today he'll be writing the weekly email to his students which encompasses the single high-conviction trade he'll make. But this isn't just any old email… Advanced degrees in finance and economics, combined with 25 years of successful trading experience, all boil down to one powerful trade idea: Scroll. Click. Tab. Send.

Jeff says, *"I think the key to big profits is not in trading more, it's actually in trading less. Each week I hunt down one trade that I think has the best chance to make me 100% in profits, and I share this exact idea every Monday morning before the market opens."*

That's the goal of what Jeff has named "**BullsEyeTrades**."

**100% in profits each week. At home.** That sound like music to *your* ears?

If working from home, with your own schedule, or even just supplementing your current income, seriously motivates you, click **HERE** to see **BullsEyeTrades** for yourself.

What song will *you* wake up to next week?

See you there,

He Trades in Slippers & You Can Too.

What if, after this pandemic is over, you didn't have to put on a suit and tie and sit in traffic again? What if you could stay home in your sweats and slippers and make a six-figure income?

Jeff Bishop has been doing that and much more for over 20 years -- For him, life just keeps getting better and better, no matter what goes on in the news.

His work week (if you can even call it that!) consists of studying the financial markets from his home office computer, adding and/or removing trading positions, and teaching/training his thousands of students how to do the exact same thing; "I like to trade, but I LOVE teaching.  It's actually what excites me the most. My best hours are spent showing students all around the country how I do what I do."

So What About YOU?

You might be wondering, "Where do I even begin? I don't want to spend a fortune on some kind of training that will only confuse me."

That's why Jeff's **BullsEyeTrades** is not a training course, it's a simple, proven opportunity to equip you to start taking in huge profits. In **BullsEyeTrades**, Jeff will even share with you his single best high-conviction trade each week.

That's right. One Trade Per Week.

Super-High Conviction. Super-Clear Explanations.

And what initial personal investment could be lower than **FREE**?

That's right, you can get completely up to speed on **BullsEyeTrades** for FREE right here!

If making a fortune from home sounds like your dream job, or if you're simply looking to add some extra cushion to your budget, you might want to get those slippers ready before clicking **HERE**!

See you there,

The **BullsEyeTrades** Team