# EXHIBIT 8

To: kaylas@ragingbull.com[kaylas@ragingbull.com]
From: Raging Bull Investor[support@ragingbull.com]
Sent: Tue 12/1/2020 11:53:13 AM (UTC)
Subject: "Linchpin stocks" like this deliver huge returns

Case 1:20-cv-03538-GLR   Document 208-9   Filed 03/18/21   Page 2 of 8

Kayla,

In any sector there's hundreds, even thousands of companies.

**However, there's only ever one "Linchpin Stock".**

These are the companies at the heart of an entire sector.

Microsoft was the linchpin of the PC revolution… Amazon was the linchpin of the eCommerce boom... and Tesla is the linchpin of the electric vehicle industry.

Each of these linchpin stocks revolutionized their sectors and investors who spotted them early had the potential to bank thousands, even tens of thousands, of percent returns.

**Now, I've identified the one stock that's the lynchpin of a new revolution.**

A revolution that could be greater than personal computing, eCommerce and electric vehicles combined. And, if you get in right now, you could be looking at life-changing gains as this "Linchpin Stock" surges in value.

[Click here now to get all the details](#).

**Jeff Bishop**

Click Here to stop receiving emails from support@ragingbull.com

Unsubscribe from all RagingBull emails

DISCLAIMER: To more fully understand any Ragingbull.com, LLC ("RagingBull") subscription, website, application or other service ("Services"), please review our full disclaimer located at https://ragingbull.com/disclaimer.

FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE. AnyRagingBull Service offered is for educational and informational purposes only and **should NOT beconstrued as a securities-related offer or solicitation, or be relied upon as personalizedinvestment advice.** RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision.

RESULTS PRESENTED NOT TYPICAL OR VERIFIED. RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of the persons voluntarily providing the testimonial. **However, subscribers' trading results have NOT been tracked or verified** and past performance is not necessarily indicative of future results, **and the results presented in this communication are NOT TYPICAL.** Actual results will vary widely given a variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. **Investing in securities is speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment.**

RAGINGBULL IS NOT AN INVESTMENT ADVISOR OR REGISTERED BROKER. Neither RagingBull nor any of its owners or employees is registered as a securities broker-dealer, broker, investment advisor(IA), or IA representative with the U.S. Securities and Exchange Commission, any state securitiesregulatory authority, or any self-regulatory organization.

WE MAY HOLD SECURITIES DISCUSSED. RagingBull has not been paid directly or indirectly by the issuer of any security mentioned in the Services. However, Ragingbull.com, LLC, its owners, and itsemployees may purchase, sell, or hold long or short positions in securities of the companies mentioned inthis communication.

If you have a current active subscription with RagingBull Investor you will need to contact us http://www.ragingbull.com/contact/ if you want to cancel your subscription. Opting out of emails does not remove you from your service at RagingBull Investor.

To: kaylas@ragingbull.com[kaylas@ragingbull.com]
From: Jeff Bishop[Jeff@totalalphatrading.com]
Sent: Tue 12/1/2020 4:56:13 PM (UTC)
Subject: Oh, You Didn't Realize?

Case 1:20-cv-03538-GLR   Document 208-9   Filed 03/18/21   Page 4 of 8

.

Hi Kayla,

I bet you didn't even realize…

Last week you could have had a combined return of 379% with just two trades, in a matter of days.

And you could have gotten into each one for next to nothing.

Participation in Monday's trade required a puny $70 stake, and returned 271% by Friday morning.

Traders were able to enter Wednesday's alert with just $250, and were left sitting on a 108% winner in 48 hours.

*See for yourself...*

"Nate You're the freaking man! Made **185% and 175%** on those SFIX calls!" - Stafford S.

"Another Great pick Nate!! **118% win**. In at 1.09, half out at 2.25 and the other half at 2.50, probably could've held a little longer but I'm not greedy. I love this service!!" - Greg H.

"just sold sfix for **130%**, today has been a good day. I am on vacation with my family making money!" - Stacy Y.

Knowing what you know now… Are you really going to turn your nose to tomorrow's alert? Get your hands on it right here.

.

**Jeff Bishop**

Case 1:20-cv-03538-GLR   Document 208-9   Filed 03/18/21   Page 5 of 8

Click Here to stop receiving emails from Jeff@totalalphatrading.com

Unsubscribe from all RagingBull emails

**DISCLAIMER**: To more fully understand any Ragingbull.com, LLC ("RagingBull") subscription, website, application or other service ("Services"), please review our full disclaimer located at https://ragingbull.com/disclaimer.

**FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE.** AnyRagingBull Service offered is for educational and informational purposes only and **should NOT beconstrued as a securities-related offer or solicitation, or be relied upon as personalizedinvestment advice.** RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision.

