# EXHIBIT 10

ORIGINAL COPY
(FILED UNDER TEMPORARY SEAL)

**Sent:**      Mon, 6 Jan 2020 14:55:40 +0000 (UTC)
**From:**      ███████████████████████
**To:**        kyle@ragingbull.com
**Subject:**   [Confluence] Raging Bull Wiki > Update Subscription Optout Options

RT    ██████████  **created a page**

## 📄 Update Subscription Optout Options

| Driver | Approver | Contributors | Stakeholder |
|--------|----------|--------------|-------------|
|        |          |              |             |

| | |
|---|---|
| **Objective** | Require BE product customers to call in or email to cancel their subscription. |
| **Due date** | January 15, 2020 if possible. |
| **Key outcomes** | Reduce rate of cancellations |
| **Status** | NOT STARTED |

## Problem Statement

Currently customers can opt out via http://app.ragingbull.com/member/subscriptions. We want to remove the functionality from the dashboard for all BE products (so this will include everything except for Bullseye Trades, Fast Five, and Jackpot Trades). As shown by the "X Cancel Subscription" link below.

.

"X Cancel Subscription" needs to be replaced with: "Update You Subscription"

Upon click, a prompt will also pop up that we will want to remove:

.

We also want to replicate the current FAQ page (https://ragingbull.com/faqs/) and update it so that it is tailored for customers wanting to make changes (potentially cancel) their subscription.

In addition, the FAQ currently looks like this:

.

At the top of the FAQ page (these will be two new FAQ's that sit at the top of the list) add:
"I want to make changes to my current subscription."

• If you want to make changes to your subscription, Please give us call at ___-___-____ during normal business hours (Mon-Fri, 9am- 5pm EST) or email us anytime at Support@RagingBull.com with the subject line "Update My Subscription". We will be happy to assist you.

"How do I update my payment information?"

• To ensure that you have uninterrupted access to your subscription, you can easily update your payment

information via your RagingBull.com membership dashboard.

• Go to https://app.ragingbull.com/member/subscriptions and click on "+ Manage Billing" under the subscription that you would like to update.

• If you already have the updated card on file, you can simply change it from the dropdown menu presented.

• If you need to update your payment information, select "Add a New Card" option under the card on file dropdown list.

• Once you have filled out all of the card information select "Add Card"

• Your card on file has now been updated. If you have multiple subscriptions, be sure to update this for each one that you wish to renew (the new card added will now be available in the card on file dropdown list).

*We are waiting for a dedicated number for this.

*The "05 How do I cancel the auto-renewal for my service with Raging Bull" FAQ will need to be removed from the current FAQ page.

## Scope

Must have:

• Replace "X Cancel Subscription" with "Update Your Subscription"

• Duplicate current FAQ page, add two additional FAQ's and remove one.

Nice to have:
•
Not in scope:
•

## Timeline

## Milestones and deadlines

| Milestone | Owner | Deadline | Status |
|---|---|---|---|
| | | | NOT STARTED |
| | | | |
| | | | |

## Reference materials
•

**Attachment B**                                      **PX 30, 3115**

📄 View page   ·
💬 Add comment   ·
👍 Like

Get notifications and comment on the go, with Confluence Cloud for mobile. Download it for iPhone or Android

Stop watching space   ·
Manage notifications
This message was sent by Atlassian Confluence 1000.0.0-4d2e791cef41



✖ Confluence

.

**Attachment B**                    **PX 30, 3116**