# EXHIBIT 11

| | |
|---|---|
| **To:** | jamesm▮▮▮▮▮▮▮▮ |
| **Cc:** | kaylas@ragingbull.com[kaylas@ragingbull.com] |
| **From:** | Cayce Stevenson[cayce@ragingbull.com] |
| **Sent:** | Tue 12/8/2020 2:05:36 AM (UTC) |
| **Subject:** | Help for Jeff Williams! |

Hey Jim!

You may have seen me in chat before or heard Jeff talk about me, but I'm Cayce - his Product Manager.

I was hoping you could do something for Jeff and send a little video for him talking about your experience with him?

It doesn't have to be long at all - even a minute is great! Just want to hear from some of his members - you're welcome to reply with the direct video here, or a link to it (like on google drive or WeTransfer!). And I'm happy to help you figure out how best to record it.

It can just be with your phone and it doesn't have to be pretty, I'm just looking to hear from some of his folks!

And if possible, could we get it sometime tomorrow? I know it's a bit of a random request, but we would love it if you could make the time!

Thank you so much,
Cayce

Cayce Stevenson
*Product Manager, Jeff Williams*

**To:**
**Cc:** Kayla Smith[kaylas@ragingbull.com]
**From:** Jason Bond[jason@bond.life]
**Sent:** Tue 12/8/2020 12:38:19 AM (UTC)
**Subject:** Urgent personal favor

Hi Gregg,

I need a huge favor.

I've copied Kayla from RagingBull into this email so please reply all.

Tomorrow I really need a video testimonial from you sharing your experience with RagingBull since inception.

Please make this a priority. I know it's out of nowhere but I wouldn't ask if I didn't really need it.

It would really mean a lot to me personally, and I won't forget it.

Jason Bond
603.312.1792