# EXHIBIT 12

**To:** Support@ragingbull.com[Support@ragingbull.com]
**From:** Gözde Ç▓
**Sent:** Mon 12/14/2020 2:53:34 PM (UTC)
**Subject:** Cancellation request

Ragingbull receipts.docx

Hi there,

I subscribed for JBP/Raging Bull on 27 Nov 2020 through an online marketing/advertising video. In the video, Jason Bond said that there is 2-3 hour required training which will enable the subscriber to learn momentum trading. This is misleading information because as soon as I started watching the training videos, I realized the amount of material for one to learn this type of trading exceeds beyond 2-3 hours. In fact, the course material provided in Raging Bull begins with advising on self-studying 5-6 books on trading to understand which is definitely beyond 2-3 hours of training. I also think the course videos, so called educational materials, are very fragmented, dis-organized, random and full of repetitive information. Each video is ~1.5-2 hours long, there are 12+ videos to train on the portal. However, they are often full of repetitive statements about Jason's experience on trading Apple and Tesla. I don't find these videos helpful because there is no in-depth explanation of neither analytics nor strategy about momentum trading. Because the course materials are fragmented and no clear logic of order, it makes it very difficult for a beginner to tie the information together. It often requires other resources to understand like watching other YouTube videos where people really explain in-depth how these types of tools work. The educational materials provided by Raging Bull are only scratching the surface, which is not enough to teach a beginner to learn this type of trading. And this can lead a beginner to have a false confidence in their trading skills and might cause them losing a lot of money in real trading. The 2-3 hr training enabling one to learn momentum trading is mis-leading information and the context of the educational videos provided by Raging Bull are also fragmented with no logical order and contains repetitive information which are not helpful. There was also a false information in one of the videos where Jason Bond says the tool he used Finviz is free. Finviz has a basic screening tool which is free. However, the version Jason Bond teaching and using has additional screening filter function and available if one has FinViz Elite. Finviz elite is again subscription based and one has to pay for it to have access. It is not a free tool.

In the marketing video that I subscribed for Jason Bond Picks, it was noted that subscribers receive live alerts while Jason trades live on daily basis. The live alerts that I receive are often delayed and I receive them after the fact that the stock price already went up because of Jason's position in the stock since he had already bought it. Small cap swing trading often plays around small fluctuations in a volatile stock. Therefore, even if I am buying the stock slightly higher than he did, I have a higher risk of losing money than him because of the fact that I bought it after him with a higher price. If I were to buy it then, I could only buy it at a higher price than he did, and likely will boost his win while exposing me to a higher risk. When I called Raging Bull that I don't receive text alerts, but only app alerts and they are delayed; the Raging Bull rep said there is a problem with the text alerts, so there is only app alerts being sent. There is no point is receiving an alert if it is not on-time and I cannot utilize the information properly.

In the marketing video that I subscribed for Jason Bond Picks, it was noted that subscribers receive alerts as Jason trades them live meaning with real money. One of Jason's statements is that he teaches trading while he is trading live himself. This is not true as I receive multiple messages last week from Jason Bond Picks saying he is not trading with real money. Again, it is not in line with the statements made in the marketing video that he sends alerts when he is trading live for real. Also, the amount of app alerts that I received last week were very scarce. It does not hold true that I will receive live alerts from Jason's live trades on daily basis. It looks like he is either not trading anymore, or alerts not being sent perhaps. I also saw that there is an FTC lawsuit against Raging Bull for potential fraudulent activities and it was requested Raging Bull to stop its operations. This means that I may never receive the service that I paid if Raging Bull is no longer able to provide its services to the subscribers.

In the marketing video that I subscribed for Jason Bond Picks, it was said there is 30-day money back warranty if the subscriber wants to cancel it. For all the above reasons, I am not satisfied with the service being provided and I would like to cancel my subscription. I was charged on 27 Nov 2020 twice: First one $799 and second one $600, for a total of $1399. Receipts attached. Please respond to this inquiry to refund the payments. Otherwise, I will have to dispute the charge in my credit card and file a complaint to FTC.

