# EXHIBIT 13

| To: | kaylas@ragingbull.com[kaylas@ragingbull.com] |
|---|---|
| From: | Raging Bull[support@ragingbull.com] |
| Sent: | Fri 12/18/2020 3:49:43 PM (UTC) |
| Subject: | RagingBull Subscriber Update |



Dear RagingBull Subscriber,

As you may be aware, this is an unprecedented time for all of us at RagingBull.

We have recently been served with a lawsuit by the FTC, without warning or an opportunity for any prior discussion with the FTC, that paints our business in a very bad light.

We have not been able to get our full defense in front of the judge to argue our side of things. In our view, the FTC has taken a very aggressive approach to handling this. The United States District Court for the District of Maryland, though, issued a temporary restraining order (which can be accessed here) on December 8. This order, among other things, appointed a temporary receiver and placed a freeze on the company's assets. In addition, the New Hampshire Bureau of Securities Regulation has initiated a regulatory action against the company. We believe that we will prevail in both matters, but with the extraordinary actions taken to this point our business has been virtually crippled overnight.

This week was one of the saddest weeks of our lives. Due to these actions and the freezing of our assets by the FTC, we had to furlough many of our employees right before Christmas. Many of them are in towns you live in and could even be your neighbors. Some of these people have been on our team for nearly a decade.

**We want to thank everyone who has shown us their support!** Everyone who sticks with us through this time is truly an important part of the RagingBull family — and we appreciate and love our family.

All of us here have poured our heart and soul into this company to build what it is today, and you are a critical part of that. If you love RagingBull as much as we do, then I have a special request today.

**Now more than ever, we are asking you to voice your support for RagingBull.**

We want people who are willing to share their experiences and how much RagingBull means to them.

Simply email Kayla in the next few days (support@raginbull.com Attn: Kayla) and let us know.

We have heard from literally hundreds of people already, **but we really need to hear from you as well**. Please take a moment to support our family.

And as we move forward, we will continue to keep you informed of our status and of any major developments in the suit.

RagingBull, LLC

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**DISCLAIMER**: To more fully understand any Ragingbull.com, LLC ("RagingBull") subscription, website, application or other service ("Services"), please review our full disclaimer located at https://ragingbull.com/disclaimer.

**FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE.** Any RagingBull Service offered is for educational and informational purposes only and **should NOT be construed as a securities-related offer or solicitation, or be relied upon as personalized investment advice.** RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision.

**RESULTS PRESENTED NOT TYPICAL OR VERIFIED.** RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of the persons voluntarily providing the testimonial. **However, subscribers' trading results have NOT been tracked or verified** and past performance is not necessarily indicative of future results, **and the results presented in this communication are NOT TYPICAL.** Actual results will vary widely given a variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. **Investing in securities is speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment.**

**RAGINGBULL IS NOT AN INVESTMENT ADVISOR OR REGISTERED BROKER.** Neither RagingBull nor any of its owners or employees is registered as a securities broker-dealer, broker, investment advisor (IA), or IA representative with the U.S. Securities and Exchange Commission, any state securities regulatory authority, or any self-regulatory organization.

**WE MAY HOLD SECURITIES DISCUSSED.** RagingBull has not been paid directly or indirectly by the issuer of any security mentioned in the Services. However, Ragingbull.com, LLC, its owners, and its employees may purchase, sell, or hold long or short positions in securities of the companies mentioned in this communication.

If you no longer wish to receive our emails, click the link below:

Unsubscribe from all RagingBull emails

| | |
|---|---|
| To: | kaylas@ragingbull.com[kaylas@ragingbull.com] |
| From: | Raging Bull[support@ragingbull.com] |
| Sent: | Fri 12/18/2020 5:37:31 PM (UTC) |
| Subject: | (Correction) RagingBull Subscriber Update |



**Correction:** The link to RagingBull's customer support in our earlier email was incorrect.
**The correct address is** support@ragingbull.com.
We apologize for any inconvenience.

Dear RagingBull Subscriber,

As you may be aware, this is an unprecedented time for all of us at RagingBull.

We have recently been served with a lawsuit by the FTC, without warning or an opportunity for any prior discussion with the FTC, that paints our business in a very bad light.

We have not been able to get our full defense in front of the judge to argue our side of things. In our view, the FTC has taken a very aggressive approach to handling this. The United States District Court for the District of Maryland, though, issued a temporary restraining order (which can be accessed here) on December 8. This order, among other things, appointed a temporary receiver and placed a freeze on the company's assets. In addition, the New Hampshire Bureau of Securities Regulation has initiated a regulatory action against the company. We believe that we will prevail in both matters, but with the extraordinary actions taken to this point our business has been virtually crippled overnight.

This week was one of the saddest weeks of our lives. Due to these actions and the freezing of our assets by the FTC, we had to furlough many of our employees right before Christmas. Many of them are in towns you live in and could even be your neighbors. Some of these people have been on our team for nearly a decade.

**We want to thank everyone who has shown us their support!** Everyone who sticks with us through this time is truly an important part of the RagingBull family — and we appreciate and love our family.

All of us here have poured our heart and soul into this company to build what it is today, and you are a critical part of that. If you love RagingBull as much as we do, then I have a special request today.

**Now more than ever, we are asking you to voice your support for RagingBull.**

We want people who are willing to share their experiences and how much RagingBull means to them.

**(Correction)  Support Email was incorrect on previous email.** Simply email Kayla in the next few days

([support@ragingbull.com](mailto:support@ragingbull.com) Attn: Kayla) and let us know.

We have heard from literally hundreds of people already, **but we really need to hear from you as well**. Please take a moment to support our family.

And as we move forward, we will continue to keep you informed of our status and of any major developments in the suit.

RagingBull, LLC

62 Calef Hwy #233 Lee, New Hampshire 03861 United States

**DISCLAIMER**: To more fully understand any Ragingbull.com, LLC ("RagingBull") subscription, website, application or other service ("Services"), please review our full disclaimer located at https://ragingbull.com/disclaimer.

**FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE.** Any RagingBull Service offered is for educational and informational purposes only and **should NOT be construed as a securities-related offer or solicitation, or be relied upon as personalized investment advice.** RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision.

**RESULTS PRESENTED NOT TYPICAL OR VERIFIED.** RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of the persons voluntarily providing the testimonial. **However, subscribers' trading results have NOT been tracked or verified** and past performance is not necessarily indicative of future results, **and the results presented in this communication are NOT TYPICAL.** Actual results will vary widely given a variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. **Investing in securities is speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment.**

**RAGINGBULL IS NOT AN INVESTMENT ADVISOR OR REGISTERED BROKER.** Neither RagingBull nor any of its owners or employees is registered as a securities broker-dealer, broker, investment advisor (IA), or IA representative with the U.S. Securities and Exchange Commission, any state securities regulatory authority, or any self-regulatory organization.

**WE MAY HOLD SECURITIES DISCUSSED.** RagingBull has not been paid directly or indirectly by the issuer of any security mentioned in the Services. However, Ragingbull.com, LLC, its owners, and its employees may purchase, sell, or hold long or short positions in securities of the companies mentioned in this communication.

If you no longer wish to receive our emails, click the link below:

Case 1:20-cv-03538-GLR   Document 208-14   Filed 03/18/21   Page 6 of 6
Unsubscribe from all RagingBull emails