# EXHIBIT 14

| | |
|---|---|
| **To:** | RagingBull.com Support[support@ragingbull.com] |
| **From:** | Dave D |
| **Sent:** | Fri 12/18/2020 6:53:45 PM (UTC) |
| **Subject:** | Fwd: ATTN: Kayla |

Case 1:20-cv-03538-GLR   Document 208-15   Filed 03/18/21   Page 2 of 15

While I was unaware of what has transpired with RagingBull, I feel it is long overdue. Please forward this email up the chain, as it is important that "this side" of the picture is also shown.

Although I am still currently a "member", I am in the process of letting my subscriptions lapse. I have been inactive in any trading guided by RaginBull since September. Please let me preface this by stating that I am NOT a "disgruntled" member, or someone who has been hurt by the company and goes around bashing RagingBull. I am not that type of person, I am still an active member, but I am very dissatisfied with the service. I will proceed to explain.

Your company provides wonderful warnings about the pitfalls of trading and does a great job of covering yourselves on that end, but your company also paints a picture of the capabilities, skills and achievements of your "mentors" which is incongruous with reality, and is in no way representative of the expected trading results on a day-to-day basis. This constitutes gross false advertising to lure people in, and then only after the fact do the "mentors" try to live up to those expectations once people are hooked. If the bottom falls out of the trades and advice given by the "mentors", well, apologies are sent all around..... but they already have our subscription money, so "oh well".

I started my entry into RagingBull with Jason Bond, as the marketing material couldn't be passed up. Within 6 months Jason's trades had nearly completely wiped out my trading account of over $8,000. However, I persevered, added funds and switched over to Kyle Dennis because the marketing material was conclusive and couldn't be argued with. With Kyle, while there were some small victories, they were always quickly wiped out by major losses. The third strike came with Nathan Bear. Again, nobody could argue with the marketing material and somehow RagingBull knew exactly what I was looking for in a trading service, and presented this winning selection. Well, after a couple days it became obvious that Nathan's approach wouldn't work with a small account, nor could it work with anything except a cash account as his trades were in and out within a day, most of which were losers.

Over the past several months, I have immediately deleted any emails or text received from my RagingBull services. I don't even look at them. RagingBull is a worthless service that only serves the "mentors" and the company. While people often post rave reviews about these services during winning times, it is fun to look through Reddit and the various web forums and see how this song changes over the course of months or years. Everyone loses. This is the only common theme.

I would like to leave you with a screenshot of my Robinhood account. My Webull account looks identical. Two accounts, completely blown up. High points of around $8500 on each account, both brought down to nearly ZERO..... all thanks to the expert training and tutelage of RagingBull and their "pro" investors. Yeah, these guys may be good and show a glossy veneer in marketing, but the long term reality is the same. Nobody is winning. These guys show only how much they take in during the year.... not how much they lose (or only excerpts from how much they lose). It is awesome that they made $3,000,000 in 2020.... but if they lost $2,900,000 in the process, how good can any of this really be. Yeah, not too good. For those of us who only have thousands of dollars to play with, the end result is worthless!

RagingBull may be a legitimate business, but the marketing material is all a scam, the claims are a scam, the services it provide are a scam, and in general everything they portray is a scam. It is created in such a way that it lures people in, with the understanding they will not get out of the service what they expect, desire, or what they put in.

I'm thrilled that action has finally been taken against RaginBull. I'm sad to see the "Average employee" layed off, as people who are service reps or those types of jobs probably have little to do with the creation and perpetuation of the scam that is Raging Bull. HOWEVER, I am very happy to see the assets have been frozen, and legal action is being taken.

If there is any sort of class-action taking place, or any way for members to contribute to the closure of this sham of a business, please let me know. I would be thrilled to participate.



NOTE: All spikes on the chart represent me depositing funds.... there are NO gains shown on this 2-year chart as a result of investments.

You would think over 2 years with EXPERT MENTORS, there should be SOME uptick due to wins, money coming in, etc. NOT THE CASE. Numbers don't lie.


