# EXHIBIT 15

To: kaylas@ragingbull.com[kaylas@ragingbull.com]
From: Raging Bull[support@ragingbull.com]
Sent: Sat 1/23/2021 8:00:04 AM (UTC-05:00)
Subject: Update to Subscribers

Case 1:20-cv-03538-GLR   Document 208-16   Filed 03/18/21   Page 2 of 5



Dear Subscriber of RagingBull.com:

My name is Peter Keith, and I write to you as the Temporary Receiver of RagingBull.com. This email is intended to provide you basic information regarding the current status of RagingBull.com, as well as some matters that may affect you. For more information, you may visit the receivership web site at any time: https://receiver-ragingbull.com

Here are some FAQs, with responses to questions I have been asked:

**What is a receivership, and how long will it last?**

On December 7, 2020, the Federal Trade Commission filed a civil lawsuit in the United States District Court against RagingBull.com, several affiliated entities, and its owners. The suit is captioned Federal Trade Commission v. RagingBull.com, et al., Case No. 20:cv-3538. Raging Bull is contesting allegations made by the FTC in that lawsuit.

On December 8, 2020, United States District Judge George L. Russell, III issued a temporary restraining order against RagingBull.com LLC, Sherwood Ventures, Jason Bond LLC, MFA Holdings, Winston Corp., Winston Research, Jeff Bishop, Jason Bond and Kyle Dennis. Under that order, Judge Russell appointed me to serve as Temporary Receiver.

As Temporary Receiver, I serve the United States District Court, and I report directly to Judge Russell. I do not represent the Federal Trade Commission. I also am not a lawyer for Raging Bull or any of the defendants.

The receivership presently is likely to extend at least until Judge Russell rules on the Federal Trade Commission's motion for a preliminary injunction. Judge Russell has scheduled a hearing on that

motion for February 5, 2021. At that time, Judge Russell may determine to extend the receivership or to terminate it. He may rule at the end of the February 5, 2021 hearing, or he may take the matter under advisement and rule later.

**What entities and individuals are covered by the temporary restraining order?**

The Temporary Restraining Order expressly binds the following entities and individuals:

RagingBull.com, LLC f/k/a Lighthouse Media, LLC

Jeffrey M. Bishop

Jason Bond f/k/a Jason P. Kowalik

Jason Bond, LLC

Kyle W. Dennis

MFA Holdings, Corp. (exempted from Sections V and VI of the Temporary Restraining Order pursuant to 12/15/2020 Order)

Sherwood Ventures, LLC

Winston Corp.

Winston Research Inc.

Other entities and people may be bound by the terms of the order, as well. Please review the temporary restraining order (available [here](#)) to understand its full scope and effect.

**How can I follow the status of the receivership?**

My receivership team has created a web site to provide more information about the receivership and the legal status of the case: [https://receiver-ragingbull.com/](https://receiver-ragingbull.com/)  You may visit this site to learn current information about the receivership, the status of RagingBull.com, the FTC's complaint and motion for preliminary injunction, and Raging Bull's responses to the FTC claims.

**Does Raging Bull have any current operations?**

As Raging Bull's assets are under control of the Receiver, funds will be used only as directed by the Court.  Pending the outcome of the preliminary injunction hearing, presently scheduled for February 5, 2021, on December 20, 2020, Raging Bull determined to cease operations. This means that no new sales or customer support of any kind are possible during this period of time. For existing customers/subscribers, no services of any kind will be provided.

**May I receive a refund for Raging Bull programs to which I am subscribed?**

At this time, refunds will not be made to any subscribers. The United States District Court for the District of Maryland may, at some time in the future, determine that some amount of refunds may be paid. Alternatively, depending on the outcome of the hearing on February 5, refunds could become available from Raging Bull, if Raging Bull is permitted to restart operations.

**How do I submit any comments?**

The Temporary Receiver welcomes any comments, positive or negative, that subscribers and Raging Bull employees may have.

Any present or past subscriber or employee wishing to make a comment or statement may contact the Temporary Receiver, Raging Bull, or the FTC, as follows:

- Contact the Temporary Receiver at Receiver@gejlaw.com

- Contact Raging Bull at Support@RagingBull.com

- Contact the Federal Trade Commission by sending an email to ragingbulllitigation@ftc.gov or by visiting www.ftc.gov and following the instructions provided, to file a complaint or to provide other relevant input.

**What are the next steps?**

The parties will submit briefs to the Court regarding the Federal Trade Commission's motion for preliminary injunction.  United States District Court Judge George L. Russell, III has scheduled a hearing for February 5, 2021 and, at some point after the close of the hearing, will issue a ruling on the Federal Trade Commission's motion for preliminary injunction. Following Judge Russell's ruling, the Temporary Receiver and the parties will have a clearer understanding of how Raging Bull and the receivership will move forward.

I appreciate your time spent reviewing this email and your patience with this process.

Very truly yours,

Peter E. Keith

Temporary Receiver

If you no longer wish to receive our emails, click the link below:

Unsubscribe from all RagingBull Emails