# EXHIBIT 17

| | |
|---|---|
| To: | Support@ragingbull.com[Support@ragingbull.com] |
| From: | Adam R████ |
| Sent: | Fri 12/18/2020 6:14:39 PM (UTC) |
| Subject: | Fwd: ATTN:Kayla - My RagingBull Experience |

Case 1:20-cv-03538-GLR   Document 208-18   Filed 03/18/21   Page 2 of 6

Sent from my iPhone

Begin forwarded message:

> **From:** Adam R████
> **Date:** December 18, 2020 at 11:19:01 AM CST
> **To:** support@raginbull.com
> **Subject: ATTN:Kayla - My RagingBull Experience**
>
> Hello,
>
> Sorry to hear about the lost jobs from this law suit. I figured I'd write about my experiences. No promises this is what you want to hear, but it is 100% truthful.
>
> Let me share my experience with Raging Bull:
>
> A few years ago I saw an ad from Jason Bond and I watched a webinar that sparked my interest in technical stock trading. Shorty after, I paid a few hundred dollars to a be part of Jason Bond Picks (JBP). To say the least, I had more losers than winners, and to get in the winners required me to get in at prices that only he was able to get (the stock would spike with his high volume). I think most people see this as a "pump and dump" - I don't. This is an important point because I don't feel like Jason is using shady trading tactics. Jason stressed how his alerts are great, but the real value is learning to fish yourself - you have to do your own research. This is where I realized I did not like "fishing" like Jason did. After this had happened a few times, where he won and "we" lost, Jason had impromptu webinars trying to brainstorm how to best be effective for us - he was winning on trades the followers were losing on and he seemed genuinely upset about it. Another important point, I think Jason is a good guy (even if it is shady that Jason Bond isn't his real name). In that webinar he talked briefly about a man named Nathan Bear who "uses dots in a screen to tell him when to buy". After research, I found that this is the John Carter Squeeze method. That changed everything for me.
>
> Next week or so, Jason gave everyone a free day in the money multiplier (This was some incredibly expensive premium program. I might have the name wrong) to see what it was like. I used that time to watch every Nathan Bear video I could (Thanks, Jason). Using his method, I was instantly up big. I ended up losing it all since I still hadn't learned money management and how to read to market at a macro level, but the success was evident and I was hooked on "the squeeze". That just got me to research even more and I eventually found that John Carter actually has a service similar to Raging Bull. I then left JBP (I was given a free extension for 3 months which was appreciated but not used) to watch a plethora of John's stuff and I still use Simpler Trading to this day.
>
> Here are my overall impressions:
> - I think Jason is a genuine guy.
> - I think the ads about Raging Bull are incredibly misleading. It takes work to be a good trader and you can't use other people's picks.
> - I think Jeff Bishop is NOT a genuine guy. If I have to hear about how he's a "Mensa certified genius" one more time, I might go insane.
> - Their webinars are filled with fake people commenting. This is super obvious and really shady.
> - I think nearly all of Raging Bull's products are outrageously over priced. $5000+ for anything related to stock education better give you a degree or a guaranteed return.
> - I think they use questionable marketing tactics to lure in "suckers" (Like the bots in the webinars, hosts telling you what you could do with all the money they won, etc)

- Thankfully, I have a degree in finance so my base level of understanding allowed me to use JBP to learn about technical analysis from a new POV and other things b/c I wanted to learn.
- There is no chance that people who don't have that foundation would be able to make money using these services.
- The educational videos I had access to were nice. I did feel like Jason spent WAY too much time going over prior wins instead of actually explaining his method. I concluded that he really doesn't have one, but there was some good knowledge mixed in there. He'd have a 50 min video that would show maybe 3 minutes of worthwhile stuff. Basically, he talks a lot without saying anything.
- Spending the money I did on JBP forced me to get serious about trading. This "serious" attitude has ironically lead me away from Raging Bull and now I'm making good money in the markets while working full time and occasionally using other services
- In a strange, round-about way, I owe some of my stock market success to Raging Bull.
- Having said that, I would NEVER recommend it to a friend. In fact, I'd be curious to see what their Net Promoter Score is if they have one. It has to be super negative.


Thank you for reading this much.

I hope Raging Bull gets back on its feet and is required to be more honest in their marketing and set more reasonable prices. There is good content on the site - it's just very over priced and very shady with how they get customers and take advantage of beginners with money. (Other than that, how was the play Mrs. Lincoln?)

If you have follow-up questions, few free to reach out.

PS: After I left JBP, I kept getting the text alerts for a couple years in error. I found that pretty funny but I never used them - most were losers. Just an FYI.

Sincerely,

Adam R███

| | |
|---|---|
| **To:** | support@ragingbull.com[support@ragingbull.com] |
| **From:** | James C■■■ |
| **Sent:** | Sun 12/20/2020 4:12:06 AM (UTC) |
| **Subject:** | Fwd: Attn Kayla |

Case 1:20-cv-03538-GLR   Document 208-18   Filed 03/18/21   Page 4 of 6

---------- Forwarded message ---------
From: **James C**■■■
Date: Fri, Dec 18, 2020 at 5:19 PM
Subject: Attn Kayla
To: <support@raginbull.com>

Hello Kayla and RagingBull team.

    I joined my 1st program in September signing up for many of the $17 end of year trials in order to try to find which mentor was going to be the write person for my style of trading as well as see if there was anything new for me to learn. I then signed up for a lifetime membership of High Octain Options .... which I later found Jeff's style to not be my price point of options trading. He is still more of a large $$ player unlike the marketing material stated.

