# EXHIBIT 18

VERITY, LLC

RAYMOND J. PEROUTKA, CPA
MEMBER

(410) 307-6430 (O) / (410) 274-7266 (C)
rperoutka@verity-llc.com

Raymond is a founding member of Verity, LLC and has more than 30 years of consulting and management experience in the public accounting, banking, and professional services industries. He has focused on delivering quantitative and analytical support services to the legal community in the areas of commercial damages, litigation support, valuation, receivership, bankruptcy, construction, and surety claims.

He has provided analytical support and damage assessment for various types of claims including breach of contract and tort-based claims arising from real estate transactions, development activities, shareholder disputes, and the negligence of directors, officers, and professionals. These all involve identification and analysis of key facts, application of the facts to appropriate damage models, and support for conclusions through reports, deposition, and trial testimony.

Raymond has acted as receiver for and consultant to numerous insolvent entities, including securities brokerage firms, insurance and surety companies, private foundations, and real estate development ventures. In each of these situations, Raymond has controlled the assets of the insolvent entity, managed physical and human assets, investigated prior business and investment practices, evaluated and pursued potential recoveries against responsible entities, managed the distribution of assets to victims, and provided expert witness testimony.

In addition, Raymond has provided forensic accounting and anti-fraud expert witness testimony services to the Department of Justice and state and local governmental agencies, including the Maryland Attorney General's Office. He has also served as accountant to Chapter 11 bankruptcy creditor committees and United States Bankruptcy Trustees and acted as consultant to debtors in possession and others in need of debt restructuring.

## Specific experience

- Damages expert in disputes involving ownership interests, calculation, and distribution of profits arising from real estate development and construction activities
- Damages expert in legal and accounting malpractice claims
- Damages expert in the evaluation of dispute arising from the sale of healthcare provider
- Primary damages expert for the State of Maryland in its dispute with tobacco manufacturers relating to compliance with industry-wide settlement of claims

- Receiver for state licensed provider of services to developmentally challenged individuals. Rehabilitated the entity and resolved all claims
- Primary witness for U.S. Department of Justice in its prosecution of the chief executive of mortgage banking company convicted of $3 billion fraud
- Damages expert in minority shareholder oppression action
- Consultant to real estate developers, construction contractors, and sureties in the development and completion of commercial and residential projects
- Licensed CPA in Maryland
- Licensed lawyer in Maryland
- Accredited in Business Valuation
- Certified in Financial Forensics
- Certified Insolvency and Restructuring Advisor

## Industry involvement

- American Institute of Certified Public Accountants (AICPA)
- AICPA Business Valuation Forensic and Litigation Services Section
- Maryland Association of Certified Public Accountants
- Bankruptcy Bar Association of Maryland
- Association of Certified Fraud Examiners
- Association of Insolvency and Restructuring Advisors
- Turnaround Management Association

## Education

Johns Hopkins University
Bachelor of Arts in Economics

Loyola University
Master of Business Administration in Finance

University of Baltimore School of Law
Juris Doctor

## Community involvement

- Calvert Hall College High School, Board of Advisors
- Baltimore City Yacht Association, Board of Directors and Treasurer

## Relevant continuing education

- Maryland Bar Association, Construction Section, Annual Meeting 2014 –panel discussion on construction damages
- Judicial Institute of Maryland 2014, Instructor, Business and Technology Program: Focus on Business Damages
- Maryland Bankruptcy Bar Association, Annual Meeting 2013 –panel discussion on receivership law and operation

**Raymond J. Peroutka, Jr., Esq., CPA/ABV/CFF, MBA, CIRA**

**List of Testimony in The Last 4 Years**

- RLI Insurance Company v. Nexus Services, Inc.
  U.S. District Court for the Western District of Virginia
  Harrisonburg Division – Case No. 5:18-cv-00066-MFU
  Trial Testimony, September 22, 2020

- Raymond J. Peroutka, Jr., Receiver v. Kevin Sniffen, et al.
  Circuit Court for Baltimore County – Case No. 03-C-12012552
  (Commercial Damages – fraud, fraudulent conveyance, tracing of funds)
  Trial testimony (Summary Judgment - PSM Properties), September 2020

- Alan Brian Fabian v. Commissioner of Internal Revenue
  United States Tax Court – Docket No. 25589-14
  (Tax Fraud)
  Trial Testimony, October 2019

- Raymond J. Peroutka, Jr., Receiver v. Kevin Sniffen, et al.
  Circuit Court for Baltimore County – Case No. 03-C-12012552
  (Commercial Damages – fraud, fraudulent conveyance, tracing of funds)
  Deposition, March 2019

- In Re: Steven Brice Wibracht and Erin Michelle Wibracht debtors
  U.S. Bankruptcy Court for the Western District of Texas
  San Antonio Division – Case No. 17-52300-RBK
  Adversary Proceeding No. 18-05203-RBK
  Trial Testimony, February 2019

- RLI Insurance Company v. Nexus Services, Inc.
  U.S. District Court for the Western District of Virginia
  Harrisonburg Division – Case No. 5:18-cv-00066-MFU
  Trial Testimony, November 29, 2018

- RLI Insurance Company v. Nexus Services, Inc.
  U.S. District Court for the Western District of Virginia
  Harrisonburg Division – Case No. 5:18-cv-00066-MFU
  Deposition, November 15, 2018

- State of Montana ex rel. Tim Fox v. Phillip Morris, Inc., et al.
  Montana First Judicial District Court
  Lewis and Clark County – Case No. CDV-1997-306
  (Commercial Damages – Enforcement of Montana tobacco escrow statute and Master Settlement Agreement among tobacco manufacturers and the States)
  Deposition March 2018

- Raymond J. Peroutka, Jr., Receiver v. Kevin Sniffen, et al.
  Circuit Court for Baltimore County – Case No. 03-C-12012552
  (Commercial Damages – fraud, fraudulent conveyance, tracing of funds)
  Trial testimony, October 2017

- Braxton-Grant Technologies, Inc. v. ACL Computers and Software, Inc.
  Circuit Court for Howard County – Case No. 13-C-16-108554
  (Commercial damages – breach of employment agreement)
  Deposition May 2017

- Raymond J. Peroutka, Jr., Receiver v. Kevin Sniffen, et al.
  Circuit Court for Baltimore County – Case No. 03-C-12012552
  (Commercial Damages – fraud, fraudulent conveyance, tracing of funds)
  Deposition, January 2017

Note: No publications during the last 10 years.