IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cv-03538 - GLR |
| | ) | |
| RAGINGBULL.COM, LLC f/k/a | ) | |
| LIGHTHOUSE MEDIA LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# JOINT NOTICE BY THE RAGING BULL DEFENDANTS AND THE FEDERAL TRADE COMMISSION RECOMMENDING THE APPOINTMENT OF AFFILIATED MONITORS AS A COMPLIANCE MONITOR

The Federal Trade Commission and the Raging Bull Defendants submit this notice, consistent with the Court's direction at the March 19, 2021 Preliminary Injunction hearing that the Raging Bull Defendants and the Federal Trade Commission confer to determine if they could submit a joint recommendation concerning a potential compliance monitor in this case. The Federal Trade Commission and the Raging Bull Defendants conferred, and the Federal Trade Commission interviewed Affiliated Monitors, Inc. (AM) and certain AM candidates.

As a result of that process, the Raging Bull Defendants and the Federal Trade Commission file this Joint Notice advising the Court that they jointly consent to the appointment of Affiliated Monitors, Inc. as compliance monitor in this matter, should the Court decide that a compliance monitor be ordered in conjunction with the Court's ruling on the FTC's Preliminary Injunction Motion (Dkt. 2) and the Raging Bull Defendants' proposed order (Dkt. 210). The Federal Trade Commission and the Raging Bull Defendants also jointly recommend that the Court appoint Jesse

Caplan and Gerald Coyne from AM as the lead AM monitors. Mr. Caplan and Mr. Coyne consent to this request.

Dated: March 24, 2021

Respectfully submitted,

RagingBull.com, LLC, Jeffrey M. Bishop and Jason Bond

By: /s/ *David G. Barger*
David G. Barger (DCB# 469095)
Greenberg Traurig LLP
1750 Tysons Blvd.
Suite 1200
McLean, VA 22102
Tel: (703) 749-1300
Email: bargerd@gtlaw.com

Andrew G. Berg (admitted *pro hac vice*)
2101 L Street, N.W.
Suite 1000
Washington DC 20037
Tel: (202) 331- 3100
Email: berga@gtlaw.com

Miriam G. Bahcall (admitted *pro hac vice*)
Brett M. Doran (admitted *pro hac vice*)
Greenberg Traurig, LLP
77 West Wacker Drive
Suite 3100
Chicago, IL 60601
Tel: (312) 476-5135
Email: bahcallm@gtlaw.com
Email: doranb@gtlaw.com

/s/ Colleen Robbins
Colleen Robbins (D. Md. Temp Bar No. 92567)
Sung W. Kim (D. Md. Temp Bar No. 814609)
Gordon E. Sommers (D. Md. Temp. Bar No. 814431)
Laura C. Basford (D. Md. Temp. Bar No. 814888)
Federal Trade Commission
600 Pennsylvania Ave., NW
Mailstop CC-8528
Washington, DC 20580
(202) 326-2548; crobbins@ftc.gov
(202) 326-2211; skim6@ftc.gov
(202) 326-2504; gsommers@ftc.gov
(202) 326-2343; lbasford@ftc.gov
(202) 326-3395 (Facsimile)

*Attorneys for Plaintiff*
*Federal Trade Commission*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of March 2021 a true and accurate copy of the foregoing Joint Notice was properly served on all parties through the ECF system.

By: /s/ *David G. Barger*
David G. Barger (DCB# 469095)
Greenberg Traurig LLP
1750 Tysons Blvd.
Suite 1200
McLean, VA 22102
Tel: (703) 749-1300
Email: bargerd@gtlaw.com

*Counsel for RagingBull.com, LLC,*
*Jeffrey M. Bishop and Jason Bond*
