**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **RAGINGBULL.COM, LLC**, et al., <br><br> Defendants. | Case No. 1:20-cv-3538-GLR |

**DEFENDANTS KYLE W. DENNIS, WINSTON RESEARCH, INC., AND WINSTON CORP.'S MOTION TO DISMISS THE AMENDED COMPLAINT AND TO STRIKE THE AMENDED COMPLAINT'S REQUEST FOR MONETARY RELIEF**

Defendants Kyle W. Dennis, Winston Research Inc., and Winston Corp. (the "Dennis Defendants") move the Court for an order dismissing Plaintiff Federal Trade Commission's claims against them in Plaintiff's Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and striking Plaintiff's request for monetary relief from the Amended Complaint pursuant to Rule 12(f) of the Federal Rules of Civil Procedure. This Motion is based on an accompanying Memorandum of Law, the pleadings on file in this action, and upon such other matters as may be presented to the Court, including any reply papers supporting this Motion.

Pursuant to Local Rule 105, the Dennis Defendants request oral argument on the Motion if it would be helpful to the Court.

Dated: April 16, 2021

Respectfully submitted,

/s/ Matthew L. Schwartz
Matthew L. Schwartz (*pro hac vice*)
John T. Zach (*pro hac vice*)

Sabina Mariella (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, New York
Tel.: (212) 446-2300
E-mail:   mlschwartz@bsfllp.com
          jzach@bsfllp.com
          smariella@bsfllp.com

Jonathan Shaw (Bar No. 11328)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave, NW
Washington, DC 20005
Tel: 202 274 1123
E-mail: jshaw@bsfllp.com

Brian Levin (*pro hac vice*)
LEVIN LAW, P.A.
2665 South Bayshore Drive Penthouse 2B
Miami, Florida 33133
Tel: (305) 539-0593
E-mail: brian@levinlawpa.com

*Counsel for Defendants Kyle W. Dennis, Winston Corp., and Winston Research Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 16, 2021 a true and accurate copy foregoing was properly served on all parties through the ECF system.

/s/ Matthew L. Schwartz
Matthew L. Schwartz
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, New York
Tel.: (212) 446-2300
E-mail: mlschwartz@bsfllp.com