IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br> v. <br><br> **RAGINGBULL.COM, LLC**, et al., <br><br> Defendants. | Case No. 1:20-cv-3538 |

## ORDER GRANTING PLAINTIFF'S EMERGENCY
## CONSENT MOTION FOR TEMPORARY STAY

Upon review of Plaintiff Federal Trade Commission ("FTC") Emergency Consent Motion for Temporary Stay of Briefing and Discovery (ECF No. 229) and Defendants Kyle W. Dennis, Winston Research, Inc., and Winston Corp.'s Response thereto (ECF No. 230), and in light of Defendants RagingBull.com, LLC, Jeffrey M,. Bishop, Jason Bond, Sherwood Ventures, LLC, and Jason Bond, LLC's (collectively, "GT Defendants") consent to the Motion and good cause being show, it is hereby ORDERED that:

1.  The Motion for Temporary Stay (ECF No. 229) is **GRANTED**;

2.  Briefing on the Motion to Dismiss filed by Defendants Sherwood Ventures, LLC and Jason Bond, LLC (ECF No. 224) and commencement of discovery as to GT Defendants is **STAYED** until June 7, 2021, while counsel for the FTC seek approval from the Commission to file a motion to amend the FTC's First Amended Complaint (ECF No. 164-1).

Date: April 30, 2021

_____/s/_____
George L. Russell, III
United States District Judge