UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>　　Plaintiff,<br>v.<br><br>**RAGINGBULL.COM, LLC**, et al.,<br><br>　　Defendants. | Case No. 1:20-cv-3538 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS WINSTON RESEARCH INC. AND WINSTON CORP.**

Plaintiff Federal Trade Commission, by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses defendants Winston Research Inc. and Winston Corp. from this action.[1]

---

[1] Because neither defendant has served an answer or a motion for summary judgment, Rule 41 states "the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B).

        Respectfully submitted,

        J. Reilly Dolan
        Acting General Counsel

Dated: May 18, 2021        */s/ Gordon E. Sommers*
        Colleen Robbins (D. Md. Temp. Bar No. 92567)
        Sung W. Kim (D. Md. Temp. Bar No. 814609)
        Gordon E. Sommers (D. Md. Temp. Bar No. 814431)
        Laura C. Basford (D. Md. Temp. Bar No. 814888)
        Federal Trade Commission
        600 Pennsylvania Ave., NW
        Mailstop CC-8528
        Washington, DC 20580
        (202) 326-2548; crobbins@ftc.gov
        (202) 326-2211; skim6@ftc.gov
        (202) 326-2504; gsommers@ftc.gov
        (202) 326-2343; lbasford@ftc.gov
        (202) 326-3395 (Facsimile)

        *Attorneys for Plaintiff*
        *Federal Trade Commission*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 18, 2021, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send a notice of electronic filing to counsel of record for Defendants.


                      */s/ Gordon E. Sommers*
                      Gordon E. Sommers