**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

**FEDERAL TRADE COMMISSION**,

      Plaintiff,

v.

**RAGINGBULL.COM, LLC**, et al.,

      Defendants.

Case No. 1:20-cv-3538

**ORDER GRANTING PLAINTIFF'S EMERGENCY
CONSENT MOTION TO EXTEND THE TEMPORARY STAY**

Plaintiff, the Federal Trade Commission ("FTC"), filed a motion, under Rule 105(9) of the Local Rules of the District of Maryland, seeking a temporary stay of briefing on Defendants Sherwood Ventures, LLC, and Jason Bond, LLC's Motion to Dismiss (ECF No. 224) ("Defendant's Motion") and on the commencement of discovery as to Defendants RagingBull.com, LLC, Jeffrey M. Bishop, Jason Bond, Sherwood Ventures, LLC, and Jason Bond, LLC (collectively "the GT Defendants"). The stay was granted and expires on June 7, 2021 (ECF No. 232). On June 4, 2021, the FTC provided all Defendants with a copy of a proposed amended complaint and, pursuant to Local Rule 103(6)(d), have asked the Defendants to consent to the FTC's motion requesting leave to file an amended pleading. The GT Defendants would like additional time to consider their position on the FTC's motion for leave to amend, but in the meantime consent to an extension of the temporary stay until the Court rules on the FTC's request for leave to file an amended complaint, which the FTC intends to file by June 11, 2021.

Having reviewed the FTC's motion, and good cause being shown, **it is hereby ordered** that the FTC's motion (ECF No. 239) is **GRANTED**. Briefing on the Defendants' Motion and the

commencement of discovery as to the GT Defendants shall be stayed until the Court rules on the FTC's request for leave to file an amended complaint.

Date:  June 7, 2021

_____/s/_____
George L. Russell, III
United States District Judge