Honorable George L. Russell, III

United States District Judge

United States District Court for the District of Maryland

101 West Lombard St. Chambers 7A

Baltimore, MD 21201

June 9, 2021

RE: RagingBull.com

Case No. 1:20-cv-03538 - GLR

Dear Honorable George L. Russell, III,

I was a subscriber who asked the court for a refund. I am attaching several emails attempting to get a refund. I was informed in one email that it would be resolved by May 25, 2021. I even called and was informed it going to take more time to determine if I even get a refund. My opinion is they have not in good faith followed Section C. Customer Service Refund and Cancellation Procedures on page 11 of your order in my opinion and have been unable to process my refund of several services that were interrupted. I was informed not to contact the court and use the intermediary who when you call you seemed to be talking to one of the defendants.

I ask the court for guidance as to how long a time is reasonable to process a refund claim which should take no longer than processing a sale to sign up for one of their services. With respect I appeal to you to have one of your clerks inform me as to what may be a reasonable time to wait for a refund of money paid. An attorney would cost me more than the service cost and do not think a professional business can't handle such a request expeditiously.

If you need to contact me I can be reached at 302-593-3890.

Best regards in all your endeavors,

William Fasy