# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 1:20-cv-03538 - GLR |
| | ) |
| RAGINGBULL.COM, LLC f/k/a | ) |
| LIGHTHOUSE MEDIA LLC, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

Upon consideration of the June 29, 2021 Unopposed Motion to Permit Raging Bull to Move into Phase 2 Operations Under the Business Plan and March 26, 2021 Order ("Motion"), filed by Defendants RagingBull.com, LLC, Jeffrey M. Bishop, and Jason Bond, it is hereby:

ORDERED that the Motion (ECF No. 252) shall be and hereby is **GRANTED**;

IT IS FURTHER ORDERED that RagingBull.com, LLC is permitted to move into Phase 2 Operations under the Business Plan and March 26, 2021 Order; and

IT IS FURTHER ORDERED that copies of this Order shall be transmitted to all parties.

So **ORDERED** this 30th day of June, 2021.

_____/s/_____
George L. Russell, III
United States District Judge