| Timeline of Fee Application Filings | | | |
|---|---|---|---|
| Date | ECF | Filing Party | Filing Title |
| February 23, 2021 | 183 | Temporary Receiver | Motion for Attorneys' Fees, First Interim Application for Leave to Pay Fees & Expenses |
| March 5, 2021 | 192 | Jeffrey M. Bishop<br>Jason Bond<br>Jason Bond LLC<br>RagingBull.com, LLC<br>Sherwood Ventures, LLC | Consent Motion for Extension of Time to File Response/Reply as to Motion for Attorney Fees First Interim Application for Leave to Pay Fees & Expenses of Temporary Receiver |
| March 5, 2021 | 193 | Court | Marginal Order granting Consent Motion for Extension of Time to Respond to the Temporary Receiver's Fee Application |
| March 5, 2021 | 194 | Federal Trade Commission | Consent Motion for Extension of Time to Respond to the Temporary Receiver's First Interim Application for Fees and Expenses |
| March 8, 2021 | 195 | Court | Order granting Consent Motion to Extend Time to Respond to the Temporary Receiver's First Interim Application for Fees and Expenses |
| March 12, 2021 | 203 | Jeffrey M. Bishop<br>Jason Bond<br>Jason Bond LLC<br>RagingBull.com, LLC<br>Sherwood Ventures, LLC | Second Motion for Extension of Time to File Response/Reply as to First Interim Application for Leave to Pay Fees & Expenses of Temporary Receiver (Consent) |
| March 12, 2021 | 204 | Court | Marginal Order Granting Motion for Extension of Time to File Response/Reply |

| Timeline of Fee Application Filings | | | |
|---|---|---|---|
| Date | ECF | Filing Party | Filing Title |
| March 26, 2021 | 215 | Federal Trade Commission | Notice re Motion for Attorney Fees First Interim Application for Leave to Pay Fees & Expenses of Temporary Receiver |
| March 26, 2021 | 216 | Jeffrey M. Bishop<br>Jason Bond<br>Jason Bond LLC<br>RagingBull.com, LLC<br>Sherwood Ventures, LLC | Third Motion for Extension of Time to File Response/Reply as to Motion for Attorney Fees First Interim Application for Leave to Pay Fees & Expenses of Temporary Receiver |
| March 29, 2021 | 217 | Court | Marginal Order granting nunc pro tunc Third Consent Motion for Extension of Time to Respond to the Temporary Receiver's Fee Application |
| May 18, 2021 | 233 | Court | Order denying as moot Notice of Receiver's Consent to Motion for Relief from Section VII of the Temporary Restraining Order; granting Temporary Receiver's First Interim Application for Fees and Expenses |
| June 4, 2021 | 238 | Jeffrey M. Bishop<br>Jason Bond<br>Jason Bond LLC<br>RagingBull.com, LLC<br>Sherwood Ventures, LLC | Motion to Vacate Order on Motion for Miscellaneous Relief,, Order on Motion for Attorney Fees, (Unopposed), Motion for Leave to File Response to the Temporary Receiver's Fee Application (Unopposed) |

| Timeline of Fee Application Filings | | | |
|---|---|---|---|
| Date | ECF | Filing Party | Filing Title |
| June 17, 2021 | 244 | Court | Order granting Motion to Vacate Order on Motion for Miscellaneous Relief, Order on Motion for Attorney Fees (Unopposed), Motion for Leave to File Response to the Temporary Receiver's Fee Application (Unopposed) |
| June 24, 2021 | 245 | Jeffrey M. Bishop<br>Jason Bond<br>Jason Bond LLC<br>RagingBull.com, LLC<br>Sherwood Ventures, LLC | Consent Motion for Extension of Time to Respond to Temporary Receivers Fee Application |
| June 25, 2021 | 246 | Court | Order granting Unopposed Motion for Extension of Time to Respond to Temporary Receiver's Fee Application |
| June 25, 2021 | 247 | Temporary Receiver | Motion for Attorneys' Fees, Second and Final Application for Fees and Expenses of by Peter Keith, Esq. |
| July 1, 2021 | 254 | Jeffrey M. Bishop<br>Jason Bond<br>Jason Bond LLC<br>RagingBull.com, LLC<br>Sherwood Ventures, LLC | Response in Opposition re Motion for Attorney Fees First Interim Application for Leave to Pay Fees & Expenses of Temporary Receiver |

| Timeline of Fee Application Filings | | | |
|---|---|---|---|
| Date | ECF | Filing Party | Filing Title |
| July 9, 2021 | 259 | Jeffrey M. Bishop<br>Jason Bond<br>Jason Bond LLC<br>RagingBull.com, LLC<br>Sherwood Ventures, LLC | Motion for Extension of Time to File Response/Reply as to Motion for Attorney Fees Second and Final Application for Fees and Expenses of Temporary Receiver (Unopposed) |
| July 12, 2021 | 260 | Court | Order granting Motion for Extension of Time to File Response/Reply as to Motion for Attorney Fees Second and Final Application for Fees and Expenses of Temporary Receiver (Unopposed) |
| July 22, 2021 | 262 | Federal Trade Commission | Reply to Response to Motion re Motion for Attorney Fees First Interim Application for Leave to Pay Fees & Expenses of Temporary Receiver |
| July 23, 2021 | 263 | Temporary Receiver | Response re Response in Opposition, Temporary Receiver Peter E. Keith's Response to Defendants' Opposition to his First Interim Fee Application |
| July 23, 2021 | 264 | Jeffrey M. Bishop<br>Jason Bond<br>Jason Bond LLC<br>RagingBull.com, LLC<br>Sherwood Ventures, LLC | Response re Motion for Attorney Fees Second and Final Application for Fees and Expenses of Temporary Receiver |
| August 2, 2021 | 265 | Temporary Receiver | Response re Response, Temporary Receiver Peter E. Keith's Response to Defendants' Response to his Second & Final Fee Application |

| Timeline of Fee Application Filings | | | |
|---|---|---|---|
| Date | ECF | Filing Party | Filing Title |
| August 3, 2021 | 267 | Temporary Receiver | Response in Opposition re Motion for Attorney Fees Second and Final Application for Fees and Expenses of Temporary Receiver Temporary Receiver Peter E. Keith's Response to Defendants' Response to His Second & Final Fee Application |
| August 4, 2021 | 268 | Federal Trade Commission | Reply to Response to Motion re Motion for Attorney Fees Second and Final Application for Fees and Expenses of Temporary Receiver |