IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FEDERAL TRADE COMMISSION | * |
| Plaintiff, | * |
| v. | * Case No. GLR 20-03538 |
| RAGING BULL, LLC & AFFILIATED INDIVIDUALS & ENTITIES. | * |
| Defendants. | * |

* * * * * * * * * * * * * *

**STIPULATED ORDER ON FIRST & SECOND
APPLICATIONS FOR FEES & EXPENSES
OF TEMPORARY RECEIVER**

Upon consideration of the applications for fees and expenses submitted on behalf of Temporary Receiver Peter E. Keith on February 23, 2021 [ECF 183] and June 25, 2021 [ECF 247] and the entire record of this case, it is hereby:

1.  **ORDERED** that Defendant RagingBull.com, LLC shall, within fourteen days of the entry of this Order, pay to the Temporary Receiver the lump sum amount of $971,614.45, in full satisfaction of the applications for fees and expenses submitted on behalf of Temporary Receiver Peter E. Keith on February 23, 2021 [ECF 183] and June 25, 2021 [ECF 247]; and it is hereby

2.  **ORDERED** that the applications for fees and expenses submitted on behalf of Temporary Receiver Peter E. Keith on February 23, 2021 [ECF 183] and June 25, 2021 [ECF 247] shall be and hereby are fully and completely satisfied upon receipt of the payment ordered herein; and it is hereby

779544

3. **ORDERED** that Copies of this Order shall be delivered to all parties of record.

So Ordered this \_\_\_15th\_\_\_ day of \_\_March\_\_, 2022.

_____
George L. Russell
Judge