**RESULTS PRESENTED NOT TYPICAL OR VERIFIED.** RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of the persons voluntarily providing the testimonial. **However, subscribers' trading results have NOT been tracked or verified** and past performance is not necessarily indicative of future results, **and the results presented in this communication are NOT TYPICAL.** Actual results will vary widely given a variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. **Investing in securities is speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment.**

**RAGINGBULL IS NOT AN INVESTMENT ADVISOR OR REGISTERED BROKER.** Neither RagingBull nor any of its owners or employees is registered as a securities broker-dealer, broker, investment advisor(IA), or IA representative with the U.S. Securities and Exchange Commission, any state securitiesregulatory authority, or any self-regulatory organization.

**WE MAY HOLD SECURITIES DISCUSSED.** RagingBull has not been paid directly or indirectly by the issuer of any security mentioned in the Services. However, Ragingbull.com, LLC, its owners, and itsemployees may purchase, sell, or hold long or short positions in securities of the companies mentioned inthis communication.

If you have a current active subscription with Total Alpha Trading you will need to go to your subscriptions list inside the RagingBull Dashboard if you want to cancel your subscription. Opting out of emails does not remove you from your service at WeeklyMoneyMultipler.com.

.

To: kaylas@ragingbull.com[kaylas@ragingbull.com]
From: Kyle Dennis[kyle@biotechbreakouts.com]
Sent: Fri 12/4/2020 2:00:21 PM (UTC)
Subject: RE: Proof From your PEERS

Case 1:20-cv-03538-GLR   Document 208-9   Filed 03/18/21   Page 6 of 8

Kayla,

Lately just opening your web browser and skimming through headlines is enough to make any trader stop dead in their tracks..

The market is more erratic than it's been in decades..

Alarming right?

Maybe for those swing trading and holding long positions from over the weekend..

But! As a Fast Five Trader you're still in good (great, even!) shape.

Do you remember when I sent out an alert on **LK**?

It was a SOLID winner for me and my account..

But, who cares about me making money? It's **YOU** who deserves the applause..

*Raging Bull does **NOT** track or verify subscribers' individual trading results and these individual experiences should **NOT** be understood as typical as or representative. Please see our Testimonials Disclaimer here: https://ragingbull.com/disclaimer/

Listen, of course not every trade is going to be a winner.

Be that as it may, since launching the service over my track record has spoken for itself.

And the thing is, anyone can execute these, regardless of their trading experience.

Look at Mario.. He's sitting pretty on $3,386 from LK, he recouped his permanent membership fee and THEN some!

**On ONE TRADE.**

*Raging Bull does **NOT** track or verify subscribers' individual trading results and these individual experiences should **NOT** be understood as typical as or representative. Please see our Testimonials Disclaimer here: https://ragingbull.com/disclaimer/*

Being a Fast Five trader means you don't have to worry about the volatility of the market.

Focus on the one trade you're in, and you're golden.

Who doesn't want an extra $1,500 or $3,386 every week?

It's become a reality for traders like Edgar, Mario, and myself..

And it can be for you.

You can still lock in forever access to Fast Five Trades for a fraction of the cost.

**However, seats for this upgrade are filling up FAST, once they're taken this deal will be off the table.**

*I'm telling you THIS will be the best decision of your year.*

## >>Click here now!<<

**Kyle Dennis**

RagingBull, LLC

62 Calef Hwy. #233, Lee, NH 03861

Unsubscribe from all RagingBull emails

**DISCLAIMER**: To more fully understand any Ragingbull.com, LLC ("RagingBull") subscription, website, application or other service ("Services"), please review our full disclaimer located at https://ragingbull.com/disclaimer.

**FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE.** Any RagingBull Service offered is for educational and informational purposes only and **should NOT be construed as a securities-related offer or solicitation, or be relied upon as personalized investment advice.** RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision.

**RESULTS PRESENTED NOT TYPICAL OR VERIFIED.** RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of the persons voluntarily providing the testimonial. **However, subscribers' trading results have NOT been tracked or verified** and past performance is not necessarily indicative of future results, **and the results presented in this communication are NOT TYPICAL.** Actual results will vary widely given a variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. **Investing in securities is speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment.**

**RAGINGBULL IS NOT AN INVESTMENT ADVISOR OR REGISTERED BROKER.** Neither RagingBull nor any of its owners or employees is registered as a securities broker-dealer, broker, investment advisor (IA), or IA representative with the U.S. Securities and Exchange Commission, any state securities regulatory authority, or any self-regulatory organization.

**WE MAY HOLD SECURITIES DISCUSSED.** RagingBull has not been paid directly or indirectly by the issuer of any security mentioned in the Services. However, Ragingbull.com, LLC, its owners, and its employees may purchase, sell, or hold long or short positions in securities of the companies mentioned in this communication.

If you have a current active subscription with Fast Five Trades you will need to contact us here if you want to cancel your subscription. Opting out of emails does not remove you from your service at FastFiveTrading.com.