Thanks,

Gozde

| | |
|---|---|
| To: | RagingBull.com Support[support@ragingbull.com] |
| From: | Barbara P |
| Sent: | Wed 12/16/2020 6:47:39 PM (UTC) |
| Subject: | Request for refund for my subscriptions - Barbara P |

Dear Raging Bull staff, Jeff Bishop, and Jason Bond,

It has become clear that the Raging Bull services are starting to shut down because you are no longer providing all of the services that you promised when I paid for each subscription.

We are no longer getting buying or selling alerts and have no access to the scanners. And Nate just disappeared! No training, no explanations, basically nothing! I expected your company to offer us a refund for services we are not receiving, but you have not.

As you are no longer providing me the services I paid for, and the subscriptions are now basically worthless, I would like a complete and immediate refund for all my subscriptions:

1. Double Down
2. Fast 5 Trades
3. Bullseye Trades
4. Dollar Ace
5. Trade with Kyle
6. Dark Pool Profits

I have lost over $26,400 (Subtracting my gains from the majority of losses incurred from the gurus' (as you call them) recommendations. Even Jeff Bishop doesn't take his own Bullseye Trades which he sold us as being his highest weekly conviction. I lost so much money on his trades, that I stopped taking them awhile ago. I finally decided to take this week's PLTR options trade, but as the week proceeds, I realize now I will just add this loss to my mounting Raging Bull losses I am not requesting a refund of money lost due to your recommendations, but just you need to know that you are causing a lot of serious harm to very well-meaning people who naively believed your selling speeches hoping they would make money as you do as you made it sound so easy, "We tell you ahead of the market exactly which stock we will trade and at what price, we will send you an announcement once the trade has been taken, and then an alert when we exist the trade. Can't get easier than that! " The only one who came close to that was Kyle with Trade With Kyle, but now we have no idea which trade he would take so TWK is also worthless.

I await your prompt response regarding my refund.

Sincerely,

Barbara P

--

Barbara P

"Never doubt that a small group of thoughtful, committed citizens can change the world; indeed, it's the only thing that ever has", Margaret Mead

**To:** Raging Bull[support@ragingbull.com]
**From:** Scottie E█████
**Sent:** Wed 12/16/2020 2:30:38 PM (UTC)
**Subject:** Refund

Good Morning,

I would like to request a full refund for all of my subscriptions. I have spent almost $10 thousand dollars on your services and have lost $5 thousand dollars in trading from your "learning" platform. I had such high hope when I joined this service and it has done nothing but make my life so much more stressful and has ultimately led to me having to get a second job. Please simply refund my money so I do not have to elevate this any further. Thank you.

Scottie E█████

Sent from Mail for Windows 10

**To:** support@ragingbull.com[support@ragingbull.com]
**From:** Kathleen B
**Sent:** Mon 12/7/2020 10:28:12 AM (UTC)
**Subject:** Auto renewal

image0.png
ATT00002.txt

I want all of my subscriptions taken off the auto renewals.  You were to sent notifications before Jason bond subscription was renewed, but sadly this did not happen and even though I sent an email to you saying I did NOT want this renewed, you did it anyway.
Now I can't get anyone to understand that i want that money refunded I am ignored.  I have gotten a couple of emails from raging Bull with crazy stuff about taking his classes to get a refund.  This is not the original subscription but a RENEWAL that I did not want.  It's not like you guys need the money or anything.  Why would you ignore me over a $300 subscription.

As I have explained before, I have multiple subscriptions with Raging Bull and cannot handle all the emails and alerts from so many traders. I am a new trader with a $7000 account and can't handle all of this.  Please just give me the money back for this renewal I did not want.
Kathleen

**To:** support@ragingbull.com[support@ragingbull.com]
**From:** Robert S███
**Sent:** Mon 12/7/2020 8:45:17 PM (UTC)
**Subject:** 2nd Account Request

Hello
This is my 2nd request.