All the best,
-Dave

**To:** Total Alpha[support@ragingbull.com]
**From:** Cynthia B███
**Sent:** Sat 12/19/2020 12:36:48 AM (UTC)
**Subject:** Attn: Kayla

Kayla,

Sorry I won't be one of your supporters rallying around you. I have felt swindled by Raging Bull multiple times... Got suckered into Jason Bond's Smoke Signals and my son and I lost a bunch of money. What a bait and switch that was. And Jeez... for the trading God he purports himself to be, I haven't had a winning trade from Jeff Bishop's Bullseye Trade service in I don't know how long. Kyle Dennis sends out reports too late. Nate just went MIA this week. *How do I get in on getting a refund for all of this?!?!?* And no matter how many times I ask to have the SPAM advertising emails turned off, they still keep pouring into my email box.

Regards,

Cynthia B███

| | |
|---|---|
| To: | 'Raging Bull'[support@ragingbull.com] |
| From: | Vincent P |
| Sent: | Sun 12/20/2020 4:47:19 PM (UTC) |
| Subject: | RagingBull Subscriber Update |

Dear Kayla,

1. The hyperlink in your email below was wrong (you left off the second "g").
2. Unfortunately, I cannot give you words of encouragement (though I am saddened to hear that staff has been laid off before the Holidays). I found your advertising deceptive. When I tried to cancel my order – and get a refund – I was put through such a "paper chase" (and multiple calls, multiple emails, multiple excuses by your staff as to why I could not get my money back after 1 day of subscription) that I just gave up and let you have my money – but vowed never to do that again. I subsequently advised your company to NOT automatically renew my subscription. If the FTC or SEC sets up a claim procedure, I will be the first in line. What your company did was NOT fair and NOT truthfully advertised.

I regret having to send this to you. I had wished that it would have turned out better – for all concerned.

Vincent P

From: Raging Bull [mailto:support@ragingbull.com]
Sent: Friday, December 18, 2020 10:56 AM
To: vincent.p
Subject: RagingBull Subscriber Update



Dear RagingBull Subscriber,

As you may be aware, this is an unprecedented time for all of us at RagingBull.

We have recently been served with a lawsuit by the FTC, without warning or an opportunity for any prior discussion with the FTC, that paints our business in a very bad light.

We have not been able to get our full defense in front of the judge to argue our side of things. In our view, the FTC has taken a very aggressive approach to handling this. The United States District Court for the District of Maryland, though, issued a temporary restraining order (which can be accessed here) on December 8. This order, among other things, appointed a temporary receiver and placed a freeze on the company's assets. In addition, the New Hampshire Bureau of Securities Regulation has initiated a regulatory action against the company. We believe that we will prevail in both matters, but with the extraordinary actions taken to this point our business has been virtually crippled overnight.

This week was one of the saddest weeks of our lives. Due to these actions and the freezing of our assets by the FTC, we had to furlough many of our employees right before Christmas. Many of them are in towns you live in and could even be your neighbors. Some of these people have been on our team for nearly a decade.

**We want to thank everyone who has shown us their support!** Everyone who sticks with us through this time

is truly an important part of theRagingBull family — and we appreciate and love our family.

All of us here have poured our heart and soul into this company tobuild what it is today, and you are a critical part of that. If you loveRagingBull as much as we do, then I have a special request today.

**Now more than ever, we are asking you to voice your support forRagingBull.**

We want people who are willing to share their experiences and how muchRagingBull means to them.

Simply email Kayla in the next few days ([support@raginbull.com](support@raginbull.com) Attn: Kayla) andlet us know.

We haveheard from literally hundreds of people already, **but we really need tohear from you as well**. Please take a moment to support our family.

And as we moveforward, we will continue to keep you informed of our status and of any majordevelopments in the suit.

RagingBull, LLC
62 Calef Hwy #233 Lee, New Hampshire 03861 United States

DISCLAIMER: To more fully understand any Ragingbull.com, LLC ("RagingBull") subscription, website,application or other service ("Services"), please review our full disclaimer located at [https://ragingbull.com/](https://ragingbull.com/)disclaimer.

FOR EDUCATIONAL AND INFORMATION PURPOSES ONLY; NOT INVESTMENT ADVICE. AnyRagingBull Service offered is for educational and informational purposes only and **should NOT beconstrued as a securities-related offer or solicitation, or be relied upon as personalizedinvestment advice.** RagingBull strongly recommends you consult a licensed or registered professional before making any investment decision.