    I then sign up and spent $399 for Nathan's LottoX, hoping he would be my cup of tea and unfortunately he was on a downward spiral and his own trades and the trades he lead us into were going bad. I then signed up and paid for Daily Deposits where the method was marked as so easy that you can learn to do it yourself... and I tried, every day to check every site Ben uses. He claims to teach you his method but him calling out what he was doing at some point in the morning always amounted to a loss, while he claimed a win, while the market went the opposite direction. The only way he made a win would have been the pump and dump of the moment everyone tried to get into the trade after him. After a few losses, I stopped trading and tracking.

    I called and tried to get help moving my lifetime membership with High Octane Options to another program because I was told I could not get a refund. Then I was made to feel like I was a horrible person. I had several emails with your support over this which should all be logged. I then moved on and signed up for Jeff for Stock Options Pro and went ahead and joined him for lifetime. I have to say that Jeff and Stock Options Pro is the only one in which I feel I am actually getting a good education and learning something. I did make about $2k on our challenge. I have spent about $4k with RagingBull since Sept. I am only happy with the $1800 I have spent with Lifetime Stock Options Pro. I never expected a refund on the $17 trial accounts but the $1495 I spend with Jeff Bishop I would have loved to have received a refund and then I would have also loved a refund on Daily Deposits.

    After reading the FTC claims, if I was asked to talk to their points, I would have to honestly agree. I signed up and then I was bombarded with 10's of emails a day trying to upsell me and sell me different services all telling me how they were going to help me and after actually signing up with them they did not provide what they claimed. So many of the services are overlapping which makes it hard to make a proper decision, which again, once you make you are fucked and can not change to something better suited for you. I do not think, I hope, that anyone at RagingBull did anything with evil intent. But a lot of money is going into the pockets of RagingBull for these confusing classes which most give you enough information to be dangerous and then lead you to follow with a lot of pump and dumps.

    I am not party to the FTC filings, but you all asked for honest feedback. I do like RaginBull, even after giving you my feedback. I think the company has a place and a future, but I think these valid claims of the FTC need to be addressed by the leadership of RB so they can move on. I believe they have caused harm. I am not rick, I spend $4000 out of trust and hope, in the economy that I would learn to be better..... I am still hoping that can happen.  With that, I am also sad that this had to happen during the pandemic, and that families of RB are suffering and not sure what is going to happen moving forward. I do wish you all the best of luck and hope things can be worked out. If things come back, I still want to continue on with Jeff, but would like to address my other issues with the other services as stated.

Good Luck, Happy Holidays as much as possible to all.

regards

James C■■■

**To:** support@ragingbull.com[support@ragingbull.com]
**From:** Christopher
**Sent:** Sun 12/20/2020 2:41:36 PM (UTC)
**Subject:** My comments

My good news is

Yes, I say that a few people are really complaining; because, they were too stupid and chose to ignore the 100 pages of warnings anyone signing up for an broker account is suppose to read. (I found the whole case online Federal Trade Commission v. RagingBull.com, LLC, 1:20-cv-03538 – CourtListener.com)

Wow, an old person 60 year old is complaining he didn't know he could lose money in the markers… Wow that is sad. Where was he all this time.
A 20 year leman bro lost $100,000 trading option… Hello, Leman was a clearing house for options… One bad employee.

My bad news is

Your advertising is <u>Very overstated</u> and probably did get you into this mess.

How you may ask?
1 You don't mention you are using the riskiest method of trading! Options less then a week to expiration.
2 You don't put a big warning about <u>account sizing</u>!!! Come on, tell a novice they can double their money guarantee and they aren't going to buy too much?!? Come on.
3 Advertised walk away from computer alerts when your edge is being there for that 10 min buying window… And then discourage GTC orders. You know the profit reward is tight if you miss that momentary price dip.
4 This is the BIGGEST. You know, know that a person using <u>good account management can't make serious money as advertised</u>. There are outliers who get it right the first time taking too much risk but so are the people who get it wrong the first time and are there really more people benefiting from the service then quickly crashing? Telling people that they only need <u>$300 dollar to double down</u> on their first trade… You know there are people who use $300 and lose and then lose and there account is toast.
5 <u>Promo videos even mention that your own gurus can't find success in some of the other 'guarranteed' money making services</u>.

It does anger me that the government can walk into a business seize every form of assets without a conviction, leaving the defendant on the hook. And the <u>gov will hurt</u> all the people who payed for the service realize the flaws and move on and enjoy what they can.

My brother spent thousands on you guys upgrading to lifetime service and now the gov hurts him. But as a responsible adult, he knew that life time is risk.

It's all risk.

Though, I think my big find from you guys was Tastytrade. I got so tired of overstated penny pro wins… Sure, put $1,000 on a trade that could implode 20% in one walk to fill a coffee cup…

6 ==you don't advertise you EXPECT to lose 40% of the time but hope to be right 60% of the time and that all the time in-between times need to keep using the same amount of capital!!!==

And another thing. Always saying this is the <u>last SALE and next week there is a lower price</u>…. You guy asked for some of this. Though much of the world of advertising to stretch the facts till it brakes.

I signed up for Luke energy trader. I never knew that the "secret" script wasn't included. I never knew that he was risking $1,000 to make $100 and you need a $100,000 to properly account manage that 1% defined risk trade.

So yes I can see how you got problems. But I didn't go complaining to the FTC. Many users see the flaws of RagingBull and live with them or move on.

Sent from Mail for Windows 10