1. Turn OFF my Auto Renew for the Raging Bull
2. Cancel my Raging Bull Subscription
3. I do NOT use the service
4. REFUND the $799 ASAP to Visa Card ending in 5298
5. I will NOT be calling you as I did NOT have to call you to sign up
6. If the refund is NOT received in 48 hours, I will file A CHARGEBACK WITH MY BANK IMMEDIATELY

Please Advise

Thank You

Robert S███

**To:** support@ragingbull.com[support@ragingbull.com]
**From:** michael.s███
**Sent:** Thur 12/17/2020 6:09:50 PM (UTC)
**Subject:** Account Refund

I would like a full refund of my Raging Bull purchases. Considering your current legal issues and the fact that the livestreams are no longer functional. Trade alerts are also not being made or posted daily. This is failing to deliver on what was advertised and what has been delivered in the past few weeks. Plain and simple this service is not delivering as promised.

Thanks,

Michael S███

**To:** Kaylas@ragingbull.com[Kaylas@ragingbull.com]
**From:** Scott F████
**Sent:** Tue 12/8/2020 5:52:56 AM (UTC)
**Subject:** FTC Suit

Kayla:

If it is helpful in any way, I wanted to chime in on my experience with Raging Bull's services.

I am a trial lawyer in ██████. I am 6█ years old. I have been a traditional investor since I was in my 30's, investing in typical, middle class-type investments (mutual funds in and out of 401k and IRAs). This Spring, my wife and I determined that we wanted to venture into more active trading. I did a lot of research into various trading services, and evaluated many of them. In addition to Raging Bull, I signed up for a few other services/newsletters. My research led me to the conclusion that Raging Bull had the most to offer for the best value.

I initially signed up for a trial of Monday Movers. I was very pleased with the results, and then signed up for a trial of Fast 5 and Weekend Wiretaps. I started using the services with smaller (under $1000) trades. I did not take every trade, but every single trade I did make based upon the recommendations in those 3 services proved to be successful, unless I was not able to follow the trade plan due to my own inability to follow the plans. I was so pleased with the results, I signed up for the 14 month Elite Program. Based upon my research, the prices I paid for Raging Bull services are comparable to other services. Based on my research and my own experiences, the trade ideas provided by Raging Bull are significantly better than the other services I looked at.

I meticulously track my entry dates, price paid, sale dates, and net profit. I have made profits on EVERY completed trade. There are a few stocks that I was unable to exit from according to the trade plans, but I am fine with holding them until they become profitable. Most of the trades I am still holding were due to my own busy schedule and inability to execute trade plans. During the 6 months I have been trading with Raging Bull, my profits exceed what I paid for the services, including the cost of the Elite membership. While I show some paper losses, I have not lost any money following Raging Bull's trade plans.

More importantly, I believe that the education and guidance I have received from the various instructors is worth many times more than I have paid for the services. In addition to being able to participate in specific trades, I am learning how to recognize and evaluate trade opportunities by using the methodologies taught by the Raging Bull instructors. I thought the advice from Raging Bull to new investors to use paper trades before using real money was very prudent, although I did not fee a need to do so.

The marketing can be a bit overwhelming, but I never felt like it was too over-the-top, nor did I ever feel misled. I took the statements made in the marketing materials to either be truthful, or to be puffery. I did not ever feel like any factual misrepresentations were being made. I read all of the materials, including the disclaimers, prior to signing up for the services. I did not think the disclaimers were unreasonable or unfair. In fact, I thought they were both prudent and probably required by law.

As for the specific allegations about Jason Bond's supposed losses, I found that his statements about his "bad year" were refreshingly open and honest. The same applies to other missed trades from the other instructors. I cannot believe that anyone could reasonably believe that every single trade would be successful, and I did not see anything in any marketing materials that a reasonable person would take to mean that trading is always 100% successful.

I am at a loss to understand the complaints. I don't know the specifics of the complaints, but I suspect that they came from people who did not pay attention, follow the plans, learn the basics, etc.

I never had the occasion to request a refund or to ask to be moved to a different service. There was no need to do that because I was satisfied. However, the blogs, reviews, etc. are replete with examples of people who received good customer service in the form of refunds, exchanges, etc. when they were requested.

I am very concerned about the remedies that the FTC is seeking in the lawsuit. I downloaded the Complaint from Pacer and the Motion for the TRO. It is my belief that those proposed remedies will do significantly more harm than good. For every person that complained about the services, there have to be many, many more who are happy with them and who are using them to their financial benefit. The proposed TRO will have a significant negative impact on my income and on my future, as well as on the others who are happy with Raging Bull's services. While I understand that the FTC has the duty to protect the public, the public includes people like me, who are happily using Raging Bull's investment and trading recommendations to better themselves and their families.