RESULTS PRESENTED NOT TYPICAL OR VERIFIED. RagingBull Services may contain information regarding the historical trading performance of RagingBull owners or employees, and/or testimonials of non-employees depicting profitability that are believed to be true based on the representations of the persons voluntarily providing the testimonial. **However, subscribers' trading results have NOT been tracked or verified** and past performance is not necessarily indicative of future results, **and the results presented in this communication are NOT TYPICAL.** Actual results will vary widely given a variety of factors such as experience, skill, risk mitigation practices, market dynamics and the amount of capital deployed. **Investing in securities is speculative and carries a high degree of risk; you may lose some, all, or possibly more than your original investment.**

RAGINGBULL IS NOT AN INVESTMENT ADVISOR OR REGISTERED BROKER. Neither RagingBull nor any of its owners or employees is registered as a securities broker-dealer, broker, investment advisor(IA), or IA representative with the U.S. Securities and Exchange Commission, any state securitiesregulatory authority, or any self-regulatory organization.

WE MAY HOLD SECURITIES DISCUSSED. RagingBull has not been paid directly or indirectly by the issuer of any security mentioned in the Services. However, Ragingbull.com, LLC, its owners, and itsemployees may purchase, sell, or hold long or short positions in securities of the companies mentioned inthis communication.

If you no longer wish to receive our emails, click the link below:

Unsubscr be from all RagingBull emails

.

| To: | Shadow Trader[support@ragingbull.com] |
| From: | John L■■■ |
| Sent: | Fri 12/18/2020 9:41:00 PM (UTC) |
| Subject: | Attention Kayla |

Kayla

I have a number of outstanding subscriptions with Raging Bull - Energy Trader, Double Down, LottoX, Weekend Wiretaps, Stock Profit Pro. It's sad and unfortunate that Raging Bull has run into problems with the FTC but that is not my fault. Therefore because no emails or alerts are being issued as per the terms of my subscriptions I would request a refund for these outstanding subscriptions.

Sincerely

John L■■■

--



**To:** support@ragingbull.com[support@ragingbull.com]
**From:** karlk[REDACTED]
**Sent:** Fri 12/18/2020 6:19:58 PM (UTC)
**Subject:** Attn Kayla

Please cancel all subscriptions immediately. I have not received satisfactory service. I continue to utilize other companies such as efx plus for $1000 annually as they operate polar opposite to RagingBull. I would suggest you folks model your business more transparently and allow the consumer to decide when and how to upgrade rather than locking us in a vice grip and squeezing for as much as you can before we catch on.

Thank you,
Karl [REDACTED]



ND

**To:** Support@ragingbull.com[Support@ragingbull.com]
**From:** William C
**Sent:** Sun 12/27/2020 5:16:34 PM (UTC)
**Subject:** Refund

Hello again I am asking for my refund for both stock profit pro and bullseye trades. You have paused you services and I am unable to use them which is a breach of contract. I know about the legal matter but I am clearly not getting the services I paid for.
As my previous email states I'd like a refund and before I go to the FTC to complain I've already left the BBB a review stating there's been no reponse from your end About any of the legal matters or what will happen.

Regards

Will

| | |
|---|---|
| **To:** | support@ragingbull.com[support@ragingbull.com] |
| **From:** | K█████ S█████ |
| **Sent:** | Wed 12/23/2020 3:09:27 PM (UTC) |
| **Subject:** | Attn: Kayla |

Dear Raging Bull Team,
I've been a member of RB family for 2 years now.
Honestly, the first year trading with RB was pretty hard for me and I have lost money on the market.
By the end of 2019, I was even thinking about quitting trading. At that moment I told myself:
"If they can do it, I can do it also".

I have put my trading on pause for a few months and went again through all trading videos I had access to... Started again step by step...

This year, 2020, I can proudly say that I have made huge progress in my trading and will be closing this year green.

Now when I look back at 2019 mistakes I have done then, are exactly things the RB team was teaching us to avoid. I was taking oversized positions, didn't know which strategy fits me best, didn't know when to take profits, copying the trades without knowing the reason I'm taking the trade, etc...

Even Though I had a rough 2019, not in one moment I have thought things like: "RB is a scam" or "they are cheating me", etc... I knew that all trades I take are my responsibility and I manage my own account.

I'm thankful for all your time and knowledge you have shared with us because I can now confidently take trades and manage them successfully.