You have my permission to share this if it assists in any way.
Thanks, and feel free to contact me if you need further documentation or assistance.

R. ███ F███
Shareholder



Confidentiality Notice: The information contained in this communication may be privileged or confidential. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the copy you received. Thank you for your cooperation.

FRAUD ALERT: If you receive an email requesting that you wire or otherwise transfer funds, to protect yourself, please confirm the request and any corresponding instructions by telephone with the sender before you initiate any transfer. Email accounts of title, lending, legal and real estate professionals are targets of cyber criminals that use information in an attempt to initiate fraudulent wire requests. It is recommended that you independently research the sender's contact information to confirm instructions and do not rely on information contained in an email signature block in the email providing wire instructions.

| | |
|---|---|
| **To:** | Kaylas@ragingbull.com[Kaylas@ragingbull.com] |
| **From:** | Eric G█████ |
| **Sent:** | Thur 12/10/2020 3:48:21 PM (UTC) |
| **Subject:** | Re: Raging Bull Services |

To Whom I may concern,

I am providing this email/letter in response to any investigations or inquiries into Raging Bull and/or any of its personnel/employees by the FTC, or any other regulatory bodies.

My name is Eric G█████, I am a verified subscriber of multiple services with Raging Bull.
I have traded the financial markets for over 30 years and during this time I have subscribed to a number of educational services.

Raging Bull is the finest such service. The instructors are competent, considerate and highly knowledgeable. They provide top line education and provide individuals with the tools to become better investors/traders.

They are totally transparent with their own trades and trading history, gains and losses. They advise each student to make their own decisions based upon their own risk tolerance and they encourage that everyone paper trade before using/risking any of their own money.

Furthermore, disclaimers are ever present, warning individuals that trading and investing are risky and that there are no guarantees, so self-reliance is the key.  the message is clear take the education provided and utilize it knowing the risks that exist in trading and investing, which includes the potential  loss of all capital.

On a more personal note, due to the nature of the education, video, live instruction and chat, Raging Bull has truly created a community of like minded individuals who are all seeking to improve their financial well-being. There is a spirit of camaraderie and the members and the Raging Bull personnel have a bond that is strong, forged from our time spent together learning, trading and growing to meet our financial goals.

I view the other members and Raging Bull instructors as a tight knit community, much like an extended family, where we all come together for the common good.

In this regard I am grateful for my continued involvement with Raging Bull, it's comforting to know that Raging Bull provides a place where people who care about each other can gather and work together to achieve their financial goals.

I would like to further state that Jason Bond, though I have not had the privilege of meeting him in person, is a truly dedicated and devoted individual, trainer and instructor who brings a wealth of knowledge, experience and passion to teaching students about the financial markets and trading/investing.

In my opinion Jason Bond is the gold standard for what an educator/trainer should be. He is transparent, forthright, and consistently provides the tools and education necessary for individuals to become better traders and his passion to teach so is clear.

As a retired attorney I am confident in my opinion that Jason Bond and  Raging Bull have completely and continually lived up to their obligation as educators and trainers and that they have never made any false or misleading claims regarding individual outcomes.

In closing I stand squarely behind Jason Bond and Raging Bull and will continue to do so.

Thank you for your consideration in this matter.

Very truly yours,

Eric G█████, Esq.

**To:** kaylas@ragingbull.com[kaylas@ragingbull.com]
**From:** Shannon B
**Sent:** Wed 12/9/2020 10:35:35 PM (UTC)
**Subject:** Positiv Customer Testimonial

As a new trader Raging Bull, their educational services, and various types of stock alert services have been paramount in my success.  I would stand to lose access to a ton of educational materials and market profits should they no longer be able to put out their stock alerts for any reason.  Their mentors have been entirely professional and honest with me the entire time.  In no way have I ever felt like what they were offering was not worth the money I have invested in their services.  Please do not shut them down.  It would be very unfair to all of the happy clients who benefit both educationally and financially from their services.
Kyle Dennis and Jeff Williams in particular have been great trading mentors for me personally.

Sincerely,

Shannon B