I really hope this lawsuit will be resolved soon so we can go back to trading as a team.

Hope to hear some good news soon.

Regards,

--
Pozdrav,
S███ K███

| | |
|---|---|
| **To:** | support@ragingbull.com[support@ragingbull.com] |
| **From:** | Larry S███ |
| **Sent:** | Thur 12/24/2020 7:41:25 PM (UTC) |
| **Subject:** | I fully support the RagingBull |

Case 1:20-cv-03538-GLR    Document 208-15    Filed 03/18/21    Page 12 of 15

I am responding to your investigation into the RagingBull as a possible source of an economic crime against society. As an individual approaching 8█ years of age, in the next few years, I am probably what society would classify as one of the Americans most susceptible to frauds and scams.

I have been a subscriber to the RagingBull for several years. For most of those years, if not all of them, I've also been charged by our local police department as being one of the detectives responsible for the investigation of economic crimes to include frauds and scams. I can assure you that I've been exposed to nearly every fraud or scam that the lower life of our society is trying to impose on our citizenry; RagingBull does not fall into that category.

Unfortunately, most of the lowlife individuals responsible scams and frauds are foreigners who exceed our scope of legal enforcement and I am able to physically arrest only a small fraction of them who are on US soil. These scumbags are typically not United States residents who are easily seen, read and heard on a daily basis, unlike the members of the RaginBull staff.

My experience with the RagingBull is the exact opposite of a scam or fraud. Although I might not always agree with their stock selections and sometimes don't understand the pricing structure for membership, I have never been displeased with the services provided by their corporation. I can assure you that I have made money the well beyond what my subscription fees were by following their recommendations. For the most part, I trust the information I received from the corporation and typically follow through with stock purchases. My personal lack of appropriate

timing has cost me thousands of dollars because I choose to not sell when I should have and have hung onto positions they recommend that I should sell. That is my fault, not the fault of RagingBull.

I've never experienced another stock support group that performs any better than the RagingBull. I am pleased with them and plan to continue my subscription for years after your investigation proves them to be a legitimate firm.

I anxiously await when I can start getting alerts from them again, which I hope is relatively soon.

If you truly desire to enforce and investigate economic crimes, I would be more than willing to share with you my portfolio of cases that sit at my desk. There are some really bad folks out there!

Each and every day, I am dismayed by the scum that I have to be exposed to, and who have fraudulently taken money from citizens of our city; often in the tens of thousands of dollars. I seriously doubt that anyone could ever say that about RagingBull.

RagingBull has my 100% support and I would be excited to discuss my experiences with the firm at your convenience.

I might add that I am not typically one who supports commercial firms, so my support of the RagingBull can be considered legitimate.

Larry S█████
███████████

██████████ Florida ██████

████████████

█████████████████████

**To:** support@ragingbull.com[support@ragingbull.com]
**From:** Rosa
**Sent:** Mon 12/28/2020 9:25:41 PM (UTC)
**Subject:** ATTN: Kayla

To Whom This may Concern,

I am writing in support of Raging Bull Services, in hopes that this letter will serve to inform the parties at hand, of the value that this service has added to my education on investing in the stock market.

As a soon-to-be retiree and an educator for many years, I started planning for my retirement and found that the teacher's pension that I will receive, will not cover my most basic of living expenses as well as my husband's health-care needs. This rude discovery, is what led me to begin investigating different ways of supplementing my income. Knowing that an older person is not likely to get a job easily, I searched for income-generating opportunities that I could do from home as I continue to age and care for my husband.

After seeing many ads on You-Tube, of kids talking about their investments, and how they had turned investing into a career, I decided that may be a good avenue for me to pursue. That said, investing in the stock market and the many forms that takes, requires a great deal of education. I looked at many training opportunities as I made my decision to pursue this course of action and I ultimately decided on Raging Bull. This company has not only provided as much content as I needed to begin my education in investing but also was quick to address any concerns I had along the way. I am truly pleased with their service and happy to say that my modest portfolio is thriving to this day.

I plan to keep Raging Bull as a provider for my ongoing education into investing in the stock market because the team of educators are excellent investors themselves as well as exceptional teachers. Please take my words of support for Raging Bull into consideration as you pursue your investigation. This company is providing REAL value to ordinary people like myself.

Sincerely,

Rosa    H     M.Ed



CA